**Exhibit 8**

Order Filed on August 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 681-7979<br>Joseph R. Zapata, Jr., Esq.<br>jzapata@msbnj.com<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | |
| In re:<br><br>FARM-RITE, INC.,<br><br>                                        Debtor. | Case No. 20-19379 (JNP)<br><br>Chapter 7<br><br>Honorable Jerrold N. Poslusny Jr., U.S.B.J. |

**ORDER PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9006 EXTENDING THE STATUTE OF LIMITATIONS UNDER 11 U.S.C. §§ 108(a), 546(a) AND 549(d)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 3, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:             Farm-Rite, Inc.
Case No.:           20-19379 (JNP)
Caption of Order:   Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9006 Extending the Statute of Limitations Under 11 U.S.C. §§ 108(a), 546(a) and 549(d)

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "**Trustee**") in the bankruptcy proceeding of Farm-Rite, Inc. (the "**Debtor**"), by and through his counsel, upon the filing of a motion for the entry of an order pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9006 extending the statute of limitations under 11 U.S.C. §§ 108(a), 546(a) and 549(d) (the "**Motion**"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the statute of limitations under Bankruptcy Code Sections 108(a), 546(a), and 549(d) be, and is hereby, extended to and including November 7, 2022.

**IT IS FURTHER ORDERED** that no defendants in an action commenced by the Trustee on or after August 7, 2022, and on or before November 7, 2022, shall be entitled to raise a statute of limitations defense pursuant 11 U.S.C. §§ 108(a), 546(a), and 549(d).

4862-3153-9497, v. 1