**Exhibit 9**

| | |
|---|---|
| 1 | Beth E. Gaschen, State Bar No. 245894 |
|   | bgaschen@wgllp.com |
| 2 | Ryan W. Beall, State Bar No. 313774 |
|   | rbeall@wgllp.com |
| 3 | **WEILAND GOLDEN GOODRICH LLP** |
|   | 650 Town Center Drive, Suite 600 |
| 4 | Costa Mesa, California 92626 |
|   | Telephone    714-966-1000 |
| 5 | Facsimile    714-966-1002 |
| 6 | Attorneys for Chapter 7 Trustee |
|   | Jeffrey I. Golden |

**FILED & ENTERED**

**AUG 13 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | | |
|---|---|---|
| 10 | In re | Case No. 8:18-bk-12565-TA |
| 11 | ANTON & CHIA, LLP, | Chapter 7 |
| 12 | Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME TO FILE ACTIONS UNDER 11 U.S.C. § 546(a)** |
| 13 | | |
| 14 | | |
| 15 | | [No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |
| 16 | | |

17   The Court has reviewed and considered the "Chapter 7 Trustee's Motion for Order

18 Extending Time to File Actions Under 11 U.S.C. § 546(a)" (the "Motion," Docket No. 131)

19 filed by chapter 7 trustee, Jeffrey I. Golden, and the record in this case.  Notice of the

20 Motion appears proper, and no opposition to the Motion was filed.  Cause has been

21 shown for the relief requested.  For these reasons, and good cause appearing,

22 / / /

23 / / /

24 / / /

25

26

27

28

1285944.1                                                   1                                                   ORDER

1     IT IS ORDERED that the Motion is granted.  The deadline to file avoidance actions
2 under 11 U.S.C. § 546(a) is extended from July 15, 2020 to October 13, 2020.
3                                                 ###

Date: August 13, 2020

Theodor C. Albert
United States Bankruptcy Judge