UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
:
In re:                                          :     Chapter 11
:
HO WAN KWOK, *et al.*,[1]                       :     Case No. 22-50073 (JAM)
:
    Debtors.                                    :     (Jointly Administered)
:
------------------------------------------------------x

# GENEVER HOLDINGS LLC'S THIRD MONTHLY STATUS REPORT REGARDING REMEDIATION OF SHERRY NETHERLAND APARTMENT

Genever Holdings LLC (the "Debtor" or "Genever US"), by and through its undersigned counsel, hereby files this second monthly status report (the "Status Report") in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order"),[2] covering the period from December 1, 2023 through December 31, 2023:

## STATUS REPORT

1.  <u>Update on Asbestos Removal</u>:  As noted in the prior monthly status report, on December 14, 2023, the New York City issued the relevant permits to conduct the asbestos

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]  Capitalized terms used but not defined in this Status Report have the meanings ascribed to them in the Remediation Order.

removal in the Affected Area of the Sherry Netherland Apartment. ABF Environmental commenced the asbestos removal project at the beginning of the week of January 8, 2024, and the asbestos removal is expected to conclude by January 19, 2024.

2. <u>Update on Selection of General Contractors</u>: Prior to (and following) the November 17, 2023 deadline to submit bids for the Remediation Project, Genever US received bids from each of the following five general contractors:

   a. Gustav Restoration
   b. Gem Contracting
   c. Liebhaber Company
   d. Quest Builders Group
   e. Sciame Construction

Following receipt of these bids, the Debtor's architect (Acheson Doyle) conducted follow-up interviews and additional walk-throughs with these five general contractors, after which these contractors submitted further refined bids. In accordance with the Remediation Order, Genever US has shared with the Consultation Parties all general contractor bids it has received to date. At this time, Genever US is continuing to evaluate the general contractor bids, but intends to make a selection by January 26, 2024.

3. <u>Summary of Expenses Paid Through December 31, 2023</u>: Through the end of December 2023, Genever US has made the following payments in connection with the Remediation Project:

| Date | Recipient | Description | Amount |
|---|---|---|---|
| August 30, 2023 | Gallagher Bassett Services, Inc. | Asbestos survey and reporting | $3,871.56 |
| October 4, 2023 | Gallagher Bassett Services, Inc. | Asbestos permits | $7,349.06 |
| October 13, 2023 | ABF Environmental, Inc. | Asbestos abatement work | $48,900.00 |
| October 30, 2023 | Acheson Doyle Partners Architects PC | Architectural services | $3,380.86 |

| November 2, 2023 | Genever US | Reimbursement from Sherry Netherland (80% of payments made by Genever US to (i) ABF Environmental on October 13, 2023, and (ii) Gallagher Bassett Services, Inc. on October 4, 2023) | ($44,999.25) |
|---|---|---|---|
| November 9, 2023 | Gustav Restoration LLC | 50% deposit for removing fireplace (to prepare for asbestos removal) | $1,226.12 |
| December 1, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $63,720.78 |
| December 1, 2023 | Catalpa Special Inspections | 50% deposit for special inspection services | $2,875.00 |
| December 12, 2023 | Gustav Restoration LLC | Remaining 50% payment for removing fireplace | $1,226.13 |
| December 20, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $74,011.84 |

Dated: January 18, 2024
    New York, New York

By: */s/ G. Alexander Bongartz*
Luc A. Despins (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
lucdespins@paulhastings.com
alexbongartz@paulhastings.com
douglassbarron@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                              :     Chapter 11
:
HO WAN KWOK, *et al.*,[1]                           :     Case No. 22-50073 (JAM)
:
       Debtors.                                 :     (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 18, 2024, the foregoing Status Report was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    January 18, 2024
            New York, New York

                                              By: */s/ G. Alexander Bongartz*
                                              G. Alexander Bongartz (admitted pro hac vice)
                                              PAUL HASTINGS LLP
                                              200 Park Avenue
                                              New York, New York 10166
                                              (212) 318-6079
                                              alexbongartz@paulhastings.com

                                              *Counsel for the Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).