**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
: 
Debtors.[1] : Jointly Administered
: 
------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from December 1, 2023 through and including December 31, 2023 (the "Fee Period"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $4,958.00 and $380.84 respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

**SERVICES RENDERED AND EXPENSES INCURRED**

1.  Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period. The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2.  Attached hereto as Exhibit B is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3.  Attached hereto as Exhibit C is the fee statement of OMJB for services provided during the Fee Period with redactions to protect certain privileged information.

**NOTICE AND OBJECTION PROCEDURES**

4.  Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New

York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **February 12, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever(US) shall promptly pay OMJB 80% of the fees and 100% of the expenses as identified in this Monthly Fee Statement.

7. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: January 19, 2024
      Glastonbury, Connecticut

                                              GENEVER HOLDINGS LLC

                                              By: ___*/s/Michael T. McCormack*___
                                                  Michael T. McCormack (ct13799)
                                                  Timothy P. Jensen (ct18888)
                                                  Amy E. Markim (ct27974)
                                                  O'Sullivan McCormack Jensen & Bliss PC
                                                  180 Glastonbury Boulevard, Suite 210
                                                  Glastonbury, CT 06033
                                                  Tel: 860-258-1993
                                                  Fax: 860-258-1991
                                                  mmccormack@omjblaw.com
                                                  tjensen@omjblaw.com
                                                  amarkim@omjblaw.com

                                                  *Special Insurance Coverage Counsel for*
                                                  *Debtor-In-Possession Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                          :

In re:                                        :     Chapter 11

HO WAN KWOK, *et al.*,[1]                 :     Case No. 22-50073 (JAM)

            Debtors.                        :     (Jointly Administered)

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2024, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

                               GENEVER HOLDINGS LLC

                               By:   /s/ Michael T. McCormack
                                       Michael T. McCormack (ct13799)
                                       Timothy P. Jensen (ct18888)
                                       Amy E. Markim (ct27974)
                                       O'Sullivan McCormack Jensen & Bliss PC
                                       180 Glastonbury Boulevard, Suite 210
                                       Glastonbury, CT 06033
                                       Tel: 860-258-1993
                                       Fax: 860-258-1991
                                       mmccormack@omjblaw.com
                                       tjensen@omjblaw.com
                                       amarkim@omjblaw.com
                                       *Special Insurance Coverage*
                                       *Counsel for Debtor-In-Possession Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## EXHIBIT A

## HOURS AND RATES PER TIMEKEEPER

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Timothy Jensen | 1997 | $450 | 5.3 | $2,385.00 |
| Amy Markim | 2008 | $350 | .3 | $105.00 |
| Michael McCormack | 1993 | $400 | 6.8 | $2,720.00 |
| Melissa Gambardella | | $125 | 7.9 | $987.00 |
| **Total** | | | **20.3** | **$6,197.50** |

## EXHIBIT B

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Expense Category | Amount |
|---|---:|
| Fees Advanced for Logikcull Invoice – eDiscovery Program | $250.00 |
| Fees advanced to State Marshal Timothy J. Bennett (invoice 12/07/2023) | $120.74 |
| Copying – Month of December | $2.80 |
| PACER – Month of December | $7.30 |
| **TOTAL** | **$380.84** |

