**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                              :    Chapter 11
                                                    :
HO WAN KWOK, *et al.*,[1]                           :    Case No. 22-50073 (JAM)
                                                    :
     Debtors.                                       :    (Jointly Administered)
                                                    :
------------------------------------------------------x

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 9, 2024, the *Chapter 11 Trustee's Emergency Motion for Entry of Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing* [ECF No. 2494] and the *Motion of Chapter 11 Trustee to Expedite Hearing on the Chapter 11 Trustee's Emergency Motion for Entry of Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing* [ECF No. 2495] (the "Emergency Motions") were electronically filed.[2] Notice

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] This Supplemental Certificate of Service supplements the certificates of service with respect to the Emergency Motion and the Scheduling Order as filed by the Trustee at ECF Nos. 2494 and 2495.

1

of the filing was sent by email to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the certificate of service attached to the documents at the time of filing.

In addition, I caused to be served the Emergency Motions by sending a true and correct copy by first class mail on the parties listed on **Exhibit A** hereto on January 10, 2024.

On January 10, 2024, the Court entered the *Order Scheduling Expedited Hearing* [ECF 2498] (the "Scheduling Order", and, collectively with the Emergency Motions, the "Served Documents"). Notice of entry of the Scheduling Order was sent by email to all parties to the above-captioned chapter 11 case by operation of CM/ECF.

In addition, I caused to be served the Scheduling Order by sending a true and correct copy by first class mail on the parties listed on **Exhibit A** hereto on January 11, 2024. Parties may access the Served Documents through the Court's CM/ECF system.

Dated:    January 19, 2024
         New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

## **EXHIBIT A**

|  | **Discovery Party** | **Address** |
|---|---|---|
| 1. | Amazon Web Services Inc. | Amazon Web Services Inc.<br>c/o Corporation Services Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| 2. | Amazon.Com, Inc. | Amazon.com, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| 3. | American Express Company | CT Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| 4. | Apple Inc. | Apple Inc.<br>1505 Corporation 112<br>CT Corporation System<br>28 Liberty St.<br>New York, NY 10005 |
| 5. | Axos Bank and/or Axos Financial, Inc. | c/o National Registered Agents, Inc.<br>1209 Orange Street<br>Wilmington, DE 19801 |
| 6. | Banco Popular de Puerto Rico | 209 Avenida Luis Munos Rivera San Juan, PR 0091 |
| 7. | Bank of America, N.A., | Bank Of America, N.A.,<br>C T Corporation System<br>17 G W Tatro Drive<br>Jeffersonville, VT, 05464 |
| 8. | Bank of Montreal | CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |

1

|  | **Discovery Party** | **Address** |
|---|---|---|
| 9. | Barclays Bank PLC | Barclays Bank PLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| 10. | Bento Technologies, Inc. | c/o CT Corporation System<br>208 So. LaSalle Street, Ste. 814<br>Chicago, Illinois 60604 |
| 11. | BNY Mellon, N.A. | Jane Kevin McCarthy<br>BNY Mellon, N.A.<br>BNY Mellon Center<br>500 Grant Street<br>Pittsburgh, PA 15219 |
| 12. | Canadian Imperial Bank of Commerce and/or CIBC Inc. (d/b/a CIBC) | c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>(serve twice: once under each entity name) |
| 13. | Capital One Financial Corporation | Capital One Financial Corporation<br>c/o Corporation Service Company<br>100 Shockoe Slip, Fl 2<br>Richmond, VA, 23219 |
| 14. | Capital One, NA | c/o Corporation Service Company<br>100 Shockoe Slip, Fl 2<br>Richmond, VA 23219-4100 |
| 15. | Charles Schwab & Co., Inc. (d/b/a Charles Schwab) | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| 16. | Citibank, N.A. | Citibank, N.A.<br>939 Main Street<br>Bridgeport, CT 06604 |
| 17. | City National Bank | Corporation Service Company<br>100 Shockoe Slip, Floor 2<br>Richmond, VA 23219-4100 |

