UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
:
In re:                                          :          Chapter 11
                                                :
HO WAN KWOK, *et al.*,[1]                       :          Case No. 22-50073 (JAM)
                                                :
            Debtors.                            :          (Jointly Administered)
                                                :
                                                :          Re: ECF No. 2494
------------------------------------------------------x

**ORDER GRANTING CHAPTER 11 TRUSTEE'S EMERGENCY MOTION FOR
ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 105(a) AND
BANKRUPTCY RULES 2002 AND 9014, (I) APPROVING FORM AND MANNER OF
NOTICE OF TRUSTEE'S FORTHCOMING TOLLING MOTION AND
(II) SCHEDULING HEARING**

UPON CONSIDERATION OF the motion of the Chapter 11 Trustee for Entry of Order,

Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, Approving

Form and Manner of Notice of Trustee's Forthcoming Tolling Motion (the "Motion"), and good

cause having been shown, and no objections having been filed; and the Court finding that (i) the

Alternative Service Methods (as defined below) are not prohibited by relevant international

agreements, (ii) the Alternative Service Methods comport with constitutional notions of due

process, (iii) the Trustee has made reasonable efforts to serve the Potential Defendants; and (iv)

the Court's intervention is necessary, and the relief provided herein being narrowly tailored to

serve the foregoing purposes, it is by the Court, hereby

**ORDERED:** The Motion is granted as set forth herein; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

ORDERED:  A hearing on the Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions (ECF No. 2509) shall be held on **February 13, 2024 at 1:30 p.m. (prevailing Eastern time)** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604; and it is further

ORDERED:  The deadline to object to the Tolling Motion shall be **February 5, 2024 at 5:00 p.m. (prevailing Eastern time)** with the Trustee's reply (if any) to be filed by **February 9, 2024**; and it is further

ORDERED:  The Trustee is permitted to serve the Tolling Motion, via the Alternative Service Methods (as defined below), on the Alternative Service Defendants,[2] which includes Potential Defendants that (i) the Trustee is not able to serve personally or by mail in accordance with Federal Rule of Bankruptcy Procedure 7004, (ii) are outside the United States, (iii) whose addresses (physical and/or digital) are currently unknown, and/or (iv) whose names are currently unknown; and it is further

ORDERED:  Alternative Service Methods include any of the following alternative service methods: (1) first class mail to the last known physical address (if known); (2) email (if known); (3) first class mail and email to counsel (if known); (4) service on all registered agents in the British Virgin Islands; (5) service on the specific registered agent of any Alternative Service Defendant (if known); and/or (6) publication notice; and it is further

ORDERED:  Notwithstanding the other terms and conditions of this Order, to the extent an Alternative Service Defendant is located in a country that is a party to the Hague Convention that has objected to service by mail thereunder, the Trustee shall not serve such defendant by mail, either directly or through a registered agent; and it is further

---

[2]    Capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

**ORDERED:** The Proposed Form of Notice attached to this Order as **Exhibit 1** and the Publication Notice attached to this Order as **Exhibit 2** are hereby approved; and it

**ORDERED:** All Potential Defendants (except for Alternative Notice Defendants receiving publication notice only) shall receive notice of the Tolling Motion in the form set forth as **Exhibit 1** to this Order; and it is further

**ORDERED:** All Alternative Notice Defendants shall receive Publication Notice as set forth as **Exhibit 2** to this Order; and it is further

**ORDERED:** The Trustee is to use as many Alternative Service Methods as applicable to each Alternative Notice Defendant; and it is further

**ORDERED:** The Publication Notice shall be published once in each the following publications: (i) the *USA Today*; (ii) *Sing Tao USA* (with the Publication Notice translated into Mandarin); and (iii) *The World Journal* (with the Publication Notice translated into Mandarin), with such publications to occur no later than ten (10) days after the entry of this Order.

**ORDERED:** The terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED:** The Trustee is authorized to take all actions necessary to effectuate the relief granted herein; and it is further

**ORDERED:** The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.


Dated at Bridgeport, Connecticut this 19th day of January, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

**Exhibit 1**
**<u>Form of Notice</u>**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                                :

In re:                                  :    Chapter 11
                                                  :

HO WAN KWOK, *et al*.,[1]           :    Case No. 22-50073 (JAM)
                                                  :

           Debtors.           :    (Jointly Administered)
                                                  :
-------------------------------------------------------x

## <u>NOTICE OF MOTION TO EXTEND STATUTE OF LIMITATIONS</u>

**<u>PLEASE READ THIS NOTICE AND ALL ATTACHMENTS CAREFULLY (AND
CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS) BECAUSE THEY
CONTAIN DEADLINES AND PROCEDURES THAT MAY IMPACT YOUR LEGAL
RIGHTS</u>.**

      **PLEASE TAKE NOTICE** that on January 18, 2024, Luc A. Despins, in his capacity as
the chapter 11 trustee (the "<u>Trustee</u>") appointed in the above-captioned chapter 11 case of Ho
Wan Kwok (the "<u>Debtor</u>"), by and through his undersigned counsel, filed a *Motion for Entry of
an Order Extending Deadline for Trustee to Bring Avoidance Actions Under Bankruptcy Code
Sections 108, 546, and 549* (the "<u>Tolling Motion</u>). The Tolling Motion is appended to this
Notice.

