**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

# SECOND CONSENTED TO MOTION OF CHAPTER 11 TRUSTEE TO ADJOURN HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING DBS BANK LTD TO COMPLY WITH RULE 2004 SUBPOENA

Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee") in the above-captioned chapter 11 case of Ho Wan Kwok, upon the consent of DBS Bank Ltd ("DBS" and, together with the Trustee, collectively, the "Parties"), hereby respectfully moves (the "Motion to Adjourn") to adjourn the hearing on the *Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* [ECF No. 2396] (the "Motion to Compel"), as set forth in the proposed Consent Order attached hereto as **Exhibit A** (the "Proposed Consent Order"). In support of the Motion to Adjourn, the Trustee respectfully states the following:

1. The Trustee filed the Motion to Compel on November 29, 2023. After the Trustee filed the Motion to Compel, the Trustee and DBS, through their respective counsel, conferred in good faith regarding the Motion to Compel and agreed to adjourn the initial hearing date.

2. On December 15, 2023, the Trustee filed the *Motion for Order Consented to Motion of Chapter 11 Trustee to Adjourn Hearing on Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* (the "Prior Motion to Adjourn") [ECF No. 2438], which this Court granted on December 18, 2023 [ECF No. 2442], adjourning the

hearing on the Motion to Compel to January 30, 2024, at 2 p.m., with a deadline for DBS to respond to the Motion to Compel of January 23, 2024.

3. Since the Court granted the Prior Motion to Adjourn, the parties have continued to confer in good faith in an effort to resolve their disputes while reserving their respective rights. In light of their cooperation and ongoing discussions, the parties wish to avoid expending resources litigating the Motion to Compel at this time.

4. Accordingly, the Trustee requests that the hearing on the Motion to Compel be adjourned to the first date that is convenient to the Court on or after February 29, 2024. The Trustee further requests that the deadline for DBS to respond to the Motion to Compel be set one week in advance of the adjourned hearing date. DBS consents to this relief.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

WHEREFORE, the Trustee respectfully requests that the Court grant the Motion to Adjourn by entering the Proposed Consent Order and grant such other relief as is just and proper.

Dated: January 23, 2024  
      New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

*/s/ Patrick R. Linsey*  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23, 2024, the foregoing was electronically filed. Notice of this filing was sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

Dated: January 23, 2024  
New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

/s/ *Patrick R. Linsey*  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**EXHIBIT A**

**(PROPOSED CONSENT ORDER)**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

# [PROPOSED] SECOND CONSENT ORDER ADJOURNING HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING DBS BANK LTD TO COMPLY WITH RULE 2004 SUBPOENA

Upon the motion (the "Motion") of Luc A. Despins, chapter 11 trustee (the "Trustee"), filed upon the consent of DBS Bank Ltd ("DBS"), to adjourn hearing on the Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena [ECF No. 2396] (the "Motion to Compel"), and due and sufficient notice having been given, and good cause appearing for the relief sought by the Motion, it is hereby

**ORDERED,** that the hearing on the Motion to Compel is adjourned to _____ \_\_\_, 2024, at \_\_ \_.m., to be held at the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT; and it is further

**ORDERED**, that DBS shall file any response to the Motion to Compel by _____ \_\_\_, 2024.

Signed this \_\_ day of _____, 2024

_____
Hon. Julie A. Manning
United States Bankruptcy Judge