**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                 :    Case No. 22-50073 (JAM)
:
Debtors.                    :    (Jointly Administered)
:
---------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S MOTION**
**TO APPEAR REMOTELY FOR JANUARY 23, 2024 HEARING**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Luc A. Despins, in his capacity as trustee in the above-captioned case filed under chapter 11 of Title 11 of the United States Code (the "Trustee"), respectfully moves (the "Motion") the Court for permission to appear remotely at the January 23, 2024 hearing at 1:00 p.m. on: (a) the *First Interim Fee Application for Pallas Partners LLP* [ECF No. 2475] in the above-captioned chapter 11 case; and (b) the matters scheduled in adversary proceeding number 23-05023 (JAM) (collectively, the "Matters"). The Trustee is unable to appear in person due to illness. The Trustee's counsel (including Nicholas A. Bassett) will attend the hearing in person.

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

-2-

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that he be permitted to appear remotely before this Court on the hearing for the Matters on January 23, 2024 at 1:00 p.m.

Dated: January 23, 2024  
       New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
    Douglas S. Skalka (ct00616)  
    Patrick R. Linsey (ct29437)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    dskalka@npmlaw.com  
    plinsey@npmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :    Case No. 22-50073 (JAM)
                                                         :
        Debtors.                                         :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

**[PROPOSED] ORDER GRANTING**
**CHAPTER 11 TRUSTEE'S MOTION**
**TO APPEAR REMOTELY FOR JANUARY 23, 2024 HEARING**

Upon the motion (the "Motion") of Luc A. Despins, as chapter 11 trustee (the "Trustee") for the individual debtor in the above-captioned chapter 11 cases for permission to participate remotely at the hearings scheduled for January 23, 2024 at 1:00 p.m. at the Matters[2], notice having been provided, and good cause appearing therefore, it is hereby

1.      ORDERED that the Motion is granted as set forth herein; and it is further

2.      ORDERED that the Trustee may participate in the hearing of the Matters scheduled for January 23, 2024 at 1:00 p.m. via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the ZoomGov remote conference by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]     Capitalized terms not defined in this Order adopt the definitions set forth in the Motion.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                 :    Case No. 22-50073 (JAM)
:
Debtors.                       :    (Jointly Administered)
:
---------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23, 2024 the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: January 23, 2024          LUC A. DESPINS,
      New Haven, Connecticut    CHAPTER 11 TRUSTEE

      By:   */s/ Patrick R. Linsey*
         Douglas S. Skalka (ct00616)
         Patrick R. Linsey (ct29437)
         NEUBERT, PEPE & MONTEITH, P.C.
         195 Church Street, 13th Floor
         New Haven, Connecticut 06510
         (203) 781-2847
         dskalka@npmlaw.com
         plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).