ct260                                                                                           8/2023

# United States Bankruptcy Court
## District of Connecticut



In re:

   Ho Wan Kwok                                            Case Number: 22-50073

                                                          Chapter: 11

   Debtor *

## ORDER GRANTING REQUEST TO APPEAR REMOTELY

   Luc A. Despins having filed a Motion to Appear Remotely, ECF No. 2518, in connection with First Interim Fee Application for Pallas Partners LLP, ECF No. 2475, it appearing that the relief requested in the Motion to Appear Remotely should be granted for cause shown; it is hereby

   **ORDERED:** Luc A. Despins is authorized to attend the hearing on First Interim Fee Application for Pallas Partners LLP, ECF No. 2475,  currently scheduled to be heard on January 23, 2024 at 1:00 P.M. via ZoomGov; and it is further

   **ORDERED:** Luc A. Despins shall e-mail the Courtroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection information.

 Dated: January 23, 2024                                  BY THE COURT

                                                          *Julie A. Manning*
                                                          United States Bankruptcy Judge
                                                          District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.