| | |
|---|---|
| **From:** | Yu Yang |
| **To:** | CTBdb_CourtroomDeputy_Bridgeport |
| **Subject:** | about Case number 22-50073 Debtor Ho Wan Kwok |
| **Date:** | Wednesday, January 17, 2024 12:10:28 AM |

**CAUTION - EXTERNAL:**

My Chinese name is TIAN, LIANG. I submitted my personal investment information to Case number: 22-50073 while being deceived. I am one of the investors in GTV. I want to say that in the investment in GTV, Ho Wan Kwok has never defrauded me of my money. My investment funds were frozen by the US government agency SEC, not deceived by Ho Wan Kwok. The email I use now is my GTV investment email. I am here Statement: I must withdraw all my information. I have no creditor or debt relationship with Ho Wan Kwok. If this lawsuit is a personal lawsuit against Ho Wan Kwok, this is not my original intention! ! ! Your use of my information is invalid. You cannot use my investment documents against my original intention. If you need me to go to the United States to testify, I can go to the United States to testify at any time to prove that Ho Wan Kwok is innocent! ! ! FREE Ho Wan Kwok! ! ! TAKE DOWN THE CCP!!!

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.