ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions:*

| # | Field | Value |
|---|---|---|
| 1 | NAME | Patrick M. Birney |
| 2 | PHONE NUMBER | (860) 275-8275 |
| 3 | DATE | 1/23/2024 |
| 4 | DELIVERY ADDRESS OR EMAIL | pbirney@rc.com |
| 5 | CITY | Hartford |
| 6 | STATE | CT |
| 7 | ZIP CODE | 06103 |
| 8 | CASE NUMBER | 22-50073 |
| 9 | JUDGE | Judge Julie A. Manning |
| 10 | DATES OF PROCEEDINGS FROM | 1/23/2024 |
| 11 | TO | 1/23/2024 |
| 12 | CASE NAME | Ho Wan Kwok |
| 13 | LOCATION OF PROCEEDINGS CITY | Bridgeport |
| 14 | STATE | Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Hearing | 1/23/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ Patrick M. Birney

PROCESSED BY: Lorenzo M. Whitmore

19. DATE: 1/23/2024

PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY: Fiore Reporting and Transcription

COURT ADDRESS: 915 Lafayette Blvd., Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

Honorable Julie A. Manning

Tuesday January 23 2024

---

01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC

**Matter:** #2475; Interim Application for Compensation First Interim Fee Application for Pallas Partners LLP, Other Professional, Fee: $318,591.50, Expenses: $4,953.04. Filed by Georg Alexander Bongartz, Attorney

---

01:00 PM | 23-05023 | Despins, Luc A., Chapter 11 Trustee v. Lamp Capital LLC et al

**Matter:** #4; Pretrial Conference

---

01:00 PM | 23-05023 | Despins, Luc A., Chapter 11 Trustee v. Lamp Capital LLC et al

**Matter:** #18; Motion for Default Judgment by the Court pursuant to Fed. R. Civ. P. 55(b)(2) against Lamp Capital LLC and Infinity Treasury Management, Inc. Filed by Patrick R. Linsey on behalf of Despins, Luc A., Chapter 11 Trustee, Plaintiff

---

01:00 PM | 23-05023 | Despins, Luc A., Chapter 11 Trustee v. Lamp Capital LLC et al

**Matter:** #30; Motion to Set Aside Default Filed by Aaron Romney on behalf of Leading Shine NY Ltd., Defendant

| 01:00 PM | 23-05023 | Despins, Luc A., Chapter 11 Trustee v. Lamp Capital LLC et al |

**Matter: #42; Motion to Set Aside Default Filed by Robert J. Grand on behalf of Lamp Capital LLC, Defendant**

## Parties that appeared at the January 23, 2024 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604

**Robert J. Grand**
Lax & Neville LLP
350 Fifth Avenue
Suite 4640
New York, NY 10118

**Robert Rush Miller**
Lax & Neville LLP
Empire State Building
350 Fifth Avenue
Ste 4640
New York, NY 10118