**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                :

In re:                                   :     Chapter 11
                                          :
HO WAN KWOK, *et al.*,[1]           :     Case No. 22-50073 (JAM)
                                          :
                Debtors.           :     (Jointly Administered)
                                          :
------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 19, 2024, the *Twelfth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery with Respect to Additional Relevant Banks* [ECF No. 2514] (including all exhibits, attachments, and associated orders filed therewith, collectively, the "<u>Served Documents</u>") was filed electronically. Notice of this filing has been sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system ("<u>CM/ECF</u>"), as set forth in **<u>Exhibit A</u>** appended hereto, or by U.S. Mail first-class delivery (sent January 19, 2024) to anyone unable to accept electronic notice pursuant to the Notice of Electronic Filing. These recipients are specifically set forth in **<u>Exhibit B</u>** appended hereto. Parties may access the Served Documents through the Court's CM/ECF system.

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

With respect to the Notice Parties, as defined in Local Bankr. R. 2004-1, the following parties will receive notice of this filing by CM/ECF: (i) the Debtor; (ii) the Chapter 11 Trustee; (iii) the United States Trustee; (iv) any official committee; and (v) any party that has filed a notice of appearance in the case, provided however, that parties appearing in the case who are unable to receive electronic notice were served via U.S. Mail as set forth above.  With respect to (vi) the proposed witnesses, examinees, or parties producing documents (collectively, the "Examinees"), the Examinees were served (January 19, 2024) at the addresses appended hereto, via FedEx or UPS overnight delivery (or, with respect to international addresses, expedited delivery), as set forth in **Exhibit C** appended hereto.

The undersigned hereby certifies that the foregoing constitutes service upon all of the Notice Parties.

Dated:      January 24, 2024                     LUC DESPINS, as appointed Chapter 11 Trustee
            New Haven, Connecticut               for HO WON KWOK

                                                 By: */s/ Patrick R. Linsey*
                                                     Patrick R. Linsey (ct29437)
                                                     NEUBERT, PEPE & MONTEITH, P.C.
                                                     195 Church Street, 13th Floor
                                                     New Haven, Connecticut 06510
                                                     (203) 781-2847
                                                     plinsey@npmlaw.com

## EXHIBIT A

## PARTIES THAT RECEIVED ELECTRONIC NOTICE VIA CM/ECF

Gregory F. Arcaro on behalf of Real Party In Intere G-News Operations, LLC
garcaro@grafsteinlaw.com,
5806@notices.nextchapterbk.com;office@grafsteinlaw.com;ArcaroGR49801@notify.bestcase.com

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Laura Aronsson on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Tristan G. Axelrod on behalf of Creditor Brown Rudnick LLP
taxelrod@brownrudnick.com

Tristan G. Axelrod on behalf of Creditor Verdolino & Lowey, P.C.
taxelrod@brownrudnick.com

William R. Baldiga on behalf of Creditor Brown Rudnick LLP
wbaldiga@brownrudnick.com

William R. Baldiga on behalf of Defendant Kwok Ho Wan
wbaldiga@brownrudnick.com

Kellianne Baranowsky on behalf of Interested Party BakerHostetler
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Interested Party G Club Operations, LLC
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Daniel D. Barnes on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
dbarnes@csglaw.com

Daniel D. Barnes on behalf of Interested Party Mei Guo
dbarnes@csglaw.com

Douglass E. Barron on behalf of Chapter 11 Trustee Luc A. Despins
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Counter-Claimant Luc A. Despins

douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Debtor Genever Holdings Corporation
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Debtor Genever Holdings LLC
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Defendant Despins, Luc A., Chapter 11 Trustee
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Plaintiff Genever Holdings LLC
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Plaintiff Luc A. Despins
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Nicholas A. Bassett on behalf of Chapter 11 Trustee Luc A. Despins
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.
com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;a
viluft@paulhastings.com

Nicholas A. Bassett on behalf of Counter-Claimant Luc A. Despins
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.
com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;a
viluft@paulhastings.com

Nicholas A. Bassett on behalf of Defendant Despins, Luc A., Chapter 11 Trustee

2

nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Nicholas A. Bassett on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Nicholas A. Bassett on behalf of Plaintiff Genever Holdings LLC
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Nicholas A. Bassett on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Nicholas A. Bassett on behalf of Plaintiff Luc A. Despins
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Patricia B. Bergamasco on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
Pbergamasco@csglaw.com

