*Part 1(e):  Cash Receipts and Disbursements:

Management fees paid to Sherry Netherland from security deposit maintained by Sherry Netherland, in the amount of $13,036.25.

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings LLC, as Debtor-in-Possession, to obtain post-petition financing, a payment in the amount of $1,226.12 was made to Gustav Restoration LLC, from the estate of Ho Wan Kwok, case number 22-50073, in November 2023.

**Part 5(a):  Professional Fees and Expenses:

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings LLC, as Debtor-in-Possession to obtain post-petition financing, a payment  was made to Neubert, Pepe & Monteith, PC, in the amount of $1,944.00 from the estate of Ho Wan Kwok, case number 22-50073, in November 2023.

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings LLC, as Debtor-in-Possession, to obtain post-petition financing, a payment in the amount of $107,899.32 was made to O'Sullivan McCormack Jensen & Bliss PC, special counsel for Genever Holdings LLC, for approved fees from the estate of Ho Wan Kwok, case number 22-50073, in November 2023.