UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

**MOTION OF CHAPTER 11 TRUSTEE, PURSUANT
TO BANKRUPTCY RULE 9006(c)(1), TO EXPEDITE HEARING ON
MOTION, PURSUANT TO 11 U.S.C. § 105(a), FEDERAL RULES OF
BANKRUPTCY PROCEDURE 7016, 7026, AND 9006, AND DISTRICT OF
CONNECTICUT LOCAL BANKRUPTCY RULE 7016-1, TO APPROVE PROCEDURES
APPLICABLE TO AVOIDANCE CLAIM ADVERSARY PROCEEDINGS**

Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), by and through their undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby moves (the "Motion to Expedite") this Court for an order scheduling an expedited hearing to consider and determine the *Motion of Chapter 11 Trustee, Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7016, 7026, and 9006, and District of Connecticut Local Bankruptcy Rule 7016-1, to Approve Procedures Applicable to Avoidance Claim Adversary*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Proceedings* (the "Avoidance Procedures Motion").[2] In support of the Motion to Expedite, the Trustee respectfully represents as follows:

### JURISDICTION, VENUE, AND STATUTORY BASIS

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of Connecticut. This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

### BACKGROUND

4. Since the Trustee's appointment, the Trustee has investigated the Debtor's financial affairs, including, among other things, prepetition transfers of interests of the Debtor in property and postpetition transfers of property of the Debtor's chapter 11 estate that were not authorized by the Court or under the Bankruptcy Code.

5. Prior to February 15, 2024, the Trustee expects to commence numerous adversary proceedings to avoid and recover certain prepetition and postpetition transfers, *i.e.*, the Avoidance Actions. Additional Avoidance Actions may follow after February 15, 2024. *See Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549* [ECF No. 2509].

---

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Avoidance Procedures Motion.

6. To manage the many anticipated Avoidance Actions efficiently, the Trustee submits that it is appropriate to establish procedures that will facilitate the orderly administration and progress of these cases. Accordingly, by Avoidance Procedures Motion, the Trustee has proposed that the Court implement the Avoidance Action Procedures.

7. In general, the Avoidance Action Procedures: (a) extend defendants' time to answer or otherwise respond to complaints in Avoidance Actions and the Trustee's time to respond to any motions to dismiss; (b) provide for the sealed filing of avoidance complaints containing information that was designated confidential or highly confidential by a producing party pursuant to the Protective Order and/or P.O. Addendum (as defined herein) and for the provision of such complaints to defendants that agree to become bound by the Protective Order and P.O. Addendum; and (c) establish a procedure for the parties to applicable adversary proceedings to submit proposed scheduling orders, subject to Court approval, that alleviates the need for the automatic scheduling of initial pretrial conferences.[3] Accordingly, the Trustee submits that the implementation of the Avoidance Procedures will streamline litigation, minimize the burden of such litigation on all parties, as well as on the Court, and ensure that all such litigation proceeds in a fair and efficient manner.

**RELIEF REQUESTED**

8. The Trustee respectfully requests that the Court schedule a hearing with respect to the Avoidance Procedures Motion during the week of February 5, 2024, and order that any objections be filed in writing twenty-four hours in advance of the hearing.

---

[3] The Avoidance Action procedures provide that if any party to an Avoidance Action believes that a pretrial conference is necessary to address any issues, such a conference may be requested at any time.

**BASIS FOR RELIEF REQUESTED**

9.  Pursuant to Bankruptcy Rule 9006(c)(1), the Court may reduce the notice period when requested by motion where cause is demonstrated. Cause exists to consider and determine the Avoidance Procedures Motion on an expedited basis.

10. The Trustee expects to file more than 100 Avoidance Actions by February 15, 2024. In order to file the forthcoming Avoidance Actions by this date, the Trustee will need to begin filing the actions no later than Saturday, February 10, 2024.

11. The Trustee believes that it will promote efficiency for the Avoidance Action Procedures to be in place in advance of the date that the Trustee commences filing Avoidance Action complaints. For example, the Avoidance Action Procedures provide that initial pretrial conferences shall not be held in Avoidance Actions; absent approval of the Avoidance Procedures Motion, the Clerk of the Court will schedule such initial pretrial conferences automatically upon the issuance of summonses in adversary proceedings. Moreover, the Trustee proposes in the Avoidance Action Procedures to file a notice of such procedures in each Avoidance Action upon commencement and to serve the notice together with the summons and complaint.

12. Other courts in this circuit have considered and approved motions to establish litigation procedures for avoidance actions in advance of such actions being filed. *See, e.g., In re BGI, Inc., f/k/a Border Group, Inc.*, Bankr. S.D.N.Y. case no. 11-10614 [ECF No. 2922] (Oct. 23, 2012); *In re Bernard L. Madoff*, Bankr. S.D.N.Y. case no. 08-01789 [ECF No. 3141] (Nov. 10, 2010).

13. The Trustee proposes to serve notice of the Avoidance Procedures Motion on the Debtor, the Official Committee of Unsecured Creditors, the United States Trustee, and on all parties that have appeared and requested notice in the above-captioned chapter 11 cases. The

Trustee submits that such notice is sufficient and consistent with that provided in other cases. *See In re Bernard L. Madoff*, Bankr. S.D.N.Y. case no. 08-01789 [ECF No. 3058] ¶ 24 (Oct. 21, 2010).

## **NO PREVIOUS REQUEST**

14. No previous request for the relief sought herein has been made by the Trustee to this or any other court.

[*Remainder of page intentionally left blank.*]

WHEREFORE, for the foregoing reasons, Trustee requests that the Court enter an order granting the relief requested in this Motion to Expedite and such other relief as is just and proper.

Dated:  January 29, 2024  LUC A. DESPINS,
New Haven, Connecticut  CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    *and*

    Nicholas A. Bassett (*pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    *and*

    Avram E. Luft (*pro hac vice*)
    Douglass Barron (*pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                                      :    Chapter 11
                                                            :
HO WAN KWOK, *et al.*,[1]                                   :    Case No. 22-50073 (JAM)
                                                            :
        Debtors.                                            :    (Jointly Administered)
                                                            :
------------------------------------------------------x

**ORDER SCHEDULING EXPEDITED HEARING**

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Motion of Chapter 11 Trustee, Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7016, 7026, and 9006, and District of Connecticut Local Bankruptcy Rule 7016-1, to Approve Procedures Applicable to Avoidance Claim Adversary Proceedings* [Docket No. ___] (the "Avoidance Procedures Motion") and good cause appearing, it is hereby

ORDERED, that a hearing (the "Hearing") on the Avoidance Procedures Motion shall be held on **February [__], 2024 at [__]:00 [__].m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604; and it is further

ORDERED, that any responses to the Avoidance Procedures Motion shall be filed at least twenty-four (24) hours prior to the Hearing; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

ORDERED, that a copy of this Order, along with the Avoidance Procedures Motion and any attachments thereto, shall be served upon the Debtor, the Official Committee of Unsecured Creditors, the United States Trustee, and all parties that have appeared and requested notice in the above-captioned chapter 11 cases, and the Trustee shall file a certificate of service in advance of the Hearing.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 29, 2024, the foregoing Motion to Expedite and the Avoidance Procedures Motion (as defined in the Motion to Expedite) were electronically filed. Notice of these filings were sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:  January 29, 2024
        New Haven, Connecticut

LUC A. DESPINS, CHAPTER 11 Trustee

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).