UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
:
In re:                                               :     Chapter 11
:
HO WAN KWOK, *et al.*,[1]                            :     Case No. 22-50073 (JAM)
:
       Debtors.                                      :     (Jointly Administered)
:
                                                     :     Re; ECF No. 2533
------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Motion of Chapter 11 Trustee, Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7016, 7026, and 9006, and District of Connecticut Local Bankruptcy Rule 7016-1, to Approve Procedures Applicable to Avoidance Claim Adversary Proceedings* [Docket No. 2532] (the "Avoidance Procedures Motion") and good cause appearing, it is hereby

ORDERED, that a hearing (the "Hearing") on the Avoidance Procedures Motion shall be held on **February 5, 2024 at 1:00 p.m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604; and it is further

ORDERED, that any objections to the Avoidance Procedures Motion shall be filed by 1:00 p.m. on February 2, 2024; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

ORDERED, that the Movant shall serve a copy of this Order, along with the Avoidance Procedures Motion and any attachments thereto, by 1:00 p.m. on January 30, 2024 upon the Debtor, the Official Committee of Unsecured Creditors, the United States Trustee, and all parties that have appeared and requested notice in the above-captioned chapter 11 cases. The Movant shall file a certificate of service by 5:00 p.m. on January 31, 2024.

Dated at Bridgeport, Connecticut this 29th day of January, 2024.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut