**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                 :    Case No. 22-50073 (JAM)
:
Debtors.                       :    (Jointly Administered)
:
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2024, the *Motion of Chapter 11 Trustee, Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7016, 7026, and 9006, and District of Connecticut Local Bankruptcy Rule 7016-1, to Approve Procedures Applicable to Avoidance Claim Adversary Proceedings* (including all exhibits and attachments thereto) [ECF No. 2532] and the *Order Scheduling Expedited Hearing* [ECF No. 2535] (collectively, the "Served Documents") were electronically filed using the Court's electronic case files/case management system ("CM/ECF"). Notice of the Served Documents was sent by email to all parties appearing in the above-captioned chapter 11 case able to receive electronic notice by operation of CM/ECF, including the Debtor, the Official Committee of Unsecured Creditors, and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1

the United States Trustee, on the date of filing. The Served Documents may be accessed via CM/ECF. In addition, all parties appearing in the above-captioned chapter 11 case that are unable to receive electronic notice were sent copies of the Served Documents via U.S. Mail on January 29, 2024.

Dated:   January 30, 2024
         New Haven, Connecticut

> By: */s/ Patrick R. Linsey*
> Patrick R. Linsey (ct29437)
> NEUBERT, PEPE & MONTEITH, P.C.
> 195 Church Street, 13th Floor
> New Haven, Connecticut 06510
> (203) 781-2847
> plinsey@npmlaw.com