**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 83.1(d) of the Local Rule of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, respectfully moves that the Court admit Genevieve G. Weiner, a member of the bar of the State of California, to represent DBS Bank Ltd., and in accordance with Local Rule 83.1(d), I represent that:

1.      The primary office of Attorney Weiner is: Sidley Austin LLC, 555 West Fifth Street, Los Angeles, California 90013. Attorney Weiner's telephone number is (213) 896-6000 and her email address is gweiner@sidley.com.

2.      Attorney Wiener is a member in good standing in the State of California, set forth in her affidavit, attached as Exhibit A.

3.      To the best of my knowledge and belief, Attorney Weiner is a member in good standing of the Courts listed in her affidavit and she has not been denied admission or disciplined by this Court; no disciplinary proceedings are pending against her; and she has not been denied admission or disciplined by any other court.

4.      Service of all papers directed to DBS Bank, Ltd. may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated: January 30, 2024
Hartford, Connecticut

**DBS BANK, LTD.**


/s/  *William S. Fish, Jr.*
William S. Fish, Jr.
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, CT  06103
Telephone:     (860) 331-2700
Email:             wfish@hinckleyallen.com


*Counsel to DBS Bank, Ltd.*

## CERTIFICATION

I hereby certify that the foregoing Motion for Admission of Visiting Attorney was filed electronically on January 30, 2024, and therefore will be sent by email to those receiving email notices from the Court's electronic filing system.

/s/ William S. Fish, Jr.
William S. Fish, Jr.

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## AFFIDAVIT OF GENEVIEVE G. WEINER IN SUPPORT OF
## MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

GENEVIEVE G. WEINER, being duly sworn, states:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit. I respectfully apply for this court's permission for me to appear pro hac vice as attorney for DBS Bank Ltd., an interested party.

2. I am an attorney in the law firm of Sidley Austin LLP, located at 555 West Fifth Street, Los Angeles, California 90013. My telephone number is (213) 896-6000, my facsimile number is (213) 896-6600, and my email address is gweiner@sidley.com.

3. The following is a list of each court of which I am, or have ever been, a member, with corresponding bar identification numbers:

  a. California State Bar number: 254272

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

4.    I am a member in good standing of the bar of the State of California, there are no disciplinary proceedings pending against me in any jurisdiction, and I have never been convicted of any crime.

5.    I have never been denied admission to the United States District Court of Connecticut or any other court in any jurisdiction, nor have I ever been disciplined by, resigned from, or surrender my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.    I have fully reviewed and am familiar with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.    I hereby designate Attorney William S. Fish, Jr. of Hinckley Allen as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captions matter.

8.    Submitted herewith is a certificate of Good Standing from the State Bar of California, the state in which I have my primary office.

*[Remainder of the page intentionally left blank]*

3

9.      The required $200.00 fee has been tendered along with the motion for my pro hac

vice in the above-captions matter.

10.     The foregoing is true and correct to the best of my knowledge.

January 24, 2024                    _____
Los Angeles, California             Genevieve G. Weiner

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

> A notary public or other officer completing this certificate verifies only the identity of the
> individual who signed the document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

Subscribed and sworn to (or affirmed) before me, Joy Anderson, a Notary Public, on this 24th
day of January, 2024, by Genevieve G. Weiner.

Genevieve G. Weiner, proved to me on the basis of satisfactory evidence to be the person(s) who
appeared before me.

_____

(seal)

4

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                         )
County of _Los Angeles_____                    )
On _Jan 24, 2024_____ before me, _Joy Anderson - Notary Public_____,
         *Date*                                  *Here Insert Name and Title of the Officer*
personally appeared _Genevieve Weiner_____
                                      *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**JOY ANDERSON**
COMM. #2363350
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires June 29, 2025

Signature _J. Anderson_____
                    *Signature of Notary Public*

*Place Notary Seal Above*
─────────────────────────── **OPTIONAL** ───────────────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited  ☐ General | ☐ Partner — ☐ Limited  ☐ General |
| ☐ Individual       ☐ Attorney in Fact | ☐ Individual       ☐ Attorney in Fact |
| ☐ Trustee       ☐ Guardian or Conservator | ☐ Trustee       ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

December 21, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GENEVIEVE GRAY BUFORD, #254272 was admitted to the practice of law in this state by the Supreme Court of California on December 12, 2007; that at their request, on January 15, 2008, their name was changed to GENEVIEVE GRAY WEINER on the records of the State Bar of California; that they have been since the date of admission, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## ORDER ADMITTING VISITING ATTORNEY

On this __ day of _____, 2024, came on for consideration the Motion for Admission of Visiting Attorney (the "Motion"), filed by a member of the bar of this Court on behalf of Genevieve G. Weiner, Esq., attorney for DBS Bank, Ltd., in the above-entitled case.

The Court, having determined no reason for denying the application, accordingly grants the relief requested in the Motion.

IT IS HEREBY ORDERED, that Genevieve G. Weiner, Esq. is hereby admitted to practice in the U.S. District Court for the District of Connecticut in connection with the above-referenced case, and with respect to this case, he shall have all the rights, privileges and responsibilities of a member of the bar of this Court.

FURTHER ORDERED, that all notices directed to Attorney Weiner can be served by directing same to the offices of William S. Fish Jr., Hinckley Allen & Snyder LLP, 20 Church Street, 18th Floor, Hartford, CT 06103.

Signed this __ day of _____, 2024

_____
Hon. United States Bankruptcy Court Judge

64416090 v1