**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
HO WAN KWOK, *et al.*,[1]                                 :    Case No. 22-50073 (JAM)
                                                          :
                       Debtors.                           :    (Jointly Administered)
                                                          :
---------------------------------------------------------x

**OMNIBUS NOTICE OF SERVICE AND PUBLICATION NOTICE PURSUANT TO ORDER GRANTING CHAPTER 11 TRUSTEE'S EMERGENCY MOTION FOR ENTRY OF, PURSUANT TO BANKRUPTCY CODE SECTION 105(a) AND BANKRUPTCY RULES 2002 AND 9014, (I) APPROVING FORM AND MANNER OF NOTICE OF TRUSTEE'S FORTHCOMING TOLLING MOTION AND (II) SCHEDULING HEARING**

        **PLEASE TAKE NOTICE** that, on January 9, 2024, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor" or "Kwok"), filed the *Chapter 11 Trustee's Emergency Motion for Entry of Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing* [Docket No. 2494] (the "Notice Motion").

        **PLEASE TAKE FURTHER NOTICE** that, on January 18, 2024, the Trustee filed a *Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549* [Docket No. 2509] (the "Tolling Motion").

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**PLEASE TAKE FURTHER NOTICE** that, on January 19, 2024, the Court entered an order granting the Notice Motion [Docket No. 2515] (the "Notice Order") and approving (i) a form of notice to be provided to Alternative Service Defendants[2] (the "Form of Notice") and (ii) a form of publication notice (the "Publication Notice"). The Form of Notice approved by the Court is attached as Exhibit 1 to the Notice Order, and the form of Publication Notice approved by the Court is attached at Exhibit 2 to the Notice Order.

**PLEASE TAKE FURTHER NOTICE** that, on January 22, 2024, the Trustee provided notice of the Tolling Motion to the Alternative Service Defendants, pursuant to the service methods approved by the Notice Order. Affidavits of service attesting to that service of notice are attached hereto as **Exhibit 1** (Alternative Service Defendants served by the Trustee's counsel, Paul Hastings LLP), **Exhibit 2** (Alternative Service Defendants served by the Trustee's Connecticut counsel), and **Exhibit 3** (Alternative Service Defendants in the British Virgin Islands served by BVI counsel).[3] The Form of Notice provided to the Alternative Service Defendants included an updated schedule of Alternative Service Defendants currently known to the Trustee. That schedule of currently know Alternative Service Defendants is attached hereto as **Exhibit 4**.

**PLEASE TAKE FURTHER NOTICE** that the Form of Notice was slightly modified to reflect certain minor and technical changes from the proposed form of notice filed with the Notice Motion. Attached hereto as **Exhibit 5** is a redline version of the modified form of notice.

---

[2]   Terms not otherwise defined take the meaning assigned to them in the Notice Motion or the Notice Order, as applicable.

[3]   On the advice of BVI counsel, service on Alternative Service Defendants in the BVI (i) was made via a combination of publication notice, email notice, postal service, and hand-delivery, and (ii) did not include service on all registered agents in the BVI.

**PLEASE TAKE FURTHER NOTICE** that the Publication Notice was also slightly modified to reflect certain minor and technical changes.  Attached hereto as **<u>Exhibit 6</u>** is a redline version of the modified form of Publication Notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Notice Order, the Publication Notice was published in the *USA Today* on January 25, 2024, in *Sing Tao USA* on January 29, 2024, and in *The World Journal* on January 29, 2024, and affidavits of that publication are attached hereto as **<u>Exhibit 7</u>**.

**PLEASE TAKE FURTHER NOTICE** that, in addition, the Trustee, on the advice of local counsel in the British Virgin Islands, prepared a specific British Virgin Islands publication notice that was published once in each of the following publications: (i) the *BVI Beacon* on January 25, 2024 and (ii) the *Island Sun* on January 27, 2024.  An affidavit from an employee of Harney Westwood & Riegels LP (the Trustee's BVI counsel) that arranged for that publication is attached hereto as **<u>Exhibit 8</u>**, together with copies of that publication.

*[Remainder of page intentionally left blank.]*

Dated:   January 31, 2024        LUC A. DESPINS,
         New York, New York       CHAPTER 11 TRUSTEE

By: */s/ Douglass Barron*
    Avram E. Luft (admitted *pro hac vice*)
    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com
    douglassbarron@paulhastings.com

      *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

      *and*

    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

    *Counsel for the Chapter 11 Trustee*

4

## Exhibit 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                             :

In re:                              :         Chapter 11
                                             :

HO WAN KWOK, *et al.*,[1]       :         Case No. 22-50073 (JAM)
                                           :

             Debtor.          :         (Jointly Administered)
-------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

       The undersigned hereby certifies that starting on January 22, 2024 and ending

January 26, 2024, a true and correct copy of the following documents was served by First Class

Mail on the parties listed on **<u>Exhibit A</u>**, by e-mail on the parties listed on **<u>Exhibit B</u>**, by

Overnight mail on the parties listed on **<u>Exhibit C</u>**, and by USPS registered mail on the parties

listed on **<u>Exhibit D</u>**:

- Motion for Entry of Order Extending Deadline for Trustee to File Avoidance
  Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [Docket No.
  2509]

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, , New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

- Form of Notice.

Dated:    January 31, 2024
          New York, New York

By: */s/ Douglass Barron*
          Douglass Barron (admitted *pro hac vice*)
          PAUL HASTINGS LLP
          200 Park Avenue
          New York, New York 10166
          (212) 318-6079
          douglassbarron@paulhastings.com

          *Counsel for the Chapter 11 Trustee*

## EXHIBIT A

VIA FIRST CLASS MAIL

10166Amy Buck
500 International Dr.
Suite 122
Budd Lake, NJ 07828

Trasco Bremen
Zum Panrepel 24
Bremen, Germany

1245 Factory Place LLC
1245 Factory Place
Los Angeles, CA 90013

10166Ana C. Izquiedo-Henn
Calle 9
E3
Guaynabo, Puerto Rico 00966

1332156 B.C. Ltd.
111 - 8811 LAUREL STREET
VANCOUVER BC V6P 3V9
CANADA

ABC Sewing Machine Inc
2100 Main St
Los Angeles, CA 90007

17 Miles LLC
769 Humphreys Road
Ardmore, PA 19003-2020

GWGOPNZ Ltd.
Xuebing WANG
154a Long Drive, St. Heliers, Auckland,
1071 , New Zealand

17 Miles, LLC
c/o GG International
6628 Skye Pointe Drive, Suite 129
Las Vegas, NV 89131
Attn: Lura Barua

17 Miles, LLC
2510 East Sunset Road
Suite 5 – 878
Las Vegas, Nevada 89120

2B Packing LLC
2 W 45th Street
Suite #605
New York, NY 10036-4259

270 W 39th St Co LLC
P.O. Box 300
Island Park, NY 11558

5700 MCD Assets 11 LLC
209 Washington Street
Mount Vernon, NY 10553

3 Columbus Circle LLC
Suite #2300
New York, NY 10019-8760

5780 Saguaro LLC
Robert McKirgan
Papetti Samuels Weiss McKirgan LLP
16430 North Scottsdale Road,
Suite 290, Scottsdale, AZ 85254

5780 Saguaro LLC
5780 N Saguaro Rd
Paradise Valley, Arizona 85253

6040 LLC
3945 Lorna Road
Hoover, AL 35244

596 Network Corp
394 N Main Street
Suite #7
Southampton, NY 11968-2837

615 Garage Corporation
11 East 61st Street
New York, NY 10065

615 Building Company LLC
730 5th Avenue
Apt #2202
New York, NY 10019

Aaron Mitchell
55 Madison Avenue
Morristown, NJ 07960

A1 Plumbing & Heating Corp
120 North Central Avenue
Ramsey, NJ 07446

ACA Capital Group Limited
Rm 1605, 16/F
Hua Qin International Bldg,
340 Queen's Rd C,
Sheung Wan, Hong Kong SAR

Access Capital Inc
400 Park Avenue
Suite #1900
New York, NY 10022

ACASS Canada Ltd
6700 De la Côte-de-Liesse Road
Suite #206
Saint-Laurent, Canada H4T 2B5

ACA Capital Group Limited
3a Montagu Row
Marylebone
London W1U 6DZ United Kingdom

ACASS Canada Ltd.
6700 Côte de Liesse
Suite 206
Montréal H4T 2B5 Canada

AEFFE General Contractor SRL
11/A VIA ARTURO TOSCANINI
Ferrara, Italy 44124

Access Staffing
1011 Route 22 West
Suite #200
Bridgewater, NJ 08807

Ace Decade Holdings Limited
P.O. Box 957, Offshore Incorporations
Centre
Road Town, Tortola, British Virgin
Islands

Adorama
42 W 18th Street
New York, NY 10011

ADO Professional Solutions Inc
10151 Deerwood Park Boulevard
Suite #400
Jacksonville, FL 32256

Aerial Messages
1060 Woodcock Road
Orlando, FL 32803

ADP
1 ADP Boulevard
Roseland, NJ 07068

AI Group Holdings Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building Ste 104
Wilmington, DE 19810

Agora Lab Inc
2804 Mission College Blvd
Suite #110
Santa Clara, CA 95054

AIG
1271 Avenue of the Americas
New York, NY 10020

Ajilon Professional Staffing LLC
305 N State Route 17
Suite #4
Paramus, NJ 07652-2913

Akamai Technologies
145 Broadway
Cambridge, MA 02142

Alex Hadjicharalambous
2318 28th Street
Astoria, NY 11105-2802

Alex Hadjicharalambous
c/o Jenna Dabbs
Kaplan Hecker & Fink LLP
350 Fifth Avenue
63rd Floor
New York, New York 10118

Alex Hadjicharalambous
Jenna Dabbs
Kaplan Hecker & Fink LLP
350 Fifth Avenue
63rd Floor
New York, New York 10118

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Kevin J. Nash
J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, NY 10017

AlixPartners LLP
40 West 57th Street
29th Floor
New York, NY 10019

All Air Custom Brokers Inc
14543 226th Street
Springfield Gardens, NY 11413

All Points Boats, Inc.
900 SW 21st Terrace
Fort Lauderdale, FL 33312

Alvarez and Marsal
600 Madison Avenue
Floor 8
New York, NY 10022

ALX Inc
210 Route 4 East
Paramus, NJ 07652-5108

American Conserv…
910 17th Street
Suite #400
Washington, D.C. 20006-2626

Ana C. Izquiedo-Henn
Samidh Guha
Partner | GUHA PLLC
1740 Broadway, 15th Floor,
New York, NY 10019

Andrew Sulner, MSFS, JD
220 E 57th Street
#200
New York, NY 10022

Andrew Childe
10 Market Street #769,
Camana Bay,
Grand Cayman, KY1-9006,
Cayman Islands

Andrew Childe
2nd Floor, Harbour Centre
159 Mary Street
George Town
Cayman Islander
KY1-9006
Grand Cayman

Ansell Grimm & Aaron PC
1177 Avenue of the Americas
5th floor
New York, NY 10036

Anthem Blue Cross Blue Shield
165 Broadway
New York, NY 10006

Anthony "Tony" DiBattista
Anthony DiBattista
Lexington Property and Staffing, Inc.
750 Lexington Avenue, 8th Floor
New York, NY 10022

Appsflyer Inc
100 1st Street
Floor 25
San Francisco, CA 94105

Antichita Colella LLC
64 Longmeadow Road
Shelton, CT 06484

AR Consulting SRL
Via G. di Vittorio, 1
San Donato Milanese, Italy 20097

Anto Conseil
20 Cours Dupre Saint Maur
Bordeaux, France 33300

Archer & Greiner PC
1025 Laurel Oak Road
Voorhees, NJ 08043

Berkeley Rowe
Berkeley Rowe Limited
5 Merchant Square
London, W2 1AY United Kingdom

AppsTek
5055 Keller Springs Road
Suite #200
Addison, TX 75001

Apsley Yachts Ltd. ("APSLEY")
Cayman Business Park, A7,
PO Box 10300 APO, George Town,
Grand Cayman, Cayman Islands KY1-
1003

Arista Air Conditioning Corp
38-26 10th Street
Queens, NY 11101

Aries Global Logistics, Inc.
365 Franklin Avenue
Franklin Square, NY 11010

Art Wolf Inc
520 1st Avenue
Seattle, WA 98104

Arri Inc
617 NY-303
Blauvelt, NY 10913

AT&T
208 S. Akard Street
Dallas, TX 75202

Arvanaghi Consulting
2019 Q Street NW
Washington, D.C. 20009

Atelier Engineering Limited
Room 1507, Block A, 15/F,
12 Ng Fong Street
San Po Kong, Hong Kong

Associated Newspapers Ltd
2 Derry Street
Northcliffe House
London, England W8 5TT

Audio Video Intelligence Agency
519 Foundry Street
Easton, MA 02356

Atlassian
888 Broadway
Floor 4
New York, NY 10003

B&H Photo
420 9th Avenue
New York, NY 10001

AVR Expos
1732 1st Avenue
Unit #21341
New York, NY 10128

AZ Bigiotterie SAS
Via Ermes di Colloredo, 45
San Daniele del Friuli, Italy 33038

AWS (Amazon Web Services)
410 Terry Avenue North
Seattle, WA 98109-5210

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

BAC Capital LLC
211 West 14th St.
Unit 9B
New York, New York, 10011

Bannon Strategic Advisors, Inc.
8391 Beverly Blvd
Unit #121
Los Angeles, CA 90048

BakerHostetler LLP
P.O. Box 70189
Cleveland, OH 44190-0189

Banuba (Cyprus) Limited
6 Ioanni Stylianou
Floor: 2nd, Flat/Office: 202
Nicosia, Cyprus

Bang & Olufsen
Alle 1 7600
Struer, Denmark

Bauer Security Limited
Central Parade, 101 Victoria Road
First Floor 2,
Horley, England RH6 7PH

BCG Marble & Granite
150 Farady Avenue
Jackson Township, NJ 08527

Beauvais Carpet
36 E 57th Street
New York, NY 10022

Bergen Brick Stone & Tile Co
685 Wyckoff Avenue
Wyckoff, NJ 07481

Berkeley Rowe Limited
64 North Row
Mayfair, London W1k 7DA United
Kingdom

Beacon Hill Staffing
88 Pine Street
22nd Floor
New York, NY 10005

Benhar Office Interiors
148 West 37th Street
12th Floor
New York, NY 10018

Bernard Kerik
905 Mill Road
Franklin Lakes, NJ 07417

Blue Capital Limited
c/o Walkers Corporate Limited
Cayman Corporate Centre
27 Hospital Road
George Town
Grand Cayman KY1-9008 Cayman
Islands

Bradford Marine Bahamas
100 Queens Highway
Freeport, Grand Bahama

Best Guest Media
57 W 57th Street
New York, NY 10019

Berkeley Rowe Ltd
64 N Row
London, England W1K 7DA

Bitmovin
41 Drumm Street
2nd Floor
San Francisco, CA 94111

Bernardo Enriquez
Lamp Capital LLC
667 Madison Avenue
New York , NY 10065

Bluegrounds
106 W 32nd Street
New York, NY 10001

Bingshang Jiao
2901 Brians Hill Ln
Oakton, VA 22124

Boies Schiller Flexner LLP
Joshua Irwin Schiller, Esq.
55 Hudson Yards
20th Floor
New York, NY 10001

Blueberry Builders
299 Broadway
Suite #1320
New York, NY 10007

Boris Epshteyn Inc
One Chase Manhattan Plaza
New York, NY 10005

BMW of Manhattan - New York NY
555 West 57th Street
New York, NY 10019

Brent Petro Inc.
108 West 13th St
Wilmington DE 19801
8100 Cambridge St. 128
Houston TX 77054

Booming Sail New York LLC
Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building, Ste 104
Wilmington, DE 19810

BrowerStack
444 De Haro Street
Suite #212
San Francisco, CA 94107

Bourne In Time
15 Barclay Road
Scarsdale, NY 10583

Bravo Luck Limited
c/o Francis J. Lawall, Esq.
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Philadelphia, PA 19103-2799

Brand Holdings LLC
3700 Butler Street
Pittsburgh, PA 15201

Brown Rudnick LLP
7 Times Square
New York, NY 10036

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town, Tortola, British Virgin
Islands

Brown Safe Manufacturing Inc
1081 Poinsettia Avenue
Vista, CA 92081

Brioni
688 Madison Avenue
New York, NY 10022

Buck Esq. LLC
500 International Dr.
Suite 122
Budd Lake, NJ 07828

Brown Harris Stevens
770 Lexington Avenue
10th Floor
New York, NY 10065
445 Park Avenue
New York, NY 10022

CANAL + Brand Solutions
6 Rue Godefroy
Puteaux, France 92800

Brown Rudnick LLP
William R. Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

California Closet
26 Varick Street
New York, NY 10013

Bruce Green
3100 SE Pruitt Road
Apt #H103
Port St. Lucie, FL 34952

Catafago Fini LLP.
60 E 42nd Street
Suite #4700
New York, NY 10165

By DSGN Inc
625 Ensminger Road
Suite 2
Tonawanda, NY 14150

Cavender Consulting
3 Cornelia Drive
Greenwich, CT 06830-3906

CFT Solutions
PO Box 6453
Douglasville, GA 30135

Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Castle Global Inc
575 Market Street
Floor 15
San Francisco, CA 94105-5815

Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Causeway Automotive
375 Route 72
Manahawkin, NJ 08050

Cedric DuPont Antiques
3415 S. Dixie Highway
West Palm Beach, FL 33405

Christi C Bagley
4940 Pisgah Road
Cumming, GA 30028-3698

Charfaerie Production Inc
160 Palmdale Drive
Unit #218
Toronto, Canada M1T 3M7

Christie's International Real Estate New
Jersey, Inc.
1 Rockefeller Plaza
#2402
New York, NY 10020

Chaudhry Law PLLC
147 W 25th Street
12th floor
New York, NY 10001

Chubb
15 Mountain View Road
Warren, NJ 07061-1615

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

David Fallon
71-75 Aurora House,
Uxbridge Rd,
Ealing, London W5 5SL, United
Kingdom

Chris Lee (a/k/a Nan Li, Chris Li, Mei
Guo Xiao Li)
649 Puma Canyon Ln
Glendora, CA 91740
7940 Garvey Ave.
Ste. 202
Rosemead, CA 91770

Christodoulos G. Vassiliades & Co. LLC
P.O. Box 24444
CY-1704 Nicosia, Cyprus

Christian Loop Corp
7501 Trafalgar Circle
Apt #223
Hanover, MD 21076

Cirrus Aircraft
2 Cranbury Station Road
Hightstown, NJ 08520

Christine Frosini
152 W. Saddle River Rd.
Saddle River, NJ 07458

Cirrus Design Corporation (d/b/a Cirrus
Aircraft)
c/o Registered Agent Solutions, Inc.
222 S. 9th Street
Suite 450
Minneapolis, MN 55402

Christodoulos G. Vassiliades & Co. LLC
Interconsult (BVI) Limited
3rd Floor, Yamraj Building, Market
Square Road Town
Tortola, British Virgin Islands

Cirrus Industries, Inc.
c/o Registered Agent Solutions, Inc.
838 Walker Road, Suite 21-2
Dover, DE 19904

Christodoulos G. Vassiliades & Co. LLC
Ledra House
15 Agiou Pavlou Street,
Agios Andreas, CY-1105
Nicosia, Cyprus

Clark Hill PLC
1001 Pennsylvania Ave NW
Suite 1300 South
Washington, DC 20004

Churyk Company, Inc.
8 Center Street
Bedford Hills, NY 10507

Cloud9 Smart LLC
1450 Broadway
11th Floor
New York, NY 10018

Cirrus Design Corporation (d/b/a Cirrus
Aircraft)
4515 Taylor Cir
Duluth, MN 55811-1548

Cogent Communications
2450 N Street, NW
Washington, D.C. 20037

Cirrus Industries, Inc.
4515 Taylor Cir
Duluth, MN, 55811-1548

Cohn Birnbaum & Shea P.C
185 Asylum Street
15th Floor
Hartford, CT 06103

Citi Realty Services
383 Greenwich Street
New York, NY 10013

Cohn Birnbaum & Shea P.C.
Attn: Richard J. Shea Jr.
100 Pearl Street, 12th Fl.,
Hartford, CT 06103

Clayman & Rosenberg LLP
305 Madison Avenue
Suite #650
New York, NY 10165

County Ltd
139a Sunnyhill Road
London, England SW16 2UW

Cloudflare
101 Townsend Street
San Francisco, CA 94107

Conklin Associates
29 Church Street
Ramsey, NJ 07446

Cohen Howard LLP
766 Shrewsbury Avenue
Suite #200
Tinton Falls, NJ 07724

Counsel Press Inc
10 East 40th Street
5th Floor
New York, NY 10016

Cohn Birnbaum & Shea P.C.
185 Asylum Street,
City Place II, 15th Floor
Hartford, CT 06103

Crane Advisory Group LLC
One World Trade Center
85th Floor
New York, NY 10007

Compagnia Del Denim
Via G. Brodolini, 13
Serra De' conti, Italy 60030

Daniel S. Steinberg P.C.
355 Lexington Avenue
Suite #401
New York, NY 10017

Compass
90 Fifth Avenue
3rd Floor
New York, NY 10011

Douglas E. Spelfogel
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Connecticut Fence & Landscaping, LLC.
362 Danbury Road
New Milford, CT 06776

David Fallon
71-75 Uxbridge Rd,
Ealing, London W5 5SL,
United Kingdom

Crane Advisory Group LLC
c/o United States Corporation Agents,
Inc.
7014 13th Avenue
Suite 202
Brooklyn, NY, 11228

DWF LLP (AND/OR DWF GROUP)
c/o Kirsty Rogers, Office Managing
Partner
1 Scott Place
2 Hardman Street
Manchester, United Kingdom M3 3AA

Crocker Mansion Estate LLC
Ilija Pavlovic
19 Spear Road, Suite 306
Ramsey, NJ 07446

Defeng Cao
88 Regent St.
Apt 1012
Jersey City, New Jersey 07302-7320

Daniel Shamah
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

Delaware E-corp
401 Federal Street
Suite #4
Dover, DE 19901

Daniel Thomas Podhaskie
1722 215th St.
Apt 2
Bayside, NY 11360

DHL Express
570 Polaris Parkway
Westerville, OH 43082

Dawn State Limited
P.O. Box 957, Offshore Incorporations
Centre
Road Town, Tortola, British Virgin
Islands

Ditanno Associati
2 Via Tommaso Grossi
Milan, Italy 20121

Day Pitney LLP
605 Third Avenue
31st floor
New York, NY 10158-1803

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Defeng Cao
Katherine E. Mateo
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019

Ding "Ivan" Lin
101 Merritt 7 Corporate Park
Suite 300
Norwalk, Connecticut 06851

Dell
1 Dell Way
Round Rock, TX 78682

Stuart Sarnoff
O'Melveny & Myers LLP
7 Times Square
33rd Floor
New York, NY 10036

