## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------------x
                                          :

In re:                                    :       Chapter 11

HO WAN KWOK, *et al*.,              :       Case No. 22-50073 (JAM)

            Debtors.                :

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** the undersigned is appearing as counsel for *Lamp Capital LLC, Infinity Treasury Management Inc. and GS Security Solutions, Inc.*, interested parties in the above-captioned matter, and requests that all notices, communications, and other papers herein be served upon the undersigned at the office stated below.

DATED:      February 2, 2024
                  New York, New York

                                                 **LAX & NEVILLE LLP**

                                                 ***/s/ Robert J. Grand***
                                                 Robert J. Grand, Esq. (ct24113)
                                                 350 Fifth Avenue, Suite 4640
                                                 New York, NY 10118
                                                 Tel: (212) 696-1999
                                                 Fax: (212) 490-3332
                                                 rgrand@laxneville.com

                                                 *Attorneys for Lamp Capital LLC,*
                                                 *Infinity Treasury Management Inc.*
                                                 *and GS Security Solutions, Inc.*

## Certificate of Service

I hereby certify that on February 2, 2024 a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Robert J. Grand*
Robert J. Grand, Esq. (ct24113)
350 Fifth Avenue, Suite 4640
New York, NY 10118
Tel: (212) 696-1999
Fax: (212) 490-3332
rgrand@laxneville.com