**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                                          :    Chapter 11
:
HO WAN KWOK, *et al.*,                                          :    Case No. 22-50073 (JAM)
:
Debtors.                                                        :
:
---------------------------------------------------------------x

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE THAT** the undersigned is appearing as counsel for *Lamp Capital LLC, Infinity Treasury Management Inc. and GS Security Solutions, Inc.*, interested parties in the above-captioned matter, and requests that all notices, communications, and other papers herein be served upon the undersigned at the office stated below.

DATED:    February 2, 2024
               New York, New York

                          **LAX & NEVILLE LLP**

                          ***/s/ Robert R. Miller***
                          Robert R. Miller, Esq. (phv207655)
                          350 Fifth Avenue, Suite 4640
                          New York, NY 10118
                          Tel: (212) 696-1999
                          Fax: (212) 490-3332
                          rmiller@laxneville.com

                          *Attorneys for Lamp Capital LLC,*
                          *Infinity Treasury Management Inc.*
                          *and GS Security Solutions, Inc.*

## Certificate of Service

I hereby certify that on February 2, 2024 a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Robert R. Miller*
Robert R. Miller, Esq. (phv207655)
350 Fifth Avenue, Suite 4640
New York, NY 10118
Tel: (212) 696-1999
Fax: (212) 490-3332
rmiller@laxneville.com