## NOTES TO THE DECEMBER 2023 OPERATING REPORT

### PART 2: ASSET AND LIABILITY STATUS:

| | | |
|---|---|---|
| d. | Total current assets: | Unknown |
| e. | Total assets: | Unknown |

The Debtor's only known asset is its interest in Genever Holdings LLC, and the value of this interest is unknown.

### PART 5(a): PAYMENTS TO INSIDERS AND PROFESSIONALS:

Fees paid by Luc Despins, Chapter 11 Trustee for the bankruptcy estate of Ho Wan Kwok to Neubert, Pepe & Monteith, PC, in the amount of $566.00.