# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re | * | Case No. 22-50073 (JAM) |
| HO WAN KWOK and GENEVER HOLDINGS CORPORATION, | * | |
| Debtor. | * | |
| HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, | * | Adv. Proc. No. 22-05003 |
| Plaintiff, | * | |
| v. | * | |
| LUC A. DESPINS, | * | |
| Defendant. | * | |
| U.S. BANK NATIONAL ASSOCIATION, as escrow agent, | * | Adv. Proc No. 23-05012 |
| Plaintiff, v. | * | Bridgeport, Connecticut June 13, 2023 |
| HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JULIE A. MANNING
UNITED STATES BANKRUPTCY JUDGE

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

Fiore Reporting and Transcription Service, Inc.
4 Research Drive, Suite 402
Shelton, Connecticut 06484 (203)929-9992

TRANSCRIPT OF

| | |
|---|---|
| #1453 | MOTION FOR ORDER TO SHOW CAUSE WHY DEBTOR, MEI GUO and HK(USA) SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH ORDER COMPELLING COMPLIANCE WITH RULE 2004 SUBPOENAS AND SANCTIONS FOR SUCH CONTEMPT |
| #1649 | MOTION FOR A LIMITED STAY OF ORDER GRANTING IN PART MOTION TO COMPEL COMPLIANCE WITH RULE 2004 SUBPOENA |
| # 227 | MOTION TO STAY PENDING APPEAL |
| # 11 | STATUS CONFERENCE |

3

APPEARANCES:

| | |
|---|---|
| Chapter 11 Trustee: | LUC A. DESPINS, ESQ.<br>Paul Hastings<br>200 Park Avenue<br>New York, NY  10166 |
| For the Chapter 11 Trustee: | NICHOLAS A. BASSETT, ESQ.<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY  10166<br><br>PATRICK R. LINSEY, ESQ.<br>Neubert Pepe & Monteith, PC<br>195 Church Street<br>New Haven, CT  06510 |
| For HK International Funds Investments, LLC and Mei Guo: | ERIC A. HENZY, ESQ.<br>JAMES M. MORIARTY, ESQ.<br>Zeisler & Zeisler, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT  06604 |
| For the Creditors Committee: | IRVE J. GOLDMAN, ESQ.<br>Pullman & Comley<br>850 Main Street<br>Bridgeport, CT  06601 |
| Special Criminal Defense For the Debtor: | WILLIAM BALDIGA, ESQ.<br>Brown Rudnick<br>One Financial Center<br>Boston, MA  02111 |
| For U.S. Bank National Assn, as escrow agent: | LATONIA C. WILLIAMS, ESQ.<br>Shipman & Goodwin, LLP<br>One Constitution Plaza<br>Hartford, CT  06103 |

1    THE COURT: How is that relevant to your stay
2  pending appeal? The questions were all about what's the
3  harm. He told you what his harm is.
4    You may disagree with his harm. But that -- how
5  is it relevant to your getting a stay pending appeal?
6    MR. MORIARTY: If there's other assets that can be
7  used, Your Honor, then there's no harm. His harm is I don't
8  have the ability to pay --
9    THE COURT: Well, you --
10   MR. MORIARTY: -- which --
11   THE COURT: The other assets that you're talking
12 about, including the Lady May, you've already -- that's on
13 appeal too, isn't it?
14   MR. MORIARTY: It is on appeal.
15   THE COURT: Yeah. So then your argument doesn't
16 really make sense, because then you're going to make the
17 same argument when you come to the Lady May.
18   MR. MORIARTY: Well, Your Honor, I don't know that
19 I could make the same argument continuously, because at some
20 point in time it becomes self-defeating. But for now, it's
21 not. But I will move on. Okay.
22 BY MR. MORIARTY:
23 Q    So, Attorney Despins, the professionals that you
24 haven't hired yet, those would be, for example, accountants,
25 right?

1   A   Yeah. AlixPartners is something like that.
2   Q   Okay. So has any professional that you have inquired
3   about to engage for the estate refused an engagement because
4   there's no cash immediately available to pay them?
5   A   Yes.
6   Q   Okay. Who is that?
7   A   AlixPartners.
8   Q   Okay. Anybody else?
9   A   No. I have not had the discussion with anybody else.
10  Q   So was Alix -- what were you -- well, withdraw that.
11  Is AlixPartners the only professional firm that you've
12  spoken to about engagement for asset tracing?
13  A   To date, yes.
14  Q   Okay. So no other firm has -- no other firm related to
15  asset tracing or accounting-type work has refused to perform
16  services because there's no cash immediately available in
17  the estate?
18  A   Well, I have not talked to any other firms, so --
19  Q   Okay. And you testified that information gets stale.
20  Do you recall that testimony?
21  A   Correct.
22  Q   Okay. But you've only spoken to one firm about taking
23  on the type of engagement where they would be tracing funds.
24  Is that correct?
25  A   Yes.

1
2
3      I, CHRISTINE FIORE, court-approved transcriber and
4   certified electronic reporter and transcriber, certify that
5   the foregoing is a correct transcript from the official
6   electronic sound recording of the proceedings in the
7   above-entitled matter.
8
9      *Christine Fiore* (signature)
10   _____        June 21, 2023
11      Christine Fiore, CERT