Connecticut Notice of Appearance (revised) (CTB-LF240)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:

HO WAN KWOK

Debtor(s).

Case No. 22-50073

### NOTICE OF APPEARANCE OF COUNSEL
### AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears for Qidong Xia, interested party in the above-captioned bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, email address, and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex, or otherwise.

/s/ Jon P. Newton
Attorney's Signature

Dated: February 05, 2024

Attorney's Printed Name: Jon P. Newton

Law Firm Name: Reid and Riege, P.C.

Law Firm Mailing Address: One Financial Plaza

City: Hartford     State: CT     Zip Code: 06103

Attorney's Email Address: jnewton@rrlawpc.com

Attorney's Phone Number: (860) 240-1090

Attorney's Federal Bar Number: ct03376