# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JULIE MANNING, CHIEF UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this State and the United States District Court, respectfully moves that the Court admit Eric T. Schmitt, a member of the bar of the State of Illinois, to represent Chris Lee and Qidong Xia, third party objectors, and in accordance with Local Rule 83.1(d), I represent that:

1.	The undersigned is an attorney of record in this action for Chris Lee and Qidong Xia, and is a shareholder in the law firm of Reid and Riege, P.C. ("R&R"), which maintains a principal office at One Financial Plaza, 21st Floor, Hartford, Connecticut 06103.

2.	Mr. Schmitt is an attorney in the law firm of The Quinlan Law Firm, LLC, 233 S. Wacker Drive, Suite 6142, Chicago, Illinois 60606. Mr. Schmitt's telephone number is (312) 883-5500, his fax number is (312) 896-6600, and his email address is eschmitt@quinlanfirm.com.

3.	Based on the attached Affidavit, Mr. Schmitt is a member in good standing of the Courts listed in his Affidavit.

4.	In accordance with Rule 83.1 of the Connecticut Local Rules of Civil Procedure, and based on the attached Affidavit, Mr. Schmitt has never been denied admission to, disciplined

by, resigned from, surrendered his license to practice before, or withdrawn an application to practice before this Court or any other court, while facing disciplinary complaint, and there are no pending disciplinary complaints against him as to which a finding has been made that such complaint shall proceed to a hearing.

5. Based on the attached Affidavit, Mr. Schmitt has fully reviewed and is familiar with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. The undersigned respectfully requests that, pursuant to D. Conn. L. Civ. R. 83.1(d), in the event that this motion is granted, he be excused from attendance at proceedings. In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service on behalf of Mr. Schmitt.

Dated at Hartford, Connecticut this 5th day of February, 2024.

CHRIS LEE
QIDONG XIA

By: /s/ Jon P. Newton
Jon P. Newton
Federal Bar No. ct03376
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103
Telephone: (860) 240-1090
Fax: (860) 240-1002
Email: jnewton@reidandriege.com

00000.000/795503.1

## **CERTIFICATION**

I hereby certify that the foregoing Motion for Admission of Visiting Attorney was filed electronically on February 5, 2024  Notice of this filing will be sent to all appearing parties through the Court's CM/ECF electronic mail system.

>                                 */s/ Jon P. Newton*
>                                 Jon P. Newton