**Exhibit A**

**AFFIDAVIT OF ERIC T. SCHMITT**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**AFFIDAVIT OF ERIC T. SCHMITT IN SUPPORT OF**
**MOTION FOR PERMISSION TO APPEAR PRO HAC VICE**

STATE OF ILLINOIS        :
                                        : ss.
COUNTY OF                   :

Eric T. Schmitt, being duly sworn, deposes and states:

1. I submit this Affidavit in support of the motion for my admission as a visiting attorney as counsel to Chris Lee and Qidong Xia, third party objectors. I am fully competent to testify as to the matters herein and have personal knowledge of the facts herein. All information in this Affidavit is true and correct to the best of my knowledge.

2. I am an attorney at The Quinlan Law Firm, LLC, located at 233 S. Wacker Drive, Suite 6142, Chicago, Illinois 60606. My telephone number is (312) 883-5500, my facsimile number is (312) 896-6600, and my email address is eschmitt@quinlanfirm.com.

3. I am not a resident of Connecticut and am not regularly engaged in business or professional activities in Connecticut.

4. Pursuant to Local Rule of the United States District Court for the District of Connecticut 83.1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bars of the State of Illinois (ARDC #6310119),

and the State of California (Bar No. 331174). I am also admitted to practice before the United States District Court for the Northern District of Illinois. I am a member in good standing of the bar of the State of Illinois and California, there are no disciplinary proceedings pending against me in any jurisdiction, and I have never been convicted of any crime.

5.  I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6.  I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application to practice before this Court or any other court, while facing a disciplinary complaint.

7.  I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case.

9.  I designate my sponsoring attorney, Jon P. Newton, as my agent for service of process at the following address: One Financial Plaza, 21st Floor, Hartford, CT 06103, and further designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

*[remainder of the page intentionally left blank]*

10. I further certify that the fee of $200 has been paid to the Clerk's Office of the United States District Court of the District of Connecticut prior to the filing of this motion and that the court will receive a certificate of good standing from the State of Illinois within 60 days of admission.

I declare under penalty of perjury that the foregoing is true and accurate.

/s/ Eric T. Schmitt

Subscribed and sworn to before me by Eric T. Schmitt on this 5th day of February, 2024.

/s/ Fatima Loyo
Fatima Loyo
Notary Public – State of Illinois
My Commission Expires: Nov 24, 2025