**Exhibit B**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

### ORDER ADMITTING ERIC T. SCHMITT *PRO HAC VICE*

On this ___ day of _____, 2024, came on for consideration the Motion for Admission of Visiting Attorney (the "Motion"), filed by a member of the bar of this Court on behalf of Eric T. Schmitt, attorney for Chris Lee and Qidong Xia, third party objectors in the above-entitled case, and the Court, having determined that the requirements of Conn. L. Civ. R. 83.1(c) are satisfied, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED that Eric T. Schmitt is hereby admitted to practice in the U.S. District Court for the District of Connecticut in connection with the above- referenced case, and with respect to this case, he shall have all the rights, privileges, and responsibilities of a member of the bar of this Court; and it is further

ORDERED, that, pursuant to D. Conn. L. Civ. R. 83.1(d), Mr. Schmitt's sponsoring attorney shall be excused from attendance at proceedings; and it is further

ORDERED that all notices directed to Mr. Schmitt can be served by directing same to the offices of Jon P. Newton, Reid and Riege, P.C., One Financial Plaza, 21st Floor, Hartford, CT 06103.