**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| HO WAN KWOK, et al., | ) | CASE NO. 22-500073 (JAM) |
| | ) | |
| Debtors | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned **Douglas M. Evans**, of Shapiro, Dorry, & Masterson LLC, hereby appears as counsel to each **Rule of Law Foundation III, Inc.** ("ROLF"), and **Rule of Law Society IV, Inc.** ("ROLS") (together, the "Rule of Law Entities") in the above-referenced jointly administered cases. Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and Rules 2002-1 and 9010-1 of the Local Rules of Bankruptcy Procedure, the undersigned counsel to the Rule of Law Entities requests that all notices given or required to be given in this case or in any proceeding herein, and all papers served or required to be served in this case or in any proceeding herein, to be given to and served on the following:

**Douglas M. Evans, Esquire
Shapiro, Dorry, & Masterson LLC
d/b/a SDM Law Group
71 Raymond Road
West Hartford, CT 06107
Phone 860-590-7578
Facsimile 860-540-1265
Email: devans@sdmlawgroup.com**

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is not intended as, nor is it a consent to jurisdiction in the Bankruptcy Court over the Rule of Law Entities, and does not constitute a waiver of any rights, with all such rights being reserved, including the right to contest and object to subject matter and personal jurisdiction.

Dated at West Hartford, Connecticut this 5th day of February 2024.

Respectfully submitted,

By: */s/ Douglas M. Evans*
    Douglas M. Evans
    Federal Bar no CT04613
    Shapiro, Dorry, & Masterson LLC
    d/b/a SDM Law Group
    71 Raymond Road
    West Hartford, CT 06107
    Phone (860) 590-7578
    Fax (860)540-1265
    devans@sdmlawgroup.com
    Counsel to the Rule of Law Entities

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2024, a copy of the above and foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                          */s/ Douglas M. Evans*
                                                                           Douglas M. Evans, ct04613

**Error! Unknown document property name.**