UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| HO WAN KWOK, et al., | ) | CASE NO. 22-500073 (JAM) |
| | ) | |
| Debtors | ) | |
| | ) | |

DECLARATION IN SUPPORT OF OBJECTION
BY RULE OF LAW FOUNDATION III, INC. AND
RULE OF LAW SOCIETY IV, INC.

The undersigned, **Bryan Ha, Esquire**, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am admitted and authorized to practice law in the State of New York and in the federal courts of the Eastern and Southern Districts of New York.

2.     I am of counsel to the Law Office of Richard E. Signorelli, attorneys for Rule of Law Foundation III, Inc.  ("ROLF") and Rule of Law Society IV, Inc. ("ROLS") (ROLF and ROLS are hereinafter sometimes together referred to as the "Rule of Law Entities").

3.     I have personal knowledge of the facts stated herein.

4.     I submit this declaration in support of the Rule of Law Entities' Objection to the Chapter 11 Trustee's *Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions under Bankruptcy Code Sections 108, 546(a), and 549* dated January 18, 2024 [ECF No. 2509].

5.     ROLF is a not-for-profit corporation organized on or about January 11, 2019, under the laws of the State of Delaware with a principal place of business in New York, New York.

6. ROLS is a not-for-profit corporation organized on or about January 17, 2019, under the laws of the State of Delaware with a principal place of business in New York, New York.

7. The Chapter 11 Trustee, Luc A. Despins, served on ROLF a Subpoena for Rule 2004 Examination and request for production of specified documents dated August 19, 2022, a true and correct copy of which is attached hereto as Exhibit A.

8. The Chapter 11 Trustee, Luc A. Despins, served on ROLS a Subpoena for Rule 2004 Examination and request for production of specified documents dated August 19, 2022, a true and correct copy of which is attached hereto as Exhibit B.

9. On October 11, 2022, I served on the Chapter 11 Trustee's lawyers *Rule of Law Foundation III, Inc's Responses and Objections to Rule 2004 Subpoena*, a true and correct copy of which is attached hereto as Exhibit C.

10. Also on October 11, 2022, on behalf of ROLF and in response to the Rule 2004 Subpoena served on ROLF, I produced to the Chapter 11 Trustee's lawyers documents numbered ROLF-CT BK 1 through ROLF-CT BK 549.

11. On October 11, 2022, I served on the Chapter 11 Trustee's lawyers *Rule of Law Society IV, Inc's Responses and Objections to Rule 2004 Subpoena*, a true and correct copy of which is attached hereto as Exhibit D.

12. Also on October 11, 2022, on behalf of ROLS and in response to the Rule 2004 Subpoena served on ROLS, I produced to the Chapter 11 Trustee's lawyers documents numbered ROLS-CT BK 1 through ROLS-CT BK 601.

13. On November 22, 2022, I had a "meet and confer" phone conversation with Jonathan P. Kosciewicz and other lawyers for the Chapter 11 Trustee from Paul Hastings, LLP to

Error! Unknown document property name.

discuss the Rule 2004 Subpoenas served on the Rule of Law Entities and the objections and document productions served in response thereto.

14.    On December 2, 2022, I had another "meet and confer" phone conversation with Jonathan P. Kosciewicz regarding the Rule of Law Entities' responses and objections to the Rule 2004 Subpoenas.  During that call, we came to an agreement on the scope of the additional documents that the Rule of Law Entities would produce in response to the Rule 2004 Subpoenas. The substance of the agreements that we reached with the Trustee, essentially narrowing the scope of the additional documents to be produced, are set forth in an e-mail from Jonathan P. Kosciewicz dated December 2, 2022, a true and correct copy of which is attached hereto as Exhibit E.

15.    On April 5, 2023, I received an e-mail from attorney Kosciewicz, a true and correct copy of which is attached hereto as Exhibit F.

16.    On April 10, 2023, on behalf of ROLF and in response to the Rule 2004 Subpoena served on ROLF, and pursuant to the agreement reached with the Trustee's counsel as memorialized in Jonathan P. Kosciewicz 's e-mail dated December 2, 2022, ROLF made a supplemental production of documents to the Trustee consisting of documents numbered ROLF-CT BK 550 through ROLF-CT BK 598.

17.    On April 10, 2023, on behalf of ROLS and in response to the Rule 2004 Subpoena served on ROLS, and pursuant to the agreement reached with the Trustee's counsel as memorialized in Jonathan P. Kosciewicz 's e-mail dated December 2, 2022, ROLS made a supplemental production of documents to the Trustee consisting of documents numbered ROLS-CT BK 602 through ROLS-CT BK 640.

18.    On May 17, 2023, on behalf of the Rule of Law Entities and in response to the Rule 2004 Subpoenas, and pursuant to the agreement reached with the Trustee's counsel as

3

memorialized in Jonathan P. Kosciewicz 's e-mail dated December 2, 2022, we made a

supplemental production of voluminous e-mails to the Trustee.  The e-mails were produced in

native Outlook format and were gathered by the Rule of Law Entities using the search terms that

were provided by Jonathan P. Kosciewicz in his e-mail dated December 2, 2022.

19.    As of May 17, 2023, the Rule of Law Entities had each complied in full with their

obligations to produce documents to the Chapter 11 Trustee in accordance with the Rule 2004

Subpoenas and the agreement subsequently reached with the Trustee's counsel as memorialized

in Jonathan P. Kosciewicz 's e-mail dated December 2, 2022.

20.    No one representing the Chapter 11 Trustee objected to the supplemental

document productions or notified the Rule of Law Entities that the productions were deficient or

incomplete in any respect. I had no further contact or communications with attorney Jonathan P.

Kosciewicz or any of the Trustee's other lawyers from Paul Hastings, LLP for more than seven

(7) months after the final supplemental document production was made on May 17, 2023,

concerning the document productions made by the Rule of Law Entities.

21.    On December 20, 2023, more than seven (7) months after the Rule of Law

Entities made their final supplemental document production, I received an e-mail from a

different lawyer at Paul Hastings, LLP, Ezra Sutton, a true and correct copy of which is attached

hereto as Exhibit G.  True and correct copies of further e-mail correspondence thereafter between

Ezra Sutton and me are attached hereto as Exhibit H – J.

Dated at New York, New York this 5th day of February 2024.

_____
Bryan Ha, Esquire
Law Offices of Richard E. Signorelli

**Error! Unknown document property name.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing

was served the 5th day of February 2023, via the Court's CM/ECF Service on the Office of the

United States Trustee and all appearing parties qualified to receive electronic notice.


_/s/ Douglas M. Evans_____
Attorney for ROLF and ROLS

**Error! Unknown document property name.**