Bryan Ha <bhanyc@gmail.com>

---

## Rule of Law Society IV, Inc. - Rule 2004 Subpoena

**Kosciewicz, Jonathon P.** <jonathonkosciewicz@paulhastings.com>  Fri, Dec 2, 2022 at 6:04 PM
To: Bryan Ha <bhanyc@gmail.com>
Cc: "Luft, Avi E." <aviluft@paulhastings.com>, "Sutton, Ezra" <ezrasutton@paulhastings.com>, Richard Signorelli <richardsignorelli@gmail.com>

Hi Bryan,

Thank you for the productive meet and confer today.

As we discussed on the call, these are the items you represented to us that you would discuss with the Rule of Law Foundation ("ROLF") and the Rule of Law Society ("ROLS"):

- You indicated that you would attempt to collect records of all incoming donations to either ROLF or ROLS from the Debtor, his family, Associated Entities, and Associated Individuals, as those terms were defined in the Rule 2004 Subpoenas.

- You indicated that you would attempt to collect records of all outgoing expenses of ROLF and ROLS related to the Debtor, his family, Associated Entities, and Associated Individuals, as those terms were defined in the Rule 2004 Subpoenas.

- You indicated that you would search for email "communications" related to RFP # 5.

- You indicated that both ROL and ROLS would produce their 2021 tax returns in the near future.

- You indicated that you would look into and advise on the redactions in certain of the already produced tax returns.

    o During the call, I could not remember which exact tax returns that had the redactions. However, the redactions I was talking about are found in: "ROLS – CT BK 386" on PDF page 25 (the yellow highlighted redactions)

- You indicated that you would consider search terms to run across the remaining ESI from ROLF/ROLS. Are suggested search terms are below:

    o Miles

    o Kwok

    o Ho

    o Wan

    o Gwo or Guo

    o Wengui or Wen-gui or Wen gui

    o Haoyun

    o Genever

    o Pacific Alliance

    o PAX

    o Lady May

    o Mei

    o Mileson

    o Golden Spring

    o Eastern Profit

    o Bravo Luck

    o Lamp Capital

    o Greenwich Land

    o G-Series OR GSeries

- Daniel /2 Podhaskie
- Podhaskie
- GTV
- Saraca
- Sherry Netherland
- 373 Taconic
- 33 Ferncliff
- 354 Nod Hill
- T7-GQM
- Jiang OR Yunfu Be
- Gui
- Yvette OR Wang
- HK International
- Hing Chi OR Ngok
- Yue OR Qingzhi
- Qiang
- 7 Nod Hill
- Dawn State
- Himalaya
- Farm*
- Mountain*
- Coin
- "ACA" w/3 ("investment" or "capital")
- Ace Decade
- Bruno OR Wu
- (Aaron or aron or "A" or "A.") /3 (Mitchell OR Mitchel)
- "a.mitchell"
- (Melissa OR Missy OR Lissa OR Lisa OR "M" or "M.") /3 Francis
- "MF"
- "m.francis"
- Francis Firm
- Protest
- "traitor punish*"
- GETTR
- NFSC
- "New Federal State of China"
- "Whitsleblower movement"

Thank you,

Jon

---

**PAUL HASTINGS**

**Jonathon P. Kosciewicz | Associate, Litigation Department**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct: +1.312.499.6021 | Main: +1.312.499.6000 | Fax: +1.312.499.6121 | jonathonkosciewicz@paulhastings.com | www.paulhastings.com

---

**From:** Bryan Ha <bhanyc@gmail.com>
**Sent:** Thursday, December 1, 2022 1:26 PM
**To:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Richard Signorelli <richardsignorelli@gmail.com>
**Subject:** [EXT] Re: Rule of Law Society IV, Inc. - Rule 2004 Subpoena

--- **External Email: Do not open attachments or click links from unknown senders** ---

Hi Jon,

I am available for a call tomorrow 12-2pm.  Does that work for you?

Bryan

On Thu, Dec 1, 2022 at 12:11 AM Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com> wrote:

> Hi Bryan,
>
> I write to follow up on our meet and confer last week. Have you had an opportunity to talk with your clients regarding their bank records and internal email communications? Please let us know if you would like to schedule a call to discuss, ideally sometime this week, as the requested information is of great interest to the Trustee.
>
> Thank you,
>
> Jon