---------- Forwarded message ---------
From: **Sutton, Ezra** <ezrasutton@paulhastings.com>
Date: Thu, Feb 1, 2024 at 12:56 PM
Subject: RE: Re: Re: Re: In re Kwok, U.S. Bankr. Ct., D. Conn., Case No. 22-50073 (JAM) - Subpoenas of Rule of Law Entities
To: Bryan Ha <bhanyc@gmail.com>
Cc: Richard Signorelli <richardsignorelli@gmail.com>, Luft, Avi E. <aviluft@paulhastings.com>, Barron, Douglass E. <douglassbarron@paulhastings.com>, Farmer, Will C. <willfarmer@paulhastings.com>, Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>

Bryan,

 Noted below and appreciate that the Rule of Law Entities are assessing what additional responsive documents they have and plan on further supplementing their document productions with the balance of their production of responsive documents (including without limitation documents sufficient to show all bank accounts and investment accounts within the Rule of Law Entities' possession or control, including the balances of and transfers to and from any such accounts).

 Regarding the previous productions, please note, while the Trustee met and conferred with the Rule of Law entities various times, and supplied certain search terms to help facilitate their search and production of documents, we did not agree to limit our requests including as to, among other requests, Request for Production 17 (for documents sufficient to show all bank accounts and investment accounts within the Rule of Law Entities possession or control, including the balances of and transfers to and from each such account). Moreover, in Mr. Kosciewicz's April 5, 2023 email in connection with the Rule of Law Entities' April and May 2023 supplement document productions (attached hereto for ease of reference), he specifically raised and inquired as to the Rule of Law Entities' position as to the production of their bank records and Request for Production 17, and noted that if the Rule of Law Entities were not willing to produce their bank records, the Trustee should be informed of such so we could seek assistance of the Court.

 In any event, please provide an update by no later than tomorrow, February 2, 2024, as to when we can expect a supplemental document production with the balance of responsive documents including, without limitation, bank records responsive to Request for Production 17.

 The Trustee reserves all rights.

 Thank you,

 Ezra



**Ezra Sutton | Associate | Financial Restructuring Group**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct:

+1.212.318.6879 | Main: +1.212.318.6000 | Fax: +1.212.230.7859 |
EzraSutton@paulhastings.com | www.paulhastings.com