**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al., | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

---

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Pursuant to Rule 83.1(d) of the Local Rule of Civil Procedure for the United States District Court for the District of Connecticut, made applicable by Local Bankruptcy Rule 9083-1, the undersigned, a member of the Bar of this Court, respectfully moves that the Court admit David H. Wander, a member of the bar of the State of New York, *pro hac vice* to represent Yinying Wang, and in accordance with Local Rule 83.1(d), I represent that:

1. Attorney Wander has a primary office at 1350 Broadway, New York, NY 10018, a primary telephone number 212-216-8081, and his email address is: dwander@tarterkrinsky.com.

2. Attorney Wander is a member of the New York bar, to the best of my knowledge he is in good standing with the Courts in which he is admitted, and he has not been previously denied admission nor disciplined by this Court.

3. I agree to accept service of all papers directed at Yinying Wang, pursuant to Rule 83.1(d) of the Local Rule of Civil Procedure for the United States District Court for the District of Connecticut.

4.  Attached as **Exhibit A** is an affidavit from Attorney Wander in satisfaction of the requirements of Local Rule 83.1(d).

5.  Attached as **Exhibit B** is a proposed order admitting Attorney Wander *pro hac vice*.

Dated: New York, New York
February 5, 2024

/s/ Ronald Brien, Esq.
Ronald Brien, Esq.
28 Sound View Drive
Greenwich, CT 06830
RON@RONBRIENLAW.COM
203.661.7077
ct#28809

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2024, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all appearances in this case by operation of the Court's electronic filing system. The Motion can be accessed through the Court's CM/ECF System.

Dated: New York, New York
       February 5, 2024

                                      /s/ Ronald Brien, Esq.
                                      Ronald Brien, Esq.
                                      28 Sound View Drive
                                      Greenwich, CT 06830
                                      RON@RONBRIENLAW.COM
                                      203.661.7077
                                      ct#2880