**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
  HO WAN KWOK, et al.,                                :    Case No. 22-50073 (JAM)
                                                              :
        Debtors.               :    (Jointly Administered)
                                                              :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- x

# ORDER GRANTING MOTION FOR ADMISSION OF
# DAVID H. WANDER, ESQ. PRO HAC VICE

Upon the motion (the **"Motion"**) of Ronald Brien, Esq., filed on February 5, 2024, for an order admitting David Wander, Esq. *pro hac vice* to this Court; and the Motion having satisfied the requirements of Rule 83.1(d) of the Local Rule of Civil Procedure for the United States District Court for the District of Connecticut, made applicable by Local Bankruptcy Rule 9083-1, it is,

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that David Wander, Esq., is hereby admitted pro hac vice to practice in the United States Bankruptcy Court for the District of Connecticut in connection with the above-captioned case and related proceedings.

Dated: New York, New York
       February ___, 2024

                                                          _____
                                                          **HONORABLE JULIE A. MANNING**
                                                          **UNITED STATES BANKRUPTCY JUDGE**