**<u>Exhibit 1</u>**

*This document has been filed under seal.*