**Exhibit 2**

```
ARRTL351                REGISTRATION INFORMATION INQUIRY           DATE: 10/11/2023

AUTOPIC: ███ ███ 2882                    LAST TRAN NO: HH202227900000232
NAME:    DEFENG       CAO
STREET:  88 REGENT ST APT 1012
CITY:    JERSEY CITY    COUNTY: J
STATE:   NJ             ZIP:    07302 7611

VIN:   1HD1T BH1XM B9571 97     VIN PFX:                    FUEL:         0
MAKE:  H D                      COLOR: OR
MODEL:                          TYPE:  19
YEAR:  2021                     PAS/GVW/LEN: 00000          AXLES/PROP:   2

PLATE NO: 5JKE7                 REG CODE:  53               STATUS:   A
EXP DATE: 10 2023               LAST DASH: 00               RENEWED:  01
REF-IND:  Y                     LEASED VEHICLE:  N          ISSUED:   01
PL TYPE:  MC                    PIN: 671 927 226


------------------------------------------------------------------------------
PF3-END     PF4-ADDITIONAL OWNERS    PF6-NAME SEARCH     PF7-PREVIOUS VEHICLE
PF8-NEXT VEHICLE       PF9-LEASE INFO      PF11-CANCEL          PF12-MAIN MENU
```

```
191446332                                              HH202227900000232 KL    125.00
02                    TRANSACTION FILE RECORD          

PLATE NO  5JKE7       GOOD THRU  OCT 23    VIN         1HD1TBH1XMB957197

           2882                  MAKE H D              REG I              65.00

DEFENG CAO                       YEAR 2021             FD REG
08 REGENT ST APT 1012            TYPE MC               POST AUDIT
JERSEY CITY      NJ  07302-7611  MODEL                 PLATE FEE
                                 COLOR OR
                                 PT MC                 TITLE I            60.00
                                 MILEAGE 000015        SALES TAX   6 STXEXP
                                 GW 0                  LFIS                0.00
                                 EQ 0                  TOTAL   K         125.00
                                 REGCD 53              KL       HH20222790232
```



## Application for Vehicle Registration



*Utilize this form for first-time auto registrations (plates will be provided), or for auto registration renewal*

| APPLICATION FOR VEHICLE REGISTRATION (Please complete both sides – print clearly) | PLATE NUMBER: D29RLP | PREFIX | VEHICLE IDENTIFICATION NUMBER (VIN): 1HDITBHXMB957197 |
|---|---|---|---|
| NAME/OWNER: Defeng Cao | NAME/LESSEE | | |
| STREET ADDRESS: 88 Regent St. Apt 1012 | STREET ADDRESS | | |
| CITY: Jersey City  STATE: NJ  ZIP: 07302  COUNTY: Hudson | CITY | STATE | ZIP | DATE LEASE SIGNED | TERM (Months) |
| NAME/CO-OWNER | COMMERCIAL REGISTRATION ONLY REQUESTED REGISTRATION CODE | REQUESTED REGISTRATION WEIGHT OR NUMBER OF PASSENGERS | LEASE CANCELLATION | DATE LEASE CANCELED |

CHECK HERE IF THIS ADDRESS IS CHANGED FROM PREVIOUS RECORDS ☐    RENEWAL ☐    INITIAL ☒    DUPLICATE ☐    TRANSFER ☐    REPLACEMENT PLATES ☐    CODE CHANGE ☐    INCREASE IN REG. WEIGHT ☐    WILL THE VEHICLE BE USED AS A RENTAL? YES ☐ NO ☒

| OWNER'S NJ DRIVER LICENSE NUMBER/CORPCODE: ...2882 | GENDER: M | EYE COLOR: BRN | FULL DATE OF BIRTH: ...1988 | SOCIAL SECURITY NUMBER |
| CO-OWNER'S NJ DRIVER LICENSE NUMBER/CORPCODE | GENDER | EYE COLOR | FULL DATE OF BIRTH | SOCIAL SECURITY NUMBER |
| LESSEE'S NJ DRIVER LICENSE NUMBER/CORPCODE | GENDER | EYE COLOR | FULL DATE OF BIRTH | SOCIAL SECURITY NUMBER |

