**Exhibit 3**

```
ARRTL351                  REGISTRATION INFORMATION INQUIRY         DATE:  10/11/2023

AUTOPIC:    ███████ ███████ 2882              LAST TRAN NO: HH202227900000234
NAME:       DEFENG         CAO
STREET:     88 REGENT ST APT 1012
CITY:       JERSEY CITY       COUNTY: J
STATE:      NJ                ZIP:    07302 7611

VIN:    1HD1T EH1XM B9564 41        VIN PFX:                    FUEL:        0
MAKE:   H D                         COLOR: GRY
MODEL:                              TYPE:  19
YEAR:   2021                        PAS/GVW/LEN: 00000           AXLES/PROP: 2

PLATE NO: 5JKE8                     REG CODE:  53               STATUS:     A
EXP DATE: 10 2023                   LAST DASH: 00               RENEWED:    01
REF-IND:  Y                         LEASED VEHICLE:  N          ISSUED:     01
PL TYPE:  MC                        PIN: 671 927 234


------------------------------------------------------------------------------
PF3-END     PF4-ADDITIONAL OWNERS    PF6-NAME SEARCH    PF7-PREVIOUS VEHICLE
PF8-NEXT VEHICLE       PF9-LEASE INFO     PF11-CANCEL         PF12-MAIN MENU
```

```
  191446334                                              HH202227900000234 KL    125.00
Qc                    TRANSACTION FILE RECORD
PLATE NO   5JKE8       GOOD THRU  OCT 23    VIN         1HD1TEH1XMB956441
                2882                MAKE H D            REG I              65.00
DEFENG CAO                          YEAR 2021           FD REG
88 REGENT ST APT 1012               TYPE MC             POST AUDIT
JERSEY CITY       NJ  07302-7611    MODEL               PLATE FEE
                                    COLOR GRY
                                    PT MC               TITLE I            60.00
                                    MILEAGE 000009      SALES TAX    6 STXEXP
                                    GW 0                LFIS                0.00
                                    EQ 0                TOTAL  K         125.00
                                    REGCD 53            KL      HH20222790234
```






NJMVC New Jersey Motor Vehicle Commission

# Application for Vehicle Registration

*Utilize this form for first-time auto registrations (plates will be provided), or for auto registration renewal*

NJMVC **APPLICATION FOR VEHICLE REGISTRATION**
*(Please complete both sides – print clearly)*

PLATE NUMBER: 5JKE8
PREFIX:
VEHICLE IDENTIFICATION NUMBER (VIN): 1HD1TEH1XMB956441

NAME/OWNER: Defeng Cao
STREET ADDRESS: 88 Regent St. Apt. 1012
CITY: Jersey City STATE: NJ ZIP: 07302 COUNTY: Hudson
NAME/CO-OWNER:
COMMERCIAL REGISTRATION ONLY: REQUESTED REGISTRATION CODE:

NAME/LESSEE – If the vehicle is being leased for a period of one year or more, the owner must supply the lessee's information.
STREET ADDRESS:
CITY STATE ZIP DATE LEASE SIGNED TERM (Months)
REQUESTED REGISTRATION WEIGHT OR NUMBER OF PASSENGERS: LEASE CANCELLATION DATE LEASE CANCELED

CHECK HERE IF THIS ADDRESS IS CHANGED FROM PREVIOUS RECORDS ☐ | RENEWAL ☐ | INITIAL ☒ | DUPLICATE ☐ | TRANSFER ☐ | REPLACEMENT PLATES ☐ | CODE CHANGE ☐ | INCREASE IN REG. WEIGHT ☐ | WILL THE VEHICLE BE USED AS A RENTAL? YES ☐ NO ☒

OWNER'S NJ DRIVER LICENSE NUMBER/CORPCODE: [redacted]2882 GENDER: M EYE COLOR: BRN FULL DATE OF BIRTH: [redacted] 1988 *SOCIAL SECURITY NUMBER: [redacted]

CO-OWNER'S NJ DRIVER LICENSE NUMBER/CORPCODE: GENDER: EYE COLOR: FULL DATE OF BIRTH: / / *SOCIAL SECURITY NUMBER:

LESSEE'S NJ DRIVER LICENSE NUMBER/CORPCODE: GENDER: EYE COLOR: FULL DATE OF BIRTH: / / *SOCIAL SECURITY NUMBER:

OWNER/LESSEE SIGN HERE: Carrieann Kell POA
CO-OWNER SIGN HERE:

*SUBMISSION OF THE SOCIAL SECURITY NUMBER IS REQUIRED BY N.J.A.C. 13:21-1.3. THE NUMBER WILL BE USED TO PREVENT ERRORS AND ENFORCE FEDERAL AND STATE LAWS IN THE COLLECTION OF MOTOR VEHICLE FEES.

