**Exhibit 4**

```
ARRTL351                REGISTRATION INFORMATION INQUIRY         DATE: 10/11/2023

AUTOPIC: ███████2882                        LAST TRAN NO: HH202227900000236
NAME:    DEFENG     CAO
STREET:  88 REGENT ST APT 1012
CITY:    JERSEY CITY      COUNTY: J
STATE:   NJ               ZIP:    07302 7611

VIN:   1HD1F BC10M B6612 33    VIN PFX:                    FUEL:       0
MAKE:  H D                     COLOR: BLK
MODEL:                         TYPE:  19
YEAR:  2021                    PAS/GVW/LEN: 00000          AXLES/PROP: 2

PLATE NO: 5JKE9                REG CODE: 53                STATUS:   A
EXP DATE: 10 2023              LAST DASH: 00               RENEWED:  01
REF-IND:  Y                    LEASED VEHICLE:  N          ISSUED:   01
PL TYPE:  MC                   PIN: 671 927 242

----------------------------------------------------------------------------
PF3-END     PF4-ADDITIONAL OWNERS    PF6-NAME SEARCH    PF7-PREVIOUS VEHICLE
PF8-NEXT VEHICLE       PF9-LEASE INFO     PF11-CANCEL        PF12-MAIN MENU
```

```
                                                              HH202227900000236 KL    125.00
   191446335
D2                      TRANSACTION FILE RECORD               

PLATE NO   5JKE9          GOOD THRU   OCT 23   VIN            1HD1FBC10MB661233

  2882          MAKE H D               REG I                65.00      

DEFENG CAO                            YEAR 2021              FD REG
88 REGENT ST APT 1012                 TYPE MC                POST AUDIT
JERSEY CITY       NJ   07302-7611     MODEL                  PLATE FEE
                                      COLOR BLK
                                      PT MC                  TITLE I              60.00
                                      MILEAGE 000065         SALES TAX    6 STXEXP
                                      GW 0                   LFIS                  0.00
                                      EQ 0                   TOTAL   K           125.00
                                      REGCD 53               KL       HH20222790236
```




NJMVC New Jersey Motor Vehicle Commission

# Application for Vehicle Registration

*Utilize this form for first-time auto registrations (plates will be provided), or for auto registration renewal*

NJMVC **APPLICATION FOR VEHICLE REGISTRATION** *(Please complete both sides – print clearly)*

PLATE NUMBER: 5JKE9 | PREFIX: | VEHICLE IDENTIFICATION NUMBER (VIN): 1HD1FBC10MB612233

NAME/OWNER: Defeng Cao

NAME/LESSEE – If the vehicle is being leased for a period of one year or more, the owner must supply the lessee's information.

STREET ADDRESS: 88 Regent St. Apt 1012

STREET ADDRESS:

CITY: Jersey City STATE: NJ ZIP: 07302 COUNTY: Hudson

CITY: STATE: ZIP: | DATE LEASE SIGNED | TERM (Months)

NAME/CO-OWNER: | COMMERCIAL REGISTRATION ONLY REQUESTED REGISTRATION CODE:

REQUESTED REGISTRATION WEIGHT OR NUMBER OF PASSENGERS: | LEASE CANCELLATION | DATE LEASE CANCELED

CHECK HERE IF THIS ADDRESS IS CHANGED FROM PREVIOUS RECORDS ☐ | RENEWAL ☐ | INITIAL ☒ | DUPLICATE ☐ | TRANSFER ☐ | REPLACEMENT PLATES ☐ | CODE CHANGE ☐ | INCREASE IN REG. WEIGHT ☐ | WILL THE VEHICLE BE USED AS A RENTAL? YES ☐ NO ☒

| OWNER'S NJ DRIVER LICENSE NUMBER/CORPCODE | GENDER | EYE COLOR | FULL DATE OF BIRTH | *SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| [redacted] 882 | M | BRN | [redacted] / 1988 | [redacted] |

| CO-OWNER'S NJ DRIVER LICENSE NUMBER/CORPCODE | GENDER | EYE COLOR | FULL DATE OF BIRTH | *SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| | | | / / | - - |

| LESSEE'S NJ DRIVER LICENSE NUMBER/CORPCODE | GENDER | EYE COLOR | FULL DATE OF BIRTH | *SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| | | | / / | - - |

OWNER/LESSEE SIGN HERE: Carrieann Kell POA

CO-OWNER SIGN HERE:

*SUBMISSION OF THE SOCIAL SECURITY NUMBER IS REQUIRED BY N.J.A.C. 13:21-1.3, THE NUMBER WILL BE USED TO PREVENT ERRORS AND ENFORCE FEDERAL AND STATE LAWS IN THE COLLECTION OF MOTOR VEHICLE FEES.

