**Exhibit 5**

```
                                                          HH202227900000237 KL    125.00
191446336
                                                          
J2                     TRANSACTION FILE RECORD

PLATE NO  5JKF1        GOOD THRU  OCT 23    VIN           WB10L4303N6F02046

         ████ ████ 2882          MAKE BMW                 REG I               65.00

DEFENG CAO                       YEAR 2022                FD REG
88 REGENT ST APT 1012            TYPE MC                  POST AUDIT
JERSEY CITY      NJ  07302-7611  MODEL                    PLATE FEE
                                 COLOR BLK
                                 PT MC                    TITLE I             60.00
                                 MILEAGE 000041           SALES TAX    6 STXEXP
                                 GW 0                     LFIS                 0.00
                                 EQ 0                     TOTAL  K           125.00
                                 REGCD 53                 KL     HH20222790237
```



 

NJMVC
New Jersey Motor Vehicle Commission

# Application for Vehicle Registration

*Utilize this form for first-time auto registrations (plates will be provided), or for auto registration renewal*

NJMVC — APPLICATION FOR VEHICLE REGISTRATION (*Please complete both sides – print clearly*)

PLATE NUMBER: 50TKF1 | PREFIX: | VEHICLE IDENTIFICATION NUMBER (VIN): WB10L4303N6F02041

| | |
|---|---|
| NAME/OWNER: Defeng Cao | NAME/LESSEE – If the vehicle is being leased for a period of one year or more, the owner must supply the lessee's information: |
| STREET ADDRESS: 88 Regent St. Apt. 1012 | STREET ADDRESS |
| CITY: Jersey City STATE: NJ ZIP: 07302 COUNTY: Hudson | CITY / STATE / ZIP / DATE LEASE SIGNED / TERM (Months) |
| NAME/CO-OWNER / COMMERCIAL REGISTRATION ONLY REQUESTED REGISTRATION CODE: | REQUESTED REGISTRATION WEIGHT OR NUMBER OF PASSENGERS: / LEASE CANCELLATION / DATE LEASE CANCELED |

CHECK HERE IF THIS ADDRESS IS CHANGED FROM PREVIOUS RECORDS ☐ RENEWAL ☐ INITIAL ☒ DUPLICATE ☐ TRANSFER ☐ REPLACEMENT PLATES ☐ CODE CHANGE ☐ INCREASE IN REG. WEIGHT ☐ WILL THE VEHICLE BE USED AS A RENTAL? YES ☐ NO ☒

| | GENDER | EYE COLOR | FULL DATE OF BIRTH | |
|---|---|---|---|---|
| OWNER'S NJ DRIVER LICENSE NUMBER/CORPCODE: [redacted] 2882 | M | BRN | [redacted] / [redacted] / 1988 | [redacted] |
| CO-OWNER'S NJ DRIVER LICENSE NUMBER/CORPCODE | GENDER | EYE COLOR | FULL DATE OF BIRTH / / | *SOCIAL SECURITY NUMBER – – |
| LESSEE'S NJ DRIVER LICENSE NUMBER/CORPCODE | GENDER | EYE COLOR | FULL DATE OF BIRTH / / | *SOCIAL SECURITY NUMBER – – |

OWNER/LESSEE SIGN HERE: Carreann Kell POA

CO-OWNER SIGN HERE:

*SUBMISSION OF THE SOCIAL SECURITY NUMBER IS REQUIRED BY N.J.A.C. 13:21-1.3. THE NUMBER WILL BE USED TO PREVENT ERRORS AND ENFORCE FEDERAL AND STATE LAWS IN THE COLLECTION OF MOTOR VEHICLE FEES.

(WE) THE APPLICANT(S) CERTIFIES THE STATEMENTS ON BOTH SIDES OF THIS APPLICATION ARE CORRECT. APPLICANTS FOR A REGISTRATION FOR A COMMERCIAL VEHICLE DECLARE KNOWLEDGE OF AND COMPLIANCE WITH THE FEDERAL MOTOR CARRIER SAFETY REGULATIONS ADOPTED IN N.J.A.C. 13:60, AS APPLICABLE. MISSTATEMENTS MAY RESULT IN SUSPENSION OF REGISTRATION OR DRIVING PRIVILEGES.

BA-49 (R7/19)

"NEW JERSEY TITLE ISSUED"

IS YOUR REGISTRATION PRIVILEGE NOW REVOKED OR SUSPENDED IN ANY STATE? YES ☐ NO ☒
IF YES – STATE ________ VIOLATION ________
ODOMETER READING 41

THIS VEHICLE MUST BE COVERED BY LIABILITY INSURANCE IN THE MINIMUM AMOUNT REQUIRED BY LAW WITH A COMPANY AUTHORIZED TO WRITE LIABILITY INSURANCE IN NEW JERSEY.

GIVE FULL NAME OF INSURANCE COMPANY AND POLICY NUMBER.

WILL THIS VEHICLE BE USED FOR COMMERCIAL PURPOSES, WHICH IS DEFINED AS A MOTOR VEHICLE OR COMBINATION OF MOTOR VEHICLES USED OR DESIGNED TO TRANSPORT PERSONS OR PROPERTY? YES ☐ NO ☒

DEALER WORK

INSURANCE COMPANY: Progressive

POLICY NUMBER: 961167941

| | | |
|---|---|---|
| **TRADE OR COMPANY NAME CHANGE CANNOT BE MADE AT A MOTOR VEHICLE AGENCY. PLEASE ASK FOR INFORMATION OR CALL 1(609)292-6500.** | IF VEHICLE IS REGISTERED UNDER TRADE OR COMPANY NAME, FEDERAL TAX IDENTIFICATION NUMBER: | AGRICULTURAL CERTIFICATE NUMBER: |

ALL PASSENGER VEHICLES, ALL GASOLINE POWERED COMMERCIAL VEHICLES AND ALL DIESEL VEHICLES UP TO AND INCLUDING 8,500 POUNDS ARE SUBJECT TO INSPECTION AT A STATE AUTHORIZED INSPECTION FACILITY OR LICENSED PRIVATE INSPECTION FACILITY. DIESEL VEHICLES WITH A GROSS VEHICLE WEIGHT OF 18,000 OR MORE POUNDS ARE SUBJECT TO ANNUAL SMOKE OPACITY INSPECTION AT A LICENSED DIESEL EMISSION PRIVATE INSPECTION FACILITY.

DIESEL POWERED VEHICLES WITH A GVWR FROM 8,501 UP TO AND INCLUDING 17,999 POUNDS, EXCLUDING DIESEL BUSES AS DEFINED IN N.J.S.A. 39:8-60 AND PASSENGER VEHICLE TRANSPORTATION AS DEFINED IN N.J.A.C. 13:20-7.1, ARE SUBJECT TO SELF-INSPECTION REGULATIONS. IF SUBJECT TO SELF-INSPECTION, THE SIGNER(S) CERTIFIES THAT THIS VEHICLE HAS BEEN INSPECTED AND MAINTAINED AS REQUIRED BY LAW. COMMERCIAL MOTOR VEHICLES, AS DEFINED IN N.J.A.C. 13:60 AND 49 CFR PART 390.5, ARE SUBJECT TO AN ANNUAL INSPECTION PER 49 CFR 396.17. IF USED FOR SOLID WASTE DISPOSAL OR SOLID WASTE COLLECTION, THE SIGNER(S) CERTIFIES THAT THE VEHICLE HAS THE APPLICABLE APPROVALS FROM THE DEPARTMENT OF ENVIRONMENTAL PROTECTION.

FOR MVC USE ONLY

BA49 (7/2020)