**Exhibit 6**

```
ARRTL351                  REGISTRATION INFORMATION INQUIRY          DATE: 10/11/2023

AUTOPIC:  ████  ████ 2882                        LAST TRAN NO: HH202306900000111
NAME:    DEFENG      CAO
STREET:  88 REGENT ST APT 1012
CITY:    JERSEY CITY       COUNTY: J
STATE:   NJ                ZIP:    07302 7611

VIN:   SALE9 7EU5L 20249 26       VIN PFX:                  FUEL:        0
MAKE:  L R                        COLOR: WT
MODEL: RR                         TYPE:  01
YEAR:  2020                       PAS/GVW/LEN: 00008        AXLES/PROP: 2

PLATE NO: D44RYR                  REG CODE: 08              STATUS:  A
EXP DATE: 03 2024                 LAST DASH: 00             RENEWED: 01
REF-IND:  Y                       LEASED VEHICLE:  N        ISSUED:  01
PL TYPE:  PA                      PIN: 676 103 757

--------------------------------------------------------------------------------
PF3-END     PF4-ADDITIONAL OWNERS     PF6-NAME SEARCH     PF7-PREVIOUS VEHICLE
PF8-NEXT VEHICLE       PF9-LEASE INFO      PF11-CANCEL        PF12-MAIN MENU
```

```
193188333
02                    TRANSACTION FILE RECORD
PLATE NO  D44RYR         GOOD THRU  MAR 24    VIN      SALE97EU5L2024926
          ████████2882                MAKE L R          REG I          71.50
DEFENG CAO                           YEAR 2020          FD REG
88 REGENT ST APT 1012                TYPE WAGON        POST AUDIT
JERSEY CITY      NJ  07302-7611      MODEL RR          PLATE FEE
                                     COLOR WT
                                     PT PA             TITLE I          60.00
                                     MILEAGE 006826    SALES TAX   7 STXEXP
                                     WC 8              LFIS              0.00
                                     EQ 8              TOTAL   K       131.50
                                     REGCD 08          OG      HH20230690111
```



 

NJMVC New Jersey Motor Vehicle Commission

# Application for Vehicle Registration

*Utilize this form for first-time auto registrations (plates will be provided), or for auto registration renewal*

NJMVC **APPLICATION FOR VEHICLE REGISTRATION** *(Please complete both sides – print clearly)*

PLATE NUMBER: D44 RYB | PREFIX: | VEHICLE IDENTIFICATION NUMBER (VIN): SALE97EU5L2024926

NAME/OWNER: DEFENG CAO

STREET ADDRESS: 88 REGENT ST APT 1012

CITY: JERSEY CITY | STATE: NJ | ZIP: 07302 | COUNTY: HUDSON

NAME/CO-OWNER:

COMMERCIAL REGISTRATION ONLY REQUESTED REGISTRATION CODE:

NAME/LESSEE – If the vehicle is being leased for a period of one year or more, the owner must supply the lessee's information:

STREET ADDRESS:

CITY: | STATE: | ZIP: | DATE LEASE SIGNED: | TERM (Months):

REQUESTED REGISTRATION WEIGHT OR NUMBER OF PASSENGERS: | LEASE CANCELLATION | DATE LEASE CANCELED

| CHECK HERE IF THIS ADDRESS IS CHANGED FROM PREVIOUS RECORDS | RENEWAL | INITIAL | DUPLICATE | TRANSFER | REPLACEMENT PLATES | CODE CHANGE | INCREASE IN REG. WEIGHT | WILL THE VEHICLE BE USED AS A RENTAL? |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | YES ☐ NO ☑ |

| | GENDER | EYE COLOR | FULL DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| OWNER'S NJ DRIVER LICENSE NUMBER/CORPCODE: [redacted]2862 | MALE | BROWN | [redacted] ,1988 | [redacted] |
| CO-OWNER'S NJ DRIVER LICENSE NUMBER/CORPCODE: | | | / / | |
| LESSEE'S NJ DRIVER LICENSE NUMBER/CORPCODE: | | | / / | |

OWNER/LESSEE SIGN HERE: *[signature]*

CO-OWNER SIGN HERE:

*SUBMISSION OF THE SOCIAL SECURITY NUMBER IS REQUIRED BY N.J.A.C. 13:21-1.3. THE NUMBER WILL BE USED TO PREVENT ERRORS AND ENFORCE FEDERAL AND STATE LAWS IN THE COLLECTION OF MOTOR VEHICLE FEES.

