**Exhibit 7**

```
ARRTL351                  REGISTRATION INFORMATION INQUIRY           DATE:  10/11/2023

AUTOPIC:▓▓▓▓ ▓▓▓▓▓▓2882              LAST TRAN NO: HH202306900000106
NAME:    DEFENG      CAO
STREET:  88 REGENT ST APT 1012
CITY:    JERSEY CITY   COUNTY: J
STATE:   NJ            ZIP:    07302 7611

VIN:    3C63R RPL4M G6175 94    VIN PFX:                      FUEL:       0
MAKE:   RAM                     COLOR: BK
MODEL:  350                     TYPE:  09
YEAR:   2021                    PAS/GVW/LEN: 08528            AXLES/PROP: 2

PLATE NO: D43RYR                REG CODE:  15                 STATUS:   A
EXP DATE: 03 2024               LAST DASH: 00                 RENEWED:  01
REF-IND:  Y                     LEASED VEHICLE:  N            ISSUED:   01
PL TYPE:  PA                    PIN:  676 103 252

---------------------------------------------------------------------------
PF3-END     PF4-ADDITIONAL OWNERS    PF6-NAME SEARCH    PF7-PREVIOUS VEHICLE
PF8-NEXT VEHICLE       PF9-LEASE INFO    PF11-CANCEL        PF12-MAIN MENU
```

```
193188332                                                    HH202306900000106  OG      121.00
02                      TRANSACTION FILE RECORD
PLATE NO  D43RYR      GOOD THRU  MAR 24   VIN     3C63RRPL4MG617594

          ▓▓▓▓ ▓▓▓▓ 2882              MAKE RAM              REG I              121.00

DEFENG CAO                            YEAR 2021             FD REG
88 REGENT ST APT 1012                 TYPE PKUP             POST AUDIT
JERSEY CITY      NJ   07302-7611      MODEL 350             PLATE FEE
                                      COLOR BK
                                      PT PA                 TITLE I             60.00
                                      MILEAGE 012912        SALES TAX    7 STXEXP
                                      GW  8528              LFIS                 0.00
                                      EQ  8528              TOTAL  K           181.00
                                      REGCD 15              OG     HH20230690106
```



 

# Application for Vehicle Registration

*Utilize this form for first-time auto registrations (plates will be provided), or for auto registration renewal*

**APPLICATION FOR VEHICLE REGISTRATION**
(Please complete both sides – print clearly)

PLATE NUMBER: D43 AYR
VEHICLE IDENTIFICATION NUMBER (VIN): 3C63RRPL4MG617594

NAME/OWNER: DEFENG CAO
STREET ADDRESS: 88 REGENT ST APT 1012
CITY: JERSEY CITY   STATE: NJ   ZIP: 07302   COUNTY: HUDSON

INITIAL: ✓
GENDER: MALE   EYE COLOR: BROWN   FULL DATE OF BIRTH: /1988

OWNER'S NJ DRIVER LICENSE NUMBER: ?882

WILL THE VEHICLE BE USED AS A RENTAL? NO ✓

BA-49 (R7/19)

IS YOUR REGISTRATION PRIVILEGE NOW REVOKED OR SUSPENDED IN ANY STATE? NO ✓
ODOMETER READING: 12912

WILL THIS VEHICLE BE USED FOR COMMERCIAL PURPOSES... PERSONS OR PROPERTY? NO ✓

INSURANCE COMPANY: **THE CINCINNATI**
POLICY NUMBER: **A011118179**



BA49 (7/2020)