**Exhibit 8**

*This document has been filed under seal.*