**Exhibit 9**

*This document has been filed under seal.*