**Exhibit 10**

*This document has been filed under seal.*