# Exhibit 11

*This document has been filed under seal.*