**Exhibit 13**

# HUDSON DIAMOND HOLDING LLC

## CONSENT OF SOLE MEMBER WITHOUT A MEETING

The undersigned, being the sole member of Hudson Diamond Holding LLC, a Delaware limited liability company (the "Company"), does hereby consent that a special meeting be dispensed with, for the purposes hereof, and does hereby take the following actions by written consent, pursuant to the provisions of Section 18-302(d) of the Delaware Limited Liability Company Act:

Adoption of the following resolutions:

Bank Account

RESOLVED, that the sole member of the Company be, and hereby is authorized to designate any bank, trust company or other similar institution (the "Bank") as depository of the funds, including, without limitation, cash and cash equivalents, of the Company and to open a regular U.S. Dollar checking account; and be it further

RESOLVED, that Yanping (Yvette) Wang be, and hereby is, appointed Signing Officer for the Company; and be it further

RESOLVED, that in connection with the signing of checks, drafts or other orders for payment of money issued in the name and on behalf of the Company against any funds deposited in any and all general or special bank accounts, the individual signature of Yanping (Yvette) Wang (in her individual capacity) be, and hereby is, authorized to sign checks, drafts or other orders for payment of money issued in the name of the Company against any funds deposited in any of such accounts; and be it further

RESOLVED, that the sole member or the Signing Officer of the Company be, and hereby are, authorized and directed to sign bank resolutions, signature cards and any other document, certificate, application or paper necessary or appropriate in their and the Bank's judgment for the purpose of updating the authorized signatories and restrictions pertaining to the account of the Company.

| | |
|---|---|
| Election of Officers | RESOLVED, that the following individuals shall serve as officers of the Company in the position set forth opposite their names below until the next meeting of the members and until their successors have been duly elected and have qualified, or until their earlier resignation, removal or death:<br><br>Yanping (Yvette) Wang    -    President<br><br>Max Krasner    -    Vice President |
| Facsimile or Electronic Signature | RESOLVED, that this consent may be executed by the sole member using a facsimile or other form of electronic signature, in which case the Company is entitled to rely on such signature as conclusive evidence that this consent has been duly executed by such member. |

IN WITNESS WHEREOF, this Consent of Sole Member Without a Meeting was executed on July 17, 2019

_/s/ Mei Guo_