## **Exhibit 19**

*This document has been filed under seal.*