# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

## CERTIFICATE OF SERVICE

The undersigned, counsel for Mei Guo, hereby certifies that on February 5, 2024, the Opposition of Mei Guo to Trustee's Motion for Entry of an Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 (the "Opposition") was electronically filed.

Notice of this filing was sent electronically to all parties registered to receive electronic service by operation of the Court's electronic filing system ("CM/ECF"), or by United States first-class mail to all other parties who are unable to accept electronic filing. Parties may access the documents through the Court's CM/ECF system.

Dated:  February 7, 2024
        Roseland, New Jersey

*/s/ Lee Vartan*
Lee Vartan (*Pro Hac Vice*)
Sam Della Fera, Jr. (*Pro Hac Vice*)
Melissa F. Wernick (*Pro Hac Vice*)
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 530-2107
Facsimile: (973) 325-1501

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as other aliases) last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

4884-2203-4339.v1

        Email:      lvartan@csglaw.com
                      sdellafera@csglaw.com
                      mwernick@csglaw.com

Aaron A. Romney (ct28144)
James M. Moriarty (ct21876)
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Email:      aromney@zeislaw.com
              jmoriarty@zeislaw.com

*Attorneys for Mei Guo*