UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------- x
:
In re:                                                           :
                                                                 :  Chapter 11
  HO WAN KWOK, et al.,                                  :
                                                                 :  Case No. 22-50073 (JAM)
        Debtors.              :
                                                                 :  (Jointly Administered)
                                                                 :
                                                                 :
                                                                 :
                                                                 :
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF APPEARRANCE

**PLEASE TAKE NOTICE**, that Michael J. Grudberg is appearing as counsel for Yinying Wang in the above-referenced action and respectfully requests that copies of all future pleadings, filings, notices, correspondences, and other papers be served upon the undersigned at the address set forth below.

Dated: New York, New York
       February 7, 2024

                               **TARTER KRINSKY & DROGIN LLP**

                               By: /s/ Michael J. Grudberg
                                   Michael J. Grudberg
                               1350 Broadway
                               New York, NY  10018
                               212.216.8035
                               mgrudberg@tarterkrinsky.com
                               *Attorneys for Yinyang Wang*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
       February 7, 2024

By: /s/ Michael J. Grudberg
    Michael J. Grudberg
1350 Broadway
New York, NY  10018
212.216.8035
mgrudberg@tarterkrinsky.com
*Attorneys for Yinyang Wang*