UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------- x
:
In re: :
: Chapter 11
HO WAN KWOK, et al., :
: Case No. 22-50073 (JAM)
Debtors. :
: (Jointly Administered)
:
:
---------------------------------------------------------------- x

**AFFIDAVIT OF DAVID H. WANDER IN SUPPORT OF MOTION FOR ADMISSION**
<u>**PRO HAC VICE**</u>

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

**DAVID H. WANDER**, being duly sworn, states:

1. I am submit this affidavit in support of the motion by Michael J. Grudberg, Esq. for an order admitting myself to this Court *pro hac vice* (the **"Motion"**).

2. I am a partner at Tarter Krinsky & Drogin, LLP, having a primary office at 1350 Broadway, New York, NY 10018, a primary telephone number at 212-216-8081, and the following email address: dwander@tarterkrinsky.com.

3. I am a member of the New York State Bar. My New York Bar number is: 046599.

4. I am in good standing with the New York bar, there are no disciplinary proceedings currently pending against me, and I have never been convicted of a crime.

5. I have never been denied admission nor disciplined by this Court.

6. I have reviewed and am fully familiar with the Federal Rules of Civil Procedure, as well as the applicable Local Rules for Bankruptcy Court for the District Court of Connecticut, as well as the Connecticut Rules of Professional Conduct.

2

7. I hereby designated Attorney Michael J. Grudberg, of Tarter Krinsky & Drogin, LLP, as my agent for service of process. I agree to use the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in this case.

8. Should the Court grant the Motion, I will promptly file a certificate of good standing from the New York bar with the Clerk of the Court.

9. The required fee of $200 will be submitted in tandem with the Motion.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

_____
David H. Wander

Sworn to before me on this 5th day of February, 2024.

_____
Notary Public

ROBERT A. WOLF
Notary Public, State of New York
No. 02WO6362918
Qualified in New York County
Commission Expires 08/07/2025