**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------- x
:
In re: :
:  Chapter 11
HO WAN KWOK, et al., :
:  Case No. 22-50073 (JAM)
Debtors. :
:  (Jointly Administered)
:
:
:
---------------------------------------------------------------- x

**OBJECTION AND JOINDER BY YINYING WANG TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER EXTENDING DEADLINE TO FILE AVOIDANCE ACTIONS UNDER §§ 108, 546(a), AND 549 OF THE BANKRUPTCY CODE**

Yinying Wang (**"Wang"**), by her attorneys, submits this objection and joinder to the Chapter 11 Trustee's motion for an order extending the Trustee's deadline to file avoidance actions under Bankruptcy Code §§ 108, 546(a), and 549 (the **"Motion"**) [ECF Doc. No. 2509].

1. Wang objects to the Motion, as it relates to Wang, because the Motion fails to set forth sufficient grounds for the tolling extension vis-a-vis Wang.

2. Wang also joins in the assertions and legal arguments in opposition to the Motion made by: (i) the Objection by Defeng Cao [ECF Doc. No. 2553], and (ii) the Objection by G Club Operations [ECF Doc. No. 2563].

3. For all of the reasons set forth above, Wang requests that the Court deny the Motion, as to Wang, and grant such other relief as the Court deems just and proper.

Dated: New York, New York
      February 7, 2024

**TARTER KRINSKY & DROGIN LLP**

By: /s/ Michael J. Grudberg
     Michael J. Grudberg
1350 Broadway
New York, NY  10018
212.216.8035
mgrudberg@tarterkrinsky.com
*Attorneys for Yinyang Wang*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, a copy of the foregoing Objection and Joinder was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. The Objection and Joinder may be accessed through the Court's CM/ECF System.

Dated: New York, New York
       February 7, 2024

                                By: /s/ Michael J. Grudberg
                                    Michael J. Grudberg
                              1350 Broadway
                              New York, NY  10018
                              212.216.8035
                              mgrudberg@tarterkrinsky.com