UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------ X   Chapter 11

In Re:

HO WAN KWOK, et al.,

              Debtors.

Case No. 22-50073 (JAM)

(Jointly Administered)

------------------------------------------------------------ X

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that Stephen P. Brown is appearing as counsel for **SOTHEBY'S INTERNATIONAL REALTY, INC.** in the above-referenced action and respectfully requests that copies of all future pleadings, filings, notices, correspondences, and other papers be served upon the undersigned at the address set forth below.

Dated: Stamford, Connecticut

      February 7, 2024

                        **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                        By: */s/ Stephen P. Brown* (ct 19876)
                              Stephen P. Brown, Esq.
                              **Counsel for Defendant**
                              **SOTHEBY'S INTERNATIONAL REALTY, INC.**
                              **1010 Washington Boulevard**
                              **Stamford, CT 06901**
                              **(203) 388-9100**
                              **Our File No. TBD**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2024, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Stephen P. Brown*
Stephen P. Brown