## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 22-50073 (JAM) |
| | ) | |
| HO WAN KWOK, et al. | ) | Chapter 11 |
| | ) | |
| Debtor | ) | February 8, 2024 |

## APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appears as counsel for Defeng Cao, party-in-interest in the above-captioned proceeding, and request that he be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices or other papers, filed or served, in this case, or any proceeding herein, be served upon the undersigned at the following address:

Defendants,
**Defeng Cao**

BY: _____/s/_____
Michael A. Carbone
Parrett, Porto, Parese & Colwell, PC
2319 Whitney Avenue, Ste 1-D
Hamden, CT 06518
203.281.2700
Fax 203.281.0700

Federal Bar #ct24425
Email: mcarbone@pppclaw.com

2

**CERTIFICATION OF SERVICE**

I hereby certify that on February 8, 2024, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

BY:     /s/ ct24425
Michael A. Carbone