**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------------- x
:
In re: :
:  Chapter 11
HO WAN KWOK, et al., :
:  Case No. 22-50073 (JAM)
Debtors. :
:  (Jointly Administered)
:
---------------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE, that James Nealon is appearing as counsel for **YONGBING ZHANG** in the above-referenced action and respectfully requests that copies of all future pleadings, filings, notices, correspondences, and other papers be served upon the undersigned at the address set forth below.

Dated:  Stamford, Connecticut
        February 8, 2024

By: *James Nealon*
    James Nealon, Esq. (ct08161)
    NEALON LAW LLC
    1266 East Main Street, Suite 700R
    Stamford, Connecticut 06902
    Ph:  (203) 635-7067 Ext. 803
    Fax: (203) 698-5031
    james.nealon@nealon-law.com

    *(Counsel to Yongbing Zhang)*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 8, 2024, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. This Appearance may be accessed through the Court's CM/ECF System.

Dated: Stamford, Connecticut  
February 8, 2024

                *James Nealon*  
                James Nealon (ct08161)