UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

In re:

HO WAN KWOK, et al.,

        Debtors.

Chapter 11

Case No. 22-50073 (JAM)

(Jointly Administered)

---

**OBJECTION AND JOINDER BY YONGBING ZHANG TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER EXTENDING DEADLINE TO FILE AVOIDANCE ACTIONS UNDER §§ 108, 546(a), AND 549 OF THE BANKRUPTCY CODE**

Yongbing Zhang ("**Zhang**"), by his undersigned attorneys, submits this objection and joinder to other Objections filed by certain parties to the Chapter 11 Trustee's motion for an order extending the Trustee's deadline to file avoidance actions under Bankruptcy Code §§ 108, 546(a), and 549 (the "**Motion**") [ECF Doc. No. 2509].

1. Zhang objects to the Motion, as it relates to Zhang, because the Motion fails to set forth sufficient grounds for the tolling extension vis-a-vis Zhang.

2. Zhang also joins in the assertions and legal arguments in opposition to the Motion made by the other objectors to the Motion, including, without limitation: (i) the Objection by Defeng Cao [ECF Doc. No. 2553]; (ii) the Objection by UBS AG Interested Party [ECF Doc. No. 2554); (iii) the Objection by Taurus Fund, LLC ("Taurus Fund"), Taurus Management, LLC ("Taurus Management"), and Scott Barnett (collectively, "Taurus")(ECF Doc. No. 2557); (iv) the Objection by G Club Operations [ECF Doc. No. 2563]; and (v) (the Objection by Chris Lee and Qidong Xia (ECF Doc. No. 2566).

1

3. As authorized by the Notice of Hearing, Zhang further states his intention to appear by counsel at the February 13, 2024 hearing on the Motion and to object at said place and time.

4. For all of the reasons set forth above, Zhang requests that the Court deny the Motion, both as a whole and as to Zhang, and grant such other relief as the Court deems just and proper.

Dated: Stamford, Connecticut
February 8, 2024

YONGBING ZHANG

By: *James Nealon*
James Nealon, Esq. (ct08161)
NEALON LAW LLC
1266 East Main Street, Suite 700R
Stamford, Connecticut 06902
Ph: (203) 635-7067 Ext. 803
Fax: (203) 698-5031
james.nealon@nealon-law.com

*(His Attorneys)*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 8, 2024, a copy of the foregoing Objection and Joinder was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. The Objection and Joinder may be accessed through the Court's CM/ECF System.

Dated: Stamford, Connecticut  
February 8, 2024

*James Nealon*  
James Nealon (ct08161)