# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, et al.[1],<br><br>            Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KATHERINE E. MATEO

Pursuant to D. Conn. L. Civ. R. 83.1(d), incorporated herein by L. Bankr. R. 1001-1(b), the undersigned, a member in good standing of the bar of this Court, and having entered an appearance in this matter, hereby moves this Court to admit Katherine E. Mateo, Esq., a member of the Bar of the State of New York, *pro hac vice* to appear in the within case and related proceedings on behalf of non-party Defeng Cao ("Mr. Cao"), and in support of this motion states the following:

1.     The primary office of Ms. Mateo is Olshan Frome Wolosky LLP, 1325 Avenue of the Americas, New York, New York 10019; main telephone number: (212) 451-2300; direct telephone number: (212) 451-2303; and her e-mail address is kmateo@olshanlaw.com.

2.     To the best of my knowledge and belief, Ms. Mateo is a member in good standing of the courts listed in her affidavit submitted herewith, there are no disciplinary proceedings pending against her in any jurisdiction, and she has not been disciplined or denied admission by this Court or any other court in any jurisdiction.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases), Genever Holdings LLC and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

12358991-1

3. I am a member in good standing of the United States District Connecticut and United States Bankruptcy for the District of Connecticut (CT24425).

4. Ms. Mateo is a member in good standing and admitted to practice before the highest courts in New York, (Bar No. 5557343).

5. Ms. Mateo has fully reviewed and is familiar with the local rules of the Bankruptcy Court for the District of Connecticut, the Federal Rules of Civil Procedure, and the Connecticut Rules of Professional Conduct.

6. Ms. Mateo has designated the undersigned counsel and/or other attorneys of Parrett, Porto, Parese & Colwell, PC who have appeared or who may appear herein, as agent for service of process, and the District of Connecticut as the forum for the resolution of any dispute arising out of said attorney's admission under Local Rule 83.1 (d).

7. The purpose of this Motion is to make it possible for Ms. Mateo to represent Mr. Cao in the above-captioned litigation.

8. The granting of this Motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

9. The payment of the prescribed amount to the Clerk of the Court is submitted herewith.

10. A duly sworn Affidavit as required by Local Rule 83.1 (d) of the Local Civil Rules of the United States District Court for the District of Connecticut is attached.

WHEREFORE, the undersigned respectfully requests that this Court admit Ms. Mateo, Esq. *pro hac vice* in this matter.

12358991-1

Respectfully submitted,

Dated: Hamden, Connecticut
February 8, 2024

By: /s/
Michael A. Carbone (CT24425)
Parrett, Porto, Parese & Colwell, PC
2319 Whitney Avenue, Ste 1-D
Hamden, CT 06518
Phone: 203.281.2700
Fax: 203.281.0700
mcarbone@pppclaw.com
*Attorneys for Non-Party Defeng Cao*

12358991-1

## CERTIFICATION OF SERVICE

I hereby certify that on February 8, 2024, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

BY: _____/s/__ct24425_____
  Michael A. Carbone

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al.[1], | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF KATHERINE E. MATEO, ESQ., IN SUPPORT**
**OF MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF NEW YORK     )
                                         )  ss.:
COUNTY OF NEW YORK )

I, KATHERINE E. MATEO, of full age, having been duly sworn according to law, depose and state the following:

1. I am an attorney and a member of the firm of Olshan Frome Wolosky LLP, with an office address of 1325 Avenue of the Americas, New York, New York 10019. The firm's main telephone number is (212) 451-2300; the facsimile number is (212) 451-2222; and my e-mail address is kmateo@olshanlaw.com.

2. I submit this affidavit in support of the motion for my admission *pro hac vice* as counsel on behalf of non-party Defeng Cao ("Mr. Cao") in the above-captioned case and related proceedings.

3. Pursuant to D. Conn. L. Civ. R. 83.l(d), I designate the District of Connecticut as the forum for any resolution of any dispute arising out of my admission.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases), Genever Holdings LLC and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

12360169-1

4. I am a member in good standing and admitted to practice before the highest courts in New York, (Bar No. 5557343).

5. I have no disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

6. I have read and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

7. I hereby designate Michael A. Carbone, Esq., of Parrett, Porto, Parese & Colwell, P.C. as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

8. This Court will receive a certificate of good standing from the State of New York within 60 days of admission.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
KATHERINE E. MATEO

Sworn to before me this
8th day of February 2024

_____
Notary Public

CHRISTINE ENIX ALEJO
Notary Public, State of New York
No. 01AL6092525
Qualified In Bronx County
Commission Expires May 19, 2027

2

12360169-1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, et al.[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

### ORDER GRANTING PRO HAC VICE ADMISSION TO KATHERINE E. MATEO, ESQ.,

A Motion for Admission *Pro Hac Vice* (The "Motion") was filed on February 08, 2024, by a member of the bar of this court on behalf of Katherine E. Mateo, Esq., attorney for of non-party Defeng Cao ("Mr. Cao") in the above-captioned case and related proceedings, and the motion having satisfied the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated herein by L. Bankr. R. 1001-1(b),

IT IS HEREBY ORDERED that Katherine E. Mateo, Esq., is hereby admitted *pro hac vice* to practice in the United States Bankruptcy Court for the District of Connecticut in connection with the above-captioned case and related proceedings.

_____
HONORABLE JULIE A. MANNING
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) Genever Holdings LLC and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).