**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*<br><br>              Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**MOTION TO PERMIT ERIC SCHMITT, COUNSEL FOR**
**THIRD-PARTY OBJECTORS CHRIS LEE AND QIDONG XIA, TO**
**APPEAR REMOTELY AT THE FEBRUARY 13, 2024 HEARING**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure, third-party objectors Chris Lee and Qidong Xia by and through undersigned counsel respectfully move the Court for permission for Attorney Eric T. Schmitt to appear remotely at the February 13, 2024, 1:30 p.m. hearing on the Trustee's Motion for Entry of an Order Extending Deadline for Trustee to Bring Avoidance Actions Under Bankruptcy Code Sections 108, 546, and 549 [ECF No. 2509] (the "Tolling Motion").

**REQUESTED RELIEF**

1.      On February 5, 2024, third-party objectors Chris Lee and Qidong Xia, through counsel filed their objections to the Tolling Motion [ECF No. 2566].

2.      On February 7, 2024, the February 5, 2024 motion to appear *Pro Hac Vice* on behalf of third-party objectors Chris Lee and Qidong Xia was granted. (ECF No. 2579).

3.      Mr. Schmitt works out of Chicago, Illinois. Given the time and expense needed to travel from Illinois, third-party objectors Chris Lee and Qudong Xia respectfully request that Mr. Schmitt be allowed to participate in the Hearing via the Court's zoom platform.  The sponsoring attorney for Mr. Schmitt, Jon Newton, will also attend the hearing in person.

**CONCLUSION**

WHEREFORE, for the foregoing reasons Chris Lee and Qidong Xia, third-party objectors respectfully request that Mr Schmitt be permitted to appear remotely before this Court on the hearing for the Matters on February 13, 2024 at 1:30 p.m.

Date: February 8, 2024                                    **Reid and Riege, P.C.**
Hartford, Connecticut

By:     /s/ Jon P. Newton
        Jon P. Newton
        Federal Bar No. ct03376
        One Financial Plaza, 21st Floor
        Hartford, CT 06103
        Telephone: (860) 240-1090
        Email: jnewton@reidandriege.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion was filed electronically on February 8, 2024, and therefore will be sent by email to those receiving email notices from the Court's electronic filing system.

/s Jon P. Newton
Jon P. Newton

00000.000/795689.1