# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## PROPOSED ORDER GRANTING MOTION TO APPEAR REMOTELY FOR FEBRUARY 13, 2024 HEARING

Upon the Motion of Eric Schmitt, counsel for Chris Lee and Qidong Xia, third-party objectors, for permission to appear remotely at the hearing scheduled for February 13, 2024 at 1:30 p.m. in the above-entitled case, notice having been provided and good cause appearing therefore, it is hereby

1.  ORDERED that the Motion is granted as set forth herein; and it is further

2.  ORDERED that Mr. Schmitt may participate in the February 13, 2024 hearing via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the conference remotely by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

00000.000/795691.1