**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x
LUC A. DESPINS, CHAPTER 11 TRUSTEE :
:
Plaintiff, :
:
v. :
:
LAMP CAPITAL LLC, INFINITY TREASURY :
MANAGEMENT INC., HUDSON DIAMOND NY :
LLC, HUDSON DIAMOND HOLDING LLC, :
LEADING SHINE NY LTD., MEI GUO AND :
YANPING, A/K/A "YVETTE", WANG, :
:
Defendants. :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT** the undersigned has been retained and appears as counsel for interested entity *GS Security Solutions, Inc..*, and demands that all notices, communications, and other papers herein be served upon the undersigned at the office stated below.

**DATED:** **February 9, 2024**
New York, New York

**HOUSER LLP**

*/s/Jordan W. Schur*
Jordan W. Schur, Esq.
60 E. 42nd Street, Suite 2200
New York, New York
Tel: (212) 490-3333
Fax: (212) 490-3332
jschur@houser-law.com
*Attorneys for Defendant(s)*

**Certificate of Service**

I hereby certify that on February 9, 2024 a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.