UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**MOTION TO PERMIT GENEVIEVE G. WEINER,
COUNSEL FOR DBS BANK LTD.,
TO APPEAR REMOTELY AT THE FEBRUARY 13TH HEARING**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure, third party DBS Bank Ltd. ("DBS") by and through undersigned counsel respectfully moves the Court for permission for Attorney Genevieve G. Weiner to appear remotely at the February 13, 2024, 1:30 p.m. hearing on the Trustee's Motion for Entry of an Order Extending Deadline for Trustee to Bring Avoidance Actions Under Bankruptcy Code Sections 108, 546, and 549 [ECF No. 2509] (the "Tolling Motion").

**REQUESTED RELIEF**

1. On February 2, 2024, this Court granted the Motion to Appear *Pro Hac Vice* of Genevieve G. Weiner of Sidley Austin LLC on behalf of DBS [ECF No. 2546].

2. On February 5, 2024, DBS, through counsel, filed its Reservation of Rights with respect to the Tolling Motion [ECF No. 2556].

3. Ms. Weiner works out of Los Angeles, California. Given the time and expense needed to travel from California, DBS respectfully requests that Ms. Weiner be allowed to participate in the hearing on the Tolling Motion via the Court's Zoom platform. The sponsoring attorney for Ms. Weiner, William S. Fish, Jr., is prepared to attend the hearing in person, but also moves for permission to be excused from attending the hearing on the Tolling Motion pursuant to Loc. R. Civ. P. 83.1(d)(2).

WHEREFORE, for the foregoing reasons, DBS respectfully requests that Ms. Weiner be permitted to appear remotely before this Court on the hearing for the Tolling Motion on February 13, 2024 at 1:30 p.m. without the in-person appearance of the undersigned sponsoring attorney.

Dated: January 30, 2024  
Hartford, Connecticut

**DBS BANK LTD.**

/s/ *William S. Fish, Jr.*
William S. Fish, Jr.
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, CT  06103
Telephone:    (860) 331-2700
Email: wfish@hinckleyallen.com
*Counsel to DBS Bank Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

### PROPOSED ORDER GRANTING MOTION TO APPEAR REMOTELY FOR FEBRUARY 13, 2024 HEARING

Upon the Motion for Permission for Genevieve G. Weiner to appear remotely at the hearing scheduled for February 13, 2024 at 1:30 p.m. in the above-entitled case, notice having been provided and good cause appearing therefor, it is hereby

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that Ms. Weiner may participate in the February 13, 2024 hearing via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the conference remotely by sending an email to the following court email address: [CalendarConnect_BPT@ctb.uscourts.gov](mailto:CalendarConnect_BPT@ctb.uscourts.gov).

3. ORDERED that William S. Fish, Jr., sponsoring attorney for Ms. Weiner, is excused from attending the February 13, 2024 hearing.

**CERTIFICATION**

I hereby certify that the foregoing Motion to Permit Counsel to Appear Remotely, was filed electronically on February 9, 2024, and therefore will be sent by email to those receiving email notices from the Court's electronic filing system.

                                              */s/ William S. Fish, Jr.*
                                              William S. Fish, Jr.