# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------- x

In re:                                                          :        Chapter 11
                                                                :
  HO WAN KWOK, et al.,                                 :        Case No. 22-50073 (JAM)
                                                                :
     Debtors.                              :        (Jointly Administered)
                                                                :
                                                                :
                                                                :
                                                                :
                                                                :
-------------------------------------------------------------- x


**ORDER GRANTING MOTION FOR ADMISSION OF**
**DAVID H. WANDER, ESQ. PRO HAC VICE**

     Upon the motion of for permission for David H. Wander, Esq. to appear remotely (the "Motion"); and notice of the Motion being given and good cause appearing therefore; it is hereby

     **ORDERED**, that the Motion is granted; and it is further

     **ORDERED**, that David Wander, Esq., may attend and participate in the February 13, 2024 hearing via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the conference remotely by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov; and it is further

     **ORDERED**, that the sponsoring attorney, Michael J. Grudberg. Esq. is excused from attending the hearing pursuant to Rule 83.1(d)(2) of the Local Rule of Civil Procedure for the United States District Court for the District of Connecticut.

Dated: New York, New York
      February 11, 2024

                         _____
                         **HONORABLE JULIE A. MANNING**
                         **UNITED STATES BANKRUPTCY JUDGE**