**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
HO WAN KWOK et al.,                       :    Case No. 22-50073 (JAM)
                                          :
             Debtors.¹                    :    Jointly Administered
                                          :
-------------------------------------------------------x
```

**CHAPTER 11 TRUSTEE'S MOTION PURSUANT TO BANKRUPTCY RULE 9006(b),**
**FOR ENTRY OF CONSENT ORDER EXTENDING TIME FOR TRUSTEE'S**
**PROFESSIONALS TO FILE INTERIM FEE APPLICATIONS**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the

chapter 11 case of Ho Wan Kwok (the "Debtor"), files this motion (the "Motion"), pursuant to

Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and District

of Connecticut Local Rule of Civil Procedure 7(b), upon the consent of the Official Committee of

Unsecured Creditors (the "Committee"), Pacific Alliance Asia Opportunity Fund, L.P. ("PAX"),

and the United States Trustee, hereby moves for an extension of time of five days from February

14, 2024 through and including February 19, 2024 for the Trustee's professionals to file interim

fee applications.  The Trustee requests this brief extension from the deadline provided by the *Order*

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained*

*Professionals* [ECF No. 2094] (the "Compensation Procedures Order") given the numerous other

---

¹    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
     Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
     Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
     mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
     LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
     (solely for purposes of notices and communications).

matters that require the attention of the Trustee and his professionals in the next week.    The Committee, PAX, and the United States Trustee have consented to the relief requested herein.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALL BLANK.]*

WHEREFORE, the Trustee respectfully requests entry of the Proposed Order (a) granting the relief requested herein, and (b) granting such other relief as is just and proper.

| | | |
|---|---|---|
| Dated: | February 11, 2024<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

      *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

      *and*

    Avram E. Luft (admitted *pro hac vice*)
    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com
    douglassbarron@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

## <u>EXHIBIT A</u>

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x
                                                     :
In re:                                               : Chapter 11
                                                     :
HO WAN KWOK, *et al.*,[1]                            : Case No. 22-50073 (JAM)
                                                     :
              Debtors.                               : (Jointly Administered)
-------------------------------------------------------------x

### [PROPOSED] CONSENT ORDER EXTENDING TIME FOR TRUSTEE'S PROFESSIONALS TO FILE INTERIM FEE APPLICATIONS

Upon the motion (the "Motion")[2] of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor") for entry of an order (this "Order") extending time for the Trustee's professionals to file interim fee applications (the "Fee Applications"); and upon the consent of the Committee, PAX, and the United States Trustee; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The time by which the Trustee's professionals must file their respective Fee Applications pursuant to the Compensation Procedures Order is extended until February 19, 2024.

3.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation.  The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                     :
In re:                                               :        Chapter 11
                                                     :
HO WAN KWOK *et al.*,                                :        Case No. 22-50073 (JAM)
                                                     :
                    Debtors.                         :        Jointly Administered
                                                     :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on February 11, 2024, the foregoing Motion, and all

declarations, exhibits and attachments thereto, was electronically filed.  Notice of this filing was

sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's

electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as

indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's

CM/ECF system.

Dated:        February 11, 2024
              New Haven, Connecticut


                                        By: */s/ Patrick R. Linsey*
                                            Douglas S. Skalka (ct00616)
                                            Patrick R. Linsey (ct29437)
                                            NEUBERT, PEPE & MONTEITH, P.C.
                                            195 Church Street, 13th Floor
                                            New Haven, Connecticut 06510
                                            (203) 781-2847
                                            dskalka@npmlaw.com
                                            plinsey@npmlaw.com

                                            *Counsel for the Chapter 11 Trustee*