**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------- x
: 
: 
In re: : Chapter 11
: 
HO WAN KWOK, et al., : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
: 
: 
---------------------------------------------------------------- x

## NOTICE OF APPEARRANCE

**PLEASE TAKE NOTICE**, that David H. Wander, Esq. is appearing as counsel for Yinying Wang in the above-referenced action and respectfully requests that copies of all future pleadings, filings, notices, correspondences, and other papers be served upon the undersigned at the address set forth below.

Dated: New York, New York
February 12, 2024

**TARTER KRINSKY & DROGIN LLP**

By: /s/ David H. Wander
David H. Wander
1350 Broadway
New York, NY 10018
212.216.8081
dwander@tarterkrinsky.com
*Attorneys for Yinyang Wang*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2024, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. The Notice of Appearance may be accessed through the Court's CM/ECF System.

Dated: New York, New York
　　　　February 12, 2024

　　　　　　　　　　　　　　　　　　　　　　By: David H. Wander
　　　　　　　　　　　　　　　　　　　　　　　　　David H. Wander
　　　　　　　　　　　　　　　　　　　　　　1350 Broadway
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10018
　　　　　　　　　　　　　　　　　　　　　　212.216.8081
　　　　　　　　　　　　　　　　　　　　　　dwander@tarterkrinsky.com