**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

# MOTION TO PERMIT LISA J. FRIED, COUNSEL FOR UBS AG, TO APPEAR REMOTELY AT THE FEBRUARY 13 HEARING

Non-party UBS AG ("UBS"), by and through its undersigned counsel, respectfully submits this motion (the "Motion"), pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rues of Bankruptcy Procedure, for permission for UBS's counsel Lisa J. Fried to appear remotely at the February 13, 2024 hearing on the *Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549* [ECF No. 2509] (the "Motion"), filed by Luc A Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the above-captioned chapter 11 case. In support of this Motion, UBS respectfully states as follows:

## REQUESTED RELIEF

1. On February 5, 2024, UBS, through its counsel, filed its objection to the Motion (the "Objection") [ECF Nos. 2554-55].

---

[1] The debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation (collectively, the "Debtors").

1

11/85411325_1

2. The parties have now resolved UBS's Objection and will be making appropriate filings to memorialize that resolution. In addition, on February 9, 2024, the Trustee withdrew his *Motion for Entry of Order Compelling UBS AG to Comply with Rule 2004 Subpoena* [ECF No. 1362; Notice of Withdrawal filed at ECF No. 2618]. Accordingly, there are no disputes presently pending between the Trustee and UBS.

3. Ms. Fried works out of New York, New York. Ms. Fried intends to appear at the hearing on February 13, 2024 in the event that the Court has any questions for UBS, but given that the parties have resolved their disputes, and the time and expense needed to travel from New York, UBS respectfully requests that Ms. Fried be allowed to participate in the hearing on the Motion via the Court's Zoom platform.

WHEREFORE, for the foregoing reasons, UBS respectfully requests that Ms. Fried be permitted to appear remotely before this Court on the hearing for the Motion on February 13, 2024.

Dated: February 12, 2024
New York, New York

                                              UBS AG

                                              By: */s/ Lisa J. Fried*
                                              Lisa J. Fried (ct31425)
                                              HERBERT SMITH FREEHILLS
                                                 NEW YORK LLP
                                              450 Lexington Avenue
                                              New York, New York 10017
                                              (917) 542-7600
                                              lisa.fried@hsf.com

                                              *Counsel for Non-Party UBS AG*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## PROPOSED ORDER GRANTING MOTION TO APPEAR REMOTELY FOR FEBRUARY 13, 2024 HEARING

Upon the Motion to Permit Lisa J. Fried to appear remotely at the hearing scheduled for February 13, 2024 at 1:30 p.m. in the above-captioned proceeding (the "Motion"), notice having been provided and good cause appearing therefor, it is hereby:

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that Ms. Fried may participate in the February 13, 2024 hearing via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the conference remotely by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

11/85411325_1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 12, 2024, the foregoing Motion was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

Dated: February 12, 2024          UBS AG

By:    */s/ Lisa J. Fried*

Lisa J. Fried (ct31425)
HERBERT SMITH FREEHILLS
  NEW YORK LLP
450 Lexington Avenue
New York, New York 10017
(917) 542-7600
lisa.fried@hsf.com

*Counsel for Non-Party UBS AG*