UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

### MEI GUO'S MOTION TO PERMIT CONNECTICUT COUNSEL TO APPEAR REMOTELY FOR THE FEBRUARY 13, 2024, HEARING

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), interested party Mei Guo ("Ms. Guo"), respectfully moves (this "Motion") this Court for permission for Attorney James M. Moriarty of the law firm Zeisler & Zeisler, P.C. to appear remotely on behalf of Ms. Guo at the hearing currently scheduled for Tuesday, February 13, 2024. In support of the Motion, Ms. Guo respectfully states:

### JURISDICTION AND VENUE

1.  The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. The statutory bases for the relief sought herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1001.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as other aliases) last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## BACKGROUND AND REQUESTED RELIEF

2.      The Court scheduled a hearing in the above-captioned case for February 13, 2024 at 1:30 PM (the "Hearing") on the Trustee's Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections, 108, 546(a), and 549 (the "Tolling Motion") [ECF 2509]. Ms. Guo has filed an Objection to the Tolling Motion. Attorney Moriarty will appear for Ms. Guo during the hearing as local counsel; Ms. Guo's objection will be argued by counsel from Chiesa, Shahinian & Giantomasi, PC.

3.      As of the filing of this Motion, a winter storm warning has been issued for all of Connecticut for February 13 and potentially dangerous travel conditions are predicted for much of that day. Attorney Moriarty's office is based in Bridgeport, but he resides in northwest New Haven County, approximately forty (40) minutes from Bridgeport.

4.      Based on the present forecast, and out of an abundance of caution, Ms. Guo respectfully seeks leave for Attorney Moriarty to attend the Hearing via the Court's ZOOM.Gov platform. Should weather and travel conditions permit, Attorney Moriarty will appear in person.

5.      This Motion is made one day before the request to appear remotely because the need to appear remotely has only become apparent within last day as the weather forecast for February 13 became more certain.

## CONCLUSION

**WHEREFORE**, Ms. Guo respectfully requests that Attorney James M. Moriarty be permitted to appear remotely before this Court on February 13, 2024 at 1:30 PM.

Dated: Bridgeport, Connecticut
February 12, 2024

/s/ *James M. Moriarty*
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5485
*Local Counsel for Mei Guo*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: <br><br> HO WAN KWOK,[2] <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-50073 (JAM) |

**[PROPOSED] ORDER GRANTING MEI GUO'S MOTION TO PERMIT CONNECTICUT COUNSEL TO APPEAR REMOTELY FOR THE FEBRUARY 13, 2024, HEARING**

Upon consideration of Mei Guo's Motion to Permit Counsel to Appear Remotely for February 13, 2024 Hearing (the "Motion"); and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and it appearing that cause exists to grant the relief sought in the Motion; it is hereby

ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED as set forth herein.

2. Counsel for Ms. Guo, Attorney James M. Moriarty, is hereby granted leave to appear remotely at the hearing scheduled for Tuesday, February 13, 2024.

---

[2] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as other aliases) last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

5

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 12, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email by operation of the court's electronic filing system. Parties in interest may access this document through the court's CM/ECF System.

                 */s/ James M. Moriarty*
                 James M. Moriarty (ct21876)