**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al.[1], | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**MOTION TO PERMIT KATHERINE E. MATEO, ESQ.,
COUNSEL FOR DEFENG CAO, TO APPEAR REMOTELY**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure, Defeng Cao ("Mr. Cao"), by and through his attorneys, respectfully moves that this Court permit Katherine E. Mateo, Esq. to appear remotely at the hearing, currently scheduled for February 13, 2024 at 1:30 p.m. (the "Hearing"), on the Trustee's motion for an order extending the Trustee's deadline to file avoidance actions (the "Motion") [ECF Doc. No. 2509]. In support of this motion, Mr. Cao respectfully states as follows:

REQUESTED RELIEF

1. On February 5, 2024, Mr. Cao filed an objection and joinder to the Motion [ECF Doc. No. 2553].

2. On February 8, 2024, Mr. Cao filed a motion to allow Ms. Mateo to be admitted by the Court *pro hac vice* to represent Mr. Cao [ECF Doc. No. 2592].

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

12366170-1

3. On February 9, 2024, Ms. Mateo's *pro hac vice* motion was granted [ECF Doc. No. 2607].

4. At the time of this filing, the weather forecast predicts inclement weather in much of the northeastern United States and potentially dangerous travel conditions on the date of the Hearing.

5. Ms. Mateo is located in Sparta, NJ, with her office in New York, NY.

6. Out of an abundance of caution, counsel to Mr. Cao respectfully requests permission for counsel to attend the Hearing remotely via the Court's ZOOM.Gov platform.

7. As Ms. Mateo intends to remotely appear for the hearing, Mr. Cao also respectfully requests that the Court excuse sponsoring attorney Michael A. Carbone from attending the hearing pursuant to Rule 83.1(d)(2) of the Local Rule of Civil Procedure for the United States District Court for the District of Connecticut.

## CONCLUSION

8. For the foregoing reasons, Mr. Cao respectfully requests that counsel be permitted to appear remotely in the Hearing before this Court on February 13, 2024 at 1:30 PM.

Dated: New York, New York
February 12, 2024

OLSHAN FROME WOLOSKY LLP

By_____/s/_____
Michael A. Carbone
Parrett, Porto, Parese & Colwell, PC
2319 Whitney Avenue, Ste 1-D
Hamden, CT 06518
203.281.2700
Fax 203.281.0700

By: */s/ Katherine E. Mateo*
Katherine E. Mateo (*admitted pro hac vice*)
Adam H. Friedman
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
*Attorneys for Non-Party Defeng Cao*

12366170-1

## **CERTIFICATE OF SERVICE**

I, KATHERINE E. MATEO, hereby certify that on February 12th, 2024 I caused true and correct copies of the foregoing document to be served on all counsel of record by CM/ECF. Parties may access this filing through the Court's CM/ECF System.

        /s/ *Katherine E. Mateo*
        KATHERINE E. MATEO

        */s/Michael A. Carbone*
        MICHAEL A. CARBONE

12366170-1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, et al.[1],<br><br>               Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

### ORDER GRANTING MOTION TO PERMIT KATHERINE E. MATEO, ESQ., COUNSEL FOR DEFENG CAO, TO APPEAR REMOTELY

Upon the motion of for permission for Katherine E. Mateo, Esq. to appear remotely (the "Motion"); and notice of the Motion being given and good cause appearing therefore; it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that Katherine E. Mateo, Esq., may attend and participate in the February 13, 2024 hearing via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the conference remotely by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

12366221-1

2

**ORDERED**, that the sponsoring attorney, Michael A. Carbone Esq. is excused from attending the hearing pursuant to Rule 83.1(d)(2) of the Local Rule of Civil Procedure for the United States District Court for the District of Connecticut.

Dated: New York, New York
February 12, 2024

_____
**HONORABLE JULIE A. MANNING**
**UNITED STATES BANKRUPTCY JUDGE**

12366221-1