**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                            :     Chapter 11
:
HO WAN KWOK, *et al.*,[1]                         :     Case No. 22-50073 (JAM)
:
      Debtors.                              :     (Jointly Administered)
:
---------------------------------------------------------x

**TRUSTEE'S WITNESS AND EXHIBIT LISTS IN CONNECTION WITH
FEBRUARY 13, 2024 HEARING ON TRUSTEE'S MOTION FOR ENTRY OF ORDER
EXTENDING DEADLINE FOR TRUSTEE TO FILE AVOIDANCE ACTIONS UNDER
BANKRUPTCY CODE SECTIONS 108, 546(a), AND 549**

Luc Despins, as the appointed Chapter 11 Trustee to the Debtor's estate (the "Trustee"), by and through his undersigned counsel, provides the witness list attached hereto as **Exhibit A** and exhibit list attached hereto as **Exhibit B** for the February 13, 2024 hearing (the "Hearing") on the Trustee's *Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549* [Main Case, ECF No. 2509] before the Hon. Julia A. Manning, United States Bankruptcy Court for the District of Connecticut (Bridgeport), Courtroom 123, 915 Lafayette Blvd., Bridgeport, CT.

The Trustee reserves the right to supplement or amend these lists. The Trustee further reserves the right to introduce or otherwise rely upon any exhibit offered by any other party. The Trustee further reserves the right to introduce additional exhibits for authentication, rebuttal or

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

impeachment purposes. The Trustee further reserves the right to use demonstratives, including to summarize certain evidence, that is presented during the Hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated:    February 12, 2024          LUC A. DESPINS,
               Washington, D.C.          CHAPTER 11 TRUSTEE

By: */s/ Nicholas A. Bassett*
    Nicholas A. Bassett (admitted *pro hac vice*)
    Paul Hastings LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    and

    Avram E. Luft (admitted *pro hac vice*)
    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com
    douglassbarron@paulhastings.com

    and

    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

    *Counsel for the Chapter 11 Trustee*

## EXHIBIT A: WITNESS LIST

The Trustee designates the following individuals whom he presently anticipates may be called as witnesses at the Hearing:

1. Luc A. Despins
2. Any witness called by any other party.

## EXHIBIT B: EXHIBIT LIST

1. The Trustee submits the following affirmative exhibits that he presently anticipates may be introduced at the Hearing. The Trustee further reserves the right to introduce, rely upon, and/or have the Court take judicial notice of other docket entries in this case.

| Trustee Exhibit | Description of Exhibit | Case No.; ECF No. |
|---|---|---|
| 1. | Deposition transcript for Ho Wan Kwok dated March 2, 2023 | 23-05005; 113-12 |
| 2. | Deposition transcript for Mei Guo dated September 13, 2023 | 23-05005; 113-129 |
| 3. | Entry of Default | 22-05027; 90 |
| 4. | Order Granting, Pursuant to Bankruptcy Rule 9019, Motion of Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation Regarding Settlement with Bravo Luck Limited and Mileson Guo (A/K/A Qiang Guo and/or Guo Qiang) | 22-05027; 118 |
| 5. | Order Granting Motion of Chapter 11 Trustee for Estate of Ho Wan Kwok for Entry of Default Judgment Golden Spring (New York) Ltd. and China Golden Spring Group (Hong Kong) Limited | 23-05018; 35 |
| 6. | Motion of Chapter 11 Trustee to Authorize and Compel Discovery on Proposed Intervenors Shih Hsin Yu, 1332156 B.C. Ltd., GWGOPNZ Limited, Japan Himalaya League, Inc. and Authorizing Discovery on Additional Parties | 23-05013; 67 |
| 7. | The HCHK Creditors' Notice of Appeal | 23-05013; 80 |
| 8. | Entry of Default | 23-05013; 139 |
| 9. | Defendants' Notice of Appeal | 23-05013; 150 |
| 10. | Order Granting Motion for Order Requiring Production of G-Club Documents | 23-05013; 179 |
| 11. | Entry of Default | 23-05013; 222 |
| 12. | Memorandum of Decision and Order Denying Motion to Intervene and Motion to Clarify Temporary Restraining Order | 23-05013; 239 |
| 13. | The Proposed Intervenors' Notice of Appeal | 23-05013; 250 |
| 14. | Entry of Default | 23-05023; 13 |
| 15. | Motion of Chapter 11 Trustee for Entry of Order Compelling Mei Guo to Appear and Testify at a Deposition | 23-05008; 32 |
| 16. | Motion of Chapter 11 Trustee Pursuant to Federal Rules of Civil Procedure 26, 30, 37, and 45, Federal Rules of Bankruptcy Procedure 7026, 7030, 7037, and 9016, and Court's Inherent Authority for Entry of Order Compelling Anton Development Limited, Whitecroft Shore Limited, and | 23-05008; 46 |

