**Exhibit B**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------X

In re:

HO WAN KWOK, et al.

        Debtor.

------------------------------------------------------X

Case No. 22-50073(JAM)

PROOF OF SERVICE

        JEAN M. MERCADO, declare under penalty of perjury and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 4th day of December, 2023, at approximately 12:02 PM, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Banco Popular de Puerto Rico at Suite 913, 209 Muñoz, San Juan, Puerto Rico, by personally delivering and leaving the same with Melissa Hernandez, Attorney's Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Melissa Hernandez is a Latino female, approximately 40 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 125 pounds with brown hair and brown eyes.

_____
JEAN M. MERCADO
Process Server
Dated: December 4, 2023