**Exhibit C**

**Gina Flagg**

| | |
|---|---|
| **From:** | Lourdes Carballo Crespo <Lourdes.Carballo@popular.com> |
| **Sent:** | Thursday, December 14, 2023 1:38 PM |
| **To:** | Kari Mitchell; Patrick Linsey |
| **Subject:** | RE: Subpoena for Banco Popular de Puerto Rico/ Case No. 22-50073 |
| **Attachments:** | BPPR Case S20231204-000009-BC.pdf |
| | |
| **Importance:** | High |

⊘ External email ⟩

⊘ Contains topics of a financial nature ⟩

**Caution:** External Email. Verify you know the sender before clicking a Link.

Dear Ms. Mitchell and Mr. Lindsey,

Hope this email finds you well. Please see the attached correspondence form Banco Popular de Puerto Rico regarding the subpoena in subject. We will be sending the original via UPS.

Should you have any questions, do not hesitate to contact us.

Cordially,

**Lourdes X. Carballo-Crespo, Esq.**
BANCO POPULAR
Assistant Vice President & Operations Supervisor
Subpoena Processing, Legal Requests Management

C. 939-270-8666
lourdes.carballo@popular.com


POPULAR®

---

**From:** Kari Mitchell <kmitchell@npmlaw.com>
**Sent:** Tuesday, December 5, 2023 4:51 PM
**To:** Lourdes Carballo Crespo <Lourdes.Carballo@popular.com>; Patrick Linsey <plinsey@npmlaw.com>
**Subject:** RE: Subpoena for Banco Popular de Puerto Rico/ Case No. 22-50073

[CAUTION: External Email]

Dear Ms. Carballo,

    Thank you for speaking with us earlier today. To confirm our conversation, the Chapter 11 Trustee will not require a representative from Banco Popular to appear on December 18, 2023, however, the Trustee reserves the right

1

to conduct a deposition at a later date at an appropriate location and time to be determined in consultation with Banco Popular.

In addition, I have attached a chart of additional information that many financial institutions have found helpful when searching for responsive records. Further, and without exclusion to whatever records may be responsive to Banco Popular's searches, it is our understanding that at least one account was held at Banco Popular by the entity G Club Operations LLC, with an account number ending in xxxx3247.

Should you have any further questions, do not hesitate to reach out.

Sincerely,
Kari


Kari A. Mitchell, Counsel

tel 203.781.2884 | fax 203.821.2009

195 Church Street, 13th Floor, New Haven, CT 06510

Hartford | Fairfield | White Plains | npmlaw.com



**From:** Lourdes Carballo Crespo <Lourdes.Carballo@popular.com>
**Sent:** Tuesday, December 5, 2023 11:29 AM
**To:** Patrick Linsey <plinsey@npmlaw.com>
**Cc:** Kari Mitchell <kmitchell@npmlaw.com>
**Subject:** RE: Subpoena for Banco Popular de Puerto Rico/ Case No. 22-50073
**Importance:** High

> **Caution:** External Email. Verify you know the sender before clicking a Link.

Ok, I'm available.

**From:** Patrick Linsey <plinsey@npmlaw.com>
**Sent:** Tuesday, December 5, 2023 12:14 PM
**To:** Lourdes Carballo Crespo <Lourdes.Carballo@popular.com>
**Cc:** Kari Mitchell <kmitchell@npmlaw.com>
**Subject:** RE: Subpoena for Banco Popular de Puerto Rico/ Case No. 22-50073


[CAUTION: External Email]

Good morning – would 3 p.m. work instead? Already have a call at 2. Thanks.

Patrick R. Linsey
Direct: 203.781.2847 | plinsey@npmlaw.com

NEUBERT, PEPE & MONTEITH, P.C.

2

195 Church Street, 13th Floor, New Haven, CT 06510

New Haven | Hartford | Fairfield | White Plains | www.npmlaw.com

---

**From:** Lourdes Carballo Crespo <Lourdes.Carballo@popular.com>
**Sent:** Tuesday, December 5, 2023 11:09 AM
**To:** Patrick Linsey <plinsey@npmlaw.com>
**Cc:** Kari Mitchell <kmitchell@npmlaw.com>
**Subject:** RE: Subpoena for Banco Popular de Puerto Rico/ Case No. 22-50073
**Importance:** High

> **Caution:** External Email. Verify you know the sender before clicking a Link.

Good Morning,

I'm available at 2:00 pm EST.

---

**From:** Patrick Linsey <plinsey@npmlaw.com>
**Sent:** Monday, December 4, 2023 5:37 PM
**To:** Lourdes Carballo Crespo <Lourdes.Carballo@popular.com>
**Cc:** Kari Mitchell <kmitchell@npmlaw.com>
**Subject:** RE: Subpoena for Banco Popular de Puerto Rico/ Case No. 22-50073

[CAUTION: External Email]

Hi –

What is your availability tomorrow? Thank you.

Best,

Pat

---

**From:** Lourdes Carballo Crespo <Lourdes.Carballo@popular.com>
**Sent:** Monday, December 4, 2023 4:07 PM
**To:** Patrick Linsey <plinsey@npmlaw.com>
**Subject:** Subpoena for Banco Popular de Puerto Rico/ Case No. 22-50073
**Importance:** High

> **Caution:** External Email. Verify you know the sender before clicking a Link.

Good Afternoon Mr. Linsey—

Today we received the Subpoena in subject. After an initial evaluation of the subpoena, I would like to discuss certain matters with you. Please contact me at your earliest convenience, preferably from 9:00 am- 5:00 pm AST.

Cordially,

3

**Lourdes X. Carballo-Crespo, Esq.**
BANCO POPULAR
Assistant Vice President & Operations Supervisor
Subpoena Processing, Legal Requests Management
C. 939-270-8666
lourdes.carballo@popular.com



CONFIDENTIALITY NOTE: This communication and any attachments included herein contain information that belongs to POPULAR, INC., its subsidiaries and/or affiliates, that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither POPULAR, INC. nor its subsidiaries or affiliates will be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.
CONFIDENTIALITY NOTE: This communication and any attachments included herein contain information that belongs to POPULAR, INC., its subsidiaries and/or affiliates, that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither POPULAR, INC. nor its subsidiaries or affiliates will be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.
CONFIDENTIALITY NOTE: This communication and any attachments included herein contain information that belongs to POPULAR, INC., its subsidiaries and/or affiliates, that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither POPULAR, INC. nor its subsidiaries or affiliates will be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.
CONFIDENTIALITY NOTE: This communication and any attachments included herein contain information that belongs to POPULAR, INC., its subsidiaries and/or affiliates, that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither POPULAR, INC. nor its subsidiaries or affiliates will be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.