**Exhibit D**

| **Discovery Party** | **Address** | **Contact People** | **Additional Info** |
|---|---|---|---|
| ACA Capital Group Limited | ACA Capital Group Limited<br>Rm 1605, 16/F<br>Hua Qin International Bldg,<br>340 Queen's Rd C,<br>Sheung Wan,  Hong Kong SAR<br><br>ACA Capital Group Limited<br>3a Montagu Row<br>Marylebone<br>London W1U 6DZ<br>United Kingdom<br><br>P.O. Box 957,<br>Offshore Incorporations Centre<br>Road Town, Tortola,<br>British Virgin Islands | | Company No. 2188692 (from annual return HK)<br><br>Company No. 12733468 (from COI UK)<br><br>Headquartered in Hong Kong<br><br>Registered to do business in London<br><br>Registered Agent in Tortola, BVI |
| Ace Decade Holdings Limited | P.O. Box 957,<br>Offshore Incorporations Centre<br>Road Town, Tortola,<br>British Virgin Islands | c/o Harkus Parker,<br>Melbourne House<br>44-46 Aldwych 7th Floor<br>London WC2B 4LL<br>United Kingdom | Incorporated in Tortola, BVI<br>BVI Co. Registration No. 1828656 |
| AI Group Holdings Inc. | AI Group Holdings Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road Tatnall Building Ste 104<br>Wilmington, DE 19810 | Lazare Potter Giacovas & Moyle<br>Michael Conway<br>mconway@lpgmlaw.com | Incorporated in DE |
| Bingshang Jiao | 2901 Brians Hill Ln.<br>Oakton, VA, 22124 | | |

1

| **Discovery Party** | **Address** | **Contact People** | **Additional Info** |
|---|---|---|---|
| Booming Sail New York LLC | Booming Sail New York Llc<br>Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Ste 104<br>Wilmington, DE 19810 | Lazare Potter Giacovas & Moyle<br>Michael Conway<br>mconway@lpgmlaw.com | Incorporated in DE |
| Bravo Luck Limited | Bravo Luck Limited<br>P.O. Box 957<br>Offshore Incorporations Centre<br>Road Town, Tortola, British Virgin Islands<br><br>Bravo Luck Limited<br>c/o Francis J. Lawall, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>Philadelphia, PA 19103-2799 | Francis J. Lawall<br>francis.lawall@troutman.com | Incorporated in Tortola, BVI<br>BVI Co. Registration No. 1767862 |
| Crane Advisory Group LLC | c/o United States Corporation Agents, Inc.<br>7014 13th Avenue Suite 202<br>Brooklyn, NY, 11228<br><br>One World Trade Center<br>85th Floor<br>New York, NY 10007 | | Incorporated in NY |
| Daniel Thomas Podhaskie | 1722 215th St. Apt 2<br>Bayside, NY 11360 | Warren Law Group<br>David Rosenfield<br>drosenfield@warren.law | |

2

| Discovery Party | Address | Contact People | Additional Info |
|---|---|---|---|
| Dawn State Limited | P.O. Box 957, Offshore Incorporations Centre Road Town, Tortola, British Virgin Islands | c/o Harcus Parker Melbourne House 44-46 Aldwych 7th Floor London, UK WC2B 4LL | Incorporated in Tortola, BVI BVI Co. Registration No. 1846501 |
| Eastern Profit Corporation Limited | Eastern Profit Corporation Limited c/o Joanna J. Cline Troutman Pepper Hamilton Sanders LLP 3000 Two Logan Square Eighteenth and Arch Streets Philadelphia, PA 19103 | Troutman Stephen G. Rinehart Stephen.Rinehart@troutman.com Joanna Cline joanna.cline@troutman.com | Incorporated in HK |
| FREEDOM MEDIA VENTURES LTD. | Freedom Media Ventures Ltd. 2nd Floor, Water's Edge Building Wickhams Cay II, Road Town Tortola, VG1110 British Virgin Islands Attn: President or General Mgr 53 Calle Palmeras Suite 1401 San Juan, PR 00901 | | Incorporated in Tortola, BVI BVI Co. Registration No. 2066292 |
| G CLUB OPERATIONS LLC | G Club Operations LLC c/o CT Corporation 361 San Francisco Street 4th. Floor San Juan, PR 00901 G Club Operations LLC 53 Calle Palmeras Suite 1401 | Pillsbury Carolina A. Fornos carolina.fornos@pillsburylaw.com | Incorporated in San Juan, PR |

