**Exhibit E**

PO Box 362708
San Juan, Puerto Rico 00936-2708
Tels. (787) 765-9800, 787-751-9800

December 14, 2023

Patrick R. Linsey, Esq
Neubert, Pepe & Monteith, P.C.
195 Church Street
13th Floor
New Haven, CT 06510

**(-E-mail-)**

RE: BPPR Subpoena
IN RE: HO WAN KNOX ET. AL
Docket # 22-50073 (JAM)
Our Case # S20231204-000009-BC

Dear Mr. Linsey:

Pursuant to federal, state, and local rules as applicable, non-party Banco Popular de Puerto Rico ("Banco Popular"), hereby responds and objects to the Subpoena served on it by the United States Bankruptcy Court, District of Connecticut on December 4, 2023 (the "Subpoena"), as set forth below.

We are hereby preserving the following objections:

**GENERAL OBJECTIONS**

1. Banco Popular objects to the Subpoena to the extent it imposes obligations beyond those set forth in federal, state and/or local rules.

2. Banco Popular objects to the Subpoena to the extent it imposes an undue burden or expense on a non-party that requires non-party to identify, gather, review, and produce voluminous records and ESI.

3. Banco Popular objects to the Subpoena to the extent it imposes an undue burden or expense on a non-party that requires non-party to appear to a hearing outside the state and/or jurisdiction that its business is located and/or the distance exceeds more than 100 miles from the place where the hearing is scheduled.

4. Banco Popular objects to the Subpoena to the extent that it is vague, ambiguous, overly broad, not relevant, or proportional to the needs of the litigation and seeks to impose an undue burden on Banco Popular, a nonparty to the action.

5. Banco Popular objects to the Subpoena to the extent it seeks information not within Banco Popular's possession, custody, or control.

6. Banco Popular objects to the Subpoena to the extent it seeks information that is publicly available, obtainable from some other source that is more convenient, less burdensome, or less expensive, or obtainable to a party to the above-captioned action.



PO Box 362708
San Juan, Puerto Rico 00936-2708
Tels. (787) 765-9800, 787-751-9800

7. Banco Popular objects to the Subpoena to the extent that it requests information that is unreasonably cumulative or duplicative.

8. Banco Popular objects to the Subpoena to the extent that it provides insufficient time for compliance.

9. Banco Popular objects the Subpoena to the extent that it seeks information that is private, proprietary, commercially sensitive, confidential, highly-confidential and/or documents or other materials subject to claims of attorney-client privilege, work-product protection, or any other applicable privilege, doctrine, or protection (collectively "Confidential and/or Privileged Material"). Any disclosure of Confidential and/or Privileged Material shall be deemed inadvertent and is not intended to waive those privileges or protections.

10. Banco Popular objects to the Subpoena to the extent that it purports to obligate Banco Popular to produce information from sources that are not reasonably accessible because of undue burden or cost.

11. Banco Popular objects to the Subpoena to the extent that it requires production of documents concerning events outside the relevant timeframe of the above-captioned action.

12. Banco Popular objects to the Subpoena to the extent it requires disclosure of information protected from public disclosure by law, trade secrets, or other confidential, proprietary or commercially sensitive information. Banco Popular's production of such information, if any, will be subject to the entry of an appropriate protective order.

13. Banco Popular objects to the Subpoena to the extent that it requires Banco Popular to produce documents or information covered by confidentiality agreements or implicates privacy interests of others.

14. Banco Popular reserves the right to seek reimbursement for any and all costs incurred in responding to the Subpoena.

15. Banco Popular's failure to object on a particular ground or grounds shall not be construed as a waiver of its rights to object on those or any additional ground(s).

16. Banco Popular reserves the right to supplement or amend these responses and objections.

17. Banco Popular incorporates these General Objections into each of its Specific Responses and Objections below.

**SPECIFIC RESPONSES AND OBJECTIONS**

**REQUESTS No.1, 2, 3, 4 & 6**

**RESPONSE TO REQUESTS No. 1, 2, 3,4 & 6:**
Banco Popular objects to the Subpoena to the extent that it requires Banco Popular to produce documents or information covered by confidentiality agreements or implicates privacy interests of others. To produce the requested documentation or information customer authorization is needed. Otherwise, a court order is required to release the information.



PO Box 362708
San Juan, Puerto Rico 00936-2708
Tels. (787) 765-9800, 787-751-9800

Banco Popular objects to the Subpoena to the extent it imposes an undue burden or expense on a non-party that requires non-party to identify, gather, review, and produce voluminous records and ESI.

**REQUEST No.5**

**RESPONSE TO REQUEST No.5:**
Banco Popular objects to production of correspondence, including emails, to the extent the request does not specify the custodians, date range nor indicate keywords for the eDiscovery production, imposing an undue burden on the Bank. Banco Popular may consider the production of emails if such request is reasonable and you contact the Subpoena Processing Department to indicate possible custodians, keywords to search for and a specific time frame.

**REQUESTS No. 6 & 7**

**RESPONSE TO REQUEST No.6 & 7:**
Banco Popular objects to the Subpoena to the extent it requires disclosure of information protected from public disclosure by law, trade secrets, or other confidential, proprietary or commercially sensitive information. Banco Popular's production of such information, if any, will be subject to the entry of an appropriate protective order.

Banco Popular objects the Subpoena to the extent that it seeks information that is private, proprietary, commercially sensitive, confidential, highly-confidential and/or documents or other materials subject to claims of attorney-client privilege, work-product protection, or any other applicable privilege, doctrine, or protection (collectively "Confidential and/or Privileged Material"). Any disclosure of Confidential and/or Privileged Material shall be deemed inadvertent and is not intended to waive those privileges or protections.

Cordially,

Lourdes Carballo
Operations Supervisor
Subpoena Processing
Banco Popular de Puerto Rico