## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

### <u>NOTICE OF WITHDRAWAL OF OBJECTION</u>

Non-party UBS AG ("<u>UBS</u>"), by and through its undersigned counsel, hereby withdraws its objection (the "<u>Objection</u>") [ECF Nos. 2554-55] to the *Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549* [ECF No. 2509] (the "<u>Motion</u>"), filed by Luc A Despins, in his capacity as the chapter 11 trustee (the "<u>Trustee</u>") appointed in the above-captioned chapter 11 case.

Dated: February 13, 2024
New York, New York

UBS AG


By: */s/ Lisa J. Fried*
Lisa J. Fried (ct31425)
HERBERT SMITH FREEHILLS
    NEW YORK LLP
450 Lexington Avenue
New York, New York 10017
(917) 542-7600
lisa.fried@hsf.com

*Counsel for Non-Party UBS AG*

---

[1] The debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation (collectively, the "<u>Debtors</u>").

11/85434230_1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 13, 2024, the foregoing Notice was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system.  Parties may access this filing through the Court's CM/ECF system.

Dated: February 13, 2024                UBS AG


By: _____*/s/ Lisa J. Fried*_____

Lisa J. Fried (ct31425)
HERBERT SMITH FREEHILLS
    NEW YORK LLP
450 Lexington Avenue
New York, New York 10017
(917) 542-7600
lisa.fried@hsf.com

*Counsel for Non-Party UBS AG*