**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*Please Read Instructions:*

| # | Field | Value |
|---|---|---|
| 1. | NAME | Patrick M. Birney |
| 2. | PHONE NUMBER | (860) 275-8275 |
| 3. | DATE | 2/14/2024 |
| 4. | DELIVERY ADDRESS OR EMAIL | pbirney@rc.com |
| 5. | CITY | Hartford |
| 6. | STATE | CT |
| 7. | ZIP CODE | 06103 |
| 8. | CASE NUMBER | 22-50073 |
| 9. | JUDGE | Judge Julie A. Manning |
| 10. | FROM | 2/13/2024 |
| 11. | TO | 2/13/2024 |
| 12. | CASE NAME | Ho Wan Kwok |
| 13. | CITY | Bridgeport |
| 14. | STATE | Connecticut |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Hearing | 2/13/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ Patrick M. Birney
19. DATE: 2/14/2024

PROCESSED BY: Lorenzo M. Whitmore
PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY: Fiore Reporting and Transcription

COURT ADDRESS:
915 Lafayette Blvd.
Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday February 13 2024

---

| 01:30 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |
|---|---|---|

**Matter:** #2509; Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 Filed by Douglass E. Barron on behalf of Luc A. Despins, Chapter 11 Trustee

## Parties that Appeared at the February 13, 2024 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Shlomo Maza**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604

**Sam Della Fera, Jr.**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

**Michael A. Carbone**
Parrett Porto Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1-D
Hamden, CT 06518

**Katherine E. Mateo**
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019

**Adam Friedman**
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019

**Lisa Fried**
Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017

**Genevieve G. Weiner**
Sidley Austin LLC
555 West Fifth Street
Los Angeles, CA 90013

**Michael T. Conway**
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
Fifth Floor
New York, NY 10017

**Jeffrey Sklar**
Green & Sklarz LLC
One Audubon Street, Third Floor
New Haven, CT 06511

**Carolina A. Fornos**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019

**Douglas M. Evans**
Shapiro, Dorry, & Masterson LLC
71 Raymond Road
West Hartford, CT 06107

**Jon P. Newton**
Reid and Riege PC
One Financial Plaza
Hartford, CT 06103

**Eric T. Schmitt**
The Quinlan Law Firm, LLC
233 S. Wacker Drive
Suite 6142
Chicago, IL 60606

**Christopher J. Major**
Meister Seelig & Fein LLP
125 Park Avenue
7th Floor
New York, NY 10017

**Robert J. Grand**
Lax & Neville LLP
350 Fifth Avenue
Suite 4640
New York, NY 10118

**David H. Wander**
Tarter Krinsky & Drogin LLP
1350 Broadway
21st Floor
New York, NY 10018

**Steven Brown**
Sotheby's International Realty, Inc.
1010 Washington Boulevard
Stamford, CT 06901

**James Edward Nealon**
Nealon Law LLC
1266 East Main Street
Suite 700r
Stamford, CT 06902


**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

**Jackie Marasco**
Faegre Drinker Biddle & Reath LLP
222 Delaware Ave #1410
Wilmington, DE 19801