UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
HO WAN KWOK, *et al.*,[1]                                   :   Case No. 22-50073 (JAM)
                                                            :
          Debtors.                                          :   (Jointly Administered)
                                                            :
                                                            :   Re: ECF No. 2801
------------------------------------------------------------x

ORDER GRANTING
CHAPTER 11 TRUSTEE'S MOTION (I) AUTHORIZING SEALED FILING OF
PROPOSED STIPULATED TOLLING ORDERS AND (II) APPROVING AND
ENTERING PROPOSED STIPULATED TOLLING ORDERS

UPON CONSIDERATION OF the motion (the "Motion") of Chapter 11 Trustee Luc A. Despins (the "Trustee") requesting approval of the sealed filing of the Proposed Stipulated Tolling Orders and authorizing and approving and entering the Proposed Stipulated Tolling Orders, and good cause having been shown, and the Court having found that the sealed filing of the Proposed Stipulated Tolling Orders[2] is warranted under the circumstances because they constitute commercially sensitive information the disclosure of which could adversely impact the value of claims held by the Debtor's chapter 11 estate, and the relief provided in this Order being narrowly tailored to serve the foregoing purposes, it is by the Court, hereby

**ORDERED**, that the Motion is granted as set forth herein; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined in this Order adopt the definitions as set forth in the Motion.

**ORDERED**, that the Proposed Stipulated Tolling Orders are hereby approved; and it is further

**ORDERED**, that the Court shall separately enter the Proposed Stipulated Tolling Orders on the docket under seal in the Chapter 11 Case; and it is further

**ORDERED**, that within seven (7) days of the Court's entry of the Proposed Stipulated Tolling Orders, the Trustee shall serve a copy of each Order as entered on the respective Counter-Party; and it is further

**ORDERED,** that the Trustee is authorized to file the Proposed Stipulated Tolling Orders under seal which shall remain under seal and shall not remain publicly available, unless and until permitted by further order of this Court; and it is further

**ORDERED**, that, pursuant to 11 U.S.C. § 107(c)(3), the United States Trustee has a statutory right of full access to any information and/or document filed on the docket or submitted to the Court in this case; the United States Trustee shall comply with the obligations of 11 U.S.C. § 107(c)(3)(B); and it is further

**ORDERED**, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that the Trustee is authorized to take all actions necessary to effectuate the relief granted herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated at Bridgeport, Connecticut this 14th day of February, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut