## Exhibit 1

*This document has been filed under seal.*