# **SCHEDULE 1**

Filed Under Seal