**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------- x
                                           :
In re:                                           :         Chapter 11
                                           :
HO WAN KWOK, *et al.*,                 :         Case No. 22-50073 (JAM)
                                           :
                        Debtors.[1]              :         Jointly Administered
                                           :
------------------------------------------------------- x

## CHAPTER 11 TRUSTEE'S REQUEST FOR STATUS CONFERENCE

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), hereby requests that the Court schedule a status conference on **Tuesday, February 27, 2024**, or other subsequent date, subject to the Court's availability.

The Trustee wishes to provide the Court with an update on these chapter 11 cases, and, in particular, the case management of the 270 adversary proceedings commenced by the Trustee over the last 10 days. In connection with that update, the Trustee will also address the treatment of confidential information relied upon in the Trustee's complaints and other pleadings filed with the Court.

*[Remainder of page intentionally left blank.]*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

WHEREFORE, the Trustee respectfully requests that the Court grant the Motion, schedule a status conference, and order such other relief as is just and proper.

Dated:    February 19, 2024           LUC A. DESPINS,
          New Haven, Connecticut      CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
  Douglas S. Skalka (ct00616)
  Patrick R. Linsey (ct29437)
  NEUBERT, PEPE & MONTEITH, P.C.
  195 Church Street, 13th Floor
  New Haven, Connecticut 06510
  (203) 781-2847
  plinsey@npmlaw.com

  *and*

  Nicholas A. Bassett *(pro hac vice)*
  PAUL HASTINGS LLP
  2050 M Street NW
  Washington, D.C., 20036
  (202) 551-1902
  nicholasbassett@paulhastings.com

  *and*

  Avram E. Luft *(pro hac vice)*
  Douglass Barron *(pro hac vice)*
  PAUL HASTINGS LLP
  200 Park Avenue
  New York, New York 10166
  (212) 318-6079
  aviluft@paulhastings.com

  *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK *et al.*, : Case No. 22-50073 (JAM)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 19, 2024, the foregoing Request was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   February 19, 2024
         New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*