**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, et al. | : Case No. 22-50073 (JAM) |
| | : Jointly Administered |
| Debtors.[1] | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I, Jonathan A. Kaplan, hereby certify that on February 14, 2024, a true and correct copy of the *Third Interim Fee Application Of Pullman & Comley, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred From September 1, 2023 through December 31, 2023* [Doc. ID No. 2872] was filed with the Court and served on all parties that have filed a notice of appearance/requested notice via the Court's CM/ECF electronic filing system listed on Exhibit A.

I further certify that on February 16, 2024, a true and correct copy of the *Notice of Hearing* [Doc. ID. No. 2926] was filed with the Court and served on all parties that have filed a notice of appearance/requested notice via the Court's CM/ECF electronic filing system listed on Exhibit A.

I further certify that on February 20, 2024, a true and correct copy of the *Third Interim Fee Application Of Pullman & Comley, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred From September 1, 2023 through December*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

-2-

*31, 2023* [Doc. ID No. 2872] and *Notice of Hearing* [Doc. ID. No. 2926] (collectively the "Notice and Application") was served via first class postage prepaid regular mail upon all parties that have requested notice but are unable to receive electronic filing as indicated on the Notice of Electronic Filing listed on Exhibit B; and

I further certify that on February 20, 2024, a copy of the Notice and Application was served via electronic transmission upon the members of the Committee listed on Exhibit C (addresses and e-mail addresses are withheld).

Finally, I certify that a true and correct copy of the foregoing documents was served by first class mail on Holley L. Claiborn at the U.S. Trustee's Office on February 20, 2024.

| | |
|---|---|
| Dated: Bridgeport, Connecticut<br>February 20, 2024 | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK** |
| | By: */s/Jonathan A. Kaplan*<br>Jonathan A. Kaplan<br>PULLMAN & COMLEY, LLC<br>90 State House Square<br>Hartford, CT  06103<br>860-424-4379<br>jkaplan@pullcom.com |
| | Its Attorneys |