# EXHIBIT A

**22-50073** Ho Wan Kwok and Genever Holdings LLC
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 11/02/2023

# Attorneys

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
 *Assigned: 04/08/2022*
 *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
kaulet@brownrudnick.com
 *Assigned: 04/26/2022*
 *TERMINATED: 08/02/2022*
 *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Tristan G. Axelrod**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
617-856-8456
617-289-0522 (fax)
taxelrod@brownrudnick.com
 *Assigned: 08/12/2022*
 *LEAD ATTORNEY*

representing

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*(Creditor)*

**Verdolino & Lowey, P.C.**
124 Washington Street
Foxborough, MA 02035
*(Creditor)*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
 *Assigned: 05/01/2023*
 *TERMINATED: 07/25/2023*
 *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
 *Assigned: 03/09/2022*
 *TERMINATED: 08/02/2022*

 *Assigned: 08/05/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

representing

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*(Creditor)*

**Kellianne Baranowsky**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511
203-285-8545
203-823-4546 (fax)
kbaranowsky@gs-lawfirm.com
 *Assigned: 10/14/2022*

 *Assigned: 06/02/2023*

representing

**BakerHostetler**
*(Interested Party)*

representing

**G Club Operations, LLC**
*(Interested Party)*

**Daniel D. Barnes**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
9733251500
dbarnes@csglaw.com
 *Assigned: 01/13/2023*
 *LEAD ATTORNEY*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Mei Guo**
*(Interested Party)*

**Douglass E. Barron**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6690
212-230-7690 (fax)
douglassbarron@paulhastings.com
 *Assigned: 07/22/2022*
 *LEAD ATTORNEY*

 *Assigned: 04/03/2023*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

representing

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801

New York, NY 10022-5520
*(Debtor)*

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036
202-551-1700
202-551-1705 (fax)
nicholasbassett@paulhastings.com
 *Assigned: 07/22/2022*
 *LEAD ATTORNEY*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Patricia B. Bergamasco**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-325-1500
973-530-2316 (fax)
Pbergamasco@csglaw.com
 *Assigned: 02/23/2023*
 *LEAD ATTORNEY*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Mei Guo**
*(Interested Party)*

**Stephen A. Best**
Brown Rudnick LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
202-536-1737
212-938-2937 (fax)
sbest@brownrudnick.com
 *Assigned: 04/11/2023*
 *TERMINATED: 08/02/2022*
 *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Patrick M. Birney**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200
(860) 275-8299 (fax)
pbirney@rc.com
 *Assigned: 02/24/2022*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Christopher H. Blau**
290 Airpark Blvd
Suite 4
Chico, CA 95973
530-562-4589
cblau@zeislaw.com
 *Assigned: 12/09/2022*
 *TERMINATED: 05/19/2023*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**G. Alexander Bongartz**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6472
212-303-7072 (fax)
alexbongartz@paulhastings.com
*Assigned: 08/04/2022*
*LEAD ATTORNEY*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Georg Alexander Bongartz**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6000
212-303-7072 (fax)
alexbongartz@paulhastings.com
*Assigned: 04/18/2023*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

*Assigned: 07/10/2023*

representing

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*(Debtor)*

*Assigned: 10/20/2023*

representing

**Genever Holdings Corporation**
P.O. Box 3170
Road Town Tortola
British Virgin Islands
*(Debtor)*

**Trevor L. Bradley**
Robinson & Cole LLP
1055 Washington Blvd.
Stamford, CT 06901
203-462-7500
203-462-7599 (fax)
tbradley@rc.com
*Assigned: 06/06/2023*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
*Assigned: 03/16/2022*
*LEAD ATTORNEY*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Dennis M. Carnelli**
Neubert, Pepe & Monteith, P.C.
195 Church Street
13th Floor
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
dcarnelli@npmlaw.com
 *Assigned: 09/11/2023*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Andrew M. Carty**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
acarty@brownrudnick.com
 *Assigned: 04/15/2022*
 *TERMINATED: 08/02/2022*
 *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
 *Assigned: 05/10/2022*

representing

**Mei Guo**
*(Interested Party)*

 *Assigned: 07/14/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

 *Assigned: 11/22/2022*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Scott M. Charmoy**
Charmoy & Charmoy
1465 Post Road East
Suite 100
Westport, CT 06880
(203) 255-8100
203-255-8101 (fax)
scottcharmoy@charmoy.com
 *Assigned: 12/26/2022*
 *TERMINATED: 02/22/2023*

