# EXHIBIT C

KWOK COMMITTEE MEMBERS

Ning Ye ▮▮▮;
Carollynn H.G. Callari ▮▮▮;
Samuel Nunberg ▮▮▮