**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                                     :

In re:                                               : Chapter 11
                                                    :
HO WAN KWOK, *et al.*,                      : Case No. 22-50073 (JAM)
                                                    :
                   Debtors.[1]                : Jointly Administered
                                                    :
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from January 1, 2024 through and including January 31, 2024 (the "Fee Period"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $8,954.00 and $786.41 respectively.

**SERVICES RENDERED AND EXPENSES INCURRED**

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

1.  Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period. The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2.  Attached hereto as <u>Exhibit B</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3.  Attached hereto as <u>Exhibit C</u> is the fee statement of OMJB for services provided during the Fee Period with redactions to protect certain privileged information.

## NOTICE AND OBJECTION PROCEDURES

4.  Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New

York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **March 12, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever (US) shall promptly pay OMJB 80% of the fees and 100% of the expenses as identified in this Monthly Fee Statement.

7. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: February 20, 2024
      Glastonbury, Connecticut

GENEVER HOLDINGS LLC

By: <u>  */s/Michael T. McCormack*  </u>
    Michael T. McCormack (ct13799)
    Timothy P. Jensen (ct18888)
    Amy E. Markim (ct27974)
    O'Sullivan McCormack Jensen & Bliss PC
    180 Glastonbury Boulevard, Suite 210
    Glastonbury, CT 06033
    Tel: 860-258-1993
    Fax: 860-258-1991
    mmccormack@omjblaw.com
    tjensen@omjblaw.com
    amarkim@omjblaw.com

    *Special Insurance Coverage Counsel for*
    *Debtor-In-Possession Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                          :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                       :    Case No. 22-50073 (JAM)
:
Debtors.                             :    (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 20, 2024, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

                    GENEVER HOLDINGS LLC

                    By:  */s/Michael T. McCormack*
                        Michael T. McCormack (ct13799)
                        Timothy P. Jensen (ct18888)
                        Amy E. Markim (ct27974)
                        O'Sullivan McCormack Jensen & Bliss PC
                        180 Glastonbury Boulevard, Suite 210
                        Glastonbury, CT 06033
                        Tel: 860-258-1993
                        Fax: 860-258-1991
                        mmccormack@omjblaw.com
                        tjensen@omjblaw.com
                        amarkim@omjblaw.com
                        *Special Insurance Coverage*
                        *Counsel for Debtor-In-Possession Genever*
                        *Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## **EXHIBIT A**

## **HOURS AND RATES PER TIMEKEEPER**

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Timothy Jensen | 1997 | $450 | 6.7 | $3,015.00 |
| Amy Markim | 2008 | $350 | .9 | $315.00 |
| Michael McCormack | 1993 | $400 | 19.0 | $7,600.00 |
| Melissa Gambardella | | $125 | 2.1 | $262.50 |
| **Total** | | | **28.7** | **$11,192.50** |

## EXHIBIT B

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Expense Category | Amount |
|---|---:|
| Fees Advanced for Logikcull Invoice – eDiscovery Program | $250.00 |
| Mileage 2024: RT Travel to Bridgeport Bankruptcy Court | $71.02 |
| Copying – Month of January | $58.40 |
| Westlaw – Month of January | $406.99 |
| **TOTAL** | **$786.41** |

## **EXHIBIT C**

**TIME AND EXPENSE DETAIL**



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27423
Date: 02/09/2024

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

**Services**

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 01/08/2024 | TPJ | Attend to deficiency letter to AIG | 1.50 | $450.00 | $675.00 |
| 01/09/2024 | TPJ | Attend to discovery deficiency letter to AIG re production | 2.50 | $450.00 | $1,125.00 |
| 01/12/2024 | TPJ | Communications with AIG re deficiency | 0.20 | $450.00 | $90.00 |
| 01/16/2024 | MTM | Draft summary of legal analysis for Mr. Despins re REDACTED REDACTED | 0.90 | $400.00 | $360.00 |
| 01/17/2024 | TPJ | Communications with AIG re deficiency | 0.20 | $450.00 | $90.00 |
| 01/18/2024 | MBG | Draft MJB Statement of Fees n Kwok Bankruptcy matter. | 0.70 | $125.00 | $87.50 |
| 01/18/2024 | MTM | Review of AIG Answer to Amended Complaint re bad REDACTED REDACTED | 0.80 | $400.00 | $320.00 |
| 01/19/2024 | MTM | Review and finalize monthly fee application and supporting documents | 0.20 | $400.00 | $80.00 |
| 01/19/2024 | AM | Review monthly fee application and invoice in support of same. | 0.30 | $350.00 | $105.00 |
| 01/19/2024 | MTM | Continued review and analysis of AIG answer to amended complaint re REDACTED | 1.10 | $400.00 | $440.00 |
| 01/19/2024 | MBG | Attention to redaction of OMJB December 2023 invoice and finalize and e-file Fee Statement for same and email copy to Notice Parties. | 0.40 | $125.00 | $50.00 |
| 01/24/2024 | TPJ | Prepare for and attend discovery conference with AIG | 2.10 | $450.00 | $945.00 |
| 01/25/2024 | MTM | Draft email to Mr. Despins re REDACTED REDACTED | 0.20 | $400.00 | $80.00 |
| 01/29/2024 | MTM | Review of loss documents from John Panico at Affiliated | 0.60 | $400.00 | $240.00 |

Page 1 of 5

| Date | | Activity | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | MTM | Prepare for summary judgment hearing: Review of cases and analysis and draft of outline re argument | | 6.30 | $400.00 | $2,520.00 |
| 01/29/2024 | MTM | Attention to damages analysis issues and research re same | | 0.30 | $400.00 | $120.00 |
| 01/29/2024 | MBG | Preparation of Motion for Summary Judgment hearing binder. | | 0.70 | $125.00 | $87.50 |
| 01/30/2024 | AM | Review, revise, and supplement damages analysis. | | 0.40 | $350.00 | $140.00 |
| 01/30/2024 | MTM | Analysis of case re REDACTED RED... (.7); draft damages analysis (.8) | | 1.50 | $400.00 | $600.00 |
| 01/30/2024 | MTM | Review and analysis of cases re REDACTED REDACTED ; revise and supplement damages analysis | | 0.80 | $400.00 | $320.00 |
| 01/30/2024 | MTM | Telephone conference with Mr. Panico re property loss damages | | 0.40 | $400.00 | $160.00 |
| 01/30/2024 | MTM | Continued review of notes and cases re preparation for oral argument re summary judgment | | 1.20 | $400.00 | $480.00 |
| 01/30/2024 | MTM | Attend hearing in Bridgeport re motion for summary judgment and present argument in support of motion | | 4.30 | $400.00 | $1,720.00 |
| 01/30/2024 | MTM | Email communications with Attny Bongartz re REDACTED | | 0.20 | $400.00 | $80.00 |
| 01/30/2024 | TPJ | Review motion for subpoena and order re same | | 0.20 | $450.00 | $90.00 |
| 01/30/2024 | MBG | Email communications re Interim Fee App; Draft of transcript order of MSJ hearing. | | 0.30 | $125.00 | $37.50 |
| 01/31/2024 | MTM | Telephone conference with Attny Bongartz re REDACTED REDACTED | | 0.20 | $400.00 | $80.00 |
| 01/31/2024 | AM | Respond to inquiry from E. Sutton re: depositions in adversary proceeding. | | 0.20 | $350.00 | $70.00 |
| | | | | **Services Subtotal** | | **$11,192.50** |

## Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 01/12/2024 | Fees advanced to Logikcull INV156222 12-31-2023 | $250.00 |
| Expense | 01/30/2024 | Mileage 2024: RT Travel to Bridgeport bankruptcy court | $71.02 |
| Expense | 01/31/2024 | Copying: Month of January | $58.40 |
| Expense | 01/31/2024 | Westlaw: Month of January | $406.99 |
| | | **Expenses Subtotal** | **$786.41** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 6.7 | $450.00 | $3,015.00 |
| Amy Markim | 0.9 | $350.00 | $315.00 |
| Michael McCormack | 19.0 | $400.00 | $7,600.00 |
| Melissa Gambardella | 2.1 | $125.00 | $262.50 |

|  | Invoice Subtotal | $11,978.91 |
|---|---|---|
|  | Invoice Total | $11,978.91 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27021 | 09/25/2023 | $99,873.56 | $80,469.56 | $19,404.00 |
| 27098 | 10/11/2023 | $35,374.76 | $28,534.76 | $6,840.00 |
| 27168 | 11/14/2023 | $24,998.95 | $20,063.45 | $4,935.50 |
| 27274 | 12/08/2023 | $31,249.41 | $25,322.41 | $5,927.00 |
| 27360 | 01/09/2024 | $6,578.34 | $0.00 | $6,578.34 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27423 | 02/09/2024 | $11,978.91 | $0.00 | $11,978.91 |
|  |  |  | **Balance Due on All Invoices** | **$55,663.75** |
|  |  |  | **TOTAL AMOUNT DUE** | **$55,663.75** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC     *REDACTED*

Payment is due upon receipt.