**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                              :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                           :    Case No. 22-50073 (JAM)
:
Debtors.                                        :    (Jointly Administered)
:
------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 12, 2024, the *Motion of Chapter 11 Trustee for Entry of Order Compelling Banco Popular de Puerto Rico to Comply with Rule 2004 Subpoena* [ECF No. 2778] (including all exhibits, attachments, and associated orders filed therewith, collectively, the "Motion to Compel"), and that, on February 16, 2024, the Court's *Order Scheduling Hearing on Motion to Compel* [ECF No. 2927] (collectively, the "Served Documents"), were filed electronically. Notice of the Served Documents has been sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system ("CM/ECF") on the dates of filing. Parties may access the Served Documents through the Court's CM/ECF system.

The undersigned further certifies that on February 16, 2024, true and correct copies of the Served Documents were sent via first class mail to Banco Popular de Puerto Rico at 209 Avenida Luis Munos Rivera, San Juan, Puerto Rico 00091 and via electronic mail to

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Lourdes.carballo@popular.com.

| | | |
|---|---|---|
| Dated: | February 20, 2024<br>New Haven, Connecticut | LUC DESPINS, as appointed Chapter 11 Trustee<br>for HO WON KWOK |

By: */s/ Patrick R. Linsey*
    *Patrick R. Linsey*
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com