UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                               :   Chapter 11
                                                     :
HO WAN KWOK, *et al.*,[1]                            :   Case No. 22-50073 (JAM)
                                                     :
          Debtors.                                   :   (Jointly Administered)
                                                     :
---------------------------------------------------------x

**GENEVER HOLDINGS LLC'S FOURTH MONTHLY STATUS REPORT REGARDING REMEDIATION OF SHERRY NETHERLAND APARTMENT**

Genever Holdings LLC (the "Debtor" or "Genever US"), by and through its undersigned counsel, hereby files this fourth monthly status report (the "Status Report") in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order"),[2] covering the period from January 1, 2024 through January 31, 2024:

**STATUS REPORT**

1.  Update on Asbestos Removal: The asbestos removal projected was concluded on Friday, January 26, 2024.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Status Report have the meanings ascribed to them in the Remediation Order.

2. <u>Selection of General Contractors</u>: As noted in the prior status reports, Genever US received bids from each of the following five general contractors:

a. Gustav Restoration
b. Gem Contracting
c. Liebhaber Company
d. Quest Builders Group
e. Sciame Construction

Following receipt of these bids, the Debtor's architect (Acheson Doyle) conducted follow-up interviews and additional walk-throughs with these five general contractors, after which these contractors submitted further refined bids. In accordance with the Remediation Order, Genever US shared with the Consultation Parties all general contractor bids it received. Ultimately, and after consulting with the Consultation Parties, Genever US selected Sciame Construction as the general contractor, as their bid was the most cost-effective. In particular, the total cost of their bid for the remediation project is $630,507.81 (which cost includes windows and HVAC units). Sciame estimates that the project will take approximately 84 days to complete. At this time, Sciame has not yet commenced their work, because the Sherry Netherland must first conduct a soot removal project in the area of the Sherry Netherland Apartment affected by the March 15, 2023 fire.[3] Genever US has been advised by the Sherry Netherland that it will take several weeks to complete the soot removal project.

3. <u>Summary of Expenses Paid Through January 31, 2024</u>: Through the end of January 2024, Genever US has made the following payments in connection with the Remediation Project:

| Date | Recipient | Description | Amount |
| --- | --- | --- | --- |
| August 30, 2023 | Gallagher Bassett Services, Inc. | Asbestos survey and reporting | $3,871.56 |

---

[3] The soot could not be removed until after the asbestos removal had been completed.

| October 4, 2023 | Gallagher Bassett Services, Inc. | Asbestos permits | $7,349.06 |
| October 13, 2023 | ABF Environmental, Inc. | Asbestos abatement work | $48,900.00 |
| October 30, 2023 | Acheson Doyle Partners Architects PC | Architectural services | $3,380.86 |
| November 2, 2023 | Genever US | Reimbursement from Sherry Netherland (80% of payments made by Genever US to (i) ABF Environmental on October 13, 2023, and (ii) Gallagher Bassett Services, Inc. on October 4, 2023) | ($44,999.25) |
| November 9, 2023 | Gustav Restoration LLC | 50% deposit for removing fireplace (to prepare for asbestos removal) | $1,226.12 |
| December 1, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $63,720.78 |
| December 1, 2023 | Catalpa Special Inspections | 50% deposit for special inspection services | $2,875.00 |
| December 12, 2023 | Gustav Restoration LLC | Remaining 50% payment for removing fireplace | $1,226.13 |
| December 20, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $74,011.84 |
| January 16, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $27,760.65 |

Dated: February 20, 2024
      New York, New York

By: */s/ G. Alexander Bongartz*
Luc A. Despins (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
lucdespins@paulhastings.com
alexbongartz@paulhastings.com
douglassbarron@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510

(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                 :

In re:                                       :        Chapter 11

HO WAN KWOK, *et al.*,[1]        :        Case No. 22-50073 (JAM)

        Debtors.           :        (Jointly Administered)

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 20, 2024, the foregoing Status Report was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    February 20, 2024
            New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted pro hac vice)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

*Counsel for the Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).