# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 20, 2024

In re:

Ho Wan Kwok

Genever Holdings Corporation
Debtor*

Case Number: 22−50073
Chapter: 11

## NOTICE OF HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **March 19, 2024** at **01:30 PM** to consider and act upon the following matter(s):

> **Interim Application for Compensation/First Interim Fee Application of O'Sullivan McCormack Jensen & Bliss PC, as Special Insurance Coverage Counsel, for Compensation and Reimbursement of Expenses for Period from July 27, 2023 through December 31, 2023 for O'Sullivan McCormack Jensen & Bliss PC, Special Counsel, Fee: $191,730.00, Expenses: $5,240.02. Filed by Georg Alexander Bongartz, Attorney. (Re: Doc #2928)**

> **Interim Application for Compensation/First Interim Fee Application of Kroll, LLC, as Forensic Investigators, for Compensation and Reimbursement of Expenses for Period from August 2, 2023 through December 31, 2023 for Kroll, LLC, Other Professional, Fee: $1,019,095.5, Expenses: $93,702.91. Filed by Georg Alexander Bongartz, Attorney. (Re: Doc #2929)**

> **Interim Application for Compensation/Third Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for Allowance of Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period from September 1, 2023 through December 31, 2023 for Epiq Corporate Restructuring, LLC, Other Professional, Fee: $10,417.00, Expenses: $1,606.43. Filed by Georg Alexander Bongartz, Attorney. (Re: Doc #2930)**

> **Application to Employ Prager Dreifuss AG as Swiss Law Counsel/ Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014−1 and 2016−1, Authorizing and Approving Retention and Employment of Prager Dreifuss AG as Swiss Law Counsel Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee. (Re: Doc #2931)**

> **Interim Application for Compensation (Second Interim) for Harney Westwood & Riegels LP, Trustee's Attorney, Fee: $101597, Expenses: $1825. Filed by Harney Westwood & Riegels LP, Trustee's Attorney. (Re: Doc #2933)**

> **Interim Application for Compensation for Paul Hastings LLP, Trustee's Attorney, Fee: $6,911,034.50, Expenses: $718,236.31. Filed by Paul Hastings LLP, Debtor's Attorney. (Re: Doc #2935)**

**Interim Application for Compensation (Fourth Interim) for Neubert, Pepe & Monteith, P.C., Trustee's Attorney, Fee: $1,038,670.00, Expenses: $37,709.63. Filed by Neubert, Pepe & Monteith, P.C., Trustee's Attorney. (Re: Doc #2936)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non–evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above–mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above–referenced matter and may enter an order granting that relief.

**OBJECTION(S) TO THE MOTION SHALL BE FILED ON OR BEFORE: March 12, 2024** before 5:00 PM. Untimely objections may not be considered.

Dated: February 20, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lw