# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered)<br><br>Re:  ECF No. 2934 |

**MOTION TO PERMIT ERIC SCHMITT, COUNSEL FOR
CHRIS LEE AND QIDONG XIA, TO APPEAR REMOTELY AT THE
FEBRUARY 27, 2024 STATUS CONFERENCE**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure, Chris Lee and Qidong Xia, by and through undersigned counsel, respectfully move the Court for permission for Attorney Eric T. Schmitt to appear remotely at the February 27, 2024, 1:00 p.m. Status Conference.

## REQUESTED RELIEF

1. On February 5, 2024, Chris Lee and Qidong Xia, through counsel, filed their Objections to Trustee's Motion for Entry of an Order Extending Deadline for Trustee to Bring Avoidance Actions Under Bankruptcy Code Sections 108, 546, and 549 (ECF No. 2566).

2. On February 7, 2024, the Court granted the motion for Mr. Schmitt to appear *Pro Hac Vice* on behalf of Chris Lee and Qidong Xia.  (ECF No. 2579).

3. On February 19, 2024, the Trustee filed Chapter 11 Trustee's Request for Status Conference, pursuant to which the Trustee sought a conference with respect to, among other things, the case management of the adversary proceedings recently commenced by the Trustee. On February 20, 2024, the Court granted that request and scheduled a status conference for February 27, 2024 at 1:00 p.m.

4. Mr. Schmitt works out of Chicago, Illinois. Given the time and expense needed to travel from Illinois, Chris Lee and Qidong Xia respectfully request that Mr. Schmitt be allowed to participate in the Status Conference via the Court's Zoom platform.

27181.000/796162.1

## CONCLUSION

WHEREFORE, for the foregoing reasons, Chris Lee and Qidong Xia respectfully request that Mr. Schmitt be permitted to appear remotely before this Court on the Status Conference on February 27, 2024 at 1:00 p.m.

Dated at Hartford, Connecticut, this 21st day of February, 2024.

By: /s/ Jon P. Newton
Jon P. Newton
Federal Bar No. ct03376
One Financial Plaza, 21st Floor
Hartford, CT 06103
Telephone: (860) 240-1090
Email: jnewton@reidandriege.com

## CERTIFICATION

I hereby certify that the foregoing Motion was filed electronically on February 21, 2024, and therefore will be sent by email to those receiving email notices from the Court's electronic filing system.

/s/ Jon P. Newton
Jon P. Newton

27181.000/796162.1