**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION TO APPEAR REMOTELY**
**FOR FEBRUARY 27, 2024 STATUS CONFERENCE**

Upon the Motion of Eric Schmitt, counsel for Chris Lee and Qidong Xia, for permission to appear remotely at the Status Conference scheduled for February 27, 2024 at 1:00 p.m. in the above-entitled case, notice having been provided and good cause appearing therefore, it is hereby

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that Mr. Schmitt may participate in the February 27, 2024 Status Conference via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the conference remotely by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

27181.000/796167.1