**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
 : 
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
 : 
Debtors.¹ : Jointly Administered
 : 
---------------------------------------------------------------x

# MOTION FOR ADMISSION *PRO HAC VICE* OF SHLOMO MAZA

Pursuant to Local Rules of Civil Procedure 83.1 (c) and (d) of the United States District Court for the District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1 and 9083-3, Patrick R. Linsey, a member of the Bar of this Court and a member of the firm of Neubert, Pepe & Monteith, P.C. ("Neubert Pepe"), respectfully moves (the "Motion") this Court to enter an Order admitting Shlomo Maza ("Mr. Maza") *pro hac vice* on behalf of Chapter 11 Trustee Luc A. Despins (the "Trustee") in the above-captioned chapter 11 case (the "Case"). In support of this Motion, the undersigned represents the following:

1. On August 2, 2022, this Court entered an order authorizing and approving retention and employment of Paul Hastings LLP as counsel to the chapter 11 trustee, Luc A. Despins [ECF. 688].

2. Mr. Maza is an associate with Paul Hastings. He is a member in good standing of the bar of State of New York (Registration No. 4999686) and of the United States District Court

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

for the Southern District of New York. Mr. Maza has not been denied admission or disciplined by any Court.

3. Mr. Maza has executed an affidavit in connection with this Motion which has been attached hereto as Exhibit A. A certificate of good standing for M. Maza from the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, is attached hereto as Exhibit B.

4. The undersigned counsel is a member in good standing of the Bar of the State of Connecticut. The undersigned is also admitted to practice before the United States District Court for the District of Connecticut and the Southern and Eastern Districts of New York.

5. The undersigned respectfully requests that, pursuant to D. Conn. L. Civ. R. 83.1(d), in the event that this motion is granted, he be excused from attendance at proceedings. In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service on behalf of Mr. Maza.

WHEREFORE, Patrick R. Linsey respectfully requests that this Court enter an Order granting Shlomo Maza admission *pro hac vice*.

| | |
|---|---|
| Dated: February 21, 2024<br>New Haven, Connecticut | RESPECTFULLY SUBMITTED<br><br>*/s/ Patrick R. Linsey*<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 781-2847<br>plinsey@npmlaw.com |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---

**[PROPOSED] ORDER GRANTING**
**MOTION FOR ADMISSION *PRO HAC VICE* OF SHLOMO MAZA**

On this __ day of _____, 2024, upon consideration the Motion for Admission *Pro Hac Vice* of Shlomo Maza (the "Motion"), filed by a member of the bar of this Court on behalf of Shlomo Maza ("Mr. Maza"), as attorney for Luc A. Despins, Chapter 11 Trustee in the above-captioned chapter 11 case (the "Case"), and any responses thereto, it is hereby

ORDERED, that the Motion is granted, and that Mr. Maza is admitted *pro hac vice* to practice in the U.S. District Court for the District of Connecticut in connection with the Case, and with respect to this Case, he shall have all the rights, privileges, and responsibilities of a member of the bar of this Court; and it is further

ORDERED that, pursuant to D. Conn. L. Civ. R. 83.1(d), Mr. Maza's sponsoring attorney shall be excused from attendance at proceedings; and it is further

ORDERED that Patrick R. Linsey will receive service on behalf of Mr. Maza in accordance with D. Conn. Local Civ. R. 83.1(c), as incorporated by D. Conn. L.B.R. 1001-1 and 9083-3.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
In re:                                   :   CHAPTER 11
                                         :
HO WAN KWOK, *et al.*,[1]                :   Case No. 22-50073 (JAM)
                                         :
            Debtors.                     :   (Jointly Administered)
---------------------------------------------------------x

**AFFIDAVIT IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*
OF SHLOMO MAZA**

STATE OF NEW YORK     )
                      ) ss: New York
COUNTY OF NEW YORK    )

Shlomo Maza, of full age, deposes and states the following:

1. I am an attorney and an associate at the firm of Paul Hastings LLP ("Paul Hastings"), with an office address of 200 Park Avenue, New York, NY 10166. The firm's telephone number is (212) 318-6000, the facsimile number is (212) 230-7778, and my email address is shlomomaza@paulhastings.com.

1. Pursuant to an order of this Court entered on August 2, 2022, Paul Hastings is counsel for Chapter 11 Trustee Luc A. Despins (the "Trustee") in the above-captioned chapter 11 case (the "Case") to provide legal representation in connection with this Case [ECF. 688].

2. Pursuant to D. Conn. L. Civ. R. 83.1(c), Patrick R. Linsey of the law firm of

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Neubert, Pepe & Monteith, P.C., will serve as my local bankruptcy counsel. Neubert, Pepe & Monteith, P.C.'s address is 195 Church Street, 13th Floor, New Haven, Connecticut, 06510.

3. Pursuant to D. Conn. L. Civ. R. 83.1(d), I designate the District of Connecticut as the forum for any resolution of any dispute arising out of my admission.

4. I am a member in good standing of the Bar of the State of New York (Registration No. 4999686) and of the United States District Court for the Southern District of New York. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. Further, I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I have read and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

_Shlomo Maza_

Sworn and subscribed to before me
this 21th day of February, 2024.

_Dennis Cairns_
Notary Public
My Commission Expires: 8/9/24

DENNIS CAIRNS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CA6114237
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 08/09/2024

2

**EXHIBIT B**



## Appellate Division of the Supreme Court of the State of New York
### Second Judicial Department

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Shlomo Maza

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 7, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on February 21, 2024.

*Acting Clerk of the Court*

CertID-00161520



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
ACTING CLERK OF THE COURT

KENNETH BAND
DEPUTY CLERKS

MELISSA KRAKOWSKI
WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*[signature]*

Darrell M. Joseph
Acting Clerk of the Court

Revised August 2023

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re:                                                                          : Chapter 11
                                                                                    :
HO WAN KWOK, *et al.*,                                           : Case No. 22-50073 (JAM)
                                                                                    :
               Debtors.[1]                                                : Jointly Administered
                                                                                    :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 21, 2024, the foregoing Motion was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's case management/electronic filing (CM/ECF) system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: February 21, 2024
           New Haven, Connecticut

                                                                 */s/ Patrick R. Linsey*
                                                                Patrick R. Linsey (ct29437)
                                                                NEUBERT, PEPE & MONTEITH, P.C.
                                                                195 Church Street, 13th Floor
                                                                New Haven, Connecticut 06510
                                                                (203) 781-2847
                                                                plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).