UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

**MOTION OF MEI GUO FOR ENTRY OF ORDER GRANTING PERMISSION FOR NEW JERSEY COUNSEL TO APPEAR REMOTELY AT FEBRUARY 27, 2024 HEARING**

Pursuant to section 105(a) of Title 11 of the United States Code (hereinafter, the "Bankruptcy Code") and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), interested party Mei Guo respectfully moves (the "Motion") the Court for permission for her counsel, Chiesa Shahinian & Giantomasi PC ("CSG"), to appear remotely at the February 27, 2024 status conference, and respectfully states the following:

1.  As the Court is aware, a status conference is scheduled for Tuesday, February 27, 2024 at 1:00 p.m. in the within Chapter 11 cases.

2.  Sam Della Fera, Jr., Esq., who will be appearing on behalf of Mei Guo at the status conference has a scheduling conflict on that date. He is scheduled to appear at two hearings in the New Jersey Bankruptcy Court at 10:00 a.m. and 11:00 a.m. In that regard, CSG wishes to participate in the status conference remotely via the Court's Zoom.gov platform.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

WHEREFORE, the Court should (a) grant this Motion, (b) permit CSG to participate in the February 27, 2024 status conference remotely, and (c) grant such other and further relief as is just and proper.

Dated:  February 22, 2024
      Roseland, New Jersey

/s/ Lee Vartan
Lee Vartan (admitted *pro hac vice*)
New York State Bar No. 4288296
lvartan@csglaw.com
Sam Della Fera, Jr. (admitted *pro hac vice*)
New Jersey State Bar No. 023701992
sdellafera@csglaw.com
Melissa F. Wernick (admitted *pro hac vice*)
New Jersey State Bar No. 033642010
mwernick@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:  (203) 368-5485
*Local Counsel for Mei Guo*

## CERTIFICATION OF SERVICE

I hereby certify that on this 22nd day of February 2024, a copy of foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: February 22, 2024
      Roseland, New Jersey

*/s/ Lee Vartan*
Lee Vartan (admitted *pro hac vice*)
New York State Bar No. 4288296
lvartan@csglaw.com
Sam Della Fera, Jr. (admitted *pro hac vice*)
New Jersey State Bar No. 023701992
sdellafera@csglaw.com
Melissa F. Wernick (admitted *pro hac vice*)
New Jersey State Bar No. 033642010
mwernick@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5485
*Local Counsel for Mei Guo*