UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

**[PROPOSED] ORDER GRANTING MOTION OF MEI GUO FOR PERMISSION FOR NEW JERSEY COUNSEL TO APPEAR REMOTELY AT FEBRUARY 27, 2024 STATUS CONFERENCE**

Upon the motion (the "Motion") of Mei Guo for entry of an order granting her counsel, Chiesa Shahinian & Giantomasi PC ("CSG"), permission to participate remotely at the February 27, 2024 status conference, and sufficient notice having been provided, and good cause appearing therefore, it is hereby:

1.    ORDERED that the Motion is granted as set forth herein; and it is further

2.    ORDERED that CSG may participate in the February 27, 2024 status conference in the within Chapter 11 cases via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the Zoom.gov remote conference by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).