## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1] | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(d) of the Local Rule of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, respectfully moves that the Court admit John J. Kuster, a member of the bar of the State of New York, to represent DBS Bank Ltd., and in accordance with Local Rule 83.1(d), I represent that:

1. The primary office of Attorney Kuster is Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019. Attorney Kuster's telephone number is (212) 839-5300 and his email address is jkuster@sidley.com.

2. Attorney Kuster is a member in good standing in the State of New York, set forth in his affidavit, attached as Exhibit A.

3. To the best of my knowledge and belief, Attorney Kuster is a member in good standing of the Courts listed in his affidavit and he has not been denied admission or disciplined by this Court; no disciplinary proceedings are pending against him; and he has not been denied admission or disciplined by any other court.

4. Service of all papers directed to DBS Bank, Ltd. may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated: February 22, 2024
      Hartford, Connecticut

**DBS BANK, LTD.**

/s/ *William S. Fish, Jr.*
William S. Fish, Jr.
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, CT 06103
Telephone: (860) 331-2700
Email: wfish@hinckleyallen.com

*Counsel to DBS Bank, Ltd.*

## CERTIFICATION

I hereby certify that the foregoing Motion for Admission of Visiting Attorney was filed electronically on February 22, 2024, and therefore will be sent by email to those receiving email notices from the Court's electronic filing system.

/s/ *William S. Fish, Jr.*
William S. Fish, Jr.

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1] | Chapter 11<br><br>Case No. 22-50073 (JAM)[1]<br><br>(Jointly Administered) |

## AFFIDAVIT OF JOHN J. KUSTER IN SUPPORT OF
## MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

JOHN J. KUSTER, being duly sworn, states:

1. I am over the age of eighteen years, understanding the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit. I respectfully apply for this Court's permission for me to appear pro hac vice as attorney for DBS Bank Ltd., an interested party.

2. I am an attorney in the law firm of Sidley Austin LLP, located at 787 Seventh Avenue, New York, NY 10019. My telephone number is (212) 839-5300, my facsimile number is (212) 839-5599, and my email address is jkuster@sidley.com.

3. The following is a list of each court of which I am, or have ever been, a member, with corresponding bar identification numbers:

New York State Bar Number: 2466308

4. I am a member in good standing of the Bar of the State of New York, there are no disciplinary proceedings pending against me in any jurisdiction, and I have never been convicted of any crime.

5. I have never been denied admission to the United States District Court of Connecticut or any other court in any jurisdiction, nor have I ever been disciplined by, resigned from, or surrender my license to practice before, or withdrawn an application for admission to practice before this Court or any other court,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate Attorney William S. Fish, Jr. of Hinckley Allen as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *proc hac vice* in the above-captioned matter.

8. Submitted herewith is a Certificate of Good Standing from the State Bar of New York, the State in which I have my primary office.

9. The required $200.00 fee has been tendered along with the motion for my *pro hac vice* in the above-captioned matter.

10. The foregoing is true and correct to the best of my knowledge.

Dated: February 12, 2024
New York, NY

_____
John J. Kuster

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn to (or affirmed) before me, __Jane Miller__, a Notary Public, on this 12 day of February, 2024, by John J. Kuster.

John J. Kuster, proved to me on the basis of satisfactory evidence, to be the person(s) who appeared before me.

_____

(seal)

JANE SCOTT MILLER
Notary Public, State of New York
No. 01MI6439973
Qualified in New York County
Commission Expires September 06 2026

4856-5823-1716v.1



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## John Joseph Kuster

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 3, 1992**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of New York on February 9, 2024.*

*Clerk of the Court*

CertID-00160009



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Susanna M. Rojas* (signature)

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/

# EXHIBIT B

**UNITED STATES BANKRUPTCY
COURT DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*, | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

### ORDER ADMITTING VISITING ATTORNEY

On this __ day of _____, 2024, came on for consideration the Motion for Admission of Visiting Attorney (the "Motion"), filed by a member of the bar of this Court on behalf of John J. Kuster, Esq., attorney for DBS Bank, Ltd., in the above-entitled case.

The Court, having determined no reason for denying the application, accordingly grants the relief requested in the Motion.

IT IS HEREBY ORDERED, that John J. Kuster, Esq. is hereby admitted to practice in the U.S. District Court for the District of Connecticut in connection with the above-referenced case, and with respect to this case, he shall have all the rights, privileges and responsibilities of a member of the bar of this Court.

FURTHER ORDERED, that all notices directed to Attorney Kuster can be served by directing same to the offices of William S. Fish Jr., Hinckley Allen & Snyder LLP, 20 Church Street, 18th Floor, Hartford, CT 06103.

Signed this __ day of _____, 2024

_____
Honorable United States Bankruptcy Court Judge

4871-7820-4580v.1