**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                : Chapter 11
:
HO WAN KWOK, *et al.*,[1]                          : Case No. 22-50073 (JAM)
:
Debtors.                                             : (Jointly Administered)
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Jocelyn C. Kuo, hereby certify that I am over the age of eighteen years old and employed by Paul Hastings LLP and that I caused to be served the *Notice of Hearing* [Docket No. 2943] by (a) sending a true and correct copy by first class mail on the parties listed on **Exhibit A** hereto on February 22, 2024 and (b) sending a true and correct copy by email (as requested by counsel) to Dundon Advisers at md@dundon.com and ph@dundon.com on February 22, 2024:

In addition, I hereby certify that a true and correct copy of the foregoing documents was electronically served via the CM/ECF system on all counsel of record.

Dated: February 23, 2024

                                                                                    */s/ Jocelyn C. Kuo*
                                                                                      Jocelyn C. Kuo

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## **Exhibit A**

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Golden Spring New York Ltd.
162 E. 64th Street
New York, NY 10065-7478

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Edward Moss
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Kevin J. Nash
J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, NY 10017

Diana Perez
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Stuart Sarnoff
O'Melveny & Myers LLP
7 Times Square
33rd Floor
New York, NY 10036

Daniel Shamah
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

Douglas E. Spelfogel
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042