**Exhibit 1**

