**Exhibit 2**

