**Exhibit 3**



Item: CB14-☒-016
Date: 1-19
Description of Item: Max Ingrand ceiling light (Christie's)
Location Found: CB14
Inspected by: L.S
Witnessed by:

MAX INGRAND (1908-1969)
A CEILING LIGHT, MODEL 1508, CIRCA 1962

Price realised: GBP 25,000
Estimate: GBP 8,000 – GBP 12,000
Closed: 2 Nov 2015

FOLLOW
Try our Cost Calculator
SHARE

Chat with us