**Exhibit 7**

