**Exhibit 8**



