**Exhibit 9**

