**Exhibit 10**

