# **Exhibit 12**



