**Exhibit 14**



