**Exhibit 15**



