**Exhibit 16**



