**Exhibit 17**



