**Exhibit 18**



