**Exhibit 19**



