**Exhibit 20**





2015.4— 2017.2.28

Golden Spring (New York) LTD  
Statement Of Cash Flows  
All Transactions  

10/01/18

| | Feb 28, '17 |
|---|---:|
| **FINANCING ACTIVITIES** | |
| 2302 — DUE TO/FROM BSA STRATEGIC (BLL) | -7,000,000.00 |
| 2301 — DUE TO/FROM CHINA GOLDEN SPRING | 3,300,000.00 |
| 2300 — DUE TO/FROM BRAVO LUCK LTD(BLL) | 19,000,000.00 |
| **Net cash provided by Financing Activities** | **15,300,000.00** |
| **INVESTING ACTIVITIES** | |
| 16400 — Vehicles | -264,386.71 |
| 15000 — Furniture and Equipment | -20,592.78 |
| **Net cash provided by Investing Activities** | **-284,979.49** |
| **OPERATING ACTIVITIES** | |
| Net Income | -7,923,912.77 |
| 66750 — OUTSIDE SERVICE EXP | 2,635.88 |
| 61701 — SOFTWARE EXP | 326.61 |
| 65000 — Payroll Salaries & Wages | 54,185.77 |
| 65600 — Payroll Expenses | 911.40 |
| 66800 — LEGAL FEES | 832,173.45 |
| 64800 — KITCHEN SUPPLIES | 3,693.00 |
| 60000 — Advertising and Promotion | 900.00 |
| 68600 — Utilities | 2,764.98 |
| 63300 — Insurance Expense | 24,890.55 |
| 60400 — Bank Service Charges | 2,870.00 |
| 67200 — Repairs and Maintenance | 13,100.98 |
| 64900 — Office Supplies | 9,178.00 |
| 61400 — Charitable Contributions | 5,000,000.00 |
| 64300 — Meals and Entertainment | 102,418.38 |
| 64700 — Miscellaneous Expense | 498,573.64 |
| 62500 — Dues and Subscriptions | 4,907.91 |
| 66700 — Professional Fees | 50,559.27 |
| 67100 — Rent Expense | 1,130,731.90 |
| 68400 — Travel Expense | 141,829.05 |
| 66500 — Postage and Delivery | 23,032.79 |
| 68100 — Telephone & Internet Expense | 25,250.06 |
| 60300 — Automobile Expense:60302 — REPAIRS & MAINTENANCE | -765.30 |
| 70200 — Interest Income | -255.55 |
| Adjustments to reconcile Net Income to net cash provided by operations: | |
| 1001 — LOANS & EXCHANGES | 810,322.49 |
| 1250 — DUE FROM YACHT ENTITY | -1,622,310.28 |
| 1200 — DUE FROM AIRCRAFT ENTITY | -2,539,026.37 |
| 1150 — DUE FROM GENEVER HOLDINGS LLC | -190,965.51 |
| 1100 — SHAREHOLDER LOAN | -3,412,025.97 |
| 13500 — SECURITY DEPOSIT | -137,102.10 |
| **Net cash provided by Operating Activities** | **-15,015,020.51** |
| Net cash increase for period | 0.00 |
| Cash at end of period | 0.00 |

