**Exhibit 21**



### HK to NYC Furnitures Packing List

| Serial No. | Goods Name | Qty | Unit | Made of | Components | Picture |
|---|---|---|---|---|---|---|
| NYC010 | Wooden Cabinet + Leather Shelf | 1 | set | USA | 1 to 7 | |
| NYC011 | Glass Long Table | 1 | no | USA | 1 to 1 | |
| NYC012 / NYC 013 | Double Seat Sofa (Playroom) | 2 | pcs | ITALY | / | |
| NYC014 | Wooden Coffee Table (Play Room) | 1 | no. | ITALY | 1 of 1 | |
| NYC015 - NYC016 | Wooden Single Shelf (Play Room) | 2 | nos. | ITALY | / | |
| NYC017 - NYC018 | Bronze Tray Shelf (Play Room) | 2 | Nos | ITALY | 1 - H24 / 1 - H40 | |

28/11/2018

P.2 OF 16

NYC Furniture/List







