## Exhibit 22



# Inventory for Golden Springs 675-373

## Job# RW_1575386

**roadway** moving

845 3rd Avenue | New York, NY 10022
Tel.:212-812-5240 | Fax. 212-812-9886
MC No. 671325 | US DOT No. 1854436
NY DOT No. T-38589 | FMC #__02213711

| Customer Name | Golden Springs 675-373 |
|---|---|
| Origin Address | 162 E64th St Manhattan United States 10065 |
| Destination Address | 200 NJ17 Upper Saddle River United States 0683 07458 |

| Item# | Description | Package | Add Materials | Room | Notes & Exceptions | Last Location | Scan Date | WHSE Cross Ref | Driver Check | WHSE Check | Shipper Check | Client Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105 | 4 glass shelves, Glass shelves | Dish/China Box | | Basement | | | | | | | | |
| 107 | Poker Table | Blanket | | Basement | The top pieces | | | | | | | |
| 108 | Hair Dryer Stand | Wardrobe Box+Bars | | Basement | | | | | | | | |
| 109 | HEADBOARD | Blanket | | Basement | | | | | | | | |
| 112 | Poker table top | Blanket | | Basement | | | | | | | | |
| 113 | Poker table base | Wardrobe Box+Bars | | Basement | | | | | | | | |
| 114 | Hairdresser chair | Blanket | | Basement | | | | | | | | |
| 115 | bed part | Blanket | | Basement | | | | | | | | |
| 116 | Stand | Blanket | | Basement | | | | | | | | |
| 119 | Metal Bed Frame | | | Basement | | | | | | | | |
| 122 | Glass shelves | Dish/China Box | | Basement | | | | | | | | |
| 123 | Legs, curtains | Book Box | | Basement | | | | | | | | |
| 124 | Curtains | Linen Box | | Basement | | | | | | | | |
| 125 | Wooden shelves | | | Basement | | | | | | | | |
| 1 | Fabric chair | Blanket | | Storage nj | | | | | | | | |
| 2 | Fabric chair | Blanket | | Storage nj | | | | | | | | |
| 3 | Fabric stool chair | Blanket | | Storage nj | | | | | | | | |
| 4 | Fabric stool chair | Blanket | | Storage nj | | | | | | | | |
| 5 | Fabric chair | Blanket | | Storage nj | | | | | | | | |
| 6 | Fabric chair | Blanket | | Storage nj | | | | | | | | |
| 7 | Fabric chair | Blanket | | Storage nj | | | | | | | | |
| 8 | Fabric chair | Blanket | | Storage nj | | | | | | | | |
| 9 | Fabric chair | Blanket | | Storage nj | | | | | | | | |
| 10 | Fabric chair | Blanket | | Storage nj | | | | | | | | |
| 11 | Fabric chair | Blanket | | Storage nj | | | | | | | | |
| 12 | Fabric chair | Blanket | | Storage nj | | | | | | | | |
| 13 | Fabric chair | Blanket | | Storage nj | | | | | | | | |
| 14 | Fabric chair | Blanket | | Storage nj | | | | | | | | |

1