UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF THOMAS M. WALSH, ESQ.**

Pursuant to D. Conn. L. Civ. R. 83.1(d), incorporated herein by L. Bankr. R. 1001-1(b), the undersigned, a member in good standing of the bar of this Court, and having entered an appearance in this matter, hereby moves this Court to admit Thomas M. Walsh, Esq., a member of the Bar of the State of New Jersey, *pro hac vice* to appear in the within case and related proceedings on behalf of interested parties i) Mei Guo; ii) HK International Funds Investments (USA) Limited, LLC; iii) Hudson Diamond Holdings LLC; iv) Hudson Diamond NY LLC and v) Leading Shine NY Ltd.

1. The primary office of Thomas M. Walsh is Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Roseland, New Jersey 07068; main telephone number: (973) 325-1500; direct telephone number: (973) 530-2096; and his e-mail address is twalsh@csglaw.com.

2. To the best of my knowledge and belief, Mr. Walsh is a member in good standing of the courts listed in his affidavit submitted herewith, there are no disciplinary proceedings

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

pending against him in any jurisdiction, and neither has been disciplined or denied admission by this Court or any other court in any jurisdiction.

3.  Pursuant to Rule 83.1(d)(1)(e) of the Local Rules of Civil Procedure, Mr. Walsh has designated the undersigned as his agent for the resolution of any dispute arising out of his admission.

WHEREFORE, the undersigned respectfully requests that this Court admit Thomas M. Walsh, Esq. *pro hac vice* in this matter.

Respectfully submitted,

*/s/ Aaron A. Romney*
Aaron A. Romney (CT-28144)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(203) 368-4234
aromney@zeislaw.com

*Attorneys for Mei Guo*

Dated: February 23, 2024

4856-3164-7655.v1

## **CERTIFICATION**

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* of Thomas M. Walsh, Esq. was filed electronically on February 23, 2024. Notice of this filing will be sent by e-mail to all parties registered for electronic service in this proceeding through the Court's CM/ECF system.

/s/ *Aaron A. Romney*
Aaron A. Romney (CT-28144)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(203) 368-4234
aromney@zeislaw.com

*Attorneys for Mei Guo*

Dated: February 23, 2024

4856-3164-7655.v1