**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                              :

In re:                         :    Chapter 11
                              :

HO WAN KWOK, *et al.*,[1]       :    Case No. 22-50073 (JAM)
                              :

          Debtors.         :    (Jointly Administered)
                              :
-------------------------------------------------------x

**NOTICE OF FILING OF SIXTH INVOICE OF ACHESON DOYLE PARTNERS
ARCHITECTS, P.C. FOR ARCHITECTURAL SERVICES**

      **PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order"),[2] attached hereto as **Exhibit A** is Acheson Doyle's invoice, dated February 21, 2024 (the "Invoice"), related to reviewing the site conditions and scope of deficiencies at the Sherry Netherland Apartment (during the month of January 2024).

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Architect Agreement, the Invoice covers the following services:

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Order.

- Project Administration (hourly): $5,520.00

  o As detailed in the Architect Agreement, this work stream includes work related to administration of the construction project.

- DOB/LPC/Expeditor (fixed $25,000 fee): $6,250 (incremental 25% progress payment)

  o As detailed in the Architect Agreement, this work stream includes preparing filing the plan overlay information for the NYC Department of Buildings ("DOB") filing format and coordinate with expeditor for DOB plan filing.

  o The initial 50% progress payment with respect to this work stream was charged in the invoice for the month of December 2023.

- Alteration Agreement (fixed $2,500 fee): $1,250 (remaining 50% progress payment)

  o As detailed in the Architect Agreement, this work stream includes preparing correspondence required bv the Alteration Agreement.

  o The initial 50% progress payment with respect to this work stream was charged in the invoice for the month of December 2023.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Remediation Order, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the Invoice and (b) if no timely objections to the Invoice are filed with the Court, Genever Holdings LLC is authorized to pay the Invoice without further Court order.

Dated:    February 27, 2024          GENEVER HOLDINGS LLC
          New York, New York


                                     By: */s/ G. Alexander Bongartz*
                                         G. Alexander Bongartz (admitted *pro hac vice*)
                                         Avram E. Luft (admitted *pro hac vice*)
                                         PAUL HASTINGS LLP
                                         200 Park Avenue
                                         New York, New York 10166
                                         (212) 318-6079
                                         aviluft@paulhastings.com
                                         alexbongartz@paulhastings.com

                                             *and*

                                         Nicholas A. Bassett (admitted *pro hac vice*)
                                         PAUL HASTINGS LLP
                                         2050 M Street NW
                                         Washington, D.C., 20036
                                         (202) 551-1902
                                         nicholasbassett@paulhastings.com

                                             *and*

                                         Douglas S. Skalka (ct00616)
                                         Patrick R. Linsey (ct29437)
                                         NEUBERT, PEPE & MONTEITH, P.C.
                                         195 Church Street, 13th Floor
                                         New Haven, Connecticut 06510
                                         (203) 781-2847
                                         dskalka@npmlaw.com
                                         plinsey@npmlaw.com

                                         *Counsel for Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                           :
In re:                                     :    Chapter 11
                                           :
HO WAN KWOK, et al.,[1]                    :    Case No. 22-50073 (JAM)
                                           :
               Debtors.                    :    (Jointly Administered)
                                           :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 27, 2024, the foregoing Notice was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:      February 27, 2024
            New York, New York

                              By: */s/ G. Alexander Bongartz*
                              G. Alexander Bongartz (admitted *pro hac vice*)
                              PAUL HASTINGS LLP
                              200 Park Avenue
                              New York, New York 10166
                              (212) 318-6079
                              alexbongartz@paulhastings.com

                              *Counsel for Genever Holdings LLC*

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## Exhibit A

**Invoice**

| **Invoice** |
|---|

# Acheson Doyle PARTNERS

**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**Tel: 212-414-4500**
**info@adparchitects.com**

February 21, 2024
Project No:      52302.10
Invoice No:      24692

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY - Genever Holdings LLC Apt 1801 - Apartment Stabilization Project |
|---|---|---|

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from January 01, 2024 to January 31, 2024**

Phase      04      Scope of Work Item D: Construction Administration

**Fee is billed hourly; estimate $20,000/month**

- Project Administration:
  Additional pricing breakdown as requested by Owner; preparation of Letter of Intent, coordination w/ Sciame; prepare Owner/Contractor Agreement; review Contractor Schedule of Values

**Professional Personnel**

| | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Principal | | | | |
| Acheson, David | 13.00 | 400.00 | 5,200.00 | |
| Project Manager | | | | |
| Snyder, Brendon | 1.00 | 320.00 | 320.00 | |
| Totals | 14.00 | | 5,520.00 | |
| **Total Labor** | | | | **5,520.00** |
| | | **Total this Phase** | | **$5,520.00** |

Phase      05      Scope of Work Item E: DOB/LPC/Expeditor
**Fee**

| | | | | |
|---|---|---|---|---|
| Total Fee | 25,000.00 | | | |
| Percent Complete | 75.00 | Total Earned | 18,750.00 | |
| | | Previous Fee Billing | 12,500.00 | |
| | | Current Fee Billing | 6,250.00 | |
| | | **Total Fee** | | **6,250.00** |
| | | **Total this Phase** | | **$6,250.00** |

Phase      06      Scope of Work Item F: SN Inc. Alteration Agreement
**Fee**

| | |
|---|---|
| Total Fee | 2,500.00 |

| Project | 52302.10 | S/N- Genever Holdings LLC Apt 1801 | Invoice | 24692 |

| Percent Complete | 100.00 | Total Earned | 2,500.00 | |
| | | Previous Fee Billing | 1,250.00 | |
| | | Current Fee Billing | 1,250.00 | |
| | | **Total Fee** | | **1,250.00** |
| | | | **Total this Phase** | **$1,250.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - .

| Phase | RE | Reimbursable Expenses | | |

**Reimbursable Expenses**

Brendon Snyder

| 1/31/2024 | Brendon Snyder | 01/23-Travel to & from Site Meeting | 5.80 | |
| | **Total Reimbursables** | **1.1 times** | **5.80** | **6.38** |

**Unit Billing**

| In House Printing (BW & Color) | | | 20.44 | |
| | **Total Units** | **1.1 times** | **20.44** | **22.48** |
| | | | **Total this Phase** | **$28.86** |
| | | | **Total Due This Invoice** | **$13,048.86** |

Thank you for your prompt payment.

| Project | 52302.10 | S/N- Genever Holdings LLC Apt 1801 | Invoice | 24692 |

# Billing Backup

Acheson Doyle Partners Architects, P.C.          Invoice 24692 Dated 2/21/2024

Thursday, February 22, 2024
4:42:23 PM

| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever Holdings LLC Apt 1801 - Apartment Stabilization Project |

| Phase | 04 | Scope of Work Item D: Construction Administration |

**Total this Phase** $5,520.00

| Phase | RE | Reimbursable Expenses |

**Reimbursable Expenses**

Brendon Snyder

| AP | 33692 | 1/31/2024 | Brendon Snyder / 01/23-Travel to & from Site Meeting / Invoice: 20240131, 1/31/2024 | 5.80 |

| | **Total Reimbursables** | **1.1 times** | **5.80** | **6.38** |

**Unit Billing**

In House Printing (BW & Color)          20.44

| | **Total Units** | **1.1 times** | **20.44** | **22.48** |

**Total this Phase** $28.86

**Total this Project** $5,548.86

**Total this Report** $5,548.86

Acheson Doyle PARTNERS

**EXPENSE REPORT**

| | |
|---|---|
| **Name** | Brendon Snyder |
| **Project Name** | SN Apt. 1801 |
| **Project Number** | 52302.10   Re |
| **Date** | 1/31/2024 |

| Date | Purpose | Train | Subway | Mileage | Taxi | Parking | Tolls | Misc. | Totals |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| 1/23/24 | Travel to site - MTA OMNY | | $ 2.90 | | | | | | $ 2.90 |
| 1/23/24 | Travel from site - MTA OMNY | | $ 2.90 | | | | | | $ 2.90 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Totals** | | $ - | $ 5.80 | $ - | $ - | $ - | $ - | $ - | $ 5.80 |

Total:   $ 5.80

# Print Activity Report

**Project Summary - Internal**
01/01/2024 to 01/31/2024

## 52302.10                       **Standard Pricing**

**SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Apartment Stabilization Pro**

| Description | Qty. × (Cost) / Charge | Cost | Charge |
|---|---|---:|---:|
| Canon iR ADV C5560i : Letter | 6 × (0.24) / 0.24 ea. | 1.44 | 1.44 |
| Canon iR ADV C5560i : Tabloid | 19 × (1.00) / 1.00 ea. | 19.00 | 19.00 |
| **Totals For : 52302.10 - SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Ap** | | **$20.44** | **$20.44** |

