UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
                                    :

In re:                                  :        Chapter 11

HO WAN KWOK, *et al.*,[1]         :        Case No. 22-50073 (JAM)

       Debtors.              :        (Jointly Administered)

------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following documents were filed using the Court's case management/electronic case files system ("CM/ECF") on the dates set forth below:

- The *Second Interim Fee Application of Harney Westwood & Riegels LP* [ECF No. 2933] (the "Harneys Fee Application") on February 19, 2024;

- The *Fourth Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for Period from September 1, 2023 Through December 31, 2023* [ECF No. 2935] (the "PH Fee Application") on February 19, 2024;[2]

- The *Fourth Interim Application of Neubert, Pepe & Monteith, P.C. for Allowance of Compensation and Reimbursement of Expenses as Local and Conflicts Counsel to the Chapter 11 Trustee and as Counsel to the Debtors Genever Holdings Corporation and Genever Holdings LLC* [ECF No. 2936] (the "NPM Fee Application") on February 19, 2024;

- The *Notice of Hearing* with respect to the NPM Fee Application, the PH Fee Application, and the Harneys Fee Application [ECF No. 2943] (the "Hearing Notice" and, together with the NPM Fee Application, the PH Fee Application, and the Harneys Fee Application, collectively, the "Served Documents") on February 20, 2024.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] In accordance with the Court's order, dated October 23, 2023 [Docket No. 2275], the PH Fee Application served on the parties set forth on the attached Exhibit A did not include the Monthly Fee Statements, but instead included the following notation on the cover sheet for Exhibit F to the PH Fee Application: "The Monthly Fee Statements may be viewed, free of charge, at https://dm.epiq11.com/case/kwoktrustee/dockets under Docket No. 2935."

The Served Documents were served on all parties appearing in the above-captioned chapter 11 cases that are able to receive electronic notice via email automatically by process of CM/ECF on the date that each such document was filed.

The Served Documents were further sent via U.S. Mail on or before February 21, 2024, to the parties set forth on the attached **Exhibit A**. The foregoing represents service on all parties entitled to notice pursuant to the Court's *Order Limiting Service of Notice for Applications Seeking Compensation of Fees or Reimbursement of Expenses* [ECF No. 1611].

Dated: February 27, 2024
New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2845
plinsey@npmlaw.com

**Exhibit A**

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 12th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

| | |
|---|---|
| Ning Zhao<br>3611 Summer Ranch Dr.<br>Katy, TX 77694 | Affiliated Adjustment Group, Ltd.<br>3000 Marcus Avenue, Suite 3W3<br>Lake Success, NY 11042 |