# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## TRANSMITTAL FORM TO DISTRICT COURT REGARDING
## APPEALS AND RELATED DOCUMENTS

Debtor(s) Name: Ho Wan Kwok, et al.

Case No.         22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

    If indicated below, the Notice of Appeal is attached:
    ☐ Notice of Appeal attached

2. ☑ Notice of Appeal (only)   ECF No.:   2969

3. ☐ Related documents as indicated below:

    ☐ Designation of items designated by the Appellant

    ☐ Designation of items designated by the Appellee

    ☐ Cross Appeal

    ☐ Amended Appeal

    ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)

    ☐ Transcripts

    ☑ Other   Memorandum of Decision and Order Granting in Part Motion to Extend Deadlines, ECF No. 2921

4.    Other applicable information:

Filing Fee: ☒ Paid   ☐ Not Paid

| | |
|---|---|
| Appellant's Name: | G Club Operations LLC |
| Appellant's Attorney: | Jeffrey M. Sklarz |
| | Kellianne T. Baranowsky |
| | Green & Sklarz LLC |
| | One Audubon Street, 3rd Floor |
| | New Haven, CT 06511 |
| | (203) 285-8545 |
| | Fax: (203) 823-4546 |
| | jsklarz@gs-lawfirm.com |
| | kbaranowsky@gs-lawfirm.com |
| | |
| | and |
| | |
| | Carolina A. Fornos (pro hac vice) |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | 31 West 52nd Street |
| | New York, NY 10019 |
| | Tel: 212-858-1558 |
| | carolina.fornos@pillsburylaw.com |

| | |
|---|---|
| Appellee's Name: | Luc A. Despins, Chapter 11 Trustee |
| Appellee's Attorney: | Douglas S. Skalka (ct00616)<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor New Haven, Connecticut 06510<br>(203) 781-2847<br>dskalka@npmlaw.com<br>plinsey@npmlaw.com<br><br>and<br><br>Nicholas A. Bassett (pro hac vice)<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, D.C., 20036<br>(202) 551-1902<br>nicholasbassett@paulhastings.com<br><br>and<br><br>Avram E. Luft (pro hac vice)<br>Douglass Barron (pro hac vice)<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6079<br>aviluft@paulhastings.com |
| <u>Interested Party:</u> | |

By: <u>D. DeNicola</u>                Date:  February 28, 2024
Deputy Clerk, U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Ho Wan Kwok, et al.

Bankruptcy Case No.: 22-50073

Adversary Case No.:

Previous Civil No.:

Previous Miscellaneous No.:

Transmittal dated: February 28, 2024

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐ Civil No. Assigned _____

☐ Miscellaneous No. Assigned _____

☐ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By: _____                          Date:
       Deputy Clerk, U.S. District Court