# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Ho Wan Kwok, et al.

Bankruptcy Case No.: 22-50073

Adversary Case No.:

Previous Civil No.:

Previous Miscellaneous No.:

Transmittal dated: February 28, 2024

**To the Bankruptcy Court:**

**The following number has been assigned:**

[X] Civil No. Assigned    3:24-cv-00284-JAM

[ ] Miscellaneous No. Assigned _____

[X] I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

[ ] I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By:  /s/Nick Fanelle                           Date: 3/1/2024
     Deputy Clerk, U.S. District Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

**TRANSMITTAL FORM TO DISTRICT COURT REGARDING
APPEALS AND RELATED DOCUMENTS**

Debtor(s) Name: Ho Wan Kwok, et al.

Case No.        22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:

Previous Miscellaneous Number:

**To the District Court:
Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☑ Notice of Appeal (only)   ECF No.: 2969

3. ☐ Related documents as indicated below:
   ☐ Designation of items designated by the Appellant
   ☐ Designation of items designated by the Appellee
   ☐ Cross Appeal
   ☐ Amended Appeal
   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
   ☐ Transcripts
   ☑ Other   Memorandum of Decision and Order Granting in Part Motion to Extend Deadlines, ECF No. 2921

4.    Other applicable information:

Case 22-50073    Doc 2970    Filed 02/28/24    Entered 02/28/24 16:42:19    Page 2 of 4

| | |
|---|---|
| Filing Fee: | ☒ Paid  ☐ Not Paid |
| Appellant's Name: | G Club Operations LLC |
| Appellant's Attorney: | Jeffrey M. Sklarz |
| | Kellianne T. Baranowsky |
| | Green & Sklarz LLC |
| | One Audubon Street, 3rd Floor |
| | New Haven, CT 06511 |
| | (203) 285-8545 |
| | Fax: (203) 823-4546 |
| | jsklarz@gs-lawfirm.com |
| | kbaranowsky@gs-lawfirm.com |
| | |
| | and |
| | |
| | Carolina A. Fornos (pro hac vice) |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | 31 West 52nd Street |
| | New York, NY 10019 |
| | Tel: 212-858-1558 |
| | carolina.fornos@pillsburylaw.com |

| | |
|---|---|
| Appellee's Name: | Luc A. Despins, Chapter 11 Trustee |
| Appellee's Attorney: | Douglas S. Skalka (ct00616) |
| | Patrick R. Linsey (ct29437) |
| | NEUBERT, PEPE & MONTEITH, P.C. |
| | 195 Church Street, 13th Floor New Haven, Connecticut 06510 |
| | (203) 781-2847 |
| | dskalka@npmlaw.com |
| | plinsey@npmlaw.com |
| | |
| | and |
| | |
| | Nicholas A. Bassett (pro hac vice) |
| | PAUL HASTINGS LLP |
| | 2050 M Street NW |
| | Washington, D.C., 20036 |
| | (202) 551-1902 |
| | nicholasbassett@paulhastings.com |
| | |
| | and |
| | |
| | Avram E. Luft (pro hac vice) |
| | Douglass Barron (pro hac vice) |
| | PAUL HASTINGS LLP |
| | 200 Park Avenue |
| | New York, New York 10166 |
| | (212) 318-6079 |
| | aviluft@paulhastings.com |

Interested Party:

By: D. DeNicola                                            Date: February 28, 2024
Deputy Clerk, U.S. Bankruptcy Court