UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x
: 
LUC A. DESPINS, CHAPTER 11 :
TRUSTEE, :
: Adv. Proceeding No. 23-05018
Plaintiff, :
v. :
: 
GOLDEN SPRING (NEW YORK) LTD :
and CHINA GOLDEN SPRING GROUP :
(HONG KONG) LIMITED, :
: 
Defendants. :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

On February 23, 2024, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), filed the *Motion of Chapter 11 Trustee for Order Enforcing Judgment and Requiring Turnover of Storage Unit Contents to Chapter 11 Estate* [Main Case, ECF No. 2955] (the "Motion").[2]

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] The Motion is concurrently filed in the adversary proceeding against Golden Spring (New York) Ltd and China Golden Spring Group (Hong Kong) Limited (the "Golden Spring Adversary Proceeding") [Adv. Proc. 23-

On February 28, 2024, the Court issued a *Notice of Hearing* on the Trustee's Motion [Main Case, ECF No. 2968] (the "<u>Notice</u>").[3] The Notice may be accessed via CM/ECF.

On February 29, 2024 and March 1, 2024, I caused the Notice to be served by sending a true and correct copy by first class mail on Arredondo & Co., LLC (d/b/a Westy Self Storage), HGA Property Operation LLC, HGA Property Management LLC, Taurus Fund LLC, Taurus Management LLC, Scott Barnett, Golden Spring (New York) Ltd., China Golden Spring Group (Hong Kong) Limited as listed on **Exhibit A**.

In addition, on February 29, 2024, a true and correct copy was served on counsel to Westy Storage, the Taurus Parties, and HGA, respectively, via first class mail and email, as listed on **Exhibit B**.

Dated:     March 4, 2024

*/s/ Douglass Barron*
Douglass Barron (admitted pro hac vice)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

---

05018, ECF No. 40]. Capitalized terms used but not defined herein shall have the meaning set forth in the Motion.

[3] The Notice was also issued in the Golden Spring Adversary Proceeding [Adv. Proc. 23-05018, ECF No. 41].

**EXHIBIT A**
Via First Class Mail

Arredondo & Co., LLC (d/b/a Westy Self Storage),
c/o John Scagnelli
Scarinci & Hollenbeck LLC
150 Clove Rd, 9th FL
Little Falls, NJ 07424

Arredondo & Co., LLC (d/b/a Westy Self Storage),
200 Route 17 North
Upper Saddle River, NJ 07458

HGA Property Operation LLC,
c/o Qin Li
3655 Meadow Lane,
North Bergen, NJ 07047

HGA Property Management LLC,
c/o Qin Li
3655 Meadow Lane,
North Bergen, NJ 07047

Taurus Fund LLC,
c/o GG International
6628 Sky Pointe Dr. Ste 129,
Las Vegas, NV 89131

Taurus Management LLC,
c/o Corporation Service Company
110 E. Broadway St.
Hobbs, New Mexico 88240

Taurus Management LLC,
6628 Sky Pointe Dr. Ste 129,
Las Vegas, NV 89131

Scott Barnett,
218 Elsie Avenue,
Merrick, NY 11566

Golden Spring (New York) Ltd.,
162 East 64th Street
New York, NY 10065;

Golden Spring (New York) Ltd.,
767 Fifth Avenue
New York, NY 10153

Golden Spring (New York) Ltd.,
800 5th Avenue
Suite 21F
New York, NY 10065

Golden Spring (New York) Ltd.,
c/o CT Corporation System
28 Liberty St.
New York, NY 10005

Golden Spring (New York) Ltd.,
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

China Golden Spring Group (Hong Kong) Limited,
Majestic View Manor
20-22 South Bay Road, Repulse Bay
Hong Kong

China Golden Spring Group (Hong Kong) Limited,
easyCorp Nominee Limited
RM B, 7/F, One Capital Place,
18 Luard Road, Wan Chai, Hong Kong
Attn: China Golden Spring Group (Hong Kong) Limited

**EXHIBT B**
Via First Class Mail and Email

Arredondo & Co., LLC (d/b/a Westy Self Storage),
c/o Jeffrey S. Stephens
14 Duncan Drive
Greenwich, CT 06831
jeff@jsspc.com

HGA Property Operation LLC,
c/o Scott M. Charmoy
Charmoy & Charmoy, LLC
1465 Post Road East, Suite 100
Westport, CT 06880
scottcharmoy@charmoy.com

Taurus Fund LLC, Taurus Management LLC, and Scott Barnett,
c/o Michael Conway
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor,
New York, N.Y. 10017
mconway@lpgmlaw.com