**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, et al., | ) | Case No. 22:50073 (JAM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | MARCH 4, 2024 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Connecticut D. Conn. L. R. Civ. P. 7(e), made applicable to this bankruptcy proceeding by Local Bankr. R. 9083-4, the undersigned Douglas M. Evans respectfully moves to withdraw his appearance in the above-captioned bankruptcy case on behalf of Rule of Law Foundation III, Inc. ("ROLF") and Rule of Law Society IV, Inc. ("ROLS," and together with ROLF, the "Rule of Law Entities") and represents as follows:

1. On January 18, 2024, the undersigned counsel was retained by the Rule of Law Entities specifically to file an objection and memorandum in opposition to an anticipated motion by the Chapter 11 Trustee Luc A. Despins to extend the deadline for filing avoidance actions.

2. On January 18, 2024, the Chapter 11 Trustee filed a Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 (ECF No. 2509, the "Tolling Motion").

3. On February 5, 2024, the undersigned counsel filed a Notice of Appearance and Request for Service of Papers (ECF #2564) on behalf of the Rule of Law Entities.

4. On February 5, 2024, the undersigned counsel filed on behalf of the Rule of Law Entities an Objection and Declaration in opposition to the Tolling Motion (*see* ECF # 2565, 2568).

5. On February 15, 2024, the Court issued its Memorandum of Decision and Order on the Tolling Motion (docket entry #2921).

6. On February 15, 2024, the Chapter 11 Trustee filed two adversary proceedings (see ECF #2898 and #2925) in which the Rule of Law Entities were named as defendants.

7. The Tolling Motion having been ruled on, the undersigned counsel's appearance in this bankruptcy case for the Rule of Law Entities is no longer necessary. The undersigned counsel did not agree to represent the Rule of Law Entities in connection with any adversary proceeding or any other aspect of this bankruptcy case.

8. The undersigned counsel represents that he has spoken with the Director of Operations for the Rule of Law Entities who advised that the Rule of Law Entities are in process of retaining legal counsel to appear and defend the adversary proceedings filed against them, and that she consents to the granting of this Motion and the withdrawal of the undersigned's appearance.

WHEREFORE, on the basis of the foregoing and the consent of the Rule of Law Entities, the undersigned, Douglas M. Evans, hereby respectfully moves to withdraw his appearance in the above captioned bankruptcy case on behalf of Rule of Law Foundation III, Inc. and of Law Society IV, Inc. and that his appearance be removed from the master service list in this case.

Dated at West Hartford, Connecticut this 4th day of March 2024.

By   /s/Douglas M. Evans
    Douglas M. Evans
    Federal Bar no CT04613
    Shapiro, Dorry, & Masterson LLC
    d/b/a SDM Law Group
    71 Raymond Road
    West Hartford, CT 06107
    Phone (860) 590-7578
    Fax (860)540-1265
    devans@sdmlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I also certify that a true and correct copy of the Motion to Withdraw Appearance was also sent by electronic mail and Federal Express to the following:

Evelyn Wang
Director of Operations
Rule of Law Foundation/Rule of Law Society
57 West 57th Street, Suite 400
New York, NY 10019
evelynw@rolfoundation.org

                                                             */s/ Douglas M. Evans*
                                                             Douglas M. Evans, Esq