UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x

In re:

HO WAN KWOK, *et al.*,[1]

    Debtors.

---------------------------------------------------------x

Chapter 11

Case No. 22-50073 (JAM)

(Jointly Administered)

Re: ECF No. 2778

### ORDER COMPELLING BANCO POPULAR DE PUERTO RICO TO COMPLY WITH RULE 2004 SUBPOENA

Upon consideration of the Motion seeking an order compelling Banco Popular de Puerto Rico ("Banco Popular") to comply with the Court's *Order Granting Eighth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery with Respect to Relevant Banks* dated November 29, 2023 (ECF No. 2393, the "Rule 2004 Order") and with the subpoena (the "Banco Popular Subpoena") the Trustee issued to Banco Popular pursuant to the Rule 2004 Order, after notice and a hearing, *see* 11 U.S.C. § 102(1), it appearing that cause exists to grant the requested relief as conditioned hereafter and after a hearing held on March 5, 2024; it is hereby

**ORDERED**: The Motion is granted as set forth below.

**ORDERED**: Banco Popular shall search for and produce all documents responsive to the Banco Popular Subpoena within ten (10) days of the entry of this Order.

Dated at Bridgeport, Connecticut this 5th day of March, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).