# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to Cirrus Design Corporation, d/b/a Cirrus Aircraft ("Cirrus") pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the chapter 11 cases (collectively, the "Chapter 11 Cases") of the above-captioned debtors (collectively, the "Debtors"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

Richard J. Bernard
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
richard.bernard@faegredrinker.com

Josh Peterson
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
josh.peterson@faegredrinker.com

*Additional appearances continued on next page*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

US.362680270.01

Jaclyn C. Marasco
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
jaclyn.marasco@faegredrinker.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or Cirrus.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claims, claims, or suits filed in the Chapter 11 Case shall be deemed or construed as consent by Cirrus to the exercise by the Bankruptcy Court of the judicial power of the United States, or a waiver of any rights of Cirrus to (i) have final orders in any noncore matters entered only after de novo review by a District Judge, (ii) trial by jury in the United States District Court in any proceeding so triable in the Chapter 11 Case or any case, controversy, or proceeding related to the Chapter 11 Case, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Cirrus are or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: March 11, 2024 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Richard J. Bernard*<br>Richard J. Bernard (CT Bar No. 413177)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 248-3140<br>Facsimile: (212) 248-3141<br>Email: richard.bernard@faegredrinker.com<br><br>-and-<br><br>Josh Peterson<br>2200 Wells Fargo Center<br>90 S. 7th Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 766-7000<br>Facsimile: (612) 766-1600<br>Email: josh.peterson@faegredrinker.com<br><br>-and-<br><br>Jaclyn C. Marasco<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302)<br>Email: jaclyn.marasco@faegredrinker.com<br><br>*Counsel to Cirrus Design Corporation, d/b/a Cirrus Aircraft* |