# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors[1] | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br><br>March 13, 2024 |

## APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellant G Club Operations LLC ("G Club Operations" or "G Club"), by and through its undersigned counsel, hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), this statement of issues to be presented and designation of items to be included in the record on appeal with respect to this appeal to the United States District Court for the District of Connecticut from the Bankruptcy Court's February 15, 2024 *Memorandum of Decision and Order Granting in Part Motion to Extend Deadlines* (ECF No. 2921, the "Ruling"), granting the Trustee, Luc A. Despins, Chapter 11 Trustee (the "Trustee") *Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions* (ECF No. 2509, the "Extension Motion").

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595) (the "Debtor"), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

{00355204.2 }     1

## STATEMENT OF ISSUES ON APPEAL

1.Did the Bankruptcy Court have constitutional authority to enter a final judgment and order concerning the Extension Motion?

2.Did the Bankruptcy Court have statutory authority to prospectively modify the statute of limitations set forth in Bankruptcy Code § 546(a) under Rule 9006 of the Federal Rules of Bankruptcy Procedure?

3.Assuming *arguendo* that the Bankruptcy Court had statutory authority to prospectively modify the statute of limitations set forth in Bankruptcy Code § 546(a) under Rule 9006 of the Federal Rules of Bankruptcy Procedure, did the Trustee demonstrate "good cause" to do so?

## DESIGNATION OF RECORD AND TRANSCRIPT ON APPEAL

G Club Operations hereby designates the following items to be included in the record on appeal, which includes any and all exhibits, documents, supplements, and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| Item No. | Docket Entry Date | Docket Entry/Description | Docket Number |
|---|---|---|---|
| 1 | 11/28/2023 | Notice of Filing Status Conference Presentation | 2387 |
| 2 | 1/18/2024 | Motion for Order / Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 | 2509 |
| 3 | 1/31/2024 | Notice of / Omnibus Notice of Service and Publication Notice Pursuant to Order Granting Chapter 11 Trustee's Emergency Motion for Entry of, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing | 2540 |
| 4 | 2/5/024 | Objection to Trustee's Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions – Mei Gui | 2551 |

| Item No. | Docket Entry Date | Docket Entry/Description | Docket Number |
|---|---|---|---|
| 5 | 2/5/2024 | Objection (Non-Party Defeng Caos Memorandum of Law in Opposition to Motion for Entry of Order Extending Deadline For Trustee To File Avoidance Actions) - Defeng Cao | 2553 |
| 6 | 2/5/2024 | Objection TO THE CHAPTER 11 TRUSTEES MOTION FOR ENTRY OF AN ORDER EXTENDING DEADLINE FOR TRUSTEE TO FILE AVOIDANCE ACTIONS UNDER BANKRUPTCY CODE SECTIONS 108, 546(a), AND 549 - Taurus Fund LLC | 2557 |
| 7 | 2/5/2024 | Objection and Memorandum of Law in Opposition Filed - G Club | 2563 |
| 8 | 2/5/204 | Objection of Non-Parties Rule of Law Foundation III, Inc. and Rule of law Society IV, Inc. to Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions under Bankruptcy Code Sections 108,546(a), and 549 - Rule of Law Society IV, Inc. | 2565 |
| 9 | 2/5/2024 | Objection - Objections of Third Parties Crhis [sic] Lee and Quidong Xia to Trustee's Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 | 2566 |
| 10 | 2/5/2024 | Objection to Trustee's Motion for Entry of an Order Extending Deadline for Trustee to File Avoidance Actions - Greenwich Land, LLC, Hing Chi | 2569 |
| 11 | 2/5/2024 | Objection Filed by Robert J. Grand on behalf of GS Security Solutions, Inc. | 2571 |
| 12 | 2/7/2024 | Objection and Joinder to Trustee's Motion to Extend Deadline to File Avoidance Actions - Yinying Wang Interested Party. | 2582 |
| 13 | 2/9/2024 | Reply to (related document(s): 2509 Motion for Order / Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 Filed by Douglass E. Barron on behalf of Luc A. Despins, Chapter 11 Trustee filed by Chapter 11 Trustee Luc A. Despins)/ Omnibus Reply of Chapter 11 Trustee (I) in Support of Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549, and (II) in Response to Objections Thereto – Trustee | 2620 |

| Item No. | Docket Entry Date | Docket Entry/Description | Docket Number |
|---|---|---|---|
| 14 | 2/12/2024 | Trustee's Witness and Exhibit Lists in Connection with February 13, 2024 Hearing on Trustee's Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 | 2763 |
| 14 | 2/13/2024 | Hearing on Extension Motion and All Exhibits Proffered by any Party | 2827 |
| 15 | 2/15/2024 | Memorandum of Decision | 2921 |
| 16 | 215/2024 | Transcript – Hearing on Extension Motion | N/A |
| 17 | 2/28/2024 | G Club Notice of Appeal | 2969 |
| 18 | 2/28/2024 | Transmittal of Notice of Appeal to U.S. District Court. Interested Party G Club Operations, LLC, docketed the Notice of Appeal | 2970 |

## **CERTIFICATION REGARDING TRANSCRIPTS**

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, G Club Operations hereby certifies that all relevant transcripts have been ordered and are listed in the above designation of the record.

## **RESERVATION OF RIGHTS**

G Club Operations expressly reserves its right to supplement this designation.

**G CLUB OPERATIONS, LLC**

By:   */s/ Jeffrey M. Sklarz*
     Jeffrey M. Sklarz
     Kellianne Baranowsky
     GREEN & SKLARZ LLC
     One Audubon St, 3rd Floor
     New Haven, CT 06511
     Tel: 203-285-8545
     jsklarz@gs-lawfirm.com
     kbaranowsky@gs-lawfirm.com

     PILLSBURY WINTHROP SHAW PITTMAN LLP
     Carolina A. Fornos (*pro hac vice*)
     31 West 52nd Street
     New York, NY 10019
     Tel: 212-858-1558
     carolina.fornos@pillsburylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a copy of the foregoing was served via CM/ECF. Parties may access this filing through the Court's CM/ECF system.

Date:  March 13, 2024                          /s/ Jeffrey M. Sklarz