**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

In re:

HO WAN KWOK, et al.

        Debtor.

Chapter 11

Case No.: 22-50073 (JAM)

March 18, 2024

**NOTICE OF APPEARANCE AND
<u>REQUEST FOR SERVICE OF NOTICES</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance in this proceeding on behalf of Marcum LLP and Fox News Network, LLC, and that pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the undersigned respectfully demands that all notices given or required to be given be served upon the office, address, and e-mail address set forth below:

> Henry P. Baer, Jr., Esq.
> FINN DIXON & HERLING LLP
> Six Landmark Square
> Stamford, CT  06901-2704
> Tel: (203) 325-5000
> Fax: (203) 325-5001
> E-mail: <u>hbaer@fdh.com</u>

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, request, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail,

delivery, facsimile, email, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

                FINN DIXON & HERLING LLP

By: /s/ Henry P. Baer, Jr.
     Henry P. Baer, Jr.
     FINN DIXON & HERLING LLP
     Six Landmark Square
     Stamford, CT  06901-2704
     Tel: (203) 325-5000
     Fax: (203) 325-5001
     E-mail: hbaer@fdh.com

## **CERTIFICATION**

I hereby certify that on March 18, 2024 a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Henry P. Baer, Jr.
Henry P. Baer, Jr.
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT  06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: hbaer@fdh.com