**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE:<br><br>HO WAN KWOK, et al.,<br><br>DEBTORS. | CHAPTER 11<br><br>CASE NO. 22-50073 (JAM)<br><br>(JOINTLY ADMINISTERED) |

**NOTICE OF APPEARANCE**

The undersigned hereby enters an appearance in this proceeding on behalf of Mercantile Bank International Corp. and Yieldesta L.P., and the undersigned respectfully requests that copies of all pleadings, filings, notices, correspondences, and other papers be served upon the undersigned at the address set forth below.

Dated: March 12, 2024

Respectfully submitted,

/s/ Scott A. Lessne

Scott A. Lessne - Juris Number: 302002
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2597
SLessne@crowell.com