**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
HO WAN KWOK, : Case No. 22-50073 (JAM)
:
Debtor. :
:
---------------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S MOTION TO APPEAR REMOTELY FOR MARCH 19, 2024 HEARINGS AND STATUS CONFERENCE**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Luc A. Despins, in his capacity as trustee in the above-captioned case (the "Chapter 11 Case") filed under chapter 11 of Title 11 of the United States Code (the "Trustee"), respectfully moves the Court for permission to appear remotely at the March 19, 2024 hearings and status conference scheduled in the Chapter 11 Case and a related adversary proceeding, *Luc A. Despins, Chapter 11 Trustee v. Lamp Capital,* et al. (Adv. Proc. No. 23-05023) (the "Adversary Proceeding"). In support of the Motion, the Trustee respectfully states as follows:

1. The following matters are scheduled to be heard at 1:30 p.m. on March 19, 2024, in the Chapter 11 Case:

    a. Interim applications for compensation filed by Pullman & Comley, LLC [ECF No. 2872]; O'Sullivan McCormack Jensen & Bliss P.C.; Kroll, LLC [ECF No. 2928]; Epiq Corporate Restructuring, LLC [ECF No. 2930]; Harney Westwood & Riegels LP [ECF No. 2933]; Paul Hastings LLP [ECF No. 2935]; and Neubert, Pepe & Monteith, P.C. [ECF No. 2936];

      b.      An application to employ Prager Dreifuss AG as Swiss law counsel for the Trustee [ECF No. 2931]; and

      c.      A status conference to discuss mediation procedures for avoidance actions and a motion to stay certain adversary proceedings and deposition discovery in the Chapter 11 Case [ECF No. 2981].

2.      The following matters are scheduled to be heard at 2 p.m. on March 19, 2024, in the Adversary Proceeding:

      a.      A *Motion to Dismiss* filed by Hudson Diamond NY LLC, Hudson Diamond Holding LLC, and Mei Guo [Adv. Proc. No. 23-05023 ECF Nos. 15-17]; and

      b.      A *Motion to Dismiss* filed by Leading Shine NY Ltd. [Adv. Proc. No. 23-05023 ECF No. 76].

3.      The Trustee respectfully requests permission to attend tomorrow's proceedings via Zoom, to the extent necessary. The Trustee is attending proceedings out-of-state in another case today. The Trustee will attempt to attend proceedings in this Chapter 11 Case and the Adversary Proceeding in person tomorrow, however, logistical issues may render that impossible.

4.      Nicholas A. Bassett, counsel to the Trustee, will attend the above-referenced proceedings tomorrow in person, as will Connecticut counsel for the Trustee. Mr. Bassett will present argument in opposition to the motions to dismiss in the Adversary Proceeding.

5.      The Trustee would appreciate the opportunity to address the Court regarding fee applications, the application to employ Swiss law counsel, and at the status conference.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

-3-

WHEREFORE, the Trustee respectfully requests permission to appear remotely before this Court on March 19, 2024.

| | |
|---|---|
| Dated: March 18, 2024<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By: */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                          :    Chapter 11
                                                :
HO WAN KWOK, *et al.*,[1]                       :    Case No. 22-50073 (JAM)
                                                :
          Debtors.                              :    (Jointly Administered)
                                                :
------------------------------------------------------x

## [PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO APPEAR REMOTELY FOR MARCH 19, 2024 HEARINGS AND STATUS CONFERENCE

Upon the motion (the "Motion") of Luc A. Despins, as chapter 11 trustee (the "Trustee") for the individual debtor in the Chapter 11 Case for permission to participate remotely at the hearings and a status conference scheduled for March 19, 2024, at 1:30 p.m. in the Chapter 11 Case and at 2 p.m. in the Adversary Proceeding[2], sufficient notice having been provided, and good cause appearing therefore, it is hereby

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that the Trustee may participate in the hearings and status conference scheduled for March 19, 2024 at 1:30 p.m. and 2 p.m. via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the ZoomGov remote conference by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not defined in this Order adopt the definitions as set forth in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| HO WAN KWOK, | : | CASE NO. 22-50073 (JAM) |
|  | : |  |
| Debtor. | : |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 18, 2024, the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated:  March 18, 2024            LUC A. DESPINS,
            New Haven, Connecticut       CHAPTER 11 TRUSTEE

                                By:   */s/ Patrick R. Linsey*
                                    Douglas S. Skalka (ct00616)
                                    Patrick R. Linsey (ct29437)
                                    NEUBERT, PEPE & MONTEITH, P.C.
                                    195 Church Street, 13th Floor
                                    New Haven, Connecticut 06510
                                    (203) 781-2847
                                    dskalka@npmlaw.com
                                    plinsey@npmlaw.com