UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE:<br><br>HO WAN KWOK, et al.,<br><br>　　　　　DEBTORS. | CHAPTER 11<br><br>CASE NO. 22-50073 (JAM)<br><br>(JOINTLY ADMINISTERED) |

### MOTION FOR *PRO HAC VICE* ADMISSION OF FREDERICK HYMAN

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, made applicable by Local Bankruptcy Rule 9083-1, the undersigned, a member of the bar of this court respectfully moves this Court to enter an Order admitting Frederick Hyman, a member of the bar of the State of New York, *pro hac vice* to represent Mercantile Bank International Corp. and Yieldesta L.P., and in accordance with Local Rule 83.1(d), I represent that:

　　1.　　Frederick Hyman is a Partner with Crowell & Moring LLP and has a primary office at Two Manhattan West, 375 9th Ave, New York, NY 10001.

　　2.　　Frederick Hyman is a member of the bar of the State of New York, to the best of my knowledge he is in good standing with the Courts in which he is admitted, and he has not been previously denied admission nor disciplined by the Court.

　　3.　　Attached as Exhibit A is an affidavit from Frederick Hyman in satisfaction of the requirements of Local Rule 83.1(d).

　　4.　　Attached as Exhibit B is a proposed order admitting Frederick Hyman *pro hac vice*.

Dated: March 12, 2024

Respectfully submitted,

*/s/ Scott A. Lessne*

Scott A. Lessne – Juris Number: 302002
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2597
SLessne@crowell.com

-2-