# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al., | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF FREDERICK HYMAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Frederick Hyman, being duly sworn, states:

1. I am submitting this affidavit in support of the motion by Scott Lessne for an order admitting myself to the Court *pro hac vice*.

2. I am a partner at the law firm of Crowell & Moring LLP, having a primary office at Two Manhattan West, 375 9th Ave, New York, NY 10001.

3. I am a member in good standing with the bar of the State of New York, there are no disciplinary proceedings currently pending against me, and I have never been convicted of a crime. I am also admitted to practice before the United States District Court for the Eastern District of New York and the United States District Court for the Southern District of New York.

4. I have never been censured, disbarred, or denied admission or readmission by any court.

5. I have reviewed and am fully familiar with the Federal Rules of Civil Procedure, as well as the applicable Local Rules of Bankruptcy Procedure for the District of Connecticut, as well as the Connecticut rules of Professional Conduct.

6. I hereby designate Scott Lessne as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in this case.

-2-

7. Should the motion for my admission be granted, I will promptly file a certificate of good standing from the bar of the State of New York with the Clerk.

8. The required fee of $200 will be submitted in tandem with the motion for my admission.

Dated: March 15, 2024                                         Respectfully submitted,

/s/ Fredrick Hyman
Frederick Hyman (NY Bar No. 2553832)
CROWELL & MORING LLP
Two Manhattan West, 375 9th Ave,
New York, NY 10001
Phone: (212) 803-4028
Fax: (212) 223-4134
FHyman@crowell.com