**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al., | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING PRO HAC VICE ADMISSION TO FREDERICK HYMAN**

A Motion for Admission *Pro Hac Vice* (the "Motion") having been filed by a member of the bar of this Court on behalf of Frederick Hyman, attorney for Mercantile Bank International Corp. and Yieldesta L.P. in the above-captioned case and related proceedings; and the Motion having satisfied the requirements of D. Conn. L. Civ. R. 83.1(d), as incorporated by L. Bankr. R. 9083-1, it is,

ORDERED, that the Motion is granted; and it is further

ORDERED that Frederick Hyman is hereby admitted *pro hac vice* to practice in the United States Bankruptcy Court for the District of Connecticut in connection with the above-captioned case and related proceedings.

Dated: _____, 2024

_____
HONORABLE JULIE A. MANNING
UNITED STATES BANKRUPTCY JUDGE