**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
HO WAN KWOK, et al.,[1]                   :    Case No. 22-50073 (JAM)
                                          :
              Debtors.                    :    (Jointly Administered)
                                          :
------------------------------------------------------x
```

### NOTICE OF FILING OF SEVENTH INVOICE OF ACHESON DOYLE PARTNERS ARCHITECTS, P.C. FOR ARCHITECTURAL SERVICES

   **PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order"),[2] attached hereto as **Exhibit A** is Acheson Doyle's invoice, dated March 15, 2024 (the "Invoice"), related to reviewing the site conditions and scope of deficiencies at the Sherry Netherland Apartment (during the month of February 2024).

   **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Architect Agreement, the Invoice covers the following services:

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Order.

- Project Administration (hourly): $5,580.00

  o As detailed in the Architect Agreement, this work stream includes work related to administration of the construction project.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Remediation Order, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the Invoice and (b) if no timely objections to the Invoice are filed with the Court, Genever Holdings LLC is authorized to pay the Invoice without further Court order.

Dated:     March 19, 2024          GENEVER HOLDINGS LLC
         New York, New York

                                     By: */s/ G. Alexander Bongartz*
                                         G. Alexander Bongartz (admitted *pro hac vice*)
                                         Avram E. Luft (admitted *pro hac vice*)
                                         PAUL HASTINGS LLP
                                          200 Park Avenue
                                          New York, New York 10166
                                          (212) 318-6079
                                          aviluft@paulhastings.com
                                          alexbongartz@paulhastings.com

                                               *and*

                                          Nicholas A. Bassett (admitted *pro hac vice*)
                                          PAUL HASTINGS LLP
                                          2050 M Street NW
                                          Washington, D.C., 20036
                                          (202) 551-1902
                                          nicholasbassett@paulhastings.com

                                               *and*

                                          Douglas S. Skalka (ct00616)
                                          Patrick R. Linsey (ct29437)
                                          NEUBERT, PEPE & MONTEITH, P.C.
                                          195 Church Street, 13th Floor
                                          New Haven, Connecticut 06510
                                          (203) 781-2847
                                          dskalka@npmlaw.com
                                          plinsey@npmlaw.com

                                               *Counsel for Genever Holdings LLC*

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                                       :
In re:                                                 :     Chapter 11
                                                       :
HO WAN KWOK, *et al.*,[1]                              :     Case No. 22-50073 (JAM)
                                                       :
                        Debtors.                       :     (Jointly Administered)
                                                       :
-------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 19, 2024, the foregoing Notice was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:      March 19, 2024
            New York, New York

                              By: */s/ G. Alexander Bongartz*
                                  G. Alexander Bongartz (admitted *pro hac vice*)
                                  PAUL HASTINGS LLP
                                  200 Park Avenue
                                  New York, New York 10166
                                  (212) 318-6079
                                  alexbongartz@paulhastings.com

                                  *Counsel for Genever Holdings LLC*

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

<u>**Exhibit A**</u>

**Invoice**

| **Invoice** |

# Acheson Doyle PARTNERS

**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**Tel: 212-414-4500**
**info@adparchitects.com**

March 15, 2024
Project No:        52302.10
Invoice No:        24763

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever Holdings LLC Apt 1801 - Apartment Stabilization Project |

Invoice to: G. Alexander Bongartz, Paul Hastings LLP _alexbongartz@paulhastings.com_

**<u>Professional Services from February 01, 2024 to February 29, 2024</u>**

| Phase | 04 | Scope of Work Item D: Construction Administration |

**Fee is billed hourly; estimate $20,000/month**

- <u>Project Administration (February 2024)</u>:
  AIA Owner/Contractor Agreement updates; coordination w/ Owner and Sciame; prepare SN Alteration Agreement; insurance coordination w/ Sciame; 02/08 call with Sciame, review of new bid, update to bid analysis, call to client; AIA Agreement updates, 02/09 meeting to review revised bid; revised cost comparison chart, AIA contract coordination; project coordination, meet with Skyline Windows for walk-through; window shop drawings; application for payment review

**Professional Personnel**

|  | **Hours** | **Rate** | **Amount** |  |
|---|---|---|---|---|
| Principal |  |  |  |  |
| Acheson, David | 6.00 | 400.00 | 2,400.00 |  |
| Project Manager |  |  |  |  |
| Snyder, Brendon | 9.00 | 320.00 | 2,880.00 |  |
| Totals | 15.00 |  | 5,280.00 |  |
| **Total Labor** |  |  |  | **5,280.00** |
| | | | **Total this Phase** | **$5,280.00** |

| Phase | RE | Reimbursable Expenses |

**Unit Billing**

|  |  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| In House Printing (BW & Color) |  |  | 6.00 |  |
| **Total Units** |  | **1.1 times** | **6.00** | **6.60** |
| | | | **Total this Phase** | **$6.60** |
| | | | **Total Due This Invoice** | **$5,286.60** |

Thank you for your prompt payment.

| Project | 52302.10 | S/N- Genever Holdings LLC Apt 1801 | Invoice | 24763 |

# Billing Backup

Acheson Doyle Partners Architects, P.C.      Invoice 24763 Dated 3/15/2024

Friday, March 15, 2024
6:02:44 PM

| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever Holdings LLC Apt 1801 - Apartment Stabilization Project |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Phase | 04 | Scope of Work Item D: Construction Administration |

**Total this Phase**      **$5,280.00**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Phase | RE | Reimbursable Expenses |

**Unit Billing**

| In House Printing (BW & Color) | | | 6.00 | |
|---|---|---|---|---|
| **Total Units** | | **1.1 times** | **6.00** | **6.60** |

**Total this Phase**      **$6.60**

**Total this Project**      **$5,286.60**

**Total this Report**      **$5,286.60**

# Print Activity Report

**Project Summary - Internal**
02/01/2024 to 02/29/2024

## 52302.10

**Standard Pricing**

**SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Apartment Stabilization Pr**

| Description | Qty. × (Cost) / Charge | Cost | Charge |
|---|---|---|---|
| Canon iR ADV C5560i : Tabloid | 6 × (1.00) / 1.00 ea. | 6.00 | 6.00 |
| **Totals For : 52302.10 - SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Ap** | | **$6.00** | **$6.00** |

