**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
: 
In re: : Chapter 11
 : 
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
 : 
Debtors.[1] : Jointly Administered
 : 
------------------------------------------------------------x Re: ECF No. 2936

## ORDER GRANTING
## APPLICATION OF NEUBERT, PEPE & MONTEITH, P.C., FOR FOURTH INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS LOCAL AND CONFLICTS COUNSEL TO THE CHAPTER 11 TRUSTEE AND AS COUNSEL TO DEBTORS GENEVER HOLDINGS CORPORATION AND GENEVER HOLDINGS LLC

Upon consideration of the Application (the "Application") of Neubert, Pepe & Monteith, P.C. ("NPM") as counsel to the Trustee[2] and the Genever Debtors for fourth interim allowance of compensation and reimbursement of expenses from September 1, 2023 through December 31, 2023; and sufficient notice having been given; and a hearing having been held on March 19, 2024, and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

1. ORDERED that the Application is granted and compensation in the amount of $1,038,670.00 and reimbursement of expenses in the amount of $34,929.96 is awarded to NPM,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; it is further

2. ORDERED that the Debtors' estates shall continue to hold back the Application Period Holdback less the $5,000.00 voluntary reduction (*i.e.*, $203,734.00) pending further order of this Court; it is further

3. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

4. ORDERED that the Trustee and NPM are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

5. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

6. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 20th day of March, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut