**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 20, 2024, the foregoing revised proposed Order [ECF 3022] was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system ("CM/ECF") or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: March 20, 2024
      New Haven, Connecticut

                                                 By: */s/* Douglas S. Skalka
                                                      Douglas S. Skalka (ct00616)
                                                        NEUBERT, PEPE & MONTEITH, P.C.
                                                       195 Church Street, 13th Floor
                                                       New Haven, Connecticut 06510
                                                       (203) 781-2845

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).