AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Patrick R. Linsey | 2. PHONE NUMBER<br>(203) 781-2847 | 3. DATE<br>3/20/2024 |
| 4. DELIVERY ADDRESS OR EMAIL<br>plinsey@npmlaw.com | 5. CITY<br>New Haven | 6. STATE CT   7. ZIP CODE 06510 |
| 8. CASE NUMBER  22-50073 | 9. JUDGE  Hon. Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 3/19/2024   11. TO 3/19/2024 |
| 12. CASE NAME<br>Ho Wan Kwok and Genever Holdings LLC | | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport   14. STATE CT |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Entire Hearing | 3/19/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL  0.00

18. SIGNATURE
/s/Patrick R. Linsey

PROCESSED BY  Lorenzo M. Whitmore

19. DATE
3/20/2024

PHONE NUMBER  203-579-5808

TRANSCRIPT TO BE PREPARED BY
Reliable

COURT ADDRESS
915 Lafayette Blvd.
Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

### Tuesday March 19 2024

| | | | |
|---|---|---|---|
| 01:30 PM | 22-50073 Ch: 11 | Ho Wan Kwok | |

**Matter:** #2872; Third Interim Application for Compensation for Pullman & Comley, LLC, Creditor Comm. Aty, Fee: $89,835.50, Expenses: $392.14. Filed by Pullman & Comley, LLC, Creditor Committee

| | | | |
|---|---|---|---|
| 01:30 PM | 22-50073 Ch: 11 | Ho Wan Kwok | |

**Matter:** #2928; First Interim Fee Application of O'Sullivan McCormack Jensen & Bliss PC, as Special Insurance Coverage Counsel, for Compensation and Reimbursement of Expenses for Period from July 27, 2023 through December 31, 2023 for O'Sullivan McCormack Jensen & Bliss PC, Special Counsel, Fee: $191,730.00, Expenses: $5,240.02. Filed by Georg Alexander Bongartz, Attorney

| | | | |
|---|---|---|---|
| 01:30 PM | 22-50073 Ch: 11 | Ho Wan Kwok | |

**Matter:** #2929; First Interim Fee Application of Kroll, LLC, as Forensic Investigators, for Compensation and Reimbursement of Expenses for Period from August 2, 2023 through December 31, 2023 for Kroll, LLC, Other Professional, Fee: $1,019,095.5, Expenses: $93,702.91. Filed by Georg Alexander Bongartz, Attorney

| | | | |
|---|---|---|---|
| 01:30 PM | 22-50073 Ch: 11 | Ho Wan Kwok | |

**Matter:** #2930; Third Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for Allowance of Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period from September 1, 2023 through December 31, 2023 for Epiq Corporate Restructuring, LLC, Other Professional, Fee: $10,417.00, Expenses: $1,606.43. Filed by Georg Alexander Bongartz, Attorney

| | | | |
|---|---|---|---|
| 01:30 PM | 22-50073 Ch: 11 | Ho Wan Kwok | |

**Matter:** #2931; Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Prager Dreifuss AG as Swiss Law Counsel Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee

| | | | |
|---|---|---|---|
| 01:30 PM | 22-50073 Ch: 11 | Ho Wan Kwok | |

**Matter:** #2933; Interim Application for Compensation (Second Interim) for Harney Westwood & Riegels LP, Trustee's Attorney, Fee: $101597, Expenses: $1825 Filed by Harney Westwood & Riegels LP, Trustee's Attorney

| | | | |
|---|---|---|---|
| 01:30 PM | 22-50073 Ch: 11 | Ho Wan Kwok | |

**Matter:** #2935; Interim Application for Compensation for Paul Hastings LLP, Trustee's Attorney, Fee: $6,911,034.50, Expenses: $718,236.31. Filed by Paul Hastings LLP, Debtor's Attorney

| 01:30 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** **#2936; Fourth Interim Application for Compensation for Neubert, Pepe & Monteith, P.C., Trustee's Attorney, Fee: $1,038,670.00, Expenses: $37,709.63. Filed by Neubert, Pepe & Monteith, P.C., Trustee's Attorney**

| 01:30 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** **#2981; Order Scheduling Status Conference**

| 02:00 PM | 23-05023 | Despins, Luc A., Chapter 11 Trustee v. Lamp Capital LLC et al |

**Matter:** **#15; Motion to dismiss count 3 and 4 against Hudson Diamond NY and to dismiss Hudson Diamond Holdings and Mei Guo Filed by Aaron Romney on behalf of Mei Guo, Hudson Diamond Holding LLC, Hudson Diamond NY LLC, Defendants**

| 02:00 PM | 23-05023 | Despins, Luc A., Chapter 11 Trustee v. Lamp Capital LLC et al |

**Matter:** **#76; Motion to Dismiss Adversary Proceeding to Dismiss the Fifth and Sixth Claims contained in the Complaint Against Leading Shine NY, Ltd. Filed by Lee Vartan on behalf of Leading Shine NY Ltd., Defendant**

## Parties that Appeared for the March 19, 2024 Hearing

**Luc A. Despins**

Paul Hastings LLP

200 Park Avenue

New York, NY 10166

**Nicholas A. Bassett**

Paul Hastings, LLP

2050 M Street NW

Washington, DC 20036

**Douglas S. Skalka**

Neubert, Pepe, and Monteith

195 Church Street, 13th Floor

New Haven, CT 06510

**Holley L. Claiborn**

Office of The United States Trustee

The Giaimo Federal Building

150 Court Street, Room 302

New Haven, CT 06510

**Kristin B. Mayhew**

Pullman & Comley, LLC

850 Main Street, 8th Floor

PO Box 7006

Bridgeport, CT 06601

**Stuart M. Sarnoff**

O'Melveny & Myers LLP

Times Square Tower
7 Times Square
New York, NY 10036

**Sam Della Fera, Jr**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511

**Frederick Hyman**
Crowell & Moring LLP
Two Manhattan West, 375 9th Ave
New York, NY 10001

**Frank Oswald**
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119