**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------- x
                                                        :
In re:                                                  : Chapter 11
                                                        :
HO WAN KWOK, *et al.*,                                  : Case No. 22-50073 (JAM)
                                                        :
          Debtors.[1]                                   : Jointly Administered
                                                        :
------------------------------------------------------- x  Re:  ECF No. 2935

**ORDER APPROVING FOURTH INTERIM FEE APPLICATION OF PAUL HASTINGS LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Paul Hastings LLP (the "Applicant") filed the *Fourth Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from September 1, 2023 through December 31, 2023* on February 19, 2024 (the "Application").  After notice and a hearing held on March 19, 2024, and no objection to the Application having been filed by the Office of the United States Trustee, and in the absence of any other objection to the Application; it is hereby

1.     ORDERED that the Application is granted and compensation in the amount of $6,718,104.50, and reimbursement of expenses in the amount of $714,717.61, are awarded to Paul Hastings, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2. ORDERED that nothing herein modifies the Retention Order; it is further

3. ORDERED that the Debtors' estates are authorized to pay the Trustee and Paul Hastings (a) 80% of the fees (*i.e.*, $5,374,483.60), of which $160,000.00 shall be applied as a credit pursuant to the order granting the Third Interim Fee Application [Docket No. 2408] and (b) 100% of the expense reimbursements (*i.e.*, $714,717.61) allowed in paragraph 1 above in the aggregate amount of $6,089,201.21, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $1,343,620.90 shall be held back by the Debtors' estates pending further order of this Court; it is further

4. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

5. ORDERED that the Trustee and Paul Hastings are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

6. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

7. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 21st day of March, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut