UNITED STATES BANKRUPTCY COURT
DISCRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
:
In re:                                             :   Chapter 11
                                                   :
HO WAN KWOK, *et al.*,[1]                          :   Case No. 22-50073 (JAM)
                                                   :
       Debtors.                                 :   (Jointly Administered)
                                                   :
------------------------------------------------------x

## GENEVER HOLDINGS LLC'S FIFTH MONTHLY STATUS REPORT REGARDING REMEDIATION OF SHERRY NETHERLAND APARTMENT

Genever Holdings LLC (the "Debtor" or "Genever US"), by and through its undersigned counsel, hereby files this fifth monthly status report (the "Status Report") in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order"),[2] covering the period from February 1, 2024 through February 29, 2024:

### STATUS REPORT

1.     General Contractor Work: As noted in the prior status reports, Genever US selected Sciame Homes ("Sciame") as the general contractor for the remediation project. At this

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]     Capitalized terms used but not defined in this Status Report have the meanings ascribed to them in the Remediation Order.

time, Sciame has not yet commenced work, because (a) the Sherry Netherland had to first complete the process of selecting a contractor to remove the soot in the area of the Sherry Netherland Apartment affected by the March 15, 2023 fire,[3] and (b) Genever US could not apply for the building permit from the New York City Department of Buildings ("DOB") until after the New York City Department of Environmental Protection ("DEP") had issued the close-out documentation for the asbestos removal project. The Sherry Netherland recently selected DryFast DKI ("DKI") as the contractor for the soot removal project, and the DEP issued the asbestos close-out documentation at the end of February. Accordingly, Genever US is now in the process of applying for the DOB building permit, which it expects to obtain within the next 10 to 14 days. In the meantime, while awaiting the issuance of the DOB permit, Sciame will be conducting pre-permitting work, including readying the site for the remediation work. In addition, Sciame is coordinating with DKI to conduct the remediation work concurrently with the soot removal project.

2. <u>Summary of Expenses Paid Through February 29, 2024</u>: Through the end of February 2024, Genever US has made the following payments in connection with the Remediation Project:

| Date | Recipient | Description | Amount |
|---|---|---|---|
| August 30, 2023 | Gallagher Bassett Services, Inc. | Asbestos survey and reporting | $3,871.56 |
| October 4, 2023 | Gallagher Bassett Services, Inc. | Asbestos permits | $7,349.06 |
| October 13, 2023 | ABF Environmental, Inc. | Asbestos abatement work | $48,900.00 |
| October 30, 2023 | Acheson Doyle Partners Architects PC | Architectural services | $3,380.86 |
| November 2, 2023 | Genever US | Reimbursement from Sherry Netherland (80% of payments | ($44,999.25) |

---

[3] For the avoidance of doubt, the soot removal project is the responsibility of the Sherry Netherland, not Genever US.

2

| | | made by Genever US to (i) ABF Environmental on October 13, 2023, and (ii) Gallagher Bassett Services, Inc. on October 4, 2023) | |
|---|---|---|---|
| November 9, 2023 | Gustav Restoration LLC | 50% deposit for removing fireplace (to prepare for asbestos removal) | $1,226.12 |
| December 1, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $63,720.78 |
| December 1, 2023 | Catalpa Special Inspections | 50% deposit for special inspection services | $2,875.00 |
| December 12, 2023 | Gustav Restoration LLC | Remaining 50% payment for removing fireplace | $1,226.13 |
| December 20, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $74,011.84 |
| January 16, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $27,760.65 |
| February 1, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $29,003.70 |
| February 1, 2024 | Skyline Windows LLC | 50% deposit for window replacement at Sherry Netherland apartment | $60,258.50 |
| February 14, 2024 | Arista Air Conditioning Corp. | Removal of damaged HVAC units in Sherry Netherland apartment | $2,515.01 |

Dated: March 26, 2024  
      New York, New York

By: */s/ G. Alexander Bongartz*  
Luc A. Despins (admitted *pro hac vice*)  
G. Alexander Bongartz (admitted *pro hac vice*)  
Douglass Barron (admitted *pro hac vice*)  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, New York 10166  
(212) 318-6000  
lucdespins@paulhastings.com  
alexbongartz@paulhastings.com  
douglassbarron@paulhastings.com  

*and*

Douglas S. Skalka (ct00616)  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.

3

195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 26, 2024, the foregoing Status Report was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    March 26, 2024
         New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*Counsel for the Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).