**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |
| | : | Re. ECF No. 2955 |

---

| | | |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proceeding No. 23-05018 |
| | : | Re: ECF No. 40 |
| GOLDEN SPRING (NEW YORK) LTD and CHINA GOLDEN SPRING GROUP (HONG KONG) LIMITED, | : | |
| Defendants. | : | |

---

**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE FOR ORDER ENFORCING JUDGMENT AND REQUIRING TURNOVER OF STORAGE UNIT CONTENTS TO CHAPTER 11 ESTATE**

UPON CONSIDERATION OF the *Motion of Chapter 11 Trustee for Order Enforcing Judgment and Requiring Turnover of Storage Unit Contents to Chapter 11 Estate* (the "Motion"),[2] and good cause having been shown, and the Court having considered any and all objections and other responses to the Motion, and the Court finding that the relief requested in

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion.

the Motion is in the best interests of the Debtor's estate and its creditors, and the relief provided herein being narrowly tailored to serve the foregoing purposes, and after the hearing held on March 26, 2024, it is by the Court, hereby

ORDERED, that the Motion is granted as set forth herein; and it is further

ORDERED, that immediately upon entry of this Order all of the contents currently located in Storage Units #1A32 and #CF09 (the "Estate Contents"), which the parties understand to be the same contents located in such units as of December 22, 2023, shall be turned over to the Trustee; and it is further

ORDERED, that the Estate Contents are property of the Debtor's chapter 11 estate; and it is further

ORDERED, that the Trustee shall cause the contents currently located in Storage Units #CA14 and #CB14 (the "Remaining Contents"), which the parties understand to be the same contents located in such units as of December 22, 2023, to be moved to and stored at the Mahwah Mansion pending resolution of the Mahwah Adversary Proceeding or further order of the Court; and it is further

ORDERED, that the Remaining Contents shall at all times be subject to the *Memorandum of Decision and Order Granting In Part Motion for Preliminary Injunction* [Adv. Proc. No. 23-5017, Docket No. 47]; and it is further

ORDERED, that nothing herein shall effect the rights of the Trustee to obtain turnover of the Remaining Contents either by (i) prevailing on his claims in Adv. Proc. No. 23-5017 (the "Mahwah Adversary Proceeding") or (ii) showing that the Remaining Contents are property of the Estate irrespective of the outcome of the Mahwah Adversary Proceeding, and all such rights of the Trustee, and all corresponding rights of the defendants in the Mahwah Adversary Proceeding, are expressly preserved; and it is further


ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that the Trustee is authorized to take all actions necessary to effectuate the relief granted herein; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated at Bridgeport, Connecticut this 26th day of March, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut