AO 435 (Rev. 04/18)
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME: Patrick R. Linsey | 2. PHONE NUMBER: (203) 781-2847 | 3. DATE: 3/26/2024 |
| 4. DELIVERY ADDRESS OR EMAIL: plinsey@npmlaw.com | 5. CITY: New Haven | 6. STATE: CT  7. ZIP CODE: 06510 |
| 8. CASE NUMBER: 22-50073 | 9. JUDGE: Hon. Julie A. Manning | DATES OF PROCEEDINGS — 10. FROM: 3/26/2024  11. TO: 3/26/2024 |
| 12. CASE NAME: Ho Wan Kwok and Genever Holdings LLC | | LOCATION OF PROCEEDINGS — 13. CITY: Bridgeport  14. STATE: CT |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Entire Hearing | 3/26/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [x] | NO. OF COPIES: 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/Patrick R. Linsey
PROCESSED BY: Lorenzo M. Whitmore

19. DATE: 3/26/2024
PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY: Reliable
COURT ADDRESS: 915 Lafayette Blvd., Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:  COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday March 26 2024

| | | |
|---|---|---|
| 01:00 PM | 22-50073<br>Ch: 11 | Ho Wan Kwok |

Lead Case: 23-05017 Despins et al v. Taurus Fund LLC et al

**Matter:** **#2955; Motion of Chapter 11 Trustee for Order Enforcing Judgment and Requiring Turnover of Storage Unit Contents to Chapter 11 Estate Filed by Nicholas A. Bassett on behalf of Luc A. Despins, Chapter 11 Trustee**

| | | |
|---|---|---|
| 01:00 PM | 23-05018 | Despins, Luc A., Chapter 11 Trustee v. Golden Spring (New York) LTD et al |

Lead Case: 22-50073 Ho Wan Kwok

**Matter:** **#40; Motion of Chapter 11 Trustee for Order Enforcing Judgment and Requiring Turnover of Storage Unit Contents to Chapter 11 Estate Filed by Nicholas A. Bassett on behalf of Despins, Luc A., Chapter 11 Trustee, Plaintiff**

| | | |
|---|---|---|
| 01:00 PM | 23-05028 | Despins et al v. Ace Decade Holdings Limited et al |

Lead Case: 22-50073 Ho Wan Kwok

**Matter:** **#2; Summons Issued scheduling pretrial conference**

| | | |
|---|---|---|
| 01:00 PM | 23-05028 | Despins et al v. Ace Decade Holdings Limited et al |

Lead Case: 22-50073 Ho Wan Kwok

**Matter:  #16; Motion to Dismiss Adversary Proceeding**

# **Parties that appeared for the March 26, 2024 Hearing**

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 2003

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Cooper J Macco**
Macco & Corey, P.C.
2950 Express Drive South
Suite 109
Islandia, NY 11749

**Carl T. Gulliver**
Carl Gulliver Law LLC
470 James Street
Suite 007
New Haven, CT 06513