**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al.,[1] | ) Case No. 22-50073 (JAM) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) March 27, 2024 |

_____

## MOTION TO WITHDRAW APPEARANCE OF JOANNA J. CLINE

Pursuant to Local Rule of Civil Procedure 7(e), made applicable by Local Rule of Bankruptcy Procedure 9083-4, Joanna J. Cline, Esq., of Troutman Pepper Hamilton Sanders LLP requests permission to withdraw her appearance on behalf of Bravo Luck Limited ("Bravo") in this action.

In support of this motion, the undersigned states the following:

1. On or about December 23, 2022, Troutman Pepper's representation of Bravo was limited by agreement solely to the representation of Bravo in connection with the defense of adversary proceedings filed against Bravo in the jointly administered chapter 11 bankruptcy proceedings of Ho Wan Kwok, Case No. 22-50073 (JAM), pending in the United States Bankruptcy Court for the District of Connecticut (Connecticut division) (collectively "the Adversary Proceedings").

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2. The Adversary Proceedings have been settled by Order of this Court[2] and releases have been exchanged. Accordingly, Troutman Pepper's role on behalf of Bravo Luck has been completed. Therefore, Troutman Pepper's involvement in these bankruptcy proceedings on behalf of Bravo has concluded.

3. In addition, for several months, Troutman Pepper has attempted on numerous occasions to contact the representative of Bravo but has received no response. Troutman Pepper has made clear to Bravo that it intends to withdraw its appearance for Bravo and has again, received no response or objection.

4. Therefore, because the purpose for which Troutman Pepper was retained in these cases has ended and given the length of time during which Troutman Pepper has been unable to communicate with Bravo, Troutman Pepper respectfully requests that it be permitted to formally withdraw as counsel to Bravo.

5. Bravo is hereby advised, pursuant to Local Bankruptcy Rule 9083-4 and District Court Local Rule 7(e), that failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against Bravo.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court enter the order attached hereto as **Exhibit A** to grant leave to Joanna J. Cline to withdraw her appearance in the above-captioned case.

---

[2] *Order Granting, Pursuant to Bankruptcy Rule 9019, Motion of Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation Regarding Settlement with Bravo Luck Limited and Mileson Guo (a/k/a Qiang Guo and/or Guo Qiang)* entered as Docket No. 2153 in *In re Ho Wan Kwok*, Case No. 22-50073 (JAM).

-3-

Dated at Wilmington, Delaware, this 27th day of March, 2024.

                                                        */s/ Joanna J. Cline*
                                                        Joanna J. Cline, Esq. (ad*mitted pro hac vice)*
                                                        TROUTMAN PEPPER HAMILTON SANDERS LLP
                                                        Hercules Plaza, Suite 5100
                                                        1313 N. Market Street
                                                        P.O. Box 1709
                                                        Wilmington, DE 19899
                                                        Telephone: 302.777.6542
                                                        E-mail: joanna.cline@troutman.com

                                                        *Withdrawing Counsel for Bravo Luck Limited*

169550336v6

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 27, 2024, the foregoing *Motion to Withdraw Appearance of Joanna J. Cline* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by United States first class mail, postage prepaid, to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A.  Electronic Notice Via CM/ECF Service List

| | |
|---|---|
| Gregory F. Arcaro | garcaro@grafsteinlaw.com; 5806@notices.nextchapterbk.com; office@grafsteinlaw.com; ArcaroGR49801@notify.bestcase.com |
| Laura Aronsson | laronsson@omm.com |
| Tristan G. Axelrod | taxelrod@brownrudnick.com |
| Henry P. Baer | hbaer@fdh.com; csommer@fdh.com |
| William R. Baldiga | wbaldiga@brownrudnick.com |
| Kellianne Baranowsky | kbaranowsky@gs-lawfirm.com; aevans@gs-lawfirm.com; kbaranowsky@ecf.courtdrive.com |
| Daniel D. Barnes | dbarnes@csglaw.com |
| Douglass E. Barron | douglassbarron@paulhastings.com |
| Nicholas A. Bassett | nicholasbassett@paulhastings.com; jonathonkosciewicz@paulhastings.com; lucdespins@paulhastings.com; alexbongartz@paulhastings.com; ezrasutton@paulhastings.com; douglassbarron@paulhastings.com; ecf.frg@paulhastings.com; aviluft@paulhastings.com |
| Patricia B. Bergamasco | bergamasco@csglaw.com |
| Richard J Bernard | rbernard@foley.com, NORTHEAST-LitigationDocket@foley.com; cathy.greer@faegredrinker.com |
| Patrick M. Birney | pbirney@rc.com, ctrivigno@rc.com |
| Christopher H. Blau | cblau@zeislaw.com |
| G. Alexander Bongartz | alexbongartz@paulhastings.com |
| Trevor L. Bradley | tbradley@rc.com |
| Stephen P Brown, Esq | stephen.brown@wilsonelser.com, Denise.Morgan@wilsonelser.com |
| Carollynn H.G. Callari | ccallari@callaripartners.com |
| Daniel Cantor | dcantor@omm.com |
| John F. Carberry | jcarberry@cl-law.com |
| Michael A. Carbone | mcarbone@pppclaw.com, vsteele@pppclaw.com |
| Dennis M. Carnelli | dcarnelli@npmlaw.com |
| John L. Cesaroni | jcesaroni@zeislaw.com |
| Scott M. Charmoy | scottcharmoy@charmoy.com; ecf-3ae5beb98d9b@ecf.pacerpro.com; charmoysr97992@notify.bestcase.com |
| Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| Brian J Clifford | bclifford@sdvlaw.com; lucdespins@paulhastings.com |

169550336v6

| | |
|---|---|
| Michael T. Conway | mconway@lpgmlaw.com |
| Keith N. Costa | kcosta@otterbourg.com; kcosta@otterbourg.com; awilliams@otterbourg.com |
| James J. Costello, Jr | jjcostellojr@norris-law.com |
| Samuel Bryant Davidoff | sdavidoff@wc.com |
| Luc A. Despins | lucdespins@paulhastings.com; matlaskowski@paulhastings.com; davidmohamed@paulhastings.com |
| Sam Della Fera, Jr. | sdellafera@csglaw.com |
| Janie Eddy | jeddy@sdvlaw.com |
| Paul Fenaroli | pfenaroli@pastore.net |
| Sabato P. Fiano | sfiano@znclaw.com |
| Ross G. Fingold | rfingold@lawssf.com |
| William S. Fish | wfish@hinckleyallen.com, jmccarthy@hinckleyallen.com |
| Carolina A. Fornos | carolina.fornos@pillsburylaw.com |
| David S. Forsh | dforsh@callaripartners.com |
| Richard N Freeth | rfreeth@freethfirm.com |
| Lisa Fried | lisa.fried@hsf.com; stephanie.morano@hsf.com |
| Adam Friedman | afriedman@olshanlaw.com |
| Peter Friedman | pfriedman@omm.com |
| Taruna Garg | tgarg@murthalaw.com; mgarcia@murthalaw.com |
| Irve J. Goldman | igoldman@pullcom.com; rmccoy@pullcom.com |
| Evan S. Goldstein | egoldstein@uks.com |
| Mia N. Gonzalez | mgonzalez@omm.com |
| Marc Gottridge | marc.gottridge@hsf.com |
| James C. Graham | jgraham@npmlaw.com; sgibbons@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Robert J. Grand | rgrand@laxneville.com |
| Lawrence S. Grossman | LGrossman@gs-lawfirm.com; aevans@gs-lawfirm.com; ngolino@gs-lawfirm.com; lawrencegrossman@ecf.courtdrive.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com |
| Michael John Grudberg | mgrudberg@tarterkrinsky.com |
| Carl T. Gulliver | carlgulliver@cgulliverlaw.com, CarlGulliverLawLLC@jubileebk.net |
| David V. Harbach, II | dharbach@omm.com |
| James J. Healy | jhealy@cowderymurphy.com |
| Jeffrey Hellman | jeff@jeffhellmanlaw.com; christen@jeffhellmanlaw.com |
| Eric A. Henzy | ehenzy@zeislaw.com; cjervey@zeislaw.com |
| Frederick Hyman | FHyman@crowell.com |
| Zachary A. Intrater | zintrater@braflaw.com |
| Ryan T. Jareck | rjareck@coleschotz.com |
| Timothy P. Jensen | tjensen@omjblaw.com |
| David G. Jordan | djordan@sdvlaw.com; kryan@sdvlaw.com |
| Jonathan Kaplan | jkaplan@pullcom.com; prulewicz@pullcom.com; rmccoy@pullcom.com |
| Austin D Kim | adk@msf-law.com |
| Stephen M. Kindseth | skindseth@zeislaw.com; cjervey@zeislaw.com |
| Nancy Bohan Kinsella | nkinsella@npmlaw.com; moshea@npmlaw.com; smowery@npmlaw.com; npm.bankruptcy@gmail.com |
| John Joseph Kuster | jkuster@sidley.com |
| Ivan J. Ladd-Smith | ladd-smith@spearsmanning.com |
| Kathleen M. LaManna | klamanna@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |

| | |
|---|---|
| Julie A Lavoie | jlavoie@murthalaw.com |
| Barry R Lax | blax@laxneville.com |
| Andrew V. Layden | alayden@bakerlaw.com |
| Scott A. Lessne | slessne@crowell.com, scott-lessne-2280@ecf.pacerpro.com |
| Brian David Linder | linder@clayro.com |
| Patrick R. Linsey | plinsey@npmlaw.com; karguello@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Avram Emmanuel Luft | aviluft@paulhastings.com |
| Christopher J. Major | cjm@msf-law.com |
| Bonnie C. Mangan | bonnie.mangan@manganlaw.com; becky.avery@manganlaw.com |
| Amy E. Markim | amarkim@omjblaw.com |
| Joseph Martini | jmartini@spearsmanning.com |
| Katherine E. Mateo | kmateo@olshanlaw.com |
| Kristin B. Mayhew | kmayhew@pullcom.com; kwarshauer@mdmc-law.com; bdangelo@mdmc-law.com |
| Shlomo Maza | shlomomaza@paulhastings.com |
| Melissa Rose McClammy | mmcclammy@pastore.net |
| Michael T. McCormack | mmccormack@omjblaw.com; mgambardella@omjblaw.com |
| Jason E. Meade | jmeade@steptoe.com |
| Danielle L. Merola | dmerola@bakerlaw.com |
| Robert Rush Miller | rmiller@laxneville.com |
| Sherry J. Millman | smillman@stroock.com |
| Aaron A Mitchell | aaron@lmesq.com |
| James M. Moriarty | jmoriarty@zeislaw.com; cgregory@zeislaw.com |
| Jon P. Newton | jnewton@reidandriege.com, umongrain@rrlawpc.com |
| Sara Pahlavan | spahlavan@omm.com |
| Joseph M. Pastore, III | jpastore@pastore.net |
| Patrick N. Petrocelli | ppetrocelli@stroock.com |
| Sari B. Placona | splacona@msbnj.com |
| Lucas Bennett Rocklin | lrocklin@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Aaron Romney | aromney@zeislaw.com; swenthen@zeislaw.com |
| Scott D. Rosen | srosen@cb-shea.com; msullivan@cbshealaw.com; dtempera@cbshealaw.com |
| Tyler W. Rutherford | trutherford@pastore.net |
| Thomas J. Sansone | tsansone@carmodylaw.com |
| Stuart M. Sarnoff | ssarnoff@omm.com; stuart-sarnoff-1059@ecf.pacerpro.com |
| John T. Shaban | john@levinelevinelaw.com |
| Eric T. Schmitt | eschmitt@quinlanfirm.com |
| Jordan W. Schur | jschur@houser-law.com |
| Douglas S. Skalka | dskalka@npmlaw.com; smowery@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Jeffrey M. Sklarz | jsklarz@gs-lawfirm.com; aevans@gs-lawfirm.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com, jsklarz@ecf.courtdrive.com |
| Michael B. Sloan | msloan@msf-law.com |
| Annecca H. Smith | asmith@rc.com |
| Anthony Sodono, III | asodono@msbnj.com |
| Philip Tafet | tafet@mintzandgold.com |
| Michael P. Thompson | mpthompson@grsm.com; tbernier@grsm.com |
| John Troy | johntroy@troypllc.com |
| Tiffany Troy | tiffanytroy@troypllc.com; troylaw@troypllc.com |

-3-

| U.S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
|---|---|
| Lee Vartan | lvartan@csglaw.com |
| Stephen G. Walko | swalko@ibolaw.com |
| Thomas M. Walsh | twalsh@csglaw.com |
| David H. Wander | dhw@dhclegal.com |
| Michael S. Weinstein | mweinstein@golenbock.com |
| Melissa F. Wernick | mwernick@csglaw.com |
| Latonia C. Williams | lwilliams@goodwin.com; bankruptcyparalegal@goodwin.com; bankruptcy@goodwin.com |
| Jay Marshall Wolman | jmw@randazza.com; ecf-6898@ecf.pacerpro.com |
| Peter J. Zarella | pzarella@mdmc-law.com |

B.     United States First Class Mail, Postage Prepaid, Service List

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Brown Rudnick LLP
Attn: President or General Mgr
One Financial Center
Boston, MA 02111

Dundon Advisers LLC
Attn: President or General Mgr
10 Bank Street, Suite 1100
White Plains, NY 10606

Chao-Chih Chiu, Huizhen Wang
Yunxia Wu, Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Peter M. Friedman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
PO Box 2839
New York, NY 10008-2839

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

J. Ted Donovan and Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway 22nd Floor
New York, NY 10036

Gabriel Sasson
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Sherry Millman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Douglas E. Spelfogel
Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

-4-

169550336v6

| | |
|---|---|
| Richard C. Morrissey<br>Office of the U.S. Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Stretto<br>Attn: President or General Mgr<br>410 Exchange, Suite 100<br>Irvine, CA 92602 |
| Edward Moss, Diana Perez, Stuart Sarnoff, and Daniel Shamah<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036 | Yongbing Zhang<br>223 West Jackson Blvd. #1012<br>Chicago, IL 60606 |
| Alissa M. Nann<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016 | Genever Holdings Corporation<br>P.O. Box 3170<br>Road Town<br>Tortola, British Virgin Islands |
| Irve Goldman, Esq.<br>Pullman & Comley, LLC<br>850 Main Street<br>Bridgeport, CT 06601 | Genever Holdings LLC<br>781 Fifth Avenue Apt. 1801<br>New York, NY 10022-5520 |
| Epiq Corporate Restructuring, LLC<br>777 Third Avenue, 12th Floor<br>New York, NY 10017 | Edmiston and Company Limited<br>2 Marina Plaza<br>Newport, RI 02840 |
| Xiaoxiao Lin<br>24 Sonrisa<br>Irvine, CA 92620 | Xiaoming Liu<br>5-16-50 Nemotomachi<br>Tajimi City<br>Gifu Prefecture, 5070065 |
| Yuanlin Liu<br>192 Pendleton Dr.<br>Amherst, VA 24521 | Ning Zhao<br>3611 Summer Ranch Dr.<br>Katy, TX 77694 |

-6-

The foregoing and the attached notice were also served by United States first class mail, postage prepaid, upon:

Bravo Luck Limited[1]
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola
British Virgin Islands

Qiang Guo
5 Princess Gate, G3
London, SW7 1QJ
United Kingdom

 */s/ Joanna J. Cline*
Joanna J. Cline (admitted *pro hac vice*)

---

[1] Movant does not have a postal service address for Bravo Luck. Therefore, we are using prior service addresses utilized by the Trustee in other matters within the Kwok bankruptcy cases.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al.,[1] | ) Case No. 22-50073 (JAM) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) March 27, 2024 |

### NOTICE

TO:  BRAVO LUCK LIMITED

**PLEASE TAKE NOTICE** that Joanna J. Cline has filed the enclosed Motion to Withdraw Appearance in the above-captioned case, and that failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against you, or other action adverse to your interests being taken in the bankruptcy case.

Dated at Wilmington, Delaware, this 27th day of March, 2024.

/s/ *Joanna J. Cline*
Joanna J. Cline, Esq. (ad*mitted pro hac vice)*
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899
Telephone: 302.777.6542
E-mail: joanna.cline@troutman.com
*Withdrawing Counsel for Bravo Luck Limited*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

170060267v2