# EXHIBIT A

## Proposed Order

169550336v6

-5-

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, et al., | ) | Case No. 22-50073 (JAM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

_____

**ORDER AUTHORIZING WITHDRAWAL OF APPEARANCE**
**OF JOANNA J. CLINE**

Upon the motion of Joanna J. Cline to withdraw her appearance as counsel for Bravo Luck Limited ("Bravo"), it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the appearance of Joanna J. Cline on behalf of Bravo is hereby withdrawn in the above referenced case.

169550336v6