-4-

**EXHIBIT A**
**Proposed Order**

-5-

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

_____

### ORDER AUTHORIZING WITHDRAWAL OF APPEARANCE
### OF FRANCIS J. LAWALL

Upon the motion of Francis J. Lawall to withdraw his appearance as counsel for Bravo Luck Limited ("Bravo"), it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the appearance of Francis J. Lawall on behalf of Bravo is hereby withdrawn in the above referenced case.

169538211v6