**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | March 28, 2024 |

<u>**MOTION TO WITHDRAW APPEARANCE OF DAVID M. S. SHAIKEN**</u>

Pursuant to Local Rule of Civil Procedure 7(e), made applicable by Local Rule of Bankruptcy Procedure 9083-4, David M. S. Shaiken, Esq., of Shipman, Shaiken & Schwefel, LLC **("SSSLLC")**, requests permission to withdraw his appearance on behalf of Bravo Luck Limited ("<u>Bravo</u>") in this case.

In support of this motion, the undersigned states the following:

1.     On or about January 3, 2023, SSSLLC's representation of Bravo in this case, and in a related adversary proceeding (Adversary Proceeding No. 22-05027) was limited by agreement solely to the role of local counsel to Troutman, Pepper, who was to serve as lead counsel, and from whom SSSLLC was to take all instructions. Other than receipt of a signed engagement letter, SSSLLC has had no contact or communication of any kind with Bravo.

2.     The Adversary Proceeding has been settled by Order of this Court[2] and releases

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]  *Order Granting, Pursuant to Bankruptcy Rule 9019, Motion of Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation Regarding Settlement with Bravo Luck Limited and Mileson Guo (a/k/a Qiang Guo and/or Guo Qiang)* entered as Docket No. 2153 in *In re Ho Wan Kwok*, Case No. 22-50073 (JAM).

have been exchanged. Accordingly, Troutman Pepper's role, and therefore SSSLLC's role, on behalf of Bravo has been completed. Therefore, SSSLLC's involvement in these bankruptcy proceedings on behalf of Bravo has concluded.

3. In addition, upon information and belief, for several months, (a) Troutman Pepper has attempted on numerous occasions to contact the representative of Bravo but has received no response; and (b) Troutman Pepper has made clear to Bravo that it intends to withdraw its appearance for Bravo and has again, received no response or objection.

4. Therefore, because the purpose for which SSSLLC was retained in this case has ended and given the length of time, upon information and belief, during which Troutman Pepper has been unable to communicate with Bravo, SSSLLC respectfully requests that it be permitted to formally withdraw as counsel to Bravo.

5. Bravo is hereby advised, pursuant to Local Bankruptcy Rule 9083-4 and District Court Local Rule 7(e), that failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against Bravo.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court enter the order attached hereto as **Exhibit A** to grant leave to David M. S. Shaiken to withdraw his appearance in the above-captioned case.

Dated at Amston, Connecticut, this 28th day of March, 2024.

By:  /s/ David M. S. Shaiken
      David M. S. Shaiken, Esq.
      Corporate Center West
      433 South Main Street, Suite 319
      West Hartford, CT  06110
      Telephone: (860) 606-1703
      Fax:      (866) 431-3248
      david@shipmanlawct.com
      Fed. Bar No. ct02297
      Withdrawing Counsel For Bravo Luck Limited

**EXHIBIT A**
**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING WITHDRAWAL OF APPEARANCE**
**OF DAVID M. S. SHAIKEN**

Upon the motion of David M. S. Shaiken to withdraw his appearance as counsel for Bravo Luck Limited ("Bravo"), it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the appearance of David M. S. Shaiken on behalf of Bravo is hereby withdrawn in the above-captioned case.

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 28, 2024, the *Motion to Withdraw Appearance of David M. S. Shaiken* was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. The foregoing, and the attached notice, were also served by United States mail, first-class, postage prepaid upon:


Bravo Luck Limited[1]
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola
British Virgin Islands

Qiang Guo
5 Princess Gate, G3
London, SW7 1QJ
United Kingdom



*/s/ David M. S. Shaiken*
David M. S. Shaiken

---

[1]  Movant does not have a postal service address for Bravo Luck.  Therefore, we are using prior service addresses utilized by the Trustee in other matters within the Kwok bankruptcy cases.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | March 28, 2024 |

<u>NOTICE</u>

TO:    BRAVO LUCK LIMITED

**PLEASE TAKE NOTICE** that David M. S. Shaiken has filed the enclosed Motion to Withdraw Appearance in the above-captioned adversary proceeding, and that failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against you, or other action adverse to your interests being taken in the adversary proceeding.

Dated at Amston, Connecticut, this 28th day of March, 2024.

By:    /s/ David M. S. Shaiken
David M. S. Shaiken, Esq.
Corporate Center West
433 South Main Street, Suite 319
West Hartford, CT  06110
Telephone: (860) 606-1703
Fax:        (866) 431-3248
david@shipmanlawct.com
Fed. Bar No. ct02297
Withdrawing Counsel For Bravo Luck Limited

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).