UNITED STATES BANKRUPTCY
COURT DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al. | Case No. 22:50073 (JAM) |
| Debtors, | (Jointly Administered) |
| | March 29, 2024 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Connecticut D. Conn. L.R. Civ. P. 7(e), made applicable to this bankruptcy proceeding by Local Bank. R. 9083-4, the undersigned Stephen P. Brown respectfully moves to withdraw his appearance in the above captioned bankruptcy case on behalf of Sotheby's International Realty, Inc. (Sotheby's) and represents as follows:

1. On February 7, 2024, the undersigned counsel was retained by Sotheby's specifically to file an objection and memorandum in opposition to a motion by the Chapter 11 Trustee Luc A Despins to extend the deadline for filing avoidance actions.

2. On January 18, 2024, the Chapter 11 Trustee filed a Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a) and 549 (ECF #2509, the "Tolling Motion").

3. On February 7, 2024, the undersigned counsel filed a Notice of Appearance and Request for Service Papers (ECF #2583) on behalf of Sotheby's.

4. On February 7, 2024, the undersigned counsel filed on behalf of Sotheby's an Objection and Declaration in Opposition to the Tolling Motion (see ECF #2584).

294679182v.1

5. On February 15, 2024, the court issued its Memorandum of Decision and Order on the Tolling Motion (docket entry #2921).

6. The Tolling Motion having been ruled on, the undersigned counsel's appearance in this bankruptcy case for Sotheby's is no longer necessary.

WHEREFORE, on the basis of the foregoing, the undersigned, Stephen P. Brown hereby respectfully moves to withdraw his appearance in the above captioned bankruptcy case on behalf of Sotheby's and that his appearance be removed from the master service list in this case on behalf of Sotheby's.

Dated: Stamford, Connecticut
March 29, 2024

                            WILSON ELSER MOSKOWITZ
                            EDELMAN & DICKER LLP

By: */s/ Stephen P. Brown* (ct 19876)
      Stephen P. Brown, Esq.
      Counsel for Defendant
      SOTHEBY'S INTERNATIONAL REALTY, INC.
      1010 Washington Boulevard
      Stamford, CT 06901
      (203) 388-9100
      Our File No. 25781.00002

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, a true copy of the foregoing was filed electronically and served by mail to all parties unable to accept electronic filing. Notice of this filing will be sent by e-mail by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Stephen P. Brown*

294679182v.1