# United States Bankruptcy Court

## District of Connecticut

In re: Ho Wan Kwok, et al.

Debtor(s)

APPELLANT:
G Club Operations LLC

Case Number: 22-50073 (JAM)

Chapter: 11

U.S. District Court
Case No: 3:24-cv-00284-KAD

Filing Fee Status:

☑ Paid    ☐ Not Paid    ☐ IFP Granted

Regarding:

Notice of Appeal Filed: February 28, 2024

Notice of Appeal, BKY ECF No. 2969

## Acknowledgement by U.S. District Court

[X] I hereby acknowledge receipt of the items indicated on the Transmittal Notice referenced above.

*If Notice of Appeal and/or Motion for Leave to Appeal Received:*

**The following U.S. District Court number has been assigned:** 3:24-cv-00284-KAD

Acknowledged By: /s/Nick Fanelle

Date: 3/29/2024

Deputy Clerk, U.S. District Court

# United States Bankruptcy Court

## District of Connecticut

In re: Ho Wan Kwok, et al.

Debtor(s)

APPELLANT:
G Club Operations LLC

Case Number: 22-50073 (JAM)
Chapter: 11

U.S. District Court
Case No: 3:24-cv-00284-KAD
Filing Fee Status:

☑ Paid   ☐ Not Paid   ☐ IFP Granted

**TRANSMITTAL NOTICE TO U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT REGARDING APPEALS AND APPELLATE DOCUMENTS**

**NOTICE OF APPEAL INFORMATION**

Notice of Appeal Filed: February 28, 2024

BKY ECF No.[1] : 2969

Filing Fee Status:   ☑ Paid/   ☐ Not Paid/   ☐ IFP Granted

If Not Paid, Motion to Proceed in *Forma Pauperis* Filed: ☐ Yes, BKY ECF No. _____ / ☐ No

Appellant Name: G Club Operations LLC

Appellant Address:

Appellant's Counsel and Address (Address/Phone/Email):
Jeffrey M. Sklarz
Kellianne T. Baranowsky
Green & Sklarz LLC
One Audubon Street, 3rd Floor
New Haven, CT 06511
(203)285-8545
Fax: (203)823-4546
jsklarz@gs-lawfirm.com
kbaranowsky@gs-lawfirm.com

and

Carolina A. Fornos (pro hac vice)
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
(212)-858-1558
carolina.fornos@pillsburylaw.com

---

[1]  ECF No(s). citations referenced in this Transmittal Notice refer to docket entries of the U.S. Bankruptcy Court for the case in which the notice of appeal was filed, unless otherwise noted.

Appellee(s) Name : Luc A. Despins, Chapter 11 Trustee

Appellee(s) Address :

Appellee(s) Counsel and Address (Address/Phone/Email):  Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com plinsey@npmlaw.com

and

Nicholas A. Bassett (pro hac vice)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

and

Avram E. Luft (pro hac vice)
Douglass Barron (pro hac vice)
PAUL HASTINGS LLP
200 Park Avenue
New York, NY  10166
(212) 318-6079
aviluft@paulhastings.com

Other Interested Party Information:

### DOCUMENTS TRANSMITTED TO THE DISTRICT COURT

**Please find the following items attached to this Transmittal Notice:**

- ☐ Notice of Appeal, BKY ECF No. _____
- ☐ Amended Notice of Appeal, BKY ECF No. _____
- ☐ Cross Appeal, BKY ECF No. _____
- ☐ Motion for Leave to Appeal, BKY ECF No. _____
- ☐ Order / Decision being appealed
  Title of Order / Decision: _____
  BKY ECF No.: _____
  Additional Information (If Any)
  _____

- ☐ Deficiency Notice Issued for Failure to Pay Filing Fee, BKY ECF No.
- ☐ Motion to Proceed *in Forma Pauperis*, BKY ECF No.
  - ☐ Order, BKY ECF No. _____
  Resolution of Motion:
  _____

- ☑ The Record
  - ☑ Appellant's Designation of Items, BKY ECF No.  3001
    - ☑ Included in the Electronic Docket Sheet
  - ☐ Appellant's Statement of Issues, BKY ECF No. _____
    - ☐ Included in the Electronic Docket Sheet
  - ☑ Appellee's Designation of Items, BKY ECF No.  3053
    - ☑ Included in the Electronic Docket Sheet
  - ☐ Appellee's Statement of Issues, BKY ECF No. _____
    - ☐ Included in the Electronic Docket Sheet
  - ☑ Electronic Docket Sheet for Bankruptcy Case Number:  22-50073
  - ☐ Electronic Docket Sheet for Adversary Proceeding Case Number: _____
  - ☑ Transcripts:   Transcript   (ECF No. 2937)  is under a 90-day restriction and will be sent via email.
  - ☐ Sealed Documents: _____
    Sealed documents will not be transmitted until an order is entered by the U.S. District Court accepting the documents under seal pursuant to Fed. R. Bankr. P. 8009(f).
  - ☐ Court Exhibits (Paper Copies): _____
  - ☐ Other Documents: _____
- ☐ Other: _____

Transmitted By:  D. DeNicola                                        Date:  March 29, 2024
                 Deputy Clerk, U.S. Bankruptcy Court