UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: ECF No. 3051 |

### ORDER AUTHORIZING WITHDRAWAL OF APPEARANCE OF JOANNA J. CLINE

Upon the motion of Joanna J. Cline to withdraw her appearance as counsel for Bravo Luck Limited ("Bravo"), it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the appearance of Joanna J. Cline on behalf of Bravo is hereby withdrawn in the above referenced case.

Dated at Bridgeport, Connecticut this 29th day of March, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

169550336v6