# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered)<br><br>Re: ECF No. 3056 |

## ORDER AUTHORIZING WITHDRAWAL OF APPEARANCE OF DAVID M. S. SHAIKEN

Upon the motion of David M. S. Shaiken to withdraw his appearance as counsel for Bravo Luck Limited ("Bravo"), it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the appearance of David M. S. Shaiken on behalf of Bravo is hereby withdrawn in the above-captioned case.

Dated at Bridgeport, Connecticut this 29th day of March, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut