TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald (*pro hac vice*)
Minta J. Nester (*pro hac vice*)

*Counsel for Clayman, Rosenberg Kirshner & Linder LLP*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

```
------------------------------------------------------X
In re:                                                :
                                                      :
HO WAN KWOK, et al.,¹                                 :   Chapter 11
                                                      :   Case No. 22-50073 (JAM)
                        Debtors.                      :
                                                      :   (Jointly Administered)
                                                      :
------------------------------------------------------X
LUC A. DESPINS, CHAPTER 11 TRUSTEE,                   :
                                                      :
                        Plaintiff,                    :
                                                      :
v.                                                    :
                                                      :   Adv. Proceeding No. 24-05202
                                                      :
CLAYMAN ROSENBERG                                     :
KIRSHNER & LINDER LLP,                                :
                                                      :
                        Defendant.                    :
------------------------------------------------------X
```

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

undersigned hereby appears as counsel for Clayman Rosenberg Kirshner & Linder LLP (the "Defendant") in the above-captioned adversary proceeding. The undersigned requests that all notices given or required to be given and all documents served or required to be served in the above-captioned cases be given and served upon:

> TOGUT, SEGAL & SEGAL LLP
> One Penn Plaza, Suite 3335
> New York, New York 10119
> Telephone:   (212) 594-5000
> Attention:    Frank A. Oswald, Esq. (*pro hac vice*)
>                    Minta J. Nester, Esq. (*pro hac vice*)
>
> Email:           frankoswald@teamtogut.com
>                     mnester@teamtogut.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request for court conferences, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, the internet, or other otherwise filed or made regarding these cases and the proceedings therein.

DATED:   New York, New York
               April 4, 2024

> TOGUT, SEGAL & SEGAL LLP
> By:
>
> /s/ *Frank A. Oswald*
> FRANK A. OSWALD (*pro hac vice*)
> MINTA J. NESTER (*pro hac vice*)
> One Penn Plaza, Suite 3335
> New York, New York 10119
> (212) 594-5000
>
> *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, that I caused a copy of the foregoing notice and request has been served by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties in interest may access this document through the court's CM/ECF System.

/s/ *Frank A. Oswald*
FRANK A. OSWALD