UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

The undersigned hereby respectfully requests permission to withdraw his appearances in the above-captioned chapter 11 cases (the "Chapter 11 Cases") as attorney for Luc A. Despins, in his capacity as Chapter 11 Trustee for Ho Wan Kwok (the "Trustee"), and debtors Genever Holdings Corporation and Genever Holdings LLC (collectively, the "Genever Debtors"). In support hereof, the undersigned respectfully represents the following:

1. Paul Hastings LLP ("Paul Hastings") is counsel to the Trustee and the Genever Debtors.

2. The undersigned is leaving Paul Hastings to join another law firm.

3. Other Paul Hastings attorneys are appearing in the Chapter 11 Cases and will continue to represent the Trustee and the Genever Debtors in these cases.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

WHEREFORE, the undersigned respectfully requests that the Court grant the undersigned permission to withdraw as counsel for the Trustee and the Genever Debtors, and for such other and further relief as may be just and proper.

By: */s/ Avram E. Luft*
  Avram E. Luft (*phv207062*)
  PAUL HASTINGS LLP
  200 Park Avenue
  New York, NY 10166
  Tel: (212) 318-6079
  Fax: (212) 319-4090
  aviluft@paulhastings.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------x
:
In re:                                              :        Chapter 11
:
HO WAN KWOK, *et al.*,[1]                           :        Case No. 22-50073 (JAM)
:
      Debtors.                                     :        (Jointly Administered)
:
------------------------------------------------------------x

### ORDER ON MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Attorney Avram E. Luft ("Attorney Luft") having filed a *Motion for Permission to Withdraw Appearance* (the "Motion") on behalf of Luc A. Despins, in his capacity as Chapter 11 Trustee for Ho Wan Kwok (the "Trustee"), and debtors Genever Holdings Corporation and Genever Holdings LLC (collectively, the "Genever Debtors"), and good cause having been shown, and it appearing that other counsel remain appearing for the Trustee and the Genever Debtors, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the Office of the Clerk shall update its records to reflect that Attorney Luft no longer represents the Trustee or the Genever Debtors in the above-captioned chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The foregoing was filed using the Court's case management/electronic case files ("CM/ECF") system. Notice was sent to all parties eligible to receive electronic notice in the above-captioned chapter 11 cases and the foregoing may be accessed via CM/ECF.

By: */s/ Avram E. Luft*
Avram E. Luft (*phv207062*)
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6079
Fax: (212) 319-4090
aviluft@paulhastings.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).