UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-----------------------------------------------------------x

In re:

HO WAN KWOK, *et al.*,[1]

    Debtors.

Chapter 11

Case No. 22-50073 (JAM)

(Jointly Administered)

Re: ECF No. 3076

## ORDER ON MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Attorney Avram E. Luft ("Attorney Luft") having filed a *Motion for Permission to Withdraw Appearance* (the "Motion") on behalf of Luc A. Despins, in his capacity as Chapter 11 Trustee for Ho Wan Kwok (the "Trustee"), and debtors Genever Holdings Corporation and Genever Holdings LLC (collectively, the "Genever Debtors"), and good cause having been shown, and it appearing that other counsel remain appearing for the Trustee and the Genever Debtors, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the Office of the Clerk shall update its records to reflect that Attorney Luft no longer represents the Trustee or the Genever Debtors in the above-captioned chapter 11 cases.

Dated at Bridgeport, Connecticut this 8th day of April, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).