## UNITED STATES BANKRUPTCY COURT
## DISTICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, et al.[1] | : | CASE NO. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Anthem Health Plans, Inc. a party in interest in the above captioned matter and the defendant in Adversary Proceeding No. 24-05058 captioned *Luc A. Despins, Chapter 11 Trustee v. Anthem Health Plans, Inc*.

Dated at Stamford, Connecticut, this 11th day of April 2024.

> By: /s/ Jessica M. Signor
> Jessica M. Signor, Esq.
> Shipman & Goodwin LLP
> 300 Atlantic Street, 3rd Floor
> Stamford, CT 06901
> Telephone: 203-324-8138
> Facsimile: 203-324-8199
> jsignor@goodwin.com
>
> *Counsel for Anthem Health Plans, Inc.*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

SG-21104301.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2024, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jessica M. Signor
Jessica M. Signor Esq.