**UNITED STATES BANKRUPTCY COURT**
**DISTICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, et al.[1] | : | CASE NO. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Art Wolfe, Inc. a party in interest in the above captioned matter where Art Wolfe, Inc. is also the defendant in Adversary Proceeding No. 24-05033 captioned *Luc A. Despins, Chapter 11 Trustee v. Art Wolfe, Inc.*

Dated at Stamford, Connecticut, this 11th day of April 2024.

By: /s/ Jessica M. Signor

Jessica M. Signor (CT30066)
300 Atlantic Street, 3rd Floor
Stamford, CT 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
jsignor@goodwin.com

*Counsel for Art Wolfe, Inc.*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

SG-21153013.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2024, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jessica M. Signor
Jessica M. Signor, Esq.