**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

IN RE: KWOK,
*Debtors*

                          BANKR. NO. 22-50073 (JAM)
                          CIVIL NO. 3:23-CV-00375 (KAD)

MEI GUO, HK INTERNATIONAL FUNDS
INVESTMENTS (USA) LIMITED, LLC,
LEE VARTAN, ESQ., and CHIESA SHAHINIAN
& GIANTOMASI PC,
*Appellants*,
v.
LUC A. DESPINS,
*Trustee-Appellee*.

**JUDGMENT**

This action having come before the Court on a notice of appeal from Bankruptcy Court before the Honorable Kari A. Dooley, United States District Judge; and the Court having considered the full record of the case including applicable principles of law, and having entered an order on April 5, 2024 affirming the orders of the Bankruptcy Court and directing judgment enter in favor of the Appellee; It is therefore;

ORDERED, ADJUGED and DECREED that judgment is entered in favor of Appellee and close this case.

Dated at Bridgeport, Connecticut, this 11th day of April 2024.

                                          DINAH MILTON KINNEY, Clerk
                                          <u>By: /s/ Kristen Gould</u>
                                          Kristen Gould
                                          Deputy Clerk

<u>EOD</u>: 4/11/2024