**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

Please take notice that the undersigned counsel hereby enters an appearance on behalf of Leicester Hill Infromatices LLC. The undersigned hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

Ronald I. Chorches, Esquire
Law Offices of Ronald I. Chorches, LLC
82 Wolcott Hill Road, Suite 203
Wethersfield, CT 06109
Phone: 860-563-3955/Fax: 860-513-1577
Email: ronchorcheslaw@sbcglobal.net

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case.

Respectfully submitted,

By *Ronald I. Chorches*
Ronald I. Chorches, Esquire
Fed Bar #ct08720
Law Offices of Ronald I. Chorches, LLC
82 Wolcott Hill Road, Ste. 203
Wethersfield, CT 06109
Ph: (860-563-3955/Fax: 860-513-1577
Email: ronchorcheslaw@sbcglobal.net
*Counsel for Movant Leicester Hill Infromatices LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No: 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

On April 12, 2024, the foregoing was filed in the above-captioned chapter 11 case using the Court's case management/electronic case files system ("CM/ECF"). Notice of this filing was sent via email automatically by operation of CM/ECF on the date hereof to all copies appearing in the above-captioned chapter 11 case eligible to receive electronic notice.

Dated: April 12, 2024
Wethersfield, Connecticut

By: */s/ Ronald I. Chorches*
Ronald I. Chorches, Esq.
Fed Bar #ct08720
Law Offices of Ronald I. Chorches, LLC
82 Wolcott Hill Rd
Wethersfield, CT 06109
Tel: (860) 563-3955/Fax: (860) 513-1577
Email: ronchorcheslaw@sbcglobal.net
*Counsel for Movant Leicester Hill Infromatices LLC*