**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD J. CORBI

Pursuant to Local Rule of Civil Procedures 83.1(d) of the United States District Court for the District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1, the undersigned, a member of the Bar of this Court and partner of the law firm Green & Sklarz, LLC, respectfully moves that the Court admit attorney Richard J. Corbi, a member of the Bar of the State of New York, *pro hac vice* to represent Weddle Law PLLC, in the above captioned Chapter 11 bankruptcy case and in the related adversary proceeding *Despins v. Weddle Law PLLC*, Adv. Pro. No. 24-05188 and in support represents the following:

1. The primary office of Attorney Corbi is The Law Offices of Richard J. Corbi PLLC, 1501 Broadway, 12th Floor, New York, NY 10036. His telephone number is (646) 571 2033; and his email address is rcorbi@corbilaw.com.

2. Attorney Corbi is a member in good standing in the state and jurisdiction set forth in his declaration, attached as **Exhibit A**.

3. To best of my knowledge and belief, Attorney Corbi is a member in good standing of the court listed in his declaration, has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing and has not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an

{00360264.2 }

application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

4. To best of my knowledge and belief, Attorney Corbi has reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. Attorney Corbi has submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

6. Service of all papers directed to Weddle Law PLLC may be made upon the undersigned, pursuant to Rule 83.1(e) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut.

April 12, 2024
New Haven, Connecticut

By: */s/ Kellianne Baranowsky*
Kellianne Baranowsky (ct26684)
Green & Sklarz LLC
One Audubon Street, Third Floor
New Haven, CT 06511
Telephone: (203) 285-8545 x 115
Facsimile: (203) 691-5454
kbaranowsky@gs-lawfirm.com

*Local Counsel for Weddle Law PLLC*

## **CERTIFICATION**

I hereby certify that the foregoing *Motion for Admission Pro Hac Vice of Richard J. Corbi* as visiting attorney was filed electronically on April 12, 2024. Notice of this filing will be sent by email to all parties registered for electronic service in this proceeding through the Court's CM/ECF system.

*/s/ Kellianne Baranowsky*
Kellianne Baranowsky

## **Exhibit A**

Declaration of Richard J. Corbi, Esq.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

### DECLARATION OF RICHARD J. CORBI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Richard J. Corbi, of the full age, having been dully sworn according to law, state the following:

1. I am an attorney and principal at The Law Offices of Richard J. Corbi PLLC, with an address located at 1501 Broadway, 12th Floor, New York, NY 10036. My firm telephone number is (646) 571 2033; and my email address is rcorbi@corbilaw.com.

2. I submit this declaration in support of the motion for my admission *pro hac vice* as counsel for Weddle Law PLLC in the above-captioned chapter 11 cases and in the related adversary proceeding *Despins v. Weddle Law PLLC*, Adv. Pro. No. 24-05188.

3. Pursuant to D. Conn. L. Civ. 83(d), I designate the District of Connecticut as the forum for any resolution of any dispute arising out of my admission.

4. I am member in good standing of the Bar of the State of New York (Bar No. 4396461).

5. I have no disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

6. I have read and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rule of the

{00360264.2 }

Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

7.  I hereby designate my sponsoring attorney Kellianne Baranowsky (Federal Bar No. ct26684) of Green & Sklarz LLC as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned chapter 11 case and related cases.

I declare under penalty of perjury that the foregoing is true and accurate.

*Richard J. Corbi*
Richard J. Corbi