## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD J. CORBI

AND NOW, upon consideration of the Motion of Kellianne Baranowsky for Admission *Pro Hac Vice* of Richard J. Corbi (the "Motion"), and any and all responses thereto, it is hereby

ORDERED that the Motion is GRANTED and Richard J. Corbi is admitted pro hac vice, and it is further

ORDERED that Kellianne Baranowsky will receive service on behalf of Attorney Corbi in accordance with D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 9083-3.

{00360265.1 }