## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

_____
                                    :
In re:                              :        Chapter 11
                                    :
HO WAN KWOK, *et al.*,              :        Case No. 22-50073 (JAM)
                                    :        (Jointly Administered)
                                    :
                Debtors.[1]         :        April 12, 2024
_____ :

## <u>NOTICE OF APPEARANCE</u>

To the Clerk of the Court:

      Please enter the appearance of the undersigned as counsel to **Weddle Law PLLC**, an

interested party in the above captioned case.

                                      Weddle Law PLLC

               By:    /s/ Kellianne Baranowsky
                       Kellianne Baranowsky (ct26684)
                       Green & Sklarz LLC
                       One Audubon Street, Third Floor
                       New Haven, CT 06511
                       (203) 285-8545
                       Fax: (203) 823-4546
                       kbaranowsky@gs-lawfirm.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595) (the "Debtor"), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 12, 2024, a copy of the foregoing was served via CM/ECF.

Parties may access this filing through the Court's CM/ECF system.

<u>/s/ Kellianne Baranowsky</u>