**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :    Case No. 22-50073 (JAM)
                                                         :
         Debtors.                                        :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

**NOTICE OF FILING OF EIGHTH INVOICE OF ACHESON DOYLE PARTNERS ARCHITECTS, P.C. FOR ARCHITECTURAL SERVICES**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order"),[2] attached hereto as **Exhibit A** is Acheson Doyle's invoice, dated April 15, 2024 (the "Invoice"), related to reviewing the site conditions and scope of deficiencies at the Sherry Netherland Apartment (during the month of March 2024).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Architect Agreement, the Invoice covers the following services:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Order.

- Project Administration (hourly): $8,880.00

    o As detailed in the Architect Agreement, this work stream includes work related to administration of the construction project.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Remediation Order, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the Invoice and (b) if no timely objections to the Invoice are filed with the Court, Genever Holdings LLC is authorized to pay the Invoice without further Court order.

Dated:    April 16, 2024
         New York, New York

GENEVER HOLDINGS LLC

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
Avram E. Luft (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
alexbongartz@paulhastings.com

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
       Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 16, 2024, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    April 16, 2024
            New York, New York

                                              By: */s/ G. Alexander Bongartz*
                                                  G. Alexander Bongartz (admitted *pro hac vice*)
                                                  PAUL HASTINGS LLP
                                                  200 Park Avenue
                                                  New York, New York 10166
                                                  (212) 318-6079
                                                  alexbongartz@paulhastings.com

                                                  *Counsel for Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## Exhibit A

**Invoice**

| Invoice | Acheson Doyle PARTNERS |
|---|---|

**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**Tel:  212-414-4500**
**info@adparchitects.com**

April 15, 2024
Project No:    52302.10
Invoice No:    24830

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

Project       52302.10       The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever Holdings LLC Apt 1801 - Apartment Stabilization Project

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from March 01, 2024 to March 31, 2024**

Phase       04       Scope of Work Item D: Construction Administration

**Fee is billed hourly; estimate $20,000/month**

- Project Administration (March 2024):
  03/13 project coordination, Skyline window shop drawings review
  03/25 project site meeting, submittal review
  03/26 project coordination, submittals, Meeting Minutes
  03/27 project coordination, follow-up w/ Ray for heat pump spec, submittal review
  03/28 project coordination, submittal review, heat pump coordination

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Principal |  |  |  |  |
|    Acheson, David | 17.00 | 400.00 | 6,800.00 |  |
| Project Manager |  |  |  |  |
|    Snyder, Brendon | 6.50 | 320.00 | 2,080.00 |  |
|    Totals | 23.50 |  | 8,880.00 |  |
|       **Total Labor** |  |  |  | **8,880.00** |
|  |  | **Total this Phase** |  | **$8,880.00** |

Phase       RE       Reimbursable Expenses
**Unit Billing**

|  |  | Hours/Times | Rate | Amount |
|---|---|---|---|---|
|    In House Printing (BW & Color) |  |  | 3.36 |  |
|       **Total Units** |  | **1.1 times** | **3.36** | **3.70** |
|  |  | **Total this Phase** |  | **$3.70** |
|  |  | **Total Due This Invoice** |  | **$8,883.70** |

Thank you for your prompt payment.

| Project | 52302.10 | S/N- Genever Holdings LLC Apt 1801 | Invoice | 24830 |

# Billing Backup

Monday, April 15, 2024

Acheson Doyle Partners Architects, P.C.     Invoice 24830 Dated 4/15/2024     4:06:51 PM

| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY - Genever Holdings LLC Apt 1801 - Apartment Stabilization Project |

| Phase | 04 | Scope of Work Item D: Construction Administration |

| | | **Total this Phase** | **$8,880.00** |

| Phase | RE | Reimbursable Expenses |

**Unit Billing**

| In House Printing (BW & Color) | | | 3.36 | |
| **Total Units** | | **1.1 times** | **3.36** | **3.70** |

| | | **Total this Phase** | **$3.70** |

| | | **Total this Project** | **$8,883.70** |

| | | **Total this Report** | **$8,883.70** |

# Print Activity Report

**Project Summary - Internal**

03/01/2024 to 03/30/2024

## 52302.10
**Standard Pricing**

**SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Apartment Stabilization Pr**

| Description | Qty. × (Cost) / Charge | Cost | Charge |
|---|---|---|---|
| Canon iR ADV C5560i : Letter | 14 × (0.24) / 0.24 ea. | 3.36 | 3.36 |
| **Totals For : 52302.10 - SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Ap** | | **$3.36** | **$3.36** |

Argos

Printed on 3/30/2024

1