UNITED STATES BANKRUPTCY
COURT DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al. | Case No. 22-50073 (JAM) |
| Debtors, | (Jointly Administered) |
| | RE: ECF No. 3060 |

## ORDER AUTHORIZING WITHDRAWAL OF APPEARANCE OF STEPHEN P. BROWN

Upon the Motion of Stephen P. Brown to withdraw his appearance as counsel for Sotheby's International Realty, Inc. ("Sotheby's"), it is hereby

ORDERED: The motion is GRANTED; and it is further

ORDERED: Te appearance of Stephen P. Brown on behalf of Sotheby's is hereby withdrawn in the above referenced case.

Dated at Bridgeport, Connecticut this 17th day of April, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut