ct136                                                                                                                                                         04/2019

# United States Bankruptcy Court

## District of Connecticut



In re: Ho Wan Kwok

Debtor*

Luc A. Despins
Plaintiff(s)

v.

Weddle Law PPLC
Defendant(s)

Case Number: 22-50073
Jointly Administered

Chapter: 11

Adversary Proceeding
No: 24-05188

### ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

A Motion for Admission for Attorney Richard J. Corbi to appear as a visiting attorney was filed on April 12, 2024 (the "Motion", ECF No. 3094), by local counsel, Attorney Kellianne Baranowsky (the "Sponsoring Attorney"). As the Motion satisfies the requirements of D. Conn. L. Civ. R. 83.1(d), as incorporated by D. Conn. LBR 1001-1(b); it is hereby

**ORDERED:** Attorney Richard J. Corbi is hereby admitted *pro hac vice* in the Debtor's jointly administered Chapter 11 cases and in this adversary proceeding; and it is further

**ORDERED:** Until further order of the Court, the Sponsoring Attorney is not excused from attendance in court pursuant to D. Conn. L. Civ. R. 83.1(d)(2).

Dated: April 17, 2024

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.