**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
                                                   :

In re:                                               : Chapter 11

HO WAN KWOK, *et al.*,                 : Case No. 22-50073 (JAM)

          Debtors.[1]                        : Jointly Administered

------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM MARCH 1, 2024 THROUGH MARCH 31, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from March 1, 2024 through and including March 31, 2024 (the "Fee Period"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $3,434.00 and $275.20 respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period. The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2.      Attached hereto as Exhibit B is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3.      Attached hereto as Exhibit C is the fee statement of OMJB for services provided during the Fee Period with redactions to protect certain privileged information.

## NOTICE AND OBJECTION PROCEDURES

4.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New

York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **May 10, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever (US) shall promptly pay OMJB 80% of the fees and 100% of the expenses as identified in this Monthly Fee Statement.

7. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: April 22, 2024
Glastonbury, Connecticut

          GENEVER HOLDINGS LLC

          By: */s/Michael T. McCormack*
              Michael T. McCormack (ct13799)
              Timothy P. Jensen (ct18888)
              Amy E. Markim (ct27974)
              O'Sullivan McCormack Jensen & Bliss PC
              180 Glastonbury Boulevard, Suite 210
              Glastonbury, CT 06033
              Tel: 860-258-1993
              Fax: 860-258-1991
              mmccormack@omjblaw.com
              tjensen@omjblaw.com
              amarkim@omjblaw.com

              *Special Insurance Coverage Counsel for*
              *Debtor-In-Possession Genever Holdings LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 22, 2024, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

                        GENEVER HOLDINGS LLC

                        By: /s/Michael T. McCormack
                            Michael T. McCormack (ct13799)
                            Timothy P. Jensen (ct18888)
                            Amy E. Markim (ct27974)
                            O'Sullivan McCormack Jensen & Bliss PC
                            180 Glastonbury Boulevard, Suite 210
                            Glastonbury, CT 06033
                            Tel: 860-258-1993
                            Fax: 860-258-1991
                            mmccormack@omjblaw.com
                            tjensen@omjblaw.com
                            amarkim@omjblaw.com
                            *Special Insurance Coverage*
                            *Counsel for Debtor-In-Possession Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# EXHIBIT A

## HOURS AND RATES PER TIMEKEEPER

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Timothy Jensen | 1997 | $450 | 5.3 | $2,385.00 |
| Michael McCormack | 1993 | $400 | 3.8 | $1,520.00 |
| Melissa Gambardella | | $125 | 3.1 | $387.50 |
| **Total** | | | | **$4,292.50** |

## EXHIBIT B

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Expense Category | Amount |
|---|---:|
| Fees Advanced for Logikcull Invoice – eDiscovery Program | $267.50 |
| Pacer – Month of March | $7.70 |
| **TOTAL** | **$275.20** |

**EXHIBIT C**

**TIME AND EXPENSE DETAIL**



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27587
Date: 04/11/2024

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

**Services**

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 03/05/2024 | MTM | Telephone conference with Mr. Panico re depositions | 0.30 | $400.00 | $120.00 |
| 03/06/2024 | MTM | Email correspondence to Mr. Panico re expert depositions | 0.10 | $400.00 | $40.00 |
| 03/06/2024 | MTM | Email communications with Attny Kavanugh re expert depositions and modification of scheduling order | 0.10 | $400.00 | $40.00 |
| 03/07/2024 | MTM | Email communications with Attny Despins re REDACTED (.1); conference with L. Despins re REDACTED (.2) | 0.30 | $400.00 | $120.00 |
| 03/08/2024 | MTM | Review of motion to stay adversary proceedings and depositions filed by Attny Despins; email correspondence to Attny Kavanaugh re same and expert depositions | 0.30 | $400.00 | $120.00 |
| 03/11/2024 | MBG | Review of invoice for February time and expenses and begin draft of Fee Application for same. | 0.70 | $125.00 | $87.50 |
| 03/11/2024 | TPJ | Review motion to stay and draft motion to modify schedule accordingly; communications re same | 1.80 | $450.00 | $810.00 |
| 03/11/2024 | TPJ | Review AIG production REDACTED REDACTED | 1.50 | $450.00 | $675.00 |
| 03/12/2024 | MBG | Review of AIG document production for REDACTED REDACTED | 0.70 | $125.00 | $87.50 |
| 03/12/2024 | TPJ | Communications re AIG production | 1.00 | $450.00 | $450.00 |
| 03/13/2024 | MBG | Revise and finalize Motion to Modify Scheduling Order. | 0.40 | $125.00 | $50.00 |
| 03/13/2024 | MTM | Email communications with Attny Despins re REDACTED | 0.20 | $400.00 | $80.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/13/2024 | TPJ | Communications re modifying schedule | 0.30 | $450.00 | $135.00 |
| 03/14/2024 | MBG | Draft Proposed Order to Modify. | 0.50 | $125.00 | $62.50 |
| 03/15/2024 | TPJ | Prepare proposed order as requested by clerk | 0.30 | $450.00 | $135.00 |
| 03/20/2024 | MTM | Revise, supplement and finalize monthly fee application and redacted invoice for submission | 0.50 | $400.00 | $200.00 |
| 03/20/2024 | MTM | Review of amended pretrial order and review bankruptcy docket re status of motion to stay proceedings re depositions | 0.30 | $400.00 | $120.00 |
| 03/20/2024 | MBG | Attention to redaction of OMJB February 2024 Invoice and finalize Monthly Fee Application | 0.60 | $125.00 | $75.00 |
| 03/20/2024 | MBG | Attention to e-filing of Monthly Fee Application and service on Notice Parties. | 0.20 | $125.00 | $25.00 |
| 03/20/2024 | TPJ | Communications with counsel for third party re compliance | 0.20 | $450.00 | $90.00 |
| 03/22/2024 | MTM | Review fire case and origin summary from Pure Insurance | 0.10 | $400.00 | $40.00 |
| 03/22/2024 | MTM | Review of proposed modified order re stay of depositions in adversary case | 0.20 | $400.00 | $80.00 |
| 03/22/2024 | TPJ | Review stay order for depositions | 0.20 | $450.00 | $90.00 |
| 03/25/2024 | MTM | Email communications with AIG counsel and Mr. Despins re adversary proceeding stay issues | 0.20 | $400.00 | $80.00 |
| 03/27/2024 | MTM | Telephone conference with L. Despins re status and strategy re REDACTED (.2); review of REDACTED discovery requests to AIG (.5); telephone conference with Attny Kavanaugh re stay issues (.2) | 0.90 | $400.00 | $360.00 |
| 03/27/2024 | MTM | Additional email and telephone communications with Attny Despins and Cavanaugh re stay issues | 0.30 | $400.00 | $120.00 |
| | | | | **Services Subtotal** | **$4,292.50** |

## Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 03/07/2024 | Fees advanced to Logikcull INV158005 2-29-2024 | $267.50 |
| Expense | 03/31/2024 | PACER: Month of March | $7.70 |
| | | **Expenses Subtotal** | **$275.20** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 5.3 | $450.00 | $2,385.00 |
| Michael McCormack | 3.8 | $400.00 | $1,520.00 |
| Melissa Gambardella | 3.1 | $125.00 | $387.50 |
| | | **Invoice Subtotal** | **$4,567.70** |
| | | **Invoice Total** | **$4,567.70** |

## Detailed Statement of Account

**Other Invoices**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27423 | 02/09/2024 | $11,978.91 | $0.00 | $11,978.91 |
| 27521 | 03/11/2024 | $12,033.85 | $0.00 | $12,033.85 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27587 | 04/11/2024 | $4,567.70 | $0.00 | $4,567.70 |

|  |  |
|---|---|
| **Balance Due on All Invoices** | **$28,580.46** |
| **TOTAL AMOUNT DUE** | **$28,580.46** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC      *REDACTED*

Payment is due upon receipt.

**Remittance Advice**

*REDACTED*

180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27587
Date: 04/11/2024

*REDACTED*