**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW M. TROOP

Pursuant to Local Rule of Civil Procedures 83.1(d) of the United States District Court for the District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1, the undersigned, a member of the Bar of this Court and partner of the law firm Green & Sklarz, LLC, respectfully moves that the Court admit attorney Andrew M. Troop, a member of the Bar of the State of New York, *pro hac vice* to represent Pillsbury Winthrop Shaw Pittman LLP in the above captioned Chapter 11 bankruptcy case and in the related adversary proceeding *Despins v. Pillsbury Winthrop Shaw Pittman LLP*, Adv. Pro. No. 24-05014 and in support represents the following:

1.      The primary office of Attorney Troop is Pillsbury Winthrop Shaw Pittman LLP, 31 West 52nd Street, New York, NY 10019.  His telephone number is (212) 858-1660; his fax number is (212) 585-1500; and his email address is andrew.troop@pillsburylaw.com.

2.      Attorney Troop is a member in good standing in the states and jurisdictions set forth in his declaration, attached as **Exhibit A**.

3.      To best of my knowledge and belief, Attorney Troop is a member in good standing of the courts listed in his declaration, and he has not been the petitioner to, has not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or

{00361502.1 }

withdrawn an application for admission to practice while facing a disciplinary complaint before,

this Court or any other court.

4.      To best of my knowledge and belief, Attorney Troop has reviewed and is familiar

with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for

the District of Connecticut, the Local Rules of the Bankruptcy Court for the District of

Connecticut, and the Connecticut Rules of Professional Conduct.

5.      Attorney Troop has submitted the filing fee of $200.00 with this motion for *pro hac*

*vice* admission.

6.      Service of all papers directed to Pillsbury Winthrop Shaw Pittman LLP may be

made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure for the

United States District Court for the District of Connecticut.

April 22, 2024
New Haven, Connecticut

By:  */s/ Jeffrey M. Sklarz*
     Jeffrey M. Sklarz (ct20938)
     Green & Sklarz LLC
     One Audubon Street, Third Floor
     New Haven, CT 06511
     Telephone: (203) 285-8545
     Facsimile: (203) 823-4546
     jsklarz@gs-lawfirm.com

     *Local Counsel for Pillsbury Winthrop Shaw Pittman*
     *LLP*

## **CERTIFICATION**

I hereby certify that the foregoing *Motion for Admission Pro Hac Vice of Andrew M. Troop* as visiting attorney was filed electronically on April 22, 2024. Notice of this filing will be sent by email to all parties registered for electronic service in this proceeding through the Court's CM/ECF system.

*/s/ Jeffrey M. Sklarz*
Jeffrey M. Sklarz

**<u>Exhibit A</u>**

Declaration

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ANDREW M. TROOP IN SUPPORT**
**OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Andrew M. Troop, of the full age, having been dully sworn according to law, state the following:

1.     I am an attorney and Partner at the firm Pillsbury Winthrop Shaw Pittman LLP, with an address located at 31 West 52nd Street, New York, NY 10019.  My firm telephone number is  212-858-1660;  my  fax  number  is  212-585-1500;  and  my  email  address  is andrew.troop@pillsburylaw.com.

2.     I submit this declaration in support of the motion for my admission *pro hac vice* as counsel for Pillsbury Winthrop Shaw Pittman LLP in the above-captioned chapter 11 cases and in the related adversary proceeding *Despins v. Pillsbury Winthrop Shaw Pittman LLP*, Adv. Pro. No. 24-05014.

3.     Pursuant to D. Conn. L. Civ. 83(d), I designate the District of Connecticut as the forum for any resolution of any dispute arising out of my admission.

4.     I am member in good standing of the Bar of the State of New York (Bar No. 4556320) and State Bar of Massachusetts (Bar No. 547179).

5.      I have no disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

6.      I have read and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rule of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

7.      I hereby designate my sponsoring attorney Jeffrey M. Sklarz (Federal Bar No. ct20938) of Green & Sklarz LLC as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned chapter 11 case and related cases.

8.      I declare under penalty of perjury that the foregoing is true and accurate.

**Subscribed and sworn this 19th day of April 2024 at Washington, D.C.**

_____
Andrew M. Troop