**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION FOR ADMISSION**
***PRO HAC VICE* OF ANDREW M. TROOP**

AND NOW, upon consideration of the Motion of Jeffrey M. Sklarz for Admission Pro Hac Vice of Andrew M. Troop (the "Motion"), and any and all responses thereto, it is hereby

ORDERED that the Motion is GRANTED and Andrew M. Troop is admitted pro hac vice, and it is further

ORDERED that Jeffrey M. Sklarz will receive service on behalf of Attorney Troop in accordance with D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 9083-3.

{00361503.1 }