**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered)<br><br>April 23, 2024 |

## WITHDRAWAL OF DEFENDANT LEICESTER HILL INFROMATICES LLC'S RESPONSE TO CHAPTER 11 TRUSTEE'S MOTION TO MODIFY PROCEDURES APPLICABLE TO AVOIDANCE CLAIM ADVERSARY PROCEEDINGS TO INCLUDE PROCEDURES FOR MEDIATION OF AVOIDANCE ACTIONS

The Movant, Leicester Hill Infromatices LLC ("Leicester"), by and through its undersigned counsel, hereby withdraws its *Response to Chapter 11 Trustee's Motion To Modify Procedures Applicable To Avoidance Claim Adversary Proceedings To Include Procedures For Mediation Of Avoidance Actions* (Doc. No. 3093). After discussions with the trustee's counsel, Leicester's limited objection has been resolved.

**Movant, Leicester Hill Infromatices LLC**

By *Ronald I. Chorches*
Ronald I. Chorches, Esquire
Fed Bar #ct08720
Law Offices of Ronald I. Chorches, LLC
82 Wolcott Hill Road, Ste. 203
Wethersfield, CT 06109
Ph: (860-563-3955/Fax: 860-513-1577
Email: ronchorcheslaw@sbcglobal.net
*Counsel for Movant Leicester Hill Infromatices LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No: 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | April 23, 2024 |

### CERTIFICATE OF SERVICE

This is to certify that on April 23, 2024, in accordance with Rules 7004(a) and 9014 F.R.Bankr.P., the undersigned served a true and correct copy of the foregoing Withdrawal via the Court's Electronic Filing or via email upon the following:

**U.S. Trustee**
Holley Claiborn, Esq.
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Rm. 302
New Haven, CT 06510

**Counsel for Plaintiff**
Patrick R. Linsey, Esq.
Douglas S. Skalka, Esq.
Neubert Pepe & Monteith, P.C.
195 Church Street, 13th Fl.
New Haven, CT 06510
plinsey@npmlaw.com
dskalka@npmlaw.com

*/s/ Ronald I. Chorches*