ct136                                                                                                                          04/2019

# United States Bankruptcy Court

### District of Connecticut



In re:  Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

Luc A. Despins, Chapter 11 Trustee
Plaintiff(s)

v.

Pillsbury Winthrop Shaw Pittman LLP
Defendant(s)

Adversary Proceeding No: 24-05014

## AMENDED ORDER GRANTING
## MOTION FOR ADMISSION OF VISITING ATTORNEY

On April 22, 2024, a Motion for Admission for Attorney Andrew M. Troop to appear as a Visiting Attorney was filed (the "Motion", ECF No. 3109) in this adversary proceeding by Attorney Jeffrey M. Sklarz (the "Sponsoring Attorney"). The Motion requests that Attorney Troop be admitted to appear as a Visiting Attorney in the Debtor's Chapter 11 case and in Adversary Proceeding No. 24-05014. As the Motion satisfies the requirements set forth by D. Conn. L. Civ. R. 83.1(e)(2), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:** Pursuant to D. Conn. L. Civ. R. 83.1(e)(2), Attorney Andrew M. Troop is hereby admitted *pro hac vice* in the Chapter 11 case and in the above-referenced Adversary Proceeding No. 24-05014.

Dated: April 24, 2024

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.