AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1. NAME | Patrick R. Linsey |
| 2. PHONE NUMBER | (203) 781-2847 |
| 3. DATE | 4/23/2024 |
| 4. DELIVERY ADDRESS OR EMAIL | plinsey@npmlaw.com |
| 5. CITY | New Haven |
| 6. STATE | CT |
| 7. ZIP CODE | 06510 |
| 8. CASE NUMBER | 22-50073 |
| 9. JUDGE | Hon. Julie A. Manning |
| 10. FROM | 4/23/2024 |
| 11. TO | 4/23/2024 |
| 12. CASE NAME | Ho Wan Kwok and Genever Holdings LLC |
| 13. CITY | Bridgeport |
| 14. STATE | CT |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) All proceedings | 4/23/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ Patrick R. Linsey
PROCESSED BY: Lorenzo M. Whitmore
19. DATE: 4/23/2024
PHONE NUMBER: (203) 579-5808

TRANSCRIPT TO BE PREPARED BY: Reliable

COURT ADDRESS:
915 Lafayette Blvd.
Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

Honorable Julie A. Manning

Tuesday April 23 2024

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** #3003; Motion for Order Modifying Avoidance Action Procedures to Include Procedures for Mediation of Avoidance Actions Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 23-05013 | Despins et al v. HCHK Technologies, Inc. et al |
|---|---|---|

Lead Case: 22-50073 Ho Wan Kwok

**Matter:** #268; Motion for Default Judgment by Court pursuant to Fed. R. Civ. P. 55(b)(2) and Fed. R. Bankr. P. 7055 against HCHK Technologies, Inc.; HCHK Property Management, Inc.; Lexington Property and Staffing, Inc.; Holy City Hong Kong Ventures, Ltd.; Anthony DiBattista; Yvette Wang; and Brian Hofmeister, as Assignee of the HCHK Entities . Filed by Patrick R. Linsey on behalf of Luc A. Despins, Plaintiff

# Parties that appeared at the April 23, 2024 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**John T. Shaban**
LEVINE & LEVINE, PLLC
2 Jefferson Plaza I
Suite 100
Poughkeepsie, NY 12601

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511

**Michael T. Conway**
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
Fifth Floor
New York, NY 10017

**Heather Spaide**
Marino, Zabel & Schellenberg, PLLC
657 Orange Center Road
Orange, CT 06477  24-

**Holly G. Rogers**
Melick & Porter, LLP
900 Main St. South
Suite 102
Southbury, CT 06488

**Matthew Pesce**
Murtha Cullina
107 Elm Street
11th Floor
Stamford, CT 06902

**Jessica Signor**
Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, CT 06901

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604

**Andrew Gottesman**
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016

**Henry P. Baer**
Finn Dixon & Herling, LLP
177 Broad Street
15th Floor
Stamford, CT 06901

**Ivan J. Ladd-Smith**
Spears Manning & Martini LLC
2425 Post Road
Suite 203
Southport, CT 06824