# United States Bankruptcy Court

## District of Connecticut



In re:  Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

Luc A. Despins, Chapter 11 Trustee
Plaintiff(s)
v.

Blueberry Builders, LLC
Defendant(s)

Adversary Proceeding No: 24-05007

### ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On April 23, 2024, a Motion for Admission for Attorney Amy M. Oden to appear as a Visiting Attorney was filed in the Debtor's Chapter 11 case and in this adversary proceeding (collectively, the "Motions," ECF No. 3117; Adv. Pro. No. 24-05007, ECF No. 15) by Attorney David B. Zabel (the "Sponsoring Attorney"). The Motions request that Attorney Oden be admitted to appear as a Visiting Attorney in the Debtor's Chapter 11 case and in the Adversary proceeding, Adv. Pro. No. 24-05007. In accordance with D. Conn. L. Civ. R. 83.1(e)(2), the Sponsoring Attorney, and his colleague Attorney Heather R. Spaide, seek to be excused from attendance in Court and participation in other proceedings before the Court. As the Motions satisfy the requirements set forth by D. Conn. L. Civ. R. 83.1(e)(2), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:** Pursuant to D. Conn. L. Civ. R. 83.1(e)(2), Attorney Amy M. Oden is hereby admitted *pro hac vice* in the Debtor's Chapter 11 case and in the above-referenced adversary proceeding, Adv. Pro. No. 24-05007; and it is further

**ORDERED:** Pursuant to D. Conn. L. Civ. R. 83.1(e)(2), the Sponsoring Attorney and his colleague, Attorney Heather R. Spaide, are excused from attendance in Court and participation in other proceedings before the Court pursuant to D. Conn. L. Civ. R. 83.1(e)(2).

Dated: April 24, 2024

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.