UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In Re: | CHAPTER 11 |
| HO WAN KWOK, et al.[1] | CASE NO. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| LUC A DESPINS, CHAPTER 11 TRUSTEE | |
| Plaintiff, | Adv. Proceeding No. 24-05010 |
| v. | |
| DIRECT PERSUASION LLC | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF BENJAMIN MINTZ

Pursuant to Local Rule of Civil Procedures 83.1(d) of the United States District Court for the District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1, the undersigned, a member of the Bar of this Court and partner of the law firm Shipman & Goodwin LLP, respectfully moves that the Court admit attorney Benjamin Mintz, a member of the Bar of the State of New York *pro hac vice* to represent Direct Persuasion LLC, in the above captioned Chapter 11 bankruptcy case and in the related adversary proceeding, *Despins v. Direct Persuasion LLC,* Adv. Pro. No. 24-05010, and in support represents the following:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1.     The primary office of Attorney Mintz is Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, New York, 10019.  His telephone number is 212-836-8505; and his email address is benjamin.mintz@arnoldporter.com.

2.     Attorney Mintz is a member in good standing in the state and jurisdictions set forth in his declaration, attached as **Exhibit A**.

3.     To the best of my knowledge and belief, Attorney Mintz is a member in good standing of the courts listed in his declaration, has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing and has not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

4.     To the best of my knowledge and belief, Attorney Mintz has reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5.     Attorney Mintz has submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

6.     Service of all papers directed to Direct Persuasion LLC may be made upon the undersigned, pursuant to Rule 83.1(e) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut.

-3-

April 24, 2024
Hartford, Connecticut

By: */s/ Eric S. Goldstein*
    Eric S. Goldstein, Esq. (ct27195)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103
    Telephone: 860-251-5059
    Facsimile: 860-251-5218
    Email: egoldstein@goodwin.com

*Local Counsel for Direct Persuasion LLC*

## **CERTIFICATION**

I hereby certify that the foregoing *Motion for Admission Pro Hac Vice of Benjamin Mintz* as visiting attorney was filed electronically on April 24, 2024. Notice of this filing will be sent by email to all parties registered for electronic service in this proceeding through the Court's CM/ECF system.

*/s/ Eric S. Goldstein*
Eric Goldstein, Esq.

## **Exhibit A**

Declaration of Benjamin Mintz, Esq.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| HO WAN KWOK, et al.[2] | : | CASE NO. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |
| LUC A DESPINS, CHAPTER 11 TRUSTEE | : | |
| Plaintiff, | : | Adv. Proceeding No. 24-05010 |
| v. | : | |
| DIRECT PERSUASION LLC | : | |
| Defendant. | : | |

## DECLARATION OF BENJAMIN MINTZ IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Benjamin Mintz, being of full age, having been dully sworn according to law, state the following:

1. I am an attorney and partner at Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, New York, 10019. My telephone number is 212-836-8505; and my email address is benjamin.mintz@arnoldporter.com.

2. I submit this declaration in support of the motion for my admission *pro hac vice* as counsel for Direct Persuasion LLC in the above-captioned chapter 11 cases and in the related

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

adversary proceeding, *Despins v. Direct Persuasion LLC,* Adv. Pro. No. 24-05010.

3. Pursuant to D. Conn. L. Civ. 83(d) ("Rule 83(d)"), I designate the District of Connecticut as the forum for any resolution of any dispute arising out of my admission.

4. I am a member in good standing of the Bar of the State of New York (Bar No. 2781136). In addition, I am a member in good standing of (i) the United States Courts of Appeals for the Second Circuit and the Ninth Circuit; and (ii) the United States District Courts for the Southern District of New York, the Eastern District of New York, and the Central District of Illinois.

5. I have no disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

6. I have read and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rule of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and administrative orders of this Court.

7. I hereby designate my sponsoring attorney, Eric S. Goldstein (Federal Bar No. ct27195) of Shipman & Goodwin LLP, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned chapter 11 case and related cases.

8. I understand that upon admission under Rule 83(d) I must promptly file with the Clerk of Court a certificate of good standing from the court of the state in which I have my primary office. I acknowledge that the certificate shall be filed no later than 60 days after the date of admission and shall be dated no more than 60 days before the date of admission. I

understand that failure to file such certificate will result in the automatic revocation of my visiting attorney status, absent an order of the Court. Furthermore, I understand that upon revocation of my visiting attorney status in one case, the Clerk of the Court shall examine the Court's Docket and revoke my visiting attorney status in all cases in which I have filed an appearance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

/s/ *Benjamin Mintz*
Benjamin Mintz

SG-21180340.1