# GENEVER HOLDINGS CORPORATION
# NOTES TO THE MARCH 2024 OPERATING REPORT

## PART 2: ASSET AND LIABILITY STATUS:

| | | |
|---|---|---|
| d. | Total current assets: | Unknown |
| e. | Total assets: | Unknown |

The Debtor's only known asset is its interest in Genever Holdings LLC, and the value of this interest is unknown.