UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
In re:
HO WAN KWOK *et al.*,
           Debtors.[1]
------------------------------------------------------x

Chapter 11

Case No. 22-50073 (JAM) Jointly Administered

RE: ECF No. 3129

**ORDER LIMITING SERVICE, SHORTENING NOTICE, AND SCHEDULING EXPEDITED HEARING REGARDING GENEVER HOLDINGS LLC'S MOTION, PURSUANT TO BANKRUPTCY CODE SECTIONS 363(b) AND 554 AND BANKRUPTCY RULE 6007(a), FOR ENTRY OF ORDER (I) AUTHORIZING GENEVER HOLDINGS LLC TO OBTAIN SERVICES NECESSARY TO CLEAN REMAINING AREA OF SHERRY NETHERLAND APARTMENT AND (II) GRANTING OTHER RELATED RELIEF**

The Court having considered the motion (the "Motion") seeking to (a) limit service of *Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Other Related Relief* (the "Cleaning Motion"),[2] (b) shorten notice regarding the Cleaning Motion, and (c) schedule an expedited hearing to consider and determine the Cleaning Motion; and good cause appearing, it is hereby ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Cleaning Motion.

1. The Motion is granted as set forth herein.

2. Genever US may serve the Cleaning Motion only on:

   i. the Office of the United States Trustee for the District of Connecticut;

   ii. counsel for the Individual Debtor;

   iii. the Committee;

   iv. all parties who have requested notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002;

   v. all parties who receive notice in these chapter 11 cases by operation of the Court's electronic filing ("CM/ECF") system; and

   vi. any party who requested notice in these chapter 11 cases, but is unable to accept electronic filing as indicated on the Notice of Electronic Filing; and

   vii. the individual Debtor's son, Mr. Qiang Guo.

3. A hearing on the Cleaning Motion shall be held on **May 6, 2024 at 12:00 p.m.** at the United States Bankruptcy Court, 915 Lafayette Blvd., 2nd Floor-Annex, Courtroom 4, Bridgeport, CT  06604.

4. The deadline to object to the Cleaning Motion shall be **May 2, 2024 at 5:00 p.m.**

5. Genever US is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.