UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

### MOTION FOR *PRO HAC VICE* ADMISSION OF SAM DELLA FERA, JR., ESQ.

Pursuant to D. Conn. L. Civ. R. 83.1(d), incorporated herein by L. Bankr. R. 1001-1(b), the undersigned, a member in good standing of the bar of this Court, and having entered an appearance in this matter, hereby moves this Court to admit Sam Della Fera, Jr., Esq., a member of the Bar of the State of New Jersey, *pro hac vice* to appear in the within case and all related proceedings on behalf of interested party Gypsy Mei Food Services LLC.

1.     The primary office of Sam Della Fera, Jr. is Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Roseland, New Jersey 07068; main telephone number: (973) 325-1500; direct telephone number: (973) 530-2076; facsimile: (973) 325-1501; and e-mail address: sdellafera@csglaw.com.

2.     To the best of my knowledge and belief, Mr. Della Fera is a member in good standing of the courts listed in his affidavit submitted herewith, there are no disciplinary

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

proceedings pending against him in any jurisdiction, and neither has been disciplined or denied admission by this Court or any other court in any jurisdiction.

3.       Pursuant to Rule 83.1(d)(1)(e) of the Local Rules of Civil Procedure, Mr. Della Fera has designated the undersigned as his agent for the resolution of any dispute arising out of his admission.

WHEREFORE, the undersigned respectfully requests that this Court admit Sam Della Fera, Jr., Esq. *pro hac vice* in this matter.

Respectfully submitted,

/s/ Aaron A. Romney
Aaron A. Romney (CT-28144)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(203) 368-4234
aromney@zeislaw.com

*Attorneys for Gypsy Mei Food Services LLC*

Dated:  April 25, 2024

4866-5982-4562.v1

<u>**CERTIFICATION**</u>

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* of Sam Della Fera, Jr., Esq. was filed electronically on April 25, 2024.  Notice of this filing will be sent by e-mail to all parties registered for electronic service in this proceeding through the Court's CM/ECF system.

<u>*/s/ Aaron A. Romney*</u>
Aaron A. Romney (CT-28144)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(203) 368-4234
aromney@zeislaw.com

*Attorneys for Gypsy Mei Food Services LLC*

Dated:  April 25, 2024

4866-5982-4562.v1