UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

### ORDER GRANTING *PRO HAC VICE* ADMISSION OF SAM DELLA FERA, JR., ESQ.

On this _____ day of _____ 2024, came on for consideration the Motion for Admission *Pro Hac Vice* (the "Motion"), filed by a member of the bar of this Court on behalf of Sam Della Fera, Jr., Esq., an attorney for Gypsy Mei Food Services LLC in the above-captioned case and related proceedings.

The Court, having determined no reason for denying the application, accordingly grants the relief requested in the Motion

IT IS HEREBY ORDERED that Sam Della Fera, Jr., Esq., is hereby admitted to practice in the United States Bankruptcy Court for the District of Connecticut in connection with the above-captioned case and related proceedings, and with respect thereto she shall have all the rights, privileges, and responsibilities of a member of the bar of this Court; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

ORDERED that all notices directed to Sam Della Fera, Jr., Esq., may be served by directing same to Aaron A. Romney, Esq., at Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, Connecticut 06604.

Signed this ___ day of _____ 2024.

_____
Honorable Julie A. Manning
United States Bankruptcy Judge