UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

**AFFIDAVIT OF THOMAS M. WALSH, ESQ., IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF NEW JERSEY  )
                     ) SS:
COUNTY OF ESSEX      )

I, THOMAS M. WALSH, of full age, having been duly sworn according to law, depose and state the following:

1. I am an attorney and a member of the firm of Chiesa Shahinian & Giantomasi PC, with an office address of 105 Eisenhower Parkway, Roseland, New Jersey 07068. The firm's main telephone number is (973) 325-1500; my direct telephone number is (973) 530-2096; my facsimile number is (973) 325-1501; and my e-mail address is twalsh@csglaw.com.

2. I submit this affidavit in support of the motion for my admission *pro hac vice* as counsel on behalf of interested party Gypsy Mei Food Services LLC in the above-captioned case and related proceedings.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

3. Pursuant to D. Conn. L. Civ. R. 83.1(d), I designate the District of Connecticut as the forum for any resolution of any dispute arising out of my admission.

4. I am a member in good standing of the Bar of the State of New Jersey (Bar No. 041332000).

5. I have no disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

6. I have read and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

7. I hereby designate Aaron A. Romney, Esq., of Zeisler & Zeisler, P.C. as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

8. A certificate of good standing will be filed within 60 days of my admission.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
Thomas M. Walsh

Sworn and Subscribed to before me this 24 day of April, 2024.

*Ashley Nafash*

ASHLEY NAFASH
NOTARY PUBLIC OF NEW JERSEY
Commission No. 50215895
My Commission Expires Nov. 6, 2028

4886-9968-7864.v1