UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

# **ORDER GRANTING *PRO HAC VICE* ADMISSION TO THOMAS M. WALSH, ESQ.**

A Motion for Admission *Pro Hac Vice* (the "Motion") having been filed by a member of the bar of this Court on behalf of Thomas M. Walsh, Esq., attorney for interested party Gypsy Mei Food Services LLC in the above-captioned case and related proceedings; and the Motion having satisfied the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated by L. Bankr. R. 1001-1(b),

IT IS HEREBY ORDERED that Thomas M. Walsh, Esq. is hereby admitted *pro hac vice* to practice in the United States Bankruptcy Court for the District of Connecticut in connection with the above-captioned case and related proceedings; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

4885-1651-4744.v1

ORDERED that all notices directed to Thomas M. Walsh, Esq., may be served by directing same to Aaron A. Romney, Esq., at Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, Connecticut 06604.

Signed this ___ day of _____ 2024.

                                                   Honorable Julie A. Manning
United States Bankruptcy Judge

4885-1651-4744.v1