# United States Bankruptcy Court

## District of Connecticut



In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

Luc A. Despins, Chapter 11 Trustee,
Plaintiff(s)

v.

Direct Persuasion LLC,
Defendant(s)

Adversary Proceeding
No: 24-05010

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On April 24, 2024, a Motion for Admission of Attorney Benjamin Mintz to appear as a Visiting Attorney to represent Direct Persuasion LLC was filed in the Debtor's Chapter 11 case and in this adversary proceeding (the "Motion," ECF No. 3125; Adv. Pro. No. 24-05010, ECF No. 15) by Attorney Eric Goldstein (the "Sponsoring Attorney").  As the Motion satisfies the requirements set forth in D. Conn. L. Civ. R. 83.1(e)(2), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:**  Pursuant to D. Conn. L. Civ. R. 83.1(e)(2), Attorney Benjamin Mintz is hereby admitted *pro hac vice* to represent Direct Persuasion LLC in the Debtor's Chapter 11 case and in this adversary proceeding, Adv. Pro. No. 24-05010.

Dated: April 25, 2024

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.