**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-----------------------------------------------------------x
                                          :
In re:                                    :  Chapter 11
                                          :
HO WAN KWOK, et al.,                      :  Case No. 22-50073 (JAM)
                                          :
            Debtors.¹                     :  Jointly Administered
                                          :
-----------------------------------------------------------x
```

**MONTHLY FEE STATEMENT OF PRAGER DREIFUSS AG FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JANUARY 17, 2024
THROUGH MARCH 31, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Prager Dreifuss AG ("Prager Dreifuss") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Swiss law counsel to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from January 17, 2024 through and including March 31, 2024 (the "Fee Period").  By this Monthly Fee Statement, Prager Dreifuss respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

services rendered during the Fee Period, in the amounts of CHF 38,483.00 and CHF 962.05, respectively.[3]

### SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as Exhibit A is a timekeeper summary that includes the name, hours, rate, and total fees earned for each Prager Dreifuss individual who provided services during the Fee Period.

2.      Attached hereto as Exhibit B are Prager Dreifuss' fee statements for services provided during the Fee Period.

### NOTICE AND OBJECTION PROCEDURES

3.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific

---

[3]     In accordance with Prager Dreifuss' retention order [Docket No. 3034], (a) Prager Dreifuss is authorized to charge a flat fee for disbursements in an amount equal to 2% of the total fees charged and (b) Prager Dreifuss is authorized to invoice its fees and expenses in Swiss Francs (CHF) and to have such fees and expenses paid in Swiss Francs (CHF), subject to the terms of the Interim Compensation Order.

Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Prager Dreifuss (Attn: Daniel Hayek (daniel.hayek@prager-dreifuss.com) and (ii) the Notice Parties by email no later than **May 16, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"),** setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5.      If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Prager Dreifuss 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6.      To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  April 25, 2024

By: */s/ Daniel Hayek*
        Daniel Hayek
        PRAGER DREIFUSS AG
        Mühlebachstrasse 6
        CH-8008 Zürich

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                 :

In re:                     :     Chapter 11
                 :

HO WAN KWOK, *et al.*,[1]    :     Case No. 22-50073 (JAM)
                 :

        Debtors.       :     (Jointly Administered)
                 :

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2024, the foregoing Monthly Fee

Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served

by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF

system.

Dated:    April 25, 2024           By: */s/ G. Alexander Bongartz*
        New York, New York       G. Alexander Bongartz (admitted *pro hac vice*)
                          PAUL HASTINGS LLP
                          200 Park Avenue
                          New York, New York 10166
                          (212) 318-6000
                          alexbongartz@paulhastings.com

                          *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 22.30 | 750.00 | 16,725.00 |
| Jegher, Gion | 6.40 | 650.00 | 4,160.00 |
| Meili, Mark | 40.75 | 550.00 | 22,412.50 |
| Olgiati, Elena | 1.00 | 125.00 | 125.00 |
| Schilter, Björn | 7.95 | 125.00 | 993.75 |
| Zehnder, Anik | 9.90 | 375.00 | 3,687.50 |
| **TOTAL** | **88.30** | | **48,103.75** |

**Exhibit B**



Paul Hastings LLP
Mr. Luc Despins
200 Park Avenue
New York
NY 10166
United States of America

April 23, 2024

## Invoice no. 201334-24-05

Fees for services rendered between January 1, 2024 and January 31, 2024 in the matter of
Ho Wan Kwok, et al., as per the attached details.

| | | |
|---|---|---:|
| Legal Fees | CHF | 11'171.25 |
| Disbursements 2% (in lieu of itemized minor disbursements) | CHF | 223.40 |
| | CHF | 11'394.65 |
| VAT 0% export | CHF | 0.00 |
| **Total** | **CHF** | **11'394.65** |

| | | | |
|---|---|---|---|
| Terms of payment | 30 days net | VAT No. | CHE-115.724.136 MWST |

Please arrange for payment **under reference of the above invoice number** to our following
account:

Zürcher Kantonalbank, 8001 Zürich

| | |
|---|---|
| IBAN | CH67 0070 0114 8037 7648 0 |
| BIC/SWIFT | ZKBKCHZZ80A |

**Prager Dreifuss AG** • Zürich, Bern, Brüssel • www.prager-dreifuss.com

Bellerivestrasse 201, CH-8008 Zürich
T +41 44 254 55 55, F +41 44 254 55 99

Schweizerhof-Passage 7, CH-3001 Bern
T +41 31 327 54 54, F +41 31 327 54 99

Avenue Louise 235, B-1050 Bruxelles
T +32 2 537 09 49, F +32 2 537 21 16

**Details of invoice no. 201334-24-05**

Invoice period:  January 17, 2024 – January 31, 2024

**Legal Fees**

| Date | Service | Name | VAT | Hours |
|------|---------|------|-----|-------|
| 17.01.2024 | Call with Mr Bongartz re engagement | MMA | 0.00% | 0.60 |
| 18.01.2024 | rev. material received for conlict check and amend it | HA | 0.00% | 1.00 |
| 18.01.2024 | rev. engagement letter mark-up by Paul Hastings etc. | HA | 0.00% | 0.70 |
| 18.01.2024 | rev. and amend engagement letter Paul Hastings | MMA | 0.00% | 0.50 |
| 18.01.2024 | conf HA re conflict check | MMA | 0.00% | 0.30 |
| 19.01.2024 | E-Mails re. Engagement Letter, E-Mail to Alex | HA | 0.00% | 0.10 |
| 22.01.2024 | Team Conf. re: legal path and instructions | HA | 0.00% | 0.50 |
| 22.01.2024 | Team conf re new assignment | MMA | 0.00% | 0.50 |
| 22.01.2024 | review of documents and law re assignment | MMA | 0.00% | 1.40 |
| 22.01.2024 | draft email to Trustee re queries | MMA | 0.00% | 0.50 |
| 22.01.2024 | Team Call re new assignment | ANZ | 0.00% | 0.50 |
| 22.01.2024 | Preparation email re additional questions regarding the documents already provided | ANZ | 0.00% | 0.20 |
| 22.01.2024 | rev. email re engagement letter and care package re ███████ | ANZ | 0.00% | 0.30 |
| 22.01.2024 | Study excel list re transactions | ANZ | 0.00% | 0.50 |
| 22.01.2024 | Study ███████████████ | ANZ | 0.00% | 0.20 |
| 22.01.2024 | Study ██████████ | ANZ | 0.00% | 0.50 |
| 22.01.2024 | Team conf re new assignment | GJ | 0.00% | 0.50 |
| 22.01.2024 | review and amend email to Trustee re queries | GJ | 0.00% | 0.30 |
| 25.01.2024 | inital rev. e-mail, Alex | HA | 0.00% | 0.10 |
| 25.01.2024 | first review document received | HA | 0.00% | 1.30 |
| 26.01.2024 | Review of e-mail regarding answers to various questions and delivery of various documents | ANZ | 0.00% | 0.20 |
| 26.01.2024 | Review Document Voluntary Petition for Individuals Filing for Bankruptcy | ANZ | 0.00% | 0.45 |
| 26.01.2024 | Review Document Order Granting Appointment of Chapter 11 Trustee | ANZ | 0.00% | 0.20 |
| 26.01.2024 | Review Document Complaint against various defendants | ANZ | 0.00% | 0.85 |
| 26.01.2024 | rev. documents and legal research re ████████ ████████ | MMA | 0.00% | 1.80 |
| 26.01.2024 | Review Document Protective Order | ANZ | 0.00% | 0.20 |
| 26.01.2024 | Review Document ███████████████ | ANZ | 0.00% | 0.80 |
| 29.01.2024 | E-mails to Luc | HA | 0.00% | 0.10 |
| 29.01.2024 | Conf. MMA | HA | 0.00% | 0.20 |
| 29.01.2024 | rev. documents and legal research re ███████████ ████████ | MMA | 0.00% | 1.20 |

| 29.01.2024 | conf HA re Protective Order Addendum | MMA | 0.00% | 0.20 |
|---|---|---|---|---|
| 29.01.2024 | email Alex Bongarzt re Protective Order Addendum | MMA | 0.00% | 0.10 |
| 30.01.2024 | instruction email BSH re legal research Supreme Court decisions re recognition chapter 11 in Switzerland | MMA | 0.00% | 0.20 |
| 30.01.2024 | call Luc/Alex re strategy and next steps | MMA | 0.00% | 0.50 |
| 30.01.2024 | Conf. Call Luc, Alex and MMA | HA | 0.00% | 0.50 |
| 30.01.2024 | prep. call Luc/Alex re strategy and next steps | MMA | 0.00% | 0.10 |
| 31.01.2024 | Search for ██████████ | BSH | 0.00% | 2.75 |
| 31.01.2024 | Review Document Lamp Capital Complaint | ANZ | 0.00% | 2.00 |
| **Total excl. VAT** | | | | **22.85** |

## Expenses

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 23.04.2024 | Disbursements | 0.00% | 223.40 |
| **Total excl. VAT** | | | **223.40** |

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 4.50 | 750.00 | 3'375.00 |
| Jegher, Gion | 0.80 | 650.00 | 520.00 |
| Meili, Mark | 7.90 | 550.00 | 4'345.00 |
| Schilter, Björn | 2.75 | 125.00 | 343.75 |
| Zehnder, Anik | 6.90 | 375.00 | 2'587.50 |
| | 22.85 | 488.90 | 11'171.25 |

2



Paul Hastings LLP
Mr. Luc Despins
200 Park Avenue
New York
NY 10166
United States of America

April 23, 2024

## Invoice no. 201334-24-06

Fees for services rendered between February 1, 2024 and February 29, 2024 in the matter of Ho Wan Kwok, et al., as per the attached details.

| | | |
|---|---|---|
| Legal Fees | CHF | 21'740.00 |
| Disbursements 2% (in lieu of itemized minor disbursements) | CHF | 434.80 |
| | CHF | 22'174.80 |
| VAT 0% export | CHF | 0.00 |
| **Total** | **CHF** | **22'174.80** |

Terms of payment        30 days net              VAT No.    CHE-115.724.136 MWST

Please arrange for payment **under reference of the above invoice number** to our following account:

Zürcher Kantonalbank, 8001 Zürich

IBAN                    CH67 0070 0114 8037 7648 0
BIC/SWIFT          ZKBKCHZZ80A

**Prager Dreifuss AG** • Zürich, Bern, Brüssel • www.prager-dreifuss.com

Bellerivestrasse 201, CH-8008 Zürich          Schweizerhof-Passage 7, CH-3001 Bern          Avenue Louise 235, B-1050 Bruxelles
T +41 44 254 55 55, F +41 44 254 55 99          T +41 31 327 54 54, F +41 31 327 54 99          T +32 2 537 09 49, F +32 2 537 21 16

**Details of invoice no. 201334-24-06**

Invoice period:  February 1, 2024 – February 29, 2024

**Legal Fees**

| Date | Service | Name | VAT | Hours |
|------|---------|------|-----|-------|
| 01.02.2024 | Recherche betreffend Anerkennung | BSH | 0.00% | 3.30 |
| 01.02.2024 | rev. case law re recognition Chapter 11 Switzerland | MMA | 0.00% | 0.50 |
| 01.02.2024 | Call Luc | HA | 0.00% | 0.30 |
| 01.02.2024 | Conf. Mark, Björn re: case law and model application | HA | 0.00% | 0.60 |
| 01.02.2024 | conf HA and BSH re recognition Chapter 11 Switzerland | MMA | 0.00% | 0.20 |
| 02.02.2024 | Suche von einschlägigen BGE und Anerkennung von amerikanischen Konkursdekreten | BSH | 0.00% | 1.90 |
| 02.02.2024 | rev. case law and amend template application re recognition foreign bankruptcy decree | MMA | 0.00% | 1.10 |
| 02.02.2024 | rev. E-Mails Luc and Alex re: ███████████ | HA | 0.00% | 0.50 |
| 02.02.2024 | conf HA/BSH case law and template application re recognition foreign bankruptcy decree | MMA | 0.00% | 0.20 |
| 02.02.2024 | draft email to Luc re case law and template application re recognition foreign bankruptcy decree | MMA | 0.00% | 0.20 |
| 05.02.2024 | review ██████ ████████████████ ██████████████ review further documents  and emails in this context, in particular ███████ ████████████████ ; review ████████████ | GJ | 0.00% | 2.00 |
| 05.02.2024 | Conf. on Swiss Proceedings w. GJ and MMA | HA | 0.00% | 0.50 |
| 05.02.2024 | Call Luc re: Zivilgericht Basel | HA | 0.00% | 0.40 |
| 05.02.2024 | rev. documents on Swiss conciliation proceedings | MMA | 0.00% | 0.60 |
| 05.02.2024 | conf HA/GJ re documents on Swiss conciliation proceedings | MMA | 0.00% | 0.30 |
| 05.02.2024 | Call Luc re Swiss conciliation proceedings | MMA | 0.00% | 0.30 |
| 05.02.2024 | conf MAA/GJ re documents on Swiss conciliation proceedings | GJ | 0.00% | 0.30 |
| 08.02.2024 | Call conciliation authority re concilation proceedings and files | MMA | 0.00% | 0.30 |
| 08.02.2024 | draft letter to conciliation authority re PoA and document request | MMA | 0.00% | 0.30 |
| 09.02.2024 | rev. draft retention application | MMA | 0.00% | 0.60 |
| 09.02.2024 | call Alex re retention application | MMA | 0.00% | 0.20 |
| 09.02.2024 | call Alex re conciliation proceedings | MMA | 0.00% | 0.10 |
| 09.02.2024 | conf ELO re recognition of bankruptcy in Switzerland | MMA | 0.00% | 0.30 |
| 09.02.2024 | Sign Lt to Zivilgericht | HA | 0.00% | 0.20 |

1

| Date | Text | | | |
|---|---|---|---|---|
| 09.02.2024 | Call Alex re: application to bankruptcy court | HA | 0.00% | 0.40 |
| 12.02.2024 | Call re Recognition application | ANZ | 0.00% | 0.50 |
| 12.02.2024 | Call Luc and Alex | HA | 0.00% | 0.50 |
| 12.02.2024 | prep. call rev. submission, | HA | 0.00% | 0.50 |
| 12.02.2024 | conf HA re recognition application | MMA | 0.00% | 0.20 |
| 12.02.2024 | call Luc re recognition application | MMA | 0.00% | 0.50 |
| 12.02.2024 | review and comment on recognition application | MMA | 0.00% | 0.40 |
| 12.02.2024 | conf ELO re instruction recognition application | MMA | 0.00% | 0.30 |
| 13.02.2024 | studies on recognition of chapter 11 bankruptcy proceedings | ELO | 0.00% | 1.00 |
| 13.02.2024 | work on instructions for US legal opinion for recognition application Switzerland | MMA | 0.00% | 2.20 |
| 15.02.2024 | rev. docs received from Alex, E-Mail re: answer | HA | 0.00% | 0.70 |
| 15.02.2024 | rol and email re service of process Lausanne | MMA | 0.00% | 2.00 |
| 15.02.2024 | Finalize retention application | MMA | 0.00% | 0.30 |
| 15.02.2024 | rev. document and emails re hearing conciliation proceeding Basel | MMA | 0.00% | 0.25 |
| 16.02.2024 | rev. full file in Zivilgericht Basel | HA | 0.00% | 2.10 |
| 16.02.2024 | rol and email re service of process Lausanne | MMA | 0.00% | 0.30 |
| 19.02.2024 | conf HA regarding conciliation hearing in Basel | GJ | 0.00% | 0.30 |
| 21.02.2024 | emails Lalive re call conciliation proceeding Basel | MMA | 0.00% | 0.20 |
| 22.02.2024 | Call Lalive re: Basel Proceeings | HA | 0.00% | 0.60 |
| 22.02.2024 | Call Alex re: engagement etc., report about Lalive call | HA | 0.00% | 0.70 |
| 22.02.2024 | Call Lalive re: Basel concilation Proceedings | MMA | 0.00% | 0.60 |
| 22.02.2024 | Call Alex re: engagement etc., report about Lalive call | MMA | 0.00% | 0.70 |
| 26.02.2024 | Comments E-Mail to US Trustee Office., chekc insurance | HA | 0.00% | 1.00 |
| 28.02.2024 | review the whole court file received from the Conciliation Authority of the City of Basel (Switzerland) in re Ho Wan Kwok and Ace Decade vs. UBS AG; review of law regarding ███████████████████████████ ██████████████████████ | GJ | 0.00% | 3.00 |
| 29.02.2024 | emails Lalive re concilation proceedings Basel | MMA | 0.00% | 0.40 |
| 29.02.2024 | Meeting Luc Despins re recognition application Switzerland and Swiss proceedings | MMA | 0.00% | 1.70 |
| 29.02.2024 | rev. e-mail Lalive re: Swiss Proceedings | HA | 0.00% | 0.50 |
| 29.02.2024 | Meeting Luc Despins and Alex Bongartz in NYC re: recognition and Swiss Proceedings etc. | HA | 0.00% | 1.70 |
| 29.02.2024 | Conf. GJ re: proceedings in Basel Zivilgericht and termination | HA | 0.00% | 0.50 |

| | | | | |
|---|---|---|---|---|
| **Total excl. VAT** | | | | **39.25** |

## Expenses

| Date | Text | VAT | Amount CHF |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 23.04.2024 | Disbursements | 0.00% | 434.80 |
| **Total excl. VAT** | | | **434.80** |

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 11.70 | 750.00 | 8'775.00 |
| Jegher, Gion | 5.60 | 650.00 | 3'640.00 |
| Meili, Mark | 15.25 | 550.00 | 8'387.50 |
| Olgiati, Elena | 1.00 | 125.00 | 125.00 |
| Schilter, Björn | 5.20 | 125.00 | 650.00 |
| Zehnder, Anik | 0.50 | 325.00 | 162.50 |
| | 39.25 | 553.90 | 21'740.00 |

3



Paul Hastings LLP
Mr. Luc Despins
200 Park Avenue
New York
NY 10166
United States of America

April 23, 2024

## Invoice no. 201334-24-07

Fees for services rendered between March 1, 2024 and March 31, 2024 in the matter of Ho Wan Kwok, et al., as per the attached details.

| | | |
|---|---|---|
| Legal Fees | CHF | 15'192.50 |
| Disbursements 2% (in lieu of itemized minor disbursements) | CHF | 303.85 |
| | CHF | 15'496.35 |
| VAT 0% export | CHF | 0.00 |
| **Total** | **CHF** | **15'496.35** |

| | | | | |
|---|---|---|---|---|
| Terms of payment | 30 days net | | VAT No. | CHE-115.724.136 MWST |

Please arrange for payment **under reference of the above invoice number** to our following account:

Zürcher Kantonalbank, 8001 Zürich

| | |
|---|---|
| IBAN | CH67 0070 0114 8037 7648 0 |
| BIC/SWIFT | ZKBKCHZZ80A |

**Prager Dreifuss AG** • Zürich, Bern, Brüssel • www.prager-dreifuss.com

Bellerivestrasse 201, CH-8008 Zürich
T +41 44 254 55 55, F +41 44 254 55 99

Schweizerhof-Passage 7, CH-3001 Bern
T +41 31 327 54 54, F +41 31 327 54 99

Avenue Louise 235, B-1050 Bruxelles
T +32 2 537 09 49, F +32 2 537 21 16

**Details of invoice no. 201334-24-07**

Invoice period:  March 1, 2024 – March 31, 2024

**Legal Fees**

| Date | Service | Name | VAT | Hours |
|------|---------|------|-----|-------|
| 04.03.2024 | rev. and comment on legal opinion Trustee for recognition application Switzerland | MMA | 0.00% | 4.20 |
| 05.03.2024 | call Alex re engagement | MMA | 0.00% | 0.30 |
| 05.03.2024 | rev. Conf. Mark to prepm call | HA | 0.00% | 0.50 |
| 05.03.2024 | Call Alex, re. resonse of Trustee for Bankurptcy Court on fee arrangement | HA | 0.00% | 0.40 |
| 06.03.2024 | Finalize comments on draft legal opinion for recognition applicaiton and email Alex | MMA | 0.00% | 0.50 |
| 08.03.2024 | internal emails and emails Alex re retention application and liability cap | MMA | 0.00% | 0.60 |
| 13.03.2024 | prep. call re: reognition etc. | HA | 0.00% | 0.50 |
| 13.03.2024 | prep. call | HA | 0.00% | 0.40 |
| 15.03.2024 | rev. comments trustee on legal opinion for recognition application Switzerland, emails re same | MMA | 0.00% | 1.40 |
| 15.03.2024 | rev. information on Swiss assets | MMA | 0.00% | 0.30 |
| 18.03.2024 | rev. order of district court, scheduled hearing etc. | HA | 0.00% | 1.00 |
| 18.03.2024 | Conf. MMA | HA | 0.00% | 0.20 |
| 18.03.2024 | rev. order Court in Basel re conciliation hearing, conf HA | MMA | 0.00% | 0.60 |
| 19.03.2024 | rev. orders etc., call ███████████████████ | HA | 0.00% | 1.10 |
| 19.03.2024 | E-Mail to Luc Despins and Alex re: order of Zivilgericht | HA | 0.00% | 1.00 |
| 19.03.2024 | call and email Alex re recognition application | MMA | 0.00% | 0.50 |
| 19.03.2024 | rev. and amend legal opinion for recognition application | MMA | 0.00% | 1.00 |
| 19.03.2024 | Call Alex re: Legal Opinion etc. | HA | 0.00% | 0.50 |
| 20.03.2024 | rev. update re Swiss assets | MMA | 0.00% | 0.20 |
| 21.03.2024 | work on recognition application | MMA | 0.00% | 2.80 |
| 22.03.2024 | Call Luc | HA | 0.00% | 0.30 |
| 22.03.2024 | Conf. MMA | HA | 0.00% | 0.20 |
| 22.03.2024 | emails, rev. of documents and rol re ███████████ | MMA | 0.00% | 1.80 |
| 25.03.2024 | Legal Research on ███████████████ | ANZ | 0.00% | 2.50 |
| 25.03.2024 | rol re ███████, conf HA/ANZ re same | MMA | 0.00% | 1.50 |
| 27.03.2024 | rol re ███████████████, conf HA re same | MMA | 0.00% | 0.70 |
| 28.03.2024 | prep, call and debrief Luc and Alex re ██████████ | MMA | 0.00% | 1.20 |

| **Total excl. VAT** | | | | **26.20** |

1

**Expenses**

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 23.04.2024 | Disbursements | 0.00% | 303.85 |
| **Total excl. VAT** | | | **303.85** |

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 6.10 | 750.00 | 4'575.00 |
| Meili, Mark | 17.60 | 550.00 | 9'680.00 |
| Zehnder, Anik | 2.50 | 375.00 | 937.50 |
| | 26.20 | 579.85 | 15'192.50 |