## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| ------------------------------------------------------- x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | |
| ------------------------------------------------------- x | | |

### NOTICE OF APPEARANCE OF COUNSEL
### AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears for Indium Software Inc., in the above-captioned bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, email address, and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.

conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex, or otherwise.

Dated: April 26, 2024
      Stamford, Connecticut

**KELLEY DRYE & WARREN LLP**

*/s/ Elizabeth N. Krasnow*
Elizabeth N. Krasnow (ct430625)
Eric R. Wilson (ct443553)
Benjamin D. Feder (ct443211)
Canterbury Green
201 Broad Street
Stamford, CT 06901
Tel: (203) 324-1400
Email: ekrasnow@kelleydrye.com
      ewilson@kelleydrye.com
      bfeder@kelleydrye.com
      kdwbankruptcydepartment@kelleydrye.com

-and-

**ASK LLP**
Richard J. Reding (MN SBN 0389945)
(p*ro hac vice* pending*)*
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Tel: (651) 289-3842
Email: rreding@askllp.com

*Counsel to Indium Software Inc.*