# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al., | Case No.: 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | Adv. Proc. No.: 24-05202 (JAM) |
| vs. | |
| CLAYMAN ROSENBERG KIRSHNER & LINDER LLP, | |
| Defendant. | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters an appearance on behalf of Defendant, CLAYMAN ROSENBERG KIRSHNER & LINDER LLP. The undersigned hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given and served upon:

Matthew D. Valauri, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1010 Washington Boulevard, Suite 603
Stamford, Connecticut 06901
Tel. (203) 388-9100
Fax (203) 388-9101
Email: Matthew.Valauri@wilsonelser.com

This request is intended to encompass all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Rules, including without limitation, notices of any

orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case.

Dated: Stamford, Connecticut
April 29, 2024

        WILSON ELSER MOSKOWITZ
        EDELMAN & DICKER, LLP

        By: /s/Matthew D. Valauri
        Matthew D. Valauri, Esq. (CT30193)
        *Attorneys for Defendant, CLAYMAN ROSENBERG KIRSHNER & LINDER LLP*
        1010 Washington Boulevard, Suite 603
        Stamford, Connecticut 06901
        Tel. (203) 388-2433
        Fax: (203) 388-9101
        Matthew.Valauri@wilsonelser.com
        File No.: 12036.00271

## **CERTIFICATE OF SERVICE**

This is to certify that on the 29th day of April 2024, a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was served via the Court's CM/ECF notification system to the following.

**U.S. Trustee**
OFFICE OF THE U.S. TRUSTEE
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, Connecticut 06510

**Chapter 11 Trustee**
Luc A. Despins, Esq.
GENEVER HOLDINGS LLC
c/o PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166

**Attorneys for the Plaintiff**
Nancy B. Kinsella, Esq.
Douglas S. Skalka, Esq.
Patrick R. Linsey, Esq.
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510

**Attorneys for the Defendant**
Brian D. Linder, Esq.
CLAYMAN ROSENBERG KIRSHNER & LINDER LLP
305 Madison Avenue, Ste 650
New York, NY 10165

**Attorneys for the Defendant**
Minta J. Nester, Esq.
Frank A. Oswald, Esq.
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, NY 10119

                                                                                 /s/Matthew D. Valauri
                                                                                 Matthew D. Valauri, Esq.