**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtor. : (Jointly Administered)
------------------------------------------------------x

# CERTIFICATE OF SERVICE

I, David Mohamed, hereby certify that I am over the age of eighteen years old and employed by Paul Hastings LLP, and on April 24, 2024, *Genever Holdings LLC's Motion Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Other Related Relief* [Docket No. 3128] (the "Cleaning Motion") and *Genever Holdings LLC's Motion to Limit Service, Shorten Notice, and Schedule Expedited Hearing Regarding Genever Holdings LLC's Motion Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Other Related Relief* [Docket No. 3129] (the "Motion to Limit Service, Shorten Notice and Expedite") was filed electronically. On April 25, 2024, the Court entered its *Order Limiting Service, Shortening Notice, and Scheduling Expedited*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Hearing Regarding Genever Holdings LLC's Motion Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Other Related Relief* [Docket No. 3130] (the "Order"). The Cleaning Motion, the Motion to Limit Notice, Shorten Time and Expedite, and Order may all be accessed via CM/ECF.

Notice of the filing of the Cleaning Motion, the Motion to Limit Service, Shorten Notice and Expedite and the Order in the above captioned chapter 11 cases (the "Chapter 11 Cases") was sent by email by operation of the Court's case management/electronic case files system ("CM/ECF") to all appearing parties in the Chapter 11 Cases (including the Debtor, the U.S. Trustee, and the official committee of unsecured creditors) or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2]

In addition, on April 25, 2024, I caused to be served the Order by sending a true and correct copy via FedEx Overnight delivery on the parties listed on the attached service list hereto.

In addition, on April 25, 2024, I caused to be served the Cleaning Motion and the Order, by sending a true and correct copy via (a) FedEx overnight delivery on (i) Qiang Guo, 5 Princes Gate, Flat 6, London, SW7 IQJ England; and (ii) Qiang Guo, c/o Arethusa Forsyth, 19 Mablethorpe Road, London, SW6 6AQ United Kingdom; and (b) via e-mail at arethusaf@protonmail.com and arethusaf@proton.me.

In addition, on April 25, 2024, as to the Cleaning Motion and the Motion to Limit Service, Shorten Time and Expedite, and on April 26, 2024, as to the Order, I caused to the served by

---

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

sending a true and correct copy via e-mail (as requested by counsel) to Dundon Advisors at md@dundon.com and ph@dundon.com.

| | |
|---|---|
| Dated:     April 29, 2024 | */s/ David Mohamed*<br>David Mohamed<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6000<br>davidmohamed@paulhasings.com |

**SERVICE LIST**

**(FedEx overnight delivery)**

| | |
|---|---|
| Cheng Jian Wu Jian She<br>Gaosheng Guo<br>Yan Zhao<br>c/o Ning Ye, Esq.<br>Law office of Ning Ye, Esq.<br>135-11 8th Ave. #1A<br>Flushing, NY 11354 | Hong Qi Qu<br>Nan Tong Si Jian<br>Jian Gong<br>Yua Hua Zhuang Shi<br>c/o Kevin Tung, Esq.<br>Kevin Kerveng Tung P.C.<br>Queens Crossing Business Center<br>136-20 38th Avenue, Suite 3D<br>Flushing, NY 11354 |
| Liehong Zhuang<br>Xiao Yan Zhu<br>c/o Jonathan T. Trexler, Esq.<br>Trexler & Zhang, LLP<br>224 West 35th Street, 12th Floor<br>New York, NY 10001 | Jun Chen aka Jonathan Ho<br>c/o Wayne Wei Zhu, Esq.<br>41-25 Kissena Blvd, Suite 112<br>Flushing, NY 11355 |
| Samuel Dan Nunberg<br>600 S. Dixie Hwy, Suite 455<br>West Palm Beach, FL 33401 | Romer Debbas LLP<br>275 Madison Ave., Ste 801<br>New York, NY 10016-1153 |
| Chao-Chih Chiu<br>Huizhen Wang<br>Yunxia Wu<br>Keyi Zilkie<br>c/o TroyGould PC<br>1801 Century Park East, 16th Floor<br>Attn: Christopher A. Lilly<br>Los Angeles, CA 90067-2367 | Gregory A. Coleman<br>Coleman Worldwide Advisors, LLC<br>P O Box 2839<br>New York, NY 10008-2839 |
| Alissa M. Nann<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016 | Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602 |
| Xiaoxiao Lin<br>24 Sonrisa<br>Irvine, CA 92620 | Yuanlin Liu<br>192 Pendleton Dr.<br>Amherst, VA 24521 |

| | |
|---|---|
| Xiaoming Liu<br>5-16-50 Nemotomachi<br>Tajimi City<br>Gifu Prefecture, 5070065 | Edmiston and Company Limited<br>2 Marina Plaza<br>Newport, RI 02840 |
| Ning Zhao<br>3611 Summer Ranch Dr.<br>Katy, TX 77694 | Affiliated Adjustment Group, Ltd.<br>3000 Marcus Avenue, Suite 3W3<br>Lake Success, NY 11042 |