UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF LEE VARTAN, ESQ.**

Pursuant to D. Conn. L. Civ. R. 83.1(d), incorporated herein by L. Bankr. R. 1001-1(b), the undersigned, a member in good standing of the bar of this Court, and having entered an appearance in this matter, hereby moves this Court to admit Lee Vartan, Esq., a member of the Bars of the State of New Jersey and the State of New York, *pro hac vice* to appear in the within case and related proceedings on behalf of Gypsy Mei Food Services LLC.

1. The primary office of Mr. Vartan is Chiesa Shahinian & Giantomasi, 105 Eisenhower Parkway, Roseland, NJ 07068; main telephone number: (973) 325-1500; direct telephone number: (973) 530-2107; and his e-mail address is lvartan@csglaw.com.

2. To the best of my knowledge and belief, Mr. Vartan is a member in good standing of the courts listed in his affidavit submitted herewith, there are no disciplinary proceedings pending against him in any jurisdiction, and he has not been disciplined or denied admission by this Court or any other court in any jurisdiction.[2]

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] On March 10, 2023, the Court entered a discovery sanction (the "Order") against, *inter alia*, Attorney Lee Vartan (Doc. No. 1537), which is pending appeal. The undersigned does not construe the Order as "discipline . . . by this Court" within the meaning of D. Conn. L. Civ. R. 83.1(d)(1)(c)(ii), but discloses the Order out of an abundance of caution.

3. Pursuant to Rule 83.1(d)(1)(e) of the Local Rules of Civil Procedure, Mr. Vartan has designated the undersigned as his agent for the resolution of any dispute arising out of his admission.

WHEREFORE, the undersigned respectfully requests that this Court admit Lee Vartan, Esq. *pro hac vice* in this matter.

.

         Respectfully submitted,

         */s/ Aaron A. Romney*
         Aaron A. Romney (CT-28144)
         ZEISLER & ZEISLER, P.C.
         10 Middle Street, 15th Floor
         Bridgeport, CT 06604
         (203) 368-4234
         aromney@zeislaw.com

         *Attorneys for Gypsy Mei Food Services LLC*

Dated: April 30, 2024

**CERTIFICATION**

  I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* of Lee Vartan, Esq. was filed electronically on April 30, 2024. Notice of this filing will be sent by e-mail to all parties registered for electronic service in this proceeding through the Court's CM/ECF system.

             */s/ Aaron A. Romney*
             Aaron A. Romney (CT-28144)
             ZEISLER & ZEISLER, P.C.
             10 Middle Street, 15th Floor
             Bridgeport, CT 06604
             (203) 368-4234
             aromney@zeislaw.com

             *Attorneys for Gypsy Mei Food Services LLC*

Dated: April 30, 2024

4884-0740-5491.v1