UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

## ORDER GRANTING *PRO HAC VICE* ADMISSION TO <u>LEE VARTAN, ESQ.</u>

On this _____ day of _____ 2024, came on for consideration the Motion for Admission *Pro Hac Vice* (the "Motion"), filed by a member of the bar of this Court on behalf of Lee Vartan, Esq., an attorney for Gypsy Mei Food Services LLC in the above-captioned case and related proceedings.

The Court, having determined no reason for denying the application, accordingly grants the relief requested in the Motion

IT IS HEREBY ORDERED that Lee Vartan, Esq., is hereby admitted to practice in the United States Bankruptcy Court for the District of Connecticut in connection with the above-captioned case and related proceedings, and with respect thereto he shall have all the rights, privileges, and responsibilities of a member of the bar of this Court; and it is further

ORDERED that all notices directed to Lee Vartan, Esq., may be served by directing same to Aaron A. Romney, Esq., at Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, Connecticut 06604.

2

Signed this ___ day of _____ 2024.

                                                                                                                                      _____
                                                                                                                                      Honorable Julie A. Manning
                                                                                                                                      United States Bankruptcy Judge

4875-6585-7971.v1