UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                 :    Case No. 22-50073 (JAM)
:
Debtors.                          :    (Jointly Administered)
:
---------------------------------------------------------x

**GENEVER HOLDINGS LLC'S SIXTH MONTHLY STATUS REPORT REGARDING REMEDIATION OF SHERRY NETHERLAND APARTMENT**

Genever Holdings LLC (the "Debtor" or "Genever US"), by and through its undersigned counsel, hereby files this fifth monthly status report (the "Status Report") in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order"),[2] covering the period from March 1, 2024 through March 31, 2024:

**STATUS REPORT**

1.  <u>General Contractor Work</u>:  As noted in the prior status reports, Genever US selected Sciame Homes ("Sciame") as the general contractor for the remediation project.  At this

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Status Report have the meanings ascribed to them in the Remediation Order.

time, the relevant permits have been issued by the New York City Department of Buildings ("DOB") and Sciame has commenced work in the Sherry Netherland Apartment.³ At the same time, Sciame has been closely coordinating with DryFast DKI ("DKI"), *i.e.*, the contractor selected by the Sherry Netherland to remove soot in the Affected Area of the apartment—so that the remediation work and the soot removal work can be conducted concurrently.

2. Soot Cleaning in Remaining Area: By motion dated April 24, 2024 [Docket No. 3128] (the "Cleaning Motion"), Genever US also requested authorization to remediate soot, char, and other combustion by-products ("CBPs") in the area not directly affected by the March 15 Fire (the "Remaining Area"). As detailed in the Cleaning Motion, following CBP testing in the Remaining Area, Genever US determined to hire DKI and other contractors to proceed with removing CBPs in the Remaining Area. The Cleaning Motion is scheduled to be heard on May 6, 2024.

3. Summary of Expenses Paid Through March 31, 2024: Through the end of February 2024, Genever US has made the following payments in connection with the Remediation Project:

| Date | Recipient | Description | Amount |
|---|---|---|---|
| August 30, 2023 | Gallagher Bassett Services, Inc. | Asbestos survey and reporting | $3,871.56 |
| October 4, 2023 | Gallagher Bassett Services, Inc. | Asbestos permits | $7,349.06 |
| October 13, 2023 | ABF Environmental, Inc. | Asbestos abatement work | $48,900.00 |
| October 30, 2023 | Acheson Doyle Partners Architects PC | Architectural services | $3,380.86 |
| November 2, 2023 | Genever US | Reimbursement from Sherry Netherland (80% of payments made by Genever US to (i) ABF Environmental on October 13, 2023, and (ii) Gallagher Bassett Services, Inc. on October 4, 2023) | ($44,999.25) |

---

³ As noted in the prior report, even prior to the issuance of the permits, Sciame conducted pre-permitting work, including readying the site for the remediation work.

| Date | Recipient | Description | Amount |
|---|---|---|---|
| November 9, 2023 | Gustav Restoration LLC | 50% deposit for removing fireplace (to prepare for asbestos removal) | $1,226.12 |
| December 1, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $63,720.78 |
| December 1, 2023 | Catalpa Special Inspections | 50% deposit for special inspection services | $2,875.00 |
| December 12, 2023 | Gustav Restoration LLC | Remaining 50% payment for removing fireplace | $1,226.13 |
| December 20, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $74,011.84 |
| January 16, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $27,760.65 |
| February 1, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $29,003.70 |
| February 1, 2024 | Skyline Windows LLC | 50% deposit for window replacement at Sherry Netherland apartment | $60,258.50 |
| February 14, 2024 | Arista Air Conditioning Corp. | Removal of damaged HVAC units in Sherry Netherland apartment | $2,515.01 |
| March 20, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $13,048.86 |
| March 21, 2024 | Burnham Nationwide | Expediting services | $9,398.66 |
| March 27, 2024 | Sciame Homes NY LLC | General contactor | $86,068.25 |
| March 27, 2024 | The Sherry Netherland | Security Deposit (refundable) | $50,000.00 |

Dated: April 30, 2024
    New York, New York

By: /s/ G. Alexander Bongartz
Luc A. Despins (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
lucdespins@paulhastings.com
alexbongartz@paulhastings.com
douglassbarron@paulhastings.com

and

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847

dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 30, 2024, the foregoing Status Report was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: April 30, 2024
New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*Counsel for the Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).