# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br>Ho Wan Kwok, et al.<br>Debtor(s). | Case No. 22-50073 |
| Luc a. Despins, Chapter 11 Trustee  **Plaintiff,**<br>vs<br>WA & HF LLC  **Defendant.** | Adv. Proceeding No. 24-05246 |

## NOTICE OF APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this Court, and I appear in this adversary proceeding as counsel for: WA & HF LLC

The Clerk of the Court and the opposing party will be informed of any change in address. I request notice of all further pleadings and filings.

Dated: May 1, 2024

Attorney's Signature

Brian D. Rich
Attorney's Printed Name

Law Firm Name  Barclay Damon LLP

Law Firm Mailing Address  545 Long Wharf Drive, 9th Floor

City  New Haven    State  CT    Zip Code  06511

Attorney's Email Address  brich@barclaydamon.com

Attorney's Phone Number  (203) 672-2670

Attorney's Federal Bar Number  24458