ct136    04/2019

# United States Bankruptcy Court

### District of Connecticut

In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On April 30, 2024, a Motion for Admission of Attorney Lee Vartan to appear as a Visiting Attorney to represent Gypsy Mei Food Services LLC was filed in the Debtor's Chapter 11 case (the "Motion," ECF No. 3152) by Attorney Aaron A. Romney (the "Sponsoring Attorney").  As the Motion satisfies the requirements set forth in D. Conn. L. Civ. R. 83.1(e)(2), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:**  Pursuant to D. Conn. L. Civ. R. 83.1(e)(2), Attorney Lee Vartan is hereby admitted *pro hac vice* to represent Gypsy Mei Food Services LLC in the Debtor's Chapter 11 case.

Dated: May 2, 2024

BY THE COURT

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.