**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                 :

In re:                             :     Chapter 11
                                 :

HO WAN KWOK, *et al.*,[1]       :     Case No. 22-50073 (JAM)
                                 :

          Debtors.       :     (Jointly Administered)
                                 :
---------------------------------------------------------x

**NOTICE OF CHAPTER 11 TRUSTEE PROVIDING UPDATE WITH RESPECT TO BRITISH VIRGIN ISLANDS PROCEEDINGS, AS RELATED TO K LEGACY LTD. AND LONDON APARTMENT**

Luc A. Despins, as chapter 11 trustee (the "Trustee") for Ho Wan Kwok (the "Debtor"), hereby provides notice that, on March 28, 2024, the High Court of Justice, Virgin Islands, Commercial Division (the "BVI Court"), entered, at the Trustee's request,[2] an *ex parte* order for interim injunction (the "BVI Injunction"), which, among other things: prohibits, absent prior notice to the Trustee, any sale or other transfer of (1) Apartment 6 and Apartment G3 at 5 Princes Gate in London, United Kingdom (together, the "London Apartment"); and (2) the ownership of K Legacy Ltd. ("K Legacy"), the entity that holds title to the London Apartment. Subsequently, on April 18, 2024, the BVI Court entered an order continuing the BVI Injunction (the "Injunction Continuance Order") until further order of the BVI Court. The BVI Injunction

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    The BVI Court had previously recognized the Trustee as the foreign representative with respect to the Debtor's chapter 11 case pursuant to an order entered on November 21, 2022.

and Injunction Continuance Order were subsequently served on, among others: (1) K Legacy and (2) the Debtor's son, Qiang Guo, purported owner of K Legacy, through his U.K. counsel.[3]

A copy of the BVI Injunction is attached hereto as **Exhibit A** and a copy of the Injunction Continuance Order is attached hereto as **Exhibit B**.

On February 15, 2024 the Trustee had filed a complaint [Adv. Proc. No. 24-05249, Docket No. 1] (the "Omnibus Alter Ego Complaint") alleging, among other things, that K Legacy and its assets, including the London Apartment, are and were at all relevant times property of the Debtor or the Debtor's chapter 11 estate, as applicable.  The Trustee's claims related to K Legacy and the London Apartment were subsequently excluded from the stay of the Omnibus Alter Ego Complaint imposed pursuant to the *Order Staying Adversary Proceedings and Granting Other Relief Pending Disposition of Criminal Proceedings* [Adv. Proc. No. 24-05249, Docket No. 14].


Dated:       May 2, 2024                              LUC A. DESPINS, CHAPTER 11 TRUSTEE

                                                      By: */s/ Douglass E. Barron*

                                                      Douglass E. Barron (admitted *pro hac vice*)
                                                      G. Alexander Bongartz (admitted *pro hac vice*)
                                                      PAUL HASTINGS LLP
                                                      200 Park Avenue
                                                      New York, New York 10166
                                                      (212) 318-6079
                                                      aviluft@paulhastings.com
                                                      alexbongartz@paulhastings.com

                                                           *and*

---

[3]    In an email dated May 2, 2024, Mr. Guo's U.K. counsel stated that she was not authorized to accept service for Mr. Guo.

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

 *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                           :
In re:                                     :    Chapter 11
                                           :
HO WAN KWOK, et al.,¹                      :    Case No. 22-50073 (JAM)
                                           :
                 Debtors.                  :    (Jointly Administered)
                                           :
-------------------------------------------------------x
```

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 2, 2024, the foregoing Notice was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:     May 2, 2024                     By: */s/ Douglass E. Barron*

Douglass E. Barron (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

**BVI Injunction**

Case Number :BVIHCOM2022/0213



**FILED**
**HIGH COURT**
TERRITORY OF
THE VIRGIN ISLANDS

PIN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS

**COMMERCIAL DIVISION**

CLAIM NO. BVIHCM 0213 OF 2022

IN THE MATTER OF HO WAN KWOK (aka Miles Kwok, aka Miles Guo, aka Wengui Guo)

AND IN THE MATTER OF PART XIX OF THE INSOLVENCY ACT 2003

Submitted Date:28/03/2024 09:31

Filed Date:28/03/2024 09:31

Fees Paid:72.59

BETWEEN

**LUC A. DESPINS**

**(IN HIS CAPACITY AS CHAPTER 11 TRUSTEE OF HO WAN KWOK)**

**APPLICANT**

**AND**

**(1)  K LEGACY LTD**
**(2)  SALAMANDER NOMINEES LIMITED**

**RESPONDENTS**

*EX PARTE* ORDER FOR INTERIM INJUNCTION

| | |
|---|---|
| **Before:** | Hon. Justice Paul Webster (Ag.) |
| **Dated:** | 27  March 2024 |
| **Entered:** | 28 March 2024 |

K LEGACY LTD,

c/o Trident Trust Company (B.V.I.) Limited

Trident Chambers

PO Box 146

607406875.1

**Tortola**

**VG1110**


**SALAMANDER NOMINEES LIMITED**

**c/o SHRM TRUSTEES (BVI) Limited**

**PO Box 4301**

**Tortola**

**VG1110**

**PENAL NOTICE**

**IF YOU FAIL TO COMPLY WITH THE TERMS OF THIS ORDER, PROCEEDINGS MAY BE COMMENCED AGAINST YOU FOR CONTEMPT OF COURT**

**ANY OTHER PERSON WHO KNOWS OF THIS ORDER AND DOES ANYTHING WHICH HELPS OR PERMITS THE RESPONDENT TO BREACH THE TERMS OF THIS ORDER MAY ALSO BE HELD TO BE IN CONTEMPT OF COURT AND MAY BE LIABLE TO BE IMPRISONED, FINED OR HAVE THEIR ASSETS SEIZED.**

**UPON** the Applicant filing the *Ex Parte* Notice of Application for injunctive relief dated 22 March 2024 (the *Application*) coming on for hearing on 27 March 2024

**AND UPON** hearing Peter Ferrer with Marcia McFarlane, counsel for the Applicants

**AND UPON** the court considering the evidence namely, Third Affidavit of Luc A Despins and Exhibit LD-3

**THIS ORDER:**

1      This is an Interim Injunction made against K Legacy Ltd and Salamander Nominees Limited (the *Respondents*) on 27 March 2024 by the Honourable Justice Paul Webster on the application of Luc A. Despins (the *Applicant*). The Judge has read the Third Affidavit of Luc Despins together with exhibit LD-3 listed in Schedule A and accepted the undertakings set out in Schedule B at the end of this Order.

2      This order was made at a hearing without notice to the Respondents. The Respondents have a right to apply to the Court to vary or discharge the order.

2

607406875.1

3    There will be a further hearing in respect of this order on 16 April 2024 with a time estimate of 30 minutes (the **Return Date**)

4    Pending the Return Date or further order of this court, the First Respondent (acting by and/or on the instructions of its directors, officers and/or agents mutatis mutandis) shall not, without first giving 21 days' written notice to the Applicant at lucdespins@paulhastings.com and his legal practitioners, Harney Westwood & Riegels, sell, transfer, encumber or in any way deal with Apartment 6 and Apartment G3 at 5 Princes Gate, London.

5    Pending the Return Date or further order of this court, the Second Respondent (acting by and/or on the instructions of its directors, officers and/or agents mutatis mutandis) shall not, without first giving 21 days' written notice to the Applicant at lucdespins@paulhastings.com and his legal practitioners, Harney Westwood & Riegels, sell, transfer, dispose of, pledge, charge, encumber or in any way deal with or diminish of the shareholding in K Legacy Ltd.

6    The costs of this application are reserved to the Judge hearing the application on the Return Date.

**VARIATION OR DISCHARGE OF THIS ORDER**

7    Anyone served with or notified of this Order may apply to the Court to vary or discharge this Order (or so much of it as affects that person), but they must first inform the Applicant's legal practitioner. If any evidence is relied upon in support of the application, the substance of it must be communicated in writing to the Applicant and anyone wishing to do so must first inform the Applicant's legal practitioner in advance.

**INTERPRETATION OF THIS ORDER**

8    A Respondent who is an individual who is ordered not to do something must not do it themselves or in any other way. They must not do it through others acting on their behalf or on their instructions or with their encouragement.

9    A Respondent who is not an individual who is ordered not to do something must not do it itself or by its directors, officers, partners, employees or agents or in any other way.

607406875.1

**COMMUNICATIONS WITH THE COURT**

10    All communications to the court about this order should be sent to bvicomregistry@eccourts.org
quoting the claim number.

11    The Court office is situated at Sakal Place, Road Town, Tortola, British Virgin Islands. The offices
are open between 9am and 4pm Monday to Friday, excluding bank or public holidays. The
telephone number is +284 468 5001.

**BY ORDER OF THE COURT**

**THE REGISTRAR**

4                                        607406875.1

**Schedule A- Affidavits**

The Applicant relied on the following affidavits-

Third Affidavit of Luc A. Despins together with exhibit LD-3 sworn 25 March 2024 filed on behalf of the Applicant

Schedule B- Undertakings given to the Court by the Applicant

12    If the court later finds that this order has caused loss to the Respondents and decides that the Respondents should be compensated for that loss, the Applicant will comply with any order the court may make.

13    The applicant will serve upon the respondent together with this order, as soon as practicable -

   (a)    copies of the affidavits and exhibits containing the evidence relied upon by the Applicant, and any other documents provided to the Court on the making of the application;

   (b)    the claim form; and

   (c)    a notice of application for continuation of the order.

14    Anyone notified of this order will be given a copy of it by the applicant's legal practitioner.

**NAME AND ADDRESS OF THE APPLICANT'S LEGAL PRACTITIONER**

15    The Applicant's Legal Practitioner is:

Harney Westwood & Riegels LP, Legal Practitioners for the Applicant, Craigmuir Chambers, PO Box 71, Road Town, Tortola, British Virgin Islands; telephone number: +1 284 494 2233; fax: +1 284 494 3547; ref: 058684-0001-AMT/JQS.

607406875.1

**IN THE EASTERN CARIBBEAN SUPREME COURT**

**IN THE HIGH COURT OF JUSTICE**

**VIRGIN ISLANDS**

**COMMERCIAL DIVISION**

**CLAIM NO. BVIHCM    0213        OF 2022**

**IN THE MATTER OF HO WAN KWOK**

**AND IN THE MATTER OF THE INSOLVENCY ACT 2003b**

**BETWEEN**

LUC A. DESPINS (IN HIS CAPACITY AS CHAPTER 11 TRUSTEE

OF HO WAN KWOK)

**APPLICANT**

**AND**

(1)    **K LEGACY LTD**

(2)    **SALAMANDER NOMINEES LIMITED**

---

*EX PARTE* **ORDER FOR INTERIM INJUNCTION**

---

**Harney Westwood & Riegels LP**

Legal Practitioners for the Applicant

Craigmuir Chambers, PO Box 71

Road Town, Tortola, British Virgin Islands Virgin Islands

T (284) 494-2233 | F (284) 494-3547

andrew.thorp@harneys.com

Ref: 058684-0001-AMT



6                                                    607406875.1

**Exhibit B**

**Injunction Continuance Order**

**Case Number :BVIHCOM2022/0213**



IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
**VIRGIN ISLANDS**

**COMMERCIAL DIVISION**

CLAIM NO. BVIHCM 0213 OF 2022

**Submitted Date:17/04/2024 11:31**

**Filed Date:17/04/2024 11:33**

**Fees Paid:72.59**

IN THE MATTER OF HO WAN KWOK (aka Miles Kwok, aka Miles Guo, aka Wengui Guo)

AND IN THE MATTER OF PART XIX OF THE INSOLVENCY ACT 2003

BETWEEN

## LUC A. DESPINS

### (IN HIS CAPACITY AS CHAPTER 11 TRUSTEE OF HO WAN KWOK)

**APPLICANT**

AND

(1)  K LEGACY LTD
(2)  SALAMANDER NOMINEES LIMITED

**RESPONDENTS**

## ORDER CONTINUING INJUNCTION

**Before:**      Hon. Justice Paul Webster (Ag.)

**Dated:**       16 April 2024

**Entered:**     18   April 2024

**K LEGACY LTD,**

**c/o Trident Trust Company (B.V.I.) Limited**

**Trident Chambers**

**PO Box 146**

1

607593784.1

Tortola

VG1110


SALAMANDER NOMINEES LIMITED

c/o SHRM TRUSTEES (BVI) Limited

PO Box 4301

Tortola

VG1110

**PENAL NOTICE**

**IF YOU FAIL TO COMPLY WITH THE TERMS OF THIS ORDER, PROCEEDINGS MAY BE COMMENCED AGAINST YOU FOR CONTEMPT OF COURT**

**ANY OTHER PERSON WHO KNOWS OF THIS ORDER AND DOES ANYTHING WHICH HELPS OR PERMITS THE RESPONDENT TO BREACH THE TERMS OF THIS ORDER MAY ALSO BE HELD TO BE IN CONTEMPT OF COURT AND MAY BE LIABLE TO BE IMPRISONED, FINED OR HAVE THEIR ASSETS SEIZED.**

**UPON** the Applicant filing the Notice of Application for continuation of injunctive relief dated 12 April 2024 (the *Application*) coming on for hearing on 16 April 2024

**AND UPON** hearing Marcia McFarlane, counsel for the Applicant and there being no appearance for the Respondents

**AND UPON** the court considering the evidence namely, the Third Affidavit of Luc A Despins and Exhibit LD-3 , the Fourth Affidavit of Luc Despins with exhibit LD-4 and the affidavit of Greisy Ortiz with exhibit GZO-1

**THIS ORDER:**

1    The injunction granted *ex parte* by the Honourable Justice Paul Webster against K Legacy Ltd and Salamander Nominees Limited (the *Respondents*) in the order dated 27 March 2024 on the application of Luc A. Despins (the *Applicant*) is hereby continued until further order.

2    The costs of this application be paid by the Respondents to be assessed if not agreed.

607593784.1

**VARIATION OR DISCHARGE OF THIS ORDER**

3      Anyone served with or notified of this Order may apply to the Court to vary or discharge this Order (or so much of it as affects that person), but they must first inform the Applicant's legal practitioner, Harney Westwood & Riegels, by email at andrew.thorp@harneys.com and the Applicant by email at lucdespins@paulhastings.com. If any evidence is relied upon in support of the application, the substance of it must be communicated in writing to the Applicant and anyone wishing to do so must first inform the Applicant's legal practitioner in advance.

**INTERPRETATION OF THIS ORDER**

4      A Respondent who is an individual who is ordered not to do something must not do it themselves or in any other way. They must not do it through others acting on their behalf or on their instructions or with their encouragement.

5      A Respondent who is not an individual who is ordered not to do something must not do it itself or by its directors, officers, partners, employees or agents or in any other way.

**COMMUNICATIONS WITH THE COURT**

6      All communications to the court about this order should be sent to bvicomregistry@eccourts.org quoting the claim number.

7      The Court office is situated at Sakal Place, Road Town, Tortola, British Virgin Islands. The offices are open between 9am and 4pm Monday to Friday, excluding bank or public holidays. The telephone number is +284 468 5001.

**BY ORDER OF THE COURT**

THE REGISTRAR

3

607593784.1

**Schedule A- Affidavits**

The Applicant relied on the following affidavits-

1.  Third Affidavit of Luc A. Despins together with exhibit LD-3 sworn 25 March 2024

2.  First Affidavit of Kimberly Crabbe Adams with exhibit KCA-1 dated 12 April 2024

3.  Fourth Affidavit of Luc A. Despins together with exhibit LD-4 sworn 16 April 2024 filed on behalf of the Applicant

4.  First affidavit of service of Greisy Ortiz with Exhibit GZO-1 dated 15 April 2024

Schedule B- Undertakings given to the Court by the Applicant

8       If the court later finds that this order has caused loss to the Respondents and decides that the Respondents should be compensated for that loss, the Applicant will comply with any order the court may make.

9       The applicant will serve upon the respondent [together with this order] [as soon as practicable]—

   (a)      copies of the affidavits and exhibits containing the evidence relied upon by the Applicant, and any other documents provided to the Court on the making of the application; and

   (b)      a notice of application for continuation of the order.

10      Anyone notified of this order will be given a copy of it by the applicant's legal practitioner.

**NAME AND ADDRESS OF THE APPLICANT'S LEGAL PRACTITIONER**

11      The Applicant's Legal Practitioner is:

Harney Westwood & Riegels LP, Legal Practitioners for the Applicant, Craigmuir Chambers, PO Box 71, Road Town, Tortola, British Virgin Islands; telephone number: +1 284 494 2233; fax: +1 284 494 3547; ref: 058684-0001-AMT/JQS.

4                                        607593784.1

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO. BVIHCM    0213    OF 2022

IN THE MATTER OF HO WAN KWOK

AND IN THE MATTER OF THE INSOLVENCY ACT 2003b

BETWEEN

LUC A. DESPINS (IN HIS CAPACITY AS CHAPTER 11 TRUSTEE

OF HO WAN KWOK)

APPLICANT

AND

(1)    K LEGACY LTD

(2)    SALAMANDER NOMINEES LIMITED

---

**ORDER CONTINUING INJUNCTION**

---

**Harney Westwood & Riegels LP**

Legal Practitioners for the Applicant

Craigmuir Chambers, PO Box 71

Road Town, Tortola, British Virgin Islands Virgin Islands

T (284) 494-2233 | F (284) 494-3547

andrew.thorp@harneys.com

Ref: 058684-0001-AMT



5                                    607593784.1