**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------x
                                                 :
In re:                                           :   Chapter 11
                                                 :
HO WAN KWOK, et al.,¹                            :   Case No. 22-50073 (JAM)
                                                 :
                 Debtors.                        :   (Jointly Administered)
                                                 :
-------------------------------------------------x
```

**GENEVER HOLDINGS LLC'S MOTION**
**TO HOLD REMOTE HEARING ON MAY 6, 2024**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure, Genever Holdings LLC, debtor and debtor in possession (the "Genever US Debtor"), hereby respectfully moves (the "Motion") the Court to order that the hearing (the "Hearing") scheduled for May 6, 2024, at 12 noon, be held on a remote basis using the Court's Zoom.gov platform.  In support of the Motion, the Genever US Debtor states the following:

On April 24, 2024, the Genever US Debtor filed its *Motion, Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Other Related Relief* [ECF No. 3128] (the "Motion").  The Court granted the Genever US Debtor's motion to limit and shorten notice [ECF Nos. 3129, 3145], prescribing notice on the Motion, ordering an objection deadline of May 2, 2024, at 5 p.m., and

---

¹    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

scheduling the Hearing for May 6, 2024, at 12 noon.  The Genever US Debtor has served the Motion in compliance with the Court's Order [ECF No. 3148].  The deadline to object has passed and no objections have been filed with respect to the Motion.  No other matters in connection with the above-captioned chapter 11 cases are scheduled to be heard at the Hearing.

In light of the absence of any objections to the Motion, and in the interest of minimizing expense to the Genever US Debtor's estate,[2] the Genever US Debtor respectfully requests that the Hearing be held on a remote basis using the Court's Zoom.gov platform.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[2]    Travel time to Bridgeport from points south is presently substantially longer than usual, because Interstate 95 is closed in both directions in Norwalk.  Reporting indicates that the highway may remain closed "through at least Monday morning."   https://www.nbcconnecticut.com/news/local/crash-fire-interstate-95-norwalk/3280780/

WHEREFORE, for the foregoing reasons, the Genever US Debtor respectfully requests that the Hearing be held on a remote basis using the Court's Zoom.gov platform and that the Court grant such other and further relief as is just and proper.

Dated: May 3, 2024                GENEVER HOLDINGS LLC
        New Haven, Connecticut

                               By:     */s/ Patrick R. Linsey*
                                   Douglas S. Skalka (ct00616)
                                   Patrick R. Linsey (ct29437)
                                   NEUBERT, PEPE & MONTEITH, P.C.
                                   195 Church Street, 13th Floor
                                   New Haven, Connecticut 06510
                                   (203) 781-2847
                                   dskalka@npmlaw.com
                                   plinsey@npmlaw.com

                                   *Its Counsel*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
                                                :

In re:                                :     Chapter 11
                                                :

HO WAN KWOK, *et al.*,[1]          :     Case No. 22-50073 (JAM)
                                                :

           Debtors.           :     (Jointly Administered)
                                                :
------------------------------------------------------x

**[PROPOSED] ORDER GRANTING
GENEVER HOLDINGS LLC'S MOTION
<u>TO HOLD REMOTE HEARING ON MAY 6, 2024</u>**

Upon the motion (the "<u>Motion</u>") of Genever Holdings LLC (the "<u>Genever US Debtor</u>") for entry of an order providing that the hearing (the "<u>Hearing</u>") scheduled for 12 noon on May 6, 2024, on the Genever US Debtor's *Motion, Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Other Related Relief* [ECF No. 3128] (the "<u>Motion</u>"), be held on a remote basis, and good cause appearing therefore, it is hereby

1.      ORDERED that the Motion is granted as set forth herein; and it is further

2.      ORDERED that the Hearing shall be held on a remote basis via the Court's Zoom.gov platform, and parties wishing to attend the hearing may obtain login instructions to connect to the ZoomGov remote conference by sending an email to the Clerk's office via the

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

```
-------------------------------------------------------x
                                        :
In re:                                  :    Chapter 11
                                        :
HO WAN KWOK, et al.,¹                   :    Case No. 22-50073 (JAM)
                                        :
              Debtors.                  :    (Jointly Administered)
                                        :
-------------------------------------------------------x
```

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 3, 2024 the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: May 3, 2024                    GENEVER HOLDINGS LLC
        New Haven, Connecticut


                                      By:___ */s/ Patrick R. Linsey*
                                          Douglas S. Skalka (ct00616)
                                          Patrick R. Linsey (ct29437)
                                          NEUBERT, PEPE & MONTEITH, P.C.
                                          195 Church Street, 13th Floor
                                          New Haven, Connecticut 06510
                                          (203) 781-2847
                                          dskalka@npmlaw.com
                                          plinsey@npmlaw.com

                                          *Its Counsel*

---

¹    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).