ct136                                                                                                                                  04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On April 26, 2024, a Motion for Admission of Attorney Richard J. Reding to appear as a Visiting Attorney to represent Indium Software Inc. was filed in the Debtor's Chapter 11 case (the "Motion," ECF No. 3144) by Attorney Elizabeth N. Krasnow (the "Sponsoring Attorney").  As the Motion satisfies the requirements set forth in D. Conn. L. Civ. R. 83.1(e)(2), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:**  Pursuant to D. Conn. L. Civ. R. 83.1(e)(2), Attorney Richard J. Reding is hereby admitted *pro hac vice* to represent Indium Software Inc. in the Debtor's Chapter 11 case.

**ORDERED:** The Sponsoring Attorney is excused from attendance in court pursuant to D. Conn. L. Civ. R. 83.1(e)(2).

Dated: May 3, 2024

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.