UNITED STATES BANKRUPTCY COURT DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
: Re: ECF No. 3164
------------------------------------x

## ORDER GRANTING
## GENEVER HOLDINGS LLC'S MOTION
## TO HOLD REMOTE HEARING ON MAY 6, 2024

Upon the motion (the "Motion") of Genever Holdings LLC (the "Genever US Debtor") for entry of an order providing that the hearing (the "Hearing") scheduled for 12 noon on May 6, 2024, on the Genever US Debtor's *Motion, Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Other Related Relief* [ECF No. 3128] (the "Motion"), be held on a remote basis, and good cause appearing therefore, it is hereby

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that the Hearing shall be held on a remote basis via the Court's Zoom.gov platform, and parties wishing to attend the hearing may obtain login instructions to connect to the ZoomGov remote conference by sending an email to the Clerk's office via the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

Dated at Bridgeport, Connecticut this 3rd day of May, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).