**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                                              :    Chapter 11
In re:                                                                    :
                                                                              :    Case No. 22-50073 (JAM)
HO WAN KWOK, *et al.*,[1]                                    :
                                                                              :    (Jointly Administered)
                             Debtors.                                :
                                                                              :    RE: ECF No. 3128
---------------------------------------------------------x

**ORDER GRANTING GENEVER HOLDINGS LLC'S MOTION, PURSUANT TO BANKRUPTCY CODE SECTIONS 363(b) AND 554 AND BANKRUPTCY RULE 6007(a), FOR ENTRY OF ORDER (I) AUTHORIZING GENEVER HOLDINGS LLC TO OBTAIN SERVICES NECESSARY TO CLEAN REMAINING AREA OF SHERRY NETHERLAND APARTMENT AND (II) GRANTING OTHER RELATED RELIEF**

Upon the motion (the "Motion")[2] of debtor Genever Holdings LLC ("Genever US"), for an order (this "Order") authorizing Genever US to obtain the services necessary to clean the Remaining Area of the Sherry Netherland Apartment, including authorization for Genever US to (a) hire DKI to undertake the principal aspects of the Cleaning Project, including deconstruction and removal of the ceiling and corridor, cleaning out the plenum (*i.e.*, the interstitial space between the ceiling drywall and the ceiling concrete), and cleaning the walls, millwork, and floors, (b) select and hire related contractors and other third-party service providers in the ordinary course of the Cleaning Project (including construction monitoring, electrical services, air quality monitoring, asbestos abatement, and clearance testing), including Sciame, GBTS,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

ABF, and Hillmann, (c) expand the scope of the architect consulting agreement with Acheson Doyle to cover services related to the Cleaning Project, (d) select and hire contractors to clean, package, and move into storage furniture and other related items, including Montvale, CCC, and Light Touch, (e) pay such contractors and other third-party service providers in the ordinary course of the Cleaning Project, subject to certain procedural safeguards, and (f) abandon and dispose of items of inconsequential value located in the Sherry Netherland Apartment (including used mattresses, box springs, and kitchen/cleaning supplies), all as further detailed in the Motion; and the Court having reviewed the Motion and having considered the statements of counsel before the Court at a hearing held on May 6, 2024 (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Motion having been given; and no other or further notice being required; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested by the Motion, as modified by the terms of this Order is in the best interest of Genever US's estate and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Genever is authorized to select and hire contractors and other third-party service providers in the ordinary course of the Cleaning Project (including, to the extent necessary, as it relates to asbestos abatement), as may be necessary to clean the Sherry Netherland Apartment, subject to the procedures set forth in paragraphs 4 and 5 of this Order. For the avoidance of

doubt, Genever US is also authorized to (a) enter into, and perform under, agreements with DKI, Hillmann, GBTS, ABF, Sciame, Montvale, CCC, and Light Touch to undertake the Cleaning Project, in accordance with their respective proposals, and (b) pay their fees and expenses in the ordinary course of the Cleaning Project, without further Court approval.

3. Genever US is authorized to enter into, and perform under, the Acheson Doyle Proposal. As it relates to the payment of Acheson Doyle's fees and expenses, Genever US shall file a notice with the Court attaching Acheson Doyle's invoices for its services. Parties in interest will then have fourteen (14) days to object to such invoices. If no timely objections are filed with the Court, Genever US is authorized to pay such invoices without further Court order. If any timely objections are filed, (i) Genever US may file a response to such objection(s) within seven (7) days thereafter and (ii) pay the portion of the fees and expenses that are not subject to such objection. To the extent that an objection cannot be consensually resolved among the parties, the Court will rule on the matter.

4. Genever US shall provide all invoices received from the contractors and other third-party service providers in connection with the Cleaning Project in an amount greater than $25,000 to Sales Officer, PAX, the Committee, the U.S. Trustee, and the Sherry Netherland (the "Consultation Parties") before paying such invoices.

5. Genever US is authorized to abandon and dispose of the Disposable Items located in the Sherry Netherland Apartment.

6. Notwithstanding the provisions of Bankruptcy Rule 6004(h) or any applicable provisions of the Local Rules, this Order shall not be stayed after the entry hereof, but shall be effective and enforceable immediately upon entry, and the 14-day stay provided in Bankruptcy Rule 6004(h) is hereby expressly waived and shall not apply.

7. Genever US is authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 6th day of May, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut