# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, et al.,<br><br>    Debtors. | Chapter 11<br><br>Bankr. No. 22-50073 (JAM) |
| MEI GUO; HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC; LEE VARTAN, ESQ.; and CHIESA SHAHINIAN & GIANTOMASI PC,<br><br>    Appellants,<br><br>v.<br><br>LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>    Appellee. | Civ. No. 3:23-CV-375 (KAD)<br><br><br><br><br><br>May 3, 2024 |

## NOTICE OF APPEAL

Notice is hereby given that Mei Guo, HK International Funds Investments (USA) Limited, LLC (the "HK Parties"), Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC (collectively, "Petitioners"), Petitioners in the above-captioned case, appeals to the United States Court of Appeals for the Second Circuit from the Order and Final Judgment entered in this action on April 11, 2024 (ECF No. 42), and from all associated orders and opinions, including without limitation the Opinion entered

1

on April 5, 2024 (ECF No. 40), affirming the Bankruptcy Court's order holding the HK Parties in contempt and awarding fees to Respondent Luc A. Despins, the Chapter 11 Trustee, as an appropriate sanction against Petitioners.

Respectfully submitted,

/s/ Aaron A. Romney

| | |
|---|---|
| Lee Vartan (*pro hac vice*) | Aaron A. Romney (ct28144) |
| Melissa F. Wernick (*pro hac vice*) | James M. Moriarty (ct21876) |
| **CHIESA SHAHINIAN & GIANTOMASI PC** | **ZEISLER & ZEISLER PC** |
| 105 Eisenhower Parkway | 10 Middle Street, 15th Floor |
| Roseland, NJ 07068 | Bridgeport, CT 06604 |
| Telephone: (973) 325-1500 | Telephone: (203) 368-4234 |
| Facsimile: (973) 325-1501 | Facsimile: (203) 368-5485 |

*Attorneys for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC*

4866-5069-7915.v1