UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br>HO WAN KWOK, et al.,<br><br>*Debtors.* | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br>May 7, 2024 |

### MOTION FOR PRO HAC VICE ADMISSION FOR CHARLES R. BENNETT JR.

Pursuant to D. Conn. L. Civ. R. 83.1(d), incorporated herein by L. Bankr. R 1001-1(l), the undersigned, a member in good standing of the bar of this Court, and having entered an appearance in this matter, hereby moves this Court to admit Charles R. Bennett Jr., a member of the Commonwealth of Massachusetts, state of New Hampshire, state of Rhode Island, United States District Court for the District of Massachusetts, United States District Court for the District of Rhode Island, and the first Circuit Court of Appeals, Pro Hac Vice to appear in the within case and the related adversary proceeding *Despins v. Cayuse Government Services, LLC., Adv. Pro. No. 24-05230* on behalf of Cayuse Government Services, LLC.

1. The primary office of Attorney Bennett is Murphy and King, Professional Corporation, 28 State Street, Boston, MA 02109; main telephone number: (617) 423-0400 and his email address is cbennett@murphyking.com

2. To the best of my knowledge, Attorney Bennett is a member in good

standing of the Courts listed in his affidavit submitted herewith, there are no disciplinary proceedings pending against him in any jurisdiction, and he has not been disciplined or denied admission by this Court or any other Court in any jurisdiction.

3. Pursuant to rule 83.1(d)(1)(e) of the Local Rules of Civil Procedure, Attorney Bennett has designated the undersigned as his agent for the resolution of any dispute arising out of his admission.

WHEREFORE, the undersigned respectfully requests that this Court admit Charles R. Bennett Jr., Esq *pro hac vice* in this matter.

Dated May 7, 2024

    Respectfully submitted;

By /s/ VINCENT J. AVEERAIMO
    Vincent J. Averaimo ct 23652
    Barton Gilman LLP
    250 Broad Street
    Milford, CT 06460
    203-874-6773
    VAVERAIMO@BGLAW.COM
    Counsel for Cayuse Government Services, LLC.

## **CERTIFICATION**

     I hereby certify that the foregoing Motion for Admission Pro Hac Vice of Charles R. Bennett, Jr., Esq. was filed electronically on May 7 2024. Notice of this filing will be sent by email to all parties registered for electronic service in this proceeding through the Court's CM/ECF system.

                                          Respectfully submitted;

By  /s/ VINCENT J. AVERAIMO
      Vincent J. Averaimo ct 23652
      Barton Gilman LLP
      250 Broad Street
      Milford, CT  06460
      203-874-6773
      VAVERAIMO@BGLAW.COM
      Counsel for Cayuse Government Services, LLC.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT DIVISION)

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>　　　　　Debtor. | Case No. 22-50073 (JAM)<br><br>Chapter 11 |

## AFFIDAVIT OF CHARLES R. BENNETT, JR., IN SUPPORT OF HIS MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

I, Charles R. Bennett, Jr., having been duly sworn, depose and state that:

1.　I submit this Affidavit in support of the motion for my admission as a visiting attorney as counsel on behalf of Cayuse Government Services LLC. I am fully competent to testify as to the matters herein and have personal knowledge of the facts herein. All information in this Affidavit is true and correct to the best of my knowledge.

2.　I am a Partner in the law firm of Murphy & King Professional Corporation. My office address is 28 State Street, Boston, Massachusetts 02109. My office telephone number is (617) 423-0400, the fax number is (617) 423-0498, and my email is cbennett@murphyking.com.

3.　Pursuant to Local Rule of the United States District Court for the District of Connecticut 83.1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as follows: Commonwealth of Massachusetts (BBO No. 037380), State of New Hampshire (Bar No. 5498), State of Rhode Island (Bar No. 5430); United States District Court for the District of Massachusetts, United States District Court for the District of New Hampshire, and United States District Court for the District of Rhode Island, and the First Circuit Court of Appeals.

1

4. I have no pending disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered and my license to practice before or withdrawn and application for admission to practice before this Court or any other court.

5. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case, and I also certify that I am generally familiar with this Court's Local Rules and have reviewed the Federal Rules of Civil and Criminal Procedures, Local Rules for the United States District Court for the District of Connecticut, United States Bankruptcy Court for the District of Connecticut, the Connecticut Rules of Professional Conduct.

6. I designate my sponsoring attorney, Vincent J. Averaimo (Connecticut Juris Number 23656) as my agent for service of process at the following address: Barton Gilman LLP, 250 Broad Street, Milford, Connecticut 06460.

7. I further certify that the fee of $200 has been paid to the Clerk of the Office of the United States District Court for the District of Connecticut prior to the filing of this motion and that this Court will receive Certificates of Good Standing from the Commonwealth of Massachusetts, State of New Hampshire, and State of Rhode Island within sixty days of admission.

I declare under the pains of perjury the foregoing to be true.

Charles R. Bennett, Jr. (BBO #037380)
MURPHY & KING, P.C.
28 State Street, Suite 3101
Boston, Massachusetts 02109
Tel: 617-423-0400
Fax: 617-423-0498
cbennett@murphyking.com

Sworn to before me this 2nd day of May, 2024.



Notary Public
My Commission Expires: July 26, 2030

831630

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br><br>HO WAN KWOK, et al.,<br><br>*Debtors.* | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**ORDER GRANTING PRO HAC VICE ADMISSION TO
CHARLES R. BENNETT JR. ESQ.**

On this _____ day of ____ 2024, came on for consideration the Motion for Admission *Pro Hac Vice* (the "Motion"), filed by a member of the bar of this Court on behalf of Charles R. Bennett Jr., an attorney for Cayuse Government Services, LLC in the above-captioned case and related proceedings.

The Court, having determined no reason for denying the application, accordingly, grants the relief requested in the Motion.

IT IS HEREBY ORDERED that Charles R. Bennett Jr., Esq., is hereby admitted to practice in the United States Bankruptcy Court for the District of Connecticut in connection with the above-captioned case and related proceedings, and with respect hereto he shall have all

rights, privileges, and responsibilities of a member of the bar of this Court; and it is further

ORDERED that all notices directed to Charles R. Bennett Jr., may be served by directing same to Vincent J. Averaimo, Esq., at Barton Gilman LLP., 250 Broad Street, Milford, CT 06460.

Signed this ___ day of _____ 2024.

_____
Honorable Julie A. Manning
United States Bankruptcy Judge