ct136                                                                                                        04/2019

# United States Bankruptcy Court

### District of Connecticut



In re:  Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

Luc A. Despins, Chapter 11 Trustee,
Plaintiff(s)

v.

Cayuse Government Services, LLC,
Defendant(s)

Adversary Proceeding No: 24-05230

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On May 7, 2024, a Motion for Admission of Attorney Charles R. Bennett, Jr. to appear as a Visiting Attorney to represent Cayuse Government Services, LLC was filed in the Debtor's Chapter 11 case (the "Motion," ECF No. 3172) by Attorney Vincent J. Averaimo (the "Sponsoring Attorney").  The Motion requests that Attorney Bennett be admitted to appear as Visiting Attorney in the Debtor's Chapter 11 Case and in Adv. Pro. No. 24-05230.  As the Motion satisfies the requirements set forth in D. Conn. L. Civ. R. 83.1(e), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:**  Pursuant to D. Conn. L. Civ. R. 83.1(e), Attorney Charles R. Bennett, Jr. is hereby admitted *pro hac vice* to represent Cayuse Government Services, LLC in the Debtor's Chapter 11 case and in Adv. Pro. No. 24-05230; and it is further

**ORDERED:** The Sponsoring Attorney shall file a Notice of Appearance in the Debtor's Chapter 11 Case on or before May 17, 2024.

Dated: May 8, 2024

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.