AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**

**DUE DATE:**

**Instructions**

| | | |
|---|---|---|
| 1. NAME  Patrick R. Linsey | 2. PHONE NUMBER  (203) 781-2847 | 3. DATE  5/6/2024 |
| 4. DELIVERY ADDRESS OR EMAIL  plinsey@npmlaw.com | 5. CITY  New Haven | 6. STATE  CT    7. ZIP CODE  06510 |
| 8. CASE NUMBER  22-50073 | 9. JUDGE  Hon. Julie A. Manning | DATES OF PROCEEDINGS  10. FROM 5/6/2024    11. TO 5/6/2024 |
| 12. CASE NAME  Ho Wan Kwok and Genever Holdings LLC | | LOCATION OF PROCEEDINGS  13. CITY Bridgeport    14. STATE CT |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Entire Hearing | 5/6/2024 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☒ | NO. OF COPIES 1 | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL    0.00

| | |
|---|---|
| 18. SIGNATURE  /s/Patrick R. Linsey | PROCESSED BY  Lorenzo M. Whitmore |
| 19. DATE  5/8/2024 | PHONE NUMBER  203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY  Reliable | COURT ADDRESS  915 Lafayette Blvd.  Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

Print    Save As...    Reset

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Monday May 06 2024

---

| 12:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:**  #3128; Motion for Order / Genever Holdings LLCs Motion, Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Other Related Relief Filed by Luc A. Despins on behalf of Luc A. Despins, Genever Holdings LLC, Chapter 11 Trustee, Debtor

# **Parties that Appeared at the May 6, 2024 Hearing**

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**G. Alexander Bongartz**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

**Sherry J. Millman**
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017

**Taruna Garg**
Murtha Cullina LLP
107 Elm Street
Four Stamford Plaza
Suite 1101
Stamford, CT 06902

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510