# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# AT BRIDGEPORT

|  |  |
|---|---|
| In Re: ) | Case No. 22-50073 JAM |
| ) | |
| ) | Chapter 13 |
| HO WAN KWOK ) | |
|    Debtor ) | |
| ) | MAY 10, 2024 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, in accordance with Bankruptcy Rule 90l0(b), Vincent J. Averaimo, Esq., Barton Gilman LLP, 250 Broad Street, Milford, CT  06460, hereby appears as attorney for **CAYUSE GOVERNMENT SERVICES, LLC**, in the above-captioned matter.

Please provide to Vincent J. Averaimo, Esq., c/o Barton Gilman LLP copies of all notices given or required to be given in this case and all papers served or required to be served, pursuant to Bankruptcy Code Sections 102(1) or 1109(b), or by Bankruptcy Rules 2002 or 9007.

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Rules specified above, but also include without

limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise, (l) which affect or seek to affect in any way any rights or interest of **CAYUSE GOVERNMENT SERVICES, LLC**.

                                                   By: /s/Vincent J. Averaimo
                                                        VINCENT J. AVERAIMO, ESQ.
                                                        BARTON GILMAN LLP
                                                        250 Broad Street
                                                        Milford, CT 06460
                                                        203-874-6773 (telephone)
                                                        203-874-5765 (fax)
                                                        vaveraimo@bglaw.com (e-mail)
                                                        Fed Bar No. ct23656
                                                        Its Attorney

MAY 10, 2024
To: All parties on the annexed list

**CERTIFICATION OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was filed electronically on May 10, 2024. Notice of this filing will be sent by email to all parties registered for electronic service in this proceeding through the Court's CM/ECF system.

By: /s/Vincent J. Averaimo_____
    VINCENT J. AVERAIMO, ESQ.
    BARTON GILMAN LLP
    250 Broad Street
    Milford, CT 06460
    203-874-6773 (telephone)
    203-874-5765 (fax)
    vaveraimo@bglaw.com (e-mail)
    Fed Bar No. ct23656
    Its Attorney