**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                  :

In re:                            :                    Chapter 11
                                  :

HO WAN KWOK, *et al.*,[1]       :                    Case No. 22-50073 (JAM)
                                  :

          Debtor.           :                    (Jointly Administered)
------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S MOTION**
**FOR ENTRY OF CONSENT ORDER REGARDING TRANSFER**
**OF OWNERSHIP OF DUCATI MOTORCYCLE TO ESTATE**

      Luc A. Despins (hereinafter, the "Trustee"), in his capacity as Chapter 11 Trustee of Ho

Wan Kwok (the "Debtor"), hereby moves (the "Motion") for entry of an order, substantially in the

form of the proposed order filed herewith as **Exhibit A** (the "Proposed Order"), transferring

ownership of the Ducati Diavel motorcycle bearing VIN number ZDMGAHRW5MB005016 (the

"Ducati") to the Debtor's estate and declaring it to be property of the estate.  The Motion is filed

upon the consent of the registered owner of the Ducati, Scott Barnett (together with the Trustee,

the "Parties" and each a "Party").  In support of the Motion, the Trustee states the following:

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## MOTION

1.      The Parties believe that Scott Barnett is currently the registered owner of the Ducati, which is presently located at the premises at 675 Ramapo Valley Road, Mahwah, New Jersey (the "Mahwah Mansion").[2]

2.      The Trustee has asserted that the Ducati is property of the estate.

3.      Mr. Barnett states that he is not in possession of the Ducati, the title documents for the Ducati, or the keys for the Ducati.  To the extent he holds an ownership interest in the Ducati, Mr. Barnett disclaims such interest and consents to the relief requested in this Motion.

4.      On October 31, 2023, Taurus Fund LLC filed its *Report re: Property at Mahwah House*, filed on October 31, 2023 [Adv. Proc. No. 23-05017, Docket No. 78] (the "Mahwah Property Report"), stating that it does not, and did not, own the Ducati.  *See* Mahwah Property Report, at 6, lines 13-1 and 14-1.

5.      The Trustee requests, upon consent of Mr. Barnett, that the ownership of the Ducati be transferred to the estate in order to resolve any dispute as to its ownership.

*[Remainder of page intentionally left blank.]*

---

[2]      Attached as **Exhibit B** hereto is the Vehicle Title Record from the New York Department of Motor Vehicles, dated April 12, 2024, showing Mr. Barnett as current owner of the Ducati, as well as the absence of any unsatisfied liens.

WHEREFORE, the Trustee requests that the Court enter the Proposed Order granting this Motion and grant such other and further relief as is just and proper.

Dated:     May 10, 2024                          LUC A. DESPINS,
           New Haven, Connecticut               CHAPTER 11 TRUSTEE

                                            By: */s/ Patrick R. Linsey*
                                                Patrick R. Linsey (ct29437)
                                                NEUBERT, PEPE & MONTEITH, P.C.
                                                195 Church Street, 13th Floor
                                                New Haven, Connecticut 06510
                                                (203) 781-2847
                                                plinsey@npmlaw.com

                                                    *and*

                                                Nicholas A. Bassett (admitted *pro hac vice*)
                                                PAUL HASTINGS LLP
                                                2050 M Street NW
                                                Washington, D.C., 20036
                                                (202) 551-1902
                                                nicholasbassett@paulhastings.com

                                                    *and*

                                                Douglass Barron (admitted *pro hac vice*)
                                                PAUL HASTINGS LLP
                                                200 Park Avenue
                                                New York, New York 10166
                                                (212) 318-6079
                                                douglassbarron@paulhastings.com

                                                *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                            :
In re:                                      :   Chapter 11
                                            :
HO WAN KWOK et al.,                         :   Case No. 22-50073 (JAM)
                                            :
              Debtors.                      :   Jointly Administered
                                            :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2024, the foregoing Motion, and all declarations, exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    May 10, 2024
          New Haven, Connecticut

                                   By: */s/ Patrick R. Linsey*
                                      Douglas S. Skalka (ct00616)
                                      Patrick R. Linsey (ct29437)
                                      NEUBERT, PEPE & MONTEITH, P.C.
                                      195 Church Street, 13th Floor
                                      New Haven, Connecticut 06510
                                      (203) 781-2847
                                      dskalka@npmlaw.com
                                      plinsey@npmlaw.com

                                      *Counsel for the Chapter 11 Trustee*

## **<u>EXHIBIT A</u>**

**(Proposed Consent Order)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                       :

In re:                          :          Chapter 11
                                         :

HO WAN KWOK, *et al.*,[3]     :          Case No. 22-50073 (JAM)
                                       :

            Debtor.        :          (Jointly Administered)
-------------------------------------------------------x

**[PROPOSED] CONSENT ORDER REGARDING TRANSFER OF OWNERSHIP OF**
**DUCATI MOTORCYCLE TO ESTATE**

UPON CONSIDERATION OF the motion (the "Motion") of Luc A. Despins (the "Trustee"), in his capacity as Chapter 11 Trustee for Ho Wan Kwok (the "Trustee"), filed upon the consent of Scott Barnett, as the registered owner of the Ducati Diavel motorcycle bearing VIN number ZDMGAHRW5MB005016 (the "Ducati"), to transfer the ownership of the Ducati to the Debtor's estate and declaring it to be property of the estate, and good cause having been shown, it is by the Court hereby:

**ORDERED**, that the Ducati is exclusively property of the estate to be administered by the Trustee; and it is further

**ORDERED**, that pursuant to sections 541 and 542 of the Bankruptcy Code, the Ducati shall be turned over to the Trustee, free and clear of all liens, claims, interests and encumbrances, within five (5) business days; and it is further

---

[3]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**ORDERED**, that Mr. Barnett shall execute any documentation and take other action as reasonably necessary to have title to the Ducati transferred to the estate, including endorsing the Ducati's title documents and/or the relevant state motor vehicle authority documents to the Trustee; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.


Dated: _____, 2024




_____
Julie A. Manning
United States Bankruptcy Judge

## **EXHIBIT B**

**(Vehicle Title Record)**

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

# VEHICLE TITLE RECORD

4/12/24

| REQUEST CODE |
| --- |
| 1047182 |

| Title and Identification No. | Year | Make | Model | Body/Hull | Wt./Sts./Lgth | Color | Fuel | Cyl./Prop. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ZDMGAHRW0MB005084 | 21 | DUCAT | N/A | MCY | 518 | GR | GAS | 2 |

CURRENT OWNER:   PENDING    00   3020920194      2/21/23
                 BARNETT,GERALD,SCOTT
                 218 ELSIE AVE        MERRICK NY        11566


        ODOMETER:   00014   ACTUAL MILEAGE

LIENHOLDER:   NO UNSATISFIED LIENS RECORDED   04/11/24

This is to certify that the foregoing is a true and complete copy
(photographic) of a record on file in the New York State Deprtment of
Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*
COMMISSIONER OF MOTOR VEHICLES

MV-904N (1/19)