**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

```
------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
HO WAN KWOK,                              :    Case No. 22-50073 (JAM)
                                          :
             Debtor.                      :
                                          :
------------------------------------------------------x
```

**APPLICATION OF CHAPTER 11 TRUSTEE
FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE
SECTIONS 327, 328, AND 330, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL
BANKRUPTCY RULES 2014-1 AND 2016-1, EXPANDING RETENTION AND
EMPLOYMENT OF HARNEY WESTWOOD AND RIEGELS LP TO ALSO SERVE AS
CAYMAN ISLANDS COUNSEL TO CHAPTER 11 TRUSTEE**

Mr. Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "Chapter 11 Trustee")

appointed in the above-captioned chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the

"Debtor"), hereby files this application (the "Application") requesting that the Court expand the

Chapter 11 Trustee's employment of the law firm of Harney Westwood and Riegels LP

("Harneys") to also serve as Cayman Islands counsel to the Chapter 11 Trustee with respect to

this chapter 11 case, effective as of April 10, 2024.  In support of this Application, the Chapter

11 Trustee respectfully states as follows:

**RELIEF REQUESTED**

1.      By this Application, the Chapter 11 Trustee seeks entry of an order, substantially

in the form attached hereto as **Exhibit A** (the "Proposed Order"), expanding the retention and

employment of Harneys to also serve as Cayman Islands counsel to the Chapter 11 Trustee—in

addition to serving as British Virgin Islands ("BVI") counsel (which retention the Court

approved in January 2023).

2.     In support of this Application, the Chapter 11 Trustee submits the *Declaration of Andrew Thorp in Support of Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Expanding Retention and Employment of Harney Westwood and Riegels LP to Also Serve as Cayman Islands Counsel to Chapter 11 Trustee* (the "Thorp Declaration"), attached hereto as **Exhibit B**, which is incorporated herein by reference.

## JURISDICTION, VENUE, AND STATUTORY BASIS

3.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

4.     Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.     The statutory basis for the relief requested in this Application are sections 327, 328, and 330 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Procedure (the "Local Bankruptcy Rules").

## BACKGROUND

6.     On February 15, 2022 (the "Petition Date"), the Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

7.     On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in the Debtor's Chapter 11 Case.

8.     On July 8, 2022, the Court entered an order [Docket No. 523] granting the appointment of Luc A. Despins as the Chapter 11 Trustee in the Chapter 11 Case.

9.     On August 30, 2022, the Chapter 11 Trustee filed its application to retain Harneys as BVI counsel [Docket No. 807] (the "BVI Application"), effective as of July 31, 2022.

10.    On September 2, 2022, the Chapter 11 Trustee filed the supplemental declaration of Andrew Thorp in support of the Application [Docket No. 815] (the "First Supplemental Declaration").

11.    On September 13, 2022, the Chapter 11 Trustee filed the addendum to the BVI Application [Docket No. 855] to enter, on behalf of the Estate, into the director services agreement with Harneys Corporate Services Limited and Genever BVI.

12.    On January 4, 2023, the Court issued its order granting the BVI Application [Docket No. 1286].

13.    On April 6, 2023, the Chapter 11 Trustee filed the supplemental declaration of George Weston in support of the Application [Docket No. 1642] (the "Second Supplemental Declaration").

## HARNEYS' QUALIFICATIONS

14.    Harneys is a global offshore law firm that maintains an office in, among other locations, the Cayman Islands.  Harneys was founded in 1960 and has a widely diversified practice including dispute resolution, corporate and commercial law, private wealth, funds, banking and finance and regulatory and tax.  Harneys' Cayman Islands office currently employs 30 attorneys, who are assisted by 2 paralegals.

15.    The Chapter 11 Trustee selected Harneys as his Cayman Islands counsel because of Harneys' expertise in investigations, insolvency, restructuring, fraud, bankruptcy, corporate crimes and fraud, corporate and commercial litigation matters.  Harneys has substantial resources and expertise in the areas of the law that may arise in this case.  **Moreover, Harneys' BVI office**

**is already familiar with this chapter 11 case, as it has been assisting the Chapter 11 Trustee**

**in his investigation into BVI entities since July 2022.** Accordingly, Harneys is ideally suited

to also represent the Chapter 11 Trustee in connection with his investigation of Cayman Islands

entities.

## ANTICIPATED SERVICES

16.    The Chapter 11 Trustee anticipates that Harneys will render general legal services

as Cayman Islands counsel, as needed throughout the course of the Chapter 11 Case, including

investigations, bankruptcy, litigation, and other matters. Harneys will help the Trustee

investigate several key entities under the control of the Debtor which are incorporated in the

Cayman Islands, including in particular Hamilton Opportunity Fund SPC, a purported

investment fund which the Trustee alleges is beneficially owned and controlled by the Debtor

which has been used by the Debtor to, among other things, fund the purchase of the Debtor's

mansion home located in Mahwah, New Jersey, and to control 95% of the equity of Gettr USA,

Inc., operator of the social media platform, GETTR.

17.    The Chapter 11 Trustee requests to employ Harneys to render general legal

services as Cayman Island counsel with respect to this Chapter 11 Case.

18.    To avoid any duplication of effort and to provide services to the Chapter 11

Trustee in the most efficient and cost-effective manner, Harneys will coordinate with Paul

Hastings and NPM regarding their respective responsibilities in the Chapter 11 Case.

## COMPENSATION OF PROFESSIONALS

19.    Harneys intends to apply to the Court for compensation for professional services

rendered and for reimbursement of expenses incurred in connection with this Chapter 11 Case

pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local

4

Bankruptcy Rule 2016-1, and any other applicable rules and orders with respect to this Chapter 11 Case. Harneys will charge the Chapter 11 Trustee for its legal services on an hourly basis at its regularly applicable hourly rates for its Cayman Islands office in connection with the services required in this Chapter 11 Case.

20.     At present, the 2024 hourly rates of Harneys Cayman Islands are $320.00 for paralegal work; $590.00 to $1,015.00 for associates and counsel; and up to $1,300.00 for partners of the firm. Harneys' hourly rates are subject to periodic adjustments to reflect economic and other conditions.[1] It is anticipated that Harneys services will primarily be provided by Ben Hobden, whose hourly rate is $1,300.00, Caitlin Murdock whose hourly rate is $910.00 and Luke Fraser, whose hourly rate is $910.00.

21.     Harneys will also bill for out-of-pocket expenses made on behalf of the Chapter 11 Trustee, including photocopying, filing fees and international couriers, in accordance with practices in this District.

### HARNEYS IS DISINTERESTED

22.     To the best of the Chapter 11 Trustee's knowledge in reliance upon the Thorp Declaration, and except as disclosed therein, Harneys does not have any relationships with the Debtor, its creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

---

[1]    Harneys hourly rates are typically revised at the end of each calendar year to reflect experience, seniority, and standing. These step increases do not constitute "rate increases" (as the term is used in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013) (the "U.S. Trustee Guidelines"). As set forth in the Proposed Order, Harneys will provide ten business days' notice to the Debtor, the Assistant United States Trustee for the District of Connecticut (the "U.S. Trustee"), and counsel to the Committee and any other official committee, before implementing periodic increases, and shall file any such notice with the Court.

## **BASIS FOR RELIEF REQUESTED**

23.     The Chapter 11 Trustee requests to expand the retention and employment of Harneys to also serve as his Cayman Islands counsel pursuant to section 327(a) of the Bankruptcy Code, which provides that a trustee, subject to the approval of the Court, may employ professional persons "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."

24.     Under section 328(a) of the Bankruptcy Code, with bankruptcy court approval, a trustee may employ professional persons under section 327(a) of the Bankruptcy Code "on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

25.     Bankruptcy Rule 2014(a) provides that an application for retention include:

> specific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee.

26.     The Chapter 11 Trustee requires the services of Cayman counsel to exercise his responsibilities.  Cayman counsel will coordinate with and assist the Chapter 11 Trustee and its lead counsel, Paul Hastings and local counsel, Neubert, Pepe & Monteith, P.C., in investigating and/or seeking discovery of Cayman Islands entities affiliated with the Debtor.   Harneys will endeavor to avoid the duplication of efforts and provide services as efficiently as possible.  As the Court is aware, Harneys was previously retained to serve as the Chapter 11 Trustee's BVI counsel, and, by this Application, the Chapter 11 Trustee seeks to expand that retention to also encompass services in the Cayman Islands and/or related to Cayman Islands law.

6

27.     Accordingly, the employment of Harneys as the Chapter 11 Trustee's Cayman Islands counsel, upon the terms set forth herein and in the Proposed Order, is reasonable and in the best interest of the Debtor's estate.

28.     The Chapter 11 Trustee submits that Harneys' hourly rates are reasonable, comparable to Harneys' hourly rates for non-bankruptcy engagements, and within the range of rates charged by comparably skilled professionals who offer the same services.

29.     Local Bankruptcy Rule 2014-1 provides that if "an application to employ a professional is filed within thirty (30) days after the commencement of services provided by that professional, the application shall be deemed contemporaneously filed unless the Court orders otherwise." Accordingly, the Chapter 11 Trustee requests authority to retain and employ Harneys effective April 10, 2022, which was the date that Harneys' Cayman Island attorneys began providing services to the Chapter 11 Trustee.

## NOTICE

30.     Notice of this Application has been given to the United States Trustee, the Debtor, the Committee, and, by electronic filing utilizing the Court's electronic filing ("CM/ECF") system, to all appearing parties who utilize the CM/ECF system.

## NO PRIOR REQUEST

31.     No previous application for the relief requested herein has been made to this or any other Court.

*[Remainder of page intentionally left blank.]*

WHEREFORE, for the foregoing reasons, Luc A. Despins, the Chapter 11 Trustee, requests that the Court enter the Proposed Order, substantially in the form attached hereto are **Exhibit A**, granting this Application and such other and further relief as the Court deems just and proper.

Dated:   May 10, 2024                                Chapter 11 Trustee for the Estate of Ho Wan Kwok

                                                     */s/ Luc A. Despins*
                                                     Luc A. Despins

## EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
HO WAN KWOK, et al.,[1]                                :    Case No. 22-50073 (JAM)
                                                       :
              Debtors.                                 :    Jointly Administered
                                                       :
-------------------------------------------------------x
```

**[PROPOSED] ORDER GRANTING APPLICATION OF CHAPTER 11 TRUSTEE
FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE
SECTIONS 327, 328, AND 330, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL
BANKRUPTCY RULES 2014-1 AND 2016-1, EXPANDING RETENTION AND
EMPLOYMENT OF HARNEY WESTWOOD AND RIEGELS LP TO ALSO SERVE AS
CAYMAN ISLANDS COUNSEL TO CHAPTER 11 TRUSTEE**

Upon the application (the "Application")[2] of Chapter 11 Trustee Luc A. Despins (the

"Chapter 11 Trustee") in the above-captioned chapter 11 case (the "Chapter 11 Case") for

authority to expand the retention and employment of Harney Westwood and Riegels LP

("Harneys") to also serve as Cayman Islands counsel to the Chapter 11 Trustee, effective as of

April 10, 2024, pursuant to sections 327, 328, and 330 of title 11 of the United States Code (the

"Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Procedure

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
       Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
       Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
       mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
       LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
       (solely for purposes of notices and communications).

[2]    Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application or the
       Thorp Declaration (as defined below).

for the United States Bankruptcy Court for the District of Connecticut (the "Local Bankruptcy

Rules"), all as more fully set forth in the Application; and upon consideration of the Application,

the Declaration of Andrew Thorp (the "Thorp Declaration") and the Prior Declarations; and this

Court having jurisdiction to consider the Application and the relief requested therein in

accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the

United States District Court for the District of Connecticut; and consideration of the Application

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and

venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having

found that (i) the relief requested in the Application is in the best interest of the Debtor's estate,

its creditors, and all parties-in-interest, (ii) the legal and factual bases set forth in the Application,

the Thorp Declaration, the Prior Declarations and the record of the hearing on the Application

before this Court on _____, 2024 establish just cause for the relief granted herein, (iii) Harneys is

a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required

by section 327(a) of the Bankruptcy Code, and (iv) Harneys does not hold or represent an

interest adverse to the Debtor's estate; and due and sufficient notice of the Application having

been given under the particular circumstances; and it appearing that no other or further notice

need be given; and upon all of the proceedings had before this Court; and after due deliberation

and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.      The Application is granted as set forth herein.

2.      The Chapter 11 Trustee is authorized to retain and employ Harneys as his

Cayman Islands counsel effective as of April 10, 2024 on the terms set forth in the Application,

the Thorp Declaration, and Prior Declarations.

3.      Harneys is authorized to act as the Trustee's Cayman Islands counsel and to perform those services described in the Application.

4.      The Debtor's estate shall be responsible for Harneys' compensation and reimbursement of expenses in the Chapter 11 Case.

5.      The allowance of any compensation to be paid to Harneys shall be determined in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

6.      Allowance of any compensation for Harneys shall be limited to the extent of services actually performed, and expenses actually incurred, as attorney for the Debtor, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a Chapter 11 trustee without the assistance of an attorney.

7.      Harneys shall provide no less than ten business days' notice to the Debtor, the United States Trustee, and counsel to any official committee before any increases in the rates it charges are implemented and shall file such notice with the Court.

8.      The Trustee and Harneys are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

9.      The requirements of the Local Bankruptcy Rules are satisfied by the contents of the Application.

10.     To the extent the Application and the Thorp Declaration are inconsistent with this Order, the terms of this Order shall govern.

11.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## **EXHIBIT B**

**Thorp Declaration**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

```
--------------------------------------------------------x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
HO WAN KWOK, et al.,¹                                   :    Case No. 22-50073 (JAM)
                                                        :
             Debtors.                                   :    Jointly Administered
                                                        :
--------------------------------------------------------x
```

**DECLARATION OF ANDREW THORP IN SUPPORT OF APPLICATION OF
CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY
CODE SECTIONS 327, 328, AND 330, BANKRUPTCY RULES 2014 AND 2016, AND
LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1, EXPANDING RETENTION AND
EMPLOYMENT OF HARNEY WESTWOOD AND RIEGELS LP TO ALSO SERVE AS
CAYMAN ISLANDS COUNSEL TO CHAPTER 11 TRUSTEE**

I, Andrew Thorp, being duly sworn, do depose and say:

1.      I submit this declaration (the "Declaration") to supplement (a) the declaration

submitted to the Court on August 31, 2022 [Docket No. 807-2] (the "Initial Declaration"),[2]

(b) the declaration submitted to the Court on September 2, 2022 [Docket No. 815] (the "First

Supplemental Declaration"), (c) the declaration of George Weston submitted to the Court on

December 16, 2022 [Docket No. 1247-1] (the "Weston Declaration"), and (d) and the declaration

of George Weston submitted to the Court on April 6, 2023 [Docket No. 1642] (the "Second

Supplemental Declaration" and, together with the Initial Declaration, the First Supplemental

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul
Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho
Wan Kwok (solely for purposes of notices and communications).

[2]     Capitalized terms not defined herein shall have the meanings ascribed to them in the Initial Declaration or in the
Application (as defined below).

Declaration, and the Weston Declaration, the "Prior Declarations"), in further support of the Chapter 11 Trustee's application to expand the retention and employment of Harney Westwood and Riegels LP ("Harneys") to also serve as Cayman Islands counsel to the Chapter 11 Trustee (the "Application").  I hereby supplement the Prior Declarations as follows:

2.      Harneys is a global offshore law firm that maintains an office in the Cayman Islands.  Harneys was founded in 1960 and has a widely diversified practice including dispute resolution, corporate and commercial law, private wealth, funds, banking and finance and regulatory and tax.  The Cayman Islands office currently employs 30 attorneys, who are assisted by 2 paralegals.

3.      Harneys has expertise in investigations, insolvency, restructuring, fraud, bankruptcy, corporate crimes and fraud, corporate and commercial litigation matters. Harneys is well suited for the type of representation required by the Chapter 11 Trustee.  Harneys has substantial resources and expertise in the areas of the law that may arise in this case.

4.      Harneys will render general legal services as Cayman Islands counsel, as needed throughout the course of the Chapter 11 Case, including investigations, bankruptcy, litigation, and other matters.  Harneys will help the Trustee investigate several key entities under the control of the Debtor which are incorporated in the Cayman Island, including in particular Hamilton Opportunity Fund SPC, a purported investment fund which the Trustee alleges is beneficially owned and controlled by the Debtor which has been used by the Debtor to, among other things, fund the purchase of the Debtor's mansion home located in Mahwah, New Jersey, and to control 95% of the equity of Gettr USA, Inc., operator of the social media platform, GETTR.

2

5.     Harneys will render general legal services as Cayman Island counsel with respect to this Chapter 11 Case.

6.     Harneys has experience with liaising and working cooperatively with overseas lead counsel by assisting with compliance with Cayman Island rules and procedures, attending to routine and administrative matters as they arise, and otherwise providing services as may be required by lead counsel and in the best interests of its clients, all in a manner that promotes efficiency and avoids any unnecessary duplication of efforts by counsel.

7.     Harneys intends to apply to the Court for compensation for professional services rendered and for reimbursement of expenses incurred in connection with this Chapter 11 Case pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and any other applicable rules and orders with respect to this Chapter 11 Case.  Harneys will charge the Chapter 11 Trustee for its legal services on an hourly basis at its regularly applicable hourly rates for its Cayman Islands office in connection with the services required in this Chapter 11 Case.

8.     At present, the 2024 hourly rates of Harneys Cayman Islands are $320.00 for paralegal work; $590.00 to $1,015.00 for associates and counsel; and up to $1,300.00 for partners of the firm.  Harneys' hourly rates are subject to periodic adjustments to reflect economic and other conditions.[3]  It is anticipated that Harneys services will primarily be

---

[3]    Harneys hourly rates are typically revised at the end of each calendar year to reflect experience, seniority, and standing. These step increases do not constitute "rate increases" (as the term is used in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013) (the "U.S. Trustee Guidelines"). As set forth in the Proposed Order, Harneys will provide ten business days' notice to the Debtor, the Assistant United States Trustee for the District of Connecticut (the "U.S. Trustee"), and counsel to the Committee and any other official committee, before implementing periodic increases, and shall file any such notice with the Court.

provided by Ben Hobden, whose hourly rate is $1,300.00, Luke Fraser whose hourly rate is $910.00 and Caitlin Murdock, whose hourly rate is $910.00.

9. Harneys will also bill for out-of-pocket expenses made on behalf of the Chapter 11 Trustee, including photocopying, filing fees and international couriers, in accordance with practices in this District.

10. Subsequent to Harneys' appointment as BVI counsel and proposed retention as Cayman Islands counsel, and upon review of the updated schedule of parties in interest (the "Interested Parties"), a copy of which is attached hereto as **Schedule 1**, I had Harneys conflicts team perform additional conflicts checks on all Interested Parties. Based on the results of the additional conflicts checks, I believe neither Harneys nor any of its attorneys, including me, has any connections (as that term is used in Bankruptcy Rule 2014), with any of the Interested Parties, except as previously disclosed in the Prior Declarations and except as follows:

    a. A number of Interested Parties are banks, financial institutions, and large corporations, namely, Amazon Web Services LLC, Amazon Web Services, Inc., American Express Company, Bank of Montreal, BSI Group LLC, Canadian Imperial Bank of Commerce, Capital One, NA, Charles Schwab, City National Bank, Deltec Bank & Trust Limited, East West Bank, Federal Express Corporation, Meta Platforms Inc., PNC Bank, U.S. Bank National Association, and Wells Fargo Bank, N.A. (the "Additional Financial Institutions and Corporations"). Harneys currently represents or in the past represented the Additional Financial Institutions and Corporations in matters which, as far as I am aware after reasonable inquiry, are unrelated to the Debtor;

4

b.   A number of Interested Parties are law firms, namely, Christodoulos G. Vassiliades & Co. LLC, Forbes Hare LLP, Ogier, Paul Weiss Rifkind Wharton & Garrison LLP, and Stroock & Stroock & Lavan LLP (the "Additional Law Firms").  Harneys currently represents or in the past represented the Additional Law Firms in matters which, as far as I am aware after reasonable inquiry, are unrelated to the Debtor;

c.   Harneys represents an individual named Andrew Childe in matters which, as far as I am aware after reasonable inquiry, are unrelated to the Debtor; and

d.   Harneys represents the fiduciary service firm FFP (BVI) Limited in matters which, as far as I am aware after reasonable inquiry, are unrelated to the Debtor.[4]

11.    I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: May 10, 2024, at Tortola, British Virgin Islands

Andrew Thorp

---

[4]   In addition to the foregoing disclosures, I am aware that Harneys previously represented a Wei Zhang, who shares a name with an Interested Party.  I was unable to verify that it was not the same individual, but in any event the matter closed approximately three years ago and was unrelated to the Debtor.

**SCHEDULE 1**

## SCHEDULE OF PARTIES IN INTEREST – IN RE KWOK

### 20 LARGEST UNSECURED CREDITORS

PACIFIC ALLIANCE ASIA OPPORTUNITY
GOLDEN SPRING NEW YORK
RUI MA
CHENG JIAN WU JIAN SHE
NING YE
GUO BAOSHENG
YAN LAN & WU ZHENG
HONG QI QU
NAN TONG SI JIAN
JIAN GONG
YAN ZHAO
YUA HUA ZHUANG SHI
LIEHONG ZHUANG/XIAO YAN ZHU
WEICAN MENG/BOXUN INC.
SAMUEL NUNBERG
LAMP CAPITAL LLC
JUN CHEN AKA JONATHAN HO
YUE HUA ZHU SHI
XIONG XIAN WEI YE
HUIZEN WANG

### DEBTOR, FAMILY MEMBERS, AND CERTAIN RELATED ENTITIES

HO WAN KWOK (A.K.A MILES GWOK, MILES GUO AND WENGUI GUO)
HING CH NGOK/YUE QINGZHI
QIANG GUO (A.K.A. MILESON GUO)
MEI GUO/MEI GUI
HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC
BRAVO LUCK LIMITED
GENEVER HOLDINGS CORPORATION
GENEVER HOLDINGS LLC

### BANKRUPTCY JUDGE AND U.S. TRUSTEE PERSONNEL

HONORABLE JULIE A. MANNING
WILLIAM HARRINGTON
KIM L. MCCABE
HOLLEY CLAIBORN
JOSEPH H. FLAMINI
ERIN HOGAN
STEVEN MACKEY
FRANK MARINO
JENNIFER J. MOREY
NICOLE NEELY
SHARON WARNER
JOHN GERVAIS

**OTHER INTERESTED PARTIES**

1245 FACTORY PLACE, LLC
12476517 CANADA SOCIETY
1322089 B.C. LTD.
1332156 B.C. LTD
17 MILES, LLC
2 B PACKING LLC
270 W. 39TH ST. CO., LLC
2LAWRENCE RIVER
3 COLUMBUS CIRCLE LLC
5780 SAGUARO LLC
7 NOD HILL LLC,
7 STAR EAST NY LLC
9 EAST 40TH STREET LLC
A.Z. BIGIOTTERIE S.A.S. DI ZANUTTO GABRIELE & C.
AAGV LIMITED
AARON A. MITCHELL
AARON A. ROMNEY
ABRAMS FENSTERMAN, LLP
ACA CAPITAL GROUP LIMITED
ACA CAPITAL LIMITED
ACA INVESTMENT FUND
ACA INVESTMENT MANAGEMENT LTD.
ACASS CANADA LTD.
ACE DECADE HOLDINGS LIMITED
ADAM CHEN NI
AFFILIATED ADJUSTMENT GROUP, LTD.
AGORA LAB, INC.
AI GROUP HOLDINGS INC.,
AIG PROPERTY CASUALTY COMPANY
AKERMAN LLP
ALEX HADJICHARALAMBOUS
ALFA GLOBAL VENTURES LIMITED
ALFONSO GLOBAL LIMITED
ALFONSO GLOBAL VENTURES LIMITED
ALLIED CAPITAL GLOBAL LIMITED
ALPINE FIDUCIARIES SA
AMAZING SKY AVIATION LIMITED
AMAZON WEB SERVICES LLC
AMAZON WEB SERVICES, INC.
AMAZON.COM INC.
AMERICAN ARBITRATION ASSOCIATION, INC.
AMERICAN EXPRESS COMPANY
AMY BUCK
AN HONG
ANA C. IZQUIERDO-HENN
ANDREW CHILDE
ANDREW SULNER/FORENSIC DOCUMENT EXAMINATIONS, LLC
ANN MARIE LEE
ANTHEM HEALTH PLANS, INC.
ANTHONY DIBATTISTA
ANTON DEVELOPMENT LIMITED
APPLE INC.
APPSFLYER INC
APSLEY YACHTS LIMITED

ARETHUSA FORSYTH
ARI CASPER
ARRI AMERICAS INC.
ART WOLFE, INC.
ASAP SRL
ASSETS SINO LIMITED
AUSPICIOUS COAST LIMITED
AVIATION E LLP
AVIATION TRUST COMPANY LLC
AXOS BANK
AXOS FINANCIAL, INC.
B&H FOTO & ELECTRONICS CORP.
BAC CAPITAL LLC
BAIQIAO TANG A/K/A TANG BAIQIAO
BAKER HOSTETLER LLP
BANCO POPULAR DE PUERTORICO
BANK OF AMERICA
BANK OF CHINA – NEW YORK BRANCH AND/OR BANK OF CHINA LIMITED
BANK OF MONTREAL
BANK OF THE WEST
BANNON STRATEGIC ADVISORS, INC.
BARCLAY DAMON LLP
BARCLAYS BANK PLC
BEIJING BI HAI GE LIN YUAN LIN LU HUA, LTD.
BEIJING CHENG JIAN WU JIAN SHE GROUP, LTD.
BEIJING FU LE HONG MA JIAN ZHU ZHUANG SHI GONG CHENG, LTD.
BEIJING PANGU INVESTMENT CO.
BEIJING ZENITH HOLDINGS CO.
BEIJING ZHONG XIAN WEI YE STAINLESS DECORATION CENTER
BEILE LI
BELLERIVE ATTORNEYS AT LAW
BENHAR OFFICE INTERIORS LLC
BENTO TECHNOLOGIES, INC.
BERING YACHTS, LLC
BERKELEY ROWE LIMITED
BERNARDO ENRIQUEZ
BESTVIEW1 PTY LTD
BINGNAN CUI
BINGSHANG JIAO
BLACKTHORN FINANCEN INC.
BLUE CAPITAL
BLUEBERRY BUILDERS, LLC
BNY MELLON, N.A.
BOARDWALK MOTOR IMPORTS, LLC
BOHONNON LAW FIRM
BOIES SCHILLER
BONNIE C. MANGAN
BOOMING SAIL NEW YORK LLC
BOXUN INC.
BRANCH
BRAVO LUCK LIMITED
BRENT PETRO INC.
BRIAN HOFMEISTER
BROWN HARRIS STEVENS
BROWN RUDNICK, LLP
BRUNE LAW PC

BSA STRATEGIC FUND
BSA STRATEGIC FUND I
BSI GROUP LLC
BUCK, ESQ. LLC
BURNETTE SHUTT AND MCDANIEL PA
CAHILL GORDON & REINDEL LLP
CAIYAN LING
CAMERON SMEE
CANADIAN IMPERIAL BANK OF COMMERCE
CAPITAL ONE BANK
CAPITAL ONE, NA
CARIBE CONDADO, LLC
CARMODY TORRANCE SANDAK & HENNESSEY LLP
CAYUSE GOVERNMENT SERVICES, LLC
CEDRIC DUPONT ANTIQUES
CELESTIAL TIDE LIMITED
CESARE ATTOLINI NY LLC
CFG GLOBAL LIMITED
CHAO KANG SUN
CHAO-CHIH CHIU
CHARLES SCHWAB
CHARMOY & CHARMOY LLC
CHASE BANK
CHEN XIN XIN
CHENGLONG WANG
CHENXI WANG
CHI WAI KWOK
CHIESA SHAHINIAN & GIANTOMASI PC
CHINA GOLDEN SPRING GROUP (HONG KONG) LIMITED
CHOICE FINANCIAL BANK
CHONG SHEN RAPHANELLA
CHRIS LEE (A/K/A NAN LI, CHRIS LI, MEI GUO XIAO LI)
CHRISTIE'S INTERNATIONAL REAL ESTATE NEW
CHRISTINE CHEN
CHRISTINE FROSINI
CHRISTODOULOS G. VASSILIADES & CO. LLC
CHUAN LING YANG
CHUANG XIN LTD.
CHUI KUK WU
CHUNFENG XIA
CHUNGUANG HAN
CHUNHUI SONG
CI CHEN
CIBC INC. (D/B/A CIBC)
CINDY ZHANG
CIRRUS DESIGN CORPORATION (D/B/A CIRRUS AIRCRAFT)
CIRRUS INDUSTRIES, INC.
CITIBANK
CITIZENS FINANCIAL GROUP, INC.
CITY NATIONAL BANK
CLARK HILL PLC
CLAYMAN & ROSENBERG LLP
CLAYMAN ROSENBERG KIRSHNER & LINDER LLP
CLOUDFLARE, INC.
COHN BIRNBAUM & SHEA P.C.
COLDWELL BANKER

COLE SCHOTZ P. C.
COMERICA INCORPORATED (D/B/A COMERICA BANK)
COMMUNITY FEDERAL SAVINGS BANK
COMPASS, INC.
CONSERVATIVE CAMPAIGN TECHNOLOGY, LLC
COTTON CRAFT TEXTILES INTL TRADING
COUNSEL PRESS INC.
COWDERY, MURPHY & HEALY, LLC
CRANE ADVISORY GROUP LLC
CREATIVE APEX INVESTMENTS LIMITED
CROCKER MANSION ESTATE LLC
CRYSTAL BREEZE INVESTMENTS LIMITED
CUI ZHU LI
CURIOSITY CORP. LLC
D&D SOLUTIONS LLC
D.P. TEXTILE & APPAREL, INC.
D4ZERO S.R.L.
DAIHO ZHOU
DANIEL PODHASKIE
DANIEL S. ALTER
DANYU LIN
DARK SHADOWS LLC
DAVID FALLON
DAWN STATE LIMITED
DBS BANK LTD.
DEFENG CAO
DELTEC BANK & TRUST LIMITED
DENG LI
DENG QIAN
DEUTSCHE BANK TRUST COMPANY AMERICA
DEUTSCHE HANDELSBANKEN AG
DIME COMMUNITY BANK
DING "IVAN" LIN
DING G. WANG A/K/A DINGGANG WANG
DING QIANG SHEN
DIRECT PERSUASION LLC
DJD CREATIVE LLC
DNM BEAUTY DISTRIBUTION
DOAA DASHOUSH
DONGNA FANG
DREAM PROJECTS LLC
DU JIAN YI
DWF LLP
E.L.J.M. CONSULTING LLC
EAST WEST BANCORP, INC.
EAST WEST BANK
EASTERN PROFIT CORPORATION LIMITED
EDMISTON AND COMPANY LIMITED
EDUARDO EURNEKIAN
EFICENS SYSTEMS LLC
EHSAN MASUD
EISNER ADVISORY GROUP LLC
ELITE WELL GLOBAL LIMITED
ELIXIR TECHNICAL CONSULTING LLC
ELLIOTT KWOK LEVINE & JAROSLAW LLP
EMILE P DE NEREE

EMPIRE BLUE CROSS BLUE SHIELD
EMPIRE GROWTH HOLDINGS
ENGINEERING OPERATIONS AND CERTIFICATION SERVICES, LLC
EPIQ CORPORATE RESTRUCTURING, LLC
ERIC GOLDSMITH MD, LLC
ERNST & YOUNG LLP
EVOLVE BANK AND TRUST
FAM UNITED LLC
FAN BINGBING
FAN JING
FANGGUI ZHU
FANIA ROOFING COMPANY
FARHAD ZABETI
FARRANT GROUP LIMITED
FAY YE
FEDERAL CORPORATION
FEDERAL EXPRESS CORPORATION
FEIFEI MA
FENG PENG RELLOS
FENG YI
FENG ZHU
FENGGUO LI
FENGJIE MA
FFP (BVI) LIMITED
FIESTA INVESTMENT LTD. F/K/A FIESTA PROPERTY DEVEL
FIONA YU
FIRST ABU DHABI BANK
FIRST COUNTY BANK
FIRST REPUBLIC BANK
FIRSTBANK PUERTO RICO
FLAGSTAR BANK, N.A.
FLAT RATE MOVERS, LTD.
FLYING COLOURS CORP
FORBES HARE
FORBES HARE LLP
FORTNUM INFORMATION SECURITY LIMITED
FOX NEWS NETWORK, LLC
FREEDOM MEDIA VENTURES LIMITED
FUNGWAN TRADING INC.
FUNING ZHANG
FUNKY FOUNDATIONS, INC.
FV BANK INTERNATIONAL INC.
G CLUB HOLDCO I LLC
G CLUB INTERNATIONAL LIMITED
G CLUB ONE
G CLUB OPERATIONS LLC
G CLUB THREE
G CLUB TWO
G CLUB US OPERATIONS INC.
G CLUB US OPERATIONS LLC
G CLUBTHREE
G FASHION
G FASHION (CA)
G FASHION HOLD CO A LIMITED
G FASHION HOLD CO B LIMITED
G FASHION INTERNATIONAL LIMITED

G FASHION LLC
G FASHION MEDIA GROUP INC.
G FASHION US OPERATIONS INC.
G LIVE, LLC
G MUSIC LLC
G NEWS LLC,
G TRANSLATORS PTY LTD
G4S SECURITY SYSTEMS (HONG KONG) LTD.
GALAXY LTD
GANFER SHORE LEEDS & ZAUDERER, LLP
GAO BINGCHEN
GBROADCAST, LLC
G-CLUB
G-CLUB INVESTMENTS LIMITED
GCP INVESTMENT ADVISORS SL
G-EDU INC.
GEORGE L. SU
GEORGIOU PAYNE STEWIEN LLP
GETTR USA, INC.
GF IP, LLC
GF ITALY LLC
GFASHION MEDIA GROUP INC.
GFNY INC.
GINNEL ASSOCIATES, INC. (D/B/A GINNEL REAL ESTATE)
GLADYS CHOW
GLENN MELLOR
GLOBAL GROUP LIMITED
GLOBALIST INTERNATIONAL LIMITED
GM 27 LLC
GMUSIC,
GNEWS LLC,
GNEWS MEDIA GROUP INC.
G-NEWS OPERATIONS, LLC
GOLD LEAF CONSULTING LIMITED
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
GOLDEN GATE HIMALAYA FARM LLC
GOLDEN SPRING (NEW YORK) LIMITED
GOLDFARB & HUCK ROTH RIOJAS, PLLC
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
GONET & CIE SA
GONG JIANFEN
GORDON & REES SCULLY MANSUKHANI LLP
GPOSTS LLC
GPP SRL
GREAT BOWERY INC. D/B/A CAMILLA LOWTHER MANAGEMENT
GREAT LAKES DRONE COMPANY, LLC
GREEN & SKLARZ LLC
GREENBERG TRAURIG, LLP
GREENWICH LAND LLC
GROCYBER, LLC
GS SECURITY SOLUTIONS INC.
G-SERVICE LLC
G-TRANSLATORS PTY LTD
GTV MEDIA GROUP, INC.
GUI LIN GAO
GUO LIJIE

GUO MEDIA
GUO WENOUN
GUO WENPING
GUOFENG WAN
GUY PETRILLO
GWGOPNZ LIMITED
GYPSY MEI FOOD SERVICES LLC
GYPSY MEI PRODUCTIONS LLC
H SHAW ENTERPRISES LLC
HAA GROUP PTY LTD.
HAI YAO
HAIDONG
HAIHONG WANG
HAILING SHENG
HAISONG PENG
HAITHAM KHALED
HALLEY CHEN CPA PROFESSIONAL CORPORATION
HAMILTON CAPITAL HOLDING LIMITED
HAMILTON CAPITAL HOLDINGS INC
HAMILTON DIGITAL ASSETS FUND SP
HAMILTON INVESTMENT MANAGEMENT LIMITED
HAMILTON M&A FUND SP
HAMILTON OPPORTUNITY FUND SPC
HAMILTON PE FUND SP
HAN CHUNGUANG
HANCOCK WHITNEY BANK
HANQIANG LIN
HAO HAIDONG
HAO LI
HAO ZHANG
HAORAN HE
HAOYU WANG
HARCUS PARKER LIMITED
HARNEY WESTWOOD AND RIEGELS LP
HAYASHI MEIOU
HAYMAN HONG KONG OPPORTUNITIES ONSHORE FUND LP
HCHK PROPERTY MANAGEMENT INC.
HCHK TECHNOLOGIES INC.
HCHK TECHNOLOGIES, LLC
HE BEI YUE HUA ZHUANG SHI GONG CHENG LTD.
HEAD WIN GROUP LIMITED
HELEN MANIS
HENAN YUDA
HERBERT SMITH FREEHILLS NEW YORK LLP
HERO GRAND LIMITED
HGA PROPERTY MANAGEMENT
HHS CAPITAL INC.
HIBERNIA NATIONAL BANK
HIDETOSHI FUJIWARA
HILTON MANAGEMENT, LLC
HIMALAYA AUSTRALIA ATHENA FARM INC.
HIMALAYA AUSTRALIA PTY LTD.
HIMALAYA BOSTON MAYFLOWER LLC
HIMALAYA CURRENCY CLEARING PTY LTD.
HIMALAYA EMBASSY
HIMALAYA EXCHANGE

HIMALAYA FEDERAL RESERVE
HIMALAYA INTERNATIONAL CLEARING LIMITED
HIMALAYA INTERNATIONAL FINANCIAL GROUP LIMITED
HIMALAYA INTERNATIONAL PAYMENTS LIMITED
HIMALAYA INTERNATIONAL RESERVES LIMITED
HIMALAYA INVESTMENT LLC
HIMALAYA NEW WORLD INC.
HIMALAYA NEW YORK ROCK
HIMALAYA SHANGHAI FARM LLC
HIMALAYA SUPERVISORY ORGANIZATION
HIMALAYA UK CLUB
HIMALAYA VENTURES LLC
HIMALAYA WORLDWIDE LS
HINCKLEY, ALLEN
HING CHI NGOK
HIU LAAM HAAM
HIU SING CHAN
HML VANCOUVER SAILING FARM LTD.
HODGSON RUSS
HOGAN LOVELLS INTERNATIONAL LLP
HOLY CITY HONG KONG VENTURES, LTD.
HONG KONG INTERNATIONAL FUNDS INVESTMENTS LIMITED
HONG QI QU JIAN SHE GROUP, LTD.
HONG QIU
HONG ZENG
HONGWEI FU
HONGXIA XU
HONGXIN ASH
HOU YUAN CHAN
HOUSER & ALLISON, APC
HOUSTON LITSTAR LLC
HSBC BANK USA,
HSIN SHIH YU
HUA AN XIE
HUANG YAO
HUDSON DIAMOND HOLDING INC.
HUDSON DIAMOND HOLDING LLC
HUDSON DIAMOND LLC
HUDSON DIAMOND NY LLC
HUGGA LLC
HUI JIN
HUK TRADING INC.
ICE24 SRO
IHOTRY LTD
IMMOBILIARA BARBARA 2000 SRL
IMPERIUS INTL. TRADE CO. LTD.
INDIUM SOFTWARE INC.
INFINITE INCREASE LIMITED
INFINITUM DEVELOPMENTS LIMITED
INFINITY TREASURY MANAGEMENT INC.
INSIGHT CAPITAL
INSIGHT PHOENIX FUND
INSIGHT TITLE SERVICES LLC
INTERNATIONAL TREASURE GROUP LLC
INVESTORS BANK
ISRAEL DISCOUNT BANK OF NEW YORK

IVEY, BARNUM & O'MARA LLC
IVY CAPITAL ADVISOR LIMITED
J TAN JEWELRY DESIGN, INC.
JACK S. LIPSON
JAMES PIZZARUSO
JAMESTOWN ASSOCIATES, LLC
JANCO SRL
JANOVER LLC
JAPAN HIMALAYA LEAGUE, INC.
JASON MILLER
JDM STAFFING CORP.
JENNER & BLOCK LLP
JENNIFER FANGFANG DING
JENNIFER MERCURIO
JENNY LI
JERSEY, INC.
JESSE BROWN
JESSICA MASTROGIOVANNI
JETLAW LLC
JIA LI WANG
JIA YANG
JIA YANG LI
JIAHUI LIU
JIALIN QIN
JIAMEI LU
JIAMING LIU
JIAN FAN
JIAN HUA ZHANG
JIAN ZHONG HU
JIANG SU PROVINCE JIAN GONG GROUP LTD BEIJING BRANCH
JIANG YUNFU BE
JIANHAI JIAO
JIANHU YI
JIANHUA ZHENG
JIANMIN HE
JIANSHENGXIE AND JIEFU ZHENG
JIANXIAO CHEN
JIAYAO G
JIE ZHANG
JINFENG WU
JING GENG
JING WU
JINLAN YAN
JIRONG ZHANG
JK CHEF COLLECTIONS LLC
JM BULLION INC.
JNFX LTD.
JOHN B. BERRYHILL
JOHN P. MORGAN
JOHN S LAU
JONATHAN YOUNG
JOSEPH CHEN
JOSHUA I. SHERMAN
JOVIAL CENTURY INTERNATIONAL LIMITED
JOYORD SPORTSWEAR LIMITED
JPMORGAN CHASE BANK, N.A.

JUMBO CENTURY LIMITED
JUN CHEN
JUN LIU
JUN QIAO
JUN YUN ZHANG
JUNE SHI
JUNJIE JIANG
K LEGACY LTD.
KAEN LIU
KAIXIN HONG
KALIXUN TRADING LIMITED
KAMEL DEBECHE
KAN CHAN
KARIN MAISTRELLO
KATHLEEN SLOANE
KEARNY BANK
KERCSMAR FELTUS & COLLINS PLLC
KEYI ZIKLIE
KHALED ASHAFY
KIM THONG LEE
KIN MING JE
KIN MING JE/WILLIAM JE
KROLL, LLC
KUI CHENG
KYLE BASS
KYRGYZ-SWISS BANK CJSC
LA INTERNATIONAL FOUNDATION
LABARBIERA CUSTOM HOMES
LAI LAU
LALIVE SA
LAMP CAPITAL LLC
LAN GU
LAN LIN
LAO JIANG
LAW FIRM OF CALLARI PARTNERS, LLC
LAW OFFICE OF RICHARD E. SIGNORELLI
LAWALL & MITCHELL, LLC
LAX & NEVILLE LLP
LAZARE POTTER GIACOVAS & MOYLE
LEADING SHINE LIMITED
LEADING SHINE NY LTD
LEE CHU
LEE VARTAN
LEEWAYHERTZ TECHNOLOGIES
LEGENDS OWO, LLC
LEICESTER HILL INFROMATICES LLC
LEONARD SCUDDER
LEXINGTON PROPERTY AND STAFFING INC.
LI LIU
LI LONG
LI SHO YO
LI TANG
LI ZHANG
LIANG LIU
LIANYING SU
LIAPULL S.R.L.

LIBERTY JET MANAGEMENT CORP.
LIEHONG ZHUANG
LIHONG "SARA" WEI LAFRENZ
LIHONG WEI LAFRENZ (AKA SARA WEI)
LIMARIE REYES
LIMARIE REYES MOLINARIS
LIN DANG
LIN XIN
LINDA HE CHEUNG
LINWAN "IRENE" FENG
LIU DONGFANG
LLC STZ FUND NO. 1
LOBEL MODERN NYC
LOGAN CHENG (F/K/A SHUIYAN CHENG)
LONG GATE LIMITED
LORO PIANA S.P.A.
LUMINESCENCE CO. LTD
LUXURY CLEANING, INC.
LYZON ENTERPRISES CORPORATION
M&T BANK
MA XINGCHAO
MACARON LIMITED
MACDONALD
MAJOR LEAD INTERNATIONAL LIMITED
MANDELLI USA, INC.
MANHATTAN MOTORCARS, INC.
MANUEL MARTINEZ ANZALDUA
MANUFACTURERS AND TRADERS TRUST COMPANY
MAR-A-LAGO
MAR-A-LAGO CLUB LLC
MARCELLA MONICA FALCIANI
MARCUM LLP
MARINI PIETRANTONI MUNIZ LLC
MARK GUNDERSON
MARTHA JEFFERY
MARY DOWDLE (A/K/A MUFFIN DOWDLE)
MARY FASHION S.P.A.
MARY JIANG
MAUNAKAI CAPITAL
MAX FEI
MAX KRASNER
MAYWIND TRADING LLC
MCDONNELL & WHITAKER LLC
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
MCMANIMON, SCOTLAND & BAUMANN, LLC
MEDICAL SUPPLY SYSTEM INTERNATIONAL LLC
MEDICI BANK INTERNATIONAL LLC
MEI KUEN KWOK
MEIEN KIKUCHI
MEISTER SEELIG & FEIN PLLC
MELISSA FRANCIS
MELISSA MENDEZ
MENGYAO HE
MERCANTILE BANK INTERNATIONAL CORP.
MERCANTILE GLOBAL HOLDINGS, INC.
MERCEDES-BENZ MANHATTAN, INC.

META PLATFORMS INC.
METROPOLITAN COMMERCIAL BANK AND/OR METROPOLITAN BANK HOLDING CORP.
MF19 INC.
MI KYUNG YANG
MICHAEL LI & CO.
MICHAEL S. WEINSTEIN
MIHO NISHIMURA
MILES GUO
MILES GWOK
MILLER MOTORCARS INC.
MIMAII NZ LIMITED
MIN YANG
MINDY WECHSLER
MING NI
MING WU
MINGHUA ZHANG
MINGRUI ZHAO
MISHCON DE REYA LLP
MOA-FU
MODSQUAD INC.
MORAN YACHT MANAGEMENT, INC.
MORGAN STANLEY
MORITT HOCK & HAMROFF
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
MOS HIMALAYA FOUNDATION INC.
MOSAICON SHOES SRL
MOUNTAINS OF SPICES INC.
MURTHA CULLINA LLP
MZC FINANCIAL INC.
N.A.R. ENTERPRISES INC.
N87 INC.
NADEEM AKBAR
NAME CORP LLC
NARDELLO & CO., LLC
NATIONAL AUSTRALIA BANK LIMITED
NATIONAL SWEEPSTAKES COMPANY, LLC
NAV CONSULTING INC.
NAV FUND SERVICES (CAYMAN) LTD.
NEALON LAW LLC
NEW DYNAMIC DEVELOPMENT LIMITED
NEW FEDERAL STATE OF CHINA
NEW MULBERRY PTE LTD.
NEW TREASURE LLC
NEW YORK MOS HIMALAYA LLC
NEXBANK
NEXT TYCOON INVESTMENTS LIMITED
NICHOLAS F. SAVIO
NING LI
NING ZHAO
NIUM, INC.
NOBLE FAME GLOBAL LIMITED
NODAL PARTNERS, LLC
NOVELTY HILL LTD.
NRT NEW ENGLAND LLC (D/B/A COLDWELL BANKER RESIDENTIAL BROKERAGE)
NUOXI LIU

NYC DEPT OF FINANCE
O.S.C. ORBIT II SERVICE COMPANY LLC
O.S.C. ORBIT SERVICE COMPANY LLC
O'MELVENY & MYERS LLP
O'NEAL WEBSTER
OASIS TECH LIMITED
OCORIAN CONSULTING LTD
OGIER
OHTZAR SHLOMO SOLOMON TREASURE LLC
OLINA CLEMENS
OLSHAN FROME WOLOSKY LLP
OMICRON NUTRACEUTICAL LLC
ON THE SPOT HOME IMPROVEMENT, INC.
OPEN BANK
ORIENTAL BANK
ORO MONT ALPI SRL
OSC ORBIT SERVICE COMPANY LLC
O'SULLIVAN MCCORMACK JENSEN & BLISS PC
OXFORD VISIONARY LTD.
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.
PAK SIU LEUNG
PALLAS PARTNER LLP
PARRETT PORTO PARESE & COLWELL, P.C.
PASTORE LLC
PAUL WEISS
PEILUN HU
PEIRU LUO
PELLETTIERI DI PARMA SRL
PENGCHENG ZHANG
PETRILLO KLEIN & BOXER LLP
PHAROS CAPITAL LTD.
PHILLIPS NIZER LLP
PHOENIX CREW IC LIMITED
PICK & ZABICKI LLP
PILLSBURY WINTHROP SHAW PITTMAN LLP
PIXSHOW FILM INC.
PNC BANK
POST OAK MOTOR CARS LLC
POST OAK MOTORS, LLC
PRAGER DREIFUSS AG
PREMIERE ACCOUNTING SOLUTIONS LTD
PRIME TRUST LLC
PROMEMORIA USA INC.
PROMINENT PROPERTIES SOTHEBY'S
PULLMAN & COMLEY, LLC
PUTNAM'S LANDSCAPING LLC
QI YONG
QIANG CHENG
QIANG FU
QIANG GUO
QIANG HU
QIDONG XIA
QIN YU
QING "SERENA" CAI
QINGTIAN YUAN
QIONG BIN FU

QIONGGUI YAN
QIQHUA FAN
QIU YU
QIURIA LI
QU GUOJIAO
QUICK-EQUIP LLC
QUIJU JIA
QUINONES LAW PLLC
RAICH ENDE MALTER CO. LLP (AKA RAICH ENDE MALTER & COMPANY)
RANDAZZA LEGAL GROUP, PLLC
RBB BANCORP AND/OR ROYAL BUSINESS BANK
REACH MANUFACTURING, LLC
RED TEAM PARTNERS
REDFIN CORPORATION
REDIS LAB, INC.
REID AND RIEGE PC
REINHARD PLANK S.R.L.
RENFENG SHI
RESTORATION HARDWARE, INC
REVERENCE CAPITAL PARTNERS OPPORTUNITIES FUND I
RICHARD N. FREETH
RICHMOND STRATEGIC ADVISORS, LLC
RIDWAN MAMODE SAIB
RILIEVI GROUP S.R.L.
RISING SUN CAPITAL LTD.
RIVER VALLEY OPERATIONS LLC
RM AUCTIONS DEUTSCHLAND GMBH
ROADWAY MOVING AND STORAGE, INC. AND/OR ROADWAY MOVING INC.
ROBINSON & COLE LLP
ROGER SMEE
RONG HU
RONG JIANG
RONG ZHANG
RONGLIANG STARKS
RONGRONG LI
ROSCALITAR2
ROSS HEINEMEYER
ROSY ACME VENTURES LIMITED
ROY D. SIMON
RUI HAO
RUIZHENG AN
RULE OF LAW FOUNDATION III INC.
RULE OF LAW SOCIETY IV INC
RUQUIN WANG
RV RETAILER EAST, LLC
RYAN CHENGRAN ZHANG
SAIL VICTORY LIMITED
SAMUEL DAN NUNBERG
SANTANDER BANK, N. A.
SARA WEI (A/K/A LIHONG WEI LAFRENZ)
SARACA MEDIA GROUP INC.
SAVIO LAW LLC
SAXE DOERNBERGER & VITA, P.C.
SCARABAEUS WEALTH MANAGEMENT AG
SCHULMAN BHATTACHARYA, LLC
SCOTT BARNETT

SEACOAST NATIONAL BANK
SEDGWICK REALTY CORP.
SELAS MONTBRIAL AVOCATS
SEVEN MISSION GROUP LLC
SGB PACKAGING GROUP, INC.
SHALOM B. LLC D/B/A ASHER FABRIC CONCEPTS
SHALYEN MUSIC LLC
SHANE D SHOOK
SHAO HONG CHIU
SHAOBING LI
SHAPIRO ARATO BACH LLP
SHAPIRO, DORRY, & MASTERSON LLC
SHENGJIE FU
SHERRY-LEHMANN, INC
SHERRY-NETHERLAND, INC.
SHI JIA ZHUANG ZHEN YUAN JIAN ZHU AN ZHUANG GONG CHENG LTD BEJING FIRST
SHIBIN ZHANG
SHIN HSIN YU
SHING SEUNG ANKERITE ENGINEERING LTD
SHINY ACE INNOVATION CO LTD
SHINY ACE LIMITED
SHINY TIMES LTD.
SHIPMAN AND GOODWIN
SHIPMAN, SHAIKEN & SCHWEFEL, LLC
SHIQI WANG
SHIYING LI
SHIYUAN ZHANG
SHIZHONG ZHANG
SHUANG WANG
SHUJUAN MILNE
SHUNJUN LI
SIDLEY AUSTIN LLP
SIGNATURE BANK, N.A.
SILVERGATE BANK
SING TING RONG
SIRIUS NETWORKING INC.
SIU MING JE
SLAUGHTER LAW GROUP, PC
SMARAGDOS MAMZERIS
SOD STONE OFFROAD DESIGN GMBH
SOLAZZO CALZATURE S.R.L.
SOLOMON TREASURE ANTIQUES
SONGYI CHEN
SOTHEBY'S INTERNATIONAL REALTY
SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC
SPIRIT CHARTER INVESTMENT LIMITED
SPOTIFY TECHNOLOGY S.A.
SPOTIFY USA, INC.
STANDARD CHARTERED BANK
STANDARD CHARTERED BANK USA
STAPLES, DBA, STAPLES BUILDING SOLUTIONS
STARLING BANK LTD
STEPHEN KINDSETH
STEPHEN WONG
STEPTOE LLP
STERLING NATIONAL BANK

STEVE BANNON,
STEVENSON WONG
STICHTING DUURZAME
STOKES LAWRENCE, PS
STOKESBURY, SHIPMAN & FINGOLD, LLC
STRATEGIC VISION LLC
STROOCK & STROOCK & LAVAN LLP
STRUCTURE DESIGN BUILD LLC
STUDIO CATALDI GROUP SRL
STYLE EYES INC. D/B/A GINGER FINDS
SUPER STAR PROJECT LIMITEDO
SUPREME EBANQ GLOBAL LTD.
SUPREME FINTECH U.S. LLC
SUPREME SG PTE LTD
SWANS TEAM DESIGN INC.
TAIXIN FU
TAKAHASHI HIROYUKI
TALHA ZOBAIR
TAO AN
TAO ZHANG
TAO ZHENG
TARGET ENTERPRISES, LLC
TARTER KRINSKY DROGIN, LLP
TAURUS FUND LLC
TAURUS MANAGEMENT LLC
TAVARES CUTTING INC.
TD AVENUE (THE DIAMOND AVENUE)
TD BANK, N.A.
TELI CHEN
TERIS-PHOENIX, LLC
THE BANCORP BANK
THE BANK OF PRINCETON
THE CASPER FIRM
THE CLEAR CREEK GROUP, LLC
THE CURRENCY CLOUD LIMITED
THE DEPUTY GROUP, LLC
THE FIRST BANK OF GREENWICH
THE FRANCIS FIRM PLLC
THE GERTZ FILE INVESTIGATIVE REPORTING PROJECT INC
THE LAW OFFICES OF RAFAEL A. VARGAS
THE LOST DRAFT LLC
THE QUINLAN LAW FIRM, LLC
THE SHERRY-NETHERLAND HOTEL
THE SHERRY-NETHERLAND, INC.
THERIAULT LAW, P.C.
THOMAS RAGLAND
THREE TREASURE LLC
TIAN LIANG
TIAN SHU HUANG
TINGYI WEI
TM PRIMROSE LIMITED
TOKYOSEIKI CO. LTD.
TONG LE INTERNATIIONAL TRADING CO., LTD.
TOP CALIFORNIA BEACH CORP.
TOP TARGET GENERAL TRADING LLC
TRASCO BREMEN GMBH

TRIPLE2 DIGITAL LLC
TROUTMAN PEPPER HAMILTON SANDERS LLP
TROY LAW PLLC
TROY LEGAL, PLLC
TRUSTCO BANK
TT RESOURCES 1 PTY LTD.
TUT CO. LIMITED
U.S. BANK NATIONAL ASSOCIATION
U.S. LEGAL SUPPORT, INC.
UBS AG
UBS AG (LONDON BRANCH)
UK HIMALAYA LTD.
UK IMPORT SERVICES LIMITED
UNA MANYEE WILKINSON
UNITED STATES OF AMERICA
UNITEDLEX
UPDIKE, KELLY & SPELLACY P.C.
URBAN LEGEND MEDIA, INC
US HIMALAYA CAPITAL INC.
US HIMALAYA LTD.
V.X. CERDA & ASSOCIATES P.A.
VALLEY NATIONAL BANK
VANDENLOOM INC.
VERDOLINO & LOWEY
VERITEXT
VERSACE USA, INC.
VFT SOLUTIONS INC.
VICTOR CERDA
VICTOR-OASIS CONSULTANCY LIMITED
VISION KNIGHT CAPITAL (CHINA) FUND
VOICE OF GUO MEDIA, INC.
VX CERDA & ASSOCIATES
WA & HF LLC
WALLEX DIGITAL LLC
WALLEX PAY LLC
WALLEX TECHNOLOGIES PTE LTD.
WANCI JIAO
WANG'S REALTY MANAGEMEMT SERVICE INC.
WARD & BERRY, PLLC
WARREN LAW GROUP
WARROOM BROADCASTING & MEDIA COMMUNICATIONS LLC
WAYCAP S.P.A.
WEATHERTEST COMPANY INC.
WEBSTER FINANCIAL CORPORATION
WEDDLE LAW PPLC
WEDLAKE BELL LLP
WEI HONG XIE
WEI SHE
WEI ZHANG
WEICAN ("WATSON") MENG
WEIGUO SUN
WEIHUA LI
WEIWEI QIAN
WEIXIANG GE
WEIYI WANG
WELL ORIGIN LTD.

WELLS FARGO BANK, N.A.
WEN LIN
WENCONG WANG
WENFENG HU
WENG
WENHUA GONG
WESTY'S STORAGE
WHITECROFT SHORE LIMITED
WHITMAN BREED ABBOTT & MORGAN LLC
WILDES & WEINBERG, P.C.
WILLIAM BRADLEY WENDEL
WILLIAM GERTZ
WILLIAM JE (JE KIN MING)
WILLIAMS & CONNOLLY
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
WINGS INSURANCE AGENCY, INC.
WISE CREATION INTERNATIONAL LIMITED
WISE US, INC.
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
WOMBLE BOND DICKINSON (US) LLP
WORLD CENTURY LIMITED,
WORLDWIDE OPPORTUNITY HOLDINGS LIMITED
WU ZHENG
XIA CHUNFENG
XIANHONG ZHANG
XIAO HUANG
XIAO RUI WANG
XIAO YAN ZHU
XIAOBO. HE
XIAODAN WANG
XIAOLAN ZHAO
XIAOLI MA
XIAOLI XU
XIAOMEI ZHAO
XIAOMING LIU
XIAOXIAO LIN
XIAOYAN BA
XILI ZHAI
XIN LI
XINGYU YAN
XINHUI LIAO
XINRONG LI
XIQUI ("BOB") FU
XIULING TANG
XUE WANG
XUEBING WANG
XUEHAI LIU
XUN DENG
YA LI
YACHTZOO SARL
YAFAN CHANG
YAN CHUN LIU
YAN GAO
YAN HUANG
YAN LIU
YANCHENG CHEN

YANG HAI
YANG JUN ZHENG
YANG LAN
YANG YANG
YANGPING WANG
YANKWITT LLP
YANMING WANG
YANPING WANG
YANPING YVETTE WANG
YANYUN REN
YAPING ZHANG
YAZ QINGUA
YELIANG XIA
YI LI
YI LIN
YI WEN
YI ZHAO
YI ZHOU
YIELDESTA L.P.
YIMING ZHANG
YING LIU
YINYING WANG (A/K/A XIAO FEI XIANG)
YONG CHUN LI
YONG ZHANG
YONGBING ZHANG
YONGPING YAN (A/K/A SHAN MU)
YOSSI ALMANI
YOUTUBE, LLC
YU XIA LI
YUAN ZHOU
YUANLIN LIU
YUE HUA ZHU SHI
YUE ZHOU
YUECHEN LAN
YUHONG PEI
YUJIA WANG
YUK MOEY MARY YAP
YUKY YUN LIU
YULIN YAO
YUMEI HU
YUNFA WANG
YUNFU JIANG
YUNTENG LU
YUNXIA WU
YUQIANG QIN
YUXIANG CHEN & JIA YOU JT TEN
YVETTE WANG
ZEICHNER ELLMAN & KRAUSE LLP
ZEISLER & ZEISLER, P.C.
ZETA GLOBAL CORP.
ZHANG LIN
ZHANG WEI
ZHENG RUI HE
ZHENG WU (A/K/A BRUNO WA)
ZHENGHUA SHEN
ZHENGJUN DONG

ZHENPENG LI
ZHIXUAM LI
ZHIXUAN LI
ZHIZHE "FRANK" DONG
ZHONGYI MA
ZHOU BAOJIN
ZHOU HAI YANG
ZHUOER "JOE" WANG
ZI YE
ZIBA LIMITED
ZIHAN LIU
ZIKUN WANG