**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                            :    Chapter 11
                                                  :
HO WAN KWOK *et al.*,                             :    Case No. 22-50073 (JAM)
                                                  :
            Debtors.[1]                           :    Jointly Administered
                                                  :
---------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S MOTION PURSUANT TO BANKRUPTCY RULE 9006(b), FOR ENTRY OF CONSENT ORDER EXTENDING TIME FOR PROFESSIONALS TO FILE INTERIM FEE APPLICATIONS**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "<u>Trustee</u>") appointed in the chapter 11 case of Ho Wan Kwok (the "<u>Debtor</u>"), files this motion (the "<u>Motion</u>"), pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and District of Connecticut Local Rule of Civil Procedure 7(b), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 2094] (the "<u>Compensation Procedures Order</u>"), upon the consent of the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), and the United States Trustee, hereby moves for an extension of time of 10 days, from June 14, 2024, through and including June 24, 2024, for professionals employed by the Trustee, Genever Holdings Corporation and Genever Holdings LLC (collectively, the "<u>Genever

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Debtors"), or the Committee, whose retentions are approved pursuant to 11 U.S.C. §§ 327 or 1103 (collectively, the "Professionals"), to file interim fee applications.[2] Counsel for the United States Trustee proposed the extension in light of certain counsel's travel plans as well as other scheduling conflicts during mid-June, and the Trustee, the Genever Debtors, and the Committee have consented to the proposed extension.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALL BLANK.]*

---

[2] Interim fee applications are due under the Compensation Procedures Order no later than 45 days after the conclusion of any Interim Fee Period (as defined in the order). The previous Interim Fee Period concluded on April 30, 2024, hence, absent extension, the deadline is presently June 14, 2024.

WHEREFORE, the Trustee respectfully requests entry of the Proposed Order (a) granting the relief requested herein, and (b) granting such other relief as is just and proper.

Dated:  May 10, 2024  
        New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
    Douglas S. Skalka (ct00616)  
    Patrick R. Linsey (ct29437)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    dskalka@npmlaw.com  
    plinsey@npmlaw.com

    *and*

Nicholas A. Bassett (admitted *pro hac vice*)  
PAUL HASTINGS LLP  
2050 M Street NW  
Washington, D.C., 20036  
(202) 551-1902  
nicholasbassett@paulhastings.com

    *and*

Douglass Barron (admitted *pro hac vice*)  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, New York 10166  
(212) 318-6079  
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re:                                                          : Chapter 11
                                                                : 
HO WAN KWOK, *et al.*,[1]                                       : Case No. 22-50073 (JAM)
                                                                : 
           Debtors.                                             : (Jointly Administered)
---------------------------------------------------------------x

**[PROPOSED] CONSENT ORDER EXTENDING TIME FOR PROFESSIONALS TO FILE INTERIM FEE APPLICATIONS**

Upon the motion (the "Motion")[2] of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor") for entry of an order (this "Order") extending time for Professionals to file interim fee applications (the "Fee Applications"); and upon the consent of the Committee, the Genever Debtors, and the United States Trustee; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The time by which the Professionals must file their respective Fee Applications pursuant to the Compensation Procedures Order is extended until June 24, 2024.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                      :   Chapter 11
:
HO WAN KWOK *et al.*,            :   Case No. 22-50073 (JAM)
:
      Debtors.                        :   Jointly Administered
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2024, the foregoing Motion, and all declarations, exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   May 10, 2024
          New Haven, Connecticut

        By: */s/ Patrick R. Linsey*
           Douglas S. Skalka (ct00616)
           Patrick R. Linsey (ct29437)
           NEUBERT, PEPE & MONTEITH, P.C.
           195 Church Street, 13th Floor
           New Haven, Connecticut 06510
           (203) 781-2847
           dskalka@npmlaw.com
           plinsey@npmlaw.com

           *Counsel for the Chapter 11 Trustee*