# United States Bankruptcy Court

### District of Connecticut



Filed and Entered
On Docket
May 13, 2024

In re:
Ho Wan Kwok

Genever Holdings Corporation
Debtor*

Case Number: 22–50073
Chapter: 11

### AMENDED NOTICE OF HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **May 28, 2024** at **12:00 PM** to consider and act upon the following matter(s):

> **Motion for Order Regarding Transfer of Ownership of Ducati Motorcycle Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee. (Re: Doc #3177)**
>
> **Application Expanding Retention and Employment of Harney Westwood and Riegels LP to Also Serve as Cayman Islands Counsel to Chapter 11 Trustee Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee. (Re: Doc #3178)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.

**OBJECTION(S) TO THE MOTION SHALL BE FILED ON OR BEFORE: May 22, 2024** before 5:00 PM. Untimely objections may not be considered.

**TO THE FILING PARTY:**

**YOU ARE REQUIRED TO SERVE THIS NOTICE ON OR BEFORE: May 14, 2024** in accordance with the Bankruptcy Rules and file a Certificate of Service with the court indicating the name and address of each party served unless service was made electronically through CM/ECF.

**YOU ARE REQUIRED TO FILE A CERTIFICATE OF SERVICE ON OR BEFORE: May 15, 2024** before 5:00 PM. Untimely certificates of service may result in the hearing not being held.

Dated: May 13, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – rms