**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                  :

In re:                      :    Chapter 11
                                    :

HO WAN KWOK, *et al.*,[1]      :    Case No. 22-50073 (JAM)
                                    :

        Debtors.         :    (Jointly Administered)
                                    :
-------------------------------------------------------x

**NOTICE OF FILING OF INVOICES OF ACHESON DOYLE PARTNERS
ARCHITECTS, P.C. FOR ARCHITECTURAL SERVICES DURING APRIL 2024**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Project Order"),[2] attached hereto as **Exhibit A** is Acheson Doyle's invoice, dated May 13, 2024 (the "Remediation Project Invoice"), related to services performed by Acheson Doyle in connection with the Remediation Project during the month of April 2024 (as further detailed in the Remediation Project Invoice).

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Project Order or the Cleaning Project Order (as defined below), as applicable.

*Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Related Relief* (the "Cleaning Project Order"), attached hereto as **Exhibit B** is Acheson Doyle's invoice, dated May 13, 2024 (the "Cleaning Project Invoice" and, together with the Remediation Project Invoice, the "Invoices"), related to services performed by Acheson Doyle in connection with the Cleaning Project during the month of April 2024 (as further detailed in the Cleaning Project Invoice).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Remediation Project Order and the Cleaning Project Order, as applicable, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the Invoices and (b) if no timely objections to the Invoice(s) are filed with the Court, Genever Holdings LLC is authorized to pay such Invoice(s) without further Court order.

Dated:    May 13, 2024          GENEVER HOLDINGS LLC
          New York, New York

                                 By: */s/ G. Alexander Bongartz*
                                   G. Alexander Bongartz (admitted *pro hac vice*)
                                   Avram E. Luft (admitted *pro hac vice*)
                                   PAUL HASTINGS LLP
                                   200 Park Avenue
                                   New York, New York 10166
                                   (212) 318-6079
                                   aviluft@paulhastings.com
                                   alexbongartz@paulhastings.com

                                      *and*

                                   Nicholas A. Bassett (admitted *pro hac vice*)
                                   PAUL HASTINGS LLP
                                   2050 M Street NW
                                   Washington, D.C., 20036
                                   (202) 551-1902
                                   nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re:                                                  :     Chapter 11
                                                        :
HO WAN KWOK, *et al.*,[1]                               :     Case No. 22-50073 (JAM)
                                                        :
                    Debtors.                            :     (Jointly Administered)
                                                        :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 13, 2024, the foregoing Notice was

electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned

chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to

anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties

may access this filing through the Court's CM/ECF system.

Dated:     May 13, 2024
           New York, New York


                                    By: */s/ G. Alexander Bongartz*
                                        G. Alexander Bongartz (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 318-6079
                                        alexbongartz@paulhastings.com

                                        *Counsel for Genever Holdings LLC*

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## Exhibit A

**Remediation Project Invoice**

| **Invoice** |
|---|

# Acheson Doyle PARTNERS

**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**Tel: 212-414-4500**
**info@adparchitects.com**

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

May 13, 2024
Project No:          52302.10
Invoice No:          24887

Project          52302.10          The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY - Genever
                                   Holdings LLC Apt 1801 - Apartment Stabilization Project

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

## Professional Services from April 01, 2024 to April 30, 2024

Phase          04          Scope of Work Item D: Construction Administration

**Fee is billed hourly; estimate $20,000/month**

- Project Administration (April 2024):
  Project coordination, follow-up w/ expeditor for DOB submission, DOBNow, Architectural & Mechanical drawings submitted to DOB; follow-up w/ expeditor for DOB submission, building plumbing info input into DOBNow, plumbing filing submitted to DOB; ACM abatement diagram plan; LPC window package; TPP coordination w/ Sciame, CAD indemnification for CAD files, review of Hillman testing report; CAD indemnification & CAD files for TPP, Meeting Minutes; 04/08 site visit and team meeting; 04/10 field meeting; follow-up w/ LPC for window filing; follow-up w/ Sciame, TPP coordination, ceiling demo plan; 04/15 site visit, meeting follow-up, drawing updates; 04/22 project coordination; LPC approval; weekly meeting, site walk-through, meeting w/ DKI; 04/29 project coordination, weekly meeting, site visit & follow-up

**Professional Personnel**

|  | **Hours** | **Rate** | **Amount** |  |
|---|---|---|---|---|
| Principal |  |  |  |  |
| Acheson, David | 17.00 | 400.00 | 6,800.00 |  |
| Project Manager |  |  |  |  |
| Snyder, Brendon | 25.00 | 320.00 | 8,000.00 |  |
| Senior Architect |  |  |  |  |
| Palma, Luke | 2.00 | 280.00 | 560.00 |  |
| Totals | 44.00 |  | 15,360.00 |  |
| **Total Labor** |  |  |  | **15,360.00** |
| **Total this Phase** |  |  |  | **$15,360.00** |

Phase          RE          Reimbursable Expenses
**Reimbursable Expenses**

| Brendon Snyder |  |  |  |  |  |
|---|---|---|---|---|---|
| 4/30/2024 | Brendon Snyder | 4/1, 4/22 - Travel to Job Site |  | 11.60 |  |
| **Total Reimbursables** |  |  | **1.1 times** | **11.60** | **12.76** |

| Project | 52302.10 | S/N- Genever Holdings LLC Apt 1801 | Invoice | 24887 |
| --- | --- | --- | --- | --- |

**Unit Billing**

| | | | |
| --- | --- | --- | --- |
| In House Printing (BW & Color) | | 8.08 | |
| **Total Units** | **1.1 times** | **8.08** | **8.89** |
| | **Total this Phase** | | **$21.65** |
| | **Total Due This Invoice** | | **$15,381.65** |

Thank you for your prompt payment.

| Project | 52302.10 | S/N- Genever Holdings LLC Apt 1801 | Invoice | 24887 |

# Billing Backup

Acheson Doyle Partners Architects, P.C.   Invoice 24887 Dated 5/13/2024

Monday, May 13, 2024
12:47:07 PM

| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY - Genever Holdings LLC Apt 1801 - Apartment Stabilization Project |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Phase | 04 | Scope of Work Item D: Construction Administration |

**Total this Phase**   **$15,360.00**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Phase | RE | Reimbursable Expenses |

**Reimbursable Expenses**

Brendon Snyder

| AP | 33856 | 4/30/2024 | Brendon Snyder / 4/1, 4/22 - Travel to Job Site / Invoice: 20240430, 4/30/2024 | | 11.60 | |
| | | | **Total Reimbursables** | **1.1 times** | **11.60** | **12.76** |

**Unit Billing**

| In House Printing (BW & Color) | | 8.08 | |
| **Total Units** | **1.1 times** | **8.08** | **8.89** |

**Total this Phase**   **$21.65**

**Total this Project**   **$15,381.65**

**Total this Report**   **$15,381.65**

Acheson Doyle PARTNERS

**EXPENSE REPORT**

| | |
|---|---|
| **Name** | Brendon Snyder |
| **Project Name** | SN Apt. 1801 |
| **Project Number** | 52302.10 Re |
| **Date** | 4/30/2024 |

| Date | Purpose | Train | Subway | Mileage | Taxi | Parking | Tolls | Misc. | Totals |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| 4/1/24 | Travel to site - MTA OMNY | | $ 2.90 | | | | | | $ 2.90 |
| 4/1/24 | Travel from site - MTA OMNY | | $ 2.90 | | | | | | $ 2.90 |
| 4/22/24 | Travel to site - MTA OMNY | | $ 2.90 | | | | | | $ 2.90 |
| 4/22/24 | Travel from site - MTA OMNY | | $ 2.90 | | | | | | $ 2.90 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Totals** | | $ - | $ 11.60 | $ - | $ - | $ - | $ - | $ - | $ 11.60 |

Total: | $ 11.60 |

# Print Activity Report

**Project Summary - Internal**

04/01/2024 to 04/30/2024

## 52302.10

**Standard Pricing**

**SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Apartment Stabilization Pr**

| Description | Qty. × (Cost) / Charge | Cost | Charge |
|---|---|---|---|
| Canon iR ADV C5560i : Letter | 17 × (0.24) / 0.24 ea. | 4.08 | 4.08 |
| Canon iR ADV C5560i : Tabloid | 4 × (1.00) / 1.00 ea. | 4.00 | 4.00 |
| **Totals For : 52302.10 - SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Ap** | | **$8.08** | **$8.08** |



## Exhibit B

**Cleaning Project Invoice**

| Invoice |
| --- |

**Acheson Doyle** PARTNERS

**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**Tel: 212-414-4500**
**info@adparchitects.com**

May 13, 2024
Project No:        52402.02
Invoice No:        24888

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

Project          52402.02          The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever
                                   Holdings LLC Apt 1804 - Ceiling Removal Project

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from April 01, 2024 to April 30, 2024**

Phase          01          Prepare Filing Plans

**Fee**
    Total Fee                5,000.00
    Percent Complete          100.00   Total Earned            5,000.00
                                       Previous Fee Billing        0.00
                                       Current Fee Billing     5,000.00
                                       **Total Fee**                        **5,000.00**

                                                  **Total this Phase**           **$5,000.00**

Phase          02          Coordinate Proposals
**Fee**
    Total Fee                2,000.00
    Percent Complete          100.00   Total Earned            2,000.00
                                       Previous Fee Billing        0.00
                                       Current Fee Billing     2,000.00
                                       **Total Fee**                        **2,000.00**

                                                  **Total this Phase**           **$2,000.00**

Phase          RE          Reimbursable Expenses
**Unit Billing**
    In House Printing (BW & Color)                                   .24
              **Total Units**                    **1.1 times**       **.24**        **.26**

                                                  **Total this Phase**            **$.26**

                                       **Total Due This Invoice**           **$7,000.26**

Thank you for your prompt payment.

# Billing Backup

Acheson Doyle Partners Architects, P.C.          Invoice 24888 Dated 5/13/2024

Monday, May 13, 2024
12:49:52 PM

Project          52402.02                    The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever
                                             Holdings LLC Apt 1804 - Ceiling Removal Project

Phase            RE              Reimbursable Expenses

**Unit Billing**

| | | | |
|---|---|---|---|
| In House Printing (BW & Color) | | .24 | |
| **Total Units** | **1.1 times** | **.24** | **.26** |
| | **Total this Phase** | | **$.26** |
| | **Total this Project** | | **$.26** |
| | **Total this Report** | | **$.26** |

# Print Activity Report

**Project Summary - Internal**
04/01/2024 to 04/30/2024

## 52402.02

**Standard Pricing**

**Genever Holdings LLC Apt 1804**

| Description | Qty. × (Cost) / Charge | Cost | Charge |
|---|---|---|---|
| Canon iR ADV C5560i : Letter | 1 × (0.24) / 0.24 ea. | 0.24 | 0.24 |
| **Totals For : 52402.02 - The Sherry-Netherland, Inc., 781 Fifth Avenue, New York, NY - Ge** | | **$0.24** | **$0.24** |



Printed on 5/1/2024

1