**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                    :      Chapter 11
:
HO WAN KWOK, *et al.*,[1]                 :      Case No. 22-50073 (JAM)
:
Debtor.                           :      (Jointly Administered)
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

On May 10, 2024, the Trustee filed his *Motion for Entry of Consent Order Regarding Transfer of Ownership of Ducati Motorcycle to Estate* [ECF No. 3177] (the "Motion") using the Court's case management/electronic case files system ("CM/ECF"). Notice of the Motion was sent by email automatically at the time of filing via CM/ECF to all parties appearing in the above-captioned chapter 11 case able to receive electronic notice and via U.S. Mail on May 10, 2024, to any appearing parties ineligible to receive electronic notice.

On May 13, 2024, the Court issued its *Amended Notice of Hearing* [ECF No. 3184] (the "Hearing Notice") via CM/ECF. Notice of the Hearing Notice was sent by email automatically at the time of issuance via CM/ECF to all parties appearing in the above-captioned chapter 11 case able to receive electronic notice and via U.S. Mail dispatched by 5 p.m. on May 14, 2024, to any parties ineligible to receive electronic notice.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated:　　May 14, 2024　　　　　　　　　LUC A. DESPINS,
　　　　　　New Haven, Connecticut　　　　　CHAPTER 11 TRUSTEE


By: */s/ Patrick R. Linsey*
　　Patrick R. Linsey (ct29437)
　　NEUBERT, PEPE & MONTEITH, P.C.
　　195 Church Street, 13th Floor
　　New Haven, Connecticut 06510
　　(203) 781-2847
　　plinsey@npmlaw.com

　　　*and*

　　Nicholas A. Bassett (admitted *pro hac vice*)
　　PAUL HASTINGS LLP
　　2050 M Street NW
　　Washington, D.C., 20036
　　(202) 551-1902
　　nicholasbassett@paulhastings.com

　　　*and*

　　Douglass Barron (admitted *pro hac vice*)
　　PAUL HASTINGS LLP
　　200 Park Avenue
　　New York, New York 10166
　　(212) 318-6079
　　douglassbarron@paulhastings.com

　　*Counsel for the Chapter 11 Trustee*