UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al*.,[1]                                :    Case No. 22-50073 (JAM)
                                                         :
         Debtors.                                        :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

On May 10, 2024, the Trustee filed his *Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Expanding Retention and Employment of Harney Westwood and Riegels LP to Also Serve as Cayman Islands Counsel to Chapter 11 Trustee* [ECF No. 3178] (the "Application") using the Court's case management/electronic case files system ("CM/ECF"). Notice of the Motion was sent by email automatically at the time of filing via CM/ECF to all parties appearing in the above-captioned chapter 11 case able to receive electronic notice and via U.S. Mail on May 10, 2024, to any appearing parties ineligible to receive electronic notice.

On May 13, 2024, the Court issued its *Amended Notice of Hearing* [ECF No. 3184] (the "Hearing Notice") via CM/ECF. Notice of the Hearing Notice was sent by email automatically at the time of issuance via CM/ECF to all parties appearing in the above-captioned chapter 11 case

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

able to receive electronic notice and via U.S. Mail dispatched by 5 p.m. on May 14, 2024, to any parties ineligible to receive electronic notice.

| | |
|---|---|
| Dated: May 15, 2024<br>New York, New York | By: */s/ G. Alexander Bongartz*<br>G. Alexander Bongartz (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6079<br>alexbongartz@paulhastings.com<br><br>*Counsel for Chapter 11 Trustee* |