# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Charles R. Bennett**, Bar **037380**, was duly admitted to practice in this Court on **February 11, 1975**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **May 03, 2024**



__Robert M. Farrell__
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# Certificate Of Good Standing

I, Erin P. Callahan, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that

## Charles R. Bennett, Jr.

with New Hampshire Bar #5498 was admitted to practice in this Court on October 22, 1993, and is in good standing as a member of the bar of this Court.

Dated at Concord, New Hampshire, on May 6, 2024.



DANIEL J. LYNCH, Clerk

By: *Erin P. Callahan*
Erin P. Callahan
Deputy Clerk

*The issuance of this Certificate of Good Standing is based on this attorney's representation that he/she is an active member in good standing of the bar of the New Hampshire Supreme Court or the bar of the highest court of any state, and that no disciplinary matters are currently pending against said counsel in any jurisdiction. Should that representation prove to be untrue as of the above date, this certificate is rendered null and void.*



**UNITED STATES DISTRICT COURT**
District of Rhode Island

**CERTIFICATE OF GOOD STANDING**

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, **DO HEREBY CERTIFY** that **Charles R. Bennett, Jr.,** was duly admitted to practice in said Court on **May 8, 1996** and is in good standing as a member of the bar of said Court.

Dated at Providence, RI
On May 3, 2024

Hanorah Tyer-Witek, Clerk

By: _____
Deputy Clerk



# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 10, 1974**, said Court being the highest Court of Record in said Commonwealth:

**Charles R. Bennett, Jr.**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixth** day of **May** in the year of our Lord **two thousand and twenty-four.**

*(signed)* MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.

# The State of New Hampshire
# Supreme Court

## Certificate of Good Standing

This is to certify that

### Charles R. Bennett Jr.

having been found qualified for admission to the bar, in accordance with the Rules of Court, and having subscribed and taken the oaths required by law on,

October 20, 1988,

was admitted to practice as an Attorney in the Courts of this State, and, on this date, is on honorary active status and in good standing according to the records of this Court.



In Testimony Whereof, I have hereunto set my hand, and affixed the seal of said Court, this 7th day of May 2024

_____, Clerk



## Supreme Court of Rhode Island
### Providence

*This Certifies that*

## Charles R. Bennett, Jr.
*of Boston, MA*

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 15th day of December, 1995 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this the 6th day of May, 2024.

*Meredith Benoit*
Clerk