UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
AT BRIDGEPORT

| | |
|---|---|
| In Re:<br><br>HO WAN KWOK, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |
| LUC A. DESPINS,<br><br>Plaintiff,<br><br>v.<br><br>CAYUSE GOVERNMENT SERVICES, LLC,<br><br>Defendant. | Adversary Proceeding<br>No. 24-05230<br><br>May 15, 2024 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, in accordance with Bankruptcy Rule 9010 (b), Charles R. Bennett, Jr., Esq., Murphy & King P.C., 28 State Street, Suite 3101, Boston Massachusetts 02109, hereby appears as attorney for **CAYUSE GOVERNMENT SERVICES, LLC** in the above-captioned matter.

Please provide to Charles R. Bennett, Jr., Esq., Murphy & King P.C. copies of all notices given or required to be given in this case and all papers served or required to be served, pursuant to Bankruptcy Code Sections 102(1) or 1109(b), or by Bankruptcy Rules 2002 or 9007.

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Rules specified above, but also include without limitation, orders and notices of any

1

832346

application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise, (1) which affect or seek to affect in any way any rights or interest of **CAYUSE GOVERNMENT SERVICES, LLC** with respect to (a) the debtors; (b) property or proceeds thereof in which the debtors may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by debtors.

By: /s/ Charles R. Bennett, Jr.
Charles R. Bennett, Jr. (BBO #037380)
MURPHY & KING, P.C.
28 State Street, Suite 3101
Boston, Massachusetts 02109
Tel: 617-423-0400
Fax: 617-423-0498
cbennett@murphyking.com

Dated: May 15, 2024
To: All parties on the annexed list

832346

## CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2024, I electronically filed the foregoing document with the Clerk of the Bankruptcy Court for the District of Connecticut using the CM/ECF System, which will send electronic notification of such filing to appearing counsel, including the following:

Patrick R. Linsey  
Neubert Pepe & Monteith, P.C.  
195 Church Street, 13 Fl  
New Haven, CT 06510

Douglas S. Skalka  
Neubert, Pepe, and Monteith  
195 Church Street, 13th Floor  
New Haven, CT 06510

                              By:    /s/ Charles R. Bennett, Jr.  
                                       Charles R. Bennett, Jr. (BBO #037380)  
                                       MURPHY & KING, P.C.  
                                       28 State Street, Suite 3101  
                                       Boston, Massachusetts 02109  
                                       Tel: 617-423-0400  
                                       Fax: 617-423-0498  
                                       cbennett@murphyking.com

832346