**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                                       :
In re:                                                 :          Chapter 11
                                                       :
HO WAN KWOK, *et al.*,[1]                              :          Case No. 22-50073 (JAM)
                                                       :
              Debtor.                                  :          (Jointly Administered)
-------------------------------------------------------x

**NOTICE OF AVOIDANCE DEFENDANTS**
**AS TO WHICH MEDIATION REFERRALS HAVE OCCURRED**

PLEASE TAKE NOTICE, in compliance with the Court's *Order Directing Parties to Mediation, Appointing the Honorable James J. Tancredi as Mediator, and Amending Order Approving Procedures Applicable to Avoidance Claim Adversary Proceedings* [ECF No. 3163] (the "Avoidance/Mediation Procedures Order"), Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") of Ho Wan Kwok, appends hereto as **Exhibit A** a list of Avoidance Defendants as to which Mediation Referrals have occurred (the "Mediating Defendants") as of the date of this Notice.[2] The Trustee expects between ten and twenty additional Avoidance Defendants will become Mediating Defendants over the next month as their counsel file appearances in the applicable Avoidance Actions. The Trustee will file an updated list of Mediating Defendants by June 17, 2024.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not expressly defined herein adopt the definitions set forth in the Avoidance/Mediation Procedures Order.

PLEASE TAKE FURTHER NOTICE, the Trustee intends to: (a) schedule an initial presentation for all Mediating Defendants via Zoom; and (b) propose to Judge Tancredi groupings for consolidated Mediation Proceedings (that would involve multiple Avoidance Defendants against which the Trustee has asserted claims involving common issues). The Trustee will be communicating further with the Mediating Defendants and Judge Tancredi with respect to the foregoing and with respect to scheduling.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

Dated: May 17, 2024                LUC A. DESPINS, CHAPTER 11 TRUSTEE
New Haven, Connecticut

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

        *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

        *and*

    G. Alexander Bongartz (admitted *pro hac vice*)
    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6690
    alexbongartz@paulhastings.com
    douglassbarron@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

3

**<u>EXHIBIT A</u>**

| # | ADV. PROC. NO. | DEFENDANT |
|---|---|---|
| 1 | 24-05120 | 3 Columbus Circle LLC |
| 2 | 24-05077 | American Express Company |
| 3 | 24-05207 | Bering Yachts, LLC |
| 4 | 24-05109 | Moran Yacht Management, Inc. |
| 5 | 24-05082 | Ohtzar Shlomo Solomon Treasure LLC |
| 6 | 24-05055 | 270 W. 39th St. Co., LLC |
| 7 | 24-05010 | Direct Persuasion LLC |
| 8 | 24-05100 | Grocyber, LLC |
| 9 | 24-05048 | Mark Gunderson |
| 10 | 24-05044 | Teris-Phoenix, LLC |
| 11 | 24-05190 | Redis Lab, Inc. |
| 12 | 24-05020 | Slaughter Law Group, PC |
| 13 | 24-05128 | Miller Motorcars Inc. |
| 14 | 24-05047 | Phillips Nizer LLP |
| 15 | 24-05233 | Brune Law PC |
| 16 | 24-05058 | Anthem Health Plans, Inc. |
| 17 | 24-05033 | Art Wolfe, Inc. |
| 18 | 24-05069 | B&H Foto & Electronics Corp |
| 19 | 24-05007 | Blueberry Builders, LLC |
| 20 | 24-05225 | Cirrus Design Corporation |
| 21 | 24-05112 | Empire Blue Cross Blue Shield |
| 22 | 24-05015 | Fox News Network, LLC |
| 23 | 24-05181 | Ganfer Shore Leeds & Zauderer, LLP |
| 24 | 24-05122 | Indium Software Inc. |
| 25 | 24-05147 | Jamestown Associates, LLC |
| 26 | 24-05229 | Marcum LLP |
| 27 | 24-05194 | McManimon, Scotland & Baumann, LLC |
| 28 | 24-05196 | Morvillo Abramowitz Grand Iason & Anello P.C. |
| 29 | 24-05214 | Petrillo Klein & Boxer LLP |
| 30 | 24-05138 | Target Enterprises, LLC |
| 31 | 24-05184 | Yankwitt LLP |
| 32 | 24-05092 | Zeta Global Corp. |
| 33 | 24-05202 | Clayman Rosenberg Kirshner & Linder LLP |
| 34 | 24-05119 | International Treasure Group LLC |

| # | ADV. PROC. NO. | DEFENDANT |
|---|---|---|
| 35 | 24-05057 | Amazon.com, Inc. |
| 36 | 24-05006 | Amazon Web Services, Inc. |
| 37 | 24-05031 | Arri Americas Inc. |
| 38 | 24-05076 | Mercedes-Benz Manhattan, Inc. |
| 39 | 24-05042 | Restoration Hardware, Inc. |
| 40 | 24-05086 | The Clear Creek Group, LLC |
| 41 | 24-05005 | Agora Lab, Inc. |
| 42 | 24-05133 | Beile Li |
| 43 | 24-05114 | ModSquad Inc. |
| 44 | 24-05162 | Nardello & Co., LLC |
| 45 | 24-05222 | Sedgwick Realty Corp. |