**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                          :

In re:                           :     Chapter 11
                                            :

HO WAN KWOK, *et al.*,[1]         :     Case No. 22-50073 (JAM)
                                            :

           Debtors.         :     (Jointly Administered)
                                            :
-------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that: (a) on May 21, 2024, the *Motion for Order Approving Liquidation of VCTR Shares, Distribution of Proceeds, and Related Relief* (including all exhibits, attachments, and proposed orders filed therewith) [ECF No. 3203] (the "<u>Motion</u>") was filed electronically using the Court's case management/electronic case files system ("<u>CM/ECF</u>"); (b) on May 23, 2024, the Court's *Order Granting In Part Motion to Expedite Hearing on Motion to Liquidate Assets* [ECF No. 3211] (the "<u>Hearing Notice</u>") was entered via CM/ECF; and (c) on May 23, 2024, the *Notice of Revised Proposed Order Granting Motion to Approve Liquidation of VCTR Shares, Distribution of Proceeds, and Related Relief* (including all exhibits, attachments, and proposed orders filed therewith) [ECF No. 3212] (the "<u>Revised Order</u>" and, together with the Motion and the Hearing Notice, collectively, the "<u>Served Documents</u>") was filed via CM/ECF. Notice of the Served Documents was sent at the time each was filed to all parties appearing in the

---

[1]       The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

above-captioned chapter 11 case (the "<u>Chapter 11 Case</u>") automatically via email by operation of

CM/ECF upon filing.

In addition, copies of the Served Documents were sent via manual email to the following

notice parties via email on the date that each was filed and via Federal Express on May 24, 2024:

Casey McGushin
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
casey.mcgushin@kirkland.com
*Counsel for Reverence Capital Partners Opportunities Fund I (Cayman) L.P.*

Shawn R. Fox
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
sfox@mcguirewoods.com
*Counsel for Merrill Lynch, Pierce, Fenner & Smith Incorporated*

Lax & Neville LLP
Attn: Barry Lax, Robert J. Grand, Robert Miller and Jordan W. Schur
Empire State Building
350 Fifth Avenue Suite 4640
New York, NY 10118
blax@laxneville.com, rgrand@laxneville.com, rmiller@laxneville.com, schur@houser-law.com
*Counsel that appeared for Lamp Capital LLC in Despins ex rel. Kwok v. Lamp Capital LLC (In
re Kwok), Case No. 22-50073 (JAM), Adv. P. No. 23-05023 (JAM)*

In addition, copies of the Served Documents were sent via Federal Express on May 24,

2024 to all parties appearing in the Chapter 11 Case and unable to receive electronic notice as set

forth on the attached **<u>Exhibit A</u>**.  The undersigned respectfully certifies that service has thus been

effected on all parties required under the Hearing Notice.

Dated:      May 28, 2024                        LUC DESPINS, as appointed Chapter 11 Trustee
            New Haven, Connecticut              for HO WON KWOK

                                                By: */s/ Patrick R. Linsey*
                                                    Patrick R. Linsey (ct29437)
                                                    NEUBERT, PEPE & MONTEITH, P.C.
                                                    195 Church Street, 13th Floor
                                                    New Haven, Connecticut 06510
                                                    (203) 781-2847
                                                    plinsey@npmlaw.com

## EXHIBIT A

## MANUAL SERVICE PARTIES

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola, British Virgin Islands

Chao-Chih Chiu, Keyi Zilkie, Yunxia Wu, and Huizhen Wang
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Eisner Advisory Group LLC
111 Wood Avenue South
Iselin, NJ 08830-2700

Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694