UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 22-50073 (JAM) (
HO WAN KWOK, *et al.*,[3] :
: Jointly Administered)
:
Debtor. : Re: ECF No. 3177
---------------------------------------------------------xx

**CONSENT ORDER REGARDING TRANSFER OF OWNERSHIP OF
DUCATI MOTORCYCLE TO ESTATE**

UPON CONSIDERATION OF the motion (the "Motion") of Luc A. Despins (the "Trustee"), in his capacity as Chapter 11 Trustee for Ho Wan Kwok (the "Trustee"), filed upon the consent of Scott Barnett, as the registered owner of the Ducati Diavel motorcycle bearing VIN number ZDMGAHRW5MB005016 (the "Ducati"), to transfer the ownership of the Ducati to the Debtor's estate and declaring it to be property of the estate, and good cause having been shown, and after a hearing held on May 28, 2024, it is by the Court hereby:

**ORDERED**, that the Ducati is exclusively property of the estate to be administered by the Trustee; and it is further

**ORDERED**, that pursuant to sections 541 and 542 of the Bankruptcy Code, the Ducati shall be turned over to the Trustee, free and clear of all liens, claims, interests and encumbrances, within five (5) business days; and it is further

---

[3] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**ORDERED**, that Mr. Barnett shall execute any documentation and take other action as reasonably necessary to have title to the Ducati transferred to the estate, including endorsing the Ducati's title documents and/or the relevant state motor vehicle authority documents to the Trustee; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated at Bridgeport, Connecticut this 28th day of May, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut