Connecticut Local Form Change of Address

FILED 06/2020

# United States Bankruptcy Court
# District of Connecticut

2024 MAY 21 P 2: 52



| Name(s) of Debtor(s) listed on the bankruptcy case: | Case No.: 5:22-bk-50073 |
|---|---|
| HO WAN KWOK | Adversary Proceeding No.: |
| | Chapter: |

## CHANGE OF MAILING ADDRESS FOR DEBTOR, CREDITOR or OTHER PARTY IN INTEREST

This change of mailing address is submitted by: *(Mark only one)*
☐ Debtor   ☐ Joint Debtor   ☑ Creditor   ☐ Other _____

*(Party in interest, plaintiff, defendant, professional retained by the estate, etc.)*

Full Name: MEI KUEN KWOK

*Separate forms must be completed for each requestor updating their address.*

| List the address previously provided to the Court: | Room 1806, Hin Tsui House, |
|---|---|
| | Street Address - Line 1 |
| | Kai Tsui Court, Siu Sai Wan, |
| | Street Address - Line 2 |
| | MEI KUEN KWOK |
| | ATTN: Line (if applicable, for Creditor) |
| | Hong Kong   00000 |
| | City, State and Zip Code |

| List the new address: | Flat D, 2/F, Block 7, Botania Villa, |
|---|---|
| | (new) Street Address - Line 1 |
| | 138 Fuk Hang Tsuen Road, Lam Tei, Tuen Mun, N.T. |
| | (new) Street Address - Line 2 |
| | MEI KUEN KWOK |
| | (new) ATTN: Line (if applicable, for Creditor) |
| | Hong Kong   00000 |
| | (new) City, State and Zip Code |

MEI KUEN KWOK

| Filer's printed full name | Title of corporate officer, partner, or agent (if applicable) |
|---|---|
| *(signature)* | |
| Filer's signature | Date  6 MAY 2024 |