

From: Mei Kuen Kwok
Flat D, 2/F, Block 7, Botania Villa,
138 Fuk Hang Tsuen Road, Lam Tei, Tuen Mun, NT
HONG KONG  00000

(Case No. 5:22-bk-50073)
(RE: Change of Creditor's mailing address)