UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
                                                          :
In re:                                                  :        Chapter 11
                                                          :
HO WAN KWOK, *et al.*,[1]              :        Case No. 22-50073 (JAM)
                                                          :
          Debtors.                       :        (Jointly Administered)
                                                          :
------------------------------------------------------x

**GENEVER HOLDINGS LLC'S MONTHLY STATUS REPORT REGARDING REMEDIATION AND CLEANING OF SHERRY NETHERLAND APARTMENT FOR PERIOD FROM APRIL 1, 2024 THROUGH APRIL 30, 2024**

Genever Holdings LLC (the "Debtor" or "Genever US"), by and through its undersigned counsel, hereby files this monthly status report (the "Status Report") in accordance with (a) the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order") and (b) *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Other Related Relief* [Docket No. 3168] (the "Cleaning Order"),[2] covering the period from April 1, 2024 through April 30, 2024.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Status Report have the meanings ascribed to them in the Remediation Order and the Cleaning Order (as applicable).  While the Cleaning Order was only entered on May 6, 2024, this status report also provides an update with respect to the Cleaning Project.

# STATUS REPORT

A. **Remediation Project in Source Area of March 15 Fire**

1. As noted in the prior status reports, Genever US selected Sciame Homes ("Sciame") as the general contractor for the remediation project in the Source Area of the March 15 Fire. Sciame is continuing its work in the Sherry Netherland Apartment in close coordination with DryFast DKI ("DKI"), which is in the process of removing the soot in the Source Area. The soot removal is expected to be completed by mid-June 2024, after which Sciame will complete the "white-boxing" of the Source Area—including laying out the framing for the drywall, electrical work for heat pumps and lighting, installation of perimeter insulation and drywalls, installation of sub-floor, painting walls and ceiling, and sealing of plywood subfloor. In addition, after the painting, replacement windows and HVAC units will be installed. Genever US anticipates that the Remediation Project in the Source Area will be completed by early August 2024.

2. Through the end of April 2024, Genever US has made the following payments in connection with the Remediation Project:

| Date | Recipient | Description | Amount |
|---|---|---|---|
| August 30, 2023 | Gallagher Bassett Services, Inc. | Asbestos survey and reporting | $3,871.56 |
| October 4, 2023 | Gallagher Bassett Services, Inc. | Asbestos permits | $7,349.06 |
| October 13, 2023 | ABF Environmental, Inc. | Asbestos abatement work | $48,900.00 |
| October 30, 2023 | Acheson Doyle Partners Architects PC | Architectural services | $3,380.86 |
| November 2, 2023 | Genever US | Reimbursement from Sherry Netherland (80% of payments made by Genever US to (i) ABF Environmental on October 13, 2023, and (ii) Gallagher Bassett Services, Inc. on October 4, 2023) | ($44,999.25) |
| November 9, 2023 | Gustav Restoration LLC | 50% deposit for removing fireplace (to prepare for asbestos removal) | $1,226.12 |
| December 1, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $63,720.78 |

| Date | Recipient | Description | Amount |
|---|---|---|---|
| December 1, 2023 | Catalpa Special Inspections | 50% deposit for special inspection services | $2,875.00 |
| December 12, 2023 | Gustav Restoration LLC | Remaining 50% payment for removing fireplace | $1,226.13 |
| December 20, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $74,011.84 |
| January 16, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $27,760.65 |
| February 1, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $29,003.70 |
| February 1, 2024 | Skyline Windows LLC | 50% deposit for window replacement at Sherry Netherland apartment | $60,258.50 |
| February 14, 2024 | Arista Air Conditioning Corp. | Removal of damaged HVAC units in Sherry Netherland apartment | $2,515.01 |
| March 20, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $13,048.86 |
| March 21, 2024 | Burnham Nationwide | Expediting services | $9,398.66 |
| March 27, 2024 | Sciame Homes NY LLC | General contactor | $86,068.25 |
| March 27, 2024 | The Sherry Netherland | Security Deposit (refundable) | $50,000.00 |
| April 12, 2024 | Hillman Consulting LLC | Post-fire smoke damage testing | $16,625.21 |
| April 16, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $5,286.60 |

**B.      Cleaning Project in Remaining Area**

3.      Pursuant to the Cleaning Order, Genever US obtained authorization to remediate soot, char, and other combustion by-products ("CBPs") in the area not directly affected by the March 15 Fire (the "Remaining Area"), as well as to conduct the related asbestos abatement with respect to the insulation of the horizontal pipes in the interstitial space above the ceiling.

4.      As of the filing of this Status Report, the Storage Items (including furniture, rugs, light fixtures, artwork, electronic appliances, and personal items) have been moved from the Remaining Area into storage at the Warehouse Facility, and the Disposable Items (including used mattresses, box springs, and used kitchenware) have been discarded.  Furthermore, DKI has begun preparing the Remaining Area for the Cleaning Project (including removing the ceilings and adding protective layers on the walls).  The asbestos abatement is scheduled to be conducted

during the first two weeks of June 2024.[3]  Thereafter, DKI will remediate the CBPs above the ceiling.  Genever US anticipates that the Cleaning Project in the Remaining Area will be completed by early August 2024—*i.e.*, concurrently with the completion of the Remediation Project.

5. No expenses related to the Cleaning Project were paid during the month of April 2024.

| | |
|---|---|
| Dated: May 29, 2024<br>New York, New York | By: */s/ G. Alexander Bongartz*<br>Luc A. Despins (admitted *pro hac vice*)<br>G. Alexander Bongartz (admitted *pro hac vice*)<br>Douglass Barron (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6000<br>lucdespins@paulhastings.com<br>alexbongartz@paulhastings.com<br>douglassbarron@paulhastings.com<br><br>*and*<br><br>Douglas S. Skalka (ct00616)<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 781-2847<br>dskalka@npmlaw.com<br>plinsey@npmlaw.com<br><br>*Counsel for Genever Holdings LLC* |

---

[3] The relevant permit applications have been submitted, and Genever US is awaiting formal issuance of the relevant permit from the New York City's department of environmental protection.  Genever US anticipates that the permit will be issued within a matter of days.

4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 29, 2024, the foregoing Status Report was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:  May 29, 2024
         New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*Counsel for the Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).