AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**

**DUE DATE:**

| # | Field | Value |
|---|---|---|
| 1 | NAME | Patrick R. Linsey |
| 2 | PHONE NUMBER | (203) 781-2847 |
| 3 | DATE | 5/30/2024 |
| 4 | DELIVERY ADDRESS OR EMAIL | plinsey@npmlaw.com |
| 5 | CITY | New Haven |
| 6 | STATE | CT |
| 7 | ZIP CODE | 06510 |
| 8 | CASE NUMBER | 22-50073 |
| 9 | JUDGE | Hon. Julie A. Manning |
| 10 | FROM | 5/28/2024 |
| 11 | TO | 5/28/2024 |
| 12 | CASE NAME | Ho Wan Kwok and Genever Holdings LLC |
| 13 | CITY | Bridgeport |
| 14 | STATE | CT |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Entire Hearing | 5/28/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [x] | NO. OF COPIES 1 | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL** 0.00

18. SIGNATURE: /s/ Patrick R. Linsey

PROCESSED BY: Lorenzo M. Whitmore

19. DATE: 5/30/2024

PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY: Reliable

COURT ADDRESS: 915 Lafayette Blvd., Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

### Tuesday May 28 2024

| | | |
|---|---|---|
| 12:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** #3177; Motion for Order Regarding Transfer of Ownership of Ducati Motorcycle (Upon Consent) Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

| | | |
|---|---|---|
| 12:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** #3178; Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Expanding Retention and Employment of Harney Westwood and Riegels LP to Also Serve as Cayman Islands Counsel to Chapter 11 Trustee Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee

# Parties that Appeared for the May 28, 2024 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Annecca H. Smith**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036