UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered)<br><br>Re: ECF No. 3235 |

# FIFTH CONSENT ORDER ADJOURNING HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING DBS BANK LTD TO COMPLY WITH RULE 2004 SUBPOENA

Upon the motion (the "Motion") of Luc A. Despins, chapter 11 trustee (the "Trustee"), filed upon the consent of DBS Bank Ltd ("DBS"), to adjourn hearing on the Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena [ECF No. 2396] (the "Motion to Compel"), and due and sufficient notice having been given, and good cause appearing for the relief sought by the Motion, it is hereby

**ORDERED,** that the hearing on the Motion to Compel is adjourned to August 6, 2024, at 1:00 p.m., to be held at the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT; and it is further

**ORDERED**, that DBS shall file any response to the Motion to Compel by July 30, 2024.

Dated at Bridgeport, Connecticut this 10th day of June, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut