**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>RE: ECF No. 3233<br><br>(Jointly Administered) |

**CONSENT ORDER ADJOURNING UBS AG'S DEADLINE BY WHICH TO RESPOND TO MOTION OF CHAPTER 11 TRUSTEE TO (I) MODIFY OCTOBER 6, 2022 PROTECTIVE ORDER ENTERED PURSUANT TO SECTIONS 105 AND 107 OF BANKRUPTCY CODE AND FEDERAL RULE OF CIVIL PROCEDURE 26(C) AND THE STIPULATED ADDENDUM TO THE PROTECTIVE ORDER; AND (II) REDESIGNATE BANK STATEMENTS PREVIOUSLY DESIGNATED "HIGHLY CONFIDENTIAL" AS "CONFIDENTIAL"**

　　　Upon the motion (the "Motion") of UBS AG, filed upon the consent of Luc A. Despins, chapter 11 trustee (the "Trustee"), to adjourn until June 13, 2024 UBS's deadline by which to respond to the Motion to (I) Modify October 6, 2022 Protective Order Entered Pursuant to Sections 105 and 107 of Bankruptcy Code and Federal Rule of Civil Procedure 26(c) and the Stipulated Addendum to the Protective Order; and (II) Redesignate Bank Statements Previously Designated "Highly Confidential" as "Confidential" [ECF No. 3213] (the "Motion to Modify"), and due and sufficient notice having been given, and good cause appearing for the relief sought by the Motion, it is hereby

　　　**ORDERED,** that UBS AG's deadline by which to respond to the Motion to Modify is adjourned to June 13, 2024.

　　　　　　　　　　　　　　　　　　Dated at Bridgeport, Connecticut this 10th day of June, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut