AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME: Patrick R. Linsey | 2. PHONE NUMBER: (203) 781-2847 | 3. DATE: 6/10/2024 |
| 4. DELIVERY ADDRESS OR EMAIL: plinsey@npmlaw.com | 5. CITY: New Haven | 6. STATE: CT  7. ZIP CODE: 06510 |
| 8. CASE NUMBER: 22-50073 | 9. JUDGE: Hon. Julie A. Manning | DATES OF PROCEEDINGS  10. FROM: 6/10/2024  11. TO: 6/10/2024 |
| 12. CASE NAME: Ho Wan Kwok and Genever Holdings LLC | | LOCATION OF PROCEEDINGS  13. CITY: Bridgeport  14. STATE: CT |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Entire Hearing | 6/10/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ Patrick R. Linsey

PROCESSED BY: Lorenzo M. Whitmore

19. DATE: 6/10/2024

PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY: Reliable

COURT ADDRESS:
915 Lafayette Blvd.
Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Monday June 10 2024

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** #3203; Motion for Order Approving Liquidation of VCTR Shares, Distribution of Proceeds, and Related Relief Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

# Parties that Appeared at the June 10, 2024 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**James C. Graham**
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
1301 Avenue of the Americas
Ste 1700
New York, NY 10019

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

**Robert J. Grand**
Lax & Neville LLP
350 Fifth Avenue
Suite 4640
New York, NY 10118

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103

**Shawn Fox**