**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S MOTION**
**TO HOLD REMOTE HEARING ON JUNE 18, 2024**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure, Luc A. Despins, in his capacity as trustee in the above-captioned case filed under chapter 11 of Title 11 of the United States Code (the "Trustee"), hereby respectfully moves (the "Motion") the Court to order that the hearing (the "Hearing") scheduled for June 18, 2024, at 1:30 p.m., be held on a remote basis using the Court's Zoom.gov platform. In support of the Motion, the Trustee states the following:

On May 14, 2024, the Trustee, on behalf of Paul Wright and Peter Shaw KC, UK Barristers, filed a *First Interim Application of UK Barristers for Compensation for Period from January 1, 2023 through February 29, 2024* [ECF No. 3188] (the "Fee Application"). The Court provided an objection deadline of June 11, 2024 and scheduled a hearing on the Fee Application for June 18, 2024 at 1:30 at the United States Bankruptcy Court, 915 Lafayette Blvd., Room 123,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Bridgeport, Connecticut [ECF No. 3190]. The deadline to object has passed and no objections have been filed with respect to the Fee Application. Indeed, On June 12, 2024, the United States Trustee filed a Statement of No Objection [ECF No. 3243]. No other matters in connection with the above-captioned chapter 11 cases are scheduled to be heard at the Hearing.

In light of the absence of any objections to the Motion, the Statement of No Objection filed by the United States Trustee, and in the interest of minimizing expense to the Debtor's estate, the Trustee respectfully requests that the Hearing be held on a remote basis using the Court's Zoom.gov platform.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

-3-

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that the Hearing be held on a remote basis using the Court's Zoom.gov platform and that the Court grant such other and further relief as is just and proper.

Dated: June 13, 2024  
       New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Douglas S. Skalka*  
Douglas S. Skalka (ct00616)  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
dskalka@npmlaw.com  
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                  :   Chapter 11
                                        :
HO WAN KWOK, *et al.*,[1]               :   Case No. 22-50073 (JAM)
                                        :
    Debtors.                            :   (Jointly Administered)
                                        :
---------------------------------------------------------x

**[PROPOSED] ORDER GRANTING**
**CHAPTER 11 TRUSTEE'S MOTION**
**TO HOLD REMOTE HEARING ON JUNE 18, 2024**

Upon the motion of Luc A. Despins, in his capacity of chapter 11 trustee, (the "Trustee") for entry of an order providing that the hearing (the "Hearing") scheduled for 1:30 p.m. on June 18, 2024, on the *First Interim Fee Application of UK Barristers for Compensation for Period from January 1, 2023 through February 29, 2024* [ECF No. 3188] (the "Motion"), be held on a remote basis, and good cause appearing therefore, it is hereby

1.  ORDERED that the Motion is granted as set forth herein; and it is further

2.  ORDERED that the Hearing shall be held on a remote basis via the Court's Zoom.gov platform, and parties wishing to attend the hearing may obtain login instructions to connect to the ZoomGov remote conference by sending an email to the Clerk's office via the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                            :    Chapter 11
:
HO WAN KWOK, *et al*.,[1]                          :    Case No. 22-50073 (JAM)
:
          Debtors.                                           :    (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June  , 2024 the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 13, 2024                                  LUC A. DESPINS,
         New Haven, Connecticut             CHAPTER 11 TRUSTEE


                                                                   By:    */s/ Douglas S. Skalka*
                                                                          Douglas S. Skalka (ct00616)
                                                                          Patrick R. Linsey (ct29437)
                                                                          NEUBERT, PEPE & MONTEITH, P.C.
                                                                          195 Church Street, 13th Floor
                                                                          New Haven, Connecticut 06510
                                                                          (203) 781-2847
                                                                          dskalka@npmlaw.com
                                                                          plinsey@npmlaw.com

                                                                          *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).