**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 22-50073 (JAM)
HO WAN KWOK, *et al.*,[1] :
: RE: ECF No. 3247
Debtors. :
: (Jointly Administered)
---------------------------------------------------------x

**ORDER GRANTING**
**CHAPTER 11 TRUSTEE'S MOTION**
**TO HOLD REMOTE HEARING ON JUNE 18, 2024**

Upon the motion of Luc A. Despins, in his capacity of chapter 11 trustee, (the "Trustee") for entry of an order providing that the hearing (the "Hearing") scheduled for 1:30 p.m. on June 18, 2024, on the *First Interim Fee Application of UK Barristers for Compensation for Period from January 1, 2023 through February 29, 2024* [ECF No. 3188] (the "Motion"), be held on a remote basis, and good cause appearing therefore, it is hereby

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that the Hearing shall be held on a remote basis via the Court's Zoom.gov platform, and parties wishing to attend the hearing may obtain login instructions to connect to the ZoomGov remote conference by sending an email to the Clerk's office via the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

Dated at Bridgeport, Connecticut this 14th day of June, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).