## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors.[1] | (Jointly Administered) |
| | June 14, 2024 |

### MOTION TO WITHDRAW AS ATTORNEY

Pursuant to D. Conn. L. Civ. Rule 7(e), made applicable through Local Bankr. R. 9083-4, Attorney Carolina A. Fornos of Pillsbury Winthrop Shaw Pittman LLP (the "Movant"), undersigned counsel to G Club Operations LLC (the "G Club"), which entered an appearance in the above bankruptcy case (the "Main Case"), respectfully moves this Court to withdraw its appearance in this matter.  The Movant filed an appearance in this Court on behalf of G Club in connection with Rule 2004 proceedings in the Main Case on June 6, 2023. G Club will continue to be represented by Jeffrey M. Sklarz and Kellianne Baranowsky of Green & Sklarz LLC.

D. Conn. L. Civ. Rule 7(e) empowers the Court to grant a withdrawal of appearance upon a showing that other counsel has appeared or, in cases where the party has failed to engage other counsel or file a personal appearance, where good cause exists for permitting the withdrawal by the appearing counsel.  The Movant submits that good cause exists to permit the Movant to withdraw as counsel because G Club continues to be represented by counsel in this matter and G Club and the Movant have mutually terminated their professional engagement.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595) (the "Debtor"), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

{00368474.1 }

Further, the undersigned have communicated with counsel for the Trustee, Nicholas Basset, who does not object to the granting of this motion.

**WHEREFORE**, the Movant respectfully requests that it be authorized to withdraw as counsel of record to G Club and to withdraw its appearance of record on G Club's behalf, and that the Court grant such other and further relief as it deems just and proper.

THE MOVANT
PILLSBURY WINTHROP SHAW
PITTMAN LLP


By:    Jeffrey M. Sklarz
       Jeffrey M. Sklarz (ct20938)
       Green & Sklarz LLC
       One Audubon St, 3rd Floor
       New Haven, CT 06511
       Tel: 203-285-8545
       jsklarz@gs-lawfirm.com

By:    /s/ Carolina A. Fornos
       PILLSBURY WINTHROP SHAW
       PITTMAN LLP
       31 West 52 Street
       New York, NY 10039
       Tel: 212-858-1558
       Fax: 212-858-1500
       carolina.fornos@pillsburylaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Date: June 14, 2024                                          /s/ Jeffrey M. Sklarz