UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
      Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

### NOTICE OF FILING OF INVOICES OF ACHESON DOYLE PARTNERS ARCHITECTS, P.C. FOR ARCHITECTURAL SERVICES DURING MAY 2024

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Project Order"),[2] attached hereto as **Exhibit A** is Acheson Doyle's invoice, dated June 13, 2024 (the "Remediation Project Invoice"), related to services performed by Acheson Doyle in connection with the Remediation Project during the month of May 2024 (as further detailed in the Remediation Project Invoice).

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Project Order or the Cleaning Project Order (as defined below), as applicable.

*Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Related Relief* (the "Cleaning Project Order"),³ attached hereto as **Exhibit B** is Acheson Doyle's invoice, dated June 13, 2024 (the "Cleaning Project Invoice" and, together with the Remediation Project Invoice, the "Invoices"), related to services performed by Acheson Doyle in connection with the Cleaning Project during the month of May 2024 (as further detailed in the Cleaning Project Invoice).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Remediation Project Order and the Cleaning Project Order, as applicable, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the Invoices and (b) if no timely objections to the Invoice(s) are filed with the Court, Genever Holdings LLC is authorized to pay such Invoice(s) without further Court order.

Dated:    June 18, 2024  
           New York, New York

GENEVER HOLDINGS LLC

By: */s/ G. Alexander Bongartz*  
    G. Alexander Bongartz (admitted *pro hac vice*)  
    PAUL HASTINGS LLP  
    200 Park Avenue  
    New York, New York 10166  
    (212) 318-6079  
    aviluft@paulhastings.com  
    alexbongartz@paulhastings.com

        and

    Nicholas A. Bassett (admitted *pro hac vice*)  
    PAUL HASTINGS LLP  
    2050 M Street NW  
    Washington, D.C., 20036  
    (202) 551-1902

---

³    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Project Order or the Cleaning Project Order (as defined below), as applicable.

nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                  :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                               :    Case No. 22-50073 (JAM)
:
        Debtors.                                        :    (Jointly Administered)
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 18, 2024, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:      June 18, 2024
            New York, New York

                                By: */s/ G. Alexander Bongartz*
                                    G. Alexander Bongartz (admitted *pro hac vice*)
                                    PAUL HASTINGS LLP
                                    200 Park Avenue
                                    New York, New York 10166
                                    (212) 318-6079
                                    alexbongartz@paulhastings.com

                                *Counsel for Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

**Remediation Project Invoice**

| Invoice | Acheson Doyle PARTNERS |
|---|---|

**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**Tel:  212-414-4500**
info@adparchitects.com

June 13, 2024
Project No:     52302.10
Invoice No:     24975

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

Project     52302.10     The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever Holdings LLC Apt 1801 - Apartment Stabilization Project

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from May 01, 2024 to May 31, 2024**

Phase     04     Scope of Work Item D: Construction Administration

**Fee is billed hourly; estimate $20,000/month**

- Project Administration (May 2024):
  Project coordination, follow-up for Special Inspection review & coordination w/ GC to remedy; follow-up w/ GC; follow-up for heat pump order; 5/13 weekly meeting, & follow-up; fire rated door follow-up w/ Sciame; project coordination; 5/20 weekly meeting, meeting follow-up; follow-up w/ special inspector for TPP permit update; follow-up w/ expeditor regarding application (Plumbing), follow-up w/ client; 5/31 review of DOB insurance notification, follow-up w/ GC & Plumber to renew insurance

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal | | | | |
| Acheson, David | 19.00 | 400.00 | 7,600.00 | |
| Project Manager | | | | |
| Snyder, Brendon | 6.00 | 320.00 | 1,920.00 | |
| Totals | 25.00 | | 9,520.00 | |
| **Total Labor** | | | | **9,520.00** |
| | | **Total this Phase** | | **$9,520.00** |

Phase     RE     Reimbursable Expenses
**Reimbursable Expenses**

| | | | | | |
|---|---|---|---|---|---|
| Brendon Snyder | | | | | |
| 5/31/2024 | Brendon Snyder | 5/13 - Travel to Job Site | | 5.80 | |
| | **Total Reimbursables** | | **1.1 times** | **5.80** | **6.38** |
| | | **Total this Phase** | | | **$6.38** |
| | | **Total Due This Invoice** | | | **$9,526.38** |

Thank you for your prompt payment.

# Billing Backup

Acheson Doyle Partners Architects, P.C.  Invoice 24975 Dated 6/13/2024

Thursday, June 13, 2024
3:23:26 PM

| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY - Genever Holdings LLC Apt 1801 - Apartment Stabilization Project |

| Phase | 04 | Scope of Work Item D: Construction Administration |

**Total this Phase**  $9,520.00

| Phase | RE | Reimbursable Expenses |

**Reimbursable Expenses**

Brendon Snyder

| AP | 33912 | 5/31/2024 | Brendon Snyder / 5/13 - Travel to Job Site / Invoice: 20240531, 5/31/2024 | 5.80 |

| | **Total Reimbursables** | | **1.1 times** | **5.80** | **6.38** |

**Total this Phase**  $6.38

**Total this Project**  $9,526.38

**Total this Report**  $9,526.38

# Exhibit B

**Cleaning Project Invoice**

| Invoice |
|---|

**Acheson Doyle** PARTNERS

**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**Tel:  212-414-4500**
info@adparchitects.com

June 13, 2024
Project No:     52402.02
Invoice No:     24976

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

Project         52402.02         The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever Holdings LLC Apt 1804 - Ceiling Removal Project

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from May 01, 2024 to May 31, 2024**

Phase         03         Construction Administration

Fee is billed hourly & estimated to be $10,000/month

- Construction Administration:
  Project coordination for trash removal and DKI start-up; attend meeting with Sciame

**Professional Personnel**

|  | **Hours** | **Rate** | **Amount** |  |
|---|---|---|---|---|
| Principal |  |  |  |  |
| Acheson, David | 4.00 | 400.00 | 1,600.00 |  |
| Project Manager |  |  |  |  |
| Snyder, Brendon | 1.00 | 320.00 | 320.00 |  |
| Totals | 5.00 |  | 1,920.00 |  |
| **Total Labor** |  |  |  | 1,920.00 |
|  |  | **Total this Phase** |  | **$1,920.00** |

Phase         RE         Reimbursable Expenses
**Unit Billing**

| In House Printing (BW & Color) |  |  | 3.92 |  |
|---|---|---|---|---|
| **Total Units** |  | **1.1 times** | **3.92** | **4.31** |
|  |  | **Total this Phase** |  | **$4.31** |
|  |  | **Total Due This Invoice** |  | **$1,924.31** |

Thank you for your prompt payment.

Project    52402.02    S/N- Genever Holdings LLC Apt 1804    Invoice    24976

# Billing Backup

Thursday, June 13, 2024

Acheson Doyle Partners Architects, P.C.    Invoice 24976 Dated 6/13/2024    3:25:06 PM

| Project | 52402.02 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY - Genever Holdings LLC Apt 1804 - Ceiling Removal Project |

| Phase | 03 | Construction Administration | | |
| --- | --- | --- | --- | --- |
| | | | **Total this Phase** | **$1,920.00** |

| Phase | RE | Reimbursable Expenses | | | |
| --- | --- | --- | --- | --- | --- |
| **Unit Billing** | | | | | |
| In House Printing (BW & Color) | | | | 3.92 | |
| | **Total Units** | | **1.1 times** | **3.92** | **4.31** |
| | | | **Total this Phase** | | **$4.31** |
| | | | **Total this Project** | | **$1,924.31** |
| | | | **Total this Report** | | **$1,924.31** |