**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:                                          :          Chapter 11
:
HO WAN KWOK, *et al.*,[1]                        :          Case No. 22-50073 (JAM)
:
Debtors.                                :          RE: ECF No. 3260
:
:          (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER LIMITING SERVICE OF NOTICE OF JOINT MOTION OF**
**CHAPTER 11 TRUSTEE AND DEBTORS GENEVER US AND GENEVER BVI**
**FOR ENTRY OF FINAL ORDER, PURSUANT TO BANKRUPTCY CODE**
**SECTIONS 363 AND 364, AUTHORIZING AMENDMENT TO INTERDEBTOR**
**POSTPETITION FINANCING AGREEMENT**

The Court having considered the motion (the "Motion")[2] seeking to limit service of DIP

Amendment Motion to the Notice Parties, all as more fully set forth in the Motion; and this

Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the

*Standing Order of Reference* from the United States District Court for the District of

Connecticut; and this Court having found that this is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this

district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; it appearing and after due

deliberation and sufficient cause appearing in the motion, it is hereby

ORDERED THAT:

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]     Capitalized terms used but not defined herein have the meanings set forth in the Motion.

1.      The Motion is granted as set forth herein and a Notice of Hearing will issue with regard to the DIP Amendment Motion.

2.      The Trustee may serve the DIP Amendment Motion only on:

    i.      the Office of the United States Trustee for the District of Connecticut;

    ii.     counsel for the Individual Debtor;

    iii.    the Committee;

    iv.     AIG;

    v.      all parties who have requested notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002;

    vi.     all parties who receive notice in these chapter 11 cases by operation of the Court's electronic filing ("CM/ECF") system;

    vii.    any party who requested notice in these chapter 11 cases, but is unable to accept electronic filing as indicated on the Notice of Electronic Filing.

3.      The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 20th day of June, 2024.



*Julie A. Manning*
*United States Bankruptcy Judge*
*District of Connecticut*