**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                                    :
In re:                                              : Chapter 11
                                                    :
HO WAN KWOK, *et al.*,                              : Case No. 22-50073 (JAM)
                                                    :
                        Debtors.[1]                 : Jointly Administered
                                                    :
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS
PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD
FROM MAY 1, 2024 THROUGH MAY 31, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from May 1, 2024 through and including May 31, 2024 (the "Fee Period"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $1,962.00 and $317.08 respectively.

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period.  The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2.      Attached hereto as Exhibit B is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3.      Attached hereto as Exhibit C is the fee statement of OMJB for services provided during the Fee Period with redactions to protect certain privileged information.

## NOTICE AND OBJECTION PROCEDURES

4.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New

York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5.        Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **July 11, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6.        If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever(US) shall promptly pay OMJB 80% of the fees and 100% of the expenses as identified in this Monthly Fee Statement.

7.        To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: June 20, 2024
Glastonbury, Connecticut

GENEVER HOLDINGS LLC

By: _/s/Michael T. McCormack_____
   Michael T. McCormack (ct13799)
   Timothy P. Jensen (ct18888)
   Amy E. Markim (ct27974)
   O'Sullivan McCormack Jensen & Bliss PC
   180 Glastonbury Boulevard, Suite 210
   Glastonbury, CT 06033
   Tel: 860-258-1993
   Fax: 860-258-1991
   mmccormack@omjblaw.com
   tjensen@omjblaw.com
   amarkim@omjblaw.com

   *Special Insurance Coverage Counsel for*
   *Debtor-In-Possession Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
------------------------------------------------------x
                                    :
In re:                              :   Chapter 11
                                    :
HO WAN KWOK, et al.,[1]             :   Case No. 22-50073 (JAM)
                                    :
              Debtors.              :   (Jointly Administered)
                                    :
------------------------------------------------------x
```

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 20, 2024, the foregoing Monthly Fee Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF system.

GENEVER HOLDINGS LLC

By:  */s/Michael T. McCormack*
    Michael T. McCormack (ct13799)
    Timothy P. Jensen (ct18888)
    Amy E. Markim (ct27974)
    O'Sullivan McCormack Jensen & Bliss PC
    180 Glastonbury Boulevard, Suite 210
    Glastonbury, CT 06033
    Tel: 860-258-1993
    Fax: 860-258-1991
    mmccormack@omjblaw.com
    tjensen@omjblaw.com
    amarkim@omjblaw.com
    *Special Insurance Coverage*
    *Counsel for Debtor-In-Possession Genever*
    *Holdings LLC*

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## EXHIBIT A

## HOURS AND RATES PER TIMEKEEPER

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Timothy Jensen | 1997 | $450 | 2.3 | $1,035 |
| Michael McCormack | 1993 | $400 | 2.2 | $880.00 |
| Melissa Gambardella | | $125 | 4.3 | $537.50 |
| **Total** | | | | **$2,452.50** |

## **EXHIBIT B**

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Expense Category | Amount |
|---|---|
| Fees Advanced for Logikcull Invoice – eDiscovery Program | $250.00 |
| PACER | $10.00 |
| Westlaw | $57.08 |
| **TOTAL** | **$317.08** |

## **EXHIBIT C**

**TIME AND EXPENSE DETAIL**



**OMJB**

**O'Sullivan McCormack Jensen & Bliss** PC
Attorneys at Law

180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27792
Date: 06/17/2024

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

### Services

| Date | Attorney | Activity | Time | Rate | Total |
|------|----------|----------|------|------|-------|
| 05/07/2024 | MBG | Follow up with counsel for PURE Specialty re access to document production in response to subpoena. | 0.10 | $125.00 | $12.50 |
| 05/08/2024 | MBG | Follow email to PURE Specialty counsel re document production sharefile access. | 0.10 | $125.00 | $12.50 |
| 05/09/2024 | MBG | Review and index PURE Specialty document production in response to subpoena. | 1.70 | $125.00 | $212.50 |
| 05/15/2024 | MTM | Review of bankruptcy orders re remediation status reports and cleaning orders | 0.50 | $400.00 | $200.00 |
| 05/16/2024 | MBG | Review OMJB invoice and begin drafting Fee Application. | 0.50 | $125.00 | $62.50 |
| 05/16/2024 | MTM | Telephone conference with L. Despins re status and strategy (.2); email correspondence to Attny Kavanaugh re motion to stay issues (1.) | 0.30 | $400.00 | $120.00 |
| 05/21/2024 | MBG | Revise and finalize OMJB Fee Application for April, 2024 and attention to redactions of invoice before efiling and attention to service on Notice Parties. | 0.60 | $125.00 | $75.00 |
| 05/22/2024 | MTM | Attention to FOIA Request to ATF | 0.20 | $400.00 | $80.00 |
| 05/22/2024 | MBG | Research FOIL requests instructions for NY Fire Department records and ATF records and set up accounts for each. | 0.60 | $125.00 | $75.00 |
| 05/23/2024 | MTM | Review and analysis of *REDACTED* *REDACTED* (.7); review *REDACTED* (.3); telephone conference with Attny Despins re status and strategy (.1) | 1.10 | $400.00 | $440.00 |
| 05/23/2024 | MTM | Email correspondence with Attny Kavanaugh re stay issues | 0.10 | $400.00 | $40.00 |

| 05/28/2024 | TPJ | Review and analysis of Pure production and responses to subpoena. Communications with client re same. | 2.30 | $450.00 | $1,035.00 |
| 05/29/2024 | MB G | Further research re FOIA request procedures for ATF and NYFD. | 0.20 | $125.00 | $25.00 |
| 05/29/2024 | MB G | Draft and submit FOIA requests to NYFD and ATF for incident reports. | 0.50 | $125.00 | $62.50 |
| | | | **Services Subtotal** | | **$2,452.50** |

### Expenses

| Type | Date | Activity | Total |
|------|------|----------|------:|
| Expense | 05/23/2024 | Fees advanced to Logikcull INV265492 4-30-2024 | $250.00 |
| Expense | 05/31/2024 | PACER: Month of May | $10.00 |
| Expense | 05/31/2024 | Westlaw: Month of May | $57.08 |
| | | **Expenses Subtotal** | **$317.08** |

| Time Keeper | Time | Rate | Total |
|-------------|-----:|-----:|------:|
| Timothy Jensen | 2.3 | $450.00 | $1,035.00 |
| Michael McCormack | 2.2 | $400.00 | $880.00 |
| Melissa Gambardella | 4.3 | $125.00 | $537.50 |
| | | **Invoice Subtotal** | **$2,769.58** |
| | | **Invoice Total** | **$2,769.58** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|-----------:|------------------:|------------:|
| 27423 | 02/09/2024 | $11,978.91 | $9,740.41 | $2,238.50 |
| 27521 | 03/11/2024 | $12,033.85 | $9,693.85 | $2,340.00 |
| 27587 | 04/11/2024 | $4,567.70 | $3,709.20 | $858.50 |
| 27688 | 05/16/2024 | $2,434.40 | $89.00 | $2,345.40 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|-----------:|------------------:|------------:|
| 27792 | 06/17/2024 | $2,769.58 | $0.00 | $2,769.58 |
| | | | **Balance Due on All Invoices** | **$10,551.98** |
| | | | **TOTAL AMOUNT DUE** | **$10,551.98** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC

*REDACTED*

Payment is due upon receipt.

## Remittance Advice

*REDACTED*

180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27792
Date: 06/17/2024

*REDACTED*