**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-----------------------------------------------------------x
                                          :
In re:                                    :  Chapter 11
                                          :
HO WAN KWOK, et al.,                      :  Case No. 22-50073 (JAM)
                                          :
            Debtors.[1]                   :  Jointly Administered
                                          :
-----------------------------------------------------------x
```

## MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM MAY 1, 2024 THROUGH MAY 31, 2024

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kroll, LLC ("Kroll") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from May 1, 2024 through and including May 31, 2024 (the "Fee Period"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $72,565.60 and $23,655.61, respectively.

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period.  The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2.      Attached hereto as Exhibit B is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3.      Attached hereto as Exhibit C is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4.      Attached hereto as Exhibit D is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5.      Attached hereto as Exhibit E are Kroll's fee statements for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

6.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn

(holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **July 12, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9.      To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: June 21, 2024

By: */s/ Allen Pfeiffer*　　　　　　　　
　　　Allen Pfeiffer
　　　KROLL, LLC
　　　55 East 52nd Street, Floor 17
　　　New York, New York 10055

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                          :
In re:                                    :     Chapter 11
                                          :
HO WAN KWOK, *et al.*,[1]                 :     Case No. 22-50073 (JAM)
                                          :
                    Debtors.              :     (Jointly Administered)
                                          :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2024, the foregoing Monthly Fee

Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served

by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF

system.

Dated:   June 21, 2024            By: */s/ G. Alexander Bongartz*
         New York, New York       G. Alexander Bongartz (admitted *pro hac vice*)
                                  PAUL HASTINGS LLP
                                  200 Park Avenue
                                  New York, New York 10166
                                  (212) 318-6000
                                  alexbongartz@paulhastings.com

                                  *Counsel for the Chapter 11 Trustee*

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**

**HOURS AND RATES PER PROFESSIONAL**

*Time Period: May 1-31, 2024.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 850 | $ 680 | 10.7 | $ 7,276.00 |
| Barker, James | Associate Managing Director | Forensic Investigations and Intelligence | $ 750 | $ 675 | 1.9 | $ 1,282.50 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 550 | $ 495 | 27.6 | $ 13,662.00 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 550 | $ 495 | 74.7 | $ 36,976.50 |
| Dominguez, Sunni | Senior Manager | Forensic Investigations and Intelligence | $ 550 | $ 495 | 5.0 | $ 2,475.00 |
| Ling, Bryant | Associate Managing Director | Cyber Risk | $ 550 | $ 495 | 16.6 | $ 8,217.00 |
| Downie, Scott | Managing Director | Cyber Risk | $ 550 | $ 495 | 7.1 | $ 3,514.50 |
| Scodeller, Bradley | Associate | Forensic Investigations and Intelligence | $ 350 | $ 315 | 28.0 | $ 8,820.00 |
| Levenson, Patrick | Analyst | Forensic Investigations and Intelligence | $ 257 | $ 231 | 8.5 | $ 1,963.50 |
| Bottos, Madison | Research Analyst | Forensic Investigations and Intelligence | $ 220 | $ 200 | 32.6 | $ 6,520.00 |
| **Total Hours and Fees:** | | | | | **212.7** | **$ 90,707.00** |
| **Blended Hourly Rate:** | | | | | | **$ 426.46** |

1

**EXHIBIT B**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

*Time Period: May 1-31, 2024.*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B120     Asset Analysis and Recovery | 79.1 | $ 35,422.00 |
| B160     Fee/Employment Applications | 5.0 | $ 3,400.00 |
| B180     Avoidance Action Analysis | 43.3 | $ 16,046.50 |
| B261     Investigations | 85.3 | $ 35,838.50 |
| **TOTAL** | **212.7** | **$ 90,707.00** |

**EXHIBIT C**

**SUMMARY OF COMPENSATION BY MATTER ID**

*Time Period: May 1-31, 2024.*

| Matter ID and Name | | Hours Billed | Fees Billed |
|---|---|---|---|
| 00001 | General Debtor Representation | 5.0 | $ 3,400.00 |
| 00002 | Asset Recovery Investigation and Litigation | 177.6 | $ 72,229.50 |
| 00011 | HCHK Adversary Proceeding | 19.9 | $ 9,961.50 |
| 00012 | Golden Spring Adversary Proceeding | 6.9 | $ 3,600.50 |
| 00016 | G-Club Adversary Proceeding | 2.0 | $ 872.00 |
| 00019 | Leading Shine Adversary Proceeding | 1.3 | $ 643.50 |
| | | **212.7** | **$ 90,707.00** |

3

## EXHIBIT D

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

*Time Period: May 1-31, 2024.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---|
| Database and Research Fees for April | General Debtor Representation | Case Administration | $ 855.61 |
| Media Preservation/Replication | General Debtor Representation | Case Administration | $ 22,800.00 |
| **TOTAL** | | | **$ 23,655.61** |

4

**EXHIBIT E**

**FEE DETAIL**

*Time Period: May 1-31, 2024.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Parizek, Pam | 05/02/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review update regarding ███████ document production [.1]; email Paul Hastings regarding status updates [.1] | 0.2 | $ 680 | $ 136.00 |
| Parizek, Pam | 05/06/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review communications regarding ███████ contract. | 0.1 | $ 680 | $ 68.00 |
| Parizek, Pam | 05/08/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas analysis regarding third party transfers. | 0.1 | $ 680 | $ 68.00 |
| Lazarus, Jordan | 05/09/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with B. Scodeller regarding ███████ working paper and subsequent analysis. | 0.4 | $ 495 | $ 198.00 |
| Lazarus, Jordan | 05/09/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with Paul Hastings [D. Barron], NPM Law [P. Linsey] regarding ███████ summary schedule. | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 05/09/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Update ███████ status schedule with relevant data points per request from NPM Law and Paul Hastings. | 3.3 | $ 495 | $ 1,633.50 |
| Parizek, Pam | 05/09/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare agenda [.1] and attend weekly call with A. Lomas, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song] and NPM Law [P. Linsey] regarding ███████ [.8]. | 0.9 | $ 680 | $ 612.00 |
| Parizek, Pam | 05/09/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas analysis regarding ███ ███████ bank accounts. | 0.3 | $ 680 | $ 204.00 |
| Scodeller, Bradley | 05/09/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with J. Lazarus regarding ███████ working paper and subsequent analysis. | 0.4 | $ 315 | $ 126.00 |
| Barker, James | 05/09/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Weekly call with P. Parizek, A. Lomas, J. Lazarus, Paul Hastings (L. Despins, L. Song, D. Barron, N. Basset) and NPM Law (P. Linsey) re: analysis of ███████ | 0.8 | $ 675 | $ 540.00 |
| Lazarus, Jordan | 05/13/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with A. Lomas regarding analysis of transferee vendor classifications. | 0.2 | $ 495 | $ 99.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lazarus, Jordan | 05/13/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of transferee vendor classification. | 0.9 | $ 495 | $     445.50 |
| Lomas, Adam | 05/13/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with J. Lazarus regarding analysis of transferee vendor classifications. | 0.2 | $ 495 | $     99.00 |
| Lazarus, Jordan | 05/20/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with A. Lomas, Paul Hastings [D. Barron] regarding ███ ███████████ transactional activity. | 0.2 | $ 495 | $     99.00 |
| Lazarus, Jordan | 05/21/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with A. Lomas, P. Parizek, Paul Hastings [L. Song] regarding access to ██████ QuickBooks files and related matters. | 0.3 | $ 495 | $     148.50 |
| Lazarus, Jordan | 05/21/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compile, restore, and analyze QuickBooks files for numerous ████ entities. | 3.4 | $ 495 | $     1,683.00 |
| Lomas, Adam | 05/21/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to M. Bottos for review of ████ transaction activity in ███ ████████ accounts at ███████████ Bank. | 0.6 | $ 495 | $     297.00 |
| Lazarus, Jordan | 05/22/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with A. Lomas, P. Parizek, Paul Hastings [L. Song]] regarding access to ██████ QuickBooks files and related matters. | 0.2 | $ 495 | $     99.00 |
| Lazarus, Jordan | 05/22/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compile, restore, and analyze QuickBooks files for numerous ████ entities. | 1.4 | $ 495 | $     693.00 |
| Lomas, Adam | 05/22/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Further instructions to M. Bottos for second phase of review of ████ ██ transactions. | 0.4 | $ 495 | $     198.00 |
| Lazarus, Jordan | 05/23/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with P. Parizek, A. Lomas, J. Barker, Paul Hastings [L. Despins, L. Song, D. Barron, N. Basset], NPM Law [P. Linsey] to discuss ███████████████████ | 0.6 | $ 495 | $     297.00 |
| Lazarus, Jordan | 05/23/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with NPM Law regarding document production from ████████. | 0.2 | $ 495 | $     99.00 |
| Parizek, Pam | 05/23/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prep for [0.1] and attend call with A. Lomas, J. Lazarus, J. Barker, Paul Hastings [L. Despins, L. Song, D. Barron, N. Basset], NPM Law [P. Linsey] to discuss ███████ ██████ production, QuickBooks files for ██████████ [0.6]. | 0.7 | $ 680 | $     476.00 |

6

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Parizek, Pam | 05/23/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Coordinate transfer of ▇▇▇▇ data ▇▇▇▇▇▇ to Paul Hastings. | 0.3 | $ 680 | $ 204.00 |
| Barker, James | 05/23/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with P. Parizek, A. Lomas, J. Lazarus, Paul Hastings [L. Despins, L. Song, D. Barron, N. Basset], NPM Law [P. Linsey] to discuss ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ | 0.6 | $ 675 | $ 405.00 |
| Lazarus, Jordan | 05/24/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with A. Lomas, NPM Law regarding document production from ▇▇▇▇▇. | 0.3 | $ 495 | $ 148.50 |
| Lazarus, Jordan | 05/24/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with B. Scodeller regarding analysis of ▇▇▇▇▇ document production and related matters. | 0.4 | $ 495 | $ 198.00 |
| Lazarus, Jordan | 05/24/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▇▇▇▇▇▇ document production. | 2.7 | $ 495 | $ 1,336.50 |
| Scodeller, Bradley | 05/24/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Discussions with J. Lazarus regarding ▇▇▇ production and subsequent analysis | 0.4 | $ 315 | $ 126.00 |
| Scodeller, Bradley | 05/24/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | ▇▇▇ production analysis - documentation of ▇▇▇▇ statements for ▇▇▇▇▇ | 2.1 | $ 315 | $ 661.50 |
| Scodeller, Bradley | 05/27/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | ▇▇▇ payment production analysis. | 6.5 | $ 315 | $ 2,047.50 |
| Bottos, Madison | 05/28/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with J. Lazarus, B. Scodeller to discuss ▇▇▇ production and corresponding analysis | 0.4 | $ 200 | $ 80.00 |
| Lazarus, Jordan | 05/28/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with B. Scodeller, M. Bottos to discuss ▇▇▇ production and corresponding analysis | 0.4 | $ 495 | $ 198.00 |
| Lazarus, Jordan | 05/28/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of ▇▇▇▇▇ document production. | 1.7 | $ 495 | $ 841.50 |
| Scodeller, Bradley | 05/28/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with J. Lazarus, M. Bottos to discuss ▇▇▇ production and corresponding analysis | 0.4 | $ 315 | $ 126.00 |
| Scodeller, Bradley | 05/28/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | ▇▇▇ payment production analysis. | 7.3 | $ 315 | $ 2,299.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lazarus, Jordan | 05/29/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with A. Lomas, NPM Law regarding ███████ document production, analysis, and related matters. | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 05/29/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with B. Scodeller regarding analysis of ███████ document production. | 0.4 | $ 495 | $ 198.00 |
| Lazarus, Jordan | 05/29/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of ███████ document production. | 3.1 | $ 495 | $ 1,534.50 |
| Parizek, Pam | 05/29/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas list of ████ transactions for follow-up [.1] | 0.1 | $ 680 | $ 68.00 |
| Scodeller, Bradley | 05/29/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with J. Lazarus regarding analysis of ███████ document production. | 0.4 | $ 315 | $ 126.00 |
| Scodeller, Bradley | 05/29/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of ███████ document production. | 4.1 | $ 315 | $ 1,291.50 |
| Lazarus, Jordan | 05/30/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of ███████ document production. | 0.4 | $ 495 | $ 198.00 |
| Scodeller, Bradley | 05/30/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | ████ payment production analysis. | 4.3 | $ 315 | $ 1,354.50 |
| Bottos, Madison | 05/01/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with J. Lazarus regarding updating ███████ dashboard. | 0.2 | $ 200 | $ 40.00 |
| Bottos, Madison | 05/01/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of data points for inclusion in ███████ dashboard. | 2.2 | $ 200 | $ 440.00 |
| Lazarus, Jordan | 05/01/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with M. Bottos regarding updating ███████ dashboard. | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 05/01/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of data points for update to ███████ dashboard per request of Paul Hastings. | 1.2 | $ 495 | $ 594.00 |
| Bottos, Madison | 05/02/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of data points for inclusion in ███████ dashboard. | 1.8 | $ 200 | $ 360.00 |
| Lazarus, Jordan | 05/02/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of data points for update to ███████ dashboard per request of Paul Hastings. | 0.8 | $ 495 | $ 396.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 05/04/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] regarding documents underlying transfers to ███████████ | 0.3 | $ 495 | $ 148.50 |
| Bottos, Madison | 05/06/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with J. Lazarus, A. Lomas regarding underlying bank support for ██████ ██████ re: compilation of ████████ financial support and related matters. | 0.2 | $ 200 | $ 40.00 |
| Bottos, Madison | 05/06/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Download and organize bank document support for ███████████. | 0.8 | $ 200 | $ 160.00 |
| Lazarus, Jordan | 05/06/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with A. Lomas, M. Bottos regarding underlying bank support for ██████ ██████ re: compilation of ████████ financial support and related matters. | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 05/06/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with R. Hamersly regarding updates to ██████████ dashboard. | 0.3 | $ 495 | $ 148.50 |
| Lomas, Adam | 05/06/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with J. Lazarus, M. Bottos regarding underlying bank support for ██████ ██████ re: compilation of ████████ financial support and related matters. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 05/06/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Scope transfers underlying ████████████; prepare related data entry file for staff aggregation of bank documents supporting transfer ████████████. | 0.8 | $ 495 | $ 396.00 |
| Bottos, Madison | 05/07/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Continue to download and organize bank document support for ████████ transfers. | 5.5 | $ 200 | $ 1,100.00 |
| Bottos, Madison | 05/08/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Continue to download and organize bank document support for ████████ transfers. | 5.3 | $ 200 | $ 1,060.00 |
| Lazarus, Jordan | 05/08/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with R. Hamersly regarding updates to ██████████ dashboard. | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 05/08/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with Paul Hastings and NPM regarding ████████ dashboard. | 0.1 | $ 495 | $ 49.50 |
| Lazarus, Jordan | 05/08/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review of updated ██████████ dashboard. | 0.8 | $ 495 | $ 396.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Bottos, Madison | 05/09/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Continue to download and organize bank document support for ▓▓▓▓ transfers. | 2.7 | $ 200 | $ 540.00 |
| Lazarus, Jordan | 05/09/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with Paul Hastings and NPM regarding ▓▓▓▓ dashboard. | 0.4 | $ 495 | $ 198.00 |
| Lazarus, Jordan | 05/14/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with A. Lomas and NPM Law regarding compilation of ▓▓▓▓ supporting documentation and related matters. | 0.3 | $ 495 | $ 148.50 |
| Lazarus, Jordan | 05/14/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Update ▓▓▓▓ dashboard with new transferee data. | 0.7 | $ 495 | $ 346.50 |
| Lomas, Adam | 05/14/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiries from D. Skalka and NPM Law [P. Linsey] regarding transfers to ▓▓▓▓ and available ▓▓▓▓ in underlying bank data. | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 05/14/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare summary schedule of ▓▓▓▓ ▓▓▓▓ related Relativity document review. | 3.4 | $ 495 | $ 1,683.00 |
| Lazarus, Jordan | 05/15/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with R. Hamersly regarding updates to ▓▓▓▓ Dashboard regarding ▓▓▓▓. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 05/15/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review compiled documents supporting transfers to ▓▓▓▓ prepare related transfer listing/mapping Excel file. | 2.9 | $ 495 | $ 1,435.50 |
| Lomas, Adam | 05/15/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review compiled documents supporting transfers to ▓▓▓▓ prepare related transfer listing/mapping Excel file; compose related email to NPM Law [P. Linsey] with mapping file and supporting transfer documents. | 3.7 | $ 495 | $ 1,831.50 |
| Lomas, Adam | 05/16/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review compiled documents supporting transfers to ▓▓▓▓ prepare related transfer listing/mapping Excel file. | 1.4 | $ 495 | $ 693.00 |
| Lomas, Adam | 05/17/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with NPM Law [P. Linsey] regarding walkthrough of mapping file and supporting documents for ▓▓▓▓ | 0.3 | $ 495 | $ 148.50 |
| Lazarus, Jordan | 05/20/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with A. Lomas, NPM Law regarding ▓▓▓▓ and related matters. | 0.3 | $ 495 | $ 148.50 |
| Parizek, Pam | 05/20/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review A. Lomas analysis regarding ▓▓▓▓. | 0.5 | $ 680 | $ 340.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 05/20/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiries from NPM Law [P. Linsey] regarding language in ███ | 0.4 | $ 495 | $ 198.00 |
| Lomas, Adam | 05/20/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from Paul Hastings [E. Sutton] regarding ████; review of related records with respect to transfers from ██ and underlying/apparent nature of transactions. | 1.7 | $ 495 | $ 841.50 |
| Lazarus, Jordan | 05/23/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of ████ transfers based on new document production from ████ | 0.8 | $ 495 | $ 396.00 |
| Parizek, Pam | 05/23/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review A. Lomas analysis of ████ | 0.1 | $ 680 | $ 68.00 |
| Parizek, Pam | 05/24/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review analysis of ████ | 0.1 | $ 680 | $ 68.00 |
| Lomas, Adam | 05/24/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] regarding apparent nature of ████ related Relativity document review. | 1.4 | $ 495 | $ 693.00 |
| Lazarus, Jordan | 05/28/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with NPM Law regarding new ████ and related matters. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 05/28/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] regarding confidentiality markings in documents underlying ████ | 0.1 | $ 495 | $ 49.50 |
| Levenson, Patrick | 05/01/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with J. Barker, S. Dominguez regarding ██ searches. | 0.5 | $ 231 | $ 115.50 |
| Barker, James | 05/01/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with P. Levenson, S. Dominguez regarding ██ searches. | 0.5 | $ 675 | $ 337.50 |
| Dominguez, Sunni | 05/01/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with J. Barker, P. Levenson regarding ██ searches. | 0.5 | $ 495 | $ 247.50 |
| Dominguez, Sunni | 05/01/2024 | Asset Recovery Investigation and Litigation | Investigations | Update spreadsheet re: ████. | 1.8 | $ 495 | $ 891.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 05/02/2024 | Asset Recovery Investigation and Litigation | Investigations | Email to NPM Law [K. Mitchell] regarding outstanding and additional document requests for ███; related Relativity document review and transaction review. | 1.3 | $ 495 | $ 643.50 |
| Parizek, Pam | 05/03/2024 | Asset Recovery Investigation and Litigation | Investigations | Review research update regarding ███ ████ | 0.1 | $ 680 | $ 68.00 |
| Lomas, Adam | 05/03/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of documents produced by ███; related updates to transactions in master transaction file. | 3.2 | $ 495 | $ 1,584.00 |
| Lomas, Adam | 05/06/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [D. Barron] regarding ███████ | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 05/06/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of account activity for ██████ related updates to transactions in master transaction file. | 0.7 | $ 495 | $ 346.50 |
| Lomas, Adam | 05/06/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analyze statements and account activity for ████ ████ related additions and updates to transactions in master transaction file. | 2.6 | $ 495 | $ 1,287.00 |
| Levenson, Patrick | 05/07/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct targeted research on ████ history. | 1.0 | $ 231 | $ 231.00 |
| Dominguez, Sunni | 05/07/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct ██████ research. | 1.7 | $ 495 | $ 841.50 |
| Lomas, Adam | 05/07/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [D. Barron] regarding ███████ | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 05/07/2024 | Asset Recovery Investigation and Litigation | Investigations | Continue to review and analyze statements and account activity for ██████ related additions and updates to transactions in master transaction file. | 3.9 | $ 495 | $ 1,930.50 |
| Levenson, Patrick | 05/08/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct targeted research on ████ history. | 5.0 | $ 231 | $ 1,155.00 |
| Lomas, Adam | 05/08/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [D. Barron] regarding ██████ related classifications of transactions in master transaction file. | 1.9 | $ 495 | $ 940.50 |
| Lomas, Adam | 05/08/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analyze statements and account activity for ██████ related additions and updates to transactions in master transaction file. | 3.1 | $ 495 | $ 1,534.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Levenson, Patrick | 05/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct targeted research on ███████ history. | 2.0 | $ 231 | $ 462.00 |
| Parizek, Pam | 05/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Review communications and analysis regarding ███████ payments. | 0.3 | $ 680 | $ 204.00 |
| Scodeller, Bradley | 05/09/2024 | Asset Recovery Investigation and Litigation | Investigations | ███████ working paper - pre and post ███████ analysis. | 2.1 | $ 315 | $ 661.50 |
| Dominguez, Sunni | 05/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct ███████ research. | 1.0 | $ 495 | $ 495.00 |
| Lomas, Adam | 05/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting regarding analysis of activity in ███████ and other investigative updates with: L. Despins, N. Bassett, D. Barron, and L. Song [Paul Hastings]; NPM Law [P. Linsey]; and P. Parizek and J. Barker. | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 05/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with NPM Law [P. Linsey] regarding transfers to ███████. | 0.5 | $ 495 | $ 247.50 |
| Lomas, Adam | 05/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [E. Sutton] regarding source of funds for ███████; related review of bank transactions and supporting documents. | 1.6 | $ 495 | $ 792.00 |
| Lomas, Adam | 05/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of transactions in ███████ prepare related schedules of transfers to ███████ and compose related email to NPM Law [P. Linsey]. | 2.8 | $ 495 | $ 1,386.00 |
| Lomas, Adam | 05/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] regarding balances in ███████ | 0.4 | $ 495 | $ 198.00 |
| Lomas, Adam | 05/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Email to M. Bottos regarding instructions and procedures to review ███████ compiled by NPM Law. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 05/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of pre- and post-petition transfers to ███████; related email correspondence with NPM Law [S. Smeriglio]. | 0.3 | $ 495 | $ 148.50 |
| Lomas, Adam | 05/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of Relativity document references compiled by staff regarding ███████n; composed related email to NPM Law [P. Linsey] regarding ███████ | 0.3 | $ 495 | $ 148.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 05/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review general categorizations of [REDACTED] in master transaction file; related email to Paul Hastings [D. Barron]. | 1.7 | $ 495 | $ 841.50 |
| Lomas, Adam | 05/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] regarding underlying bank records supporting transfers to [REDACTED] | 0.4 | $ 495 | $ 198.00 |
| Lomas, Adam | 05/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] regarding apparent transfers to [REDACTED]; related review of documents purportedly outlining [REDACTED] | 1.3 | $ 495 | $ 643.50 |
| Lomas, Adam | 05/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Create template for capture of certain [REDACTED] per request/inquiry from Paul Hastings [L. Song]. | 0.5 | $ 495 | $ 247.50 |
| Lomas, Adam | 05/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [D. Barron] with respect to language in [REDACTED] related review of draft-working complaint. | 1.0 | $ 495 | $ 495.00 |
| Bottos, Madison | 05/21/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of [REDACTED] account transactions; related updates to master transaction file. | 5.4 | $ 200 | $ 1,080.00 |
| Parizek, Pam | 05/21/2024 | Asset Recovery Investigation and Litigation | Investigations | Review updated analysis of [REDACTED] | 0.3 | $ 680 | $ 204.00 |
| Bottos, Madison | 05/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of [REDACTED] account transactions; related updates to master transaction file. | 4.7 | $ 200 | $ 940.00 |
| Lomas, Adam | 05/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Quality control review of [REDACTED] transaction analysis; related attention to master transaction file. | 3.7 | $ 495 | $ 1,831.50 |
| Bottos, Madison | 05/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of [REDACTED] account transactions; related updates to master transaction file. | 0.8 | $ 200 | $ 160.00 |
| Lomas, Adam | 05/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with P. Parizek, J. Lazarus, J. Barker, Paul Hastings [L. Despins, L. Song, D. Barron, N. Basset], NPM Law [P. Linsey] to discuss [REDACTED] | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 05/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to Paul Hastings and NPM Law counsel teams regarding preliminary observations from [REDACTED] production in advance of weekly status update meeting. | 0.3 | $ 495 | $ 148.50 |

14

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 05/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] regarding additional requests for ███████████. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 05/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of ███████████ transactions; related updates to transaction master file. | 0.4 | $ 495 | $ 198.00 |
| Lomas, Adam | 05/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [P. Linsey] regarding summary of transfers to ████ including newly identified transfers in ██████ documents. | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 05/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [K. Mitchell] regarding requests for additional records for various ██████ related document and financial transaction review. | 0.7 | $ 495 | $ 346.50 |
| Lomas, Adam | 05/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of documents produced by ██████; related updates to transaction master file. | 2.2 | $ 495 | $ 1,089.00 |
| Lomas, Adam | 05/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of ██████ statements produced by ████. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 05/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to Paul Hastings [N. Bassett] regarding summary of transfers to ██████ including newly identified transfers in ██████ documents. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 05/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [K. Mitchell] regarding questions with respect to ██████. | 0.9 | $ 495 | $ 445.50 |
| Bottos, Madison | 05/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare summary of activity on various ██████. | 2.2 | $ 200 | $ 440.00 |
| Lomas, Adam | 05/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Update of listing of outstanding requests and questions for ██████ related email to NPM Law [K. Mitchell] regarding same. | 0.9 | $ 495 | $ 445.50 |
| Lomas, Adam | 05/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of additional documents produced by ██████ related updates to master transaction file. | 1.6 | $ 495 | $ 792.00 |
| Lomas, Adam | 05/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] regarding ██████. | 0.2 | $ 495 | $ 99.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 05/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of various records regarding ██████ ████████████ bank account activity and bookkeeping; related updates to master transaction file. | 3.8 | $ 495 | $ 1,881.00 |
| Lomas, Adam | 05/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose internal team email to regarding status of working tasks for update meeting with Paul Hastings and NPM Law counsel teams. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 05/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] regarding outstanding questions and requests for ████████ | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 05/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [P. Linsey] regarding ████████ records. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 05/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of various records regarding ██████ ████████████ bank account activity and bookkeeping; related updates to master transaction file. | 3.4 | $ 495 | $ 1,683.00 |
| Lomas, Adam | 05/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] regarding ████████ ████ subpoena. | 0.1 | $ 495 | $ 49.50 |
| Lomas, Adam | 05/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of various records regarding ████ ████████████ bank account activity and bookkeeping; related updates to master transaction file. | 2.2 | $ 495 | $ 1,089.00 |
| Lomas, Adam | 05/02/2024 | G-Club Adversary Proceeding | Investigations | Review and analyze ████████ ████████████ related updates to master transaction file. | 0.6 | $ 495 | $ 297.00 |
| Bottos, Madison | 05/03/2024 | G-Club Adversary Proceeding | Investigations | Review of ████████████ account transactions; related updates to master transaction file. | 0.4 | $ 200 | $ 80.00 |
| Lomas, Adam | 05/03/2024 | G-Club Adversary Proceeding | Investigations | Incorporate extracted ████████ ████████ transactions into master transaction file for review and analysis; related instructions to M. Bottos for review and analysis of transactions. | 0.9 | $ 495 | $ 445.50 |
| Lomas, Adam | 05/29/2024 | G-Club Adversary Proceeding | Investigations | Respond to inquiry from NPM Law [K. Mitchell] regarding ████████ ████████ account. | 0.1 | $ 495 | $ 49.50 |
| Parizek, Pam | 05/20/2024 | General Debtor Representation | Fee/Employment Applications | Review/revise/redact April fee application, confer A. Bongartz, J. Jacobson regarding same. | 5.0 | $ 680 | $ 3,400.00 |
| Ling, Bryant | 05/01/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Create file listing, ████████ and prepare client deliverables: Exhibits 10, 11, 14, 15 and 16. | 1.7 | $ 495 | $ 841.50 |
| Parizek, Pam | 05/02/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Multiple calls and emails with Kroll technology team and Paul Hastings, arrange for courier to deliver ████████ ████████████ | 0.5 | $ 680 | $ 340.00 |
| Downie, Scott | 05/02/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Email to P. Parizek, B. Demonte coordinating the delivery of ████ ████████████ | 0.5 | $ 495 | $ 247.50 |

16

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Ling, Bryant | 05/03/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, courier coordination, Copy of Exhibit 001-Exhibit 016 | 0.1 | $ 495 | $ 49.50 |
| Ling, Bryant | 05/03/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, courier coordination, Copy of Exhibit 001-Exhibit 016 | 0.1 | $ 495 | $ 49.50 |
| Ling, Bryant | 05/03/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, courier coordination, Copy of Exhibit 001-Exhibit 016 | 0.1 | $ 495 | $ 49.50 |
| Ling, Bryant | 05/03/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, courier coordination, Copy of Exhibit 001-Exhibit 016 | 0.1 | $ 495 | $ 49.50 |
| Ling, Bryant | 05/03/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, courier coordination, Copy of Exhibit 001-Exhibit 016 | 0.1 | $ 495 | $ 49.50 |
| Ling, Bryant | 05/03/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, courier coordination, Copy of Exhibit 001-Exhibit 016 | 0.1 | $ 495 | $ 49.50 |
| Parizek, Pam | 05/03/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Coordinate delivery of ███ ██ to Paul Hastings' New York office. | 0.2 | $ 680 | $ 136.00 |
| Downie, Scott | 05/08/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Email to Kroll's Lab team coordinating the delivery of ██████ | 0.5 | $ 495 | $ 247.50 |
| Downie, Scott | 05/08/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Email to P. Parizek, B. Demonte coordinating the delivery of ██████ | 0.7 | $ 495 | $ 346.50 |
| Parizek, Pam | 05/09/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Review revised evidence log for ██████ [.1], update Paul Hastings [N. Bassett] regarding same [.1]. | 0.2 | $ 680 | $ 136.00 |
| Downie, Scott | 05/09/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Email to P. Parizek, B. Demonte coordinating the delivery of ██████ | 0.4 | $ 495 | $ 198.00 |
| Parizek, Pam | 05/10/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Confer S. Downie regarding ██████ ██. | 0.1 | $ 680 | $ 68.00 |
| Lomas, Adam | 05/30/2024 | Golden Spring Adversary Proceeding | Investigations | Incorporate transactions from ██████ ██████████ into master transaction file; related transaction review and analysis. | 1.5 | $ 495 | $ 742.50 |
| Parizek, Pam | 05/01/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Confer S. Downie, D. Ackerman regarding ██████; confer Paul Hastings [N. Bassett] regarding same [.3]. | 0.3 | $ 680 | $ 204.00 |
| Downie, Scott | 05/01/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Email P. Parizek, B. Demonte coordinating the preservation of ██████ | 0.1 | $ 495 | $ 49.50 |
| Downie, Scott | 05/01/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Email Kroll's Lab team coordinating the preservation of ██████. | 0.3 | $ 495 | $ 148.50 |
| Downie, Scott | 05/02/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Email to B. Demonte, D. Ackerman regarding preserving the ██████ | 0.6 | $ 495 | $ 297.00 |
| Downie, Scott | 05/02/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Email to P. Parizek, B. Demonte coordinating the preservation of ██████ ██. | 1.3 | $ 495 | $ 643.50 |
| Downie, Scott | 05/02/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Email to Kroll's Lab team coordinating the preservation of ██████ | 1.6 | $ 495 | $ 792.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Ling, Bryant | 05/03/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, Exhibit 001 file ███████████ | 0.5 | $ 495 | $ 247.50 |
| Ling, Bryant | 05/03/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, Exhibit 002 file ███████████ | 1.1 | $ 495 | $ 544.50 |
| Ling, Bryant | 05/03/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, Exhibit 003 file ██████ | 1.3 | $ 495 | $ 643.50 |
| Downie, Scott | 05/03/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Email to P. Parizek, B. Demonte coordinating the preservation of ████ | 0.1 | $ 495 | $ 49.50 |
| Downie, Scott | 05/03/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Email to B. Demonte, D. Ackerman regarding preserving the ████ ██ | 0.1 | $ 495 | $ 49.50 |
| Ling, Bryant | 05/04/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, Exhibit 005 file ████ | 0.3 | $ 495 | $ 148.50 |
| Ling, Bryant | 05/04/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, Exhibit 005 file ████ | 2.0 | $ 495 | $ 990.00 |
| Ling, Bryant | 05/04/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, Exhibit 007 file ████ | 2.0 | $ 495 | $ 990.00 |
| Ling, Bryant | 05/05/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, Exhibit 003 file ████ | 1.0 | $ 495 | $ 495.00 |
| Ling, Bryant | 05/05/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, Exhibit 005 file ████ | 1.5 | $ 495 | $ 742.50 |
| Ling, Bryant | 05/05/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, Exhibit 007 and Exhibit 008 file ████ | 1.9 | $ 495 | $ 940.50 |
| Ling, Bryant | 05/06/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, Exhibit 007 and Exhibit 008 file ████ | 2.5 | $ 495 | $ 1,237.50 |
| Ling, Bryant | 05/09/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Client deliverable, upload, Exhibit 001-Exhibit 008 | 0.2 | $ 495 | $ 99.00 |
| Parizek, Pam | 05/09/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Review evidence inventory for ████ [.2], update Paul Hastings [N. Bassett] regarding same [.1]. | 0.3 | $ 680 | $ 204.00 |
| Downie, Scott | 05/09/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Email to Kroll's Lab team coordinating the preservation of ████ | 0.6 | $ 495 | $ 297.00 |
| Downie, Scott | 05/23/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Email to Kroll's Lab team coordinating the delivery of ████. | 0.3 | $ 495 | $ 148.50 |
| Lomas, Adam | 05/08/2024 | Leading Shine Adversary Proceeding | Asset Analysis and Recovery | Quality control review of staff analysis of transactions in ████████ | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 05/09/2024 | Leading Shine Adversary Proceeding | Asset Analysis and Recovery | Quality control review of staff analysis of transactions in ████████ | 0.7 | $ 495 | $ 346.50 |
| **Total Hours and Amount:** | | | | | **212.7** | | **$ 90,707.00** |