**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                     :

In re:                                          :       Chapter 11

HO WAN KWOK, *et al.*,[1]              :       Case No. 22-50073 (JAM)

             Debtor.              :       (Jointly Administered)
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, David Mohamed, hereby certify that I am over the age of eighteen years old and employed by Paul Hastings LLP and that I caused to be served the following documents by (a) sending a true and correct copy by first class mail on the parties listed on **Exhibit A** hereto on June 20, 2024, (b) sending a true and correct copy by email to counsel for AIG, Steptoe & Johnson LLP at JKavanagh@steptoe.com and joconnor@steptoe.com, and Gordon & Rees Scully Mansukhani LLP at mpthompson@grsm.com on June 19, 2024, and (c) sending a true and correct copy by email (as requested by counsel) to Dundon Advisers at md@dundon.com and ph@dundon.com on June 18, 2024:

- *Joint Motion of Chapter 11 Trustee and Debtors Genever US and Genever BVI for Entry of Final Order, Pursuant to Bankruptcy Code Sections 363 and 364, Authorizing Amendment to Interdebtor Postpetition Financing Agreement* [Docket No. 3259]

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

- *Motion of Chapter 11 Trustee to Limit Service of Joint Motion of Chapter 11 Trustee and Debtors Genever US and Genever BVI for Entry of Final Order, Pursuant to Bankruptcy Code Sections 363 and 364, Authorizing Amendment to Interdebtor Postpetition Financing Agreement* [Docket No. 3260].

In addition, I hereby certify that a true and correct copy of the foregoing documents were electronically served via the CM/ECF system on all counsel of record.

On June 20, 2024, the Court issued its *Notice of Hearing* [Docket No. 3263] (the "Hearing Notice") via CM/ECF. Notice of the Hearing Notice was sent by email automatically at the time of issuance via CM/ECF to all parties appearing in the above-captioned chapter 11 case able to receive electronic notice and via U.S. Mail dispatched by 5:00 p.m. on June 20, 2024, on parties listed on **Exhibit A** here. In addition, a true and correct copy of the Hearing Notice was sent by email to (a) counsel for AIG, Steptoe & Johnson LLP at JKavanagh@steptoe.com and joconnor@steptoe.com, and Gordon & Rees Scully Mansukhani LLP at mpthompson@grsm.com on June 20, 2024, and (b) Dundon Advisers at md@dundon.com and ph@dundon.com on June 20, 2024.

Dated: June 21, 2024                                     */s/ David Mohamed*
                                                                      David Mohamed

**Exhibit A**

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola, British Virgin Islands

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

Eisner Advisory Group LLC
111 Wood Avenue South
Iselin, NJ 08830-2700