**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
HO WAN KWOK et al.,                       :    Case No. 22-50073 (JAM)
                                          :
            Debtors.¹                     :    Jointly Administered
                                          :
------------------------------------------------------x
```

## NEUBERT, PEPE & MONTEITH, P.C.'S MOTION, UPON CONSENT, PURSUANT TO BANKRUPTCY RULE 9006(b), FOR ENTRY OF ORDER EXTENDING TIME TO FILE INTERIM FEE APPLICATION

Neubert Pepe, & Monteith, P.C. ("NPM"), counsel for Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor") and Genever Holdings Corporation and Genever Holdings LLC (collectively, the "Genever Debtors"), files this motion (the "Motion"), upon consent as set forth herein, pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and District of Connecticut Local Rule of Civil Procedure 7(b), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 2094] (the "Compensation Procedures Order"), requesting a one-day extension, from June 24, 2024 through and including June 25, 2024, for NPM to file its interim fee application.  The deadline for all professionals employed by the

---

¹    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Trustee or the Official Committee of Unsecured Creditors (the "Committee") whose retentions are approved pursuant to 11 U.S.C. §§ 327 or 1103 (which includes NPM) was previously extended from June 14, 2024 through and including June 24, 2024 [ECF No. 3185].[2]

NPM requests this brief additional extension, because undersigned counsel and his partner, Douglas Skalka ("Attorney Skalka"), learned over the weekend that they will need to be present at the Debtor's criminal trial in Manhattan on Monday, June 24, 2024, where Attorney Skalka may be called as a witness. NPM advised the Trustee and counsel for the United States Trustee, the Committee, and PAX yesterday evening that they intended to request this further extension. At present, the Trustee, the United States Trustee, the Committee, and PAX have consented to the requested extension.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[2]     Interim fee applications are due under the Compensation Procedures Order no later than 45 days after the conclusion of any Interim Fee Period (as defined in the order). The previous Interim Fee Period concluded on April 30, 2024, hence, prior to the extension to June 24, 2024, the deadline was June 14, 2024.

WHEREFORE, NPM respectfully requests entry of the Proposed Order (a) granting the relief requested herein, and (b) granting such other relief as is just and proper.

Dated:    June 24, 2024          NEUBERT, PEPE & MONTEITH, P.C.
          New Haven, Connecticut

                                 By: */s/ Patrick R. Linsey*
                                     Patrick R. Linsey (ct29437)
                                     NEUBERT, PEPE & MONTEITH, P.C.
                                     195 Church Street, 13th Floor
                                     New Haven, Connecticut 06510
                                     (203) 781-2847
                                     plinsey@npmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                            :
In re:                                      :  Chapter 11
                                            :
HO WAN KWOK, *et al.*,[1]                   :  Case No. 22-50073 (JAM)
                                            :
            Debtors.                        :  (Jointly Administered)
---------------------------------------------------------------x

**[PROPOSED] CONSENT ORDER EXTENDING TIME FOR**
**NEUBERT, PEPE & MONTEITH, P.C. TO FILE INTERIM FEE APPLICATION**

Upon the motion (the "Motion")[2] of Neubert, Pepe & Monteith, P.C. ("NPM"), for entry

of an order (this "Order") extending the time for NPM to file its interim fee application as counsel

for the Trustee and the Genever Debtors (the "NPM Fee Application"); and upon the consent of

the Trustee, the United States Trustee, the Committee, and PAX; and after due deliberation and

sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The time by which NPM must file the NPM Fee Application pursuant to the

Compensation Procedures Order is further extended until June 25, 2024.

3.      This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever
Holdings Corporation.  The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200
Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for
purposes of notices and communications).

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :     Chapter 11
                                                         :
HO WAN KWOK *et al.*,                                    :     Case No. 22-50073 (JAM)
                                                         :
                        Debtors.                         :     Jointly Administered
                                                         :
---------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on June 24, 2024, the foregoing Motion, and all declarations, exhibits and attachments thereto, was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:        June 24, 2024
              New Haven, Connecticut

                                        By: */s/ Patrick R. Linsey*
                                            Patrick R. Linsey (ct29437)
                                            NEUBERT, PEPE & MONTEITH, P.C.
                                            195 Church Street, 13th Floor
                                            New Haven, Connecticut 06510
                                            (203) 781-2847
                                            plinsey@npmlaw.com