# EXHIBIT A



Official Committee of Unsecured Creditors of Ho Wan Kwok   February 22, 2024
Attn: Samuel Nunberg, Chairman   **Invoice #** 421481
600 South Dixie Highway, Suite 455   **Matter #** 083201.0001
West Palm Beach, FL 33401

**Re:   Case Administration**

For services rendered through January 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|------------|---|-------|------|--------|
| 01/04/24 | Kaplan | Review Trustee's Notice of Superseding Indictment in Criminal Docket | 0.50 | 460.00 | 230.00 |
| 01/05/24 | Mayhew | Review Chapter 11 Trustee's notice of superseding indictment filed in criminal action pending in the SDNY | 0.20 | 590.00 | 118.00 |
| 01/08/24 | Mayhew | Review J. Kaplan's update to Creditors' Committee | 0.10 | 590.00 | 59.00 |
| 01/08/24 | Kaplan | Review Trustee's Notice of Renewed Motion to Stay Bankruptcy | 0.40 | 460.00 | 184.00 |
| 01/09/24 | Mayhew | Review correspondence from L. Despins re conference call | 0.10 | 590.00 | 59.00 |
| 01/09/24 | Kaplan | Review Motion for Order to approve notice of forthcoming tolling motion, Motion for Emergency Hearing | 0.40 | 460.00 | 184.00 |
| 01/10/24 | Mayhew | Review correspondence from Judge Manning's courtroom deputy re request for status conference | 0.10 | 590.00 | 59.00 |
| 01/10/24 | Mayhew | Correspondence to and from I. Goldman re availability to attend status conference | 0.10 | 590.00 | 59.00 |
| 01/10/24 | Mayhew | Review correspondence from P. Linsey to Judge Manning's courtroom deputy re proposing status conference | 0.10 | 590.00 | 59.00 |
| 01/10/24 | Mayhew | Review order setting status conference for 1/10 and request Zoom information | 0.10 | 590.00 | 59.00 |
| 01/10/24 | Mayhew | Attend status conference before Judge Manning | 0.40 | 590.00 | 236.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Invoice No.: 421481
February 22, 2024
Page 2

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 01/10/24 | Mayhew | Correspondence to I. Goldman re summary of status conference | 0.40 | 590.00 | 236.00 |
| 01/16/24 | Kaplan | Review 11th motion for 2004 examination by Trustee | 0.40 | 460.00 | 184.00 |
| 01/16/24 | Mayhew | Review correspondence from Judge Manning's Chambers re hearing and response from L. Despins and notice canceling hearing | 0.20 | 590.00 | 118.00 |
| 01/16/24 | Mayhew | Review notice re Acheson Doyle's fifth invoice | 0.10 | 590.00 | 59.00 |
| 01/19/24 | Kaplan | Review twelfth supplemental motion for 2004 examination | 0.40 | 460.00 | 184.00 |
| 01/22/24 | Mayhew | Review hearing calendar for 1/23/24 before Judge Manning | 0.10 | 590.00 | 59.00 |
| 01/23/24 | Mayhew | Review Chapter 11 Trustee's motion to continue hearing re motion to compel DBS Bank to comply with subpoena | 0.10 | 590.00 | 59.00 |
| 01/23/24 | Mayhew | Review Chapter 11 Trustee's motion to appear remotely for 1/23/24 hearing and order approving same | 0.10 | 590.00 | 59.00 |
| 01/23/24 | Mayhew | Review Judge Mannings calendar and prepare for hearing | 0.40 | 590.00 | 236.00 |
| 01/23/24 | Mayhew | Attend hearings on: (i) Pallas Partners' fee application; (ii) Trustee's motion for default judgment in Lamp Capital adversary; and (iii) Defendants' motion to set aside defaults in Lamp Capital adversary proceeding | 3.50 | 590.00 | 2065.00 |
| 01/26/24 | Kaplan | Review trustee's update on criminal case, trustee's opposition to debtor's motion to stay bankruptcy case | 0.60 | 460.00 | 276.00 |
| 01/29/24 | Kaplan | Review disclosure of compensation by Zeisler & Zeisler | 0.30 | 460.00 | 138.00 |
| 01/29/24 | Mayhew | Review Chapter 11 Trustee's notice re Debtors' filing of renewed stay motion in criminal action | 0.30 | 590.00 | 177.00 |
| 01/29/24 | Mayhew | Review Trustee's motion for order approving adversary proceeding procedures and motion to expedite hearing | 0.20 | 590.00 | 118.00 |
| 01/29/24 | Mayhew | Review Judge Torres' order denying Kwok's motion to stay bankruptcy proceedings | 0.20 | 590.00 | 118.00 |
| 01/30/24 | Mayhew | Correspondence to and from L. Despins re Brown Rudwick demand | 0.10 | 590.00 | 59.00 |
| 01/30/24 | Mayhew | Conference with I. Goldman re same | 0.10 | 590.00 | 59.00 |
| 01/30/24 | Mayhew | Review email from L. Despins re claims against Brown Rudnick and send to I. | 0.10 | 590.00 | 59.00 |

Case Administration

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|---|-------|------|--------|
| | | Goldman | | | |
| 01/30/24 | Mayhew | Review Judge Manning's hearing calendar and follow up with P. Linsey re same | 0.20 | 590.00 | 118.00 |
| 01/30/24 | Mayhew | Review correspondence from J. Kaplan re hearing to consider Trustee's motion to approve adversary proceeding procedures and response | 0.20 | 590.00 | 118.00 |
| 01/31/24 | Mayhew | Review correspondence from J. Kaplan re Kroll fee statements and respond | 0.10 | 590.00 | 59.00 |
| | | **Fees** | | | **$5,864.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 3.00 | 460.00 | 1,380.00 |
| Kristin B. Mayhew | Partner | 7.60 | 590.00 | 4,484.00 |
| | **Fees** | | | **$5,864.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$5,864.00** |
| **Total Disbursements** | | **$0.00** |
| **Total Due This Invoice** | | **$5,864.00** |
| **Unpaid Balance from Previous Invoices** | | **$14,285.94** |
| **Total Due** | | **$20,149.94** |

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

February 22, 2024
Invoice # 421481
Matter # 083201.0001

Re:      Case Administration

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$5,864.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$5,864.00** |
| **Unpaid Balance from Previous Invoices** | **$14,285.94** |
| **Total Due** | **$20,149.94** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

March 21, 2024
**Invoice #** 422732
**Matter #** 083201.0001

**Re:     Case Administration**

For services rendered through February 29, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 02/01/24 | Mayhew | Review Judge Manning's opinion and order re motion for default payment against Lamp Capital | 0.40 | 590.00 | 236.00 |
| 02/01/24 | Mayhew | Review correspondence from A. Bongartz re selection of general contractor | 0.10 | 590.00 | 59.00 |
| 02/02/24 | Mayhew | Review Judge Manning's order granting motion for stay of adversary proceeding | 0.10 | 590.00 | 59.00 |
| 02/02/24 | Kaplan | Review monthly operating report for Genever Holdings for December 2023 | 0.20 | 460.00 | 92.00 |
| 02/05/24 | Mayhew | Prepare for hearing on Trustee's motion to approve procedures in adversary proceedings and review deadlines in Despins v. Guo re summary judgment | 0.50 | 590.00 | 295.00 |
| 02/05/24 | Mayhew | Attend hearing before Judge Manning on: (i) Trustee's motion to approve procedures in adversary proceeding; and (ii) summary judgment motion as to Bombardier Jet | 2.30 | 590.00 | 1357.00 |
| 02/05/24 | Mayhew | Review notices of appearance filed by D. Evans and J. Newton | 0.10 | 590.00 | 59.00 |
| 02/07/24 | Kaplan | Review order approving procedures applicable to avoidance actions | 0.30 | 460.00 | 138.00 |
| 02/07/24 | Kaplan | Review objection by Sotheby's International Realty to Trustee's motion to toll limitations for avoidance actions | 0.30 | 460.00 | 138.00 |
| 02/07/24 | Kaplan | Review Objection by Yinying Wang to motion to toll limitations for avoidance | 0.30 | 460.00 | 138.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

Case Administration

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|--|-------|------|--------|
| | | actions | | | |
| 02/08/24 | Kaplan | Review objection of Yongbing Zhang to motion to extend deadline to file avoidance actions | 0.40 | 460.00 | 184.00 |
| 02/19/24 | Kaplan | Review Trustee's request for status conference related to avoidance actions | 0.20 | 460.00 | 92.00 |
| 02/20/24 | Mayhew | Review Chapter 11 Trustee's request for status conference to address 270 adversary proceeding complaints | 0.10 | 590.00 | 59.00 |
| 02/20/24 | Mayhew | Review order granting Chapter 11 Trustee's motion for status conference | 0.10 | 590.00 | 59.00 |
| 02/22/24 | Mayhew | Review motion to appear remotely at 2/27 hearing by L. Karten | 0.10 | 590.00 | 59.00 |
| 02/26/24 | Mayhew | Review correspondence from J. Kaplan re status conference and respond | 0.20 | 590.00 | 118.00 |
| | **Fees** | | | | **$3,142.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 1.70 | 460.00 | 782.00 |
| Kristin B. Mayhew | Partner | 4.00 | 590.00 | 2,360.00 |
| **Fees** | | | | **$3,142.00** |

## Disbursements

| | Amount |
|--|--------|
| Copy Expense | 560.40 |
| Parking | 13.00 |
| **Total Disbursements** | **$573.40** |

| | |
|--|--|
| **Total Fees** | **$3,142.00** |
| **Total Disbursements** | **$573.40** |
| **Total Due This Invoice** | **$3,715.40** |
| **Unpaid Balance from Previous Invoices** | **$29,986.94** |
| **Total Due** | **$33,702.34** |

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

March 21, 2024
Invoice # 422732
Matter # 083201.0001

Re:      Case Administration

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$3,142.00** |
| **Total Disbursements** | **$573.40** |
| **Total Due This Invoice** | **$3,715.40** |
| **Unpaid Balance from Previous Invoices** | **$29,986.94** |
| **Total Due** | **$33,702.34** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com          Bridgeport     Hartford     Springfield     Stamford     Waterbury     Westport     White Plains



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

April 19, 2024
**Invoice #** 423974
**Matter #** 083201.0001

**Re:    Case Administration**

For services rendered through March 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|---|-------|------|--------|
| 03/04/24 | Kaplan | Review motion to stay various adversary proceeding until after Kwok criminal trial | 0.30 | 460.00 | 138.00 |
| 03/04/24 | Mayhew | Correspondence to and from P. Linsey re 3/5 hearings | 0.20 | 590.00 | 118.00 |
| 03/05/24 | Mayhew | Review Trustee's motion to stay RICO adversary proceeding | 0.40 | 590.00 | 236.00 |
| 03/12/24 | Mayhew | Correspondence to J. Kaplan re 3/19 hearing | 0.10 | 590.00 | 59.00 |
| 03/12/24 | Kaplan | Review monthly operating report for Genever Holdings for January 2024 | 0.20 | 460.00 | 92.00 |
| 03/14/24 | Mayhew | Review ECF entry granting motion to withdraw as counsel (D. Evans) | 0.10 | 590.00 | 59.00 |
| 03/15/24 | Kaplan | Review Trustee's Motion for Order regarding mediation procedures for avoidance actions | 0.50 | 460.00 | 230.00 |
| 03/18/24 | Mayhew | Review correspondence from L. Despins and S. Sarnoff re BV I action | 0.20 | 590.00 | 118.00 |
| 03/18/24 | Mayhew | Review NOA filed by H. Baer for Fox News and Marcum | 0.10 | 590.00 | 59.00 |
| 03/18/24 | Mayhew | Review correspondence from D. Barron re BVI action and K. Legacy | 0.20 | 590.00 | 118.00 |
| 03/18/24 | Kaplan | Review amended monthly operating reports for January 2024 for Genever Holdings Corporation, Genever Holdings, LLC | 0.20 | 460.00 | 92.00 |
| 03/19/24 | Kaplan | Review revised proposed order of Neubert Pepe Monteith regarding | 0.20 | 460.00 | 92.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|--|-------|------|--------|
| | | holdback of 20% (0.1) and 7th invoice of Acheson Doyle Partners Architects, P.C. for Architectural Services (0.1) | | | |
| 03/20/24 | Mayhew | Review Court ECF entry re motion heard by the Court on 3/19 | 0.10 | 590.00 | 59.00 |
| 03/20/24 | Kaplan | Review motion for extension of time to remove civil actions | 0.20 | 460.00 | 92.00 |
| 03/21/24 | Kaplan | Review monthly operating report for debtor for February 2024 | 0.30 | 460.00 | 138.00 |
| 03/22/24 | Kaplan | Review revised order regarding motion to stay RICO cases, review order staying adversary proceedings pending disposition of criminal proceedings | 0.30 | 460.00 | 138.00 |
| 03/22/24 | Kaplan | Review scheduling order regarding motion to modify avoidance action procedures to include carve-out for certain issues | 0.20 | 460.00 | 92.00 |
| 03/25/24 | Mayhew | Review hearing calendar for March 26, 2024 | 0.10 | 590.00 | 59.00 |
| 03/25/24 | Mayhew | Review Trustee's Motion to Extend Time to Remove Actions | 0.20 | 590.00 | 118.00 |
| 03/25/24 | Mayhew | Review Chapter 11 Trustee's Notice of Filing Revised Proposed Order Regarding Avoidance Procedures | 0.30 | 590.00 | 177.00 |
| 03/25/24 | Mayhew | Review Judge Manning's Order staying adversary proceedings pending outcome of criminal action | 0.10 | 590.00 | 59.00 |
| 03/25/24 | Mayhew | Review scheduling order regarding proposed mediation proceedings | 0.10 | 590.00 | 59.00 |
| 03/26/24 | Mayhew | Prepare for hearing before Judge Manning | 0.40 | 590.00 | 236.00 |
| 03/27/24 | Mayhew | Review motions to withdraw appearance filed by Fran Lawall and J. Kline | 0.10 | 590.00 | 59.00 |
| | | **Fees** | | | **$2,697.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 2.40 | 460.00 | 1,104.00 |
| Kristin B. Mayhew | Partner | 2.70 | 590.00 | 1,593.00 |
| | **Fees** | | | **$2,697.00** |
| | **Total Fees** | | | **$2,697.00** |

Case Administration

| | |
|---|---|
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$2,697.00** |
| **Unpaid Balance from Previous Invoices** | **$30,487.34** |
| **Total Due** | **$33,184.34** |



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

April 19, 2024
Invoice # 423974
Matter # 083201.0001

Re:    Case Administration

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$2,697.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$2,697.00** |
| **Unpaid Balance from Previous Invoices** | **$30,487.34** |
| **Total Due** | **$33,184.34** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com        Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

May 14, 2024
**Invoice #** 425303
**Matter #** 083201.0001

**Re:     Case Administration**

For services rendered through April 30, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 04/01/24 | Mayhew | Review Chapter 11 Trustee's notice re update as to criminal proceedings | 0.30 | 590.00 | 177.00 |
| 04/01/24 | Kaplan | Review trustee's Notice of Criminal Filing by USDOJ, including references to efforts to mislead regarding ownership of boat/suborning perjury | 0.50 | 460.00 | 230.00 |
| 04/02/24 | Mayhew | Review Trustee's motion to continue hearing re DBS motion to compel | 0.10 | 590.00 | 59.00 |
| 04/04/24 | Kaplan | Review monthly operating report for Genever Holdings LLC for February 2024 | 0.20 | 460.00 | 92.00 |
| 04/05/24 | Mayhew | Review A. Luft's motion to withdraw appearance | 0.10 | 590.00 | 59.00 |
| 04/08/24 | Mayhew | Review Judge Dooley decision affirming sanction award against Mei Guo and her counsel for discovery abuse | 0.30 | 590.00 | 177.00 |
| 04/08/24 | Kaplan | Review Appellate Court's order affirming contempt and sanctions against Mei Guo and her counsel | 0.60 | 460.00 | 276.00 |
| 04/11/24 | Kaplan | Review limited objections by defendants in adversary proceedings to proposed mediation order | 0.40 | 460.00 | 184.00 |
| 04/12/24 | Kaplan | Review multiple objections to motion to establish mediation procedure in avoidance actions | 1.00 | 460.00 | 460.00 |
| 04/19/24 | Kaplan | Review second revised proposed mediation procedures order for avoidance actions | 0.20 | 460.00 | 92.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com          Bridgeport     Hartford     Springfield     Stamford     Waterbury     Westport     White Plains

Invoice No.: 425303
May 14, 2024
Page 2

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|---|-------|------|--------|
| 04/22/24 | Mayhew | Review Trustee's notice of filing second revised proposed order approving mediation procedures | 0.10 | 590.00 | 59.00 |
| 04/22/24 | Mayhew | Review Trustee's second revised proposed amended order approving procedures relating to avoidance actions | 0.50 | 590.00 | 295.00 |
| 04/22/24 | Mayhew | Review SDNY criminal docket re trial date and post-trial deadlines | 0.20 | 590.00 | 118.00 |
| 04/23/24 | Mayhew | Prepare for hearing before Judge Manning re Trustee's motion to establish mediation procedures | 0.40 | 590.00 | 236.00 |
| 04/23/24 | Mayhew | Attend hearing re (1) Trustee's motion for order establishing mediation procedures, and (2) Trustee's motion for default judgment against HCHK entities | 5.10 | 590.00 | 3009.00 |
| 04/23/24 | Mayhew | Telephone call with I. Goldman re hearing on Trustee's mediation procedure motion and default judgment motion | 0.40 | 590.00 | 236.00 |
| 04/23/24 | Goldman | Confer with Kristin Mayhew re outcome of 4/23 hearings | 0.40 | 600.00 | 240.00 |
| 04/25/24 | Mayhew | Review Genever Holdings motion for order re cleaning of the Sherry-Netherland and motion to shorten and limit notice | 0.40 | 590.00 | 236.00 |
| 04/25/24 | Mayhew | Correspondence to and from L. Despins, N. Bassett, P. Lindsey and I Goldman re nationwide service of process in bankruptcy proceeding | 0.30 | 590.00 | 177.00 |
| 04/30/24 | Mayhew | Review status report re Sherry Netherland remediation | 0.10 | 590.00 | 59.00 |
| 04/30/24 | Kaplan | Review third revised proposed order approving avoidance procedures | 0.20 | 460.00 | 92.00 |
| | **Fees** | | | | **$6,563.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Irve J. Goldman | Partner | 0.40 | 600.00 | 240.00 |
| Jonathan A. Kaplan | Partner | 3.10 | 460.00 | 1,426.00 |
| Kristin B. Mayhew | Partner | 8.30 | 590.00 | 4,897.00 |
| | **Fees** | | | **$6,563.00** |

| | |
|---|---|
| **Total Fees** | **$6,563.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$6,563.00** |
| **Unpaid Balance from Previous Invoices** | **$26,562.34** |
| **Total Due** | **$33,125.34** |



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

May 14, 2024
Invoice # 425303
Matter # 083201.0001

Re:     Case Administration

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$6,563.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$6,563.00** |
| **Unpaid Balance from Previous Invoices** | **$26,562.34** |
| **Total Due** | **$33,125.34** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com          Bridgeport        Hartford        Springfield        Stamford        Waterbury        Westport        White Plains

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok  
Attn: Samuel Nunberg, Chairman  
600 South Dixie Highway, Suite 455  
West Palm Beach, FL 33401

February 22, 2024  
**Invoice #** 421482  
**Matter #** 083201.0002

**Re:**     **Meetings and Communications with Creditors**

For services rendered through January 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|--|-------|------|--------|
| 01/02/24 | Kaplan | Email with committee regarding updates on multiple issues including fee applications/statements | 0.30 | 460.00 | 138.00 |
| 01/29/24 | Kaplan | Emails regarding avoidance claim procedures motion | 0.20 | 460.00 | 92.00 |
| | **Fees** | | | | **$230.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 0.50 | 460.00 | 230.00 |
| **Fees** | | | | **$230.00** |

| | |
|---|---|
| **Total Fees** | **$230.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$230.00** |
| **Unpaid Balance from Previous Invoices** | **$5,603.00** |
| **Total Due** | **$5,833.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

February 22, 2024
Invoice # 421482
Matter # 083201.0002

Re:      Meetings and Communications with Creditors

**Kindly reference this invoice number on your check and return this
page with your payment.**

| | |
|---|---|
| **Total Fees** | **$230.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$230.00** |
| **Unpaid Balance from Previous Invoices** | **$5,603.00** |
| **Total Due** | **$5,833.00** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

March 21, 2024
**Invoice #** 422733
**Matter #** 083201.0002

**Re:     Meetings and Communications with Creditors**

For services rendered through February 29, 2024

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/14/24 | Kaplan | Email with committee regarding complaints filed by Trustee, hearing on Motion to Extend/Toll Statute of Limitations | 0.30 | 460.00 | 138.00 |
| 02/21/24 | Kaplan | Review email from committee member Ning Ye regarding fraudulent transfer/RICO lawsuits | 0.20 | 460.00 | 92.00 |
| 02/21/24 | Mayhew | Review correspondence from Committee member N. Ye | 0.10 | 590.00 | 59.00 |
| 02/28/24 | Kaplan | Draft update to committee | 0.40 | 460.00 | 184.00 |
| | **Fees** | | | | **$473.00** |

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 0.90 | 460.00 | 414.00 |
| Kristin B. Mayhew | Partner | 0.10 | 590.00 | 59.00 |
| **Fees** | | | | **$473.00** |

| | |
|---|---|
| **Total Fees** | **$473.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$473.00** |
| **Unpaid Balance from Previous Invoices** | **$3,478.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

Meetings and Communications with Creditors

**Total Due**                                    **$3,951.00**



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

March 21, 2024
Invoice # 422733
Matter # 083201.0002

Re:      Meetings and Communications with Creditors

**Kindly reference this invoice number on your check and return this
page with your payment.**

| | |
|---|---|
| **Total Fees** | **$473.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$473.00** |
| **Unpaid Balance from Previous Invoices** | **$3,478.00** |
| **Total Due** | **$3,951.00** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

April 19, 2024
**Invoice #** 423975
**Matter #** 083201.0002

**Re:    Meetings and Communications with Creditors**

For services rendered through March 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/06/24 | Mayhew | Review correspondence from J. Kaplan re interim fee application and respond | 0.10 | 590.00 | 59.00 |
| 03/22/24 | Mayhew | Draft correspondence to Committee re 3/19 hearing | 0.80 | 590.00 | 472.00 |
| 03/22/24 | Kaplan | Exchange emails with Mrs. Mayhew and committee members regarding court hearing on fee applications, other matters | 0.30 | 460.00 | 138.00 |
| | | **Fees** | | | **$669.00** |

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 0.30 | 460.00 | 138.00 |
| Kristin B. Mayhew | Partner | 0.90 | 590.00 | 531.00 |
| | **Fees** | | | **$669.00** |

| | |
|---|---|
| **Total Fees** | **$669.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$669.00** |
| **Unpaid Balance from Previous Invoices** | **$4,089.00** |
| **Total Due** | **$4,758.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok                April 19, 2024
Attn: Samuel Nunberg, Chairman                                         Invoice # 423975
600 South Dixie Highway, Suite 455                                     Matter # 083201.0002
West Palm Beach, FL 33401

Re:      Meetings and Communications with Creditors

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---:|
| **Total Fees** | **$669.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$669.00** |
| **Unpaid Balance from Previous Invoices** | **$4,089.00** |
| **Total Due** | **$4,758.00** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

REMITTANCE

---

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

**PULLMAN**
**&COMLEY**
ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok          May 14, 2024
Attn: Samuel Nunberg, Chairman                                   **Invoice #** 427410
600 South Dixie Highway, Suite 455                               **Matter #** 083201.0002
West Palm Beach, FL 33401

**Re:**      **Meetings and Communications with Creditors**

For services rendered through April 30, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 04/08/24 | Mayhew | Correspondence to Creditors Committee re Judge Dooler's sanctions award against Mei Guo and Lee Vertan | 0.10 | 590.00 | 59.00 |
| | **Fees** | | | | **$59.00** |

<u>Professional Summary</u>

| <u>Professional</u> | <u>Title</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| Kristin B. Mayhew | Partner | 0.10 | 590.00 | 59.00 |
| | **Fees** | | | **$59.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$59.00** |
| **Total Disbursements** | | **$0.00** |
| **Total Due This Invoice** | | **$59.00** |
| **Unpaid Balance from Previous Invoices** | | **$4,758.00** |
| **Total Due** | | **$4,817.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

May 14, 2024
Invoice # 427410
Matter # 083201.0002

Re:      Meetings and Communications with Creditors

**Kindly reference this invoice number on your check and return this
page with your payment.**

| | |
|---|---|
| **Total Fees** | **$59.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$59.00** |
| **Unpaid Balance from Previous Invoices** | **$4,758.00** |
| **Total Due** | **$4,817.00** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

February 22, 2024
**Invoice #** 421483
**Matter #** 083201.0003

**Re:     Fee/Employment Applications**

For services rendered through January 31, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 01/02/24 | Mayhew | Review hearing notice for Pallas Partners Fee Application | 0.10 | 590.00 | 59.00 |
| 01/02/24 | Mayhew | Review notice of fee statement of Acheson Doyle Architects re Sherry-Netherland remediation project | 0.10 | 590.00 | 59.00 |
| 01/02/24 | Mayhew | Review Neubert Pepe's November 2023 fee statement | 0.40 | 590.00 | 236.00 |
| 01/02/24 | Mayhew | Review correspondence from J. Kaplan re Kroll fee statements and respond | 0.30 | 590.00 | 177.00 |
| 01/02/24 | Kaplan | Review monthly operating statement from Genever Holdings for October 2023 | 0.30 | 460.00 | 138.00 |
| 01/09/24 | Mayhew | Review motion for order re service to extend deadline to bring avoidance actions | 0.30 | 590.00 | 177.00 |
| 01/10/24 | Mayhew | Review correspondence from P. Parizek of Kroll re UST concerns with November 2023 fee statement | 0.10 | 590.00 | 59.00 |
| 01/10/24 | Mayhew | Correspondence to I. Goldman and J. Kaplan re Kroll fee statement issues for November 2023 | 0.10 | 590.00 | 59.00 |
| 01/10/24 | Mayhew | Review correspondence from H. Claiborn, US Trustee, to P. Parizek of Kroll re voluntary fee reduction | 0.10 | 590.00 | 59.00 |
| 01/19/24 | Kaplan | Review notice of monthly fee statement by O'Sullivan McCormack Jensen & Bliss PC for December 2023 | 0.50 | 460.00 | 230.00 |
| 01/23/24 | Mayhew | Review Zeisler's notice of | 0.10 | 590.00 | 59.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com        Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

Fee/Employment Applications

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|--|-------|------|--------|
| | | compensation for debtor's counsel | | | |
| 01/29/24 | Kaplan | Review supplemental declaration of Pallas Partners, LLP | 0.20 | 460.00 | 92.00 |
| 01/29/24 | Kaplan | Review Kroll LLC monthly fee application for December 2023 | 0.70 | 460.00 | 322.00 |
| 01/31/24 | Kaplan | Email with Mrs. Mayhew regarding entries in Kroll fee application for follow-up with Kroll/US Trustee | 0.40 | 460.00 | 184.00 |
| | | **Fees** | | | **$1,910.00** |

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 2.10 | 460.00 | 966.00 |
| Kristin B. Mayhew | Partner | 1.60 | 590.00 | 944.00 |
| | **Fees** | | | **$1,910.00** |
| | **Total Fees** | | | **$1,910.00** |
| | **Total Disbursements** | | | **$0.00** |
| | **Total Due This Invoice** | | | **$1,910.00** |
| | **Unpaid Balance from Previous Invoices** | | | **$37,259.60** |
| | **Total Due** | | | **$39,169.60** |



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

February 22, 2024
Invoice # 421483
Matter # 083201.0003

Re:      Fee/Employment Applications

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$1,910.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$1,910.00** |
| **Unpaid Balance from Previous Invoices** | **$37,259.60** |
| **Total Due** | **$39,169.60** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

March 21, 2024
**Invoice #** 422734
**Matter #** 083201.0003

**Re:     Fee/Employment Applications**

For services rendered through February 29, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 02/01/24 | Mayhew | Review correspondence from I. Goldman re third interim fee application | 0.10 | 590.00 | 59.00 |
| 02/02/24 | Mayhew | Correspondence to and from I. Goldman re fee application for Pullman & Comley | 0.20 | 590.00 | 118.00 |
| 02/02/24 | Mayhew | Review Bankruptcy Court docket re last filed fee application and follow up with I. Goldman re same | 0.20 | 590.00 | 118.00 |
| 02/02/24 | Mayhew | Review the areas and issues of concern with respect to the Kroll fee statement for December 2023 | 0.60 | 590.00 | 354.00 |
| 02/02/24 | Mayhew | Telephone call with H. Claiborn re Kroll fee statement for December 2023 | 0.30 | 590.00 | 177.00 |
| 02/02/24 | Mayhew | Follow up correspondence to I. Goldman and J. Kaplan re Kroll fee statement | 0.20 | 590.00 | 118.00 |
| 02/05/24 | Kaplan | Review Monthly Fee Statement of Paul Hastings for October 2023 | 1.40 | 460.00 | 644.00 |
| 02/09/24 | Kaplan | Prepare third interim fee application for Pullman & Comley, LLC | 0.70 | 460.00 | 322.00 |
| 02/13/24 | Kaplan | Review invoices of Pullman & Comley for services provide September-December 2023 (0.8), prepare second interim fee application for Pullman & Comley (1.9) | 2.70 | 460.00 | 1242.00 |
| 02/14/24 | Kaplan | Revise and finalize Pullman & Comley's third interim fee application | 0.90 | 460.00 | 414.00 |
| 02/14/24 | Mayhew | Review order extending deadline for Trustee's professionals to file fee | 0.10 | 590.00 | 59.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com       Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

Fee/Employment Applications

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|---|-------|------|--------|
| | | applications | | | |
| 02/14/24 | Mayhew | Telephone call with J. Kaplan re Committee's third interim fee application | 0.10 | 590.00 | 59.00 |
| 02/14/24 | Mayhew | Review draft third interim fee application for Pullman & Comley, Declaration of J. Kaplan and proposed order | 0.20 | 590.00 | 118.00 |
| 02/14/24 | Mayhew | Telephone call with J. Kaplan re revisions to draft P&C third interim fee application | 0.10 | 590.00 | 59.00 |
| 02/16/24 | Kaplan | Review Application to Employ Prager Dreifuss AG as Swiss Law Counsel | 0.50 | 460.00 | 230.00 |
| 02/16/24 | Kaplan | Review and revise Notice of Hearing and Certificate of Service for Third Interim Application for Compensation by Pullman & Comley | 0.30 | 460.00 | 138.00 |
| 02/16/24 | Kaplan | Review and analyze Third Interim Fee Application of Epiq Corporate Restructuring, LLC | 0.70 | 460.00 | 322.00 |
| 02/16/24 | Kaplan | Review and analyze First Interim Fee Application of Kroll, LLC, as Forensic Investigators, for Period from August 2, 2023 through December 31, 2023 | 1.10 | 460.00 | 506.00 |
| 02/16/24 | Kaplan | Review and analyze First Interim Fee Application of O'Sullivan McCormack Jensen & Bliss PC, as Special Insurance Coverage Counsel, for Period from July 27, 2023 through December 31, 2023 | 0.90 | 460.00 | 414.00 |
| 02/19/24 | Kaplan | Review and revise Certificate of Service of Pullman & Comley's interim fee application | 0.20 | 460.00 | 92.00 |
| 02/19/24 | Kaplan | Review interim fee application for Harney, Westwood and Reigels | 0.60 | 460.00 | 276.00 |
| 02/19/24 | Kaplan | Review interim fee application of Kroll | 1.20 | 460.00 | 552.00 |
| 02/19/24 | Kaplan | Review interim fee application of Epiq | 0.50 | 460.00 | 230.00 |
| 02/19/24 | Kaplan | Review interim fee application of O'Sullivan McCormack Jensen & Bliss PC, as Special Insurance Coverage Counsel | 0.60 | 460.00 | 276.00 |
| 02/20/24 | Mayhew | Review notice of hearing of third interim fee application of Pullman & Comley | 0.10 | 590.00 | 59.00 |
| 02/21/24 | Kaplan | Review Notice of Hearing for multiple interim fee applications (Epiq, PH, Paul Hastings, Kroll, O'Sullivan McCormack, Westwood and Riegels (BVI)) and Application to Employ Swiss Counsel and calendar/coordinate with | 0.20 | 460.00 | 92.00 |

Fee/Employment Applications

Invoice No.: 422734
March 21, 2024
Page 3

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|---|-------|------|--------|
| | | colleagues | | | |
| 02/21/24 | Mayhew | Review hearing notice on fee applications for Trustee's professionals | 0.10 | 590.00 | 59.00 |
| 02/23/24 | Kaplan | Review email from Mrs. Claiborn regarding questions on fee application, prepare response to email addressing issues | 0.50 | 460.00 | 230.00 |
| 02/27/24 | Mayhew | Review correspondence from H. Claiborn re Pullman's Third Interim Fee Application | 0.10 | 590.00 | 59.00 |
| | | **Fees** | | | **$7,396.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 13.00 | 460.00 | 5,980.00 |
| Kristin B. Mayhew | Partner | 2.40 | 590.00 | 1,416.00 |
| | **Fees** | | | **$7,396.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$7,396.00** |
| **Total Disbursements** | | **$0.00** |
| **Total Due This Invoice** | | **$7,396.00** |
| **Unpaid Balance from Previous Invoices** | | **$31,832.60** |
| **Total Due** | | **$39,228.60** |

**PULLMAN & COMLEY**

ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

March 21, 2024
Invoice # 422734
Matter # 083201.0003

Re:    Fee/Employment Applications

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$7,396.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$7,396.00** |
| **Unpaid Balance from Previous Invoices** | **$31,832.60** |
| **Total Due** | **$39,228.60** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

April 19, 2024
**Invoice #** 423976
**Matter #** 083201.0003

**Re:     Fee/Employment Applications**

For services rendered through March 31, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 03/06/24 | Mayhew | Download fourth interim fee application for Neubert Pepe and first interim fee application for Kroll | 0.10 | 590.00 | 59.00 |
| 03/07/24 | Mayhew | Review Kroll first interim fee application and begin review of Neubert, Pepe & Montieth fee application | 1.80 | 590.00 | 1062.00 |
| 03/08/24 | Kaplan | Email with committee regarding update on recent events | 0.20 | 460.00 | 92.00 |
| 03/08/24 | Mayhew | Continued review of 4th interim fee application of Neubert, Pepe & Monteith | 1.80 | 590.00 | 1062.00 |
| 03/08/24 | Mayhew | Telephone call with US Trustee trial attorney Holley Claiborn re interim fee applications | 0.30 | 590.00 | 177.00 |
| 03/08/24 | Mayhew | Correspondence to I. Goldman and J. Kaplan re interim fee application review | 0.20 | 590.00 | 118.00 |
| 03/10/24 | Kaplan | Review Paul Hastings fourth Interim Fee Application (September/October) | 2.00 | 460.00 | 920.00 |
| 03/11/24 | Kaplan | Review Paul Hastings fourth Interim Fee Application (November/December) (2.0); telephone conference with Mr. Goldman and telephone conference with Mrs. Claiborn (UST) regarding Paul Hastings Fee Application and voluntary reduction of $192k (0.6) | 2.60 | 460.00 | 1196.00 |
| 03/11/24 | Mayhew | Review correspondence from J. Kaplan re fee application | 0.10 | 590.00 | 59.00 |
| 03/11/24 | Mayhew | Review US Trustee's statement of no objection to fee application | 0.10 | 590.00 | 59.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com          Bridgeport     Hartford     Springfield     Stamford     Waterbury     Westport     White Plains

Fee/Employment Applications

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|---|-------|------|--------|
| 03/12/24 | Kaplan | Review US Trustee's objection to application to employ Swiss Counsel | 0.20 | 460.00 | 92.00 |
| 03/12/24 | Kaplan | Review US Trustee's statement regarding voluntary reduction to Paul Hastings Fourth Interim Fee Application and voluntary holdback of 20% by Neubert Pepe Monteith | 0.20 | 460.00 | 92.00 |
| 03/18/24 | Kaplan | Review revised proposed order for retention of Swiss law firm | 0.20 | 460.00 | 92.00 |
| 03/18/24 | Mayhew | Review Trustee's notice of revised proposed order re application to retain Praeger Dreyfus | 0.10 | 590.00 | 59.00 |
| 03/18/24 | Mayhew | Review Judge Manning's trial calendar and begin preparing for hearing on fee application and review prior fee statements filed during third interim fee application period | 0.80 | 590.00 | 472.00 |
| 03/19/24 | Mayhew | Prepare for hearing on Pullman's Third Interim Application for Compensation and other matters on for hearing | 1.00 | 590.00 | 590.00 |
| 03/19/24 | Mayhew | Attend hearings before Judge Manning on (1) fee application for professionals; (2) status conference re mediation procedure for approx. 190 adversary proceedings; and (3) motions to dismiss in Lamp Capital adversary proceeding | 3.40 | 590.00 | 2006.00 |
| 03/19/24 | Mayhew | Correspondence to I. Goldman and J. Kaplan re Third Interim Fee application approval | 0.10 | 590.00 | 59.00 |
| 03/20/24 | Kaplan | Review orders on application for compensation (P&C, O'Sullivan McCormack, Harney Westwood, Kroll) | 0.30 | 460.00 | 138.00 |
| 03/20/24 | Kaplan | Review order approving retention of Swiss law counsel | 0.20 | 460.00 | 92.00 |
| 03/21/24 | Kaplan | Review orders for compensation to EPiq and Paul Hastings (0.1); review 2024 monthly fee statement of Kroll (0.5) | 0.60 | 460.00 | 276.00 |

| | | **Fees** | | | **$8,772.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 6.50 | 460.00 | 2,990.00 |
| Kristin B. Mayhew | Partner | 9.80 | 590.00 | 5,782.00 |

Invoice No.: 423976
April 19, 2024
Page 3

| | |
|---|---:|
| **Fees** | **$8,772.00** |
| | |
| **Total Fees** | **$8,772.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$8,772.00** |
| | |
| **Unpaid Balance from Previous Invoices** | **$32,049.60** |
| | |
| **Total Due** | **$40,821.60** |



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

April 19, 2024
Invoice # 423976
Matter # 083201.0003

Re:      Fee/Employment Applications

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$8,772.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$8,772.00** |
| **Unpaid Balance from Previous Invoices** | **$32,049.60** |
| **Total Due** | **$40,821.60** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

May 14, 2024
**Invoice #** 425304
**Matter #** 083201.0003

**Re:    Fee/Employment Applications**

For services rendered through April 30, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 04/01/24 | Mayhew | Review correspondence from I. Goldman re P&C fee application and respond | 0.20 | 590.00 | 118.00 |
| 04/16/24 | Kaplan | Eighth Invoice of Acheson Doyle Partners Architects, P.C. for Architectural Services | 0.20 | 460.00 | 92.00 |
| 04/22/24 | Mayhew | Review last interim fee application for Pullman and last fee statement and correspondence to I. Goldman and J. Kaplan re same | 0.30 | 590.00 | 177.00 |
| 04/23/24 | Mayhew | Conference with I. Goldman re P&C interim fee application | 0.10 | 590.00 | 59.00 |
| 04/23/24 | Kaplan | Review monthly fee statement of O'Sullivan McCormack Jensen & Bliss PC for March 2024 | 0.30 | 460.00 | 138.00 |
| 04/25/24 | Kaplan | Review monthly fee statement of Prager Dreifuss AG (Jan-March 2024) | 0.40 | 460.00 | 184.00 |
| | | **Fees** | | | **$768.00** |

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|------|------|------|------|------|
| Jonathan A. Kaplan | Partner | 0.90 | 460.00 | 414.00 |
| Kristin B. Mayhew | Partner | 0.60 | 590.00 | 354.00 |
| | **Fees** | | | **$768.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

Fee/Employment Applications

| | |
|---|---:|
| **Total Fees** | **$768.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$768.00** |
| **Unpaid Balance from Previous Invoices** | **$38,539.60** |
| **Total Due** | **$39,307.60** |

# PULLMAN & COMLEY

**ATTORNEYS AT LAW**

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

May 14, 2024
Invoice # 425304
Matter # 083201.0003

Re:     Fee/Employment Applications

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---:|
| **Total Fees** | **$768.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$768.00** |
| **Unpaid Balance from Previous Invoices** | **$38,539.60** |
| **Total Due** | **$39,307.60** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com          Bridgeport     Hartford     Springfield     Stamford     Waterbury     Westport     White Plains



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

February 22, 2024
**Invoice #** 421484
**Matter #** 083201.0005

Re:     **Asset Analysis and Recovery**

For services rendered through January 31, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 01/02/24 | Mayhew | Review motion to modify pretrial deadlines in Taurus adversary proceeding | 0.10 | 590.00 | 59.00 |
| 01/02/24 | Mayhew | Review complaint commencing adversary proceeding against Ace Decade and Y. Wang for transfer of stock to Rio Hao | 0.30 | 590.00 | 177.00 |
| 01/02/24 | Mayhew | Review closing statement for Lady May II | 0.10 | 590.00 | 59.00 |
| 01/03/24 | Mayhew | Review Judge Manning's order approving the Chapter 11 Trustee's stipulation with the US Government regarding the Mahwah, NJ property | 0.20 | 590.00 | 118.00 |
| 01/03/24 | Kaplan | Review notice of closing statement of Lady May II | 0.20 | 460.00 | 92.00 |
| 01/05/24 | Kaplan | Review affidavit of Attorney Vartan regarding receipt of funds from Hitecroft Shore Ltd | 0.20 | 460.00 | 92.00 |
| 01/05/24 | Mayhew | Review Judge Manning's decision re motion to intervene in the HCHK adversary proceeding | 0.40 | 590.00 | 236.00 |
| 01/08/24 | Kaplan | Review monthly operating reporting of Genever Holding Corporation for | 0.20 | 460.00 | 92.00 |
| 01/09/24 | Mayhew | Telephone call with L. Despins re civil RICO action | 0.20 | 590.00 | 118.00 |
| 01/09/24 | Mayhew | Correspondence to L. Despins re pursuit of civil RICO claims | 0.10 | 590.00 | 59.00 |
| 01/09/24 | Mayhew | Telephone call with I. Goldman re | 0.20 | 590.00 | 118.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Asset Analysis and Recovery

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|---|-------|------|--------|
| | | pursuit of civil RICO claims | | | |
| 01/10/24 | Mayhew | Review motion to expedite Tolling motion | 0.10 | 590.00 | 59.00 |
| 01/10/24 | Mayhew | Review correspondence from A. Bongartz re selection of general contractor for remediation project at Sherry-Netherland | 0.10 | 590.00 | 59.00 |
| 01/11/24 | Mayhew | Review correspondence from A. Smith re Greenwich Land summary judgment and review pleadings | 0.60 | 590.00 | 354.00 |
| 01/16/24 | Kaplan | Review invoice for architectural services related to Sherry Netherland | 0.20 | 460.00 | 92.00 |
| 01/18/24 | Kaplan | Review status update on Genever US Remediation/Project | 0.30 | 460.00 | 138.00 |
| 01/18/24 | Kaplan | Review Trustee's Motion for Order / Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 F | 0.50 | 460.00 | 230.00 |
| 01/19/24 | Kaplan | Review order on motion for order limiting notice/scheduling hearing on motion to toll deadline to file avoidance actions | 0.20 | 460.00 | 92.00 |
| 01/19/24 | Mayhew | Review Court order granting motion on shortened and limited notice of Tolling Motion and send to I. Goldman and J. Kaplan re same | 0.20 | 590.00 | 118.00 |
| 01/22/24 | Kaplan | Review monthly operating report for Trustee/Debtor for December 2023 | 0.30 | 460.00 | 138.00 |
| 01/29/24 | Mayhew | Review correspondence from A. Bongartz re comparison of bids for general contractor for remediation at Sherry-Netherland hotel apartment | 0.30 | 590.00 | 177.00 |
| 01/29/24 | Kaplan | Review Motion for Order Approving Procedures Applicable to Avoidance Claim Adversary Proceedings, Motion for Expedited Hearing and order establishing hearing | 0.80 | 460.00 | 368.00 |
| 01/29/24 | Kaplan | Review Genever Holding, LLC's November 2023 monthly operating report | 0.30 | 460.00 | 138.00 |
| | | **Fees** | | | **$3,183.00** |

**Professional Summary**

Asset Analysis and Recovery

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 3.20 | 460.00 | 1,472.00 |
| Kristin B. Mayhew | Partner | 2.90 | 590.00 | 1,711.00 |
| **Fees** | | | | **$3,183.00** |

| | |
|---|---|
| **Total Fees** | **$3,183.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$3,183.00** |
| **Unpaid Balance from Previous Invoices** | **$24,237.50** |
| **Total Due** | **$27,420.50** |



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

February 22, 2024
Invoice # 421484
Matter # 083201.0005

Re:      Asset Analysis and Recovery

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$3,183.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$3,183.00** |
| **Unpaid Balance from Previous Invoices** | **$24,237.50** |
| **Total Due** | **$27,420.50** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

March 21, 2024
**Invoice #** 422735
**Matter #** 083201.0005

Re:    **Asset Analysis and Recovery**

For services rendered through February 29, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 02/01/24 | Kaplan | Review order on Motion for Contempt regarding Hudson Diamond Holding, LLC | 0.50 | 460.00 | 230.00 |
| 02/01/24 | Kaplan | Review motion to stay adversary proceeding v. Taurus Fund | 0.20 | 460.00 | 92.00 |
| 02/05/24 | Kaplan | Review Objections and Responses to Trustee's Tolling Motion(DBS Bank, UBS Ag, Defeng Cao Industries, Mei Guo, Taurus Funding, G Club, Rule of Law Foundation, Chris Lee/Qidong Xia, GS Security Solutions, Inc., Greenwich Land/Hing Chi NGok) and revised proposed order | 2.50 | 460.00 | 1150.00 |
| 02/09/24 | Kaplan | Review adversary proceeding complaint against Agora Lab, Inc. | 0.50 | 460.00 | 230.00 |
| 02/11/24 | Kaplan | Review adversary proceeding complaints asserting fraudulent transfer theories and compile spreadsheet to review with committee | 2.80 | 460.00 | 1288.00 |
| 02/11/24 | Kaplan | Review Trustee's Reply in Support of Motion to Toll Limitations for Avoidance Actions | 0.50 | 460.00 | 230.00 |
| 02/12/24 | Kaplan | Review adversary proceeding complaints asserting fraudulent transfer theories and compile spreadsheet to review with committee | 1.20 | 460.00 | 552.00 |
| 02/13/24 | Kaplan | Attend hearing on Trustee's Motion for Extension of Time to File Avoidance Actions (4.8), review Second Revised Proposed Order (0.2) | 5.00 | 460.00 | 2300.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Asset Analysis and Recovery

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|---|-------|------|--------|
| 02/13/24 | Kaplan | Review Motion for Order to Approve Stipulations Tolling Limitations with Various Entities, filed under seal | 0.40 | 460.00 | 184.00 |
| 02/13/24 | Kaplan | Review Motion to Compel Banco Popular de Puerto Rico | 0.30 | 460.00 | 138.00 |
| 02/13/24 | Kaplan | Review fraudulent transfer adversary proceeding complaints (dozens filed) | 1.50 | 460.00 | 690.00 |
| 02/14/24 | Kaplan | Review multiple complaints by Trustee asserting fraudulent transfer theory and add to spreadsheet of Trustee's claims | 2.60 | 460.00 | 1196.00 |
| 02/14/24 | Mayhew | Review avoidance action complaints | 0.50 | 590.00 | 295.00 |
| 02/14/24 | Mayhew | Review second revised proposed order extending avoidance deadlines | 0.10 | 590.00 | 59.00 |
| 02/14/24 | Mayhew | Review Chapter 11 Trustee's motion for order approving proposed stipulated tolling orders | 0.10 | 590.00 | 59.00 |
| 02/14/24 | Mayhew | Review witness and exhibit list filed by Chapter 11 Trustee in Support of Motion to extend statute of limitations for avoidance actions | 0.10 | 590.00 | 59.00 |
| 02/14/24 | Mayhew | Review correspondence from A. Bongartz re Sherry-Netherland constructions update | 0.10 | 590.00 | 59.00 |
| 02/14/24 | Mayhew | Review correspondence from J. Kaplan and list of 217 avoidance actions | 0.10 | 590.00 | 59.00 |
| 02/15/24 | Kaplan | Review multiple complaints asserting fraudulent transfer, RICO claims and add to spreadsheet on Trustee's adversary proceedings | 1.40 | 460.00 | 644.00 |
| 02/16/24 | Kaplan | Review fraudulent transfer/RICO complaints filed by Trustee and add to spreadsheet of claims | 1.40 | 460.00 | 644.00 |
| 02/21/24 | Mayhew | Review status report filed by Chapter 11 Trustee re Sherry-Netherland remediation | 0.10 | 590.00 | 59.00 |
| 02/21/24 | Kaplan | Review Genever Holdings fourth monthly status report regarding remediation of Sherry Netherlands | 0.20 | 460.00 | 92.00 |
| 02/21/24 | Kaplan | Review monthly operating report of Ho Wan Kwok for January 2024 | 0.40 | 460.00 | 184.00 |
| 02/22/24 | Kaplan | Review monthly operating report of Genever Holdings for December 2023 | 0.20 | 460.00 | 92.00 |
| 02/23/24 | Kaplan | Review Trustee's motion for turnover items in New Jersey storage contents from Debtor/GSNY/MAhwhe mansion | 0.30 | 460.00 | 138.00 |
| 02/27/24 | Kaplan | Attend status conference with Judge Manning as requested by Trustee Despins regarding fraudulent transfer | 0.90 | 460.00 | 414.00 |

Asset Analysis and Recovery

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|--|-------|------|--------|
| | | and Rico litigation, potential for mediation program, other matters; review PowerPoint presentation from Trustee | | | |
| 02/27/24 | Kaplan | Review monthly operating report for January 2024 for Genever Holding Corp. | 0.20 | 460.00 | 92.00 |
| 02/27/24 | Kaplan | Review sixth invoice of architect for Sherry Netherland | 0.20 | 460.00 | 92.00 |
| 02/27/24 | Mayhew | Review Chapter 11 Trustee's presentation to court for status conference | 0.20 | 590.00 | 118.00 |
| 02/27/24 | Mayhew | Review correspondence from Chapter 11 Trustee re avoidance actions | 0.10 | 590.00 | 59.00 |
| | **Fees** | | | | **$11,498.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 23.20 | 460.00 | 10,672.00 |
| Kristin B. Mayhew | Partner | 1.40 | 590.00 | 826.00 |
| | **Fees** | | | **$11,498.00** |

### Disbursements

| | | Amount |
|--|--|--------|
| Parking | | 8.00 |
| **Total Disbursements** | | **$8.00** |
| **Total Fees** | | **$11,498.00** |
| **Total Disbursements** | | **$8.00** |
| **Total Due This Invoice** | | **$11,506.00** |
| **Unpaid Balance from Previous Invoices** | | **$27,420.50** |
| **Total Due** | | **$38,926.50** |



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

March 21, 2024
Invoice # 422735
Matter # 083201.0005

Re:      Asset Analysis and Recovery

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$11,498.00** |
| **Total Disbursements** | **$8.00** |
| **Total Due This Invoice** | **$11,506.00** |
| **Unpaid Balance from Previous Invoices** | **$27,420.50** |
| **Total Due** | **$38,926.50** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

April 19, 2024
**Invoice #** 423977
**Matter #** 083201.0005

Re:    **Asset Analysis and Recovery**

For services rendered through March 31, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 03/08/24 | Kaplan | Review 13th omnibus motion for 2004 examination | 0.30 | 460.00 | 138.00 |
| 03/08/24 | Mayhew | Review Trustee's 13th Omnibus motion for 2004 examination | 0.20 | 590.00 | 118.00 |
| 03/12/24 | Kaplan | Review 14th omnibus motion for 2004 examination | 0.30 | 460.00 | 138.00 |
| 03/25/24 | Mayhew | Review revised proposed order regarding storage units and ownership of same | 0.10 | 590.00 | 59.00 |
| 03/26/24 | Kaplan | Review update on Sherry Netherland remediation | 0.20 | 460.00 | 92.00 |
| 03/26/24 | Kaplan | Review Motion for Order to Enforce Judgment/Require Turnover of Storage Unit Contents | 0.20 | 460.00 | 92.00 |
| 03/26/24 | Kaplan | Review complaint against ZYB Associates/Yongbing Zhang for fraudulent transfer | 0.30 | 460.00 | 138.00 |
| 03/26/24 | Mayhew | Attend hearing before Judge Manning on (1) Trustee's motion for turnover of 4 storage units; and (2) defendant Yvette Wang's motion to dismiss adversary proceeding | 2.00 | 590.00 | 1180.00 |
| 03/26/24 | Mayhew | Review order approving Trustee's motion for turnover of storage units | 0.10 | 590.00 | 59.00 |
| | **Fees** | | | | **$2,014.00** |

**<u>Professional Summary</u>**

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Asset Analysis and Recovery

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 1.30 | 460.00 | 598.00 |
| Kristin B. Mayhew | Partner | 2.40 | 590.00 | 1,416.00 |
| **Fees** | | | | **$2,014.00** |
| **Total Fees** | | | | **$2,014.00** |
| **Total Disbursements** | | | | **$0.00** |
| **Total Due This Invoice** | | | | **$2,014.00** |
| **Unpaid Balance from Previous Invoices** | | | | **$38,926.50** |
| **Total Due** | | | | **$40,940.50** |



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

April 19, 2024
Invoice # 423977
Matter # 083201.0005

Re:     Asset Analysis and Recovery

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$2,014.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$2,014.00** |
| **Unpaid Balance from Previous Invoices** | **$38,926.50** |
| **Total Due** | **$40,940.50** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

| | |
|---|---|
| Official Committee of Unsecured Creditors of Ho Wan Kwok<br>Attn: Samuel Nunberg, Chairman<br>600 South Dixie Highway, Suite 455<br>West Palm Beach, FL 33401 | May 14, 2024<br>**Invoice #** 425305<br>**Matter #** 083201.0005 |

**Re:**   **Asset Analysis and Recovery**

For services rendered through April 30, 2024

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/24 | Mayhew | Review CT District Court order staying the appeal of Ace Decade litigation pending resolution in UK Court | 0.10 | 590.00 | 59.00 |
| 04/04/24 | Mayhew | Review correspondence from Attorney Linsey re Judge Manning's summary judgment decision and order regarding claims against Mei Guo and review opinion | 0.40 | 590.00 | 236.00 |
| 04/04/24 | Mayhew | Correspondence to Committee re Judge Manning's order on summary judgment | 0.10 | 590.00 | 59.00 |
| 04/04/24 | Kaplan | Review Memorandum of Decision on MSJ regarding Bombardier Jet | 0.50 | 460.00 | 230.00 |
| 04/23/24 | Kaplan | Review monthly operating reports for Genever Holdings and for Debtor for March 2024 | 0.20 | 460.00 | 92.00 |
| 04/24/24 | Kaplan | Review Genever Holdings motion seeking services to clean remainder of apartment and motion to limit notice | 0.60 | 460.00 | 276.00 |
| 04/24/24 | Kaplan | Monthly operating report for Genever Holdings Corp. for March 2024 | 0.30 | 460.00 | 138.00 |
| 04/30/24 | Kaplan | Review status report of remediation of Sherry Netherlands | 0.20 | 460.00 | 92.00 |
| | **Fees** | | | | **$1,182.00** |

### Professional Summary

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Asset Analysis and Recovery

| Professional | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Jonathan A. Kaplan | Partner | 1.80 | 460.00 | 828.00 |
| Kristin B. Mayhew | Partner | 0.60 | 590.00 | 354.00 |
| **Fees** | | | | **$1,182.00** |

| | |
|---|---:|
| **Total Fees** | **$1,182.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$1,182.00** |
| **Unpaid Balance from Previous Invoices** | **$40,940.50** |
| **Total Due** | **$42,122.50** |



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

May 14, 2024
Invoice # 425305
Matter # 083201.0005

Re:     Asset Analysis and Recovery

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$1,182.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$1,182.00** |
| **Unpaid Balance from Previous Invoices** | **$40,940.50** |
| **Total Due** | **$42,122.50** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.