**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------x
                                                    :
In re:                                              :    Chapter 11
                                                    :
HO WAN KWOK, *et al.,*                              :    Case No. 22-50073 (JAM)
                                                    :
            Debtors.[1]                             :    Jointly Administered
                                                    :
---------------------------------------------------x

**COVERSHEET FOR SECOND INTERIM FEE APPLICATION OF**
**O'SULLIVAN MCCORMACK JENSEN & BLISS PC**

| | |
|---|---|
| Interim Application of: | O'Sullivan McCormack Jensen & Bliss PC |
| Time Period: | January 1, 2024 through April 30, 2024 |
| Bankruptcy Petition Filed: | February 15, 2022 |
| Date of Entry of Retention Order: | August 22, 2023 [Docket No. 2241] (effective as of July 27, 2023). |

**Amount Requested**

| | | **Reductions** | |
|---|---|---|---|
| Fees: | $29,365.00 | Voluntary Fee Reductions: | none |
| Expenses: | $1,649.86 | Voluntary Expenses Reductions: | none |
| **Total:** | **$31,014.86** | | |

**Fees Previously Requested:**

| | | **Retainer Request:** |
|---|---|---|
| Requested Fees: | $191,730.00 | None |
| Awarded Fees: | $191,730.00 | |
| Paid Fees: | $191,730.00[2] | |

**Expenses Previously Requested:**

| | | **Expense Detail:** | |
|---|---|---|---|
| Requested Expenses: | $5,240.02 | Retainer Received: | Not applicable |
| Awarded Expenses: | $5,240.02 | Copies per page cost & total: | Not applicable |
| Paid Expenses: | $5,240.02 | | |

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    As detailed below, with respect to the Application Period, an additional $23,420.80 in fees and $1,649.86 in expenses were paid in accordance with the Interim Compensation Order (as defined below) and OMJB's monthly fee statements.

**MONTHLY FEE REQUESTS FOR FEE PERIOD**

| Monthly Period Covered | Total Fees (100%) | Requested Fees (80%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 20% Fee Holdback |
|---|---|---|---|---|---|---|
| 1/1/24 - 1/31/24 | $11,192.50 | $8,954.00 | $786.41 | $8,954.00 | $786.41 | $2,238.50 |
| 2/1/24 - 2/29/24 | $11,700.00 | $9,360.00 | $333.85 | $9,360.00 | $333.85 | $2,340.00 |
| 3/1/24 - 3/31/24 | $4,292.50 | $3,434.00 | $275.20 | $3,434.00 | $275.20 | $858.50 |
| 4/1/24 - 4/30/24 | $2,180.00 | $1,655.00[3] | $254.40 | $1,672.80[4] | $254.40 | $418.20 |
| **TOTAL** | **$29,365.00** | **$23,403.00** | **$1,649.86** | **$23,420.80** | **$1,649.86** | **$5,855.20** |

---

[3]    Net of $89.00 credit for inadvertent oeprpayment on OMJB's March 2024 invoice.

[4]    Reflects an overpayment of $17.80, which has been applied against the 20% holdback for the month of April 2024.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                       :

In re:                  :    Chapter 11
                       :

HO WAN KWOK, *et al.*,     :    Case No. 22-50073 (JAM)
                       :

       Debtors.[1]     :    Jointly Administered
                       :

-------------------------------------------------------x

**SECOND INTERIM FEE APPLICATION OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC, AS SPECIAL INSURANCE COVERAGE COUNSEL, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM <u>JANUARY 1, 2024 THROUGH APRIL 30, 2024</u>**

Pursuant to sections 105(a), 328, 330, and 331 of title 11 of the United States Code (such title, hereinafter, the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Connecticut (the "<u>Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "<u>Interim Compensation Order</u>"), O'Sullivan McCormack Jensen & Bliss PC ("<u>OMJB</u>"), as special insurance coverage counsel for Genever Holdings LLC ("<u>Genever (US)</u>"), hereby files this *Second Interim Application of O'Sullivan McCormack Jensen & Bliss PC, as Special Insurance Coverage Counsel, for Compensation and Reimbursement of Expenses for the Period from*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*January 1, 2024 through April 30, 2024* (the "Application"). By this Application, OMJB

requests interim allowance of professional fees incurred during the period from January 1, 2024

through and including April 30, 2024 (the "Application Period") Genever (US)'s chapter 11

case. In support of this Application, OMJB respectfully states as follows:

### JURISDICTION, VENUE, BASES FOR RELIEF, AND COMPLIANCE

1.          The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334

and the *Standing Order of Reference* from the United States District Court for the District of

Connecticut. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.          The legal predicates for the relief requested herein are sections 328, 330, and 331

of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1.

3.          OMJB believes that this Application, together with the attachments hereto,

substantially complies with the Bankruptcy Rules, Local Rule 2016-1, and the *United States

Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of

Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S.

Trustee Guidelines").[2] OMJB respectfully requests a waiver of any of the foregoing

requirements not met by this Application.

4.          Attached and incorporated herein by reference are the following Exhibits:

- **Exhibit A** contains the Proposed Order granting this Application.

- **Exhibit B** is a timekeeper summary that includes the name, title, bar
  admission, hourly billing rate, aggregate hours, and amount of fees earned for
  each OMJB individual who provided services during the Application Period;

---

[2]      OMJB reserves all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines with
respect to any application for compensation in these chapter 11 cases.

- **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, during the Application Period; and

- **Exhibit D** contains the detail of the fees and expenses incurred during the Application Period.

## BACKGROUND

I.    **Chapter 11 Cases**

5.     On October 12, 2020, Genever (US) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court"), thereby commencing case number 20-12411 (JLG). See Chapter 11 Petition [Docket No. 1 in Case No. 22-50592 (JAM)].

6.     No trustee or examiner has been appointed in Genever (US)'s case.

7.     On February 15, 2022 (the "Petition Date"), Ho Wan Kwok (the "Individual Debtor") filed a voluntary petition for relief under the Bankruptcy Code in the United States Bankruptcy Court for the District of Connecticut (Bridgeport Division) (the "Court").

8.     On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in the Individual Debtor's chapter 11 case.  No examiner has been appointed in the Individual Debtor's chapter 11 case.

9.     On June 15, 2022, the Court entered a memorandum of decision and order [Docket No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Individual Debtor's chapter 11 case.

10.    Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Trustee.  On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as trustee (the "Trustee") in the Individual Debtor's chapter 11 case

11.     On November 3, 2022, the SDNY Bankruptcy Court entered an order transferring the venue of Genever (US)'s chapter 11 case to this Court. *See Memorandum Decision and Order Granting the Joint Motion of (A) Genever Holdings LLC and (B) Luc A. Despins as Chapter 11 Trustee for Estate of Ho Wan Kwok to Transfer, Pursuant to 28 U.S.C. §§ 1408, and 1412 and Bankruptcy Rule 1014(a), Venue of Chapter 11 Case of Genever Holdings LLC to Bankruptcy Court for District of Connecticut* [Docket No. 225 in Case No. 22-50592 (JAM)].

12.     The chapter 11 cases of the Individual Debtor, Genever (US), and Genever Holdings Corporation ("Genever (BVI)") are being jointly administered before this Court for procedural purposes only.  *See* Docket No. 1141 in Case No. 22-50073 (JAM).

13.     By order entered August 22, 2023, the Court authorized OMJB's retention as special insurance coverage counsel to Genever (US) [Docket No. 2105] (the "Retention Order") effective as of July 27, 2023 in Genever (US)'s chapter 11 case.  The Retention Order authorizes OMJB to be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket expenses pursuant to sections 328 and 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such orders as the Court may direct.

**II.     First Interim Fee Application**

14.     On February 16, 2024, OMJB filed its *First Interim Fee Application of O'Sullivan McCormack Jensen & Bliss PC, as Special Insurance Coverage Counsel for Compensation and Reimbursement of Expenses for Period From July 27, 2023 Through December 31, 2023* [Docket No. 2928] (the "First Interim Fee Application"), requesting interim allowance of professional fees incurred during the period from July 27, 2023 through and including December 31, 2023 in these chapter 11 cases.

15.     On March 20, 2024, the Court granted the First Interim Fee Application.

### III.   Monthly Fee Statements

16.     On August 18, 2023, the Court entered the Interim Compensation Procedures

Order, which, among other things, approves procedures for the payment of 80% of fees and

100% of expenses on a monthly basis.

17.     In accordance with the Interim Compensation Procedures Order, on February 20,

2024, OMJB filed and served its monthly fee statement [Docket No. 2938] (the "January Fee

Statement") requesting payment of 80% of all fees and 100% of all expenses actually and

necessarily incurred for services rendered during the period from January 1, 2024 through

January 31, 2024, in the amounts of $8,954.00 (80% of $11,192.50) and $786.41, respectively.

No objections were filed in response to the January Fee Statement.  Accordingly, on April 30,

2024, the estate paid OMJB $9,740.41 for fees and expenses with respect to the January Fee

Statement.

18.     On March 20, 2024, OMJB filed and served its monthly fee statement [Docket

No. 3023] (the "February Fee Statement") requesting payment of 80% of all fees and 100% of all

expenses actually and necessarily incurred for services rendered during the period from February

1, 2024 through February 29, 2024, in the amounts of $9,360.00 (80% of $11,700.00) and

$333.85, respectively.  No objections were filed in response to the February Fee Statement.

Accordingly, on April 24, 2024, the estate paid OMJB $9,693.85 for fees and expenses with

respect to the February Fee Statement.

19.     On April 22, 2024, OMJB filed and served its monthly fee statement [Docket No.

3023] (the "March Fee Statement") requesting payment of 80% of all fees and 100% of all

expenses actually and necessarily incurred for services rendered during the period from March 1,

2024 through March 31, 2024, in the amounts of $3,434.00 (80% of $4,292.50) and $275.20,

respectively.  No objections were filed in response to the March Fee Statement.  On May 15,

2024, the estate paid OMJB $3,798.20 for fees and expenses with respect to the March Fee

Statement.[3]

20.     On May 21, 2024, OMJB filed and served its monthly fee statement [Docket No.

3023] (the "April Fee Statement") requesting payment of 80% of all fees and 100% of all

expenses actually and necessarily incurred for services rendered during the period from April 1,

2024 through April 30, 2024, in the amounts of $1,672.80 (80% of $2,091.00) and $254.40,

respectively.  No objections were filed in response to the April Fee Statement.  Accordingly, on

June 18, 2024, the estate paid OMJB $1,927.20 for fees and expenses with respect to the April

Fee Statement.[4]

## **ALLOWANCE REQUEST**

21.     The Applicant is applying for compensation pursuant to Sections 330 and 331 of

the Bankruptcy Code for legal services performed for Genever (US) during the Application

Period.

22.     For the Application Period, the Applicant seeks allowance of $29,365.00 as

compensation for services rendered and allowance and reimbursement of $1,649.86 in expenses

incurred in connection with such services.[5]  The Applicant devoted 77.1 hours to this case during

the Application Period, equating to an overall blended rate of $380.87.

---

[3]     That payment reflected an inadvertent overpayment of $89.00, which amount was subsequently credited on the
April 2024 fee statement.

[4]     Because the April Fee Statement reflected the prior $89.00 overpayment as a fee credit (as opposed to a credit
to the amounts paid), the April 2024 fees were inadvertently understated by $89.00—i.e., the correct amount of
fees for the month of April 2024 was $2,180.00, not $2,091.00.  This resulted in an overpayment of $17.80 (or
20% of $89.00) on the April Fee Statement, which overpayment has been applied to reduce the holdback by the
same amount (from $436.00 to $418.20).  The corrected April Fee Statement is attached to this Application.

[5]     For the avoidance of doubt, these fees and expenses sought reflected the reductions agreed upon with the United
States Trustee.

23.     As noted, OMJB has already received payment of $23,420.80 of the fees incurred during the Application Period and $1,649.86 of the expenses incurred during the Application Period, such that OMJB is only seeking payment the remaining 20% of its fees (net of a credit of $17.80) incurred during the Application Period, namely $5,855.20.

24.     Throughout the Application Period, the Applicant maintained records to indicate the name of each professional working on this matter, the time spent on a particular issue, and the nature of the work performed.  These records, which describe in detail the services rendered by the Applicant, were created at the approximate time the services were performed.

25.     Annexed hereto and made a part hereof as **Exhibit D** is a detailed billing report, upon which this application is based that contains each individual professional's time for Genever (US)'s bankruptcy proceedings, itemizing the dates upon which services were rendered, including a summary of the services on each of such dates by each person rendering the service, the time spent in rendering such service, and the dollar value of such services.  The time detail attached hereto as **Exhibit D** include certain redactions to protect against the disclosure of privileged or confidential information.

### Summary of Services Rendered

26.     OMJB is special insurance coverage counsel for Genever (US) in its pending litigation against American International Group, Inc. ("AIG") under Adv. Proc. No. 23-5007 (the "AIG Action").  Generally, OMJB represents Genever (US) with respect to insurance coverage advice and litigation services to recover insurance benefits claimed to be due to Genever (US) for losses it sustained as well as to any matters related to the AIG Action.

27.     OMJB has worked closely with Genever (US) to continue its prosecution of the AIG Action, reviewing documents and pursuing discovery from AIG and nonparties.  OMJB has

also performed extensive legal research and prepared for and argued a motion for partial summary judgment that was drafted during the First Interim Fee Period.

28.     Most significantly, OMJB prepared for and argued the Trustee's motion for partial summary judgment in the AIG Action on January 30, 2024, through which Genever (US) seeks an order from the Court: (i) declaring that AIG must provide property insurance coverage to Genever (US) under homeowner insurance policy no. PCG 0061821440 for its losses arising from a fire that occurred on March 15, 2023 and (ii) awarding Genever (US) property coverage under its homeowner insurance policy no. PCG 0061821440 issued for the period March 6, 2023 to March 6, 2024 for its fire property losses.  That motion has been fully briefed, with a hearing having been held, and is pending before the Court.

29.     OMJB has also engaged in written discovery, issuing third party subpoenas, responding to written discovery requests and reviewing responses to written requests and documents produced through discovery and engaging in communications and discussions with AIG and nonparties about discovery issues.

30.     OMJB also analyzed and prepared a damages analysis and communicated with and retained expert witnesses and drafted expert witness disclosures, as well as prepared for depositions of witnesses.

31.     The work undertaken by OMJB to date has been significant, involving legal research and motion practice, factual analysis and investigations, analysis of legal contracts and discovery documents, correspondence, and strategic input.  This work remains ongoing, with additional work expected in due course.

## Legal Authority for Compensation

32.    All of the professional services for which this award is being sought hereby were rendered solely on behalf of Genever (US) in connection with the chapter 11 cases herein.

33.    Applicant respectfully submits that its services have benefited Genever (US) with the expertise and skill required in insurance litigation.  The services for which such compensation is requested were performed for and on behalf of Genever (US).  Such services have been necessary to protect and enforce the rights and interests of Genever (US) in connection with these chapter 11 cases.  The reasonable value of services rendered by OMJB in these cases is based upon OMJB' usual hourly rates for matters of this nature.

34.    Section 330 of the Bankruptcy Code prescribes the general standards for determining the amount of compensation to be paid to professionals.  The Applicant submits that the amount sought for the Application Period represents reasonable compensation for professional services rendered based upon the time spent, the nature, the extent, and the value of such services, taking into account the cost of comparable services in a non-bankruptcy case.

35.    Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330(a) of the Bankruptcy Code provides that, after notice and a hearing, the Court may award a professional employed under 11 U.S.C. § 327 "reasonable compensation for actual, necessary services rendered" and "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).[6]

---

[6]    Under section 328(a) of the Bankruptcy Code, with bankruptcy court approval, a trustee may employ professional persons under section 327(a) of the Bankruptcy Code "on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis."  11 U.S.C. § 328(a).

36.     In determining the amount of "reasonable compensation," the Court must consider the nature, extent, and value of the services, taking into account all the relevant factors, including the time spent on such services, the rates charged for such services, whether the services were necessary and beneficial, whether the services were performed in a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed, and whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code. See 11 U.S.C. § 330(a)(3).  The Court enjoys "considerable discretion in determining reasonable fee awards." *In re Ahead Communication Systems, Inc.*, 395 B.R. 512 (D. Conn. 2008).

37.     In assessing the "reasonableness" of the fees requested, the Second Circuit has stated that courts should consider the factors enumerated in *Johnson v. Ga. Highway Express, Inc.*,[7] while also incorporating the "lodestar method."  *See Arbor Hill Concerned Citizens Neighborhood Ass'n v. County of Albany and Albany County Bd. of Elections*, 522 F.3d 182, 190 (2d Cir. 2007) (*citing Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714 (5th Cir.1974), *abrogated on other grounds* by *Blanchard v. Bergeron*, 489 U.S. 87, 92–93, 96 (1989)).  The "lodestar method" of calculating the reasonable fee contemplates "the number of hours reasonably expended . . . multiplied by a reasonable hourly rate." *See Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983); *Gisbrecht v. Barnhart*, 535 U.S. 789, 801 (2002); *Perdue v. Kenny A.*, 130

---

[7]     The twelve *Johnson* factors are (1) the time and labor required, (2) the novelty and difficulty of the questions, (3) the skill requisite to perform the legal service properly, (4) the preclusion of other employment by the attorney due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent, (7) the time limitations imposed by the client or the circumstances, (8) the amount involved and the results obtained, (9) the experience, reputation, and ability of the attorneys, (10) the "undesirability" of the case, (11) the nature and length of the professional relationship with the client, and (12) awards in similar cases. *Johnson*, 488 F.2d at 717-19.

S.Ct. 1662, 1672 (2010); *In re Drexel Burnham Lambert Grp., Inc.*, 133 B.R. 13 (Bankr.

S.D.N.Y. 1991). The factors set forth in *Johnson* and *In re First Colonial Corp. of Am.*, 544

F.2d 1291, 1298–99 (5th Cir. 1977) have been adopted by most courts.[8] *See In re Nine Assocs.,*

*Inc.*, 76 B.R. 943, 945 (S.D.N.Y. 1987) (adopting *First Colonial/Johnson* analysis); *In re Cuisine*

*Magazine, Inc.*, 61 B.R. 210, 212–13 (Bankr. S.D.N.Y 1986) (same); *Green v. City of New York*,

403 F. Appx. 626, 629 (2d Cir. 2010) (summary order); *see generally* 3 COLLIER ON

BANKRUPTCY ¶ 330.03[9] (Lawrence P. King ed., 16th ed. 2016) (describing *First Colonial*

and *Johnson* as the "leading cases with regard to the factors to be considered in determining a

reasonable allowance of compensation").

38.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code

and applicable case law, the amount requested herein by OMJB is fair and reasonable.

### Statutory Compliance

38.     No agreement or understanding exists between OMJB and any other person for

the sharing of compensation received or to be received for services rendered in or in connection

with this matter. OMJB will not, in any form or guise, share or agree to share compensation for

services with any person, nor will OMJB share in the compensation for any other person

rendering service in these cases, except as so provided by Section 504(b) of the Bankruptcy Code

and Rule 2016 of the Bankruptcy Rules.

### RESERVATION OF RIGHTS

39.     To the extent that time or disbursement charges for services rendered or expenses

incurred during the Application Period are not included in this Application, or OMJB has for any

---

[8]     The factors articulated in *First Colonial* were first articulated by the Fifth Circuit in *Johnson*, with the *First Colonial* court adding the factor of the "spirit of economy," which was later rejected by Congress. *See Stroock & Stroock & Lavan v. Hillsborough Holdings Corp. (In re Hillsborough Holdings Corp.)*, 127 F.3d 1398, 1403 (11th Cir. 1997).

reason not sought compensation or reimbursement with respect to such services, OMJB reserves the right to request compensation and reimbursement for such services in a supplemental or future application in these chapter 11 cases.  Also, OMJB does not waive, and expressly reserves, its right to respond to any objections regarding this Application and the amounts sought for services rendered and expenses incurred.

## **<u>NO PRIOR REQUEST</u>**

40.    No previous request for the relief sought herein has been made to this Court or any other court.

[*THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.*]

**WHEREFORE**, OMJB respectfully requests entry of an order, substantially in the form attached hereto, (i) allowing interim compensation for professional services rendered during the Application Period in the amount of $29,365.00 and reimbursement of $1,649.86 in expenses, (ii) authorizing and directing prompt payment of fees and expenses from the estate, to the extent not already paid, (iii) allowing such compensation and payment for professional services rendered without prejudice to OMJB's right to seek further compensation and/or payment from the estates for the full value of services performed and expenses incurred, and (iv) granting OMJB such other and further relief as is just.

Dated: June 24, 2024
      Glastonbury, Connecticut

By: */s/ Michael T. McCormack*
    Michael T. McCormack (ct13799)
    O'Sullivan McCormack Jensen & Bliss PC
    180 Glastonbury Boulevard, Suite 210
    Glastonbury, CT 06033
    Tel: 860-258-1993
    Fax: 860-258-1991
    mmccormack@omjblaw.com

    *Special Insurance Coverage Counsel for*
    *Debtor-In-Possession Genever Holdings*
    *LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on June 24, 2024, the *Second Interim Application of O'Sullivan McCormack Jensen & Bliss PC, as Special Insurance Coverage Counsel, for Compensation and Reimbursement of Expenses for the Period from January 1, 2024 through April 30, 2023* (the "<u>Application</u>")[2] was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 cases by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[3]  In addition, to the extent not covered by the foregoing, copies of the Application were served on the twenty (20) largest creditors in Genever (US)'s chapter 11 case.  Parties may access this filing through the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Certification shall have the meanings ascribed to them in the Application.

[3] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Dated: June 24, 2024
     New York, New York

By: _/s/ G. Alexander Bongartz_

G. Alexander Bongartz (*pro hac vice*)
Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com
douglassbarron@paulhastings.com

*Counsel for Genever Holdings LLC*

## **EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
------------------------------------------------------------x
                                          :
In re:                                    :  Chapter 11
                                          :
HO WAN KWOK, et al.,                      :  Case No. 22-50073 (JAM)
                                          :
              Debtors.¹                   :  Jointly Administered
                                          :
------------------------------------------------------------x
```

**[PROPOSED] ORDER GRANTING SECOND INTERIM FEE APPLICATION OF
O'SULLIVAN MCCORMACK JENSEN & BLISS PC, AS SPECIAL INSURANCE
COVERAGE COUNSEL, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR PERIOD FROM JANUARY 1, 2024 THROUGH APRIL 30, 2024**

Upon consideration of the Application (the "Application") of O'Sullivan McCormack

Jensen & Bliss PC ("OMJB"), as special insurance coverage counsel for Genever Holdings LLC

("Genever (US)"),[2] for interim allowance of compensation and reimbursement of expenses from

January 1, 2024 through April 30, 2024; and sufficient notice having been given; and a hearing

having been held on _____, 2024 and due consideration having been given to any responses

thereto; and sufficient cause having been shown therefor, it is hereby:

1.      ORDERED that the Application is granted and compensation in the amount of

$29,365.00 and reimbursement of expenses in the amount of $1,649.86 are awarded to OMJB,

subject to final adjustment and disgorgement in the event all administrative expenses are not paid

in full; it is further

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
(solely for purposes of notices and communications).

[2]     Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

1

2.      ORDERED that nothing herein modified the Retention Order; it is further

3.      ORDERED that the estates are authorized and directed to pay OMJB's fees in the amount of $5,855.20, *i.e.*, 20% of the fees allowed in paragraph 1 above (net of a prior overpayment of $17.80), within fourteen days of the date of this Order; it is further

4.      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

5.      ORDERED that Genever (US)'s estate and OMJB are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

6.      ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

7.      ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

## <u>EXHIBIT B</u>

### Timekeeper Summary

| TIMEKEEPER | DATE OF FIRST BAR ADMISSION | TITLE | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|---|
| Timothy P. Jensen | 1997 | Shareholder | 23.4 | $450.00 | $10,530.00 |
| Amy Markim | 2008 | Shareholder | 4.5 | $350.00 | $1,575.00 |
| Michael T. McCormack | 1993 | Shareholder | 40.4 | $400.00 | $16,160.00 |
| Melissa Gambardella | | Paralegal | 8.8 | $125.00 | $1,100.00 |
| | | | | | |
| | | **Total** | **77.1** | | **$29,365.00** |

**Blended Hourly Rate: $380.87**

## <u>EXHIBIT C</u>

## Summary of Actual and Necessary Expenses

| Expense Category | Amount (US$) |
|---|---|
| PACER | $28.40 |
| Copying | $75.60 |
| Westlaw | $464.07 |
| Fees Advanced for Logikull Invoice – e-Discovery Program | $1,267.50 |
| Travel | $71.02 |
| Parking | $5.00 |
| Fiore Reporting Services LLC | $53.35 |
|  |  |
| **TOTAL** | **$1,964.94** |

## <u>EXHIBIT D</u>

**Fee and Expense Detail**



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27423
Date: 02/09/2024

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

### Services

| Date | Attorney | Activity | Time | Rate | Total |
|------|----------|----------|------|------|-------|
| 01/08/2024 | TPJ | Attend to deficiency letter to AIG | 1.50 | $450.00 | $675.00 |
| 01/09/2024 | TPJ | Attend to discovery deficiency letter to AIG re production | 2.50 | $450.00 | $1,125.00 |
| 01/12/2024 | TPJ | Communications with AIG re deficiency | 0.20 | $450.00 | $90.00 |
| 01/16/2024 | MTM | Draft summary of legal analysis for Mr. Despins re _REDACTED_ _REDACTED_ | 0.90 | $400.00 | $360.00 |
| 01/17/2024 | TPJ | Communications with AIG re deficiency | 0.20 | $450.00 | $90.00 |
| 01/18/2024 | MBG | Draft MJB Statement of Fees n Kwok Bankruptcy matter. | 0.70 | $125.00 | $87.50 |
| 01/18/2024 | MTM | Review of AIG Answer to Amended Complaint re bad _REDACTED_ _REDACTED_ | 0.80 | $400.00 | $320.00 |
| 01/19/2024 | MTM | Review and finalize monthly fee application and supporting documents | 0.20 | $400.00 | $80.00 |
| 01/19/2024 | AM | Review monthly fee application and invoice in support of same. | 0.30 | $350.00 | $105.00 |
| 01/19/2024 | MTM | Continued review and analysis of AIG answer to amended complaint re _REDACTED_ | 1.10 | $400.00 | $440.00 |
| 01/19/2024 | MBG | Attention to redaction of OMJB December 2023 invoice and finalize and e-file Fee Statement for same and email copy to Notice Parties. | 0.40 | $125.00 | $50.00 |
| 01/24/2024 | TPJ | Prepare for and attend discovery conference with AIG | 2.10 | $450.00 | $945.00 |
| 01/25/2024 | MTM | Draft email to Mr. Despins re _REDACTED_ _REDACTED_ | 0.20 | $400.00 | $80.00 |
| 01/29/2024 | MTM | Review of loss documents from John Panico at Affiliated | 0.60 | $400.00 | $240.00 |

| 01/29/2024 | MTM | Prepare for summary judgment hearing: Review of cases and analysis and draft of outline re argument | 6.30 | $400.00 | $2,520.00 |
|---|---|---|---|---|---|
| 01/29/2024 | MTM | Attention to damages analysis issues and research re same | 0.30 | $400.00 | $120.00 |
| 01/29/2024 | MBG | Preparation of Motion for Summary Judgment hearing binder. | 0.70 | $125.00 | $87.50 |
| 01/30/2024 | AM | Review, revise, and supplement damages analysis. | 0.40 | $350.00 | $140.00 |
| 01/30/2024 | MTM | Analysis of case re *REDACTED* *RED...* (.7); draft damages analysis (.8) | 1.50 | $400.00 | $600.00 |
| 01/30/2024 | MTM | Review and analysis of cases re *REDACTED* *REDACTED*; revise and supplement damages analysis | 0.80 | $400.00 | $320.00 |
| 01/30/2024 | MTM | Telephone conference with Mr. Panico re property loss damages | 0.40 | $400.00 | $160.00 |
| 01/30/2024 | MTM | Continued review of notes and cases re preparation for oral argument re summary judgment | 1.20 | $400.00 | $480.00 |
| 01/30/2024 | MTM | Attend hearing in Bridgeport re motion for summary judgment and present argument in support of motion | 4.30 | $400.00 | $1,720.00 |
| 01/30/2024 | MTM | Email communications with Attny Bongartz re *REDACTED* | 0.20 | $400.00 | $80.00 |
| 01/30/2024 | TPJ | Review motion for subpoena and order re same | 0.20 | $450.00 | $90.00 |
| 01/30/2024 | MBG | Email communications re Interim Fee App; Draft of transcript order of MSJ hearing. | 0.30 | $125.00 | $37.50 |
| 01/31/2024 | MTM | Telephone conference with Attny Bongartz re *REDACTED* *REDACTED* | 0.20 | $400.00 | $80.00 |
| 01/31/2024 | AM | Respond to inquiry from E. Sutton re: depositions in adversary proceeding. | 0.20 | $350.00 | $70.00 |
| | | | **Services Subtotal** | | **$11,192.50** |

## Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 01/12/2024 | Fees advanced to Logikcull INV156222 12-31-2023 | $250.00 |
| Expense | 01/30/2024 | Mileage 2024: RT Travel to Bridgeport bankruptcy court | $71.02 |
| Expense | 01/31/2024 | Copying: Month of January | $58.40 |
| Expense | 01/31/2024 | Westlaw: Month of January | $406.99 |
| | | **Expenses Subtotal** | **$786.41** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 6.7 | $450.00 | $3,015.00 |
| Amy Markim | 0.9 | $350.00 | $315.00 |
| Michael McCormack | 19.0 | $400.00 | $7,600.00 |
| Melissa Gambardella | 2.1 | $125.00 | $262.50 |

|  | **Invoice Subtotal** | **$11,978.91** |
|---|---|---|
|  | **Invoice Total** | **$11,978.91** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27021 | 09/25/2023 | $99,873.56 | $80,469.56 | $19,404.00 |
| 27098 | 10/11/2023 | $35,374.76 | $28,534.76 | $6,840.00 |
| 27168 | 11/14/2023 | $24,998.95 | $20,063.45 | $4,935.50 |
| 27274 | 12/08/2023 | $31,249.41 | $25,322.41 | $5,927.00 |
| 27360 | 01/09/2024 | $6,578.34 | $0.00 | $6,578.34 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27423 | 02/09/2024 | $11,978.91 | $0.00 | $11,978.91 |

| | **Balance Due on All Invoices** | **$55,663.75** |
|---|---|---|
| | **TOTAL AMOUNT DUE** | **$55,663.75** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC

*REDACTED*

Payment is due upon receipt.



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27521
Date: 03/11/2024

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

### Services

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 02/01/2024 | MTM | Review and analysis of Sherry Netherland remediation documents and bankruptcy motion and status reports re same (.7); review and analysis of cost estimates and summary from Attny Bongartz; attention to damages issues (.6); revise and supplement damages analysis (.3) | 1.60 | $400.00 | $640.00 |
| 02/02/2024 | MBG | Attention to finalize and service of Damage Analysis on counsel; attention to transcript order. | 0.50 | $125.00 | $62.50 |
| 02/08/2024 | MTM | Review of notice re transcript procedures | 0.10 | $400.00 | $40.00 |
| 02/08/2024 | MBG | Review A. Bongartz email and draft Interim Fee App; begin drafting exhibits to Interim Fee App; | 0.50 | $125.00 | $62.50 |
| 02/09/2024 | MTM | Begin drafting expert disclosures | 1.20 | $400.00 | $480.00 |
| 02/12/2024 | AM | Revise expert disclosures. | 0.70 | $350.00 | $245.00 |
| 02/12/2024 | MTM | Revise and supplement draft interim fee application and invoices re same | 1.90 | $400.00 | $760.00 |
| 02/12/2024 | MTM | Continued drafting of expert Genever expert disclosures; review and analysis of construction estimates and remediation project documents | 2.30 | $400.00 | $920.00 |
| 02/12/2024 | MTM | Draft email to Attny Bongartz re *REDACTED* | 0.10 | $400.00 | $40.00 |
| 02/12/2024 | MBG | Review and revise OMJB Interim Fee App and exhibits thereto | 0.70 | $125.00 | $87.50 |
| 02/12/2024 | MBG | Begin draft of OMJB Fee App for January fees and expenses | 0.60 | $125.00 | $75.00 |
| 02/12/2024 | TPJ | Reviewing interim fee application. | 0.30 | $450.00 | $135.00 |
| 02/13/2024 | TPJ | Review and revise expert witness disclosure. Review status of discovery and communications re same; follow up on subpoenas to third parties | 3.10 | $450.00 | $1,395.00 |

| 02/13/2024 | MTM | Telephone conference with Mr. Panico re REDACTED | 0.30 | $400.00 | $120.00 |
|---|---|---|---|---|---|
| 02/13/2024 | MTM | Revise and supplement draft monthly fee submission and attention to redaction of privileged and confidential information re invoices | 0.40 | $400.00 | $160.00 |
| 02/13/2024 | MTM | Review of AIG document production re REDACTED and supplemental discovery requests; depositions of AIG representatives | 1.80 | $400.00 | $720.00 |
| 02/13/2024 | AM | Conference with M. McCormack and T. Jensen re: REDACTED REDACTED | 0.50 | $350.00 | $175.00 |
| 02/13/2024 | MBG | Preparation of redacted version of OMJB Invoice for OMJB January Fees and Expenses Application | 0.20 | $125.00 | $25.00 |
| 02/13/2024 | MTM | Revise and supplement interim fee applications; email communications with Attny Bongartz re filing of same | 0.60 | $400.00 | $240.00 |
| 02/13/2024 | MTM | Revise and supplement draft expert disclosures (.5); email communications with Attny Despins re REDACTED (.2) | 0.70 | $400.00 | $280.00 |
| 02/14/2024 | MTM | Analysis and strategy re REDACTED ; telephone conferences with L. Despins re same | 0.50 | $400.00 | $200.00 |
| 02/14/2024 | MTM | Review of documents from Mr. Panico re contents inventory and evlauation (.3); revise, supplement and finalize expert disclosures (.4) | 0.70 | $400.00 | $280.00 |
| 02/14/2024 | MBG | Revise and finalize Expert Disclosures with exhibits and attention to service of same. | 0.30 | $125.00 | $37.50 |
| 02/16/2024 | MTM | Telephone conference with Attny Bongartz re REDACTED ; review and finalize revised fee application for filing | 0.20 | $400.00 | $80.00 |
| 02/16/2024 | AM | Preliminary review of AIG supplemental document production. | 2.20 | $350.00 | $770.00 |
| 02/23/2024 | MTM | Email communications with Attny Kavanaugh re expert depositions | 0.10 | $400.00 | $40.00 |
| 02/27/2024 | MTM | Telephone conference with Attny Kavanaugh re expert and fact witness depositions | 0.30 | $400.00 | $120.00 |
| 02/27/2024 | TPJ | Attend to AIG discovery compliance | 1.00 | $450.00 | $450.00 |
| 02/28/2024 | TPJ | Review AIG supplemental document production | 2.00 | $450.00 | $900.00 |
| 02/29/2024 | TPJ | Drafting motion to compel responses from third party for failure to comply; communications with third party re subpoena compliance | 4.80 | $450.00 | $2,160.00 |

|  |  | **Services Subtotal** | **$11,700.00** |
|---|---|---|---|

## Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 01/30/2024 | MTM - LAZ parking 1-30-2024 | $5.00 |
| Expense | 02/08/2024 | Fees advanced to Logikcull INV157031 1-31-2024 | $250.00 |
| Expense | 02/22/2024 | Fees advanced to Fiore Reporting Services LLC invoice 1427 2-7-2024 | $55.35 |
| Expense | 02/29/2024 | PACER: Month of February | $10.70 |
| Expense | 02/29/2024 | Copying: Month of February | $12.80 |

|  |  | **Expenses Subtotal** | **$333.85** |
|---|---|---|---|

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 11.2 | $450.00 | $5,040.00 |
| Amy Markim | 3.4 | $350.00 | $1,190.00 |
| Michael McCormack | 12.8 | $400.00 | $5,120.00 |
| Melissa Gambardella | 2.8 | $125.00 | $350.00 |
| | | **Invoice Subtotal** | **$12,033.85** |
| | | **Invoice Total** | **$12,033.85** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27021 | 09/25/2023 | $99,873.56 | $80,469.56 | $19,404.00 |
| 27098 | 10/11/2023 | $35,374.76 | $28,534.76 | $6,840.00 |
| 27168 | 11/14/2023 | $24,998.95 | $20,063.45 | $4,935.50 |
| 27274 | 12/08/2023 | $31,249.41 | $25,322.41 | $5,927.00 |
| 27360 | 01/09/2024 | $6,578.34 | $5,338.84 | $1,239.50 |
| 27423 | 02/09/2024 | $11,978.91 | $0.00 | $11,978.91 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27521 | 03/11/2024 | $12,033.85 | $0.00 | $12,033.85 |
| | | | **Balance Due on All Invoices** | **$62,358.76** |
| | | | **TOTAL AMOUNT DUE** | **$62,358.76** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC    *REDACTED*

Payment is due upon receipt.



# OMJB

## O'Sullivan McCormack Jensen & Bliss PC
### Attorneys at Law

180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27587
Date: 04/11/2024

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

### Services

| Date | Attorney | Activity | Time | Rate | Total |
|------|----------|----------|------|------|-------|
| 03/05/2024 | MTM | Telephone conference with Mr. Panico re depositions | 0.30 | $400.00 | $120.00 |
| 03/06/2024 | MTM | Email correspondence to Mr. Panico re expert depositions | 0.10 | $400.00 | $40.00 |
| 03/06/2024 | MTM | Email communications with Attny Kavanaugh re expert depositions and modification of scheduling order | 0.10 | $400.00 | $40.00 |
| 03/07/2024 | MTM | Email communications with Attny Despins re REDACTED (.1); conference with L. Despins re REDACTED (.2) | 0.30 | $400.00 | $120.00 |
| 03/08/2024 | MTM | Review of motion to stay adversary proceedings and depositions filed by Attny Despins; email correspondence to Attny Kavanaugh re same and expert depositions | 0.30 | $400.00 | $120.00 |
| 03/11/2024 | MBG | Review of invoice for February time and expenses and begin draft of Fee Application for same. | 0.70 | $125.00 | $87.50 |
| 03/11/2024 | TPJ | Review motion to stay and draft motion to modify schedule accordingly; communications re same | 1.80 | $450.00 | $810.00 |
| 03/11/2024 | TPJ | Review AIG production REDACTED REDACTED | 1.50 | $450.00 | $675.00 |
| 03/12/2024 | MBG | Review of AIG document production for REDACTED REDACTED | 0.70 | $125.00 | $87.50 |
| 03/12/2024 | TPJ | Communications re AIG production | 1.00 | $450.00 | $450.00 |
| 03/13/2024 | MBG | Revise and finalize Motion to Modify Scheduling Order. | 0.40 | $125.00 | $50.00 |
| 03/13/2024 | MTM | Email communications with Attny Despins re REDACTED | 0.20 | $400.00 | $80.00 |

| 03/13/2024 | TPJ | Communications re modifying schedule | 0.30 | $450.00 | $135.00 |
|---|---|---|---|---|---|
| 03/14/2024 | MBG | Draft Proposed Order to Modify. | 0.50 | $125.00 | $62.50 |
| 03/15/2024 | TPJ | Prepare proposed order as requested by clerk | 0.30 | $450.00 | $135.00 |
| 03/20/2024 | MTM | Revise, supplement and finalize monthly fee application and redacted invoice for submission | 0.50 | $400.00 | $200.00 |
| 03/20/2024 | MTM | Review of amended pretrial order and review bankruptcy docket re status of motion to stay proceedings re depositions | 0.30 | $400.00 | $120.00 |
| 03/20/2024 | MBG | Attention to redaction of OMJB February 2024 Invoice and finalize Monthly Fee Application | 0.60 | $125.00 | $75.00 |
| 03/20/2024 | MBG | Attention to e-filing of Monthly Fee Application and service on Notice Parties. | 0.20 | $125.00 | $25.00 |
| 03/20/2024 | TPJ | Communications with counsel for third party re compliance | 0.20 | $450.00 | $90.00 |
| 03/22/2024 | MTM | Review fire case and origin summary from Pure Insurance | 0.10 | $400.00 | $40.00 |
| 03/22/2024 | MTM | Review of proposed modified order re stay of depositions in adversary case | 0.20 | $400.00 | $80.00 |
| 03/22/2024 | TPJ | Review stay order for depositions | 0.20 | $450.00 | $90.00 |
| 03/25/2024 | MTM | Email communications with AIG counsel and Mr. Despins re adversary proceeding stay issues | 0.20 | $400.00 | $80.00 |
| 03/27/2024 | MTM | Telephone conference with L. Despins re status and strategy re REDACTED (.2); review of REDACTED discovery requests to AIG (.5); telephone conference with Attny Kavanaugh re stay issues (.2) | 0.90 | $400.00 | $360.00 |
| 03/27/2024 | MTM | Additional email and telephone communications with Attny Despins and Cavanaugh re stay issues | 0.30 | $400.00 | $120.00 |

|  |  |  |  | **Services Subtotal** | **$4,292.50** |
|---|---|---|---|---|---|

### Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 03/07/2024 | Fees advanced to Logikcull INV 158005 2-29-2024 | $267.50 |
| Expense | 03/31/2024 | PACER: Month of March | $7.70 |
|  |  | **Expenses Subtotal** | **$275.20** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 5.3 | $450.00 | $2,385.00 |
| Michael McCormack | 3.8 | $400.00 | $1,520.00 |
| Melissa Gambardella | 3.1 | $125.00 | $387.50 |
|  |  | **Invoice Subtotal** | **$4,567.70** |
|  |  | **Invoice Total** | **$4,567.70** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27423 | 02/09/2024 | $11,978.91 | $0.00 | $11,978.91 |
| 27521 | 03/11/2024 | $12,033.85 | $0.00 | $12,033.85 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27587 | 04/11/2024 | $4,567.70 | $0.00 | $4,567.70 |
| | | | **Balance Due on All Invoices** | **$28,580.46** |
| | | | **TOTAL AMOUNT DUE** | **$28,580.46** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC          *REDACTED*

Payment is due upon receipt.

# OMJB

## O'Sullivan McCormack Jensen & Bliss PC
### Attorneys at Law

180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27688
Date: 05/16/2024

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

### Services

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 04/09/2024 | MTM | Email correspondence with Attny Kavanuagh re motion to stay and underwriting issues | 0.10 | $400.00 | $40.00 |
| 04/11/2024 | MBG | Begin draft of Fee Application for OMJB fees for March 2024. | 0.30 | $125.00 | $37.50 |
| 04/12/2024 | AM | Email correspondence to E. Sutton re: testimony of Trustee in response to US Trustee's request. | 0.20 | $350.00 | $70.00 |
| 04/18/2024 | MTM | Telephone conference with Luc Despins re Status and Strategy | 0.30 | $400.00 | $120.00 |
| 04/18/2024 | MTM | Telephone conference with Attny Despins re status and strategy (.3); review _REDACTED_ re _REDACTEDR..._ email communications with Attny Despins and Kavanaugh re same (.5) | 0.80 | $400.00 | $320.00 |
| 04/18/2024 | MTM | Review of additional repair damage documents from Attny Despin; review AIG policy re same | 0.30 | $400.00 | $120.00 |
| 04/18/2024 | MTM | Email communications with Attny Despins re supplemental _REDACTED_ _REDACTED_ | 0.20 | $400.00 | $80.00 |
| 04/18/2024 | TPJ | Review fee application | 0.20 | $450.00 | $90.00 |
| 04/19/2024 | MTM | Review of file notes and AIG communications re _REDACTED_ _REDACTED_ (.3); telephone conference with Attny Kavanaugh re discovery, stay and remediation issues (.2) | 0.50 | $400.00 | $200.00 |
| 04/22/2024 | MTM | Review, revise and supplement monthly fee application and redacted invoices for filing | 0.30 | $400.00 | $120.00 |
| 04/22/2024 | MTM | Review of draft motion for order re approval for cleaning of Sherry Netherland Building; review relevant policy terms applicable to same; revise and supplement motion for order re motion for summary judgment proceedings factual information | 1.60 | $400.00 | $640.00 |
| 04/22/2024 | MTM | Email communications with Attnys Bongartz and Despins re _REDACTED_ _REDAC..._ | 0.10 | $400.00 | $40.00 |

| 04/22/2024 | MB G | Further redactions of OMJB Invoice, revise and finalize Fee Application for March fees. | 0.30 | $125.00 | $37.50 |
| 04/22/2024 | MB G | Attention to e-filing of OMJB March Fee Application and service of same on Notice Parties. | 0.20 | $125.00 | $25.00 |
| 04/24/2024 | MTM | Review revised draft application for approval for supplemental cleaning costs from Attny Bongartz; email communications with Attny Bongartz re same | 0.40 | $400.00 | $160.00 |
| 04/25/2024 | MTM | Email correspondence to AIG counsel re bankruptcy filing re motion for cleaning; email with Attny Bongartz re same | 0.20 | $400.00 | $80.00 |
| 05/16/2024 | AO | NOTE: Payment in excess of 80% of fees was received ($89.00) for invoice 27587 and has been applied to this invoice 27688 | 0.00 | -$89.00 | $0.00 |

|  |  | **Services Subtotal** | **$2,180.00** |

### Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 04/08/2024 | Fees advanced to Logikcull INV 159424 3-31-2024 | $250.00 |
| Expense | 04/30/2024 | Copying: Month of April | $4.40 |
|  |  | **Expenses Subtotal** | **$254.40** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 0.2 | $450.00 | $90.00 |
| Amy Markim | 0.2 | $350.00 | $70.00 |
| Michael McCormack | 4.8 | $400.00 | $1,920.00 |
| Melissa Gambardella | 0.8 | $125.00 | $100.00 |

|  |  |
|---|---|
| **Subtotal** | **$2,434.40** |
| **Total** | **$2,434.40** |
| **Excess Payment Applied (05/15/2024)** | **-$89.00** |
| **Balance Owing** | **$2,345.40** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC          *REDACTED*

Payment is due upon receipt.