**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |

**FEE APPLICATION COVERSHEET**

Interim Application of:      Epiq Corporate Restructuring, LLC

Time Period:      From: January 1, 2024   To: April 30, 2024

Date of Entry of Retention Order:      January 5, 2023, effective as of December 1, 2022 [Docket No. 1298]

**Amounts Requested**
Fees: $6,059.10
Expenses: $1,340.37
Total: $7,399.47

**Reductions:**
Voluntary Fee Reductions: Not applicable
Voluntary Expense Reductions: Not applicable

**Fees Previously Requested:**
Requested Fees: $287,680.00
Awarded Fees: $281,125.00
Paid Fees: $281,125.00

**Retainer Request:**
None.

**Expenses Previously Requested:**
Requested Expenses: $20,842.56
Awarded Expenses: $20,842.56
Paid Expenses: $20,842.56

**Expense Detail:**
Retainer Received: Not applicable

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul  Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho  Wan Kwok (solely for purposes of notices and communications).

**FEE REQUESTS TO DATE**

| Date Submitted/ Docket No. | Period Covered | Requested Fees | Requested Expenses | Fees Awarded and Paid;Court Order | Expenses Awarded and Paid; Court Order | Amount Owing |
|---|---|---|---|---|---|---|
| *First Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for the Period from December 1, 2022 through February 28, 2023* | | | | | | |
| 6/21/2023 Docket No. 1921 and 1923 | 12/1/2022 – 2/28/2023 | $178,227.00 | $11,673.79 | Awarded: $178,227.00 Paid: $178,227.00<br><br>Docket No.: 2015 7/19/2023 | Awarded: $11,673.79 Paid: $11,673.79<br><br>Docket No.: 2015 7/19/2023 | $0.00 |
| *Second Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for the Period from March 1, 2023 through August 31, 2023* | | | | | | |
| 10/16/2023 Docket No. 2256 | 3/1/2023 – 8/31/2023 | $99,036.00 | $7,562.34 | Awarded: $95,036.00 Paid: $95,036.00<br><br>Docket No.: 2409 11/30/2023 | Awarded: $7,562.34 Paid: $7,562.34<br><br>Docket No.: 2409 11/30/2023 | $0.00 |
| *Third Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for the Period from September 1, 2023 through December 31, 2023* | | | | | | |
| 2/16/2024 Docket No. 2930 | 9/1/2023 – 12/31/2023 | $10,417.00 | $1,606.43 | Awarded: $7,862.00 Paid: $7,862.00<br><br>Docket No.: 3030 3/21/2024 | Awarded: $1,606.43 Paid: $1,606.43<br><br>Docket No.: 3030 3/21/2024 | $0.00 |

**COMPENSATION BY PROJECT CATEGORY**

| Matter Number | Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 130 | Creditor Calls/Requests | 2.40 | $379.30 |
| 195 | Claims – Other | 9.40 | $1,647.60 |
| 205 | Set Up Mailing/Noticing | 0.70 | $114.20 |
| 642 | Fee Application Preparation | 19.10 | $3,918.00 |
| **Total:** | | **31.60** | **$6,059.10** |

### HOURS AND RATES PER PROFESSIONAL

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alexander Warso | Director/V.P. Consulting | 3.70 | $214.00 | $791.80 |
| Regina Amporfro | Senior Consultant II | 16.80 | $203.00 | $3,410.40 |
| Tim Conklin | Senior Consultant II | 0.80 | $203.00 | $162.40 |
| Winston Hernandez | Senior Consultant I | 1.80 | $192.00 | $345.60 |
| Rafi Iqbal | Senior Consultant I | 0.10 | $192.00 | $19.20 |
| Shivam Patel | Senior Consultant I | 0.10 | $192.00 | $19.20 |
| Geoff Zahm | Senior Case Manager II | 5.00 | $176.00 | $880.00 |
| Joel Ramos Ochoa | Case Manager II | 1.60 | $137.00 | $219.20 |
| Tammy Strakal | Case Manager II | 0.90 | $137.00 | $123.30 |
| Andrew Hruza | Case Manager I | 0.30 | $110.00 | $33.00 |
| Donnelle Parker | Case Manager I | 0.50 | $110.00 | $55.00 |
| **Total:** | | **31.60** | | **$6,059.10** |
| **Blended Rate:** | | | **$191.74** | |

## EXPENSE SUMMARY

| Expense Summary | Total Expenses |
|---|---|
| CA100 Database Maintenance | $1,049.70 |
| OS200 Electronic Imaging | $31.20 |
| OS821 Voice Recorded Message | $0.07 |
| RE800 Court Docket Services | $259.40 |
| **Total:** | **$1,340.37** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |

**AMENDED FOURTH INTERIM FEE APPLICATION OF**
**EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS AND NOTICING**
**AGENT FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES**
**INCURRED FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH APRIL 30, 2024**

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order (I) Approving Retention and Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent, Effective as of December 1, 2022, and (II) Granting Related Relief* dated January 5, 2023 [Docket No. 1298] (the "Retention Order"), the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Connecticut (the "Local Bankruptcy Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"), Epiq Corporate Restructuring, LLC ("Epiq"), claims and noticing agent for the above-captioned debtors

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(collectively, the "Debtors") in their chapter 11 cases (the "Chapter 11 Cases"), hereby files this fourth interim fee application (this "Application") for compensation in the amount of $6,059.10 for the reasonable and necessary professional services Epiq rendered to the Debtors from January 1, 2024 through April 30, 2024 (the "Compensation Period"), plus reimbursement for the actual and necessary expenses that Epiq incurred in the amount of $1,340.37 during the Compensation Period. In support of this Application, Epiq respectfully states as follows:

## Jurisdiction and Venue

1.      The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Order* from the United States District Court for the District of Connecticut, dated September 21, 1984. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue in the Court is proper pursuant to 28 U.S.C. § 1408.

3.      The bases for the relief requested herein are sections 328, 330, 331, and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

## Background

### A.      Individual Debtor's Chapter 11 Case

4.      On February 15, 2022 (the "Petition Date"), debtor Ho Wan Kwok (the "Individual Debtor") filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Individual Case"). On March 21, 2022, the United States Trustee for the District of Connecticut appointed an Official Committee of Unsecured Creditors ("Committee") in the Individual Case [Docket No. 108].

5.      On June 15, 2022, the Court entered the *Memorandum of Decision and Order Denying Motion to Dismiss Without Prejudice and Granting Joinder to Motion for Appointment of Chapter 11 Trustee* [Docket No. 465] (the "Trustee Order") directing the United States Trustee

2

for the District of Connecticut (the "U.S. Trustee") to appoint a chapter 11 trustee (the "Trustee") in the Individual Case. Pursuant to the Trustee Order, the U.S. Trustee selected Luc A. Despins as the Trustee and filed a *Notice of Appointment of Chapter 11 Trustee* with the Court on July 7, 2022 [Docket No. 514]. On July 8, 2022, the Court entered an order granting Mr. Despins' appointment as Trustee in the Individual Case [Docket No. 523].

**B.      Genever (BVI)'s Chapter 11 Case**

6.      On October 11, 2022, debtor Genever Holdings Corporation ("Genever (BVI)") filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Genever (BVI) Case"). No trustee or official committee of unsecured creditors has been appointed in the Genever (BVI) Case.

7.      On October 14, 2022, the Court entered an order granting joint administration of the Individual Case and the Genever (BVI) Case [Docket No. 970].

**C.      Genever (US)'s Chapter 11 Case**

8.      On October 12, 2020, Genever Holdings LLC ("Genever (US)") filed with the United States Bankruptcy Court for the Southern District of New York ( "SDNY Bankruptcy Court") a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Genever (US) Case"), thereby commencing case number 20-12411 (JLG).

9.      On November 3, 2022, the SDNY Bankruptcy Court entered a memorandum decision and order granting a joint motion by the Trustee and Genever (BVI) to transfer venue of the Genever (US) Case to this Court [Docket No. 225 in Case No. 22-50592], which caused the Genever US Case number to be reassigned as case number 22-50592.

10.     On November 21, 2022, the Court entered an order granting joint administration of the Genever (US) Case with the jointly administered cases of the Individual Debtor and the Genever (BVI) Debtor [Docket No. 1141].

**D.      Bar Date Motion**

11.     On November 16, 2022, the Court held a hearing (the "<u>Bar Date Hearing</u>") on the *Supplemental Motion of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim; (II) Approving Form of Notice of Bar Dates; and (III) Granting Related Relief* [Docket No. 1072] (the "<u>Supplemental Bar Date Motion</u>").  At the conclusion of the Bar Date Hearing, the Court orally granted the Supplemental Bar Date Motion, subject to certain oral modifications on record at the Hearing.

12.     On December 2, 2022, the Trustee filed an addendum to the Supplemental Bar Date Motion [Docket No. 1191] (the "<u>Addendum</u>") requesting, among other things, that the Court approve procedures to allow individual creditors to submit proofs of claim on a confidential basis without publicly disclosing their names and contact information.  On January 5, 2023, the court entered an order [Docket No. 1297] (the "<u>Bar Date Order</u>") setting the deadlines for filing proofs of claim and authorizing the redaction of name, contact, and other confidential information from proofs of claim.

**E.      Epiq's Retention**

13.     On December 5, 2022, the Trustee and debtors Genever (BVI) and Genever (US) jointly filed with the Court the *Application of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC for Entry of Order (I) Approving Retention and Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent, Effective as of December 1, 2022,*

4

*and (II) Granting Related Relief* [Docket No. 1198], pursuant to which the Debtors sought to retain and employ Epiq as their claims and noticing agent pursuant to 28 U.S.C. § 156(c). Epiq's retention was approved by order of the Court on January 5, 2023 [Docket No. 1298] (the "Retention Order").

14.    The Retention Order authorizes Epiq to be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket expenses pursuant to sections 328 and 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such orders as the Court may direct.

**F.    Interim Compensation**

15.    On August 18, 2023, the Court entered the Interim Compensation Procedures Order, which, among other things, approves procedures for the payment of 80% of fees and 100% of expenses on a monthly basis. Epiq did not previously seek compensation for fees and expenses incurred during the Compensation Period.

<u>**Summary of Professional Services**</u>

16.    Pursuant to, and consistent with, the relevant requirements set forth in the Local Bankruptcy Rules, as applicable, the following exhibits are attached hereto:

    a.    **Exhibit A** contains a certification by the undersigned regarding compliance with the Local Bankruptcy Rules (the "Certification");

    b.    **Exhibit B** contains a list of Epiq's project categories and the total billed to each category during the Compensation Period;

    c.    **Exhibit C** contains a billing summary for the Compensation Period that includes the name of each professional for whose work compensation is sought, the aggregate time expended by each professional, the corresponding hourly billing rate at Epiq's current billing rates, and an indication of the individual amounts requested as part of this Application;

    d.    **Exhibit D** contains the time detail for the Interim Fee Period;

e.      **Exhibit E** consists of Epiq's records of expenses incurred during the Compensation Period in the rendition of the professional services to the Debtors and their estates; and

f.      **Exhibit F** contains the proposed order requesting approval of this Application.

17.     To provide a meaningful summary of services rendered on behalf of the Debtors and their estates for the Compensation Period, Epiq has established, in accordance with its internal billing procedures, the following matter numbers in connection with these cases:

| Matter No. | Matter Description |
|---|---|
| 130 | Creditor Calls/Requests |
| 195 | Claims – Other |
| 205 | Set Up Mailing/Noticing |
| 642 | Fee Application Preparation |

18.     The following is a summary, by matter, of the most significant professional services rendered by Epiq as claims and noticing agent during the Compensation Period. This summary is organized in accordance with Epiq's internal system of matter numbers.[2]

**A.      Creditor Calls/Requests (Matter No. 130)**

Total Fees:  $379.30          Total Hours:  2.40

19.     The services provided in this category include all matters related to correspondence with creditors, including email and telephone communication regarding critical information and updates in the case relevant to creditors and the Committee.

---

[2]      This summary of services rendered during the Compensation Period is not intended to be a detailed or exhaustive description of the work performed by Epiq, but, rather, is intended to highlight certain key areas where Epiq provided services to the Debtors during the Compensation Period.  A summary description of the work performed, categorized by project code, and those day-to-day services and the time expended in performing such services, are set forth in the exhibits attached.

**B.      Claims – Other (Matter No. 195)**

Total Fees:  $1,647.60          Total Hours:  9.40

20.      The services provided in this category include time spent in the processing of claims forms and redaction of such forms as required by the Bar Date Order filed in these cases.[3]

**C.      Set Up Mailing/Noticing (Matter No. 205)**

Total Fees:  $114.20          Total Hours:  0.70

21.      The services provided in this category include:  (i) processing of undeliverable mail received by Epiq from mail carriers for completed mailings; and (ii) mailing of claim acknowledgement letters to claimants that have filed post-Bar date claims confirming the receipt and processing of those claims by Epiq.

**D.      Fee Application Preparation (Matter No. 642)**

Total Fees:  $3,918.00          Total Hours:  19.10

22.      The services provided in this category include preparation of monthly and interim fee applications, including:  (i) drafting and revision applications for compensation; (ii) review of time entries for professional services rendered by Epiq to ensure conformity with the requirements set forth in the Bankruptcy Local Rules; and (iii) preparation and finalization of exhibits to applications for compensation.

<u>**Reasonable and Necessary Services Rendered by Epiq**</u>

23.      The foregoing professional services rendered by Epiq on behalf of the Debtors during the Compensation Period were reasonable, necessary, and appropriate to the administration of the Debtors' bankruptcy cases and related matters.

---

[3]      In light of the Court's February 28, 2023 order [Docket No. 1486] authorizing Epiq to exclude attachments from confidential proofs of claim, no time was spent on redacting attachments to proofs of claim.

24.     Epiq is one of the country's leading Chapter 11 administrators, with experience in noticing, claims administration, solicitation, balloting, and facilitating other administrative aspects of bankruptcy cases.  As a specialist in claims management, consulting, and legal administration services, Epiq provides comprehensive solutions to a wide variety of administrative issues for bankruptcy cases, and has substantial experience in matters of this size and complexity.  Overall, Epiq brings to these Chapter 11 cases a particularly high level of skill and knowledge, which inured to the benefit of the Debtors and all stakeholders.

25.     During the Compensation Period, Epiq consulted and assisted with various items related to the mailing of bar date materials, processed confidential claim forms, and reviewed such forms to redact confidential information as required by the Bar Date Order entered in these Chapter 11 Cases.  To this end, as set forth in detail in **Exhibit C** of the Application, numerous Epiq professionals expended time rendering services on behalf of the Debtors and their estates. Moreover, as noted, given that the general bar date has now passed, Epiq anticipates that, going forward, the work related to the claims processing will be fairly minor.

26.     During the Interim Fee Period, Epiq's hourly billing rates for the professionals responsible for managing these cases ranged from $110.00 to $214.00.    Allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $191.74 (based on 31.60 recorded hours at Epiq's regular billing rates in effect at the time of the performance of services).  The hourly rates and corresponding rate structure utilized by Epiq in these cases are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Epiq for comparable matters, whether in chapter 11 or otherwise, regardless of whether a fee application is required.

**Epiq's Requested Compensation Should be Allowed**

27.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  11 U.S.C. § 331.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. 327(a).  Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including:
>
> a.     the time spent on such services;
>
> b.     the rates charged for such services;
>
> c.     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> d.     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> e.     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> f.     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

28.     In the instant case, Epiq respectfully submits that the services for which it seeks compensation in the Application were necessary for and beneficial to the Debtors and their estates and were rendered to protect and preserve the Debtors' estates.  Epiq respectfully submits that the

services rendered were performed economically, effectively, and efficiently and that the results obtained to date have benefited all stakeholders in the cases.  In addition, pursuant to the terms of Epiq's retention, Epiq agreed to receive payment in these Chapter 11 Cases only in the event that funds were recovered by the Trustee for the Debtors' estates.  Upon recovery of such funds, Epiq agreed to receive payment of all accrued fees and costs at the time at which assets are converted to funds on a *pari passu* basis with other retained professionals in these Chapter 11 Cases.  Epiq further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors, their estates, and all parties in interest.

29.    Epiq's professionals spent a total of 31.60 hours during the Compensation Period, which services have a fair market value of $6,059.10.  As demonstrated by the Application and all of the exhibits submitted in support hereof, Epiq spent its time economically and without unnecessary duplication.  In addition, the work conducted was carefully assigned to appropriate professionals according to the experience and level of expertise required for each particular task. In summary, the services rendered by Epiq were necessary and beneficial to the Debtors and their estates, and were consistently performed in a timely manner commensurate with the complexity, importance, novelty, and nature of the issues involved.

30.    Accordingly, Epiq respectfully submits that approval of the compensation sought herein is warranted.

<u>**No Prior Request**</u>

31.    No prior application for the relief requested herein has been made to this or any other court.

*[Remainder of page intentionally left blank.]*

WHEREFORE, Epiq requests that it be allowed reimbursement for its fees and expenses incurred during the Compensation Period in the total amount of $7,399.47 consisting of (a) $6,059.10 for reasonable and necessary professional services rendered by Epiq and (b) $1,340.37 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates (to the extent not already paid pursuant to the Interim Compensation Order).

Dated: June 24, 2024

*/s/ Kate Mailloux*
Kate Mailloux
Senior Consulting Director
Epiq Corporate Restructuring, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al., | Case No. 22-50073 (JAM) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2024, the *Fourth Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for Allowance of Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period From January 1, 2024 Through April 30, 2024* (the "Application")[2] was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned Chapter 11 Cases by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[3] In addition, to the extent not covered by the foregoing, copies of the Application were served on the twenty (20) largest creditors in the Debtors' Chapter 11 Cases. Parties may access this filing through the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Certification shall have the meanings ascribed to them in the Application.

[3] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Dated: June 24, 2024

New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (*pro hac vice*)
Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com
douglassbarron@paulhastings.com

*Counsel for Genever Holdings LLC*

**<u>Exhibit A</u>**

**Certification**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR
PROFESSIONALS IN RESPECT OF THE FOURTH INTERIM FEE APPLICATION
OF EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS AND NOTICING
AGENT FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES
INCURRED FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH APRIL 30, 2024**

1.      I am a Senior Director in the firm of Epiq Corporate Restructuring Solutions, LLC

("Epiq"), located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am the lead

administrative advisor from Epiq working on the above-captioned chapter 11 cases.

2.      I have personally performed many of the services rendered by Epiq, as

administrative advisor to the Debtors, and am familiar with all other work performed on behalf of

the Debtors by the employees in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of

my knowledge, information, and belief.

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings
LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address
for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park
Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho  Wan Kwok (solely for
purposes of notices and communications).

4.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Connecticut and believe that the Application for Epiq substantially complies with Local Bankruptcy Rule 2016-2.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: June 24, 2024

*/s/ Kate Mailloux*
Kate Mailloux
Senior Consulting Director
Epiq Corporate Restructuring, LLC

**Exhibit B**

**Summary of Fees Billed by Subject Matter for the Compensation Period**

| Matter Number | Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 130 | Creditor Calls/Requests | 2.40 | $379.30 |
| 195 | Claims – Other | 9.40 | $1,647.60 |
| 205 | Set Up Mailing/Noticing | 0.70 | $114.20 |
| 642 | Fee Application Preparation | 19.10 | $3,918.00 |
| **Total:** | | **31.60** | **$6,059.10** |

**Exhibit C**

**Summary of Hours Billed by Professionals During the Compensation Period**
**January 1, 2024 through April 30, 2024**

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alexander Warso | Director/V.P. Consulting | 3.70 | $214.00 | $791.80 |
| Regina Amporfro | Senior Consultant II | 16.80 | $203.00 | $3,410.40 |
| Tim Conklin | Senior Consultant II | 0.80 | $203.00 | $162.40 |
| Winston Hernandez | Senior Consultant I | 1.80 | $192.00 | $345.60 |
| Rafi Iqbal | Senior Consultant I | 0.10 | $192.00 | $19.20 |
| Shivam Patel | Senior Consultant I | 0.10 | $192.00 | $19.20 |
| Geoff Zahm | Senior Case Manager II | 5.00 | $176.00 | $880.00 |
| Joel Ramos Ochoa | Case Manager II | 1.60 | $137.00 | $219.20 |
| Tammy Strakal | Case Manager II | 0.90 | $137.00 | $123.30 |
| Andrew Hruza | Case Manager I | 0.30 | $110.00 | $33.00 |
| Donnelle Parker | Case Manager I | 0.50 | $110.00 | $55.00 |
| **Total:** | | **31.60** | | **$6,059.10** |
| **Blended Rate:** | | | **$191.74** | |

## Exhibit D

**Time Detail for Compensation Period**
**January 1, 2024 through April 30, 2024**

| MATTER NUMBER: 130 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Matter Description: Creditor Calls/Requests | | | | | | | |
| Name | Position | Activity Description | Date | Detail | Hours Billed | Hourly Rate | Compensation |
| Donnelle Parker | Case Manager I | 130 Creditor Calls/Requests | 1/8/2024 | PROCESS CLAIMANT CORRESPONDENCE | 0.20 | $110.00 | $22.00 |
| Joel Ramos Ochoa | Case Manager II | 130 Creditor Calls/Requests | 1/9/2024 | REVIEW AND TRACK INCOMING CLAIMS AND CREDITOR CORRESPONDENCE | 0.10 | $137.00 | $13.70 |
| Donnelle Parker | Case Manager I | 130 Creditor Calls/Requests | 1/30/2024 | PROCESS CLAIMANT CORRESPONDENCE | 0.20 | $110.00 | $22.00 |
| Joel Ramos Ochoa | Case Manager II | 130 Creditor Calls/Requests | 1/31/2024 | REVIEW AND TRACK INCOMING CLAIMS AND CREDITOR CORRESPONDENCE | 0.10 | $137.00 | $13.70 |
| Donnelle Parker | Case Manager I | 130 Creditor Calls/Requests | 2/6/2024 | PROCESS CLAIMANT CORRESPONDENCE | 0.10 | $110.00 | $11.00 |
| Joel Ramos Ochoa | Case Manager II | 130 Creditor Calls/Requests | 2/7/2024 | REVIEW AND TRACK INCOMING CLAIMS AND CREDITOR CORRESPONDENCE | 0.10 | $137.00 | $13.70 |
| Geoff Zahm | Senior Case Manager II | 130 Creditor Calls/Requests | 2/9/2024 | REVIEW AND RESPOND TO CREDITOR INQUIRIES | 0.50 | $176.00 | $88.00 |
| Geoff Zahm | Senior Case Manager II | 130 Creditor Calls/Requests | 2/14/2024 | REVIEW AND RESPOND TO CREDITOR INQUIRIES | 0.50 | $176.00 | $88.00 |
| Geoff Zahm | Senior Case Manager II | 130 Creditor Calls/Requests | 3/28/2024 | REVIEW AND RESPOND TO CREDITOR INQUIRIES | 0.50 | $176.00 | $88.00 |
| Shivam Patel | Senior Consultant I | 130 Creditor Calls/Requests | 4/18/2024 | PROCESS CLAIMANT CORRESPONDENCE. | 0.10 | $192.00 | $19.20 |
| | | | | **TOTAL** | **2.40** | | **$379.30** |

**MATTER NUMBER: 195**
**Matter Description: Claims - Other**

| Name | Position | Activity Description | Date | Detail | Hours Billed | Hourly Rate | Compensation |
|------|----------|---------------------|------|--------|-------------|------------|-------------|
| Tammy Strakal | Case Manager II | 195 Claims - Other | 1/18/2024 | AUDIT ENTRY OF CLAIM(S) 11006 (.1); UPDATE/REDACT CLAIMS REGISTER DATABASE AS NEEDED (.1) | 0.20 | $137.00 | $27.40 |
| Joel Ramos Ochoa | Case Manager II | 195 Claims - Other | 1/23/2024 | AUDIT ENTRY OF CLAIM(S) 11007 (.1); UPDATE CLAIMS REGISTER DATABASE AS NEEDED (.1) | 0.20 | $137.00 | $27.40 |
| Joel Ramos Ochoa | Case Manager II | 195 Claims - Other | 1/24/2024 | REVIEW COURT CLAIMS DOCKET, PULL AND PREPARE COURT FILED CLAIMS FOR PROCESSING; UPDATE TRACKERS AS APPROPRIATE | 0.10 | $137.00 | $13.70 |
| Tammy Strakal | Case Manager II | 195 Claims - Other | 1/26/2024 | AUDIT ENTRY OF CLAIM(S) 11007; UPDATE/REDACT CLAIMS REGISTER DATABASE AS NEEDED | 0.10 | $137.00 | $13.70 |
| Joel Ramos Ochoa | Case Manager II | 195 Claims - Other | 1/30/2024 | REVIEW CLAIM REPORTS FOR PROCESSING CLAIMS | 0.10 | $137.00 | $13.70 |
| Regina Amporfro | Senior Consultant II | 195 Claims - Other | 2/8/2024 | COORDINATE UPDATE OF CLAIM FOLDER REQUESTED BY COURT | 0.30 | $203.00 | $60.90 |
| Geoff Zahm | Senior Case Manager II | 195 Claims - Other | 2/8/2024 | REVIEW FILED CLAIMS | 0.50 | $176.00 | $88.00 |
| Joel Ramos Ochoa | Case Manager II | 195 Claims - Other | 2/8/2024 | REVIEW COURT CLAIMS DOCKET, PULL AND PREPARE COURT FILED CLAIMS FOR PROCESSING; UPDATE TRACKERS AS APPROPRIATE | 0.10 | $137.00 | $13.70 |
| Regina Amporfro | Senior Consultant II | 195 Claims - Other | 2/9/2024 | CORRESPOND, COORDINATE WITH T. CONKLIN RE FTP SITE ACCESS, CLAIMS & CLAIMS REGISTER ISSUES | 0.70 | $203.00 | $142.10 |
| Tim Conklin | Senior Consultant II | 195 Claims - Other | 2/9/2024 | REVIEW OF REGISTER AND CLAIMS FILED | 0.40 | $203.00 | $81.20 |
| Geoff Zahm | Senior Case Manager II | 195 Claims - Other | 2/9/2024 | REVIEW AND PROCESS CLAIM WITHDRAWALS | 0.50 | $176.00 | $88.00 |
| Geoff Zahm | Senior Case Manager II | 195 Claims - Other | 2/9/2024 | COORDINATE RE UPDATE OF FTP SITE WITH FILED CLAIMS | 1.00 | $176.00 | $176.00 |
| Geoff Zahm | Senior Case Manager II | 195 Claims - Other | 2/12/2024 | REVIEW AND PROCESS CLAIM WITHDRAWALS | 0.50 | $176.00 | $88.00 |
| Geoff Zahm | Senior Case Manager II | 195 Claims - Other | 2/13/2024 | REVIEW AND PROCESS CLAIM WITHDRAWALS | 0.50 | $176.00 | $88.00 |
| Tim Conklin | Senior Consultant II | 195 Claims - Other | 2/16/2024 | REVIEW SHARE SITE RE UPDATE WITH ALL FILED CLAIMS FOR COURT | 0.40 | $203.00 | $81.20 |
| Rafi Iqbal | Senior Consultant I | 195 Claims - Other | 2/16/2024 | IMPORT FILED CLAIMS | 0.10 | $192.00 | $19.20 |
| Joel Ramos Ochoa | Case Manager II | 195 Claims - Other | 2/16/2024 | AUDIT ENTRY OF CLAIM(S) 11008 (.1); UPDATE CLAIMS REGISTER DATABASE AS NEEDED (.1) | 0.20 | $137.00 | $27.40 |
| Tammy Strakal | Case Manager II | 195 Claims - Other | 2/16/2024 | AUDIT ENTRY OF CLAIM(S) 11008; UPDATE/REDACT CLAIMS REGISTER DATABASE AS NEEDED | 0.10 | $137.00 | $13.70 |
| Winston Hernandez | Senior Consultant I | 195 Claims - Other | 2/16/2024 | CLAIMS AUDIT | 0.50 | $192.00 | $96.00 |
| Geoff Zahm | Senior Case Manager II | 195 Claims - Other | 2/27/2024 | REVIEW AND PROCESS CLAIM WITHDRAWALS | 0.50 | $176.00 | $88.00 |
| Tammy Strakal | Case Manager II | 195 Claims - Other | 3/1/2024 | REVIEW DAILY CLAIMS REPORT TO IDENTIFY AND TRACK CLAIMS AND UPDATE CLAIM TRACKER | 0.10 | $137.00 | $13.70 |
| Winston Hernandez | Senior Consultant I | 195 Claims - Other | 3/4/2024 | CLAIMS AUDIT | 0.50 | $192.00 | $96.00 |
| Joel Ramos Ochoa | Case Manager II | 195 Claims - Other | 3/5/2024 | AUDIT ENTRY OF CLAIM(S) 11009-11010 (.1); UPDATE CLAIMS REGISTER DATABASE AS NEEDED (.1) | 0.20 | $137.00 | $27.40 |
| Tammy Strakal | Case Manager II | 195 Claims - Other | 3/6/2024 | AUDIT ENTRY OF CLAIM(S) 11009-11010 (.1); UPDATE/REDACT CLAIMS REGISTER DATABASE AS NEEDED (.1) | 0.20 | $137.00 | $27.40 |
| Winston Hernandez | Senior Consultant I | 195 Claims - Other | 3/6/2024 | CLAIMS AUDIT | 0.80 | $192.00 | $153.60 |
| Joel Ramos Ochoa | Case Manager II | 195 Claims - Other | 3/7/2024 | AUDIT ENTRY OF CLAIM(S) 11011-11012 (.1); UPDATE CLAIMS REGISTER DATABASE AS NEEDED (.1) | 0.20 | $137.00 | $27.40 |
| Joel Ramos Ochoa | Case Manager II | 195 Claims - Other | 3/12/2024 | REVIEW COURT CLAIMS DOCKET, PULL AND PREPARE COURT FILED CLAIMS FOR PROCESSING; UPDATE TRACKERS AS APPROPRIATE | 0.10 | $137.00 | $13.70 |
| Tammy Strakal | Case Manager II | 195 Claims - Other | 3/19/2024 | AUDIT ENTRY OF CLAIM(S) 11011-11012 (.1); UPDATE/REDACT CLAIMS REGISTER DATABASE AS NEEDED (.1) | 0.20 | $137.00 | $27.40 |
| Joel Ramos Ochoa | Case Manager II | 195 Claims - Other | 4/12/2024 | REVIEW COURT CLAIMS DOCKET, PULL AND PREPARE COURT FILED CLAIMS FOR PROCESSING; UPDATE TRACKERS AS APPROPRIATE | 0.10 | $137.00 | $13.70 |
| | | | | **TOTAL** | **9.40** | | **$1,647.60** |

**MATTER NUMBER: 205**
**Matter Description: Set Up Mailing/Noticing**

| Name | Position | Activity Description | Date | Detail | Hours Billed | Hourly Rate | Compensation |
|------|----------|---------------------|------|--------|-------------|-------------|-------------|
| Andrew Hruza | Case Manager I | 205 Set Up Mailing/Noticing | 1/3/2024 | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.10 | $110.00 | $11.00 |
| Regina Amporfro | Senior Consultant II | 205 Set Up Mailing/Noticing | 2/16/2024 | CONFERENCE, CORRESPOND WITH A. BONGARTZ RE FEE APPLICATION (.3); REVIEW UPDATES, REVISIONS RE SAME (.1) | 0.40 | $203.00 | $81.20 |
| Andrew Hruza | Case Manager I | 205 Set Up Mailing/Noticing | 3/1/2024 | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.10 | $110.00 | $11.00 |
| Andrew Hruza | Case Manager I | 205 Set Up Mailing/Noticing | 3/29/2024 | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.10 | $110.00 | $11.00 |
| | | | | **TOTAL** | **0.70** | | **$114.20** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MATTER NUMBER: 642** | | | | | | | |
| **Matter Description: Fee Application Preparation** | | | | | | | |
| **Name** | **Position** | **Activity Description** | **Date** | **Detail** | **Hours Billed** | **Hourly Rate** | **Compensation** |
| Regina Amporfro | Senior Consultant II | 642 Fee Application Preparation | 2/14/2024 | DRAFT INTERIM FEE APPLICATION | 3.30 | $203.00 | $669.90 |
| Regina Amporfro | Senior Consultant II | 642 Fee Application Preparation | 2/14/2024 | COORDINATE RE FEE APPLICATION AND TIME DETAIL FOR MAR - AUG 2023 | 0.30 | $203.00 | $60.90 |
| Regina Amporfro | Senior Consultant II | 642 Fee Application Preparation | 2/14/2024 | DRAFT FEE APPLICATION | 2.30 | $203.00 | $466.90 |
| Alexander Warso | Director/V.P. Consulting | 642 Fee Application Preparation | 2/14/2024 | REVIEW, REVISE TIME DETAIL RE GUIDELINES AND FEE APPLICATION PREPARATION (3.5); CORRESPOND WITH K. MAILLOUX RE SAME (.2) | 3.70 | $214.00 | $791.80 |
| Regina Amporfro | Senior Consultant II | 642 Fee Application Preparation | 2/15/2024 | DRAFT MONTHLY AND INTERIM FEE APPLICATIONS (.3);CORRESPOND WITH W. WARSO RE SAME (.1) | 6.20 | $203.00 | $1,258.60 |
| Regina Amporfro | Senior Consultant II | 642 Fee Application Preparation | 2/15/2024 | DRAFT MONTHLY AND INTERIM FEE APPLICATIONS (.3);CORRESPOND WITH W. WARSO RE SAME (.1) | 0.40 | $203.00 | $81.20 |
| Regina Amporfro | Senior Consultant II | 642 Fee Application Preparation | 2/15/2024 | DRAFT MONTHLY AND INTERIM FEE APPLICATIONS | 1.10 | $203.00 | $223.30 |
| Regina Amporfro | Senior Consultant II | 642 Fee Application Preparation | 2/15/2024 | DRAFT MONTHLY AND INTERIM FEE APPLICATIONS | 0.70 | $203.00 | $142.10 |
| Regina Amporfro | Senior Consultant II | 642 Fee Application Preparation | 2/15/2024 | DRAFT MONTHLY AND INTERIM FEE APPLICATIONS | 0.90 | $203.00 | $182.70 |
| Regina Amporfro | Senior Consultant II | 642 Fee Application Preparation | 2/22/2024 | CORRESPOND WITH A. BONGARTZ RE EPIQ FEE APPLICATION AND UST COMMENTS (.1); CORRESPOND WITH K. MAILLOUX RE SAME (.1) | 0.20 | $203.00 | $40.60 |
| | | | | **TOTAL** | **19.10** | | **$3,918.00** |

**Exhibit E**

**Summary of Actual and Necessary Expenses Incurred by Epiq Corporate Restructuring, LLC For the Compensation Period January 1, 2024 through April 30, 2024**

| Expense Summary | Total Expenses |
|---|---|
| CA100 Database Maintenance | $1,049.70 |
| OS200 Electronic Imaging | $31.20 |
| OS821 Voice Recorded Message | $0.07 |
| RE800 Court Docket Services | $259.40 |
| **Total:** | **$1,340.37** |

**<u>Exhibit F</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |

**ORDER APPROVING FOURTH INTERIM FEE APPLICATION OF**
**EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS AND NOTICING**
**AGENT FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES**
**INCURRED FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH APRIL 30, 2024**

This matter coming before this Court on the *Fourth Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from January 1, 2024 through April 30, 2024* (the "Application,")[2] of Epiq Corporate Restructuring, LLC ("Epiq") pursuant to sections 330(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for an order (this "Order"): (i) approving and allowing, on an interim basis, the aggregate sum of $7,399.47, including (a) compensation in the amount of $6,059.10 and (b) reimbursement of actual and necessary expenses in the sum of $1,340.37, incurred by Epiq from January 1, 2024, through April 30, 2024 (the "Compensation Period"); (ii) directing payment of the difference between (a) $7,399.47 and (b) any interim payments made to Epiq with respect

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]  Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Application.

to the Compensation Period; and (iii) granting related relief, all as further described in the Application; and upon consideration of the Application, and the Court having jurisdiction over this matter pursuant 28 U.S.C. §§ 157 and 1334, and notice of the Application was adequate under the circumstances and no further or other notice of the Application is required; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED, as set forth in this Order.

2.      Epiq is allowed, on an interim basis, compensation for services rendered during the Compensation Period in the aggregate sum of $7,399.47, including (a) compensation in the amount of $6,059.10 and (b) reimbursement of actual and necessary expenses in the sum of $1,340.37.

3.      The Debtors are hereby authorized and directed to pay Epiq the difference between (a) $7,399.47 and (b) any interim payments made to Epiq pursuant to the Interim Compensation Order with respect to the Compensation Period.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.