# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| HO WAN KWOK, *et al.*,[3] | : | CASE NO. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | : | |
| Plaintiff, | : | ADV. PRO. NO. 24-5059 |
| v. | : | |
| FEDERAL EXPRESS CORPORATION, | : | |
| Defendant. | : | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL A. SIEDBAND

Upon consideration of the Motion of Jessica M. Signor for Admission *Pro Hac Vice* of Michael A. Siedband (the "Motion"), and any and all responses thereto, it is hereby

ORDERED that the Motion is GRANTED and Michael A. Siedband is admitted *pro hac vice*, and it is further

ORDERED that Jessica M. Signor will receive service on behalf of Michael A. Siedband in accordance with D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 9083-3.

---

[3] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.

SG-21185718.1