**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------X
In re:

                                                                             Chapter 11

HO WAN KWOK, et al.,                               Case No. 22-50073 (JAM)

            Debtors.
---------------------------------------------------------------X

## MOTION FOR ADMISSION *PRO HAC VICE* OF BRYAN HA

      Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut and Rule 1001-1(b) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Connecticut, the undersigned, a member in good standing of the Bar of this Court and a shareholder of the law firm Reid and Riege, P.C., hereby moves this Court for an order admitting attorney Bryan Ha, a member of the bar of the State of New York, *pro hac vice* to appear and represent Rule of Law Foundation III, Inc. and Rule of Law Society IV, Inc. in the above-captioned Chapter 11 bankruptcy case and in the following related adversary proceedings: (1) <u>Despins v. ACA Capital Grp. Ltd., et al.</u>, Adv. Pro. No. 24-05249; (2) <u>Despins v. Ngok</u>, Adv. Pro. No. 24-05273; and (3) <u>Despins v. Lamp Capital LLC, et al.</u>, Adv. Pro. No. 24-05275.

      In support of this application the undersigned represents:

      1.     Attorney Ha's business address, telephone number, fax number and e-mail address are as follows: Bryan Ha, Attorney At Law, 455 Tarrytown Road, #1244, White Plains, New York 10607; Tel: 914-512-5930; Fax: 212-981-6800; E-mail: bhanyc@gmail.com

      2.     To the best of my knowledge and belief, Attorney Ha is a member in good

standing of the bar of the State of New York (Attorney Registration No. 3954237).  He is also admitted to practice law in the United States Second Circuit Court of Appeals and the United States District Courts for the Eastern District of New York and the Southern District of New York.   See Declaration of Bryan Ha in Support of Motion for Admission *Pro Hac Vice* ("Ha Decl.") ¶¶ 1, 3.  (A copy of the Ha Decl (with the Certificate of Good Standing attached) is attached hereto as Exhibit A).

3. To the best of my knowledge and belief, there are no disciplinary complaints against Attorney Ha and he has not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.  (Ha Decl. ¶ 4).

4. To the best of my knowledge and belief, Attorney Ha has reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.  (Id. ¶ 5).

5. Attorney Ha has designated the undersigned as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of Attorney Ha's admission *pro hac vice* in connection with the above-captioned Chapter 11 bankruptcy case and the related adversary proceedings specified above, including matters involving grievances filed against him and matters of attorney discipline that relate thereto.  (Id. ¶ 6).

027260.000000/36303276.1

WHEREFORE, the undersigned respectfully requests that this Court enter an order granting the instant motion and admitting attorney Bryan Ha *pro hac vice* to appear and represent Rule of Law Foundation III, Inc. and Rule of Law Society IV, Inc. in this Chapter 11 bankruptcy case and related adversary proceedings.

Dated at Hartford, Connecticut this 25th day of June, 2024.

REID AND RIEGE, P.C.

By:
/s/ Jon P. Newton
Jon P. Newton
Federal Bar No. ct03376
One Financial Plaza
Hartford, CT 06103
Telephone:    860-240-1090
Facsimile:    860-240-1002
Attorneys for Rule of Law Foundation III, Inc.
and Rule of Law Society IV, Inc.