UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-----------------------------------------------------------------X
In re:                                                              Chapter 11

HO WAN KWOK, et al.,                                                Case No. 22-50073 (JAM)

        Debtors.
-----------------------------------------------------------------X

### DECLARATION OF BRYAN HA IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

      BRYAN HA hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following are true and correct:

      1.     I am an attorney admitted and authorized to practice law in the State of New York, the United States Second Circuit Court of Appeals, and the United States District Courts for the Eastern District of New York and the Southern District of New York. I respectfully submit this declaration in support of the motion for my admission *pro hac vice* to appear and represent Rule of Law Foundation III, Inc. and Rule of Law Society IV, Inc. in the above-captioned Chapter 11 bankruptcy case and in the following related adversary proceedings: (1) Despins v. ACA Capital Grp. Ltd., et al., Adv. Pro. No. 24-05249; (2) Despins v. Ngok, Adv. Pro. No. 24-05273; and (3) Despins v. Lamp Capital LLC, et al., Adv. Pro. No. 24-05275.

      2.     My business address, telephone number, fax number and e-mail address are as follows: Bryan Ha, Attorney At Law, 455 Tarrytown Road, #1244, White Plains, New York 10607; Tel: 914-512-5930; Fax: 212-981-6800; E-mail: bhanyc@gmail.com

      3.     I am a member in good standing of the bar of the State of New York (Attorney Registration No. 3954237). (A true and correct copy of a Certificate of Good Standing

for Bryan Ha issued by the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, on April 23, 2024, is attached hereto).

4. There are no disciplinary complaints against me, and I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I hereby designate my sponsoring attorney, Jon P. Newton of Reid and Riege, P.C., as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in connection with the above-captioned Chapter 11 bankruptcy case and the related adversary proceedings specified above, including matters involving grievances filed against me and matters of attorney discipline that relate thereto.

Dated: Westchester County, New York
       June 24, 2024

                                                /s/ Bryan Ha
                                                Bryan Ha



*Appellate Division of the Supreme Court of the State of New York Third Judicial Department*

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Bryan Ha

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 17, 2001**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on April 23, 2024.

*Robert D. Mayberger*

Clerk of the Court

CertID-00171201

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3.AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022