# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

-------------------------------------------------------------X
In re:

HO WAN KWOK, et al.,

        Debtors.

-------------------------------------------------------------X

Chapter 11

Case No. 22-50073 (JAM)

## ORDER GRANTING MOTION FOR
## ADMISSION *PRO HAC VICE* OF BRYAN HA

AND NOW, upon consideration of the Motion for Admission *Pro Hac Vice* of Bryan Ha, and any and all responses thereto, it is hereby

ORDERED that the Motion is GRANTED and Bryan Ha is hereby admitted to appear as a visiting attorney to represent Rule of Law Foundation III, Inc. and Rule of Law Society IV, Inc. in the above-captioned Chapter 11 bankruptcy case and the following related adversary proceedings: (1) Despins v. ACA Capital Grp. Ltd., et al., Adv. Pro. No. 24-05249; (2) Despins v. Ngok, Adv. Pro. No. 24-05273; and (3) Despins v. Lamp Capital LLC, et al., Adv. Pro. No. 24-05275; and it is further

ORDERED that all papers directed to Bryan Ha may be served on Jon P. Newton at Reid and Riege, P.C., One Financial Plaza, Hartford, CT 01603.