# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
June 27, 2024

In re:
Ho Wan Kwok

Genever Holdings Corporation
Debtor*

Case Number: 22−50073
Chapter: 11

### NOTICE OF HEARING ON APPENDIX N MATTER

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014−1(n), a hearing will be held on **July 23, 2024** at **01:00 PM** at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** to consider and act upon the following matter(s):

>First Interim Fee Application of Eisner Advisory Group LLC, as Tax Advisor to Trustee and Genever Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from October 23, 2023 Through April 30, 2024, Fee: $66,976.00, Expenses: $0.00 for Eisner Advisory Group LLC, Other Professional, Fee: $66,976, Expenses: $0.00. Filed by Georg Alexander Bongartz, Attorney. (ECF No. 3274)

>Second Interim Fee Application of Kroll, LLC, as Forensic Investigators, for Compensation and Reimbursement of Expenses for Period from January 1, 2024 Through April 30, 2024, Fee: $860,312.10, Expenses $16,424.07 for Kroll, LLC, Other Professional, Fee: $860,312.10, Expenses: $16,424.07. Filed by Georg Alexander Bongartz, Attorney. (ECF No. 3276)

>Second Interim Fee Application of Pallas Partners LLP, as Solicitors in United Kingdom, for Compensation and Reimbursement of Expenses for Period from December 1, 2023 Through April 30, 2024, Fees: $107,271.50, Expenses: $875.63 for Pallas Partners LLP, Other Professional, Fee: $107,271.50, Expenses: $875.63. Filed by Georg Alexander Bongartz, Attorney. (ECF No. 3277)

>Fourth Interim Application of Pullman & Comley, LLC as Counsel to Creditor's Committee for Compensation and Reimbursement of Expenses for Period from January 1, 2024 through April 30, 2024 for Pullman & Comley, LLC, Creditor Comm. Aty, Fee: $56420.00, Expenses: $581.40. Filed by Pullman & Comley, LLC, Creditor. (ECF No. 3278)

>Second Interim Fee Application of O'Sullivan McCormack Jensen & Bliss PC, as Special Insurance Coverage Counsel, for Compensation and Reimbursement of Expenses for Period from January 1, 2024 Through April 30, 2024 for O'Sullivan McCormack Jensen & Bliss PC, Special Counsel, Fee: $29,365.00, Expenses: $1,649.86. Filed by Georg Alexander Bongartz, Attorney. (ECF No. 3279)

>Third Interim Fee Application of Harney Westwood & Riegels LP, as British Virgin Islands and Cayman Islands Counsel, for Compensation and Reimbursement of Expenses for Period from January 1, 2024 Through April 30, 2024 for Harney Westwood & Riegels LP, Trustee's

Attorney, Fee: $293,992.00, Expenses: $30,910.01. Filed by Georg Alexander Bongartz, Attorney. (ECF No. 3280)

First Interim Fee Application of Prager Dreifuss AG, as Swiss Law Counsel, for Compensation and Reimbursement of Expenses for Period from January 17, 2024 Through April 30, 2024, Fees: CHF 67,183.75, Expenses CHF 1,343.65. Filed by Georg Alexander Bongartz, Attorney. (ECF No. 3281)

Fifth Interim Application for Compensation for Paul Hastings LLP, Trustee's Attorney, Fee: $4,141,700.76, Expenses: $262,633.83. Filed by Paul Hastings LLP, Trustee's Attorney. (Bongartz, Georg) (ECF No. 3283)

Fourth (Amended) Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from January 1, 2024 Through April 30, 2024 for Epiq Corporate Restructuring, LLC, Other Professional, Fee: $6,059.10, Expenses: $1,340.37. Filed by Georg Alexander Bongartz, Attorney (ECF No. 3284)

Fifth Interim Application for Compensation for Neubert, Pepe & Monteith, P.C., Trustee's Attorney, Fee: $1,357,568.50, Expenses: $17,663.61. Filed by Neubert, Pepe & Monteith, P.C., Trustee's Attorney. (ECF No. 3287) (the "Movant(s)") (the "Matter").

In accordance with Fed. R. Bankr. P. 9006(d), any party shall file any Objection and/or Response on or before **July 16, 2024** and the Movant(s) shall file any Reply on or before **July 19, 2024.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If Respondents to the Matter or other party entitled to service of the Contested Matter (the "Respondent(s)") wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

**TO THE MOVANT:**

**YOU ARE REQUIRED TO SERVE THIS NOTICE OF HEARING.** In accordance with D. Conn. Bankr. L.R. 2002–1 and Appendix A of the Local Rules, the Movant(s) shall serve this Notice of Hearing on the Respondents on or before **July 3, 2024.**

**YOU ARE REQUIRED TO FILE A CERTIFICATE OF SERVICE.** The Movant(s) shall file a Certificate of Service on or before **July 8, 2024** before **4:00 PM** evidencing that proper service was made. Untimely certificates of service may result in the hearing not being held.

In accordance with D. Conn. Bankr. L.R. 2002–1(a), 9036–1 and Appendix A, service of this Notice of Hearing upon parties who are CM/ECF Filers and/or have consented to electronic service, is made via the Court's CM/ECF System. The Notice of Electronic Filing ("NEF") of this Notice of Hearing generated by the Court's CM/ECF System shall be deemed to be a certificate of service in accordance with Appendix A, Section 4(c).

Dated: June 27, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – rms