ct136                                                                                                                                      04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

Luc A. Despins, Chapter 11 Trustee,
Plaintiff(s)

v.

Federal Express Corporation,
Defendant(s)

Adversary Proceeding No: 24-05059

### ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On June 25, 2024, a Motion for Admission of Attorney Michael A. Siedband to appear as a Visiting Attorney to represent Federal Express Corporation was filed in the Debtor's Chapter 11 case and in this adversary proceeding (the "Motion," ECF No. 3285; Adv. Pro. No. 24-05059, ECF No. 14) by Attorney Jessica Signor (the "Sponsoring Attorney").  As the Motion satisfies the requirements set forth in D. Conn. L. Civ. R. 83.1(e), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:**  Pursuant to D. Conn. L. Civ. R. 83.1(e), Attorney Michael A. Siedband is hereby admitted *pro hac vice* to represent Federal Express Corporation in the Debtor's Chapter 11 case and in this adversary proceeding, Adv. Pro. No. 24-05059.

Dated: June 28, 2024

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.