ct136 04/2019

# United States Bankruptcy Court

### District of Connecticut



In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On June 25, 2024, a Motion for Admission of Attorney Bryan Ha to appear as a Visiting Attorney to represent Rule of Law Foundation III, Inc. and Rule of Law Society IV, Inc. was filed in the Debtor's Chapter 11 case (the "Motion," ECF No. 3286) by Attorney Jon P. Newton (the "Sponsoring Attorney"). The Motion seeks admission in the Debtor's Chapter 11 case, as well as Adv. Pro. Nos. 24-05249, 24-05273, and 24-05275. As the Motion satisfies the requirements set forth in D. Conn. L. Civ. R. 83.1(e), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:** Pursuant to D. Conn. L. Civ. R. 83.1(e), Attorney Bryan Ha is hereby admitted *pro hac vice* to represent Rule of Law Foundation III, Inc. and Rule of Law Society IV, Inc. in the Debtor's Chapter 11 case and in Adv. Pro. Nos. 24-05249, 24-05273, and 24-05275.

Dated: June 28, 2024

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.