UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                            :    Chapter 11
                                                  :
HO WAN KWOK, *et al.*,[1]                         :    Case No. 22-50073 (JAM)
                                                  :
            Debtors.                              :    (Jointly Administered)
                                                  :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the following documents were filed using the Court's case management/electronic case files system ("CM/ECF") on the dates set forth below:

- *First Interim Fee Application of Eisner Advisory Group LLC, as Tax Advisor to Trustee and Genever Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from October 23, 2023 Through April 30, 2024* [ECF No. 3274] (the "Eisner Fee Application"), on June 24, 2024; and

- *Second Interim Fee Application of Kroll, LLC, as Forensic Investigators, for Compensation and Reimbursement of Expenses for Period from January 1, 2024 Through April 30, 2024* [ECF No. 3276] (the "Kroll Fee Application"), on June 24, 2024; and

- *Second Interim Fee Application of Pallas Partners LLP, as Solicitors in United Kingdom, for Compensation and Reimbursement of Expenses for Period from December 1, 2023 Through April 30, 2024* [ECF No. 3277] (the "Pallas Fee Application"), on June 24, 2024; and

- *Second Interim Fee Application of O'Sullivan McCormack Jensen & Bliss PC, as Special Insurance Coverage Counsel, for Compensation and Reimbursement of Expenses for Period from January 1, 2024 Through April 30, 2024* [ECF No. 3279] (the "O'Sullivan Fee Application"), on June 24, 2024; and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

- *Third Interim Fee Application of Harney Westwood & Riegels LP, as British Virgin Islands and Cayman Islands Counsel, for Compensation and Reimbursement for Expenses for Period from January 1, 2024 Through April 30, 2024* [ECF No. 3280] (the "Harney Fee Application"), on June 24, 2024; and

- *First Interim Fee Application of Prager Dreifuss AG, as Swiss Law Counsel, for Compensation and Reimbursement of Expenses for Period from January 17, 2024 Through April 30, 2024* [ECF No. 3281] (the "Prager Fee Application"), on June 24, 2024; and

- *Fifth Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for Period from January 1, 2024 Through March 31, 2024* [ECF No. 3283] (the "Paul Hastings Fee Application"), on June 24, 2024;[2] and

- *Amended Fourth Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for Allowance of Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period from January 1, 2024 Through April 30, 2024* [ECF No. 3284] (the "Epiq Fee Application, together with the Eisner Fee Application, Kroll Fee Application, Pallas Fee Application, O'Sullivan Fee Application, Harney Fee Application, Prager Fee Application, and Paul Hastings Fee Application, collectively, the "Fee Applications"), on June 24, 2024; and

- The *Notice of Hearing* with respect to the Fee Applications [ECF No. 3288] (the "Hearing Notice" together with the Fee Applications, collectively, the "Served Documents"), on June 27, 2024.

Notice of the Served Documents was sent automatically by email via CM/ECF to all parties appearing in the above-captioned chapter 11 cases that are able to receive electronic notice on the date that each such document was filed.

The Served Documents were also sent via U.S. Mail on or before June 25, 2024, to the parties set forth on the attached **Exhibit A**. In addition, on June 24, 2024, the Served Documents were sent to Dundon Advisers LLC via e-mail to the following addresses: md@dundon.com and ph@dundon.com.

---

[2] In accordance with the Court's order, dated October 23, 2023 [Docket No. 2275], the Paul Hastings Fee Application served on the parties set forth on the attached Exhibit A did not include the Monthly Fee Statements, but instead included the following notation on the cover sheet for Exhibit F to the Paul Hastings Fee Application: "The Monthly Fee Statements may be viewed, free of charge, at https://dm.epiq11.com/case/kwoktrustee/dockets under Docket No. 3283."

The foregoing represents service on all parties entitled to notice pursuant to the Court's *Order Limiting Service of Notice for Applications Seeking Compensation of Fees or Reimbursement of Expenses* [ECF No. 1611].

Dated: July 3, 2024
New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

**Exhibit A**

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola, British Virgin Islands

Eisner Advisory Group LLC
111 Wood Avenue South
Iselin, NJ 08830-2700

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 1104