# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, et al. | : Case No. 22-50073 (JAM) |
| | : Jointly Administered |
| Debtors.[1] | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I, Kristin B. Mayhew, hereby certify that on June 24, 2024, a true and correct copy of the *Fourth Interim Fee Application Of Pullman & Comley, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred From January 1, 2024 through April 30, 2024* [Doc. ID No. 3278] was filed with the Court and served on all parties that have filed a notice of appearance/requested notice via the Court's CM/ECF electronic filing system.

I further certify that on June 27, 2024, a true and correct copy of the *Notice of Hearing* [Doc. ID. No. 3288] was filed with the Court and served on all parties that have filed a notice of appearance/requested notice via the Court's CM/ECF electronic filing system.

I further certify that on July 2, 2024, a true and correct copy of the *Fourth Interim Fee Application Of Pullman & Comley, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred From January 1, 2024 through April 30, 2024* [Doc. ID No. 3278] and *Notice of Hearing* [Doc. ID. No. 3288] (collectively the "Notice and Application")

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

-2-

were served via first class postage prepaid regular mail upon all parties that have requested notice but are unable to receive electronic filing as indicated on the Notice of Electronic Filing listed on **Exhibit A**; and

I further certify that on July 3, 2024, a copy of the Notice and Application were served via electronic transmission upon the members of the Committee listed on **Exhibit B** (addresses and e-mail addresses are withheld).

| | |
|---|---|
| Dated: Bridgeport, Connecticut<br>July 3, 2024 | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**<br><br>By:  */s/Kristin B. Mayhew*<br>Kristin B. Mayhew (ct20896)<br>PULLMAN & COMLEY, LLC<br>850 Main Street<br>Bridgeport, CT  06601-7006<br>(203) 330-2000<br>kmayhew@pullcom.com<br><br>Its Attorneys |

ACTIVE/83201.3/KMAYHEW/15465401v1