# EXHIBIT B

Ning Ye
Carollyn H.G. Callari
Samuel Nunberg