*Part 1(e):  Cash Receipts and Disbursements:

Management fees paid to Sherry Netherland from security deposit maintained by Sherry Netherland, in the amount of $13,236.83, in May 2024.

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings LLC, as Debtor-in-Possession, to obtain post-petition financing, a payment of $190.53 was made to Skyline Windows LLC for approved fees from the estate of Ho Wan Kwok, case number 22-50073, in May 2024.

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings LLC, as Debtor-in-Possession, to obtain post-petition financing, a payment of $7,457.42 was made to Burnham Nationwide, Inc., for approved fees from the estate of Ho Wan Kwok, case number 22-50073, in May 2024.

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings LLC, as Debtor-in-Possession, to obtain post-petition financing, a payment of $3,450.00 was made to ARD Facilities Management Group, LLC for approved fees from the estate of Ho Wan Kwok, case number 22-50073, in May 2024.

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings LLC, as Debtor-in-Possession, to obtain post-petition financing, a payment of $2,068.63 was made to Cleaning Contractors Corp. for approved fees from the estate of Ho Wan Kwok, case number 22-50073, in May 2024.

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings LLC, as Debtor-in-Possession, to obtain post-petition financing, a payment of $12,450.00 was made to Montvale Moving Services LLC for approved fees from the estate of Ho Wan Kwok, case number 22-50073, in May 2024.

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings LLC, as Debtor-in-Possession, to obtain post-petition financing, a payment of $184,756.59 was made to J&J Construction Consultants for approved fees from the estate of Ho Wan Kwok, case number 22-50073, in May 2024.

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings LLC, as Debtor-in-Possession, to obtain post-petition financing, a payment of $1,750.00 was made to The Light Touch for approved fees from the estate of Ho Wan Kwok, case number 22-50073, in May 2024.

**Part 5(a): Professional Fees and Expenses:**

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings LLC, as Debtor-in-Possession, to obtain post-petition financing, a payment in the amount of $3,798.20 was made to O'Sullivan McCormack Jensen & Bliss PC, special counsel for Genever Holdings LLC, for approved fees from the estate of Ho Wan Kwok, case number 22-50073, in May 2024.

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings LLC, as Debtor-in-Possession, to obtain post-petition financing, a payment of $8,883.70 was made to Acheson Doyle Partners Architects, PC, for approved fees from the estate of Ho Wan Kwok, case number 22-50073, in May 2024.