**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
: 
In re:                                                          :        Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                        :        Case No. 22-50073 (JAM)
:
Debtors.                                              :        (Jointly Administered)
:
------------------------------------------------------x

**MOTION OF CHAPTER 11 TRUSTEE TO EXPEDITE HEARING ON MOTION OF**
**CHAPTER 11 TRUSTEE TO LIMIT SERVICE OF MOTION TO EXTEND AUGUST**
**15, 2014 DEADLINE FOR TRUSTEE TO FILE AVOIDANCE ACTIONS**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the

chapter 11 case of Ho Wan Kwok (the "Debtor"), debtor in these above-captioned jointly

administered cases (the "Chapter 11 Cases"), hereby files this motion (this "Motion") requesting

entry of an order, substantially in the form attached as **Exhibit A** hereto (the "Proposed Order")

scheduling an expedited hearing to consider and determine the *Motion of Chapter 11 Trustee to*

*Limit Service of Motion to Extend August 15, 2024 Deadline for Trustee to File Avoidance*

*Actions* (the "Notice Motion").[2]  In support of this Motion, the Trustee respectfully represents as

follows:

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not otherwise defined herein have the meanings set forth in the Notice Motion.

## JURISDICTION, VENUE, AND STATUTORY BASIS

1.      The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of Connecticut.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2.      Venue in the District of Connecticut is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The basis for the relief sought by this Motion is Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

4.      Concurrently herewith, the Trustee filed the Notice Motion seeking entry of an order authorizing the Trustee to serve the First Supplemental Extension Motion only on the Notice Parties.

5.      The First Supplemental Extension Motion, which the Trustee intends to file in the coming days, will seek to further extend the time in which the Trustee can bring avoidance actions and other actions, which is currently set to expire on August 15, 2024.

6.      The Notice Motion seeks authorization for the Trustee to serve the First Supplemental Extension Motion on (i) the Office of the United States Trustee for the District of Connecticut; (ii) counsel for the Debtor; (iii) the Committee; (iv) all parties that filed a Response to the original Extension Motion, (v) all parties who have requested notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002; (vi) all parties who receive notice in these chapter 11 cases by electronic filing utilizing the Court's electronic filing ("CM/ECF") system to all appearing parties who utilize the CM/ECF system; and (vii) any party who requested notice in

these chapter 11 cases, but is unable to accept electronic filing as indicated on the Notice of

Electronic Filing (collectively, the "<u>Notice Parties</u>").[3]

7.      For additional background on the Notice Motion and this Motion, the Trustee

refers to, and incorporates by reference, the background section in the Notice Motion.

## **RELIEF REQUESTED**

8.      By this Motion, the Trustee respectfully requests the Court schedule a hearing

with respect to the Notice Motion at the Court's earliest convenience.  In addition, the Trustee

requests the Court order that any opposition to the Notice Motion be filed on or before **July 12,**

**2024, at 5:00 p.m. (ET).**

## **BASIS FOR RELIEF REQUESTED**

9.      Pursuant to Bankruptcy Rule 9006(c)(1), the Court may reduce the notice period

when requested by motion where cause is demonstrated.  Cause exists to consider and determine

the Notice Motion on an expedited basis.

10.     The hearing on the Notice Motion should be heard on an expedited basis due to

the urgent need to deliver Court-authorized notice of the First Supplemental Extension Motion.

As explained in the Notice Motion, the deadline to bring certain avoidance actions outlined in the

First Supplemental Extension Motion is set to expire on August 15, 2024.  It is critical that the

Court consider the Notice Motion on an expedited basis in order for the Trustee to file, serve,

and have the Court consider the First Supplemental Extension Motion prior to the August 15,

2024 deadline for commencing avoidance actions.  In particular, if the Notice Motion is denied,

the Trustee will need to serve the First Supplemental Extension Motion on approximately 1,000

parties prior to the Court considering the First Supplemental Extension Motion in advance of the

---

[3] As explained in the Notice Motion, the Trustee is also prepared to serve the First Supplemental Extension Notice on all defendants that have appeared in the Pending Adversary Proceedings.

August 15, 2024 deadline for commencing avoidance actions, and the Trustee would need sufficient time to undertake such broad service.

### <u>NO PREVIOUS REQUEST</u>

11.     No previous request for the relief sought herein has been made by the Trustee to this or any other court.


*[Remainder of page intentionally left blank.]*

WHEREFORE, for the foregoing reasons, Trustee requests that the Court enter an order granting the relief requested in this Motion and such other relief as is just and proper.

Dated:    July 8, 2024                              LUC A. DESPINS,
          New Haven, Connecticut                    CHAPTER 11 TRUSTEE

                                          By: */s/ Douglass Barron*
                                              Douglass Barron (admitted *pro hac vice*)
                                              PAUL HASTINGS LLP
                                              200 Park Avenue
                                              New York, New York 10166
                                              (212) 318-6000
                                              douglassbarron@paulhastings.com

                                                  *and*

                                              Nicholas A. Bassett (admitted *pro hac vice*)
                                              PAUL HASTINGS LLP
                                              2050 M Street NW
                                              Washington, D.C., 20036
                                              (202) 551-1902
                                              nicholasbassett@paulhastings.com

                                                  *and*

                                              Patrick R. Linsey (ct29437)
                                              NEUBERT, PEPE & MONTEITH, P.C.
                                              195 Church Street, 13th Floor
                                              New Haven, Connecticut 06510
                                              (203) 781-2847
                                              plinsey@npmlaw.com

                                              *Counsel for the Chapter 11 Trustee*

# EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
HO WAN KWOK, *et al.*,[1]                 :    Case No. 22-50073 (JAM)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
-------------------------------------------------------x

### [PROPOSED] ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an

expedited hearing on the *Motion of Chapter 11 Trustee to Limit Service of Motion to Extend*

*August 15, 2024 Deadline for Trustee to File Avoidance Actions* [Docket No. ____] (the "Notice

Motion")[2] and good cause appearing, it is hereby

ORDERED, that a hearing on the Notice Motion shall be held on **July [__], 2024 at [__]**

at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915

Lafayette Boulevard, Room 123, Bridgeport, CT  06604; and it is further

ORDERED, that the deadline to object to the Notice Motion shall be **July [12], 2024 at**

**5:00 p.m.**; and it is further

ORDERED, that a copy of this Order, along with the Motion to Expedite and any

attachments thereto, shall be served upon the Notice Parties, and the Trustee shall file a

certificate of service in advance of the Hearing.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Notice Motion.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                      :
In re:                                                :    Chapter 11
                                                      :
HO WAN KWOK, *et al.*,[1]                             :    Case No. 22-50073 (JAM)
                                                      :
                    Debtors.                          :    (Jointly Administered)
                                                      :
------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 8, 2024, the foregoing Motion was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:    July 8, 2024                        By: */s/ Douglass Barron*
          New York, New York                  Douglass Barron (admitted *pro hac vice*)
                                              PAUL HASTINGS LLP
                                              200 Park Avenue
                                              New York, New York 10166
                                              (212) 318-6000
                                              douglassbarron@paulhastings.com

                                              *Counsel for the Chapter 11 Trustee*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).