**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                 :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                :    Case No. 22-50073 (JAM)
:
:    (Jointly Administered)
Debtors.                                                        :
:    Re: ECF 3302
---------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Motion of Chapter 11 Trustee to Limit Service of Motion to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions* [Docket No. 3301] (the "Notice Motion")[2] and good cause appearing, it is hereby

ORDERED, that a hearing on the Notice Motion shall be held on **July 16, 2024 at 1:00 PM** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604; and it is further

ORDERED, that the deadline to object to the Notice Motion shall be **July 12, 2024 at 5:00 p.m.**; and it is further

ORDERED, that a copy of this Order, along with the Motion to Expedite and any attachments thereto, shall be served upon the Notice Parties, and the Trustee shall file a certificate of service in advance of the Hearing.

Dated at Bridgeport, Connecticut this 9th day of July, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Notice Motion.