**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                    :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                 :    Case No. 22-50073 (JAM)
:
Debtor.                                                   :    (Jointly Administered)
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, David Mohamed, hereby certify that I am over the age of eighteen years old and employed by Paul Hastings LLP. On July 8, 2024, the Trustee's *Motion of Chapter 11 Trustee to Limit Service of Motion to Extend August 15, 2024 Deadline for Trustee to file Avoidance Actions* [Docket No. 3301] (the "Motion to Limit Service")[2] and *Motion of Chapter 11 Trustee to Expedite Hearing on Motion of Chapter 11 Trustee to Limit Service of Motion to Extend August 15, 2024 Deadline for Trustee to file Avoidance Actions* [Docket No. 3302] (the "Motion to Expedite") were filed electronically. On July 9, 2024, the Court entered its *Order Scheduling Expedited Hearing* [Docket No. 3303] (the "Order"). The Motion to Limit Service, the Motion to Expedite, and Order may all be accessed via CM/ECF.

Notice of the filing of the Motion to Limit Service, the Motion to Expedite, and the Order in the above captioned chapter 11 cases (the "Chapter 11 Cases") was sent by email by operation

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Notice Motion.

of the Court's case management/electronic case files system ("CM/ECF") to all appearing parties in the Chapter 11 Cases (including the Debtor, the U.S. Trustee, the official committee of unsecured creditors, the United States Trustee, and all parties that filed a response to the original Extension Motion) on the date of filing or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

In addition, on July 9, 2024, I caused to be served the Motion to Limit Service and Motion to Expedite by sending a true and correct copy via first class mail on the parties listed on the service list attached hereto.

In addition, on July 10, 2024, I caused to be served the Order, by sending a true and correct copy via first class mail on the parties listed on the service list attached hereto.

In addition, on July 8, 2024, as to the Motion to Limit Service and Motion to Expedite, and on July 10, 2024, as to the Order, I caused them to be served by sending a true and correct copy via e-mail (as requested by counsel) to Dundon Advisors at md@dundon.com and ph@dundon.com.

Dated:    July 11, 2024

/s/ David Mohamed
David Mohamed
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
davidmohamed@paulhasings.com

**SERVICE LIST**

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola, British Virgin Islands

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 1104

Eisner Advisory Group LLC
111 Wood Avenue South
Iselin, NJ 08830-2700