**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                            :    Chapter 11
:
HO WAN KWOK, *et al*.,[1]                          :    Case No. 22-50073 (JAM)
:
:    (Jointly Administered)
Debtors.               :
:    Re: ECF No 3306
:
---------------------------------------------------------------x

**ORDER GRANTING CHAPTER 11 TRUSTEE'S**
**MOTION TO SEAL MOTION FOR ORDER TO PRESERVE EVIDENCE**

UPON CONSIDERATION OF the motion (the "Motion to Seal") of Chapter 11 Trustee

Luc A. Despins (the "Trustee") requesting approval of the sealed filing of the Motion of Chapter

11 Trustee for Order to Preserve Evidence (the "Main Motion") under seal, and good cause having

been shown, and the Court having found that the sealed filing of the Main Motion provided in this

Order being narrowly tailored to serve the foregoing purposes, it is by the Court, hereby

**ORDERED**, that the Motion to Seal is granted as set forth herein; and it is further

**ORDERED**, that the Trustee is authorized to file an unredacted version of Main Motion

and any exhibits thereto under seal which shall remain under seal and shall not remain publicly

available except as provided in this Order; and it is further

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**ORDERED**, that any response(s) to the Main Motion (a "Response") shall be filed under seal and shall remain under seal and shall not remain publicly available except as provided in this Order; and it is further

**ORDERED**, that within twenty-one (21) days after the date that the Court issues any order fully adjudicating the Main Motion, the Trustee shall file an unredacted copy of the Main Motion and any Response(s) on the open docket in the above-captioned proceeding; and it is further

**ORDERED**, that the Trustee shall serve an unredacted version of the Main Motion upon counsel for the United States Trustee and counsel for the Official Committee of Unsecured Creditors within twenty-four (24) hours after issuance of this Order; and it is further

**ORDERED**, that, pursuant to 11 U.S.C. § 107(c)(3), the United States Trustee has a statutory right of full access to any information and/or document filed on the docket or submitted to the Court in this case; the United States Trustee shall comply with the obligations of 11 U.S.C. § 107(c)(3)(B); and it is further

**ORDERED**, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that the Trustee is authorized to take all actions necessary to effectuate the relief granted herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated at Bridgeport, Connecticut this 12th day of July, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

2