**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, et al.[1] | : | |
| | : | CASE NO. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| LUC A DESPINS, CHAPTER 11 TRUSTEE | : | |
| | : | |
| Plaintiff, | : | Adv. Proceeding No. 24-05130 |
| | : | |
| v. | : | |
| | : | |
| ON THE SPOT HOME IMPROVEMENT, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF
JUSTIN S. BAUMGARTNER**

Upon consideration of the Motion of Eric S. Goldstein for Admission *Pro Hac Vice* of Justin

S. Baumgartner (the "Motion"), and any and all responses thereto, it is hereby

ORDERED that the Motion is GRANTED and Justin S. Baumgartner is admitted *pro hac*

*vice*, and it is further

ORDERED that Eric S. Goldstein will receive service on behalf of Justin S.

Baumgartner in accordance with D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

LBR 9083-3.