AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**

DUE DATE:

[Instructions]

| # | Field | Value |
|---|---|---|
| 1. | NAME | Patrick R. Linsey |
| 2. | PHONE NUMBER | (203) 781-2847 |
| 3. | DATE | 7/16/2024 |
| 4. | DELIVERY ADDRESS OR EMAIL | plinsey@npmlaw.com |
| 5. | CITY | New Haven |
| 6. | STATE | CT |
| 7. | ZIP CODE | 06510 |
| 8. | CASE NUMBER | 22-50073 |
| 9. | JUDGE | Hon. Julie A. Manning |
| 10. | FROM | 7/16/2024 |
| 11. | TO | 7/16/2024 |
| 12. | CASE NAME | Ho Wan Kwok and Genever Holdings LLC |
| 13. | CITY | Bridgeport |
| 14. | STATE | CT |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) All proceedings | 7/16/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ Patrick R. Linsey

PROCESSED BY: Lorenzo M. Whitmore

19. DATE: 7/16/2024

PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY: Reliable

COURT ADDRESS: 915 Lafayette Blvd., Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

[Print]    [Save As...]    [Reset]

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday July 16 2024

| 12:30 PM | 23-05005 | Despins, Luc A., Chapter 11 Trustee v. Greenwich Land, LLC et al |

**Matter:** #136; Order Granting Oral Request for Status Conference

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** #3259; Motion for Order / Joint Motion of Chapter 11 Trustee and Debtors Genever US and Genever BVI for Entry of Final Order, Pursuant to Bankruptcy Code Sections 363 and 364, Authorizing Amendment to Interdebtor Postpetition Financing Agreement Filed by Luc A. Despins on behalf of Luc A. Despins, Genever Holdings Corporation, Genever Holdings LLC, Chapter 11 Trustee, Debtors

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** #3301; Motion to Limit Service of Motion to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions Filed by Douglass E. Barron on behalf of Luc A. Despins, Chapter 11 Trustee

| | | |
|---|---|---|
| 01:30 PM | 23-05028 | Despins et al v. Ace Decade Holdings Limited et al |

**Matter:** **#40; Motion for Default Judgment pursuant to Fed. R. Civ. P. 55 (b)(2) and Fed. R. Bankr. P. 7055 against Ace Decade Holdings Limited and Yanping 'Yvette' Wang . Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee, Plaintiff**

# Parties that Appeared at the July 16, 2024 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Christopher J. Major**
Meister Seelig & Fein LLP
125 Park Avenue
7th Floor
New York, NY 10017

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601

**Sherry J. Millman**
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017

**David Roth**
Wiggin and Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06510

**David Litterine-Kaufman**
Orrick, Herrington & Sutcliffe LLP
West 52nd Street
New York, New York 10019.