**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                  :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                               :    Case No. 22-50073 (JAM)
:
Debtors.                                                :    (Jointly Administered)
:
:    ECF No.: 3301
---------------------------------------------------------x

**ORDER LIMITING SERVICE OF MOTION TO EXTEND**
**AUGUST 15, 2024 DEADLINE FOR TRUSTEE TO FILE AVOIDANCE ACTIONS**

The Court having considered the motion (the "Motion," ECF No. 3301)[2] seeking to limit service of the First Supplemental Extension Motion to the Notice Parties, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estate, its creditors, and other parties in interest; and the relief requested is consistent with Bankruptcy Rules 2002, 9006(b), and 9007; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein have the meanings set forth in the Motion.

given; and the Trustee having filed his *Motion to Expedite* the Motion (the "Motion to Expedite," ECF No. 3302); and the Court having granted the Motion to Expedite, setting a deadline of July 12, 2024 at 5:00 p.m. for any objections to the Motion; and no objections to the Motion having been filed; and after a hearing held on July 16, 2024; and no parties having appeared before this Court to oppose the relief requested in the Motion; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Trustee may serve the First Supplemental Extension Motion only on:

    i. the Office of the United States Trustee for the District of Connecticut;

    ii. counsel for the Debtor;

    iii. the Committee;

    iv. all parties that filed a Response to the original Extension Motion;

    v. all defendants that have appeared in the Pending Adversary Proceedings;

    vi. all parties who have requested notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002;

    vii. all parties who receive notice in these chapter 11 cases by electronic filing utilizing the Court's electronic filing ("CM/ECF") system to all appearing parties who utilize the CM/ECF system; and

    viii. any party who requested notice in these chapter 11 cases, but is unable to accept electronic filing as indicated on the Notice of Electronic Filing.

3. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 17th day of July, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut