ct136                                                                                                                        04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

    Ho Wan Kwok

    Debtor*

Case Number:  22-50073

Chapter:  11

Luc A. Despins, Chapter 11 Trustee,
Plaintiff(s)

v.

On the Spot Home Improvement, Inc.,
Defendant(s)

Adversary Proceeding
No: 24-05130

### ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

    On July 16, 2024, a Motion for Admission for Attorney Justin Baumgartner to appear as a Visiting Attorney to represent On the Spot Improvement, Inc., was filed in the Chapter 11 case (ECF No. 3320) and in this adversary proceeding (Adv. Pro. 24-05130, ECF No. 13) by local counsel Attorney Eric S. Goldstein (the "Sponsoring Attorney") (collectively, the "Motions").  As the Motions satisfy the requirements set forth by D. Conn. L. Civ. R. 83.1(e), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

    **ORDERED:**  Pursuant to D. Conn. L. Civ. R. 83.1(e), Attorney Baumgartner is hereby admitted *pro hac vice* in the Chapter 11 case and adversary proceeding No. 24-05130.

Dated: July 18, 2024

BY THE COURT

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.