UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| Debtor. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| LUC A. DESPINS, Chapter 11 Trustee, | : | Adv. Proceeding No. 24-05273 |
| Plaintiff, | : | |
| v. | : | |
| HING CHI NGOK, MEI GUO, QIANG GUO, WILLIAM JE, YVETTE WANG, XUEBING WANG, MAX KRASNER, CHUNGUANG HAN, YONGBING ZHANG, AARON MITCHELL, GTV MEDIA GROUP, INC., SARACA MEDIA GROUP, INC., HUDSON DIAMOND NY LLC, G-CLUB US OPERATIONS LLC, BRAVO LUCK LIMITED, GREENWICH LAND LLC, CRANE ADVISORY GROUP L.L.C., G-CLUB OPERATIONS LLC, GS SECURITY SOLUTIONS INC., GYPSY MEI FOOD SERVICES LLC, HCHK TECHNOLOGIES INC., LEXINGTON PROPERTY AND STAFFING, HAMILTON OPPORTUNITY FUND SPC, TAURUS FUND LLC, TAURUS MANAGEMENT LLC, LEADING SHINE NY LTD., ACA CAPITAL GROUP LIMITED, RULE OF LAW FOUNDATION III, INC., RULE OF LAW SOCIETY IV, INC., HAMILTON PE FUND SP, HAMILTON DIGITAL | : | |

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

| | |
|---|---|
| ASSETS FUND SP, HIMALAYA CURRENCY CLEARING PTY. LTD, HIMALAYA INTERNATIONAL FINANCIAL GROUP LIMITED, HOLY CITY HONG KONG VENTURES, LTD., VICTOR CERDA, ANA C. IZQUIERDO-HENN, HAITHAM KHALED, JESSICA MASTROGIOVANNI, ALEX HADJICHARALAMBOUS, BEILE LI, ANTHONY DIBATTISTA, GLADYS CHOW, SCOTT BARNETT, HAORAN HE, HSIN SHIH YU, LIMARIE REYES MOLINARIS, NICHOLAS SAVIO, QIDONG XIA, YAN CHUN LIU, GETTR USA, INC., G CLUB INTERNATIONAL LIMITED, GNEWS MEDIA GROUP INC. HIMALAYA INTERNATIONAL CLEARING LTD., HUDSON DIAMOND HOLDINGS LLC, LAWALL & MITCHELL, LLC, O.S.C. ORBIT SERVICE COMPANY LLC, and SAVIO LAW LLC | : : : : : : : : : : : : : : : : : : : |
| Defendants. | : |

-------------------------------------------------------------------x

| | | |
|---|---|---|
| LUC A. DESPINS, Chapter 11 Trustee, | : : : | |
| Plaintiff, | : : | Adv. Proceeding No. 24-05249 |
| v. | : : : | |
| ACA CAPITAL GROUP LTD., ALFA GLOBAL VENTURES LIMITED, ALFONSO GLOBAL VENTURES LIMITED, ANTON DEVELOPMENT LIMITED, BRAVO LUCK LIMITED, CELESTIAL TIDE LIMITED, CHINA GOLDEN SPRING GROUP (HONG KONG) LTD., EASTERN PROFIT CORPORATION LIMITED, FREEDOM MEDIA VENTURES LIMITED, G CLUB INTERNATIONAL LIMITED, G CLUB OPERATIONS LLC, G FASHION (CA), G FASHION HOLD CO A LIMITED, G FASHION HOLD CO B LIMITED, G FASHION INTERNATIONAL LIMITED, GFASHION MEDIA GROUP INC., G MUSIC LLC, GF IP, LLC, GF ITALY, LLC, GFNY, INC., HAMILTON CAPITAL HOLDING LIMITED, HAMILTON INVESTMENT MANAGEMENT LIMITED, HAMILTON OPPORTUNITY FUND | : : : : : : : : : : : : : : : : : : : | |

2

| | |
|---|---|
| SPC, HAORAN HE, HIMALAYA CURRENCY CLEARING PTY LTD., HIMALAYA INTERNATIONAL CLEARING LIMITED, HIMALAYA INTERNATIONAL FINANCIAL GROUP LIMITED, HIMALAYA INTERNATIONAL PAYMENTS LIMITED, HIMALAYA INTERNATIONAL RESERVES LIMITED, JOVIAL CENTURY INTERNATIONAL LIMITED, K LEGACY LTD., KARIN MAISTRELLO, LEADING SHINE LIMITED, MAJOR LEAD INTERNATIONAL LIMITED, MEI GUO, NEXT TYCOON INVESTMENTS LIMITED, QIANG GUO, RULE OF LAW FOUNDATION III, INC., RULE OF LAW SOCIETY IV, INC., SARACA MEDIA GROUP, INC., SEVEN MISSION GROUP LLC, WILLIAM JE, WISE CREATION INTERNATIONAL LIMITED, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | : |

## CHAPTER 11 TRUSTEE'S NOTICE OF RESUMPTION OF CERTAIN STAYED ADVERSARY PROCEEDINGS UPON CONCLUSION OF DEBTOR'S CRIMINAL TRIAL IN UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF NEW YORK

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), hereby files this notice (the "Notice") of resumption of the Subject Adversary Proceedings (as defined below) in accordance with the Stay Order (as defined below) entered by this Court on March 22, 2024.

On March 4, 2024, the Trustee filed a *Motion to Stay Adversary Proceedings and Obtain Other Relief Pending Disposition of Criminal Proceeding* [Main Case, Doc No. 2975] (the "Motion to Stay")[2] and sought, among other things, to stay the adversary proceedings styled *Despins v. Ngok, et al.*, Adv Proc No. 24-05273 (the "Civil RICO Action") and *Despins v. ACA Capital Group Ltd., et al.*, Adv. Proc. No. 24-05429 (the "Omnibus Alter Ego Action," and

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Stay.

3

together with the Civil RICO Action, the "Subject Adversary Proceedings") pending the conclusion of the trial in the Debtor's criminal case [Case No. 1:23-cr-00118-AT] (the "Criminal Case") pending in the United States District Court for the Southern District of New York (the "SDNY Court").

On March 22, 2024, the Court entered an *Order Staying Adversary Proceedings and Granting Other Relief Pending Disposition of Criminal Proceeding* [Main Case, Doc No. 3038] (the "Stay Order"). The Stay Order provided, among other things, that the Subject Adversary Proceedings are stayed pending the conclusion of the criminal trial (the "Criminal Trial") in the Criminal Case, and directed the Trustee to file a notice of resumption of the Subject Adversary Proceedings in both the Bankruptcy Court and the SDNY Court following the conclusion of the Criminal Trial, upon which filings the stay shall terminate.

On July 16, 2024, the Criminal Trial concluded when a unanimous jury found the Debtor guilty on nine of the 12 charges, including racketeering conspiracy, conspiracy to commit wire fraud and bank fraud, money laundering conspiracy, conspiracy to commit securities fraud, wire fraud in connection with the Farm Loan Program, securities fraud in connection with the Farm Loan Program, wire fraud in connection with G|CLUBS, securities fraud in connection with G|CLUBS, and wire fraud in connection with the Himalaya Exchange. The SDNY Court has scheduled the Debtor's sentencing for November 19, 2024. A copy of the Criminal Trial transcript announcing the verdict is attached hereto as **Exhibit A**.

In accordance with the Court's Stay Order and in light of the conclusion of the Debtor's Criminal Trial, the Trustee hereby respectfully files this Notice of resumption of the Subject Adversary Proceedings. The Trustee is concurrently filing a letter (the "Letter") to the SDNY Court providing notice of resumption of the Subject Adversary Proceedings. A copy of the

4

Letter is attached hereto as **Exhibit B**.  ***Pursuant to paragraph four of the Stay Order, all defendants who have been served with the applicable summons and complaint shall have 30 days from the date hereof to answer or otherwise respond to such complaint.***

[*Remainder of page intentionally left blank*]

Dated: July 18, 2024
New York, New York

By: */s/ Nicholas A. Bassett*
Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

G. Alexander Bongartz (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
alexbongartz@paulhastings.com

    *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**Exhibit A**

```
O7GBGUOF
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

          v.                          23 Cr. 118 (AT)

MILES GUO,

               Defendant.             Trial
------------------------------x
                                      New York, N.Y.
                                      July 16, 2024
                                      3:17 a.m.
Before:

                    HON. ANALISA TORRES,

                                      District Judge
                                       -and a Jury-

                         APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
BY:  MICAH F. FERGENSON
     RYAN B. FINKEL
     JUSTIN HORTON
     JULIANA N. MURRAY
     Assistant United States Attorneys

SABRINA P. SHROFF
     Attorney for Defendant

PRYOR CASHMAN LLP
     Attorneys for Defendant
BY:  SIDHARDHA KAMARAJU
     MATTHEW BARKAN
     JOHN KILGARD


ALSTON & BIRD LLP
     Attorneys for Defendant
BY:  E. SCOTT SCHIRICK
```

O7GBGUOF

Also Present:
Isabella Loftus, Paralegal Specialist, USAO
Michael Gartland, Paralegal Specialist, USAO
Robert Stout, Special Agent, FBI
Jorge Salazar, Defense Paralegal
Tuo Huang, Interpreter (Mandarin)
Shi Feng, Interpreter (Mandarin)
Barbara Robertson, Interpreter (Mandarin)

|    |    |
|----|----|
| 1  | (Trial resumed; jury not present; 3:17 p.m.) |
| 2  | THE COURT:  Good afternoon.  Please make your |
| 3  | appearances. |
| 4  | MS. MURRAY:  Good afternoon, your Honor.  Juliana |
| 5  | Murray, Ryan Finkel, and Justin Horton on behalf of the United |
| 6  | States, joined by our Paralegal Specialist Isabel Loftus, |
| 7  | Special Agent Robert Stout, FBI, and Michael Gartland Paralegal |
| 8  | Specialist of our office. |
| 9  | MR. KAMARAJU:  Good afternoon, your Honor. Sidhardha |
| 10 | Kamaraju, Sabrina Shroff, Scott Schirick and Matthew Barkan on |
| 11 | behalf of Mr. Guo, and Mr. Guo is with us at counsel's table. |
| 12 | THE COURT:  Please be seated.  I received a note from |
| 13 | the jury at 2:52 p.m.  It's signed by the foreperson, dated |
| 14 | today's date.  I'm making it Court Exhibit Number 8.  It |
| 15 | states:  We, the jury, we have a verdict.  Would you have the |
| 16 | jurors brought out, please. |
| 17 | THE LAW CLERK:  Jury entering. |
| 18 | (Jury present) |
| 19 | THE COURT:  Please be seated.  Members of the jury, |
| 20 | good afternoon.  I have a note from you from 2:52 p.m. It's |
| 21 | Court Exhibit Number 8.  It says, We, the jury, we have a |
| 22 | verdict.  Juror number one, do you have the verdict sheet? |
| 23 | JUROR:  I do. |
| 24 | THE COURT:  With respect to Count One, Racketeering |
| 25 | conspiracy, the jury found the defendant guilty. |

1           With respect to Count Two, Conspiracy to commit wire
2    fraud or bank fraud, the jury's verdict is guilty.
3           Count Three, Conspiracy to commit money laundering,
4    the jury's verdict is guilty.
5           Count Four, Conspiracy to commit securities fraud,
6    verdict is guilty.
7           Count Five, Wire fraud GTV private placement, the
8    jury's verdict is not guilty.
9           Count Six, Securities fraud GTV private placement, the
10   jury's verdict is not guilty.
11          Count Seven, Wire fraud farm loan program, the jury's
12   verdict is guilty.
13          Count Eight, Securities fraud farm loan program, the
14   verdict is guilty.
15          Count Nine, wire fraud G/Club, the verdict is guilty.
16          Count Ten, securities fraud G/Club, the verdict is
17   guilty.
18          Count 11, Wire fraud the Himalaya Exchange, the
19   verdict is guilty.
20          Count 12, Unlawful monetary transaction, the verdict
21   is not guilty.
22          The verdict sheet is signed by all 12 jurors and
23   they've each put today's date.
24          Juror number One, is this your verdict?
25          JUROR:  It is.

O7GBGUOF

1             THE COURT:  Juror number two, is this your verdict?
2             JUROR:  It is.
3             THE COURT:  Juror number three, is this your verdict?
4             JUROR:  It is.
5             THE COURT:  Juror number four, is this your verdict?
6             JUROR:  It is.
7             THE COURT:  Juror number five, is this your verdict?
8             JUROR:  It is.
9             THE COURT:  Juror number six, is this your verdict?
10            JUROR:  Yes, your Honor.
11            THE COURT:  Juror number seven, is this your verdict?
12            JUROR:  It is.
13            THE COURT:  Juror number eight, is this your verdict?
14            JUROR:  It is.
15            THE COURT:  Juror number nine, is this your verdict?
16            JUROR:  It is, your Honor.
17            THE COURT:  Juror number ten, is this your verdict?
18            JUROR:  It is.
19            THE COURT:  Juror number 11, is this your verdict?
20            JUROR:  It is.
21            THE COURT:  Juror number 12, is this your verdict?
22            JUROR:  It is, your Honor.
23            THE COURT:  Members of the jury, I want to thank you
24   for your service as jurors and for the time and attention that
25   you've given to your deliberations.  A democracy such as ours

1  could not function without the willingness of people such as
2  you to serve.  Serving as a juror is one of the highest duties
3  an American citizen can be called upon to perform.  Now what
4  you said amongst yourselves may remain secret.  You don't have
5  to disclose it to anyone.  However, you are now free to discuss
6  the case with anyone if you choose.  I would like to thank you
7  personally in the jury room, so please wait for me there.
8          THE LAW CLERK:  Jury exiting.
9          (Continued on next page)

202

O7GBGUOF

```
 1                  (Jury not present)
 2              THE COURT:  I'm making the verdict sheet Court Exhibit
 3   Number 9.  Please be seated.  Have the parties discussed a
 4   motion schedule?
 5              MS. MURRAY:  Not yet, your Honor.
 6              MR. KAMARAJU:  We have not, but we would ask for 30
 7   days to submit our brief.
 8              THE COURT:  I'm having trouble hearing you.
 9              MR. KAMARAJU:  We would ask for 45 days to submit our
10   brief, your Honor.
11              THE COURT:  All righty.  I'm going to put the matter
12   on for sentencing on November 19, at 1 p.m., and I will give
13   you those dates in a moment.
14              So the defense motion is due on August 29th.
15   September 19 is the date for the government's response, and
16   October 3rd is the defendant's reply date.  I want to thank the
17   lawyers for their hard work on this case.
18              Does anyone wish to speak with the jurors in case they
19   are willing to speak with you?
20              MS. MURRAY:  Not the government, your Honor.  Thank
21   you.
22              MR. KAMARAJU:  If they're willing, your Honor, we'd
23   like that opportunity.
24              THE COURT:  All righty.
25              (Adjourned)
```

## **Exhibit B**

# PAUL HASTINGS

1(202) 551-1902
nicholasbassett@paulhastings.com

July 18, 2024

Hon. Analisa Torres
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *United States v. Guo, et al*, 1:23-cr-118 (AT)

Dear Judge Torres:

As the Court is aware, we represent Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") in the chapter 11 bankruptcy case of defendant Miles Guo (a/k/a Ho Wan Kwok) pending in the United States Bankruptcy Court for the District of Connecticut. As we indicated in our March 5, 2024 letter (Dkt. 246), we moved (the "Motion") before the Bankruptcy Court for entry of an order staying the adversary proceedings styled *Despins v. Ngok, et al.,* Adv. Proc. No. 24-5273 (referred to as the "Civil RICO Action") and *Despins v. ACA Capital Group Ltd., et al.,* Adv. Proc. No. 24-5249 (referred to as the "Omnibus Alter Ego Action") and addressing other matters pending the conclusion of the trial in the above-referenced criminal case before this Court.

On March 22, 2024, the Bankruptcy Court entered an order (the "Stay Order"), which provided, among other things, that the Civil RICO Action and the Omnibus Alter Ego Action are stayed pending the conclusion of the criminal trial, and directed the Trustee to file a notice of resumption of the Civil RICO Action and Omnibus Alter Ego Action in the Bankruptcy Court and this Court following the conclusion of the criminal trial, upon which filings the stay shall terminate. The Stay Order is affixed hereto as Exhibit 1.

As Your Honor is aware, on July 16, 2024, the criminal trial concluded when a unanimous jury found the defendant Miles Guo (a/k/a Ho Wan Kwok) guilty on nine of the 12 charges against him. In accordance with the Bankruptcy Court's Stay Order, we hereby file this letter to provide notice of resumption of the Civil RICO Action and Omnibus Alter Ego Action. Affixed hereto as Exhibit 2 is the Trustee's notice of resumption to be filed with the Bankruptcy Court concurrently.

Respectfully submitted,

/s/ Nicholas A. Bassett


Nicholas A. Bassett
of PAUL HASTINGS LLP


NAB

Encl.