UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

----------------------------------------------------------- X
:
In re: HO WAN KWOK, *et al.*,[1]  : Chapter 11
:
                Debtor. : Case No. 22-50073 (JAMS)
:
:
:
:
----------------------------------------------------------- X

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appears as counsel for Microsoft Corporation, party-in-interest in the above-captioned proceeding, and request that he be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices, or other papers, filed or served, in this case, or any proceeding herein, except original process, be served upon the undersigned at the following address:

Matthew J. Schenker
**FOX ROTHSCHILD LLP**
101 Park Avenue
17th Floor
New York, NY 10178
Telephone: (212) 905-2308
Email: MSchenker@foxrothschild.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

Dated: July 19, 2024

**FOX ROTHSCHILD LLP**

By: */s/ Matthew J. Schenker*
MATTHEW J. SCHENKER
101 Park Avenue
17th Floor
New York, NY 10178
Telephone: (212) 905-2308
Facsimile: (212) 692-0940

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, a copy of the within Notice of Appearance OF Counsel and Request for Notices was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**FOX ROTHSCHILD LLP**

By: */s/ Matthew J. Schenker*
MATTHEW J. SCHENKER
101 Park Avenue
17th Floor
New York, NY 10178
Telephone: (212) 905-2308
Facsimile: (212) 692-0940

*Attorneys for Microsoft Corporation*