**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
HO WAN KWOK, *et al.*,                                       :  Case No. 22-50073 (JAM)
                                                             :
            Debtors.[1]                                      :  Jointly Administered
                                                             :
-------------------------------------------------------------x

## MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JUNE 1, 2024 THROUGH JUNE 30, 2024

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from June 1, 2024 through and including June 30, 2024 (the "Fee Period").  By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $1,722.00 and $2.40 respectively.

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1.　　Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period.  The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2.　　Attached hereto as <u>Exhibit B</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3.　　Attached hereto as <u>Exhibit C</u> is the fee statement of OMJB for services provided during the Fee Period with redactions to protect certain privileged information.

## NOTICE AND OBJECTION PROCEDURES

4.　　Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New

2

York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **August 12, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6.      If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever (US) shall promptly pay OMJB 80% of the fees and 100% of the expenses as identified in this Monthly Fee Statement.

7.      To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: July 22, 2024
Glastonbury, Connecticut

GENEVER HOLDINGS LLC

By:     */s/Michael T. McCormack*

Michael T. McCormack (ct13799)
Timothy P. Jensen (ct18888)
Amy E. Markim (ct27974)
O'Sullivan McCormack Jensen & Bliss PC
180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Tel: 860-258-1993
Fax: 860-258-1991
mmccormack@omjblaw.com
tjensen@omjblaw.com
amarkim@omjblaw.com

*Special Insurance Coverage Counsel for*
*Debtor-In-Possession Genever Holdings LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

-------------------------------------------------------x
:
In re:                                               :      Chapter 11
                                                     :
HO WAN KWOK, *et al.*,[1]                            :      Case No. 22-50073 (JAM)
                                                     :
                    Debtors.                         :      (Jointly Administered)
                                                     :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2024, the foregoing Monthly Fee

Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served

by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF system.

GENEVER HOLDINGS LLC

By:   */s/Michael T. McCormack*
     Michael T. McCormack (ct13799)
     Timothy P. Jensen (ct18888)
     Amy E. Markim (ct27974)
     O'Sullivan McCormack Jensen & Bliss PC
     180 Glastonbury Boulevard, Suite 210
     Glastonbury, CT 06033
     Tel: 860-258-1993
     Fax: 860-258-1991
     mmccormack@omjblaw.com
     tjensen@omjblaw.com
     amarkim@omjblaw.com
     *Special Insurance Coverage*
     *Counsel for Debtor-In-Possession Genever*
     *Holdings LLC*

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## EXHIBIT A

## HOURS AND RATES PER TIMEKEEPER

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|------|----------|--------------------|--------------|-------------------|
| Michael McCormack | 1993 | $375 | .1 | $37.50 |
| Michael McCormack | 1993 | $400 | 4.6 | $1,840.00 |
| Melissa Gambardella | | $125 | 2.2 | $275.00 |
| **Total** | | | | **$2,154.90** |

## <u>EXHIBIT B</u>

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Expense Category | Amount |
|---|---|
| Copying: Month of June | $2.40 |
| **TOTAL** | **$2.40** |

**EXHIBIT C**

**TIME AND EXPENSE DETAIL**



**O'Sullivan McCormack Jensen & Bliss** PC
Attorneys at Law

180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27855
Date: 07/11/2024

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

### Services

| Date | Attorney | Activity | Time | Rate | Total |
|------|----------|----------|------|------|-------|
| 06/04/2024 | MTM | Email correspondence with Attny Bongartz re interim fee application | 0.10 | $400.00 | $40.00 |
| 06/12/2024 | MTM | Review and revise Genever bankruptcy motion re amendment of DIP financing agreement; review of motion for summary judgment pleadings re facts re Genver DIP amendment issues | 0.90 | $400.00 | $360.00 |
| 06/12/2024 | MBG | Check on status of FOIA requests to ATF and NYFD. | 0.10 | $125.00 | $12.50 |
| 06/13/2024 | MTM | Review email from L. Despins re REDACTED | 0.10 | $375.00 | $37.50 |
| 06/17/2024 | MBG | Begin draft of OMJB May Fee Application and attention to redaction of invoice. | 0.30 | $125.00 | $37.50 |
| 06/19/2024 | MTM | Email communications to AIG counsel re Motion to Amend Debtor in Possession finance agreement | 0.10 | $400.00 | $40.00 |
| 06/19/2024 | MTM | Attention to inquiry from REDACTED re REDACTED REDACTED; telephone conference with L. Despins re REDACTED | 0.20 | $400.00 | $80.00 |
| 06/20/2024 | MTM | Review, revise and supplement draft interim fee application; | 1.30 | $400.00 | $520.00 |
| 06/20/2024 | MTM | Revise and finalize monthly bankruptcy fee application and attention to payment receipt issues | 0.60 | $400.00 | $240.00 |
| 06/20/2024 | MTM | Conference with REDACTED re REDACTED | 0.40 | $400.00 | $160.00 |
| 06/20/2024 | MBG | Create sharefile of PURE Specialty's document production in response to subpoena and transmit same to Attorney O'Connell. | 0.30 | $125.00 | $37.50 |
| 06/20/2024 | MBG | Revise redactions to OMJB invoice and finalize OMJB May Fee Application for filing and attention to service on Notice Parties. | 0.50 | $125.00 | $62.50 |

| 06/20/2024 | MBG | Further revisions to OMJB Interim Fee Application. | 0.60 | $125.00 | $75.00 |
| 06/20/2024 | MTM | Email communications with Attny Bongartz and AIG counsel re motion to amend DIP | 0.10 | $400.00 | $40.00 |
| 06/21/2024 | MTM | Review of revised draft interim fee application; email communications with Attny Bongartz re same and re DIP motion and hearing | 0.30 | $400.00 | $120.00 |
| 06/21/2024 | MTM | Attention to redactions re revised invoice; email communications re same | 0.20 | $400.00 | $80.00 |
| 06/24/2024 | MBG | Further redactions to invoices attached to Interim Fee Application. | 0.10 | $125.00 | $12.50 |
| 06/24/2024 | MTM | Email communications with Attny Bongartz re fee application | 0.10 | $400.00 | $40.00 |
| 06/24/2024 | MTM | Attention to interim fee application issues and support | 0.20 | $400.00 | $80.00 |
| 06/27/2024 | MTM | Review notice from court re hearing re fee application | 0.10 | $400.00 | $40.00 |
| 06/28/2024 | MBG | Follow ups on FOIA Requests to ATF and NYFD. | 0.30 | $125.00 | $37.50 |
| | | **Services Subtotal** | | | **$2,152.50** |

## Expenses

| Type | Date | Activity | | Total |
|---|---|---|---|---|
| Expense | 06/30/2024 | Copying: Month of June | | $2.40 |
| | | **Expenses Subtotal** | | **$2.40** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Michael McCormack | 4.6 | $400.00 | $1,840.00 |
| Michael McCormack | 0.1 | $375.00 | $37.50 |
| Melissa Gambardella | 2.2 | $125.00 | $275.00 |
| | | **Invoice Subtotal** | **$2,154.90** |
| | | **Invoice Total** | **$2,154.90** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27423 | 02/09/2024 | $11,978.91 | $9,740.41 | $2,238.50 |
| 27521 | 03/11/2024 | $12,033.85 | $9,693.85 | $2,340.00 |
| 27587 | 04/11/2024 | $4,567.70 | $3,709.20 | $858.50 |
| 27688 | 05/16/2024 | $2,434.40 | $2,016.20 | $418.20 |
| 27792 | 06/17/2024 | $2,769.58 | $0.00 | $2,769.58 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| 27855 | 07/11/2024 | $2,154.90 | $0.00 | $2,154.90 |
| | | | **Balance Due on All Invoices** | **$10,779.68** |
| | | | **TOTAL AMOUNT DUE** | **$10,779.68** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC          REDACTED

Payment is due upon receipt.

**Remittance Advice**

# REDACTED

180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27855
Date: 07/11/2024

# REDACTED