# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| HO WAN KWOK, et al.[1] | : | CASE NO. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |
| LUC A DESPINS, CHAPTER 11 TRUSTEE | : | |
| Plaintiff, | : | Adv. Proceeding No. 24-05158 |
| v. | : | |
| RV RETAILER EAST, LLC, | : | |
| Defendant. | : | |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF LONDON ENGLAND

Upon consideration of the Motion of Eric S. Goldstein for Admission *Pro Hac Vice* of London England (the "Motion"), and any and all responses thereto, it is hereby

ORDERED that the Motion is GRANTED and London England is admitted *pro hac vice*, and it is further

ORDERED that Eric S. Goldstein will receive service on behalf of London England in accordance with D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 9083-3.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

SG-21420711.1