**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

**NOTICE OF FILING REVISED PROPOSED ORDER APPROVING FIFTH INTERIM APPLICATION OF NEUBERT, PEPE & MONTEITH, P.C., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS LOCAL AND CONFLICTS COUNSEL TO THE CHAPTER 11 TRUSTEE AND AS COUNSEL TO DEBTORS GENEVER HOLDINGS CORPORATION AND GENEVER HOLDINGS LLC**

**PLEASE TAKE NOTICE** that, on June 25, 2024, Neubert, Pepe & Monteith, P.C. (the "Applicant") filed the *Fifth Interim Application of Neubert, Pepe & Monteith, P.C. for Allowance of Compensation and Reimbursement of Expenses as Local and Conflicts Counsel to the Chapter 11 Trustee and as Counsel to the Debtors Genever Holdings Corporation and Genever Holdings LLC* [ECF No. 3287] (the "Fifth Interim Fee Application").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised proposed order (the "Revised Order") granting the Fifth Interim Fee Application implementing revisions agreed to by NPM in consultation with the United States Trustee [*see* ECF No. 3317].

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a redline version of the Revised Order marked to show the changes that have been made to the version attached to the Fifth Interim Fee Application.

<div style="display:flex">
Dated: July 23, 2024  
       New Haven, Connecticut
</div>

NEUBERT, PEPE & MONTEITH, P.C.

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2024, the foregoing, and all attachments, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: July 23, 2024         NEUBERT, PEPE & MONTEITH, P.C.
       New Haven, Connecticut

                             By: */s/ Patrick R. Linsey*
                                Douglas S. Skalka (ct00616)
                                Patrick R. Linsey (ct29437)
                                NEUBERT, PEPE & MONTEITH, P.C.
                                195 Church Street, 13th Floor
                                New Haven, Connecticut 06510
                                (203) 781-2847
                                plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## **Exhibit 1**

**(Revised Proposed Order)**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                                                              :   Chapter 11
                                                                                         :
HO WAN KWOK, *et al.*,                                                :   Case No. 22-50073 (JAM)
                                                                                         :
Debtors.[1]                                                                     :   Jointly Administered
                                                                                         :
---------------------------------------------------------------x

**[REVISED PROPOSED] ORDER GRANTING
FIFTH INTERIM APPLICATION OF NEUBERT, PEPE & MONTEITH, P.C., AS LOCAL
AND CONFLICTS COUNSEL TO THE CHAPTER 11 TRUSTEE AND AS COUNSEL TO
DEBTORS GENEVER HOLDINGS CORPORATION AND GENEVER HOLDINGS LLC
FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM JANUARY 1, 2024 THROUGH APRIL 30, 2024**

Upon consideration of the Application (the "Application") of Neubert, Pepe & Monteith, P.C. ("NPM") as counsel to the Trustee[2] and the Genever Debtors for fifth interim allowance of compensation and reimbursement of expenses from January 1, 2024 through April 30, 2024; and sufficient notice having been given; and a hearing having been held on July 23, 2024, and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

1. ORDERED that the Application is granted and compensation in the amount of $1,351,385.50 and reimbursement of expenses in the amount of $17,663.61 is awarded to NPM,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; and it is further

2. ORDERED that NPM's right to seek allowance in future fee applications of $5,341.50 in fees associated with services related to *Despins, Chapter 11 Trustee v. Hing Chi Ngok,* et al. (Adv. Proc. No. 24-05273) shall be reserved; and it is further

3. ORDERED that the Debtors' estates are authorized to pay NPM (a) 90% of the fees (*i.e.*, $1,216,246.95) and (b) 100% of the expense reimbursements (*i.e.*, $17,663.61) allowed in paragraph 1 above in the aggregate amount of $1,233,910.50, and the remaining 10% of the fees allowed in paragraph 1 above in the amount of $135,138.55 shall be held back by the Debtors' estates pending further order of this Court; and it is further

4. ORDERED that the Debtors' estates are authorized to pay NPM 50 percent of the Prior Holdbacks (*i.e.*, $137,625.75), and the remaining 50 percent of the Prior Holdbacks (*i.e.*, $137,625.75) shall remain held back by the Debtors' estates pending further order of the Court; and it is further

5. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

6. ORDERED that the Trustee and NPM are authorized and empowered to take all necessary actions to implement the relief granted in this Order; and it is further

7. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

8. ORDERED that all time periods set forth in this Order shall be calculated in

accordance with Bankruptcy Rule 9006(a).

**Exhibit 2**

**(Redline Revised Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                                                             :

In re:                                                         :   Chapter 11

HO WAN KWOK, *et al.*,                          :   Case No. 22-50073 (JAM)

                  Debtors.¹                           :   Jointly Administered

---------------------------------------------------------------x

**[REVISED PROPOSED] ORDER GRANTING**
**FIFTH INTERIM APPLICATION OF NEUBERT, PEPE & MONTEITH, P.C., AS LOCAL AND CONFLICTS COUNSEL TO THE CHAPTER 11 TRUSTEE AND AS COUNSEL TO DEBTORS GENEVER HOLDINGS CORPORATION AND GENEVER HOLDINGS LLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH APRIL 30, 2024**

Upon consideration of the Application (the "Application") of Neubert, Pepe & Monteith, P.C. ("NPM") as counsel to the Trustee² and the Genever Debtors for fifth interim allowance of compensation and reimbursement of expenses from January 1, 2024 through April 30, 2024; and sufficient notice having been given; and a hearing having been held on ~~————~~ July 23, 2024, and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

1. ORDERED that the Application is granted and compensation in the amount of $1,~~357~~351,~~568~~385.50 and reimbursement of expenses in the amount of $17,663.61 is awarded to

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

NPM, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; and it is further

2. ORDERED that NPM's right to seek allowance in future fee applications of $5,341.50 in fees associated with services related to *Despins, Chapter 11 Trustee v. Hing Chi Ngok,* et al. (Adv. Proc. No. 24-05273) shall be reserved; and it is further

3. ORDERED that the Debtors' estates are ~~directed~~ authorized to pay NPM (a) 90% of the fees (*i.e.*, $1,216,246.95) and (b) 100% of the expense reimbursements (*i.e.*, $17,663.61) allowed in paragraph 1 above in the aggregate amount of $1,233,910.50, and the remaining 10% of the fees allowed in paragraph 1 above in the amount of $135,138.55 shall be held back by the Debtors' estates pending further order of this Court; and it is further

~~2. all fees and expenses granted for the month of April 2024 taking into account NPM's $15,000.00 voluntary reduction (*i.e.*, $272,830.00 in fees and $2,818.36 in expenses) within fourteen days of the date of this Order; and it is further~~

~~3.~~4. ORDERED that the Debtors' estates are ~~directed~~ authorized to pay ~~the NPM the Application Period Holdback (*i.e.*, $216,947.70) and~~NPM 50 percent of the Prior Holdbacks (*i.e.*, $137,625.75) ~~within fourteen days of the date of this Order~~, and the remaining 50 percent of the Prior Holdbacks (*i.e.*, $137,625.75) shall remain held back by the Debtors' estates pending further order of the Court; and it is further

~~4.~~5. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

~~5.~~6. ORDERED that the Trustee and NPM are authorized and empowered to take all

necessary actions to implement the relief granted in this Order; <ins>and</ins> it is further

<del>6.</del><ins>7.</ins>    ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

<del>7.</del><ins>8.</ins>    ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).