## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 (JAM) |
| | : Jointly Administered |
| Debtor.[1] | : Re: ECF No. 3278 |
| | : |
| | : |

# ORDER APPROVING FOURTH INTERIM FEE APPLICATION OF PULLMAN & COMLEY, LLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2024 THROUGH APRIL 30, 2024

Upon the *Fourth Interim Fee Application Of Pullman & Comley, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred From January 1, 2024 through April 30, 2024* (the "Application")[2], by Pullman & Comley, LLC (the "Applicant"), as counsel to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 case of Ho Won Kwok, the above captioned debtor (the "Debtor"), in the above captioned jointly administered chapter 11 bankruptcy cases (collectively, the "Chapter 11 Cases"), pursuant to 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016(a), and District of Connecticut Local Bankruptcy Rule 2016-1, there being due and sufficient notice of the relief requested and there being no objection, and after the hearing held July 23, 2024 on the Application, it is therefore

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

-2-

**ORDERED**, that the Application is hereby GRANTED, and the Applicant is awarded for the period from January 1, 2024 through April 30, 2024, interim compensation in the amount of $56,420.00 (the "Allowed Fees"), together with an award for reimbursement of all necessary and actual out-of-pocket expenses incurred by the Applicant on behalf of the Committee in the amount of $581.40 (together, collectively, the "Allowed Fees and Expenses"); and it is further

**ORDERED**, that such award of Allowed Fees and Expenses is hereby awarded on an interim basis pursuant to 11 U.S.C. §§ 330 and 331; and it is further

**ORDERED**, that, the Chapter 11 Trustee is authorized and ordered to pay the Applicant the Allowed Fees and Expenses within ten days of the date of this order; and it is further

**ORDERED**, that any fees and expenses paid to the Applicant pursuant to this Order may be subject to disgorgement or adjustment in the event administrative claims are not paid in full in accordance with the priority scheme set forth by the Bankruptcy Code.

Dated at Bridgeport, Connecticut this 23rd day of July, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

ACTIVE/83201.1/JKAPLAN/15444858v1