**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
 : 
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
 : 
Debtors.[1] : Jointly Administered
 : 
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JUNE 1, 2024 THROUGH JUNE 30, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kroll, LLC ("Kroll") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from June 1, 2024 through and including June 30, 2024 (the "Fee Period"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $28,160.80 and $126.88, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period. The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as Exhibit B is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3. Attached hereto as Exhibit C is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4. Attached hereto as Exhibit D is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5. Attached hereto as Exhibit E are Kroll's fee statements for services provided during the Fee Period.

**NOTICE AND OBJECTION PROCEDURES**

6. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn

(holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **August 13, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: July 23, 2024

By: /s/ Allen Pfeiffer
Allen Pfeiffer
KROLL, LLC
55 East 52nd Street, Floor 17
New York, New York 10055

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2024, the foregoing Monthly Fee Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF system.

Dated: July 23, 2024    By: */s/ G. Alexander Bongartz*
New York, New York         G. Alexander Bongartz (admitted *pro hac vice*)
                           PAUL HASTINGS LLP
                           200 Park Avenue
                           New York, New York 10166
                           (212) 318-6000
                           alexbongartz@paulhastings.com

                           *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**

**HOURS AND RATES PER PROFESSIONAL**

*Time Period: June 1-30, 2024.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 850 | $ 680 | 9.4 | $ 6,392.00 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 550 | $ 495 | 19.0 | $ 9,405.00 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 550 | $ 495 | 39.2 | $ 19,404.00 |
| **Total Hours and Fees:** | | | | | **67.6** | **$ 35,201.00** |
| **Blended Hourly Rate:** | | | | | | **$ 520.72** |

1

**EXHIBIT B**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

*Time Period: June 1-30, 2024.*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B120    Asset Analysis and Recovery | 39.7 | $ 20,410.00 |
| B160    Fee/Employment Applications | 5.0 | $ 3,400.00 |
| B180    Avoidance Action Analysis | 4.1 | $ 2,085.00 |
| B261    Investigations | 18.8 | $ 9,306.00 |
| **TOTAL** | **67.6** | **$ 35,201.00** |

2

## EXHIBIT C

### SUMMARY OF COMPENSATION BY MATTER ID

*Time Period: June 1-30, 2024.*

| Matter ID and Name | | Hours Billed | Fees Billed |
|---|---|---:|---:|
| 00001 | General Debtor Representation | 5.0 | $ 3,400.00 |
| 00002 | Asset Recovery Investigation and Litigation | 58.1 | $ 29,444.00 |
| 00012 | Golden Spring Adversary Proceeding | 2.5 | $ 1,237.50 |
| 00016 | G-Club Adversary Proceeding | 1.3 | $ 643.50 |
| 00018 | UAE Asset Recovery Actions | 0.4 | $ 272.00 |
| 00020 | Gettr USA Proceeding | 0.3 | $ 204.00 |
| | | **67.6** | **$ 35,201.00** |

3

**EXHIBIT D**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

*Time Period: June 1-30, 2024.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---|
| Messenger Service | General Debtor Representation | Case Administration | $ 126.88 |
| **TOTAL** | | | **$ 126.88** |

**EXHIBIT E**

**FEE DETAIL**

*Time Period: June 1-30, 2024.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lazarus, Jordan | 06/03/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with B. Scodeller re: analysis of document production. | 0.3 | $ 495 | $ 148.50 |
| Lazarus, Jordan | 06/03/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continued analysis of document production. | 1.7 | $ 495 | $ 841.50 |
| Parizek, Pam | 06/04/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas analysis of transfers to | 0.3 | $ 680 | $ 204.00 |
| Lomas, Adam | 06/04/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to Paul Hastings [D. Barron, L. Song] re: certain activity in bank accounts. | 1.1 | $ 495 | $ 544.50 |
| Lomas, Adam | 06/04/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of accounting/bookkeeping ledger of transactions in accounts at related reconciliation to bank statements; related attention to master transaction file. | 5.0 | $ 495 | $ 2,475.00 |
| Lomas, Adam | 06/05/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 06/05/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare summary schedule of sources and uses of funds in accounts at | 3.4 | $ 495 | $ 1,683.00 |
| Lazarus, Jordan | 06/06/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attend weekly call with P. Parizek, A. Lomas, Paul Hastings [L. Despins, N. Bassett, D. Barron], NPM Law [K. Mitchell] re: bank accounts and priorities for August 15 deadline. | 0.8 | $ 495 | $ 396.00 |
| Parizek, Pam | 06/06/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Draft agenda [.1] and attend weekly call with A. Lomas, J. Lazarus, Paul Hastings [L. Despins, N. Bassett, D. Barron], NPM Law [K. Mitchell] re: bank accounts and priorities for August 15 deadline [.8]. | 0.9 | $ 680 | $ 612.00 |
| Parizek, Pam | 06/06/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas analysis re: | 0.2 | $ 680 | $ 136.00 |
| Lomas, Adam | 06/06/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attend weekly call with P. Parizek, J. Lazarus, Paul Hastings [L. Despins, N. Bassett, D. Barron], NPM Law [K. Mitchell] re: bank accounts and priorities for August 15 deadline. | 0.8 | $ 495 | $ 396.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lazarus, Jordan | 06/10/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of ▮ document production; prepare summary analysis schedules. | 2.7 | $ 495 | $ 1,336.50 |
| Lomas, Adam | 06/10/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to email inquiry from NPM Law [K. Mitchell] re: ▮ documents/information. | 0.8 | $ 495 | $ 396.00 |
| Lomas, Adam | 06/10/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▮ bank account transactions into master transaction file for review and analysis. | 0.5 | $ 495 | $ 247.50 |
| Lomas, Adam | 06/10/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of statements for ▮ account at ▮ related upload to bank statement analysis tool. | 0.3 | $ 495 | $ 148.50 |
| Lomas, Adam | 06/10/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: additional requests with respect to ▮. | 0.8 | $ 495 | $ 396.00 |
| Lomas, Adam | 06/10/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of transactions in ▮ account at ▮ related attention to master transaction file. | 1.0 | $ 495 | $ 495.00 |
| Lazarus, Jordan | 06/11/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of ▮ document production; prepare summary analysis schedules. | 0.9 | $ 495 | $ 445.50 |
| Lomas, Adam | 06/11/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of statements for ▮ account at ▮ related upload to bank statement analysis tool. | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 06/11/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of transactions in ▮ account at ▮ related attention to master transaction file. | 1.9 | $ 495 | $ 940.50 |
| Lomas, Adam | 06/11/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of transactions in ▮ account at ▮ related attention to master transaction file. | 0.7 | $ 495 | $ 346.50 |
| Lazarus, Jordan | 06/12/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with NPM Law [P. Linsey], Paul Hastings, and Kroll team re: ▮ analysis and related matters. | 0.3 | $ 495 | $ 148.50 |
| Lazarus, Jordan | 06/12/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of ▮ document production; prepare summary analysis schedules. | 0.7 | $ 495 | $ 346.50 |
| Lomas, Adam | 06/12/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of additional documents produced by ▮ with respect to ▮ account. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 06/12/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of transactions in ▮ account at ▮ related attention to master transaction file. | 0.5 | $ 495 | $ 247.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 06/12/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to Paul Hastings and NPM Law counsel teams re: ▮ analysis and agenda for June 13 status update call. | 1.3 | $ 495 | $ 643.50 |
| Lomas, Adam | 06/12/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of transactions in ▮ account at ▮ related attention to master transaction file. | 0.5 | $ 495 | $ 247.50 |
| Lomas, Adam | 06/12/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare summary schedule of activity in ▮ bank accounts. | 2.2 | $ 495 | $ 1,089.00 |
| Lomas, Adam | 06/12/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of transactions in ▮ account at ▮ related attention to master transaction file. | 0.4 | $ 495 | $ 198.00 |
| Parizek, Pam | 06/13/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with A. Lomas, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], NPM Law [K. Mitchell] re: analysis of ▮ bank accounts. | 0.5 | $ 680 | $ 340.00 |
| Lomas, Adam | 06/13/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with P. Parizek, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], NPM Law [K. Mitchell] re: analysis of ▮ bank accounts. | 0.5 | $ 495 | $ 247.50 |
| Lazarus, Jordan | 06/14/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with NPM Law and Paul Hastings re: ▮ and related matters. | 0.3 | $ 495 | $ 148.50 |
| Lazarus, Jordan | 06/17/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with NPM Law and Paul Hastings re: ▮ document production. | 0.2 | $ 495 | $ 99.00 |
| Parizek, Pam | 06/17/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review Paul Hastings request Paul Hastings [N. Bassett] re: ▮ and bank documentation re: same. | 0.2 | $ 680 | $ 136.00 |
| Parizek, Pam | 06/17/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas analyses re: alter egos [.2], summary re: ▮ transactions [.2]. | 0.4 | $ 680 | $ 272.00 |
| Lazarus, Jordan | 06/18/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review transactional activity and supporting documentation re: payments to ▮ | 0.8 | $ 495 | $ 396.00 |
| Lazarus, Jordan | 06/18/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review transactional activity for payments to ▮ | 0.4 | $ 495 | $ 198.00 |
| Lazarus, Jordan | 06/18/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with Paul Hastings and Kroll team re: payments to ▮ | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 06/18/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with Paul Hastings and Kroll team re: payments to ▮ and related matters. | 0.2 | $ 495 | $ 99.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lazarus, Jordan | 06/19/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review Relativity for supporting documents related to ▮ | 0.4 | $ 495 | $ 198.00 |
| Parizek, Pam | 06/19/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Confer Kroll team re: status updates, outreach to Paul Hastings re: same. | 0.1 | $ 680 | $ 68.00 |
| Lazarus, Jordan | 06/19/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of transactional activity for payments made to ▮ | 0.5 | $ 495 | $ 247.50 |
| Lazarus, Jordan | 06/19/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with NPM Law re: review of supplemental ▮ bank statement production. | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 06/19/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with NPM Law re: payments to ▮ and related matters. | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 06/19/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of Kroll bank statement inventory and Relativity re: ▮ bank statement document production. | 0.4 | $ 495 | $ 198.00 |
| Lazarus, Jordan | 06/24/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with NPM Law re: payments to ▮ | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 06/24/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review correspondence from NPM Law re: loan to ▮ and related matters. | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 06/26/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review testimony transcript of ▮ | 0.5 | $ 495 | $ 247.50 |
| Parizek, Pam | 06/26/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Status update to Paul Hastings [.1]. Review Paul Hastings [L. Song] update re: ▮ [.7]. | 0.8 | $ 680 | $ 544.00 |
| Lomas, Adam | 06/03/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: For ▮ avoidance complaint. | 0.5 | $ 495 | $ 247.50 |
| Lomas, Adam | 06/04/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with M. Bottos re: instructions for revisions to files summarizing transfers to ▮ and ▮ and related bank document support. | 0.4 | $ 495 | $ 198.00 |

8

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Parizek, Pam | 06/05/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with A. Lomas, J. Lazarus, M. Bottos, Paul Hastings [D. Barron], NPM Law [P. Linsey] re: August 15 deadline for avoidance action and related workstreams. | 0.3 | $ 680 | $ 204.00 |
| Lazarus, Jordan | 06/05/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with P. Parizek, A. Lomas, M. Bottos, Paul Hastings [D. Barron], NPM Law [P. Linsey] re: August 15 deadline for avoidance action and related workstreams. | 0.3 | $ 495 | $ 148.50 |
| Lomas, Adam | 06/05/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with P. Parizek, J. Lazarus, M. Bottos, Paul Hastings [D. Barron], NPM Law [P. Linsey] re: August 15 deadline for avoidance action and related workstreams. | 0.3 | $ 495 | $ 148.50 |
| Lazarus, Jordan | 06/25/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of pre-petition avoidance action payments per request from Paul Hastings. | 1.4 | $ 495 | $ 693.00 |
| Lomas, Adam | 06/25/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to email inquiry from NPM Law [K. Mitchell] re: avoidance action transfers with respect to ▓▓▓ related review of underlying bank documents. | 0.9 | $ 495 | $ 445.50 |
| Lomas, Adam | 06/05/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with J. Lazarus, M. Bottos re: upcoming project workflows and priorities. | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 06/05/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, M. Bottos re: upcoming project workflows and priorities. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 06/06/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to Paul Hastings and NPM Law counsel teams re: ▓▓▓ analysis. | 0.9 | $ 495 | $ 445.50 |
| Lomas, Adam | 06/07/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with Paul Hastings [N. Bassett, D. Barron] re: Relativity review of ▓▓▓ | 0.5 | $ 495 | $ 247.50 |
| Lomas, Adam | 06/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review list of ▓▓▓ targets provided by Paul Hastings [D. Barron]; related cross-reference and analysis of entities against master transaction file. | 3.2 | $ 495 | $ 1,584.00 |
| Lomas, Adam | 06/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Review list of ▓▓▓ targets provided by Paul Hastings [D. Barron]; related cross-reference and analysis of entities against master transaction file. | 0.5 | $ 495 | $ 247.50 |
| Lomas, Adam | 06/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to Paul Hastings [D. Barron] re: identified bank accounts for ▓▓▓ entities. | 0.8 | $ 495 | $ 396.00 |
| Lomas, Adam | 06/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [K. Mitchell] re: additional entities and bank accounts to add to Rule 2004 subpoena list. | 0.5 | $ 495 | $ 247.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lazarus, Jordan | 06/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with Paul Hastings [D. Barron] and Kroll team re: analysis of payments to ▮▮▮▮ and related matters. | 0.4 | $ 495 | $ 198.00 |
| Lazarus, Jordan | 06/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of transactional detail and documentary support related to payments made to ▮▮▮▮ | 2.8 | $ 495 | $ 1,386.00 |
| Lazarus, Jordan | 06/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law re: ▮▮▮▮ | 0.1 | $ 495 | $ 49.50 |
| Lazarus, Jordan | 06/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with Paul Hastings re: transactional information for ▮▮▮▮ and related parties. | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 06/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of transactional activity for payments made to ▮▮▮▮ and related parties. | 0.7 | $ 495 | $ 346.50 |
| Lazarus, Jordan | 06/21/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence and Relativity searches re: payments to ▮▮▮▮ | 0.4 | $ 495 | $ 198.00 |
| Lomas, Adam | 06/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of updated document production from ▮▮▮▮ related update of inventory of Debtor-related bank accounts. | 0.8 | $ 495 | $ 396.00 |
| Lomas, Adam | 06/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to Paul Hastings [D. Barron, L. Song] re: documents produced by ▮▮▮▮ related to accounts for ▮▮▮▮ and ▮▮▮▮ | 1.2 | $ 495 | $ 594.00 |
| Lomas, Adam | 06/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of ▮▮▮▮; related reconciliation of statements/accounts ▮▮▮▮ | 0.9 | $ 495 | $ 445.50 |
| Lomas, Adam | 06/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporation of ▮▮▮▮ transactions into master transaction file. | 1.1 | $ 495 | $ 544.50 |
| Lazarus, Jordan | 06/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ▮▮▮▮ transactions per request from NPM Law. | 0.4 | $ 495 | $ 198.00 |
| Lomas, Adam | 06/10/2024 | G-Club Adversary Proceeding | Asset Analysis and Recovery | Review of additional documents produced by ▮▮▮▮ with respect to ▮▮▮▮ and ▮▮▮▮ accounts; related attention to inventory of Debtor-related accounts and master transaction file. | 0.8 | $ 495 | $ 396.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 06/25/2024 | G-Club Adversary Proceeding | Investigations | Respond to email inquiry from NPM Law [K. Mitchell] re: ▮ bank accounts at ▮ between ▮ and ▮ | 0.5 | $ 495 | $ 247.50 |
| Parizek, Pam | 06/20/2024 | General Debtor Representation | Fee/Employment Applications | Review, revise May Fee Statement. | 1.9 | $ 680 | $ 1,292.00 |
| Parizek, Pam | 06/21/2024 | General Debtor Representation | Fee/Employment Applications | Review Kroll fee application for January-April 2024, review/approve supporting schedules, confer Paul Hastings [A. Bongartz] re: same. | 1.3 | $ 680 | $ 884.00 |
| Parizek, Pam | 06/21/2024 | General Debtor Representation | Fee/Employment Applications | Redact May Fee Statement, update schedule of expenses. | 1.8 | $ 680 | $ 1,224.00 |
| Parizek, Pam | 06/17/2024 | Gettr USA Proceeding | Asset Analysis and Recovery | Review Paul Hastings [D. Barron] inquiry re: ▮ complaint and Kroll team analysis re: same. | 0.3 | $ 680 | $ 204.00 |
| Lomas, Adam | 06/06/2024 | Golden Spring Adversary Proceeding | Investigations | Review and analysis of activity in ▮ accounts at ▮ related attention to master transaction file. | 1.4 | $ 495 | $ 693.00 |
| Lomas, Adam | 06/07/2024 | Golden Spring Adversary Proceeding | Investigations | Review and analysis of activity in ▮ accounts at ▮ related attention to master transaction file. | 1.1 | $ 495 | $ 544.50 |
| Parizek, Pam | 06/06/2024 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Review ▮ inquiries, follow-up with ▮ re: same. | 0.4 | $ 680 | $ 272.00 |
| **Total Hours and Amount:** | | | | | **67.6** | | **$ 35,201.00** |

11