ct136 04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

Luc A. Despins, Chapter 11 Trustee,
Plaintiff(s)

v.

RV Retailer East, LLC,
Defendant(s)

Adversary Proceeding
No: 24-05158

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On July 23, 2024, a Motion for Admission of Attorney London England to appear as a Visiting Attorney to represent RV Retailer East, LLC was filed in the Debtor's Chapter 11 case (the "Motion," ECF No. 3339) and in this adversary proceeding (Adv. Pro. No. 24-05158, ECF No. 18) by Attorney Eric S. Goldstein (the "Sponsoring Attorney"). As the Motion satisfies the requirements set forth in D. Conn. L. Civ. R. 83.1(e), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:** Pursuant to D. Conn. L. Civ. R. 83.1(e), Attorney London England is hereby admitted *pro hac vice* to represent RV Retailer East, LLC in the Debtor's Chapter 11 case and in Adv. Pro. No. 24-05158.

Dated: July 24, 2024

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.