**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                              :    Chapter 11
                                                    :
HO WAN KWOK, *et al.*,[1]                           :    Case No. 22-50073 (JAM)
                                                    :
                  Debtors.                          :    (Jointly Administered)
                                                    :
---------------------------------------------------------x

**GENEVER HOLDINGS LLC'S MONTHLY STATUS REPORT REGARDING**
**REMEDIATION AND CLEANING OF SHERRY NETHERLAND APARTMENT FOR**
**PERIOD FROM JUNE 1, 2024 THROUGH JUNE 30, 2024**

Genever Holdings LLC (the "Debtor" or "Genever US"), by and through its undersigned

counsel, hereby files this monthly status report (the "Status Report") in accordance with (a) the

*Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b),*

*for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to*

*Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No.

2213] (the "Remediation Order") and (b) the *Order Granting Genever Holdings LLC's Motion,*

*Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy Rule 6007(a), for Entry of*

*Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining*

*Area of Sherry Netherland Apartment and (II) Granting Other Related Relief* [Docket No. 3168]

(the "Cleaning Order"),[2] covering the period from June 1, 2024 through June 30, 2024.

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]     Capitalized terms used but not defined in this Status Report have the meanings ascribed to them in the Remediation Order and the Cleaning Order (as applicable).

**STATUS REPORT**

**A.      Remediation Project in Source Area of March 15, 2023 Fire**

1.      During the month of June 2024, Sciame Homes ("Sciame"), *i.e.*, the general contractor for the remediation project in the Source Area of the March 15, 2023 fire, continued its work in the Sherry Netherland Apartment in close coordination with DryFast DKI ("DKI"). On June 12, 2024, DKI completed the process of removing the soot in the Source Area, such that Sciame is now in the process of completing the "white-boxing" of the Source Area. To date, Sciame has laid out the framing for the drywall, completed electrical work for heat pumps, installed perimeter insulation and drywalls. The work still to be completed includes installation of sub-floor, painting walls and ceiling, and sealing of plywood subfloor. In addition, after the painting has been completed, replacement windows and HVAC units will be installed. Genever US anticipates that the Remediation Project in the Source Area will be completed by mid-August 2024.

2.      Through the end of June 2024, Genever US has made the following payments in connection with the Remediation Project:

| Date | Recipient | Description | Amount |
|------|-----------|-------------|--------|
| August 30, 2023 | Gallagher Bassett Services, Inc. | Asbestos survey and reporting | $3,871.56 |
| October 4, 2023 | Gallagher Bassett Services, Inc. | Asbestos permits | $7,349.06 |
| October 13, 2023 | ABF Environmental, Inc. | Asbestos abatement work | $48,900.00 |
| October 30, 2023 | Acheson Doyle Partners Architects PC | Architectural services | $3,380.86 |
| November 2, 2023 | Genever US | Reimbursement from Sherry Netherland (80% of payments made by Genever US to (i) ABF Environmental on October 13, 2023, and (ii) Gallagher Bassett Services, Inc. on October 4, 2023) | ($44,999.25) |
| November 9, 2023 | Gustav Restoration LLC | 50% deposit for removing fireplace (to prepare for asbestos removal) | $1,226.12 |
| December 1, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $63,720.78 |

| Date | Recipient | Description | Amount |
|---|---|---|---|
| December 1, 2023 | Catalpa Special Inspections | 50% deposit for special inspection services | $2,875.00 |
| December 12, 2023 | Gustav Restoration LLC | Remaining 50% payment for removing fireplace | $1,226.13 |
| December 20, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $74,011.84 |
| January 16, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $27,760.65 |
| February 1, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $29,003.70 |
| February 1, 2024 | Skyline Windows LLC | 50% deposit for window replacement at Sherry Netherland apartment | $60,258.50 |
| February 14, 2024 | Arista Air Conditioning Corp. | Removal of damaged HVAC units in Sherry Netherland apartment | $2,515.01 |
| March 20, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $13,048.86 |
| March 21, 2024 | Burnham Nationwide | Expediting services | $9,398.66 |
| March 27, 2024 | Sciame Homes NY LLC | General contactor | $86,068.25 |
| March 27, 2024 | The Sherry Netherland | Security Deposit (refundable) | $50,000.00 |
| April 12, 2024 | Hillman Consulting LLC | Post-fire smoke damage testing | $16,625.21 |
| April 16, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $5,286.60 |
| May 14, 2024 | Skyline Windows LLC | Survey fee for windows | $190.53 |
| May 15, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $8,883.70 |
| June 5, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $15,381.65 |
| June 28, 2024 | Sciame Homes NY LLC | General contactor | $38,402.81 |

**B.**     **Cleaning Project in Remaining Area**

3.      Pursuant to the Cleaning Order, Genever US obtained authorization to remediate soot, char, and other combustion by-products ("CBPs") in the area not directly affected by the March 15, 2023 fire (the "Remaining Area"), as well as to conduct the related asbestos abatement with respect to the insulation of the horizontal pipes in the interstitial space above the ceiling.

4.      Following the completion of the asbestos abatement, in early June 2024, DKI has been in the process of remediating the CBPs above the ceiling in the Remaining Area.  Genever

US anticipates that the Cleaning Project in the Remaining Area will be completed by mid-August 2024—*i.e.*, concurrently with the completion of the Remediation Project.

5.      Through the end of June 2024, Genever US has made the following payments in connection with the Cleaning Project:

| Date | Recipient | Description | Amount |
|------|-----------|-------------|--------|
| May 9, 2024 | Cleaning Contractors Corp. | Cleaning furniture (prior to packing and moving furniture into storage) | $2,068.63 |
| May 10, 2024 | The Light Touch | Removal and packaging of light fixtures | $1,750.00 |
| May 14, 2024 | Montvale Moving Services LLC | Packing and moving furniture into storage | $12,450.00 |
| May 15, 2024 | Burnham Nationwide, Inc. | Expediting services | $7,457.42 |
| May 21, 2024 | DryFast DKI | CBP cleaning | $184,756.59 |
| June 5, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $7,000.26 |
| June 25, 2024 | ABF Environmental, Inc. | Asbestos abatement work | $72,400.00 |
| June 28, 2024 | Gallagher Bassett Services, Inc. | Asbestos survey and reporting | $13,783.57 |

Dated: July 25, 2024
     New York, New York

By: */s/ G. Alexander Bongartz*
Luc A. Despins (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
lucdespins@paulhastings.com
alexbongartz@paulhastings.com
douglassbarron@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com

plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

```
-------------------------------------------------------x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
HO WAN KWOK, et al.,¹                                  :   Case No. 22-50073 (JAM)
                                                       :
                Debtors.                               :   (Jointly Administered)
                                                       :
-------------------------------------------------------x
```

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 25, 2024, the foregoing Status Report was

electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned

chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to

anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties

may access this filing through the Court's CM/ECF system.

Dated:     July 25, 2024
           New York, New York

                                          By: */s/ G. Alexander Bongartz*
                                          G. Alexander Bongartz (admitted *pro hac vice*)
                                          PAUL HASTINGS LLP
                                          200 Park Avenue
                                          New York, New York 10166
                                          (212) 318-6000
                                          alexbongartz@paulhastings.com

                                          *Counsel for the Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).