**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                 :

In re:                       :         Chapter 11
                                 :

HO WAN KWOK, *et al.*,[1]       :         Case No. 22-50073 (JAM)
                                 :

           Debtor.         :         (Jointly Administered)
-------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

On July 19, 2024, the *First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to file Avoidance Actions* [Docket No. 3329] (the "<u>Motion</u>") was filed electronically using the Court's case management/electronic case files ("<u>CM/ECF</u>") system by Luc A. Despins, in his capacity as Chapter 11 Trustee (the "<u>Trustee</u>") for the debtor Ho Wan Kwok (the "<u>Debtor</u>").  On July 22, 2024, the Court entered the *Notice of Hearing on Appendix M Matter* [Docket No. 3332] (the "<u>Notice of Hearing</u>") using the CM/ECF system.  The Motion and Notice of Hearing may all be accessed via CM/ECF and are available to the public free of charge at https://dm.epiq11.com/case/kwoktrustee/dockets.

Notice of the filing of the Motion and the Notice of Hearing was sent by email automatically by operation of the CM/ECF system to all appearing parties in the Chapter 11 Cases able to receive electronic notice on the date of filing or by U.S. mail sent on July 22, 2024 to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing and as

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

indicated on the service list attached hereto, *provided*, *however*, notice was sent to Dundon Advisers by manual email (to md@dundon.com, at this party's request).  The foregoing includes service on the following: (a) the Office of the United States Trustee; (b) counsel for the Debtor; (c) the Committee; (d) all parties that filed a Response to the original Extension Motion; (e) all parties who have requested notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002; (f) all parties who receive notice in these chapter 11 cases by electronic filing using CM/ECF; and (g) any party who requested notice in these chapter 11 cases but is unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2]

In addition, on or before July 23, 2024, the Trustee filed notice of the Motion and the Hearing Notice in the Pending Adversary Proceedings using the CM/ECF system, which caused notice to be sent to all parties appearing in the Pending Adversary Proceedings automatically by operation of the CM/ECF system.

Dated:    July 25, 2024

LUC A. DESPINS,
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    *Counsel for the Chapter 11 Trustee*

---

[2]    Capitalized terms not expressly defined herein adopt the definitions as set forth in the *Order Limiting Service of Motion to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions* [ECF No. 3323].

## SERVICE LIST

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business
Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola, British Virgin Islands

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th
Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors,
LLC
P O Box 2839
New York, NY 10008-2839

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Corporate Creations Network,
Inc.
801 US Highway 1
North Palm Beach, FL 33408

Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group,
Ltd.
3000 Marcus Avenue, Suite
3W3
Lake Success, NY 1104

Eisner Advisory Group LLC
111 Wood Avenue South
Iselin, NJ 08830-2700