**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
------------------------------------------------------------x RE: ECF No. 3276

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF KROLL, LLC, AS FORENSIC INVESTIGATORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JANUARY 1, 2024 THROUGH APRIL 30, 2024**

Upon consideration of the Application [Docket No. 3276] (the "Application") of Kroll, LLC ("Kroll") as forensic investigators to the Trustee[2] for interim allowance of compensation and reimbursement of expenses from January 1, 2024 through April 30, 2024 (the "Application Period"); and sufficient notice having been given; and a hearing having been held on July 23, 2024 and due consideration having been given to any responses thereto; and Kroll having agreed, after discussions with the U.S. Trustee, to reduce its expenses for the Application Period by $150.20 (as reflected in the statement filed by the U.S. Trustee at Docket No. 3309); and sufficient cause having been shown for the Application, it is hereby:

1. ORDERED that, pursuant to 11 U.S.C. §§ 330 and 331, the Application is granted and as set forth herein and compensation in the amount of $860,312.10 and reimbursement of

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

expenses in the amount of $16,273.87 are awarded to Kroll, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full; it is further

2.  ORDERED that nothing herein modified the Retention Order; it is further

3.  ORDERED that the estates are authorized and directed to pay Kroll's fees in the amount of $172,062.42, *i.e.*, 20% of the fees allowed in paragraph 1 above, within fourteen days of the date of this Order; it is further

4.  ORDERED that Kroll shall include, as part of its July 2024 monthly fee statement, a credit in the amount of $150.20, which amount reflects the agreed-upon reduction in expenses; and it is further

5.  ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

6.  ORDERED that the Debtors' estates and Kroll are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

7.  ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

8.  ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 26th day of July, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut