

PRIORITY MAIL
LEGAL FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

P

US POSTAGE IMI R2305P150930   2000368763
$10.15
CPU
PRLS
07/03/24   Mailed from: 33543   028W2310177

PRIORITY MAIL®

0 Lb 1.90 Oz
RDC 03

EXPECTED DELIVERY DAY: 07/08/24

SHIP TO:
915 LAFAYETTE BLVD
BRIDGEPORT CT 06604-4706

C025

USPS TRACKING® #

9505 5270 9196 4185 2166 56



FROM:

PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Xianhong Zhang
9086 Rally Spring Loop
Wesley Chapel, FL  33545

TO:
US Bankruptcy Court
District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

X-RAY SCREEN COMPLIED






USPS.COM/PICKUP

Flat Rate Envelope
October 2023
x 9.5

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14L © U.S. Postal Service; October 2023; All rights reserved.