

US POSTAGE IMI R2305P150930  2000368763
$10.15
CPU
PRLS
07/03/24   Mailed from: 33543   028W2310245

**PRIORITY MAIL®**

0 Lb 1.90 Oz

RDC 03

EXPECTED DELIVERY DAY: 07/08/24

SHIP TO:



915 LAFAYETTE BLVD
BRIDGEPORT CT 06604-4706

C025

**USPS TRACKING® #**

9505 5270 9196 4185 2166 32

 

USPS.COM/PICKUP

PAPER POUCH

Flat Rate Envelope
October 2023
x 9.5

**PRIORITY MAIL**

**UNITED STATES POSTAL SERVICE**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Naoai Liu
9086 Rally Spring Loop
Wesley Chapel, FL 33545

TO:



US Bankruptcy Court
District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport CT 06604

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

X-RAY SCREEN COMPLETED