218 E. CEDAR ST.
BOYNE CITY, MI 49712

To: US BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIEN MCMAHON FEDERAL BUILDING
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604



# UNITED STATES
## POSTAL SERVICE ®

# PRIORITY®
## MAIL



**PRESS FIRMLY TO SEAL**                    **PRESS FIRMLY TO SEAL**

**TRACKED ■ INSURED**

- ■ Expected delivery date specified for domestic use.
- ■ Domestic shipments include $100 of insurance (restrictions apply).*
- ■ USPS Tracking® service included for domestic and many international destinations.
- ■ Limited international insurance.**
- ■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**EP14H February 2023**
**OD: 10 x 5**

To schedule free Package
Pickup, scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**



EP14H © U.S. Postal Service; February 2023; All rights reserved

ging is the property of the U.S. Postal Service® and is provided solely vending Priority Mail® and Priority Mail International® shipments. ay be a violation of federal law. This package is not for resale.