July 20, 2024

Xianhong Zhang
9086 Rally Spring Loop
Wesley Chapel, FL 33545
Jc520@protonmail.com

To:
Clerk of Court
United States Bankruptcy Court for the District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

## Update to Withdrawal of Claim

Please be advised and please correct an error that was made on a Withdrawal of Claim form that was mailed to the court. The Claim number included on the form was incorrect. Please find the corrected information below.

Debtor Name and Case Number: Ho Wan Kwok, et al. Case 22-50073

Creditor Name: Xianhong Zhang

*** Court Claim Number: 231

Thank you for your attention in this matter.

By: ___Xianhong Zhang___

Xianhong Zhang

**UNITED STATES POSTAL SERVICE**

d delivery date specified
c shipments include $100
acking® service included
nternational insurance.**
ed internationally, a cust
es not cover certain items. For
l Manual at http://pe.usps.com.
ational Mail Manual at http://pe.

RATE ENVE
E ■ ANY WEIGHT

CKED ■ INSU


00001000014

---

P

US POSTAGE IMI R2305P151039   2000368763
$14.40
CPU
PRFL
07/22/24   Mailed from: 33543   028W2311066



**PRIORITY MAIL®**

0 Lb 2.00 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 07/25/24

SHIP TO:   [C025]
 915 LAFAYETTE BLVD
BRIDGEPORT CT 06604-4706

**USPS SIGNATURE® TRACKING #**


9510 8270 9197 4204 1290 68



OD: 12 1/2 x 9 1/2   POUCH

---

  **UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

X-RAY SCREEN COMPLETED

FROM:
Xianhong Zhang
9086 Rally Spring Loop
Wesley Chapel, FL 33545

TO: Clerk of Court
United States Bankruptcy Court
District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

Label 228, December 2023   FOR DOMESTIC AND INTERNATIONAL USE