**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                                  :
In re:                                                          :    Chapter 11
                                                                  :
HO WAN KWOK *et al.*,                               :    Case No. 22-50073 (JAM)
                                                                  :
            Debtors.[1]                                    :    Jointly Administered
                                                                  :
------------------------------------------------------x

## CHAPTER 11 TRUSTEE'S REPORT OF RESULTS OF SALE OF VCTR SHARES AND DISTRIBUTION OF PROCEEDS

Luc A. Despins, as chapter 11 trustee (the "Trustee") for Ho Wan Kwok (the "Debtor"), and in accordance with the *Amended Order Pursuant to Sections 105(a), 363(b), 541, and 542 of the Bankruptcy Code Approving Liquidation of VCTR Shares, Distribution Of Proceeds, and Related Relief* [ECF No. 3265] (the "Sale Order"), hereby discloses the results of the sale of shares of Victory Capital Holdings, Inc. ("VCTR") made pursuant to the Sale Order.

1. On May 21, 2024, the Trustee filed his *Motion Pursuant to Sections 105(a), 363(b), 541, and 542 of the Bankruptcy Code Approving the Liquidation of the VCTR Shares and the Distribution of their Proceeds to the Trustee for the Benefit of the Estate, and for Related Relief* [ECF No. 3203] (the "Motion") requesting, among other things, that the Court confirm the Debtor's chapter 11 estate's (the "Estate") limited partnership interest (the "L.P. Interest") in Reverence Capital Partners Opportunities Fund I (Cayman) L.P. ("Reverence Fund") and authorize

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

the liquidation of 55,383 shares of VCTR (the "VCTR Shares") held by Reverence Fund at Merrill Lynch Pierce Fenner & Smith Incorporated ("Merrill Lynch") in connection with the L.P. Interest.

2. On June 20, 2024, the Court entered its Sale Order granting the Motion. The Sale Order requires, among other things, that " … within five business days of receipt of the Net Proceeds, the Trustee shall file a report in the Chapter 11 Case disclosing (i) the date on which the VCTR Shares were sold, (ii) the sale price of the VCTR Shares, (iii) the amount of the Gross Proceeds, (iv) the amount of the Expenses deducted, and (v) the amount of the Net Proceeds received by the Trustee." (Sale Order at 4.)

3. On July 31, 2024, the Trustee received, for the benefit of the Estate, a distribution from the Reverence Fund (via Merrill Lynch) in the amount of $2,747,783.59 (the "VCTR Distribution").

4. $2,692,924.71 of the VCTR Distribution represented the Net Proceeds[2] from sales conducted by Merrill Lynch of the VCTR Shares less Expenses, as follows:

| Sale Date | Settle Date | # Shares | Sale Price | Gross Proceeds | Comm. | Trans. Fee | Net Proceeds |
|---|---|---|---|---|---|---|---|
| 6/13/2024 | 6/14/2024 | 3270 | 49.28521 | 161162.64 | -163.5 | -4.48 | 160994.66 |
| 6/17/2024 | 6/18/2024 | 22319 | 47.637628 | 1063224.22 | -1115.95 | -29.56 | 1062078.71 |
| 6/18/2024 | 6/20/2024 | 2681 | 48.084705 | 128915.09 | -134.05 | -3.58 | 128777.46 |
| 6/24/2024 | 6/25/2024 | 10035 | 49.349436 | 495221.59 | -501.75 | -13.77 | 494706.07 |
| 6/25/2024 | 6/26/2024 | 108 | 49.27 | 5321.16 | -5.4 | -0.15 | 5315.61 |
| 6/27/2024 | 6/28/2024 | 200 | 49.3 | 9860 | -10 | -0.27 | 9849.73 |
| 6/28/2024 | 7/1/2024 | 7222 | 49.435989 | 357026.71 | -361.1 | -9.93 | 356655.68 |
| 7/11/2024 | 7/12/2024 | 9548 | 49.752556 | 475037.4 | -477.4 | -13.21 | 474546.79 |
| TOTALS | | 55383 | | 2695768.81 | -2769.15 | -74.95 | 2692924.71 |

5. The Expenses deducted from the Gross Proceeds totaled $2,844.10, less than the $3,000.00 cap set by the Sale Order.

---

[2] Capitalized terms not expressly defined herein adopt the definitions set forth in the Sale Order.

6. The remaining balance of the VCTR Distribution -- $54,858.88 -- constitutes cash dividends on account of the VCTR Shares likewise distributable to the Estate.

Dated: August 6, 2024
New Haven, Connecticut

By: */s/ James C. Graham*
James C. Graham (ct06064)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
jgraham@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al*.,                                   :    Case No. 22-50073 (JAM)
                                                         :
                  Debtors.                               :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 6, 2024, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or will be sent within one business day by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   August 6, 2024
         New York, New York

By: */s/ James C. Graham*
James C. Graham (ct06064)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
jgraham@npmlaw.com
plinsey@npmlaw.com