**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**MOTION TO APPEAR REMOTELY FOR AUGUST 13, 2024 HEARING**

Pursuant to section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Meta Platforms, Inc. ("Meta") moves the Court for permission for attorney Jin Yan, Esq. to appear remotely at the August 13, 2024 hearing scheduled in the above-captioned case.

1. The Court has scheduled a hearing on August 13, 2024 at 1:00 p.m. E.T. (the "Hearing") on the *First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions*, ECF No. 3329 (the "First Supplemental Extension Motion").

2. Meta has filed an objection to the First Supplemental Extension Motion. Meta respectfully requests that Mr. Yan, who is based in Washington, D.C., be permitted to attend the Hearing via Zoom to present its objection without having to incur the expenses and potential delays of traveling to the hearing and appearing in person.

3. As Mr. Yan intends to remotely appear for the hearing, Meta also respectfully requests that the Court excuse sponsoring attorney George P. Angelich from attending pursuant to Rule 83.1(e)(2) of the Local Rules of the United States District Court for the District of Connecticut.

WHEREFORE, Meta respectfully requests permission for Mr. Yan to appear remotely before this Court on August 13, 2024 and to excuse Mr. Angelich from attendance.

Dated: August 6, 2024  
New York, New York

/s/ *George Angelich*  
George Angelich (ct27542)  
Eric Roman (admitted *pro hac vice*)  
Patrick Feeney (admitted *pro hac vice*)  
ArentFox Schiff LLP  
1301 Avenue of the Americas, 42nd Floor  
New York, NY 10019  
T: 212.457.5423  
E: george.angelich@afslaw.com  
  eric.roman@afslaw.com  
  patrick.feeney@afslaw.com  

- and -

Jin Yan (admitted *pro hac vice*)  
ArentFox Schiff LLP  
1717 K St. NW  
Washington, DC 20006  
T: 202.778.6442  
E: jin.yan@afslaw.com  

*Counsel for Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

      I certify that on August 6, 2024, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated:  New York, New York
         August 6, 2024

                                          */s/ George Angelich*
                                          George Angelich