IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered)<br><br>August 7, 2024 |

**NOTICE OF FILING OBJECTIONS TO *FIRST SUPPLEMENTAL MOTION OF CHAPTER 11 TRUSTEE TO EXTEND AUGUST 15, 2024 DEADLINE FOR TRUSTEE TO FILE AVOIDANCE ACTIONS* IN PENDING ADVERSARY PROCEEDINGS**

PLEASE TAKE NOTICE that on August 6, 2024, Green & Sklarz LLC, as counsel to the parties set forth below and, on their behalf, has filed objections to the *First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline For Trustee To File Avoidance Actions* (Main Case ECF No. 3329, the "Second Extension Motion"), filed by Luc A. Despins, Chapter 11 Trustee (the "Trustee"):

- *Despins v. FFP (BVI) Ltd.*, Adv. Proc. No. 24-05056: Objection filed at Adv. Proc. ECF No. 16. Trustee's Second Extension Motion docketed at Adv. Proc. ECF No. 10.

- *Despins v. Ogier*, 24-05012: Objection filed at Adv. Proc. ECF No. 18. Trustee's Second Extension Motion docketed at Adv. Proc. ECF No. 10.

- *Despins v. Pillsbury Winthrop Shaw Pittman LLP*, 24-05014: Objection filed at Adv. Proc. ECF No. 24. Trustee's Second Extension Motion docketed at Adv. Proc. ECF No. 22.

- *Despins v. Weddle Law PPLC*, 24-05188: Objection filed at Adv. Proc. ECF No. 29. Trustee's Second Extension Motion docketed at Adv. Proc. ECF No. 25.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595) (the "Debtor"), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

{00374793.1 }

        FFP (BVI), LTD., OGIER, PILLSBURY WINTHROP SHAW PITTMAN LLP, WEDDLE LAW PLLC

By: */s/ Jeffrey M. Sklarz*
    Jeffrey M. Sklarz (ct20938)
    Kellianne Baranowsky (ct26684)
    GREEN & SKLARZ LLC
    One Audubon St, 3rd Floor
    New Haven, CT 06511
    (203) 285-8545
    jsklarz@gs-lawfirm.com
    kbaranowsky@gs-lawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a copy of the foregoing was served via CM/ECF. Parties may access this filing through the Court's CM/ECF system.

Date: August 7, 2024                                                            /s/ Jeffrey M. Sklarz