**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
: 
In re:                                          :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                       :    Case No. 22-50073 (JAM)
:
Debtors.                        :    (Jointly Administered)
:
------------------------------------------------------x

### CERTIFICATE OF SERVICE

On August 7, 2024, the Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") for Ho Wan Kwok (the "Individual Debtor"), filed his *Amended Emergency Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Trustee to Fund Expenses of Mahwah Mansion and for Related Relief* [ECF No. 3381] (the "Motion") using the Court's case management/electronic case files ("CM/ECF") system, and the Court entered its *Order Scheduling Hearing* [ECF No. 3382] (the "Scheduling Order" and together with the Motion, collectively, the "Served Documents") using the CM/ECF system.

Immediately upon filing, electronic notice of the Served Documents was sent automatically by operation of the CM/ECF system via email to: (i) the Individual Debtor; (ii) the Defendants in *Despins v. Taurus Fund LLC* [Adv. Proc. No. 23-05017] (the "Adversary Proceeding"); (iii) the Official Committee of Unsecured Creditors; (iv) the United States Trustee; and (v) any parties

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

receiving electronic notice and service of documents in this Chapter 11 case. Parties may access the Served Documents through the Court's CM/ECF system.

In addition, on August 7, 2024, the undersigned sent the Served Documents via manual email to counsel for the Defendants in the Adversary Proceeding at mconway@lpgmlaw.com.

Dated: August 7, 2024  
New Haven, Connecticut

By: */s/ Patrick R. Linsey*  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com