**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

---

**MOTION OF CHAPTER 11 TRUSTEE**
**TO HOLD REMOTE HEARING ON AUGUST 13, 2024**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") for Ho Wan Kwok (the "Debtor"), hereby respectfully moves (the "Motion for Remote Hearing") the Court to order that the hearing (the "Hearing") scheduled for August 13, 2024, at 1 p.m., be held on a remote basis using the Court's Zoom.gov platform. In support of the Motion for Remote Hearing, the Trustee states the following:

On July 19, 2024, the Trustee filed his *First Supplemental Motion to Extend August 15, 2025 Deadline for Trustee to File Avoidance Actions* [ECF No. 3329] (the "Extension Motion") and, on August 7, 2024, the Trustee filed his *Amended Emergency Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Trustee to Fund Expenses of Mahwah Mansion and for Related Relief* [ECF No. 3381] (the "Mahwah Motion" and, together with the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Extension Motion, collectively, the "Motions"). Both Motions are scheduled to be heard at the Hearing on August 13, 2024 at 1 p.m.

On August 6, 2024, Apple Inc. and Meta Platforms Inc. moved for permission to attend the Hearing of the Extension Motion on a remote basis [ECF Nos. 3377, 3378] and the Trustee anticipates other parties may make similar requests. The Trustee is traveling internationally on the date of the Hearing and would also appreciate the opportunity to appear via the Court's Zoom.gov platform. The Trustee's counsel, Attorney Bassett, is also traveling on the day of the Hearing. The Trustee further notes that the evidentiary hearing held on February 13, 2024, on the Trustee's prior motion seeking similar relief to the Extension Motion was held on a remote basis (*see* docket order [ECF No. 2762]).

Accordingly, the Trustee respectfully requests that the Court hold the Hearing on the Motions on a remote basis via the Court's Zoom.gov platform. Alternatively, to the extent that the Court determines that the Hearing should take place in person, the Trustee requests that he and his counsel, Attorney Bassett, be permitted to attend via Zoom.gov.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

-3-

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that the Hearing be held on a remote basis using the Court's Zoom.gov platform and that the Court grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: August 8, 2024<br>New Haven, Connecticut | LUC A. DESPINS, CHAPTER 11 TRUSTEE |

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                          :    Chapter 11
                                                :
HO WAN KWOK, *et al.*,[1]                       :    Case No. 22-50073 (JAM)
                                                :
          Debtors.                              :    (Jointly Administered)
                                                :
---------------------------------------------------------x

**[PROPOSED] ORDER GRANTING
MOTION OF CHAPTER 11 TRUSTEE
TO HOLD REMOTE HEARING ON AUGUST 13, 2024**

Upon the motion (the "<u>Motion for Remote Hearing</u>") of Luc A. Despins, in his capacity as Chapter 11 Trustee (the "<u>Trustee</u>") for Ho Wan Kwok (the "<u>Debtor</u>") for entry of an order providing that the hearing (the "<u>Hearing</u>") scheduled for 1 p.m. on August 13, 2024, on the Trustee's (a) *First Supplemental Motion to Extend August 15, 2025 Deadline for Trustee to File Avoidance Actions* [ECF No. 3329] (the "<u>Extension Motion</u>"); and (b) *Amended Emergency Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Trustee to Fund Expenses of Mahwah Mansion and for Related Relief* [ECF No. 3381] (the "<u>Mahwah Motion</u>" and, together with the Extension Motion, collectively, the "<u>Motions</u>"), be held on a remote basis, and good cause appearing therefore, it is hereby

  1.     ORDERED that the Motion for Remote Hearing is granted as set forth herein; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

-2-

2.  ORDERED that the Hearing shall be held on a remote basis via the Court's Zoom.gov platform, and parties wishing to attend the hearing may obtain login instructions to connect to the ZoomGov remote conference by sending an email to the Clerk's office via the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                                          :

In re:                                                 :    Chapter 11

HO WAN KWOK, *et al.*,[1]                  :    Case No. 22-50073 (JAM)

         Debtors.                 :    (Jointly Administered)

---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: August 8, 2024                    LUC A. DESPINS, CHAPTER 11 TRUSTEE
       New Haven, Connecticut

                                             By:  */s/ Patrick R. Linsey*
                                                 Douglas S. Skalka (ct00616)
                                                 Patrick R. Linsey (ct29437)
                                                 NEUBERT, PEPE & MONTEITH, P.C.
                                                 195 Church Street, 13th Floor
                                                 New Haven, Connecticut 06510
                                                 (203) 781-2847
                                                 dskalka@npmlaw.com
                                                 plinsey@npmlaw.com

                                                 *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).