# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered)<br><br>Re: ECF No. 3377 |

**ORDER GRANTING**
**MOTION TO APPEAR REMOTELY FOR AUGUST 13, 2024 HEARING**

The Court having considered the motion (the "Motion") of Meta Platforms, Inc. ("Meta") to permit counsel Jin Yan, Esq. to appear remotely at the August 13, 2024 hearing scheduled in the above-captioned case, and finding that good cause exists for granting the Motion, it is hereby

1. ORDERED, that the Motion is granted as set forth herein; and it is further

2. ORDERED, that Mr. Yan may participate in the August 13, 2024 hearing via the Court's Zoom platform by contacting the Clerk's Office for instructions to connect to the conference remotely by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov; and it is further

3. ORDERED, that the sponsoring attorney, George P. Angelich, Esq., is excused from attending the hearing pursuant to Rule 83.1(e)(2) of the Local Rules of the United States District Court for the District of Connecticut.

Dated at Bridgeport, Connecticut this 9th day of August, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut