UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
: (Jointly Administered)
Debtors. : 
: Re: ECF No. 3384
------------------------------------------------------x

**ORDER GRANTING
MOTION OF CHAPTER 11 TRUSTEE
TO HOLD REMOTE HEARING ON AUGUST 13, 2024**

Upon the motion (the "Motion for Remote Hearing") of Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") for Ho Wan Kwok (the "Debtor") for entry of an order providing that the hearing (the "Hearing") scheduled for 1 p.m. on August 13, 2024, on the Trustee's (a) *First Supplemental Motion to Extend August 15, 2025 Deadline for Trustee to File Avoidance Actions* [ECF No. 3329] (the "Extension Motion"); and (b) *Amended Emergency Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Trustee to Fund Expenses of Mahwah Mansion and for Related Relief* [ECF No. 3381] (the "Mahwah Motion" and, together with the Extension Motion, collectively, the "Motions"), be held on a remote basis, and good cause appearing therefore, it is hereby

1. ORDERED that the Motion for Remote Hearing is granted as set forth herein; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

-2-

2. ORDERED that the Hearing shall be held on a remote basis via the Court's Zoom.gov platform, and Appearing parties may obtain login instructions to connect to the ZoomGov remote hearing by sending an email to the Clerk's office via the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

Dated at Bridgeport, Connecticut this 9th day of August, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut