**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**(Bridgeport)**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.[1] | Case No. 22-50073 (JAM)<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Virginia T. Shea of McElroy, Deutsch, Mulvaney & Carpenter, LLP hereby enters her appearance as attorney for RUI MA, ZHENG WU, and WEICAN MENG, and pursuant to Bankruptcy Rules 2002 and 9010, requests that her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be delivered and served upon the following:

> Virginia T. Shea
> McElroy, Deutsch, Mulvaney
> & Carpenter, LLP
> 1300 Mt. Kemble Avenue
> P.O. Box 2075
> Morristown, New Jersey 07962
> (973) 993-8100
> (973) 425-0161 (facsimile)
> vshea@mdmc-law.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any Orders, Pleadings, Motions, Applications, Complaints, Demands, Hearings, Requests or Petitions, Answering or Reply Papers, Memorandum and Briefs in Support of any of the foregoing and any other document brought before this Court with respect

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their tax identification number, are Ho Wan Kwok (*a/k/a* Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (9595); Genever Holdings LLC (8202); and Genever Holdings Corporation. The mailing address for the trustee, Genever Holdings LLC and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

to these proceedings, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise.

This Appearance and Request for Notice is made without prejudice to Rui Ma's, Zheng Wu's, and Weican Meng's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit Rui Ma, Zheng Wu, and Weican Meng to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a Motion seeking abstention or withdrawal of the case for a proceeding therein.

                                               **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
*Attorneys for Rui Ma, Zheng Wu, and Weican Meng*

Dated: August 9, 2024      By:    */s/ Virginia T. Shea*
Virginia T. Shea
Federal Bar No. ct30868
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
(973) 425-0161 (facsimile)
vshea@mdmc-law.com