UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------x
: 
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF PRAGER DREIFUSS AG FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JULY 1, 2024 THROUGH JULY 31, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Prager Dreifuss AG ("Prager Dreifuss") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Swiss law counsel to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from July 1, 2024 through and including July 31, 2024 (the "Fee Period").  By this Monthly Fee Statement, Prager Dreifuss respectfully requests payment of

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of CHF 4,112.00 and CHF 102.80, respectively.[3]

## SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as Exhibit A is a timekeeper summary that includes the name, hours, rate, and total fees earned for each Prager Dreifuss individual who provided services during the Fee Period.

2.    Attached hereto as Exhibit B is Prager Dreifuss' fee statement for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

3.    Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific

---

[3] In accordance with Prager Dreifuss' retention order [Docket No. 3034], (a) Prager Dreifuss is authorized to charge a flat fee for disbursements in an amount equal to 2% of the total fees charged and (b) Prager Dreifuss is authorized to invoice its fees and expenses in Swiss Francs (CHF) and to have such fees and expenses paid in Swiss Francs (CHF), subject to the terms of the Interim Compensation Order.

Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Prager Dreifuss (Attn: Daniel Hayek (daniel.hayek@prager-dreifuss.com) and (ii) the Notice Parties by email no later than **September 3, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Prager Dreifuss 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: August 12 2024

By: */s/ Daniel Hayek*
Daniel Hayek
PRAGER DREIFUSS AG
Mühlebachstrasse 6
CH-8008 Zürich

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                             :    Chapter 11
                                                   :
HO WAN KWOK, *et al.*,[1]                          :    Case No. 22-50073 (JAM)
                                                   :
          Debtors.                                 :    (Jointly Administered)
                                                   :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 12, 2024, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated:    August 12, 2024              By: */s/ G. Alexander Bongartz*
          New York, New York           G. Alexander Bongartz (admitted *pro hac vice*)
                                       PAUL HASTINGS LLP
                                       200 Park Avenue
                                       New York, New York 10166
                                       (212) 318-6000
                                       alexbongartz@paulhastings.com

                                       *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate CHF | Amount CHF |
|---|---:|---:|---:|
| Hayek, Daniel | 1.50 | 750.00 | 1,125.00 |
| Meili, Mark | 7.30 | 550.00 | 4,015.00 |
| **TOTAL** | **8.80** | | **5,140.00** |

**Exhibit B**

**Fee Statement**



Paul Hastings LLP
Mr. Luc Despins
200 Park Avenue
New York
NY 10166
United States of America

August 6, 2024

### Invoice no. 201334-24-15

Fees for services rendered between July 1, 2024 and July 31, 2024 in the matter of Ho Wan Kwok, as per the attached details.

| | | |
|---|---|---:|
| Legal Fees | CHF | 5'140.00 |
| Disbursements 2% (in lieu of itemized minor disbursements) | CHF | 102.80 |
| | CHF | 5'242.80 |
| VAT 0% export | CHF | 0.00 |
| **Total** | **CHF** | **5'242.80** |

| | | | | |
|---|---|---|---|---|
| Terms of payment | 30 days net | | VAT No. | CHE-115.724.136 MWST |

Please arrange for payment **under reference of the above invoice number** to our following account:

Zürcher Kantonalbank, 8001 Zürich
IBAN	CH67 0070 0114 8037 7648 0
BIC/SWIFT	ZKBKCHZZ80A

Prager Dreifuss AG ▪ Zürich, Bern, Brüssel ▪ www.prager-dreifuss.com

Bellerivestrasse 201, CH-8008 Zürich         Schweizerhof-Passage 7, CH-3001 Bern         Avenue Louise 235, B-1050 Bruxelles
T +41 44 254 55 55, F +41 44 254 55 99       T +41 31 327 54 54, F +41 31 327 54 99       T +32 2 537 09 49, F +32 2 537 21 16

## Details of invoice no. 201334-24-15

Invoice period:  July 1, 2024 – July 31, 2024

## Legal Fees

| Date | Service | Name | VAT | Hours |
|---|---|---|---|---|
| 02.07.2024 | conf HA re service of process issue, rol and review of files, draft instructions re same | MMA | 0.00% | 1.00 |
| 10.07.2024 | call Swiss Central Authority, conf HA re same, rol, email Alex re same | MMA | 0.00% | 1.50 |
| 11.07.2024 | call Swiss Federal Office of Justice, emails Paul Hastings re same | MMA | 0.00% | 0.80 |
| 12.07.2024 | rev. and amend declaration re service of process, conf HA re same, email Paul Hastings re same | MMA | 0.00% | 1.30 |
| 26.07.2024 | rev. judgment district court re chapter 11 recognition, conf HA re same, emails Paul Hastings | MMA | 0.00% | 1.50 |
| 26.07.2024 | rev. judgement of Zurich Distruct Court on recogintion of Luc, Conf. MMA | HA | 0.00% | 1.50 |
| 26.07.2024 | rev. email luc re US stocks, conf HA re same, rol., email Luc | MMA | 0.00% | 1.20 |
| **Total excl. VAT** | | | | **8.80** |

## Expenses

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 06.08.2024 | Disbursements | 0.00% | 102.80 |
| **Total excl. VAT** | | | **102.80** |

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 1.50 | 750.00 | 1'125.00 |
| Meili, Mark | 7.30 | 550.00 | 4'015.00 |
| | 8.80 | 584.10 | 5'140.00 |

1