**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

--------------------------------------------------------x
                                                  :

In re:                                       :       Chapter 11

HO WAN KWOK, *et al.*,[1]         :       Case No. 22-50073 (JAM)

      Debtors.                    :       (Jointly Administered)

--------------------------------------------------------x

**TRUSTEE'S WITNESS AND EXHIBIT LISTS**
**IN CONNECTION WITH AUGUST 13, 2024 HEARING ON TRUSTEE'S FIRST**
**SUPPLEMENTAL MOTION TO EXTEND AUGUST 15, 2024 DEADLINE FOR**
**TRUSTEE TO FILE AVOIDANCE ACTIONS**

Luc Despins, as the appointed Chapter 11 Trustee to the Debtor's estate (the "Trustee"), by and through his undersigned counsel, provides the witness list attached hereto as **Exhibit A** and exhibit list attached hereto as **Exhibit B** for the August 13, 2024 hearing (the "Hearing") on the *First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to file Avoidance Actions* [Docket No. 3329] (the "Motion") before the Hon. Julie A. Manning, United States Bankruptcy Court for the District of Connecticut (Bridgeport), Courtroom 123, 915 Lafayette Blvd., Bridgeport, CT.

The Trustee reserves the right to supplement or amend these lists. The Trustee further reserves the right to introduce or otherwise rely upon any exhibit offered by any other party. The Trustee further reserves the right to introduce additional exhibits for authentication, rebuttal, or

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

impeachment purposes. The Trustee further reserves the right to use demonstratives, including to summarize certain evidence, that is presented during the Hearing.

[*Remainder of Page Intentionally Left Blank*]

| | | |
|---|---|---|
| Dated: | August 12, 2024<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
Paul Hastings LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6690
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

## **EXHIBIT A: WITNESS LIST**

The Trustee designates the following individuals whom he presently anticipates may be called as witnesses at the Hearing:

1. Luc A. Despins

2. Any witness called by any other party.

## **EXHIBIT B: EXHIBIT LIST**

1. The Trustee intends to request that the Court take judicial notice of the docket in the Debtor's chapter 11 case and related adversary proceedings.

2. The Trustee reserves his rights to introduce other exhibits for impeachment, rebuttal, or authentication purposes and to amend this list.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al*.,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof, the foregoing was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned proceeding by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

Dated: August 12, 2024
New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.