**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                    :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                  :    Case No. 22-50073 (JAM)
:
          Debtors.                                        :    (Jointly Administered)
:
---------------------------------------------------------x

### CERTIFICATE OF SERVICE

On August 12, 2024, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") for Ho Wan Kwok, filed his *Motion to Amend Order Directing Parties to Mediation, Appointing the Honorable James J. Tancredi as Mediator, and Amending Order Approving Procedures Applicable to Avoidance Claim Adversary Proceedings to Facilitate Consensual Pre-Litigation Mediation* [ECF No. 3396] (inclusive of all attachments thereto, the "Motion"). Notice of the Motion was sent by e-mail to all parties to the above-captioned Chapter 11 Case by operation of the Court's electronic filing ("CM/ECF") system or will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing by August 13, 2024. Parties may access the Motion through the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated:    August 12, 2024
          New Haven, Connecticut

>                             By: */s/ Patrick R. Linsey*
>                                 Patrick R. Linsey (ct29437)
>                                 NEUBERT, PEPE & MONTEITH, P.C.
>                                 195 Church Street, 13th Floor
>                                 New Haven, Connecticut 06510
>                                 (203) 781-2847
>                                 plinsey@npmlaw.com