# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday August 13 2024

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:**  #3329; First Supplemental Motion to Extend Time Deadline to File Avoidance Actions Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:**  #3381; Amended Emergency Motion for Order Authorizing Funding to Maintain Mahwah Mansion Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 23-05002 | Genever Holdings LLC et al v. Kwok et al |

**Matter:**  #80; Order Adjourning Pretrial Conference

---

| 01:00 PM | 23-05017 | Despins et al v. Taurus Fund LLC et al |

**Matter:**  #115; Order Granting Request of Chapter 11 Trustee to Schedule Status Conference to Determine Deadlines Applicable to Further Proceedings

# Parties that Appeared at the August 13, 2024 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Shlomo Maza**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
1301 Avenue of the Americas
Ste 1700
New York, NY 10019

**Annecca H. Smith**
Robinson & Cole LLP
One State Street
Hartford, CT 06103

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511

**Jin Yan**
ArentFox Schiff
1717 K Street NW
Washington, DC 20006

**Austin D Kim**
Meister Seelig & Fein PLLC
125 Park Avenue
New York, NY 10017

**Rowena Moffett**
Brenner, Saltzman & Wallman LLP
271 Whitney Ave
New Haven, CT 06511


**Anthony Proscia**
Kaufman Dolowich
40 Exchange Place, 20th Fl
New York, NY 10005