# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING
## MOTION FOR ADMISSION *PRO HAC VICE* OF DARRYL S. LADDIN

Upon consideration of the Motion of Ronald I. Chorches for Admission *Pro Hac Vice* of Darryl S. Laddin (the "Motion"), and any and all responses thereto, it is hereby

ORDERED that the Motion is GRANTED and Darryl S. Laddin is admitted *pro hac vice,* and it is further

ORDERED that Ronald I. Chorches will receive service on behalf of Darryl S. Laddin in accordance with D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 9083-3.