# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                   :   Chapter 11
:
HO WAN KWOK *et al.*,                                    :   Case No. 22-50073 (JAM)
:
:   Jointly Administered
Debtors.[1]                                              :
:   Re: ECF No. 3451
---------------------------------------------------------x

**ORDER SCHEDULING EXPEDITED HEARING ON MOTION OF TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a), 328, AND 363(b), BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1, FOR ENTRY OF ORDER (I) AUTHORIZING EMPLOYMENT AND RETENTION OF COMPASS, INC., EFFECTIVE AS OF AUGUST 23, 2024, AS BROKER FOR SALE OF GREENWICH PROPERTY, (II) AUTHORIZING TRUSTEE TO FUND EXPENSES RELATED TO GREENWICH PROPERTY AND (III) FOR RELATED RELIEF**

The Court having considered the motion (the "Motion to Expedite")[2] seeking an expedited hearing on the *Motion of Trustee, Pursuant to Bankruptcy Code Sections 327(a), 328, and 363(b), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, for Entry of Order (I) Authorizing Employment and Retention of Real Property Broker, Effective as of August 23, 2024, for Sale of Greenwich Property, (II) Authorizing Trustee to Fund Expenses Related to Greenwich Property and (III) for Related Relief* [Docket No. 3450] (the "Motion"); and good cause appearing for the relief sought in the Motion to Expedite, it is hereby

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Expedite.

ORDERED, that a hearing on the Motion shall be held on September 3, 2024 at 1:00 p.m. (ET) at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "<u>Hearing</u>"); and it is further

ORDERED, that the deadline to object to the Motion shall be August 30, 2024 at 4:00 p.m. (ET); and it is further

ORDERED, that a copy of this Order, along with the Motion and any attachments thereto, shall be served upon all parties to the above-captioned case, and the Trustee shall file a certificate of service in advance of the hearing.

Dated at Bridgeport, Connecticut this 26th day of August, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut