**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x
                                               :
In re:                             :  Chapter 11
                                               :
HO WAN KWOK, *et al.*,           :  Case No. 22-50073 (JAM)
                                             :
          Debtors.[1]          :  Jointly Administered
                                             :
-------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KROLL, LLC**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD**
**FROM JULY 1, 2024 THROUGH JULY 31, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kroll, LLC ("Kroll") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from July 1, 2024 through and including July 31, 2024 (the "Fee Period"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $70,804.80 and $31,938.04, respectively.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period.  The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2.      Attached hereto as <u>Exhibit B</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3.      Attached hereto as <u>Exhibit C</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4.      Attached hereto as <u>Exhibit D</u> is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5.      Attached hereto as <u>Exhibit E</u> are Kroll's fee statements for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

6.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn

(holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **September 16, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9.      To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

Dated:  August 26, 2024

By:*/s/ Allen Pfeiffer*
Allen Pfeiffer
Kroll, LLC
55 East 52nd Street, Floor 17
New York, New York 10055

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
                         :

In re:                     :    Chapter 11
                         :

HO WAN KWOK, *et al.*,[1]   :    Case No. 22-50073 (JAM)
                         :

         Debtors.      :    (Jointly Administered)
                         :

------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 26, 2024, the foregoing Monthly Fee

Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served

by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF

system.

Dated: August 26, 2024
      at New Haven, Connecticut      By: */s/ Patrick R. Linsey*
                               Patrick R. Linsey (ct29437)
                               NEUBERT, PEPE & MONTEITH, P.C.
                               195 Church Street, 13th Floor
                               New Haven, Connecticut 06510
                               (203) 781-2847
                               plinsey@npmlaw.com

                               *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## EXHIBIT A

### HOURS AND RATES PER PROFESSIONAL

*Time Period: July 1-31, 2024.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 850 | $ 680 | 11.0 | $ 7,480.00 |
| Barker, James | Associate Managing Director | Forensic Investigations and Intelligence | $ 750 | $ 675 | 5.7 | $ 3,847.50 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 550 | $ 495 | 97.6 | $ 48,312.00 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 550 | $ 495 | 31.4 | $ 15,543.00 |
| Leonard, Justin | Manager | Security Risk Management | $ 330 | $ 297 | 3.0 | $ 891.00 |
| Levenson, Patrick | Analyst | Forensic Investigations and Intelligence | $ 257 | $ 231 | 7.5 | $ 1,732.50 |
| Bottos, Madison | Research Analyst | Forensic Investigations and Intelligence | $ 220 | $ 200 | 36.8 | $ 7,360.00 |
| Welby, Jackie | Research Analyst | Forensic Investigations and Intelligence | $ 220 | $ 200 | 16.7 | $ 3,340.00 |
| **Total Hours and Fees:** | | | | | **209.7** | **$ 88,506.00** |
| **Blended Hourly Rate:** | | | | | | **$ 422.06** |

**EXHIBIT B**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

*Time Period: July 1-31, 2024.*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B110     Case Administration | 0.8 | $     396.00 |
| B120     Asset Analysis and Recovery | 60.7 | $    24,534.50 |
| B160     Fee/Employment Applications | 3.8 | $     2,436.00 |
| B180     Avoidance Action Analysis | 11.9 | $     5,404.00 |
| B261     Investigations | 132.5 | $    55,735.50 |
| **TOTAL** | **209.7** | **$    88,506.00** |

## EXHIBIT C

## SUMMARY OF COMPENSATION BY MATTER ID

*Time Period: July 1-31, 2024.*

| Matter ID and Name | | Hours Billed | Fees Billed |
|---|---|---:|---:|
| 00001 | General Debtor Representation | 3.8 | $ 2,436.00 |
| 00002 | Asset Recovery Investigation and Litigation | 171.2 | $ 76,116.50 |
| 00011 | HCHK Adversary Proceeding | 23.6 | $ 4,720.00 |
| 00012 | Golden Spring Adversary Proceeding | 2.6 | $ 1,379.50 |
| 00013 | Mahwah Adversary Proceeding | 3.9 | $ 1,503.00 |
| 00018 | UAE Asset Recovery Actions | 0.4 | $ 272.00 |
| 00019 | Leading Shine Adversary Proceeding | 4.2 | $ 2,079.00 |
| | | **209.7** | **$ 88,506.00** |

**EXHIBIT D**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

*Time Period: July 1-31, 2024.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---|
| TLO | Golden Spring Adversary Proceeding | | $ 1.16 |
| Subcontractor- Expense | Asset Recovery Investigation and Litigation | | $ 2,706.55 |
| Subcontractor- Expense | Asset Recovery Investigation and Litigation | | $ 6,590.58 |
| Subcontractor- Expense | Forensics Non-Billable | | $ 16,250.00 |
| Subcontractor- Expense | General Debtor Representation | | $ - |
| Messenger Service | General Debtor Representation | | $ 126.88 |
| Valid8 Data Usage Charges | General Debtor Representation | | $ 6,185.40 |
| Subcontractor- Expense | Mahwah Adversary Proceeding | | $ 10.00 |
| Subcontractor- Expense | Mahwah Adversary Proceeding | | $ 67.47 |
| **TOTAL** | | | **$ 31,938.04** |

4

**EXHIBIT E**

**FEE DETAIL**

*Time Period: July 1-31, 2024.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Parizek, Pam | 07/02/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review ███ records re: ███ | 0.1 | $ 680 | $ 68.00 |
| Lazarus, Jordan | 07/03/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attend weekly call with P. Parizek, A. Lomas, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron], NPM Law [P. Linsey] re: ███ ██ bank accounts for ███ and ███ ████ statements, and updates re: ███ | 1.0 | $ 495 | $ 495.00 |
| Barker, James | 07/03/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attend weekly call with P. Parizek, A. Lomas, J. Lazarus, Paul Hastings [L. Despins, N. Bassett, D. Barron], NPM Law [P. Linsey] re: ███ ██ bank accounts for ███ and ███ ████ statements, and updates re: ███ | 1.0 | $ 675 | $ 675.00 |
| Lomas, Adam | 07/03/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attend weekly call with P. Parizek, J. Barker, J. Lazarus, Paul Hastings [L. Despins, N. Bassett, D. Barron], NPM Law [P. Linsey] re: ███ ██ bank accounts for ███ and ███ ████ statements, and updates re: ███ | 1.0 | $ 495 | $ 495.00 |
| Parizek, Pam | 07/03/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas updates [.4], draft agenda [.3] and attend weekly call with A. Lomas, J. Barker, J. Lazarus and Paul Hastings [L. Despins, N. Bassett, D. Barron] and NPM Law [P. Linsey] re: ████ bank accounts for ███ and ███ statements, and updates re: ███ [1.0].  Review and provide client updates re: ███ [.2]. | 1.9 | $ 680 | $ 1,292.00 |
| Parizek, Pam | 07/03/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Confer J. Lazarus re: analysis of ███ spending. | 0.1 | $ 680 | $ 68.00 |
| Lazarus, Jordan | 07/03/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with P. Parizek re: analysis of ███ document production. | 0.2 | $ 495 | $ 99.00 |
| Parizek, Pam | 07/03/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review Paul Hastings [N. Bassett] email re: trial update, confer Kroll team re: same. | 0.2 | $ 680 | $ 136.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lazarus, Jordan | 07/05/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with NPM Law re: [REDACTED] document production. | 0.2 | $ 495 | $ 99.00 |
| Bottos, Madison | 07/08/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with J. Lazarus re: analysis of [REDACTED] charges. | 0.3 | $ 200 | $ 60.00 |
| Lazarus, Jordan | 07/08/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with M. Bottos re: analysis of [REDACTED] charges. | 0.3 | $ 495 | $ 148.50 |
| Lazarus, Jordan | 07/08/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with NPM Law re: [REDACTED] document production and analysis | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 07/08/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of payments to [REDACTED] | 0.4 | $ 495 | $ 198.00 |
| Lazarus, Jordan | 07/08/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of [REDACTED] document production. | 1.2 | $ 495 | $ 594.00 |
| Lazarus, Jordan | 07/09/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with Kroll team re: analysis of [REDACTED] charges. | 0.4 | $ 495 | $ 198.00 |
| Lazarus, Jordan | 07/09/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of [REDACTED] document production. | 3.1 | $ 495 | $ 1,534.50 |
| Lazarus, Jordan | 07/10/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with Paul Hastings and Kroll team re: payments to [REDACTED] and related matters. | 0.2 | $ 495 | $ 99.00 |
| Lazarus, Jordan | 07/10/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of [REDACTED] document production. | 0.8 | $ 495 | $ 396.00 |
| Lazarus, Jordan | 07/11/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with M. Bottos re: analysis of [REDACTED] charges. | 0.2 | $ 495 | $ 99.00 |
| Bottos, Madison | 07/11/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with J. Lazarus re: analysis of [REDACTED] charges. | 0.2 | $ 200 | $ 40.00 |
| Lazarus, Jordan | 07/11/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attend weekly call with P. Parizek, A. Lomas, Paul Hastings [L. Despins, N. Bassett, D. Barron], NMP Law [P. Lindsay] re: [REDACTED] accounts. | 0.9 | $ 495 | $ 445.50 |
| Lomas, Adam | 07/11/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attend weekly call with P. Parizek, J. Lazarus, Paul Hastings [L. Despins, N. Bassett, D. Barron], NMP Law [P. Lindsay] re: [REDACTED] accounts. | 0.9 | $ 495 | $ 445.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Parizek, Pam | 07/11/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review status update from A. Lomas [.3], provide agenda for weekly call [.1], and attend weekly call with A. Lomas, J. Lazarus, Paul Hastings [L. Despins, N. Bassett, D. Barron], NMP Law [P. Lindsay] re: ███████ ██████ accounts [.9]. | 1.3 | $ 680 | $ 884.00 |
| Lazarus, Jordan | 07/11/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of ██████ document production. | 2.9 | $ 495 | $ 1,435.50 |
| Lazarus, Jordan | 07/12/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of ██████ document production. | 2.7 | $ 495 | $ 1,336.50 |
| Lazarus, Jordan | 07/18/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attend weekly call with P. Parizek, A. Lomas, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], NPM Law [P. Linsey] re: ██████████ ███████ | 0.6 | $ 495 | $ 297.00 |
| Parizek, Pam | 07/18/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare agenda [.1] and attend weekly call with A. Lomas, J. Lazarus, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], NPM Law [P. Linsey] re: █████ ██ ██████ [.6] | 0.7 | $ 680 | $ 476.00 |
| Barker, James | 07/18/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attend weekly call with P. Parizek, A. Lomas, J. Lazarus,Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], NPM Law [P. Linsey] re: ██████████ ███████ | 0.6 | $ 675 | $ 405.00 |
| Lomas, Adam | 07/18/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attend weekly call with P. Parizek, J. Lazarus, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], NPM Law [P. Linsey] re: ██████████ ███████ | 0.6 | $ 495 | $ 297.00 |
| Lazarus, Jordan | 07/18/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with D. Barron and A. Lomas re: ████████ analysis. | 0.1 | $ 495 | $ 49.50 |
| Lazarus, Jordan | 07/18/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of ████████ document production; preparation of summary schedules for presentation to the Trustee. | 2.8 | $ 495 | $ 1,386.00 |
| Lazarus, Jordan | 07/19/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of ████████ document production; preparation of summary schedules for presentation to the Trustee. | 1.8 | $ 495 | $ 891.00 |
| Parizek, Pam | 07/23/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review J. Lazarus analysis of ██████ spending. | 0.2 | $ 680 | $ 136.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lazarus, Jordan | 07/23/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continue analysis of ▮▮▮▮ document production; preparation of summary schedules for presentation to the Trustee. | 1.1 | $ 495 | $ 544.50 |
| Barker, James | 07/25/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attend weekly call with P. Parizek, A. Lomas, J. Lazarus, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], NPM Law [P. Linsey] re: ▮▮▮ bank statements from government trial, ▮▮ card charges for ▮▮▮▮ [.8] | 0.8 | $ 675 | $ 540.00 |
| Lomas, Adam | 07/25/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attend weekly call with P. Parizek, J. Lazarus, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], NPM Law [P. Linsey] re: ▮▮▮ bank statements from government trial, ▮▮ card charges for ▮▮▮▮ [.8] | 0.8 | $ 495 | $ 396.00 |
| Lazarus, Jordan | 07/25/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attend weekly call with P. Parizek, A. Lomas, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], NPM Law [P. Linsey] re: ▮▮▮ bank statements from government trial, ▮▮ card charges for ▮▮▮▮ [.8] | 0.8 | $ 495 | $ 396.00 |
| Parizek, Pam | 07/25/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare agenda [.1] and attend weekly call with A. Lomas, J. Lazarus, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], NPM Law [P. Linsey] re: ▮▮▮ bank statements from government trial, ▮▮ card charges for ▮▮▮ [.8] | 0.9 | $ 680 | $ 612.00 |
| Lazarus, Jordan | 07/25/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with NPM Law and Kroll team re: ▮▮▮▮ analysis and related matters. | 0.3 | $ 495 | $ 148.50 |
| Lazarus, Jordan | 07/25/2024 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▮▮▮▮ points balance and other card activity. | 2.4 | $ 495 | $ 1,188.00 |
| Lazarus, Jordan | 07/05/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of financial transactions re: ▮▮▮▮ and ▮▮▮▮ for avoidance actions. | 0.7 | $ 495 | $ 346.50 |
| Lomas, Adam | 07/11/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with J. Lazarus, NPM Law [P. Linsey] re: coordination of workflows with respect to the update of transfers for possible avoidance actions. | 0.4 | $ 495 | $ 198.00 |
| Lazarus, Jordan | 07/11/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with A. Lomas, NPM Law [P. Linsey] re: coordination of workflows with respect to the update of transfers for possible avoidance actions. | 0.4 | $ 495 | $ 198.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lazarus, Jordan | 07/12/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare updated avoidance action schedules for August 15th filing deadline. | 3.1 | $ 495 | $ 1,534.50 |
| Bottos, Madison | 07/18/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with J. Lazarus re: compilation of ███████████ supporting documentation. | 0.2 | $ 200 | $ 40.00 |
| Lazarus, Jordan | 07/18/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call and correspondence with M. Bottos, NPM Law re: compilation of █████ ███████ supporting documentation. | 0.3 | $ 495 | $ 148.50 |
| Parizek, Pam | 07/18/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review A. Lomas summary of Kwok Investigation Data [.1], avoidance action analysis [.1]. | 0.2 | $ 680 | $ 136.00 |
| Lomas, Adam | 07/18/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to email inquiries from Paul Hastings [D. Barron] re: summary of avoidance claims asserted in connection with transfers from list of certain entities. | 0.8 | $ 495 | $ 396.00 |
| Bottos, Madison | 07/18/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compilation of documentary support for avoidance action against ███████. | 1.7 | $ 200 | $ 340.00 |
| Lomas, Adam | 07/30/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with NPM Law [P. Linsey, S. Smeriglio] re: ███████ ██████ Inc, and ██████ Inc avoidance claims. | 0.9 | $ 495 | $ 445.50 |
| Lomas, Adam | 07/30/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Attention to Excel file detailing transfers to ████████████ included in avoidance complaint and reconciling transfers to underlying bank documents. | 1.9 | $ 495 | $ 940.50 |
| Parizek, Pam | 07/31/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review client request and Kroll response re: ████████ avoidance claim. | 0.2 | $ 680 | $ 136.00 |
| Lazarus, Jordan | 07/31/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compile supporting documentation for specific avoidance action. | 1.1 | $ 495 | $ 544.50 |
| Lazarus, Jordan | 07/18/2024 | Asset Recovery Investigation and Litigation | Case Administration | Call with A. Lomas re: motion responses for Paul Hastings and related matters. | 0.4 | $ 495 | $ 198.00 |
| Lomas, Adam | 07/18/2024 | Asset Recovery Investigation and Litigation | Case Administration | Call with J. Lazarus re: motion responses for Paul Hastings and related matters. | 0.4 | $ 495 | $ 198.00 |
| Lomas, Adam | 07/01/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare initial response to email inquiry from NPM Law [P. Linsey] re: quantification of transfers between particular dates; related telephone conversation with NPM Law [P. Linsey] re: same. | 0.5 | $ 495 | $ 247.50 |
| Lomas, Adam | 07/01/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of transfers between particular dates as requested by NPM Law [P. Linsey] segregated by buckets [internal entity transfers, transfers between alter ego entities, and other]; related analysis of transactions in master transaction file. | 3.6 | $ 495 | $ 1,782.00 |
| Lomas, Adam | 07/02/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of documents produced by ██████ ██████ related review of transactions in master transaction file. | 0.2 | $ 495 | $ 99.00 |

5

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 07/02/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of additional documents produced by [REDACTED] | 0.3 | $ 495 | $ 148.50 |
| Lomas, Adam | 07/02/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepared instructions to M. Bottos for capture of certain information with respect to [REDACTED] transaction activity. | 0.4 | $ 495 | $ 198.00 |
| Bottos, Madison | 07/02/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of [REDACTED] Limited Bank account transactions; related updates to master transaction file. | 3.3 | $ 200 | $ 660.00 |
| Parizek, Pam | 07/03/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas summary re: new alter egos. | 0.1 | $ 680 | $ 68.00 |
| Lomas, Adam | 07/03/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to Paul Hastings [D. Barron] re: bank account and transfer information with respect to list of potential new alter ego entities. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 07/03/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [P. Linsey] re: follow-up requests/items for [REDACTED] related telephone conversation with P. Linsey re: same. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 07/03/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to internal Kroll investigative team re: [REDACTED] and [REDACTED] | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 07/06/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to email inquiry from NPM Law [P. Linsey] re: transfer to [REDACTED] related review and compilation of supporting bank documents. | 0.5 | $ 495 | $ 247.50 |
| Lomas, Adam | 07/08/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 07/08/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of additional documents produced by [REDACTED] related update of inventory of Debtor-related bank accounts. | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 07/08/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct Relativity document search re: substance of transfers to [REDACTED] and underlying bank records; compose email response to NPM Law [P. Linsey] re: same. | 1.1 | $ 495 | $ 544.50 |
| Lomas, Adam | 07/08/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to email inquiry from NPM Law [K. Mitchell] re: knowns, identified, and/or suspected [REDACTED] accounts; related Relativity document review. | 1.4 | $ 495 | $ 693.00 |
| Lomas, Adam | 07/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate [REDACTED] bank account transactions into master transaction file for review and analysis. | 0.3 | $ 495 | $ 148.50 |
| Lomas, Adam | 07/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate [REDACTED] bank account transactions into master transaction file for review and analysis. | 0.4 | $ 495 | $ 198.00 |
| Lomas, Adam | 07/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate [REDACTED] bank account transactions into master transaction file for review and analysis. | 0.5 | $ 495 | $ 247.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 07/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Attention to reconciliation of statements uploaded into bank statement analysis tool. | 0.9 | $ 495 | $ 445.50 |
| Lomas, Adam | 07/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Reconciliation of transfers from ██████ to various Debtor-related entities/accounts; related updates to master transaction file. | 1.4 | $ 495 | $ 693.00 |
| Lomas, Adam | 07/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 1.4 | $ 495 | $ 693.00 |
| Lomas, Adam | 07/09/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ██████ transaction activity in ██████ accounts; related updates to master transaction file. | 2.6 | $ 495 | $ 1,287.00 |
| Lomas, Adam | 07/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Quality control review and analysis of ██████ transaction activity; related updates to master transaction file. | 0.3 | $ 495 | $ 148.50 |
| Lomas, Adam | 07/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ██████ Limited bank account transactions into master transaction file for review and analysis. | 0.5 | $ 495 | $ 247.50 |
| Lomas, Adam | 07/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of transfers between ██████ and ██████. | 0.7 | $ 495 | $ 346.50 |
| Lomas, Adam | 07/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to email inquiry from Paul Hastings [N. Bassett] re: supporting bank documents showing transfers to ██████ and ██████ related compilation of bank documents. | 0.9 | $ 495 | $ 445.50 |
| Lomas, Adam | 07/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ██████ transaction activity in ██████ and ██████ accounts; related updates to master transaction file. | 1.1 | $ 495 | $ 544.50 |
| Lomas, Adam | 07/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Attention to reconciliation of statements uploaded into bank statement analysis tool. | 1.2 | $ 495 | $ 594.00 |
| Lomas, Adam | 07/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ██████ Limited transaction activity in ██████ Bank accounts; related updates to master transaction file. | 1.4 | $ 495 | $ 693.00 |
| Lomas, Adam | 07/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to Paul Hastings and NPM Law re: various account analyses for discussion on weekly status update meeting. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 07/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare summary schedule of ██████ bank account transaction activity. | 0.4 | $ 495 | $ 198.00 |
| Lomas, Adam | 07/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ██████ transaction activity in ██████ accounts; related updates to master transaction file. | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 07/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare summary schedule of ██████ bank account transaction activity. | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 07/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [P. Linsey] re: additional document requests with respect to various bank accounts at ██████ Bank. | 0.9 | $ 495 | $ 445.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 07/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to email inquiry from NPM Law [K. Mitchell] re: additional document requests with respect to various bank accounts at █████ Bank. | 0.1 | $ 495 | $ 49.50 |
| Lomas, Adam | 07/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to email inquiry from Paul Hastings [E. Sutton] re: transfers involving ████████ | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 07/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to email inquiry from Paul Hastings [L. Song] re: reconciliation of transfers to ██████████████ PA to related invoices. | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 07/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of documents related to █████ bank accounts at ███████ in ██████ related update of inventory of Debtor-related bank accounts; related updates to master transaction file. | 0.8 | $ 495 | $ 396.00 |
| Lomas, Adam | 07/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct scoping review of non-bank document productions in Relativity for other possible relevant information with respect to bank/financial transfers. | 4.8 | $ 495 | $ 2,376.00 |
| Lomas, Adam | 07/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Provide instructions to M. Bottos for summary of ████████████████ account in ███████ | 0.3 | $ 495 | $ 148.50 |
| Bottos, Madison | 07/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of ██████ ███████████ account. | 0.7 | $ 200 | $ 140.00 |
| Lomas, Adam | 07/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of documents related to █████ bank accounts at ███████ in ██████ related update of inventory of Debtor-related bank accounts; related updates to master transaction file. | 1.8 | $ 495 | $ 891.00 |
| Lomas, Adam | 07/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Provide email instructions to J. Welby re: review of non-bank document productions for possible relevant information with respect to transfers from Debtor-related bank accounts. | 0.3 | $ 495 | $ 148.50 |
| Lomas, Adam | 07/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of activity in ████████ Limited accounts at ██████ Bank; related updates to master transaction file. | 5.4 | $ 495 | $ 2,673.00 |
| Bottos, Madison | 07/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Continue review of ██████████ ████████ account. | 6.8 | $ 200 | $ 1,360.00 |
| Lomas, Adam | 07/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with J. Welby re: Relativity review of non-bank documents for possible relevant information with respect to transfers from Debtor-related bank accounts. | 0.5 | $ 495 | $ 247.50 |
| Welby, Jackie | 07/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas re: Relativity review of non-bank documents for possible relevant information with respect to transfers from Debtor-related bank accounts. | 0.5 | $ 200 | $ 100.00 |
| Barker, James | 07/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Preparation of investigative findings for weekly client call. | 0.5 | $ 675 | $ 337.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 07/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of exhibits from criminal trial with respect to identified bank accounts; related email correspondence with Paul Hastings [L. Song]. | 0.2 | $ 495 | $ 99.00 |
| Barker, James | 07/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence on ▓▓▓▓ ▓▓▓▓▓▓▓ | 0.5 | $ 675 | $ 337.50 |
| Lomas, Adam | 07/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of information with respect to flow of funds for the purchase of a ▓▓▓ from ▓▓▓ of ▓▓▓▓ comparison of flow of funds to known/identified transfers involving ▓ and ▓▓▓ ▓▓▓▓▓▓ Limited; compose related email to Paul Hastings [D. Barron] and P. Linsey [NPM Law]. | 0.8 | $ 495 | $ 396.00 |
| Lomas, Adam | 07/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to email inquiry from Paul Hastings [D. Barron] re: summary of certain metrics with respect to identified Debtor-related bank accounts for pending motion; related review of underlying index of Debtor-related bank accounts and master transaction file. | 1.4 | $ 495 | $ 693.00 |
| Welby, Jackie | 07/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Relativity document review of non-bank productions for information with respect to transfers from Debtor-related bank accounts; compile related review observations. | 1.7 | $ 200 | $ 340.00 |
| Lomas, Adam | 07/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of statements for ▓▓▓▓ Limited and ▓▓▓▓▓ ▓▓▓▓ Limited accounts at ▓▓▓ Bank as per documents included as exhibits in criminal trial; related update of inventory of Debtor-related bank accounts. | 0.8 | $ 495 | $ 396.00 |
| Lomas, Adam | 07/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Attention to reconciliation of identified bank accounts per criminal trial exhibits to working inventory of known/identified Debtor-related bank accounts. | 2.9 | $ 495 | $ 1,435.50 |
| Welby, Jackie | 07/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Relativity document review of non-bank productions for information with respect to transfers from Debtor-related bank accounts; compile related review observations. | 7.3 | $ 200 | $ 1,460.00 |
| Lomas, Adam | 07/21/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct Relativity review of documents from criminal trial with respect to Debtor-related bank accounts; related update of inventory of Debtor-related bank accounts. | 3.1 | $ 495 | $ 1,534.50 |
| Lomas, Adam | 07/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.5 | $ 495 | $ 247.50 |
| Lomas, Adam | 07/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Attention to reconciliation of account activity for statements uploaded into bank statement analysis tool. | 0.6 | $ 495 | $ 297.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 07/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▇▇▇ Limited and ▇▇▇▇▇ Limited bank account transactions into master transaction file for review and analysis. | 0.9 | $ 495 | $        445.50 |
| Lomas, Adam | 07/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ▇▇▇▇ Limited transaction activity; related updates to master transaction file. | 1.9 | $ 495 | $        940.50 |
| Lomas, Adam | 07/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to internal Kroll team re: ▇▇▇ purchased in/around June 2021. | 0.4 | $ 495 | $        198.00 |
| Lomas, Adam | 07/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ▇▇▇ Limited transaction activity; related updates to master transaction file. | 0.7 | $ 495 | $        346.50 |
| Lomas, Adam | 07/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Attention to reconciliation of identified bank accounts per criminal trial exhibits to working inventory of known/identified Debtor-related bank accounts. | 0.9 | $ 495 | $        445.50 |
| Lomas, Adam | 07/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ▇▇▇ Limited transaction activity; related updates to master transaction file. | 1.2 | $ 495 | $        594.00 |
| Welby, Jackie | 07/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Relativity document review of non-bank productions for information with respect to transfers from Debtor-related bank accounts; compile related review observations. | 3.8 | $ 200 | $        760.00 |
| Parizek, Pam | 07/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review team updates re: ▇▇▇ | 0.3 | $ 680 | $        204.00 |
| Barker, James | 07/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with Paul Hastings [D. Barron] regarding ▇▇▇ research. | 0.7 | $ 675 | $        472.50 |
| Lomas, Adam | 07/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare draft response to J. Barker re: email inquiry from Paul Hastings [D. Barron] with respect to ▇▇▇ related payments made from ▇▇▇ bank accounts; related transaction and document review. | 1.0 | $ 495 | $        495.00 |
| Lomas, Adam | 07/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Attention to reconciliation of identified bank accounts per criminal trial exhibits to working inventory of known/identified Debtor-related bank accounts. | 1.4 | $ 495 | $        693.00 |
| Barker, James | 07/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with P. Levenson on ▇▇▇ research. | 1.1 | $ 675 | $        742.50 |
| Lomas, Adam | 07/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] re: banks/accounts identified in criminal trial exhibits. | 0.2 | $ 495 | $         99.00 |
| Lomas, Adam | 07/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Attention to reconciliation of identified bank accounts per criminal trial exhibits to working inventory of known/identified Debtor-related bank accounts. | 0.5 | $ 495 | $        247.50 |
| Lomas, Adam | 07/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondece with Paul Hastings [D. Barron, L. Song] re: observations from ▇▇▇ document production with respect to ▇▇▇ LLC and ▇▇▇ Company LLC accounts. | 0.8 | $ 495 | $        396.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 07/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of additional documents produced by ████████ Bank; related update of inventory of Debtor-related bank accounts. | 1.2 | $ 495 | $ 594.00 |
| Levenson, Patrick | 07/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ██████ research. | 2.0 | $ 231 | $ 462.00 |
| Welby, Jackie | 07/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Relativity document review of non-bank productions for information with respect to transfers from Debtor-related bank accounts; compile related review observations. | 3.4 | $ 200 | $ 680.00 |
| Lomas, Adam | 07/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with NPM Law [P. Linsey, K. Mitchell] re: new banks identified in contained in criminal trial exhibits and Rule 2004 subpoenas. | 0.5 | $ 495 | $ 247.50 |
| Lomas, Adam | 07/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.8 | $ 495 | $ 396.00 |
| Lomas, Adam | 07/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [K. Mitchell] re: ████████ records. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 07/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Attention to bank statement analysis tool reconciliation. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 07/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ████████ Company LLC transaction activity; related updates to master transaction file. | 0.4 | $ 495 | $ 198.00 |
| Lomas, Adam | 07/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ████████ LLC transaction activity; related updates to master transaction file. | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 07/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate bank transactions for ████ Company LLC, ████████ LLC, ████ Inc, and ████████ LLC accounts into master transaction file for review and analysis. | 0.7 | $ 495 | $ 346.50 |
| Lomas, Adam | 07/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [S. Smeriglio] re: supporting documentation from ████ and ████ Inc transfers. | 0.7 | $ 495 | $ 346.50 |
| Lomas, Adam | 07/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of transfers to/from ████ and ████ Limited. | 0.8 | $ 495 | $ 396.00 |
| Lomas, Adam | 07/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of additional documents produced by ████████ related update of inventory of Debtor-related bank accounts. | 0.9 | $ 495 | $ 445.50 |
| Levenson, Patrick | 07/29/2024 | Asset Recovery Investigation and Litigation | Investigations | ████████ research. | 4.5 | $ 231 | $ 1,039.50 |
| Lomas, Adam | 07/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [K. Mitchell] re: new/additional financial institutions for Rule 2004 subpoenas; related review of underlying bank documents and master transaction file for indications of identified or possible accounts at new/additional financial institutions. | 4.7 | $ 495 | $ 2,326.50 |

11

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 07/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ███████ transaction activity; related updates to master transaction file. | 0.3 | $ 495 | $ 148.50 |
| Lomas, Adam | 07/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Per inquiry from NPM Law [P. Linsey], review of documents with respect to ████████ and ██████ related flow of funds tracing analysis. | 0.7 | $ 495 | $ 346.50 |
| Lomas, Adam | 07/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ████ LLC transaction activity; related updates to master transaction file. | 2.1 | $ 495 | $ 1,039.50 |
| Lomas, Adam | 07/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ██████ Inc transaction activity; related updates to master transaction file. | 2.3 | $ 495 | $ 1,138.50 |
| Levenson, Patrick | 07/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, J. Barker, S. Dharamshi, re: ████ and █████. | 0.5 | $ 231 | $ 115.50 |
| Lomas, Adam | 07/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with J. Barker, S. Dharamshi, P. Levenson re: ████ property and | 0.5 | $ 495 | $ 247.50 |
| Barker, James | 07/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, S. Dharamshi, P. Levenson r████████ | 0.5 | $ 675 | $ 337.50 |
| Lomas, Adam | 07/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 495 | $ 99.00 |
| Lomas, Adam | 07/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate bank transactions for ████ Inc accounts into master transaction file for review and analysis. | 0.3 | $ 495 | $ 148.50 |
| Levenson, Patrick | 07/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Motor vehicle research. | 0.5 | $ 231 | $ 115.50 |
| Lomas, Adam | 07/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [E. Sutton] re: transfers to ████ LLP. | 0.6 | $ 495 | $ 297.00 |
| Lomas, Adam | 07/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ████ Inc transaction activity; related updates to master transaction file. | 3.4 | $ 495 | $ 1,683.00 |
| Parizek, Pam | 07/19/2024 | General Debtor Representation | Fee/Employment Applications | Review/revise Kroll Monthly Fee Statement [1.5]. | 1.5 | $ 680 | $ 1,020.00 |
| Lazarus, Jordan | 07/22/2024 | General Debtor Representation | Fee/Employment Applications | Redact June 2024 fee statement; correspondence with P. Parizek re: fee application. | 0.8 | $ 495 | $ 396.00 |
| Parizek, Pam | 07/22/2024 | General Debtor Representation | Fee/Employment Applications | Assign Monthly Fee Statement Redactions [.1], review and mark additional redactions, transmit to counsel for filing [.9]. | 1.0 | $ 680 | $ 680.00 |
| Parizek, Pam | 07/31/2024 | General Debtor Representation | Fee/Employment Applications | Update draft notice of rate increase, effective August 2024 and provide to Paul Hastings [A. Bongartz]. | 0.5 | $ 680 | $ 340.00 |
| Parizek, Pam | 07/25/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Coordinate delivery of ████ ██ to Paul Hastings. | 0.3 | $ 680 | $ 204.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Parizek, Pam | 07/26/2024 | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | Review chain of custody, tracking, and confirmation of delivery of █████ to Paul Hastings. | 0.2 | $ 680 | $ 136.00 |
| Lomas, Adam | 07/02/2024 | Golden Spring Adversary Proceeding | Investigations | Review and analysis of transactions in █████ accounts at █████ | 0.3 | $ 495 | $ 148.50 |
| Lomas, Adam | 07/02/2024 | Golden Spring Adversary Proceeding | Investigations | Prepare summary of observations re: █████ and other items for weekly status update meeting with Paul Hastings and NPM Law. | 0.7 | $ 495 | $ 346.50 |
| Lomas, Adam | 07/02/2024 | Golden Spring Adversary Proceeding | Investigations | Prepare summary of sources and uses in █████ accounts at █████ [as per limited available statements/documents]. | 1.1 | $ 495 | $ 544.50 |
| Bottos, Madison | 07/08/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Analysis of █████ charges for █████ cardholders. | 5.9 | $ 200 | $ 1,180.00 |
| Bottos, Madison | 07/09/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Continue analysis of █████ charges for █████ cardholders. | 6.3 | $ 200 | $ 1,260.00 |
| Bottos, Madison | 07/10/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Continue analysis of █████ charges for █████ cardholders. | 3.2 | $ 200 | $ 640.00 |
| Bottos, Madison | 07/11/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Continue analysis of █████ charges for █████ cardholders. | 5.1 | $ 200 | $ 1,020.00 |
| Bottos, Madison | 07/12/2024 | HCHK Adversary Proceeding | Asset Analysis and Recovery | Continue analysis of █████ charges for █████ cardholders. | 3.1 | $ 200 | $ 620.00 |
| Lomas, Adam | 07/16/2024 | Leading Shine Adversary Proceeding | Investigations | Analysis of activity in █████ accounts at █████ related updates to master transaction file. | 1.6 | $ 495 | $ 792.00 |
| Lomas, Adam | 07/24/2024 | Leading Shine Adversary Proceeding | Investigations | Respond to email inquiry from Paul Hastings [D. Barron] re: tracing of certain transactions through █████ accounts; related transaction review and tracing analysis. | 2.6 | $ 495 | $ 1,287.00 |
| Parizek, Pam | 07/25/2024 | Mahwah Adversary Proceeding | Investigations | Coordinate █████ site visit to locate █████. | 0.4 | $ 680 | $ 272.00 |
| Parizek, Pam | 07/26/2024 | Mahwah Adversary Proceeding | Investigations | Call with J. Leonard re: █████ [.1], confer Paul Hastings [L. Despins] re: same [.1]. | 0.1 | $ 680 | $ 68.00 |
| Parizek, Pam | 07/26/2024 | Mahwah Adversary Proceeding | Investigations | Call with J. Leonard re: search for █████ [.2], review █████ re: same [.2]. | 0.4 | $ 680 | $ 272.00 |
| Leonard, Justin | 07/26/2024 | Mahwah Adversary Proceeding | Investigations | Call with P. Parizek re: █████ [.1]; call with P. Parizek re: search for █████ [.2]; site visit to █████ to locate █████ [2.7]. | 3.0 | $ 297 | $ 891.00 |
| Parizek, Pam | 07/02/2024 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Review Kroll memo re: █████ re: legal remedies and referrals. | 0.4 | $ 680 | $ 272.00 |
| **Total Hours and Amount:** | | | | | **209.7** | | **$ 88,506.00** |