# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
|  | (Jointly Administered) |
| Debtors.[1] |  |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of the undersigned as counsel to FFP (BVI) LIMITED ("FFP"), solely for purposes of appealing the Court's order dated August 14, 2024 (ECF No. 3417), which granted the Trustee's First Supplemental Motion of Chapter 11 Trustee To Extend August 15, 2024 Deadline For Trustee To File Avoidance Actions (the "Second Extension Motion"), over FFP's objection thereto, both of which were filed in the adversary proceeding entitled *Despins v. FFP (BVI) Limited*, 24-ap-05056, at ECF Nos. 10 and 16, respectively.

This appearance does not waive, but preserves, FFP's objections and defenses, including but not limited to FFP's objection to jurisdiction, venue, and to any application of the doctrine of "law of the case".

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595) (the "Debtor"), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

{00377674.1 }

                                          FFP (BVI) LIMITED

By:   /s/ Kellianne Baranowsky
       Kellianne Baranowsky (ct26684)
       Green & Sklarz LLC
       One Audubon Street, Third Floor
       New Haven, CT 06511
       (203) 285-8545
       kbaranowsky@gs-lawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, a copy of the foregoing was served via CM/ECF.

Parties may access this filing through the Court's CM/ECF system.

                                          /s/ Kellianne Baranowsky