# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>　　HO WAN KWOK, *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　　　　　Defendant. | Adv. Proc. No. 24-05117 |

## NOTICE OF APPEAL

**Part I: Identify the Appellant**

1. Name of appellant: Meta Platforms, Inc.

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal: Party-in-interest in the above-captioned main bankruptcy case, No. 22-50073 (JAM), and defendant in the above-captioned adversary proceeding, No. 24-05117 (JAM).

**Part 2: Identify the Subject of This Appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken: *Order Granting Second Motion for Extension of Deadline for Trustee to File Avoidance Actions* (the "Extension Order"), entered in the bankruptcy case (ECF Dkt. No. 3417), a copy of which is attached as **Exhibit 1**.

2. State the date on which the judgment—or the appealable order or decree—was entered: August 14, 2024.

**Part 3: Identify the Other Parties to the Appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys:

| Party | Attorneys |
|---|---|
| Meta Platforms, Inc.<br><br>*Party-in-Interest and Appellant* | George Angelich (ct27542)<br>Eric Roman (admitted *pro hac vice*)<br>Patrick Feeney (admitted *pro hac vice*)<br>ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>T: 212.457.5423<br>E: george.angelich@afslaw.com<br>   eric.roman@afslaw.com<br>   patrick.feeney@afslaw.com<br><br>- and -<br><br>Jin Yan (admitted *pro hac vice*)<br>ArentFox Schiff LLP<br>1717 K St. NW<br>Washington, DC 20006<br>T: 202.778.6442<br><br>E: jin.yan@afslaw.com |
| Luc A. Despins, as Chapter 11 Trustee<br><br>*Chapter 11 Trustee and Appellee* | Douglas S. Skalka (ct00616)<br>Patrick R. Linsey (ct29437)<br>Neubert, Pepe & Monteith, P.C.<br>195 Church St., 13th Fl.<br>New Haven, CT 06510<br>T: (203) 821-2000<br>E: dskalka@npmlaw.com<br>   plinsey@npmlaw.com<br><br>- and -<br><br>Douglass Barron (admitted *pro hac vice*)<br>Paul Hastings LLP<br>200 Park Ave.<br>New York, NY 10166<br>T: (212) 318-6000 |

| Party | Attorneys |
|---|---|
| | E: douglassbarron@paulhastings.com <br><br> - and - <br><br> Nicholas A. Bassett (admitted *pro hac vice*) <br> Paul Hastings LLP <br> 2050 M St. NW <br> Washington, D.C. 20036 <br> T: (202) 551-1902 <br> E: nicholasbassett@paulhastings.com |

Dated: August 27, 2024
      New York, New York

*/s/ George Angelich*
George Angelich (ct27542)
Eric Roman (admitted *pro hac vice*)
Patrick Feeney (admitted *pro hac vice*)
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
T: 212.457.5423
E: george.angelich@afslaw.com
   eric.roman@afslaw.com
   patrick.feeney@afslaw.com

- and -

Jin Yan (admitted *pro hac vice*)
ArentFox Schiff LLP
1717 K St. NW
Washington, DC 20006
T: 202.778.6442
E: jin.yan@afslaw.com

*Counsel for Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2024, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated: New York, New York
       August 27, 2024

*/s/ George Angelich*
George Angelich