**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
: 
Debtors.[1] : Jointly Administered
: 
: Re: ECF No. 3396
---------------------------------------------------------------x

**ORDER AMENDING ORDER DIRECTING PARTIES TO
MEDIATION, APPOINTING THE HONORABLE JAMES J. TANCREDI AS
MEDIATOR, AND AMENDING ORDER APPROVING PROCEDURES APPLICABLE
TO AVOIDANCE CLAIM ADVERSARY PROCEEDINGS TO FACILITATE
CONSENSUAL PRE-LITIGATION AND PRE-APPEARANCE MEDIATION**

Upon the motion (the "Motion") of Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") for Ho Wan Kwok (the "Debtor"), for entry of an order (this "Order") amending the Court's *Order Directing Parties to Mediation, Appointing the Honorable James J. Tancredi as Mediator, and Amending Order Approving Procedures Applicable to Avoidance Claim Adversary Proceedings* [ECF No. 3163] (the "Procedures Order") by modifying and supplementing the Mediation Procedures to provide for the consensual mediation ("Consensual Pre-Litigation/Pre-Appearance Mediation") of claims ("Estate Claims") that are property of the Debtor's chapter 11 estate (the "Estate") prior to the Trustee's commencement of litigation or prior to the appearance of defendants in pending adversary proceedings; and the Court having found that the relief requested in the Motion is in the best interest of the Debtor's chapter 11

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

estate, its creditors, and all parties in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be given; and no objections to the relief requested herein having been filed; and after due deliberation, including a hearing held August 27, 2024 at which no parties objected to the Motion, and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Procedures Order, and specifically the Mediation Procedures set forth therein, is hereby modified solely as applied to Consensual Pre-Litigation/Pre-Appearance Mediation:

   i. Consensual Pre-Litigation/Pre-Appearance Mediation shall require the consent of the Trustee and any applicable Counterparties (collectively, the "Consent Mediation Parties") and shall be available, subject to such consent and the consent of Judge Tancredi, as to any Estate Claims irrespective of whether the Trustee has commenced litigation against the Counterparties.[2]

   ii. Mediation Referral shall occur upon the Consent Mediation Parties submitting a joint letter or email to Judge Tancredi consenting to engage in Consensual Pre-Litigation/Pre-Appearance Mediation and to be bound by the Mediation Procedures (as modified by this Order). Judge Tancredi may for any reason in his sole discretion accept or reject any referral of a Consensual Pre-Litigation/Pre-Appearance Mediation.

   iii. Judge Tancredi may require the Consent Mediation Parties to provide him with any relevant papers and exhibits, statements of position, and/or settlement proposals. The Consent Mediation Parties shall cooperate to determine the timing and location of any mediation sessions subject to the approval of Judge Tancredi.

   iv. A Consensual Pre-Litigation/Pre-Appearance Mediation shall terminate upon the earliest of (a) Judge Tancredi's rejection of the Mediation Referral; (b) written notice of any Consent Mediation Party to Judge Tancredi and the other Consent Mediation Parties of withdrawal from Mediation Proceedings, *provided*, *however*, where the Mediation Proceedings involve the Trustee and other Counterparties that have not withdrawn, such proceedings may continue if Judge Tancredi, the Trustee, and the remaining Counterparties consent to continue them; (c) Judge Tancredi's termination of the Mediation Proceedings by written notice to the Consent Mediation Parties; or (d) a written settlement of the applicable Estate Claims (a "Pre-Litigation/Pre-Appearance Settlement") signed by the Consent Mediation Parties and documented by Judge Tancredi in a report of same (a "Pre-Litigation/Pre-Appearance Settlement Report"), which shall be in lieu of a Mediator's Report and which shall be submitted to the Court as an attachment to the Trustee's motion requesting approval of the settlement.

   v. Within thirty (30) days of the issuance of a Pre-Litigation/Pre-Appearance Settlement Report, the Trustee shall file a motion requesting the Court's approval of the

---

[2] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

Pre-Litigation/Pre-Appearance Settlement and attaching the Pre-Litigation/Pre-Appearance Settlement Report. Such motion and Pre-Litigation/Pre-Appearance Settlement Report may be filed under seal, upon notice to counsel for the Official Committee of Unsecured Creditors and the United States Trustee, if the Trustee believes that public disclosure of the settlement terms would harm the Estate and/or would implicate commercially sensitive or otherwise confidential information disclosure of which would prejudice the Consent Mediation Parties. As to any motion filed under seal, the Trustee shall file on the public docket a copy of the motion that redacts any commercially sensitive or otherwise confidential information.

        vi.    The following provisions of the Mediation Procedures shall not apply to Consensual Pre-Litigation/Pre-Appearance Mediation: Procedures Order ¶ 2 subparagraphs (j), (l), (m), (n), (o), (p), (t), (u), (w), (x), and (y). The remaining Mediation Procedures shall apply to Consensual Pre-Litigation/Pre-Appearance Mediation except as modified by the foregoing paragraphs (i) through (v).

3.    Except as expressly modified by this Order, the Procedures Order shall remain in full force and effect.

4.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

5.    This Order shall be effective immediately upon entry.

Dated at Bridgeport, Connecticut this 28th day of August, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut