# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
|  | (Jointly Administered) |
| Debtors.[1] |  |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

    Please enter the appearance of the undersigned as counsel to **Ogier**, an interested party in the above captioned case. [2]

                                   Ogier

                                   By:   /s/ Kellianne Baranowsky
                                                Kellianne Baranowsky (ct26684)
                                                Green & Sklarz LLC
                                                One Audubon Street, Third Floor
                                                New Haven, CT 06511
                                                (203) 285-8545
                                                kbaranowsky@gs-lawfirm.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595) (the "Debtor"), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] This notice of appearance is filed for the limited purpose of filing an appeal of the order entered at ECF No. 3417, Order Granting Second Motion for Extension of Deadline for Trustee to File Avoidance Actions, and in no way should such appearance be construed to waive any rights, including, but not limited to, any right to challenge jurisdiction of the court in the adversary proceeding entitled *Despins v. Ogier*, Adv. Pro. No. 24-05012.

{00377387.1 }

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2024, a copy of the foregoing was served via CM/ECF. Parties may access this filing through the Court's CM/ECF system.

/s/ Kellianne Baranowsky