**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br>Ho Wan Kwok, et al.,<br>Debtors.[1] | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered) |
| Luc A. Despins, Chapter 11 Trustee,<br>Plaintiff,<br>—v.—<br>Ogier,<br>Defendant. | Adv. Pro. No. 24-05012<br>August 28, 2024 |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 8001 *et seq.,* Ogier, the defendant in the above-captioned adversary proceeding ("Ogier") hereby files notice of its appeal from the Bankruptcy Court's August 14, 2024 *Order Granting Second Motion for Extension of Deadline for Trustee to File Avoidance Actions*, filed in the above-captioned bankruptcy case, Case No. 22-50073, (the "Main Case") at ECF No. 3417 (the "Ruling"), granting the Trustee, Luc A. Despins, Chapter 11 Trustee's (the "Trustee") *First Supplemental Motion of Chapter 11 Trustee*

---

[1] The Debtors in the main Chapter 11 case are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok.

1

{00377734.1 }

*To Extend August 15, 2024 Deadline For Trustee To File Avoidance Actions* ( the "Second Extension Motion"), filed in Main Case at ECF No. 3329 and in the above-captioned adversary proceeding, Adv. Pro. No. 24-05012 (the "Adversary Proceeding") at ECF No. 10.

A copy of the Ruling is attached hereto as <u>Exhibit A</u>.

To be clear, the Second Extension Motion was docketed in both the Main Case and in the Adversary Proceeding. Ogier's objection to the Second Extension Motion entitled *Objection and Memorandum of Law in Opposition to First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024, Deadline for Trustee to File Avoidance Actions* was docketed in Adversary Proceeding, at ECF No. 18. The Ruling was not filed in the Adversary Proceeding.

Nothing in this Notice of Appeal (wherever filed) shall be construed to waive any defenses of Ogier, including as to jurisdiction, venue, or any other rights.

The names of all parties to the Court's order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | | |
|---|---|---|
| Jeffrey M. Sklarz (ct20938)<br>Kellianne Baranowsky (ct26684)<br>Green & Sklarz LLC<br>One Audubon Street, 3rd Floor<br>New Haven, CT 06511<br>(203) 285-8545<br>jsklarz@gs-lawfirm.com<br>kbaranowsky@gs-lawfirm.com | *Representing* | **Ogier**<br>Ritter House, Wickhams Cay II, Road Town<br>Tortola, VG1110 British Virgin Islands<br>*Party-in-Interest and Appellant* |

***************************

| | | |
|---|---|---|
| Douglas S. Skalka (ct00616)<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor New Haven, Connecticut 06510 | *Representing* | **Luc A. Despins, Chapter 11 Trustee**<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br><br>*Chapter 11 Trustee and Appellee* |

{00377734.1}                                        2

(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

and

Nicholas A. Bassett (pro hac vice)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

and

Douglass Barron (pro hac vice)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
douglassbarron@paulhastings.com

Counsel for the Chapter 11 Trustee

**OGIER**

By: /s/ Kellianne Baranowsky
    Jeffrey M. Sklarz (ct20938)
    Kellianne Baranowsky (ct26684)
    Green & Sklarz LLC
    One Audubon Street, 3rd Floor
    New Haven, CT 06511
    (203) 285-8545
    jsklarz@gs-lawfirm.com
    kbaranowsky@gs-lawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date:   August 28, 2024                              /s/ Kellianne Baranowsky

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br><br>Re: ECF No. 3329 |

**ORDER GRANTING SECOND MOTION FOR EXTENSION**
**OF DEADLINE FOR TRUSTEE TO FILE AVOIDANCE ACTIONS**

On February 15, 2024, the Court entered the Memorandum of Decision and Order Granting in Part Motion to Extend Deadlines (the "First Extension Order").[2] (ECF No. 2921.) After notice and an evidentiary hearing held on February 13, 2024 (the "First Extension Hearing"), the First Extension Order granted, for the reasons stated therein, the Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions (the "First Extension Motion") (ECF No. 2509), filed by Mr. Luc A. Despins, in his capacity as the Chapter 11 trustee (the "Trustee") for the bankruptcy estate of Mr. Ho Wan Kwok. The First Extension Order extended the statutes of limitations set forth in 11 U.S.C. §§ 108, 546, and 549 from February 15, 2024 – the two-year anniversary of the voluntary filing by Mr. Kwok of his Chapter 11 petition – to August 15, 2024.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] The First Extension Order is incorporated herein by reference.

On July 19, 2024, the Trustee filed the First Supplemental Motion to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions (the "Second Extension Motion"). (ECF No. 3329.) On July 22, 2024, the Clerk of Court issued a Notice of Hearing, scheduling the Second Extension Motion for hearing on August 13, 2024, setting an objection deadline of August 6, 2024, and a reply deadline of August 9, 2024. (ECF No. 3332.) On July 25, 2024, the Trustee timely filed a certificate of service demonstrating service in accordance with a previously entered order limiting notice of the Second Extension Motion (the "Order Limiting Notice"). (ECF No. 3323).

On August 6, 2024, timely objections to the Second Extension Motion (the "Objections") were filed by Ms. Hing Chi Ngok, G Club Operations, LLC, Meta Platforms, Inc., Apple Inc., FFP (BVI) Ltd., Ogier, Pillsbury Winthrop Shaw Pittman, LLP, and Weddle Law PC (the "Objectors"). (ECF Nos. 3373, 3374, 3375, 3376, 3379.) On August 9, 2024, the Trustee timely filed a reply (the "Reply"). (ECF No. 3391.) On August 12, 2024, the Trustee filed a list of witnesses and exhibits. (ECF No. 3395.)

On August 13, 2024, an evidentiary hearing was held (the "Second Extension Hearing"). The Trustee testified and was subject to cross-examination during the Second Extension Hearing, and the parties advanced their arguments. At the conclusion of the Second Extension Hearing, the Court took the Second Extension Motion under advisement.

Having considered: (i) the Second Extension Motion, the Objections, and the Reply; (ii) the testimony of the Trustee and the arguments of the parties during the Second Extension Hearing; (iii) the pleadings filed in relation to the First Extension Motion and the testimony of the Trustee and arguments of the parties during the First Extension Hearing; and (iv) matters of which the Court may take judicial notice, the Court finds, for the reasons stated in the First

Extension Order, in the Second Extension Motion, during the Second Extension Hearing, and herein, that the Trustee has established cause exists under Fed. R. Bankr. P. 9006(b) to grant the Second Extension Motion, which cause includes without limitation: (1) the pendency of the criminal action styled *United States v. Kwok*, 23 cr 118 (AT) (S.D.N.Y. July 18, 2024) from March 2023 through the date of the entry of this Order and its impact on these cases and the multitude of related adversary proceedings; (2) Mr. Kwok's ongoing contempt of court and failure to perform his statutory duties under 11 U.S.C. § 521; (3) other parties' ongoing contempt of court; (4) the complexity and extent of Mr. Kwok's financial affairs; and (5) the Trustee's diligence in his investigation.  The Court is unpersuaded by the arguments of the Objectors to the contrary, including without limitation the arguments that: (a) despite the completely different procedural and factual context in *Harrington v. Purdue Pharma L.P.*, 603 U.S. ___, 144 S. Ct. 2071 (2024), to which context the Supreme Court of the United States explicitly restricted its holding, the decision in that case mandates the denial of the Second Extension Motion; and (b) the facts and circumstances of these jointly administered Chapter 11 cases are, at this time, no longer extraordinary.  While the Trustee will ultimately conclude his investigation, that time has not yet come.  Accordingly, pursuant to Fed. R. Bankr. P. 9006, it is hereby

      **ORDERED:** The Second Extension Motion (ECF No. 3329) is granted as set forth herein; and it is further

      **ORDERED:** The time limitations set forth in 11 U.S.C. §§ 108, 546, and 549 for the Trustee to commence avoidance actions and other actions on behalf of the estate, as well as for amending any pending complaints, are extended through and including February 15, 2025, which date may be further extended upon notice and a hearing; and it is further

**ORDERED:** The terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED:** The Trustee is authorized to take all actions necessary to effectuate the relief granted herein; and it is further

**ORDERED:** The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated at Bridgeport, Connecticut this 14th day of August, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut