AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

| **Instructions** | | |
|---|---|---|

**FOR COURT USE ONLY**

**DUE DATE:**

| 1. NAME Patrick R. Linsey | 2. PHONE NUMBER (203) 781-2847 | 3. DATE 8/27/2024 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL plinsey@npmlaw.com | 5. CITY New Haven | 6. STATE CT | 7. ZIP CODE 06510 |

| 8. CASE NUMBER 22-50073 | 9. JUDGE Hon. Julie A. Manning | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 8/27/2024 | 11. TO 8/27/2024 |

| 12. CASE NAME Ho Wan Kwok and Genever Holdings LLC | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY Bridgeport | 14. STATE CT |

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | All proceedings | 8/27/2024 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☒ | ☒ | NO. OF COPIES 1 | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 18. SIGNATURE /s/ Patrick R. Linsey | PROCESSED BY Lorenzo M. Whitmore |
|---|---|
| 19. DATE 8/28/2024 | PHONE NUMBER 203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY Reliable | COURT ADDRESS 915 Lafayette Blvd. Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

| **Print** | **Save As...** | **Reset** |
|---|---|---|

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday August 27 2024

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** **#3396; Motion to Amend Order Directing Parties to Mediation, Appointing The Honorable James J. Tancredi as Mediator, and Amending Order Approving Procedures Applicable to Avoidance Claim Adversary Proceedings to Facilitate Consensual Pre-Litigation Mediation Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee**

---

| 01:00 PM | 24-05249 | Despins, Luc A., Chapter 11 Trustee v. ACA Capital Group Ltd. et al |
|---|---|---|

**Matter:** **#33; Motion for Default Judgment by the Court pursuant to Fed. R. Civ. P. 55 (b)(2) and Fed. R. Bankr. P. 7055 against K Legacy Ltd. and Qiang Guo . Filed by Patrick R. Linsey on behalf of Despins, Luc A., Chapter 11 Trustee, Plaintiff**

# <u>Parties that Appeared at the August 27, 2024 Hearing</u>

**Luc A. Despins**

Paul Hastings LLP

200 Park Avenue

New York, NY 10166

**Nicholas A. Bassett**

Paul Hastings, LLP

2050 M Street NW

Washington, DC 20036

**Patrick R. Linsey**

Neubert Pepe & Monteith, P.C.

195 Church St

13th Fl

New Haven, CT 06510

**Holley L. Claiborn**

Office of The United States Trustee

The Giaimo Federal Building

150 Court Street, Room 302

New Haven, CT 06510

**Stuart M. Sarnoff**

O'Melveny & Myers LLP

1301 Avenue of the Americas

Ste 1700

New York, NY 10019

**Annecca H. Smith**

Robinson&Cole LLP

One State Street

Hartford, CT 06103

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601

**Eilis Meagher**
Finn Dixon & Herling
6 Landmark Square
Stamford, CT 06901


**Kellianne Baranowsky**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511