# United States Bankruptcy Court

## District of Connecticut

In re: Ho Wan Kwok, et al.,

Debtor(s)

APPELLANT:
Apple, Inc.

Case Number: 22-50073
Chapter: 11

U.S. District Court
Case No:

Filing Fee Status:
☑ Paid   ☐ Not Paid   ☐ IFP Granted

Regarding:

Notice of Appeal Filed: August 27, 2024
Notice of Appeal, BKY ECF No. 3463

## Acknowledgement by U.S. District Court

[X]  I hereby acknowledge receipt of the items indicated on the Transmittal Notice referenced above.

*If Notice of Appeal and/or Motion for Leave to Appeal Received:*

**The following U.S. District Court number has been assigned:**   3:24-cv-01373-OAW

Acknowledged By:   /s/Nick Fanelle                                Date: 8/28/24
                   Deputy Clerk, U.S. District Court

# United States Bankruptcy Court

## District of Connecticut

In re: Ho Wan Kwok, et al.,

Debtor(s)

APPELLANT:
Apple, Inc.

Case Number: 22-50073(JAM)

Chapter: 11

U.S. District Court Case No:

Filing Fee Status:

[✓] Paid   [ ] Not Paid   [ ] IFP Granted

**TRANSMITTAL NOTICE TO U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT REGARDING APPEALS AND APPELLATE DOCUMENTS**

<u>**NOTICE OF APPEAL INFORMATION**</u>

Notice of Appeal Filed: August 27, 2024

BKY ECF No.[1] : 3463

Filing Fee Status: [✓] Paid/ [ ] Not Paid/ [ ] IFP Granted

If Not Paid, Motion to Proceed in *Forma Pauperis* Filed: [ ] Yes, BKY ECF No. _____ / [ ] No

Appellant Name : Apple, Inc.

Appellant Address :

Appellant's Counsel and Address (Address/Phone/Email):  George Angelich (ct27542)
Eric Roman (admitted pro hac vice)
Patrick Feeney (admitted pro hac vice)
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
T: 212.457.5423
E: george.angelich@afslaw.com
eric.roman@afslaw.com
patrick.feeney@afslaw.com
- and -
Jin Yan (admitted pro hac vice)
ArentFox Schiff LLP
1717 K St. NW
Washington, DC 20006
T: 202.778.6442
E: jin.yan@afslaw.com

---

[1]  ECF No(s). citations referenced in this Transmittal Notice refer to docket entries of the U.S. Bankruptcy Court for the case in which the notice of appeal was filed, unless otherwise noted.

Appellee(s) Name : Luc A. Despins, Chapter 11 Trustee

Appellee(s) Address :

Appellee(s) Counsel and Address (Address/Phone/Email): Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor New
Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com
and
Nicholas A. Bassett (pro hac vice)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com
and
Douglass Barron (pro hac vice)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
douglassbarron@paulhastings.com

Other Interested Party Information:

### DOCUMENTS TRANSMITTED TO THE DISTRICT COURT

**Please find the following items attached to this Transmittal Notice:**

- [✓] Notice of Appeal, BKY ECF No. 3463
- [ ] Amended Notice of Appeal, BKY ECF No. _____
- [ ] Cross Appeal, BKY ECF No. _____
- [ ] Motion for Leave to Appeal, BKY ECF No. _____
- [✓] Order / Decision being appealed
    Title of Order / Decision: Order granting second motion for extension of deadline for trustee to file avoidance actions
    BKY ECF No.: 3417
    Additional Information (If Any) _____
- [ ] Deficiency Notice Issued for Failure to Pay Filing Fee, BKY ECF No. _____
- [ ] Motion to Proceed *in Forma Pauperis*, BKY ECF No. _____
    - [ ] Order, BKY ECF No. _____
    Resolution of Motion: _____
- [ ] The Record
    - [ ] Appellant's Designation of Items, BKY ECF No. _____
        - [ ] Included in the Electronic Docket Sheet
    - [ ] Appellant's Statement of Issues, BKY ECF No. _____
        - [ ] Included in the Electronic Docket Sheet
    - [ ] Appellee's Designation of Items, BKY ECF No. _____
        - [ ] Included in the Electronic Docket Sheet
    - [ ] Appellee's Statement of Issues, BKY ECF No. _____
        - [ ] Included in the Electronic Docket Sheet
    - [ ] Electronic Docket Sheet for Bankruptcy Case Number: _____
    - [ ] Electronic Docket Sheet for Adversary Proceeding Case Number: _____
    - [ ] Transcripts: _____
    - [ ] Sealed Documents: _____
        Sealed documents will not be transmitted until an order is entered by the U.S. District Court accepting the documents under seal pursuant to Fed. R. Bankr. P. 8009(f).
    - [ ] Court Exhibits (Paper Copies): _____
    - [ ] Other Documents: _____
- [ ] Other: _____

Transmitted By: Karen M. Garofalo                                   Date: August 28, 2024
            Deputy Clerk, U.S. Bankruptcy Court