UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                     :     Chapter 11
:
HO WAN KWOK *et al.*,                      :     Case No. 22-50073 (JAM)
:
Debtors.[1]                      :     Jointly Administered
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies as follows: On August 23, 2024, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") for Ho Wan Kwok, filed the *Motion of Trustee, Pursuant to Bankruptcy Code Sections 327(a), 328, and 363(b), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, for Entry of Order (I) Authorizing Employment and Retention of Real Property Broker, Effective as of August 23, 2024, for Sale of Greenwich Property, (II) Authorizing Trustee to Fund Expenses Related to Greenwich Property and (III) for Related Relief* [ECF No. 3450] (the "Motion"); on August 26, 2024, the Court entered its *Order Scheduling Expedited Hearing* on the Motion [ECF No. 3452] (the "Hearing Order"); and on August 29, 2024, the Trustee filed the *Supplemental Declaration of David Haffenreffer* in support of the Motion [ECF No. 3484] (the "Supplemental Declaration" and, together with the Motion and the Hearing Order, inclusive of all attachments and exhibits to the foregoing, the "Served Documents"). Notice of the Served Documents was sent to all parties eligible to receive electronic notice at the time each was filed automatically by operation of the Court's case management/electronic case files

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

system ("CM/ECF") and may be accessed via CM/ECF. Parties not eligible to receive electronic notice were sent the Motion by U.S. Mail and the Hearing Order by Federal Express overnight or expedited delivery on the date each was filed, *provided, however*, these documents were sent to Dundon Advisers LLC by manual email on August 26, 2024 at md@dundon.com; ph@dundon.com. Parties not eligible to receive electronic notice were sent the Supplemental Declaration by U.S. Mail on August 29, 2024, *provided, however*, this document was sent to Dundon Advisers LLC by manual email on August 29, 2024 at md@dundon.com; ph@dundon.com.

Dated: August 29, 2024
New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com