# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered)<br><br>August 29, 2024 |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Please take notice that the undersigned counsel hereby enters an appearance on behalf of American Express Company, a creditor in the above-captioned proceeding. The undersigned hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

Ronald I. Chorches, Esquire
Law Offices of Ronald I. Chorches, LLC
82 Wolcott Hill Road, Suite 203
Wethersfield, CT 06109
Phone: 860-563-3955/Fax: 860-513-1577
Email: ronchorcheslaw@sbcglobal.net

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case.

Respectfully submitted,

By *Ronald I. Chorches*
Ronald I. Chorches, Esquire
Fed Bar #ct08720
Law Offices of Ronald I. Chorches, LLC
82 Wolcott Hill Road, Ste. 203
Wethersfield, CT 06109
Ph: (860-563-3955/Fax: 860-513-1577
Email: ronchorcheslaw@sbcglobal.net
*Attorney for American Express Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024, a copy of the foregoing was served via CM/ECF. Parties may access this filing through the Court's CM/ECF system.

/s/ *Ronald I. Chorches*
Ronald I. Chorches