ct136                                                                                                                              04/2019

# United States Bankruptcy Court
## District of Connecticut



In re:   Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

Luc A. Despins, Chapter 11 Trustee,
Plaintiff(s)

v.

Adversary Proceeding No: 24-05077

American Express Company,
Defendant(s)

### ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On August 22, 2024, a Motion for Admission of Attorney Darryl S. Laddin to appear as a Visiting Attorney to represent American Express Company was filed in the Debtor's Chapter 11 case (the "Motion," ECF No. 3449) by Attorney Ronald I. Chorches (the "Sponsoring Attorney").  The Motion requests that Attorney Laddin be admitted to appear as a Visiting Attorney in the Debtor's Chapter 11 case and in Adversary Proceeding No. 24-05077.  As the Motion satisfies the requirements set forth in D. Conn. L. Civ. R. 83.1(e), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-1; it is hereby

**ORDERED:**  Pursuant to D. Conn. L. Civ. R. 83.1(e), Attorney Darryl S. Laddin is hereby admitted *pro hac vice* to represent American Express Company in the Debtor's Chapter 11 case and in Adv. Pro. No. 24-05077.

Dated: August 30, 2024

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.