## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*, | : | Case No. 22-50073 (JAM) |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of the undersigned as counsel to **Pillsbury Winthrop Shaw Pittman LLP**, an interested party in the above captioned case.

Pillsbury Winthrop Shaw Pittman LLP

By:  /s/ Michelle A. Antao
Michelle A. Antao (ct31715)
Green & Sklarz LLC
One Audubon Street, Third Floor
New Haven, CT 06511
(203) 285-8545
mantao@gs-lawfirm.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595) (the "Debtor"), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

{00378105.1 }

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, a copy of the foregoing was served via CM/ECF. Parties may access this filing through the Court's CM/ECF system.

/s/ Michelle A. Antao