## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.* | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | |
| | : | Re: ECF No. 3510 |

**[PROPOSED]**
**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

Upon consideration of the Motion to Withdraw as Attorney (ECF No. 3510, the "Motion") filed by Aaron Romney ("Attorney Romney"), which seeks this Court's permission to withdraw as counsel in the above-captioned case on behalf of Mei Guo, HK International Funds Investments (USA) Limited, LLC, Hudson Diamond Holdings, LLC, Hudson Diamond (NY), LLC, Leading Shine NY Ltd., and Gypsy Mei Food, LLC, good cause appearing therefore as set forth in the Motion, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the appearance of Attorney Romney for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Hudson Diamond Holdings, LLC, Hudson Diamond (NY), LLC, Leading Shine NY Ltd., and Gypsy Mei Food, LLC is withdrawn.

**CERTIFICATE OF SERVICE**

I hereby certify that on this September 5, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Aaron A. Romney*