**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.* | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | |
| | : | Re: ECF No. 3509 |

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Upon consideration of the Motion to Withdraw as Attorney (ECF No. 3509, the "Motion") filed by Aaron Romney ("Attorney Romney"), which seeks this Court's permission to withdraw as counsel in the above-captioned case on behalf of Ho Wan Kwok, good cause appearing therefore as set forth in the Motion, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the appearance of Attorney Romney for Ho Wan Kwok is withdrawn.

Dated at Bridgeport, Connecticut this 6th day of September, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut