**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.* | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | |
| | : | Re: ECF No. 3510 |

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Upon consideration of the Motion to Withdraw as Attorney (ECF No. 3510, the "Motion") filed by Aaron Romney ("Attorney Romney"), which seeks this Court's permission to withdraw as counsel in the above-captioned case on behalf of Mei Guo, HK International Funds Investments (USA) Limited, LLC, Hudson Diamond Holdings, LLC, Hudson Diamond (NY), LLC, Leading Shine NY Ltd., and Gypsy Mei Food, LLC, good cause appearing therefore as set forth in the Motion, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the appearance of Attorney Romney for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Hudson Diamond Holdings, LLC, Hudson Diamond (NY), LLC, Leading Shine NY Ltd., and Gypsy Mei Food, LLC is withdrawn.

Dated at Bridgeport, Connecticut this 6th day of September, 2024.



*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut