UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                   :   Chapter 11
                                                         :
HO WAN KWOK, *et al.*,                                   :   Case No. 22-50073 (JAM)
                                                         :
            Debtors.[1]                                  :   Jointly Administered
                                                         :
---------------------------------------------------------x

### NOTICE OF CHANGE IN HOURLY RATES OF EISNER ADVISORY GROUP LLC AS TAX ADVISORS OF CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER HOLDINGS LLC

**PLEASE TAKE NOTICE** that, on December 7, 2023, the Bankruptcy Court for the District of Connecticut (the "Court") entered the *Order, Pursuant to Bankruptcy Code Sections 327 and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Eisner Advisory Group LLC, as Tax Advisors, Effective as of October 23, 2023* [Docket No. 2424] (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, Eisner Advisory Group LLC, as tax advisors to (a) Luc A. Despins, as chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, (b) Genever Holdings Corporation ("Genever (BVI)"), and (c) Genever Holdings LLC ("Genever (US)") hereby provides notice of the following adjusted hourly rates, effective as of August 1, 2024:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

| Timekeeper Category | Position | Hourly Rate Range (pre-August 1, 2024) | Hourly Rate Range (post-August 1, 2024) |
|---|---|---|---|
| Anthony Calascibetta | Partner | $675 | $700 |
| Daniel Gibson | Partner | $690 | $750 |
| William Gentilesco | Director | $655 | $710 |
| Jay Lindenberg | Director | $650 | $650 |
| Brooke Bodziner | Director | $605 | $655 |
| Kimberly Mumme | Senior Manager | $600 | $650 |
| Andal Iyengar | Senior Manager | $525 | $570 |
| Mandy Zhao | Senior Manager | $430 | $450 |

Dated: September 10, 2024　　　　　　　　　By: /s/ G. Alexander Bongartz
　　　　New York, New York　　　　　　　　　　　G. Alexander Bongartz (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　Douglass Barron (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　　　　　(212) 318-6079
　　　　　　　　　　　　　　　　　　　　　　　douglassbarron@paulhastings.com

　　　　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　　　　Nicholas A. Bassett *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　　　　　　　　2050 M Street NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C., 20036
　　　　　　　　　　　　　　　　　　　　　　　(202) 551-1902
　　　　　　　　　　　　　　　　　　　　　　　nicholasbassett@paulhastings.com

　　　　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　　　　Douglas S. Skalka (ct00616)
　　　　　　　　　　　　　　　　　　　　　　　Patrick R. Linsey (ct29437)
　　　　　　　　　　　　　　　　　　　　　　　NEUBERT, PEPE & MONTEITH, P.C.
　　　　　　　　　　　　　　　　　　　　　　　195 Church Street, 13th Floor
　　　　　　　　　　　　　　　　　　　　　　　New Haven, Connecticut 06510
　　　　　　　　　　　　　　　　　　　　　　　(203) 781-2847
　　　　　　　　　　　　　　　　　　　　　　　dskalka@npmlaw.com
　　　　　　　　　　　　　　　　　　　　　　　plinsey@npmlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                  :   Chapter 11
                                                        :
HO WAN KWOK, *et al.*,[1]                              :   Case No. 22-50073 (JAM)
                                                        :
          Debtors.                                      :   (Jointly Administered)
                                                        :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2024, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   September 10, 2024
         New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee, Genever Holdings Corporatio,n and Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).