UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

|  |  |
|---|---|
| In re : | Chapter 11 |
| HO WAN KWOK, : | Case No. 22-50073 (JAM) |
| Debtor. : |  |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to D. Conn. L. R. Civ. P. 7(e), made applicable to this proceeding by Local Bankr. R. 9083-4, the undersigned attorney respectfully moves to withdraw his appearance in the above-caption case on behalf of 20 Largest Creditor Rui Ma, 20 Largest Creditor Weican Meng, and Creditor Zheng Wu.  The undersigned attorney is no longer employed by McElroy Deutsch, which firm continues to represent 20 Largest Creditor Rui Ma, 20 Largest Creditor Weican Meng, and Creditor Zheng Wu.  All other attorneys at McElroy Deutsch who have filed an appearance on behalf of  20 Largest Creditor Rui Ma, 20 Largest Creditor Weican Meng, and Creditor Zheng Wu continue to represent  20 Largest Creditor Rui Ma, 20 Largest Creditor Weican Meng, and Creditor Zheng Wu in this matter.

WHEREFORE, the undersigned attorney respectfully moves this Court for permission to withdraw his appearance on behalf of  20 Largest Creditor Rui Ma, 20 Largest Creditor Weican Meng, and Creditor Zheng Wu in the above-captioned case and for such other and further relief as this Court deems just and proper.

Dated this 10th day of September, 2024 at Hartford, Connecticut.

                                            Respectfully submitted,

                                            /s/ *Peter J. Zarella*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                            /s/ *Peter J. Zarella*
                                            Peter J. Zarella

ME1 49657392v.1