# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor. | : | |
| | : | |

## [PROPOSED]
## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Upon consideration of the Motion to Withdraw as Attorney dated September 10, 2024 (the "Motion") filed by Peter J. Zarella ("Attorney Zarella"), which seeks this Court's permission to withdraw as counsel in the above-captioned case on behalf of 20 Largest Creditor Rui Ma, 20 Largest Creditor Weican Meng, and Creditor Zheng Wu, good cause appearing therefore as set forth in the Motion, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the appearance of Attorney Zarella for 20 Largest Creditor Rui Ma, 20 Largest Creditor Weican Meng, and Creditor Zheng Wu is withdrawn.

ME1 49657655v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ *Peter J. Zarella*
                                            Peter J. Zarella

ME1 49657655v.1