**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors[1] | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br><br>September 10, 2024 |

**APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellant Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), by and through its undersigned counsel, hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), this statement of issues to be presented and designation of items to be included in the record on appeal with respect to this appeal to the United States District Court for the District of Connecticut from the Bankruptcy Court's August 14, 2024 *Order Granting Second Motion For Extension of Deadline for Trustee to File Avoidance Actions* (ECF No. 3417, the "Ruling") granting the Trustee, Luc A. Despins, Chapter 11 Trustee's (the "Trustee") *First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee To File Avoidance Actions* (ECF No. 3329).

**STATEMENT OF ISSUES ON APPEAL**

1. Did the Bankruptcy Court have constitutional authority to enter a final judgment and order concerning the Extension Motion?

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595) (the "Debtor"), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1

{00378861.1 }

2.Did the Bankruptcy Court have statutory authority to prospectively modify the statute of limitations set forth in Bankruptcy Code § 546(a) under Rule 9006 of the Federal Rules of Bankruptcy Procedure?

3.Assuming *arguendo* that the Bankruptcy Court had statutory authority to prospectively modify the statute of limitations set forth in Bankruptcy Code § 546(a) under Rule 9006 of the Federal Rules of Bankruptcy Procedure, did the Trustee demonstrate "good cause" to do so?

## DESIGNATION OF RECORD AND TRANSCRIPT ON APPEAL

Pillsbury Winthrop Shaw Pittman LLP hereby designates the following items to be included in the record on appeal, which includes any and all exhibits, documents, supplements, and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| Item No. | Docket Entry Date | Docket Entry/Description | Docket Number |
|---|---|---|---|
| 1 | 11/28/2023 | Notice of Filing Status Conference Presentation | 2387 *Filed in Case No. 22-50073* |
| 2 | 1/18/2024 | Motion for Order / Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 | 2509 *Filed in Case No. 22-50073* |
| 3 | 1/31/2024 | Notice of / Omnibus Notice of Service and Publication Notice Pursuant to Order Granting Chapter 11 Trustee's Emergency Motion for Entry of, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing | 2540 *Filed in Case No. 22-50073* |

{00378861.1 }

| Item No. | Docket Entry Date | Docket Entry/Description | Docket Number |
|---|---|---|---|
| 4 | 2/5/024 | Objection to Trustee's Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions – Mei Gui | 2551<br>*Filed in Case No. 22-50073* |
| 5 | 2/5/2024 | Objection (Non-Party Defeng Caos Memorandum of Law in Opposition to Motion for Entry of Order Extending Deadline For Trustee To File Avoidance Actions) - Defeng Cao | 2553<br>*Filed in Case No. 22-50073* |
| 6 | 2/5/2024 | Objection TO THE CHAPTER 11 TRUSTEES MOTION FOR ENTRY OF AN ORDER EXTENDING DEADLINE FOR TRUSTEE TO FILE AVOIDANCE ACTIONS UNDER BANKRUPTCY CODE SECTIONS 108, 546(a), AND 549 - Taurus Fund LLC | 2557<br>*Filed in Case No. 22-50073* |
| 7 | 2/5/2024 | Objection and Memorandum of Law in Opposition Filed -  G Club | 2563<br>*Filed in Case No. 22-50073* |
| 8 | 2/5/204 | Objection of Non-Parties Rule of Law Foundation III, Inc. and Rule of law Society IV, Inc. to Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions under Bankruptcy Code Sections 108,546(a), and 549 - Rule of Law Society IV, Inc. | 2565<br>*Filed in Case No. 22-50073* |
| 9 | 2/5/2024 | Objection - Objections of Third Parties Crhis [sic] Lee and Quidong Xia to Trustee's Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 | 2566<br>*Filed in Case No. 22-50073* |
| 10 | 2/5/2024 | Objection to Trustee's Motion for Entry of an Order Extending Deadline for Trustee to File Avoidance Actions - Greenwich Land, LLC, Hing Chi | 2569<br>*Filed in Case No. 22-50073* |

{00378861.1 }

| Item No. | Docket Entry Date | Docket Entry/Description | Docket Number |
|---|---|---|---|
| 11 | 2/5/2024 | Objection Filed by Robert J. Grand on behalf of GS Security Solutions, Inc. | 2571<br>*Filed in Case No. 22-50073* |
| 12 | 2/7/2024 | Objection and Joinder to Trustee's Motion to Extend Deadline to File Avoidance Actions - Yinying Wang Interested Party | 2582<br>*Filed in Case No. 22-50073* |
| 13 | 2/9/2024 | Reply to (related document(s): 2509 Motion for Order / Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 Filed by Douglass E. Barron on behalf of Luc A. Despins, Chapter 11 Trustee filed by Chapter 11 Trustee Luc A. Despins)/ Omnibus Reply of Chapter 11 Trustee (I) in Support of Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549, and (II) in Response to Objections Thereto – Trustee | 2620<br>*Filed in Case No. 22-50073* |
| 14 | 2/12/2024 | Trustee's Witness and Exhibit Lists in Connection with February 13, 2024 Hearing on Trustee's Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 | 2763<br>*Filed in Case No. 22-50073* |
| 15 | 2/13/2024 | Hearing on Extension Motion and All Exhibits Proffered by any Party | 2827<br>*Filed in Case No. 22-50073* |
| 16 | 2/15/2024 | Memorandum of Decision | 2921<br>*Filed in Case No. 22-50073* |
| 17 | 215/2024 | Transcript – Hearing on Extension Motion | N/A |
| 18 | 2/28/2024 | G Club Notice of Appeal | 2969<br>*Filed in Case No. 22-50073* |

| Item No. | Docket Entry Date | Docket Entry/Description | Docket Number |
|---|---|---|---|
| 19 | 2/28/2024 | Transmittal of Notice of Appeal to U.S. District Court. Interested Party G Club Operations, LLC, docketed the Notice of Appeal | 2970 *Filed in Case No. 22-50073* |
| 20 | 7/19/2024 | Motion to Extend Time to Extend Deadline to File Avoidance Actions (First Supplemental Motion) to 02/15/2025 Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee | 3329 *Filed in Case No. 22-50073* |
| 21 | 8/6/2024 | G Club Operations, LLC's Objection and Memorandum of Law in Opposition to First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions | 3374 *Filed in Case No. 22-50073* |
| 22 | 8/6/2024 | Objection to the Chapter 11 Trustee's First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions (ECF 3329) Filed by Christopher J. Major on behalf of Hing Chi Ngok Interested Party | 3373 *Filed in Case No. 22-50073* |
| 23 | 8/6/2024 | Notice of Filing of Meta Platforms, Inc.'s Objection to Extension of Deadline to File Avoidance Actions filed by George Peter Angelich on behalf of Meta Platforms, Inc. Interested Party | 3375 *Filed in Case No. 22-50073* |
| 24 | 8/6/2024 | Notice of Filing of Apple Inc.'s Objection to Extension of Deadline to File Avoidance actions filed by George Peter Angelich on behalf of Apple Inc. Interested Party | 3376 *Filed in Case No. 22-50073* |

| Item No. | Docket Entry Date | Docket Entry/Description | Docket Number |
|---|---|---|---|
| 25 | 8/7/2024 | Notice of Filing Objections to First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions in Pending Adversary Proceedings filed by Jeffrey M. Sklarz on behalf of Pillsbury Winthrop Shaw Pittman LLP, Weddle Law PLLC | 3379 *Filed in Case No. 22-50073* |
| 26 | 8/9/2024 | Omnibus Reply of Chapter 11 Trustee (I) In Support of First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions and (II) in Response to Objections Thereto | 3391 *Filed in Case No. 22-50073* |
| 27 | 8/13/2024 | Trustee's Witness and Exhibit Lists in Connection with August 13, 2024 Hearing on Trustee's First Supplemental Motion to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee | 3395 *Filed in Case No. 22-50073* |
| 28 | 8/14/2024 | Order Granting Second Motion for Extension of Deadline for Trustee to File Avoidance Actions | 3417 *Filed in Case No. 22-50073* |
| 29 | | Transcript of Hearing Held 8/13/2024 on Motion to Extend Time to Extend Deadline to File Avoidance Actions (First Supplemental Motion) to 02/15/2025 Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee | N/A *Ordered in Case No. 22-50073* |
| 30 | 8/27/2024 | Notice of Appeal to District Court filed by Kellianne Baranowsky on behalf of Pillsbury Winthrop Shaw Pittman LLP Interested Party | 3460 *Filed in Case No. 22-50073* |

{00378861.1 }

| Item No. | Docket Entry Date | Docket Entry/Description | Docket Number |
|---|---|---|---|
| 31 | 8/28/2024 | Transmittal of Notice to U.S. District Court for the District of Connecticut Regarding Appeals and Appellate Documents | 3470<br>*Filed in Case No. 22-50073* |
| 32 | 7/22/2024 | Notice of Filing Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline For Trustee to File Avoidance Actions   Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee | 22<br>*Filed in Adv. Pro. No. 24-05014 (Luc A. Despins, Chapter 11 Trustee v. Pillsbury Winthrop Shaw Pittman LLP)* |
| 33 | 8/6/2024 | Pillsbury Winthrop Shaw Pittman LLP's Objection and Memorandum of Law in Opposition to First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions | 24<br>*Filed in Adv. Pro. No. 24-05014 (Luc A. Despins, Chapter 11 Trustee v. Pillsbury Winthrop Shaw Pittman LLP)* |
| 34 | 7/22/2024 | Notice of Filing Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline For Trustee to File Avoidance Actions   Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee | 10<br>*Filed in Adv. Pro. No. 24-05056 ( Luc A. Despins, Chapter 11 Trustee v. FFP (BVI) Limited)* |
| 35 | 8/6/2024 | FFP (BVI) Limited's Objection and Memorandum of Law in Opposition to First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions | 16<br>*Filed in Adv. Pro. No. 24-05056 ( Luc A. Despins, Chapter 11 Trustee  v. FFP (BVI)  Limited)* |
| 36 | 7/22/2024 | Notice of Filing Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline For Trustee to File Avoidance Actions   Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee | 10<br>*Filed in  Adv. Pro. No. 24-05012 ( Luc A. Despins, Chapter 11 Trustee v. Ogier)* |

{00378861.1 }

| Item No. | Docket Entry Date | Docket Entry/Description | Docket Number |
|---|---|---|---|
| 37 | 8/6/2024 | Ogier's Objection and Memorandum of Law in Opposition to First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions | 18 *Filed in Adv. Pro. No. 24-05012 ( Luc A. Despins, Chapter 11 Trustee v. Ogier )* |
| 38 | 7/22/2024 | Notice of Filing Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline For Trustee to File Avoidance Actions Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee | 25 *Filed in Adv. Pro. No. 24-05188 ( Luc A. Despins, Chapter 11 Trustee v. Weddle Law PPLC)* |
| 39 | 8/6/2024 | Weddle Law PLLC's Objection and Memorandum of Law in Opposition to First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions | 29 *Filed in Adv. Pro. No. 24-05188 ( Luc A. Despins, Chapter 11 Trustee v. Weddle Law PPLC)* |

### CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Pillsbury Winthrop Shaw Pittman LLP hereby certifies that all relevant transcripts have been ordered and are listed in the above designation of the record.

### RESERVATION OF RIGHTS

Pillsbury Winthrop Shaw Pittman LLP expressly reserves its right to supplement this designation.

Dated:  September 10, 2024

           **Pillsbury Winthrop Shaw Pittman LLP**

By:  */s/ Kellianne Baranowsky*
GREEN & SKLARZ LLC
Jeffrey M. Sklarz (ct20938)
Kellianne Baranowsky (ct26684)
One Audubon St, 3rd Floor
New Haven, CT 06511
Tel: 203-285-8545
jsklarz@gs-lawfirm.com
kbaranowsky@gs-lawfirm.com

9

{00378861.1 }

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a copy of the foregoing was served via CM/ECF. Parties may access this filing through the Court's CM/ECF system.

Date: September 10, 2024                    /s/ Kellianne Baranowsky

{00378861.1 }