**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>    HO WAN KWOK, *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>                    Plaintiff,<br><br>    v.<br><br>APPLE INC., HING CHI NGOK, ALEX HADJICHARALAMBOUS, BERNARDO ENRIQUEZ, CHUNGUANG HAN, and MEI GUO,<br><br>                    Defendants. | Adv. Proc. No. 24-05060 |

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD
ON APPEAL AND STATEMENT OF ISSUES**

Pursuant to Fed. R. Bankr. P. 8009(a), appellant Apple Inc. ("Apple") submits its designation of items to be included in the record on appeal and statement of issues to be presented.

**DESIGNATION OF RECORD**

Apple designates the docket sheets in the main bankruptcy case, No. 22-50073 ("BK"), and the related adversary proceeding in which Apple is a defendant, No. 24-05060 ("AP"), and each of the documents below for inclusion in the record on appeal. The following designations include all exhibits attached to and referenced in the designated items.

| No. | Date | Description (Docket No.) |
|---|---|---|
| 1. | 1/18/24 | Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 (BK Dkt. No. 2509) |
| 2. | 2/11/24 | Complaint of Chapter 11 Trustee Seeking Avoidance and Recovery of Fraudulent Transfers and Postpetition Transfers and Related Relief Pursuant to Bankruptcy Code Sections 544, 548, 549, and 550 and New York Debtor & Creditor Law Sections 273, 274, 276, and 277 (AP Dkt. No. 1) |
| 3. | 2/15/24 | Memorandum of Decision and Order Granting in Part Motion to Extend Deadlines (BK Dkt. No. 2921) |
| 4. | 6/28/24 | Notice of Appearance of Counsel (AP Dkt. No. 28) |
| 5. | 7/19/24 | First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions (BK Dkt. No. 3329) |
| 6. | 7/22/24 | Notice of Filing Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions (AP Dkt. No. 42) |
| 7. | 8/6/24 | Apple Inc.'s Objection to Extension of Deadline to File Avoidance Actions (AP Dkt. No. 45) |
| 8. | 8/6/24 | Notice of Filing of Apple Inc's Objection to Extension of Deadline to File Avoidance Actions (BK Dkt. No. 3376) |
| 9. | 8/9/24 | Omnibus Reply of Chapter 11 Trustee (I) in Support of First Supplemental Motion for Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions and (II) in Response to the Objections Thereto (BK Dkt. No. 3391) |
| 10. | 8/14/24 | Order Granting Second Motion for Extension of Deadline for Trustee to File Avoidance Actions (BK Dkt. No. 3417) |
| 11. | 8/21/24 | Transcript of Hearing held on August 13, 2024 (BK Dkt. No. 3446) |
| 12. | 8/27/24 | Notice of Appeal (BK Dkt. No. 3463) |

**CERTIFICATION REGARDING TRANSCRIPTS**

Pursuant to Fed. R. Bankr. P. 8009(b)(1), Apple certifies that it is not ordering any transcripts. The relevant transcript has already been prepared and is listed in the above designation.

## STATEMENT OF ISSUES

1. Whether Federal Rule of Bankruptcy Procedure 9006(b) empowers the Bankruptcy Court to extend time limitations contained in 11 U.S.C. §§ 108, 546, and 549.

Dated:  September 10, 2024
        New York, New York

/s/ *George Angelich*
George Angelich (ct27542)
Eric Roman (admitted *pro hac vice*)
Patrick Feeney (admitted *pro hac vice*)
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
T: 212.457.5423
E: george.angelich@afslaw.com
   eric.roman@afslaw.com
   patrick.feeney@afslaw.com

- and -

Jin Yan (admitted *pro hac vice*)
ArentFox Schiff LLP
1717 K St. NW
Washington, DC 20006
T: 202.778.6442
E: jin.yan@afslaw.com

*Counsel for Apple Inc.*

**CERTIFICATE OF SERVICE**

I certify that on September 10, 2024, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated: New York, New York
September 10, 2024

*/s/ George Angelich*
George Angelich