## **Exhibit A**

Declaration of Ruby A. Nagamine, Esq.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, et al.[1] | : | CASE NO. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**DECLARATION OF RUBY A. NAGAMINE IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Ruby A. Nagamine being of full age, having been dully sworn according to law, state the following:

1.      I am a Associate at K&L Gates LLP. My telephone number is (206) 370-7843; and my email address is ruby.nagamine@klgates.com.

2.      I submit this declaration in support of the motion for my admission *pro hac vice* as counsel for Amazon Web Services, Inc. and Amazon.com Inc., in the above-captioned Chapter 11 case and in the related adversary proceedings, including *Luc Despins, Chapter 11 Trustee v. Amazon Web Services, Inc.*, Adv. Pro. No. 24-05006, and *Luc Despins, Chapter 11 Trustee v. Amazon.com Inc.*, Adv. Pro. No. 24-05057.

3.      In accordance with D. Conn. L. Civ. R. 83.1(d), I am an active member in good standing of the Bar of the State of Washington (Bar No. 55620). In addition, I am a member in good standing with the (i) the United States District Court for the Eastern District of Washington, (ii)

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

the United States District Court for the Western District of Washington, (iii) the United States Bankruptcy Court for the Western District of Washington.

4.      I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

5.      I have fully reviewed read and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and administrative orders of this Court.

6.      I hereby designate my sponsoring attorney, Lindsay S. Bishop (Federal Bar No. ct29990) of K&L Gates LLP, as my agent for service of process. Pursuant to D. Conn. L. Civ. 83.1 (d), I designate the District of Connecticut as the forum for any resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned Chapter 11 case and related cases.

7.      I understand that upon admission under D. Conn. L. Civ. 83.1(d) I must promptly file a certificate of good standing from the court of the state in which I have my primary office. I acknowledge that the certificate shall be filed no later than 60 days after the date of admission and shall be dated no more than 60 days before the date of admission. I understand that failure to file such certificate will result in the automatic revocation of my visiting attorney status, absent an order of the Court. Furthermore, I understand that upon revocation of my visiting attorney status in one case, the Clerk of the Court shall examine the Court's Docket and revoke my visiting attorney status in all cases in which I have filed an appearance.

8.      I will file my appearance with the Court after my admission has been approved.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

This ___10th___ day of September, 2024.

*Ruby Nagamine*
Ruby A. Nagamine