**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, et al. | : | CASE NO. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**ORDER GRANTING ADMISSION PRO HAC VICE OF**
**RUBY A. NAGAMINE**

Upon consideration of the Motion of Lindsay S. Bishop for Admission *Pro Hac Vice* of Ruby A. Nagamine (the "Motion"), and any and all responses thereto, it is hereby

ORDERED that the Motion is GRANTED and Ruby A. Nagamine is admitted *pro hac vice*, to practice in the U.S. District Court for the District of Connecticut in connection with the above-related Bankruptcy Case and related adversary proceedings, including *Luc Despins, Chapter 11 Trustee v. Amazon Web Services, Inc.*, Adv. Pro. No. 24-05006, and *Luc Despins, Chapter 11 Trustee v. Amazon.com Inc.*, Adv. Pro. No. 24-05057; and it is further

ORDERED that Lindsay S. Bishop will receive service on behalf of Ruby A. Nagamine in accordance with D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 1001-1(b) and 9083-3.

Signed this __ day of _____, 2024

_____
Hon. United States Bankruptcy Court Judge