# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, et al.[1] | : | CASE NO. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN T. PETERSON

Pursuant to Local Rule of Civil Procedures 83.1(d) of the United States District Court for the District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1, the undersigned, a member of the Bar of this Court and partner of the law firm K&L Gates LLP, respectfully moves that the Court admit attorney Brian T. Peterson, a member of the Bar of the State of Washington *pro hac vice* to represent Amazon Web Services, Inc. and Amazon.com, Inc., in the above-captioned Chapter 11 bankruptcy case and in the related adversary proceedings, *Luc Despins, Chapter 11 Trustee v. Amazon Web Services, Inc.*, Adv. Pro. No. 24-05006, and *Luc Despins, Chapter 11 Trustee vs. Amazon.com, Inc.*, Adv. Pro. No. 24-05057, and in support represents the following:

1.  The primary office of Attorney Brian T. Peterson is K&L Gates LLP, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104. His telephone number is (206) 370-7948 and his email address is brian.peterson@klgates.com.

2.  Attorney Brian T. Peterson is a member in good standing in the state and jurisdiction set forth in his declaration, attached as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

- 2 -

3. To the best of my knowledge and belief, Attorney Brian T. Peterson is a member in good standing of the courts listed in his declaration, has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing and has not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

4. To the best of my knowledge and belief, Attorney Brian T. Peterson has reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. Attorney Brian T. Peterson has submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

6. Service of all papers directed to Amazon Web Services, Inc. and Amazon.com Inc., may be made upon the undersigned, pursuant to Rule 83.1(e) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut.

September 12, 2024

Boston, Massachusetts

By: */s/ Lindsay S. Bishop*
Lindsay S. Bishop, Esq. (ct29990)
K&L Gates LLP
1 Congress St, Suite 2900
Boston, MA 02114
Telephone: 617-951-9198
Email: lindsay.bishop@klgates.com

*Local Counsel for Amazon Web Services, Inc. and Amazon.com Inc.*

- 3 -

## CERTIFICATION

      I hereby certify that the foregoing *Motion for Admission Pro Hac Vice of Brian T. Peterson* as visiting attorney was filed electronically on September 12, 2024. Notice of this filing will be sent by email to all parties registered for electronic service in this proceeding through the Court's CM/ECF system.

                                       */s/ Lindsay S. Bishop*
                                       Lindsay S. Bishop