UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**MOTION TO PERMIT COUNSEL FOR
META PLATFORMS, INC. AND APPLE INC.
TO APPEAR REMOTELY AT THE SEPTEMBER 24, 2024 STATUS CONFERENCE**

Meta Platforms, Inc. ("Meta") and Apple Inc. ("Apple") move to allow their counsel, George Angelich and Jin Yan, to appear remotely via the Court's Zoom platform at the status conference set for September 24, 2024 at 1:00 p.m. E.T. on certain adversary defendants' (the "24 Mediation Defendants") request for a status conference to discuss, among other things, the mediation stay and motions to dismiss filed by other adversary defendants exempted from mediation [ECF No. 3511].

1.	Meta and Apple are defendants in separate adversary proceedings brought by chapter 11 trustee Luc A. Despins (the "Trustee"). *See* Adv. Proc. Nos. 24-05117, 24-05060. Claims against Meta and Apple are exempt from mediation and briefing on their motions to dismiss is underway with deadlines in October and November. *See* Adv. Proc. Nos. 24-05117, ECF No. 30, 24-05060, ECF No. 47. Meta and Apple are not among the 24 Mediation Defendants who requested the status conference.

2.	On September 16, 2024, the Court granted the 24 Mediation Defendants' request and scheduled a status conference to be held on September 24, 2024 at 1:00 p.m. in the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT ("Status Conference"). ECF Docket No. 3532.

3.  The Status Conference could potentially address, among other things, scheduling and/or coordination among the 24 Mediation Defendants with respect to briefing threshold legal issues and other common adjudicatory matters.  To the extent the Court and parties participating in the Status Conference identify procedural efficiencies, those may present benefits for other adversary proceedings beyond the ones the Trustee filed against the 24 Mediation Defendants.  Consequently, it may be beneficial for Meta and Apple to understand and potentially join any procedural course of action resulting from the Status Conference.

4.  Mr. Angelich works out of New York, NY and Mr. Yan works out of Washington, D.C.  They intend to appear at the September 24, 2024 Status Conference, but given the time and expense needed to travel to Bridgeport, CT, they respectfully request that the Court permit them to participate via the Court's Zoom platform.

WHEREFORE, Meta and Apple respectfully request that the Court allow Mr. Angelich and Mr. Yan to participate remotely via the Court's Zoom platform for the September 24, 2024 Status Conference.

Dated:  September 16, 2024
        New York, New York

/s/ George Angelich
George Angelich (ct27542)
Eric Roman (admitted *pro hac vice*)
Patrick Feeney (admitted *pro hac vice*)
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
T: 212.457.5423
E: george.angelich@afslaw.com
   eric.roman@afslaw.com
   patrick.feeney@afslaw.com

- and -

Jin Yan (admitted *pro hac vice*)
ArentFox Schiff LLP

1717 K St. NW  
Washington, DC 20006  
T: 202.778.6442  
E: jin.yan@afslaw.com

*Counsel for Meta Platforms, Inc. and Apple Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September 16, 2024, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated: New York, New York
September 16, 2024

                                             */s/ George Angelich*
                                             George Angelich