**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>  HO WAN KWOK, *et al.*,<br><br>                          Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**PROPOSED ORDER GRANTING MOTION TO PERMIT**
**COUNSEL FOR META PLATFORMS, INC. AND APPLE INC.**
**TO APPEAR REMOTELY AT THE SEPTEMBER 24, 2024 STATUS CONFERENCE**

Upon the motion of Meta Platforms, Inc. and Apple Inc. to permit their counsel George Angelich and Jin Yan to participate remotely at the status conference scheduled for September 24, 2024 at 1:00 p.m. E.T., notice having been provided and good cause appearing therefore, it is hereby

1. **ORDERED** that the motion is granted; and

2. **ORDERED** that Mr. Angelich and Mr. Yan may participate at the status conference scheduled for September 24, 2024 at 1:00 p.m. E.T. by contacting the Clerk's Office for instructions to connect to the Court's Zoom platform by sending an email to the following email address: CalendarConnect_BPT@ctb.uscourts.gov.

                                                                                   _____
                                                                                   **Hon. Julie A. Manning, U.S.B.J.**