UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT (BRIDGEPORT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HO WAN KWOK, et. al. | ) | CASE NO. 22-50073 JAM |
| | ) | CHAPTER 11 |
| Debtor | ) | SEPTEMBER 17, 2024 |

## **APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that the undersigned is appearing as counsel for YUMEI HAO, RIVER VALLEY OPERATIONS LLC and GOLDEN EAGLES VENTURES LLC, interested parties in the above-captioned case, and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office, post office address and telephone number set forth below. The foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand-delivery, mail delivery, telephone, telegraph, telex or otherwise, which

- 1 -

INTERESTED PARTIES,
YUMEI HAO, RIVER VALLEY
OPERATIONS, LLC, GOLDEN EAGLE
VENTURES LLC


By_____/s/_____
   ROSS G. FINGOLD
   STOKESBURY & FINGOLD, LLC
   10 Waterside Drive, Suite 204
   Farmington, CT 06032
   (860)606-1709
   rfingold@lawssf.com
   Fed Bar #CT05452

**CERTIFICATION OF SERVICE**

      The undersigned hereby certifies that on the 17TH day of September, 2024 in accordance with Rules 7004(a), 9014 F.R. Bankr. P., I served a copy of the foregoing Appearance by electronic mail and US Mail, postage pre-paid, to those parties not receiving electronic mail.

      _s/s_____
      ROSS G. FINGOLD