## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

### MOTION TO PERMIT COUNSEL FOR
### AMERICAN EXPRESS COMPANY TO
### APPEAR REMOTELY AT THE SEPTEMBER 24, 2024 STATUS CONFERENCE

American Express Company ("American Express") moves to allow its counsel, Darryl S. Laddin and Frank N. White, to appear remotely via the Court's Zoom platform at the status conference set for September 24, 2024 at 1:00 p.m. E.T. on certain adversary defendants' request for a status conference to discuss, among other things, the mediation stay and motions to dismiss filed by other adversary defendants exempted from mediation [ECF No. 3511].

1. American Express is the defendant in a separate adversary proceeding brought by chapter 11 trustee Luc A. Despins (the "Trustee"). *See* Adv. Proc. No. 24-05077. American Express is not among the adversary defendants who requested the status conference, but it is similarly situated with those parties and wishes to monitor and potentially participate in the scheduled discussion with the Court.

2. On September 16, 2024, the Court granted the request and scheduled a status conference to be held on September 24, 2024 at 1:00 p.m. in the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT ("Status Conference"). ECF Docket No. 3532.

3. The Status Conference could potentially address, among other things, scheduling and/or coordination among various adversary defendants with respect to briefing threshold legal issues and other common adjudicatory matters. To the extent the Court and parties participating in

4864-6206-7174.v1

the Status Conference identify procedural efficiencies, those may present benefits for other adversary proceedings beyond the ones the Trustee filed against the defendants that requested the conference. Consequently, it may be beneficial for American Express to understand and potentially join in any procedural course of action resulting from the Status Conference.

4. Mr. Laddin and Mr. White reside and work in Atlanta, Georgia. They intend to appear at the September 24, 2024 Status Conference, but given the time and expense needed to travel to Bridgeport, CT, they respectfully request that the Court permit them to participate via the Court's Zoom platform.

WHEREFORE, American Express respectfully requests that the Court allow Mr. Laddin and Mr. White to participate remotely via the Court's Zoom platform for the September 24, 2024 Status Conference.

Dated: September 18, 2024

                DEFENDANT,
                AMERICAN EXPRESS COMPANY

                By /s/   *Ronald I. Chorches*
                Ronald I. Chorches, Esquire
                Fed Bar #ct08720
                Law Offices of Ronald I. Chorches, LLC
                82 Wolcott Hill Road, Ste. 203
                Wethersfield, CT  06109
                Ph: (860) 563-3955/Fax: (8600 513-1577
                Email:  ronchorcheslaw@sbcglobal.net

                ARNALL GOLDEN GREGORY LLP
                Darryl S. Laddin
                Frank N. White
                171 17th Street, N.W., Suite 2100
                Atlanta, GA  30363-1031
                Telephone: (404) 873-8500
                Fax: (404) 873-8121
                darryl.laddin@agg.com
                frank.white@agg.com

                *Attorneys for Defendant American Express Company*

## CERTIFICATE OF SERVICE

I certify that on September 18, 2024, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

*/s/ Ronald I. Chorches*
Ronald I. Chorches

4864-6206-7174.v1