# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## PROPOSED ORDER GRANTING MOTION TO PERMIT COUNSEL FOR AMERICAN EXPRESS COMPANY TO APPEAR REMOTELY AT THE SEPTEMBER 24, STATUS CONFERENCE

Upon the motion of American Express Company to permit their counsel, Darryl S. Laddin and Frank N. White, to participate remotely at the status conference scheduled for September 24, 2024 at 1:00 p.m. E.T., and notice having been provided and good cause appearing therefore, it is hereby

1. ORDERED that the motion is granted; and

2. ORDERED that Mr. Laddin and Mr. White may participate at the status conference scheduled for September 24, 2024 at 1:00 p.m. E.T. by contacting the Clerk's Office for instructions to connect to the Court's Zoom platform by sending an email to the following email address: CalendarConnect_BPT@ctb.uscourts.gov.

_____
Hon. Julie A. Manning, U.S.B.J.

4864-1455-3062.v1