**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
: 
In re:  : Chapter 11
 : 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
 : 
                Debtors. : (Jointly Administered)
 : 
------------------------------------------------------------x

**NOTICE OF FILING ON PUBLIC DOCKET**
**CHAPTER 11 TRUSTEE'S MOTION FOR ORDER TO PROTECT AND PRESERVE**
**EVIDENCE AND PROPERTY OF ESTATE AND RELATED FILINGS**

Pursuant to the Court's *Order Granting Chapter 11 Trustee's Motion to Seal Motion for Order to Preserve Evidence* [ECF No. 3307], please take notice that Luc A. Despins, in his capacity as Chapter 11 Trustee for Ho Wan Kwok (the "Trustee"), files herewith on the public docket the following documents originally filed under seal:

1. *Emergency Motion of Chapter 11 Trustee for Order to Protect and Preserve Evidence and Property of the Estate* [ECF No. 3305] filed under seal by the Trustee on July 11, 2024;

2. *Response of Microsoft Corporation in Opposition to Emergency Motion of Chapter 11 Trustee for Order to Protect and Preserve Evidence and Property of the Estate* [ECF No. 3353] filed under seal by Microsoft Corporation on July 25, 2024;

3. *Reply in Support of Chapter 11 Trustee's Motion for Order to Protect and Preserve*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

*Evidence and Property of Estate* [ECF No. 3442] filed under seal by the Trustee on August 16, 2024;

4. *Order Granting Emergency Motion for Order to Preserve and Protect Evidence and Property of the Estate* [ECF No. 3444] entered under seal by the Court on August 20, 2024.

Dated: September 18, 2024      LUC A. DESPINS, CHAPTER 11 TRUSTEE
New Haven, Connecticut

By: */s/ Patrick R. Linsey*
    Dennis M. Carnelli (ct30050)
    Patrick R. Linsey (ct29437)
    Douglas S. Skalka (ct00616)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 821-2000
    dcarnelli@npmlaw.com
    plinsey@npmlaw.com
    dskalka@npmlaw.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

```
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
HO WAN KWOK, et al.,¹                                            :   Case No. 22-50073 (JAM)
                                                                 :
                    Debtors.                                     :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that one the date hereof the foregoing and all attachments thereto was filed on the date hereof using the Court's case management/electronic case files ("CM/ECF") system. Notice will be sent automatically by operation of the CM/ECF system to all appearing parties eligible to receive electronic notice.

Dated: September 18, 2024           LUC A. DESPINS, CHAPTER 11 TRUSTEE
       New Haven, Connecticut

                                    By: */s/ Patrick R. Linsey*
                                        Dennis M. Carnelli (ct30050)
                                        Patrick R. Linsey (ct29437)
                                        Douglas S. Skalka (ct00616)
                                        NEUBERT, PEPE & MONTEITH, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, Connecticut 06510
                                        (203) 821-2000
                                        dcarnelli@npmlaw.com
                                        plinsey@npmlaw.com
                                        dskalka@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).