ct136                                                                                                                  04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

Ho Wan Kwok

Case Number: 22-50073

Chapter: 11

Debtor*

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On September 12, 2024, a Motion for Admission of Attorney Brian T. Peterson to appear as a Visiting Attorney to represent Amazon Web Services, Inc., and Amazon.com Inc., was filed in the Debtor's Chapter 11 case (the "Motion," ECF No. 3530) by Attorney Lindsay S. Bishop (the "Sponsoring Attorney").  The Motion seeks admission in the Debtor's Chapter 11 case, as well as Adv. Pro. Nos. 24-05006 and 24-05057.  As the Motion satisfies the requirements set forth in D. Conn. L. Civ. R. 83.1(e), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:**  Pursuant to D. Conn. L. Civ. R. 83.1(e), Attorney Brian T. Peterson is hereby admitted *pro hac vice* to represent Amazon Web Services, Inc., and Amazon.com Inc. in the Debtor's Chapter 11 case and in Adv. Pro. Nos. 24-05006 and 24-05057.

Dated: September 18, 2024

BY THE COURT

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.