**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al*. | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## MOTION TO PERMIT ATTORNEY ROBERT E. KAELIN, MURTHA CULLINA LLP TO APPEAR REMOTELY AT THE SEPTEMBER 24, 2024 STATUS CONFERENCE

Attorney Robert E. Kaelin of Murtha Cullina LLP respectfully seeks permission from this Court to allow him to attend the Status Conference scheduled for September 24, 2024 at 1:00pm via the Court's remote means.

In support hereof, Attorney Kaelin submits that he represents numerous defendants in Adv. Proceeding Nos. 24-05207, 24-05076, 24-05120, 24-05114, and 24-05047 and will be out of State on business precluding him from attending the Status Conference in person.

WHEREFORE, Attorney Kaelin respectfully requests that the Court allow him to participate in the September 24, 2024 status conference by remote means.

Dated:  September 19, 2024

/s/ Robert E. Kaelin
Robert E. Kaelin, (ct11631)
rkaelin@murthalaw.com
Murtha Cullina LLP
280 Trumbull Street, 12th Floor
Hartford, CT 06103
Telephone:  860-240-6000
Facsimilie:  860-240-6036

1

15466980.v1

## CERTIFICATE OF SERVICE

This will certify that on September 19, 2024 a copy of the foregoing Motion for Permission to Appear Remotely was filed electronically to all parties of record. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

          */s/ Robert E. Kaelin*
          Robert E. Kaelin, (ct11631)
          rkaelin@murthalaw.com
          Murtha Cullina LLP
          280 Trumbull Street, 12th Floor
          Hartford, CT 06103
          Telephone:  860-240-6000
          Facsimilie:   860-240-6036

15466980.v1