**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HO WAN KWOK, *et al.* | ) | Case No. 22-50073 (JAM) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## MOTION TO PERMIT ATTORNEY PETER C. NETBURN, CLYDE & CO US LLP TO APPEAR REMOTELY AT THE SEPTEMBER 24, 2024 STATUS CONFERENCE

Attorney Peter C. Netburn of Clyde & Co US LLP respectfully seeks permission from this Court to allow him to attend the September 24, 2024 (1:00 p.m.) Status Conference [ECF No. 3532] via the Court's Zoom platform.

In support hereof, Attorney Netburn submits that he represents Defendant Harcus Parker, Limited in a separate adversary proceeding brought by chapter 11 trustee Luc A. Despins. (Adv. Proceeding No. 24-05163) and will be out of state on business precluding him from attending the Status Conference in person.

WHEREFORE, Attorney Netburn respectfully requests that the Court allow him to participate in the September 24, 2024 status conference via the Court's Zoom platform.

Dated: September 19, 2024

*/s/ Peter C. Netburn*
Peter C. Netburn (ct28874)
Peter.netburn@clydeco.us
CLYDE & CO US LLP
265 Franklin Street, Suite 802
Boston, MA 02110-3113
(617) 728-0050

## **CERTIFICATE OF SERVICE**

      This will certify that on September 19, 2024 a copy of the foregoing Motion for Permission to Appear Remotely was filed electronically to all parties of record. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      */s/ Peter C. Netburn*
      Peter C. Netburn (ct28874)