# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| In re Ho Wan Kwok, et al[1] | ) | No.  23-50073 |
| Debtor | ) | September 19, 2024 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. Pro Rules 2002 and 9010,) and D. Conn. Bankr. L.R. 9010-1(b)(1), Scott M. Charmoy hereby appears in the above-captioned proceeding on behalf of **Putnam's Landscaping LLC**, an interested party, and demands that notice of all matters herein be duly served on the undersigned at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that demand is hereby also made for service of copies of all papers, reports, petitions, pleadings, motions and applications, requests, complaints or demands and plans and disclosure statements whether formal or informal, whether written or oral and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise which affect the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice and Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive **Putnam's Landscaping LLC's** (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any proceeding so triable

---

[1]The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States Bankruptcy Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, set-offs or recoupments to which **Putnam's Landscaping LLC** is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments expressly are reserved.

                              **PUTNAM'S LANDSCAPING LLC**

                              __/s/__Scott M. Charmoy_____
                              Scott M. Charmoy, Esq.   CT 15889
                              Charmoy & Charmoy, LLC
                              1465 Post Road, Suite 100
                              Westport, CT 06680
                              (203) 255-8100
                              scottcharmoy@charmoy.com