**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| In re Ho Wan Kwok, et al[1] | ) | No.  23-50073 |
| Debtor | ) | September 19, 2024 |

## MOTION FOR ORDER

Counsel for party in interest and adversary defendant Putnam's Landscaping LLC ("Putnam's") hereby moves for an order excusing his attendance at the Status Conference set by this Court for September 24, 2024 at 1:00 PM (ECF 3532) as follows:

1. Putnam's is the defendant in the adversary proceeding captioned <u>Despins vs. Putnam's Landscaping, LLC</u>, Adv. No. 24-50211, one of numerous such adversaries brought by the Chapter 11 Trustee.

2. Putnam's, along with 23 other such defendants, requested a status conference with the Court to discuss matters arising from the mediation of their disputes (ECF 3511).

3. The Court has scheduled the status conference for September 24, 2024 at 1:00 PM (ECF 3532).

4. Putnam's counsel will be out of town on that day on previously scheduled business, and it will be extremely difficult for him to attend the status conference remotely due to the time zone differential and other obligations.

5. The other Defendants appearing at the status conference share goals and interests similar to Putnam's regarding the reasons for the requested status conference and the relief

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

sought, and in that regard can adequately represent Putnam's interests as to same. Accordingly, undersigned counsel's appearance at this status conference is unnecessary for the Court and his client.

6. Accordingly, undersigned counsel for Putnam respectfully requests the Court excuse his attendance from the Status Conference.

7. Luc Despins, the Chapter 11 Trustee and plaintiff in the Putnam's adversary proceeding, consents to this request.

**WHEREFORE,** counsel for Putnam's Landscaping LLC respectfully requests the Court excuse his attendance from the September 24th status conference.

                                          **PUTNAM'S LANDSCAPING LLC**

                                          ____/s/_Scott M. Charmoy_____
                                          Scott M. Charmoy, Esq.   CT 15889
                                          Charmoy & Charmoy, LLC
                                          1465 Post Road East, Suite 100
                                          Westport, CT 06880
                                          (203) 255-8100
                                          scottcharmoy@charmoy.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| In re Ho Wan Kwok, et al | ) | No. 23-50073 |
| Debtor | ) | |

## ORDER ON MOTION FOR ORDER

The foregoing Motion for Order, having been considered by this Court, is hereby **GRANTED**, and counsel for Putnam's Landscaping LLC is excused from attending the September 24, 2024 (ECF 3252) Status Conference on this matter.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| In re Ho Wan Kwok, et al | ) | No.  23-50073 |
| Debtor | ) | September 19, 2024 |

## **CERTIFICATION**

This is to certify that on the above date Putnam's Landscaping, LLC's Motion for Order was filed electronically through the Court's CM/ECF System.  Notice of this filing and notice of the hearing on same was sent by email to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

**PUTNAM'S LANDSCAPING, LLC**

____/s/_Scott M. Charmoy_____
Scott M. Charmoy, Esq.   CT 15889
Charmoy & Charmoy, LLC
1465 Post Road East, Suite 100
Westport, CT 06880
(203) 255-8100
scottcharmoy@charmoy.com