### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

### MOTION TO PERMIT COUNSEL FOR
### AGORA LAB, INC. TO APPEAR REMOTELY AT THE SEPTEMBER 24, 2024
### STATUS CONFERENCE

Agora Lab, Inc. ("Agora") moves to allow its counsel, Alan H. Martin and Benjamin O. Gilbert of Sheppard Mullin Richter & Hampton LLP, to appear remotely via the Court's Zoom platform at the status conference set for September 24, 2024 at 1:00 p.m. E.T. (the "Status Conference") to discuss, among other things, the mediation and avoidance action procedures order and the mediation stay.

1. Agora is the defendant in the adversary proceeding brought by chapter 11 trustee Luc A. Despins (the "Trustee") captioned *Luc A. Despins, Chapter 11 Trustee v. Agora Lab, Inc.* Adv. Pro. No 24-05005. Agora was a signatory, together with other similarly situated defendants (collectively, the "Joint Defendants"), to the *Request for Status Conference* [ECF. No. 3511] (the "Request for Status Conference"), whereby the Joint Defendants requested a status conference with the Court to discuss matters of scheduling and efficiency concerning dispositive motion practice in connection with common legal issues across the adversary proceedings against the Joint Defendants as well as other adversary proceedings.

2. On September 16, 2024, the Court granted the Joint Defendants' Request for Status Conference and scheduled the Status Conference to be held in the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, Connecticut [ECF No. 3532].

3. The Status Conference could potentially address, among other things, scheduling and/or coordination among the Joint Defendants with respect to briefing threshold common legal issues and other common adjudicatory matters. As a signatory to the Request for Status Conference, it will likely be beneficial for Agora to understand and potentially join any procedural course of action discussed at, or resulting from, the Status Conference.

4. Mr. Martin works out of Orange County, California and Mr. Gilbert works out of New York, New York. They intend to appear at the Status Conference, but given the considerable time and expense needed to travel to Bridgeport, Connecticut to appear at the Status Conference in person, they respectfully request that the Court permit them to participate via the Court's Zoom platform for the Status Conference.

WHEREFORE, Agora respectfully requests that the Court allow Mr. Martin and Mr. Gilbert to participate remotely via the Court's Zoom platform for the Status Conference.

Dated: September 19, 2024

By: /s/ *Benjamin O. Gilbert*
Alan H. Martin, Esq.
California Bar No. 132301
(admitted pro hac vice)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
AMartin@sheppardmullin.com

-and-

Benjamin O. Gilbert, Esq.
New York Bar No. 5899372

-3-

(admitted pro hac vice)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone: (212) 653-8700
Facsimile:  (212) 653-8701
BOGilbert@sheppardmullin.com

*Counsel to Agora Lab, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September 19, 2024, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated:    September 19, 2024

/s/ *Benjamin O. Gilbert*
Benjamin O. Gilbert