**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>　　HO WAN KWOK, *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**PROPOSED ORDER GRANTING MOTION TO PERMIT**
**COUNSEL FOR AGORA LAB, INC.TO APPEAR REMOTELY AT THE SEPTEMBER**
**24, 2024 STATUS CONFERENCE**

Upon the motion of Agora Lab, Inc. to permit its counsel Alan H. Martin and Benjamin O. Gilbert to participate remotely at the status conference scheduled for September 24, 2024 at 1:00 p.m. E.T., notice having been provided and good cause appearing therefore, it is hereby

1.　　**ORDERED** that the motion is granted; and

2.　　**ORDERED** that Mr. Martin and Mr. Gilbert may participate at the status conference scheduled for September 24, 2024 at 1:00 p.m. E.T. by contacting the Clerk's Office for instructions to connect to the Court's Zoom platform by sending an email to the following email address:  CalendarConnect_BPT@ctb.uscourts.gov.


_____
**Hon. Julie A. Manning, U.S.B.J.**