**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, et al., | : | CASE NO. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Re:  ECF Doc. Nos. 3511 and 3532 |

## MOTION TO PERMIT COUNSEL FOR B&H FOTO & ELECTORNICS CORP. TO APPEAR REMOTELY AT THE SEPTEMBER 24, 2024, STATUS CONFERENCE

B&H Foto & Electronics Corp. ("B&H") respectfully moves for an order permitting its

counsel, Scott M. Kessler of Akerman LLP, to appear remotely for the Status Conference (as

defined below).  In support of its request, B&H submits as follows:

1.      B&H is a defendant in an avoidance claim adversary proceeding brought by the

chapter 11 trustee Luc A. Despins (the "Trustee").  See *Luc A. Despins, Chapter 11 Trustee, v.

B & H Foto & Electronics Corp. et al.*, Case No. 24-05069 (the "Adversary Proceeding" or

"Adv. Proc.").

2.      By *Request for Status Conference* filed September 6, 2024 (ECF Doc. No.

3511), certain defendants of numerous adversary proceedings (defined therein as the "Joint

Defendants") requested a status conference be held to discuss matters of scheduling and

efficiency concerning dispositive motion practice in the numerous avoidance actions filed by

the Trustee that may impact the Joint Defendants and the interplay with this Court's *Order

Directing Parties to Mediation, Appointing the Honorable James J. Tancredi as Mediator, and

Amending Order Approving Procedures Applicable to Avoidance Claim Adversary*

*Proceedings* [ECF Doc. No. 3163] (the "Mediation Order").  This Court granted the request (see ECF Doc. No. 3532) and scheduled a status conference to be held on September 24, 2024 at 1:00 p.m. ET in the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, Connecticut (the "Status Conference").

3.      Although B&H Foto is not among the Joint Defendants who requested the Status Conference, it is similarly situated with those parties.   In fact, currently pending in the Adversary Proceeding is co-Defendant Bernardo Enriquez's Motion to Dismiss the Complaint (Adv. Proc. ECF Doc. No. 23, the "Enriquez Motion"), and B&H Foto's Motion to Stay Proceedings as to Defendant Bernardo Enriquez's Motion to Dismiss (Adv. Proc. ECF Doc. No. 28) for, among other reasons, some or all of the various reasons for which the Joint Defendants requested the Status Conference.   Indeed, the Status Conference could potentially address, among other issues, scheduling and/or coordination among various adversary defendants with respect to efficient adjudication of threshold and other common legal issues raised in the Enriquez Motion as well as to the Trustee's claims against B&H Foto which are stayed pending mediation pursuant to the Mediation Order.

4.      Accordingly, because it is likely that such issues will be addressed and potentially that an efficient and economical path towards resolution of the issues will be discussed and/or reached, B&H Foto desires to attend, monitor, and potentially participate in the scheduled discussion between the Court and the Joint Defendants.

5.      Mr. Kessler represents B&H Foto and this Court admitted him *pro hac vice* as co-counsel for B&H Foto in the Adversary Proceeding on April 25, 2024 (Adv. Proc. ECF Doc. No. 17).  An application for his *pro hac vice* admission in this case was filed immediately proceeding this motion.  Mr. Kessler works out of New York, New York and has a medical

appointment in the late afternoon/evening of September 24, 2024, which makes it difficult for him to appear in person at the Status Conference.  Given the conflict, together with the time and expense necessary for him to travel to Bridgeport, Connecticut for the Status Conference, it is respectfully requested that the Court permit Mr. Kessler to participate in the Status Conference via the Court's Zoom platform or, alternatively, by other electronic or telephonic means.

WHEREFORE, B&H Foto respectfully requests that the Court allow Mr. Kessler to participate in the Status Conference remotely via the Court's Zoom platform or by alternative electronic or telephonic means.

Dated: September 19, 2024

By: */s/ Tracy Ellis Williams*
Tracy Ellis Williams, Esq. (ct25137)
Shipman & Goodwin LLP
300 Atlantic Street, 3rd Floor
Stamford, CT 06901
Telephone: 203-324-8136
Facsimile: 203-324-8199
tewilliams@goodwin.com

Scott M. Kessler (NY SK5510) (*pro hac vice*
application pending)
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone:  212-880-3800
Facsimile:  212-880-8965
scott.kessler@akerman.com

*Attorneys for B&H Foto & Electronics Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2024, a copy of the foregoing was filed electronically and served by first class mail, postage prepaid and/or via email on anyone unable to accept electronic filing.  Notice of the filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Tracy Ellis Williams*
Tracy Ellis Williams