**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**MOTION TO PERMIT COUNSEL FOR AMAZON
WEB SERVICES, INC. AND AMAZON.COM, INC. TO APPEAR
REMOTELY AT THE SEPTEMBER 24, 2024 STATUS CONFERENCE**

Amazon Web Services, Inc. ("AWS") and Amazon.com, Inc. ("Amazon") move to allow their counsel, Brian T. Peterson and Ruby A. Nagamine, to appear remotely via the Court's Zoom platform at the status conference set for September 24, 2024 at 1:00 p.m. E.T. on certain adversary defendants' request for a status conference to discuss, among other things, the mediation stay and motions to dismiss filed by adversary defendants exempted from mediation [ECF No. 3511] ("Request for Status Conference").

1.       AWS and Amazon are defendants in two separate adversary proceedings brought by chapter 11 trustee Luc A. Despins (the "Trustee"). *See* Adv. Proc. Nos. 24-05006, 24-05057.

2.       Amazon and AWS have a significant amount at stake in this bankruptcy proceeding, as the Trustee has sought the recovery of more than $19 million in allegedly avoidable transfers against AWS, and more than $400,000 in allegedly avoidable transfers against Amazon. The Trustee asserts that he is entitled to recover the allegedly avoidable transfers made by purported alter ego entities that are not debtors in this bankruptcy case.

3.       The issues raised in the Request for Status Conference are equally applicable to AWS and Amazon, as well as numerous other defendants in the avoidance action adversary proceedings filed by the Trustee. Amazon and AWS agree that consolidated briefing of common

legal issues would be beneficial to all parties and the Court. AWS and Amazon are concerned that, absent implementation of a consolidated or omnibus briefing protocol, the Court (i) will face voluminous and potentially duplicative briefing across numerous adversary proceedings, and (ii) may adjudicate certain common legal issues without allowing the numerous other defendants (including those subject to mediation procedures) an opportunity to be heard on these important legal issues that concern the scope of the Trustee's avoidance action powers.

4.  On September 16, 2024, the Court granted the Request for Status Conference and scheduled a status conference to be held on September 24, 2024, at 1:00 p.m. in the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT ("Status Conference"). ECF Docket No. 3532.

5.  The Status Conference could potentially address, among other things, scheduling and/or coordination among the various avoidance action defendants with respect to briefing threshold legal issues and other common adjudicatory matters, as well as the Court's view on the utility of establishing common briefing procedures.

6.  Mr. Peterson and Ms. Nagamine work out of Seattle, Washington, and one or both of them intend to appear at the September 24, 2024 Status Conference, but given the time and expense needed to travel to Bridgeport, CT, they respectfully request that the Court permit them to participate via the Court's Zoom platform.

WHEREFORE, AWS and Amazon respectfully request that the Court allow Mr. Peterson and Ms. Nagamine to participate remotely via the Court's Zoom platform for the September 24, 2024 Status Conference.

September 19, 2024
Boston, Massachusetts

By: */s/ Lindsay S. Bishop*
Lindsay S. Bishop, Esq. (ct29990)
K&L Gates LLP
1 Congress St, Suite 2900
Boston, MA 02114
Telephone: 617-951-9198
Email: lindsay.bishop@klgates.com

Brian T. Peterson, *admitted pro hac vice*
Ruby A. Nagamine, *admitted pro hac vice*
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail:  brian.peterson@klgates.com
           ruby.nagamine@klgates.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 19, 2024, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated: Boston, Massachusetts
   September 19, 2024

<u>/s/ *Lindsay S. Bishop*   </u>
Lindsay S. Bishop