Dear Judge Julie A. Manning,

My name is Limarie Reyes Molinaris, I have been named defendant in the Civil RICO Case No. 22-50073.

I am writing to ask the court for permission to join the other defendants to withdraw the reference to the bankruptcy court and transfer my case to district court.

I am moving for the same reasons outlined in Mei Guo memorandum of law (D.E. 18)

Respectfully,

*Limarie Reyes Molinaris*

SEP 18 2024 AM 10:43
FILED-USBC-CT-BPT