Case 22-50073    Doc 3566-1    Filed 09/19/24    Entered 09/20/24 11:41:41    Page 1 of 1

