**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
      Debtors.[1] : Jointly Administered
:
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from August 1, 2024 through and including August 31, 2024 (the "Fee Period"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $802.00 and $209.00 respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period. The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as Exhibit B is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3. Attached hereto as Exhibit C is the fee statement of OMJB for services provided during the Fee Period with redactions to protect certain privileged information.

## NOTICE AND OBJECTION PROCEDURES

4. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New

York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **October 10, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever (US) shall promptly pay OMJB 80% of the fees and 100% of the expenses as identified in this Monthly Fee Statement.

7. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: September 20, 2024
Glastonbury, Connecticut

                    GENEVER HOLDINGS LLC

                    By: */s/Michael T. McCormack*
                         Michael T. McCormack (ct13799)
                         Timothy P. Jensen (ct18888)
                         Amy E. Markim (ct27974)
                         O'Sullivan McCormack Jensen & Bliss PC
                         180 Glastonbury Boulevard, Suite 210
                         Glastonbury, CT 06033
                         Tel: 860-258-1993
                         Fax: 860-258-1991
                         mmccormack@omjblaw.com
                         tjensen@omjblaw.com
                         amarkim@omjblaw.com

                         *Special Insurance Coverage Counsel for*
                         *Debtor-In-Possession Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                                                :
In re:                                                                      :    Chapter 11
                                                                                :
HO WAN KWOK, *et al.*,[1]                                     :    Case No. 22-50073 (JAM)
                                                                                :
            Debtors.                                                  :    (Jointly Administered)
                                                                                :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 20, 2024, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

        GENEVER HOLDINGS LLC

        By:   /s/Michael T. McCormack
            Michael T. McCormack (ct13799)
            Timothy P. Jensen (ct18888)
            Amy E. Markim (ct27974)
            O'Sullivan McCormack Jensen & Bliss PC
            180 Glastonbury Boulevard, Suite 210
            Glastonbury, CT 06033
            Tel: 860-258-1993
            Fax: 860-258-1991
            mmccormack@omjblaw.com
            tjensen@omjblaw.com
            amarkim@omjblaw.com
            *Special Insurance Coverage*
            *Counsel for Debtor-In-Possession Genever*
            *Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# EXHIBIT A

## HOURS AND RATES PER TIMEKEEPER

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Michael McCormack | 1993 | $400 | 1.3 | $520.00 |
| Michael McCormack (discount) | 1993 | $375 | .3 | $112.50 |
| Timothy P. Jensen | 1997 | $450 | .6 | $270.00 |
| Melissa Gambardella | | $125 | .8 | $100.00 |
| **Total** | | | | **$1,002.50** |

## EXHIBIT B

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Expense Category | Amount |
|---|---:|
| Fees Advanced to Logikcull | $209.00 |
| **TOTAL** | **$209.00** |

## **EXHIBIT C**

**TIME AND EXPENSE DETAIL**



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 28092
Date: 09/11/2024

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

**Services**

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 08/08/2024 | MTM | Review and revise draft stipulation re scheduling order from Attny Kavanaugh; email correspondence with L. Despins | 0.30 | $400.00 | $120.00 |
| 08/09/2024 | MTM | Email communications with Attny Despins re <sub>Redacted</sub> <sub>Redacted</sub>; email communications with AIG counsel re revised proposed modified scheduling order | 0.30 | $375.00 | $112.50 |
| 08/13/2024 | MBG | Draft July Fee Application for Compensation. | 0.40 | $125.00 | $50.00 |
| 08/19/2024 | MTM | Email corrspondence re AIG motions to admit pro hac vice | 0.10 | $400.00 | $40.00 |
| 08/20/2024 | MTM | Revise, supplement and finalize interim fee application and redacted invoices | 0.20 | $400.00 | $80.00 |
| 08/20/2024 | MBG | Revise, finalize and e-file OMJB Fee Application for July 2024 and service of same on notice parties. | 0.40 | $125.00 | $50.00 |
| 08/22/2024 | MTM | Attention to depositions of expert witnesses; email correspondence to L. Despins re<sup>Redacted</sup> | 0.20 | $400.00 | $80.00 |
| 08/26/2024 | MTM | Telephone conference with L. Despins re <sub>Redacted</sub>; email correspondence with Attny Kavanaugh <sub>Redacted</sub> | 0.30 | $400.00 | $120.00 |
| 08/28/2024 | TPJ | Communications with MTM re expert discovery and current schedule; call with AIG counsel re same | 0.60 | $450.00 | $270.00 |
| 08/30/2024 | MTM | Email correspondence with counsel and Attny Despins re <sub>Redacted</sub> <sub>Redacted</sub> | 0.10 | $400.00 | $40.00 |
| 08/30/2024 | MTM | Email correspondence with Attny Despins re <sub>Redacted</sub> | | $400.00 | $40.00 |

|  |  | Services Subtotal | $1,002.50 |
|---|---|---|---|

## Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 08/08/2024 | Fees advanced to Logikcull INV269499 7-31-2024 | $209.00 |
|  |  | Expenses Subtotal | $209.00 |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 0.6 | $450.00 | $270.00 |
| Michael McCormack | 1.3 | $400.00 | $520.00 |
| Michael McCormack | 0.3 | $375.00 | $112.50 |
| Melissa Gambardella | 0.8 | $125.00 | $100.00 |
|  |  | Invoice Subtotal | $1,211.50 |
|  |  | Invoice Total | $1,211.50 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27792 | 06/17/2024 | $2,769.58 | $2,279.08 | $490.50 |
| 27855 | 07/11/2024 | $2,154.90 | $0.00 | $2,154.90 |
| 27978 | 08/12/2024 | $1,667.33 | $0.00 | $1,667.33 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 28092 | 09/11/2024 | $1,211.50 | $0.00 | $1,211.50 |
|  |  |  | **Balance Due on All Invoices** | **$5,524.23** |
|  |  |  | **TOTAL AMOUNT DUE** | **$5,524.23** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC    *REDACTED*

Payment is due upon receipt.

*REDACTED*

180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 28092
Date: 09/11/2024

*REDACTED*