**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
HO WAN KWOK, *et al.*,[1]                                      :   Case No. 22-50073 (JAM)
                                                               :
            Debtors.                     :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**APPELLEE'S OMNIBUS COUNTER-DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN RECORD ON APPEAL**

Appellee, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), by and through his undersigned counsel, hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following counter-designation of additional items to be included in the record on appeal, on a consolidated and omnibus basis, with respect to the following docket items (collectively, the "Designations" and the respective (consolidated) "Appeals"):

    (i) *Appellant's Statement of Issues and Designation of Items to be Included in the Record on Appeal* [Docket No. 3518] (Appellant Weddle Law PLLC);

    (ii) *Appellant's Statement of Issues and Designation of Items to be Included in the Record on Appeal* [Docket No. 3520] (Appellant Pillsbury Winthrop Shaw Pittman LLP);

    (iii) *Appellant's Statement of Issues and Designation of Items to be Included in the Record on Appeal* [Docket No. 3521] (Appellant G Club Operations LLC);

    (iv) *Appellant's Statement of Issues and Designation of Items to be Included in the Record on Appeal* [Docket No. 3522] (Appellant FFP (BVI) Limited);

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(v) *Appellant's Designation of Items to be Included in the Record on Appeal and Statement of Issues* [Docket No. 3523] (Appellant Apple Inc.);

(vi) *Appellant's Designation of Items to be Included in the Record on Appeal and Statement of Issues* [Docket No. 3518] (Appellant Meta Platforms, Inc.);

(vii) *Appellant's Statement of Issues and Designation of Items to be Included in the Record on Appeal* [Docket No. 3525] (Appellant Ogier).

## COUNTER-DESIGNATION OF RECORD ON APPEAL

Appellee respectfully counter-designates the following items for inclusion in the record on appeal, as to the each of the above-referenced Designations and respective Appeals, pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure. This designation includes all exhibits attached or referred to in the pleadings or matters of record.

### Docket Entries (No. 23-50073 (JAM))

| Docket No. | Date Filed | Description |
| --- | --- | --- |
| 2357 | 11/20/2023 | Request for Status Conference |
| 2362 | 11/21/2023 | Order Granting Motion for Status Conference |
| 2390 | 11/28/2023 | Status Conference Held |
| 2494 | 1/9/2024 | Chapter 11 Trustee's Emergency Motion for Entry of Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing |
| 2495 | 1/9/2024 | Motion of Chapter 11 Trustee to Expedite Hearing on Chapter 11 Trustee's Emergency Motion for Entry of Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing |
| 2496 | 1/10/2024 | Order Scheduling Status Conference |
| 2497 | 1/10/2024 | Status Conference Held |

| **Docket No.** | **Date Filed** | **Description** |
|---|---|---|
| 2515 | 1/19/2024 | Order Granting Chapter 11 Trustee's Emergency Motion for Entry of Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing |
| 2803 | 2/12/2024 | Notice of Filing Second Revised Proposed Order |
| 2837 | 2/14/2024 | Order Granting Chapter 11 Trustee's Motion (I) Authorizing Sealed Filing of Proposed Stipulated Tolling Orders and (II)) Approving and Entering Proposed Stipulated Tolling Orders |
| 2975 | 3/4/2024 | Motion To Stay / *Trustee's Motion to Stay Adversary Proceedings and Obtain Other Relief Pending Disposition of Criminal Proceeding* Filed by Nicholas A. Bassett on behalf of Luc A. Despins, Chapter 11 Trustee. |
| 3038 | 3/22/2024 | Order Staying Adversary Proceedings and Granting Other Relief Pending Disposition of Criminal Proceeding (RE: 2975). |
| 3329 | 7/19/2024 | Motion to Extend Time to Extend Deadline to File Avoidance Actions (First Supplemental Motion) to 02/15/2025 Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee. |
| 3332 | 7/22/2024 | Notice of Hearing Issued on Appendix M Matter (RE: 3329 First Supplemental Motion to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions filed by Chapter 11 Trustee Luc A. Despins). Hearing to be held on 8/13/2024 at 01:00 PM at the United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT. Objection deadline: 8/6/2024. Movant Replies due by 8/9/2024. Service to be made by the Movant on or before 7/23/2024 by 4:00 PM. Certificate of Service due by 7/25/2024. |
| 3351 | 7/25/2024 | Certificate of Service Filed by Patrick R. Linsey on behalf of Luc A. Despins Chapter 11 Trustee. (RE: 3329 Motion to Extend Time filed by Chapter 11 Trustee Luc A. Despins, 3332 Notice of Hearing - Appendix M/N or AP). |

| Docket No. | Date Filed | Description |
|---|---|---|
| 3391 | 8/9/2024 | Reply to (related document(s): 3329 Motion to Extend Time to Extend Deadline to File Avoidance Actions (First Supplemental Motion) to 02/15/2025 Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee filed by Chapter 11 Trustee Luc A. Despins) Filed by Patrick R. Linsey on behalf of Luc A. Despins Chapter 11 Trustee. (RE: 3329 Motion to Extend Time filed by Chapter 11 Trustee Luc A. Despins). |
| 3395 | 8/12/2024 | List of Witnesses and Exhibits Filed by Patrick R. Linsey on behalf of Luc A. Despins Chapter 11 Trustee. (RE: 3329 Motion to Extend Time filed by Chapter 11 Trustee Luc A. Despins). |
| 3408 | 8/13/2024 | Hearing Held. For the reasons stated on the record: (RE: 3329 First Supplemental Motion to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions filed by Chapter 11 Trustee Luc A. Despins) is under advisement.<br><br>(RE:3381 Amended Emergency Motion Pursuant to Bankruptcy Code Section 363(b) for Entry of Order Authorizing Trustee to Fund Expenses of Mahwah Mansion and for Related Relief filed by Chapter 11 Trustee Luc A. Despins) is granted. Revised proposed order will be submitted on or before 8/14/2024. |
| 3446 | 8/21/2024 | Transcript. Hearing held on August 13, 2024 Requested by Patrick Linsey Pursuant to the new policy adopted by the judicial conference, viewing of a transcript is restricted for 90 days from the file date. Transcripts will be available for viewing only at the clerk's office during the 90 day period or may be purchased from the court transcriber. For more information contact the Clerk's Office. The following deadlines apply: Redaction Request due By 09/11/2024. Redacted Transcript Submission due By 09/23/2024. Transcript access will be restricted through 11/19/2024. |

**CERTIFICATION REGARDING TRANSCRIPTS**

Appellee, pursuant to Rule 8009(b)(3) of the Federal Rules of Bankruptcy Procedure, hereby certifies that he is not ordering any transcripts. All transcripts have been prepared and are either available on the docket or in the Bankruptcy Court Clerk's Office.

**RESERVATION OF RIGHTS**

Appellee expressly reserves the right to (i) withdraw, supplement, amend or modify this Counter-Designation of Record on Appeal and (ii) move to strike any items included by the Appellants in Designations referenced above. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Respectfully submitted,

Dated: September 25, 2024  
New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com

*and*

Nicholas A. Bassett (admitted *pro hac vice*)  
PAUL HASTINGS LLP  
2050 M Street NW  
Washington, D.C., 20036  
(202) 551-1902  
nicholasbassett@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of September 2024, a copy of the foregoing was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF system.

Date:  September 25, 2024               /s/ *Patrick R. Linsey*
                                        Patrick R. Linsey (ct29437)