AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

| | FOR COURT USE ONLY |
|---|---|
| **Instructions** | DUE DATE: |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Patrick R. Linsey | (203) 781-2847 | 9/24/2024 |

| 4. DELIVERY ADDRESS OR EMAIL | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| plinsey@npmlaw.com | New Haven | CT | 06510 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 22-50073 | Hon. Julie A. Manning | 10. FROM 9/24/2024 | 11. TO 9/24/2024 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Ho Wan Kwok and Genever Holdings LLC | 13. CITY Bridgeport | 14. STATE CT |

**15. ORDER FOR**

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | All proceedings | 9/24/2024 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☒ | NO. OF COPIES 1 | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | | | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| ESTIMATE TOTAL | 0.00 |
|---|---|

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| /s/ Patrick R. Linsey | Lorenzo M. Whitmore |

| 19. DATE | PHONE NUMBER |
|---|---|
| 9/24/2024 | 203-579-5808 |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| Reliable | 915 Lafayette Blvd. Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

| **Print** | **Save As...** | | **Reset** |
|---|---|---|---|

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

### Honorable Julie A. Manning

### Tuesday September 24 2024

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:**  **#3532; Order Granting Request for Status Conference**

# Parties that appeared at the September 24, 2024 Hearing

**Luc A. Despins**

Paul Hastings LLP

200 Park Avenue

New York, NY 10166


**Patrick R. Linsey**

Neubert Pepe & Monteith, P.C.

195 Church St

13th Fl

New Haven, CT 06510


**Eric S. Goldstein**

Shipman & Goodwin LLP

One Constitution Plaza

Hartford, CT 06103


**Michael A. Siedband**

Federal Express Corporation

3620 Hacks Cross Rd

Building 2 3rd Floor

Memphis, TN 38125


**Brian T. Peterson**

K & L Gates LLP

925 Fourth Avenue, Suite 2900

Seattle, WA 98104

**Jeffrey M. Sklarz**

Green & Sklarz LLC

One Audubon Street

3rd Floor

New Haven, CT 06511


**Darryl S. Laddin**

Arnall Golden Gregory LLP

171 17th Street, NW, Ste. 2100

Atlanta, GA 30363


**Michael T. Conway**

Lazare Potter Giacovas & Moyle LLP

747 Third Ave., 16th Floor

Fifth Floor

New York, NY 10017


**Matthew Pesce**

Murtha Cullina

107 Elm Street

11th Floor

Stamford, CT 06902


**Anthony J. Proscia**

Kaufman Dolowich LLP

40 Exchange Place

Ste 20th Floor

New York, NY 10005

**David J. Kozlowski**
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022


**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604


**Richard J Bernard**
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036


**Jeffrey Hellman**
Law Offices of Jeffrey Hellman, LLC
195 Church Street
10th Floor
New Haven, CT 06510


**Kara Anne Zarchin**
Cummings & Lockwood LLC
Six Landmark Square
06901
Stamford, CT 06901

**Robert N. Sensale**
Bershtein, Volpe & McKeon, PC
900 Chapel Street, 11th Fl
New Haven, CT 06510


**Matthew D. Valauri**
Wilson Elser Moskowitz Edelman & Dicker
1010 Washington Boulevard
Stamford, CT 06901


**Benjamin O. Gilbert**
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza
New York, NY 10112


**Rowena A. Moffett**
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06511


**Tracy Ellis Williams**
Shipman & Goodwin LLP
300 Atlantic Street
3rd Floor
Stamford, CT 06901


**Scott M. Kessler**
Akerman LLP
1251 Avenue of the Americas
37th Floor
Ste 37th Floor
New York, NY 10020

**Christopher J. Major**
Meister Seelig & Fein LLP
125 Park Avenue
7th Floor
New York, NY 10017