**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
HO WAN KWOK, et al.,¹                         :    Case No. 22-50073 (JAM)
                                              :
              Debtors.                        :    (Jointly Administered)
                                              :
-------------------------------------------------------x
```

**NOTICE OF FILING OF INVOICES OF ACHESON DOYLE PARTNERS
ARCHITECTS, P.C. FOR ARCHITECTURAL SERVICES DURING AUGUST 2024**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Project Order"),[2] attached hereto as **Exhibit A** is Acheson Doyle's invoice, dated September 9, 2024 (the "Remediation Project Invoice"), related to services performed by Acheson Doyle in connection with the Remediation Project during the month of August 2024 (as further detailed in the Remediation Project Invoice).

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy*

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Project Order or the Cleaning Project Order (as defined below), as applicable.

*Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Related Relief* (the "Cleaning Project Order"),[3] attached hereto as **Exhibit B** is Acheson Doyle's invoice, dated September 9, 2024 (the "Cleaning Project Invoice" and, together with the Remediation Project Invoice, the "Invoices"), related to services performed by Acheson Doyle in connection with the Cleaning Project during the month of August 2024 (as further detailed in the Cleaning Project Invoice).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Remediation Project Order and the Cleaning Project Order, as applicable, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the Invoices and (b) if no timely objections to the Invoice(s) are filed with the Court, Genever Holdings LLC is authorized to pay such Invoice(s) without further Court order.

Dated:    September 26, 2024            GENEVER HOLDINGS LLC
          New York, New York

                                       By: */s/ G. Alexander Bongartz*
                                           G. Alexander Bongartz (admitted *pro hac vice*)
                                           Avram E. Luft (admitted *pro hac vice*)
                                           PAUL HASTINGS LLP
                                           200 Park Avenue
                                           New York, New York 10166
                                           (212) 318-6079
                                           aviluft@paulhastings.com
                                           alexbongartz@paulhastings.com

                                               *and*

                                           Nicholas A. Bassett (admitted *pro hac vice*)
                                           PAUL HASTINGS LLP
                                           2050 M Street NW
                                           Washington, D.C., 20036

---

[3]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Project Order or the Cleaning Project Order (as defined below), as applicable.

2

(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-------------------------------------------------------x
                                :
In re:                             :    Chapter 11
                                :
HO WAN KWOK, *et al.*,[1]      :    Case No. 22-50073 (JAM)
                                :
          Debtors.          :    (Jointly Administered)
                                :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 26, 2024, the foregoing Notice was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:     September 26, 2024
           New York, New York

                                  By: */s/ G. Alexander Bongartz*
                                      G. Alexander Bongartz (admitted *pro hac vice*)
                                      PAUL HASTINGS LLP
                                      200 Park Avenue
                                      New York, New York 10166
                                      (212) 318-6079
                                      alexbongartz@paulhastings.com

                                  *Counsel for Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## Exhibit A

**Remediation Project Invoice**

| **Invoice** |
| --- |

## Acheson Doyle PARTNERS

**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**Tel: 212-414-4500**
**info@adparchitects.com**

September 09, 2024
Project No:      52302.10
Invoice No:      25155

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever Holdings LLC Apt 1801 - Apartment Stabilization Project |
| --- | --- | --- |

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

### Professional Services from August 01, 2024 to August 31, 2024

Phase          04              Scope of Work Item D: Construction Administration

**Fee is billed hourly; estimate $20,000/month**

- Project Administration (August 2024):
  8/12 Project coordination, walk-through with Alex, meeting with Zack, follow-up w/ Gustav to remove and return items from terrace; 8/15 project coordination w/ Gustav

**Professional Personnel**

|  | **Hours** | **Rate** | **Amount** |  |
| --- | --- | --- | --- | --- |
| Principal |  |  |  |  |
| Acheson, David | 17.00 | 400.00 | 6,800.00 |  |
| Project Manager |  |  |  |  |
| Snyder, Brendon | 1.50 | 320.00 | 480.00 |  |
| Totals | 18.50 |  | 7,280.00 |  |
| **Total Labor** |  |  |  | **7,280.00** |
|  |  | **Total this Phase** |  | **$7,280.00** |
|  |  | **Total Due This Invoice** |  | **$7,280.00** |

Thank you for your prompt payment.

# Billing Backup

Monday, September 09, 2024

Acheson Doyle Partners Architects, P.C.          Invoice 25155 Dated 9/9/2024          2:10:57 PM

| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY - Genever Holdings LLC Apt 1801 - Apartment Stabilization Project |
| --- | --- | --- |

Phase          04          Scope of Work Item D: Construction Administration

**Total this Phase**          **$7,280.00**

**Total this Project**          **$7,280.00**

**Total this Report**          **$7,280.00**

## **Exhibit B**

**Cleaning Project Invoice**

| Invoice |
|---------|

**Acheson Doyle** PARTNERS

**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**Tel: 212-414-4500**
**info@adparchitects.com**

September 09, 2024
Project No:        52402.02
Invoice No:        25156

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

Project            52402.02              The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever
                                          Holdings LLC Apt 1804 - Ceiling Removal Project

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from August 01, 2024 to August 31, 2024**

Phase              03                    Construction Administration

Fee is billed hourly & estimated to be $10,000/month

- Construction Administration (July 2024):
  Review schedule; site review of firestopping with DKI and Sciame Homes; attend meetings with DKI and Sciame
  Homes; review Sciame payment requisition

**Professional Personnel**

|                        | **Hours** | **Rate** | **Amount** |           |
|------------------------|-----------|----------|------------|-----------|
| Principal              |           |          |            |           |
| Acheson, David         | 8.00      | 400.00   | 3,200.00   |           |
| Project Manager        |           |          |            |           |
| Snyder, Brendon        | 9.00      | 320.00   | 2,880.00   |           |
| Totals                 | 17.00     |          | 6,080.00   |           |
| **Total Labor**        |           |          |            | **6,080.00** |
|                        |           |          | **Total this Phase** | **$6,080.00** |
|                        |           |          | **Total Due This Invoice** | **$6,080.00** |

Thank you for your prompt payment.

Project          52402.02                S/N- Genever Holdings LLC Apt 1804                Invoice          25156

# Billing Backup

Monday, September 09, 2024

Acheson Doyle Partners Architects, P.C.          Invoice 25156 Dated 9/9/2024          2:52:33 PM

Project          52402.02          The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever
                                   Holdings LLC Apt 1804 - Ceiling Removal Project

Phase          03          Construction Administration

|  |  |
|---|---:|
| **Total this Phase** | **$6,080.00** |
| **Total this Project** | **$6,080.00** |
| **Total this Report** | **$6,080.00** |