**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: ) | CHAPTER 11 |
| ) | |
| HO WAN KWOK, *et al.*[1] ) | CASE NO.: 22-50073 (JAM) |
| ) | |
| ) | SEPTEMBER 27, 2024 |
| ) | Re: Docket No. 3577 |

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024 and September 26, 2024, I served a copy of this *Court's Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings* [Docket No. 3577] to the counsel for the Avoidance Defendants as listed on Exhibit A hereto.[2]

By: /s/ *Eric Goldstein*
Eric Goldstein (ct27195)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5059
Email: egoldstein@goodwin.com
*Counsel for Anthem HealthChoice Assurance, Inc. dba Empire Blue Cross Blue Shield; Anthem Health Plans, Inc.; Sedgwick Realty Corp.; Federal Express Corporation; and Direct Persuasion LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] A separate certificate of service will be filed for all first class mail service on the Avoidance Defendants.

# EXHIBIT A

| Docket # | Defendant | Counsel |
|---|---|---|
| 24-05005 | Agora Lab, Inc. | Benjamin O. Gilbert<br>212-896-0682<br>Email: bogilbert@sheppardmullin.com<br>*LEAD ATTORNEY* |
| 24-05006 | Amazon Web Services, Inc. | Lindsay Sampson Bishop<br>K&L Gates LLP<br>617-951-9198<br>Email: lindsay.bishop@klgates.com |
| 24-05007 | Blueberry Builders, LLC | Jason C Manfrey<br>Stevens & Lee<br>610-205-6054<br>Email: jason.manfrey@stevenslee.com<br>*LEAD ATTORNEY* |
| 24-05009 | Mercantile Bank International Corp. | Frederick Hyman<br>212-2234000<br>Email fhyman@crowell.com |
| 24-05010 | Direct Persuasion LLC | Benjamin Mintz<br>Arnold & Porter Kaye Scholer LLP<br>212-836-8505<br>benjamin.mintz@arnoldporter.com<br>*LEAD ATTORNEY* |
| 24-05012 | Ogier | Jeffrey M. Sklarz<br>203-285-8545<br>Email: jsklarz@gs-lawfirm.com |
| 24-05014 | Pillsbury Winthrop Shaw Pittman LLP | Andrew M. Troop<br>Pillsbury Winthrop Shaw Pittman LLP<br>212-858-1660<br>andrew.troop@pillsburylaw.com<br>*LEAD ATTORNEY* |
| 24-05015 | Fox News Network, LLC | Henry P. Baer<br>Finn Dixon & Herling LLP<br>203-325-5000<br>hbaer@fdh.com |

| | | |
|---|---|---|
| 24-05021 | Bannon Strategic Advisors, Inc. | Ronald Ian Chorches<br>Law Offices of Ronald I. Chorches<br>860-563-3955<br>Email: ronchorcheslaw@sbcglobal.net |
| 24-05025 | Warroom Broadcasting & Media Communications LLC | Ronald Ian Chorches<br>Law Offices of Ronald I. Chorches<br>860-563-3955<br>Email: ronchorcheslaw@sbcglobal.net |
| 24-05026 | Yieldesta L.P. | Frederick Hyman<br>212-223-4000<br>Email fhyman@crowell.com |
| 24-05027 | Yanping Wang | Carl T. Gulliver<br>203-364-2404<br>carlgulliver@cgulliverlaw.com |
| 24-05031 | Arri Americas Inc. | Michael T. Conway<br>Direct: 212-784-2404<br>Email: mconway@lpgmlaw.com |
| 24-05033 | Art Wolfe, Inc. | Eric S. Goldstein<br>860-251-5000<br>Email: egoldstein@goodwin.com |
| 24-05035 | Urban Legend Media, Inc. | Henry P. Baer<br>Finn Dixon & Herling LLP<br>203-325-5000<br>hbaer@fdh.com |
| 24-05036 | Mei Guo | Daniel A. Byrd<br>203-368-5478<br>Email: dbyrd@zeislaw.com |

| | | |
|---|---|---|
| 24-05037 | Triple2 Digital LLC | Eric S. Goldstein<br>860-251-5059<br>egoldstein@goodwin.com |
| 24-05040 | Hing Chi Ngok | Austin D. Kim<br>212-655-3500<br>Email: adk@msf-law.com |
| 24-05042 | Restoration Hardware, Inc. | Michael P. Thompson<br>860-494-7504<br>mpthompson@grsm.com |
| 24-05042 | Hing Chi Ngok | Austin D. Kim<br>212-655-3500<br>Email: adk@msf-law.com |
| 24-05042 | Max Krasner | Ronald I. Chorches<br>860-563-3955<br>ronchorcheslaw@sbcglobal.net |
| 24-05042 | Mei Guo | Daniel A. Byrd<br>203-368-5478<br>Email: dbyrd@zeislaw.com |
| 24-05044 | Teris-Phoenix, LLC | Henry P. Bare, Jr.<br>Office: 203-325-5083<br>Mobile: 646-872-6510<br>Email: hbaer@fdh.com |
| 24-05047 | Phillips Nizer LLP | Jared Clark<br>212-841-0585<br>jclark@phillipsnizer.com<br>*LEAD ATTORNEY* |
| 24-05048 | Mark Gunderson | David J. Kozlowki<br>212-735-8825<br>dkozlowski@gmail.com |
| 24-05049 | VFT Solutions Inc. | Gary J. Greene<br>Greene Law, PC<br>860-676-1336<br>bankruptcy@greenelawpc.com |
| 24-05054 | Style Eyes Inc. d/b/a Ginger Finds | Gary J. Greene<br>Greene Law, PC<br>860-676-1336<br>bankruptcy@greenelawpc.com |

| Case | Party | Attorney |
|---|---|---|
| 24-05055 | 270 W. 39th St. Co., LLC | Robert N. Sensale<br>203-777-5800<br>Email: RNS@bvmlaw.om |
| 24-05056 | FFP (BVI) Limited | Michelle Amanda Antao<br>203-285-8545<br>Email mantao@gs-lawfirm.com |
| 24-05057 | Amazon.com, Inc. | Lindsay Sampson Bishop<br>K&L Gates LLP<br>617-951-9198<br>lindsay.bishop@klgates.com |
| 24-05057 | Hing Chi Ngok | Austin D. Kim<br>212-655-3500<br>Email: adk@msf-law.com |
| 24-05057 | Bernardo Enriquez | Noam Biale<br>tel: 212.300.2445<br>nbiale@shertremonte.com |
| 24-05057 | Mei Guo | Daniel A. Byrd<br>203-368-5478<br>Email: dbyrd@zeislaw.com |
| 24-05058 | Anthem Health Plans, Inc. | Jessica Signor<br>860-251-5000<br>Email: jsignor@goodwin.com |
| 24-05059 | Federal Express Corporation | Michael A. Siedband<br>Federal Express Corporation<br>901-355-2075<br>michael.siedband@fedex.com.<br>LEAD ATTORNEY |
| 24-05060 | Apple Inc. | George Peter Angelich<br>ArentFox Schiff LLP<br>212-484-3900<br>george.angelich@afslaw.com |
| 24-05060 | Bernardo Enriquez | Noam Biale<br>tel: 212.300.2445<br>nbiale@shertremonte.com |
| 24-05060 | Mei Guo | Daniel A. Byrd<br>203-368-5478<br>Email: dbyrd@zeislaw.com |

| | | |
|---|---|---|
| 24-05062 | Appsflyer Inc | Kellianne Baranowsky<br>Green & Sklarz LLC<br>203-285-8545<br>kbaranowsky@gs-lawfirm.com |
| 24-05063 | DJD Creative LLC | Zachary W. Doninger<br>The Strong Firm P.C.<br>281-367-1222<br>zdoninger@thestrongfirm.com<br>LEAD ATTORNEY |
| 24-05069 | B&H Foto & Electronics Corp | Scott Kessler<br>212-880-3874<br>Email:<br>scott.kessler@akerman.com |
| 24-05069 | Hing Chi Ngok | Austin D. Kim<br>212-655-3500<br>Email: adk@msf-law.com |
| 24-05069 | Bernardo Enriquez | Noam Biale<br>tel: 212.300.2445<br>nbiale@shertremonte.com |
| 24-05071 | Chiesa Shahinian & Giantomasi PC | Anthony J. Marchese<br>973-530-2165<br>amarchese@csglaw.com |
| 24-05074 | Leicester Hill Infromatices LLC | Ronald I. Chorches<br>860-563-3955<br>ronchorcheslaw@sbcglobal.net |
| 24-05076 | Mercedes-Benz Manhattan, Inc. | Robert E. Kaelin<br>860-240-6036<br>Email: rkaelin@murthalaw.com |
| 24-05077 | American Express Company | Ronald Ian Chorches<br>860-563-3955<br>Email:<br>ronchorcheslaw@sbcglobal.net |

| | | |
|---|---|---|
| 24-05082 | Ohtzar Shlomo Solomon Treasure LLC | Jeffry Hellman<br>203-691-8762<br>Email: jeff@jeffhellmanlaw.com |
| 24-05083 | UK Import Services Limited | James E. Miller<br>MILLER SHAH LLP<br>65 Main Street<br>Chester, CT 06412<br>jemiller@millershah.com |
| 24-05084 | Tavares Cutting Inc. | Gary J. Greene<br>Greene Law, PC<br>860-676-1336<br>bankruptcy@greenelawpc.com |
| 24-05086 | The Clear Creek Group, LLC | Kellianne Baranowksy<br>203-285-8545<br>Email: kbaranowsky@gs-lawfirm.com |
| 24-05092 | Zeta Global Corp. | C. Kevin Kobbe<br>410-580-4789<br>Mobile: 410-215-8896<br>kevin.kobbe@us.dlapiper.com |
| 24-05096 | 1245 Factory Place, LLC | Ronald I. Chorches<br>860-563-3955<br>ronchorcheslaw@sbcglobal.net |
| 24-05099 | American Arbitration Association, Inc. | Leslie A, Berkoff<br>lberkoff@moritthock.com |
| 24-05100 | Grocyber, LLC | Nicholas P. Vegliante<br>860-493-2200<br>Email: nvegliante@cbshealaw.com |
| 24-05101 | Eficens Systems LLC | Kellianne Baranowksy<br>203-285-8545<br>Email: kbaranowsky@gs-lawfirm.com |

| | | |
|---|---|---|
| 24-05106 | Reach Manufacturing, LLC | David M.S. Shaiken<br>860-606-1703<br>email:<br>david@shipmanlawct.com |
| 24-05108 | Conservative Campaign Technology, LLC | Han Markus<br>203-672-2661<br>email:<br>imarkus@barclaydamon.com |
| 24-05109 | Moran Yacht Management, Inc. | Barry Feigenbaum<br>860-256-6300<br>Email:<br>bfeigenbaum@roginlaw.com |
| 24-05110 | Aaron Mitchell | Kellianne Baranowksy<br>203-285-8545<br>Email: kbaranowsky@gs-lawfirm.com |
| 24-05112 | Empire Blue Cross Blue Shield | Eric S. Goldstein<br>860-251-5059<br>Fax: 860-251-5312<br>Email: egoldstein@goodwin.com |
| 24-05114 | ModSquad Inc. | Brandon A. Brown<br>225-231-9998<br>bbrown@stewartrobbins.com |
| 24-05115 | Cloudflare, Inc. | Sabrina L. Streusand<br>512-236-9901<br>streusand@slollp.com<br>LEAD ATTORNEY |
| 24-05117 | Meta Platforms Inc. | George Anglich<br>212-457-5423<br>george.angelich@afslaw.com |

| | | |
|---|---|---|
| 24-05118 | J Tan Jewelry Design, Inc. | Gary J. Greene<br>860-676-1336<br>email: bankruptcy@greenelawpc.com |
| 24-05119 | International Treasure Group LLC | Ronald I. Chorches<br>860-563-3955<br>ronchorcheslaw@sbcglobal.net |
| 24-05120 | 3 Columbus Circle LLC | Robert Kaelin<br>860-240-6036<br>Email: rkaelin@murthalaw.com |
| 24-05121 | Shaylen Music LLC | Russell Gary Small<br>203-396-0100<br>russell@rgsmall.com |
| 24-05122 | Indium Software Inc. | Elizabeth Norris Krasnow<br>212-808-5137<br>ekrasnow@kelleydrye.com |
| 24-05128 | Miller Motorcars Inc. | Eric Seltzer<br>914-522-6796<br>ehs@gtlslaw.com |
| 24-05130 | On the Spot Home Improvement, Inc. | Justin S. Baumgartner<br>973-422-1100<br>email: jbaumgartner@becker.legal |
| 24-05132 | JM Bullion Inc. | Jessica Bonteque<br>212-692-1036<br>Email: jbonteque@dunemorris.com |
| 24-05133 | Beile Li | Ivan J. Ladd-Smith<br>203-929-9766<br>Email: ladd-smith@spearsmanning.com |

| | | |
|---|---|---|
| 24-05134 | V.X. Cerda & Associates P.A. | Kellianne Baranowksy<br>203-285-8545<br>Email: kbaranowsky@gs-lawfirm.com |
| 24-05135 | Liberty Jet Management Corp. | Gerard R. Luckman<br>(516) 479-6300<br>GLuckman@ForchelliLaw.com<br>LEAD ATTORNEY |
| 24-05138 | Target Enterprises, LLC | John Carberry<br>(203) 351 4280<br>jcarberry@cl-law.com |
| 24-05140 | Quinones Law PLLC | Michelle Amanda Antao<br>203-285-8545<br>Email mantao@gs-lawfirm.com |
| 24-05141 | Flat Rate Movers, Ltd. | James J. Costello, Jr<br>Norris McLaughlin PA<br>908-722-0700<br>Email: jjcostellojr@norris-law.com |
| 24-05143 | Dream Projects LLC | Kevin Esfandi<br>Email: kevin@rta.com |
| 24-05145 | Manhattan Motorcars, Inc. | Stephen P. Brown<br>203-388-9100<br>stephen.brown@wilsonelser.com |
| 24-05147 | Jamestown Associates, LLC | John Carberry, Esq.<br>(203) 351 4280<br>jcarberry@cl-law.com |
| 24-05152 | Troutman Pepper Hamilton Sanders LLP | Joanna J. Cline<br>Troutman Pepper Hamilton Sanders<br>302-777-6500<br>joanna.cline@troutman.com<br>LEAD ATTORNEY |

| | | |
|---|---|---|
| 24-05154 | Kamel Debeche | James Edward Nealon<br>203-635-7067<br>Email: james.nealon@nealon-law.com |
| 24-05158 | RV Retailers East, LLC | London England<br>214-954-4135<br>email: lengland@grayreed.com |
| 24-05162 | Nardello & Co., LLC | Henry P. Baer<br>Office: 203-325-5000<br>Mobile: 646-872-6510<br>Email: hbaer@fdh.com |
| 24-05163 | Harcus Parker Limited | Peter C. Netburn<br>Clyde & Co US LLP<br>617-728-0050<br>peter.netburn@clydeco.us |
| 24-05167 | GS Security Solutions Inc. | Robert J. Grand<br>Lax & Neville LLP<br>212-696-1999<br>rgrand@laxneville.com |
| 24-05167 | Scott Barnett | Robert J. Grand<br>Lax & Neville LLP<br>212-696-1999<br>rgrand@laxneville.com |
| 24-05168 | The Francis Firm PLLC | Kellianne Baranowksy<br>203-285-8545<br>Email: kbaranowsky@gs-lawfirm.com |
| 24-05169 | D&D Solutions LLC | Ronald I. Chorches<br>860-563-3955<br>ronchorcheslaw@sbcglobal.net |
| 24-05181 | Ganfer Shore Leeds & Zauderer, LLP | Patrick Kennell<br>212-485-9600<br>pkennell@kaufmandolowich.com |

| | | |
|---|---|---|
| 24-05182 | Max Krasner | Ronald Ian Chorches<br>Law Offices of Ronald I. Chorches<br>860-563-3955<br>ronchorcheslaw@sbcglobal.net |
| 24-05184 | Yankwitt LLP | Patrick Kennell<br>212-485-9600<br>pkennell@kaufmandolowich.com |
| 24-05185 | Structure Design Build LLC | Andrew J. Kelly<br>The Kelly Firm, P.C.,<br>732-449-0525<br>akelly@kbtlaw.com |
| 24-05186 | Berkeley Rowe Limited | LEAD ATTORNEY<br>Jeffrey M. Sklarz<br>203-285-8545<br>jsklarz@gs-lawfirm.com |
| 24-05188 | Weddle Law PLLC | Jeffrey M. Sklarz<br>203-285-8545<br>Email: jsklarz@gs-lawfirm.com |
| 24-05189 | TD Avenue (The Diamond Avenue) | Gary J. Greene<br>Greene Law, PC<br>860-676-1336<br>bankruptcy@greenelawpc.com |
| 24-05190 | Redis Lab, Inc. | Ronald I. Chorches<br>860-563-3955<br>ronchorcheslaw@sbcglobal.net |
| 24-05194 | McManimon, Scotland & Baumann, LLC | Sari Blair Placona<br>McManimon Scotland & Baumann, LLC<br>973-622-1800<br>splacona@msbnj.com |
| 24-05195 | Shujuan Milne | Scott M. Charmoy<br>scottcharmoy@scottcharmoy.com<br>203-255-8100 |
| 24-05196 | Morvillo Abramowitz Grand Iason & Anello P.C. | Rowena A. Moffett<br>Brenner, Saltzman & Wallman, LLP<br>(203) 772-2600<br>rmoffett@bswlaw.com |

| | | |
|---|---|---|
| 24-05197 | Great Lakes Drone Company, LLC | Ronald I. Chorches<br>860-563-3955<br>ronchorcheslaw@sbcglobal.net |
| 24-05199 | Lawall & Mitchell, LLC | Jeffrey M. Sklarz<br>203-285-8545<br>Email: jsklarz@gs-lawfirm.com |
| 24-05199 | Aaron Mitchell | Jeffrey M. Sklarz<br>203-285-8545<br>Email: jsklarz@gs-lawfirm.com |
| 24-05200 | Wedlake Bell LLP | Michelle Amanda Antao<br>203-285-8545<br>Email mantao@gs-lawfirm.com |
| 24-05202 | Clayman Rosenberg Kirshner & Linder LLP | Minta J. Nester<br>Togut, Segal & Segal LLP<br>212-594-5000<br>mnester@teamtogut.com<br>LEAD ATTORNEY |
| 24-05204 | G4S Security Systems (Hong Kong) Ltd. | Michelle Amanda Antao<br>203-285-8545<br>Email mantao@gs-lawfirm.com |
| 24-05205 | Marini Pietrantoni Muniz LLC | Holly G. Rogers<br>203-596-0500<br>hrogers@melicklaw.com |
| 24-05207 | Bering Yachts, LLC | Robert E. Kaelin<br>860-240-6036<br>Email: rkaelin@murthalaw.com |
| 24-05208 | Zeisler & Zeisler, P.C. | Daniel A. Byrd<br>203-368-5478<br>Email: dbyrd@zeislaw.com |
| 24-05211 | Putnam's Landscaping LLC | Scott M. Charmoy<br>203-255-8100<br>Email: scottcharmoy@charmoy.com |

| | | |
|---|---|---|
| 24-05214 | Petrillo Klein & Boxer LLP | Patrick Kennell<br>212-485-9600<br>pkennell@kaufmandolowich.com |
| 24-05219 | Jason Miller | Jeffrey Hellman<br>Law Offices of Jeffrey Hellman, LLC<br>203-691-8762<br>jeff@jeffhellmanlaw.com |
| 24-05221 | Gypsy Mei Food Services LLC | Daniel A. Byrd<br>203-368-5478<br>Email: dbyrd@zeislaw.com |
| 24-05221 | Mei Guo | Daniel A. Byrd<br>203-368-5478<br>Email: dbyrd@zeislaw.com |
| 24-05222 | Sedgwick Realty Corp. | Eric S. Goldstein<br>Shipman & Goodwin LLP<br>860-251-5059<br>egoldstein@goodwin.com |
| 24-05225 | Cirrus Design Corporation | Richard J. Bernard<br>212-248-3263<br>richard.bernard@faegredrinker.com |
| 24-05226 | ACASS Canada Ltd. | Jeffrey M. Sklarz<br>203-285-8545<br>Email: jsklarz@gs-lawfirm.com |
| 24-05229 | Marcum LLP | Henry P. Baer<br>203-325-5000<br>Email: hbaer@fdh.com |
| 24-05230 | Cayuse Government Services, LLC | Charles R. Bennett, Jr.<br>Murphy & King, P.C.<br>617-423-0400<br>cbennett@murphyking.com<br>LEAD ATTORNEY |
| 24-05233 | Brune Law PC | Patrick Kennell<br>212-485-9600<br>pkennell@kaufmandolowich.com |

| | | |
|---|---|---|
| 24-05242 | Cotton Craft Textiles Intl Trading | Adam Eilenberg<br>Eilenberg & Krause LLP<br>ade@eklawllp.com<br>2129944766 |
| 24-05244 | Quick-Equip LLC | Mark M. Kratter<br>203-853-2312<br>Email: laws4ct@aol.com |
| 24-05247 | Anthony DiBattista | R. Victoria Fuller<br>White and Williams LLP<br>617-748-5223<br>fullerv@whiteandwilliams.com<br>Se |
| 24-05248 | River Valley Operations LLC | Michael T. Conway<br>Lazare Potter Giacovas & Moyle LLP<br>917-242-1597<br>mconway@lpgmlaw.com |
| 24-05248 | Wang's Realty Management Service Inc. | Michael T. Conway<br>Lazare Potter Giacovas & Moyle LLP<br>917-242-1597<br>mconway@lpgmlaw.com |
| 24-05263 | Omicron Nutraceutical LLC | Michael T. Conway<br>Lazare Potter Giacovas & Moyle LLP<br>917-242-1597<br>Email: mconway@lpgmlaw.com |
| 24-05269 | Himalaya New World Inc. | Richard N Freeth<br>917-775-7082<br>rfreeth@freethfirm.com |
| 24-05269 | Himalaya New York Rock | Richard N Freeth<br>917-775-7082<br>rfreeth@freethfirm.com |
| 24-05269 | Himalaya Shanghai Farm LLC | Michael T. Conway<br>Lazare Potter Giacovas & Moyle LLP<br>917-242-1597<br>mconway@lpgmlaw.com |

| | | |
|---|---|---|
| 24-05270 | Crocker Mansion Estate LLC | John F. Carberry<br>Cummings & Lockwood<br>(203) 327-1700<br>jcarberry@cl-law.com |
| 24-05271 | Weihua Li | Kellianne Baranowsky<br>Green & Sklarz LLC<br>203-285-8545<br>kbaranowsky@gs-lawfirm.com |
| 24-05272 | Hayman Hong Kong Opportunities Offshore Fund LP | Katherine (Kit) Addleman<br>214-651-5783<br>kit.addleman@haynesboone.com.<br>LEAD ATTORNEY |
| 24-05272 | Hayman Hong Kong Opportunities Onshore Fund LP | Katherine (Kit) Addleman<br>214-651-5783<br>kit.addleman@haynesboone.com.<br>LEAD ATTORNEY |
| 24-05275 | Greenwich Land LLC | Austin D. Kim<br>212-655-3500<br>Email: adk@msf-law.com |
| 24-05275 | Hudson Diamond NY LLC | Sam Della Fera, Jr.<br>973-530-2076<br>Email: sdellafera@csglaw.com |
| 24-05275 | Leading Shine NY Limited | Sam Della Fera, Jr.<br>973-530-2076<br>Email: sdellafera@csglaw.com |
| 24-05275 | G Club International Limited | Jeffrey M. Sklarz<br>203-285-8545<br>Email: jsklarz@gs-lawfirm.com |

| | | |
|---|---|---|
| 24-05275 | Rule of Law III Foundation Inc. | Jon P. Newton<br>Reid and Riege PC<br>(860) 278-1150<br>jnewton@reidandriege.com |
| 24-05275 | Rule of Law Society IV Inc. | Jon P. Newton<br>Reid and Riege PC<br>(860) 278-1150<br>jnewton@reidandriege.com |
| 24-05275 | Himalaya International Clearing Ltd. | Michael T. Conway<br>Lazare Potter Giacovas & Moyle LLP<br>917-242-1597<br>mconway@lpgmlaw.com |
| 24-05275 | G Fashion International Limited | Michael T. Conway<br>Lazare Potter Giacovas & Moyle LLP<br>917-242-1597<br>mconway@lpgmlaw.com |
| 24-05276 | ZYB & Associates, LLC | Richard N. Freeth<br>917-775-7082<br>Email: rfreeth@freethfirm.com |
| 24-05276 | Yongbing Zhang | Richard N. Freeth<br>917-775-7082<br>Email: rfreeth@freethfirm.com |