# United States Bankruptcy Court

## District of Connecticut

In re: Ho Wan Kwok

Debtor(s)

Case Number: 22-50073 (JAM)
Chapter: 11

APPELLANTS:

G Club Operations, LLC; Pillsbury Winthrop Shaw Pittman LLP; FFP (BVI) Limited; Apple, Inc.; Meta Platforms, Inc.; Ogier; Weddle Law PLLC

U.S. District Court
Case No: 3:24-cv-284 (KAD)
Filing Fee Status:
☑ Paid  ☐ Not Paid  ☐ IFP Granted

### TRANSMITTAL NOTICE TO U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT REGARDING APPEALS AND APPELLATE DOCUMENTS

#### NOTICE OF APPEAL INFORMATION

| Notice of Appeal Filed Date | BKY ECF No. | Appellant Name | Appellant's Counsel |
|---|---|---|---|
| 8/27/2024 | 3458 | G Club Operations, LLC | Jeffrey M. Sklarz, Esq.<br>Kellianne Baranowsky, Esq.<br>Green & Sklarz LLC<br>One Audubon Street, 3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>Email: jsklarz@gs-lawfirm.com<br>Email: kbaranowsky@gs-lawfirm.com |
| 8/27/2024 | 3460 | Pillsbury Winthrop Shaw Pittman LLP | Andrew M. Troop, Esq.<br>Carolina A Fornos, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019<br>212-858-1000<br>Email: andrew.troop@pillsburylaw.com<br>Email: carolina.fornos@pillsburylaw.com<br><br>Jeffrey M. Sklarz, Esq.<br>Kellianne Baranowsky, Esq.<br>Green & Sklarz LLC<br>One Audubon Street, 3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>Email: jsklarz@gs-lawfirm.com<br>Email: kbaranowsky@gs-lawfirm.com |
| 8/27/2024 | 3462 | FFP (BVI) Limited | Jeffrey M. Sklarz, Esq.<br>Kellianne Baranowsky, Esq.<br>Green & Sklarz LLC<br>One Audubon Street, 3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>Email: jsklarz@gs-lawfirm.com<br>Email: kbaranowsky@gs-lawfirm.com |

---

[1] ECF No(s). citations referenced in this Transmittal Notice refer to docket entries of the U.S. Bankruptcy Court for the case in which the notice of appeal was filed, unless otherwise noted.

## NOTICE OF APPEAL INFORMATION CONTINUED

| Notice of Appeal Filed Date | BKY ECF No. | Appellant Name | Appellant's Counsel |
|---|---|---|---|
| 8/27/2024 | 3463 | Apple, Inc. | Eric Roman, Esq.<br>George P. Angelich, Esq.<br>Patrick Anthony Feeney, Esq.<br>ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Email: eric.roman@afslaw.com<br>Email: george.angelich@afslaw.com<br>Email: patrick.feeney@afslaw.com<br><br>Jin Yan, Esq.<br>ArentFox Schiff LLP<br>1717 K Street NW<br>Washington, DC 20006<br>202-778-6442<br>Email: jin.yan@afslaw.com |
| 8/27/2024 | 3464 | Meta Platforms, Inc. | Eric Roman, Esq.<br>George P. Angelich, Esq.<br>Patrick Anthony Feeney, Esq.<br>ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Email: eric.roman@afslaw.com<br>Email: george.angelich@afslaw.com<br>Email: patrick.feeney@afslaw.com<br><br>Jin Yan, Esq.<br>ArentFox Schiff LLP<br>1717 K Street NW<br>Washington, DC 20006<br>202-778-6442<br>Email: jin.yan@afslaw.com |
| 8/28/2024 | 3467 | Ogier | Jeffrey M. Sklarz, Esq.<br>Kellianne Baranowsky, Esq.<br>Green & Sklarz LLC<br>One Audubon Street, 3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>Email: jsklarz@gs-lawfirm.com<br>Email: kbaranowsky@gs-lawfirm.com |
| 8/28/2024 | 3468 | Weddle Law, PLLC | Jeffrey M. Sklarz, Esq.<br>Kellianne Baranowsky, Esq.<br>Green & Sklarz LLC<br>One Audubon Street, 3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>Email: jsklarz@gs-lawfirm.com<br>Email: kbaranowsky@gs-lawfirm.com |

**Appellee Name:** Luc A. Despins, Chapter 11 Trustee
**Appellee Counsel Name & Address:**
Nicholas Bassett, Esq., Paul Hastings, LLP, 875 15th Street, N.W., Washington, D.C., 20005, nicholasbassett@paulhastings.com;
Douglass Barron, Esq., Paul Hastings, LLP, 200 Park Avenue, New York, NY, 10166, douglassbarron@paulhastings.com;
Douglas Skalka, Esq., Neubert, Pepe, Monteith, P.C., 195 Church Street, 13th Floor, New Haven, CT 06510, dskalka@npmlaw.com;
Patrick Linsey, Esq., Neubert, Pepe, Monteith, P.C., 195 Church Street, 13th Floor, New Haven, CT 06510, plinsey@npmlaw.com

## *DOCUMENTS TRANSMITTED TO THE DISTRICT COURT*

**Please find the following items attached to this Transmittal Notice:**

- ☑ The Record
  - [X] Appellant's (G Club Operations, LLC) Designation of Items and Statement of Issues, BKY ECF No. 3521
    - [X] Included in the Electronic Docket Sheet
  - [X] Appellant's (Pillsbury Winthrop Shaw Pittman LLP) Designation of Items and Statement of Issues, BKY ECF No. 3520
    - [X] Included in the Electronic Docket Sheet
  - [X] Appellant's (FFP (BVI) Limited) Designation of Items and Statement of Issues, BKY ECF No. 3522
    - [X] Included in the Electronic Docket Sheet
  - [X] Appellant's (Apple, Inc) Designation of Items and Statement of Issues, BKY ECF No. 3523
    - [X] Included in the Electronic Docket Sheet
  - [X] Appellant's (Meta Platforms, Inc.) Designation of Items and Statement of Issues, BKY ECF No. 3524
    - [X] Included in the Electronic Docket Sheet
  - [X] Appellant's (Ogier) Designation of Items and Statement of Issues, BKY ECF No. 3525
    - [X] Included in the Electronic Docket Sheet
  - [X] Appellant's (Weddle Law, PLLC) Designation of Items and Statement of Issues, BKY ECF No. 3518
    - [X] Included in the Electronic Docket Sheet
  - [X] Appellee's (Luc A. Despins, Chapter 11 Trustee) Designation of Items and Statement of Issues, BKY ECF No. 3578
    - [X] Included in the Electronic Docket Sheet
  - [X] Electronic Docket Sheet for Bankruptcy Case No. 22-50073(JAM)
  - [X] Electronic Docket Sheet for Adversary Proceeding Case No. 24-05012 (JAM)
  - [X] Electronic Docket Sheet for Adversary Proceeding Case No. 24-05014 (JAM)
  - [X] Electronic Docket Sheet for Adversary Proceeding Case No. 24-05056 (JAM)
  - [X] Electronic Docket Sheet for Adversary Proceeding Case No. 24-05060 (JAM)
  - [X] Electronic Docket Sheet for Adversary Proceeding Case No. 24-05117 (JAM)
  - [X] Electronic Docket Sheet for Adversary Proceeding Case No. 24-05188 (JAM)
  - [X] Transcripts:
    ECF No. 2947 - Transcript of Hearing Held 2/13/2024 - Included in Electronic Docket for Case No. 22-50073 (JAM)
    ECF No. 3446 - Transcript of Hearing Held 8/13/2024 - Transcript under 90 day restriction until 11/19/2024 and will be sent via email.

- ☐ No Sealed Documents were designated by any party.

Transmitted By: _____    Date: _____
Deputy Clerk, U.S. Bankruptcy Court

# United States Bankruptcy Court

## District of Connecticut

In re: Ho Wan Kwok

Debtor(s)

Case Number: 22-50073 (JAM)

Chapter: 11

APPELLANT:
G Club Operations, LLC; Pillsbury Winthrop Shaw Pittman LLP; FFP (BVI) Limited; Apple, Inc.; Meta Platforms, Inc.; Ogier; Weddle Law PLLC

U.S. District Court
Case No: 3:24-cv-284 (KAD)

Filing Fee Status:

☑ Paid   ☐ Not Paid   ☐ IFP Granted

---

**Acknowledgement by U.S. District Court**

☐ I hereby acknowledge receipt of the items indicated on the Transmittal Notice referenced above.

*If Notice of Appeal and/or Motion for Leave to Appeal Received:*

**The following U.S. District Court number has been assigned:** _____

Acknowledged By: _____        Date: _____
Deputy Clerk, U.S. District Court