# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| HO WAN KWOK, GENEVER HOLDINGS CORPORATION and GENEVER HOLDINGS LLC | ) ) ) | CASE NO.: 22-50073 (JAM) |
| | ) | SEPTEMBER 27, 2024 |
| | ) | |

## NOTICE OF JOINDER

The avoidance defendant, Jason Miller in the adversary proceeding entitled *Luc A. Despins v. Jason Miller*, Adv. Pro. No.: 24-05219 hereby notifies this Court that he wishes to participate as a joint defendant in the process set forth in this Court's September 25, 2024 order (Doc. 3577).

        **DEFENDANT**
        **JASON MILLER**

By:    /s/ *Jeffrey Hellman*
       Jeffrey Hellman, Esq.
       Law Offices of Jeffrey Hellman, LLC
       195 Church Street, 10th Floor
       Tel.: 203-691-8762
       Fax: 203-832-4401
       New Haven, CT 06510
       jeff@jeffhellmanlaw.com
       Federal Bar No.: ct04102