**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: ) | CHAPTER 11 |
| ) | |
| HO WAN KWOK, GENEVER ) | CASE NO.: 22-50073 (JAM) |
| HOLDINGS CORPORATION and ) | |
| GENEVER HOLDINGS LLC ) | SEPTEMBER 27, 2024 |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 27, 2024, I have served forgoing Notice of Joinder by operation of the Court's CM/ECF electronic system on the following:

- **Katherine (Kit) Addleman**   kit.addleman@haynesboone.com.
- **George Peter Angelich**   george.angelich@afslaw.com, eric.roman@afslaw.com;patrick.feeney@afslaw.com;lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com
- **Michelle Amanda Antao**   mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com
- **Gregory F. Arcaro**   garcaro@grafsteinlaw.com, 5806@notices.nextchapterbk.com;office@grafsteinlaw.com;ArcaroGR49801@notify.bestcase.com
- **Laura Aronsson**   laronsson@omm.com
- **Vincent J. Averaimo**   vaveraimo@bglaw.com, golah@bglaw.com;aiannone@bglaw.com;eshishakova@bglaw.com
- **Tristan G. Axelrod**   taxelrod@brownrudnick.com
- **Henry P. Baer**   hbaer@fdh.com, csommer@fdh.com
- **William R. Baldiga**   wbaldiga@brownrudnick.com
- **Kellianne Baranowsky**   kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com
- **Daniel D. Barnes**   dbarnes@csglaw.com
- **Douglass E. Barron**   douglassbarron@paulhastings.com, ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com
- **Nicholas A. Bassett**   nicholasbassett@paulhastings.com, jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com
- **Justin S. Baumgartner**   jbaumgartner@becker.legal
- **Thomas H. Belknap**   thomas.belknap@blankrome.com
- **Charles R. Bennett**   cbennett@murphyking.com

1

- **Patricia B. Bergamasco**     Pbergamasco@csglaw.com
- **Leslie A. Berkoff**     lberkoff@moritthock.com
- **Richard J Bernard**     rbernard@foley.com, NORTHEAST-LitigationDocket@foley.com;cathy.greer@faegredrinker.com
- **Noam Biale**     nbiale@shertremonte.com
- **Patrick M. Birney**     pbirney@rc.com, ctrivigno@rc.com
- **Lindsay Sampson Bishop**     lindsay.bishop@klgates.com
- **G. Alexander Bongartz**     alexbongartz@paulhastings.com
- **Georg Alexander Bongartz**     alexbongartz@paulhastings.com
- **Trevor L. Bradley**     tbradley@rc.com
- **Brandon Augustus Brown**     bbrown@stewartrobbins.com
- **Stephen P Brown**     stephen.brown@wilsonelser.com, Denise.Morgan@wilsonelser.com
- **Daniel A. Byrd**     dbyrd@zeislaw.com, cgregory@zeislaw.com
- **Carollynn H.G. Callari**     ccallari@callaripartners.com
- **Daniel Cantor**     dcantor@omm.com
- **John F. Carberry**     jcarberry@cl-law.com
- **Michael A. Carbone**     mcarbone@pppclaw.com, vsteele@pppclaw.com
- **Dennis M. Carnelli**     dcarnelli@npmlaw.com
- **John L. Cesaroni**     jcesaroni@zeislaw.com
- **Scott M. Charmoy**     scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com
- **Andrea Chase**     achase@spencerfane.com
- **Ronald Ian Chorches**     ronchorcheslaw@sbcglobal.net
- **Holley L. Claiborn**     holley.l.claiborn@usdoj.gov
- **Jared R. Clark**     jclark@phillipsnizer.com
- **John J. Clarke**     john.clarke@dlapiper.com, DLAPiper@ecfxmail.com
- **Joanna J. Cline**     joanna.cline@troutman.com
- **Rahman Connelly**     rahman.connelly@pillsburylaw.com
- **Michael T. Conway**     mconway@lpgmlaw.com
- **Richard J. Corbi**     rcorbi@corbilaw.com
- **Keith N. Costa**     kcosta@barclaydamon.com, kfrancis@barclaydamon.com
- **James J. Costello**     jjcostellojr@norris-law.com
- **Samuel Bryant Davidoff**     sam@davidoffs.com
- **Sam Della Fera**     sdellafera@csglaw.com
- **Luc A. Despins**     lucdespins@paulhastings.com, matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com
- **Zachary W. Doninger**     zdoninger@thestrongfirm.com
- **Tadhg Dooley**     tdooley@wiggin.com, akalinowski@wiggin.com
- **London England**     lengland@grayreed.com, slangley@grayreed.com
- **Melissa I Falk Wernick**     mwernick@csglaw.com
- **Patrick A. Feeney**     patrick.feeney@afslaw.com
- **Barry S. Feigenbaum**     bfeigenbaum@roginlaw.com
- **Paul Fenaroli**     pfenaroli@pastore.net

- **Sam Della Fera**   sdellafera@csglaw.com
- **Sam Della Fera**   sdellafera@csglaw.com
- **Sabato P. Fiano**   sfiano@znclaw.com
- **Ross G. Fingold**   rfingold@lawssf.com
- **William S. Fish**   wfish@hinckleyallen.com, jmccarthy@hinckleyallen.com
- **Robert Belson Flynn**   rflynn@npmlaw.com
- **David S. Forsh**   dforsh@callaripartners.com
- **Richard N Freeth**   rfreeth@freethfirm.com
- **Lisa Fried**   lisa.fried@hsf.com, stephanie.morano@hsf.com
- **Adam Friedman**   afriedman@olshanlaw.com
- **Peter Friedman**   pfriedman@omm.com
- **R. Victoria Fuller**   fullerv@whiteandwilliams.com
- **Taruna Garg**   tgarg@murthalaw.com, mgarcia@murthalaw.com
- **Benjamin O. Gilbert**   bogilbert@sheppardmullin.com
- **Irve J. Goldman**   igoldman@pullcom.com, rmccoy@pullcom.com
- **Eric S. Goldstein**   egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Mia N. Gonzalez**   mgonzalez@omm.com
- **Marc Gottridge**   marc.gottridge@hsf.com
- **James C. Graham**   jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net
- **Robert J. Grand**   rgrand@laxneville.com
- **Gary J. Greene**   bankruptcy@greenelawpc.com, greene.garyb116292@notify.bestcase.com
- **Lawrence S. Grossman**   LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com
- **Michael John Grudberg**   mgrudberg@tarterkrinsky.com
- **Carl T. Gulliver**   carlgulliver@cgulliverlaw.com, CarlGulliverLawLLC@jubileebk.net
- **Bryan Ha**   bhanyc@gmail.com
- **David V. Harbach**   dharbach@omm.com
- **David H. Hartheimer**   david@mhlaw-ny.com
- **Elise Kyla Haverman**   Ehaverman@steptoe.com
- **James J. Healy**   jhealy@cmandh.com
- **Eric A. Henzy**   ehenzy@zeislaw.com, cjervey@zeislaw.com
- **Frederick Hyman**   fhyman@crowell.com
- **Zachary A. Intrater**   zintrater@braflaw.com
- **Ryan T. Jareck**   rjareck@coleschotz.com
- **Timothy P. Jensen**   tjensen@omjblaw.com
- **Julie Johnston-Ahlen**   jja@atllp.com, mbianchi@atllp.com
- **Robert E. Kaelin**   rkaelin@murthalaw.com
- **Jonathan Kaplan**   jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com
- **Andrew J. Kelly**   akelly@kbtlaw.com

- **Patrick Kennell**   pkennell@kaufmandolowich.com
- **Scott M. Kessler**   scott.kessler@akerman.com, masterdocketlit@akerman.com
- **Austin D Kim**   adk@msf-law.com
- **Stephen M. Kindseth**   skindseth@zeislaw.com, cjervey@zeislaw.com
- **Nancy Bohan Kinsella**   nkinsella@npmlaw.com, moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com
- **C. Kevin Kobbe**   kevin.kobbe@us.dlapiper.com
- **David J. Kozlowski**   dkozlowski@gmail.com
- **Elizabeth Norris Krasnow**   kdwbankruptcydepartment@kelleydrye.com
- **Mark M. Kratter**   laws4ct@aol.com
- **John Joseph Kuster**   jkuster@sidley.com
- **Kathleen M. LaManna**   klamanna@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Ivan J. Ladd-Smith**   ladd-smith@spearsmanning.com
- **Darryl S. Laddin**   darryl.laddin@agg.com
- **Nicole Lapenta**   nlapenta@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Julie A Lavoie**   jlavoie@murthalaw.com
- **Francis J. Lawall**   francis.lawall@troutman.com, susan.henry@troutman.com;marcy.smith@troutman.com
- **Barry R Lax**   blax@laxneville.com
- **Andrew V. Layden**   alayden@bakerlaw.com
- **Scott A. Lessne**   slessne@crowell.com, scott-lessne-2280@ecf.pacerpro.com
- **Brian David Linder**   linder@clayro.com
- **Patrick R. Linsey**   plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spierce@npmlaw.com
- **David Litterine-Kaufman**   dlitterinekaufman@orrick.com
- **Christopher J. Major**   cjm@msf-law.com
- **Bonnie C. Mangan**   Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com;adam.lyford@manganlaw.com;julissa.bustamante@manganlaw.com
- **Bonnie C. Mangan**   bonnie.mangan@manganlaw.com, becky.avery@manganlaw.com;adam.lyford@manganlaw.com;julissa.bustamante@manganlaw.com
- **Anthony J. Marchese**   amarchese@csglaw.com
- **Vincent M. Marino**   vmarino@mzslaw.com
- **Amy E. Markim**   amarkim@omjblaw.com
- **Ilan Markus**   imarkus@barclaydamon.com, docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-4670@ecf.pacerpro.com
- **Joseph W. Martini**   jmartini@spearsmanning.com
- **Louis Joseph Martocchio**   lou@mo-lawfirm.com
- **Katherine E. Mateo**   kmateo@olshanlaw.com
- **Kristin B. Mayhew**   kmayhew@pullcom.com, rmccoy@pullcom.com

- **Shlomo Maza**     shlomomaza@paulhastings.com
- **Melissa Rose McClammy**     mmcclammy@pastore.net
- **Michael T. McCormack**     mmccormack@omjblaw.com, mgambardella@omjblaw.com
- **Jason E. Meade**     jmeade@steptoe.com
- **Danielle L. Merola**     dmerola@bakerlaw.com
- **James Edward Miller**     jemiller@millershah.com, pleadings@millershah.com
- **Robert Rush Miller**     rmiller@laxneville.com
- **Sherry J. Millman**     sherry.millman@hoganlovells.com, sherry-millman-9484@ecf.pacerpro.com
- **Benjamin Mintz**     benjamin.mintz@arnoldporter.com
- **Aaron A Mitchell**     aaron@lmesq.com
- **Kari A. Mitchell**     kmitchell@npmlaw.com
- **Rowena A. Moffett**     rmoffett@bswlaw.com
- **James M. Moriarty**     jmoriarty@zeislaw.com, cgregory@zeislaw.com
- **Ruby A. Nagamine**     ruby.nagamine@klgates.com
- **James Edward Nealon**     james.nealon@nealon-law.com
- **Peter C. Netburn**     peter.netburn@clydeco.us, michelle.green@clydeco.us
- **Jon P. Newton**     jnewton@reidandriege.com, umongrain@rrlawpc.com
- **Amy M. Oden**     aoden@pashmanstein.com
- **Frank A. Oswald**     frankoswald@teamtogut.com, dperson@teamtogut.com;gquist@teamtogut.com
- **Sara Pahlavan**     spahlavan@omm.com
- **Joseph M. Pastore**     jpastore@pastore.net
- **Matthew Pesce**     mpesce@murthalaw.com, mgarcia@murthalaw.com
- **Brian T. Peterson**     brian.peterson@klgates.com
- **Patrick N. Petrocelli**     ppetrocelli@stroock.com
- **Sari B. Placona**     splacona@msbnj.com
- **Sari Blair Placona**     splacona@msbnj.com
- **Nicholas Poli**     npoli@orrick.com
- **Jon T. Powers**     powerst@whiteandwilliams.com
- **Anthony J. Proscia**     AProscia@kaufmandolowich.com
- **Jeffrey Rhodes**     jrhodes@tlclawfirm.com
- **Brian D. Rich**     brich@barclaydamon.com, kfrancis@barclaydamon.com
- **Lucas Bennett Rocklin**     lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net
- **Holly G. Rogers**     hrogers@melicklaw.com, nliberatore@melicklaw.com
- **Eric Roman**     eric.roman@afslaw.com
- **Aaron Romney**     aromney@laxneville.com, swenthen@zeislaw.com
- **Scott D. Rosen**     srosen@cb-shea.com, msullivan@cbshealaw.com;akuhn@cbshealaw.com
- **David Roth**     droth@wiggin.com, akalinowski@wiggin.com
- **Tyler W. Rutherford**     trutherford@pastore.net
- **Thomas J. Sansone**     tsansone@carmodylaw.com
- **Stuart M. Sarnoff**     ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com
- **Matthew J. Schenker**     mschenker@foxrothschild.com

- **Eric T. Schmitt**   eschmitt@quinlanfirm.com
- **Jordan W. Schur**   jschur@houser-law.com
- **Eric Seltzer**   ehs@gtlslaw.com
- **Robert N. Sensale**   RNS@bvmlaw.com, melissa@bvmlaw.com;maria@bvmlaw.com
- **John T. Shaban**   john@levinelevinelaw.com
- **David M.S. Shaiken**   david@shipmanlawct.com
- **Virginia T Shea**   vshea@mdmc-law.com
- **Michael A. Siedband**   michael.siedband@fedex.com
- **Jessica Signor**   jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Douglas S. Skalka**   dskalka@npmlaw.com, tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net
- **Jeffrey M. Sklarz**   jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com
- **Michael B. Sloan**   msloan@msf-law.com
- **Russell Gary Small**   Russell@rgsmall.com, chyrel@rgsmall.com;small.russellr122962@notify.bestcase.com;jvagnozzi@rgsmall.com
- **Sarah Smeriglio**   ssmeriglio@npmlaw.com
- **Annecca H. Smith**   asmith@rc.com
- **Anthony Sodono**   asodono@msbnj.com
- **Heidi J. Sorvino**   sorvinoh@whiteandwilliams.com
- **Heather Spaide**   hspaide@mzslaw.com
- **Lindsay C. Stone**   lstone@sheppardmullin.com
- **Sabrina L. Streusand**   streusand@slollp.com
- **Michael P. Thompson**   mpthompson@grsm.com, tbernier@grsm.com
- **Patrick Tomasiewicz**   pt@ftlawct.com, mdimock@ftlawct.com
- **Ryan M. Trombley**   ryan.trombley@arnoldporter.com
- **Andrew M. Troop**   andrew.troop@pillsburylaw.com
- **John Troy**   johntroy@troypllc.com
- **Tiffany Troy**   troylegalpllc@gmail.com, troylaw@troypllc.com
- **U. S. Trustee**   USTPRegion02.NH.ECF@USDOJ.GOV
- **Matthew D. Valauri**   matthew.valauri@wilsonelser.com
- **Lee Vartan**   lvartan@csglaw.com
- **Lee Vartan**   lvartan@csglaw.com
- **Nicholas P. Vegliante**   nvegliante@cbshealaw.com, msullivan@cbshealaw.com;akuhn@cbshealaw.com
- **Gregory F. Vizza**   gregory.vizza@blankrome.com
- **Thomas M. Walsh**   twalsh@csglaw.com
- **David H. Wander**   dhw@dhclegal.com
- **Genevieve G. Weiner**   gweiner@sidley.com
- **Michael S. Weinstein**   mweinstein@golenbock.com
- **Melissa F. Wernick**   mwernick@csglaw.com
- **Latonia C. Williams**   lwilliams@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

- **Tracy Ellis Williams**    tewilliams@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Jay Marshall Wolman**    jmw@randazza.com, ecf-6898@ecf.pacerpro.com
- **Calvin Kin-Meng Woo**    cwoo@verrill-law.com, kwarshauer@verrill-law.com;jsalvitti@verrill-law.com
- **Russell Marc Yankwitt**    russell@yankwitt.com
- **David B. Zabel**    dzabel@mzslaw.com, dbzabel@gmail.com
- **Kara Anne Zarchin**    kzarchin@cl-law.com

By:    /s/ *Jeffrey Hellman*
      Jeffrey Hellman, Esq.