**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| HO WAN KWOK, et al., | : CASE NO. 22-50073 (JAM) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : Re: ECF Doc. No. 3577 |

**NOTICE OF JOINDER OF B&H FOTO & ELECTORNICS CORP.**

B&H Foto & Electronics Corp. ("B&H"), an Avoidance Defendant in the adversary proceeding entitled *Luc A. Despins, Chapter 11 Trustee v. B & H Foto & Electronics Corp. et al.*, Case No. 24-05069, pursuant to the *Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings* entered September 25, 2024 (ECF Doc. No. 3577, the "Order"), respectfully gives notice of its intent to participate as a Joint Defendant (as defined in the Order) in the process outlined in the Order.

Dated: September 30, 2024

By: */s/ Tracy Ellis Williams*
Tracy Ellis Williams, Esq. (ct25137)
Shipman & Goodwin LLP
300 Atlantic Street, 3rd Floor
Stamford, CT 06901
Telephone: 203-324-8136
Facsimile: 203-324-8199
tewilliams@goodwin.com

Scott M. Kessler (NY SK5510) (*pro hac vice* pending)
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: 212-880-3800
Facsimile: 212-880-8965
scott.kessler@akerman.com

*Attorneys for B&H Foto & Electronics Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2024, a copy of the foregoing was filed electronically and served by first class mail, postage prepaid and/or via email on anyone unable to accept electronic filing. Notice of the filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Tracy Ellis Williams*
Tracy Ellis Williams