ct136    04/2019

# United States Bankruptcy Court

### District of Connecticut



In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On September 19, 2024, a Motion for Admission of Attorney Scott M. Kessler to appear as a Visiting Attorney to represent B&H Foto & Electronics Corp., was filed in the Debtor's Chapter 11 case (the "Motion," ECF No. 3557) by Attorney Tracy Ellis Williams (the "Sponsoring Attorney"). As the Motion satisfies the requirements set forth in D. Conn. L. Civ. R. 83.1(e), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:** Pursuant to D. Conn. L. Civ. R. 83.1(e), Attorney Scott M. Kessler is hereby admitted *pro hac vice* to represent B&H Foto & Electronics Corp. in the Debtor's Chapter 11 case.

Dated: September 30, 2024

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.