**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------x   RE: ECF No. 3593

**ORDER LIMITING NOTICE, SCHEDULING EXPEDITED
HEARING AND SETTING PROCEDURE FOR SUBMITTING COMPETING BIDS
REGARDING CHAPTER 11 TRUSTEE'S MOTION
FOR ORDER (I)AUTHORIZING AND APPROVING SALE OF GREENWICH
PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND
ENCUMBRANCES (II) AUTHORIZING AND APPROVING PURCHASE AND SALE
AGREEMENT, AND (III) GRANTING RELATED RELIEF**

The Court having considered the motion (the "Motion") seeking to (a) limit notice of the *Motion for Order (I) Authorizing and Approving Sale of Greenwich Property Free and Clear of Liens, Claims, Interest, and Encumbrances, (II) Authorizing and Approving Purchase and Sale Agreement and (III) Granting Related Relief (as further described herein, the "Sale Motion")*;[2] (b) shorten notice regarding the Sale Motion, and (c) schedule an expedited hearing to consider and determine the Sale Motion; and good cause appearing, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Sale Motion.

2. The Trustee may serve the Sale Motion only on: (i) the Office of the United States Trustee for the District of Connecticut, (ii) the Buyer, (iii) counsel for the Debtor, (iv) counsel for the Official Committee of Unsecured Creditors, (v) all entities and individuals known to have expressed to Compass an interest in purchasing the Greenwich Property, and (vi) all parties who have requested notice in the Debtor's case pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

3. On or before October 1, 2024, the Trustee shall cause the Sale Motion and this Order to be served on the Notice Parties and, on or before October 2, 2024, shall file a certificate of service indicating compliance with this Order.

4. On or before October 4, 2024, the Trustee shall file a Local Form Notice of Sale of Estate Property (Appendix O) and serve it on the Notice parties. See D. Conn. Bankr. L.R. 6004-1 (a)-(b).

5. A hearing on the Sale Motion shall be held on **October 15, 2024 at 1 pm** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604.

6. The deadline to object to the Sale Motion shall be **October 14, 2024 at 1 pm** (the "Objection Deadline"). Any party filing an objection shall serve a copy thereof upon the Trustee by electronic mail on or before the Objection Deadline.

7. The deadline for submitting a competing bid for the Greenwich Property shall be **October 14, 2024 at 10 am**. (the "Competing Bid Deadline"). Any party submitting a competing bid shall send the competing bid to the Trustee by electronic mail at *LucDespins@paulhastings.com* on or before the Competing Bid Deadline. Competing bids shall be in the form of the PSA, marked to show any proposed changes, provide for a cash closing, shall include evidence of the financial sources for the competing bid and be accompanied by a deposit

equal to 15% of the proposed competing bid.

8. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated at Bridgeport, Connecticut this 30th day of September, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut