## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| In re Ho Wan Kwok, et al[1] | ) | No.   23-50073 |
| Debtors | ) | Re:  ECF Doc. No. 3577 |
| | ) | September 30, 2024 |

### NOTICE OF JOINDER OF PUTNAM'S LANDSCAPING LLC

Putnam's Landscaping LLC, an Avoidance Defendant in the adversary proceeding entitled *Luc A. Despins, Chapter 11 Trustee v. Putnam's Landscaping LLC*, Case No. 24-05211, pursuant to the *Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings* entered September 25, 2024 (ECF Doc. No. 3577, the "Order"), respectfully gives notice of its intent to participate as a Joint Defendant (as defined in the Order) in the process outlined in the Order.

**PUTNAM'S LANDSCAPING LLC**

__/s/__Scott M. Charmoy_____
Scott M. Charmoy, Esq.   CT 15889
Charmoy & Charmoy, LLC
1465 Post Road, Suite 100
Westport, CT 06680
(203) 255-8100
scottcharmoy@charmoy.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## **CERTIFICATE OF SERVICE**

      This is to certify that on the above date, a copy of the foregoing was filed electronically and served by first class mail, postage prepaid and/or via email on anyone unable to accept electronic filing. Notice of the filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      __/s/__Scott M. Charmoy_____
Scott M. Charmoy, Esq.   CT 15889
Charmoy & Charmoy, LLC
1465 Post Road, Suite 100
Westport, CT 06680
(203) 255-8100
scottcharmoy@charmoy.com