**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtor. : (Jointly Administered)
---------------------------------------------------------x
: 
LUC A. DESPINS, Chapter 11 Trustee, : Adv. Proceeding No. 23-05017
: 
Plaintiff, :
: 
v. :
: 
TAURUS FUND LLC, :
SCOTT BARNETT, as trustee of TAURUS :
FUND LLC, and :
TAURUS MANAGEMENT LLC, as trustee :
of TAURUS FUND LLC, :
: 
Defendants. :
---------------------------------------------------------x

**MOTION OF CHAPTER 11 TRUSTEE TO EXPEDITE HEARING ON MOTION FOR ENTRY OF ORDER AUTHORIZING TRUSTEE TO SELL MAHWAH MANSION AND ITS CONTENTS, SUBJECT TO ENTRY OF FURTHER ORDERS, INCLUDING AS TO RETENTION OF BROKER, TERMS OF SUCH SALES, AND <u>PARTIES' ENTITLEMENT TO SALE PROCEEDS</u>**

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtors is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), debtor in these above-captioned jointly administered cases (the "Chapter 11 Cases"), hereby files this motion (this "Motion") requesting entry of an order, substantially in the form attached as **Exhibit 1** hereto (the "Proposed Order"), scheduling an expedited hearing to consider and determine the *Motion of Chapter 11 Trustee For Entry of Order Authorizing Trustee to Sell Mahwah Mansion and Its Contents, Subject to Entry of Further Orders, Including as to Retention of Broker, Terms of Such Sales, and Parties' Entitlement to Sale Proceeds* (the "Motion to Authorize").[2] In support of this Motion, the Trustee respectfully represents as follows:

## JURISDICTION, VENUE, AND STATUTORY BASIS

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of Connecticut. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in the District of Connecticut is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion is Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

4. Concurrently herewith, the Trustee filed the Motion to Authorize seeking entry of an order authorizing the Trustee to sell the Mahwah Mansion and the Contents, subject to further orders of this Court (i) approving the Trustee's retention of real estate brokers and/or auctioneers

---

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion to Authorize.

to market and/or facilitate such sales, (ii) authorizing the terms and conditions of such sales to one or more prospective buyers, and (iii) determining the parties' entitlements to the net proceeds from such sales.

5. For additional background on the Motion to Authorize and this Motion, the Trustee refers to, and incorporates by reference, the background section in the Motion to Authorize.

## RELIEF REQUESTED

6. By this Motion, the Trustee respectfully requests the Court schedule a hearing with respect to the Motion to Authorize at the Court's earliest convenience, but in no event later than **October 15, 2024**. Given the proposed expedited schedule, the Trustee would accept receiving the Defendants' objection only 24 hours before the scheduled hearing on this Motion.

## BASIS FOR RELIEF REQUESTED

7. Pursuant to Bankruptcy Rule 9006(c)(1), the Court may reduce the notice period when requested by motion where cause is demonstrated. Cause exists to consider and determine the Motion to Authorize on an expedited basis.

8. The hearing on the Motion to Authorize should be heard on an expedited basis due to the urgent need to commence the sale process for the Mahwah Mansion and the Contents. As explained in the Motion to Authorize, the Trustee is currently in the unsustainable position of having to fund approximately $300,000 per quarter in carrying cost for the Mahwah Mansion—property that has yet to be determined to be property of the Debtor's chapter 11 estate (the "Estate"). These enormous costs will only serve to *reduce* the net value ultimately to be realized by the Estate. Indeed, given the Defendants' failure to cover such costs, the only way to reduce

the burden on the Estate is to authorize the Trustee now to sell the Mahwah Mansion and the Contents, thereby shortening the period over which such costs will have to be incurred.

9.      Finally, the Trustee contacted the Defendants' counsel with respect to the relief he is seeking here more than six days ago. That time period should be considered by the Court when scheduling the hearing on the Motion to Authorize.

10.     For these reasons, it is critical that the Court consider the Motion to Authorize at its earliest convenience.

## NO PREVIOUS REQUEST

11.     No previous request for the relief sought herein has been made by the Trustee to this or any other court.

[*Remainder of page intentionally left blank.*]

WHEREFORE, for the foregoing reasons, Trustee requests that the Court enter an order granting the relief requested in this Motion and such other relief as is just and proper.

Dated: October 1, 2024  
       New Haven, Connecticut

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com

    *and*

G. Alexander Bongartz (admitted *pro hac vice*)  
Douglass Barron (admitted *pro hac vice*)  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, New York 10166  
(212) 318-6000  
alexbongartz@paulhastings.com  
douglassbarron@paulhastings.com

    *and*

Nicholas A. Bassett (admitted *pro hac vice*)  
PAUL HASTINGS LLP  
2050 M Street NW  
Washington, D.C., 20036  
(202) 551-1902  
nicholasbassett@paulhastings.com

*Counsel for the Chapter 11 Trustee*

# **EXHIBIT 1**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
       Debtor. : (Jointly Administered)
---------------------------------------------------------x
:
LUC A. DESPINS, Chapter 11 Trustee, : Adv. Proceeding No. 23-05017
:
       Plaintiff, :
:
v. :
:
TAURUS FUND LLC, :
SCOTT BARNETT, as trustee of TAURUS :
FUND LLC, and :
TAURUS MANAGEMENT LLC, as trustee :
of TAURUS FUND LLC, :
:
       Defendants. :
---------------------------------------------------------x

## [PROPOSED] ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Motion of Chapter 11 Trustee For Entry of Order Authorizing Trustee to Sell Mahwah Mansion and Its Contents, Subject to Entry of Further Orders, Including as to Retention of Broker, Terms of Such Sales, and Parties' Entitlement to Sale Proceeds* (the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtors is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

"<u>Motion to Authorize</u>") [Adv. ECF No. ___] (the "<u>Motion to Authorize</u>")[2] and good cause appearing, it is hereby

ORDERED, that a hearing on the Motion to Authorize shall be held on **October [__], 2024 at [__]** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604; and it is further

ORDERED, that the deadline to object to the Motion to Authorize shall be **October [__], 2024 at [___]**; and it is further

ORDERED, that a copy of this Order, along with the Motion to Expedite and any attachments thereto, shall be served upon (a) the Defendants in the Adversary Proceeding, (b) the Debtor, (c) the Official Committee of Unsecured Creditors, (d) the United States Trustee, and (e) all parties appearing in the Chapter 11 Case eligible to receive electronic notice (collectively, the "<u>Notice Parties</u>"), and the Trustee shall file a certificate of service in advance of the Hearing.

---

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Motion to Authorize.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                               :   Chapter 11
                                                     : 
HO WAN KWOK, *et al.*,[1]                            :   Case No. 22-50073 (JAM)
                                                     : 
      Debtor.                                :   (Jointly Administered)
---------------------------------------------------------x
                                                     : 
LUC A. DESPINS, Chapter 11 Trustee,                  :   Adv. Proceeding No. 23-05017
                                                     : 
      Plaintiff,                             : 
                                                     : 
v.                                                   : 
                                                     : 
TAURUS FUND LLC,                                     : 
SCOTT BARNETT, as trustee of TAURUS                  : 
FUND LLC, and                                        : 
TAURUS MANAGEMENT LLC, as trustee                    : 
of TAURUS FUND LLC,                                  : 
                                                     : 
      Defendants.                            : 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the date hereof, the foregoing Motion was electronically filed in the above-captioned chapter 11 case (the "Chapter 11 Case") and adversary proceeding (the "Adversary Proceeding"). Notice of this filing was sent by e-mail to all parties to the Chapter 11 Case and Adversary Proceeding by operation of the Court's

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtors is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

| | | |
|---|---|---|
| Dated: | October 1, 2024<br>New Haven, Connecticut | By: */s/ Patrick R. Linsey*<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 781-2847<br>plinsey@npmlaw.com<br>*Counsel for the Chapter 11 Trustee* |