UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al., | Case No. 22-50073 (JAM) |
| | (Jointly Administered) |
| Debtors. | |
| _____ | October 1, 2024 |

## NOTICE OF JOINDER OF AVOIDANCE DEFENDANT
## PARTICIPATING AS JOINT DEFENDANT PER COURT ORDER (DOC. 3577)

PLEASE TAKE NOTICE that the avoidance defendant, Conservative Campaign Technology LLC, in the underlying adversary proceeding entitled *Luc A. Despins v. Conservative Campaign Technology LLC*, Adv. Proceeding No. 24-05108, hereby notifies the Court through undersigned counsel that it wishes to participate as a "Joint Defendant" in the process set forth in the Court's September 25, 2024 order (Doc. 3577).

                                                            */s/Ilan Markus*
                                                            Ilan Markus (CT26345)
                                                            BARCLAY DAMON LLP
                                                            545 Long Wharf Drive, Ninth Floor
                                                            New Haven, CT 06511
                                                            Telephone: (203) 672-2661
                                                            Facsimile: (203) 654-3265
                                                            imarkus@barclaydamon.com

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Notice of Joinder was filed electronically on October 1, 2024, and therefore will be sent via email to those parties receiving email notifications from the Court's electronic filing system.

                                                            */s/Ilan Markus*
                                                            Ilan Markus (CT26345)