UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| In re: <br> Ho Wan Kwok, et al., <br><br> Debtor(s). | CASE NO: 22-50073 <br> CHAPTER: 11 |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address: <br><br> Douglas S. Skalka <br> Neubert, Pepe & Monteith, P.C. <br> 195 Church Street, 13th Floor <br> New Haven, CT 06510 <br><br> ☒ *Attorney for:* Luc Despins, Chapter 11 Trustee <br> ☐ *Individual appearing without attorney* | **NOTICE OF PROPOSED PRIVATE SALE OF ESTATE PROPERTY** <br><br> D. CONN. BANKR. L. R. 6004-1(a) |

**INSTRUCTIONS FOR COMPLETING AND FILING THIS NOTICE** This Notice shall only be used when the party proposing to sell the property is not seeking a hearing, although a hearing will be held if an objection is filed or if the Court decides to proceed with a hearing. This Notice shall be completed and filed in accordance with Fed. R. Bankr. P. 6004(a), (b), (d), and (f), and D. Conn. Bankr. L. R. 6004-1(a), and shall only be completed and filed:(a) If a party proposes to sell real property, and after a Motion is granted authorizing the proposed sale of Real Property by private sale; or(b) If a party proposes to sell estate property without filing a Motion to Sell Estate Property, a Motion to Sell Free and Clear of Liens, or a Motion to Approve Sale Procedures, and an Order regarding the Proposed Sale is not required. Before completing and filing this Notice, you must obtain a Hearing Date and Time and an Objection Deadline date to include in this Notice by contacting the appropriate Courtroom Deputy using the applicable e-mail address listed below:

CourtroomDeputy_Bridgeport@ctb.uscourts.gov - CourtroomDeputy_Hartford@ctb.uscourts.gov - CourtroomDeputy_NewHaven@ctb.uscourts.gov

**Description of property to be sold (use additional page, if more space is needed):**

373 Taconic Road, Greenwich, Connecticut.

**Proposed Private Sale Information:**

| Date of Proposed Private Sale: | On or before 11/11/2024 | Time of Proposed Private Sale: | To be determined |
|---|---|---|---|
| Location of Proposed Private Sale: | Neubert, Pepe & Monteith, P.C., 72 Ruane Street, 1st Floor, Fairfield, CT 06824 | | |

**Objection Deadline and Hearing Information:**

*Last date to file Objections to Proposed Private Sale: 10/14/24 by 1:00 pm

*Hearing Date and Time regarding Proposed Private Sale: October 15, 2024 at 1:00 pm

Location of hearing:

\* **Hearing when objection filed:** A hearing on any objection to the Notice of Proposed Private Sale shall be held on the Hearing Date and Time listed in this Notice.

\* **Hearing when no objection filed:** If no objection to the Notice of Proposed Private Sale is filed, the Court may require that a hearing on the Notice of Proposed Private Sale be held on the Hearing Date and Time listed in this Notice.

See Local Rules of Bankruptcy Procedure, Appendix M. Parties are encouraged to review the docket of this case or contact the Clerk's Office to determine if a hearing on the Notice of Proposed Private Sale will be held on the Hearing Date and Time listed in this Notice.

Pursuant to D. Conn. Bankr. L.R. 6004-1(a), this form is mandatory. It has been approved for use in the United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.

Proposed Private Sale price: $6,900,000.00

Terms and conditions of Proposed Private Sale, including, if applicable, information about how to register as a bidder:

The Trustee proposes to sell the real property known as 373 Taconic Road, Greenwich, Connecticut to the Buyer for $6.9 million as set for in his Motion to Approve Sale dated September 30, 2024 (the "Purchase"). The Trustee shall review competing bids to the Purchase. The deadline for submitting a competing bid for the purchase of the property is October 14, 2024 by 10:00 am. Any party submitting a competing bid shall email the Trustee via electronic mail to LucDespins@paulhastings.com with its competing bid on or before the deadline. Competing bids shall be in the form of the purchase and sale agreement attached to the Trustee's Motion to Approve Sale, marked to show any proposed changes, provide for a cash closing, shall include evidence of the financial sources for the competing bid and be accompanied by a deposit equal to 15% of the proposed competing bid.

Contact person for Proposed Private Sale (*include name, address, telephone, fax and/or email address*):

Luc Despins, Trustee
c/o Douglas S. Skalka
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Phone: 203-781-2845 / Fax: 203-821-2008
Email: dskalka@npmlaw.com

Date: September 30, 2024

Pursuant to D. Conn. Bankr. L.R. 6004-1(a), this form is mandatory. It has been approved for use in the United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.

Page 2

03/2023

Connecticut Local Form: CTB-LF238.A1
Local Rule 6004-1(a) - Notice of Proposed Private Sale of Estate Property

# CERTIFICATE OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510

A true and correct copy of the foregoing document entitled **NOTICE OF PROPOSED PRIVATE SALE OF ESTATE PROPERTY** was served in the manner stated below:

1. **SERVED VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to this Court's Administrative Procedures for Electronic Case Filing (Appendix A), the foregoing document will be served using the Court's CM/ECF system via NEF with an embedded hyperlink to the document. On (date) October 2, 2024, I will confirm the CM/ECF docket for this bankruptcy case or adversary proceeding and will confirm that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On (date) _____. I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) September 23, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

See the attached.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date _____    Printed Name _____    Signature _____

Pursuant to D. Conn. Bankr. L.R. 6004-1(a), this form is mandatory. It has been approved for use in the United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.