UNITED STATES BANKRUPTCY COURT
DISCRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK *et al.*, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 30, 2024, the foregoing Trustee's Motion, Pursuant to Bankruptcy Code Sections 105 and 363, Bankruptcy Rules 2002, 6004(c), and 9014, and Local Rules 6004-1 and 6004-2, Seeking Entry of Order: (I) Authorizing and Approving Sale of Greenwich Property Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing and Approving Purchase and Sale Agreement and (III) Granting Related Relief (ECF 3592) and Motion to Limit Notice, Schedule Expedited Hearing and Provide Procedure for Submitting Competing Bids Regarding Chapter 11 Trustee's Motion for Order (I) Authorizing and Approving Sale of Greenwich Property Free and Clear of Liens, Claims, Interests and Encumbrances (II) Authorizing and Approving Purchase and Sale Agreement, and (III) Granting Related Relief (ECF 3593)( collectively, the "Motions") were electronically filed. On September 30, 2024, the Motions together with the Court's Order Limiting Notice and Scheduling Expediting Hearing (ECF 3599) and the Notice of Proposed Private Sale (ECF 3606) were sent by e-mail to

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system and/or by Federal Express delivery to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing and in accordance with attached manual service list and list of parties who have shown interest in the Greenwich Property .

Dated: October 1, 2024
       New Haven, Connecticut

                                      By: */s/ Douglas S. Skalka*
                                          Douglas S. Skalka (ct00616)
                                          NEUBERT, PEPE & MONTEITH, P.C.
                                          195 Church Street, 13th Floor
                                          New Haven, Connecticut 06510
                                          (203) 781-2847
                                          dskalka@npmlaw.com

## Kwok - MSL

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355


Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola, British Virgin Islands

Eisner Advisory Group LLC
111 Wood Avenue South
Iselin, NJ 08830-2700

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153


Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 1104

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606
Email:
md@dundon.com;
ph@dundon.com

Megan Sullivan
Sotheby's International
One Pickwick Plaza
Greenwich, CT 06830

Fran Erlich
SIR
One Pickwick Plaza
Greenwich, CT 06830

BK Bates and
Amanda Goodro
Houlihan Lawrence
Two Sound View Avenue
Greenwich, CT 06830

Rob Johnson
Brown Harris Stevens
125 Mason Street
Greenwich, CT 06830

Tianying Xu
Houlihan Lawrence
32 Popham Road
Scarsdale, NY 10583

Julie Church
Houlihan Lawrence
Two Sound View Avenue
Greenwich, CT 06830

Linna Yuen
Coldwell Banker
66 Field Point Road
Greenwich, CT 06830

Danielle Claroni
SIR
One Pickwick Plaza
Greenwich, CT 06830

Konstantine Wells
Corcoran Centric
103 Mason Street, 1st Floor
Greenwich, CT 06830

Mikhail Faifman
William Raveis
45 Field Point Road
Greenwich, CT 06830

Stephanie Thompson
Coldwell Banker
66 Field Point Road
Greenwich, CT 06830