**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------

In Re:

HO WAN KWOK

    Debtor

Chapter 11

Case No. 22-50073 (JAM)

(Jointly Administered)

RE:  ECF Doc No. 3577

------------------------------------------------------------

### NOTICE OF JOINDER OF GROCYBER, LLC

Grocyber, LLC, an Avoidance Defendant in the Adversary Proceeding entitled *Luc A. Despins, Chapter 11 Trustee v. Grocyber, LLC*, Case No. 24-05100, pursuant to the *Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings* entered September 25, 2024 (ECF Doc No. 3577, the "Order"), respectfully gives notice of its intent to participate as a Joint Defendant (as defined in the Order) in the process outlined in the Order

Dated at Hartford, Connecticut, this 1st day of October 2024.

GROCYBER, LLC

By:  /s/ Nicholas P. Vegliante
Nicholas P. Vegliante (CT 28449)
COHN BIRNBAUM & SHEA P.C.
CityPlace II, 15th Floor
185 Asylum Street
Hartford, CT 06103
Tel. 860-493-2200
Fax. 860-727-0361
Email: Nvegliante@cbshealaw.com

228710-v1/24949-001

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2024, a copy of the foregoing Notice of Joinder of Grocyber, LLC, was filed electronically and served by first class mail, postage prepaid and/or email on anyone unable to accept electronic filing. Notice of the filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Nicholas P.Vegliante

       Nicholas P. Vegliante

228710-v1/24949-001