UNITED STATES BANKRUPTCY
COURT DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al., | Case No. 22-50073 (JAM) (Jointly Administered) |
| Debtors. | October 1, 2024 |

## NOTICE OF JOINDER OF AVOIDANCE DEFENDANT PARTICIPATING AS JOINT DEFENDANT PER COURT ORDER (DOC. 3577)

PLEASE TAKE NOTICE that the avoidance defendant, On the Spot Home Improvement, Inc., in the underlying adversary proceeding entitled *Luc A. Despins v. On the Spot Home Improvement, Inc.*, Adv. Proceeding No. 24-05130, hereby notifies the Court through undersigned counsel that it wishes to participate as a "Joint Defendant" in the process set forth in the Court's September 25, 2024 order (Doc. 3577).

    */s/Justin S. Baumgartner*
Justin S. Baumgartner, Esq.
BECKER LLC
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, NJ 07039
Telephone: (973) 422-1100
Facsimile: (973) 422-9122
jbaumgartner@becker.legal
*Admitted Pro Hac Vice*

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Notice of Joinder was filed electronically on October 1, 2024, and therefore will be sent via email to those parties receiving email notifications from the Court's electronic filing system.

    */s/ Justin S. Baumgartner*
Justin S. Baumgartner
*Admitted Pro Hac Vice*