# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>Jointly Administered |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC,<br><br>Defendant. | Adv. Proceeding No. 24-05015 (JAM) |

## NOTICE OF JOINDER OF FOX NEWS NETWORK, LLC

In accordance with the Court's *Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings* [ECF No. 3577] (the "Joint Defendant Order"), Fox News Network, LLC, hereby provides notice that it wishes to participate as a Joint Defendant (as such term is defined in the Joint Defendant Order) in the process outlined in the Joint Defendant Order.

---

[1] The Debtors in these Chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated: October 2, 2024
      Stamford, Connecticut

                         FINN DIXON & HERLING LLP

                         By: /s/ Henry P. Baer, Jr.
                              Henry P. Baer, Jr.
                              FINN DIXON & HERLING LLP
                              Six Landmark Square
                              Stamford, CT  06901-2704
                              Tel: (203) 325-5000
                              Fax: (203) 325-5001
                              E-mail: hbaer@fdh.com

                            *Attorney for Fox News Network, LLC*

**CERTIFICATION**

I hereby certify that on October 2, 2024 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Henry P. Baer, Jr.
Henry P. Baer, Jr.
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT  06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: hbaer@fdh.com