**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, *et al.*, | ) | Case No. 22-50073 (JAM) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: ECF No. 3577 |
| | ) | |

## NOTICE OF JOINDER OF ZETA GLOBAL CORP.

Zeta Global Corp., defendant in the adversary proceeding styled *Luc A. Despins, Chapter 11 Trustee v. Zeta Global Corp.*, Adv. Proc. No. 24-05092, provides notice of its intent to participate as a Joint Defendant in the process outlined in the Court's *Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings* entered on September 25, 2024 (ECF No. 3577).

Dated: New York, New York
October 2, 2024

        DLA PIPER LLP (US)

        By: */s/ John J. Clarke, Jr.*
           John J. Clarke, Jr. (ct31251)
           john.clarke@us.dlapiper.com

        1251 Avenue of the Americas
        New York, New York 10020
        (212) 335-4500

           and

        C. Kevin Kobbe
        kevin.kobbe@us.dlapiper.com
        650 South Exeter Street, Suite 1100
        Baltimore, Maryland 21202
        (410) 580-4189

        *Counsel for Zeta Global Corp.*

## **CERTIFICATE OF SERVICE**

I certify that, on October 2, 2024, I caused the foregoing *Notice of Joinder of Zeta Global Corp.* to be filed electronically using the Court's case management/electronic filing (CM/ECF) system, which will cause notice of the filing to be provided to any party that has appeared, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        */s/ John J. Clarke, Jr.*
        John J. Clarke, Jr. (ct31251)