UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

|  |  |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

### NOTICE OF JOINDER OF AWS AND AMAZON.COM, INC.

Amazon Web Services, Inc. ("AWS") and Amazon.com, Inc. ("Amazon"), Avoidance Defendants in the adversary proceedings entitled *Despins v. Amazon Web Services, Inc.*, Adv. Pro. No. 24-05006 and *Despins v. Amazon.com, Inc., et al.*, Adv. Pro. No. 24-05057, pursuant to the *Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings* entered September 25, 2024 (ECF Doc. No. 3577, the "Order"), respectfully give notice of their intent to participate as Joint Defendants (as defined in the Order) in the process outlined in the Order. In so doing, AWS and Amazon (i) do not waive their right to a jury trial before an Article III court, (ii) do not waive their right to move to withdraw the reference of the above-referenced adversary proceedings; (iii) do not consent to the Bankruptcy Court's entry of a final order or judgment on the claims against them; and (iv) expressly reserve their right to move to dismiss the claims against them on grounds other than those identified in the Order.

Dated: October 2, 2024

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

508400991.4

K&L GATES LLP

By: /s/ *Brian T. Peterson*
Brian T. Peterson, *(phv208265)*
Ruby A. Nagamine,*(phv208290)*
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail:  brian.peterson@klgates.com
            ruby.nagamine@klgates.com

Lindsay Sampson Bishop, (ct29990)
K&L Gates LLP
1 Congress St,
Boston, MA  02114
Phone:  (617) 261-3100
Fax:  (617) 261-3175
E-mail:  lindsay.bishop@klgates.com

## CERTIFICATE OF SERVICE

I certify that on October 2, 2024, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| Dated: Seattle, Washington<br>October 2, 2024 | /s/ *Brian T. Peterson*<br>Brian T. Peterson |