**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**NOTICE OF JOINDER OF AMERICAN EXPRESS COMPANY AS**
**AVOIDANCE DEFENDANT PARTICIPATING AS JOINT DEFENDANT**
**PER COURT ORDER [DOC. 3577]**

PLEASE TAKE NOTICE that American Express Company ("American Express"), named Defendant in the related adversary proceeding entitled *Luc A. Despins, Chapter 11 Trustee v. American Express Company*, Adv. Proceeding No. 24-05077, hereby notifies the Court through undersigned counsel that it wishes to participate as a "Joint Defendant" in the process set forth in the Court's September 25, 2024 Order [Doc. 3577].[1] In so doing, American Express does not waive any rights it may otherwise have in the above-referenced adversary proceeding.

LAW OFFICES OF RONALD I. CHORCHES, LLC

*/s/ Ronald I. Chorches*
Ronald I. Chorches
Fed. Bar No, ct08720
Law Offices of Ronald I. Chorches, LLC
82 Wolcott Hill Road, Suite 203
Wethersfield, CT 06109
Phone: (860) 563-3955/Fax: (860) 513-1577
Email: ronchorcheslaw@sbcglobal.net

---

[1] The Trustee's Adversary Proceeding No. 24-05077 against American Express involves Partially Stayed Avoidance Claims, as defined in the Court's Order Directing Parties to Mediation [Doc. 3163]. Accordingly, American Express will participate in the briefing as a Joint Defendant only as to the transfers by HCHK Technologies, Inc. and HCHK Property Management Inc. that are at issue in that adversary. The briefing will not apply to any transfers by GFNY, Inc. that at issue in that adversary, as those transfers are Stayed Issues under the same Order.

ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin
Frank N. White
171 17th Street, N.W., Suite 2100
Atlanta, GA  30363-1031
Telephone: (404) 873-8500
Fax: (404) 873-8121
darryl.laddin@agg.com
frank.white@agg.com

*Attorneys for American Express Company*

## **CERTIFICATION OF SERVICE**

I hereby certify that the foregoing Notice of Joinder was filed electronically on October 2, 2024, and therefore will be sent via email to those parties receiving email notifications from the Court's electronic filing system.

*/s/ Ronald I. Chorches*
Ronald I. Chorches

4888-8705-5083.v1