**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

_____

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| HO WAN KWOK, et al., | : CASE NO. 22-50073 (JAM) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

_____   Re: ECF Doc. No. 3577

## NOTICE OF JOINDER OF FLAT RATE MOVERS, LTD.

Flat Rate Movers, Ltd. ("Flat Rate"), an Avoidance Defendant in the adversary proceeding entitled *Luc A. Despins, Chapter 11 Trustee v. Flat Rate Movers, Ltd.*, Case No. 24-5141, pursuant to the *Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings* entered September 25, 2024 (ECF Doc. No. 3577, the "Order"), respectfully gives notice of its intent to participate as a Joint Defendant (as defined in the Order) in the process outlined in the Order.

Dated: October 2, 2024

**NORRIS McLAUGHLIN, P.A.**

By:  */s/ James J. Costello Jr.*
James J. Costello Jr., Esq. (ct. 309468)
400 Crossing Blvd, 8th Floor
Bridgewater, NJ 08807-5933
(908) 252-4315
jjcostellojr@norris-law.com
*Attorneys for Flat Rate Movers, Ltd.*

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 2, 2024, a copy of the foregoing was filed electronically and served by first class mail, postage prepaid and/or via email on anyone unable to accept electronic filing. Notice of the filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*James J. Costello Jr*.
James J. Costello Jr., Esq.