**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
: 
Debtors.[1] : Jointly Administered
: 
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF PRAGER DREIFUSS AG FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM AUGUST 1, 2024 THROUGH SEPTEMBER 30, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Prager Dreifuss AG ("Prager Dreifuss") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Swiss law counsel to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from August 1, 2024 through and including September 30, 2024 (the "Fee Period"). By this Monthly Fee Statement, Prager Dreifuss respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

services rendered during the Fee Period, in the amounts of CHF 13,564.00 and CHF 339.10, respectively.[3]

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as Exhibit A is a timekeeper summary that includes the name, hours, rate, and total fees earned for each Prager Dreifuss individual who provided services during the Fee Period.

2. Attached hereto as Exhibit B is Prager Dreifuss' fee statement for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

3. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific

---

[3] In accordance with Prager Dreifuss' retention order [Docket No. 3034], (a) Prager Dreifuss is authorized to charge a flat fee for disbursements in an amount equal to 2% of the total fees charged and (b) Prager Dreifuss is authorized to invoice its fees and expenses in Swiss Francs (CHF) and to have such fees and expenses paid in Swiss Francs (CHF), subject to the terms of the Interim Compensation Order.

Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Prager Dreifuss (Attn: Daniel Hayek (daniel.hayek@prager-dreifuss.com) and (ii) the Notice Parties by email no later than **October 23, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Prager Dreifuss 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: October 2, 2024

By: */s/ Daniel Hayek*  
Daniel Hayek  
PRAGER DREIFUSS AG  
Mühlebachstrasse 6  
CH-8008 Zürich

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 2, 2024, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated: October 2, 2024　　　　　　By: */s/ G. Alexander Bongartz*
　　　　　New York, New York　　　　　　G. Alexander Bongartz (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　　(212) 318-6000
　　　　　　　　　　　　　　　　　　　　alexbongartz@paulhastings.com

　　　　　　　　　　　　　　　　　　　　*Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate CHF | Amount CHF |
|---|---:|---:|---:|
| Hayek, Daniel | 6.50 | 750.00 | 4,875.00 |
| Jany, Oliver | 21.50 | 375.00 | 8,062.50 |
| Jegher, Gion | 0.60 | 650.00 | 390.00 |
| Meili, Mark | 3.35 | 550.00 | 1,842.50 |
| Sangiorgio, Shannon | 10.20 | 175.00 | 1,785.00 |
| **TOTAL** | **42.15** | | **16,955.00** |

## Exhibit B

**Fee Statement**



Paul Hastings LLP
Mr. Luc Despins
200 Park Avenue
New York
NY 10166
United States of America

October 2, 2024

### Invoice no. 201334-24-16

Fees for services rendered between August 21, 2024 and September 30, 2024 in the matter of Ho Wan Kwok, as per the attached details.

| | | |
|---|---|---:|
| Legal Fees | CHF | 16'955.00 |
| Disbursements 2% (in lieu of itemized minor disbursements) | CHF | 339.10 |
| | CHF | 17'294.10 |
| VAT 0% export | CHF | 0.00 |
| **Total** | **CHF** | **17'294.10** |

| | | | |
|---|---|---|---|
| Terms of payment | 30 days net | VAT No. | CHE-115.724.136 MWST |

Please arrange for payment **under reference of the above invoice number** to our following account:

Zürcher Kantonalbank, 8001 Zürich
IBAN         CH67 0070 0114 8037 7648 0
BIC/SWIFT    ZKBKCHZZ80A

Prager Dreifuss AG • Zürich, Bern, Brüssel • www.prager-dreifuss.com

Bellerivestrasse 201, CH-8008 Zürich            Schweizerhof-Passage 7, CH-3001 Bern            Avenue Louise 235, B-1050 Bruxelles
T +41 44 254 55 55, F +41 44 254 55 99          T +41 31 327 54 54, F +41 31 327 54 99           T +32 2 537 09 49, F +32 2 537 21 16

## Details of invoice no. 201334-24-16

Invoice period: August 21, 2024 – September 30, 2024

## Legal Fees

| Date | Service | Name | VAT | Hours |
|---|---|---|---|---|
| 21.08.2024 | Emails Luc re status | MMA | 0.00% | 0.15 |
| 21.08.2024 | rev. files | MMA | 0.00% | 0.10 |
| 17.09.2024 | rev. e-mail, conf. OJY | HA | 0.00% | 0.70 |
| 17.09.2024 | emails re status Swiss recognition proceedings | MMA | 0.00% | 0.20 |
| 18.09.2024 | Overview Proceedings | OJY | 0.00% | 0.65 |
| 18.09.2024 | Explain next steps to OJY | HA | 0.00% | 0.50 |
| 19.09.2024 | Draft E-Mails | OJY | 0.00% | 0.90 |
| 19.09.2024 | Court re update on decision | OJY | 0.00% | 0.30 |
| 19.09.2024 | Conf. OJY to discuss and update status of decisions, status of proceedings and creidotrs' call etc. | HA | 0.00% | 1.00 |
| 19.09.2024 | Detailed e-mail to explain call with District Court Cleark Tea Gelbhaus | HA | 0.00% | 0.60 |
| 19.09.2024 | rev. updates re Swiss recognition proceedings | MMA | 0.00% | 0.20 |
| 23.09.2024 | Possible actions re judgement Zurich District Court | OJY | 0.00% | 3.65 |
| 23.09.2024 | rev. decision by district court | MMA | 0.00% | 0.60 |
| 23.09.2024 | rev. emails and documents re Swiss assets | MMA | 0.00% | 0.30 |
| 23.09.2024 | conf HA/OJY re decision district court | MMA | 0.00% | 0.20 |
| 23.09.2024 | rol re decision district court | MMA | 0.00% | 0.20 |
| 25.09.2024 | Preparation Call re Swiss Assets | OJY | 0.00% | 1.60 |
| 25.09.2024 | rev. emails Luc re service of process Switzerland | MMA | 0.00% | 0.20 |
| 25.09.2024 | conf OJA regarding ▮▮▮▮▮ | GJ | 0.00% | 0.60 |
| 25.09.2024 | rol re service of process Switzerland | MMA | 0.00% | 0.40 |
| 26.09.2024 | Preparation Call re Swiss Assets | OJY | 0.00% | 3.95 |
| 26.09.2024 | rev. asset memo and documents | HA | 0.00% | 1.70 |
| 26.09.2024 | Call Luc Despins and Alex re: Swiss assets | HA | 0.00% | 0.70 |
| 26.09.2024 | call Luc re Swiss assets | MMA | 0.00% | 0.60 |
| 26.09.2024 | conf HA/OJY re memo ▮▮▮▮▮ | MMA | 0.00% | 0.20 |
| 27.09.2024 | E-Mail Luc and Alex Internal Instructions | HA | 0.00% | 0.50 |
| 27.09.2024 | Memo on ▮▮▮▮▮ | SSA | 0.00% | 4.45 |
| 27.09.2024 | Memo re ▮▮▮▮▮ | OJY | 0.00% | 1.05 |
| 27.09.2024 | Draft Letters | OJY | 0.00% | 4.60 |

1

| Date | | | | |
|---|---|---|---|---|
| 27.09.2024 | Study of relevant documents, such as | SSA | 0.00% | 0.50 |
| 27.09.2024 | Meeting with OJY reg. memo on | SSA | 0.00% | 0.25 |
| 28.09.2024 | Call | HA | 0.00% | 0.30 |
| 30.09.2024 | Memo on | SSA | 0.00% | 5.00 |
| 30.09.2024 | Draft Letter re FRI | OJY | 0.00% | 4.80 |
| 30.09.2024 | Instruction to | HA | 0.00% | 0.50 |
| **Total excl. VAT** | | | | **42.15** |

## Expenses

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 02.10.2024 | Disbursements | 0.00% | 339.10 |
| **Total excl. VAT** | | | **339.10** |

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 6.50 | 750.00 | 4'875.00 |
| Jany, Oliver | 21.50 | 375.00 | 8'062.50 |
| Jegher, Gion | 0.60 | 650.00 | 390.00 |
| Meili, Mark | 3.35 | 550.00 | 1'842.50 |
| Sangiorgio, Shannon | 10.20 | 175.00 | 1'785.00 |
| | 42.15 | 402.25 | 16'955.00 |

2