**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: ) | CHAPTER 11 |
| ) | |
| HO WAN KWOK, *et al.*[1] ) | |
| ) | CASE NO: 22-50073 (JAM) |
| ) | |
| _____ ) | |

## NOTICE OF JOINDER BY PHILLIPS NIZER LLP

In accordance with the order of the Court dated September 25, 2024 [ECF No. 3577] (the "Joint Briefing Order") Phillips Nizer LLP (Defendant in Adversary Proceeding 24-05047) hereby gives notice of its joinder to the procedures set forth in the Joint Briefing Order. In so doing, Phillips Nizer LLP does not waive any rights it may otherwise have in the above-referenced adversary proceeding.

Dated: October 2, 2024
       Stamford, Connecticut

                                                 MURTHA CULLINA LLP

                                                 /s/ Matthew A. Pesce
                                                 Robert E. Kaelin – ct11631
                                                 Matthew A. Pesce – ct31208
                                                 Murtha Cullina LLP
                                                 107 Elm Street
                                                 Four Stamford Plaza, 11th Floor
                                                 Stamford, CT 06902
                                                 Phone: 203-653-5400
                                                 rkaelin@murthalaw.com
                                                 mpesce@murthalaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

15490031.v1