**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                        :    Chapter 11
:
HO WAN KWOK *et al*.,                          :    Case No. 22-50073 (JAM)
:
Debtors.[1]                   :    Jointly Administered
:
------------------------------------------------------x

**NOTICE OF FILING:**
**(I) SUPPLEMENTAL DECLARATION OF RICHARD R. KAHN IN SUPPORT OF**
**TRUSTEE'S APPLICATION FOR AUTHORIZATION TO RETAIN AND EMPLOY**
**WINNE BANTA BASRALIAN & KAHN AS SPECIAL NEW JERSEY REAL ESTATE**
**COUNSEL TO THE TRUSTEE EFFECTIVE AUGUST 19, 2024 AND (II) REVISED**
**[PROPOSED] ORDER APPROVING RETENTION OF WINNE BANTA BASRALIAN &**
**KAHN, P.C., AS SPECIAL NEW JERSEY REAL ESTATE COUNSEL TO TRUSTEE**
**EFFECTIVE AS OF AUGUST 19, 2024**

Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") for Ho Wan Kwok,

hereby files the *Supplemental Declaration of Richard R. Kahn* in Support of the *Trustee's*

*Application for Authorization to Retain and Employ Winne Banta Basralian & Kahn As Special*

*New Jersey Real Estate Counsel to the Trustee Effective As of August 19, 2024* [ECF No. 3534]

(the "Application"), appended hereto as **Exhibit A**, and the Trustee's revised proposed order

granting the Application, appended hereto as **Exhibit B-1** in clean form and as **Exhibit B-2** in

redline form reflecting changes to the original proposed order appended to and filed with the

Application.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated: October 2, 2024
      New Haven, Connecticut

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2884
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    *and*

    G. Alexander Bongartz (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    alexbongartz@paulhastings.com

    *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-------------------------------------------------------x
                        :

In re:                      :     Chapter 11
                         :

HO WAN KWOK, *et al.*,    :     Case No. 22-50073 (JAM)
                         :

Debtors.[1]         :     Jointly Administered
                         :
-------------------------------------------------------x

### SUPPLEMENTAL DECLARATION OF RICHARD R. KAHN IN SUPPORT OF TRUSTEE'S APPLICATION FOR AUTHORIZATION TO RETAIN AND EMPLOY WINNE BANTA BASRALIAN & KAHN AS SPECIAL NEW JERSEY REAL ESTATE COUNSEL TO THE TRUSTEE EFFECTIVE AUGUST 19, 2024

I, Richard R. Kahn, make this declaration (the "Declaration") under 28 U.S.C. § 1746:

1.    I am a principal of Winne Banta Basralian & Kahn ("WBBK"). The matters set forth herein are made of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.    This Declaration is made in further support of the Trustee's application (the "Application")[2] for an order pursuant to sections 327(e) and 328 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the employment and retention of WBBK as special New Jersey real estate counsel to the Trustee as of August 19, 2024 [ECF No. 3534]. This Declaration supplements the Declaration submitted in support of the Application.

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Application.

3.      I have personally reviewed the Schedule of Parties in Interest attached hereto as **Schedule 1** (the "Parties in Interest"), which I understand from counsel to the Trustee includes the Debtor, his creditors, other parties in interest, and their respective attorneys and accountants, and the United States Trustee, or any person employed in the office of the United States Trustee, and to the best of my personal knowledge, I have identified the following connections[3]:

(i)      WBBK has, on occasion, represented TD Bank, N.A. and Webster Bank, N.A., as successor-in-interest to Sterling National Bank. This representation has been limited to representation of the banks in New Jersey commercial real estate loans;

(ii)     While I cannot identify a specific case, I believe that it is likely that WBBK has appeared before the American Arbitration Association upon occasion; and

(iii)    Earlier in my legal career, I was a member of the law firm, Cole Schotz, PC, but have not been associated with Cole Schotz, PC in over 20 years and have no current connection to the firm.

4.      Based on the foregoing, I believe that WBBK does not represent or hold any interest adverse to the Debtor or to the Estate with respect to the matters on which WBBK is to be employed.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[3]    The list of Parties in Interest includes some of the largest companies in the world, including, for example, Amazon.com Inc., Apple Inc., and Federal Express Corporation. I have not considered consumer relationships in the ordinary course of our business or lives between myself and/or members of WBBK and such entities to be a connection for purposes of this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: October 2, 2024

Hackensack, New Jersey

Richard R. Kahn
Principal
Winne Banta Basralian & Kahn

## EXHIBIT B-1

**[REVISED PROPOSED] ORDER (CLEAN)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                          :
In re:                                    :   Chapter 11
                                          :
HO WAN KWOK, et al.,                      :   Case No. 22-50073 (JAM)
                                          :
              Debtors.[1]                 :   Jointly Administered
                                          :
-------------------------------------------------------x
```

**REVISED [PROPOSED] ORDER APPROVING RETENTION OF WINNE, BANTA,**
**BASRALIAN & KAHN, P.C., AS SPECIAL NEW JERSEY REAL ESTATE COUNSEL**
**TO TRUSTEE <u>EFFECTIVE AS OF AUGUST 19, 2024</u>**

Upon the application (the "<u>Application</u>") of Luc Despins, in his capacity as the Chapter 11

trustee (the "<u>Trustee</u>" or "<u>Movant</u>") appointed in the Chapter 11 Case of Ho Wan Kwok (the

"<u>Debtor</u>") for entry of an order (this "<u>Order</u>") approving the retention of Winne, Banta Basralian

& Kahn ("<u>WBBK</u>") as special New Jersey real estate counsel effective as of August 19, 2024,

under sections 327(e) and 328 of the Bankruptcy Code; and it appearing that WBBK does not hold

an interest adverse to the Debtor or the Estate respecting the matters upon which it is to be engaged;

and good and sufficient notice of the Application having been given; and no other or further notice

being required; and it appearing that the employment of WBBK is in the best interest of the

Debtors' estates and creditors; and sufficient cause appearing therefor;[2]

IT IS HEREBY ORDERED THAT:

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms not express defined herein adopt the definitions ascribed to them in the Application.

1.      The Application is granted as set forth herein.

2.      The Trustee is authorized to retain and employ WBBK as his special New Jersey real estate counsel, effective as of August 19, 2024, pursuant to section 327(e) of the Bankruptcy Code, on the terms set forth in the Application and the Kahn Declaration.

3.      The Estate shall be responsible for WBBK's compensation and reimbursement of expenses in this Chapter 11 Case.

4.      WBBK shall provide no less than ten business days' notice to the Debtor, the United States Trustee, and counsel to any official committee before any increases in the rates it charges are implemented and shall file such notice with the Court.

5.      The allowance of any compensation to be paid to WBBK shall be determined in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

6.      Allowance of any compensation for WBBK shall be limited to the extent of services actually performed and expenses actually incurred as New Jersey real estate counsel for the Trustee, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a chapter 11 trustee without the assistance of an attorney.

7.      The Trustee and WBBK are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

8.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## **EXHIBIT B-2**

## **[REVISED PROPOSED] ORDER (REDLINE)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                      :
In re:                                                :   Chapter 11
                                                      :
HO WAN KWOK, *et al.*,                                :   Case No. 22-50073 (JAM)
                                                      :
            Debtors.[1]                               :   Jointly Administered
                                                      :
------------------------------------------------------x

**REVISED [PROPOSED] ORDER APPROVING RETENTION OF WINNE, BANTA,**
**BASRALIAN & KAHN, P.C., AS SPECIAL NEW JERSEY REAL ESTATE COUNSEL**
**TO TRUSTEE EFFECTIVE AS OF AUGUST 19, 2024**

Upon the application (the "Application") of Luc Despins, in his capacity as the Chapter 11

trustee (the "Trustee" or "Movant") appointed in the Chapter 11 Case of Ho Wan Kwok (the

"Debtor") for entry of an order (this "Order") approving the retention of Winne, Banta Basralian

& Kahn ("WBBK") as special New Jersey real estate counsel effective as of August 19, 2024,

under sections 327(e) and 328 of the Bankruptcy Code; and it appearing that WBBK does not hold

an interest adverse to the Debtor or the Estate respecting the matters upon which it is to be engaged;

and good and sufficient notice of the Application having been given; and no other or further notice

being required; and it appearing that the employment of WBBK is in the best interest of the

Debtors' estates and creditors; and sufficient cause appearing therefor;[2]

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not express defined herein adopt the definitions ascribed to them in the Application.

1.      The Application is granted as set forth herein.

2.      The Trustee is authorized to retain and employ WBBK as his special New Jersey real estate counsel, effective as of August 19, 2024, pursuant to section 327(e) of the Bankruptcy Code, on the terms set forth in the Application and the Kahn Declaration.

3.      The Estate shall be responsible for WBBK's compensation and reimbursement of expenses in this Chapter 11 Case.

4.      WBBK shall provide no less than ten business days' notice to the Debtor, the United States Trustee, and counsel to any official committee before any increases in the rates it charges are implemented and shall file such notice with the Court.

3.5.    The allowance of any compensation to be paid to WBBK shall be determined in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

6.      Allowance of any compensation for WBBK shall be limited to the extent of services actually performed and expenses actually incurred as New Jersey real estate counsel for the Trustee, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a chapter 11 trustee without the assistance of an attorney.

4.7.    The Trustee and WBBK are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

5.8.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.9.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Formatted: Justified, Indent: Left: 0", First line: 0.5"