# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| HO WAN KWOK, GENEVER HOLDINGS CORPORATION and GENEVER HOLDINGS LLC | ) ) ) | Case No.: 22-50073 (JAM) |
| | ) | October 3, 2024 |
| | ) | |

## NOTICE OF JOINDER

The avoidance defendant, Manhattan Motorcars Inc. in the adversary proceeding entitled *Luc A. Despins v. Manhattan Motorcars, Inc.,* Adv. Pro. No.: 24-05145 hereby notifies this Court that he wishes to participate as a joint defendant in the process set forth in this Court's September 25, 2024, Order (Doc. 3577).

 

**FOR DEFENDANT**
**MANHATTAN MOTORCARS, INC.**

By: /s/ *Matthew D. Valauri*
Matthew D. Valauri, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
1010 Washington Boulevard, Suite 603
Stamford, Connecticut 06901
Tel.: (203) 388-9100
Fax: (203)-388-9101
Matthew.Valauri@wilsonelser.com
Federal Bar No.: ct30193

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2024, a copy of the foregoing was filed electronically and served by first class mail, postage prepaid and/or via email on anyone unable to accept electronic filing. Notice of the filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ *Matthew D. Valauri*
Matthew D. Valauri, Esq.