ct136 04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

Ho Wan Kwok

Case Number:  22-50073

Chapter:  11

Debtor*

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On October 3, 2024, a Motion for Admission for Attorney Marc A. Pergament to appear as a Visiting Attorney to represent Manhattan Motorcars, Inc. was filed in the Debtor's Chapter 11 case (the "Motion", ECF No. 3635), by Attorney Matthew D. Valauri  (the "Sponsoring Attorney").  The Motion seeks admission in the Debtor's Chapter 11 case, as well as Adv. Pro. No. 24-05145.   As the Motion satisfies the requirements of D. Conn. L. Civ. R. 83.1(e), as incorporated by D. Conn. LBR 1001-1(b) and 9083-3; it is hereby

**ORDERED**: Pursuant to D. Conn. L. Civ. R. 83.1(e), Attorney Marc A. Pergament is hereby admitted *pro hac vice* to represent Manhattan Motorcars, Inc. in the Debtor's Chapter 11 case and in Adv. Pro. No. 24-0145.

Dated: October 4, 2024

BY THE COURT

*Julie A. Manning*
*United States Bankruptcy Judge*
*District of Connecticut*

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.