**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                           :    Chapter 11
                                                 :
HO WAN KWOK, *et al.*,[1]                        :    Case No. 22-50073 (JAM)
                                                 :
            Debtors.                             :    (Jointly Administered)
                                                 :
---------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S AND GENEVER HOLDINGS LLC'S MOTION TO HOLD REMOTE HEARING ON OCTOBER 8, 2024 OR ALTERNATIVELY FOR CHAPTER 11 TRUSTEE TO APPEAR VIA ZOOM**

Pursuant to section 105(a) of Title 11 of the United States Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") in the chapter 11 case of Ho Wan Kwok (the "Chapter 11 Case") and Genever Holdings LLC (together with the Trustee, collectively, the "Movants"), respectfully move (the "Motion") the Court to order that the hearing (the "Hearing") scheduled for October 8, 2024, at 1 p.m., in Chapter 11 Case be held on a remote basis using the Court's Zoom.gov platform, or, alternatively, that the Trustee be permitted to appear remotely at same. In support of this Motion, Movants state the following:

The following matters are scheduled to be heard at the Hearing:

      a.    *Application to Employ Winne, Banta, Basralian & Kahn, P.C., as New*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

-2-

*Jersey Real Estate Counsel to Chapter 11 Trustee* [ECF No. 3534];

b. *Motion of Genever Holdings LLC for Entry of Order Amending Order Authorizing Genever Holdings LLC Retention of Sotheby's International Realty as its Real Estate Broker and Sales Agent* [ECF No. 3551];

c. *Motion to Limit Notice of Motions Pursuant to Bankruptcy Rule 9019 Regarding Mediated/Avoidance Claim Settlements* [ECF No. 3565]; and

d. *Application to Employ Chryssafinis & Polyviou LLC as Cypriot Law Counsel to Chapter 11 Trustee* [ECF No. 3569].

The Movants respectfully request that the Court order that the Hearing be conducted on a remote basis using the Court's Zoom.gov platform. The Movants request this relief because (a) they do not believe that any of these matters will require the presentation of evidence; (b) the Trustee is traveling outside of the United States on October 8, 2024, and is unavailable to attend the Hearing in person; and (c) holding the Hearing on a remote basis will reduce administrative expense to the debtors' chapter 11 estates.

If the Court would prefer to conduct the Hearing in person, the Movants request, in the alternative, that the Trustee be permitted to attend the Hearing via the Court's Zoom.gov platform, and the Movants' counsel will attend the Hearing in person.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]

-3-

WHEREFORE, for the foregoing reasons, the Trustee requests that the Court grant this Motion and such other and further relief as is just and proper.

Dated: October 4, 2024, 2024   LUC A. DESPINS, CHAPTER 11 TRUSTEE and
GENEVER HOLDINGS LLC

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee and Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------x

**[PROPOSED] ORDER GRANTING**
**CHAPTER 11 TRUSTEE'S AND GENEVER HOLDINGS LLC'S MOTION TO HOLD REMOTE HEARING ON OCTOBER 8, 2024 OR ALTERNATIVELY FOR CHAPTER 11 TRUSTEE TO APPEAR VIA ZOOM**

Upon the motion (the "Motion") of Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") in the chapter 11 case of Ho Wan Kwok (the "Chapter 11 Case") and Genever Holdings LLC, for entry of an order providing that the Hearing scheduled for 1 p.m. on October 8, 2024 in the Chapter 11 Case be held on a remote basis, and good cause appearing therefore, it is hereby

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that the Hearing shall be held on a remote basis via the Court's Zoom.gov platform, and parties wishing to attend the hearing may obtain login instructions to connect to the ZoomGov remote conference by sending an email to the Clerk's office via the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                        :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                     :    Case No. 22-50073 (JAM)
:
         Debtors.                             :    (Jointly Administered)
:
---------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties able to receive electronic notice by operation of the Court's case management/electronic case files ("CM/ECF"). Parties may access this filing through the Court's CM/ECF system.

Dated: October 4, 2024
       New Haven, Connecticut

                                              */s/ Patrick R. Linsey*
                                              Patrick R. Linsey (ct29437)
                                              NEUBERT, PEPE & MONTEITH, P.C.
                                              195 Church Street, 13th Floor
                                              New Haven, Connecticut 06510
                                              (203) 781-2847
                                              plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).