**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                      :

In re:                        :    Chapter 11
                                       :

HO WAN KWOK, *et al*.,[1]     :    Case No. 22-50073 (JAM)
                                       :

          Debtors.        :    (Jointly Administered)
                                       :
-------------------------------------------------------x

**NOTICE REGARDING MOVE OF PAUL WRIGHT, UK BARRISTER TO TRUSTEE,**
**FROM 9 STONE BUILDINGS TO SELBORNE CHAMBERS**

     **PLEASE TAKE NOTICE** that, on September 14, 2022, the Court entered an order

granting the Trustee's retention and employment of Paul Wright as his barrister in the United

Kingdom, effective as of November 1, 2022 [Docket No. 1240] (the "<u>Retention Order</u>").  At the

time of his retention, Mr. Wright was a member of 9 Stone Buildings Barristers' Chambers,

Lincoln's Inn, London WC2A 3NN, United Kingdom.[2]

     **PLEASE TAKE NOTICE** that, in September 2024, the members of 9 Stone Buildings

decided to dissolve their chambers and continue their practices in other chambers.  In particular,

Mr. Wright will now be practicing at Selborne Chambers, 10 Essex Street, London WC2R 3AA,

United Kingdom.  The aforementioned move by Mr. Weight will not affect the terms of his

retention by the Trustee, as approved by the Court in the Retention Order.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    The majority of barristers are self-employed professionals who typically become members of a set of "chambers" where they share and pay for clerking and infrastructure facilities alongside other barristers with a similar practice.

Dated:     October 7, 2024
           New York, New York

By: */s/ G. Alexander Bongartz*

G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
aviluft@paulhastings.com
alexbongartz@paulhastings.com

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------x
                               :
In re:                             :     Chapter 11
                               :
HO WAN KWOK, *et al.*,[1]       :     Case No. 22-50073 (JAM)
                               :
           Debtors.         :     (Jointly Administered)
                               :
---------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:     October 7, 2024
           New York, New York

                               By: */s/ G. Alexander Bongartz*
                                   G. Alexander Bongartz (admitted *pro hac vice*)
                                 PAUL HASTINGS LLP
                                 200 Park Avenue
                                 New York, New York 10166
                                 (212) 318-6079
                                 alexbongartz@paulhastings.com

                                 *Counsel for Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).