**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                       :

In re:                              :     Chapter 11

                                        :

HO WAN KWOK, *et al.*,           :     Case No. 22-50073 (JAM)

                                          :

         Debtors.[1]                :     Jointly Administered

                                          :

-------------------------------------------------------x

**APPLICATION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER, PURSUANT
TO BANKRUPTCY CODE SECTIONS 327, 328, AND 330, BANKRUPTCY RULES 2014
AND 2016, AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING
AND APPROVING RETENTION AND EMPLOYMENT OF PATRICE DOGER DE
SPEVILLE, SENIOR COUNSEL, AND WILLIAM DE ROBILLARD, OF COUNSEL,
<u>AS BARRISTERS IN REPUBLIC OF MAURITIUS</u>**

      Mr. Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "<u>Chapter 11 Trustee</u>")

appointed in the above-captioned chapter 11 case (the "<u>Chapter 11 Case</u>") of Ho Wan Kwok (the

"<u>Debtor</u>"), pursuant to sections 327, 328, and 330 of Title 11 of the United States Code (the

"<u>Bankruptcy Code</u>"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the

"<u>Bankruptcy Rules</u>"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Procedure

(the "<u>Local Bankruptcy Rules</u>") for the United States Bankruptcy Court for the District of

Connecticut (the "<u>Court</u>"), files this application (the "<u>Application</u>") requesting entry of an order,

substantially in the form attached hereto as **<u>Exhibit A</u>** (the "<u>Proposed Order</u>") authorizing his

employment of Patrice Doger de Spéville, Senior Counsel, and William de Robillard, of Counsel

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
      Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
      mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
      LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
      (solely for purposes of notices and communications).

(together, the "Barristers"), as barristers in the Republic of Mauritius ("Mauritius") under the

instruction of ENSafrica (Mauritius) ("ENS"), on the terms set forth in the engagement letter

attached hereto as **Exhibit B** (the "Engagement Letter").  In support of this Application, the

Chapter 11 Trustee submits the *Declaration of Patrice Doger de Spéville in Support of*

*Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections*

*327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and*

*2016-1, Authorizing and Approving Retention and Employment of Patrice Doger de Spéville,*

*Senior Counsel, and William de Robillard, of Counsel, as Barrister in Republic of Mauritius* (the

"Doger de Spéville Declaration"), attached as **Exhibit C**, which is incorporated herein by

reference.  In further support of this Application, the Chapter 11 Trustee states the following:

## RELIEF REQUESTED

1.      By this Application, the Chapter 11 Trustee seeks entry of an order, substantially

in the form of the proposed order filed herewith (the "Proposed Order"), authorizing and

approving the retention and employment of the Barristers as the Chapter 11 Trustee's barrister in

Mauritius, effective as of September 11, 2024, to act as barristers under the instruction of ENS in

connection with the conservatorship of Silver Bank Limited (the "Silver Bank") and to oppose

the request of Himalaya International Clearing Limited ("HICL") to release funds nominally

under HICL's name held in Silver Bank, pending in the Chambers Commercial Division of the

Supreme Court of Mauritius (the "Mauritius Action") and related matters.  As the Court is well

aware, the Chapter 11 Trustee has filed an adversary proceeding, Adv. Proc. No. 24-5249,

seeking a ruling from this Court that HICL is the *alter ego* of and equitably owned by Ho Wan

Kwok, and that, therefore, the funds in HICL's account at Silver Bank are owned by the Trustee.

2.      The Chapter 11 Trustee selected the Barristers as his barrister based on their expertise in corporate and commercial litigation in Mauritius, as well as its extensive experience with in complex commercial matters, including banking and financial matters, under Mauritius law.

## JURISDICTION, VENUE, AND STATUTORY BASES

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

4.      Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      The statutory bases for the relief requested herein are sections 327(a), 328(a), and 330 of the Bankruptcy Code, and, to the extent applicable, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1.

## BACKGROUND

6.      On February 15, 2022 (the "Petition Date"), the Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

7.      On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in the Debtor's Chapter 11 Case.

8.      On June 15, 2022, the Court entered a memorandum of decision and order [Docket No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Chapter 11 Case.  Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Chapter 11 Trustee [Docket No. 514].

9.      On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Chapter 11 Trustee in the Chapter 11 Case [Docket No. 523].

## BARRISTERS QUALIFICATIONS

10.      The Barristers have extensive experience with, and offers a broad spectrum of legal services in, both litigation and transactional matters within Mauritian law, as well as internationally.  The Barristers have expertise in civil and commercial matters, in a broad range of corporate and financial matters.  Over the years, Mr. Doger de Spéville has appeared in numerous complex and high profile cases at all levels, including before the Supreme Court of Mauritius and the Judicial Committee of the Privy Council.

## ANTICIPATED SERVICES

11.      The Chapter 11 Trustee anticipates that the Barristers will serve as his barrister in Mauritius with respect to all matters related to the Mauritius Action.  Due to the specialized nature of the role of a barrister, there will be no duplication of services arising from the Barrister's retention, including in connection with ENS, whom the Trustee will retain as his Mauritius attorneys, from whom the Barristers will receive instruction.

## COMPENSATION OF BARRISTERS

12.      The Barristers intend to apply to the Court for compensation for professional services rendered and for reimbursement of expenses incurred in connection with this Chapter 11 Case pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and any other applicable rules and orders with respect to this Chapter 11 Case.  The Barristers will charge the Debtor for its legal services on an hourly basis at its regularly applicable hourly rates in connection with barrister's services required in the Mauritius Action.

13.      At present, the 2024 hourly rate of $700 for Mr. Doger de Spéville and $400 for Mr. de Robillard (plus 15% VAT).  The Barristers will also bill for out-of-pocket expenses made

on behalf of the Debtor, including photocopying, postage and package deliveries, court fees, transcripts, witness fees, service fees, travel expenses, and computer-aided research.

14.     The Debtor submits that the Barristers' hourly rates are reasonable, comparable to the Barristers' hourly rates for other engagements, and within the range of rates charged by comparably skilled professionals who offer the same services.

## BARRISTERS ARE DISINTERESTED

15.     To the best of the Chapter 11 Trustee's knowledge in reliance upon the Doger de Spéville Declaration, and except as disclosed therein, the Barristers do not have any relationships with the Debtor, its creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

16.     More specifically, upon the basis of the Doger de Spéville Declaration, and except as disclosed therein, the Chapter 11 Trustee believes that: (a) the Barristers have no connection with the Debtor, his creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any other party with an actual or potential interest in the Debtor or his respective attorneys or accountants; and (b) the Barristers (i) are not a creditors, equity security holders, or insiders of the Debtor or his affiliates, (ii) have not been, within two years before the Petition Date, a director, officer, or employee of the Debtor or his affiliates, and (iii) have not had any interest materially adverse to the interests of the Debtor's estate or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.  Therefore, the Chapter 11 Trustee believes that the Barristers are "disinterested persons" within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b).

17.     Based on the Doger de Spéville Declaration, the Chapter 11 Trustee believes that the Barristers do not represent any adverse interest to unsecured creditors in connection with the Chapter 11 Case.

## BASIS FOR RELIEF REQUESTED

18.     The Chapter 11 Trustee requests to retain and employ the Barristers as his barristers in Mauritius with respect to the Mauritius Action pursuant to section 327(a) of the Bankruptcy Code, which provides that a trustee, subject to the approval of the Court, may employ professional persons "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."

19.     Under section 328(a) of the Bankruptcy Code, with bankruptcy court approval, a trustee may employ professional persons under section 327(a) of the Bankruptcy Code "on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

20.     Bankruptcy Rule 2014(a) provides that an application for retention include:

> specific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee.

21.     The Chapter 11 Trustee requires the services of barristers in Mauritius to exercise his responsibilities.  The Barristers will endeavor to avoid the duplication of efforts and provide services as efficiently as possible.

22.     Accordingly, the employment of the Barristers, as the Chapter 11 Trustee's barrister, upon the terms set forth herein and in the Proposed Order, is reasonable and in the best interest of the Debtor's estate.

23.     The Chapter 11 Trustee submits that the Barristers' rates are reasonable, comparable to rates for other engagements, and within the range of rates charged by comparably skilled professionals who offer the same services.

24.     Local Bankruptcy Rule 2014-1 provides that if "an application to employ a professional is filed within thirty (30) days after the commencement of services provided by that professional, the application shall be deemed contemporaneously filed unless the Court orders otherwise."  Accordingly, the Chapter 11 Trustee requests authority to retain and employ the Barristers effective September 11, 2024, which was the date that the Barristers began providing services to the Chapter 11 Trustee.

## NOTICE

25.     Notice of this Application has been given to the United States Trustee, the Debtor, the Committee, and, by electronic filing utilizing the Court's electronic filing ("CM/ECF") system, to all appearing parties who utilize the CM/ECF system.

## NO PRIOR REQUEST

26.     No previous application for the relief requested herein has been made to this or any other Court.

*[Remainder of page intentionally left blank.]*

## <u>CONCLUSION</u>

WHEREFORE, for the foregoing reasons, Luc A. Despins, the Chapter 11 Trustee, requests that the Court enter an Order, substantially in the form of the Proposed Order filed herewith, granting the Application, and authorizing the Chapter 11 Trustee's employment of the Barristers, as his barristers, and order such other and further relief as the Court deems just and proper.

Dated:    October 7, 2024                    Chapter 11 Trustee in Chapter 11 Case of Ho Wan Kwok

_/s/ Luc A. Despins_____
Luc A. Despins

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                          :

In re:                      :    Chapter 11
                          :

HO WAN KWOK, *et al*.,[2]     :    Case No. 22-50073 (JAM)
                          :

       Debtors.        :    (Jointly Administered)
                          :

---------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 7, 2024, the foregoing Application was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:    October 7, 2024
          New York, New York

                        By: */s/ G. Alexander Bongartz*
                            G. Alexander Bongartz (admitted *pro hac vice*)
                            PAUL HASTINGS LLP
                            200 Park Avenue
                            New York, New York 10166
                            (212) 318-6079
                            alexbongartz@paulhastings.com

                            *Counsel for Chapter 11 Trustee*

---

[2]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# **<u>EXHIBIT A</u>**

## **Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-------------------------------------------------x
:
In re:                                      :   Chapter 11
                                            :
HO WAN KWOK, *et al.*,                      :   Case No. 22-50073 (JAM)
                                            :
        Debtors.[1]                         :   Jointly Administered
                                            :
-------------------------------------------------x

**[PROPOSED] ORDER (A) GRANTING APPLICATION OF CHAPTER 11
TRUSTEE  FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE
SECTIONS 327, 328, AND 330, BANKRUPTCY RULES 2014 AND 2016, AND
LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING AND
APPROVING RETENTION AND EMPLOYMENT OF PATRICE DOGER DE
SPEVILLE, SENIOR COUNSEL, AND WILLIAM DE ROBILLARD, OF COUNSEL,
AS BARRISTERS IN REPUBLIC OF MAURITIUS**

Upon the application (the "Application")[2] of Chapter 11 Trustee Luc A. Despins (the

"Chapter 11 Trustee") in the above-captioned chapter 11 case (the "Chapter 11 Case"), for

authority to retain and employ Mr. Patrice Doger de Spéville, Senior Counsel, and William de

Robillard, of Counsel (together, the "Barristers"), as barristers in the Republic of Mauritius

("Mauritius"), effective as of September 11, 2024, pursuant to sections 327, 328, and 330 of title

11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the

Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
       Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
       Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
       mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
       LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
       (solely for purposes of notices and communications).

[2]    Capitalized terms used but not otherwise defined have the meanings set forth in the Application or the Doger de
       Spéville Declaration.

Connecticut (the "Local Bankruptcy Rules"), all as more fully set forth in the Application; and upon consideration of the Application and the Doger de Spéville Declaration; and this Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of Connecticut; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that (i) the relief requested in the Application is in the best interest of the Debtor's estate, its creditors, and all parties-in-interest, (ii) the legal and factual bases set forth in the Application and the Doger de Spéville Declaration, and the record of any hearing on the Application before this Court establish just cause for the relief granted herein, (iii) the Barristers are "disinterested persons," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code, and (iv) the Barristers do not hold or represent an interest adverse to the Debtor's estate; and due and sufficient notice of the Application having been given under the particular circumstances; and it appearing that no other or further notice need be given; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.      The Application is granted as set forth herein.

2.      The Chapter 11 Trustee is authorized to retain and employ the Barristers as his barristers in Mauritius effective as of September 11, 2024 on the terms set forth in the Application and the Doger de Spéville Declaration.

3.      The Barristers are authorized to act as the Chapter 11 Trustee's barrister, and to perform those services described in the Application.

2

4.      The Estate shall be responsible for the Barristers' compensation and reimbursement of expenses with respect to the engagement.

5.      The allowance of any compensation to be paid to the Barristers shall be determined in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

6.      Allowance of any compensation for the Barristers shall be limited to the extent of services actually performed, and expenses actually incurred, as barrister for the Chapter 11 Trustee Luc A. Despins, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a Chapter 11 trustee without the assistance of a barrister.

7.      The Barristers shall provide no less than ten business days' notice to the Chapter 11 Trustee, the United States Trustee, and counsel to any official committee before any increases in the rates they charges are implemented and shall file such notice with the Court.

8.      The Chapter 11 Trustee is authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

9.      The requirements of the Local Bankruptcy Rules are satisfied by the contents of the Application.

10.     To the extent the Application and Doger de Spéville Declaration are inconsistent with this Order, the terms of this Order shall govern.

11.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

3

# **EXHIBIT B**

**Engagement Letter**

## PATRICE DOGER DE SPEVILLE SC

Barrister-at-Law

Mr. Luc A. Despins, as Trustee for the Chapter 11 Estate of Ho Wan Kwok
c/o Paul Hastings LLP
200 Park Avenue,
New York, NY 10166
Email: lucdespins@paulhastings.com

This 27th September 2024

Dear Mr. Despins,

### RE : Himalaya International Clearing Limited

Reference is made to your request to act for you, Mr Luc Despins ("**the Client**"), in your capacity as court-appointed Trustee for the chapter 11 estate of Ho Wan Kwok (the "**US Debtor**"), whose chapter 11 case is pending in the United States Bankruptcy Court for the District of Connecticut (the "**Bankruptcy Court**").

We would be pleased to assist the Client and to appear as barristers before the Supreme Court of Mauritius to intervene in the case before the Commercial Division *Himalaya International Clearing Limited v. Silver Bank Limited* and to take the necessary steps to (i) oppose the release of Himalaya International Clearing Limited ("**HICL**") deposits in Sliver Bank Limited (**"Silver Bank"**) to HICL, (ii) apply for and obtain recognition in Mauritius, as foreign representative of the US Debtor's estate (Mr. Ho Wan Kwok), and (iii) lodge any such action in your aforesaid capacity to vindicate the US Debtor's estate's rights to such funds should you prevail before the US Bankruptcy Court on the ownership issue.

The barristers' team will be led by **Patrice Doger de Spéville** (Senior Counsel) with the assistance of **William de Robillard** (Counsel). Should there be any need for additional resources to ensure that this particular assignment is managed in the appropriate manner, we shall call upon other members of De Spéville Desvaux Chambers with the required expertise to assist.

DE SPEVILLE · DESVAUX
CHAMBERS

5th Floor, Chancery House, Lislet Geoffroy Street, Port-Louis, Mauritius
T: (+230) 208 8618  F: (+230) 210 3440  E: pdespeville@despeville-desvaux.com  W: despeville-desvaux.com

We shall act under the instructions of ENS Africa (Mauritius), more precisely Thierry Koenig (Senior Attorney) and his team of attorneys and understand that we will be required to liaise principally with Douglass Barron and Alex Bongartz of Paul Hastings LLP in New York.

## Fee Proposal

At this stage it is difficult to provide a ball park figure and set a fixed fee in respect of this assignment. Having regard to the complexity and urgency of the task, and the importance of the matter, we propose to act on a standard hourly rates (excluding VAT) as follows:

| Position | Rate (USD) |
|---|---|
| Senior Counsel | 700 |
| Counsel | 400 |

## Assumptions and Conditions:

This proposal is subject to the following assumptions and conditions:

1) Any tax, financial, accounting, operational, technical, IT, insurance, employment, data and competition matters are excluded from the scope of works.

2) We shall not accrue fees and expenses outside the scope of work without your prior authorisation.

3) VAT will be charged at the rate prevailing at the time of invoice (currently 15%).

4) The Client shall furnish all the KYC required for our internal compliance with the Financial Intelligence and Anti Money Laundering Act and other applicable laws.

5) Notwithstanding anything herein to the contrary, payment in respect of the invoices shall be made in such amounts as may be allowed by the Bankruptcy Court on proper applications in accordance with the compensation procedures established and required by the Bankruptcy Court. The required procedures shall be made promptly by the Client and in any event not later than 30 days from receipt of the invoice. Should for any reason the Bankruptcy Court take more than 120 days from the date of application to grant its authorisation we shall be entitled to stop the mandate.



6) Our aggregate liability of whatever nature whether in contract, tort or otherwise, for any loss whatsoever and howsoever caused by or arising from this Agreement, shall not exceed four times the amount of fees received under this Agreement subject to such liability subsisting for a maximum of three years following the end of our engagement.

7) Notwithstanding anything herein to the contrary, all matters related to the payment and allowance of our fees and expenses, including with respect to payment from funds held in trust and/or any claimed right of set off, shall be decided by the Bankruptcy Court in accordance with the compensation procedures established and required by the Bankruptcy Court. Except to the limited extent provided in the foregoing sentence, we shall not submit to the jurisdiction of the United States of America or cause us in any manner whatsoever to be subject to or have admitted to the jurisdiction of the jurisdiction of the United States of America.

We trust you will find the above satisfactory. We look forward to working with you on this matter and thank you again for the opportunity to assist you to protect the interest of the estate of the bankruptcy of Ho Wan Kwok.

Please do contact us should you have any questions or require additional information.

Yours faithfully,

Patrice Doger de Spéville, SC.

Acknowledged & accepted:

Signed: ....................

Name: Mr. Luc Despins
Date: ...Sept. 9, 2024


DSD
CHAMBERS

## EXHIBIT C

**Declaration**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

----------------------------------------------------x
In re:                                      :   Chapter 11
                                            :
HO WAN KWOK, *et al.*,                      :   Case No. 22-50073 (JAM)
                                            :
         Debtors.[1]                        :   Jointly Administered
                                            :
----------------------------------------------------x

**DECLARATION OF PATRICE DOGER DE SPEVILLE IN SUPPORT OF
APPLICATION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER, PURSUANT
TO BANKRUPTCY CODE SECTIONS 327, 328, AND 330, BANKRUPTCY RULES 2014
AND 2016, AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING
AND APPROVING RETENTION AND EMPLOYMENT OF PATRICE DOGER DE
SPEVILLE, SENIOR COUNSEL, AND WILLIAM DE ROBILLARD, OF COUNSEL, AS
<u>BARRISTER IN REPUBLIC OF MAURITIUS</u>**

I, Patrice Doger de Spéville, being duly sworn, do depose and say:

1.       I am a qualified Law Practitioner under the Law Practitioners Act and enrolled

before the Mauritius Supreme Court as a barrister.  I am Senior Counsel at De Spéville –

Desvaux Chambers, which maintains its principal office at Fifth Floor, Chancery House, Lislet

Geoffroy Street, Port Louis, Mauritius, and I make this declaration (the "<u>Declaration</u>") in support

of the *Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code*

*Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules*

*2014-1 and 2016-1, Authorizing and Approving Retention and Employment of  Patrice Doger de*

---

[1]      The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) Genever Holdings
LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing
address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200
Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for
purposes of notices and communications).



*Spéville, Senior Counsel, and William de Robillard, of Counsel as Barrister in Republic of Mauritius* (the "Application")[2] in connection with the Mauritius Action, and related matters (the "Engagement").

2.      In relation to the Engagement, the professional client of Patrice Doger de Spéville, Senior Counsel, and William de Robillard, of Counsel (the "Barristers"), is the estate (the "Estate") of Ho Wan Kwok (the "Debtor") in his above-captioned chapter 11 case (the "Chapter 11 Case"). In relation to the Engagement, the Barristers will seek to recover their fees from the Estate, and I will file fee applications in the Chapter 11 Case on their behalf.

3.      I graduated in Law at the Council of Legal Education School of Law, London, England and was called to the Mauritian Bar in 1978. I am a member of the Middle Temple, holder of French 'Licence & Maitrise en Droit,'. I was elected President of the Mauritius Bar Association in 2008 and elevated to the rank of Senior Counsel in June 2010. I deal with both international and domestic clients, primarily in banking, financial, insurance, and commercial matters. My experience encompasses, among other things, corporate matters, insolvency, banking and financing matters, and as well as complex commercial litigation and arbitration.

4.      The Barristers will file applications for compensation of professional services rendered and for reimbursement of expenses incurred in connection with the Engagement pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and any other applicable rules and orders with respect to this Chapter 11 Case.

5.      The Barristers will charge our hourly billing rates in connection with the Engagement. At present, the the 2024 hourly rate are $700 for Mr. Doger de Spéville and $400

---

[2]   Capitalized terms used but not otherwise defined have the meanings set forth in the Application.

for Mr. de Robillard (plus 15% VAT). The Barristers may also bill the Estate for any out-of-pocket expenses made on behalf of the Chapter 11 Trustee, including photocopying, postage and package deliveries, court fees, transcripts, witness fees, service fees, travel expenses, and computer-aided research.

6.    To the best of my knowledge and belief after due inquiry, the Barristers are "disinterested persons" within the meaning of section 101(14) of title 11 of the United States Code (the "Bankruptcy Code") in that the Barristers:

        a.     are not creditors, equity security holders, or insiders of the Debtor;

        b.     are not, and were not within two years before the date of filing of the Debtor's petition, directors, officers, or employees of the Debtor; and

        c.     do not have an interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

7.    I attach to this Declaration, as Schedule 1, a consolidated list of parties in interest in connection with the Chapter 11 Case (the "Interested Parties") that has been produced by Paul Hastings and provided to the Barristers before my signing this Declaration that I am informed includes:

        a.     parties listed as creditors, executory contract counterparties, and co-debtors on the Debtor's Schedules D, F, G, and H [Docket No. 78];

        b.     parties listed on the Debtor's Statement of Financial Affairs ("SOFA") [Docket No. 77], including (i) as recipients of payments within 90 days prior to the filing of the Chapter 11 Case (SOFA Part 3, Question 6); (ii)

3

          parties involved in litigation in which the Debtor is a party (SOFA Part 4,

          Question 9); and businesses owned by the Debtor (SOFA Part 11,

          Question 27).

    c.  parties and counsel filing notice of appearances in the Chapter 11 Case;

    d.  the Court and personnel of the office of the United States Trustee; and

    e.  other parties in interest that I have become aware of as a result of the

        Chapter 11 Trustee's ongoing investigation of the Debtor's assets.

The Barristers have conducted reasonable checks of the Interested Parties against our records and data, and have determined that to the best of our knowledge and belief, the Barristers do not have any relationship or connection with the Largest Unsecured Creditors, the Debtor, Family Members and Related Entities, the Bankruptcy Judge and U.S. Trustee Personnel. To the best of my knowledge, the Barristers do not have any relationship or connection with the Other Interested Parties, or, to the best of my knowledge, with any other creditor of the Debtor, subject to the following exceptions:

The Barristers have or have had working relationships with the following firms:

    a.  DLA Piper LLP

    b.  Ernst and Young LLP

    c.  Herbert Smith LLP

    d.  Hogan Lovells International LLP

The following entity is a client of the Barristers:

    e.  Sotheby's International Realty

The Barrister's relationship with the entities identified in clauses a. through e. are unrelated to the Debtor and the Chapter 11 Case.

4



8.    While the Barristers have made a diligent effort to ascertain the identity of any connections or potential conflicts with the Interested Parties, to the extent that any additional information comes to light, the Barristers will review, disclose, and resolve any conflict or adverse interests that may appear.

9.    Based on the foregoing, insofar as I have been able to ascertain based on the information currently available to me: (a) the Barristers have no connection with the Debtor, his creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any other party with an actual or potential interest in the Debtor or his respective attorneys or accountants; and (b) (i) the Barristers are not creditors, equity security holders, or insiders of the Debtor or his affiliates, (ii) the Barristers have not been, within two years before the Petition Date, a director, officer, or employee of the Debtor or his affiliates, and (iii) the Barristers do not have any interest materially adverse to the interests of the Debtor's estate or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.  Therefore, I understand from my discussions with Paul Hastings that this means the Barristers are "disinterested persons" within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b).

10.    I further understand from such discussions that Appendix B of the U.S. Trustee Guidelines (the "Larger Case Guidelines") does not apply in this Chapter 11 Case, because the Debtor's petition does not list $50 million or more in assets and $50 million or more in liabilities. In particular, I am informed that the Debtor estimated the value of his assets between $50,001 and $100,000.

11.    In the interest of providing maximum disclosure, and notwithstanding my position concerning the inapplicability of the Larger Case Guidelines, I provide the following response on

5



behalf of the Barristers to the request for information set forth in Paragraph D.1. of the Larger

Case Guidelines:

> Question:  Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?
>
> Answer:  No.
>
> Question:  Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?
>
> Answer:  No.
>
> Question:  If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.
>
> Answer:  Not applicable.  The Barristers have not previously represented the Chapter 11 Trustee.
>
> Question:  Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?
>
> Answer:  Not applicable.

12.    The Barristers have neither shared nor agreed to share with any other person compensation received in connection with the Engagement, except as is permitted by §504(b)(1) of the Bankruptcy Code.

13.    I consent that the following language may be included in any order by the Court approving the Chapter 11 Trustee's application in connection with my instruction in connection with the Engagement.

> Allowance of any compensation for the Barristers shall be limited to the extent of services actually performed, and expenses actually incurred, as barrister instructed to act on behalf of the Chapter 11 Trustee Luc A.

6



Despins, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a Chapter 11 trustee without the assistance of an barrister.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Dated: October 1, 2024, at Port Louis, Republic of Mauritius

Patrice Doger de Spéville

7

**Schedule 1**

**SCHEDULE OF PARTIES IN INTEREST – IN RE KWOK**

**20 LARGEST UNSECURED CREDITORS**
PACIFIC ALLIANCE ASIA OPPORTUNITY
GOLDEN SPRING NEW YORK
RUI MA
CHENG JIAN WU JIAN SHE
NING YE
GUO BAOSHENG
YAN LAN & WU ZHENG
HONG QI QU
NAN TONG SI JIAN
JIAN GONG
YAN ZHAO
YUA HUA ZHUANG SHI
LIEHONG ZHUANG/XIAO YAN ZHU
WEICAN MENG/BOXUN INC.
SAMUEL NUNBERG
LAMP CAPITAL LLC
JUN CHEN AKA JONATHAN HO
YUE HUA ZHU SHI
XIONG XIAN WEI YE
HUIZEN WANG

**DEBTOR, FAMILY MEMBERS, AND CERTAIN RELATED ENTITIES**
HO WAN KWOK (A.K.A MILES GWOK, MILES GUO AND WENGUI GUO)
HING CH NGOK/YUE QINGZHI
QIANG GUO (A.K.A. MILESON GUO)
MEI GUO/MEI GUI
HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC
BRAVO LUCK LIMITED
GENEVER HOLDINGS CORPORATION
GENEVER HOLDINGS LLC

**BANKRUPTCY JUDGE AND U.S. TRUSTEE PERSONNEL**
HONORABLE JULIE A. MANNING
WILLIAM HARRINGTON
KIM L. MCCABE
HOLLEY CLAIBORN
JOSEPH H. FLAMINI
ERIN HOGAN
STEVEN MACKEY
FRANK MARINO
JENNIFER J. MOREY
NICOLE NEELY
SHARON WARNER
JOHN GERVAIS

1



**OTHER INTERESTED PARTIES**

1245 FACTORY PLACE, LLC
12476517 CANADA SOCIETY
1322089 B.C. LTD.
1332156 B.C. LTD
17 MILES, LLC
2 B PACKING LLC
270 W. 39TH ST. CO., LLC
2LAWRENCE RIVER
3 COLUMBUS CIRCLE LLC
5780 SAGUARO LLC
7 NOD HILL LLC,
7 STAR EAST NY LLC
9 EAST 40TH STREET LLC
A.Z. BIGIOTTERIE S.A.S. DI ZANUTTO GABRIELE & C.
AAGV LIMITED
AARON A. MITCHELL
AARON A. ROMNEY
ABRAMS FENSTERMAN, LLP
ACA CAPITAL GROUP LIMITED
ACA CAPITAL LIMITED
ACA INVESTMENT FUND
ACA INVESTMENT MANAGEMENT LTD.
ACASS CANADA LTD.
ACE DECADE HOLDINGS LIMITED
ADAM CHEN NI
AFFILIATED ADJUSTMENT GROUP, LTD.
AGORA LAB, INC.
AI GROUP HOLDINGS INC.,
AIG PROPERTY CASUALTY COMPANY
AKERMAN LLP
ALEX HADJICHARALAMBOUS
ALFA GLOBAL VENTURES LIMITED
ALFONSO GLOBAL LIMITED
ALFONSO GLOBAL VENTURES LIMITED
ALLIED CAPITAL GLOBAL LIMITED
ALPINE FIDUCIARIES SA
AMAZING SKY AVIATION LIMITED
AMAZON WEB SERVICES LLC
AMAZON WEB SERVICES, INC.
AMAZON.COM INC.
AMERICAN ARBITRATION ASSOCIATION, INC.
AMERICAN EXPRESS COMPANY
AMY BUCK
AN HONG
ANA C. IZQUIERDO-HENN
ANDREW CHILDE
ANDREW SULNER/FORENSIC DOCUMENT EXAMINATIONS, LLC
ANN MARIE LEE
ANTHEM HEALTH PLANS, INC.
ANTHONY DIBATTISTA
ANTON DEVELOPMENT LIMITED
APPLE INC.
APPSFLYER INC

APSLEY YACHTS LIMITED
ARETHUSA FORSYTH
ARI CASPER
ARNALL GOLDEN GREGORY LLP
ARNOLD & PORTER KAYE SCHOLER LLP
ARRI AMERICAS INC.
ART WOLFE, INC.
ASAP SRL
ASSETS SINO LIMITED
AUSPICIOUS COAST LIMITED
AVIATION E LLP
AVIATION TRUST COMPANY LLC
AXOS BANK
AXOS FINANCIAL, INC.
B&H FOTO & ELECTRONICS CORP.
BAC CAPITAL LLC
BAIQIAO TANG A/K/A TANG BAIQIAO
BAKER HOSTETLER LLP
BANCO POPULAR DE PUERTORICO
BANK OF AMERICA
BANK OF CHINA – NEW YORK BRANCH AND/OR BANK OF CHINA LIMITED
BANK OF MONTREAL
BANK OF THE WEST
BANNON STRATEGIC ADVISORS, INC.
BARCLAY DAMON LLP
BARCLAYS BANK PLC
BEIJING BI HAI GE LIN YUAN LIN LU HUA, LTD.
BEIJING CHENG JIAN WU JIAN SHE GROUP, LTD.
BEIJING FU LE HONG MA JIAN ZHU ZHUANG SHI GONG CHENG, LTD.
BEIJING PANGU INVESTMENT CO.
BEIJING ZENITH HOLDINGS CO.
BEIJING ZHONG XIAN WEI YE STAINLESS DECORATION CENTER
BEILE LI
BELLERIVE ATTORNEYS AT LAW
BENHAR OFFICE INTERIORS LLC
BENTO TECHNOLOGIES, INC.
BERING YACHTS, LLC
BERKELEY ROWE LIMITED
BERNARDO ENRIQUEZ
BESTVIEW1 PTY LTD
BINGNAN CUI
BINGSHANG JIAO
BLACKTHORN FINANCEN INC.
BLUE CAPITAL
BLUEBERRY BUILDERS, LLC
BNY MELLON, N.A.
BOARDWALK MOTOR IMPORTS, LLC
BOHONNON LAW FIRM
BOIES SCHILLER
BONNIE C. MANGAN

2



BOOMING SAIL NEW YORK LLC
BOXUN INC.
BRANCH
BRAVO LUCK LIMITED
BRENT PETRO INC.
BRIAN HOFMEISTER
BROWN HARRIS STEVENS
BROWN RUDNICK, LLP
BRUNE LAW PC
BSA STRATEGIC FUND
BSA STRATEGIC FUND I
BSI GROUP LLC
BUCK, ESQ. LLC
BURNETTE SHUTT AND MCDANIEL PA
CAHILL GORDON & REINDEL LLP
CAIYAN LING
CAMERON SMEE
CANADIAN IMPERIAL BANK OF COMMERCE
CAPITAL ONE BANK
CAPITAL ONE, NA
CARIBE CONDADO, LLC
CARMODY    TORRANCE    SANDAK    &
HENNESSEY LLP
CAYUSE GOVERNMENT SERVICES, LLC
CEDRIC DUPONT ANTIQUES
CELESTIAL TIDE LIMITED
CESARE ATTOLINI NY LLC
CFG GLOBAL LIMITED
CHAO KANG SUN
CHAO-CHIH CHIU
CHARLES SCHWAB
CHARMOY & CHARMOY LLC
CHASE BANK
CHEN XIN XIN
CHENGLONG WANG
CHENXI WANG
CHI WAI KWOK
CHIESA SHAHINIAN & GIANTOMASI PC
CHINA CITIC BANK INT'L
CHINA    GOLDEN    SPRING    GROUP    (HONG
KONG) LIMITED
CHOICE FINANCIAL BANK
CHONG SHEN RAPHANELLA
CHRIS LEE (A/K/A NAN LI, CHRIS LI, MEI GUO
XIAO LI)
CHRISTIE'S    INTERNATIONAL    REAL    ESTATE
NEW
CHRISTINE CHEN
CHRISTINE FROSINI
CHRISTODOULOS G. VASSILIADES & CO. LLC
CHUAN LING YANG
CHUANG XIN LTD.
CHUI KUK WU
CHUNFENG XIA
CHUNGUANG HAN
CHUNHUI SONG

CI CHEN
CIBC INC. (D/B/A CIBC)
CINDY ZHANG
CIRRUS    DESIGN    CORPORATION    (D/B/A
CIRRUS AIRCRAFT)
CIRRUS INDUSTRIES, INC.
CITIBANK
CITIZENS FINANCIAL GROUP, INC.
CITY NATIONAL BANK
CLARK HILL PLC
CLAYMAN & ROSENBERG LLP
CLAYMAN ROSENBERG KIRSHNER & LINDER
LLP
CLOUDFLARE, INC.
COHN BIRNBAUM & SHEA P.C.
COLDWELL BANKER
COLE SCHOTZ P. C.
COMERICA    INCORPORATED    (D/B/A
COMERICA BANK)
COMMUNITY FEDERAL SAVINGS BANK
COMPASS, INC.
CONSERVATIVE CAMPAIGN TECHNOLOGY,
LLC
COTTON CRAFT TEXTILES INTL TRADING
COUNSEL PRESS INC.
COWDERY, MURPHY & HEALY, LLC
CRANE ADVISORY GROUP LLC
CREATIVE APEX INVESTMENTS LIMITED
CROCKER MANSION ESTATE LLC
CROWELL & MORING LLP
CRYSTAL BREEZE INVESTMENTS LIMITED
CUI ZHU LI
CUMMINGS & LOCKWOOD, LLC
CURIOSITY CORP. LLC
D&D SOLUTIONS LLC
D.P. TEXTILE & APPAREL, INC.
D4ZERO S.R.L.
DAIHO ZHOU
DANIEL PODHASKIE
DANIEL S. ALTER
DANYU LIN
DARK SHADOWS LLC
DAVID FALLON
DAWN STATE LIMITED
DBS BANK LTD.
DEFENG CAO
DELTEC BANK & TRUST LIMITED
DENG LI
DENG QIAN
DEUTSCHE BANK TRUST COMPANY AMERICA
DEUTSCHE HANDELSBANKEN AG
DIME COMMUNITY BANK
DING "IVAN" LIN
DING G. WANG A/K/A DINGGANG WANG
DING QIANG SHEN
DIRECT PERSUASION LLC

3



DJD CREATIVE LLC
DLA PIPER LLP (US)
DNM BEAUTY DISTRIBUTION
DOAA DASHOUSH
DONGNA FANG
DREAM PROJECTS LLC
DU JIAN YI
DWF LLP
E.L.J.M. CONSULTING LLC
EAST WEST BANCORP, INC.
EAST WEST BANK
EASTERN PROFIT CORPORATION LIMITED
EDMISTON AND COMPANY LIMITED
EDUARDO EURNEKIAN
EFICENS SYSTEMS LLC
EHSAN MASUD
EISNER ADVISORY GROUP LLC
ELITE WELL GLOBAL LIMITED
ELIXIR TECHNICAL CONSULTING LLC
ELLIOTT KWOK LEVINE & JAROSLAW LLP
EMILE P DE NEREE
EMPIRE BLUE CROSS BLUE SHIELD
EMPIRE GROWTH HOLDINGS
ENGINEERING      OPERATIONS      AND
CERTIFICATION SERVICES, LLC
EPIQ CORPORATE RESTRUCTURING, LLC
ERIC GOLDSMITH MD, LLC
ERNST & YOUNG LLP
EVOLVE BANK AND TRUST
FAEGRE DRINKER BIDDLE & REATH LLP
FAM UNITED LLC
FAN BINGBING
FAN JING
FANGGUI ZHU
FANIA ROOFING COMPANY
FARHAD ZABETI
FARRANT GROUP LIMITED
FAY YE
FEDERAL CORPORATION
FEDERAL EXPRESS CORPORATION
FEIFEI MA
FENG PENG RELLOS
FENG YI
FENG ZHU
FENGGUO LI
FENGJIE MA
FFP (BVI) LIMITED
FIESTA   INVESTMENT   LTD.   F/K/A   FIESTA
PROPERTY DEVEL
FINN DIXON & HERLING LLP
FIONA YU
FIRST ABU DHABI BANK
FIRST COUNTY BANK
FIRST REPUBLIC BANK
FIRSTBANK PUERTO RICO
FLAGSTAR BANK, N.A.

FLAT RATE MOVERS, LTD.
FLYING COLOURS CORP
FORBES HARE
FORBES HARE LLP
FORTNUM INFORMATION SECURITY LIMITED
FOX NEWS NETWORK, LLC
FREEDOM MEDIA VENTURES LIMITED
FUNGWAN TRADING INC.
FUNING ZHANG
FUNKY FOUNDATIONS, INC.
FV BANK INTERNATIONAL INC.
G CLUB HOLDCO I LLC
G CLUB INTERNATIONAL LIMITED
G CLUB ONE
G CLUB OPERATIONS LLC
G CLUB THREE
G CLUB TWO
G CLUB US OPERATIONS INC.
G CLUB US OPERATIONS LLC
G CLUBTHREE
G FASHION
G FASHION (CA)
G FASHION HOLD CO A LIMITED
G FASHION HOLD CO B LIMITED
G FASHION INTERNATIONAL LIMITED
G FASHION LLC
G FASHION MEDIA GROUP INC.
G FASHION US OPERATIONS INC.
G LIVE, LLC
G MUSIC LLC
G NEWS LLC,
G TRANSLATORS PTY LTD
G4S SECURITY SYSTEMS (HONG KONG) LTD.
GALAXY LTD
GANFER SHORE LEEDS & ZAUDERER, LLP
GAO BINGCHEN
GBROADCAST, LLC
G-CLUB
G-CLUB INVESTMENTS LIMITED
GCP INVESTMENT ADVISORS SL
G-EDU INC.
GEORGE L. SU
GEORGIOU PAYNE STEWIEN LLP
GETTR USA, INC.
GF IP, LLC
GF ITALY LLC
GFASHION MEDIA GROUP INC.
GFNY INC.
GINNEL   ASSOCIATES,   INC.   (D/B/A   GINNEL
REAL ESTATE)
GLADYS CHOW
GLENN MELLOR
GLOBAL GROUP LIMITED
GLOBALIST INTERNATIONAL LIMITED
GM 27 LLC
GMUSIC,

4



GNEWS LLC,
GNEWS MEDIA GROUP INC.
G-NEWS OPERATIONS, LLC
GOLD LEAF CONSULTING LIMITED
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
GOLDEN GATE HIMALAYA FARM LLC
GOLDEN SPRING (NEW YORK) LIMITED
GOLDFARB & HUCK ROTH RIOJAS, PLLC
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
GONET & CIE SA
GONG JIANFEN
GORDON & REES SCULLY MANSUKHANI LLP
GPOSTS LLC
GPP SRL
GREAT BOWERY INC. D/B/A CAMILLA LOWTHER MANAGEMENT
GREAT LAKES DRONE COMPANY, LLC
GREEN & SKLARZ LLC
GREENBERG TRAURIG, LLP
GREENWICH LAND LLC
GROCYBER, LLC
GS SECURITY SOLUTIONS INC.
G-SERVICE LLC
G-TRANSLATORS PTY LTD
GTV MEDIA GROUP, INC.
GUI LIN GAO
GUO LIJIE
GUO MEDIA
GUO WENOUN
GUO WENPING
GUOFENG WAN
GUY PETRILLO
GWGOPNZ LIMITED
GYPSY MEI FOOD SERVICES LLC
GYPSY MEI PRODUCTIONS LLC
H SHAW ENTERPRISES LLC
HAA GROUP PTY LTD.
HAI YAO
HAIDONG
HAIHONG WANG
HAILING SHENG
HAISONG PENG
HAITHAM KHALED
HALLEY CHEN CPA PROFESSIONAL CORPORATION
HAMILTON CAPITAL HOLDING LIMITED
HAMILTON CAPITAL HOLDINGS INC
HAMILTON DIGITAL ASSETS FUND SP
HAMILTON INVESTMENT MANAGEMENT LIMITED
HAMILTON M&A FUND SP
HAMILTON OPPORTUNITY FUND SPC
HAMILTON PE FUND SP
HAN CHUNGUANG
HANCOCK WHITNEY BANK

HANQIANG LIN
HAO HAIDONG
HAO LI
HAO ZHANG
HAORAN HE
HAOYU WANG
HARCUS PARKER LIMITED
HARNEY WESTWOOD AND RIEGELS LP
HAYASHI MEIOU
HAYMAN HONG KONG OPPORTUNITIES ONSHORE FUND LP
HCHK PROPERTY MANAGEMENT INC.
HCHK TECHNOLOGIES INC.
HCHK TECHNOLOGIES, LLC
HE BEI YUE HUA ZHUANG SHI GONG CHENG LTD.
HEAD WIN GROUP LIMITED
HELEN MANIS
HENAN YUDA
HERBERT SMITH FREEHILLS NEW YORK LLP
HERO GRAND LIMITED
HGA PROPERTY MANAGEMENT
HHS CAPITAL INC.
HIBERNIA NATIONAL BANK
HIDETOSHI FUJIWARA
HILTON MANAGEMENT, LLC
HIMALAYA AUSTRALIA ATHENA FARM INC.
HIMALAYA AUSTRALIA PTY LTD.
HIMALAYA BOSTON MAYFLOWER LLC
HIMALAYA CURRENCY CLEARING PTY LTD.
HIMALAYA EMBASSY
HIMALAYA EXCHANGE
HIMALAYA FEDERAL RESERVE
HIMALAYA INTERNATIONAL CLEARING LIMITED
HIMALAYA INTERNATIONAL FINANCIAL GROUP LIMITED
HIMALAYA INTERNATIONAL PAYMENTS LIMITED
HIMALAYA INTERNATIONAL RESERVES LIMITED
HIMALAYA INVESTMENT LLC
HIMALAYA NEW WORLD INC.
HIMALAYA NEW YORK ROCK
HIMALAYA SHANGHAI FARM LLC
HIMALAYA SUPERVISORY ORGANIZATION
HIMALAYA UK CLUB
HIMALAYA VENTURES LLC
HIMALAYA WORLDWIDE LS
HINCKLEY, ALLEN
HING CHI NGOK
HIU LAAM HAAM
HIU SING CHAN
HML VANCOUVER SAILING FARM LTD.
HODGSON RUSS
HOGAN LOVELLS INTERNATIONAL LLP



HOLY CITY HONG KONG VENTURES, LTD.
HONG KONG INTERNATIONAL FUNDS INVESTMENTS LIMITED
HONG QI QU JIAN SHE GROUP, LTD.
HONG QIU
HONG ZENG
HONGWEI FU
HONGXIA XU
HONGXIN ASH
HOU YUAN CHAN
HOUSER & ALLISON, APC
HOUSTON LITSTAR LLC
HSBC BANK USA,
HSIN SHIH YU
HUA AN XIE
HUANG YAO
HUDSON DIAMOND HOLDING INC.
HUDSON DIAMOND HOLDING LLC
HUDSON DIAMOND LLC
HUDSON DIAMOND NY LLC
HUGGA LLC
HUI JIN
HUK TRADING INC.
ICE24 SRO
IHOTRY LTD
IMMOBILIARA BARBARA 2000 SRL
IMPERIUS INTL. TRADE CO. LTD.
INDIUM SOFTWARE INC.
INFINITE INCREASE LIMITED
INFINITUM DEVELOPMENTS LIMITED
INFINITY TREASURY MANAGEMENT INC.
INSIGHT CAPITAL
INSIGHT PHOENIX FUND
INSIGHT TITLE SERVICES LLC
INTERNATIONAL TREASURE GROUP LLC
INTESA SANPAOLO SPA
INVESTORS BANK
ISRAEL DISCOUNT BANK OF NEW YORK
IVEY, BARNUM & O'MARA LLC
IVY CAPITAL ADVISOR LIMITED
J TAN JEWELRY DESIGN, INC.
JACK S. LIPSON
JAMES PIZZARUSO
JAMESTOWN ASSOCIATES, LLC
JANCO SRL
JANOVER LLC
JAPAN HIMALAYA LEAGUE, INC.
JASON MILLER
JDM STAFFING CORP.
JENNER & BLOCK LLP
JENNIFER FANGFANG DING
JENNIFER MERCURIO
JENNY LI
JERSEY, INC.
JESSE BROWN
JESSICA MASTROGIOVANNI

JETLAW LLC
JIA LI WANG
JIA YANG
JIA YANG LI
JIAHUI LIU
JIALIN QIN
JIAMEI LU
JIAMING LIU
JIAN FAN
JIAN HUA ZHANG
JIAN ZHONG HU
JIANG SU PROVINCE JIAN GONG GROUP LTD BEIJING BRANCH
JIANG YUNFU BE
JIANHAI JIAO
JIANHU YI
JIANHUA ZHENG
JIANMIN HE
JIANSHENGXIE AND JIEFU ZHENG
JIANXIAO CHEN
JIAYAO G
JIE ZHANG
JINFENG WU
JING GENG
JING WU
JINLAN YAN
JIRONG ZHANG
JK CHEF COLLECTIONS LLC
JM BULLION INC.
JNFX LTD.
JOHN B. BERRYHILL
JOHN P. MORGAN
JOHN S LAU
JONATHAN YOUNG
JOSEPH CHEN
JOSHUA I. SHERMAN
JOVIAL CENTURY INTERNATIONAL LIMITED
JOYORD SPORTSWEAR LIMITED
JPMORGAN CHASE BANK, N.A.
JUMBO CENTURY LIMITED
JUN CHEN
JUN LIU
JUN QIAO
JUN YUN ZHANG
JUNE SHI
JUNJIE JIANG
K LEGACY LTD.
K&L GATES LLP
KAEN LIU
KAIXIN HONG
KALIXUN TRADING LIMITED
KAMEL DEBECHE
KAN CHAN
KARIN MAISTRELLO
KATHLEEN SLOANE
KEARNY BANK

KERCSMAR FELTUS & COLLINS PLLC
KEYI ZIKLIE
KHALED ASHAFY
KIM THONG LEE
KIN MING JE
KIN MING JE/WILLIAM JE
KIRKLAND & ELLIS LLP
KOPPLE, KLINGER & ELBAZ, LLP
KROLL, LLC
KUI CHENG
KYLE BASS
KYRGYZ-SWISS BANK CJSC
LA INTERNATIONAL FOUNDATION
LABARBIERA CUSTOM HOMES
LAI LAU
LALIVE SA
LAMP CAPITAL LLC
LAN GU
LAN LIN
LAO JIANG
LAW FIRM OF CALLARI PARTNERS, LLC
LAW OFFICE OF RICHARD E. SIGNORELLI
LAW OFFICES OF RONALD I. CHORCHES, LLC
LAWALL & MITCHELL, LLC
LAX & NEVILLE LLP
LAZARE POTTER GIACOVAS & MOYLE
LEADING SHINE LIMITED
LEADING SHINE NY LTD
LEE CHU
LEE VARTAN
LEEWAYHERTZ TECHNOLOGIES
LEGENDS OWO, LLC
LEICESTER HILL INFROMATICES LLC
LEONARD SCUDDER
LEXINGTON PROPERTY AND STAFFING INC.
LI LIU
LI LONG
LI SHO YO
LI TANG
LI ZHANG
LIANG LIU
LIANYING SU
LIAPULL S.R.L.
LIBERTY JET MANAGEMENT CORP.
LIEHONG ZHUANG
LIHONG "SARA" WEI LAFRENZ
LIHONG WEI LAFRENZ (AKA SARA WEI)
LIMARIE REYES
LIMARIE REYES MOLINARIS
LIN DANG
LIN XIN
LINDA HE CHEUNG
LINWAN "IRENE" FENG
LIU DONGFANG
LLC STZ FUND NO. 1
LOBEL MODERN NYC

LOGAN CHENG (F/K/A SHUIYAN CHENG)
LONG GATE LIMITED
LORO PIANA S.P.A.
LUMINESCENCE CO. LTD
LUXURY CLEANING, INC.
LYZON ENTERPRISES CORPORATION
M&T BANK
MA XINGCHAO
MACARON LIMITED
MACDONALD
MAJOR LEAD INTERNATIONAL LIMITED
MANDELLI USA, INC.
MANHATTAN MOTORCARS, INC.
MANUEL MARTINEZ ANZALDUA
MANUFACTURERS AND TRADERS TRUST
COMPANY
MAR-A-LAGO
MAR-A-LAGO CLUB LLC
MARCELLA MONICA FALCIANI
MARCUM LLP
MARINI PIETRANTONI MUNIZ LLC
MARINO, ZABEL & SCHELLENBERG, PLLC
MARK GUNDERSON
MARTHA JEFFERY
MARY DOWDLE (A/K/A MUFFIN DOWDLE)
MARY FASHION S.P.A.
MARY JIANG
MAUNAKAI CAPITAL
MAX FEI
MAX KRASNER
MAYWIND TRADING LLC
MCDONNELL & WHITAKER LLC
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
MCMANIMON, SCOTLAND & BAUMANN, LLC
MEDICAL SUPPLY SYSTEM INTERNATIONAL
LLC
MEDICI BANK INTERNATIONAL LLC
MEI KUEN KWOK
MEIEN KIKUCHI
MEISTER SEELIG & FEIN PLLC
MELISSA FRANCIS
MELISSA MENDEZ
MENGYAO HE
MERCANTILE BANK INTERNATIONAL CORP.
MERCANTILE GLOBAL HOLDINGS, INC.
MERCEDES-BENZ MANHATTAN, INC.
META PLATFORMS INC.
METROPOLITAN COMMERCIAL BANK
AND/OR METROPOLITAN BANK HOLDING
CORP.
MF19 INC.
MI KYUNG YANG
MICHAEL LI & CO.
MICHAEL S. WEINSTEIN
MIHO NISHIMURA

7



MILES GUO
MILES GWOK
MILLER MOTORCARS INC.
MIMAII NZ LIMITED
MIN YANG
MINDY WECHSLER
MING NI
MING WU
MINGHUA ZHANG
MINGRUI ZHAO
MINTZ & GOLD LLP
MISHCON DE REYA LLP
MOA-FU
MODSQUAD INC.
MORAN YACHT MANAGEMENT, INC.
MORGAN STANLEY
MORITT HOCK & HAMROFF
MORRISON COHEN LLP
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
MOS HIMALAYA FOUNDATION INC.
MOSAICON SHOES SRL
MOUNTAINS OF SPICES INC.
MURTHA CULLINA LLP
MZC FINANCIAL INC.
N.A.R. ENTERPRISES INC.
N87 INC.
NADEEM AKBAR
NAME CORP LLC
NARDELLO & CO., LLC
NATIONAL AUSTRALIA BANK LIMITED
NATIONAL SWEEPSTAKES COMPANY, LLC
NAV CONSULTING INC.
NAV FUND SERVICES (CAYMAN) LTD.
NEALON LAW LLC
NEW DYNAMIC DEVELOPMENT LIMITED
NEW FEDERAL STATE OF CHINA
NEW MULBERRY PTE LTD.
NEW TREASURE LLC
NEW YORK MOS HIMALAYA LLC
NEXBANK
NEXT TYCOON INVESTMENTS LIMITED
NICHOLAS F. SAVIO
NING LI
NING ZHAO
NIUM, INC.
NOBLE FAME GLOBAL LIMITED
NODAL PARTNERS, LLC
NOVELTY HILL LTD.
NRT NEW ENGLAND LLC (D/B/A COLDWELL BANKER RESIDENTIAL BROKERAGE)
NUOXI LIU
NYC DEPT OF FINANCE
O.S.C. ORBIT II SERVICE COMPANY LLC

O.S.C. ORBIT SERVICE COMPANY LLC
O'MELVENY & MYERS LLP
O'NEAL WEBSTER
OASIS TECH LIMITED
OCORIAN CONSULTING LTD
OGIER
OHTZAR SHLOMO SOLOMON TREASURE LLC
OLINA CLEMENS
OLSHAN FROME WOLOSKY LLP
OMICRON NUTRACEUTICAL LLC
ON THE SPOT HOME IMPROVEMENT, INC.
OPEN BANK
ORIENTAL BANK
ORO MONT ALPI SRL
OSC ORBIT SERVICE COMPANY LLC
O'SULLIVAN MCCORMACK JENSEN & BLISS PC
OXFORD VISIONARY LTD.
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.
PAK SIU LEUNG
PALLAS PARTNER LLP
PARRETT PORTO PARESE & COLWELL, P.C.
PASTORE LLC
PAUL WEISS
PEILUN HU
PEIRU LUO
PELLETTIERI DI PARMA SRL
PENGCHENG ZHANG
PETRILLO KLEIN & BOXER LLP
PHAROS CAPITAL LTD.
PHILLIPS NIZER LLP
PHOENIX CREW IC LIMITED
PICK & ZABICKI LLP
PILLSBURY WINTHROP SHAW PITTMAN LLP
PIXSHOW FILM INC.
PNC BANK
POST OAK MOTOR CARS LLC
POST OAK MOTORS, LLC
PRAGER DREIFUSS AG
PREMIERE ACCOUNTING SOLUTIONS LTD
PRIME TRUST LLC
PROMEMORIA USA INC.
PROMINENT PROPERTIES SOTHEBY'S
PULLMAN & COMLEY, LLC
PUTNAM'S LANDSCAPING LLC
QI YONG
QIANG CHENG
QIANG FU
QIANG GUO
QIANG HU
QIDONG XIA
QIN YU
QING "SERENA" CAI
QINGTIAN YUAN
QIONG BIN FU



QIONGGUI YAN
QIQHUA FAN
QIU YU
QIURIA LI
QU GUOJIAO
QUICK-EQUIP LLC
QUIJU JIA
QUINONES LAW PLLC
RAICH ENDE MALTER CO. LLP (AKA RAICH ENDE MALTER & COMPANY)
RANDAZZA LEGAL GROUP, PLLC
RBB BANCORP AND/OR ROYAL BUSINESS BANK
REACH MANUFACTURING, LLC
RED TEAM PARTNERS
REDFIN CORPORATION
REDIS LAB, INC.
REID AND RIEGE PC
REINHARD PLANK S.R.L.
RENFENG SHI
RESTORATION HARDWARE, INC
REVERENCE CAPITAL PARTNERS OPPORTUNITIES FUND I
RICHARD N. FREETH
RICHMOND STRATEGIC ADVISORS, LLC
RIDWAN MAMODE SAIB
RILIEVI GROUP S.R.L.
RISING SUN CAPITAL LTD.
RIVER VALLEY OPERATIONS LLC
RM AUCTIONS DEUTSCHLAND GMBH
ROADWAY MOVING AND STORAGE, INC. AND/OR ROADWAY MOVING INC.
ROBINSON & COLE LLP
ROGER SMEE
RONG HU
RONG JIANG
RONG ZHANG
RONGLIANG STARKS
RONGRONG LI
ROSCALITAR2
ROSS HEINEMEYER
ROSY ACME VENTURES LIMITED
ROY D. SIMON
RUI HAO
RUIZHENG AN
RULE OF LAW FOUNDATION III INC.
RULE OF LAW SOCIETY IV INC
RUQUIN WANG
RV RETAILER EAST, LLC
RYAN CHENGRAN ZHANG
SAIL VICTORY LIMITED
SAMUEL DAN NUNBERG
SANTANDER BANK, N. A.
SARA WEI (A/K/A LIHONG WEI LAFRENZ)
SARACA MEDIA GROUP INC.
SAVIO LAW LLC

SAXE DOERNBERGER & VITA, P.C.
SCARABAEUS WEALTH MANAGEMENT AG
SCHULMAN BHATTACHARYA, LLC
SCOTT BARNETT
SEACOAST NATIONAL BANK
SEDGWICK REALTY CORP.
SELAS MONTBRIAL AVOCATS
SEVEN MISSION GROUP LLC
SGB PACKAGING GROUP, INC.
SHALOM B. LLC D/B/A ASHER FABRIC CONCEPTS
SHALYEN MUSIC LLC
SHANE D SHOOK
SHAO HONG CHIU
SHAOBING LI
SHAPIRO ARATO BACH LLP
SHAPIRO, DORRY, & MASTERSON LLC
SHENGJIE FU
SHERRY-LEHMANN, INC
SHERRY-NETHERLAND, INC.
SHI JIA ZHUANG ZHEN YUAN JIAN ZHU AN ZHUANG GONG CHENG LTD BEJING FIRST
SHIBIN ZHANG
SHIN HSIN YU
SHING SEUNG ANKERITE ENGINEERING LTD
SHINY ACE INNOVATION CO LTD
SHINY ACE LIMITED
SHINY TIMES LTD.
SHIPMAN AND GOODWIN
SHIPMAN, SHAIKEN & SCHWEFEL, LLC
SHIQI WANG
SHIYING LI
SHIYUAN ZHANG
SHIZHONG ZHANG
SHUANG WANG
SHUJUAN MILNE
SHUNJUN LI
SIDLEY AUSTIN LLP
SIGNATURE BANK, N.A.
SILVERGATE BANK
SING TING RONG
SIRIUS NETWORKING INC.
SIU MING JE
SLAUGHTER LAW GROUP, PC
SMARAGDOS MAMZERIS
SOD STONE OFFROAD DESIGN GMBH
SOLAZZO CALZATURE S.R.L.
SOLOMON TREASURE ANTIQUES
SONGYI CHEN
SOTHEBY'S INTERNATIONAL REALTY
SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC
SPEARS MANNING & MARTINI LLC
SPIRIT CHARTER INVESTMENT LIMITED
SPOTIFY TECHNOLOGY S.A.
SPOTIFY USA, INC.

9



STANDARD CHARTERED BANK
STANDARD CHARTERED BANK USA
STAPLES, DBA, STAPLES BUILDING SOLUTIONS
STARLING BANK LTD
STEPHEN KINDSETH
STEPHEN WONG
STEPTOE LLP
STERLING NATIONAL BANK
STEVE BANNON,
STEVENSON WONG
STICHTING DUURZAME
STOKES LAWRENCE, PS
STOKESBURY, SHIPMAN & FINGOLD, LLC
STRATEGIC VISION LLC
STREUSAND, LANDON, OZBURN AND LEMMON, LLP
STROOCK & STROOCK & LAVAN LLP
STRUCTURE DESIGN BUILD LLC
STUDIO CATALDI GROUP SRL
STYLE EYES INC. D/B/A GINGER FINDS
SUPER STAR PROJECT LIMITEDO
SUPREME EBANQ GLOBAL LTD.
SUPREME FINTECH U.S. LLC
SUPREME SG PTE LTD
SWANS TEAM DESIGN INC.
TAIXIN FU
TAKAHASHI HIROYUKI
TALHA ZOBAIR
TAO AN
TAO ZHANG
TAO ZHENG
TARGET ENTERPRISES, LLC
TARTER KRINSKY DROGIN, LLP
TAURUS FUND LLC
TAURUS MANAGEMENT LLC
TAVARES CUTTING INC.
TD AVENUE (THE DIAMOND AVENUE)
TD BANK, N.A.
TELI CHEN
TERIS-PHOENIX, LLC
THE BANCORP BANK
THE BANK OF PRINCETON
THE CASPER FIRM
THE CLEAR CREEK GROUP, LLC
THE CURRENCY CLOUD LIMITED
THE DEPUTY GROUP, LLC
THE FIRST BANK OF GREENWICH
THE FRANCIS FIRM PLLC
THE GERTZ FILE INVESTIGATIVE REPORTING PROJECT INC
THE LAW OFFICE OF MATTHEW MATHENEY LLC
THE LAW OFFICES OF RAFAEL A. VARGAS
THE LOST DRAFT LLC
THE QUINLAN LAW FIRM, LLC

THE SHERRY-NETHERLAND HOTEL
THE SHERRY-NETHERLAND, INC.
THE STRONG FIRM, P.C.
THERIAULT LAW, P.C.
THOMAS RAGLAND
THREE TREASURE LLC
TIAN LIANG
TIAN SHU HUANG
TINGYI WEI
TM PRIMROSE LIMITED
TOGUT, SEGAL AND SEGAL LLP
TOKYOSEIKI CO. LTD.
TONG LE INTERNATIIONAL TRADING CO., LTD.
TOP CALIFORNIA BEACH CORP.
TOP TARGET GENERAL TRADING LLC
TRASCO BREMEN GMBH
TRIPLE2 DIGITAL LLC
TROUTMAN PEPPER HAMILTON SANDERS LLP
TROY LAW PLLC
TROY LEGAL, PLLC
TRUSTCO BANK
TT RESOURCES 1 PTY LTD.
TUT CO. LIMITED
U.S. BANK NATIONAL ASSOCIATION
U.S. LEGAL SUPPORT, INC.
UBS AG
UBS AG (LONDON BRANCH)
UK HIMALAYA LTD.
UK IMPORT SERVICES LIMITED
UNA MANYEE WILKINSON
UNITED STATES OF AMERICA
UNITEDLEX
UPDIKE, KELLY & SPELLACY P.C.
URBAN LEGEND MEDIA, INC
US HIMALAYA CAPITAL INC.
US HIMALAYA LTD.
V.X. CERDA & ASSOCIATES P.A.
VALLEY NATIONAL BANK
VANDENLOOM INC.
VERDOLINO & LOWEY
VERITEXT
VERSACE USA, INC.
VFT SOLUTIONS INC.
VICTOR CERDA
VICTOR-OASIS CONSULTANCY LIMITED
VISION KNIGHT CAPITAL (CHINA) FUND
VOICE OF GUO MEDIA, INC.
VX CERDA & ASSOCIATES
WA & HF LLC
WALLEX DIGITAL LLC
WALLEX PAY LLC
WALLEX TECHNOLOGIES PTE LTD.
WANCI JIAO



WANG'S REALTY MANAGEMEMT SERVICE INC.
WARD & BERRY, PLLC
WARREN LAW GROUP
WARROOM BROADCASTING & MEDIA COMMUNICATIONS LLC
WAYCAP S.P.A.
WEATHERTEST COMPANY INC.
WEBSTER FINANCIAL CORPORATION
WEDDLE LAW PPLC
WEDLAKE BELL LLP
WEI HONG XIE
WEI SHE
WEI ZHANG
WEICAN ("WATSON") MENG
WEIGUO SUN
WEIHUA LI
WEIWEI QIAN
WEIXIANG GE
WEIYI WANG
WELL ORIGIN LTD.
WELLS FARGO BANK, N.A.
WEN LIN
WENCONG WANG
WENFENG HU
WENG
WENHUA GONG
WESTY'S STORAGE
WHITECROFT SHORE LIMITED
WHITMAN BREED ABBOTT & MORGAN LLC
WILDES & WEINBERG, P.C.
WILLIAM BRADLEY WENDEL
WILLIAM GERTZ
WILLIAM JE (JE KIN MING)
WILLIAMS & CONNOLLY
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
WINGS INSURANCE AGENCY, INC.
WISE CREATION INTERNATIONAL LIMITED
WISE US, INC.
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
WOMBLE BOND DICKINSON (US) LLP
WORLD CENTURY LIMITED,
WORLDWIDE OPPORTUNITY HOLDINGS LIMITED
WU ZHENG
XIA CHUNFENG
XIANHONG ZHANG
XIAO HUANG
XIAO RUI WANG
XIAO YAN ZHU
XIAOBO. HE
XIAODAN WANG
XIAOLAN ZHAO
XIAOLI MA

XIAOLI XU
XIAOMEI ZHAO
XIAOMING LIU
XIAOXIAO LIN
XIAOYAN BA
XILI ZHAI
XIN LI
XINGYU YAN
XINHUI LIAO
XINRONG LI
XIQUI ("BOB") FU
XIULING TANG
XUE WANG
XUEBING WANG
XUEHAI LIU
XUN DENG
YA LI
YACHTZOO SARL
YAFAN CHANG
YAN CHUN LIU
YAN GAO
YAN HUANG
YAN LIU
YANCHENG CHEN
YANG HAI
YANG JUN ZHENG
YANG LAN
YANG YANG
YANGPING WANG
YANKWITT LLP
YANMING WANG
YANPING WANG
YANPING YVETTE WANG
YANYUN REN
YAPING ZHANG
YAZ QINGUA
YELIANG XIA
YI LI
YI LIN
YI WEN
YI ZHAO
YI ZHOU
YIELDESTA L.P.
YIMING ZHANG
YING LIU
YINYING WANG (A/K/A XIAO FEI XIANG)
YONG CHUN LI
YONG ZHANG
YONGBING ZHANG
YONGPING YAN (A/K/A SHAN MU)
YOSSI ALMANI
YOUTUBE, LLC
YU XIA LI
YUAN ZHOU
YUANLIN LIU
YUE HUA ZHU SHI

11

YUE ZHOU
YUECHEN LAN
YUHONG PEI
YUJIA WANG
YUK MOEY MARY YAP
YUKY YUN LIU
YULIN YAO
YUMEI HU
YUNFA WANG
YUNFU JIANG
YUNTENG LU
YUNXIA WU
YUQIANG QIN
YUXIANG CHEN & JIA YOU JT TEN
YVETTE WANG
ZEICHNER ELLMAN & KRAUSE LLP
ZEISLER & ZEISLER, P.C.
ZETA GLOBAL CORP.
ZHANG LIN
ZHANG WEI
ZHENG RUI HE
ZHENG WU (A/K/A BRUNO WA)
ZHENGHUA SHEN
ZHENGJUN DONG
ZHENPENG LI
ZHIXUAM LI
ZHIXUAN LI
ZHIZHE "FRANK" DONG
ZHONGYI MA
ZHOU BAOJIN
ZHOU HAI YANG
ZHUOER "JOE" WANG
ZI YE
ZIBA LIMITED
ZIHAN LIU
ZIKUN WANG
ZYB & ASSOCIATES, LLC

