**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
------------------------------------------------------x

**REPLY OF CHAPTER 11 TRUSTEE IN SUPPORT OF MOTION
TO LIMIT NOTICE OF MOTIONS PURSUANT TO BANKRUPTCY RULE 9019
REGARDING MEDIATED/AVOIDANCE CLAIM SETTLEMENTS**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), by and through his undersigned counsel, hereby submits this reply (the "Reply") in support of the *Motion of Chapter 11 Trustee to Limit Notice of Motions Pursuant to Bankruptcy Rule 9019 Regarding Mediated/Avoidance Claim Settlements* [ECF No. 3565] (the "Motion to Limit") and in response to the *Limited Objection of G Club Operations LLC to (1) Motion to Limit and (2) Motion to Approve Settlement Agreement with Wildes & Weinberg, P.C. Pursuant to Fed. R. Bankr. P. 9019* [ECF No. 3633] (the "Objection") filed by G Club Operations LLC ("G Club") to the extent it addresses the Motion to Limit. Further to his Reply, the Trustee respectfully states the following:

1. The Motion to Limit seeks narrow relief—specifically, that the parties entitled to

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

notice of Mediation/Avoidance 9019 Motions be limited to the Notice Parties[2] in order to avoid the expense of conducting an all-creditors mailing every time the Trustee files such a motion.[3] Nowhere in its Objection does G Club object to this relief, nor has anyone else.

2.  The Objection—while purporting to respond to both the Motion to Limit Notice and the W&W 9019 Motion—solely addresses concerns whether the W&W 9019 Motion may be filed under seal. ***This issue is not before the Court in the context of the Trustee's Motion to Limit*** and rather implicates the Trustee's authority under the Court's prior orders (namely, the Procedures Order and the Pre-Litigation/Pre-Appearance Mediation Order).

3.  If G Club maintains its Objection as directed to the W&W 9019 Motion (which has yet to be scheduled for a hearing given the need for the Court to first decide the Motion to Limit), the Trustee may further reply to the Objection with additional arguments.

*[THE REST OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[2] The Notice Parties are the United States Trustee, the Debtor, the Committee, the counterparty to any settlement addressed by the relevant Mediation/Avoidance 9019 Motion, all appearing parties that receive notice via the Court's CM/ECF system, and any party that has requested notice in the Chapter 11 Case but is unable to accept electronic notice.

[3] Capitalized terms used and not expressly defined in this Reply adopt the definitions ascribed to them in the Motion to Limit.

WHEREFORE, for the foregoing reasons, the Trustee requests that the Court grant the Motion to Limit, overrule the Objection to the extent directed at the Motion to Limit, and grant such other relief as is just and proper.

Dated:   October 7, 2024              LUC A. DESPINS,
         New Haven, Connecticut       CHAPTER 11 TRUSTEE


By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

    *and*

    Nicholas A. Bassett (*pro hac vice* pending)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    *and*

    Douglass Barron (*pro hac vice* pending)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6690
    douglassbarron@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                                                  :

In re:                                              :        Chapter 11

HO WAN KWOK *et al.*,              :        Case No. 22-50073 (JAM)

            Debtors.[1]                :        Jointly Administered

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The foregoing was filed using the Court's case management/electronic case files ("CM/ECF") system. Notice of this filing will be sent automatically via email by operation of the CM/ECF system to all appearing parties that are eligible to receive electronic notice and within one business day by U.S. Mail to any appearing parties not eligible to receive electronic notice.

Dated this 7th day of October 2024 at New Haven, Connecticut

                                                        */s/ Patrick R. Linsey*
                                                        Patrick R. Linsey (ct29437)
                                                        NEUBERT, PEPE & MONTEITH, P.C.
                                                        195 Church Street, 13th Floor
                                                        New Haven, Connecticut 06510
                                                        (203) 781-2847
                                                        plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).