# 姜飞伯律师声明

我叫姜飞伯，2014 年来美国拿到绿卡。2017 年从 youtobe 上面看到了郭文贵先生在 VOA 采访的视频。从此开始关注郭先生的爆料。在法制基金成立后给法制基金捐款过。在 2020 年 4 月纽约香草山农场成立，加入爆料革命。同时参与了郭文贵先生发起的 G 系列投资。从 GTV 私募股权开始，参与过多次投资，借款，和购买会员卡活动。期间的转账往来除了 GVT 私募是由郭先生告诉我汇款转账的公司外，其余资金活动均由农场相关义工给我的信息完成。我从参与爆料革命以来，没有和郭文贵先生个人有任何资金上的往来。也不存在有任何和郭文贵先生个人或者他的公司有任何债务关系。也没有任何被他控制的或他家人控制来往的资金。所以我声明我和郭文贵先生的破产案没有任何关系，不因该被进行审查。

声明人：姜飞伯
10/6/2024

Jiang, Feibo Affidavit

I am Jiang, Feibo. I obtained Permanent Legal Resident status in the U.S. in 2014. I started follow Mr. Wengui Guo's exposé after watching his VOA interview on Youtube in 2017. I donated to Rule of Law foundation after its establishment. I joined the Whistleblower Movement and Mountains of Spices Farm in New York in April 2020. At the same time, I participated in the G-series investment initiated by Mr. Guo. Since the GTV private placement, I have participated in several investment, loan, and membership-card purchase activities. Among those activities, only for the GTV private placement did Mr. Guo provided me account information for wire transfer. For all other financial activities, it is the Farm's volunteers that provided me information to complete the transfer.  Ever since I joined the Whistleblower Movement, I have had no financial transaction with Mr. Guo at all, let alone any creditor-debtor relationship with him personally or his entities. No money was passed to or from him or his families. Therefore, I assert that I have no business with the Bankruptcy case of Mr. Guo and that I should not be probed.

Declarant: Jiang, Feibo

10/6/2024