**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
HO WAN KWOK, *et al.*,                        :   Case No. 22-50073 (JAM)
                                              :
          Debtors.[1]                         :   Jointly Administered
                                              :
-------------------------------------------------------x   Re: ECF No. 3534

**ORDER APPROVING RETENTION OF WINNE, BANTA, BASRALIAN & KAHN, P.C.,**
**AS SPECIAL NEW JERSEY REAL ESTATE COUNSEL TO TRUSTEE**
**EFFECTIVE AS OF AUGUST 19, 2024**

Upon the application (the "Application") of Luc Despins, in his capacity as the Chapter 11

trustee (the "Trustee" or "Movant") appointed in the Chapter 11 Case of Ho Wan Kwok (the

"Debtor") for entry of an order (this "Order") approving the retention of Winne, Banta Basralian

& Kahn ("WBBK") as special New Jersey real estate counsel effective as of August 19, 2024,

under sections 327(e) and 328 of the Bankruptcy Code; and it appearing that WBBK does not hold

an interest adverse to the Debtor or the Estate respecting the matters upon which it is to be engaged;

and good and sufficient notice of the Application having been given; and no other or further notice

being required; and it appearing that the employment of WBBK is in the best interest of the

Debtors' estates and creditors; and sufficient cause appearing therefor;[2] and after a hearing held

on October 8, 2024;

IT IS HEREBY ORDERED THAT:

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]  Capitalized terms not express defined herein adopt the definitions ascribed to them in the Application.

1.      The Application is granted as set forth herein.

2.      The Trustee is authorized to retain and employ WBBK as his special New Jersey real estate counsel, effective as of August 19, 2024, pursuant to section 327(e) of the Bankruptcy Code, on the terms set forth in the Application and the Kahn Declaration.

3.      The Estate shall be responsible for WBBK's compensation and reimbursement of expenses in this Chapter 11 Case.

4.      WBBK shall provide no less than ten business days' notice to the Debtor, the United States Trustee, and counsel to any official committee before any increases in the rates it charges are implemented and shall file such notice with the Court.

5.      The allowance of any compensation to be paid to WBBK shall be determined in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

6.      Allowance of any compensation for WBBK shall be limited to the extent of services actually performed and expenses actually incurred as New Jersey real estate counsel for the Trustee, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a chapter 11 trustee without the assistance of an attorney.

7.      The Trustee and WBBK are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

8.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 9th day of October, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut