AO 435 (Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Jeffrey M. Sklarz | 2. PHONE NUMBER<br>(203) 285-8545 | 3. DATE<br>10/9/2024 |
| 4. DELIVERY ADDRESS OR EMAIL<br>jsklarz@gs-lawfirm.com | 5. CITY<br>New Haven | 6. STATE CT  7. ZIP CODE 06511 |
| 8. CASE NUMBER 22-50073 | 9. JUDGE Hon. Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 10/8/2024   11. TO 10/8/2024 |
| 12. CASE NAME<br>Ho Wan Kwok | | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport   14. STATE CT |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>All Proceedings | 10/08/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [x] | [x] | NO. OF COPIES 1 | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL  0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Jeffrey M. Sklarz | PROCESSED BY<br>Lorenzo M. Whitmore |
| 19. DATE<br>10/9/2024 | PHONE NUMBER   203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY<br>Reliable | COURT ADDRESS<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

### Tuesday October 08 2024

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** (ZG) #3534; Application to Employ Winne, Banta, Basralian & Kahn, P.C., as New Jersey Real Estate Counsel to Chapter 11 Trustee Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** (ZG) #3551; Motion of Genever Holdings LLC for Entry of Order Amending Order Authorizing Genever Holdings LLC Retention of Sotheby's International Realty as its Real Estate Broker and Sales Agent Filed by Georg Alexander Bongartz on behalf of Genever Holdings LLC, Debtor

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** (ZG) #3565; Motion to Limit Notice of Motions Pursuant to Bankruptcy Rule 9019 Regarding Mediated/Avoidance Claim Settlements Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** **(ZG) #3569; Application to Employ Chryssafinis & Polyviou LLC as Cypriot Law Counsel to Chapter 11 Trustee Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee**

| 01:00 PM | 23-05007 | Genever Holdings LLC v. AIG Property Casualty Company |
|---|---|---|

Lead Case: 22-50073 Ho Wan Kwok

**Matter:** **(ZG) #115; Motion to Amend Pre-Trial Order to Extend Damages Expert Discovery Filed by Timothy P. Jensen on behalf of Genever Holdings LLC, Plaintiff**

| 01:00 PM | 23-05007 | Genever Holdings LLC v. AIG Property Casualty Company |
|---|---|---|

Lead Case: 22-50073 Ho Wan Kwok

**Matter:** **(ZG) #116; Order Setting Status Conference**

| 01:00 PM | 23-05007 | Genever Holdings LLC v. AIG Property Casualty Company |
|---|---|---|

Lead Case: 22-50073 Ho Wan Kwok

**Matter:** **(ZG) #121; Motion for Leave to Depose Incarcerated Individual HO WAN KWOK Filed by Michael P. Thompson on behalf of AIG Property Casualty Company, Defendant**

# Parties that attended the October 8, 2024 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Michael T. McCormack**
O'Sullivan McCormack Jensen & Bliss PC
180 Glastonbury Boulevard
Suite 210
Glastonbury, CT 06033

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
1301 Avenue of the Americas
Ste 1700
New York, NY 10019

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511

**Annecca H. Smith**
Robinson&Cole LLP
One State Street
Hartford, CT 06103

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601

**Michael P. Thompson**
Gordon & Rees LLP
Gordon Rees Scully Mansukhani
755 Main Street
Suite 1700
Hartford, CT 06103

**John Frederick O'Connor, Jr**
Steptoe LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036