UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK,[1] | Case No. 22-50073 (JAM) |
| Debtor. | (Jointly Administered) |

## MOTION TO WITHDRAW APPEARANCES

Pursuant to D. Conn. L. Civ. R. 7(e), made applicable to this proceeding by Local Rule 9083-4 of the Local Rules of the United States Bankruptcy Court for the District of Connecticut, Chiesa Shahinian & Giantomasi PC ("CSG") respectfully requests permission to withdraw the appearances of Lee Vartan [ECF Nos. 1426 and 1802], Melissa Wernick [ECF Nos. 1600 and 1804], Sam Della Fera, Jr. [ECF No. 1803], Daniel D. Barnes [ECF No. 1319], and Patricia B. Bergamasco [ECF No. 1483] as counsel for Mei Guo and HK International Funds Investments Limited, LLC ("Guo Entities"), and requests removal from all notice lists, including the Master Service List in this proceeding.

The Guo Entities had retained CSG to represent them together with the Zeisler & Zeisler firm as co-counsel, and the Guo Entities have confirmed to the undersigned that they no longer require the services of CSG; instead, the Guo Entities will continue to be represented solely by the Zeisler & Zeisler firm in all matters in the above bankruptcy case.

**WHEREFORE**, the undersigned respectfully requests permission to withdraw the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as other aliases) last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

appearances of Lee Vartan, Melissa Wernick, Sam Della Fera, Jr., Daniel D. Barnes, and Patricia B. Bergamasco.

Dated: October 10, 2024
   Roseland, New Jersey

**CHIESA SHAHINIAN & GIANTOMASI PC**

By: */s/ Lee Vartan*
Lee Vartan (admitted *pro hac vice*)
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
lvartan@csglaw.com

And

By: */s/ Melissa Wernick*
Melissa F. Wernick (admitted *pro hac vice*)
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
mwernick@csglaw.com

And

By: */s/ Sam Della Fera, Jr.*
Sam Della Fera, Jr. (admitted *pro hac vice*)
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
sdellafera@csglaw.com

And

By: */s/ Daniel D. Barnes*
Daniel D. Barnes (admitted *pro hac vice*)
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
dbarnes@csglaw.com

And

By: */s/ Patricia B. Bergamasco*
Patricia B. Bergamasco (admitted *pro hac vice*)
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
pbergamasco@csglaw.com

## CERTIFICATION

I certify that on October 10, 2024, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's EM/ECF System.

I further certify that on October 10, 2024, a copy of the foregoing motion was served upon counsel to Mei Guo and HK International Funds Investments (USA) Limited, LLC, jcesaroni@zeislaw.com.

By: */s/ Lee Vartan*
Lee Vartan (admitted *pro hac vice*)