# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCES

The Motion to Withdraw Appearances of Lee Vartan [ECF Nos. 1426 and 1802], Melissa Wernick [ECF Nos. 1600 and 1804], Sam Della Fera, Jr. [ECF No. 1803], Daniel D. Barnes [ECF No. 1319], and Patricia B. Bergamasco [ECF No. 1483] as counsel for Mei Guo and HK International Funds Investments Limited, LLC (the "Guo Entities") having been presented to this Court, and based upon the representations of counsel set forth in the Motion good cause exists for the granting of the Motion, and the Motion having been served upon the Guo Entities;

    NOW, THEREFORE, IT IS HEREBY

    ORDERED that the appearances of Lee Vartan [ECF Nos. 1426 and 1802], Melissa Wernick [ECF Nos. 1600 and 1804], Sam Della Fera, Jr. [ECF No. 1803], Daniel D. Barnes [ECF No. 1319], and Patricia B. Bergamasco [ECF No. 1483] as counsel for the Guo Entities in this proceeding are hereby withdrawn, and it is

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as other aliases) last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

FURTHER ORDERED that counsel shall serve a copy of this order on the Guo Entities by email and first class mail at the Guo Entities' addresses set forth in the Certificate of Service appended to the motion within three (3) days after the entry of this Order and counsel shall promptly thereafter file an affidavit of service.

4885-0558-1037.v1