**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK,[1] | Case No. 22-50073 (JAM) |
| Debtor. | (Jointly Administered) |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. 7(e), made applicable to this proceeding by Local Rule 9083-4 of the Local Rules of the United States Bankruptcy Court for the District of Connecticut, Chiesa Shahinian & Giantomasi PC ("CSG") respectfully requests permission to withdraw the appearance of Thomas M. Walsh [ECF No. 3049] as counsel for Mei Guo, HK International Funds Investments Limited, LLC, Hudson Diamond Holding LLC, and Hudson Diamond NY LLC ("Guo Entities"), and requests removal from all notice lists, including the Master Service List in this proceeding.

The Guo Entities had retained CSG to represent them together with the Zeisler & Zeisler firm as co-counsel, and the Guo Entities have confirmed to the undersigned that they no longer require the services of CSG; instead, the Guo Entities will continue to be represented solely by the Zeisler & Zeisler firm in all matters in the above bankruptcy case.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as other aliases) last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**WHEREFORE**, the undersigned respectfully requests permission to withdraw the appearance of Thomas M. Walsh.

Dated:  October 10, 2024
       Roseland, New Jersey

**CHIESA SHAHINIAN & GIANTOMASI PC**

By:  */s/ Thomas M. Walsh*
Thomas M. Walsh (admitted *pro hac vice*)
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
twalsh@csglaw.com

## CERTIFICATION

I certify that on October 10, 2024, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's EM/ECF System.

I further certify that on October 10, 2024, a copy of the foregoing motion was served upon counsel to Mei Guo, HK International Funds Investments (USA) Limited, LLC, Hudson Diamond Holding LLC, and Hudson Diamond NY LLC, jcesaroni@zeislaw.com.


By:  */s/ Thomas M. Walsh*
       Thomas M. Walsh

4862-8010-9549.v1