## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

The Motion to Withdraw Appearance of Thomas M. Walsh [ECF No. 3049] as counsel for Mei Guo, HK International Funds Investments Limited, LLC, Hudson Diamond Holding LLC, and Hudson Diamond NY LLC (the "Guo Entities") having been presented to this Court, and based upon the representations of counsel set forth in the Motion good cause exists for the granting of the Motion, and the Motion having been served upon the Guo Entities;

NOW, THEREFORE, IT IS HEREBY

ORDERED that the appearance of Thomas M. Walsh [ECF No. 3049] as counsel for the Guo Entities in this proceeding is hereby withdrawn, and it is

FURTHER ORDERED that counsel shall serve a copy of this order on the Guo Entities by email and first class mail at the Guo Entities' addresses set forth in the Certificate of Service appended to the motion within three (3) days after the entry of this Order and counsel shall promptly thereafter file an affidavit of service.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as other aliases) last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).