UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                : Chapter 11
                                      :
HO WAN KWOK, *et al.*,                : Case No. 22-50073 (JAM)
                                      :
       Debtors.¹              : Jointly Administered
                                      :
---------------------------------------------------------x

## CORRECTED NOTICE OF CHANGE IN HOURLY RATES OF KROLL, LLC, FORENSIC INVESTIGATOR OF CHAPTER 11 TRUSTEE

**PLEASE TAKE NOTICE** that, on September 29, 2023, the Bankruptcy Court for the District of Connecticut (the "Court") entered the *Order (A) Granting Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327 and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Kroll, LLC as Forensic Investigators, Effective as of August 2, 2023* [Docket No. 2241] (together, the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, on August 5, 2024, Kroll, LLC ("Kroll"), as forensic investigators of Luc A. Despins, as chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, provided notice [Docket No. 3371] (the "Original Notice") of its adjusted hourly rates, effective August 1, 2024.

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**PLEASE TAKE FURTHER NOTICE** that the Original Notice erroneously indicated that the post-August 1, 2024 discounted rate for Managing Directors would be $667.50. However, after applying the correct discount, the rate is actually $712.00. The rates indicated in the Original Notice are otherwise unchanged.

**PLEASE TAKE FURTHER NOTICE** that, for ease of reference, the complete set of adjusted hourly rates, effective August 1, 2024, is reproduced below:

| Timekeeper Category | Standard Hourly Rate (pre-August 1, 2024) | Standard Hourly Rate (post-August 1, 2024) | Discounted Hourly Rate (post-August 1, 2024) |
|---|---|---|---|
| Managing Director | $850 | $890 | $712.00 |
| Associate Managing Director | $675 | $710 | $639.00 |
| Senior Manager | $550 | $575 | $517.50 |
| Manager | $450 | $475 | $427.50 |
| Associate Manager | $400 | $420 | $378.00 |
| Associate | $350 | $365 | $328.50 |
| Analyst | $231 | $245 | $220.50 |
| Intern | $100 | $105 | $94.50 |

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order and Kroll's engagement letter, Kroll will continue to apply the following discounts to its standard hourly rates:

| Standard Hourly Rate | Discount Applied |
|---|---|
| $1,000 or higher | 25% |
| $800 to $999 | 20% |
| $799 or lower | 10% |

Dated: October 11, 2024

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: /s/ G. Alexander Bongartz
G. Alexander Bongartz (*pro hac vice*)
Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue

2

New York, New York 10166
(212) 318-6079
douglassbarron@paulhastings.com

*and*

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                : Chapter 11
:
HO WAN KWOK, *et al.*,[1]                            : Case No. 22-50073 (JAM)
:
        Debtors.                                : (Jointly Administered)
:
---------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    October 11, 2024
              New York, New York

                                                        By: */s/ G. Alexander Bongartz*
                                                        G. Alexander Bongartz (admitted *pro hac vice*)
                                                        PAUL HASTINGS LLP
                                                        200 Park Avenue
                                                        New York, New York 10166
                                                         (212) 318-6079
                                                        alexbongartz@paulhastings.com

                                                        *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).