**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x
                                 :

In re:                           : Chapter 11
                                   :

HO WAN KWOK, *et al.*,         : Case No. 22-50073 (JAM)
                                   :

       Debtors.[1]            : Jointly Administered
                                   :

-------------------------------------------------------------x

## CORRECTED MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM AUGUST 1, 2024 THROUGH AUGUST 30, 2024

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kroll, LLC ("Kroll") hereby submits this corrected[3] monthly statement (the "Corrected Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from August 1, 2024 through and including August 31, 2024 (the "Fee Period"). By this Corrected Monthly Fee Statement, Kroll respectfully requests payment of 80%

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3] On September 26, 2024, Kroll submitted its original monthly fee statement for the period from August 1, 2024 through and including August 31, 2024 [Docket No. 3584] (the "Original Monthly Fee Statement"). The Original Monthly Fee Statement did not apply the correct hourly rates in all instances, resulting in an inadvertent overstatement of $3,587.31 in fees. This error has been corrected in this monthly fee statement.

of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $75,205.84 and $19,803.86, respectively.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period.  The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2.      Attached hereto as <u>Exhibit B</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3.      Attached hereto as <u>Exhibit C</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4.      Attached hereto as <u>Exhibit D</u> is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5.      Attached hereto as <u>Exhibit E</u> are Kroll's fee statements for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

6.      Notice of this Corrected Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey

(plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7.    Objections to this Corrected Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **October 17, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.[4]

8.    If no objections to this Corrected Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Corrected Monthly Fee Statement.

9.    To the extent that an objection to this Corrected Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Corrected Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not

---

[4]    Because this Corrected Monthly Fee Statement reflects a reduction in the fees compared to the Original Monthly Fee Statement, Kroll submits that no extension of the original objection deadline is required.

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing.

Dated: October 11, 2024

By: /s/ Allen Pfeiffer

Allen Pfeiffer
KROLL, LLC
55 East 52nd Street, Floor 17
New York, New York 10055

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                            :

In re:                         :     Chapter 11
                            :

HO WAN KWOK, *et al.*,[1]     :     Case No. 22-50073 (JAM)
                            :

          Debtors.      :     (Jointly Administered)
                            :

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Corrected

Monthly Fee Statement was electronically filed.  In addition, a copy of the Corrected Monthly

Fee Statement was served by email on the Notice Parties.  Parties may access this filing through

the Court's CM/ECF system.

Dated:     October 11, 2024      By: */s/ G. Alexander Bongartz*
         New York, New York       G. Alexander Bongartz (admitted *pro hac vice*)
                                  PAUL HASTINGS LLP
                                  200 Park Avenue
                                  New York, New York 10166
                                  (212) 318-6000
                                  alexbongartz@paulhastings.com

                                  *Counsel for the Chapter 11 Trustee*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**<u>EXHIBIT A</u>**

**HOURS AND RATES PER PROFESSIONAL**

*Time Period: August 1-31, 2024.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 890 | $ 712 | 8.6 | $ 6,123.20 |
| Barker, James | Associate Managing Director | Forensic Investigations and Intelligence | $ 710 | $ 639 | 7.3 | $ 4,664.70 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 41.2 | $ 21,321.00 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 95.5 | $ 49,421.25 |
| Levenson, Patrick | Associate Manager | Forensic Investigations and Intelligence | $ 420 | $ 378 | 10.2 | $ 3,855.60 |
| Dharamshi, Salim | Analyst | Forensic Investigations and Intelligence | $ 245 | $ 221 | 6.1 | $ 1,345.05 |
| Bottos, Madison | Research Analyst | Forensic Investigations and Intelligence | $ 245 | $ 221 | 20.9 | $ 4,608.45 |
| Welby, Jackie | Research Analyst | Forensic Investigations and Intelligence | $ 245 | $ 221 | 12.1 | $ 2,668.05 |
| **Total Hours and Fees:** | | | | | **201.9** | **$ 94,007.30** |
| **Blended Hourly Rate:** | | | | | | **$ 465.61** |

**EXHIBIT B**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

*Time Period: August 1-31, 2024.*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B110 Case Administration | 0.4 | $ 284.80 |
| B113 Pleadings Review | - | $ - |
| B120 Asset Analysis and Recovery | - | $ - |
| B155 Court Hearings | - | $ - |
| B160 Fee/Employment Applications | 5.0 | $ 3,248.80 |
| B170 Fee/Employment Objections | - | $ - |
| B180 Avoidance Action Analysis | 117.4 | $ 53,411.15 |
| B181 Preference Analysis and Recovery Actions | - | $ - |
| B182 Post-Petition Transfers and Recovery Actions | - | $ - |
| B190 Other Contested Matters (excl. assumption/reject | - | $ - |
| B191 General Litigation | - | $ - |
| B192 Lender Litigation | - | $ - |
| B195 Non-Working Travel | - | $ - |
| B261 Investigations | 79.1 | $ 37,062.55 |
| **TOTAL** | **201.9** | **$ 94,007.30** |

1

## EXHIBIT C

## SUMMARY OF COMPENSATION BY MATTER ID

*Time Period: August 1-31, 2024.*

| Matter ID and Name | Hours Billed | Fees Billed |
|---|---|---|
| 00001    General Debtor Representation | 5.5 | $    3,604.80 |
| 00002    Asset Recovery Investigation and Litigation | 181.1 | $  83,703.50 |
| 00003    HK USA Adversary Proceeding | - | $    - |
| 00004    Bravo Luck Adversary Proceeding | - | $    - |
| 00005    PAX Adversary Proceeding | - | $    - |
| 00006    SN Apartment Adversary Proceeding | - | $    - |
| 00007    Greenwich Land Adversary Proceeding | - | $    - |
| 00008    AIG Adversary Proceeding | - | $    - |
| 00009    Mei Guo Adversary Proceeding | - | $    - |
| 00010    Interpleader Adversary Proceeding | - | $    - |
| 00011    HCHK Adversary Proceeding | 4.6 | $    2,380.50 |
| 00012    Golden Spring Adversary Proceeding | - | $    - |
| 00013    Mahwah Adversary Proceeding | 10.7 | $    4,318.50 |
| 00014    RICO Litigation | - | $    - |
| 00015    Lamp Capital Adversary Proceeding | - | $    - |
| 00016    G-Club Adversary Proceeding | - | $    - |
| 00017    Rule of Law Adversary Proceeding | - | $    - |
| 00018    UAE Asset Recovery Actions | - | $    - |
| 00019    Leading Shine Adversary Proceeding | - | $    - |
| 00020    Gettr USA Proceeding | - | $    - |
| | **201.9** | **$  94,007.30** |

## EXHIBIT D

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

*Time Period: August 1-31, 2024.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---|
| Messenger Service | General Debtor Representation | Case Administration | $       162.88 |
| Media Preservation/Replication | General Debtor Representation | Case Administration | 12,400.00 |
| Database and Research Fees for August | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | 684.98 |
| Valid8 Charges | General Debtor Representation | Case Administration | 6,706.20 |
| Overtime Meals | General Debtor Representation | Case Administration | (150.20) |
| **TOTAL** | | | **$     19,803.86** |

1

**EXHIBIT E**

**FEE DETAIL**

*Time Period: August 1-31, 2024.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lazarus, Jordan | 8/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, P. Parizek, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song] and NPM Law [P. Linsey] re: ▮▮▮▮▮ new and amended avoidance claims. | 1.0 | $ 517.50 |
| Lomas, Adam | 8/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ▮▮▮ compilation of related bank records. | 0.8 | $ 414.00 |
| Lomas, Adam | 8/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: bank transaction analysis for ▮▮▮ Service Company LLC, ▮▮▮ LLC, ▮▮▮ and ▮▮▮ Inc bank accounts; research with respect to property in ▮▮▮ and other investigative updates; with: Paul Hastings [L. Despins, N. Bassett, D. Barron, and L.Song]; NPM Law [P. Linsey] and P. Parizek, J. Lazarus, and J. Barker. | 1.0 | $ 517.50 |
| Lazarus, Jordan | 8/1/2024 | General Debtor Representation | Fee/Employment Applications | Attend call with P. Parizek and internal Kroll team re: bankruptcy fee application billing [.8]; correspondence with Kroll team re: related matters [.3]. | 1.1 | $ 569.25 |
| Barker, James | 8/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Weekly call with A. Lomas, P. Parizek, J. Lazarus Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song] and NPM Law [P. Linsey] re: ▮▮▮ new and amended avoidance claims. | 1.0 | $ 639.00 |
| Lomas, Adam | 8/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Working meeting with S. Dharamshi re: property in ▮▮▮ ▮▮▮ | 0.5 | $ 258.75 |
| Parizek, Pam | 8/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare agenda [.1]; weekly call with A. Lomas, J. Barker, J. Lazarus re: ▮▮▮ new and amended avoidance claims [1.0]. | 1.1 | $ 783.20 |
| Parizek, Pam | 8/1/2024 | General Debtor Representation | Fee/Employment Applications | Review/revise notice of rate increase [deferred Jan-Aug 2024] [.4]; email A. Bongartz re: same and filing [.1]. | 0.5 | $ 356.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Dharamshi, Salim | 8/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Site visit to ███████ █ ███████ to confirm if it is the ███████ we have photos for: Go to site [1.2], walk around site and take photographs [0.8], return [1.2].<br><br>Analyse photos I took with photos we have of the interior of the ███████ [0.5]; Purchasing land registry title deeds for the property [0.2]; Research into planning applications/historic images of the building to identify any construction [0.9]; and writing up findings and sharing photos via email to JB, PL, AL [1.3] | 6.1 | $ 1,345.05 |
| Lomas, Adam | 8/1/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review, cleaning, and normalization of transfer data in master transaction file for the preparation of schedules for planned new and amended avoidance actions. | 4.4 | $ 2,277.00 |
| Barker, James | 8/2/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email - update on ███ property searches. | 0.5 | $ 319.50 |
| Lazarus, Jordan | 8/2/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compile supporting documentation for specific avoidance action. | 0.9 | $ 465.75 |
| Lazarus, Jordan | 8/2/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ███████ Inc transactional activity. | 2.2 | $ 1,138.50 |
| Lomas, Adam | 8/2/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review, cleaning, and normalization of transfer data in master transaction file for the preparation of schedules for planned new and amended avoidance actions. | 10.9 | $ 5,640.75 |
| Parizek, Pam | 8/2/2024 | Asset Recovery Investigation and Litigation | Investigations | Review research re: ███ residence owned by ███████. | 0.1 | $ 71.20 |
| Lomas, Adam | 8/3/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review, cleaning, and normalization of transfer data in master transaction file for the preparation of schedules for planned new and amended avoidance actions. | 2.7 | $ 1,397.25 |
| Lomas, Adam | 8/3/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare schedule of all transfers by transferor entity detailing transfers: [1] part of; and [2] not part of, current/existing avoidance actions; compose related email to Paul Hastings [D. Barron ] and NPM Law [P. Linsey]. | 1.8 | $ 931.50 |
| Lomas, Adam | 8/3/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [D. Barron] re: available bank account and/or transfer information for entities being considered as part of new omnibus alter ego complaint. | 0.2 | $ 103.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 8/4/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare schedule of transferees not currently part of existing avoidance action claims; compose related email to NPM Law [P. Linsey]; related schedule revisions per request of P. Linsey. | 2.9 | $ 1,500.75 |
| Lomas, Adam | 8/5/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review, cleaning, and normalization of transfer data in master transaction file for the preparation of schedules for planned new and amended avoidance actions. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 8/5/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of financial transactions with ██████████ | 3.1 | $ 1,604.25 |
| Lazarus, Jordan | 8/5/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with P. Linsey and A. Lomas re: avoidance action matters. | 0.4 | $ 207.00 |
| Lomas, Adam | 8/5/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Additional attention and updates to schedule of transferees not currently part of existing avoidance action claims; related email correspondence and telephone conversation with NPM Law [P. Linsey]. | 1.1 | $ 569.25 |
| Lomas, Adam | 8/5/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Conduct preliminary research with respect to apparent address/country/territory of certain transferees; related review of underlying bank, wire, and other underlying records; compose related email to NPM Law [P. Linsey]. | 4.6 | $ 2,380.50 |
| Parizek, Pam | 8/5/2024 | General Debtor Representation | Fee/Employment Applications | Review, update draft filing of deferred rate increase, provide to Paul Hastings [A. Bongatz]. | 0.3 | $ 213.60 |
| Lazarus, Jordan | 8/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Continued analysis of ████ transactions in relation to specific recipients. | 1.1 | $ 569.25 |
| Lomas, Adam | 8/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey ] re: transfers to ██████████ LLP; related review of documents produced by ██████████ LLP. | 1.9 | $ 983.25 |
| Parizek, Pam | 8/6/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review A. Lomas list of new transferees for avoidance actions. | 0.2 | $ 142.40 |
| Lomas, Adam | 8/6/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [S. Smeriglio] re: transfers to ██████ LLP; prepare related schedule of prepetition transfers. | 0.7 | $ 362.25 |
| Lomas, Adam | 8/6/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Discussion with J. Lazarus re: process to issue new round of Schedules A/B to NPM Law. | 0.2 | $ 103.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 8/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Reconciliation of Debtor-related accounts per Kwok criminal trial exhibits to working inventory of known/identified Debtor-related bank accounts in order to identify financial institutions to which amended Rule 2004 subpoenas may be issued. | 3.1 | $ 1,604.25 |
| Lazarus, Jordan | 8/6/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with A. Lomas re: various avoidance actions and forensic accounting workstream tasks. | 0.2 | $ 103.50 |
| Lomas, Adam | 8/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ███████ ██ ████ and ███████ transaction activity; related updates to master transaction file. | 1.4 | $ 724.50 |
| Barker, James | 8/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Coordinating new avoidance defendants research with P.Levenson | 1.3 | $ 830.70 |
| Lazarus, Jordan | 8/7/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with P. Linsey and A. Lomas re: analysis of ██████ ████ transactions and related matters. | 0.2 | $ 103.50 |
| Lazarus, Jordan | 8/7/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare and compile payment information for inclusion in Schedule A's for avoidance actions. | 1.7 | $ 879.75 |
| Lazarus, Jordan | 8/7/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence and telephone calls with A. Lomas re: analysis of new and revised avoidance action claims and related matters. | 0.5 | $ 258.75 |
| Lomas, Adam | 8/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ████ LLP. | 0.3 | $ 155.25 |
| Lomas, Adam | 8/7/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of composition of revised transfers totals for transferees subject to existing avoidance complaints [i.e., comparison of alter ego transferors and pre- or post-bankruptcy status]; related email correspondence and telephone conversation with NPM Law [P. Linsey]. | 1.4 | $ 724.50 |
| Lomas, Adam | 8/7/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Discussion with J. Lazarus re: ████ transfers and available supporting documents. | 0.5 | $ 258.75 |
| Parizek, Pam | 8/7/2024 | General Debtor Representation | Case Administration | Outreach to Valid8 re: contract renewal options. | 0.1 | $ 71.20 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lazarus, Jordan | 8/7/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Continued analysis of transactions involving ██████████ review of Relativity for ████ payment and invoice support. | 1.4 | $ 724.50 |
| Parizek, Pam | 8/7/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review updated transferee list for analysis. | 0.1 | $ 71.20 |
| Lomas, Adam | 8/7/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare schedule of updated totals of transfers to transferees already part of an existing avoidance claim; compose related email to [NPM Law [P. Linsey]. | 4.4 | $ 2,277.00 |
| Lazarus, Jordan | 8/7/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence and phone calls with P. Linsey and Kroll team re: preparation of avoidance action claim information and related matters. | 0.3 | $ 155.25 |
| Parizek, Pam | 8/7/2024 | General Debtor Representation | Fee/Employment Applications | Review billing summary and budget. | 0.1 | $ 71.20 |
| Parizek, Pam | 8/8/2024 | General Debtor Representation | Avoidance Action Analysis | Review updated list of companies on the omnibus alter ego complaint. | 0.2 | $ 142.40 |
| Lazarus, Jordan | 8/8/2024 | HCHK Adversary Proceeding | Investigations | Correspondence and telephone calls with P. Linsey and A. Lomas re: analysis of ██████████ funds flow and related matters. | 0.8 | $ 414.00 |
| Lazarus, Jordan | 8/8/2024 | HCHK Adversary Proceeding | Investigations | Continued analysis of ████████ transactions. | 1.8 | $ 931.50 |
| Lomas, Adam | 8/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ████ ████ LLC. | 0.2 | $ 103.50 |
| Parizek, Pam | 8/8/2024 | General Debtor Representation | Case Administration | Outreach to Kroll team re: outstanding projects, email Paul Hastings re: same and Valid8 contract renewal. | 0.2 | $ 142.40 |
| Barker, James | 8/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Responding to motorcycle question from Paul Hastings team | 1.6 | $ 1,022.40 |
| Lomas, Adam | 8/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to transfers made to ████████ and ████████ from ████████ compose related email to NPM Law [P. Linsey]. | 1.1 | $ 569.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 8/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to apparent account fees deduced from ███████ related accounts at related transaction and account statement review; related correspondence to NPM Law [P. Linsey]. | 1.3 | $ 672.75 |
| Lazarus, Jordan | 8/8/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare and compile payment information for inclusion in Schedule A's for avoidance actions. | 4.6 | $ 2,380.50 |
| Lomas, Adam | 8/8/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare schedules of pre- and post-petition transfers to be included as exhibits to amended avoidance complaints. | 4.9 | $ 2,535.75 |
| Lomas, Adam | 8/8/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose instructions to M. Bottos re: quality control review of transfers includes in schedules to be attached as exhibits to amended avoidance complaints. | 0.2 | $ 103.50 |
| Lazarus, Jordan | 8/8/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Continued analysis of transactions involving ███████ review of Relativity for ███████ payment and invoice support. | 1.3 | $ 672.75 |
| Lazarus, Jordan | 8/8/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence and telephone calls with A. Lomas re: analysis of new and revised avoidance action claims and related matters. | 0.3 | $ 155.25 |
| Lomas, Adam | 8/9/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Finalize first batch of schedules of pre- and post-petition transfers to be included as exhibits in amended avoidance action complaints; compose related email to NPM Law [P. Linsey]. | 2.7 | $ 1,397.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lazarus, Jordan | 8/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence and telephone calls with P. Linsey and Kroll team re: compilation of ▇▇▇ payment supporting documentation. | 0.4 | $ 207.00 |
| Welby, Jackie | 8/9/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with J. Lazarus to discuss compiling of supporting documentation for avoidance actions. | 0.1 | $ 22.05 |
| Lazarus, Jordan | 8/9/2024 | HCHK Adversary Proceeding | Investigations | Continued analysis of ▇▇▇ transactions. | 1.2 | $ 621.00 |
| Lazarus, Jordan | 8/9/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Continued analysis of transactions involving ▇▇▇ review of Relativity for ▇▇▇ payment and invoice support. | 0.3 | $ 155.25 |
| Parizek, Pam | 8/9/2024 | General Debtor Representation | Fee/Employment Applications | Review J. Jacobson Memo re: Kwok billing protocols [.3]; review billing history and note dates for fee statement and fee application [.5] review, revise draft fee statement for July 2024 [.7]. | 1.5 | $ 1,068.00 |
| Levenson, Patrick | 8/9/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Conducted research and document review for address history information for avoidance actions. | 3.3 | $ 1,247.40 |
| Lazarus, Jordan | 8/9/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence and telephone calls with Paul Hastings, NPM Law, and Kroll team re: alter ego analysis and related matters. | 0.2 | $ 103.50 |
| Welby, Jackie | 8/9/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with J. Lazarus to discuss procedures for Schedule A avoidance schedules. | 0.4 | $ 88.20 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lazarus, Jordan | 8/9/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare and compile payment information for inclusion in Schedule A's for avoidance actions. | 0.4 | $ 207.00 |
| Bottos, Madison | 8/9/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Sourcing and quality control procedures for transfers included in schedules of amended avoidance complaints. | 6.2 | $ 1,367.10 |
| Lazarus, Jordan | 8/9/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence and telephone calls with J. Welby re: sourcing of Schedule A's for new avoidance action claims. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 8/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of transactions with ▆▆▆ ▆ Bank. | 0.8 | $ 414.00 |
| Welby, Jackie | 8/9/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Sourcing and quality control procedures for Schedule A avoidance schedules. | 8.3 | $ 1,830.15 |
| Parizek, Pam | 8/9/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review communications re: alter ego claims and status updates on avoidance actions. | 0.2 | $ 142.40 |
| Welby, Jackie | 8/10/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compilation of supporting documentation for avoidance actions. | 2.5 | $ 551.25 |
| Welby, Jackie | 8/10/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Sourcing and quality control procedures for Schedule A avoidance schedules. | 0.8 | $ 176.40 |
| Lomas, Adam | 8/11/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Incorporate ▆▆▆▆ Inc bank account transactions into master transaction file; related transaction analysis. | 0.8 | $ 414.00 |
| Lomas, Adam | 8/11/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Quantification of transfers with respect to list of potential new/additional alter ego entities provided by Paul Hastings [D. Barron]. | 1.9 | $ 983.25 |

8

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 8/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 103.50 |
| Lomas, Adam | 8/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ███ | 0.7 | $ 362.25 |
| Lomas, Adam | 8/11/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Incorporate ████████ ███ bank account transactions into master transaction file; related transaction analysis. | 1.1 | $ 569.25 |
| Lomas, Adam | 8/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: additional Rule 2004 subpoena targets. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 8/12/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare and compile payment information for inclusion in Schedule A's for avoidance actions. | 0.7 | $ 362.25 |
| Parizek, Pam | 8/12/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review summary of transfers from entities included in the August omnibus alter ego complaint. | 0.2 | $ 142.40 |
| Lazarus, Jordan | 8/12/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Phone calls and correspondence with Kroll team re: avoidance action complaints and related matters. | 0.4 | $ 207.00 |
| Barker, James | 8/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence P.Linsey and research into the ████ ███ ███ | 0.8 | $ 511.20 |
| Lomas, Adam | 8/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Quantification of transfers with respect to list of potential new/additional alter ego entities provided by Paul Hastings [D. Barron]. | 1.2 | $ 621.00 |
| Levenson, Patrick | 8/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted address tracing research. | 3.0 | $ 1,134.00 |
| Lomas, Adam | 8/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to payments to Amazon and/or ████████ from ████████████ Inc bank accounts. | 0.5 | $ 258.75 |
| Lomas, Adam | 8/12/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to Paul Hastings [D. Barron] re: summary of transfers from entities to be considered for inclusion in new omnibus alter ego complaint. | 0.6 | $ 310.50 |
| Lazarus, Jordan | 8/12/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with Kroll team and NPM re: contact information for avoidance action defendants and related matters. | 0.9 | $ 465.75 |
| Lomas, Adam | 8/12/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review of addresses for new avoidance defendants and related follow-up research. | 0.7 | $ 362.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 8/12/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Finalize second batch of schedules of pre- and post-petition transfers to be included as exhibits in amended avoidance action complaints; compose related email to NPM Law [P. Linsey]. | 1.4 | $ 724.50 |
| Lazarus, Jordan | 8/12/2024 | HCHK Adversary Proceeding | Investigations | Continued analysis of ███████ ████ financial transactions. | 0.4 | $ 207.00 |
| Lomas, Adam | 8/13/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Revisions to schedules of transfers for amended avoidance complaints, per request of NPM Law [P. Linsey.] | 0.4 | $ 207.00 |
| Lazarus, Jordan | 8/13/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with Kroll team and NPM re: contact information for avoidance action defendants and related matters. | 1.3 | $ 672.75 |
| Parizek, Pam | 8/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review payments to transferees from ████████ and ████████ accounts. | 0.1 | $ 71.20 |
| Levenson, Patrick | 8/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted address tracing research. | 2.2 | $ 831.60 |
| Lomas, Adam | 8/13/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Research as to confidentiality of documents relied upon for new/additional avoidance complaints; compose related email to NPM Law [P. Linsey]. | 1.4 | $ 724.50 |
| Lomas, Adam | 8/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to transfers to ████████████████████; compose related response to inquiry from NPM Law [P. Linsey]. | 1.0 | $ 517.50 |
| Barker, James | 8/13/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with C.Ives re avoidance defendant research | 0.5 | $ 319.50 |
| Lomas, Adam | 8/13/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review email from Paul Hastings [D. Barron] with respect to certain flow of funds re: ████████ ████████ ████████ related reconciliation of amounts/details in email to master transaction file; compose related email response to D. Barron. | 1.9 | $ 983.25 |
| Lomas, Adam | 8/13/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from Paul Hastings [D. Barron] re: transfers between ████████ and ████████ | 0.5 | $ 258.75 |
| Lazarus, Jordan | 8/13/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare and compile payment information for inclusion in Schedule A's for avoidance actions. | 4.1 | $ 2,121.75 |
| Lazarus, Jordan | 8/13/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review address and related contact information for avoidance action defendants. | 0.8 | $ 414.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 8/13/2024 | HCHK Adversary Proceeding | Investigations | Respond to inquiry from Paul Hastings [D. Barron] re: transfers between ███ and the ███ | 0.4 | $ 207.00 |
| Levenson, Patrick | 8/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted address tracing research. | 0.8 | $ 302.40 |
| Lazarus, Jordan | 8/14/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review address and related contact information for avoidance action defendants. | 0.7 | $ 362.25 |
| Parizek, Pam | 8/14/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review list of transferees for new avoidance actions. | 0.2 | $ 142.40 |
| Lazarus, Jordan | 8/14/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with Kroll team and NPM re: contact information for avoidance action defendants and related matters. | 0.6 | $ 310.50 |
| Lazarus, Jordan | 8/15/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review address and related contact information for avoidance action defendants. | 0.7 | $ 362.25 |
| Lazarus, Jordan | 8/15/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with Kroll team and NPM re: contact information for avoidance action defendants and related matters. | 0.4 | $ 207.00 |
| Lomas, Adam | 8/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiries from NPM Law [P. Linsey and K. Mitchell] re: ███ related correspondence with internal Kroll team. | 0.6 | $ 310.50 |
| Parizek, Pam | 8/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Review Paul Hastings request for ███ task assignment re: same, review results and provide to Paul Hastings. | 0.2 | $ 142.40 |
| Barker, James | 8/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Research into ███ vehicle with assistance from P.Levenson | 0.7 | $ 447.30 |
| Levenson, Patrick | 8/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted vehicle ownership research. | 0.9 | $ 340.20 |
| Lomas, Adam | 8/15/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Working meeting via Zoom with Paul Hastings [D. Barron] re: transfer data with respect to various entities considered for possible inclusion in new omnibus alter ego complaint. | 1.0 | $ 517.50 |
| Lomas, Adam | 8/15/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: breakdown of original and amended pre- and post-petition transfers to ███ | 0.3 | $ 155.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 8/15/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiries from Paul Hastings [D. Barron] re: re: documents underlying certain transfers involving ███ | 0.9 | $ 465.75 |
| Parizek, Pam | 8/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Review financial transactions for ███ property. | 0.1 | $ 71.20 |
| Lazarus, Jordan | 8/19/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of ███ invoices for numerous entities. | 1.9 | $ 983.25 |
| Lazarus, Jordan | 8/19/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with NPM re: analysis of ███ invoices and related matters. | 0.3 | $ 155.25 |
| Lazarus, Jordan | 8/19/2024 | General Debtor Representation | Fee/Employment Applications | Update July 2024 fee application; correspondence with Kroll team re: same. | 0.5 | $ 258.75 |
| Parizek, Pam | 8/20/2024 | General Debtor Representation | Fee/Employment Applications | Review compilation of July 2024 Fee Statement documents, make additional redactions, provide to Paul Hastings for filing. | 1.0 | $ 712.00 |
| Lazarus, Jordan | 8/20/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with A. Lomas re: avoidance action analysis and related matters. | 0.2 | $ 103.50 |
| Lomas, Adam | 8/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ███ compile related bank documents. | 0.9 | $ 465.75 |
| Lomas, Adam | 8/21/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [K. Mitchell] re: questions with respect to documents recently produced by ███ | 0.4 | $ 207.00 |
| Lomas, Adam | 8/21/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ███ Inc; related telephone conservation with P. Linsey re: same. | 0.8 | $ 414.00 |
| Lomas, Adam | 8/21/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of new/additional documents produced by ███ and ███ | 0.8 | $ 414.00 |
| Lomas, Adam | 8/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Instructions to M. Bottos for review of bank documents for farm related bank account information. | 0.5 | $ 258.75 |
| Lazarus, Jordan | 8/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, P. Parizek, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], K. Mitchell, and P. Linsey re: ███ ███ and payment analysis. | 0.7 | $ 362.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Bottos, Madison | 8/22/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review and analysis of wire data and other support to identify the banks and account numbers associated with certain transfers to suspected farm entities. | 1.0 | $ 220.50 |
| Lomas, Adam | 8/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: known or suspected accounts at ████████. | 0.1 | $ 51.75 |
| Lomas, Adam | 8/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: additional banks to possibly include in new Rule 2004 motion. | 0.4 | $ 207.00 |
| Lomas, Adam | 8/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: next steps with respect to ongoing investigations and avoidance action analysis with Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song], NPM Law [P. Linsey], and P. Parizek, J. Lazarus, and J. Barker. | 0.7 | $ 362.25 |
| Parizek, Pam | 8/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare agenda [.1] and attend weekly call with A. Lomas, J. Lazarus, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song] and NPM Law [P. Lindsay, K. Mitchell] re: ████████ ████████ and payment analysis [.7]. | 0.8 | $ 569.60 |
| Barker, James | 8/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Attend weekly call with A. Lomas, J. Lazarus, P. Parizek, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song] and NPM Law [P. Lindsay, K. Mitchell] re: ████████ ████████ and payment analysis. | 0.6 | $ 383.40 |
| Parizek, Pam | 8/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Review article re: ████████ ████████ compare to avoidance action spreadsheets, email Kroll team re: same and prep for weekly call. | 0.7 | $ 498.40 |
| Lomas, Adam | 8/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: ████████ bank accounts. | 0.7 | $ 362.25 |
| Lomas, Adam | 8/23/2024 | Mahwah Adversary Proceeding | Investigations | Instructions to M. Bottos re: a summary of the use of Debtor-related funds transferred to ████ LLC, per request from Paul Hastings. | 0.3 | $ 155.25 |
| Bottos, Madison | 8/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of wire data and other support to identify the banks and account numbers associated with certain transfers to suspected farm entities. | 4.6 | $ 1,014.30 |
| Bottos, Madison | 8/23/2024 | Mahwah Adversary Proceeding | Investigations | Summary and analysis of funds transferred to ████ LLC. | 2.1 | $ 463.05 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 8/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.6 | $ 310.50 |
| Lomas, Adam | 8/25/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of ▓▓▓ transaction activity; related updates to master transaction file. | 0.4 | $ 207.00 |
| Lomas, Adam | 8/25/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of ▓▓▓ transaction activity; related updates to master transaction file. | 0.6 | $ 310.50 |
| Lomas, Adam | 8/26/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of ▓▓▓ transaction activity; related updates to master transaction file. | 0.9 | $ 465.75 |
| Lomas, Adam | 8/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: mechanics of transfers to ▓▓▓ Limited; related review and analysis of underlying bank documents. | 1.3 | $ 672.75 |
| Bottos, Madison | 8/26/2024 | Mahwah Adversary Proceeding | Investigations | Summary and analysis of funds transferred to ▓▓▓ LLC. | 2.2 | $ 485.10 |
| Parizek, Pam | 8/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Coordination with data technolgy team regarding ▓▓▓ | 0.2 | $ 142.40 |
| Bottos, Madison | 8/27/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review of ▓▓▓ account transactions; related updates to master transaction file. | 0.9 | $ 198.45 |
| Lomas, Adam | 8/27/2024 | Mahwah Adversary Proceeding | Investigations | Review and analysis of payments made by ▓▓▓ LLC in connection with the | 1.2 | $ 621.00 |
| Lomas, Adam | 8/27/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of transfers to/from ▓▓▓ in order to help identify relevant bank account information. | 0.3 | $ 155.25 |
| Parizek, Pam | 8/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Rview A. Lomas summary of ▓▓▓ | 0.1 | $ 71.20 |
| Lomas, Adam | 8/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [K. Mitchell] re: additional requests with respect to known/suspected international accounts at ▓▓▓ related review of bank records related to transfers to/from accounts at overseas ▓▓▓ banks. | 2.1 | $ 1,086.75 |
| Lomas, Adam | 8/27/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Incorporate ▓▓▓ bank account transactions into master transaction file. | 0.3 | $ 155.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 8/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Reconciliation of Debtor-related accounts per Kwok criminal trial exhibits to working inventory of known/identified Debtor-related bank accounts in order to identify financial institutions to which amended Rule 2004 subpoenas may be issued. | 1.3 | $ 672.75 |
| Lomas, Adam | 8/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.4 | $ 207.00 |
| Parizek, Pam | 8/28/2024 | Mahwah Adversary Proceeding | Investigations | Review A. Lomas summary of ███ ███████ | 0.3 | $ 213.60 |
| Lomas, Adam | 8/28/2024 | Mahwah Adversary Proceeding | Investigations | Prepare schedule summarizing funds apparently held in ████████ LLC ████████ account and related to the ███████████████ compose related email to Paul Hastings and NPM Law counsel teams. | 0.8 | $ 414.00 |
| Lomas, Adam | 8/28/2024 | Mahwah Adversary Proceeding | Investigations | Review and analysis of payments made by ██████ LLC in connection with the | 3.8 | $ 1,966.50 |
| Bottos, Madison | 8/28/2024 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review of ██████ ███████ account transactions; related updates to master transaction file. | 3.9 | $ 859.95 |
| Barker, James | 8/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct research and analysis on ████ property | 0.3 | $ 191.70 |
| Parizek, Pam | 8/29/2024 | Asset Recovery Investigation and Litigation | Case Administration | Confer Kroll, Paul Hastings team re: status update, deferral of weekly meeting. | 0.1 | $ 71.20 |
| Lomas, Adam | 8/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: schedule for transfer to ████████ | 0.1 | $ 51.75 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 8/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Reconcile bank account datafiles to identify additional accounts to request/subpoena from banks; related Relativity document review. | 1.7 | $ 879.75 |
| Lomas, Adam | 8/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: documents underlying transfers to Hing Chi Ngok. | 0.4 | $ 207.00 |
| Lomas, Adam | 8/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: schedule for transfer to ███████ | 0.2 | $ 103.50 |
| **Total Hours and Amount:** | | | | | **201.9** | **$ 94,007.30** |