**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HO WAN KWOK, *et al*. | ) ) | Case No. 22-50073 (JAM) |
| Debtors. | ) ) ) | (Jointly Administered) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF CLINTON CAMERON**

Pursuant to Local Civil Rule of the United States District Court for the District of Connecticut 83.1(d), incorporated by Local Rule of Bankruptcy Procedure 1001-1, the undersigned, a member of the Bar of this Court and Senior Counsel with the firm of Clyde & Co US LLP, respectfully moves the Court to admit attorney Clinton E. Cameron, a member of Bar of the State of Illinois, *pro hac vice* to represent Harcus Parker Limited, a defendant in the related adversary proceeding, *Luc A. Despins, Chapter 11 Trustee v. Harcus Parker Limited,* Adv. Proc. Case No. 24-05163, related to the above-captioned Chapter 11 case, and in support represent the following:

1. Attorney Cameron's primary office is Clyde & Co US LLP, 30 S Wacker Drive, Suite 2600, Chicago, IL 60606. His telephone number is (312) 635-6938, and his email address is Clinton.cameron@clydeco.us.

2. Mr. Cameron is a member in good standing in the other state and federal jurisdictions set forth in his declaration, attached as Exhibit A.

3. To the best of my knowledge and belief, Attorney Cameron is a member of good standing of the courts listed in his declaration, has no pending disciplinary complaints, has not been denied admission to, been disciplined by, resigned from, surrendered a license to practice

before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

4. To the best of my knowledge and belief, Attorney Cameron has reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. Attorney Cameron has submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

6. Service of all papers directed to Harcus Parker Limited may be upon the undersigned, pursuant to Rule 83.1(e) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut.

October 14, 2024
Boston, Massachusetts

*/s/ Peter C. Netburn*
Peter C. Netburn (ct28874)
Peter.netburn@clydeco.us
CLYDE & CO US LLP
265 Franklin Street, Suite 802
Boston, MA  02110-3113
(617) 728-0050
*Counsel for Harcus Parker Limited*

## CERTIFICATE OF SERVICE

This will certify that on October 14, 2024 a copy of the foregoing Motion for Admission *Pro Hac* Vice of Clinton Cameron was filed electronically to all parties of record. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Peter C. Netburn*
Peter C. Netburn (ct28874)