## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>              Plaintiff,<br><br>v.<br><br>HARCUS PARKER LIMITED,<br><br>              Defendant. | Adv. Proceeding No. 24-05163 |

### DECLARATION OF CLINTON E. CAMERON IN SUPPORT OF MOTION FOR ADMISSION AS A VISITING ATTORNEY

Pursuant to 28 U.S.C. § 1746, Clinton E. Cameron testifies as follows in support of the motion to permit him to practice as a visiting attorney in the above-captioned case.

1. I am a partner in the law firm of Clyde & Co US LLP, principally practicing in the firm's Chicago office. The address for the office is 30 S. Wacker Dr., Suite 2600, Chicago, IL 60606. My telephone number is (312) 635-6950, and my email address is clinton.cameron@clydeco.us.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2.	Pursuant to Local Rule of the United States District Court for the District of Connecticut 83.1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bars of the Supreme Court of Illinois (ARDC # 6274397). The State Bar of Michigan (P45567), and the District of Columbia Bar (439620). I am also admitted and in good standing as a member of the bar of the United States District Courts for: (1) the Northern District of Illinois; (2) the Central District of Illinois; (3) the Southern District of Illinois; (4) the Western District of Michigan; (5) the Eastern District of Michigan; (6) the District of Columbia; (7) the Northern District of Indiana; (8) the Southern District of Indiana; and (9) the Eastern District of Wisconsin. I am admitted and in good standing as a member of the bars of the United States Courts of Appeals for the: (1) Second Circuit; (2) Sixth Circuit; (3) Seventh Circuit; (4) Ninth Circuit; and (5) District of Columbia Circuit. I am also a member in good standing of the bar of the Supreme Court of the United States.

3.	I have no pending disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

4.	I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case and I also certify that I am generally familiar with this Court's Local Rules and have reviewed the Federal Rules of Civil and Criminal Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. I designate my sponsoring attorney, Peter C. Netburn (ct28874), Clyde & Co US LLP, 265 Franklin Street, Suite 802, Boston MA 02110, (617) 728-0050, peter.netburn@clydeco.us, as my agent for the service of process.

6. I further certify that the fee of $200 has been paid to the Clerk's Office of the United States District Court of the District of Connecticut prior to the filing of this motion and that this Court will receive a certificate of good standing from the Illinois Attorney Registration and Disciplinary Commission within 60 days of admission.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 10, 2024

_____
Clinton E. Cameron