**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                          :
In re:                                    :   Chapter 11
                                          :
HO WAN KWOK, et al.,¹                     :   Case No. 22-50073 (JAM)
                                          :
                    Debtors.              :   (Jointly Administered)
                                          :
-------------------------------------------------------x
```

**NOTICE OF FILING OF INVOICES OF ACHESON DOYLE PARTNERS**
**ARCHITECTS, P.C. FOR ARCHITECTURAL SERVICES DURING SEPTEMBER 2024**

      **PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever*

*Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order*

*Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry*

*Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation

Project Order"),² attached hereto as **Exhibit A** is Acheson Doyle's invoice, dated October 7,

2024 (the "Remediation Project Invoice"), related to services performed by Acheson Doyle in

connection with the Remediation Project during the month of September 2024 (as further

detailed in the Remediation Project Invoice).

      **PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever*

*Holdings LLC's Motion, Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy*

---

¹    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

²    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Project Order or the Cleaning Project Order (as defined below), as applicable.

*Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Related Relief* (the "Cleaning Project Order"),[3] attached hereto as **Exhibit B** is Acheson Doyle's invoice, dated October 7, 2024 (the "Cleaning Project Invoice" and, together with the Remediation Project Invoice, the "Invoices"), related to services performed by Acheson Doyle in connection with the Cleaning Project during the month of September 2024 (as further detailed in the Cleaning Project Invoice).

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Remediation Project Order and the Cleaning Project Order, as applicable, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the Invoices and (b) if no timely objections to the Invoice(s) are filed with the Court, Genever Holdings LLC is authorized to pay such Invoice(s) without further Court order.

Dated:    October 14, 2024          GENEVER HOLDINGS LLC
          New York, New York

                                     By: */s/ G. Alexander Bongartz*
                                          G. Alexander Bongartz (admitted *pro hac vice*)
                                          PAUL HASTINGS LLP
                                          200 Park Avenue
                                          New York, New York 10166
                                          (212) 318-6000
                                          alexbongartz@paulhastings.com

                                              *and*

                                          Nicholas A. Bassett (admitted *pro hac vice*)
                                          PAUL HASTINGS LLP
                                          2050 M Street NW
                                          Washington, D.C., 20036
                                          (202) 551-1902
                                          nicholasbassett@paulhastings.com

---

[3]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Project Order or the Cleaning Project Order (as defined below), as applicable.

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------x
                                  :

In re:                           :    Chapter 11
                                 :

HO WAN KWOK, *et al.*,[1]    :    Case No. 22-50073 (JAM)
                                 :

           Debtors.        :    (Jointly Administered)
                                 :
---------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:     October 14, 2024
           New York, New York

                            By: */s/ G. Alexander Bongartz*
                                 G. Alexander Bongartz (admitted *pro hac vice*)
                                 PAUL HASTINGS LLP
                                 200 Park Avenue
                                 New York, New York 10166
                                 (212) 318-6079
                                 alexbongartz@paulhastings.com

                                 *Counsel for Genever Holdings LLC*

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## <u>Exhibit A</u>

**Remediation Project Invoice**



**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**info@adparchitects.com**
**212.414.4500**

# INVOICE

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

October 07, 2024
Project No:        52302.10
Invoice No:       25230

| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY - Genever Holdings LLC Apt 1801 - Apartment Stabilization Project |
|---|---|---|

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from September 01, 2024 to September 30, 2024**

Phase        04        Scope of Work Item D: Construction Administration

Fee is billed hourly; estimate $20,000/month

- Project Administration (September 2024):
  Project close-out coordination; review Sciame Homes invoice; review status of Special Inspection Report (TR-1); review DOB Letter of Completion procedure

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Principal |  |  |  |  |
| Acheson, David | 3.00 | 400.00 | 1,200.00 |  |
| Project Manager |  |  |  |  |
| Snyder, Brendon | 1.00 | 320.00 | 320.00 |  |
| Totals | 4.00 |  | 1,520.00 |  |
| **Total Labor** |  |  |  | **1,520.00** |
| **Total this Phase** |  |  |  | **$1,520.00** |

Phase        RE        Reimbursable Expenses

**Reimbursable Expenses**

| Brendon Snyder |  |  |  |  |
|---|---|---|---|---|
| 8/31/2024 | Brendon Snyder | 8/12 - Travel to Job Site | 5.80 |  |
| **Total Reimbursables** |  | **1.1 times** | **5.80** | **6.38** |
| **Total this Phase** |  |  |  | **$6.38** |
| **Total Due This Invoice** |  |  |  | **$1,526.38** |

Thank you for your prompt payment.

| Project | 52302.10 | S/N- Genever Holdings LLC Apt 1801 | Invoice | 25230 |

# Billing Backup

Tuesday, October 08, 2024

Acheson Doyle Partners Architects, P.C.        Invoice 25230 Dated 10/7/2024                    11:07:44 AM

| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY - Genever Holdings LLC Apt 1801 - Apartment Stabilization Project |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Phase | 04 | Scope of Work Item D: Construction Administration | | |
|---|---|---|---|---|
| | | | **Total this Phase** | **$1,520.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Phase | RE | Reimbursable Expenses |

**Reimbursable Expenses**

Brendon Snyder

| AP | 34141 | 8/31/2024 | Brendon Snyder / 8/12 - Travel to Job Site / Invoice: 20240831, 8/31/2024 | | 5.80 | |
|---|---|---|---|---|---|---|
| | | **Total Reimbursables** | | **1.1 times** | **5.80** | **6.38** |
| | | | **Total this Phase** | | | **$6.38** |
| | | | **Total this Project** | | | **$1,526.38** |
| | | | **Total this Report** | | | **$1,526.38** |



EXPENSE REPORT

| | |
|---|---|
| Name | Brendon Snyder |
| Project Name | SN Apt. 1801 |
| Project Number | 52302.10    Re |
| Date | 8/31/2024 |

| Date | Purpose | Milage (mi) | Milage Cost | Taxi | Parking | Food | Subway | Misc. | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 8/12/24 | Travel to site - MTA OMNY | | | | | | $  2.90 | | $      2.90 |
| 8/12/24 | Travel from site - MTA OMNY | | | | | | $  2.90 | | $      2.90 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Totals | | | $    - | $    - | $    - | $    - | $  5.80 | $   - | $      5.80 |

Amount Due Employee      $      5.80

**<u>Exhibit B</u>**

**Cleaning Project Invoice**



**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**info@adparchitects.com**
**212.414.4500**

# INVOICE

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

October 07, 2024
Project No:        52402.02
Invoice No:        25231

| Project | 52402.02 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY - Genever Holdings LLC Apt 1804 - Ceiling Removal Project |
|---|---|---|

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from September 01, 2024 to September 30, 2024**

| Phase | 03 | Construction Administration |
|---|---|---|

Fee is billed hourly & estimated to be $10,000/month

- Construction Administration (September 2024):
  Review Sciame Home invoices; review Skyline Windows installation; review painting proposals

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Principal |  |  |  |  |
| Acheson, David | 3.00 | 400.00 | 1,200.00 |  |
| Totals | 3.00 |  | 1,200.00 |  |
| **Total Labor** |  |  |  | **1,200.00** |
| **Total this Phase** |  |  |  | **$1,200.00** |
| **Total Due This Invoice** |  |  |  | **$1,200.00** |

Thank you for your prompt payment.

Project          52402.02                    S/N- Genever Holdings LLC Apt 1804              Invoice          25231

# Billing Backup

Tuesday, October 08, 2024

Acheson Doyle Partners Architects, P.C.          Invoice 25231 Dated 10/7/2024                    11:10:17 AM

Project          52402.02              The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -
                                       Genever Holdings LLC Apt 1804 - Ceiling Removal Project

Phase            03                    Construction Administration

|  |  |
|---|---|
| **Total this Phase** | **$1,200.00** |
| **Total this Project** | **$1,200.00** |
| **Total this Report** | **$1,200.00** |