UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
: 
In re: : Chapter 11
:
HO WAN KWOK *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
: Re: ECF No. 3565
---------------------------------------------------------x

**ORDER GRANTING MOTION
TO LIMIT NOTICE OF MOTIONS PURSUANT TO BANKRUPTCY RULE 9019
REGARDING MEDIATED/AVOIDANCE CLAIM SETTLEMENTS**

The Court having considered the motion [ECF No. 3565] (the "Motion") seeking to limit service of any motions filed by the Trustee pursuant to Bankruptcy Rule 9019 ("Mediation/Avoidance 9019 Motions") requesting approval of Mediated Settlements[2] and any other settlements that resolve claims asserted solely under sections 544, 547, 548, 549, and 550 of the Bankruptcy Code and analogous state law claims to certain notice parties, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of Connecticut; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Estate, its creditors, and other parties

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion.

in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be given; and upon all of the proceedings had before this Court; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and a hearing held October 8, 2024, and sufficient cause appearing therefor, it is hereby ORDERED THAT

1. The Motion is granted as set forth herein.

2. Any Mediation/Avoidance 9019 Motions and notice of any hearings scheduled with respect to same need only be served upon:

    i. the United States Trustee;

    ii. counsel for the Debtor;

    iii. counsel for the Committee;

    iv. the counterparty to any settlement addressed by the Mediation/Avoidance 9019 Motion, which counterparty may be served via its counsel;

    v. by electronic filing utilizing CM/ECF, to all appearing parties that utilize the CM/ECF system; and

    vi. any party who requested notice in the Chapter 11 Case but is unable to accept electronic filing as indicated on the Notice of Electronic Filing

3. For the avoidance of doubt, if a Mediation/Avoidance 9019 Motion is filed under seal, the redacted version of the 9019 Motion filed on the public docket shall be served upon the Notice Parties.

4. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5.       This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 15th day of October, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut