UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: <br><br> HO WAN KWOK, *et al.*[1] <br><br> Debtors. | Chapter 11 Case No. <br><br> 22-50073 (JAM) <br><br> October 15, 2024 |

### PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO PERMIT COUNSEL TO APPEAR REMOTELY FOR OCTOBER 15, 2024 HEARING

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), by and thorough its undersigned counsel, respectfully moves (this "Motion") the Court for permission for Attorney Patrick Birney of Robinson + Cole LLP ("R+C") to appear remotely on behalf of PAX at the hearing currently scheduled for Tuesday, October 15, 2024.  In support of the Motion, PAX respectfully states as follows:

### JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) ("Kwok" or the "Individual Debtor"), Genever Holdings Corporation ("Genever BVI"), and Genever Holdings LLC (last four digits of tax identification number: 8202) ("Genever US").  The mailing address for the Trustee, Genever BVI, and Genever US is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

III of the United States Constitution. The statutory bases for the relief sought herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1001.

## BACKGROUND AND REQUESTED RELIEF

2. The Court scheduled a hearing in the above-captioned case for October 15, 2024 at 1:00 PM (the "Hearing"). PAX has not filed papers concerning any of the matters on the calendar for the Hearing but given the numerous interests in this case, counsel will be in attendance.

3. The Court has permitted defendants in certain related adversary proceedings to appear remotely for purposes of observation only. *See* Adv. Pro. 24-5249, Dkt. No. 93; Adv. Pro. 24-5273, Dkt. Nos. 117 & 118.

4. Counsel to PAX respectfully requests permission for counsel to attend the Hearing via the Court's ZOOM.Gov platform for purposes of observation only.

## CONCLUSION

WHEREFORE, PAX respectfully requests that counsel be permitted to appear remotely before this Court on October 15, 2024 at 1:00 PM.

*[Signature on following page]*

| | |
|---|---|
| Dated: October 15, 2024<br>Hartford, Connecticut | **Pacific Alliance Asia Opportunity Fund L.P.**<br><br>*By: /s/ Patrick M. Birney*<br>Patrick M. Birney (CT No. 19875)<br>Annecca H. Smith (CT No. 31148)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com<br>            asmith@rc.com<br><br>-and-<br><br>Peter Friedman (admitted *pro hac vice*)<br>Stuart M. Sarnoff (admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: pfriedman@omm.com<br>            ssarnoff@omm.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2024, a copy of the foregoing was filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties in interest may access this document through the court's CM/ECF System.

      */s/ Patrick M. Birney*
      Patrick M. Birney

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*[1]<br><br>               Debtors. | Chapter 11 Case No.<br><br>22-50073 (JAM) |

## [PROPOSED] ORDER GRANTING PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO PERMIT COUNSEL TO APPEAR REMOTELY FOR OCTOBER 15, 2024 HEARING

Upon consideration of *Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Permit Counsel to Appear Remotely for October 15, 2024 Hearing* (the "Motion"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having found this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and it appearing that cause exists to grant the relief sought in the Motion; it is hereby

ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED as set forth herein.

2. Counsel for PAX is hereby granted leave to appear remotely at the hearing scheduled for Tuesday, October 15, 2024.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) ("Kwok" or the "Individual Debtor"), Genever Holdings Corporation ("Genever BVI"), and Genever Holdings LLC (last four digits of tax identification number: 8202) ("Genever US"). The mailing address for the Trustee, Genever BVI, and Genever US is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

      3.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: _____, 2024
Bridgeport, Connecticut

                                                                  _____
                                                                  HONORABLE JULIE A. MANNING
                                                                  UNITED STATES BANKRUPTCY JUDGE