**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                             :

In re:                                  :      Chapter 11
                                             :

HO WAN KWOK, *et al.*,[1]      :      Case No. 22-50073 (JAM)
                                             :

           Debtors.            :      (Jointly Administered)
---------------------------------------------------------x

**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE TO <u>INCREASE CAP ON FUNDING OF EXPENSES OF MAHWAH MANSION</u>**

Upon the motion (the "<u>Motion</u>"),[2] filed by Luc A. Despins, in his capacity as the chapter 11 trustee (the "<u>Trustee</u>") appointed in the chapter 11 case of Ho Wan Kwok (the "<u>Debtor</u>"), requesting that the Court increase the Expenses Cap under the *Order Granting Amended Emergency Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Trustee to Fund Maintenance of Mahwah Mansion and for Related Relief* [ECF No. 3422] (the "<u>Funding Order</u>"), and the Trustee having given notice to the Notice Parties consistent with the Funding Order, and it appearing that the requested adjustment of the Expenses Cap is in the the best interests of the Debtor's estate and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, and after a hearing held on October 15, 2024, it is hereby ORDERED THAT:

    1.        The Motion is GRANTED as set forth herein.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not expressly defined herein adopt the definitions set forth in the Motion.

2. The Expenses Cap is increased by $700,000 to an adjusted cap of $1 million (the "Adjusted Expenses Cap").

3. The Adjusted Expenses Cap shall be subject to increase by further order of the Court pursuant to the terms and procedures in the Funding Order.

4. Except as expressly modified by this Order, the Funding Order shall remain in full force and effect.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 15th day of October, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut