**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, et al., | ) | Case No. 22-50073 (JAM) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

## SECOND FEE APPLICATION COVERSHEET

| | |
|---|---|
| Interim Application of: | Eisner Advisory Group LLC |
| Time Period: | From: May 1, 2024   To: August 31, 2024 |
| Date of Entry of Retention Order: | December 7, 2023, effective as of October 23, 2023 [Docket No. 2424] |

**Amounts Requested**
Fees: $81,744.00
Expenses: $0.00
Total: $81,744.00

**Reductions:**
Voluntary Fee Reductions: Not applicable
Voluntary Expense Reductions: Not applicable

**Fees Previously Requested:**
Requested Fees: $66,976.00
Awarded Fees: $65,600.00
Paid Fees: $65,600.00

**Retainer Request:**
None.

**Expenses Previously Requested:**
Requested Expenses: $0.00
Awarded Expenses: $0.00
Paid Expenses: $0.00

**Expense Detail:**
Retainer Received: Not applicable

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**FEE REQUESTS TO DATE**

| Date Submitted/ Docket No. | Period Covered | Requested Fees | Requested Expenses | Fees Awarded and Paid; Court Order | Expenses Awarded and Paid; Court Order | Amount Owing |
|---|---|---|---|---|---|---|
| 06/24/2024 [Docket No. 3274] | 10/23/2023 – 04/30/2024 | $66,976.00 | $0 | $65,600.00 [Docket No. 3354] | $0 | $0 |

**HOURS AND RATES PER PROFESSIONAL[2]**

**May 1, 2024 Through July 31, 2024**

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Anthony Calascibetta | Partner | $675.00 | 16.8 | $11,340.00 |
| Daniel Gibson | Partner | 690.00 | 6.3 | 4,347.00 |
| Jay Lindenberg | Director | 650.00 | 54.7 | 35,555.00 |
| Andal Iyengar | Senior Manager | 525.00 | 18.6 | 9,765.00 |
| Mandy Zhao | Manager | 430.00 | 5.9 | 2,537.00 |
| Amanda Sarwan-Jones | Paraprofessional | 220.00 | 1.5 | 330.00 |
| **Total:** | | | **103.8** | **$63,874.00** |
| **Blended Rate:** | | | | **$615.36** |

---

[2]    Please note that the timekeeper summary tables have been divided according to pre-August 1, 2024 Eisner rates and post-August 1, 2024 Eisner rates.

**August 1, 2024 Through August 31, 2024**

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Anthony Calascibetta | Partner | $700.00 | 5.8 | $4,060.00 |
| Daniel Gibson | Partner | 750.00 | 1.7 | 1,275.00 |
| Jay Lindenberg | Director | 650.00 | 11.6 | 7,540.00 |
| Andal Iyengar | Senior Manager | 570.00 | 8.5 | 4,845.00 |
| Mandy Zhao | Manager | 450.00 | 0.4 | 180.00 |
| **Total:** | | | **28.0** | **$17,900.00** |
| **Blended Rate:** | | | | **$639.29** |

## **EXPENSE SUMMARY**

| Expenses Category | Total Expenses |
|---|---|
| Not applicable | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al., | Case No. 22-50073 (JAM) |
| Debtors.[1] | (Jointly Administered) |

**SECOND INTERIM FEE APPLICATION OF EISNER ADVISORY GROUP LLC, AS TAX ADVISOR TO TRUSTEE AND GENEVER DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024**

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order (I) Authorizing and Approving Retention and Employment of Eisner Advisory Group LLC, as Tax Advisors, Effective as of October 23, 2023, and (II) Granting Related Relief,* dated December 7, 2023 [D.I. 2424] (the "Retention Order"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Connecticut (the "Local Bankruptcy Rules"), Eisner Advisory Group LLC ("Eisner"),  tax advisors for the Trustee and the Genever Debtors (each as defined below), hereby files this second interim fee application (this "Application") for compensation in the amount of $81,744.00 for the reasonable and necessary professional services

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Eisner rendered to the Trustee and the Genever Debtors from May 1, 2024 through August 31, 2024 (the "Compensation Period").  In support of the Application, Eisner respectfully states as follows:

## Jurisdiction and Venue

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue in the Court is proper pursuant to 28 U.S.C. § 1408.

3.      The bases for the relief requested herein are sections 328, 330, 331 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

## Background

### I.    Individual Debtor's Chapter 11 Case

4.      On February 15, 2022, (the "Petition Date"), Ho Wan Kwok (the "Individual Debtor") filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

5.      On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") in the Chapter 11 Case. No examiner has been appointed in the Chapter 11 Cases.

6.      On June 15, 2022, the Court entered a memorandum of decision and order [Docket No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the chapter 11 case of Ho Wan Kwok. Pursuant to the Trustee Order, the United States Trustee selected Luc. A. Despins as the Trustee.  On July 8, 2022, the Court entered an order granting the appointment of Luc. A. Despins as the Trustee ("Trustee") in the Chapter 11 Case of Ho Wan Kwok.

7.       By order entered December 7, 2023, the Court authorized Eisner's retention as tax advisors in these chapter 11 cases [Docket No. 2424] (the "Retention Order"), effective as of October 23, 2023.  The Retention Order authorizes Eisner to be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket expenses pursuant to sections 328 and 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and such orders as the Court may direct.

## II.     Genever (BVI)'s Chapter 11 Case

8.       On October 11, 2022, Genever Holdings Corporation ("Genever (BVI)") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

9.       No trustee or official committee of unsecured creditors has been appointed in Genever (BVI)'s chapter 11 case.

10.      On October 14, 2022, the Court entered an Order granting joint administration of the Individual Debtor's chapter 11 case and Genever (BVI)'s chapter 11 case [Docket no. 970].

11.      On December 7, 2023, the Court granted the Trustee's application to retain Eisner as the tax advisors in the Genever (BVI) chapter 11 case, effective as of October 23, 2023, [Docket No. 2424].

## III.    Genever (US)'s Chapter 11 Case

12.      On October 12, 2020, Genever Holdings, LLC ("Genever (US)" and, together with Genever (BVI), the "Genever Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court"), thereby commencing case number 20-12411 (JLG) (the "SDNY Bankruptcy Case").

13.     On November 3, 2022, the SDNY Bankruptcy Court entered an Order [Docket No. 225 in Case No. 22-50592] transferring the venue of the SDNY Bankruptcy Case to this Court, which assigned it Case Number 22-50592. On November 21, 2022, the Court entered an Order granting joint administration of the Genever (US) Debtor's chapter 11 case with the jointly administered cases of the Individual Debtor and the Genever (BVI) Debtor's chapter 11 case [Docket No. 1141].

14.     On December 7, 2023, the Court granted the Trustee's application to retain Eisner as tax advisors in the Genever (US) chapter 11 case, effective October 23, 2023 [Docket No. 2424].

## IV.    Interim Compensation Procedures

15.     On August 18, 2023, the Court entered the interim compensation procedures order, which, among other things, approved procedures for the payment of 80% of fees and 100% of expenses on a monthly basis.  Prior to the filing of this Application, Eisner did not seek payment of any fees or expenses pursuant to the Interim Compensation Procedures Order.

## V.    Prior Interim Fee Applications

*16.*     On June 24, 2024, Eisner filed its *First Interim Fee Application of Eisner Advisory Group LLC, as Tax Advisor to Trustee and Genever Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period From October 23, 2023 Through April 30, 2024* [Docket No. 3274] (the "First Interim Fee Application"), requesting interim allowance of professional fees incurred during the period from October 23, 2023 through and including April 30, 2024 in these chapter 11 cases.

17.     On July 26, 2024, the Court granted the First Interim Fee Application.

**<u>Summary of Professional Services</u>**

18.     Pursuant to, and consistent with, the relevant requirements of the Local

Bankruptcy Rules (the "<u>Guidelines</u>"), as applicable, the following exhibits are attached hereto:

a.   **<u>Exhibit A</u>** contains a certification by the undersigned regarding compliance with the Guidelines (the "<u>Certification</u>");

b.   **<u>Exhibit B</u>** contains a list of Eisner's project categories and the total billed to each category during the Compensation Period;

c.   **<u>Exhibit C</u>** contains a billing summary for the Compensation Period that includes the name of each professional for whose work compensation is sought, the aggregate time expended by each professional and the corresponding hourly billing rate at Eisner's current billing rates, and an indication of the individual amounts requested as part of this Application;

d.   **<u>Exhibit D</u>** contains the time detail for the Compensation Period;

e.   **<u>Exhibit E</u>** consists of Eisner's records of expenses incurred during the Compensation Period in the rendition of the professional services to the Debtors and their estates; and

f.   **<u>Exhibit F</u>** contains the proposed order requesting approval of this Application.

19.     To provide a meaningful summary of services rendered on behalf of the Trustee

and the Debtors' estates for the Compensation Period, Eisner has established, in accordance with

its internal billing procedures, the following matter numbers in connection with these cases:

| Matter No. | Matter Description |
|:---:|:---|
| 1 | Tax Advisory Services |
| 2 | Fee/Employment Application |

20.     The following is a summary, by matter, of the most significant professional

services rendered by Eisner as tax advisors during the Compensation Period.  This summary is

organized in accordance with Eisner's internal system of matter numbers.[2]

---

[2]   This summary of services rendered during the Compensation Period is not intended to be a detailed or exhaustive description of the work performed by Eisner, but, rather, is intended to highlight certain key areas where Eisner provided services to the Debtors' estates during the Compensation Period.  A summary

## I.    Tax Issues

Total fees: $77,684.00
Total Hours: 124.9

21.    Time in this category includes reviewing of financial data for 2022 and 2023, reviewing cash receipts and disbursements, preparation of balance sheets, review tax basis, potential gains, alter ego rulings, asset recovery related court filings, motions relating to Kwok estate, preparation of 2022 and 2023 Kwok estate and 2023 Genever Holdings, LLC tax returns and addendums.  The time includes various meetings with Trustee's counsel and Eisner colleagues relating to tax reporting matters, alter ego filings, asset basis matters, cash proceeds received and status and preparation of Kwok estate and Genever Holdings, LLC tax returns. Our time also includes discussions with counsel to the Trustee and Eisner colleagues to review and finalize the Kwok estate 2022 and 2023 tax returns. In addition, our time includes discussing and researching anticipated cash recoveries and potential tax planning with counsel to the Trustee and Eisner colleagues.

## II.    Fee/Employment Application

Total fees: $4,090.00
Total Hours: 6.9

22.    Time in this category was spent preparing the first interim fee application, including reviewing, and preparing a complete summary of services.

### Reasonable and Necessary Services Rendered by Eisner

23.    The foregoing professional services rendered by Eisner on behalf of the Debtors' estates during the Compensation Period were reasonable, necessary, and appropriate to the administration of the Debtors' chapter 11 cases and related matters.

---

description of the work performed, categorized by project code, and those day-to-day services and the time expended in performing such services, are set forth in the attached exhibits.

24.     Eisner is a reputable tax advisory firm, specializing in advising on tax-efficient strategies and navigating the tax consequences of financial decisions and transactions.  Eisner is an expert in helping clients minimize taxes through research, reducing assessed penalties, and establishing payment arrangements and tax-related contributions. Further, Eisner provides tax solutions in bankruptcy cases, leveraging extensive experience in these matters, which has benefited the Trustee significantly.

25.     During the Compensation Period, Eisner handled a broad range of tax related responsibilities including the summarizing and analyzing of transactions during the Chapter 11 cases, research relating to asset recoveries, guidance relating to tax issues arising from and relating to asset recoveries and potential asset recoveries and the preparation of Kwok and Genever Holdings, LLC estate tax returns.  Eisner also reviewed and discussed the alter ego rulings of the Bankruptcy Court with Counsel to the Trustee.  Overall, Eisner provided the Trustee with advice to facilitate the administration of the Debtors' estates, assisted in the reporting of asset recoveries and the preparation of the Debtors' estates tax returns.

26.     During the Compensation Period, Eisner's hourly billing rates for the professionals responsible for managing these chapter 11 cases ranged from $220.00 to $750.00 per hour.  Allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $620.44 (based on 131.8 recorded hours at Eisner's regular billing rates in effect at the time of the performance of services).  The hourly rates and corresponding rate structure utilized by Eisner in these cases are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Eisner for comparable matters, whether in chapter 11 or otherwise, regardless of whether a fee application is required.

### Eisner's Requested Compensation Should be Allowed

27.    Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered and reimbursement for actual, necessary expenses." Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

28.    In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including:

- the time spent on such services;

- the rates charged for such services;

- whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

- whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

- whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

29.    In the instant case, Eisner respectfully submits that the services for which it seeks compensation in the Application were necessary for and beneficial to the Trustee and the Debtors' estates and were rendered to protect and preserve the Debtors' estates.  Eisner respectfully submits that the services rendered were performed economically, effectively and

efficiently and that the results obtained to date have benefited all stakeholders in the cases. Eisner further submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Trustee and the Genever Debtors, the estates, and all parties in interest.

30.    Eisner professionals spent a total of 131.8 hours during the Compensation Period, which services have a fair market value of $81,744.00.  As demonstrated by the Application and all of the exhibits submitted in support hereof, Eisner spent its time economically and without unnecessary duplication.  In addition, the work conducted was carefully assigned to appropriate professionals according to the experience and level of expertise required for each particular task. In summary, the services rendered by Eisner were necessary and beneficial to the Trustee, the Debtors and their estates, and were consistently performed in a timely manner commensurate with the complexity, importance, novelty and nature of the issues involved

31.    Accordingly, Eisner respectfully submits that approval of the compensation and expense reimbursement sought herein is warranted.

## No Prior Request

32.    No prior application for the relief requested herein has been made to this or any other court.

*[Remainder of page intentionally left blank.]*

WHEREFORE, Eisner requests that it be allowed reimbursement for its fees and expenses incurred during the Compensation Period in the total amount of $81,744.00 consisting of reasonable and necessary professional services rendered by Eisner.

Dated: October 15, 2024

*/s/ Anthony R. Calascibetta*

Anthony R. Calascibetta, CPA, CFF, CTP
Partner
Eisner Advisory Services LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HO WAN KWOK, et al., | ) | Case No. 22-50073 (JAM) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof, the foregoing Application was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2]  In addition, to the extent not covered by the foregoing, copies of the Application were served on the twenty (20) largest creditors in the Debtors' chapter 11 cases.  Parties may access this filing through the Court's CM/ECF system.

*[Remainder of page intentionally left blank.]*

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]  To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Dated: October 15, 2024

New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (*pro hac vice*)
Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

# EXHIBIT A

## Certification

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HO WAN KWOK, et al., | ) | Case No. 22-50073 (JAM) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. [1] | ) |  |
|  | ) |  |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF THE FIRST INTERIM FEE APPLICATION OF EISNER ADVISORY GROUP LLC, AS TAX ADVISOR TO TRUSTEE AND GENEVER DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024**

A.    I am a Partner for the applicant firm, Eisner Advisory Group LLC ("Eisner"), located at 111 Wood Avenue South Iselin, New Jersey 08830-2700.  I am the lead Partner coordinating, overseeing and assisting with the tax services performed by Eisner on the above-captioned chapter 11 cases.

B.    I have personally performed many of the services rendered by Eisner, as tax advisor to the Trustee and the Genever Debtors, and am familiar with all other work performed on behalf of the Trustee and the Genever Debtors by the employees in the firm.

C.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

      D.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedures of the United States Bankruptcy Court for the District of Connecticut and believe that

the Application complies with Rule 2016-2.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
and correct.

Date: October 15, 2024

                                            Respectfully submitted,

                                            */s/ Anthony R. Calascibetta*
                                            Anthony R. Calascibetta, CPA, CFF, CTP
                                            Partner
                                            Eisner Advisory Group LLC

**EXHIBIT B**

**Summary of Billings by Subject Matter for the Compensation Period**

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| 1 Tax Related Issues | 124.9 | $77,684.00 |
| 2 Fee/Employment Application | 6.9 | 4,090.00 |
| TOTALS | **131.8** | **$81,744.00** |

## EXHIBIT C

### Summary of Hours Billed by Professionals[1]

### May 1, 2024 Through July 31, 2024

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Anthony Calascibetta | Partner | $675.00 | 16.8 | $11,340.00 |
| Daniel Gibson | Partner | 690.00 | 6.3 | 4,347.00 |
| Jay Lindenberg | Director | 650.00 | 54.7 | 35,555.00 |
| Andal Iyengar | Senior Manager | 525.00 | 18.6 | 9,765.00 |
| Mandy Zhao | Manager | 430.00 | 5.9 | 2,537.00 |
| Amanda Sarwan-Jones | Professional | 220.00 | 1.5 | 330.00 |
| **Total:** | | | **103.8** | **$63,874.00** |
| **Blended Rate:** | | | | **$615.36** |

### August 1, 2024 Through August 31, 2024

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Anthony Calascibetta | Partner | $700.00 | 5.8 | $4,060.00 |
| Daniel Gibson | Partner | 750.00 | 1.7 | 1,275.00 |
| Jay Lindenberg | Director | 650.00 | 11.6 | 7,540.00 |
| Andal Iyengar | Senior Manager | 570.00 | 8.5 | 4,845.00 |
| Mandy Zhao | Manager | 450.00 | 0.4 | 180.00 |
| **Total:** | | | **28.0** | **$17,900.00** |
| **Blended Rate:** | | | | **$639.29** |

---

[1]    Please note that the timekeeper summary tables have been divided according to pre-August 1, 2024 and post-August 1, 2024 Eisner rates.

# EXHIBIT D

**Time Detail**

**Ho Wan Kwok**
**May 1, 2024 through August 31, 2024**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 05/06/2024 | Preparation of first interim fee application. | $ 675.00 | 0.2 | $    135.00 |
| Anthony Calascibetta | 05/07/2024 | Discussed cash receipts and disbursements activities with J. Lindenberg, EAG. | 675.00 | 0.2 | 135.00 |
| Jay Lindenberg | 05/07/2024 | Discuss progress of tax returns with A. Calascibetta, EAG, pending issues and scheduling meeting. | 650.00 | 0.2 | 130.00 |
| Jay Lindenberg | 05/07/2024 | Review financial data for 2023 tax returns, updated trial balance and related inquiries and follow up. | 650.00 | 0.7 | 455.00 |
| Jay Lindenberg | 05/07/2024 | Progression of compiling data and financials for Genever Holdings LLC 2023 tax return. | 650.00 | 0.5 | 325.00 |
| Mandy Mero-Zhao | 05/07/2024 | Create Trial Balance for Genever Holdings LLC. | 430.00 | 1.0 | 430.00 |
| Anthony Calascibetta | 05/08/2024 | Discussed tax implications of potential cash recovery with A. Bongartz, Paul Hastings, and J. Lindenberg, EAG. | 675.00 | 0.4 | 270.00 |
| Jay Lindenberg | 05/08/2024 | Call with A. Bongartz, Paul Hastings, and A. Calascibetta, EAG, regarding recovery of investment, alter ego, tax basis and potential gain. | 650.00 | 0.4 | 260.00 |
| Jay Lindenberg | 05/08/2024 | Genever holdings - Review analysis of 2023 transactions, trial balance, and note additional issues that warrants further investigation. | 650.00 | 1.2 | 780.00 |
| Jay Lindenberg | 05/09/2024 | Review information, review and discuss data regarding 2022 financials and tax return workpapers. | 650.00 | 0.4 | 260.00 |
| Anthony Calascibetta | 05/10/2024 | Discussed tax basis and reporting matters with D. Gibson and J. Lindenberg, EAG. | 675.00 | 1.0 | 675.00 |
| Daniel Gibson | 05/10/2024 | Meeting with A. Calascibetta and J. Lindenberg, EAG to discuss tax and reposting matters. | 690.00 | 1.0 | 690.00 |
| Jay Lindenberg | 05/10/2024 | Analysis of updated financials, 2022 and 2023 transactions, research sources of receipts as it relates to taxability. | 650.00 | 1.6 | 1,040.00 |
| Jay Lindenberg | 05/10/2024 | Call with D. Gibson and A. Calascibetta, EAG, regarding progression of 2023 tax returns, including sale of assets, basis and tax related issues. | 650.00 | 1.0 | 650.00 |
| Jay Lindenberg | 05/10/2024 | Discuss progression of financials with M. Mero-Zhao, EAG. | 650.00 | 0.2 | 130.00 |
| Mandy Mero-Zhao | 05/10/2024 | Discussion with J. Lindenberg, EAG, on TB issues, creating a 2022 and update 2023 Trial Balance for review. | 430.00 | 1.2 | 516.00 |
| Anthony Calascibetta | 05/13/2024 | Discussed Kwok tax reporting matters and preparation of the 2022 and 2023 tax returns and topics for discussion with D. Gibson, A. Iyengar and J. Lindenberg, EAG. | 675.00 | 0.9 | 607.50 |
| Daniel Gibson | 05/13/2024 | Call with J. Lindenberg and A. Calascibetta, EAG, on Kwok. | 690.00 | 0.9 | 621.00 |
| Jay Lindenberg | 05/13/2024 | Prepare agenda for call with counsel. | 650.00 | 0.3 | 195.00 |
| Jay Lindenberg | 05/13/2024 | Review and analyze financial data regarding receipts into estate, trial balances of 2022 and 2023 transactions for preparation of tax returns. | 650.00 | 1.6 | 1,040.00 |
| Jay Lindenberg | 05/13/2024 | Review and discuss Kwok cash receipts and related court filings with M. Mero-Zhao, EAG. | 650.00 | 0.7 | 455.00 |
| Jay Lindenberg | 05/13/2024 | Tax planning and strategies discussions with D. Gibson and A. Calascibetta, EAG. | 650.00 | 0.9 | 585.00 |
| Mandy Mero-Zhao | 05/13/2024 | Review tax return and discussion on tax return and issues with J. Lindenberg, EAG. | 430.00 | 1.4 | 602.00 |
| Andal Iyengar | 05/14/2024 | Call with J. Lindenberg, EAG on Kwok 2022 and 2023 returns - timing, receipt of info etc. | 525.00 | 0.2 | 105.00 |
| Andal Iyengar | 05/14/2024 | Call with A. Calascibetta, and J. Lindenberg, EAG, A. Bongartz, Paul Hastings, and P. Linsey, NPM. | 525.00 | 1.2 | 630.00 |
| Anthony Calascibetta | 05/14/2024 | Conference call with A. Bongartz, Paul Hastings, P. Linsey, NPM and A. Iyengar and J. Lindenberg, EAG, to discuss tax reporting matters, asset recoveries and the preparation of the 2022 and 2023 tax returns. | 675.00 | 1.2 | 810.00 |
| Anthony Calascibetta | 05/14/2024 | Preparation of listing of tax matters to review and discuss with tax colleagues. | 675.00 | 0.3 | 202.50 |
| Anthony Calascibetta | 05/14/2024 | Review and revise agenda for meeting with Trustee's counsel. | 675.00 | 0.2 | 135.00 |

**Ho Wan Kwok**
**May 1, 2024 through August 31, 2024**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 05/14/2024 | Various discussions with J. Lindenberg, EAG, relating to Kwok reporting matters and preparation of 2022 and 2023 tax returns. | 675.00 | 0.7 | 472.50 |
| Jay Lindenberg | 05/14/2024 | Discuss case progression related to tax returns with A. Iyengar, EAG. | 650.00 | 0.2 | 130.00 |
| Jay Lindenberg | 05/14/2024 | Discuss tax issues, litigation issues and tax returns with A. Calascibetta, EAG. | 650.00 | 0.7 | 455.00 |
| Jay Lindenberg | 05/14/2024 | Meeting With A. Bongartz, Paul Hastings, P. Linsey, NPM, A. Calascibetta and A. Iyengar, EAG, regarding progression of tax returns, seizing property and investments, court preceding and pending issues. | 650.00 | 1.2 | 780.00 |
| Jay Lindenberg | 05/14/2024 | Review communications from P. Linsey, NPM, regarding Land capital investment and related trail of transactions and pleadings. | 650.00 | 0.5 | 325.00 |
| Jay Lindenberg | 05/14/2024 | Review revised 2022 and 2023 transactions and updated financials in preparation for call with counsel. | 650.00 | 0.9 | 585.00 |
| Andal Iyengar | 05/15/2024 | Catch-up call with A. Calascibetta, J. Lindenberg, D. Gibson, EAG after call with A. Bongartz, Paul Hastings, and P. Linsey, NPM. | 525.00 | 0.7 | 367.50 |
| Anthony Calascibetta | 05/15/2024 | Discussed tax reporting matters, asset collections, and preparation of 2022 and 2023 tax returns with D. Gibson, A. Iyengar and J. Lindenberg, EAG. | 675.00 | 0.7 | 472.50 |
| Daniel Gibson | 05/15/2024 | Call  with J. Lindenberg, A. Calascibetta and A. Iyengar, EAG. | 690.00 | 0.7 | 483.00 |
| Jay Lindenberg | 05/15/2024 | Call with A. Calascibetta, D. Gibson and A. Iyengar, EAG, regarding exchange and sale of stock, related tax filing and related issues. | 650.00 | 0.7 | 455.00 |
| Jay Lindenberg | 05/15/2024 | Review of reserve fund asset liquidation and related issues. | 650.00 | 0.8 | 520.00 |
| Jay Lindenberg | 05/15/2024 | Review updated financial information to prepare tax returns. | 650.00 | 0.6 | 390.00 |
| Anthony Calascibetta | 05/16/2024 | Conference call with P. Linsey, NPM, A. Bongartz and D. Gibson and Lindenberg, EAG, to discuss tax questions and tax reporting. | 675.00 | 0.4 | 270.00 |
| Anthony Calascibetta | 05/16/2024 | Discussed tax matters with J. Lindenberg, EAG. | 675.00 | 0.3 | 202.50 |
| Daniel Gibson | 05/16/2024 | Conference call with counsels to Trustee and A. Calascibetta and J. Lindenberg, EAG relating to tax matters. | 690.00 | 0.4 | 276.00 |
| Jay Lindenberg | 05/16/2024 | Review of reserve fund asset liquidation - questions for counsel. | 650.00 | 0.3 | 195.00 |
| Jay Lindenberg | 05/16/2024 | Team call Meeting With A. Bongartz, Paul Hastings, P. Linsey, NPM, A. Calascibetta and D. Gibson, EAG, regarding structure for liquidation of assets conclusions. | 650.00 | 0.4 | 260.00 |
| Anthony Calascibetta | 05/20/2024 | Discussed tax disclosures with J. Lindenberg, EAG. | 675.00 | 0.1 | 67.50 |
| Jay Lindenberg | 05/28/2024 | Meeting with M. Mero-Zhao, EAG regarding preparation of tax returns, Individual, trust and Kwok individually. | 650.00 | 0.5 | 325.00 |
| Jay Lindenberg | 05/28/2024 | Review Motion to approve for liquidation of shares and related income tax ramifications. | 650.00 | 0.4 | 260.00 |
| Jay Lindenberg | 05/28/2024 | Review and discuss with M. Mero-Zhao, EAG, regarding Genever Holdings and preparation of 2022 tax returns workpapers and possible transactions for consideration. | 650.00 | 0.6 | 390.00 |
| Jay Lindenberg | 05/28/2024 | Review, revise and complete Debtor's 2022 financials for individual/Trust income tax return. | 650.00 | 0.9 | 585.00 |
| Mandy Mero-Zhao | 05/28/2024 | Updating Trial Balance for review. | 430.00 | 0.4 | 172.00 |
| Mandy Mero-Zhao | 05/28/2024 | Call with J. Lindenberg, EAG, regarding Trial Balance. | 430.00 | 0.5 | 215.00 |
| Jay Lindenberg | 05/29/2024 | Discuss 2023 tax return, reportable income and related issues with M. Mero-Zhao, EAG. | 650.00 | 0.7 | 455.00 |
| Mandy Mero-Zhao | 05/29/2024 | Discuss 2023 tax return, reportable income and related issues with J. Lindenberg, EAG. | 430.00 | 0.7 | 301.00 |
| Jay Lindenberg | 05/31/2024 | Further research and analysis regarding preparation of 2023 estate's tax returns. | 650.00 | 1.2 | 780.00 |
| Andal Iyengar | 06/03/2024 | Follow-up with J. Lindenberg, EAG on the info. | 525.00 | 0.1 | 52.50 |

**Ho Wan Kwok**
**May 1, 2024 through August 31, 2024**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Jay Lindenberg | 06/04/2024 | 2023 tax returns, questions and research issues and discuss with M. Mero-Zhao, EAG. | 650.00 | 0.6 | 390.00 |
| Mandy Mero-Zhao | 06/04/2024 | 2023 tax returns, questions and research issues and discuss with J. Lindenberg, EAG. | 430.00 | 0.6 | 258.00 |
| Anthony Calascibetta | 06/05/2024 | Preparation of first interim fee application. | 675.00 | 0.3 | 202.50 |
| Andal Iyengar | 06/06/2024 | Correspondence with D. Gibson, EAG on timing, Trial Balance review etc. | 525.00 | 0.2 | 105.00 |
| Jay Lindenberg | 06/10/2024 | Review draft fee application prepared by counsel, review summary of services and related information. | 650.00 | 0.8 | 520.00 |
| Anthony Calascibetta | 06/10/2024 | Discussed status of preparation of tax returns, tax reporting and disclosures with D. Gibson and J. Lindenberg, EAG. | 675.00 | 0.4 | 270.00 |
| Daniel Gibson | 06/10/2024 | Discussed tax reporting, disclosures and preparation of tax returns for Kwok and Genever with A. Calascibetta and J. Lindenberg, EAG. | 690.00 | 0.4 | 276.00 |
| Jay Lindenberg | 06/10/2024 | Review, revise and complete 2022 and 2023 analyses of transactions, trial balances for Debtor's estate and Genever and related information, forward to A. Iyengar, EAG regarding tax preparation. | 650.00 | 1.4 | 910.00 |
| Jay Lindenberg | 06/10/2024 | Discussed with D. Gibson and A. Calascibetta, EAG, regarding tax return, timing and related issues. | 650.00 | 0.4 | 260.00 |
| Anthony Calascibetta | 06/11/2024 | Preparation of first interim fee application. | 675.00 | 0.4 | 270.00 |
| Jay Lindenberg | 06/11/2024 | Review originally submitted fee application, update of services. | 650.00 | 0.9 | 585.00 |
| Andal Iyengar | 06/11/2024 | Prior to meeting start review of docs received from J. Lindenberg, EAG. | 525.00 | 0.3 | 157.50 |
| Jay Lindenberg | 06/11/2024 | Continue to review data and update files regarding 2023 tax returns. | 650.00 | 0.8 | 520.00 |
| Jay Lindenberg | 06/12/2024 | Review, revise and update Services performed for fee application. | 650.00 | 0.7 | 455.00 |
| Jay Lindenberg | 06/12/2024 | Call with A. Calascibetta, EAG, regarding Agenda for call, including progression of 2022 and 2023 tax returns. | 650.00 | 0.2 | 130.00 |
| Anthony Calascibetta | 06/12/2024 | Call with J. Lindenberg, EAG, regarding Agenda for call, including progression of 2022 and 2023 tax returns. | 675.00 | 0.2 | 135.00 |
| Andal Iyengar | 06/13/2024 | Call with A. Bongartz, Paul Hastings and D. Gibson, A. Calascibetta and J. Lindenberg, EAG discuss tax return preparation, tax reporting and asset recoveries. | 525.00 | 0.9 | 472.50 |
| Anthony Calascibetta | 06/13/2024 | Preparation of first interim fee application. | 675.00 | 0.3 | 202.50 |
| Jay Lindenberg | 06/13/2024 | Prepare updated listing of services. | 650.00 | 0.5 | 325.00 |
| Anthony Calascibetta | 06/13/2024 | Conference call with A. Bongartz, Paul Hastings and D. Gibson, A. Iyengar and J. Lindenberg, EAG, to discuss tax return preparation, filings, alter ego matters and other tax matters. | 675.00 | 0.9 | 607.50 |
| Daniel Gibson | 06/13/2024 | Call with A. Bongartz, Paul Hastings and A. Iyengar, J. Lindenberg and A. Calascibetta, EAG regarding tax related matters and preparation. | 690.00 | 0.9 | 621.00 |
| Jay Lindenberg | 06/13/2024 | Call with counsel and EAG team regarding progression of tax returns, questions, issues and timing to complete. | 650.00 | 0.9 | 585.00 |
| Jay Lindenberg | 06/13/2024 | Preparation of 2023 tax returns, schedules and analyses, numerous open issues including alter ego ramifications. | 650.00 | 1.6 | 1,040.00 |
| Amanda Sarwan-Jones | 06/14/2024 | Preparation of fee application. | 220.00 | 0.5 | 110.00 |
| Jay Lindenberg | 06/14/2024 | Review fee application edits and updates. | 650.00 | 0.4 | 260.00 |
| Andal Iyengar | 06/14/2024 | Estate of Ho Wan Kwok  - download Trial Balance, review info, set-up a binder, update Master List with details, due date, expected time frame of completion. Correspondence with J. Lindenberg, and D. Gibson, EAG. | 525.00 | 0.5 | 262.50 |
| Andal Iyengar | 06/14/2024 | Genever LLC - download Trial Balance, review info, set-up a binder, update Master List with details, due date, expected time frame of completion. Correspondence with J. Lindenberg, and D. Gibson, EAG. | 525.00 | 0.5 | 262.50 |
| Anthony Calascibetta | 06/17/2024 | Preparation of first interim fee application. | 675.00 | 0.2 | 135.00 |

**Ho Wan Kwok**
**May 1, 2024 through August 31, 2024**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Jay Lindenberg | 06/17/2024 | Read completed fee application, note revisions and filing issues. | 650.00 | 0.4 | 260.00 |
| Andal Iyengar | 06/17/2024 | Meeting with J. Lindenberg and D. Gibson, EAG, to go over all the bankruptcy returns this summer. Discussed timelines for completion, staffing etc. | 525.00 | 0.5 | 262.50 |
| Jay Lindenberg | 06/17/2024 | Continue to investigate and research issues, preparation of Trust tax returns. | 650.00 | 0.6 | 390.00 |
| Mandy Mero-Zhao | 06/17/2024 | Call with J. Lindenberg, EAG on Trial Balance questions. | 430.00 | 0.1 | 43.00 |
| Amanda Sarwan-Jones | 06/18/2024 | Edit the Fee App per A. Calascibetta, EAG. | 220.00 | 0.5 | 110.00 |
| Jay Lindenberg | 06/18/2024 | Several fee application edits and revisions approved final. | 650.00 | 0.6 | 390.00 |
| Andal Iyengar | 06/18/2024 | Genever Holdings LLC  Tax Returns prep. Move to D. Gibson, EAG, for initial review. | 525.00 | 2.3 | 1,207.50 |
| Anthony Calascibetta | 06/20/2024 | Discussed entity tax reporting and potential gain or loss reporting with J. Lindenberg, EAG. | 675.00 | 0.6 | 405.00 |
| Jay Lindenberg | 06/20/2024 | Begin to draft tax return addendum, disclosures. | 650.00 | 0.6 | 390.00 |
| Jay Lindenberg | 06/20/2024 | Call with A. Calascibetta, EAG, regarding variety of tax issues, alter ego, disclosure issues and filing of tax returns. | 650.00 | 0.6 | 390.00 |
| Jay Lindenberg | 06/24/2024 | Review filed fee application, related correspondence. | 650.00 | 0.2 | 130.00 |
| Andal Iyengar | 06/25/2024 | 2022 Return Estate of Kwok - review Trial Balance from J. Lindenberg, EAG. Call with J. Lindenberg, EAG to go over prep of 2022 tax return - discussed presentation. | 525.00 | 0.3 | 157.50 |
| Jay Lindenberg | 06/25/2024 | Research additional issues, and prepare tax return addendums. | 650.00 | 1.0 | 650.00 |
| Andal Iyengar | 06/26/2024 | 2022 and 2023 returns for the Estate of Ho Wan Kwok. Create locators for 2022. Calls with J. Lindenberg, EAG to go over questions I had on 2022 and 2023. Requested sample returns. Pull in drafts into the 2022 and 2023 binders. Questions in XCM. | 525.00 | 4.0 | 2,100.00 |
| Jay Lindenberg | 06/27/2024 | Research files, case issues, meetings and consultation with A. Iyengar, EAG, regarding preparation of 2022 and 2023 tax returns, format and tax filings, Individual bankruptcy filing issues. | 650.00 | 2.7 | 1,755.00 |
| Jay Lindenberg | 06/28/2024 | Processing of draft tax returns, discuss punch list items and issues. | 650.00 | 0.7 | 455.00 |
| Andal Iyengar | 07/01/2024 | 2023 Genever Holdings LLC - prepare Forms 5472. Address D. Gibsons's, EAG,  points/questions. Draft to A. Calascibetta and J. Lindenberg, EAG, with open items. 2022 and 2023 Kwok returns - address D. Gibson's, EAG, questions. Drafts to A. Calascibetta and J. Lindenberg, EAG with open items. | 525.00 | 2.5 | 1,312.50 |
| Jay Lindenberg | 07/02/2024 | Review drafts of 2022 and 2023 tax returns for discussions. | 650.00 | 0.6 | 390.00 |
| Anthony Calascibetta | 07/08/2024 | Review of receipts and disbursements for 2022 and 2023. | 675.00 | 0.6 | 405.00 |
| Jay Lindenberg | 07/08/2024 | Discuss 2022 and 2023 tax returns with A. Calascibetta, EAG. | 650.00 | 0.2 | 130.00 |
| Jay Lindenberg | 07/08/2024 | Review updated 2022 and 2023 tax returns for meeting. | 650.00 | 0.7 | 455.00 |
| Andal Iyengar | 07/09/2024 | 2023 Genever Return - update after call with A. Calascibetta and J. Lindenberg, EAG. Draft to J. Lindenberg, EAG. | 525.00 | 0.5 | 262.50 |
| Andal Iyengar | 07/09/2024 | 2nd call with D. Gibson, A. Calascibetta and J. Lindenberg, EAG, on Kwok returns and other bankruptcy returns. | 525.00 | 0.7 | 367.50 |
| Andal Iyengar | 07/09/2024 | Bankruptcy return time - Update excel for bankruptcy jobs prior to meeting with D. Gibson and J. Lindenberg, EAG. | 525.00 | 0.2 | 105.00 |
| Andal Iyengar | 07/09/2024 | Call with D. Gibson, J. Lindenberg and A. Calascibetta, EAG, on Genever and Kwok returns. | 525.00 | 1.0 | 525.00 |
| Andal Iyengar | 07/09/2024 | Update 2023 returns for points from D. Gibson, EAG and calls with A. Calascibetta and J. Lindenberg, EAG. Drafts to A. Calascibetta and J. Lindenberg, EAG. | 525.00 | 2.0 | 1,050.00 |

**Ho Wan Kwok**
**May 1, 2024 through August 31, 2024**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 07/09/2024 | Discussed 2022 and 2023 Debtor's and Genever 2022 and 2023 tax returns and summarize questions and matters to discuss with the Trustee and Trustee's counsel with D. Gibson, A. Iyengar and J. Lindenberg, EAG. | 675.00 | 1.0 | 675.00 |
| Anthony Calascibetta | 07/09/2024 | Discussed Debtor's 2023 tax return and related tax reporting matters with D. Gibson, A. Iyengar and J. Lindenberg, EAG. | 675.00 | 0.4 | 270.00 |
| Anthony Calascibetta | 07/09/2024 | Discussed tax return preparation and individual cash receipts by the bankruptcy estate and related tax reporting with J. Lindenberg, EAG. | 675.00 | 0.5 | 337.50 |
| Anthony Calascibetta | 07/09/2024 | Review of 2022 and 2023 Debtor's and Genever tax returns and individual transactions. | 675.00 | 0.4 | 270.00 |
| Daniel Gibson | 07/09/2024 | Discussions about tax return drafts, tax matters to discuss with counsel to the Trustee and review tax return points. | 690.00 | 2.0 | 1,380.00 |
| Jay Lindenberg | 07/09/2024 | Discussions and review of 2022 and 2023 draft tax returns with EAG team, pending punch list for trustee. | 650.00 | 1.4 | 910.00 |
| Anthony Calascibetta | 07/10/2024 | Discussed alter ego matters with A. Bongartz, Paul Hastings. | 675.00 | 0.2 | 135.00 |
| Anthony Calascibetta | 07/10/2024 | Discussed tax return preparation addendum matters with J. Lindenberg, EAG. | 675.00 | 0.2 | 135.00 |
| Anthony Calascibetta | 07/11/2024 | Discussed tax reporting matters with J. Lindenberg, EAG. | 675.00 | 0.4 | 270.00 |
| Jay Lindenberg | 07/11/2024 | Review Trustee's filings and Motion. | 650.00 | 0.2 | 130.00 |
| Jay Lindenberg | 07/11/2024 | Update files, further issues to consider regarding completing tax returns and related addendums. | 650.00 | 0.8 | 520.00 |
| Jay Lindenberg | 07/11/2024 | Discuss tax return issues with A. Calascibetta, EAG. | 650.00 | 0.4 | 260.00 |
| Jay Lindenberg | 07/17/2024 | Research pending issues, alter ego and other pending issues. | 650.00 | 1.3 | 845.00 |
| Anthony Calascibetta | 07/18/2024 | Review of various bankruptcy filings. | 675.00 | 0.2 | 135.00 |
| Jay Lindenberg | 07/18/2024 | Research alter ego as it relates to Debtor's assets. | 650.00 | 0.9 | 585.00 |
| Jay Lindenberg | 07/22/2024 | Review draft tax returns, complete and review, revise and update accompanying addendum. | 650.00 | 2.3 | 1,495.00 |
| Anthony Calascibetta | 07/23/2024 | Review of draft addendums and discussed with J. Lindenberg, EAG. | 675.00 | 0.4 | 270.00 |
| Jay Lindenberg | 07/23/2024 | Review of tax returns, complete tax return addendum, research and investigate issues | 650.00 | 2.2 | 1,430.00 |
| Anthony Calascibetta | 07/24/2024 | Review of draft tax returns and addendums. | 675.00 | 0.6 | 405.00 |
| Jay Lindenberg | 07/24/2024 | Follow up discussions, research issues regarding recoveries, basis and update addendum letters. | 650.00 | 1.2 | 780.00 |
| Amanda Sarwan-Jones | 07/25/2024 | Set Up Client Portal and organize documents. | 220.00 | 0.5 | 110.00 |
| Anthony Calascibetta | 07/25/2024 | Discussed tax returns schedules and analyses and addendum with J. Lindenberg, EAG. | 675.00 | 0.7 | 472.50 |
| Anthony Calascibetta | 07/25/2024 | Review and revised addendum to tax returns. | 675.00 | 0.6 | 405.00 |
| Anthony Calascibetta | 07/25/2024 | Review of estate receipts and disbursements analysis and related filings. | 675.00 | 0.3 | 202.50 |
| Anthony Calascibetta | 07/25/2024 | Review update addendums and discussed with J. Lindenberg, EAG. | 675.00 | 0.3 | 202.50 |
| Jay Lindenberg | 07/25/2024 | Assist with sending trustee's draft tax returns, communications with counsel, coordinate Portal set up. | 650.00 | 0.6 | 390.00 |
| Jay Lindenberg | 07/25/2024 | Detailed review of 2022 and 2023 tax returns with A. Calascibetta, EAG, revise addendum based on discussions of case updates and issues. | 650.00 | 1.3 | 845.00 |
| Jay Lindenberg | 07/25/2024 | Review summary of recoveries and reconcile against 2022 and 2023 tax returns. | 650.00 | 0.8 | 520.00 |
| Jay Lindenberg | 07/26/2024 | Review Genever 2023 tax return, research issues to include in addendum letter. | 650.00 | 0.8 | 520.00 |
| Anthony Calascibetta | 07/29/2024 | Discussed preparation of Genever tax return with J. Lindenberg, EAG. | 675.00 | 0.1 | 67.50 |
| Jay Lindenberg | 07/29/2024 | Discuss progression of tax returns, draft with client tax returns. | 650.00 | 0.2 | 130.00 |
| Jay Lindenberg | 07/29/2024 | Tax return updates and revisions. | 650.00 | 0.8 | 520.00 |

**Ho Wan Kwok**
**May 1, 2024 through August 31, 2024**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Jay Lindenberg | 07/31/2024 | Research issues related to completing corporate tax returns. | 650.00 | 0.7 | 455.00 |
| Jay Lindenberg | 07/31/2024 | Tax return discussions, updated issues and coordinate meeting to discuss. | 650.00 | 0.4 | 260.00 |
| Andal Iyengar | 08/01/2024 | Update to 2023 return Sch D. Draft in binder. | 570.00 | 0.5 | 285.00 |
| Anthony Calascibetta | 08/01/2024 | Summarize tax return and addendum matters. | 700.00 | 0.3 | 210.00 |
| Jay Lindenberg | 08/01/2024 | Continue with preparation of 2022 and 2023 tax returns, research pending issues, discuss with S. Williams, EAG, and completing tax returns. | 650.00 | 0.9 | 585.00 |
| Anthony Calascibetta | 08/02/2024 | Discussed questions relating to draft tax returns with A. Bongartz, Paul Hastings and D. Gibson and J. Lindenberg, EAG. | 700.00 | 0.7 | 490.00 |
| Daniel Gibson | 08/02/2024 | Conference call with  A. Bongartz, Paul Hastings and A. Calascibetta and J. Lindenberg, EAG regarding tax returns and other tax matters. | 750.00 | 0.7 | 525.00 |
| Anthony Calascibetta | 08/02/2024 | Discussed tax return drafts and other tax reporting matters with D. Gibson and J. Lindenberg, EAG. | 700.00 | 0.5 | 350.00 |
| Daniel Gibson | 08/02/2024 | Discussed the agenda for call with counsel with A. Calascibetta and J. Lindenberg, EAG. | 750.00 | 0.5 | 375.00 |
| Anthony Calascibetta | 08/02/2024 | Follow-up call relating to the draft tax returns. | 700.00 | 0.1 | 70.00 |
| Anthony Calascibetta | 08/02/2024 | Review of draft tax returns. | 700.00 | 0.3 | 210.00 |
| Jay Lindenberg | 08/02/2024 | Call with counsel and EAG team regarding review of 2022 and 2023 tax returns, comments from counsel, revision and investigate additional issues. | 650.00 | 0.7 | 455.00 |
| Jay Lindenberg | 08/02/2024 | Initial call with A. Calascibetta and D. Gibson, EAG, regarding agenda for meeting with counsel and open issues. | 650.00 | 0.5 | 325.00 |
| Andal Iyengar | 08/07/2024 | Call with A. Calascibetta and J. Lindenberg and D. Gibson, EAG on the various tweaks to the returns. | 570.00 | 0.5 | 285.00 |
| Andal Iyengar | 08/07/2024 | Review info from A. Bongartz, Paul Hastings, forwarded by A. Calascibetta, EAG. | 570.00 | 0.5 | 285.00 |
| Andal Iyengar | 08/09/2024 | 2022 and 2023 returns - updates to 1040 and 1041 locators per call with D. Gibson, J. Lindenberg and A. Calascibetta, EAG. | 570.00 | 1.6 | 912.00 |
| Andal Iyengar | 08/09/2024 | Put everything together. Attach write-up from A. Bongartz, Paul Hastings. Insert watermark. Drafts to A. Calascibetta, J. Lindenberg, and D. Gibson, EAG. | 570.00 | 1.4 | 798.00 |
| Anthony Calascibetta | 08/09/2024 | Review correspondence, respond and review draft Addendum. | 700.00 | 0.6 | 420.00 |
| Andal Iyengar | 08/12/2024 | Multiple changes to wording on letter attached to 2022 and 2023 returns. Correspondence with D. Gibson, A. Calascibetta, and J. Lindenberg, EAG. | 570.00 | 0.5 | 285.00 |
| Anthony Calascibetta | 08/12/2024 | Discussed finalizing tax returns and revisions to addendum with D. Gibson, A. Iyengar and J. Lindenberg, EAG. | 700.00 | 0.5 | 350.00 |
| Daniel Gibson | 08/12/2024 | Conference call discussing finalizing tax returns with A. Calascibetta, A. Iyengar and J. Lindenberg, EAG. | 750.00 | 0.5 | 375.00 |
| Jay Lindenberg | 08/12/2024 | Review comments from counsel and tax return revisions. | 650.00 | 0.8 | 520.00 |
| Jay Lindenberg | 08/12/2024 | Call regarding tax returns and changes to addendum with A. Calascibetta, A. Iyengar and D. Gibson, EAG. | 650.00 | 0.5 | 325.00 |
| Anthony Calascibetta | 08/13/2024 | Review and follow-up on various filings. | 700.00 | 0.3 | 210.00 |
| Jay Lindenberg | 08/13/2024 | Review Sales Motion for turnover of funds. | 650.00 | 0.4 | 260.00 |
| Andal Iyengar | 08/14/2024 | 2022 Letters, 2023 Letters. Update returns for 2022 and 2023 with change in name. Collate everything. Email correspondence with D. Gibson, A. Calascibetta and J. Lindenberg, EAG. | 570.00 | 2.4 | 1,368.00 |
| Andal Iyengar | 08/14/2024 | Prep for meeting with D. Gibson and J. Lindenberg, EAG. Update Bankruptcy returns excel spreadsheet. | 570.00 | 0.1 | 57.00 |
| Anthony Calascibetta | 08/14/2024 | Review revised draft of tax returns and addendum for Kwok estate and provide comments. | 700.00 | 0.6 | 420.00 |
| Andal Iyengar | 08/15/2024 | Correspondence with J. Lindenberg and A. Calascibetta, EAG on mode of delivery of 2022 and 2023 returns. | 570.00 | 0.1 | 57.00 |

**Ho Wan Kwok**
**May 1, 2024 through August 31, 2024**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 08/15/2024 | Review of notice of invoices relating to Sherry Netherland apartment. | 700.00 | 0.1 | 70.00 |
| Anthony Calascibetta | 08/15/2024 | Review of revised tax returns. | 700.00 | 0.4 | 280.00 |
| Jay Lindenberg | 08/15/2024 | Final review of 2022 and 2023 estates tax returns. | 650.00 | 0.7 | 455.00 |
| Andal Iyengar | 08/16/2024 | Meeting with D. Gibson, A. Calascibetta and J. Lindenberg, EAG. | 570.00 | 0.2 | 114.00 |
| Anthony Calascibetta | 08/16/2024 | Discussed finalizing Kwok tax returns with A. Iyengar, D. Gibson and J. Lindenberg, EAG. | 700.00 | 0.2 | 140.00 |
| Anthony Calascibetta | 08/16/2024 | Finalize Kwok 2022 and 2023 tax returns. | 700.00 | 0.2 | 140.00 |
| Jay Lindenberg | 08/16/2024 | Final review and discussion of 2022 and 2023 tax return with D. Gibson and A. Calascibetta, EAG, completing 505(b) letters and related issues. | 650.00 | 0.8 | 520.00 |
| Anthony Calascibetta | 08/19/2024 | Finalize Kwok tax returns. | 700.00 | 0.2 | 140.00 |
| Jay Lindenberg | 08/19/2024 | Finalizing and processing of 2022 and 2023 tax returns. | 650.00 | 0.6 | 390.00 |
| Jay Lindenberg | 08/19/2024 | Genever Holdings, pending issues to complete tax returns, follow up inquiries with counsel. | 650.00 | 0.7 | 455.00 |
| Andal Iyengar | 08/20/2024 | 2022 and 2023 with J. Lindenberg, EAG on sending updated returns and letters to A. Bongartz, Paul Hastings. | 570.00 | 0.2 | 114.00 |
| Jay Lindenberg | 08/20/2024 | Prepare draft addendum letters for Genever and other open tax filing issues for call with counsel. | 650.00 | 1.2 | 780.00 |
| Anthony Calascibetta | 08/21/2024 | Review of alter ego filing relating to Himalaya related entities. | 700.00 | 0.2 | 140.00 |
| Jay Lindenberg | 08/21/2024 | Summarize Issues to discuss with counsel regarding filing tax returns, completing Genever. | 650.00 | 0.4 | 260.00 |
| Andal Iyengar | 08/22/2024 | 2022 and 2023 returns and letters to A. Bongartz, Paul Hastings. Password protect each doc and email them all. | 570.00 | 0.5 | 285.00 |
| Anthony Calascibetta | 08/22/2024 | Reviewed tax matters and discussed tax planning with J. Lindenberg, EAG. | 700.00 | 0.2 | 140.00 |
| Jay Lindenberg | 08/22/2024 | Call with A. Bongartz, Paul Hastings, regarding completing and filing tax returns, updates and pending issues. | 650.00 | 0.4 | 260.00 |
| Jay Lindenberg | 08/22/2024 | Discuss completing 2023 and 2024 tax planning with A. Calascibetta, eTag. | 650.00 | 0.2 | 130.00 |
| Jay Lindenberg | 08/22/2024 | Review and note open issues, follow up and prepare listing for call with counsel. | 650.00 | 0.9 | 585.00 |
| Jay Lindenberg | 08/23/2024 | Progression of tax returns, follow issues and discuss with team. | 650.00 | 0.5 | 325.00 |
| Jay Lindenberg | 08/26/2024 | Revise tax returns addendum, forward to counsel. | 650.00 | 0.8 | 520.00 |
| Anthony Calascibetta | 08/27/2024 | Discussed preparation of Genever tax returns with J. Lindenberg, EAG. | 700.00 | 0.2 | 140.00 |
| Jay Lindenberg | 08/27/2024 | Complete draft of Genever 2023 tax returns and forward to counsel and trustee. | 650.00 | 0.6 | 390.00 |
| Mandy Mero-Zhao | 08/28/2024 | Locate an analysis from counsel explaining significant settlement/deposits in to the bankruptcy estate. | 450.00 | 0.1 | 45.00 |
| Mandy Mero-Zhao | 08/29/2024 | Search through Pacer for filings relating to asset recoveries. | 450.00 | 0.3 | 135.00 |
| Anthony Calascibetta | 08/29/2024 | Review of Genever 2023 tax return. | 700.00 | 0.2 | 140.00 |
| | | **Grand Total** | | **131.8** | **$ 81,774.00** |

**Exhibit E**

**Summary of Actual and Necessary Eisner Advisory Group LLC**
**Expenses for the Compensation Period May 1, 2024 Through August 31, 2024**

| Expenses Category | Total Expenses |
|:---:|:---:|
| **Not applicable** | **$0.00** |

# **EXHIBIT F**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HO WAN KWOK, et al., | ) | Case No. 22-50073 (JAM) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. [1] | ) |  |
|  | ) |  |

**ORDER APPROVING SECOND INTERIM FEE APPLICATION OF EISNER
ADVISORY GROUP LLC, AS TAX ADVISOR TO TRUSTEE AND GENEVER
DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES
INCURRED FOR THE PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024**

This matter coming before this Court on the *Second Interim Fee Application of Eisner*

*Advisory Group LLC as Tax Advisors for Allowance of Compensation for Services Rendered and*

*for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from May 1,*

*2024 through August 31, 2024* [Docket No. ____] (the "Application")[2] of Eisner Advisory Group

LLC ("Eisner") pursuant to sections 330(a) and 331 of the Bankruptcy Code and Bankruptcy

Rule 2016, for an order (i) approving and allowing, on an interim basis, compensation in the

amount of $81,774.00 for services rendered from May 1, 2024 through and including August 31,

2024  (the "Compensation Period"); (ii) directing payment of the difference between (a)

$81,744.00 and (b) any interim payments made to Eisner with respect to the Compensation

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
(solely for purposes of notices and communications).

[2]    Capitalized terms used but not defined in this Order shall have the meanings given to them in the Application.

Period; and (iii) granting related relief all as further described in the Application; and upon consideration of the Application, and the Court having jurisdiction over this matter pursuant 28 U.S.C. §§ 157 and 1334, and notice of the Application was adequate under the circumstances and no further or other notice of the Application is required; and a hearing having been held on _____ 2024; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      Pursuant to 11 U.S.C. §§ 330 and 331, the Application is GRANTED, as set forth in this Order.

2.      Eisner is allowed, on an interim basis, compensation for services rendered during the Compensation Period in the sum of $81,744.00.

3.      The Trustee is hereby authorized and directed to pay Eisner the difference between (a) $81,744.00 and (b) any interim payments made to Eisner with respect to the Compensation Period.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.