**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al*., : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

On October 9, 2024, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok, filed his *Motion to Amend Avoidance and Mediation Procedures Order by Temporarily Staying Discovery and Response to Motions to Stay Discovery* [ECF No. 3659] (the "Motion"). On October 11, 2024, the Court entered its *Order Scheduling Hearing on Motion to Temporarily Stay Discovery* [ECF No. 3679] (the "Hearing Order" and, together with the Motion, the "Served Documents"), which, among other things, directed the Trustee to serve the Served Documents on all appearing Avoidance Defendants by October 15, 2024. The undersigned hereby certifies that on or before October 14, 2024, the Trustee served all appearing Avoidance Defendants with the Served Documents by filing the Served Documents (with notice indicating that the Served Documents had been filed or entered in the main Chapter 11 Case) in all pending Avoidance Actions and thus causing all appearing

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Avoidance Defendants to receive service automatically via email by operation of the Court's case management/electronic case files system.

Dated: October 16, 2024
New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com