# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 16, 2024

In re:
Ho Wan Kwok

Genever Holdings Corporation
Debtor*

Case Number: 22–50073
Chapter: 11

### NOTICE OF HEARING ON APPENDIX N MATTER

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014−1(n), a hearing will be held on **November 12, 2024** at **01:00 PM** at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** to consider and act upon the following matter(s):

> Interim Application for Compensation/Second Interim Fee Application of Eisner Advisory Group LLC as Tax Advisor to Trustee and Genever Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from May 1, 2024 Through August 31, 2024 for Eisner Advisory Group LLC, Trustee's Attorney, Fee: $81,744.00, Expenses: $0.00, ECF No. 3692, Filed by Georg Alexander Bongartz, Attorney.

> Interim Application for Compensation/Fourth Interim Fee Application of Harney Westwood & Riegels LP, as British Virgin Islands and Cayman Islands Counsel, for Compensation and Reimbursement of Expenses for Period from May 1, 2024 Through August 31, 2024 for Harney Westwood & Riegels LP, Trustee's Attorney, Fee: $437,713.50, Expenses: $8,379.00, ECF No. 3693, Filed by Georg Alexander Bongartz, Attorney.

> Interim Application for Compensation/Third Interim Fee Application of Kroll, LLC, as Forensic Investigators, for Compensation and Reimbursement of Expenses for Period from May 1, 2024 Through August 31, 2024 for Kroll, LLC, Other Professional, Fee: $308,421.30, Expenses: $75,674.59, ECF No. 3694, Filed by Georg Alexander Bongartz, Attorney.

> Interim Application for Compensation/Third Interim Fee Application of O'Sullivan McCormack Jensen & Bliss PC, as Special Insurance Coverage Counsel, for Compensation and Reimbursement of Expenses for Period from May 1, 2024 Through August 31, 2024 for O'Sullivan McCormack Jensen & Bliss PC, Special Counsel, Fee: $6,824.90, Expenses: $980.81, ECF No. 3697, Filed by Georg Alexander Bongartz, Attorney.

> Interim Application for Compensation/Second Interim Fee Application of Prager Dreifuss AG, as Swiss Law Counsel, for Compensation and Reimbursement of Expenses for Period from May 1, 2024 Through September 30, 2024, Fee: CHF 52,827.50, Expenses: CHF 1,056.55, ECF No. 3698, Filed by Georg Alexander Bongartz, Attorney.

> Interim Application for Compensation/Third Interim Fee Application of Pallas Partners LLP, as Solicitors in United Kingdom, for Compensation and Reimbursement of Expenses for Period from May 1, 2024 Through August 31, 2024 for Pallas Partners LLP, Other Professional, Fee: $64,800.00, Expenses: $151.24, ECF No. 3699, Filed by Georg Alexander

Bongartz, Attorney.

Interim Application for Compensation (Sixth Interim) for Paul Hastings LLP, Trustee's Attorney, Fee: $5,053,513.53, Expenses: $165,738.27, ECF No. 3700, Filed by Paul Hastings LLP, Trustee's Attorney.

Interim Application for Compensation (Sixth Interim) for Neubert, Pepe & Monteith, P.C., Trustee's Attorney, Fee: $1,254,303.00, Expenses: $23,054.71, ECF No. 3702, Filed by Neubert, Pepe & Monteith, P.C., Trustee's Attorney. (the "Movant(s)") (the "Matter")

In accordance with Fed. R. Bankr. P. 9006(d), any party shall file any Objection and/or Response on or before **November 5, 2024** and the Movant(s) shall file any Reply on or before **November 8, 2024.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If Respondents to the Matter or other party entitled to service of the Contested Matter (the "Respondent(s)") wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

Dated: October 16, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lw