# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 16, 2024

In re:
Ho Wan Kwok

Genever Holdings Corporation
Debtor*

Case Number: 22–50073
Chapter: 11

### NOTICE OF HEARING ON APPENDIX N MATTER

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014–1(n), a hearing will be held on **November 5, 2024** at **01:00 PM** at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** to consider and act upon the following matter(s):

> Application to Employ James Morgan as Barrister in British Virgin Islands, ECF No. 3701, Filed by Luc A. Despins, Trustee. (the "Movant(s)") (the "Matter")

In accordance with Fed. R. Bankr. P. 9006(d), any party shall file any Objection and/or Response on or before **October 29, 2024** and the Movant(s) shall file any Reply on or before **November 1, 2024.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If Respondents to the Matter or other party entitled to service of the Contested Matter (the "Respondent(s)") wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

Dated: October 16, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lw