UNITED STATES BANKRUPTCY COURT
DISCTRICT OF CONNECTICUT

------------------------------------------------------x
                                                      :
In re:                                                :   Chapter 11
                                                      :
HO WAN KWOK *et al.*,                                 :   Case No. 22-50073 (JAM)
                                                      :
               Debtors.[1]                            :   Jointly Administered
                                                      :
------------------------------------------------------x

# STATUS REPORT REGARDING
# MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER FILED BY YUMEI HAO, RIVER VALLEY OPERATIONS, LLC AND GOLDEN EAGLE VENTURES, LLC [ECF 3541] ISSUED TO OLD NATIONAL BANK

Plaintiff, Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "Trustee") in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok, and Yumei Hao, River Valley Operations, LLC, and Golden Eagle Ventures, LLC (the "Movants," and together with the Trustee, collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submit their status report (the "Status Report") in compliance with the Court's *Order Requiring Movants and Trustee to File Report* [ECF No. 3654] and their stipulation (the "Stipulation") resolving the *Motion to Quash Subpoenas and for Protective Order* ("Motion to Quash") [ECF No. 3541] filed by the Movants on September 17, 2024 seeking to quash the Trustee's Bankruptcy Rule 2004 subpoena (the "Subpoena") issued to Old National Bank (the "Bank").

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

For their Status Report, the Parties state the following: In compliance with the Court's *Order Requiring Movants and Trustee to Meet and Confer* [ECF No. 3567], on September 23, 2024, counsel for the Parties met and conferred by telephone regarding the Motion to Quash, and since their initial conference the Parties' counsel have exchanged information regarding the Motion to Quash and have further met and conferred by email and telephone. On October 11, 2024, Trustee's counsel sent a proposed stipulation to resolve the Motion to Quash to counsel for the Movants. Counsel for the Movants has discussed the proposed stipulation with the Movants and the Movants are considering a response. The Parties propose that on or before October 23, 2024, the Parties will file a proposed stipulated order resolving the Motion to Quash or the Trustee will file his opposition to the Motion to Quash.

*[SIGNATURE PAGE FOLLOWS]*

Dated: October 16, 2024  
    New Haven, CT

LUC A. DESPINS  
CHAPTER 11 TRUSTEE

By: */s/ Kari A. Mitchell*  
Kari A. Mitchell (ct31578)  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

Dated:   October  , 2024  
    Farmington, CT

YUMEI HAO, RIVER VALLEY OPERATIONS, LLC, AND GOLDEN EAGLE VENTURES, LLC

By: */s/ Ross G. Fingold*  
Ross G. Fingold, Esq.  
Stokesbury & Fingold, LLC  
10 Waterside Drive, Ste. 204  
Farmington, Connecticut 06032  
Office: (860) 606-1709  
rfingold@lawssf.com

*Counsel for the Movants*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

---------------------------------------------------------x
                                                                :

In re:                                     :       Chapter 11

HO WAN KWOK *et al.*,          :       Case No. 22-50073 (JAM)

              Debtors.[2]         :       Jointly Administered

---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date hereof, a copy of the foregoing was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF system.

                                                  By: */s/ Kari A. Mitchell*
                                                       Kari A. Mitchell

---

[2] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).