**GENEVER HOLDINGS CORPORATION**
**NOTES TO THE SEPTEMBER 2024 OPERATING REPORT**

**PART 2:  ASSET AND LIABILITY STATUS:**

| | | |
|---|---|---|
| d. | Total current assets: | Unknown |
| e. | Total assets: | Unknown |

The Debtor's only known asset is its interest in Genever Holdings LLC, and the value of this interest is unknown.