**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned counsel hereby enters an appearance as counsel for MARY FASHION S.P.A., a party-in-interest in the above-captioned case as a defendant in an adversary proceeding that has been commenced in connection with the above-captioned case, and pursuant to, inter alia, Bankruptcy Rules 2002, 2015 and 9007, and Sections 102(1) and 1109 of the Bankruptcy Code, requests that all notices given or required to be given in the above-captioned case and all papers served in the above-captioned case be given to and served upon the undersigned at the address set forth below. I am admitted or otherwise authorized to practice in this court.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of MARY FASHION S.P.A.'s rights, if any: (1) to have final orders in non-core matters entered only after de novo review by a United States District Judge; (2) to a

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1

trial by jury in any proceeding so triable in this case, or in any case, controversy or proceeding related to this case; (3) to have the United States District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal of reference; or (4) regarding any claims, defenses, actions, setoffs, recoupments or other rights of any nature whatsoever, all of which are expressly reserved.

Dated:  October 18, 2024                    By:    /s/ David B. Zabel
                                                                          David B. Zabel, Esq.
                                                                          Federal Bar No. ct01382
                                                                          Marino, Zabel & Schellenberg, PLLC
                                                                          657 Orange Center Road
                                                                          Orange, CT  06477
                                                                          Tele:  (203) 864-4511
                                                                          Fax:   (203) 456-8249
                                                                          E-mail: dzabel@mzslaw.com

                                                                          *Local Counsel to MARY FASHION S.P.A.*

**CERTIFICATION OF SERVICE**

I hereby certify that on October 18, 2024, a copy of the foregoing Notice of Appearance was filed electronically. Notice of filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's CM/ECF system.

/s/ David B. Zabel<br>David B. Zabel