ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**

**DUE DATE:**

**Instructions**

| # | Field | Value |
|---|---|---|
| 1 | NAME | Patrick R. Linsey |
| 2 | PHONE NUMBER | (203) 781-2847 |
| 3 | DATE | 10/17/2024 |
| 4 | DELIVERY ADDRESS OR EMAIL | plinsey@npmlaw.com |
| 5 | CITY | New Haven |
| 6 | STATE | CT |
| 7 | ZIP CODE | 06510 |
| 8 | CASE NUMBER | 22-50073 |
| 9 | JUDGE | Hon. Julie A. Manning |
| 10 | FROM | 10/15/2024 |
| 11 | TO | 10/15/2024 |
| 12 | CASE NAME | Ho Wan Kwok and Genever Holdings LLC |
| 13 | CITY | Bridgeport |
| 14 | STATE | CT |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) All proceedings | 10/15/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL** 0.00

| 18. SIGNATURE | /s/ Patrick R. Linsey |
|---|---|
| PROCESSED BY | Lorenzo M. Whitmore |
| 19. DATE | 10/17/2024 |
| PHONE NUMBER | 203-579-5808 |

**TRANSCRIPT TO BE PREPARED BY:** Reliable

**COURT ADDRESS:** 915 Lafayette Blvd., Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

Print    Save As...    Reset

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday October 15 2024

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** #3592; Motion to Sell 373 Taconic Road, Greenwich, Connecticut Free and Clear of Liens Claims, Interests and Encumbrances, (II) Authorizing and Approving Purchase and Sale Agreement and (III) Granting Related Relief Filed by Douglas S. Skalka on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** #3650; Motion for Order Increasing Cap on Funding of Expenses of Mahwah Mansion Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 24-05249 | Despins, Luc A., Chapter 11 Trustee v. ACA Capital Group Ltd. et al |
|---|---|---|

**Matter:** #89; Order Setting Status Conference

---

| 01:00 PM | 24-05273 | Despins, Luc A., Chapter 11 Trustee v. NGOK, et al |
|---|---|---|

**Matter:  #94; Order Setting Status Conference**

# Parties that attended the October 15, 2024 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604

**Jeffrey M. Sklarz**
Green & Sklarz LLC

One Audubon Street
3rd Floor
New Haven, CT 06511

**James Edward Nealon**

Nealon Law LLC

1266 East Main Street

Suite 700r

Stamford, CT 06902

**Ivan J. Ladd-Smith**

Spears Manning & Martini LLC

2425 Post Road

Suite 203

Southport, CT 06824

**Jason Michael Swergold**

Yankwitt LLP
140 Grand Street
Suite 705
White Plains, NY 10601

**Bryan Ha**

Bryan Ha, Attorney at Law

455 Tarrytown Road, #1244

White Plains, NY 10607

**Emily McDaniels**

Sher Tremonte LLP

90 Broad St.

23rd FL

New York, NY 10004

**Kristin B. Mayhew**

Pullman & Comley, LLC

850 Main Street, 8th Floor

PO Box 7006
Bridgeport, CT 06601

**Michael T. Conway**
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
Fifth Floor
New York, NY 10017