# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 18, 2024

In re:

Ho Wan Kwok

Genever Holdings Corporation
Debtor*

Case Number: 22−50073
Chapter: 11

## AMENDED NOTICE OF HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **November 5, 2024** at **01:00 PM** to consider and act upon the following matter(s):

>   Seventeenth Motion for 2004 Examination of Additional Entities and Individuals Affiliated with Debtor and Additional Relevant Banks Filed by Kari A. Mitchell on behalf of Luc A. Despins, Chapter 11 Trustee. (Re: Doc #3594)

>   Amended Motion for Order denying Trustee's Seventeenth Supplemental Omnibus Motion Authorizing Discovery as to Movants Herein, and Motion to Quash Filed by Richard N Freeth on behalf of Bofang Investment LLC, Feibo Jiang, Miscellaneous Proceeding Parties (Re: Doc #3649)

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.

**OBJECTION(S) TO THE MOTION SHALL BE FILED ON OR BEFORE: November 1, 2024** before 4:00 PM. Untimely objections may not be considered.

Dated: October 18, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − rms