**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

On September 19, 2024, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), filed a redacted form of the *Sealed Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Rule 9019, Regarding Settlement With Wildes & Weinberg, P.C.*, [ECF No. 3559] (the "Motion") using the Court's case management/electronic case files system ("CM/ECF"). Notice of the Motion was sent to all parties appearing in the Chapter 11 Case able to accept electronic notice (the "ECF Parties") immediately upon filing via email by operation of the CM/ECF system.

On or before September 20, 2024, the undersigned caused the Motion to be sent to appearing parties unable to receive electronic notice via first-class U.S. Mail and via email to Wildes & Weinberg, P.C. at michael@wildeslaw.com.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

On October 15, 2024 the Court's *Notice of Hearing* [ECF No. 3688] (the "Hearing Notice") was entered in the Chapter 11 Case. Notice of the Hearing Notice was sent to all ECF Parties immediately upon filing via email by operation of the CM/ECF system.

On October 16, 2024, the undersigned caused the Hearing Notice to be sent to appearing parties unable to receive electronic notice via first-class U.S. Mail.

On October 18, 2024, the undersigned cause the Hearing Notice to be sent via email to Wildes & Weinberg, P.C. at michael@wildeslaw.com.

Dated: October 18, 2024          LUC A. DESPINS,
       New Haven, Connecticut       CHAPTER 11 TRUSTEE

                                          */s/ Patrick R. Linsey*
                                          Patrick R. Linsey (ct29437)
                                          NEUBERT, PEPE & MONTEITH, P.C.
                                          195 Church Street, 13th Floor
                                          New Haven, Connecticut 06510
                                          (203) 781-2847
                                          plinsey@npmlaw.com

                                          *Counsel for the Chapter 11 Trustee*