ct136 04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

Luc A. Despins, Chapter 11 Trustee,
Plaintiff(s)

v.

Harcus Parker Limited,
Defendant(s)

Adversary Proceeding No: 24-05163

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On October 14, 2024, a Motion for Admission for Attorney Clinton E. Cameron to appear as a Visiting Attorney to represent Harcus Parker Limited, was filed in the Chapter 11 case (ECF No. 3681) by local counsel Attorney Peter C. Netburn (the "Sponsoring Attorney").  As the Motion satisfies the requirements set forth by D. Conn. L. Civ. R. 83.1(e), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:**  Pursuant to D. Conn. L. Civ. R. 83.1(e), Attorney Clinton E. Cameron is hereby admitted *pro hac vice* in the Chapter 11 case and the adversary proceeding No. 24-05163.

Dated: October 21, 2024

BY THE COURT

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.