# **EXHIBIT C**

**TIME AND EXPENSE DETAIL**



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27360
Date: 01/09/2024

Genever Holdings LLC
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

**Services**

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 12/01/2023 | MBG | Review and revise Reply Brief to AIG Opposition to Genever MSJ; finalize same; revise and finalize Motion to Exceed Page Limit; attention to e-filing Motion and Reply; transmit copies to L. Despins; revise Amended Complaint; preparation of Amended Complaint in final and exhibits to same; attention to e-filing Amended Complaint. | 1.80 | $125.00 | $225.00 |
| 12/01/2023 | MTM | Revise, supplement and finalize reply brief re summary judgment (3.4); draft motion to file brief in excess of page limt (.5); revise, supplement and finalize amended complaint with exhibits (1.2) | 5.10 | $400.00 | $2,040.00 |
| 12/04/2023 | MTM | Email correspondence to Mr. Despins re filing of amended complaint | 0.10 | $400.00 | $40.00 |
| 12/04/2023 | MTM | Attention to issues re amended compliant; email communications with Attny Despins re same | 0.20 | $400.00 | $80.00 |
| 12/04/2023 | TPJ | Communications re Pure subpoena | 0.20 | $450.00 | $90.00 |
| 12/05/2023 | MBG | Attention to TPJ emails re discovery responses and PURE revised subpoena; attention to revisions and finalizing PURE subpoena and attachments; telcon and cover letter to marshal re service of same; email service copy to O'Connor; send AIG supplemental document production to L. Despins; share FM Global subpoena response with Attorney O'Connor; begin review and index of AIG supplemental document production. | 2.30 | $125.00 | $287.50 |
| 12/05/2023 | TPJ | Attend to matters re Pure subpoena | 0.30 | $450.00 | $135.00 |
| 12/05/2023 | TPJ | Review AIG discovery responses/production | 2.90 | $450.00 | $1,305.00 |
| 12/06/2023 | MBG | Further review and index of AIG supplemental document production. | 1.10 | $125.00 | $137.50 |
| 12/07/2023 | AM | Review correspondence from M. Bono. | 0.30 | $350.00 | $105.00 |
| 12/12/2023 | MTM | Receipt and review of notice re summary judgment hearing; email | 0.20 | $400.00 | $80.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | correspondence with Attny O'Connor re same; attention to motion for continuance of hearing | | | |
| 12/12/2023 | MBG | Review court notice of hearing re Motion for Partial Summary Judgment; draft Motion for Continuance of same. | 1.10 | $125.00 | $137.50 |
| 12/12/2023 | TPJ | Outlining AIG discovery compliance | 0.90 | $450.00 | $405.00 |
| 12/13/2023 | MTM | Revise, supplement and finalize motion to continue MSJ hearing; email communications with Attny Despins re same | 0.30 | $400.00 | $120.00 |
| 12/14/2023 | MBG | Finalize Motion for Continuance of MSJ hearing. | 0.20 | $125.00 | $25.00 |
| 12/19/2023 | MTM | Revise and supplement draft monthly fee application and attention to redactions re legal invoice | 0.50 | $400.00 | $200.00 |
| 12/19/2023 | MBG | Review OMJB invoice and draft Fee Application for November time and expenses. | 0.60 | $125.00 | $75.00 |
| 12/20/2023 | MTM | Attention to additional redaction issues re fee application | 0.10 | $400.00 | $40.00 |
| 12/20/2023 | MTM | Revise and finalize monthly fee statement; email communications with Attny Bongartz re same | 0.30 | $400.00 | $120.00 |
| 12/20/2023 | MBG | Review attorney communications and prepare redacted OMJB November invoice; finalize Statement of Monthly fees and e-file with court; attention to service on Notice Parties of same. | 0.80 | $125.00 | $100.00 |
| 12/27/2023 | TPJ | Attend to AIG deficiency letter | 1.00 | $450.00 | $450.00 |
| | | | **Services Subtotal** | | **$6,197.50** |

**Expenses**

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 12/14/2023 | Fees advanced to Logikcull INV154507 11-30-2023 | $250.00 |
| Expense | 12/27/2023 | Fees advanced to Timothy J Bennett State Marshall invoice 12-7-2023 | $120.74 |
| Expense | 12/31/2023 | PACER: Month of December | $7.30 |
| Expense | 12/31/2023 | Copying: Month of December | $2.80 |
| | | **Expenses Subtotal** | **$380.84** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 5.3 | $450.00 | $2,385.00 |
| Amy Markim | 0.3 | $350.00 | $105.00 |
| Michael McCormack | 6.8 | $400.00 | $2,720.00 |
| Melissa Gambardella | 7.9 | $125.00 | $987.50 |
| | | **Invoice Subtotal** | **$6,578.34** |
| | | **Invoice Total** | **$6,578.34** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27021 | 09/25/2023 | $99,873.56 | $80,469.56 | $19,404.00 |
| 27098 | 10/11/2023 | $35,374.76 | $28,534.76 | $6,840.00 |
| 27168 | 11/14/2023 | $24,998.95 | $20,063.45 | $4,935.50 |
| 27274 | 12/08/2023 | $31,249.41 | $0.00 | $31,249.41 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27360 | 01/09/2024 | $6,578.34 | $0.00 | $6,578.34 |
| | | | **Balance Due on All Invoices** | **$69,007.25** |
| | | | **TOTAL AMOUNT DUE** | **$69,007.25** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC    *REDACTED*

Payment is due upon receipt.

*REDACTED*

Page 4 of 5

180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27360
Date: 01/09/2024

*REDACTED*