|     | **Discovery Party** | **Address** |
| --- | --- | --- |
| 18. | Comerica Incorporated (d/b/a Comerica Bank) | c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Suite 104<br>Wilmington, Delaware 19810 |
| 19. | Community Federal Savings Bank | Five Penn Plaza<br>14th Floor<br>New York, New York 10001 |
| 20. | DBS Bank Ltd. | c/o Thomas Joseph McCabe<br>300 South Grand Avenue<br>Suite 3075<br>Los Angeles, CA 90071 |
| 21. | Dime Community Bank | Dime Community Bank Foundation Inc.<br>898 Veterans Memorial Highway, Suite 560<br>Hauppauge, NY 11788 |
| 22. | East West Bank and/or East West Bancorp, Inc. | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| 23. | Elliott Kwok Levine & Jaroslaw LLP | Matthew Levine, Esq.<br>Elliott Kwok Levine & Jaroslaw LLP<br>565 Fifth Avenue<br>New York, NY 10017 |
| 24. | Ernst & Young LLP (A/K/A EY) | c/o National Registered Agents, Inc.<br>28 Liberty Street<br>New York, NY 10005 |
| 25. | Evolve Bank and Trust | c/o Corporate Service Company<br>2908 Poston Avenue<br>Nashville, TN 37203 |
| 26. | First Bank | #1 First Missouri Center, c/o 158-Tax<br>Creve Coeur, MO 63141 |

|     | **Discovery Party** | **Address** |
| --- | --- | --- |
| 27. | First County Bank | 117 Prospect Street<br>Stamford, CT, 06901 |
| 28. | First Republic Bank | 111 Pine Street<br>2nd Floor<br>San Francisco, CA 94111 |
| 29. | Firstbank Puerto Rico | c/o Sara Alvarez-Cabrero<br>1519 Ponce de Leon Avenue<br>Pda 23, Santurce<br>San Juan, Puerto Rico 00908<br><br>PO Box 9146<br>San Juan, PR 00908 |
| 30. | Hancock Whitney Bank | C. T. Corporation System<br>645 Lakeland East Drive, Ste. 101<br>Flowood, MS 39232 |
| 31. | HSBC Bank USA, N.A. | c/o CT Corporation System<br>67 Burnside Avenue<br>East Hartford, CT, 06108-3408 |
| 32. | HSBC HOLDINGS PLC | HSBC Holdings PLC<br>c/o The Corporation Trust, Incorporated<br>2405 York Road, Suite 201<br>Lutherville Timonium, MD 21093 |
| 33. | Investors Bank and/or Citizens Financial Group, Inc. | c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| 34. | Israel Discount Bank of New York | 1114 Avenue of the Americas<br>New York, NY 10036 |

|     | **Discovery Party** | **Address** |
| --- | --- | --- |
| 35. | JP Morgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A.<br>c/o CT Corporation System<br>4400 Easton Commons Way<br>Suite 125<br>Columbus, OH 43219 |
| 36. | Kearny Bank | Corporation Service Company<br>Goodwin Square<br>225 Asylum St., 20th Fl.<br>Hartford, CT 06103 |
| 37. | M&T Bank Corporation | M&T Bank, General Counsel<br>626 Commerce Drive<br>Buffalo, NY 14228 |
| 38. | Manufacturers and Traders Trust Company (d/b/a M & T Bank) | c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>c/o Corporation Service Company<br>Goodwin Square<br>225 Asylum Street, 20th Floor<br>Hartford, CT, 06103 |
| 39. | Medici Bank International | 1250 Ponce de Leon Avenue San Juan, PR 00907 |
| 40. | Mercantile Bank International Corp. | 604 Hoare Street<br>Suite 302<br>San Juan, Puerto Rico 00907-3614 |
| 41. | Mercantile Global Holdings, Inc. | c/o Harvard Business Services, Inc.<br>16192 Coastal Hwy<br>Lewes, DE 19958 |
| 42. | Metropolitan Commercial Bank and/or Metropolitan Bank Holding Corp. | 99 Park Avenue<br>12th Floor<br>New York, NY 10016 |

|     | **Discovery Party** | **Address** |
| --- | --- | --- |
| 43. | Morgan Stanley Smith Barney LLC (d/b/a Morgan Stanley) | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 |
| 44. | NexBank | CT Corporation System<br>7700 E Arapahoe Road<br>Suite 220<br>Centennial, CO 80122-1268 |
| 45. | Nium, Inc. | Registered Agent Solutions, Inc.<br>838 Walker Rd., Ste. 21-2<br>Dover, DE 19904<br>(888) 716-7274 |
| 46. | Open Bank | 1000 Wilshire Blvd.<br>#500<br>Los Angeles, CA 90017 |
| 47. | Oriental Bank | 254 Munoz Rivera San Juan, PR 00918 |
| 48. | RBB Bancorp and/or Royal Business Bank | 1055 Wilshire Blvd.<br>12th Floor<br>Los Angeles, California 90017 |
| 49. | Santander Bank, N. A. | 75 State Street Map<br>Boston, Massachusetts 02109 |
| 50. | Seacoast National Bank | c/o Kevin Picart, SVP<br>815 Colorado Avenue<br>Stuart, FL 34995 |
| 51. | Signature Bank, N.A. and/or Flagstar Bank, N.A. | FDIC<br>c/o CT Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108 |

|  | **Discovery Party** | **Address** |
|---|---|---|
|  |  | Civil Process Clerk<br>U.S. Attorney's Office<br>157 Church Street, Fl. 25<br>New Haven, CT 06510<br><br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530<br>(Certified Mail Only) |
| 52. | Silvergate Bank | c/o CT Corporation System<br>330 N Brand Blvd Ste 700<br>Glendale, CA 91203-2336 |
| 53. | Spotify USA, Inc. | Spotify USA, Inc.<br>c/o C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br><br>Spotify USA, Inc.<br>National Registered Agents, Inc.<br>1209 Orange Street<br>Wilmington, DE 19801 |
| 54. | Standard Chartered PLC | Standard Chartered PLC<br>1095 Avenue of the Americas<br>New York, NY 10036 |
| 55. | TD Bank, N.A. | TD Bank, N.A.<br>Attention: Corporate Head Office<br>1701 Route 70 East<br>Cherry Hill, New Jersey 08003 |
| 56. | The Bank of Princeton | 470 W. Cheltenham Avenue<br>Philadelphia, PA 19126 |
| 57. | The Currency Cloud Limited | Corporation Service Company<br>Goodwin Square<br>225 Asylum St., 20th Fl.
Hartford, CT 06103 |

|     | **Discovery Party** | **Address** |
| --- | --- | --- |
| 58. | The First Bank of Greenwich | 444 East Putnam Avenue<br>Cos Cob, Connecticut 06807 |
| 59. | Trustco Bank | 5 Sarnowski Drive<br>Glenville, NY 12302<br>Attn: Michael Hall |
| 60. | U.S. Bank National Association | 800 Nicollet Mall<br>Minneapolis, MN 55402 |
| 61. | UBS AG | 600 Washington Blvd<br>9th Floor<br>Stamford, CT 0690 |
| 62. | Webster Financial Corporation (d/b/a Sterling National Bank) | c/o Corporation Service Corporation<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| 63. | Wells Fargo Bank, N.A. | 101 N Phillips Ave Sioux Falls, SD 5710 |
| 64. | Wise US, Inc. | CT Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| 65. | Youtube, LLC | Youtube, LLC<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| 66. | Wings Insurance Agency, Inc. | 14701 Pioneer Trail<br>Eden Prairie, MN 55347 |

|     | **Discovery Party** | **Address** |
| --- | --- | --- |
| 67. | JetLaw LLC | 1350 Connecticut Avenue N.W.<br>Suite 1102<br>Washington D.C 20036 |
| 68. | BSI Group LLC | Registered Agent: (MO-SOS)<br>Glenn C. Ault<br>115 N. Main<br>Charleston, MO 63834 |
| 69. | PNC Bank | CSC-Lawyers Incorporating Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore, MD 21202 |
| 70. | PNC Bank | CSC-Lawyers Incorporating Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore, MD 21202 |