      **What is the Purpose of the Tolling Motion?** Among other things, the Tolling Motion
requests a tolling of the statutory deadline(s) to file causes of action seeking recovery or other
relief from Potential Defendants. Potential Defendants are parties (individuals or entities) that (i)

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings
LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address
for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue,
New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices
and communications).

have received any transfers from any of the parties listed on **<u>Schedule I</u>** to this Notice, (ii) are subsequent transferees of such parties, or (iii) are listed on **<u>Schedule II</u>** to this Notice.

**Why am I receiving this Notice?** You are receiving this Notice because the Trustee believes that you are a Potential Defendant against whom the Tolling Motion seeks relief.  The fact that you received this Notice **<u>does not</u>** necessarily mean that any claims have yet, or will be, brought against you.

**Can I object to the Tolling Motion?**  Yes.  A hearing on the Tolling Motion will be held on **February 13, 2024 at 1:30 p.m.** before the Honorable Julie A. Manning of United States Bankruptcy Court for the District of Connecticut (Bridgeport Division) in Courtroom 123 at 915 Lafayette Blvd., Bridgeport, CT.  Potential Defendants have a right to object to the Tolling Motion at the aforementioned hearing.  Potential Defendants who wish to file a written objection to the Tolling Motion must do so by **February 5, 2024 at 5:00 p.m. (prevailing Eastern time**).

**What happens if I do not object to the Tolling Motion?**  The Tolling Motion may impact your legal rights, and Potential Defendants who do not timely object to the Tolling Motion may waive their right to do so at a later time.

*[Remainder of page intentionally left blank.]*

## Exhibit 2
### Form of Publication Notice

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------------------X
                                                                          :
In re:                                                                    :    Chapter 11
      Ho Wan Kwok,                                            :    Case No. 22-50073 (JAM)
                    Debtor.[1]                               :
------------------------------------------------------------------------X

## NOTICE OF MOTION TO EXTEND STATUTE OF LIMITATIONS

**PLEASE TAKE NOTICE THAT**

On February 15, 2022 (the "Petition Date"), Mr. Ho Wan Kwok (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court"). On July 8, 2022, the Bankruptcy Court entered an order granting the appointment of Luc A. Despins as the chapter 11 trustee (the "Trustee") in the Debtor's chapter 11 case (the "Chapter 11 Case").

On January 19, 2024, the Bankruptcy Court entered the *Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing* [Docket No.    ] (the "Notice Order") authorizing the form and manner by which the Trustee may provide notice of the Tolling Motion (as defined below).

On January 18, 2024, the Trustee filed the Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions [Docket No. 2509] (the "Tolling Motion"). The Tolling Motion requests a tolling of the statutory deadline(s) to file causes of action seeking recovery or other relief from Potential Defendants. Potential Defendants are parties (individuals or entities) that (i) have received any transfers from any of the parties listed on **Schedule I** to the Notice Order, (ii) are subsequent transferees of such parties, or (iii) are listed on **Schedule II** to the Notice Order.

Pursuant to the relief granted in the Notice Order, the Trustee hereby provides this notice (the "Notice") to all Potential Defendants of the Trustee's intent to extend the statute of limitations for actions described in the Tolling Motion. The Tolling Motion and **Schedule I** and **Schedule II** to the Notice Order can be found at the Debtor's restructuring website at https://dm.epiq11.com/case/kwoktrustee/dockets

If you wish to challenge the relief requested in the Tolling Motion, you must file and serve a written objection so that such objection is filed with the Bankruptcy Court and actually received no later than **February 5, 2024 at 5:00 p.m. (prevailing Eastern time)** (the "Objection Deadline"), by the following parties: (a) counsel to the Debtor, Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, CT 06605 (Attn: Eric Henzy (ehenzy@zeislaw.com)); Attn: James M. Moriarty (jmoriarty@zeislaw.com)), (b) counsel to the Trustee (i) Paul Hastings LLP, 200 Park

---

[1] Although the Debtor's legal name is Ho Wan Kwok, he is also known by the following names: Guo Wengui; Miles Guo; and Miles Kwok. The last four digits of his tax identification number are 9595.

Avenue, New York, NY 10166 (Attn: Douglass Barron (douglassbarron@paulhastings.com)); (ii) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 065510 (Attn: Patrick Linsey (plinsey@npmlaw.com)); (c) counsel to the official committee of unsecured creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor PO Box 7006, Bridgeport, CT 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com)), (d) those parties that filed a notice of appearance in the Chapter 11 Case, and (e) the United States Trustee for the District of Connecticut, Giaimo Federal Building, Room 302, 150 Court Street, New Haven, CT 06510 (Attn: Holley L. Claiborn (Holley.L.Claiborn@usdoj.gov)).

A hearing to consider the Tolling Motion will be held on **February 13, 2024, at 1:30 p.m. (prevailing Eastern Time)** before the Honorable Julie A. Manning in the Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604.

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.**

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE TOLLING MOTION AND SCHEDULE I AND SCHEDULE II ATTACHED TO THE NOTICE ORDER, AS YOUR RIGHTS MIGHT BE AFFECTED. POTENTIAL DEFENDANTS WHO DO NOT TIMELY OBJECT TO THE TOLLING MOTION MAY WAIVE THEIR RIGHT TO DO SO AT A LATER TIME.**

If you require additional information regarding this Notice, you may contact the Trustee's counsel, Paul Hastings LLP, by e-mailing douglassbarron@paulhastings.com.