Patricia B. Bergamasco on behalf of Interested Party Mei Guo
Pbergamasco@csglaw.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

G. Alexander Bongartz on behalf of Chapter 11 Trustee Luc A. Despins
alexbongartz@paulhastings.com

G. Alexander Bongartz on behalf of Plaintiff Luc A. Despins
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Chapter 11 Trustee Luc A. Despins
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Debtor Genever Holdings Corporation
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Debtor Genever Holdings LLC
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Defendant Despins, Luc A., Chapter 11 Trustee
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Plaintiff Genever Holdings LLC
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Plaintiff Luc A. Despins
alexbongartz@paulhastings.com

Trevor L. Bradley on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
tbradley@rc.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

Daniel Cantor on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.

4

dcantor@omm.com

John F. Carberry on behalf of Miscellaneous Proceeding Party Jetlaw LLC
jcarberry@cl-law.com

Dennis M. Carnelli on behalf of Chapter 11 Trustee Luc A. Despins
dcarnelli@npmlaw.com

Dennis M. Carnelli on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
dcarnelli@npmlaw.com

Dennis M. Carnelli on behalf of Plaintiff Luc A. Despins
dcarnelli@npmlaw.com

John L. Cesaroni on behalf of Counter-Defendant HK International Funds Investments (USA)
Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Counter-Defendant Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Debtor Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party HK International Funds Investments (USA) Limited,
LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

Scott M. Charmoy on behalf of Attorney Charmoy & Charmoy, LLC
scottcharmoy@charmoy.com, ecf-
3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com

Scott M. Charmoy on behalf of Interested Party HGA Property Operation LLC
scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Brian J Clifford on behalf of Debtor Genever Holdings LLC
bclifford@sdvlaw.com, lucdespins@paulhastings.com

Joanna J. Cline on behalf of Defendant Bravo Luck Limited
joanna.cline@troutman.com

Joanna J. Cline on behalf of Interested Party Bravo Luck Limited
joanna.cline@troutman.com

Michael T. Conway on behalf of Defendant Taurus Fund LLC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Taurus Management LLC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Scott Barnett
mconway@lpgmlaw.com

Keith N. Costa on behalf of Interested Party Leonard Scudder
kcosta@otterbourg.com, kcosta@otterbourg.com;awilliams@otterbourg.com

James J. Costello, Jr on behalf of Real Party In Intere G-News Operations, LLC
jjcostellojr@norris-law.com

Samuel Bryant Davidoff on behalf of Interested Party Williams & Connolly LLP
sam@davidoffs.com

Sam Della Fera, Jr on behalf of Cross Defendant HK International Funds Investments (USA) Limited, LLC
sdellafera@csglaw.com

Sam Della Fera, Jr on behalf of Defendant HK International Funds Investments (USA) Limited, LLC
sdellafera@csglaw.com

Sam Della Fera, Jr on behalf of Defendant Mei Guo
sdellafera@csglaw.com

Sam Della Fera, Jr on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
sdellafera@csglaw.com

Sam Della Fera, Jr on behalf of Interested Party Mei Guo
sdellafera@csglaw.com

Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Luc A. Despins on behalf of Chapter 11 Trustee Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Luc A. Despins on behalf of Defendant Despins, Luc A., Chapter 11 Trustee
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Luc A. Despins on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Luc A. Despins on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Melissa I Falk Wernick on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Counter-Defendant Mei Guo
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Defendant HK International Funds Investments (USA) Limited, LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Defendant Hudson Diamond Holding LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Defendant Mei Guo
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Interested Party Mei Guo
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Plaintiff HK International Funds Investments (USA) Limited,
LLC
mwernick@csglaw.com

Paul Fenaroli on behalf of Interested Party 1332156 B.C. LTD
pfenaroli@pastore.net

Paul Fenaroli on behalf of Interested Party GWGOPNZ Limited
pfenaroli@pastore.net

Paul Fenaroli on behalf of Interested Party Japan Himalaya League, Inc.
pfenaroli@pastore.net

Paul Fenaroli on behalf of Interested Party Jie Zhang
pfenaroli@pastore.net

Paul Fenaroli on behalf of Interested Party Shin Hsin Yu
pfenaroli@pastore.net

Sam Della Fera, Jr. on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
sdellafera@csglaw.com

Sam Della Fera, Jr. on behalf of Interested Party Mei Guo
sdellafera@csglaw.com

Sabato P. Fiano on behalf of Interested Party RCI Bridgeport, LLC
sfiano@znclaw.com

Ross G. Fingold on behalf of Interested Party NODAL PARTNERS, LLC
rfingold@lawssf.com

William S. Fish on behalf of Defendant DBS BANK LTD.
wfish@hinckleyallen.com, jmccarthy@hinckleyallen.com

Carolina A Fornos on behalf of Interested Party G Club Operations, LLC
carolina.fornos@pillsburylaw.com, nydocket@pillsburylaw.com

Carolina A. Fornos on behalf of Interested Party G Club Operations, LLC
carolina.fornos@pillsburylaw.com

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Richard N Freeth on behalf of Interested Party Himalaya Investment LLC
rfreeth@freethfirm.com

Richard N Freeth on behalf of Interested Party Jiaming Liu
rfreeth@freethfirm.com

Lisa Fried on behalf of Interested Party UBS AG
lisa.fried@hsf.com, stephanie.morano@hsf.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Taruna Garg on behalf of Creditor The Sherry-Netherland, Inc.
tgarg@murthalaw.com, mgarcia@murthalaw.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Irve J. Goldman on behalf of Creditor Committee Pullman & Comley, LLC
igoldman@pullcom.com, rmccoy@pullcom.com

Irve J. Goldman on behalf of Defendant Official Committee of Unsecured Creditors

igoldman@pullcom.com, rmccoy@pullcom.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Mia N. Gonzalez on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Marc Gottridge on behalf of Interested Party UBS AG
marc.gottridge@hsf.com

James C. Graham on behalf of Chapter 11 Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Defendant Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Lawrence S. Grossman on behalf of Interested Party BakerHostetler
LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

David V. Harbach, II on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

James J. Healy on behalf of Interested Party Williams & Connolly LLP
jhealy@cmandh.com

Jeffrey Hellman on behalf of Defendant Ho Wan Kwok
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Eric A. Henzy on behalf of Debtor Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok

ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
ehenzy@zeislaw.com, cjervey@zeislaw.com

Zachary A. Intrater on behalf of Defendant Hing Chi Ngok
zintrater@braflaw.com

Ryan T. Jareck on behalf of Interested Party HCHK Property Management, Inc.
rjareck@coleschotz.com

Ryan T. Jareck on behalf of Interested Party HCHK Technologies, Inc.
rjareck@coleschotz.com

Ryan T. Jareck on behalf of Interested Party Lexington Property and Staffing, Inc.
rjareck@coleschotz.com

Timothy P. Jensen on behalf of Debtor Genever Holdings LLC
tjensen@omjblaw.com

Timothy P. Jensen on behalf of Plaintiff Genever Holdings LLC
tjensen@omjblaw.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Austin D Kim on behalf of Defendant Greenwich Land, LLC
adk@msf-law.com

Austin D Kim on behalf of Defendant Hing Chi Ngok
adk@msf-law.com

Austin D Kim on behalf of Interested Party Greenwich Land, LLC
adk@msf-law.com

Austin D Kim on behalf of Interested Party Hing Chi Ngok
adk@msf-law.com

Stephen M. Kindseth on behalf of Debtor Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Defendant Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Nancy Bohan Kinsella on behalf of Plaintiff-Intervenor Luc A. Despins
nkinsella@npmlaw.com,
moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com

Kathleen M. LaManna on behalf of Plaintiff U.S. Bank National Association, as escrow agent
klamanna@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Julie A Lavoie on behalf of Creditor The Sherry-Netherland, Inc.
jlavoie@murthalaw.com

Francis J. Lawall on behalf of Defendant Bravo Luck Limited
francis.lawall@troutman.com, susan.henry@troutman.com;marcy.smith@troutman.com

Francis J. Lawall on behalf of Interested Party Bravo Luck Limited
francis.lawall@troutman.com, susan.henry@troutman.com;marcy.smith@troutman.com

Francis J. Lawall on behalf of Interested Party Bravo Luck Limited
francis.lawall@troutman.com, susan.henry@troutman.com;marcy.smith@troutman.com

Andrew V. Layden on behalf of Interested Party BakerHostetler
alayden@bakerlaw.com

Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Claims/Noticing Agent Epiq Corporate Restructuring, LLC
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Counter-Claimant Luc A. Despins
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Cross-Claimant Despins, Luc A., Chapter 11 Trustee
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Debtor Genever Holdings Corporation
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Debtor Genever Holdings LLC
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Debtor's Attorney Paul Hastings LLP
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Defendant Despins, Luc A., Chapter 11 Trustee
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Defendant Luc A. Despins
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Genever Holdings Corporation
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Genever Holdings LLC
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff-Intervenor Luc A. Despins
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Trustee Luc A. Despins
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Trustee's Attorney Neubert, Pepe & Monteith, P.C.
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Avram Emmanuel Luft on behalf of Chapter 11 Trustee Luc A. Despins
aviluft@paulhastings.com

Avram Emmanuel Luft on behalf of Defendant Despins, Luc A., Chapter 11 Trustee
aviluft@paulhastings.com

Avram Emmanuel Luft on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee

13

aviluft@paulhastings.com

Avram Emmanuel Luft on behalf of Plaintiff Genever Holdings Corporation
aviluft@paulhastings.com

Avram Emmanuel Luft on behalf of Plaintiff Genever Holdings LLC
aviluft@paulhastings.com

Avram Emmanuel Luft on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
aviluft@paulhastings.com

Avram Emmanuel Luft on behalf of Plaintiff Luc A. Despins
aviluft@paulhastings.com

Christopher J. Major on behalf of Defendant Greenwich Land, LLC
cjm@msf-law.com

Christopher J. Major on behalf of Defendant Hing Chi Ngok
cjm@msf-law.com

Christopher J. Major on behalf of Interested Party Greenwich Land, LLC
cjm@msf-law.com

Christopher J. Major on behalf of Interested Party Hing Chi Ngok
cjm@msf-law.com

Bonnie C. Mangan on behalf of Defendant HCHK Property Management, Inc.
bonnie.mangan@manganlaw.com, becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of Defendant Brian Hofmeister
bonnie.mangan@manganlaw.com, becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of Miscellaneous Proceeding Party Law Office of Bonnie C. Mangan
bonnie.mangan@manganlaw.com, becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of Requested Notice Bonnie C. Mangan
Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of Requested Notice Bonnie C. Mangan
bonnie.mangan@manganlaw.com, becky.avery@manganlaw.com

Amy E. Markim on behalf of Debtor Genever Holdings LLC
amarkim@omjblaw.com

Amy E. Markim on behalf of Plaintiff Genever Holdings LLC
amarkim@omjblaw.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Committee Official Committee of Unsecured Creditors
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Defendant Official Committee of Unsecured Creditors
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Boxun Inc.
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Weican (Watson) Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Yang Lan
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Melissa Rose McClammy on behalf of Interested Party 1332156 B.C. LTD
mmcclammy@pastore.net

Melissa Rose McClammy on behalf of Interested Party GWGOPNZ Limited
mmcclammy@pastore.net

Melissa Rose McClammy on behalf of Interested Party Japan Himalaya League, Inc.
mmcclammy@pastore.net

Melissa Rose McClammy on behalf of Interested Party Shin Hsin Yu
mmcclammy@pastore.net

Michael T. McCormack on behalf of Debtor Genever Holdings LLC
mmccormack@omjblaw.com, mgambardella@omjblaw.com

Michael T. McCormack on behalf of Plaintiff Genever Holdings LLC
mmccormack@omjblaw.com, mgambardella@omjblaw.com

Danielle L. Merola on behalf of Interested Party BakerHostetler
dmerola@bakerlaw.com

Sherry J. Millman on behalf of Creditor The Sherry-Netherland, Inc.
sherry.millman@hoganlovells.com, sherry-millman-9484@ecf.pacerpro.com

Aaron A Mitchell on behalf of Debtor Ho Wan Kwok
aaron@lmesq.com

Aaron A Mitchell on behalf of Debtor's Attorney Lawall & Mitchell, LLC
aaron@lmesq.com

Aaron A Mitchell on behalf of Defendant Ho Wan Kwok
aaron@lmesq.com

James M. Moriarty on behalf of Counter-Defendant HK International Funds Investments (USA)
Limited, LLC
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Counter-Defendant Mei Guo
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Debtor Ho Wan Kwok
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Defendant HK International Funds Investments (USA) Limited,
LLC
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Defendant Hudson Diamond Holding LLC
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Defendant Hudson Diamond NY LLC
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Defendant Leading Shine NY Ltd.
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Defendant Mei Guo
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Interested Party Hudson Diamond Holding LLC
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Interested Party Mei Guo
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, cgregory@zeislaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Joseph M. Pastore, III on behalf of Interested Party 1332156 B.C. LTD
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party 1332156 B.C. LTD
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party GWGOPNZ Limited
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party GWGOPNZ Limited
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party Japan Himalaya League, Inc.
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party Jie Zhang
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party Shin Hsin Yu
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party Shin Hsin Yu
jpastore@pastore.net

Patrick N. Petrocelli on behalf of Creditor The Sherry-Netherland, Inc.
ppetrocelli@stroock.com

Sari B. Placona on behalf of Interested Party HCHK Property Management, Inc.
splacona@msbnj.com

Sari B. Placona on behalf of Interested Party HCHK Technologies, Inc.
splacona@msbnj.com

Sari B. Placona on behalf of Interested Party Lexington Property and Staffing, Inc.
splacona@msbnj.com

Sari Blair Placona on behalf of Interested Party HCHK Property Management, Inc.
splacona@msbnj.com

Sari Blair Placona on behalf of Interested Party HCHK Technologies, Inc.
splacona@msbnj.com

Sari Blair Placona on behalf of Interested Party Lexington Property and Staffing, Inc.
splacona@msbnj.com

Lucas Bennett Rocklin on behalf of Chapter 11 Trustee Luc A. Despins
lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net

Aaron Romney on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Counter-Defendant Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Debtor Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Hudson Diamond Holding LLC

aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Hudson Diamond NY LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Leading Shine NY Ltd.
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Hudson Diamond Holding LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Hudson Diamond NY LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Aaron A. Romney
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com, msullivan@cbshealaw.com;akuhn@cbshealaw.com

Tyler W. Rutherford on behalf of Interested Party 1332156 B.C. LTD
trutherford@pastore.net

Tyler W. Rutherford on behalf of Interested Party GWGOPNZ Limited
trutherford@pastore.net

Tyler W. Rutherford on behalf of Interested Party Jie Zhang
trutherford@pastore.net

Tyler W. Rutherford on behalf of Interested Party Shin Hsin Yu
trutherford@pastore.net

Thomas J. Sansone on behalf of Attorney Michael S. Weinstein
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Xiaodan Wang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Jordan W. Schur on behalf of Defendant Infinity Treasury Management Inc.
jschur@houser-law.com

Jordan W. Schur on behalf of Defendant Lamp Capital LLC
jschur@houser-law.com

John T. Shaban on behalf of Defendant HCHK Property Management, Inc.
john@levinelevinelaw.com

John T. Shaban on behalf of Defendant HCHK Technologies, Inc.

john@levinelevinelaw.com

John T. Shaban on behalf of Defendant Holy City Hong Kong Ventures, LTD.
john@levinelevinelaw.com

John T. Shaban on behalf of Defendant Lexington Property and Staffing, Inc.
john@levinelevinelaw.com

David M.S. Shaiken on behalf of Defendant Bravo Luck Limited
david@shipmanlawct.com

David M.S. Shaiken on behalf of Interested Party Bravo Luck Limited
david@shipmanlawct.com

Douglas S. Skalka on behalf of Chapter 11 Trustee Luc A. Despins
dskalka@npmlaw.com, tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Counter-Claimant Luc A. Despins
dskalka@npmlaw.com, tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings Corporation
dskalka@npmlaw.com, tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings LLC
dskalka@npmlaw.com, tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Defendant Despins, Luc A., Chapter 11 Trustee
dskalka@npmlaw.com, tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Defendant Luc A. Despins
dskalka@npmlaw.com, tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
dskalka@npmlaw.com, tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff Genever Holdings LLC
dskalka@npmlaw.com, tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff Luc A. Despins
dskalka@npmlaw.com, tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff-Intervenor Luc A. Despins
dskalka@npmlaw.com, tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Trustee's Attorney Neubert, Pepe & Monteith, P.C.
dskalka@npmlaw.com, tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Jeffrey M. Sklarz on behalf of Interested Party BakerHostetler
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Interested Party G Club Operations, LLC
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Michael B. Sloan on behalf of Defendant Greenwich Land, LLC
msloan@msf-law.com

Michael B. Sloan on behalf of Defendant Hing Chi Ngok
msloan@msf-law.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Anthony Sodono, III on behalf of Interested Party HCHK Property Management, Inc.
asodono@msbnj.com

Anthony Sodono, III on behalf of Interested Party HCHK Technologies, Inc.
asodono@msbnj.com

Anthony Sodono, III on behalf of Interested Party Lexington Property and Staffing, Inc.
asodono@msbnj.com

Michael P. Thompson on behalf of Defendant AIG Property Casualty Company
mpthompson@grsm.com, tbernier@grsm.com

John Troy on behalf of Interested Party Troy Law, PLLC
johntroy@troypllc.com

Tiffany Troy on behalf of Creditor Troy Law, PLLC
troylegalpllc@gmail.com, troylaw@troypllc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Lee Vartan on behalf of Attorney Lee Vartan
lvartan@csglaw.com

Lee Vartan on behalf of Counter-Defendant HK International Funds Investments (USA) Limited,
LLC
lvartan@csglaw.com

Lee Vartan on behalf of Counter-Defendant Mei Guo
lvartan@csglaw.com

Lee Vartan on behalf of Cross Defendant HK International Funds Investments (USA) Limited,
LLC
lvartan@csglaw.com

Lee Vartan on behalf of Defendant HK International Funds Investments (USA) Limited, LLC
lvartan@csglaw.com

Lee Vartan on behalf of Defendant Hudson Diamond Holding LLC
lvartan@csglaw.com

Lee Vartan on behalf of Defendant Mei Guo
lvartan@csglaw.com

Lee Vartan on behalf of Interested Party Chiesa Shahinian & Giantomasi PC
lvartan@csglaw.com

Lee Vartan on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
lvartan@csglaw.com

Lee Vartan on behalf of Interested Party Hudson Diamond Holding LLC
lvartan@csglaw.com

Lee Vartan on behalf of Interested Party Mei Guo
lvartan@csglaw.com

Lee Vartan on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
lvartan@csglaw.com

Michael S. Weinstein on behalf of Creditor Chong Shen Raphanella
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Rong Zhang
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Xiaodan Wang
mweinstein@golenbock.com

Melissa F. Wernick on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
mwernick@csglaw.com

Melissa F. Wernick on behalf of Interested Party Mei Guo
mwernick@csglaw.com

Latonia C. Williams on behalf of Plaintiff U.S. Bank National Association, as escrow agent
lwilliams@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com, lgilbert@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com, lgilbert@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com, lgilbert@mdmc-law.com

**EXHIBIT B**

**PARTIES SERVED VIA U.S. MAIL**

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

Huizhen Wang, Yunxia Wu, Keyi Zilkie, and Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.

1

Amherst, VA 24521
Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 7769

**EXHIBIT C**

**EXAMINEES SERVED VIA FEDEX**

| Discovery Party | Address |
|---|---|
| **FV Bank International Inc.** | **FV Bank International Inc.**<br><br>270 Plaza Muñoz Rivera Ave.<br><br>Hato Rey, San Jaun, PR 00918 |
| **Choice Financial Bank** | **Principal Address**<br><br>4501 23rd Ave. S<br><br>Fargo, ND 58104-8782 |
| **The Bancorp Bank** | **Attn: Legal Service of Process Team**<br><br>409 Silverside Rd., Ste. 105<br><br>Wilmington, DE 198009 |
| **Bank of the West** | **Registered Agent**<br><br>Stephen J. Segal<br>108 West Northwest Highway<br>Grapevine, TX 76051 |
| **Standard Chartered Bank USA** | 1095 Avenue of the Americas<br><br>New York, NY 10036<br><br>(212) 667-0700 |

1

| Discovery Party | Address |
|---|---|
| **Supreme Fintech U.S. LLC** | **<u>Registered Agent</u>**<br><br>LEGALINC Corporate Services Inc.<br><br>651 N. Broad St., Ste. 201<br><br>Middletown, DE 19709 |
| **Blackthorn Finance Inc.** | **<u>Registered Agent</u>**<br><br>Harvard Business Services, Inc.<br><br>16192 Coastal Hwy<br><br>Lewes, DE 19958 |