Deputy Group
1/3 Smail Street
Sydney, Australia

Ding G. Wang a/k/a Dinggang Wang
7636 Heavenly Peak St.
Las Vegas, NV 89166-5202

Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Disruptor Radio
701 German School Road
Richmond, VA 23225

Diamond and Silk
7711 S. Raeford Road
Suite #102-171
Fayetteville, NC 28304

Doaa Dashoush
29 Vista Trl
Wayne, NJ 07470-6278

Diana Perez
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

East 57th Street LLC
555 Madison Avenue
Suite #18
New York, NY 10022

Ding "Ivan" Lin
134-25 Franklin Ave.
Apt. 217
Queens, New York 11355

Dream Projects LLC
209 E 32nd St
Los Angeles, CA 90011

Direct Persuasion
1300 17th Street North
Arlington, VA 22209

Eastern Profit Corporation Limited
c/o Joanna J. Cline
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

DJD Creative LLC
43 Hunnewell Way
The Woodlands, TX 77382-5401

Eficens Systems
5400 Laurel Springs Parkway
Suite #603
Suwanee, GA 30024

Donn Gerelli Associates
321 S Riverside Avenue
Croton-On-Hudson, NY 10520

First Abu Dhabi Bank
Al Qurm – Business Park
P.O. Box 6316
Abu Dhabi, United Arab Emirates
Attn: Hana Al-Rostamani

DP Textile & Apparel Inc
110 E 9th St
Suite C801
Los Angeles, CA 90079

ELJM Consulting
790 Madison Avenue
New York, NY 10065

DWF LLP (AND/OR DWF GROUP)
c/o DWF Claims (USA) LLC
740 Waukegan Road, Suite 340
Deerfield, IL 60015, USA

Emile P de Neree
12 Flying Cloud Rd
Stamford, Connecticut 06902-7723

ECF Data LLC
4785 S Durango Drive
#206
Las Vegas, NV 89147

Empire Blue Cross Blue Shield
165 Broadway
New York, NY 10006

Ehsan Masud
c/o Arias, Fabrega & Fabrega Trust
Co. BVI Ltd.
P.O. Box 985
Road Town, Tortola, BVI

Equity Stock Transfer LLC
237 W 37th Street
#602
New York, NY 10018

Elixir Technical Consulting
707 Alexander Road
Suite #208
Princeton, NJ 08540

FAM United LLC
8281 MELROSE AVE
Suite 306
Los Angeles, CA 90046

Emery Celli Brinkerhoff Abady Ward &
Maazel LLP
600 5th Avenue
10th Floor
New York, NY 10020

Erich Courant & Co
25 E Spring Valley Avenue
Suite #270
Maywood, NJ 07607

Emile P de Neree
Compass Real Estate
200 Greenwich Ave
3rd Floor
Greenwich, Connecticut 06830

Eversource
300 Cadwell Drive
Springfield Gardens, MA 01104

ENCON Heating and Air Conditioning
1265 Woodend Road
Stratford, CT 06615

Fabrizio Lee & Associates
915 King Street
Alexandria, VA 22314

Enrico Mandelli SPA
2 Via Mascagni Pietro
Merate LC, Italy 23807

Federal Corporation
120 E Main Street
Oklahoma City, OK 73104

Eric Goldsmith MD LLC
420 Madison Avenue
Room 801
New York, NY 10017

Forbes Hare
63 號, Prosperity Millennia Plaza
North Point, Hong Kong

EU-NY Trading Inc
73 Spring Street
New York, NY 10012-5800

Flat Rate Movers, LTD
555 West 25th Street
3rd Floor
New York, NY 10001

Fabre Technologies
27 Horseneck Road
Suite #220
Fairfield, NJ 07004

Flat Rate Moving
936 Broadway
New York, NY 10010

Fania Roofing Company
271 E. Blackwell Street
Dover, NJ 07801

Fox Corporation
1211 Avenue of the Americas
New York, NY 10036

Farrant Group Limited
32 St James's Street
London, England SW1A 1HD

FREEDOM MEDIA VENTURES LTD.
2nd Floor, Water's Edge Building
Wickhams Cay II, Road Town
Tortola, VG1110 British Virgin Islands

G Translators Pty Ltd
Southbank 3006
Victoria, Australia

Fedex
942 South Shady Grove Road
Memphis, TN 38120

Flat Rate Moving
27 Bruckner Blvd
Bronx, NY 10454

Fromm America
882 Fairacres Avenue
Westfield, NJ 07090

Foley's Pump Service, Inc.
30 Miry Brook Road
Danbury, CT 06810

Funky Foundations, Inc.
357 West 21st Street
New York, NY 10011

FORBES HARE
Robert Nader
Forbes Hare
Qwomar Building
4th Floor
Blackburn Highway
Road Town, Tortola
British Virgin Islands VG1110

G Club One
c/o Leanne Li
800 N Harper Ave
Los Angeles, CA  90046

Franco Vago International Inc
14543 226th St
Queens, NY 11413

G Club International Ltd (BVI)
159 Mary Street
Harbour Centre, 2nd FL
George Town, Grand Cayman

G Fashion Hold Co. B. Limited
FH Corporate Services Ltd.
Clarence Thomas Building
P.O. Box 4649
Road Town, British Virgin Islands

Frankfurt Kurnit Klein & Selz PC
28 Liberty Street
35th floor
New York, NY 10005

FungWan Trading Inc.
108 West 13th St.
Wilmington DE 19801

G Club Operations LLC
c/o CT Corporation
361 San Francisco Street
4th. Floor
San Juan, PR 00901

Funky Foundations, Inc.
c/o Richard Kingman
302A West 12th Street
#117
New York, New York 10014

G Club Three
c/o Leanne Li
800 N Harper Ave
Los Angeles, CA  90046

G Club HoldCo I LLC
FH Corporate Services Ltd.
Clarence Thomas Building
P.O. Box 4649
Road Town, British Virgin Islands

G Club US Operations Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE

G Club International Ltd (BVI)
Clarence Thomas Building
Road Town, Tortola, VG110,
British Virgin Islands

G Club US Operations LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

G Club Operations LLC
53 Calle Palmeras
Suite 1401
San Juan PR 00901

G Translators Pty Ltd
c/o Ya Li
Elevated Accounting
Ground Floor, 99 Coventry Street
Southbank, VIC 3006
Australia

G Club Operations LLC
c/o Carolina A. Fornos
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY  10019

G Fashion LLC
CT Corporation System
361 San Francisco Street, 4th Floor
San Juan, PR 00901

G Club US Operations Inc.
590 Madison Avenue
New York, NY 10022

G Live, LLC
Corporate Creations Network Inc
3411 Silverside Road
Tatnall Building Ste 104
Wilmington, DE 19810

G Club US Operations Inc.
UPS Found Address
800 N HARPER AVE
LOS ANGELES, CA 90046

G-CLUB INVESTMENTS LIMITED
2/F 1053 Great West Road
Brentwood
TW8 9BW
England

G Fashion International Limited
FH Corporate Services Ltd.
Clarence Thomas Building
P.O. Box 4649
Road Town, British Virgin Islands

Gallagher O'Connor Development
140 1st Street
Yonkers, NY 10704

G Fashion LLC
PO Box 9022946
San Juan, PR 00902

Godaddy.com
2155 E. GoDaddy Way
Tempe, AZ 85284

G LIVE, LLC
(Voluntarily Dissolved)
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building Ste 104
Wilmington, DE 19810

Gault Energy
11 Ferry Lane
Westport, CT 06880

G Translators Pty Ltd
Shop 1
20-24 Ninth Avenue
Campsie, NSW 2194
Australia

GEC Design Group LTD
143 West 30th Street
Suite #12B
New York, NY 10001

G4S Secure Solutions (Hong Kong) Ltd
(via Wise in HKD)
176 Baronial Hts
Johnstown, NY 12095-3408

Gettr USA, Inc.
c/o CT Corporation System
28 Liberty Street,
New York, NY 10005

G4S Security Systems (Hong Kong) Ltd
176 Baronial Hts
Johnstown, NY 12095-3408

GFashion Media Group Inc.
5639 W. Sunset Blvd.
Los Angeles, CA 90028

Ganfer Shore Leeds & Zauderer LLP
360 Lexington Avenue
New York, NY 10017

GFNY, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

GBROADCAST, LLC
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building #104
Wilmington, DE 19810

Ginnel Associates, Inc. (d/b/a Ginnel
Real Estate)
c/o Daniel H. Ginnel
493 Bedford Center Road
Bedford Hills, New York 10507

G-EDU Inc.
c/o Yue Zhou
301 West 110 Street, Apt. 8E
New York, NY 10026

GM 27 LLC
15 North Mill Street
Nyack, NY 10960

Gettr USA, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

GM 27 LLC
c/o Russ LLP
140 Pearl Street
Suite 100
Buffalo, NY 14202

GFashion Media Group Inc.
c/o Corporate Creations Network Inc.
5901 W. Century Blvd., #750
Los Angeles, CA 90045

GMUSIC
Gmusic LLC
c/o CT Corporation System
361 San Francisco Street, 4th Floor
San Juan, PR 00901

Ginger Finds
110 East 25th Street
New York, NY 10010

Gnews Media Group Inc.
c/o Corporate Creations Network
3411 Silverside Road
Tatnall Building #104
Wilmington, DE 19810

Gladys Chow
10221 63rd Road
Apt. 64A
Forest Hills, NY 11375

G-News Operations, LLC
One Gateway Center
Suite 2600
Newark, New Jersey 07102

GM 27 LLC
c/o Corporate Creations Network Inc.
600 Mamaroneck Avenue, #400
Harrison, NY 10528

GPP SRL
Via G. Leopardi
31 - 20123
Milan, Italy 20123

GMUSIC
Gmusic LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Goldberg Segalla LLP
1700 Market Street
Suite #1418
Philadelphia, PA 19103

GMUSIC
Gmusic LLC
PO Box 9022946
San Juan, PR 00902

Goldfarb & Huck Roth Riojas PLLC
925 4th Avenue
Suite #3950
Seattle, WA 98104

G-News Operations, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Google Cloud
1600 Amphitheatre Parkway
Mountain View, CA 94043

Gold Leaf Consulting Limited
P.O. Box 3140
Road Town, British Virgin Islands BVI
1110 VG

Great Bowery Inc dba Camilla Lowther
Mamangement
433 Broadway
Suite 420
New York, NY 10013

Greenwich Land, LLC
c/o Corporate Creations Network Inc.
3411 Silverside Road,
Tatnall Building, Ste 104
Wilmington, DE 19810

Gold Medal Service North
11 Cotters Lane
East Brunswick, NJ 08816

Golden Spring (New York) Ltd.
c/o CT Corporation System
28 Liberty Street,
New York, NY 10005

Grocyber LLC
5116 Forsgate Pl
Fairfax, VA 22030

Google AdWords
1600 Amphitheatre Parkway
Mountain View, CA 94043

Edward Moss
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

GPS McQuhae LLP
1 Hoi Wan Street
Chinachem Exchange Square - Suite 1801
Quarry Bay, Hong Kong

GS Security Solutions Inc.
218 Elsie Ave
Merrick, New York 11566

GS1 US Inc
300 Princeton South Corporate Center
Ewing Township, NJ 08628

Greenwich Land LLC
c/o Hing Ch Ngok
373 Taconic Road,
Greenwich, CT 06831

Greenwich Pool Service LLC
16 Liberty Street
Stamford, CT 06902

GS Security Solutions
176 Baronial Hts
Johnstown, NY 12095-3408

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Harcus Parker Limited
44-46 Aldwych
Melbourne House
London, England WC2B 4LL

Ground Floor Video
3251 Eagle Watch Drive
Woodstock, GA 30189

GTV Media Group, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road, Tatnall Building
Ste 104
Wilmington, DE 19810

Gruppo UNA SPA - Torre Galfa Lux
12 Via Alfredo Campanini
Milan, Italy 20124

GS Security Solutions Inc.
c/o Rob Grand
Lax & Neville LLP
350 Fifth Avenue Suite 4640
New York, New York 10118

GTV Australia Pty Ltd
717 Bourke Street
Melbourne, Australia

GTV Media Group, Inc.
c/o Aaron Mitchell, Esq.
Lawall & Mitchell, LLC
55 Madison Avenue
Morristown, NJ 07960

Guidepost Solutions LLC
415 Madison Avenue
11th Floor
New York, NY 10017

Gypsy Mei Food Services LLC
c/o Corporate Creations Network Inc.
600 Mamaroneck Avenue, #400
Harrison, NY 10528

Gypsy Mei Productions LLC
c/o Corporate Creations Network Inc.
Tatnall Building
3411 Silverside Road, Suite 104
Wilmington, DE 19810

Hadron Strategies
1911 Sword Lane
Alexandria, VA 22308

Hallak Cleaners
1232 2nd Avenue
New York, NY 10065

Hamilton M&A Fund SP
c/o McGrath Tonner Corporate Services
Limited
P. O. Box 446
5th Floor, Genesis Building
Genesis Close
George Town KY1-1106
Cayman Islands

Gypsy Mei Food Services LLC
c/o Corporate Creations Network Inc.
Tatnall Building
3411 Silverside Road, Suite 104
Wilmington, DE 19810

Han Chunguang
162 E. 64th Street
New York, NY 10065

H Shaw Enterprises LLC - Delray Beach
FL
1201 Georgia Street
Delray Beach, FL 33444

Hamilton Opportunity Fund SPC
71-75 Aurora House
Uxbridge Rd
Earling, London, United Kingdom W5
5SL

Haitham Khaled
16 Princeton Drive
Dix Hills, NY 11746

NAV Fund Services (Cayman) Ltd.
103 South Church Street, Harbour Place
5th Floor, PO Box 30464
Grand Cayman KY1-1202

HAMILTON CAPITAL HOLDINGS
INC.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building Ste 104
Wilmington, DE 19810

Harder Stonerock, LLP
8383 Wilshire Blvd
Suite #526
Beverly Hills, CA 90211

Hamilton Opportunity Fund SPC
c/o McGrath Tonner Corporate Services
Limited
P. O. Box 446
5th Floor, Genesis Building
Genesis Close
George Town KY1-1106
Cayman Islands

Himalaya International Clearing Ltd.
c/o Commerce House
Wickhams Cay 1
P.O. Box 3140
Road Town
Tortola VG1110 British Virgin Islands

Han Chunguang
373 Taconic Rd
Greenwich, CT 06831

HCHK Property Management, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Haoran He
79 East Works Drive
Coften Hackett, Birmingham
West Midland, B45 8GR
United Kingdom

HCHK Technologies, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Havana Tranquility
25139 Marion Avenue
Punta Gorda, FL 33950

HGA Property Management
c/o Qin Li
312 Colwick Ln
Morrisville, NC 27560-6624 US

HCHK Property Management, Inc.
500 Putnam Avenue
Suite #40
Greenwich, CT 06830

HHS Capital Inc.
14660 SW 14 St.
Pembroke Pines, FL 33027

HCHK Technologies, Inc.
c/o Corporation Service Company
80 State Street
Albany, NY 12207

Himalaya International Payments Ltd.
c/o Commerce House
Wickhams Cay 1
P.O. Box 3140
Road Town
Tortola VG1110 British Virgin Islands

HGA Property Management
One Gateway Center
Suite 2600
Newark, New Jersey, NJ 07102

Hudson Diamond Holding, INC.
c/o Ocorian Corporate Services (BVI)
Limited
Jayla Place
Wickhams Cay 1
Road Town, Tortola
VG1110 British Virgin Islands
Attn: Kelly, Raven

Himalaya International Financial Group
Ltd.
c/o Arias, Fabrega & Fabrega Trust Co.
BVI Limited
P.O. Box 985
Road Town, Tortola, BVI

Himalaya New World Inc.
12587 Fair Lakes Cir, Ste 135
Fairfax, VA, 22033

Himalaya International Reserves Ltd.
c/o Commerce House
Wickhams Cay 1
P.O. Box 3140
Road Town
Tortola VG1110 British Virgin Islands

Himalaya Ventures LLC
2500 El Camino Real #209
Palo Alto, CA 94306

Himalaya Investment LLC
c/o Jiaming Liu
7424 E Blackrock Rd.
Scottsdale, AZ 85255

Hing Ch Ngok
373 Taconic Road,
Greenwich, CT 06831

Himalaya New World Inc.
c/o Bingshang Jiao
2901 Brians Hill Ln.
Oakton, VA, 22124, USA

Hodgson Russ LLP
605 3rd Avenue
Suite #2300
New York, NY 10158

Himalaya Ventures LLC
c/o Capitol Services, Inc.
108 Lakeland Avenue
Dover, DE 19901

HR Search Partners
555 5th Avenue
New York, NY 10017

HK International Funds Investments
(USA) Limited, LLC
National Corporate Services, Inc.
203 NE Front Street, Suite 101
Milford, DE 19963

Hudson Diamond Holding LLC
c/o Jim Moriarty
Zeisler & Zeisler, P.C.
10 Middle Street, 15th floor
Bridgeport, CT 06605

Hodgson Russ LLP
605 Third Ave.
New York, NY 10036
Attn: Kevin Kearny

IMG.LY
Kortumstraße 68
Bochum, Germany 44787

Hudson Diamond Holding LLC
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building #104
Wilmington, DE 19810

IDB Bank [Credit Card Payment]
1114 Sixth Avenue
New York, NY 10110

Hugga LLC
8948 BURTON WAY
Beverly Hills, CA 90211

Impeccable Landscaping LLC
411 Shadyside Road
Ramsey, NJ 07446

Huk Trading Inc.
651 N Broad St
Suite 206
Middletown, DE 19709

J Tan Jewelry Design
650 S Hill St
#9
Los Angeles, CA 90014

IHeartMedia
20880 Stone Oak Parkway
San Antonio, TX 78258

Infinity Treasury Management Inc.
(Inactive entity)
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building, Ste 104
Wilmington, DE 19810

International Treasure Group LLC
4394 Fox Ridge Drive
Weston, FL 33331

Imperius International Trad Co Ltd
4-3-32 Nakazakinishi, Kita-Ku
Osaka, Japan 530-0015

Indium Software
300 Carnegie Centre
Suite #150
Princeton, NJ 08540

Ivey, Barnum & O'Mara Real Estate
170 Mason Street
Greenwich, CT 06830
Attn: Tom S. Ward

Insight Title Services LLC
518 Stuyvesant Ave
Lyndhurst, NJ 07071

Jackson Lewis PC
1601 Cherry Street
#1350
Philadelphia, PA 19102

JAMF
100 Washington Avenue
Suite #1100
Minneapolis, MN 55401

Island Powersports - Massapequa NY
4116 Sunrise Highway
Massapequa, NY 11758

Jack s. Lipson, Esq.
830 Post Road East
Westport, CT 06880

Janover LLC
c/o Rory G. Greebel
Wilson Elser Moskowitz Edelman &
Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604

Jamestown Associates
421 Chestnut Street
Philadelphia, PA 19106

Jason Miller
2305 N Lincoln St
Arlington, VA 22207-3856

Janover LLC
485 Madison Avenue
9th Floor
New York, NY 10022

JB Mason N Carpentry LLC
64 Avery Street
1st Floor
Stamford, CT 06902

Janover LLC
Mindy Kamen
100 Quentin Roosevelt Blvd
Suite 516
Garden City, NY 11530

Jenner & Block LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001-4412

Jaurigue Law Group
300 West Glenoaks Boulevard
Glendale, CA 91202

Jessica Mastrogiovanni
Bragar Wexler Eagel & Squire, P.C.
885 3rd Ave Ste 3040
New York, NY, 10022-4834
Attn: Jessica Mastrogiovanni

JDM Staffing Corp
5 Salem Road
New York, NY 10956

Jim Moroney's Inc - New Windsor NY
833 Union Avenue
New Windsor, NY 12553

Jesse Brown
1425 S. Central Ave.
Flagler Beach, Florida 32136

JM Bullion Inc
11700 Preston Road
Suite #660153
Dallas, TX 75230

Jiaming Liu
7424 E Blackrock Rd.
Scottsdale, AZ 85255

Jolley Urga Woodbury & Holthus
50 S Stephanie Street
#201
Henderson, NV 89012

JK Chef Collections LLC
500 West Putnam Avenue
East Suite #400
Greenwich, CT 06830

Kamel Debeche
518 N San Vicente Blvd.
West Hollywood, California 90048

Johnson Controls
5757 N. Green Bay Avenue
P.O. Box 591
Milwaukee, WI 53201

Joyord Sportswear Limited
Room 1401, Cambridge House
26-28 Cameron Road
Tsimshatsui, KLN, Hong Kong

Joshua I. Sherman
10 Mohawk Drive
Livingston, New Jersey 07039

Xuebing Wang
23A Atatangi Road
Greenlane
Auckland, New Zealand 1051

Jovial Century International Limited
FH Corporate Services Ltd.
Clarence Thomas Building
P.O. Box 4649
Road Town, British Virgin Islands

Karin Maistrello
445 Park Avenue
New York, NY 10022

Kalixun Trading Limited
Room 702 , No. 19 North 4th Lane
Xincun Road
Xiangjiaotang Community
Bantian Street
Longgang, Shenzhen,
Guangdong Province, China

Knight Frank LLP
55 Baker Street
London, England

Karin Maistrello
17 Gifford Ave
Apartment 5F
Jersey City, New Jersey 07304

KNI-Pro-Tec, Inc.
62 June Road North
Salem, NY 10560

KGP Legal LLC
10 Anson Road #23-05
International Plaza
Singapore 079903

Koons - Vienna VA
2050 Chain Bridge Road
Vienna, VA 22182

King and Partners
9 E 40th Street
3rd floor
New York, NY 10016

KPC Acquisition LLC
5 Maple Avenue
Morristown, NJ 07960

Konica Minolta Business Solutions USA
Inc
100 Williams Drive
Ramsey, NJ 07446

Kyle Bass
Hayman Capital Management, Parkland
Hall at Old Parkland
3889 Maple Avenue
6th Floor
Dallas, TX 75219

Macaron Limited
Macaron Financial Limited
The Gas Light
Lower Warrengate, Wakefield
West Yorkshire WF1 1SA United
Kingdom

Kostelanetz LLP
250 Greenwich Street
F34
New York, NY 10007

Kyle Bass
Hayman Capital Management, L.P.
Parkland Hall at Old Parkland
3889 Maple Avenue
6th Floor
Dallas, Texas 75219
Attn: Kyle Bass

LaBarbiera Custom Homes
Vincent LaBarbiera
1 Farmstead Road
Mahwah, NJ 07430

Kyrgyz-Swiss Bank CJSC
Baytik Baatyr Street 68 Bishkek,
Kyrgyzstan

Lanificio TG Di Fabio SPA
13856 Vigliano
Biellese, Italy 13856

Labarbiera Custom Homes LLC
2 Patriots Lane
Saddle River, New Jersey 07458

Law Office of Neil M. Sunkin
22908 Gershwin Drive
Woodland Hills, CA 91364

Ladden (Structure) Engineering Limited
18 Clarence Terrace
Shek Tong Tsui, G/F
Shak, Hong Kong

Leading Shine NY Ltd.
3411 Silverside Road
Tatnall Building #104
Wilmington, Delaware 19810

Lamp Capital LLC
c/o CT Corporation System
820 Bear Tavern Rd.
West Trenton, NJ 08628

Leo Brothers Landscaping Services
29 Meadow Street
Danbury, CT 06810

Lawall & Mitchell, LLC
Aaron Mitchell, Esq.
55 Madison Avenue
Morristown, NJ 07960

Lexolution LLC
75 Broad Street
Suite #610
New York, NY 10004

LeewayHertz Technologies
388 Market Street
Suite #1300
San Francisco, CA 94111

Liberty Jet Management
29 Schaefer Drive
Ronkonkoma, NY 11779

Lexington Property and Staffing, Inc.
750 Lexington Avenue, 8th Floor
New York, NY 10022

Lightworks Interactive
30-A Howard Place
Ronkonkoma, NY 11779

LH Gault & Son Inc
11 Ferry Lane
Westport, CT 06880

Mary Fashion SPA
Via dei Trasvolatori Atlantici
42-30/C
Ferrara, Italy 44124

Liberty Jet Management
c/o American Incorporators Ltd.
1013 Centre Road, Suite 403-A
Wilmington, DE 19805

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Libra Leather Co
199 Lafayette St
#5D
New York, NY 10012

Lihong "Sara" Wei Lafrenz
1850 W Orange Grove Rd.
Tucson, Arizona 85704

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 12th Floor
New York, NY 10001

Limarie Reyes
Paul M. Krieger
Krieger Kim & Lewin LLP
350 Fifth Avenue,
77th Floor | New York, NY  10118

Lihong "Sara" Wei Lafrenz
14747 N Northsight Blvd
Ste 111
Scottsdale, Arizona 85260-2633

LinkedIn Corporation
1000 W. Maude Avenue
Sunnyvale, CA 94085

Linwan "Irene" Feng
One Gateway Center
Suite 2600
Newark, New Jersey 07102

Limarie Reyes
125 Harbour Dr.
Apt. 26
Humacao, Puerto Rico 00791

Line Drive Public
8647 Richmond Highway #183
Alexandria, VA 22309-4206

Lipman Law PLLC
45 West 29th Street
Suite 303
New York, NY 10001

Linwan "Irene" Feng
1100 Frank E Rodgers Blvd S
Apt 457
Harrison, New Jersey 07029-2429

Loyens Loeff
555 Madison Avenue
New York, NY 10022

Lionkube LLC
13173 Spica Drive
Lone Tree, CO 80124

LSS Inc
1445 South Washington Avenue
Lansing, MI 48910

Lobel Modern NYC
200 Lexington Ave
Suite #915
New York, NY 10016

M Silberstein Interior Design
428 Broad Street
Shrewsbury, NJ 07702

Lopez Woodfloors LLC
33 Irving Avenue
Apt #1
Stamford, CT 06902

Manhattan Motorcars Inc - New York
NY
711 11th Avenue
New York, NY 10019

LPC Commercial Services
1530 Wilson Blvd
Suite #200
Arlington, VA 22209-2423

Mar-a-Lago Club LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Luu Marine & Associates
2031 SW 20th Street
Fort Lauderdale, FL 33315

Mark Gundersen
2689 24th Road South
Arlington, VA 22206

Mandelli USA Inc
1 Wood Road
Wilmington, DE 19806

Martha Jeffery
Sotheby's International Realty -
Greenwich Brokerage
One Pickwick Plaza
Greenwich, Connecticut
06830, United States

Mar-a-Lago Club LLC
1100 S. Ocean Blvd.
Palm Beach, FL 33480

Mary Jiang
33 Encina Ave
Palo Alto, CA 94301

Marcum LLP
730 3rd Avenue
11th Floor
New York, NY 10017

MessageSpace
21-24 Millbank
London, England SW1P 4QP

Martha Jeffery
80 Northfield St.
Greenwich, Connecticut 06830-4618

Matthew Levine
Elliott Kwok Levine & Jaroslaw LLP
565 Fifth Avenue
New York, NY 10017

Mary Dowdle (a/k/a Muffin Dowdle)
41 Smith Road
Sharon, CT 06069-2401

Mavrides Moyal Packman Sadkin
1981 Marcus Avenue
Suite #E117
New Hyde Park, NY 11042

Mateo and Bay LLC
2068 37TH ST
Vernon, CA 90058

Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Matt Mowers LLC
P.O. Box 10297
Bedford, NH 03110

Maywind Trading LLC
3341 S Wallace St., Apt B
Chicago IL 60616

Mauro Lilling Naparty LLP
100 Crossways Park Drive West
#310
Woodbury, NY 11797

McDermott Will & Emery LLP
P.O. Box 1675
Carol Stream, IL 60132-1675

McDonnell & Whitaker LLC
245 E Main St.
Ramsey, NJ 07446

Max Krasner
162 E. 64th Street
NY, NY 10605

Maywind Trading LLC
12810 N Cave Creek Rd.
Apt 206
Phoenix, AZ, 85022

Maywind Trading LLC
c/o Legalinc Corporate Services Inc.
200 E Randolph ST
Ste 5100
Chicago, IL 60601

McDonald Carano
2300 West Sahara Avenue
Suite #1200
Las Vegas, NV 89102

McLaughlin & Associates
566 South Route 303
Blauvelt, NY 10913

Medical Supply System International
LLC
3101 N. Central Ave
Ste 183 #2727
Phoenix, Maricopa, AZ 85012

Mei Guo
c/o Jim Moriarty
Zeisler & Zeisler, P.C.
10 Middle Street, 15th floor
Bridgeport, CT 06605

McManimon, Scotland & Baumann
75 Livingston Avenue
2nd Floor
Roseland, NJ 07068

Mei Guo
[Redacted]

Melissa Francis
c/o Jonathan Bach
Shapiro Arato Bach LLP
500 Fifth Avenue
40th Floor
New York, NY 10110

Meltwater News
1 Pennsylvania Plaza
Suite #4125
New York, NY 10119

Miller Motorcars Inc - Greenwich CT
342 West Putnam Avenue
Greenwich, CT 06830

MMMAR SRL
15 Via A. Meucci
Florence, Italy 50012

Melissa Francis
Melissa Francis, Esq.
The Francis Firm PLLC
33 W 60th Street, Floor 2
New York, NY 10023

Min Yang
10740 Queens Blvd.
Apt 11G
Forest Hills, NY 11375-4211

Mercedez-Benz Manhattan Inc - New
York NY
770 11th Avenue
New York, NY 10019

O'Neal Webster
Commerce House
181 Main Street
P.O. Box 961
Road Town, Tortola
British Virgin Islands VG1110

Michael Li and Co
39 QUEEN'S ROAD CENTRAL
PROSPERITY TOWER
Hong Kong

Moran Yacht Management Inc
1300 SE 17th Street
#200
Fort Lauderdale, FL 33316

Milo Kleinberg
902 Broadway
New York, NY 10010

Mosaicon Shoes SRL
171 Corso Novara
Pavia, Italy 27029

Mimaii NZ Limited
c/o Wen Soo Lo
51 Joseph Banks Drive
Whitby, Porirua, 5024 New Zealand

Murphy Cordier
2025 North Third Street
Suite #200
Phoenix, AZ 85004

N87 Inc
106B Sharon Road
Robbinsville, NJ 08691

ModSquad Inc
2018 19th Street
Sacramento, CA 95818

Morning Star Holdings Limited
Hunkins Plaza Main Street
Suite 556
Charlestown, Nevis

Nardello & Co LLC
565 Fifth Avenue
New York, NY 10017

Morvillo Abramowitz Grand Iason &
Anello PC
565 5th Avenue
New York, NY 10017

New York MOS Himalaya LLC and/or
MOS Himalaya LLC
40 Brompton Road
Great Neck, NY 11021

N.A.R. Enterprise
1717 77th Street
Brooklyn, NY 11214

New York Young Republicans
122 East 83rd Street
New York, NY 10028

Nadeem Akbar
Lamp Capital LLC
667 Madison Avenue
New York NY 10065

Nicholas F. Savio
63 New Jersey Ave.
Ocean Grove, New Jersey 07756

Nash Events
1943 High Ridge Road
Annapolis, MD 21409-5814

Nodal Partners, LLC
c/o Song Deng
13640 Briarwick Drive
Suite 180
Austin, Texas 78732

New York MOS Himalaya LLC and/or
MOS Himalaya LLC
c/o A Registered Agent, Inc.
8 The Green, Ste. A
Dover, DE 19901

Oasis Tech Limited
151 Marua Road
Mount Wellington, New Zealand 1051

Nicholas F. Savio
3 Dale Court
Hazlet, New Jersey 07730

O.S.C. Orbit Service Company LLC
101 Merritt 7
Corporate Park, Suite 300
Norwalk, CT 6851

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Ogier
Ritter House
Wickhams Cay II
PO Box 3170
Road Town, Tortola
British Virgin Islands VG1110

Nodal Partners, LLC
13809 N Highway 183
Suite 279
Austin, Texas 78750-1213

On the Spot
501 Cambria Avenue
Suite #194
Bensalem, PA 19020

Novapac Laboratories
510 Ryerson Rd
Lincoln Park, NJ 07035

O'Neal Webster
181 Main Street
P.O. Box 961
Tortola, British Virgin Islands 1110

NRT New England LLC (d/b/a Coldwell
Banker Residential Brokerage)
c/o Corporate Creations Network Inc.
6 Landmark Square
4th Floor
Stamford, Connecticut 06901

One Way Packaging
371 El Rancho Drive
La Habra, CA 90631

Oasis Tech Limited
151 Marua Road
Mount Wellington
Auckland, 1051 New Zealand

Otis Elevator Company (HK) Limited
(via Wise in HKD)
1 Carrier Place
Farmington, CT 06032

Ocorian Consulting
505 5th Avenue
Suite #1501
New York, NY 10017

Pellettieri Di Parma SRL
37 Corso Venezia
Milan, Italy 20121

One Company SRL
2 Stradone Nicolosi
Vicenza, Italy 36100

Parent Electric, Co.
47 Whooping Hollow Road
East Hampton, NY 11937

One Trust LLC
1200 Abernathy Road
Suite #700
Atlanta, GA 30328

Parscale Strategy
321 6th Street
San Antonio, TX 78215

OSC Orbit II Service Company
101 Merritt
7 Corporate Place - 3rd Floor
Norwalk, CT 06851

Paychex
911 Panorama Trail
Rochester, NY 14625

Petrillo Klein & Boxer LLP
655 Third Avenue
22nd Floor
New York, NY 10017

Owenscorp Italia SPA
4 VIA M. PONZA N
Torino, Italy 10121

PAG New Jersey JL1 LLC
2555 Telegraph Road
Bloomfield Hills, MI 48302

Pixshow Film Inc.
108 West 13th St.
Wilmington DE 19801

Parker and Lynch
1801 Market Street
Suite #550
Philadelphia, PA 19103

Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Attn: Nathan Gadd

Perfectgift.com
495 Mansfield Avenue
Pittsburgh, PA 15205

Phillips Nizer LLP
485 Lexington Avenue
Floor 14
New York, NY 10017
Attn: Jared R. Clark

Piece by Peace
6931 3rd Ave
Brooklyn, NY 11209

Potomac Strategy
807 Brazos Street
Unit #810
Austin, TX 78701

Pontetorto SPA
23 Via Roma
Prato, Italy 59013

Premiere Network
15260 Ventura Blvd
Suite #500
Sherman Oaks, CA 91403

ProjectLine Solutions Inc
#109-116 Research Drive
Saskatoon, Canda

Prime Trust LLC
c/o CT Corporation System
3800 N Central Avenue
Suite 460
Phoenix, AZ 85012

Prominent Properties Sotheby's
c/o CT Corporation System
600 N 2nd Street
Suite 401
Harrisburg, PA 17101

Qi Yong
c/o Michael Conway
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York 10017

Premiere Accounting Solutions Ltd
96A Carlton Gore Road
Level 1
New Market, New Zealand 1023

Qiang Guo
Flat 6, 5 Princes Gate
London SW7 1QJ

Qu Guo Jiao (Ms. Qu)
No. 220 Zhongyuanxi Lu, Zhongyuan
Qu, Zhengzhou Shi, PRC

Prime Trust LLC
330 S Rampart Blvd., Suite 260
Las Vegas, NV 89145

Promemoria USA Inc.
152 Madison Ave
17th floor
New York, NY 10016

Raich Ende Molter Co. LLP
1375 Broadway, 15th Floor
New York, NY 10018

Randazza Legal Group, PLLC
100 Pearl Street
4th Floor
Hartford, CT 06103

Putnam's Landscaping
1 Good Hill Road
Weston, CT 06883

Qiang Guo
c/o Berkeley Rowe
Marble Arch Park House
116 Park St.
Mayfair, London, UK W1K 6SS

RCN Telecom
650 College Road East
Suite 3100
Princeton, NJ 08540

Qing "Serena" Cai
7636 Heavenly Peak St
Las Vegas, NV 89166

Reach Manufacturing
2848 Leonis Blvd
Vernon, CA 90058

Raich Ende Molter Co. LLP
c/o Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530

Redfin Corporation
1099 Stewart Street, Suite 600
Seattle, WA, 98101

Randstad Technologies LLC
3625 Cumberland Blvd SE
Atlanta, GA 30339

Redfin Corporation
c/o Legalinc Corporate Services Inc.
1967 Wehrle Drive, Suite 1 #086
Buffalo, NY 143221

Rapport International Furniture
435 N La Brea Ave
Los Angeles, CA 90036

Research Service Bureau Inc
6811 S 204th Street
Kent, WA 98032

RD Contractors LLC
127 Greyrock Place
Unit #904
Stamford, CT 06901

Restoration Hardware
15 Koch Road
Corte Madera, CA 94925

Redfin Corporation
c/o Legalinc Corporate Services Inc.
30 Old Kings Highway South
Darien, Connecticut 06820

RHND Ocala LLC
5331 N. US Hwy 441
Ocala, FL 34475

Redis Lab Inc
700 E El Camino Real
Suite #250
Mountain View, CA 94041

Rilievi Group
Via del Triumvirato, 22/3
Bologna, Italy 40132

Reinhard Plank SRL
102 Viale Ivo Montagni
Florence, Italy 50050

Roscalitar 2
c/o Maples Corporate Services Limited
PO Box 309
Ugland House
South Church Street
George Town
Grand Cayman KY1-1104 Cayman
Islands

Rewop SRL
12 Via XX Settembre
Torino, Italy 10121

Roadway Movers
845 3rd Avenue
6th Floor
New York, NY 10022

Ridwan Mamode Saib
24 Saint Georges Street,
Port Louis 11324,
Republic of Mauritius

Rubenstein Public Relations Inc
1330 6th Ave
14th Floor
New York, NY 10019

Right Side Broadcasting Network
1550 Opelika Road
Suite #6, Box 344
Auburn, AL 36830

Rockland Wall Covering & Paint
14 Fair Haven Drive
New City, NY 10956

Ross Heinemeyer
345 E 94th St.
Apt 18G
New York, New York 10128

Rising Sun Capital Ltd
1053 Great West Rd
Brentford, England

Rockland Electric
1 Blue Hill Plaza
Suite #20
Pearl River, NY 10965-3100

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

ROI Media Strategies
750 Park Of Commerce Drive
Suite #100
Boca Raton, FL 33487

Rule of Law Foundation III Inc.
57 West 57th Street,
Suite 400,
New York, NY 10019

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Rule of Law Foundation III Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Rovello Electric Inc
6 Deforest Avenue
#6
East Hanover, NJ 07936

Rule of Law Society IV Inc.
c/o Richard E. Signorelli, Esq.
52 Duane Street
7th Floor
New York, New York 10007

Rule of Law Foundation III Inc.
c/o Richard E. Signorelli, Esq.
52 Duane Street
7th Floor
New York, New York 10007

Ruskin Moscou Faltischek PC
1425 Rexcorp Plaza
Uniondale, NY 11556

Rule of Law Society IV Inc.
57 West 57th Street,
Suite 400,
New York, NY 10019

Rybovich Marina & Shipyard
4200 N Flagler Drive
West Palm Beach, Florida 33407

Rule of Law Society IV Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Sage IT
1100 Cornwall Road
#120
Monmouth Junction, NJ 08852

RV Retailers East LLC
100 SE Third Avenue
Suite #1850
Fort Lauderdale, FL 33394

Samy's Camera Inc
12636 Beatrice Street
Los Angeles, CA 90066

Safe Harbor Newport Shipyard
1 Washington Street
Newport, RI 02840

Golden Spring New York Ltd.
162 E. 64th Street
New York, NY 10065-7478

Sail Victory Ltd (or Reverence Capital
Partners)
590 Madison Avenue
New York, NY 10022

Savio Law
3 Dale Court
Hazlet, New Jersey  7730

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

SGB Packaging
619 River Dr
Suite #310
Elmwood Park, NJ 07407

Saraca Media Group, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road, Tatnall Building
Ste 104
Wilmington, DE 19810

Schulman Bhattacharya LLC
6116 Executive Boulevard
Suite #425
Bethesda, MD 20852

Savino Del Bene USA
1 Warner Ct
Swedesboro, NJ 08085

Sercarz & Riopelle LLP
950 Third Avenue
31st Floor
New York, NY 10022

Scenic Landscaping LLC
7 Argyle Road
Haskell, NJ 07420

Slaughter Law Group PC
4881 Topanga Canyon Boulevard
Suite #238
Woodland Hills, CA 91364

Short-N-Numbers - Groveland FL
P.O. Box 368
Groveland, FL 34736

Sedgwick Realty Corp
162 E 64th Street
New York, NY 10065

Shalom B LLC dba Asher Fabric
Concepts
950 S Boyle Avenue
Los Angeles, CA 90023

Skadden, Arps, Slate, Meagher & Flom
920 N. King Street
Wilmington, DE 19801

Sherry Lehmann Wine & Spirits
505 Park Avenue
New York, NY 10022

Slack Technologies LLC
500 Howard Street
San Francisco, CA 94105

Sirius Networking Inc.
651 N Broad St.
Suite 206
Middletown, DE 19709

Souken Trading
Minami 7 Jo Nishi
4-7-3
Abashiri, Japan 093-0017

Skyline Automobiles Inc
7500 West Side Avenue
North Bergen, NJ 07047

Solomon Treasure Antiques
1050 2nd Avenue
Gallery 83
New York, NY 10022

Solazzo Calzature Italy
23/25/27 Via Emilio Galli
Pavia, Italy 27029

Sotheby's International Realty Affiliates
LLC
3290 Northside Parkway
Suite 200
Atlanta, Georgia 30327

Solgence LLC
300 Delaware Avenue
Suite #210-A
Wilmington, DE 19801

Spears Imes LLP
51 Madison Avenue
New York, NY 10010

Sotheby's International Realty Affiliates
LLC
175 Park Avenue
Madison, NJ 07940

Stark Carpet Corporation
375 Fairfield Avenue
2nd Floor
Stamford, CT 06902

Sotheby's International Realty Affiliates
LLC
c/o Corporate Creations Network Inc.
600 Mamaroneck Avenue, Suite 400
Harrison, NY 10528

Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036

SRS Electrical Consultants, Inc.
2 Copper Avenue
Huntington Station, NY 11746

Stephen Kindseth
10 Middle St, 15th Fl
Bridgeport, CT  06604

Tong Le Internatiional Trading Co.,
Ltd.
Office No. 12, 19/F,
Ho King Comm Ctr,
NO. 2-16 Fa Yuen St,
Mongkok, KLN, Hong Kong

Staples Building Solutions
500 Staples Drive
Framingham, MA 01702

Statecraft Digital
37 N Orange Avenue
Orlando, FL 32801

Stradley Ronon Stevens & Young, LLP
2005 Market Street
Suite 2600
Philadelphia, PA 19103

Stichting Duurzame
Regulierenring 12
Bunnik, Utrecht
Netherlands 3981 LB

Studio Cataldi Group SRL
Via del Lazzeretto, 94-94A/B-96-98
Prato, Italy 59100

Stokes Lawrence PS
1420 5th Avenue
#3000
Seattle, WA 98101

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

Stokton SRL
V Piero Calamandrei 13
Pieve A Nievole, Pistoia, Italy 51018

Surge Britain
71-75 Shelton Street
Covent Garden
London, England WC2H 9JQ

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Talha Zobair
750 Lexington Avenue
NY, NY 10022

Studio Legale Associato
Vialle della lirica
Ravenna, Italy 00162

Target Enterprises
277 Old Branch Road
Unit #2
Thomaston, CT 06787

Swans Team Design
8549 Wilshire Boulevard
Suite #5133
Beverly Hills, CA 90211

Taverniti Design Studios LLC
2050 PARAMOUNT DR
Los Angeles, CA 90068

Tanis Concrete Inc
17-68 River Road
Fairlawn, NJ 07410

The Casper Firm
400 E. Pratt Street
Suite #903
Baltimore, MD 21202

Taurus Fund SP
McGrath Tonner Corporate Services
Limited
Genesis Building, 5th Floor, Genesis
Close, PO Box 446 Grand Cayman KY1-
1106, Cayman Islands

The Industry Model Mgmt
59 Chelsea Piers
Level 3
New York, NY 10011

Tavares Cutting Inc
2848 E 54th St
Vernon, CA 90058

The Clear Creek Group
120 West Pearl Avenue
Jackson, WY 83001

Teris
11333 N Scottsdale Road
Suite #294
Scottsdale, AZ 85254

The Francis Firm PLLC
215 East North Street
Raleigh, NC 27601

Tessuti & Tessuti SRL
5 Viale della Meccanica
Carpi, Italy 41012

The Francis Firm PLLC
Melissa Francis, Esq.
33 W 60th Street, Floor 2
New York, NY 10023

The Casper Firm, LLC
c/o Cole Schotz P.C.
Gary H. Leibowitz
300 East Lombard Street
Suite 1800
Baltimore, MD 21202

The Lost Draft LLC
c/o Corporate Creations Network Inc.
600 Mamaroneck Avenue, #400
Harrison, NY 10528

Thistle Interiors
15 S Macquesten Parkway
Apt #1
Mount Vernon, NY 10550-1729

The Fania Company
271 East Blackwell Street
Dover, NJ 07801

The Francis Firm PLLC
c/o Jonathan Bach
Shapiro Arato Bach LLP
500 Fifth Avenue
40th Floor
New York, NY 10110

TIU Consulting
118 W. Streetsboro
Suite #183
Hudson, OH 44236

The Kerik Group
905 Old Mill Road
Franklin Lakes, NJ 07417-1918

Tranquility Pools Inc
7 Argyle Road
Haskell, NJ 07420

The Mar-a-lago Club
1100 S Ocean Boulevard
Palm Beach, FL 33480

Troutman Pepper Hamilton Sanders
LLP
Joanna J. Cline, Esq.
3000 Two Logan Square
Philadelphia, PA 19103

Thomson Reuters/West Publishing
610 Opperman Drive
Eagan, MN 55123

TT Resources 1 Pty Ltd
18 Brabham Drive
Mill Park, Australia 3082

Township of Mahwah
475 Corporate Drive
Mahwah, NJ 07430

Una Wilkinson
c/o Zeisler and Zeisler
10 Middle St, 15th Fl
Bridgeport, CT  06604

Transperfect
1250 Broadway
New York, NY 10001

UK Import Services Limited
7-8 Saracen Gillingham Business Park
Gillingham, England ME8 1DQ

TSM Tessitura Serica Morinelli SRL
Milano 13
Appiano Gentile, Italy 22070

Updike, Kelley & Spellacy, P.C.
225 Asylum Street
20th Floor
Hartford, CT 06103

Turning Point USA
4940 East Beverly Road
Phoenix, AZ 85044

US Himalaya Capital Inc.
c/o Business Filings Incorporated
108 W 13th St.
Wilmington, DE 19801

U-Earth Biotech Ltd
172 Fulham Road
London, England SW10 9PR

USM Modular Furniture
28-30 Greene Street
New York, NY 10013

UnitedHealthcare
P.O. Box 1459
Minneapolis, MN 55440

Van Berge Henegouwen
2860 W. State Road 84
Suite #107
Fort Lauderdale, FL 33312

Urban Legend Media
4445 Corporation Ln
Suite #264
Virginia Beach, VA 23462

Virtlaw PLLC
1999 Bryan St
Suite 900
Dallas, TX 75201

Verdolino & Lowey, P.C.
Craig R. Jalbert, CIRA
124 Washington St.
Foxborough, MA 02035

US Himalaya Capital Inc.
P.O. Box 391271
Mountain View, CA 94041

V.X. Cerda & Associates P.A.
601 Brickell Key Drive
Suite 700
Miami, Florida 33131

Victor Cerda
17 Jean St
Rye, New York 10580

Valigeria Bertoni SRL
Al Molini Trotti
Varese, Italy 21100

Voice of Guo Media, Inc.
c/o Elaine Lam
1850 W Orange Grove Rd.
Tucson, AZ 85704

Vandenloom Inc
250 East 59th Street
New York, NY 10022

Voranda
650 Castro Street
Suite #120-275
Mountain View, CA 94041

Versace USA
11 West 42nd Street
Floor 28
New York, NY 10036

W Hotels
One StarPoint
Stamford, CT 06902

Visa
P.O. Box 8999
San Francisco, CA 94128

Walden Macht & Haran LLP
One Battery Park Plaza
34th floor
New York, NY 10004

Voice of Guo Media, Inc.
c/o Lihong Wei Lafrenz
14747 N Northsight Blvd.
Ste 111, #405
Scottsdale, AZ 85260

Waycap SPA
Antonio Meucci 22
Mirano
Venice, Italy 30035

VVA LLC
117 E 31st Street
New York, NY 10016

Warroom LLC
225-43 111th Avenue
Jamaica, NY 11429

Wachtel Missry LLP
885 2nd Avenue
New York, NY 10017

Weathertest Company Inc.
c/o Karl R. Palzer
285 Amwell Road
P.O. Box 7078
Hillsborough, NJ 08844

Walkers Corporate Limited
190 Elgin Avenue
George town, Cayman Islands KY1-9008

Wencong Wang
6 Briton Ct
Greenville, SC 29615

Ward & Berry PLLC
2000 Pennsylvania Avenue
Suite #7000
Washington, D.C. 20006

Wings Insurance Agency Inc
1924 Ark Road
Hainesport, NJ 08036

Watershape Consulting Inc
140 Lomas Santa Fe Drive
Unit #202
Solana Beach, CA 92075

Westy's Storage
200 Route 17 North
Upper Saddle River, NJ 07458

Weddle Law PLLC
37 W. 20th St. Ste. 1206
New York, NY 10011

Whitman Breed Abbott & Morgan LLC
James C. Riley, Esq.
500 West Putnam Avenue
Greenwich, CT 06830

Wedlake Bell LLP
71 Queen Victoria Street
London, England EC4V 4AY

Willard International Hotel
1401 Pennsylvania Avenue NW
Washington, D.C. 20004

Williams & Connolly LLP
Jerry Shulman, Esq.
680 Maine Avenue SW
Washington, DC 20024

Wencong Wang
826 North Avenue,
Forest Park, GA 30297

Westy's Storage
c/o John Scagnelli
Scarinci & Hollenbeck LLC
150 Clove Rd, 9th FL
Little Falls, NJ 07424

WinterWyman
34 Crosby Drive
Suite #400
Bedford, MA 01730

Wildes & Weinberg, PC.
515 Madison Avenue
6th Floor
New York, NY 10022

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

William Je
162 E . 64th Street
NY, NY 10065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Williams & Hill Forwarding
47-14 32nd Pl
Queens, NY 11101

Zhixuan Li
3A Montagu Row
Marylebone, London, W1U 6DZ, UK

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Yankwitt LLP
140 Grand Street
Suite #705
White Plains, NY 10601

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yarmuth Wilsdon PLLC
818 Stewart Street
Suite #1400
Seattle, WA 98101

Xuebing Wang
PO Box 259307
Botany Downs
Auckland, New Zealand 2163

Yongbing Zhang
67 East Madison Street
Suite 1616
Chicago, IL 60603

Yachtzoo SARL
Le Beau Rivage
9 Avenue d'Ostende
MC 98000 Monaco

Yossi Almani
188 Wilson Dr.
Cresskill, New Jersey 07626-1712

Yachtzoo Yacht Management LLC
1323 SW 1st Avenue
Fort Lauderdale, FL 33315

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
40th Floor
New York, NY 10036

Yanping "Yvette" Wang
Yanping Wang (Register No. 49116-510)
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brookyn, NY 11232

Zeta Global Corp
901 Single Business Tower
Dubai P.B. 114560

Yinying Wang (a/k/a Xiao Fei Xiang)
2030 Hudson St.
Unit 1019
Fort Lee, NJ 07024

Zeisler & Zeisler, P.C.
10 Middle Street
Floor 15
Bridgeport, CT 06604

Yongping Yan (a/k/a Shan Mu)
3727 Seward Ln
Frederick, MD 21704

Zhizhe "Frank" Dong
44 S. Broadway
Ste 100, #225
White Plains, New York 10601

Yuqiang Qin & Yunfu Jiang
11 Whitehorn Crescent
Toronto, Canada

Yue Zhou
301 West 110 Street
Apt. 8E
New York, NY 10026

Zhizhe "Frank" Dong
165 Audubon Ave Apt 6,
New York, New York 10033-8764

Zeidman Consulting
10981 Willow Valley Court
Las Vegas, NV 89135

Logan Circle Group
455 Massachusetts Ave, NW
Suite 150-473
Washington, DC 20001

Zombie Dash SP ZOO
UI, Jaworzynska 5 1 Warsaw
Warsaw, Poland 00-634

**EXHIBIT B**

VIA E-MAIL

aaron@lmesq.com

alayden@bakerlaw.com

aneuhardt@bsfllp.com

bbosson@cahill.com

bhanyc@gmail.com

BMargulis@BSFLLP.com

brendan.quigley@bakerbotts.com

carolina.fornos@pillsburylaw.com

coolhhr@prontonmail.com

cybermail2018@protonmail.com

Darren.Drabble@dwf.law

David.Fallon@Hamilton-IM.com

drosenfield@warren.law

egoldstein@uks.com

francis.lawall@troutman.com

gladyschowus@gmail.com

gleibowitz@coleschotz.com

hankhan0513@gmail.com

haynesn@gtlaw.com

hrh01@pronmail.com

ipadforfly@icloud.com

james.nealon@nealon-law.com

jbach@shapiroarato.com

jclark@phillipsnizer.com

jdabbs@kaplanhecker.com

jeffyue@protonmail.com

jhugcs@gmail.com

jklein@pkbllp.com

jlipson@jlipson.net

jmoran@moritthock.com

joanna.cline@troutman.com

Joshua Sherman joshua@joshuaisherman.com

jriley@wbamct.com

JRoy@cahill.com

jstorino@jenner.com

jtemkin@maglaw.com

kkearney@hodgsonruss.com

KMateo@olshanlaw.com

ksloane@bhsusa.com

leannel@gfashion.com

lisa.fried@hsf.com

mapena@norris-law.com

marc.gottridge@hsf.com

max.krasner@gmail.com

mb@bhlawfirm.com

mconway@lpgmlaw.com

mlevine@ekljlaw.com

newj6909@protonmail.com

ngadd@paulweiss.com

patricia.pileggi@afslaw.com

Paul.Krieger@KKLllp.com

rahman.connelly@pillsburylaw.com

rfingold@lawssf.com

richardsignorelli@gmail.com

rmckirgan@pswmlaw.com

Robert.Nader@forbeshare.com

rory.greebel@wilsonelser.com

ross.heinemeyer@gmail.com

scottcharmoy@charmoy.com

sdavidoff@wc.com

sdsn37985@gmail.com

sguha@guhapllc.com

SRosen@cbshealaw.com

steinbergh@gtlaw.com

Stephen.Rinehart@troutman.com

tmiltenberger@cbshealaw.com;

ukistruehome@gmail.com

vlazar@jenner.com

walko@ibolaw.com

wbaldiga@brownrudnick.com

William.Je@Hamilton-IM.com

William.k.je@acacap.com

## **EXHIBIT C**

VIA OVERNIGHT MAIL

Aviation Trust Company, LLC
c/o Donald B Nevard
4800 N Lincoln Blvd
Oklahoma City, OK 73105

Defeng Cao
492 Broome Street
New York, New York 10013

HGA Property Operation LLC
c/o Qin Li
3655 Meadow LN
North Bergen, New Jersey 07047

Jisen Hu
6729 185th St
Fresh Meadows, NY 11365

Leanne Nan Li
3 Columbus Cir.
New York, NY 10019

Mountains of Spices LLC
40 Brompton Road,
Great Neck, NY 11021

Qidong Xia
40 Brompton Road,
Great Neck, NY 11021

Sean Jing
1225 River Rd Apt 7B
Edgewater, NJ 07020

Zhuoer "Joe" Wang
245 E 63rd St.
Apt. 35C
New York, NY 10065-7432

## **EXHIBIT D**

VIA USPS REGISTERED MAIL


ACA Investment Management Ltd    Cricket Square
Hutchins Drive
P.O. Box 2681
Grand Cayman, KYI-1111, Cayman Islands

Amazing Sky Aviation Limited
1053 Great West Road,
Brentford,
United Kingdom, TW8 9BW

China Golden Spring Group
easyCorp Nominee Limited
RM B, 7/F, One Capital Place,
18 Luard Road
Wan Chai, Hong Kong

Eagle Eye Investments Limited
2503 Bank of America Tower12 Harcourt Road
Central , Hong Kong

Fiesta Investment Limited
2 Hampton Court Road, First Floor,
Birmingham, England, B17 9AE

Himalaya International Currency Clearing Pty Ltd
Tower B Citadel Towers, Suite 1204
799 Pacific Highway,
Chatswood NSW 2067
Australia

Infinite Increase Limited
Room 1602 & 4/F, 5/F,
Central Tower, No. 28 Queen's Road
Central, Hong Kong

Infinitum Developments Limited
Room 1602 & 4/F, 5/F
Central Tower, No. 28 Queen's Road
Central, Hong Kong

K Legacy Limited
City Tower 40 Basinghall St
London
UK EC2V 5DE

Leading Shine Limited
20-22 South Bay Road
Hong Kong

Leading Shine Limited
49/F Bank of China Tower
No. 1 Garden Road
Hong Kong

Rosy Acme Ventures LimitedRoom 1602 & 4/F, 5/F
Central Tower, No. 28 Queen's Road
Central, Hong Kong

Sail Victory Limited
49/F Bank of China Tower
No. 1 Garden Road
Hong Kong

Spirit Charter Investment Limited
4th and 5th Floor, Central Tower
Queen's Road
Central, Hong Kong

Vision One Investments Limited
2503 Bank of America Tower12 Harcourt Road
CentralHong Kong

Wise Creation International Limited
36-38 Cornhill London
EC3V 3NG, United Kingdom

**Exhibit 2**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                   :

In re:                          :    Chapter 11
                                   :

HO WAN KWOK, *et al.*,[1]     :    Case No. 22-50073 (JAM)
                                   :

           Debtors.        :    (Jointly Administered)
                                   :
-------------------------------------------------------x

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 18, 2024, the *Motion for Entry of an Order Extending Deadline for Trustee to Bring Avoidance Actions Under Bankruptcy Code Sections 108, 546, and 549* [ECF No. 2509] (including all exhibits and attachments thereto, the "Tolling Motion") was electronically filed. Notice of the filing was sent by email to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system.

In addition, I caused to be served the Tolling Motion and the Notice of Motion for Extension of Time for Trustee to Bring Claims Against Potential Defendants (together, collectively, the "Served Documents") by sending a true and correct copy of the Served Documents

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1

by first class mail or certified mail, where indicated, on the parties listed on **Exhibit A** hereto on

or before January 23, 2024. Certain of these recipients were also served with the Served

Documents via email where such email addresses are identified on **Exhibit A**.

Dated:     January 29, 2024
           New Haven, Connecticut

                  By: */s/ Patrick R. Linsey*
                      Patrick R. Linsey (ct29437)
                      NEUBERT, PEPE & MONTEITH, P.C.
                      195 Church Street, 13th Floor
                      New Haven, Connecticut 06510
                      (203) 781-2847
                      plinsey@npmlaw.com

2

# EXHIBIT A

| | Discovery Party | Address | Email Address |
|---|---|---|---|
| 1. | Amazon Web Services Inc. | Amazon Web Services Inc.<br>c/o Corporation Services Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | |
| 2. | Amazon.Com, Inc. | Amazon.com, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | |
| 3. | American Express Company | CT Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 | |
| 4. | Apple Inc. | Apple Inc.<br>1505 Corporation 112<br>CT Corporation System<br>28 Liberty St.<br>New York, NY 10005 | |
| 5. | Axos Bank and/or Axos Financial, Inc. | c/o National Registered Agents, Inc.<br>1209 Orange Street<br>Wilmington, DE 19801 | Matthew Medina<br>mmedina@axosbank.com |
| 6. | Banco Popular de Puerto Rico | 209 Avenida Luis Munos Rivera San Juan, PR 0091 | Lourdes Carballo Crespo<br>Lourdes.carballo@popular.com |
| 7. | Bank of America, N.A., | Bank Of America, N.A.,<br>C T Corporation System<br>17 G W Tatro Drive<br>Jeffersonville, VT, 05464 | Kenneth Rudd<br>krudd@zeklaw.com<br><br>Anthony Loney<br>aloney@zeklaw.com |
| 8. | Bank of China – New York Branch and/or Bank of China Limited | Bank of China – New York Branch<br>1045 Avenue of the Americas<br>New York, New York 10018<br><br>Bank of China – New York Branch<br>410 Madison Avenue<br>New York, NY 10017<br><br>Bank of China Limited<br>7 Bryant Park |

| | Discovery Party | Address | Email Address |
|---|---|---|---|
| | | Lobby A<br>New York, New York, 10018 | |
| 9. | Bank of Montreal | CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | |
| 10. | Barclays Bank PLC | Barclays Bank PLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | |
| 11. | Bento Technologies, Inc. | c/o CT Corporation System<br>208 So. LaSalle Street, Ste. 814<br>Chicago, Illinois 60604 | Ben Velzen<br>benjamin.velzen@usbank.com |
| 12. | BNY Mellon, N.A. | Jane Kevin McCarthy<br>BNY Mellon, N.A.<br>BNY Mellon Center<br>500 Grant Street<br>Pittsburgh, PA 15219 | |
| 13. | Canadian Imperial Bank of Commerce and/or CIBC Inc. (d/b/a CIBC) | c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>**(serve twice: once under each entity name)** | Liz Aylett<br>Liz.aylett@cibc.com<br>**(serve twice: once under each entity name)** |
| 14. | Capital One Financial Corporation | Capital One Financial Corporation<br>c/o Corporation Service Company<br>100 Shockoe Slip, Fl 2<br>Richmond, VA, 23219 | |
| 15. | Capital One, NA | c/o Corporation Service Company<br>100 Shockoe Slip, Fl 2<br>Richmond, VA 23219-4100 | Kang He<br>khe@mcguirewoods.com |
| 16. | Charles Schwab & Co., Inc. (d/b/a Charles Schwab) | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Samitha Moodley<br>Sam.moodley@schwab.com |

| | Discovery Party | Address | Email Address |
|---|---|---|---|
| 17. | Citibank, N.A. | Citibank, N.A.<br>939 Main Street<br>Bridgeport, CT 06604 | Melissa Leal<br>Melissa.leal@citi.com |
| 18. | City National Bank | Corporation Service Company<br>100 Shockoe Slip, Floor 2<br>Richmond, VA 23219-4100 | Crystal Ewell<br>Crystal.ewell@cnb.com |
| 19. | Comerica Incorporated (d/b/a Comerica Bank) | c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Suite 104<br>Wilmington, Delaware 19810 | Mary Boynton<br>mmboynton@comerica.com |
| 20. | Community Federal Savings Bank | Five Penn Plaza<br>14th Floor<br>New York, New York 10001 | |
| 21. | DBS Bank Ltd. | c/o Thomas Joseph McCabe<br>300 South Grand Avenue<br>Suite 3075<br>Los Angeles, CA 90071 | Robert Ward<br>roberteward@dbs.com |
| 22. | Deltec Bank & Trust Limited | Deltec House, Lyford Cay<br>Nassau, New Providence, Bahamas | |
| 23. | Dime Community Bank | Dime Community Bank Foundation Inc.<br>898 Veterans Memorial Highway, Suite 560<br>Hauppauge, NY 11788 | Patricia Schaubeck<br>Patricia.Schaubeck@dime.com |
| 24. | East West Bank and/or East West Bancorp, Inc. | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Maita Prout<br>Maita.Prout@eastwestbank.com |
| 25. | Elliott Kwok Levine & Jaroslaw LLP | Matthew Levine, Esq.<br>Elliott Kwok Levine & Jaroslaw LLP<br>565 Fifth Avenue<br>New York, NY 10017 | |

| | Discovery Party | Address | Email Address |
|---|---|---|---|
| 26. | Ernst & Young LLP (A/K/A EY) | c/o National Registered Agents, Inc. 28 Liberty Street New York, NY 10005 | Alan Tabak Alan.J.Tabak@ey.com |
| 27. | Evolve Bank and Trust | c/o Corporate Service Company 2908 Poston Avenue Nashville, TN 37203 | Margaret Everett Margaret.everett@getevolved.com |
| 28. | First Abu Dhabi Bank | Al Qurm – Business Park P.O. Box 6316 Abu Dhabi, United Arab Emirates Attn: Hana Al-Rostamani | |
| 29. | First Bank | #1 First Missouri Center, c/o 158-Tax Creve Coeur, MO 63141 #1 First Missouri Center St. Louis, MO 63141 | Tina Peters Tina.peters@fbol.com |
| 30. | First County Bank | 117 Prospect Street Stamford, CT, 06901 | Tyler Flynn tflynn@wrkk.com |
| 31. | First Republic Bank | 111 Pine Street 2nd Floor San Francisco, CA 94111 | |
| 32. | Firstbank Puerto Rico | c/o Sara Alvarez-Cabrero 1519 Ponce de Leon Avenue Pda 23, Santurce San Juan, Puerto Rico 00908 PO Box 9146 San Juan, PR 00908 | |
| 33. | Hancock Whitney Bank | C. T. Corporation System 645 Lakeland East Drive, Ste. 101 Flowood, MS 39232 | |
| 34. | HSBC Bank USA, N.A. | c/o CT Corporation System 67 Burnside Avenue East Hartford, CT, 06108-3408 | Daniel Crockett Daniel.x.crockett@hsbc.com |

| | Discovery Party | Address | Email Address |
|---|---|---|---|
| 35. | HSBC HOLDINGS PLC | HSBC Holdings PLC<br>c/o The Corporation Trust, Incorporated<br>2405 York Road, Suite 201<br>Lutherville Timonium, MD 21093 | |
| 36. | Investors Bank and/or Citizens Financial Group, Inc. | c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Kevin Farrell<br>Kevin.c.farrell@citizensbank.com |
| 37. | Israel Discount Bank of New York | 1114 Avenue of the Americas<br>New York, NY 10036 | David Polizzi<br>dpolizzi@idbny.com |
| 38. | JP Morgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A.<br>c/o CT Corporation System<br>4400 Easton Commons Way<br>Suite 125<br>Columbus, OH 43219 | |
| 39. | Kearny Bank | Corporation Service Company<br>Goodwin Square<br>225 Asylum St., 20th Fl.<br>Hartford, CT 06103 | Cassia Beierle<br>cbeierle@kearnybank.com |
| 40. | Kyrgyz-Swiss Bank CJSC | Baytik Baatyr Street 68<br>Bishkek, Kyrgyzstan | |
| 41. | M&T Bank Corporation | M&T Bank, General Counsel<br>626 Commerce Drive<br>Buffalo, NY 14228 | Denise Reyes<br>Dreyes3@mtb.com |
| 42. | Manufacturers and Traders Trust Company (d/b/a M & T Bank) | c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>c/o Corporation Service Company<br>Goodwin Square<br>225 Asylum Street, 20th Floor<br>Hartford, CT, 06103 | |

| | Discovery Party | Address | Email Address |
|---|---|---|---|
| 43. | Medici Bank International | 1250 Ponce de Leon Avenue<br>San Juan, PR 00907 | |
| 44. | Mercantile Bank International Corp. | 604 Hoare Street<br>Suite 302<br>San Juan, Puerto Rico 00907-3614 | Laura Schwartz<br>lschwartz@crowell.com |
| 45. | Mercantile Global Holdings, Inc. | c/o Harvard Business Services, Inc.<br>16192 Coastal Hwy<br>Lewes, DE 19958 | Laura Schwartz<br>lschwartz@crowell.com |
| 46. | Metropolitan Commercial Bank and/or Metropolitan Bank Holding Corp. | 99 Park Avenue<br>12th Floor<br>New York, NY 10016 | mguarino@mcbankny.com<br>rfoster@mcbankny.com |
| 47. | Morgan Stanley Smith Barney LLC (d/b/a Morgan Stanley) | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 | Mary Beth Yanulis<br>Mary.beth.yanulis@morganstanley.com |
| 48. | National Australia Bank Limited | 800 Bourke Street, Level 4<br>Docklands, VIC Australia, 3000<br><br>395 Bourke Street, Level 28<br>Melbourne, VIC 3000 | |
| 49. | NexBank | CT Corporation System<br>7700 E Arapahoe Road<br>Suite 220<br>Centennial, CO 80122-1268 | Isaac Leventon<br>ileventon@skyviewgroup.com |
| 50. | Nium, Inc. | Registered Agent Solutions, Inc.<br>838 Walker Rd., Ste. 21-2<br>Dover, DE 19904<br>(888) 716-7274 | Lauren Goodman<br>lgoodman@mcgrathnorth.com |
| 51. | Open Bank | 1000 Wilshire Blvd.<br>#500<br>Los Angeles, CA 90017 | Jiseon Jin<br>Jiseon.jin@myopenbank.com |

| | Discovery Party | Address | Email Address |
|---|---|---|---|
| 52. | Oriental Bank | 254 Munoz Rivera San Juan, PR 00918 | |
| 53. | RBB Bancorp and/or Royal Business Bank | 1055 Wilshire Blvd. 12th Floor Los Angeles, California 90017 | Diane Suchter dianesuchter@gmail.com |
| 54. | Santander Bank, N. A. | 75 State Street Map Boston, Massachusetts 02109 | |
| 55. | Seacoast National Bank | c/o Kevin Picart, SVP 815 Colorado Avenue Stuart, FL 34995 | John Anthony janthony@anthonyandpartners.com |
| 56. | Signature Bank, N.A. and/or Flagstar Bank, N.A. | FDIC c/o CT Corporation System 67 Burnside Ave. East Hartford, CT 06108  Civil Process Clerk U.S. Attorney's Office 157 Church Street, Fl. 25 New Haven, CT 06510  Attorney General of the United States U.S. Department of Justice 950 Pennsylvania Avenue Washington, DC 20530 (Certified Mail Only) | Rosemary Barry (FDIC) Rbarry@fdic.gov |
| 57. | Silvergate Bank | c/o CT Corporation System 330 N Brand Blvd Ste 700 Glendale, CA 91203-2336 | John Penn jpenn@perkinscoie.com |
| 58. | Spotify USA, Inc. | Spotify USA, Inc. c/o C T Corporation System 28 Liberty Street New York, NY 10005  Spotify USA, Inc. | |

| | Discovery Party | Address | Email Address |
|---|---|---|---|
| | | National Registered Agents, Inc.<br>1209 Orange Street<br>Wilmington, DE 19801 | |
| 59. | Standard Chartered PLC | Standard Chartered PLC<br>1095 Avenue of the Americas<br>New York, NY 10036 | |
| 60. | Starling Bank Limited | 5th Floor, London Fruit & Wool Exchange<br>Duval Square, London E1 6PW | |
| 61. | TD Bank, N.A. | TD Bank, N.A.<br>Attention: Corporate Head Office<br>1701 Route 70 East<br>Cherry Hill, New Jersey 08003 | Elizabeth Lacombe<br>emlacombe@duanemorris.com |
| 62. | The Bank of Princeton | 470 W. Cheltenham Avenue<br>Philadelphia, PA 19126 | Alan Ostrowitz<br>ostrowlaw@optonline.net |
| 63. | The Currency Cloud Limited | Corporation Service Company<br>Goodwin Square<br>225 Asylum St., 20th Fl.<br>Hartford, CT 06103 | Jo-Ann Willkom<br>jwillkom@visa.com |
| 64. | The First Bank of Greenwich | 444 East Putnam Avenue<br>Cos Cob, Connecticut 06807 | Brenda Curcio<br>bcurcio@greenwichfirst.com |
| 65. | Trustco Bank | 5 Sarnowski Drive<br>Glenville, NY 12302<br>Attn: Michael Hall | Camila Rivera Abreu<br>Cabreu@trustco.com |
| 66. | U.S. Bank National Association | 800 Nicollet Mall<br>Minneapolis, MN 55402 | Ben Velzen<br>benjamin.velzen@usbank.com |

| | Discovery Party | Address | Email Address |
|---|---|---|---|
| 67. | UBS AG | 600 Washington Blvd<br>9th Floor<br>Stamford, CT 0690 | Lisa Fried<br>Lisa.fried@hsf.com |
| 68. | Webster Financial Corporation (d/b/a Sterling National Bank) | c/o Corporation Service Corporation<br>251 Little Falls Drive<br>Wilmington, DE 19808 | |
| 69. | Wells Fargo Bank, N.A. | 101 N Phillips Ave Sioux Falls, SD 5710 | Pierre-Yves Kolakowski<br>pkolakowski@zeklaw.com |
| 70. | Wise US, Inc. | CT Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 | thirdpartyrequests@wise.com |
| 71. | Youtube, LLC | Youtube, LLC<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | |
| 72. | Wings Insurance Agency, Inc. | 14701 Pioneer Trail<br>Eden Prairie, MN 55347 | |
| 73. | JetLaw LLC | 1350 Connecticut Avenue N.W.<br>Suite 1102<br>Washington D.C 20036 | |
| 74. | BSI Group LLC | 115 N. Main<br>Charleston, MO 63834 | |
| 75. | PNC Bank | CSC-Lawyers Incorporating Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore, MD 21202 | Kylie Dieguez<br>Kylie.dieguez@pnc.com |

## Exhibit 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

```
-------------------------------------------------x
                                     :
In re:                               :    Chapter 11
                                     :
HO WAN KWOK, et al.,¹                :    Case No. 22-50073 (JAM)
                                     :
            Debtors.                 :    (Jointly Administered)
                                     :
-------------------------------------------------x
```

### CERTIFICATE OF SERVICE

I, Teá Foncesa hereby certify that I am over the age of eighteen years old, and I am

employed by Harney Westwood & Riegels LP. I also certify that a copy of the (1) Notice of Motion

for extension of time for trustee to bring claims against potential defendants and (2) Motion for

Entry of order extending deadline for trustee to file avoidance actions under bankruptcy code

sections 108, 546(a), and 549 were personally served by email and or hand on the registered agents

of the British Virgin Islands entities listed in Schedule A, which is apprehended to this certificate

of service.


Dated:     January 30, 2024
           Road Town, Tortola
           British Virgin Islands


                                 By:    _____

---

¹     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
      Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
      Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
      mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul
      Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan
      Kwok (solely for purposes of notices and communications).

**Schedule A**

This is the schedule that is mentioned in the certificate of service of Teá Fonseca.

| Company | Service | | Registered Agent | Comments |
|---|---|---|---|---|
| | By hand | E-mail | | |
| Ace Decade Holding Limited | 25 Jan 2024 | 23 Jan 2024 | Trident Trust Company (B.V.I.) Limited | |
| Bouillon Holdings Limited | 25 Jan 2024 | 25 Jan 2024 | Overseas Management Company Trust (BVI) Ltd | |
| Dawn State Limited | 25 Jan 2024 | 23 Jan 2024 | Trident Trust Company (B.V.I.) Limited | |
| G Club International Ltd (BVI) | 25 Jan 2024 | 23 Jan 2024 | FH CORPORATE SERVICES LTD | |
| G Fashion Hold Co. B. Limited | 25 Jan 2024 | 23 Jan 2024 | FH CORPORATE SERVICES LTD | |
| G Fashion International Limited | 25 Jan 2024 | 23 Jan 2024 | FH CORPORATE SERVICES LTD | |
| Gold Leaf Consulting Limited | 25 Jan 2024 | 23 Jan 2024 | Conyers Trust Company (BVI) Limited | |
| Head Win Group Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | |
| Himalaya International Clearing Ltd | 25 Jan 2024 | 23 Jan 2024 | Conyers Trust Company (BVI) Limited | |
| Himalaya International Financial Group Ltd. | 25 Jan 2024 | 23 Jan 2024 | Conyers Trust Company (BVI) Limited | |
| Himalaya International Payments Ltd. | 25 Jan 2024 | 23 Jan 2024 | Conyers Trust Company (BVI) Limited | |
| Himalaya International Reserves Ltd. | 25 Jan 2024 | 23 Jan 2024 | Conyers Trust Company (BVI) Limited | |
| Hudson Diamond Holding, Inc. | 25 Jan 2024 | 23 Jan 2024 | Ocorian Corporate Services (BVI) Limited | |
| Jovial Century International Limited | 25 Jan 2024 | 23 Jan 2024 | FH CORPORATE SERVICES LTD | |

| Long Gate Limited | 25 Jan 2024 | 25 Jan 2024 | FFP (BVI) Limited | The registered agent did not accept service. |
|---|---|---|---|---|
| New Dynamic Development Limited | 25 Jan 2024 | 25 Jan 2024 | Overseas Management Company Trust (BVI) Ltd | |
| Next Tycoon Investments Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | |
| Ogier | 24 Jan 2024 | 23 Jan 2024 | Ogier Global (BVI) Limited | The registered agent did not accept service. |
| Shiny Ace Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | The registered agent indicated that the company has been redomiciled to Cayman Islands. |
| Shiny Times Holding Limited | 25 Jan 2024 | 25 Jan 2024 | Offshore Incorporations Limited | The registered agent did not accept service. |
| Well Origin Limited | 25 Jan 2024 | 23 Jan 2024 | AMS TRUSTEES LIMITED | |
| World Century Limited | 25 Jan 2024 | 25 Jan 2024 | CCS Management | |
| PA Business Advisory Limited | 25 Jan 2024 | 23 Jan 2024 | COMMENCE OVERSEAS LIMITED | |
| PA Business Opportunity VII Limited | 25 Jan 2024 | 25 Jan 2024 | COMMENCE OVERSEAS LIMITED | |
| PA Business Opportunity VIII Limited | 25 Jan 2024 | 25 Jan 2024 | COMMENCE OVERSEAS LIMITED | |
| Whitecroft Shore Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | The registered agent did not accept service. |
| ACA Capital Group Limited | 25 Jan 2024 | 23 Jan 2024 | Conyers Trust Company (BVI) Limited | |

| | | | | |
|---|---|---|---|---|
| Alfonso Global Limited | 25 Jan 2024 | 25 Jan 2024 | FFP (BVI) Limited | The registered agent did not accept service. |
| Allied Capital Global Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | |
| Alpha Ace Ventures Limited | 25 Jan 2024 | 25 Jan 2024 | FFP (BVI) Limited | The registered agent did not accept service. |
| Anton Developments Limited | 25 Jan 2024 | 23 Jan 2024 | COMMENCE OVERSEAS LIMITED | |
| Arcelio Limited | 25 Jan 2024 | 23 Jan 2024 | Intertrust Corporate Services (BVI) Limited | |
| Assets Sino Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | |
| Auspicious Coast Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | |
| Creative Apex Investments Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | |
| Crystal Breeze Investments Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | |
| Elite Well Global Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | |
| G Fashion Hold Co A Limited | 25 Jan 2024 | 23 Jan 2024 | FH CORPORATE SERVICES LTD | |
| Globalist International Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | |
| Guang Hong Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | |
| Joincorp International Limited | 25 Jan 2024 | 23 Jan 2024 | Bolder Corporate Services (BVI) Limited | |
| Joy Chance Holdings Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | The registered agent did not accept service. |
| Jumbo Century Limited | 25 Jan 2024 | 23 Jan 2024 | CCS Trustees Limited | |
| Major Lead International Limited | 25 Jan 2024 | 23 Jan 2024 | Vistra (BVI) Limited | |
| Mega Ease Investments Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | The registered agent did not accept service. |
| Noble Fame Global Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | |
| Shiny Mind Limited | 25 Jan 2024 | 25 Jan 2024 | Vistra (BVI) Limited | The registered agent did not accept service |

| | | | | |
|---|---|---|---|---|
| Wealth Palm Limited | 25 Jan 2024 | 25 Jan 2024 | Offshore Incorporations Limited | |
| Wise Creation International Limited | 30 Jan 2024 | 30 Jan 2024 | Harneys Corporate Services Limited | |
| Leading Shine Limited | 30 Jan 2024 | 30 Jan 2024 | Vistra (BVI) Limited | The registered agent did not accept service. |
| Hamilton Investment Management Limited | 30 Jan 2024 | 30 Jan 2024 | Bolder Corporate Services (BVI) Limited | The registered agent did not accept service. |
| Fiesta Investment Ltd. | 30 Jan 2024 | 30 Jan 2024 | Trident Trust Company (B.V.I.) Limited | The registered agent did not accept service. |
| Splendour United Limited | 30 Jan 2024 | 30 Jan 2024 | Offshore Incorporations Centre | The registered agent did not accept service. |
| Freedom Media Ventures Ltd. | 30 Jan 2024 | 30 Jan 2024 | FFP (BVI) Limited | The registered agent did not accept service. |
| K Legacy Ltd | 30 Jan 2024 | 30 Jan 2024 | Trident Trust Company (B.V.I.) Limited | The registered agent did not accept service. |

**Exhibit 4**

**Schedule II**
**Currently Known Alternative Service Defendants**

| Name | State/Country |
|---|---|
| 18 Bedford Falls LLC | |
| ACA Capital Group Limited | United Kingdom |
| ACA Investment Management Ltd | Cayman Islands |
| ACASS Canada Ltd | Canada |
| Ace Decade Holdings Limited | British Virgin Islands |
| AEFFE General Contractor SRL | Italy |
| Aissata De | |
| Alfa Global Limited | |
| Alfonso Global Limited | |
| Allied Capital Global Limited | |
| Alpha Ace Ventures Limited | |
| Amazing Sky Aviation Limited | United Kingdom |
| Andrew Childe | Cayman Islands |
| Anthony DiBattista | |
| Anto Conseil | France |
| Anton Development Limited | |
| AR Consulting SRL | Italy |
| Arcelio Limited | |
| Assets Sino Limited | |
| Associated Newspapers Ltd | England |
| Atelier Engineering Limited (via Wise in HKD) | Hong Kong |
| Auspicious Coast Limited | |
| AZ Bigiotterie SAS | Italy |
| Bang & Olufsen | Denmark |
| Banuba (Cyprus) Limited | Cyprus |
| Bauer Security Limited | England |
| Beijing Pangu Investment Inc. | |
| Beile Li | |
| Benjamin Barahona | |
| Bento [Golden Spring] | |
| Berkeley Rowe | England |
| Blue Capital Limited | Cayman Islands |
| Bouilliour Holdings Limited | British Virgin Islands |
| Bradford Marine Bahamas | Grand Bahama |
| Bro Service LLC | Kyrgz Republic |
| Caleb Hull | |
| Canadian Agri-product Monetary Investments Limited | |
| CANAL + Brand Solutions | France |
| Carlos Ignacio Guaia | |
| Carsten Beck | |
| Cesare Attolini | |
| Charfaerie Production Inc | Canada |
| Cheertime International Limited | |
| China Golden Spring Group | Hong Kong |
| Chris Lee | |
| Christina Miller | |

**Schedule II**

**Currently Known Alternative Service Defendants**

| | |
|---|---|
| Christodoulos G. Vassiliades & Co. LLC | Cyprus |
| Chung Tat Chiu, Alexander | |
| Citico International Limited | |
| Commissioner of Taxation And Finance | |
| Compagnia Del Denim | Italy |
| Conservative Campaign Fort Lauderdale | |
| County Ltd | England |
| CPA Associates | |
| Creative Apex Investments Limited | |
| Crystal Breeze Investments Limited | |
| Dachao Zhong | |
| Dacheng Qu | |
| David Fallon | United Kingdom |
| Dawn State Limited | British Virgin Islands |
| DBA Luxury Cleaning NY | |
| Deltec Bank & Trust Limited | Bahamas |
| Deputy Group | Australia |
| Devash LLC | |
| Ditanno Associati | Italy |
| Donald J Trump Jr | |
| Doug Thompson | |
| Eagle Eye Investments Limited | Hong Kong |
| Eastern Profit Corporation Limited | |
| Ehsan Masud | BVI |
| Elevator Services Company LLC | |
| Eliseo Lopez | |
| Elite Well Global Limited | |
| Enrico Mandelli SPA | Italy |
| Falciani Marcella | |
| Farrant Group | England |
| Fiesta Investment Limited | England |
| Fiesta Investment Ltd. | |
| First Abu Dhabi Bank | United Arab Emirates |
| Forbes Hare | Hong Kong |
| Forensic Document Examinations LLC | |
| Frank Waitr | |
| Freedom Media Ventures Ltd. | British Virgin Islands |
| Freedom Media Ventures Ltd. | British Virgin Islands |
| G Club HoldCo I LLC | British Virgin Islands |
| G Club International Limited | Grand Cayman |
| G Club International Ltd (BVI) | British Virgin Islands |
| G Fashion Hold Co A Limited | |
| G Fashion Hold Co. B. Limited | British Virgin Islands |
| G Fashion International Limited | British Virgin Islands |
| G Fashion LLC | |
| G Fashion Media Group Inc. | |
| G Music LLC | |

**Schedule II**
**Currently Known Alternative Service Defendants**

| | |
|---|---|
| G News LLC | |
| G Service LLC | |
| G Translators Pty Ltd | Australia |
| G-Club Investments Limited | United Kingdom |
| Gerald Almeida Brant | |
| GF IP, LLC | |
| GF Italy, LLC | |
| GFNY, Inc. | |
| Globalist International Limited | |
| Glory Asia (H.K.) Limited | |
| GM 27 LLC | |
| Gold Leaf Consulting Limited | British Virgin Islands |
| GPP SRL | Italy |
| GPS McQuhae LLP | Hong Kong |
| Greenwich Window Treatments | |
| Gruppo UNA SPA - Torre Galfa Lux | Italy |
| GTV Australia Pty Ltd | Australia |
| Guang Hong Limited | |
| Guixiang Jia | |
| Guojiao Qu ("Natasha") | |
| H Reserve Management Ltd | Abu Dhabi |
| Hamilton Investment Management Limited | |
| Hamilton M&A Fund SP | Cayman Islands |
| Hamilton Opportunity Fund SPC | Cayman Islands |
| Hao Haidong | |
| Hao Li | |
| Haoran He | United Kingdom |
| Harcus Parker Limited | England |
| Head Win Group Limited | British Virgin Islands |
| Henan Yuda Real Estate Co. Ltd. | |
| Hero Grand Limited | |
| Himalaya International Clearing Ltd | British Virgin Islands |
| Himalaya International Currency Clearing Pty Ltd | Australia |
| Himalaya International Financial Group Ltd. | British Virgin Islands |
| Himalaya International Payments Ltd. | British Virgin Islands |
| Himalaya International Reserves Ltd. | British Virgin Islands |
| Hong Kong Pangu Plaza Commercial Development Limited | |
| Hongxing Geng | |
| Hudson Diamond Holding, Inc. | British Virgin Islands |
| IMG.LY | Germany |
| Imperius International Trad Co Ltd | Japan |
| Infinite Increase Limited | Hong Kong |
| Infinitum Developments Limited | Hong Kong |
| Innovative Insurance Group | |
| Internal Revenue Service/U.S. Treasury | |
| Jason Miller | |
| Jean-Claude Boubee | |

**Schedule II**
**Currently Known Alternative Service Defendants**

| | |
|---|---|
| Jiaming Liu | |
| Jintao Li | |
| Jisen Hu | |
| John B Berryhill | |
| John P Morgan | |
| Joincorp International Limited | |
| Jon Michael Adams | |
| Jovial Century International Limited | British Virgin Islands |
| Joy Chance Holdings Limited | |
| Joyord Sportswear Limited | Hong Kong |
| Jumbo Century Limited | |
| K Legacy Limited | United Kingdom |
| K Legacy Limited | London |
| K Legacy Limited | British Virgin Island |
| Kaelan Dorr | |
| Kai Enterprises LLC | |
| Kalixun Trading Limited | China |
| Kamel Debeche | |
| Karich International Limited | Hong Kong |
| Kesen Yang | |
| KGP Legal, LLC. | Singapore |
| Kingdom Rich Limited | |
| Kingman Management | |
| Knight Frank LLP | England |
| Komurotetsuya Azukariguchi Bengoshi | |
| Kyrgyz-Swiss Bank CJSC | Kyrgyzstan |
| Ladden (Structure) Engineering Limited | Hong Kong |
| Lanificio TG di Fabio SPA | Italy |
| Lau Lai Chun Annie | |
| Lawandy Advisors LLC | |
| Leading Shine Limited | Hong Kong |
| Leicester Hill | |
| Liang Liu | |
| Lichun Guo | |
| Lijie Guo | |
| Limarie Reyes | |
| Ling Lin | |
| Linwan Feng ("Irene") | |
| Logan Cook | |
| Long Cheer Limited | |
| Long Gate Limited | British Virgin Islands |
| M F Lindberg | |
| Macaron Limited | United Kingdom |
| Major Lead International Limited | British Virgin Islands |
| Manhattan Ave | |
| Marcella Falciani | |
| Mary Fashion Spa | Italy |

**Schedule II**
**Currently Known Alternative Service Defendants**

| | |
|---|---|
| Max Krasner | |
| Maywind Trading LLC | |
| Media Endorsement South Dakota | |
| Mega Ease Investment Limited | |
| MessageSpace | England |
| Michael Li and Co. | Hong Kong |
| Mimaii NZ Limited | New Zealand |
| Min Chen | |
| MMMAR SRL | Italy |
| Morning Star Holdings Limited | Nevis |
| Mosaicon Shoes SRL | Italy |
| N+W Group | |
| Name Corp LLC | |
| National Australia Bank Limited | Australia |
| New Dynamic Development Limited | British Virgin Islands |
| New Henry Investment Limited | Hong  Kong |
| Next Tycoon Investments Limited | British Virgin Islands |
| Noble Fame Global Limited | |
| Northcliffe | |
| NY State Department of Tax & Finance | |
| NYC Department of Finance | |
| Oasis Tech Limited | New Zealand |
| OES PCC Limited | |
| Ogier | British Virgin Islands |
| Okla Inc | |
| One Company SRL | Italy |
| O'Neal Webster | British Virgin Islands |
| Owenscorp Italia SPA | Italy |
| PA Business Advisory Limited | British Virgin Islands |
| PA Business Opportunity VII Limited | British Virgin Islands |
| PA Business Opportunity VIII Limited | British Virgin Islands |
| Pak Siu Leung | |
| Paul Kelley | |
| Peiru Luo | |
| Peisha Sun | |
| Pellettieri Di Parma SRL | Italy |
| Peter Navarro | |
| Plant Shed New York Flowers | |
| PNP | |
| Pontetorto SPA | Italy |
| Power Wealth Global Limited | Hong Kong |
| Premiere Accounting Solutions Ltd | New Zealand |
| ProjectLine Solutions Inc. | Canada |
| Qiang Guo | United Kingdom |
| Qidong Xia ("Chang Dao Brother") | |
| QuickFee | |
| Reinhard Plank SRL | Italy |

**Schedule II**
**Currently Known Alternative Service Defendants**

| | |
|---|---|
| Rewop SRL | Italy |
| Rich Group Development Ltd. | |
| Ridwan Mamode Saib | Cayman Island |
| Rilievi Group | Italy |
| Rising Sun Capital Ltd | England |
| Rising Sun Capital Ltd | United Kingdom |
| Roscalitar 2 | Cayman Island |
| Rosy Acme Ventures Limited | Hong Kong |
| Roy D Simmon | |
| SAAM Verspieren Group | |
| Sail Victory Limited | Hong Kong |
| Script Marketing E Design | |
| Sean Jing | |
| Selas Montbrial Avocats | |
| Shalon Clevenger | |
| Shane D Shook | |
| Shiny Ace Limited | British Virgin Islands |
| Shiny Mind Limited | |
| Shiny Times Holding Limited | British Virgin Islands |
| Sin Ting Rong, a/k/a Jaley Rong | |
| Small Victory Limited | |
| Solazzo Calzature Italy | Italy |
| Souken Trading | Japan |
| Spectrum | |
| Spirit Charter Investment Limited | Hong Kong |
| Splendour United Limited | British Virgin Islands |
| Spotify Technology S.A. | Sweden |
| Stacey Anne Hughes | |
| Standard Chartered PLC | United Kingdom |
| Starling Bank Limited | United Kingdom |
| Stefano Ricci | |
| Stephanie Russo | |
| Steven Fiaravanti | |
| Stichting Duurzame | Netherlands |
| Stockton SRL | Italy |
| Stream | |
| Strong Country Holdings Group Limited | Hong Kong |
| Structure Design Build LLC | |
| Studio Cataldi | Italy |
| Studio Legale Associato | Italy |
| Summer Bridges | |
| Super Star Project Limited (via Wise in HKD) | |
| Surge Britain | England |
| Taurus Fund SP | Cayman Islands |
| TC Consultants | |
| TD Avenue | |
| Terrence Williams | |

**Schedule II**
**Currently Known Alternative Service Defendants**

| | |
|---|---|
| Tessuti & Tessuti SRL | Italy |
| The Society of Scemamaroneck | |
| Thousand Stars Company Limited | Abu Dhabi |
| Tim Murtaugh | |
| Timothy Edward | |
| Tong Le Internatiional Trading Co., Ltd. | Hong Kong |
| Town of Greenwich, CT | |
| Transcomputing Technologies | |
| Trasco Bremen | Germany |
| Trieast Limited | |
| Tsang Yan Yan | |
| TSM Tessitura Serica Morinelli SRL | Italy |
| TSP International, LLC. | |
| TT Resources 1 Pty Ltd | Australia |
| U-Earth Biotech Ltd. | England |
| UK Import Services Limited | England |
| Una Manyee Wilkinson | |
| Valigeria Bertoni SRL | Italy |
| Veritext Legal Solutions | |
| Victor Chang | |
| Victor-Oasis Consultancy Limited (via Wise in HKD) | |
| Viewco Building Services & Engineering Co Ltd (via Wise in HKD) | |
| Vision One Investments Limited | Hong Kong |
| Waycap SPA | Italy |
| Wealth Palm Limited | |
| Wedlake Bell LLP | England |
| Wei Zhang | |
| Well Origin LImited | British Virgin Islands |
| Wencun Guo | |
| Wenping Guo | |
| Whitecroft Shore Limited | British Virgin Islands |
| William Bradley Wendel | |
| Wise Creation International Limited | United Kingdom |
| World Century Limited | British Virgin Islands |
| Xinfang Zhang | |
| Xuebing Wang | New Zealand |
| Ya Li ("Mulan") | Australia |
| Yachtzoo SARL | Monaco |
| Yan Su | |
| Yan Yan Tsang | |
| Yinying Wang ("Aila") | |
| Yong Yu | |
| Yue Zhu | |
| Yuqiang Qin & Yunfu Jiang | Canada |
| Zero B LLC | |
| Zeta Global Corp | Dubai |
| Zheng Zhou Guang Yi Tong Commerce and Trading Co., Ltd. | |

**Schedule II**
**Currently Known Alternative Service Defendants**

| | |
|---|---|
| Zhengzhou Shangjie Investments Limited | |
| Zhixuan Li | United Kingdom |
| Zongchao Yue | |

## Exhibit 5

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:                                          Chapter 11

HO WAN KWOK, *et al.*,[1]                        Case No. 22-50073 (JAM)

           Debtors.                             (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - -x

~~NOTICE OF MOTION TO EXTEND STATUTE OF LIMITATIONS~~

**NOTICE OF MOTION FOR EXTENSION OF TIME FOR TRUSTEE TO BRING
CLAIMS AGAINST POTENTIAL DEFENDANTS**

**PLEASE READ THIS NOTICE AND ALL ATTACHMENTS CAREFULLY (AND
CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS) BECAUSE THEY
CONTAIN DEADLINES AND PROCEDURES THAT MAY IMPACT YOUR LEGAL
RIGHTS**.

     **PLEASE TAKE NOTICE** that on January 18, 2024, Luc A. Despins, in his capacity as

the chapter 11 trustee (the "Trustee") appointed in the above-captioned chapter 11 case of Ho

Wan Kwok (the "Debtor"), by and through his undersigned counsel, filed a *Motion for Entry of*

*an Order Extending Deadline for Trustee to Bring Avoidance Actions Under Bankruptcy Code*

*Sections 108, 546, and 549* [ECF No. 2509] (the "Tolling Motion). The Tolling Motion is

appended to this Notice.

     **What is the Purpose of the Tolling Motion?** Among other things, the Tolling Motion

~~requests a tolling of~~ seeks to extend (*i.e.,* "toll") the statutory deadline(s) to file causes of action

seeking recovery or ~~other relief from Potential Defendants. Potential Defendants are parties~~

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
(solely for purposes of notices and communications).

~~(individuals or entities) that (i)~~ other relief from Potential Defendants. Potential Defendants are parties (individuals or entities) that (i) have received any transfers from any of the parties listed on **Schedule I** to this Notice, (ii) are subsequent transferees of such parties, or (iii) are listed on **Schedule II** to this Notice.

**Why am I receiving this Notice?** You are receiving this Notice because the Trustee believes that you are a Potential Defendant against whom the Tolling Motion seeks relief. The fact that you received this Notice **does not** necessarily mean that any claims have yet, or will be, brought against you or that, if such claims are brought, you will be found liable.

**Can I object to the Tolling Motion?** Yes. A hearing on the Tolling Motion will be held on **February 13, 2024 at 1:30 p.m. (prevailing Eastern time)** before the Honorable Julie A. Manning of United States Bankruptcy Court for the District of Connecticut (Bridgeport Division) in Courtroom 123 at 915 Lafayette Blvd., Bridgeport, CT. Potential Defendants have a right to object to the Tolling Motion at the aforementioned hearing. Potential Defendants who wish to file a written objection to the Tolling Motion must do so by **February 5, 2024 at ~~5:00 p.m~~12:00 p.m.** (prevailing Eastern time).

**What happens if I do not object to the Tolling Motion?** The Tolling Motion may impact your legal rights, and Potential Defendants who do not timely object to the Tolling Motion may waive their right to do so at a later time.

*[Remainder of page intentionally left blank.]*

**Exhibit 6**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------------- X
                                                                     :
In re:                                                               :    Chapter 11
      Ho Wan Kwok,                      :    Case No. 22-50073 (JAM)
            Debtor.[1]   :
                                                                     :
-------------------------------------------------------------------- X

**NOTICE OF MOTION ~~TO EXTEND STATUTE OF LIMITATIONS~~FOR EXTENSION OF TIME FOR TRUSTEE TO BRING CLAIMS AGAINST POTENTIAL DEFENDANTS**

**PLEASE TAKE NOTICE THAT**

On February 15, 2022 (the "Petition Date"), Mr. Ho Wan Kwok (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court"). On July 8, 2022, the Bankruptcy Court entered an order granting the appointment of Luc A. Despins as the chapter 11 trustee (the "Trustee") in the Debtor's chapter 11 case (the "Chapter 11 Case").

On January 18, 2024, the Trustee filed the *Motion for Entry of an Order Extending Deadline for Trustee to ~~File~~Bring Avoidance Actions Under Bankruptcy Code Sections 108, 546, and 549* [Docket No. 2509] (the "Tolling Motion"). The Tolling Motion ~~requests a tolling of~~seeks to extend (*i.e.* "toll") the statutory deadline(s) to file causes of action seeking recovery or other relief from Potential Defendants. Potential Defendants are parties (individuals or entities) that (i) have received any transfers from any of the parties listed on **Schedule I** to the ~~Notice Order~~Tolling Motion, (ii) are subsequent transferees of such parties, or (iii) are listed on **Schedule II** to the ~~Notice Order~~Tolling Motion (including as it may be updated and publicly filed).

On January 19, 2024, the Bankruptcy Court entered the Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing [Docket No. 2515] (the "Notice Order") authorizing the form and manner by which the Trustee may provide notice of the Tolling Motion (as defined below).

Pursuant to the relief granted in the Notice Order, the Trustee hereby provides this notice (the "Notice") to all Potential Defendants of the Trustee's intent to extend the statute of limitations for actions described in the Tolling Motion. The Tolling Motion and **Schedule I** and **Schedule II** ~~to the Notice Order~~ can be found at the Debtor's restructuring website at https://dm.epiq11.com/case/kwoktrustee/dockets. The fact that you are a Potential Defendant does not necessarily mean that any claims have yet, or will be, brought against you or that, if such claims are brought, you will be found liable.

---

[1] Although the Debtor's legal name is Ho Wan Kwok, he is also known by the following names: Guo Wengui; Miles Guo; and Miles Kwok. ~~The last four digits of his tax identification number are 9595.~~

If you wish to challenge the relief requested in the Tolling Motion, you must file and serve a written objection so that such objection is filed with the Bankruptcy Court and actually received no later than **February 5, 2024 at** ~~5:00 p.m.~~**12:00 p.m.** **(prevailing Eastern time)** (the "Objection Deadline"), by the following parties: (a) counsel to the Debtor, Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, CT 06605 (Attn: Eric Henzy (ehenzy@zeislaw.com)); Attn: James M. Moriarty (jmoriarty@zeislaw.com)), (b) counsel to the Trustee (i) Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 (Attn: Douglass Barron (douglassbarron@paulhastings.com)); (ii) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 065510 (Attn: Patrick Linsey (plinsey@npmlaw.com)); (c) counsel to the official committee of unsecured creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor PO Box 7006, Bridgeport, CT 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com)), (d) those parties that filed a notice of appearance in the Chapter 11 Case, and (e) the United States Trustee for the District of Connecticut, Giaimo Federal Building, Room 302, 150 Court Street, New Haven, CT 06510 (Attn: Holley L. Claiborn (Holley.L.Claiborn@usdoj.gov)).

A hearing to consider the Tolling Motion will be held on **February 13, 2024, at 1:30 p.m. (prevailing Eastern Time)** before the Honorable Julie A. Manning in the Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604.

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.**

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE TOLLING MOTION AND SCHEDULE I AND SCHEDULE II ATTACHED TO THE NOTICE ORDER, AS YOUR RIGHTS MIGHT BE AFFECTED. POTENTIAL DEFENDANTS WHO DO NOT TIMELY OBJECT TO THE TOLLING MOTION MAY WAIVE THEIR RIGHT TO DO SO AT A LATER TIME.**

If you require additional information regarding this Notice, you may contact the Trustee's counsel, Paul Hastings LLP, by e-mailing douglassbarron@paulhastings.com.

## Exhibit 7



**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, January 25, 2024**, the following legal advertisement – **Ho Wan Kwok** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
_____
Principal Clerk of USA TODAY
January 25, 2024

**SPORTS**

USA TODAY | THURSDAY JANUARY 25, 2024 | **5C**

# Swift's game presence a boost for Kelce

**Jordan Mendoza**
USA TODAY

It's been a new era for Kansas City Chiefs tight end Travis Kelce, as he's gone from NFL star to global celebrity, thanks to Taylor Swift.

Ever since Swift showed up alongside Donna Kelce during Kansas City's Week 3 win over the Chicago Bears, football and music fans have wondered how often the pop icon would be seen attending Chiefs games. She showed up to several more games, with the last being the Chiefs' thrilling divisional round playoff victory at the Buffalo Bills. Swift had been busy with her Eras Tour in Argentina and Brazil, which included a visit from Kelce in Buenos Aires.

But with the regular season over and the NFL playoffs underway, Swift could be in attendance for the team's shot to make the Super Bowl before her Eras Tour resumes in early February. Not only will it captivate audiences, but it could give Kelce a boost in his stats.

Here is how much different Kelce's performance has been with Swift cheering him on versus when she isn't around:

### Travis Kelce stats with Taylor Swift in attendance

It was nothing but good karma for "the guy on the Chiefs" when Swift first started going to games, but things turned into a losing skid for a time before wins started to happen again.

When Swift is in attendance for a Chiefs game, Kansas City is 8-3, while Kelce has 69 catches for 830 yards (75.5 yards per game) and four touchdowns. During those games, Kelce snags 12.0 yards per reception.

After winning their first four games with Swift in attendance, the Chiefs lost three of the next four she was at, including a Christmas Day defeat against the Las Vegas Raiders. Swift ended her regular-season appearances with a win over the Cincinnati Bengals on New Year's Eve that clinched the AFC West title.

During the Chiefs' two playoff victories, Kelce has compiled 146 receiving yards and two touchdowns on 12 recep-

tions, an average of 73 yards per game. Both of his touchdowns came during K.C.'s divisional round takedown of Buffalo.

Here are the games for which Swift was in attendance, along with Kelce's stats in that game:

● Week 3 vs. Chicago Bears: Seven catches for 69 yards and one touchdown; win, 41-10.
● Week 4 at New York Jets: Six catches for 60 yards; win, 23-20.
● Week 6 vs. Denver Broncos: Nine catches for 124 yards; win, 19-8.
● Week 7 vs. Los Angeles Chargers: 12 catches (season high) for 179 yards (season high) and a touchdown; win, 31-17.
● Week 13 at Green Bay Packers: Four catches for 81 yards; loss, 27-19.
● Week 14 vs. Buffalo Bills: Six catches for 83 yards; loss, 20-17.
● Week 15 at New England Patriots: Five catches for 28 yards; win, 27-17.
● Week 16 vs. Las Vegas Raiders: Five catches for 44 yards; loss, 20-14.
● Week 17 vs. Cincinnati Bengals: Three catches for 16 yards; win, 25-17.
● Wild-card round vs. Miami Dolphins; Seven catches for 71 yards; win, 26-7.
● Divisional round vs. Buffalo Bills:

Five catches, 75 yards, two touchdowns; win, 27-24.

### Travis Kelce stats without Taylor Swift in attendance

Without Swift, the Chiefs are still good, but they haven't been perfect and there's certainly a blank space left in Kelce's results.

When Swift isn't there and Kelce is playing, Kansas City is 4-2. Kelce has also had some of his statistically worst games without Swift there. Four of his lowest receiving yard games came with her not in the stands.

In those six games, Kelce has 36 catches for 300 yards (50 yards per game) and three touchdowns. That adds up to 8.2 yards per reception.

Those games include when Kelce had a season-low three catches for 14 yards against the Miami Dolphins in Germany, and when he had a drop and his lone fumble of the season against the Philadelphia Eagles. Even after the loss to Philadelphia, Kelce said, "I'm not playing my best football right now."

Kelce also hasn't topped 100 receiving yards in any of the games Swift wasn't at. The games have also been

closer, as the road win against the Raiders was the only regular-season victory in which the Chiefs won by more than one score.

### Will Taylor Swift be at Chiefs playoff game vs. Ravens?

It hasn't been confirmed, but there is a good chance Swift travels to Baltimore for her third playoff game Sunday, when Kansas City takes on the Ravens in its sixth consecutive AFC championship game.

Since the Eras Tour isn't scheduled to restart until Feb. 7 in Tokyo, the pop star can continue to attend playoff games. If the Chiefs are able to make their second consecutive Super Bowl, it might be tough for Swift to attend. She is performing in Tokyo on Feb. 10 and Super Bowl 58 in Las Vegas is on Feb. 11.

Swift did speak about how "football is awesome" in her TIME Person of the Year cover story and how she's just trying to support Kelce rather than be shown on the broadcast.

"I'm just there to support Travis. I have no awareness of if I'm being shown too much and pissing off a few dads, Brads, and Chads," Swift said.



Chiefs tight end Travis Kelce and singer Taylor Swift leave Arrowhead Stadium after a win against the Chargers in Kansas City on Oct. 22. CHARLIE RIEDEL/AP

---

# WWE star: 'Stone Cold' Kittle makes wrestling seem cool

**Jordan Mendoza**
USA TODAY

Whether it's by celebrating first downs and touchdowns, or delivering a clothesline to The Miz at WrestleMania 39, it's no secret San Francisco 49ers tight end George Kittle – or "Stone Cold" Kittle – is a major wrestling fan, and to one WWE star, he's made liking the sport cool.

Kittle has been open about his love for professional wrestling throughout his NFL career, telling reporters in 2020 "it's something that I love." But he also gets to connect with current WWE star Bayley, who is a Bay Area native and is a big-time 49ers fan.

Recently, Bayley has been a frequent visitor at Levi's Stadium to watch her favorite team play, and the worlds of football and wrestling got to collide at the 49ers regular-season home finale Jan. 7. Bayley met with Kittle pregame and gave him a custom 49ers championship belt before posing for pictures with "The People's Tight End."

Bayley said she grew up a 49ers fan but as she focused her career on wrestling she wasn't keeping up with the team as much. Eventually, when she made it to WWE and Levi's Stadium opened up in 2014, she got back into football and attended more games.

It really connected when Kittle became a dominant force for the 49ers not long after he was drafted in 2017. It was around the 2020 NFL season, when fans weren't allowed at 49er games due to COVID-19 restrictions, that Bayley really learned about Kittle's love for her sport.

"I kept hearing about George Kittle and then I kept seeing him post stuff, and every time he had the ball, Stone Cold (Steve Austin's) music would play," Bayley told USA TODAY

Sports. "I'm like, 'Dude, this guy is so awesome.' "

Bayley also explained how Kittle's appreciation for wrestling has helped the image of WWE and other wrestling companies. "He makes wrestling seem cool," she said. "Where people grew out of WWE or people are like, 'I don't watch wrestling anymore, I did when I was kid though.' He's a very well-known athlete on one of the best teams in the world, and he loves WWE, so I think that makes us look really cool."

Bayley admitted even though she gave Kittle the title belt, they haven't sat down to have a conversation. But she's sure "someday" they will.

Even with the Royal Rumble and the road to WrestleMania on her mind, Bayley is certainly keeping tabs on her favorite

team during the playoffs. As the No. 1 seed in the NFC, San Francisco had the first round off, then began their playoff journey at home with a victory against the Green Bay Packers on Saturday to advance to the NFC championship game this Sunday.

Bayley's ideal start to 2024 is her winning the Royal Rumble this weekend, the 49ers winning the Super Bowl in February and her beating Rhea Ripley at WrestleMania 40 in April for the Women's World Championship. When that happens, she said, there can be a whole celebration for the Bay.

"We could have Super Bowl rings. We could have WWE Women's Championship rings. We could throw a big party in the Bay Area," she said. "We could throw a parade."



49ers tight end George "Stone Cold" Kittle is introduced before a game against the Seahawks at Levi's Stadium. DARREN YAMASHITA/USA TODAY SPORTS

---

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070   www.russelljohns.com/usat

### NOTICES

**LEGAL NOTICE**

UNITED STATES BANKRUPTCY COURT, DISTRICT OF CONNECTICUT, BRIDGEPORT DIVISION
In re: Ho Wan Kwok, _____ Chapter 11
Debtor _____ Case No. 22-50073 (JAM)

**NOTICE OF MOTION FOR EXTENSION OF TIME FOR TRUSTEE TO BRING CLAIMS AGAINST POTENTIAL DEFENDANTS**

**PLEASE TAKE NOTICE THAT**

On February 13, 2022 (the "Petition Date"), Mr. Ho Wan Kwok (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court"). On July 8, 2022, the Bankruptcy Court entered an order granting the appointment of Luc A. Despins as the chapter 11 trustee (the "Trustee") in the Debtor's chapter 11 case (the "Chapter 11 Case").

On January 18, 2024, the Trustee filed the Motion for Entry of an Order Extending Deadline for Trustee to Bring Avoidance Actions Under Bankruptcy Code Sections 108, 546, and 549 (Docket No. 2509) (the "Tolling Motion"). The Tolling Motion seeks to extend (i.e. "toll") the statutory deadline(s) to file causes of action seeking recovery or other relief from Potential Defendants. Potential Defendants are parties (individuals or entities) that (i) have received any transfers from any of the parties listed on Schedule I to the Tolling Motion, (ii) are subsequent transferees of such parties, or (iii) are listed on Schedule II to the Tolling Motion (including as it may be updated and publicly filed).

On January 19, 2024, the Bankruptcy Court entered the Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing (Docket No. 2515) (the "Notice Order") authorizing the form and manner by which the Trustee may provide notice of the Tolling Motion (as defined below).

Pursuant to the relief granted in the Notice Order, the Trustee hereby provides this notice (the "Notice") to all Potential Defendants of the Trustee's intent to extend the statute of limitations for actions described in the Tolling Motion. The Tolling Motion and Schedules I and Schedule II can be found at the Debtor's restructuring website at https://dm.epiq11.com/case/kwokrestone/dockets. The fact that you are a Potential Defendant does not necessarily mean that any claims have yet, or will be, brought against you or that, if such claims are brought, you will be found liable.

If you wish to challenge the relief requested in the Tolling Motion, you must file and serve a written objection to that such objection is filed with the Bankruptcy Court and actually received no later than **February 5, 2024 at 12:00 p.m. (prevailing Eastern time)** (the "Objection Deadline"), by the following parties: (a) counsel to the Debtor, Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, CT 06604 (Attn: Eric Henzy (ehenzy@zeislaw.com)); Attn: James M. Moriarty (jmoriarty@zeislaw.com)), (b) counsel to the Trustee: O. Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 (Attn: Douglass Barron (douglassbarron@paulhastings.com)) (d) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Patrick Linsey (plinsey@npmlaw.com)); (c) counsel to the official committee of unsecured creditors, Pullman & Comley, LLC, 850 Main Street, P.O Box 7006, Bridgeport, CT 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com)); (d) those parties that filed a notice of appearance in the Chapter 11 Case; and (e) the United States Trustee for the District of Connecticut, Giaimo Federal Building, Room 302, 150 Court Street, New Haven, CT 06510 (Attn: Holley L. Claiborn (Holley.L.Claiborn@usdoj.gov)).

A hearing to consider the Tolling Motion will be held on **February 13, 2024, at 1:30 p.m. (prevailing Eastern time)** before the Honorable Julie A. Manning in the Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604.

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.**

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE TOLLING MOTION AND SCHEDULE I AND SCHEDULE II ATTACHED TO THE NOTICE ORDER, AS YOUR RIGHTS MIGHT BE AFFECTED. POTENTIAL DEFENDANTS WHO DO NOT TIMELY OBJECT TO THE TOLLING MOTION MAY WAIVE THEIR RIGHT TO DO SO AT A LATER TIME.**

If you require additional information regarding this Notice, you may contact the Trustee's counsel, Paul Hastings LLP, by e-mailing douglassbarron@paulhastings.com.

Although the Debtor's legal name is Ho Wan Kwok, he is also known by the following names: Guo Wengui, Miles Guo, and Miles Kwok.

---

**Legal Notice: Breach of Security**

Pursuant to the Health Breach Notification Rule, 16 CFR Part 318, 23andMe, Inc. provides this notice advising all customers whose accounts were accessed by a credential stuffing attack between late April 2023 through September 2023. Credential stuffing is a method of attack where threat actors use lists of previously compromised user credentials to gain access to another party's systems. Upon learning of the incident, 23andMe immediately commenced an investigation, and worked with third party incident response experts as well as federal law enforcement. All customers whose accounts were compromised in the credential stuffing attack will receive a letter in the mail from 23andMe advising them their account was accessed by the third party. The letter will also describe the types of information that the unauthorized third party accessed in the account. Protecting our customers' privacy and security continues to be a top priority. If you have additional questions you may email us at customercare@23andme.com, or call us at 1-800-239-5230 on weekdays from 9am to 5pm PT. You may also write to 23andMe at Attn: Legal, 349 Oyster Point Blvd, South San Francisco, CA 94080.

---

Place your advertisement in
**USA TODAY Marketplace!**
To advertise, call:
**800-397-0070**

## CERTIFICATE OF PUBLICATION

I, Connie Lam, hereby certify that (a) I am Displayed Advertising Manager at Sing Tao Daily and (b) that the legal notice advertisement of which the annexed is a copy appeared in all editions of *Sing Tao Daily* throughout the United States on **Monday, January 29, 2024**.

Executed on ___1/29/2024___ at ___East Coast / N. California / S. California___

                     (date)                           (city, state)

X _____

(Signature)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | : Chapter 11 |
| Ho Wan Kwok, | : |
| Debtor. [1] | : Case No. 22-50073 (JAM) |

### 延长受托人对潜在被告提出索赔的时间的动议通知

**请注意**

2022 年 2 月 15 日（"申请日期"），Ho Wan Kwok先生（"债务人"）根据《美国法典》第 11 卷第11章（"破产法"）在美国康涅狄格州破产法院（"破产法院"）提交自愿救济申请。 2022 年 7 月 8 日，破产法院发布命令，任命 Luc A. Despins 为债务人第 11 章案件（"第 11 章案件"）中的第 11 章受托人（"受托人"）。

2024 年 1 月 18 日，受托人提交了一项动议，要求签署延长受托人根据《破产法》第 108、546 和 549 条提起撤销诉讼的期限的命令［案卷编号2509］（"时效中止动议"）。时效中止动议寻求延长（即 "时效中止"）提交诉讼理由以以寻求潜在被告的赔偿或其他救济的法定期限。潜在被告是指以下各方（个人或实体）：(i) 收到过时效中止动议**附表一**所列任何一方的任何转让，(ii) 是此类各方的后续受让人，或 (iii) 被列于时效中止动议**附表二**（包括可能更新和公开归档的内容）。

2024 年 1 月 19 日，破产法院根据破产法第 105(a) 条以及破产规则 2002 和 9014 颁布命令，(I) 批准受托人即将提出的时效中止动议通知的形式和方式，以及 (II) 安排听证会［案卷编号 2515］（"通知令"），授权受托人提供时效中止动议通知的形式和方式（定义如下）。

根据通知令中授予的救济，受托人特此向所有潜在被告提供本通知（"通知"），以表明受托人打算延长时效中止动议中所述行动的诉讼时效。时效中止动议以及附表一和附表二可以在债务人的重组网站at   https://dm.epiq11.com/case/kwoktrustee/dockets上找到。您是潜在被告这一事实并不一定意味着已经或将将对您提出任何索赔，或者如果提出此类索赔，您将被认定承担责任。

如果您希望对时效中止动议中要求的救济提出质疑，您必须提交并送达书面反对意见，以便向破产法院提交该反对意见，并在 **2024 年 2 月 5 日中午 12:00 （东部时间）**之前（"反对意见截止日期"）由以下各方实际收到：(a) 债务人的律师，Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, CT 06605 (Attn: Eric Henzy (ehenzy@zeislaw.com)); Attn: James M. Moriarty (jmoriarty@zeislaw.com)), (b) 受托人的律师 (i) Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 (Attn: Douglass Barron (douglassbarron@paulhastings.com)); (ii) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 065510 (Attn: Patrick Linsey (plinsey@npmlaw.com)); (c) 无担保债权人官方委员会的律师，Pullman & Comley, LLC, 850 Main Street, 8th Floor PO Box 7006, Bridgeport, CT 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com)), (d) 在第11章案件中提交出庭通知的当事人，and (e) 康涅狄格地区美国受托人，Giaimo Federal Building, Room 302, 150 Court Street, New Haven, CT 06510 (Attn: Holley L. Claiborn (Holley.L.Claiborn@usdoj.gov)).

审议时效中止动议的听证会将于2024年2月13日下午1：30（东部时间）在破产法院Julie A. Manning法官前举行，地址为915 Lafayette Boulevard, Bridgeport, CT 06604.

**除非根据本通知及时送达并提交异议，否则破产法院将不会考虑该异议。**

**建议您仔细审查并考虑通知令所附的时效中止动议以及附表一和附表二，因为您的权利可能会受到影响。未及时反对时效中止动议的潜在被告可能会放弃以后这样做的权利。**

如果您需要有关本通知的更多信息，您可以通过电子邮件douglassbarron@paulhastings.com联系受托人的律师Paul Hastings LLP。

---

[1]   虽然债务人的法定姓名为 Ho Wan Kwok, 但他也有以下名字：郭文贵；Miles Guo; and Miles Kwok.

# A9 中國社會

01.29.2024 星期一 · 星島日報

## 為宣傳公司博關注　用布娃娃冒充嬰兒

# 徒手接墜樓嬰兒原來是假的

近日，關於「商場保安徒手接住墜樓嬰兒」的相關視頻在短視頻平台流傳，引發熱議。保安公司負責人稱，原視頻是公司根據以往事件拍的，初衷是傳播正能量，首發後被誤傳成熱點事件，保安手裏接住的道具是一個布娃娃，並非真實嬰兒。

**本報訊**

自 1月25日起，關於「商場保安徒手接住墜樓嬰兒」的相關視頻開始傳播。其中，「拍頭望一眼救下一條命」的短視頻保安徒手接住墜樓嬰兒」「保安似遇時墜樓嬰兒墜樓」，一秒直線衝上去接住嬰兒等配文的視頻被大量傳播。

視頻引發關注後，不少網友希望用關早位對保安在危急時刻伸手救人的行為，予以褒獎。另有網友關心愛兒，保安是否受傷，並質疑家長為何沒有看護好孩子。此外，上述視頻多被冠以「感動」「紅日」等部分視頻標注的地點雖不同，

傳為新近發生的熱點事件。

馬先生稱，視頻是之前拍攝虛製作的的系，於1月25日發布的，拍攝地點在公司辦公樓樓下。「商場保安徒手接住墜樓嬰兒」視頻中的保安是由公司職員扮演的，保安手裏接住的道具是一個布娃娃，並非真實嬰兒。

馬先生表示，公司以創始審視或者跟拍後製作視頻在平台上傳播，初衷是傳播正能量，但現在看來被傳播出「保安徒手接住墜樓嬰兒」這則視頻被誤傳成熱點，是非熱點了「公司部分網友傳出視頻後，還向公司詢問此事的具體情況。」

另外，馬先生公司「保安徒手接墜樓嬰兒」事件原型發生在2023年3月，地點是陝西寶雞，「當時，公



■保安公司負責人回應原視頻是根據以往事件拍的，初衷是傳播正能量。　網上圖片

> 保安公司成立時間不長，設立了視頻拍攝網隊，主要是改拍、跟拍普通生活的真實案例，演員中有一線保安、公司職員。
> 馬先生

司拍攝保安主題視頻是為宣傳保安在日常工作所做的好人好事，「沒想到，這則視頻被傳後造成了不好的影響，當事人馬視頻有意見，公司已於1月26日刪除這則視頻。」

馬先生表示，公司以創始審或者跟拍後製作視頻在平台上傳播，初衷是傳播正能量，但現在看來被傳播「保安徒手接住墜樓嬰兒」這則視頻被誤傳成熱點，是非熱點了。

地採購並進行了報道、救人保安後收到了獎勵。」

不過，眼上看來發現上述原型事件的相關報道，有視頻拍出的是「保安徒手接墜樓嬰兒」保安徒手接住墜樓嬰兒」拍攝下的影像。馬先生表示不便透露這些人員的資訊。

27日，當地警方工作人員對記者稱，關注此事有視頻後警方了解到，當地未有發生的真實事件，此外，已制止安保公司的有關行為，要求其整改聲明，公開說明此事。

「我們公司目前的井蓋都是原罐鋼筋替換的，已經維修完，井蓋裝漂被換回上，可能是木材剛響了、可能是年久失修、也可能是施工方將井蓋放置了位置了。所以在最開始施工的時候，選到井蓋裝置是非常重要的。」

### 重慶街道井蓋用竹籤代替鋼筋

1月28日，有網友爆料稱，重慶市青山縣中街道轄區的一塊井蓋的井蓋內有很多竹籤的竹籤。拍攝者用雙手輕輕一掰，支得井蓋的竹籤便斷裂開來。在那一步是其擺置的不可思議、布滿烏黑

蓋被的的泥灰。

日暫此事的龍先生稱，「第一次過看到竹籤替代，我的確沒有遲過。龍先生解釋道，事發後他也立刻有及將情況報機給有關部門。

生產商、工作人員表示，視頻中的竹籤是一種剛劣井蓋、使用竹籤維繫或、過看擺放在無大型車應經

的路邊、或是綠化帶。



■一塊圓形下水道井蓋，破裂後露出了裏面的竹籤。　網上圖片



---

父親去世3周年辦酒席
被親戚舉報罰款

近日，一則網民爆料稱，四川廣元旺蒼縣某片鎮稱社社一村社民因違規辦酒席被罰款1000元人民幣，而該村民是為「父親去世3周年」辦酒席。

據當地村官介紹，村裏者有人辦酒席，就需要張告了。而郭某已在4年內利用這種方式以各種理由辦了3次酒席獲利，包括搬家、喬遷、生日宴，「像這次，他辦的是去世幾年的人的周年酒」，這引發舉報。村民違規張辦了村子酒會，「每一次如果收200塊，三次就要收600塊，現在幾乎不計升，老百姓才舉報的他，還是他親戚到村委會舉名舉報的，說辦酒辦太多了他們已經吃不消了」。他又指，這1000元在燈燈燈那麼不罰到。「而是「我看懂」，早在2021年，該村便出臺規定，管制違規辦酒行為，「當時也是因為很多村民已經吃不起酒席了，大家都收了，那豈不是亂套了？」。

遇不專業推拿師
男子差點全身癱瘓

近日，張先生感到自己的脖子僵有右手有點麻痺，於是就去家樓下的私人推拿工作室按摩。按摩後，他感到自己的脖子和右手越來越酸越來越麻，甚至連手上的力也沒有了。後來愈演愈烈，右手連握手機打字都不一點，到第二天痛麻整個趕越越、也正是這兩塊想越麻越、等情勤，導致張先生出現癱瘓症狀。

---

## 黃敏生醫生 脊椎醫療中心
DR. MICHAEL S. WONG, D.C.

主治：工傷·車禍·頭痛·腰酸·頸痛·背痛

免費諮詢 2793 San Bruno Avenue, San Francisco CA 94134
**(415)467-2200**

## 梁泉輝跌打醫館
跌打名醫何應衛接受

骨傷痛症　脫臼復位
肩周背痛　腰腿疼痛
手腳麻痺　新傷舊患
**415-819-7669** 4700 MISSION ST.
7天應診 上午10點至晚上8點

有痛症？今日就幫你醫！
譚志榮
• 先進人工療脊法 • 最先進治療法 • 手法治療脊椎中西醫合壁
5108 Geary Blvd. San Francisco CA 94118
**(415)933-7788**

## MARINA DENTAL STUDIO
第一牙科中心
Ronald J. Mak, DMD, FICOI
麥繼祖牙醫博士、植牙專家
• 拔牙，加骨粉，植牙
• 3D 打印同日治療
• 隱形矯正
• 根管治療
**650-349-0111**
www.marinadentalstudio.com
2996 S. Norfolk St. #E, San Mateo, CA 94403
(位於聖馬刁水和超市購物廣場)　接受PPO保險

## 謝紅牙醫博士
*接受紅藍卡、PPO 保險、白卡*
• 牙冠牙橋　• 活動固定假牙
• 補牙洗牙　• 根管治療
• 牙齒再造　• 專業植牙
• 牙周病治療　• 牙齒橋正
UCSF 牙科博士　全科醫學全優畢業
111 Deerwood Road #170 2225 Buchanan Rd. Ste. G,
San Ramon, CA 94583 Antioch, CA 94509
謝醫生親自接診，請預約。更多地址。

Bing Elliot Xia PhD, DDS
夏求亨牙醫博士、矯正博士
美國口腔正畸協會 ADA、美國正畸學會
加州大學洛杉磯 Dugoni 牙醫院校 全青牙科
**415-542-9217**
**415-986-2626**
微創植牙·隱形矯正·牙齒美白

HONOLULU DENTAL CARE
檀香山牙醫診所
General Dentistry
我們接受：United Healthcare, HDS, Quest (Children)
服務：拔牙·植牙·根管
1451 S. King St., Suite 407　中文 (808) 955-7200
Honolulu, Hawaii 96814

清晰防藍光平光眼鏡
$26.00

BGA



---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:　Ho Wan Kwok,　Chapter 11
　　　　　　Debtor.[1]　Case No. 22-50073 (JAM)

延長受托人對潛在被告提出索賠的時間的動議通知

請注意

2022 年 2 月 15 日（"申請日期"），Ho Wan Kwok先生（"債務人"）根據《美國法典》第 11 卷第11章（"破產法"）在美國康涅狄格州破產法院（"破產法院"）提交自願救濟申請。2022 年 7 月 8 日，破產法院發布命令，任命 Luc A. Despins為債務人遺產的 Chapter 11 第 11 章受托人（"受托人"）。

2024 年 1 月 18 日，受托人提交了一項動議，要求第審延長受托人根據《破產法》第108、546 和 549 條提起撤銷訴訟的期限的命令（案卷編號2509）（"時效中止動議"）。時效中止動議尋求延長（I）"時效中止"提交萃出的所有潛在的指控或其他救濟的動議期限，潛在被告是指以下各方（個人或實體）：（I）收到這時效中止動議附表一所列任何一方的任何權益；（II）是此類各方的任何受益人，或（III）被列時效中止動議以附表二（統稱"潛在被告之列索賠的各方"）。

2024 年 1 月 19 日，破產法院根據破產法第 105(a) 條以及破產規則 2002 和 9014 頒布命令，（I）批准受托人即將提出的時效中止動議並的形式和方式，以及（II）安排聯議會（案卷編號 2515）（"通知令"），授權受托人提供時效中止動議通知的形式和方式（定義如下）。

根據通知令中授予的救濟，受托人特此向所有潛在被告提供本通知（"通知"），以表明受托人打算延長時效中止動議中所述的所有潛在被告。時效中止動議以及附表一和附表二可以在債務人的重組網站 https://dm.epiq11.com/case/kwoktrustee/dockets上找到。您是潛在被告這一事實並不一定意味著已經或將會提出任何索賠，或者你的索賠是有效索賠。您將被認定潛在被告。

如果您希望對時效中止動議中要求的救濟提出抗辯，您必須提交並送達書面反對意見，以及出席於2024年2月5日中午12:00（"反對意見截止日期"）之前（"反對意見截止日期"）由以下各方的實際收到：（a）債務人的律師，Zeisler & Zeisler, LLP, 10 Middle Street, 15th Floor, Bridgeport, CT 06605 (Attn: Eric Henzy (ehenzy@zeislaw.com)); Attn: James M. Moriarty (jmoriarty@zeislaw.com)), (b) 受托人的律師 (i) Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 (Attn: Douglass Barron (douglassbarron@paulhastings.com)) (ii) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 065510 (Attn: Patrick Linsey (plinsey@npmlaw.com)); (c) 美國托管人辦公室委會由的律師。Pullman & Comley, LLC, 850 Main Street, 8th Floor PO Box 7006, Bridgeport, CT 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com)), (d) 在第1項案件中提交由派遞通知的當事人，和（e）康涅狄格地區美國受托人。Giaimo Federal Building, Room 302, 150 Court Street, New Haven, CT 06510 (Attn: Holley L. Claiborn (Holley.L.Claiborn@usdoj.gov)).

審議時效中止動議的聽訊定於將於2024年2月13日下午1:30（東部時間）在破產法院Julie A. Manning法官前舉行，地址為915 Lafayette Boulevard, Bridgeport, CT 06604.

除非根據本通知及時以送達並提交異議，否則破產法院將不會考慮該異議。

建議您仔細審查並考慮通知令所附的時效中止動議以及附表一和附表二，因為您的權利可能會受到影響。未及時反對時效中止動議的潛在被告可能會喪失以後的權利。

如果您需要有關本通知的更多信息，您可以通過電子郵件 douglassbarron@paulhastings.com聯系受托人的律師 Paul Hastings LLP。

---

[1]　雖然債務人的法定姓名為 Ho Wan Kwok，但他也有以下名字：郭文貴；Miles Guo；和 Miles Kwok。

CMYK



世界日報
World Journal

141-07 20th Ave., Whitestone, NY 11357     TEL: (718)746-8889   FAX : (718)746-6445

# Affidavit of Publication

To : Miller Advertising Agency, Inc.

909 Third Avenue, 15th floor, New York, NY 10022

(212) 929-2200

Re : Ho Wan Kwok, et al   Debtors

Chapter 11

Case No. 22-50073

I, CHEN, LI -HSIN , being duly sworn, depose and say : that I am the Authorized Designee of World Journal, a daily newspaper of general circulation published in New York, County of Queens, State of New York ; that a notice, of which the annexed is a printed copy, has been duly and regularly published in all editions of the World Journal throughout the United States on Monday, January 29, 2024.

Sworn to me this 29th day of January, 2024

DANIEL K. CHIN
NOTARY PUBLIC, State of New York
No. 01CH6194498
Qualified in Queens County
Commission Expires 09/29/2024

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Ho Wan Kwok, | Case No. 22-50073 (JAM) |
| Debtor. [1] | |

## 延长受托人对潜在被告提出索赔的时间的动议通知

**请注意**

2022 年 2 月 15 日（"申请日期"），Ho Wan Kwok先生（"债务人"）根据《美国法典》第 11 卷第11章（"破产法"）在美国康涅狄格州破产法院（"破产法院"）提交自愿救济申请。2022 年 7 月 8 日，破产法院发布命令，任命 Luc A. Despins 为债务人第 11 章案件（"第 11 章案件"）中的第 11 章受托人（"受托人"）。

2024 年 1 月 18 日，受托人提交了一项动议，要求签署延长受托人根据《破产法》第 108、546 和 549 条提起撤销诉讼的期限的命令［案卷编号2509］（"时效中止动议"）。时效中止动议寻求延长（即"时效中止"）提起诉讼理由以寻求潜在的被告的赔偿或其他救济的法定期限。潜在被告是指以下各方（个人或实体）：(i) 收到过时效中止动议<u>附表一</u>所列任何一方的任何转让，(ii) 此类各方的后续受让人，或 (iii) 被列于时效中止动议<u>附表二</u>（包括可能更新和公开归档的内容）。

2024 年 1 月 19 日，破产法院根据破产法第 105(a) 条以及破产规则 2002 和 9014 颁布命令，(I) 批准受托人即将提出的时效中止动议通知的形式和方式，以及 (II) 安排听证会［案卷编号 2515］（"通知令"），授权受托人提供时效中止动议通知的形式和方式（定义如下）。

根据通知令中授予的救济，受托人特此向所有潜在被告提供本通知（"通知"），以表明受托人打算延长时效中止动议中所进行动作的诉讼时效。时效中止动议以及附表一和附表二可以在债务人的重组网站at https://dm.epiq11.com/case/kwoktrustee/dockets 上找到。您是潜在被告这一事实并不一定意味着已经或将会对您提出任何索赔，或者如果提出此类索赔，您将被认定承担责任。

如果您希望对时效中止动议中要求的救济提出质疑，您必须提交并送达书面反对意见，以便向破产法院提交该反对意见，并在 **2024 年 2 月 5 日中午 12:00（东部时间）**之前（"反对意见截止日期"）由以下各方实际收到：(a) 债务人的律师，Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, CT 06605 (Attn: Eric Henzy (ehenzy@zeislaw.com)); Attn: James M. Moriarty (jmoriarty@zeislaw.com)), (b) 受托人的律师 (i) Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 (Attn: Douglass Barron (douglassbarron@paulhastings.com)); (ii) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 065510 (Attn: Patrick Linsey (plinsey@npmlaw.com)); (c) 无担保债权人官方委员会的律师，Pullman & Comley, LLC, 850 Main Street, 8th Floor PO Box 7006, Bridgeport, CT 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com)), (d) 在第11章案件中提出出庭通知的当事人，and (e) 康涅狄格地区美国受托人，Giaimo Federal Building, Room 302, 150 Court Street, New Haven, CT 06510 (Attn: Holley L. Claiborn (Holley.L.Claiborn@usdoj.gov)).

审议时效中止动议的听证会将于2024年2月13日下午1：30（东部时间）在破产法院 Julie A. Manning法官前举行，地址为915 Lafayette Boulevard, Bridgeport, CT 06604.

**除非根据本通知及时送达并提交异议，否则破产法院将不会考虑该异议。**

**建议您仔细审查并考虑通知令所附的时效中止动议以及附表一和附表二，因为您的权利可能会受到影响。未及时反对时效中止动议的潜在被告可能会放弃以后这样做的权利。**

如果您需要有关本通知的更多信息，您可以通过电子邮件douglassbarron@paulhastings.com联系受托人的律师Paul Hastings LLP。

---

[1]  虽然债务人的法定姓名为 Ho Wan Kwok, 但他也有以下名字：郭文贵；Miles Guo; and Miles Kwok.

A4　話題　世界日報　worldjournal.com　2024年1月29日 星期一　MONDAY, JANUARY 29, 2024

# 謝淑薇雙冠 澳網近24年來首見

## 先與傑林斯基拿混雙 再與梅騰絲稱霸女雙 個人第8座大滿貫

編譯中心／綜合報導

台灣名將謝淑薇兩天前才舉起澳洲網球公開賽（Australian Open）混雙金牌，28日再拿下女雙金盃。謝淑薇在談賽時，與比利時搭檔梅騰絲（Elise Mertens）以謝第二聲冠。謝淑薇也與兩冠，不僅締造台灣的紀錄，更是澳網近24年來首見。

台灣蔡英文總統也透過辦公室恭賀謝淑薇，拿下雙冠。

謝淑薇賽後表示，最重要的是享受比賽；梅騰絲則稱與謝淑薇一起打球很有趣。謝淑薇過去七度闖進大滿貫女雙決賽，六度捧起女雙金盃，其中2021年溫布頓網球錦標賽，即與比利時女將梅騰絲搭手打下冠軍。

謝淑薇、梅騰絲自2021年後，再度在大滿貫賽奪冠，並一舉闖進澳洲網球公開賽女雙決賽，這也是謝淑薇2020年澳網巡迴後再度踏身決賽打列，決賽對手為烏克蘭的基切諾克(Lyudmyla Kichenok)與拉脫維亞的奧斯塔朋科(Jelena Ostapenko)。

「台仁聯盟」無論是在底線穩固定的以及網前截擊都靈於對手，大角度回球也讓對手難以招架，一口氣連保帶破連拿六局，只花26分鐘就以強勢結拿下盤。「台仁聯盟」次盤以同樣節奏，謝淑薇二人在以來第二盤大滿貫金盃，謝淑薇首度在澳網封印，並拿下個人第八座大滿貫冠軍，與人將共享女雙冠軍熊金73萬澳幣(近49萬美元)。謝淑薇不僅女雙世界排名穩居世界第六升至第二，搭檔梅騰絲排...

謝淑薇在與法蘭拉選搭檔傑林斯基(Jan Zielinski)合力奪得混雙冠軍後，成為首位拿下澳網混雙雙冠軍的台灣選手，女雙與梅騰絲搭檔下週冠一周大滿貫賽事也攜雙冠軍。更締造台灣選手的紀錄，也是澳洲選手繼2000年澳洲選手史坦布�Jennese Stubbs後，再有選手完成單冠女雙、混雙雙冠的壯舉。

即便是在高張力的大滿貫決賽賽場，謝淑薇依舊常帶著笑容賽時，她在賽後記者會時表示，即使比賽陷入虎以至落後，也可以繼出笑容，「這沒有壓力不了的，這總是需要團隊合作。」

# 百搭天后 從彭帥起 4組搭檔拿7冠

編譯中心／綜合報導

從11年前的澳網到今年澳網女雙，台灣名將謝淑薇共與四位搭手闖過決賽，攜手搶金，拿下七冠，被封為「百搭天后」，她曾歷經四年多大滿貫賽事，至少與13個搭檔組隊，攜手女雙冠軍一路邁向每一波大滿貫女雙高峰。

2014年對於謝淑薇而言，更是重義重大，她在5月登上世界女雙排行第一，寫下台灣網壇新紀錄，並在6月與彭帥在溫網攜手拿下女雙金盃，寫下個人首座大滿貫冠軍。直到2019年法網開始，謝淑薇接連帶手至5月與斯垂可娃(Barbora Strycova)穩定合作，將謝淑薇推向另一波大滿貫生涯高峰。

2019年溫網謝淑薇與斯垂可娃一路過關斬將，時，包括在八強賽擊敗現任搭檔，比利時女將梅騰絲(Elise Mertens)等等，最終第二度拿...

# 辛納打破3巨頭 義國首位男單冠軍

編譯中心／綜合報導

義大利22歲好手辛納(Jannik Sinner)再度上演大驚奇，28日在澳洲網球公開賽(Australian Open)男決賽上演多年來最精彩絕倫的一幕，在追網比賽中奪下生涯首座大滿貫冠軍，並成為十年來男網「三巨頭」以外拿下澳網冠軍第一人，也是首位拿回澳網金盃的義大利球王。

辛納名列本屆澳網男單第四種子，決賽對上第三種子俄羅斯名將梅德維夫(Daniil Medvedev)，他先搶回兩盤再倒扳三盤，最後以3比6、3比6、6比4、6比4、6比3贏得冠軍。

這場比賽也是2005年以來澳網男單決賽首度「三巨頭」之外的賽事，這三人分別是來自瑞爾維奇的喬克維克的納達爾(Rafa Nadal)和已被母所主宰子手費德勒(Roger Federer)。辛納在四強賽摧毀好球奇，讓他中斷世界33連勝紀錄；也讓梅德維...



台灣網球名將謝淑薇(右)與比利時女將梅騰絲拿下澳洲網球公開賽女雙冠軍。（路透）

謝淑薇(左)與波蘭搭檔傑林斯基贏下澳洲網球公開賽混雙冠軍。（美聯社）



義大利22歲好手辛納在澳網男單決賽奪下生涯首座大滿貫冠軍。（美聯社）



---



活動查詢：917-903-2831

第十八屆
迎春接彩
亞裔繽紛嘉年華

二月三日（週六）及二月四日（週日）
上午十一時 至 下午四時

送兔迎龍、除舊迎新
鉛采五彩迎春節—歌舞昇平賀新歲

富貴年花、新春美食、新春玩偶、書畫春聯、美妙手飾
兒童玩具、傳統歌舞、財神全揚、拿獎抽獎
中國、美國、印尼、菲律賓、馬來西亞、韓國、印度
七國亞裔齊聚獻藝，向大家拜年！

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:　　　　　　　　　　　Chapter 11
　　Ho Wan Kwok,
　　　　　　　Debtor.　[1]　　Case No. 22-50073 (JAM)

## 延長受託人對潛在被告提出索賠的時間的動議通知

請注意

2022 年 2 月 15 日（「申請日期」），Ho Wan Kwok先生（「債務人」）根據《美國法典》第 11 卷第11章（「破產法」）在美國康涅狄格州破產法院（「破產法院」）提交自願救濟申請。2022 年 7 月 8 日，破產法院發布命令，任命 Luc A. Despins為債務人第 11 章案件（「第 11 章案件」）的章 7 受託人（「受託人」）。

2024 年 1 月 18 日，受託人提交了一項動議，要求答署延長受託人根據《破產法》第 108、546 和 549 條提起潛在的動提訴訟的時間（釜署編號2509）（「時效中止動議」）。時效中止動議尋求延長（即「時效中止」）提交針對潛在的被告的賠償或其他救濟的法定期限。潛在被告是指以下各方（個人或實體）：(i) 收到過時效中止動議附表一所列任一方的任何付款、轉讓，或 (ii) 是此類各方的后續受讓人，或 (iii) 被列于時效中止動議附表二（包括可能在新和全面的代理中的列）。

2024 年 1 月 19 日，破產法院根據破產法第 105(a) 條以及破產規則 2002 和 9014 條布命令，(i) 批准受託人即將提出的時效中止的議請的形式和方式，以及 (ii) 安排聽証會（签署編號 2515）（「通知令」）。授權受託人提供時效中止的通知的形式和方式（定義如下）。

根据通知令中授予的救濟，受託人特此向所有潛在被告提供本通知（「通知」），以表明受託人打算延長針對時效中止動議附表一中所指的訴訟時效。時效中止動議以及附表一和附表二可以在債務人的重組網站 https://m.epiq11.com/case/kwoktrustee/dockets 上找到。您是潛在被告這一事實并不一定意味着已経或将提出任何索賠，或者如果提出此類索賠，您將被認定承担責任。

如果您希望對時效中止動議中要求的救濟提出质疑，您必須提交并送達書面反對意見，以便向破產法院提交該反對意見，并在 2024 年 2 月 5 日中午 12:00（東部時間）之前（「反對意見截止日期」）在美國郵政、隔夜人的同時以及附表一和附表二可以由律師送達時效中止动议中所进行的诉讼时效。時效中止動議以及附表一和附表二可以由律師 (i) Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 (Attn: Douglass Barron (douglassbarron@paulhastings.com); (ii) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Patrick Linsey (plinsey@npmlaw.com); (c) 美國保險私人打方委員会的律師、Pullman & Comley, LLC, 850 Main Street, 8th Floor PO Box 7006, Bridgeport, CT 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com)), (d) 有關本案件中提交出庭費用的当事人，and (e) 護提供被扣資及国受托人、Giaimo Federal Building, Room 302, 150 Court Street, New Haven, CT 06510 (Attn: Holley L. Claiborn (Holley.L.Claiborn@usdoj.gov)).

审议時效中止动议的听证会将于2024年2月13日下午1：30（东部时间）在破产法院，Julie A. Manning法官前举行，地址为915 Lafayette Boulevard, Bridgeport, CT 06604.

除非根据本通知及时送达并提交異议，否則破產法院將不会考虑該異议。

建议您仔细审查并考虑如今所附的时效中止动议以及附表一和附表二，因为您的权利可能会受到影响。未及时反对时效中止动议的潜在被告可能会放弃以后这样做的权利。

如果您需要有关本通知的更多信息，您可以通过电子邮件douglassbarron@paulhastings.com联系受托人的律师Paul Hastings LLP.

[1]　雖然債務人的法定姓名為 Ho Wan Kwok，但他也有以下名字：郭文貴；Miles Guo; and Miles Kwok.

40504

**Exhibit 8**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------x
                            :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------x

## AFFIDAVIT OF PUBLICATION

    I, Thomas Borkowski, hereby certify that I am over the age of eighteen years old, and I am employed by Harney Westwood & Riegels LP. I also certify that on the instructions of the lawyer at Harneys with conduct of this matter, on 23 January 2024, I contacted the BVI Beacon newspaper and the Island Sun newspaper in the British Virgin Islands to arrange publication of the exhibited notice. The notice was published in the BVI Beacon on 25 January 2024 and in the Island Sun newspaper on 27 January 2024. Copies of these advertisements are exhibited to this affidavit of publication for reference.

Dated:    January 30, 2024
             Road Town, Tortola
             British Virgin Islands

By:

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1

| | |
|---|---|
| **From:** | Borkowski, Thomas |
| **To:** | "bvibeacon@gmail.com"; bvibeaconadvertising@gmail.com |
| **Cc:** | Fonseca, Téa |
| **Subject:** | Full page ad request |
| **Date:** | 23 January 2024 1:58:11 PM |
| **Attachments:** | Kwok - Tolling Motion BVI Publication Notice.docx |

Good day

Could the attached could be advertised in your publication on the next published date (25 January) as a full page ad.

Please let me know if you have any questions or if there are any issues with this request.

Regards

Tom

**Thomas Borkowski**
Knowledge Manager | British Virgin Islands

**D** +1 284 494 2233 | **E** thomas.borkowski@harneys.com
harneys.com | harneys.cn | harneysfiduciary.com

☐ ☐ ☐ ☐ ☐

Anguilla | Bermuda | British Virgin Islands | Cayman Islands | Cyprus | Hong Kong | London | Luxembourg |
Miami | Montevideo | São Paulo | Shanghai | Singapore

Harney Westwood & Riegels LP, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British
Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

| | |
|---|---|
| **From:** | Borkowski, Thomas |
| **To:** | islandsun@surfbvi.com |
| **Cc:** | Fonseca, Téa |
| **Subject:** | Full page advert request |
| **Date:** | 23 January 2024 1:58:52 PM |
| **Attachments:** | Kwok - Tolling Motion BVI Publication Notice.docx |

Good day

Can the attached could be advertised in the next publication date as a full page ad.

Please let me know if you have any questions or if there are any issues with this request.

Regards

Tom

**Thomas Borkowski**
Knowledge Manager | British Virgin Islands

**D** +1 284 494 2233 | **E** thomas.borkowski@harneys.com
harneys.com | harneys.cn | harneysfiduciary.com

Anguilla | Bermuda | British Virgin Islands | Cayman Islands | Cyprus | Hong Kong | London | Luxembourg | Miami | Montevideo | São Paulo | Shanghai | Singapore

Harney Westwood & Riegels LP, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

**Advertisement**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

———————————————————————X

In re:                                                          :    Chapter 11
                                                                   :    Case No. 22-50073 (JAM)
        Ho Wan Kwok,          Debtor.[1]                :

———————————————————————X

## NOTICE OF MOTION FOR EXTENSION OF TIME FOR TRUSTEE TO BRING CLAIMS AGAINST POTENTIAL DEFENDANTS

**PLEASE TAKE NOTICE THAT**

On February 15, 2022 (the "Petition Date"), Mr. Ho Wan Kwok (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court"). On July 8, 2022, the Bankruptcy Court entered an order granting the appointment of Luc A. Despins as the chapter 11 trustee (the "Trustee") in the Debtor's chapter 11 case (the "Chapter 11 Case").

On January 18, 2024, the Trustee filed the *Motion for Entry of an Order Extending Deadline for Trustee to Bring Avoidance Actions Under Bankruptcy Code Sections 108, 546, and 549* [Docket No. 2509] (the "Tolling Motion"). The Tolling Motion seeks to extend (*i.e.* "toll") the statutory deadline(s) to file causes of action seeking recovery or other relief from Potential Defendants. Potential Defendants are parties (individuals or entities) that (i) have received any transfers from any of the parties listed on Schedule I to the Tolling Motion, (ii) are subsequent transferees of such parties, or (iii) are listed on Schedule II to the Tolling Motion (including as it may be updated and publicly filed).

On January 19, 2024, the Bankruptcy Court entered the *Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing* [Docket No. 2515] (the "Notice Order") authorizing the form and manner by which the Trustee may provide notice of the Tolling Motion (as defined below).

Upon information and belief, the following Potential Defendants are incorporated in the British Virgin Islands ("BVI"):

Ace Decade Holding Limited
Bouilliour Holdings Limited
Dawn State Limited
Freedom Media Ventures Ltd.
UG Club Holdco I LLC
G Club International Ltd (BVI)
G Fashion Hold Co. B. Limited
G Fashion International Limited
Gold Leaf Consulting Limited
Head Win Group Limited
Himalaya International Clearing Ltd
Himalaya International Financial Group Ltd.
Himalaya International Payments Ltd.
Himalaya International Reserves Ltd.
Hudson Diamond Holding, Inc.
Jovial Century International Limited
Long Gate Limited
New Dynamic Development Limited
Next Tycoon Investments Limited
Ogier
O'Neal Webster
Shiny Ace Limited
Shiny Times Holding Limited
Well Origin Limited
World Century Limited

[1] Although the Debtor's legal name is Ho Wan Kwok, he is also known by the following names: Guo Wengui; Miles Guo; and Miles Kwok.

**Advertisement**

PA Business Advisory Limited
PA Business Opportunity VII Limited
PA Business Opportunity VIII Limited
Whitecroft Shore Limited
Splendour United LimitedACA Capital Group Limited
Alfonso Global Limited
Allied Capital Global Limited
Alpha Ace Ventures Limited
Anton Developments Limited
Arcelio Limited
Assets Sino Limited
Auspicious Coast Limited
Creative Apex Investments Limited
Crystal Breeze Investments Limited
Elite Well Global Limited
Fiesta Investment Ltd.
G Fashion Hold Co A Limited
Globalist International Limited
Guang Hong Limited
Hamilton Investment Management Limited
Hero Grand Limited
Joincorp International Limited
Joy Chance Holdings Limited
Kingman Management
Long Cheer Limited
Major Lead International Limited
Mega Ease Investments Limited
Noble Fame Global Limited
Shiny Mind Limited
Wealth Palm Limited
Jumbo Century Limited

If you are one of these BVI entities, or an officer or director thereto, you may be a Potential Defendant that this notice (the "Notice") applies to. However, this Notice may still apply to you even if you are not one of the listed BVI entities or an officer or director thereto.

Pursuant to the relief granted in the Notice Order, the Trustee hereby provides this Notice to all Potential Defendants of the Trustee's intent to extend the statute of limitations for actions described in the Tolling Motion. The Tolling Motion and Schedule I and Schedule II thereto can be found at the Debtor's restructuring website at https://dm.epiq11.com/case/kwoktrustee/dockets. The fact that you are a Potential Defendant does not necessarily mean that any claims have yet, or will be, brought against you or that, if such claims are brought, you will be found liable.

If you wish to challenge the relief requested in the Tolling Motion, you must file and serve a written objection so that such objection is filed with the Bankruptcy Court and actually received no later than February 5, 2024 at 12:00 p.m. (prevailing Eastern time) (the "Objection Deadline"), by the following parties: (a) counsel to the Debtor, Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, CT 06605 (Attn: Eric Henzy (ehenzy@zeislaw.com)); Attn: James M. Moriarty (jmoriarty@zeislaw.com)), (b) counsel to the Trustee (i) Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 (Attn: Douglass Barron (douglassbarron@paulhastings.com)); (ii) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 065510 (Attn: Patrick Linsey (plinsey@npmlaw.com)); (c) counsel to the official committee of unsecured creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor PO Box 7006, Bridgeport, CT 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com)), (d) those parties that filed a notice of appearance in the Chapter 11 Case, and (e) the United States Trustee for the District of Connecticut, Giaimo Federal Building, Room 302, 150 Court Street, New Haven, CT 06510 (Attn: Holley L. Claiborn (Holley.L.Claiborn@usdoj.gov)).

A hearing to consider the Tolling Motion will be held on February 13, 2024, at 1:30 p.m. (prevailing Eastern Time) before the Honorable Julie A. Manning in the Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604.

UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.

YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE TOLLING MOTION AND SCHEDULE I AND SCHEDULE II ATTACHED TO THE NOTICE ORDER, AS YOUR RIGHTS MIGHT BE AFFECTED. POTENTIAL DEFENDANTS WHO DO NOT TIMELY OBJECT TO THE TOLLING MOTION MAY WAIVE THEIR RIGHT TO DO SO AT A LATER TIME.

If you require additional information regarding this Notice, you may contact the Trustee's counsel, Paul Hastings LLP, by e-mailing douglassbarron@paulhastings.com.

38 - The Island Sun - Saturday, 27 January, 2024

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

-------------------------------------------------------------------X

In re:

Ho Wan Kwok,

Debtor.                                          :

:

**Chapter 11**
**Case No. 22-50073 (JAM)**

-------------------------------------------------------------------X

## NOTICE OF MOTION FOR EXTENSION OF TIME FOR TRUSTEE TO BRING CLAIMS AGAINST POTENTIAL DEFENDANTS

**PLEASE TAKE NOTICE THAT**

On February 15, 2022 (the "Petition Date"), Mr. Ho Wan Kwok (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court"). On July 8, 2022, the Bankruptcy Court entered an order granting the appointment of Luc A. Despins as the chapter 11 trustee (the "Trustee") in the Debtor's chapter 11 case (the "Chapter 11 Case").

On January 18, 2024, the Trustee filed the Motion for Entry of an Order Extending Deadline for Trustee to Bring Avoidance Actions Under Bankruptcy Code Sections 108, 546, and 549 [Docket No. 2509] (the "Tolling Motion"). The Tolling Motion seeks to extend (i.e. "toll") the statutory deadline(s) to file causes of action seeking recovery or other relief from Potential Defendants. Potential Defendants are parties (individuals or entities) that (i) have received any transfers from any of the parties listed on Schedule I to the Tolling Motion, (ii) are subsequent transferees of such parties, or (iii) are listed on Schedule II to the Tolling Motion (including as it may be updated and publicly filed).

On January 19, 2024, the Bankruptcy Court entered the Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing [Docket No. 2515] (the "Notice Order") authorizing the form and manner by which the Trustee may provide notice of the Tolling Motion (as defined below).

If you are one of these BVI entities, or an officer or director thereto, you may be a Potential Defendant that this notice (the "Notice") applies to. However, this Notice may still apply to you even if you are not one of the listed BVI entities or an officer or director thereto.

Pursuant to the relief granted in the Notice Order, the Trustee hereby provides this Notice to all Potential Defendants of the Trustee's intent to extend the statute of limitations for actions described in the Tolling Motion. The Tolling Motion and Schedule I and Schedule II thereto can be found at the Debtor's restructuring website at https://dm.epiq11.com/case/kwoktrustee/dockets. The fact that you are a Potential Defendant does not necessarily mean that any claims have yet, or will be, brought against you or that, if such claims are brought, you will be found liable.

If you wish to challenge the relief requested in the Tolling Motion, you must file and serve a written objection so that such objection is filed with the Bankruptcy Court and actually received no later than February 5, 2024 at 12:00 p.m. (prevailing Eastern time) (the "Objection Deadline"), by the following parties: (a) counsel to the Debtor, Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, CT 06605 (Attn: Eric Henzy (ehenzy@zeislaw.com)); Attn: James M. Moriarty (jmoriarty@zeislaw.com)), (b) counsel to the Trustee (i) Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 (Attn: Douglass Barron (douglassbarron@paulhastings.com)); (ii) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 065510 (Attn: Patrick Linsey (plinsey@npmlaw.com)); (c) counsel to the official committee of unsecured creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor PO Box 7006, Bridgeport, CT 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com)), (d) those parties that filed a notice of appearance in the Chapter 11 Case, and (e) the United States Trustee for the District of Connecticut, Giaimo Federal Building, Room 302, 150 Court Street, New Haven, CT 06510 (Attn: Holley L. Claiborn (Holley.L.Claiborn@usdoj.gov)).

A hearing to consider the Tolling Motion will be held on February 13, 2024, at 1:30 p.m. (prevailing Eastern Time) before the Honorable Julie A. Manning in the Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604.

UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.

YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE TOLLING MOTION AND SCHEDULE I AND SCHEDULE II ATTACHED TO THE NOTICE ORDER, AS YOUR RIGHTS MIGHT BE AFFECTED. POTENTIAL DEFENDANTS WHO DO NOT TIMELY OBJECT TO THE TOLLING MOTION MAY WAIVE THEIR RIGHT TO DO SO AT A LATER TIME.

If you require additional information regarding this Notice, you may contact the Trustee's counsel, Paul Hastings LLP, by e-mailing douglassbarron@paulhastings.com.

---

Upon information and belief, the following Potential Defendants are incorporated in the British Virgin Islands ("BVI"):

Ace Decade Holding Limited
Bouillour Holdings Limited
Dawn State Limited
Freedom Media Ventures Ltd.
UG Club Holdco I LLC
G Club International Ltd (BVI)
G Fashion Hold Co. B. Limited
G Fashion International Limited
Gold Leaf Consulting Limited
Head Win Group Limited
Himalaya International Clearing Ltd
Himalaya International Financial Group Ltd.
Himalaya International Payments Ltd.
Himalaya International Reserves Ltd.
Hudson Diamond Holding, Inc.
Jovial Century International Limited
Long Gate Limited
New Dynamic Development Limited
Next Tycoon Investments Limited
Ogier
O'Neal Webster
Shiny Ace Limited
Shiny Times Holding Limited
Well Origin Limited
World Century Limited

PA Business Advisory Limited
PA Business Opportunity VII Limited
PA Business Opportunity VIII Limited
Whitecroft Shore Limited
Splendour United Limited
ACA Capital Group Limited
Alfonso Global Limited
Allied Capital Global Limited
Alpha Ace Ventures Limited
Anton Developments Limited
Arcelio Limited
Assets Sino Limited
Auspicious Coast Limited
Creative Apex Investments Limited
Crystal Breeze Investments Limited
Elite Well Global Limited
Fiesta Investment Ltd.
G Fashion Hold Co A Limited
Globalist International Limited
Guang Hong Limited
Hamilton Investment Management Limited
Hero Grand Limited
Joincorp International Limited
Joy Chance Holdings Limited
Kingman Management
Long Cheer Limited
Major Lead International Limited
Mega Ease Investments Limited
Noble Fame Global Limited
Shiny Mind Limited
Wealth Palm Limited
Jumbo Century Limited