OWNER/LESSEE SIGN HERE: *Carrieann Kell p/o/a*

*SUBMISSION OF THE SOCIAL SECURITY NUMBER IS REQUIRED BY N.J.A.C. 13:21-1.3. THE NUMBER WILL BE USED TO PREVENT ERRORS AND ENFORCE FEDERAL AND STATE LAWS IN THE COLLECTION OF MOTOR VEHICLE FEES.*

(WE) THE APPLICANT(S) CERTIFIES THE STATEMENTS ON BOTH SIDES OF THIS APPLICATION ARE CORRECT. APPLICANTS FOR A REGISTRATION OR A COMMERCIAL VEHICLE DECLARE KNOWLEDGE OF AND COMPLIANCE WITH THE FEDERAL MOTOR CARRIER SAFETY REGULATIONS ADOPTED IN N.J.A.C. 13:60, AS APPLICABLE. MISSTATEMENTS MAY RESULT IN SUSPENSION OF REGISTRATION OR DRIVING PRIVILEGES.

*[stamp: DEALER WORK]*

BA-49 (R7/19)

---

IS YOUR REGISTRATION PRIVILEGE NOW REVOKED OR SUSPENDED IN ANY STATE? YES ☐ NO ☒
IF YES – STATE _____ VIOLATION _____
ODOMETER READING: 15

THIS VEHICLE MUST BE COVERED BY LIABILITY INSURANCE IN THE MINIMUM AMOUNT REQUIRED BY LAW WITH A COMPANY AUTHORIZED TO WRITE LIABILITY INSURANCE IN NEW JERSEY. GIVE FULL NAME OF INSURANCE COMPANY AND POLICY NUMBER.

WILL THIS VEHICLE BE USED FOR COMMERCIAL PURPOSES, WHICH IS DEFINED AS A MOTOR VEHICLE OR COMBINATION OF MOTOR VEHICLES USED OR DESIGNED TO TRANSPORT PERSONS OR PROPERTY? YES ☐ NO ☒

*[stamp: NEW JERSEY TITLE ISSUED]*

| INSURANCE COMPANY: Progressive | POLICY NUMBER: 96116794 |
|---|---|

| TRADE OR COMPANY NAME CHANGE CANNOT BE MADE AT A MOTOR VEHICLE AGENCY. PLEASE ASK FOR INFORMATION OR CALL 1(609)292-6500. | IF VEHICLE IS REGISTERED UNDER TRADE OR COMPANY NAME, FEDERAL TAX IDENTIFICATION NUMBER: | AGRICULTURAL CERTIFICATE NUMBER: |

ALL PASSENGER VEHICLES, ALL GASOLINE POWERED COMMERCIAL VEHICLES AND ALL DIESEL VEHICLES UP TO AND INCLUDING 8,500 POUNDS ARE SUBJECT TO INSPECTION AT A STATE AUTHORIZED INSPECTION FACILITY OR LICENSED PRIVATE INSPECTION FACILITY. DIESEL VEHICLES WITH A GROSS VEHICLE WEIGHT OF 18,000 OR MORE POUNDS ARE SUBJECT TO ANNUAL SMOKE OPACITY INSPECTION AT A LICENSED DIESEL EMISSION PRIVATE INSPECTION FACILITY.

DIESEL POWERED VEHICLES WITH A GVWR FROM 8,501 UP TO AND INCLUDING 17,999 POUNDS, EXCLUDING DIESEL BUSES AS DEFINED IN N.J.S.A. 39:8-60 AND PASSENGER VEHICLE TRANSPORTATION AS DEFINED IN N.J.A.C. 13:20-7.1, ARE SUBJECT TO SELF-INSPECTION REGULATIONS. IF SUBJECT TO SELF-INSPECTION, THE SIGNER(S) CERTIFIES THAT THIS VEHICLE HAS BEEN INSPECTED AND MAINTAINED AS REQUIRED BY LAW. COMMERCIAL MOTOR VEHICLES, AS DEFINED IN N.J.A.C. 13:60 AND 49 CFR PART 390.5, ARE SUBJECT TO AN ANNUAL INSPECTION PER 49 CFR 396.17. IF USED FOR SOLID WASTE DISPOSAL OR SOLID WASTE COLLECTION, THE SIGNER(S) CERTIFIES THAT THE VEHICLE HAS THE APPLICABLE APPROVALS FROM THE DEPARTMENT OF ENVIRONMENTAL PROTECTION.

FOR MVC USE ONLY



BA49 (7/2020)