(WE) THE APPLICANT(S) CERTIFIES THE STATEMENTS ON BOTH SIDES OF THIS APPLICATION ARE CORRECT. APPLICANTS FOR A REGISTRATION FOR A COMMERCIAL VEHICLE DECLARE KNOWLEDGE OF AND COMPLIANCE WITH THE FEDERAL MOTOR CARRIER SAFETY REGULATIONS ADOPTED IN N.J.A.C. 13:60, AS APPLICABLE. MISSTATEMENTS MAY RESULT IN SUSPENSION OF REGISTRATION OR DRIVING PRIVILEGES.

BA-49 (R7/19)

IS YOUR REGISTRATION PRIVILEGE NOW REVOKED OR SUSPENDED IN ANY STATE? YES ☐ NO ☒
IF YES – STATE ______ VIOLATION ______
ODOMETER READING 9
THIS VEHICLE MUST BE COVERED BY LIABILITY INSURANCE IN THE MINIMUM AMOUNT REQUIRED BY LAW WITH A COMPANY AUTHORIZED TO WRITE LIABILITY INSURANCE IN NEW JERSEY.
GIVE FULL NAME OF INSURANCE COMPANY AND POLICY NUMBER.

WILL THIS VEHICLE BE USED FOR COMMERCIAL PURPOSES, WHICH IS DEFINED AS A MOTOR VEHICLE OR COMBINATION OF MOTOR VEHICLES USED OR DESIGNED TO TRANSPORT PERSONS OR PROPERTY? YES ☐ NO ☒

INSURANCE COMPANY: Progressive
POLICY NUMBER: 961167941

**TRADE OR COMPANY NAME CHANGE CANNOT BE MADE AT A MOTOR VEHICLE AGENCY. PLEASE ASK FOR INFORMATION OR CALL 1(609)292-6500.**

IF VEHICLE IS REGISTERED UNDER TRADE OR COMPANY NAME, FEDERAL TAX IDENTIFICATION NUMBER:

AGRICULTURAL CERTIFICATE NUMBER: 934

ALL PASSENGER VEHICLES, ALL GASOLINE POWERED COMMERCIAL VEHICLES AND ALL DIESEL VEHICLES UP TO AND INCLUDING 8,500 POUNDS ARE SUBJECT TO INSPECTION AT A STATE AUTHORIZED INSPECTION FACILITY OR LICENSED PRIVATE INSPECTION FACILITY. DIESEL VEHICLES WITH A GROSS VEHICLE WEIGHT OF 18,000 OR MORE POUNDS ARE SUBJECT TO ANNUAL SMOKE OPACITY INSPECTION AT A LICENSED DIESEL EMISSION PRIVATE INSPECTION FACILITY.

DIESEL POWERED VEHICLES WITH A GVWR FROM 8,501 UP TO AND INCLUDING 17,999 POUNDS, EXCLUDING DIESEL BUSES AS DEFINED IN N.J.S.A. 39:8-60 AND PASSENGER VEHICLE TRANSPORTATION AS DEFINED IN N.J.A.C. 13:20-7.1, ARE SUBJECT TO SELF-INSPECTION REGULATIONS. IF SUBJECT TO SELF-INSPECTION, THE SIGNER(S) CERTIFIES THAT THIS VEHICLE HAS BEEN INSPECTED AND MAINTAINED AS REQUIRED BY LAW. COMMERCIAL MOTOR VEHICLES, AS DEFINED IN N.J.A.C. 13:60 AND 49 CFR PART 390.5, ARE SUBJECT TO AN ANNUAL INSPECTION PER 49 CFR 396.17. IF USED FOR SOLID WASTE DISPOSAL OR SOLID WASTE COLLECTION, THE SIGNER(S) CERTIFIES THAT THE VEHICLE HAS THE APPLICABLE APPROVALS FROM THE DEPARTMENT OF ENVIRONMENTAL PROTECTION.

FOR MVC USE ONLY

"NO TITLE ISSUED"

DEALER WORK

BA49 (7/2020)