(WE) THE APPLICANT(S) CERTIFIES THE STATEMENTS ON BOTH SIDES OF THIS APPLICATION ARE CORRECT. APPLICANTS FOR A REGISTRATION FOR A COMMERCIAL VEHICLE DECLARE KNOWLEDGE OF AND COMPLIANCE WITH THE FEDERAL MOTOR CARRIER SAFETY REGULATIONS ADOPTED IN N.J.A.C. 13:60, AS APPLICABLE. MISSTATEMENTS MAY RESULT IN SUSPENSION OF REGISTRATION OR DRIVING PRIVILEGES.

BA-49 (R7/19)

IS YOUR REGISTRATION PRIVILEGE NOW REVOKED OR SUSPENDED IN ANY STATE? YES ☐ NO ☒

IF YES – STATE ________ VIOLATION ________

ODOMETER READING 65

THIS VEHICLE MUST BE COVERED BY LIABILITY INSURANCE IN THE MINIMUM AMOUNT REQUIRED BY LAW WITH A COMPANY AUTHORIZED TO WRITE LIABILITY INSURANCE IN NEW JERSEY.

**GIVE FULL NAME OF INSURANCE COMPANY AND POLICY NUMBER.**

WILL THIS VEHICLE BE USED FOR COMMERCIAL PURPOSES, WHICH IS DEFINED AS A MOTOR VEHICLE OR COMBINATION OF MOTOR VEHICLES USED OR DESIGNED TO TRANSPORT PERSONS OR PROPERTY? YES ☐ NO ☒

INSURANCE COMPANY: Progressive

POLICY NUMBER: 961167941

**TRADE OR COMPANY NAME CHANGE CANNOT BE MADE AT A MOTOR VEHICLE AGENCY. PLEASE ASK FOR INFORMATION OR CALL 1(609)292-6500.**

IF VEHICLE IS REGISTERED UNDER TRADE OR COMPANY NAME, FEDERAL TAX IDENTIFICATION NUMBER:

AGRICULTURAL CERTIFICATE NUMBER:

ALL PASSENGER VEHICLES, ALL GASOLINE POWERED COMMERCIAL VEHICLES AND ALL DIESEL VEHICLES UP TO AND INCLUDING 8,500 POUNDS ARE SUBJECT TO INSPECTION AT A STATE AUTHORIZED INSPECTION FACILITY OR LICENSED PRIVATE INSPECTION FACILITY. DIESEL VEHICLES WITH A GROSS VEHICLE WEIGHT OF 18,000 OR MORE POUNDS ARE SUBJECT TO ANNUAL SMOKE OPACITY INSPECTION AT A LICENSED DIESEL EMISSION PRIVATE INSPECTION FACILITY.

NEW JERSEY TITLE ISSUED

DIESEL POWERED VEHICLES WITH A GVWR FROM 8,501 UP TO AND INCLUDING 17,999 POUNDS EXCLUDING DIESEL BUSES AS DEFINED IN N.J.S.A. 39:8-60 AND PASSENGER VEHICLE TRANSPORTATION AS DEFINED IN N.J.A.C. 13:20-7.1, ARE SUBJECT TO SELF-INSPECTION REGULATIONS. IF SUBJECT TO SELF-INSPECTION, THE SIGNER(S) CERTIFIES THAT THIS VEHICLE HAS BEEN INSPECTED AND MAINTAINED AS REQUIRED BY LAW. COMMERCIAL MOTOR VEHICLES, AS DEFINED IN N.J.A.C. 13:60 AND 49 CFR PART 390.5, ARE SUBJECT TO AN ANNUAL INSPECTION PER 49 CFR 396.17. IF USED FOR SOLID WASTE DISPOSAL OR SOLID WASTE COLLECTION, THE SIGNER(S) CERTIFIES THAT THE VEHICLE HAS THE APPLICABLE APPROVALS FROM THE DEPARTMENT OF ENVIRONMENTAL PROTECTION.

OR MVC USE ONLY

DEALER WORK

BA49 (7/2020)