(WE) THE APPLICANT(S) CERTIFIES THE STATEMENTS ON BOTH SIDES OF THIS APPLICATION ARE CORRECT. APPLICANTS FOR A REGISTRATION FOR A COMMERCIAL VEHICLE DECLARE KNOWLEDGE OF AND COMPLIANCE WITH THE FEDERAL MOTOR CARRIER SAFETY REGULATIONS ADOPTED IN N.J.A.C. 13:60, AS APPLICABLE. MISSTATEMENTS MAY RESULT IN SUSPENSION OF REGISTRATION OR DRIVING PRIVILEGES.

BA-49 (R7/19)

IS YOUR REGISTRATION PRIVILEGE NOW REVOKED OR SUSPENDED IN ANY STATE? YES ☐ NO ☑

IF YES – STATE ________ VIOLATION ________

ODOMETER READING 6826

THIS VEHICLE MUST BE COVERED BY LIABILITY INSURANCE IN THE MINIMUM AMOUNT REQUIRED BY LAW WITH A COMPANY AUTHORIZED TO WRITE LIABILITY INSURANCE IN NEW JERSEY.

**GIVE FULL NAME OF INSURANCE COMPANY AND POLICY NUMBER.**

WILL THIS VEHICLE BE USED FOR COMMERCIAL PURPOSES, WHICH IS DEFINED AS A MOTOR VEHICLE OR COMBINATION OF MOTOR VEHICLES USED OR DESIGNED TO TRANSPORT PERSONS OR PROPERTY? YES ☐ NO ☑

| INSURANCE COMPANY: | POLICY NUMBER: |
|---|---|
| THE CINCINNATI | A011118179 |

| | | |
|---|---|---|
| **TRADE OR COMPANY NAME CHANGE CANNOT BE MADE AT A MOTOR VEHICLE AGENCY. PLEASE ASK FOR INFORMATION OR CALL 1(609)292-6500.** | IF VEHICLE IS REGISTERED UNDER TRADE OR COMPANY NAME, FEDERAL TAX IDENTIFICATION NUMBER: | AGRICULTURAL CERTIFICATE NUMBER: |

ALL PASSENGER VEHICLES, ALL GASOLINE POWERED COMMERCIAL VEHICLES AND ALL DIESEL VEHICLES UP TO AND INCLUDING 8,500 POUNDS ARE SUBJECT TO INSPECTION AT A STATE AUTHORIZED INSPECTION FACILITY OR LICENSED PRIVATE INSPECTION FACILITY. DIESEL VEHICLES WITH A GROSS VEHICLE WEIGHT OF 18,000 OR MORE POUNDS ARE SUBJECT TO ANNUAL SMOKE OPACITY INSPECTION AT A LICENSED DIESEL EMISSION PRIVATE INSPECTION FACILITY.

DIESEL POWERED VEHICLES WITH A GVWR FROM 8,501 UP TO AND INCLUDING 17,999 POUNDS, EXCLUDING DIESEL BUSES AS DEFINED IN N.J.S.A. 39:8-60 AND PASSENGER VEHICLE TRANSPORTATION AS DEFINED IN N.J.A.C. 13:20-7.1, ARE SUBJECT TO SELF-INSPECTION REGULATIONS. IF SUBJECT TO SELF-INSPECTION, THE SIGNER(S) CERTIFIES THAT THIS VEHICLE HAS BEEN INSPECTED AND MAINTAINED AS REQUIRED BY LAW. COMMERCIAL MOTOR VEHICLES, AS DEFINED IN N.J.A.C. 13:60 AND 49 CFR PART 390.5, ARE SUBJECT TO AN ANNUAL INSPECTION PER 49 CFR 396.17. IF USED FOR SOLID WASTE DISPOSAL OR SOLID WASTE COLLECTION, THE SIGNER(S) CERTIFIES THAT THE VEHICLE HAS THE APPLICABLE APPROVALS FROM THE DEPARTMENT OF ENVIRONMENTAL PROTECTION.

OR MVC USE ONLY

POA
DC NJDL
0111

BA49 (7/2020)