|     |                                                                                                                                                           |                     |
| --- | --------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------- |
|     | Defendant to Comply with Subpoenas and Awarding Sanctions                                                                                                 |                     |
| 17. | Order Compelling Anton Development Limited, Whitecroft Shore Limited, and the Defendant to Comply with Subpoenas and Awarding Sanctions                   | 23-05008; 63        |
| 18. | Mei Guo's Responses to First Set of Interrogatories                                                                                                       | 23-05008; 89-26     |
| 19. | Mei Guo's Responses to First Set of Requests for Admission by Chapter 11 Trustee                                                                          | 23-05008; 89-27     |
| 20. | Mei Guo's Responses to First Requests for Production of Documents by Chapter 11 Trustee                                                                   | 23-05008; 89-28     |
| 21. | Equitable Tolling Order in *In re: Solomon Dwek, et. al.*                                                                                                 | 22-50073; 25090-1   |
| 22. | Equitable Tolling Order in *In re: Rockport Development, Inc.*                                                                                            | 22-50073; 25090-2   |
| 23. | Equitable Tolling Order in *In re: Visiting Nurse Association of the Inland Counties*                                                                     | 22-50073; 25090-3   |
| 24. | Equitable Tolling Order in *In re: Builders Holding Co. Corp.*                                                                                            | 22-50073; 25090-4   |
| 25. | Equitable Tolling Order in *In re: D&L Energy, Inc., et. al.*                                                                                             | 22-50073; 25090-5   |
| 26. | Equitable Tolling Order in *In Re: Network Services Solutions, LLC*                                                                                       | 22-50073; 25090-6   |
| 27. | Equitable Tolling Order in *In re: Farm-Rite, Inc.*                                                                                                       | 22-50073; 25090-7   |
| 28. | Equitable Tolling Order in *In re: Anton & Chia, LLP*                                                                                                     | 22-50073; 25090-8   |
| 29. | Equitable Tolling Order in *In re: Uplift RX, LLC*                                                                                                        | 22-50073; 25090-9   |
| 30. | Transcript of Motion Hearing dated February 2, 2009                                                                                                       | 22-50073; 25090-10  |
| 31. | Memorandum of Law of HK International Funds Investments (USA) Limited, LLC and Mei Guo Submitted Pursuant to the Court's March 23, 2023 Order             | 22-05003; 173       |
| 32. | Memorandum of Decision and Order Granting Motion for Partial Summary Judgment od Second Counterclaim                                                      | 22-05003; 221       |
| 33. | Voluntary Petition for Individuals Filing for Bankruptcy                                                                                                  | 22-50073; 1         |
| 34. | Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement                                                                | 22-50073; 2         |
| 35. | Official Form 122B – Chapter 11 Statement of Your Current Monthly Income                                                                                  | 22-50073; 3         |
| 36. | Official Form 104 – For individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          | 22-50073; 4         |
| 37. | Verification of Creditor Matrix                                                                                                                           | 22-50073; 5         |

| | | |
|---|---|---|
| **38.** | Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs | 22-50073; 77 |
| **39.** | Official Form 106SUM – Summary of Your Assets and Liabilities and Certain Statistical Information | 22-50073; 78 |
| **40.** | Notice of Appointment of Chapter 11 Trustee | 22-50073; 514 |
| **41.** | The Debtor's Motion for Relief from order Appointing Luc A. Despins as Chapter 11 Trustee | 22-50073; 561 |
| **42.** | Motion of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 363, 541, 1108, and 1505, (A) Confirming That Chapter 11 Trustee Holds All of the Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of the Estate, and (C) Granting Related Relief | 22-50073; 598 |
| **43.** | Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Examination of Ho Wan Kwok and Production of Documents | 22-50073; 636 |
| **44.** | Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Various Legal and Financial Advisors to the Debtor | 22-50073; 637 |
| **45.** | Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Various Entities and Individuals Affiliated with Debtor | 22-50073; 638 |
| **46.** | Debtor's Response to Motion of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 363, 541, 1108, and 1505, (A) Confirming That Chapter 11 Trustee Holds All of the Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of the Estate, and (C) Granting Related Relief | 22-50073; 643 |
| **47.** | Debtor's Objection to Revised Proposed Order, Pursuant to Bankruptcy Code Sections 363, 521, 541, 1108, and 105, (A) Confirming That Chapter 11 Trustee Holds All of the Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of the Estate, and (C) Granting Related Relief | 22-50073; 678 |
| **48.** | Notice of Appeal | 22-50073; 711 |
| **49.** | Amended Notice of Appeal | 22-50073; 715 |
| **50.** | Notice of Appeal | 22-50073; 723 |

| | | |
|---|---|---|
| **51.** | Order Granting Chapter 11 Trustee's Application for Rule 2004 Discovery With Respect to Various Legal and Financial Advisors to the Debtor | 22-50073; 756 |
| **52.** | Order granting Chapter 11 Trustee's Application for Rule 2004 Examination of Ho Wan Kwok | 22-50073; 757 |
| **53.** | Order Granting Chapter 11 Trustee's Application for Rule 2004 Discovery With Respect to Various Entities and Individuals Affiliated With Debtor | 22-50073; 758 |
| **54.** | First Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Legal and Financial Advisors to the Debtor, Entities and Individuals Affiliated with Debtor, and Relevant Banks | 22-50073; 839 |
| **55.** | Order Granting First Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Legal and Financial Advisors to the Debtor, Entities and Individuals Affiliated with Debtor, and Relevant Banks | 22-50073; 866 |
| **56.** | Motion of Chapter 11 Trustee for Entry of Order Holding Debtor in Civil Contempt for Failure to Comply with Corporate Governance Order | 22-50073; 913 |
| **57.** | Motion to Quash Third-Party Subpoena to Williams & Connolly | 22-50073; 1002 |
| **58.** | Chapter 11 Trustee's Objection to Motion to Quash Third-Party Subpoena to Williams & Connolly and Cross-Motion to Compel | 22-50073; 1023 |
| **59.** | Motion of Chapter 11 Trustee for Entry of Order Compelling Individual Debtor, Mei Guo, HK International Funds Investments (USA) Limited, LLC, Hing Chi Ngok, Greenwich Land LLC, Lamp Capital LLC, and Golden Spring (New York) Ltd. to Comply with Rule 2004 Subpoenas | 22-50073; 1046 |
| **60.** | Second Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Legal and Financial Advisors to the Individual Debtor, Entities and Individuals Affiliated with Debtor, Relevant Banks and Entities Doing Business with Debtor and Affiliated Entities | 22-50073; 1116 |
| **61.** | Order Granting Chapter 11 Trustee's Second Supplemental Omnibus Motion for 2004 Examination | 22-50073; 1184 |
| **62.** | Notice of Appeal | 22-50073; 1226 |
| **63.** | Third Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to | 22-50073; 1259 |

| | | |
|---|---|---|
| | Additional Entities and Individuals Affiliated with Debtor, Relevant Banks and Entities Doing Business with Debtor and Affiliated Entities | |
| **64.** | Motion for Order Removing Trustee | 22-50073; 1274 |
| **65.** | HCHK Technologies, Inc. HCHK Property Management, Inc. and Lexington Property and Staffing, Inc. Objection to Production Request, Motion to Quash and/or Motion to Modify 2004 Examination Subpoenas | 22-50073; 1291 |
| **66.** | Motion to Quash Third-Party Subpoena to Ivey, Barnum & O'Mara, LLC | 22-50073; 1301 |
| **67.** | Motion of Chapter 11 Trustee for Entry of Order Compelling JPMorgan Chase Bank N.A. to Comply with Rule 2004 Subpoena | 22-50073; 1303 |
| **68.** | Order Granting Third Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Entities and Individuals Affiliated with Debtor, Relevant Banks and Entities Doing Business with Debtor and Affiliated Entities | 22-50073; 1339 |
| **69.** | Emergency Motion of Chapter 11 Trustee and Genever Debtors for Entry of Order (A) Compelling Individual Debtor to Comply With Preliminary Injunction Respect to Claims Process, (B) Quashing Individual Debtors' Objections to Claims, and (C) Barring Individual Debtor from Filing Further Objections to Claims, Absent Leave of Court | 22-50073; 1345 |
| **70.** | Order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoenas | 22-50073; 1353 |
| **71.** | Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG to Comply with Rule 2004 Subpoena | 22-50073; 1362 |
| **72.** | Order Granting Motion to Hold Debtor in Contempt of Corporate Governance Order | 22-50073; 1372 |
| **73.** | Order to Appear and Show Cause Why the Court Should Not Hold the Non-Responding Parties in Contempt of Court | 22-50073; 1397 |
| **74.** | Notice of Appeal | 22-50073; 1443 |
| **75.** | Notice of Filing of Declaration of Mr. Ho Wan Kwok Concerning Invocation of 5th Amendment Privilege in Regard to Rule 2004 Discovery | 22-50073; 1444 |
| **76.** | Motion of Chapter 11 Trustee for Order to Show Cause why Debtor, Mei Guo, and HK (USA) Should Not Be Held in Contempt of Court for Failure to Comply With Order Compelling Compliance with Rule 2004 Subpoenas and Sanctioned for Such Contempt | 22-50073; 1453 |
| **77.** | Order Granting in Part Motion For Order to Appear and Show Cause Why the Court Should Not Hold the HK Parties in Contempt of Court | 22-50073; 1455 |
| **78.** | Notice of Jiaming Liu's Motion to Quash Subpoena | 22-50073; 1465 |

| 79. | Chapter 11 Trustee's Objection to Motion to Quash Third-Party Subpoena to Jiaming Liu and Cross-Motion to Compel | 22-50073; 1487 |
|---|---|---|
| 80. | Declaration of Lee Vartan, Esq. In Opposition to Trustee's Order to Show Cause Regarding Compliance with Rule 2004 Subpoenas and January 20, 2023 Order | 22-50073; 1512 |
| 81. | Motion of Chapter 11 Trustee for Entry of Order Compelling TD Bank, M.A. to Comply with Rule 2004 Subpoena | 22-50073; 1521 |
| 82. | Order Holding HK Parties in Contempt of Court and Sanctioning HK Parties, Attorney Vartan and Chiesa Shahinian & Giantomasi PC | 22-50073; 1537 |
| 83. | Notice of Himalaya Investment LLC's Motion to Quash Subpoena | 22-50073; 1541 |
| 84. | Order to Appear at Continued Hearing and Show Cause Why the Court Should Not Hold the Non-Responding Parties in Contempt of Court | 22-50073; 1546 |
| 85. | Chapter 11 Trustee's Objection to Motion to Quash Third-Party Subpoena to Himalaya Investment LLC and Cross-Motion to Compel | 22-50073; 1576 |
| 86. | Fourth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Entities and Individuals Affiliated with Debtor, Relevant Banks and Entities Doing Business with Debtor and Affiliated Entities | 22-50073; 1592 |
| 87. | Notice of Appeal | 22-50073; 1595 |
| 88. | Notice of Withdrawal of Motion for Order Removing Trustee | 22-50073; 1635 |
| 89. | Order Granting Fourth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Entities and Individuals Affiliated with Debtor, Relevant Banks and Entities Doing Business with Debtor and Affiliated Entities | 22-50073; 1646 |
| 90. | Order Holding Golden Spring and Lamp Capital in Contempt of Court | 22-50073; 1709 |
| 91. | Notice of Appeal | 22-50073; 1750 |
| 92. | Fifth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Entities and Individuals Affiliated with Debtor, and Entities Doing Business with Debtor and Affiliated Entities | 22-50073; 1789 |
| 93. | Motion of Chapter 11 Trustee for Entry of Order Compelling GTV Media Group, Inc., Saraca Media Group, Inc., and G-Club Operations LLC to Comply with Rule 2004 Subpoenas and for Entry of an Order Holding G-Club US Operations LLC, G-Club US Operations Inc., Hudson Diamond NY LLC, | 22-50073; 1805 |

| | | |
|---|---|---|
| | Hudson Diamond Holding LLC, G-Fashion LLC, Gnews LLC, US Himalaya Capital Inc., New York MOS Himalaya LLC, Crane Advisory Group LLC, and Maywind Trading LLC in Civil Contempt for Failing to Respond to Rule 2004 Subpoenas | |
| 94. | G Club Operations LLC's Motion to Extend Time to Respond to Trustee's Motion to Compel Compliance with Rule 2004 Subpoena and Continue Hearing Date | 22-50073; 1845 |
| 95. | G Club Operations LLC's (1) Preliminary Objection to Trustee's Motion to Compel and (2) Motion to Modify Rule 2004 Subpoena | 22-50073; 1846 |
| 96. | Order Granting Chapter 11 Trustee's Fifth Supplemental Omnibus Motion for 2004 Examination | 22-50073; 1891 |
| 97. | Order Granting in Part Motion for Entry of Order Holding Non-Responding Parties in Civil Contempt of Court | 22-50073; 1892 |
| 98. | Order Requiring GTV Media, Inc., Saraca Media Group, Inc. and Attorney Aaron A. Mitchell to Appear and Show Cause Why GTV Media, Inc. and Saraca Media Group, Inc. Should Not Be Held in Civil Contempt of Court | 22-50073; 1893 |
| 99. | Consent Order Regarding Motion of Chapter 11 Trustee For Entry of an Order Holding Hudson Diamond NY LLC and Hudson Diamond Holding LLC in Civil Contempt for Failing to Respond to Rule 2004 Subpoenas | 22-50073; 1896 |
| 100. | Emergency Motion of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Rules 9014(c) and 9016, Quashing Subpoenas and Confirming that HK Parties and Not Entitled to Discovery in Connection with Trustee's Lady May Sale Motion | 22-50073; 1912 |
| 101. | Order Granting Motion to Compel G-Club to Comply with Rule 2004 Subpoena | 22-50073; 1960 |
| 102. | G Club Operations LLC's Notice Re: Motion, Pursuant to Bankruptcy Rule 9019, Regarding Settlement with Assignee of HCHK Entities Under New York Court Assignment Proceedings | 22-50073; 1977 |
| 103. | Order Granting in Part Motion for Entry of Order Holding Hudson Diamond NY LLC in Civil Contempt of Court | 22-50073; 2009 |
| 104. | Memorandum of Decision and Order Holding Individual Debtor in Contempt of Court and Denying Motion for Stay of Order Compelling Production | 22-50073; 2035 |
| 105. | Order Requiring Mei Guo to Appear and Show Cause Why Hudson Diamond Holding LLC Should Not Be Held in Contempt of Court | 22-50073; 2036 |
| 106. | Notice of Appeal | 22-50073; 2072 |
| 107. | Sixth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to | 22-50073; 2079 |

11

| | | |
|---|---|---|
| | Additional Entities and Individuals Affiliated with Debtor, and Relevant Banks | |
| 108. | Supplemental Motion to Hold GTV Media Group, Inc. and Saraca Media Group, Inc. in Civil Contempt of Court for Failing to Respond to Rule 2004 Subpoenas | 22-50073; 2080 |
| 109. | Declaration of Mei Guo, As Sole Member of Hudson Diamond Holding LLC in Response to the Court's July 28, 2023 Order | 22-50073; 2092 |
| 110. | Order Granting Motion to Hold GTV Media Group, Inc. and Saraca Media, Inc. in Civil Contempt for Failure to Comply With Rule 2004 Subpoenas | 22-50073; 2093 |
| 111. | Application of Chapter 11 Trustee For Entry of order Pursuant to Bankruptcy Code Sections 327 and 330, Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing and Approving Retention and Appointment of Kroll, LLC as Forensic Investigators, Effective as of August 2, 2023 | 22-50073; 2162 |
| 112. | Order Granting Chapter 11 Trustee's Sixth Supplemental Omnibus Motion for Rule 2004 Subpoena | 22-50073; 2210 |
| 113. | Order Sustaining in Part Objection to Proposed Supplemental Order | 22-50073; 2237 |
| 114. | Order Granting Application of Chapter 11 Trustee For Entry of order Pursuant to Bankruptcy Code Sections 327 and 330, Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing and Approving Retention and Appointment of Kroll, LLC as Forensic Investigators, Effective as of August 2, 2023 | 22-50073; 2241 |
| 115. | G Club Operations LLC's Response to Trustee's Memorandum Challenging G Club's Privilege Assertions in Documents in HCHK's Possession and Opposition to the Trustee's Related Proposed Order | 22-50073; 2244 |
| 116. | Seventh Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Relevant Banks | 22-50073; 2249 |
| 117. | Emergency Motion of Chapter 11 Trustee for Status Conference to Discuss Preservation of Property of Estate | 22-50073; 2277 |
| 118. | Order Granting Seventh Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Relevant Banks | 22-50073; 2281 |
| 119. | Eighth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Relevant Banks | 22-50073; 2304 |

| 120. | Ninth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Entities and Individuals Affiliated with Debtor and Entities Doing Business With Debtor | 22-50073; 2308 |
|---|---|---|
| 121. | Notice of Appeal | 22-50073; 2336 |
| 122. | Motion of Chapter 11 Trustee for Entry of Order Compelling Seacoast Bank to Comply with Rule 2004 Subpoena | 22-50073; 2342 |
| 123. | Order Granting Eighth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Relevant Banks | 22-50073; 2393 |
| 124. | Order Granting Ninth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Entities and Individuals Affiliated with Debtor and Entities Doing Business With Debtor | 22-50073; 2394 |
| 125. | Motion of Chapter 11 Trustee For Entry of Order Compelling DBS Bank Ltd. to Comply With Rule 2004 Subpoena | 22-50073; 2396 |
| 126. | Tenth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Relevant Banks | 22-50073; 2434 |
| 127. | Order Granting Tenth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Relevant Banks | 22-50073; 2474 |
| 128. | Eleventh Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Entities and Individuals Affiliated with Debtor and Entities Doing Business With Debtor | 22-50073; 2508 |
| 129. | Twelfth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Relevant Banks | 22-50073; 2514 |
| 130. | Order Granting Eleventh Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Entities and Individuals Affiliated with Debtor and Entities Doing Business With Debtor | 22-50073; 2534 |
| 131. | Order Granting Twelfth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Relevant Banks | 22-50073; 2537 |
| 132. | Deposition transcript for Mei Guo dated November 1, 2023 | 23-05008; 89-30 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                                       :

In re:                                                 :        Chapter 11

HO WAN KWOK, *et al.*,[1]              :        Case No. 22-50073 (JAM)

        Debtors.                        :        (Jointly Administered)

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 12, 2024, the foregoing Motion was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned proceeding by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

Dated: February 12, 2024
       Washington, D.C.                     By: */s/ Nicholas A. Bassett*
                                                     Nicholas A. Bassett (admitted *pro hac vice*)
                                                       Paul Hastings LLP
                                                      2050 M Street NW
                                                      Washington, D.C., 20036
                                                      (202) 551-1902
                                                      nicholasbassett@paulhastings.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.