3

| Discovery Party | Address | Contact People | Additional Info |
|---|---|---|---|
|  | Puerta de Tierra<br>San Juan PR 00901 |  |  |
| G CLUB US OPERATIONS INC. | G Club US Operations Inc.<br>**c/o** Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE<br><br>G Club US Operations Inc.<br>590 Madison Avenue<br>New York, NY 10022<br><br>UPS Found Address<br>800 N HARPER AVE<br>LOS ANGELES, CA 90046 |  | Status of entity in DE: Surrendered 10/6/20<br><br>Status of entity in NY: Inactive as of 10/23/20 |
| G CLUB US OPERATIONS LLC | G Club US Operations LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |  | DE status: Voluntarily Cancelled 5/14/21 |
| G FASHION LLC | G Fashion LLC<br>CT Corporation System<br>361 San Francisco Street, 4th Floor<br>San Juan, PR 00901<br><br>G Fashion LLC<br>PO Box 9022946<br>San Juan, PR 00902 |  | San Juan, PR entity status: Dissolved 12/13/21<br><br>Also registered to do business in AZ, but entity is Inactive. |
| G LIVE, LLC (Voluntarily Dissolved) | G Live, LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building Ste |  | Incorporated in DE |

4

| Discovery Party | Address | Contact People | Additional Info |
|---|---|---|---|
| | 104<br>Wilmington, DE 19810 | | |
| GBROADCAST, LLC (Inactive entity) | Gbroadcast, LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, DE 19810 | | Incorporated in DE |
| G-CLUB INVESTMENTS LIMITED | G-Club Investments Limited<br>2/F 1053 Great West Road<br>Brentwood<br>TW8 9BW<br>England | | Dissolved on 1/4/22 |
| GEDUCATION OR G-EDU | c/o Yue Zhou<br>301 West 110 Street<br>Apt. 8E<br>New York, NY 10026 | | Entity status is Inactive |
| Genever Holdings Corporation | P.O. Box 3170<br>Road Town, Tortola<br>British Virgin Islands | | Incorporated in Tortola, BVI |
| Genever Holdings LLC | 781 Fifth Avenue, Apt. 1801<br>New York, NY 10022<br><br>CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | | EIN: 47-3338202<br><br>Incorporated in NY |

| **Discovery Party** | **Address** | **Contact People** | **Additional Info** |
|---|---|---|---|
| Gettr USA, Inc. | 3 Columbus Circle Fl 20 New York, NY 10019 | | This address was found on the BBB website. |
| | c/o CT Corporation System 28 Liberty Street, New York, NY 10005 | | Registered to do business in NY |
| | c/o The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 | | Incorporated in DE |
| GFNY, INC. | GFNY, Inc. c/o The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 | Greenberg Traurig Howard J. Steinberg steinbergh@gtlaw.com  Nathan A. Haynes haynesn@gtlaw.com | Incorporated in DE |
| GMUSIC | Gmusic LLC c/o CT Corporation System 361 San Francisco Street, 4th Floor San Juan, PR 00901 | Greenberg Traurig Howard J. Steinberg steinbergh@gtlaw.com  Nathan A. Haynes haynesn@gtlaw.com | The PR entity is dissolved |
| | Gmusic LLC PO Box 9022946 San Juan, PR 00902 | | |
| | G music LLC c/o Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808 | | This DE entity is incorporated in DE |
| | GMUSIC LLC Agents and Corporations, Inc. | | This DE entity is incorporated in DE and status is: Voluntarily Cancelled 12/14/12 |

6

| Discovery Party | Address | Contact People | Additional Info |
|---|---|---|---|
|  | 1201 Orange Street, Suite 600 One Commerce Center Wilmington, DE 19801<br><br>G MUSIC LLC Registered Agent Name & Address and Principal Address: Valladares, Gilberto 93245 Circle Dr North LOT 245 Pinellas Park, FL 33782<br><br>Mailing Address 39245 Circle Dr North Lot 245 Pinellas Park, FL 33782 |  | Registered to do business in FL<br><br>FEI/EIN No. 84-4531490 |
| GNEWS LLC | Gnews LLC c/o Corporate Creations Network Inc. 3411 Silverside Road, Tatnall Building Ste 104 Wilmington, DE 19810<br><br>Harvard Business Services, Inc. 16192 Coastal HWY Lewes, DE 19958 |  | This entity is incorporated in DE |
| GNEWS MEDIA GROUP INC. (Inactive entity) | Gnews Media Group Inc. c/o Corporate Creations Network 3411 Silverside Road Tatnall Building #104 Wilmington, DE 19810 |  | Incorporated in DE |

| Discovery Party | Address | Contact People | Additional Info |
|---|---|---|---|
| Golden Spring (New York) Ltd. | Golden Spring (New York) Ltd.<br>c/o CT Corporation System<br>28 Liberty Street, New York, NY 10005<br><br>Golden Spring<br>162 E. 64th Street<br>New York, NY 10065 | | EIN#: 47-3408224;<br><br>[Discovery Doc. HR0002440]<br><br>This entity is registered to do business in NY. |
| GPOSTS LLC (Changed name to Gbroadcast) | Gposts LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, DE 19810 | | Incorporated in DE. Status: Voluntarily Cancelled 4/22/21 |
| Greenwich Land LLC | Greenwich Land, LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road, Tatnall Building, Ste 104<br>Wilmington, DE 19810<br><br>Greenwich Land LLC<br>c/o Hing Ch Ngok<br>373 Taconic Road, Greenwich, CT 06831 | Updike Kelly Spellacy<br>Evan S. Goldstein<br>egoldstein@uks.com | Incorporated in DE |
| GTV Media Group, Inc. | GTV Media Group, Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road, Tatnall Building Ste 104<br>Wilmington, DE 19810<br><br>GTV Media Group, | | DE-SOS website is not listing a registered agent. Showing "Unassigned Agent"<br><br>EIN # 85-0749998 |

8

| Discovery Party | Address | Contact People | Additional Info |
|---|---|---|---|
| | Inc.<br>c/o Aaron Mitchell, Esq.<br>Lawall & Mitchell, LLC<br>55 Madison Avenue<br>Morristown, NJ 07960<br><br>162 East 64th Street, New York, NY 10065 | | Registered to do business in NY |
| HAMILTON CAPITAL HOLDINGS INC. | Hamilton Capital Holdings Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road Tatnall Building Ste 104<br>Wilmington, DE 19810 | Lazare Potter Giacovas & Moyle<br>Michael Conway<br>mconway@lpgmlaw.com | Incorporated in DE |
| HAN CHUNGUANG | Han Chunguang<br>162 E. 64th Street<br>New York, NY 10065 | | |
| HCHK PROPERTY MANAGEMENT, INC. | HCHK Property Management, Inc.<br>c/o The Corporation Trust Company Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | | Incorporated in DE |
| HCHK TECHNOLOGIES, INC. | HCHK Technologies, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>HCHK Technologies, Inc.<br>c/o Corporation | | Incorporated in DE<br><br><br><br><br><br>Registered to do business in NY |

9

| **Discovery Party** | **Address** | **Contact People** | **Additional Info** |
|---|---|---|---|
|  | Service Company 80 State Street Albany, NY 12207  HCHK Technologies, Inc. 750 Lexington Avenue New York, NY 10022 |  |  |
| HIMALAYA INTERNATIONAL CLEARING LTD. | Himalaya International Clearing Ltd. c/o Commerce House Wickhams Cay 1 P.O. Box 3140 Road Town Tortola VG1110 British Virgin Islands | Lazare Potter Giacovas & Moyle Michael Conway mconway@lpgmlaw.com | Incorporated in Tortola, BVI. BVI Co. Registration No. 2047668 |
| HIMALAYA INTERNATIONAL FINANCIAL GROUP LTD. | Himalaya International Financial Group Ltd c/o Arias, Fabrega & Fabrega Trust Co. BVI Limited P.O. Box 985 Road Town, Tortola, BVI | Lazare Potter Giacovas & Moyle Michael Conway mconway@lpgmlaw.com | Incorporated in Tortola, BVI. BVI Co. Registration No. 2047666 |
| HIMALAYA INTERNATIONAL PAYMENTS LTD | Himalaya International Payments Ltd. c/o Commerce House Wickhams Cay 1 P.O. Box 3140 Road Town Tortola VG1110 British Virgin Islands | Lazare Potter Giacovas & Moyle Michael Conway mconway@lpgmlaw.com | Incorporated in Tortola, BVI. BVI Co. Registration No. 2051640 |
| HIMALAYA INTERNATIONAL RESERVES LTD. | Himalaya International Reserves Ltd. c/o Commerce House Wickhams Cay 1 P.O. Box 3140 Road Town | Lazare Potter Giacovas & Moyle Michael Conway mconway@lpgmlaw.com | Incorporated in Tortola, BVI. BVI Co. Registration No. 2047670 |

| Discovery Party | Address | Contact People | Additional Info |
|---|---|---|---|
|  | Tortola VG1110 British Virgin Islands |  |  |
| Himalaya Investment LLC | c/o Buddi Sagar Subedi 1851 Mcconnor Pkwy. Schaumburg , IL 60173 |  | Registered to do business in IL |
|  | c/o Jiaming Liu 7424 E Blackrock Rd. Scottsdale, AZ 85255 |  | Registered to do business in AZ |
| HIMALAYA NEW WORLD INC. | Himalaya New World Inc. 12587 Fair Lakes Cir, Ste 135 Fairfax, VA, 22033  Himalaya New World Inc. c/o Bingshang Jiao 2901 Brians Hill Ln. Oakton, VA, 22124, USA |  | Incorporated in VA |
| Himalaya Ventures LLC | c/o Capitol Services, Inc. 108 Lakeland Avenue Dover, DE 19901  2500 El Camino Real #209 Palo Alto, CA 94306  Agent for Service of Process: Mary Jiang 33 Encina Avenue Palo Alto, CA 94301 |  | Incorporated in DE  Registered to do business in CA |

| Discovery Party | Address | Contact People | Additional Info |
|---|---|---|---|
| Hing Ch Ngok a/k/a Yue Qingzhi a/k/a Hing Chi Ng | Hing Ch Ngok<br>373 Taconic Road, Greenwich, CT 06831 | Updike Kelly Spellacy<br>Evan S. Goldstein<br>egoldstein@uks.com | Social Security: 34-63-9767 |
| HK International Funds Investments (USA) Limited, LLC | National Corporate Services, Inc.<br>203 NE Front Street, Suite 101<br>Milford, DE 19963<br><br>HK International Funds Investments (USA) Limited, LLC<br>c/o Aaron A. Romney<br>Zeisler & Zeisler, P.C.<br>10 Middle Street, 15th floor<br>Bridgeport, CT 06605 | Chiesa Shahinian & Giantomasi PC<br>Lee Vartan;<br>lvartan@csglaw.com;<br><br>Zeisler & Zeisler, P. C.<br>Jim Moriarty;<br>jmoriarty@zeislaw.com;<br>Aaron A. Romney;<br>aromney@zeislaw.com;<br>Steve Kindseth;<br>skindseth@zeislaw.com; | Incorporated in DE |
| Ho Wan Kwok (the Debtor) | 373 Taconic Road<br>Greenwich, CT 06831-2828 | | Birthdate: May 10, 1968;<br><br>Last 4 digits of Kwok's Taxpayer ID#/SSN: 9595 |
| HUDSON DIAMOND HOLDING LLC | Hudson Diamond Holding LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, DE 19810 | | Incorporated in DE |
| HUDSON DIAMOND HOLDING, INC. | Hudson Diamond Holding, INC.<br>c/o Ocorian Corporate Services (BVI) Limited<br>Jayla Place<br>Wickhams Cay 1<br>Road Town, Tortola VG1110 British Virgin Islands<br>Attn: Kelly, Raven | | Incorporated in Tortola, BVI<br>BVI Co. Registration No. 1993641 |

| Discovery Party | Address | Contact People | Additional Info |
|---|---|---|---|
| HUDSON DIAMOND NY | Hudson Diamond NY LCC<br>140 PEARL ST STE 100<br>Buffalo, NY 14202-4014<br><br>Hudson Diamond NY LCC<br>c/o Corporate Creations Network Inc.<br>600 Mamaroneck Ave, #400<br>Harrison, NY 10528 | | Registered to do business in NY |
| INFINITY TREASURY MANAGEMENT INC. (Inactive entity) | Infinity Treasury Management Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Ste 104<br>Wilmington, DE 19810 | | Incorporated in DE |
| JESSE BROWN | Jesse Brown<br>c/o Arias, Fabrega & Fabrega Trust Co. BVI Limited<br>P.O. Box 985<br>Road Town, Tortola, BVI<br><br>Jesse Brown<br>c/o Commerce House, Wickhams Cay 1<br>P.O. Box 3140<br>Road Town<br>Tortola VG1110<br>British Virgin Islands | Lazare Potter Giacovas & Moyle<br>Michael Conway<br>mconway@lpgmlaw.com | |
| Jiaming Liu | 7424 E Blackrock Rd.<br>Scottsdale, AZ 85255 | | |

13

| Discovery Party | Address | Contact People | Additional Info |
|---|---|---|---|
| KARIN MAISTRELLO | Karin Maistrello<br>162 E 64th Street<br>New York, NY 10065<br><br>Karin Maistrello<br>445 Park Avenue<br>New York, NY 10022<br><br>17 Gifford Ave<br>Apartment 5F<br>Jersey City, New Jersey 07304 | | |
| Lamp Capital LLC | Lamp Capital LLC<br>c/o CT Corporation System<br>820 Bear Tavern Rd.<br>West Trenton, NJ 08628<br><br>Bernardo Enriquez<br>Lamp Capital LLC<br>667 Madison Avenue<br>New York NY 10065<br><br>~~Lamp Capital LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road, Tatnall Building, Ste 104<br>Wilmington, DE 19810~~<br><br>Lamp Capital LLC<br>c/o Matthew L. Levine, Esq.<br>Elliott Kwok Levine & Jaroslaw LLP<br>565 Fifth Avenue<br>New York, NY 10017 | | Registered to do business in NJ<br><br>EIN#: 85-2948073;<br>Registered to do business in NY<br><br><br>Incorporated in DE, but status is: Cancelled, failure to appoint a R/A |

| Discovery Party | Address | Contact People | Additional Info |
|---|---|---|---|
| Lawall & Mitchell | | | EIN # 83-4058603 |
| LEXINGTON PROPERTY AND STAFFING, INC. | Lexington Property and Staffing, Inc. 750 Lexington Avenue, 8th Floor New York, NY 10022 | Charmoy & Charmoy scottcharmoy@charmoy.com | Registered to do business in CT (also in DE and NY) TIN # 85-2374405 |
| Mary Jiang | 33 Encina Avenue Palo Alto, CA 94301 (NOT A GOOD ADDRESS) | | |
| Maywind Trading LLC | 12810 N Cave Creek Rd. Apt 206 Phoenix, AZ, 85022 c/o Legalinc Corporate Services Inc. 200 E Randolph ST Ste 5100 Chicago, IL 60601 3341 S Wallace St., Apt B Chicago IL 60616 | | Registered to do business in AZ Registered to do business in IL. Status: Involuntary Dissolution 4/8/22 |
| Mei Guo | Mei Guo c/o Aaron A. Romney Zeisler & Zeisler, P.C. 10 Middle Street, 15th floor Bridgeport, CT 06605 | Chiesa Shahinian & Giantomasi PC Lee Vartan; lvartan@csglaw.com; Zeisler & Zeisler, P. C. Jim Moriarty; jmoriarty@zeislaw.com; Aaron A. Romney; aromney@zeislaw.com; Steve Kindseth; skindseth@zeislaw.com; | DOB: January 28, 1989 |

15

| Discovery Party | Address | Contact People | Additional Info |
|---|---|---|---|
| New York MOS Himalaya LLC and/or MOS Himalaya LLC | 40 Brompton Road Great Neck, NY 11021<br><br>c/o A Registered Agent, Inc.<br>8 The Green, Ste. A<br>Dover, DE 19901 | | Registered to do business in NY |
| Qiang Guo | Qiang Guo<br>c/o Berkeley Rowe Marble Arch Park House<br>116 Park St.<br>Mayfair, London, UK W1K 6SS | Represented in some capacities by:<br>Francis J. Lawall<br>francis.lawall@troutman.com | Birthdate: February 22, 1987<br><br>Likely currently living in the UK |
| Qu Guo Jiao (Ms. Qu) | No. 220 Zhongyuanxi Lu, Zhongyuan Qu, Zhengzhou Shi, PRC | | |
| ROSCALITAR 2 | Roscalitar 2<br>c/o Maples Corporate Services Limited<br>PO Box 309<br>Ugland House<br>South Church Street<br>George Town<br>Grand Cayman KY1-1104 Cayman Islands | | Incorporated in the Cayman Islands |
| Rule of Law Foundation III | Rule of Law Foundation III Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br><br>Rule of Law Foundation III Inc.<br>c/o Richard E. Signorelli, Esq.<br>52 Duane Street<br>7th Floor | Richard E. Signorelli, Esq.<br>Richard E. Signorelli<br>richardsignorelli@gmail.com<br><br>Bryan Ha<br>bhanyc@gmail.com | Incorporated in DE |

| Discovery Party | Address | Contact People | Additional Info |
|---|---|---|---|
| | New York, New York 10007<br>(917) 750-8842<br><br>Rule of Law Foundation III Inc.<br>57 West 57th Street, Suite 400,<br>New York, NY 10019 | | |
| Rule of Law Society IV Inc. | Rule of Law Society IV Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br><br>Rule of Law Society IV Inc.<br>c/o Richard E. Signorelli, Esq.<br>52 Duane Street<br>7th Floor<br>New York, New York 10007<br>(917) 750-8842<br><br>Rule of Law Society IV Inc.<br>57 West 57th Street, Suite 400,<br>New York, NY 10019 | Richard E. Signorelli, Esq.<br>Richard E. Signorelli<br>richardsignorelli@gmail.com<br><br>Bryan Ha<br>bhanyc@gmail.com | Incorporated in DE<br><br>EIN#: 83-3252944;<br>[Discovery Doc. HR0011384]<br><br>EIN#: 83-3252633;<br>[Discovery Doc. HR0011545] |
| Rule of Law Foundation IV, Inc. | | | See Rule of Law Foundation III Inc. and Rule of Law Society IV Inc. |
| Rule of Law Fund | | | See Rule of Law Foundation III Inc. and Rule of Law Society IV Inc. |

17

| **Discovery Party** | **Address** | **Contact People** | **Additional Info** |
|---|---|---|---|
| Rule of Law Society | | | See Rule of Law Foundation III Inc. and Rule of Law Society IV Inc. |
| Saraca Media Group Inc. | Saraca Media Group, Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road, Tatnall Building Ste 104<br>Wilmington, DE 19810 | | Incorporated in DE. Registered Agent is Unassigned. (Also registered to do business in NY)<br><br>EIN# 35-2631430; |
| US Himalaya Capital Inc. | US Himalaya Capital Inc.<br>P.O. Box 391271<br>Mountain View, CA 94041<br><br>US Himalaya Capital Inc.<br>c/o Business Filings Incorporated<br>108 W 13th St.<br>Wilmington, DE 19801<br>Tel: (800) 981-7183 | | Incorporated in DE. Status: Surrendered 7/25/22 |
| Voice of Guo Media, Inc. | Voice of Guo Media, Inc.<br>c/o Elaine Lam<br>1850 W Orange Grove Rd.<br>Tucson, AZ 85704<br><br>Voice of Guo Media, Inc.<br>c/o Lihong Wei Lafrenz<br>14747 N Northsight Blvd.<br>Ste 111, #405<br>Scottsdale, AZ 85260 | | Incorporated in AZ<br><br>Entity ID: 23001687 |

| **Discovery Party** | **Address** | **Contact People** | **Additional Info** |
|---|---|---|---|
| Wencong Wang | 6 Briton Ct Greenville, SC 29615<br><br>826 North Avenue, Forest Park, GA 30297 | | |
| William je | William Je 162 East 64th Street New York, NY 10065<br><br>William Je c/o Corporate Creations Network Inc. 3411 Silverside Road Tatnall Building, Ste 104 Wilmington, Delaware 19810 | | |
| Yvette Wang (a/k/a Yanping Wang, a/k/a Yan Ping Wang) | Yvette Wang Golden Spring 162 E. 64th Street New York, NY 10065 | | Last four of SS#: 5517; DOB: 09/01/1979 |