representing

**HCHK Property Management, Inc.**
500 West Putnam Avenue
Suite 400, #171
Greenwich, CT 06830
*(Interested Party)*

**HCHK Technologies, Inc.**
3 Columbus Circle
20th Floor
New York, NY 10019
*(Interested Party)*

**Lexington Property and Staffing, Inc.**
750 Lexington Avenue
8th Floot
New York, NY 10022
*(Interested Party)*

*Assigned: 02/16/2023*

representing

**Charmoy & Charmoy, LLC**
Scott M. Charmoy, Esq.
1465 Post Road East,
Suite 100
06880, CT 06880
*(Attorney)*

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
(203) 773-2217 (fax)
holley.l.claiborn@usdoj.gov
*Assigned: 02/28/2022*

representing

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Brian J Clifford**
Saxe Doernberger & Vita, P.C.
35 Nutmeg Drive
Suite 140
Trumbull, CT 06611
203-287-2100
203-287-8847 (fax)
bclifford@sdvlaw.com
*Assigned: 08/25/2023*

representing

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*(Debtor)*

**Joanna J. Cline**
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza
1313 N. Market Street
Suite 5100
Wilmington, DE 19899
302-777-6500
215-981-4750 (fax)
joanna.cline@troutman.com
*Assigned: 04/12/2023*
*LEAD ATTORNEY*

representing

**Bravo Luck Limited**
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola
British Virgin Islands
*(Interested Party)*

**Stephen R. Cook**
Brown Rudnick LLP
2211 Michelson Drive 7th Floor
Irvine, CA 92612
949-440-0215
949-252-1514 (fax)
scook@brownrudnick.com
*Assigned: 04/11/2023*
*TERMINATED: 08/02/2022*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Keith N. Costa**
Barclay Damon LLP
1270 Avenue of The Americas
Suite 501
New York, NY 10020
212-784-5818
212-784-5769 (fax)
kcosta@otterbourg.com
*Assigned: 03/15/2023*

representing

**Leonard Scudder**
c/o Keith Costa, Esq.
Barclay Damon LLP
545 Long Wharf Drive, 9th
9th Fl
New Haven, CT 06514
212-784-5818
212-784-5769 (fax)
kcosta@barclaydamon.com
*(Interested Party)*

**Samuel Bryant Davidoff**
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
202-434-5648
sdavidoff@wc.com
*Assigned: 10/20/2022*

representing

**Williams & Connolly LLP**
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
202-434-5000
*(Interested Party)*

**Sam Della Fera, Jr**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2076
sdellafera@csglaw.com
*Assigned: 03/10/2023*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Mei Guo**
*(Interested Party)*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*Assigned: 07/12/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
212-230-7771 (fax)
lucdespins@pauhastings.com
*Assigned: 07/22/2022*
*LEAD ATTORNEY*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**J. Ted Donovan**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
(212)-221-5700
212-422-6836 (fax)
TDonovan@GWFGlaw.com

representing

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*(Debtor)*

*Assigned: 11/22/2022*
*LEAD ATTORNEY*

| | | |
|---|---|---|
| **Melissa I Falk Wernick**<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>973-530-2157<br>973-530-2357 (fax)<br>mwernick@csglaw.com<br>*Assigned: 03/26/2023* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)*<br><br><br>**Mei Guo**<br>*(Interested Party)* |
| **Sam Della Fera, Jr.**<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>973-325-1500<br>sdellafera@csglaw.com<br>*Assigned: 01/13/2023*<br>*LEAD ATTORNEY* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)*<br><br><br>**Mei Guo**<br>*(Interested Party)* |
| **Ross G. Fingold**<br>Stokesbury, Shipman & Fingold<br>10 Waterside Drive<br>Suite 204<br>Farmington, CT 06032<br>860-606-1709<br>860-606-1770 (fax)<br>rfingold@lawssf.com<br>*Assigned: 06/21/2023* | representing | **NODAL PARTNERS, LLC**<br>c/o Stokesbury & Fingold, LLC<br>10 Waterside Dr<br>Ste 204<br>Farmington, CT 06032<br>United States<br>8606061709<br>rfingold@lawssf.com<br>*(Interested Party)* |
| **Carolina A Fornos**<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019<br>212-858-1000<br>212-858-1500 (fax)<br>carolina.fornos@pillsburylaw.com<br>*Assigned: 06/06/2023* | representing | **G Club Operations, LLC**<br>*(Interested Party)* |
| **Carolina A. Fornos**<br>Pillsury Winthrop Shaw Pittman, LLP<br>31 West 52nd Street<br>New York, NY 10019<br>212-858-1558<br>212-585-1500 (fax)<br>carolina.fornos@pillsburylaw.com<br>*Assigned: 06/05/2023*<br>*LEAD ATTORNEY* | representing | **G Club Operations, LLC**<br>*(Interested Party)* |

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
 *Assigned: 03/17/2022*
 *LEAD ATTORNEY*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Richard N Freeth**
Richard N. Freeth
260 Madison Ave.
8th Floor
New York, NY 10016
917-775-7082
rfreeth@freethfirm.com
 *Assigned: 02/20/2023*

 *Assigned: 03/13/2023*

representing

**Jiaming Liu**
*(Interested Party)*

**Himalaya Investment LLC**
7424 E Blackrock Rd
SCOTTSDALE, AZ 85255
*(Interested Party)*

representing

**Lisa Fried**
Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017
917-542-7600
917-542-7601 (fax)
lisa.fried@hsf.com
 *Assigned: 03/06/2023*

representing

**UBS AG**
600 Washington Boulevard
Stanford, CT 06901
United States
*(Interested Party)*

**Peter Friedman**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
 *Assigned: 02/25/2022*
 *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Taruna Garg**
Murtha Cullina LLP
107 Elm Street
Four Stamford Plaza
Suite 1101
Stamford, CT 06902
203-653-5400

representing

**The Sherry-Netherland, Inc.**
781 Fifth Avenue
New York, NY 10022-1046
*(Creditor)*

203-653-5444 (fax)
tgarg@murthalaw.com
*Assigned: 11/23/2022*

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604                representing    **Official Committee of Unsecured Creditors**
203-330-2000                                        *(Creditor Committee)*
203-576-8888 (fax)
igoldman@pullcom.com
*Assigned: 04/05/2022*

*Assigned: 01/13/2023*                              **Pullman & Comley, LLC**
                                                    850 Main Street
                                  representing      Bridgeport, CT 06601
                                                    (203)
                                                    *(Creditor Committee)*

**Evan S. Goldstein**
Updike, Kelly & Spellacy, P.C.
Goodwin Square
225 Asylum Street
Ste 20th Floor
Hartford, CT 06103                representing      **Hing Chi Ngok**
860-548-2609                                        *(Interested Party)*
860-548-2680 (fax)
egoldstein@uks.com
*Assigned: 09/15/2022*
*TERMINATED: 04/06/2023*

*Assigned: 10/20/2022*                              **Greenwich Land, LLC**
*TERMINATED: 04/06/2023*          representing      *(Interested Party)*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036               representing       **Pacific Alliance Asia Opportunity Fund L.P.**
212-728-5698                                        *(20 Largest Creditor)*
mgonzalez@omm.com
*Assigned: 04/08/2022*
*LEAD ATTORNEY*

**Marc Gottridge**
Herbert Smith Freehills New York LLP
450 Lexington Avenue                                **UBS AG**
14th Floor                                          600 Washington Boulevard
New York, NY 10017               representing       Stamford, CT 06901
917-542-7600                                        United States
917-542-7601 (fax)                                  *(Interested Party)*
marc.gottridge@hsf.com
*Assigned: 01/24/2023*

| | | |
|---|---|---|
| **James C. Graham**<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203)821-2000<br>(203)821-2009 (fax)<br>jgraham@npmlaw.com<br>*Assigned: 07/20/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Lawrence S. Grossman**<br>Green & Sklarz LLC<br>One Audubon Street<br>Third Floor<br>New Haven, CT 06511<br>203-285-8545<br>LGrossman@gs-lawfirm.com<br>*Assigned: 10/12/2022* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **David V. Harbach, II**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5127<br>dharbach@omm.com<br>*Assigned: 02/25/2022*<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **James J. Healy**<br>Cowdery, Murphy & Healy, LLC<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-278-5555<br>860-249-0012 (fax)<br>jhealy@cmandh.com<br>*Assigned: 10/24/2022* | representing | **Williams & Connolly LLP**<br>Williams & Connolly LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>202-434-5000<br>*(Interested Party)* |
| **Eric A. Henzy**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-5495<br>203-549-0861 (fax)<br>ehenzy@zeislaw.com<br>*Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| *Assigned: 07/22/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **Ryan T. Jareck**<br>Cole Schotz P. C.<br>25 Main Street<br>Court Plaza North<br>Hackensack, NJ 07602<br>201-489-3000 | representing | **HCHK Property Management, Inc.**<br>500 West Putnam Avenue<br>Suite 400, #171<br>Greenwich, CT 06830<br>*(Interested Party)* |

201-489-1536 (fax)
rjareck@coleschotz.com
*Assigned: 06/28/2023*
*LEAD ATTORNEY*

**HCHK Technologies, Inc.**
3 Columbus Circle
20th Floor
New York, NY 10019
*(Interested Party)*

**Lexington Property and Staffing, Inc.**
750 Lexington Avenue
8th Floot
New York, NY 10022
*(Interested Party)*

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
2122094800
212-209-4801 (fax)
jjonas@brownrudnick.com
*Assigned: 04/21/2022*
*TERMINATED: 08/02/2022*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
860-424-4379
860-424-4370 (fax)
jkaplan@pullcom.com
*Assigned: 04/05/2022*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Austin D Kim**
Meister Seelig & Fein PLLC
125 Park Avenue
New York, NY 10017
212-655-3500
212-655-3535 (fax)
adk@msf-law.com
*Assigned: 04/04/2023*

representing

**Greenwich Land, LLC**
*(Interested Party)*

**Hing Chi Ngok**
*(Interested Party)*

**Rachel Snow Kindseth**
Murtha Cullina
265 Church Street
New Haven, CT 06510
203-772-7700
203-772-7723 (fax)
rkindseth@murthalaw.com

representing

**The Sherry-Netherland, Inc.**
781 Fifth Avenue
New York, NY 10022-1046
*(Creditor)*

*Assigned: 08/29/2023*
*TERMINATED: 09/07/2023*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 04/11/2022*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

*Assigned: 05/10/2022*

representing

**Mei Guo**
*(Interested Party)*

*Assigned: 07/14/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
dkletter@brownrudnick.com
*Assigned: 02/15/2022*
*TERMINATED: 08/02/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Julie A Lavoie**
Murtha Cullina
280 Trumbull Street
Ste 12th Floor
Hartford, CT 06103
860-240-6035
860-240-5875 (fax)
jlavoie@murthalaw.com
*Assigned: 01/31/2023*

representing

**The Sherry-Netherland, Inc.**
781 Fifth Avenue
New York, NY 10022-1046
*(Creditor)*

**Francis J. Lawall**
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th & Arch Street
Philidelphia, PA 19103-2799
(215) 981-4000
(215) 981-4750 (fax)
francis.lawall@troutman.com
*Assigned: 01/06/2023*
*LEAD ATTORNEY*

representing

**Bravo Luck Limited**
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola
British Virgin Islands
*(Interested Party)*

**Francis J. Lawall**
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

representing

**Bravo Luck Limited**
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola

215-981-4000
215-981-4750 (fax)
francis.lawall@troutman.com
*Assigned: 01/06/2023*
*LEAD ATTORNEY*

British Virgin Islands
*(Interested Party)*

**Andrew V. Layden**
BakerHostetler
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
407-649-4070
407-841-0168 (fax)
alayden@bakerlaw.com
*Assigned: 10/12/2022*
*LEAD ATTORNEY*

representing

**BakerHostetler**
*(Interested Party)*

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com
*Assigned: 07/11/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

*Assigned: 01/17/2023*

representing

**Genever Holdings Corporation**
P.O. Box 3170
Road Town Tortola
British Virgin Islands
*(Debtor)*

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*(Debtor)*

*Assigned: 04/10/2023*

representing

**Paul Hastings LLP**
200 Park Avenue
New York, NY 10166
*(Debtor's Attorney)*

*Assigned: 05/15/2023*
*TERMINATED: 05/16/2023*

representing

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*TERMINATED: 05/16/23*
*(Interested Party)*

*Assigned: 09/11/2023*

representing

**Neubert, Pepe & Monteith, P.C.**
195 Church Street
New Haven, CT 06510
(203) 781-2847

plinsey@npmlaw.com
*(Trustee's Attorney)*

*Assigned: 10/16/2023*

representing

**Epiq Corporate Restructuring, LLC**
777 Third Avenue
12th Floor
New York, NY 10017
*(Claims/Noticing Agent)*

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6079
212-303-7079 (fax)
aviluft@paulhastings.com
*Assigned: 07/22/2022*
*LEAD ATTORNEY*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
*Assigned: 03/22/2022*

representing

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Christopher J. Major**
Meister Seelig & Fein LLP
125 Park Avenue
7th Floor
New York, NY 10017
(212) 655-3500
212-655-3536 (fax)
cjm@msf-law.com
*Assigned: 04/04/2023*

representing

**Greenwich Land, LLC**
*(Interested Party)*

**Hing Chi Ngok**
*(Interested Party)*

**Bonnie C. Mangan**
The Law Office of Bonnie C. Mangan,
P.C.
1050 Sullivan Avenue, Suite A3
Westview Office Park
South Windsor, CT 06074
(860) 644-4204
860-644-4934 (fax)
bonnie.mangan@manganlaw.com
*Assigned: 02/17/2023*

representing

**Bonnie C. Mangan**
Law Office Bonnie C. Mangan, PC.
Westview Office Park
1050 Sullivan Avneu
Suite A3
South Windsor, CT 06074
860-644-4204
860-644-4934 (fax)
bonnie.mangan@manganlaw.com
*(Requested Notice)*

**Bonnie C. Mangan**
Law Office of Bonnie C. Mangan
1050 Sullivan Avenue
Suite A3

representing

**Bonnie C. Mangan**
Law Office Bonnie C. Mangan, PC.
Westview Office Park
1050 Sullivan Avneu

South Windsor, CT 06074
(860) 644-4204
860-644-4934 (fax)
Trusteemangan@yahoo.com
 *Assigned: 06/27/2023*

Suite A3
South Windsor, CT 06074
860-644-4204
860-644-4934 (fax)
bonnie.mangan@manganlaw.com
*(Requested Notice)*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
 *Assigned: 03/15/2022*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

 *Assigned: 12/05/2022*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Marcy J. McLaughlin Smith**
Womble Bond Dickinson (US) LLP
Hercules Plaza
1313 N Market Street
Suite 1200
Wilmington, DE 19801
302-252-4378
302-421-8390 (fax)
marcy.smith@wbd-us.com
 *Assigned: 01/17/2023*
  *TERMINATED: 10/30/2023*
 *LEAD ATTORNEY*

representing

**Bravo Luck Limited**
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola
British Virgin Islands
*(Interested Party)*

**Danielle L. Merola**
BakerHostetler
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
407-649-4092
dmerola@bakerlaw.com
 *Assigned: 10/13/2022*
 *LEAD ATTORNEY*

representing

**BakerHostetler**
*(Interested Party)*

**Sherry J. Millman**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-5400
212-806-6006 (fax)
smillman@stroock.com

representing

**The Sherry-Netherland, Inc.**
781 Fifth Avenue
New York, NY 10022-1046
*(Creditor)*

*Assigned: 11/29/2022*
*LEAD ATTORNEY*

**Timothy D. Miltenberger**
Cohn Birnbaum & Shea P.C.
CityPlace II, 15th Floor
185 Asylum Street
Hartford, CT 06103
860-493-2262
tmiltenberger@cbshealaw.com
*Assigned: 03/31/2022*
*TERMINATED: 08/17/2022*

representing

**Golden Spring (New York) LTD**
*(Interested Party)*
PRO SE

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960
973-285-3280
aaron@lmesq.com
*Assigned: 07/11/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

*Assigned: 02/08/2023*

representing

**Lawall & Mitchell, LLC**
55 Madison Avenue
Suite 400
Morristown, NJ 07960
973-285-3280
aaron@lmesq.com
*(Debtor's Attorney)*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 07/20/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

*Assigned: 10/31/2022*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Mei Guo**
*(Interested Party)*

*Assigned: 06/19/2023*

representing

**Hudson Diamond Holding LLC**
*(Interested Party)*

**Kevin J. Nash**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
(212)-301-6944
(212) 422-6836 (fax)
kjnash@gwflaw.com

representing

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*(Debtor)*

*Assigned: 11/22/2022*
*LEAD ATTORNEY*

**Sara Pahlavan**
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
415-984-8953
spahlavan@omm.com
 *Assigned: 05/05/2022*
 *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Patrick N. Petrocelli**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-6682
212-806-6006 (fax)
ppetrocelli@stroock.com
 *Assigned: 11/29/2022*
 *LEAD ATTORNEY*

representing

**The Sherry-Netherland, Inc.**
781 Fifth Avenue
New York, NY 10022-1046
*(Creditor)*

**Sari B. Placona**
McManimon, Scotland & Baumann,
LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
United States
9737215030
splacona@msbnj.com
 *Assigned: 02/23/2023*
 *LEAD ATTORNEY*

representing

**HCHK Property Management, Inc.**
500 West Putnam Avenue
Suite 400, #171
Greenwich, CT 06830
*(Interested Party)*

**HCHK Technologies, Inc.**
3 Columbus Circle
20th Floor
New York, NY 10019
*(Interested Party)*

**Lexington Property and Staffing, Inc.**
750 Lexington Avenue
8th Floot
New York, NY 10022
*(Interested Party)*

**Sari Blair Placona**
McManimon Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
973-622-1800
splacona@msbnj.com
 *Assigned: 02/28/2023*

representing

**HCHK Property Management, Inc.**
500 West Putnam Avenue
Suite 400, #171
Greenwich, CT 06830
*(Interested Party)*

**HCHK Technologies, Inc.**
3 Columbus Circle
20th Floor
New York, NY 10019
*(Interested Party)*

**Lexington Property and Staffing, Inc.**
750 Lexington Avenue
8th Floot
New York, NY 10022
*(Interested Party)*

**Lucas Bennett Rocklin**
Neubert, Pepe, Monteith, P.C.
195 Church Street,13th Floor
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
lrocklin@npmlaw.com
*Assigned: 07/15/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 04/11/2022*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

*Assigned: 05/10/2022*

representing

**Mei Guo**
*(Interested Party)*

*Assigned: 07/14/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

*Assigned: 06/01/2023*

representing

**Hudson Diamond NY LLC**
162 East 64th Street
New York, NY 10065
*(Interested Party)*

*Assigned: 06/06/2023*
*LEAD ATTORNEY*

representing

**Hudson Diamond Holding LLC**
*(Interested Party)*

*Assigned: 07/07/2023*

representing

**Aaron A. Romney**
10 Middle Street, 15th Floor
Bridgeport
203-368-4234
aromney@zeislaw.com
*(Interested Party)*

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street

representing

**Golden Spring (New York) LTD**
*(Interested Party)*
PRO SE

12th Floor
Hartford, CT 06103-4500
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
*Assigned: 03/28/2022*
*TERMINATED: 08/17/2022*

*Assigned: 08/12/2022*              representing    **Cohn Birnbaum & Shea, P.C.**
*(Attorney)*

**Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey
LLP
195 Church Street
P.O. Box 1950                      representing    **Chong Shen Raphanella**
New Haven, CT 06509-1950                           *(Creditor)*
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
*Assigned: 06/24/2022*

**Rong Zhang**
*(Creditor)*

**Xiaodan Wang**
*(Creditor)*

*Assigned: 07/15/2022*             representing    **Michael S. Weinstein**
*(Attorney)*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square                     representing    **Pacific Alliance Asia Opportunity Fund L.P.**
New York, NY 10036                                 *(20 Largest Creditor)*
202-326-2293
ssarnoff@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

**David M.S. Shaiken**                             **Bravo Luck Limited**
Shipman, Shaiken & Schwefel, LLC                   P.O. Box 957
433 South Main Street                              Offshore Incorporations Centre
Suite 319                          representing    Road Town
West Hartford, CT 06110                            Tortola
860-606-1703                                       British Virgin Islands
866-431-3248 (fax)                                 *(Interested Party)*
david@shipmanlawct.com
*Assigned: 01/04/2023*

**Bennett Silverberg**             representing    **Ho Wan Kwok**
Brown Rudnick LLP                                  373 Taconic Road
Seven Times Square                                 Greenwich, CT 06831
New York, NY 10036                                 *(Debtor)*
212-209-4800
212-209-4801 (fax)

bsilverberg@brownrudnick.com
*Assigned: 03/01/2022*
*TERMINATED: 08/02/2022*
*LEAD ATTORNEY*

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
*Assigned: 07/14/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

*Assigned: 11/02/2022*

representing

**Genever Holdings Corporation**
P.O. Box 3170
Road Town Tortola
British Virgin Islands
*(Debtor)*

*Assigned: 11/22/2022*
*LEAD ATTORNEY*

representing

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*(Debtor)*

*Assigned: 10/20/2023*

representing

**Neubert, Pepe & Monteith, P.C.**
195 Church Street
New Haven, CT 06510
(203) 781-2847
plinsey@npmlaw.com
*(Trustee's Attorney)*

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511
203-285-8545
203-823-4546 (fax)
jsklarz@gs-lawfirm.com
*Assigned: 10/07/2022*

representing

**BakerHostetler**
*(Interested Party)*

*Assigned: 06/01/2023*

representing

**G Club Operations, LLC**
*(Interested Party)*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
*Assigned: 02/24/2022*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Anthony Sodono, III**
McManimon, Scotland & Baumann,

representing

**HCHK Property Management, Inc.**
500 West Putnam Avenue

LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
(973) 721-5038
asodono@msbnj.com
  *Assigned: 02/23/2023*
  *LEAD ATTORNEY*

Suite 400, #171
Greenwich, CT 06830
*(Interested Party)*

**HCHK Technologies, Inc.**
3 Columbus Circle
20th Floor
New York, NY 10019
*(Interested Party)*

**Lexington Property and Staffing, Inc.**
750 Lexington Avenue
8th Floot
New York, NY 10022
*(Interested Party)*

**John Troy**
Troy Law, PLLC
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
718-762-2332
johntroy@troypllc.com
  *Assigned: 10/20/2022*

representing

**Troy Law, PLLC**
41-00025 Kissena Blvd., Suite 103
Flushing, NY 11355
718-762-1324
troylaw@troypllc.com
*(Interested Party)*

**Tiffany Troy**
Troy Legal, PLLC
41-25 Kissena Blvd, #1A
Flushing, NY 11355
718-762-2332
troylegalpllc@gmail.com
  *Assigned: 08/24/2022*

representing

**Troy Law, PLLC**
*(Creditor)*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
  *Assigned: 01/13/2023*
  *LEAD ATTORNEY*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Mei Guo**
*(Interested Party)*

  *Assigned: 03/24/2023*

representing

**Chiesa Shahinian & Giantomasi PC**
105 Eisenhower Parkway
Roseland, NJ 07068
*(Interested Party)*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway

Roseland, NJ 07068
lvartan@csglaw.com
*(Attorney)*

*Assigned: 08/25/2023*
*LEAD ATTORNEY*

representing

**Hudson Diamond Holding LLC**
*(Interested Party)*

**Stephen G. Walko**
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830-6692
203-661-6000
203-661-9462 (fax)
swalko@ibolaw.com
*Assigned: 01/06/2023*

representing

**Ivey, Barnum & O'Mara LLC**
Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830
United States
2036616000
*(Interested Party)*

**Michael S. Weinstein**
Golenbock Eiseman Assor Bell & Peskoe
LL
711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
*Assigned: 07/22/2022*
*LEAD ATTORNEY*

representing

**Chong Shen Raphanella**
*(Creditor)*

**Rong Zhang**
*(Creditor)*

**Xiaodan Wang**
*(Creditor)*

**Melissa F. Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
United States
973-325-1500
mwernick@csglaw.com
*Assigned: 02/23/2023*
*LEAD ATTORNEY*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Mei Guo**
*(Interested Party)*

*Assigned: 08/25/2023*
*LEAD ATTORNEY*

representing

**Hudson Diamond Holding LLC**
*(Interested Party)*

**Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com
*Assigned: 02/17/2022*

representing

**Logan Cheng**
c/o Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
*(Creditor)*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
 *Assigned: 03/22/2022*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/03/2023 12:40:03 | | |
| **PACER Login:** | Pc_Library | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 22-50073 |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |