# EXHIBIT A

# PULLMAN & COMLEY

## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

June 25, 2024
**Invoice #** 427433
**Matter #** 083201.0001

**Re:** **Case Administration**

For services rendered through May 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 05/01/24 | Mayhew | Review correspondence from P. Linsey re revised mediation procedures order | 0.10 | 590.00 | 59.00 |
| 05/02/24 | Kaplan | Review mediation order | 0.40 | 460.00 | 184.00 |
| 05/02/24 | Mayhew | Review correspondence from P. Linsey, S. Sarnoff and H. Claiborne re $10.2 million wire transfer re Bombadier jet sales proceeds | 0.20 | 590.00 | 118.00 |
| 05/03/24 | Mayhew | Review correspondence from L. Despins re Y. Wang's guilty plea | 0.10 | 590.00 | 59.00 |
| 05/06/24 | Mayhew | Review notice of appeal filed by Mei Guo | 0.10 | 590.00 | 59.00 |
| 05/06/24 | Kaplan | Trustee's notice regarding debtor's criminal proceedings/Yvette Wang | 0.30 | 460.00 | 138.00 |
| 05/09/24 | Mayhew | Review correspondence from Chapter 11 Trustee re HCHK Assignee fees | 0.10 | 590.00 | 59.00 |
| 05/13/24 | Kaplan | Review architect's invoices for Sherry Netherlands | 0.20 | 460.00 | 92.00 |
| 05/16/24 | Kaplan | Review motion for examination related to automobiles and other items | 0.30 | 460.00 | 138.00 |
| 05/21/24 | Mayhew | Review correspondence from J. Kaplan re status of matters respond | 0.10 | 590.00 | 59.00 |
| 05/22/24 | Mayhew | Review chapter 11 Trustee's Motion to Liquidate VCTR shares | 0.20 | 590.00 | 118.00 |
| 05/24/24 | Kaplan | Motion to Modify Protective Order and redesignate highly confidential material as confidential | 0.30 | 460.00 | 138.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

Case Administration

**Fees**            **$1,221.00**

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Jonathan A. Kaplan | Partner | 1.50 | 460.00 | 690.00 |
| Kristin B. Mayhew | Partner | 0.90 | 590.00 | 531.00 |
| **Fees** | | | | **$1,221.00** |

| | |
|---|---:|
| **Total Fees** | **$1,221.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$1,221.00** |

# PULLMAN & COMLEY

## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

June 25, 2024
**Invoice #** 427434
**Matter #** 083201.0002

**Re:**    **Meetings and Communications with Creditors**

For services rendered through May 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 05/03/24 | Kaplan | Emails with committee regarding Yvette Wang guilty plea | 0.20 | 460.00 | 92.00 |
| 05/10/24 | Kaplan | Review application to employ counsel for Cayman Islands | 0.30 | 460.00 | 138.00 |
| 05/23/24 | Kaplan | Emails with Mr. Nunberg and Mr. Ye regarding criminal trial, Sherry Netherlands matters | 0.20 | 460.00 | 92.00 |
| | | **Fees** | | | **$322.00** |

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|------|------|------|------|------|
| Jonathan A. Kaplan | Partner | 0.70 | 460.00 | 322.00 |
| | **Fees** | | | **$322.00** |

| | |
|------|------|
| **Total Fees** | **$322.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$322.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

# PULLMAN & COMLEY

**ATTORNEYS AT LAW**

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

June 25, 2024
**Invoice #** 427435
**Matter #** 083201.0003

**Re:**    **Fee/Employment Applications**

For services rendered through May 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|--|-------|------|--------|
| 05/17/24 | Kaplan | Review First Interim Application of UK Barristers, for Compensation and Reimbursement of Expenses for the Period from January 1, 2023 through February 29, 2024 | 0.60 | 460.00 | 276.00 |
| 05/20/24 | Kaplan | Review monthly fee statement for Prager Dreifuss for April 2024 | 0.30 | 460.00 | 138.00 |
| | | **Fees** | | | **$414.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 0.90 | 460.00 | 414.00 |
| | **Fees** | | | **$414.00** |

| | |
|---|---|
| **Total Fees** | **$414.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$414.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

# PULLMAN & COMLEY

**ATTORNEYS AT LAW**

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

June 25, 2024
**Invoice #** 427436
**Matter #** 083201.0005

**Re:** **Asset Analysis and Recovery**

For services rendered through May 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|------------|---|-------|------|--------|
| 05/02/24 | Kaplan | Review notice of update of BVI Proceeding on K Legacy LTD and London Apartment | 0.30 | 460.00 | 138.00 |
| 05/06/24 | Kaplan | Order on remediation services for Sherry Netherlands | 0.20 | 460.00 | 92.00 |
| 05/10/24 | Kaplan | Review Motion for Order regarding transfer of ownership of Ducati Motorcycle | 0.30 | 460.00 | 138.00 |
| 05/17/24 | Kaplan | Review notice on matters referred to mediation | 0.20 | 460.00 | 92.00 |
| 05/21/24 | Kaplan | Review Trustees' Motion to Approve Liquidation of VCTR Shares and Motion to Limit Notice; email with colleagues | 0.50 | 460.00 | 230.00 |
| | **Fees** | | | | **$690.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 1.50 | 460.00 | 690.00 |
| | **Fees** | | | **$690.00** |

| | |
|---|---|
| **Total Fees** | **$690.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$690.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

# PULLMAN & COMLEY

## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

July 25, 2024
**Invoice #** 428788
**Matter #** 083201.0001

**Re:** **Case Administration**

For services rendered through June 30, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|---|-------|------|--------|
| 06/06/24 | Kaplan | Review objection by Lamp Capital to motion regarding VCTR Shares/Reverence Fund | 0.20 | 460.00 | 92.00 |
| 06/10/24 | Kaplan | Attend hearing on Motion to Sell Stock/Reverence Funds and Lamp Capitals Objection | 0.80 | 460.00 | 368.00 |
| 06/11/24 | Kaplan | Review proposed orders submitted by Trustee/Lamp Capital to resolve Reverence Fund matter | 0.20 | 460.00 | 92.00 |
| 06/12/24 | Kaplan | Review court order on reverence fund, shares | 0.10 | 460.00 | 46.00 |
| 06/18/24 | Kaplan | Review motion to reconsider order concerning Reverance Fund/sale of shares | 0.20 | 460.00 | 92.00 |
| 06/20/24 | Kaplan | Review order amending protective order/confidentiality | 0.20 | 460.00 | 92.00 |
| 06/21/24 | Kaplan | Review monthly operating reports for March, April and May | 0.60 | 460.00 | 276.00 |
| 06/24/24 | Mayhew | Review correspondence from P. Linsey re extension of time to file fee application and respond | 0.10 | 590.00 | 59.00 |
| 06/24/24 | Mayhew | Review correspondence from A. Bogartz re motion to increase DIP facility | 0.10 | 590.00 | 59.00 |
| 06/24/24 | Mayhew | Review correspondence from L. Despinis re DIP financing | 0.10 | 590.00 | 59.00 |
| 06/24/24 | Mayhew | Review Motion for DIP loan and motion to limit notice with relation to same | 0.40 | 590.00 | 236.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Case Administration

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|---|-------|------|--------|
| 06/24/24 | Mayhew | Review Court's order limiting notice of DIP motion | 0.10 | 590.00 | 59.00 |
| 06/24/24 | Mayhew | Review and calendar hearing notice re Trustee's DIP motion | 0.10 | 590.00 | 59.00 |
| 06/25/24 | Mayhew | Review correspondence and attachments for Trustee Designations regarding payments to professionals with respect to HCHK ruling | 0.40 | 590.00 | 236.00 |
| 06/27/24 | Mayhew | Review correspondence from A. Bongartz regarding Sciame Homes invoice | 0.10 | 590.00 | 59.00 |
| 06/28/24 | Kaplan | Review monthly operating report of Genever Holding Corp. for May 2024 | 0.20 | 460.00 | 92.00 |
| | | **Fees** | | | **$1,976.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 2.50 | 460.00 | 1,150.00 |
| Kristin B. Mayhew | Partner | 1.40 | 590.00 | 826.00 |
| | **Fees** | | | **$1,976.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$1,976.00** |
| **Total Disbursements** | | **$0.00** |
| **Total Due This Invoice** | | **$1,976.00** |

# PULLMAN & COMLEY

## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

July 25, 2024
**Invoice #** 428789
**Matter #** 083201.0003

**Re:    Fee/Employment Applications**

For services rendered through June 30, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|---|-------|------|--------|
| 06/18/24 | Kaplan | Attend hearing on First Interim Application on UK Barrister's Fee Application and review court order approving same | 0.40 | 460.00 | 184.00 |
| 06/20/24 | Kaplan | Review monthly fee statement of O'Connor, McCormack, Jensen & Bliss for May, 2024 | 0.20 | 460.00 | 92.00 |
| 06/21/24 | Kaplan | Review Kroll Monthly Fee Statement | 0.30 | 460.00 | 138.00 |
| 06/23/24 | Kaplan | Review invoices for Jan - April, 2024 and prepare fourth interim fee application | 2.00 | 460.00 | 920.00 |
| 06/24/24 | Mayhew | Review correspondence from I. Goldman re fee application | 0.10 | 590.00 | 59.00 |
| 06/24/24 | Kaplan | Revise and finalize fourth interim fee application and corresponding documents/exhibits and file | 2.00 | 460.00 | 920.00 |
| 06/28/24 | Kaplan | Emails with team regarding service of fourth interim fee application, order limiting notice | 0.20 | 460.00 | 92.00 |
| 06/28/24 | Mayhew | Review correspondence from J. Kaplan re service of P&C Fee Application and respond | 0.10 | 590.00 | 59.00 |
| 06/28/24 | Mayhew | Review docket and review order re service of fee applications | 0.30 | 590.00 | 177.00 |
| 06/28/24 | Mayhew | Review Notice of Hearing and arrange for service of P&C's 4th Interim Fee Application and locate top 20 largest unsecured creditors Genever BUI and Genever US | 0.80 | 590.00 | 472.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Fee/Employment Applications

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|--|-------|------|--------|
| 06/28/24 | Mayhew | Correspondence to and from J. Kaplan re service issues re fee application | 0.20 | 590.00 | 118.00 |
| 06/30/24 | Kaplan | Review and analyze fee application for Epiq | 0.70 | 460.00 | 322.00 |
| 06/30/24 | Kaplan | Review and analyze fee application for Prager Dreifus Ag | 0.70 | 460.00 | 322.00 |
| 06/30/24 | Kaplan | Review and analyze fee application for O'Sullivan McCormack Jensen & Bliss | 0.70 | 460.00 | 322.00 |
| 06/30/24 | Kaplan | Review and analyze fee application for Eisner Advisory Group | 0.70 | 460.00 | 322.00 |
| 06/30/24 | Kaplan | Review and analyze fee application for Pallas Partners | 0.70 | 460.00 | 322.00 |
| 06/30/24 | Kaplan | Review and analyze fee application for Kroll | 1.40 | 460.00 | 644.00 |
| | | **Fees** | | | **$5,485.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 10.00 | 460.00 | 4,600.00 |
| Kristin B. Mayhew | Partner | 1.50 | 590.00 | 885.00 |
| | **Fees** | | | **$5,485.00** |

| | |
|---|---|
| **Total Fees** | **$5,485.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$5,485.00** |

# PULLMAN
# &COMLEY
### ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

July 25, 2024
**Invoice #** 428790
**Matter #** 083201.0004

**Re:**    **DIP Financing**

For services rendered through June 30, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 06/18/24 | Kaplan | Review Trustee's motion to extend DIP limit for sherry Netherlands repairs and motion to limit notice | 0.50 | 460.00 | 230.00 |
| 06/20/24 | Kaplan | Review order limiting notice for motion to increase intradebtor DIP | 0.20 | 460.00 | 92.00 |
| | **Fees** | | | | **$322.00** |

### Professional Summary

| <u>Professional</u> | <u>Title</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 0.70 | 460.00 | 322.00 |
| **Fees** | | | | **$322.00** |
| **Total Fees** | | | | **$322.00** |
| **Total Disbursements** | | | | **$0.00** |
| **Total Due This Invoice** | | | | **$322.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

# PULLMAN & COMLEY

**ATTORNEYS AT LAW**

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

July 25, 2024
**Invoice #** 428791
**Matter #** 083201.0005

**Re:** **Asset Analysis and Recovery**

For services rendered through June 30, 2024

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/18/24 | Kaplan | Review notice of invoices of Acheson Doyle Partners Architect | 0.10 | 460.00 | 46.00 |
| 06/27/24 | Kaplan | Status update on Sherry Netherlands | 0.20 | 460.00 | 92.00 |
| | | **Fees** | | | **$138.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 0.30 | 460.00 | 138.00 |
| | **Fees** | | | **$138.00** |

| | |
|---|---|
| **Total Fees** | **$138.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$138.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

August 22, 2024
**Invoice #** 430289
**Matter #** 083201.0001

**Re:     Case Administration**

For services rendered through July 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/08/24 | Kaplan | Review Genever Holdings' amended monthly operating report for March 2024 and monthly operating report for May 2024 | 0.30 | 460.00 | 138.00 |
| 07/11/24 | Kaplan | Review Trustee's Motion to Seal the Motion to Preserve Evidence | 0.40 | 460.00 | 184.00 |
| 07/12/24 | Mayhew | Review correspondence from S. Nunberg and respond | 0.20 | 590.00 | 118.00 |
| 07/12/24 | Mayhew | Review correspondence from P. Linsey re Motion to Seal and Motion to Preserve Evidence | 0.40 | 590.00 | 236.00 |
| 07/12/24 | Kaplan | Review order sealing motion to preserve evidence | 0.20 | 460.00 | 92.00 |
| 07/16/24 | Kaplan | Review Trustee's Notice Update on Debtor's Criminal Trial including transcript of verdict and order admitting statements of coconspirators | 0.50 | 460.00 | 230.00 |
| 07/16/24 | Mayhew | Prepare for hearings before Judge Manning in DIP motion | 0.50 | 590.00 | 295.00 |
| 07/16/24 | Mayhew | Attend hearing before Judge Manning on: (1) Amended DIP motion; (ii) motion to extend avoidance action; and (iii) motion for default judgment against Ace Decade | 3.50 | 590.00 | 2065.00 |
| 07/16/24 | Mayhew | Conference with I. Goldman re DIP motion hearing | 0.20 | 590.00 | 118.00 |
| 07/17/24 | Mayhew | Review Trustee's Notice of Criminal Conviction and send to Committee | 0.40 | 590.00 | 236.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Invoice No.: 430289
August 22, 2024
Page 2

| Date | Professional | | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 07/22/24 | Mayhew | Telephone call with L. Despins re adversary proceeding | 0.10 | 590.00 | 59.00 |
| 07/22/24 | Mayhew | Conference with I. Goldman re adversary proceeding | 0.10 | 590.00 | 59.00 |
| 07/25/24 | Kaplan | Status report on Sherry Netherlands construction | 0.20 | 460.00 | 92.00 |
| 07/25/24 | Kaplan | Review June monthly operating report for Genever Holdings LLC | 0.20 | 460.00 | 92.00 |
| 07/25/24 | Mayhew | Review correspondence from L. Despins regarding 3rd party claims | 0.10 | 590.00 | 59.00 |
| 07/26/24 | Mayhew | Review correspondence from N. Bassett regarding HCHK stay pending appeal and respond | 0.40 | 590.00 | 236.00 |
| 07/29/24 | Mayhew | Review correspondence from L. Despins, S. Sarnoff and N. Bassett and respond | 0.30 | 590.00 | 177.00 |
| | | **Fees** | | | **$4,486.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|------|------|------|------|------|
| Jonathan A. Kaplan | Partner | 1.80 | 460.00 | 828.00 |
| Kristin B. Mayhew | Partner | 6.20 | 590.00 | 3,658.00 |
| | **Fees** | | | **$4,486.00** |

## Disbursements

| | Amount |
|------|------|
| Copy Expense | 293.10 |
| **Total Disbursements** | **$293.10** |
| **Total Fees** | **$4,486.00** |
| **Total Disbursements** | **$293.10** |
| **Total Due This Invoice** | **$4,779.10** |

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

August 22, 2024
**Invoice #** 430290
**Matter #** 083201.0002

**Re:** **Meetings and Communications with Creditors**

For services rendered through July 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|---|-------|------|--------|
| 07/12/24 | Kaplan | Email with committee members regarding criminal trial | 0.20 | 460.00 | 92.00 |
| 07/16/24 | Kaplan | Email with committee regarding verdict in criminal trial | 0.20 | 460.00 | 92.00 |
| 07/17/24 | Kaplan | Email with Mr. Ning Ye of committee | 0.10 | 460.00 | 46.00 |
| 07/19/24 | Kaplan | Email with committee, email with Trustee regarding London apartment/entity and article | 0.20 | 460.00 | 92.00 |
| | | **Fees** | | | **$322.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 0.70 | 460.00 | 322.00 |
| | **Fees** | | | **$322.00** |

| | |
|---|---|
| **Total Fees** | **$322.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$322.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

# PULLMAN & COMLEY

**ATTORNEYS AT LAW**

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

August 22, 2024
**Invoice #** 430291
**Matter #** 083201.0003

**Re:    Fee/Employment Applications**

For services rendered through July 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|---|-------|------|--------|
| 07/03/24 | Mayhew | Correspondence to Committee members re Pullman & Comley's 4th Interim Application for Compensation | 0.10 | 590.00 | 59.00 |
| 07/03/24 | Mayhew | Review/revise Certificate of Service of Pullman & Comley's 4th Interim Fee Application | 0.20 | 590.00 | 118.00 |
| 07/03/24 | Mayhew | Review draft Exhibits A & B to the Certificate of Service and obtain updated list of creditors unable to receive electronic notice and revise Exhibit A | 0.50 | 590.00 | 295.00 |
| 07/03/24 | Mayhew | Review and finalize Certificate of Service for fee application | 0.10 | 590.00 | 59.00 |
| 07/14/24 | Kaplan | Review fifth interim fee application for Paul Hastings | 3.00 | 460.00 | 1380.00 |
| 07/14/24 | Kaplan | Review fifth interim fee application for Neubert Pepe & Monteith | 2.20 | 460.00 | 1012.00 |
| 07/22/24 | Mayhew | Telephone call with P. Linsey re remote hearing for fee application | 0.10 | 590.00 | 59.00 |
| 07/22/24 | Mayhew | Review Court's order scheduling a Zoom hearing in the fee application and request Zoom information from clerk | 0.10 | 590.00 | 59.00 |
| 07/22/24 | Kaplan | Review O'Sullivan, McCormack, Jensen & Blis fee statement for June 2024 | 0.20 | 460.00 | 92.00 |
| 07/23/24 | Mayhew | Prepare for hearing on Pullman & Comley's 4th Interim Application for Compensation | 0.60 | 590.00 | 354.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Fee/Employment Applications

| Date | Professional | | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 07/23/24 | Mayhew | Attend hearing on professional's fee applications | 1.00 | 590.00 | 590.00 |
| 07/23/24 | Mayhew | Correspondence to Committee re fee applications | 0.30 | 590.00 | 177.00 |
| 07/24/24 | Kaplan | Review monthly fee statement of Kroll for July 2024 | 0.30 | 460.00 | 138.00 |
| | | **Fees** | | | **$4,392.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|------|------|------|------|------|
| Jonathan A. Kaplan | Partner | 5.70 | 460.00 | 2,622.00 |
| Kristin B. Mayhew | Partner | 3.00 | 590.00 | 1,770.00 |
| | **Fees** | | | **$4,392.00** |

| | |
|------|------|
| **Total Fees** | **$4,392.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$4,392.00** |

# PULLMAN
# & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

August 22, 2024
**Invoice #** 430292
**Matter #** 083201.0004

**Re:    DIP Financing**

For services rendered through July 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|---|-------|------|--------|
| 07/18/24 | Kaplan | Review order authorizing amendment to DIP Credit | 0.30 | 460.00 | 138.00 |
| | **Fees** | | | | **$138.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 0.30 | 460.00 | 138.00 |
| **Fees** | | | | **$138.00** |

| | |
|---|---|
| **Total Fees** | **$138.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$138.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com        Bridgeport      Hartford      Springfield      Stamford      Waterbury      Westport      White Plains

# PULLMAN & COMLEY

### ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

August 22, 2024
**Invoice #** 430293
**Matter #** 083201.0005

**Re:**   **Asset Analysis and Recovery**

For services rendered through July 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|--|-------|------|--------|
| 07/09/24 | Kaplan | Review motion to limit notice/expedite hearing on motion to extend deadline to file avoidance actions | 0.50 | 460.00 | 230.00 |
| 07/17/24 | Kaplan | Review notice of invoice of Acheson Doyle Partners-Sherry Netherlands accountant | 0.20 | 460.00 | 92.00 |
| 07/19/24 | Kaplan | Trustee's supplemental motion to extend the deadline to file avoidance actions | 0.60 | 460.00 | 276.00 |
| 07/22/24 | Kaplan | Review monthly operating report of Debtor for June 2024 | 0.20 | 460.00 | 92.00 |
| 07/24/24 | Kaplan | Monthly operating report for June 2024 for Genever Holdings Corporation | 0.20 | 460.00 | 92.00 |
| 07/29/24 | Kaplan | Review adversary proceeding against ACASS USA Inc. | 0.40 | 460.00 | 184.00 |
| | **Fees** | | | | **$966.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 2.10 | 460.00 | 966.00 |
| | **Fees** | | | **$966.00** |

| | |
|--|--|
| **Total Fees** | **$966.00** |
| **Total Disbursements** | **$0.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Asset Analysis and Recovery

**Total Due This Invoice**                                    **$966.00**

# PULLMAN & COMLEY

**ATTORNEYS AT LAW**

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

September 26, 2024
**Invoice #** 431803
**Matter #** 083201.0001

**Re:    Case Administration**

For services rendered through August 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/06/24 | Kaplan | Review objections to motion to extend deadline by various entities (G Club, Meta Platform, Apple, Hing Chi Ngok) | 0.60 | 460.00 | 276.00 |
| 08/06/24 | Mayhew | Telephone call with L Despins re litigation issues | 0.10 | 590.00 | 59.00 |
| 08/06/24 | Mayhew | Review Status Report re sales of stock | 0.10 | 590.00 | 59.00 |
| 08/08/24 | Mayhew | Review hearing notice re emergency Motion re Mahwah mansion and calendar same | 0.20 | 590.00 | 118.00 |
| 08/09/24 | Mayhew | Review correspondence from C. Callari and respond to same re Rui Ma | 0.30 | 590.00 | 177.00 |
| 08/09/24 | Mayhew | Review Chapter 11 Trustee's Reply to Objection to Extend Statute of Limitation | 0.20 | 590.00 | 118.00 |
| 08/09/24 | Kaplan | Review trustee's Reply to Objections to Motion to Extend Statutes of Limitations | 0.60 | 460.00 | 276.00 |
| 08/12/24 | Mayhew | Review Judge Manning's order re remote hearing and email Courtroom Deputy | 0.10 | 590.00 | 59.00 |
| 08/12/24 | Mayhew | Review Response filed by Taurus Fund re Mahwah mansion | 0.10 | 590.00 | 59.00 |
| 08/13/24 | Mayhew | Prepare for hearing on Trustee's Motion to Extend August 15, 2024 deadline to commence avoidance action | 0.50 | 590.00 | 295.00 |
| 08/13/24 | Mayhew | Attend hearing before Judge Manning and (i) Trustee's Motion to Extend 8/15 deadline; and (ii) Emergency Motion re | 2.40 | 590.00 | 1416.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Case Administration

Invoice No.: 431803
September 26, 2024
Page 2

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|--|-------|------|--------|
| | | Mahwah mansion | | | |
| 08/13/24 | Kaplan | Motion to Amend Mediation Procedures | 0.30 | 460.00 | 138.00 |
| 08/13/24 | Kaplan | Review list of witnesses and exhibits for hearing on motion to extend deadline for avoidance actions | 0.20 | 460.00 | 92.00 |
| 08/14/24 | Mayhew | Review Judge Manning's order re motion to extend avoidance action deadline and send status update to the Committee | 0.40 | 590.00 | 236.00 |
| 08/19/24 | Mayhew | Telephone call with E. Geltzer re avoidance actions | 0.50 | 590.00 | 295.00 |
| 08/22/24 | Kaplan | Review monthly operating report for Debtor for July 2024 | 0.20 | 460.00 | 92.00 |
| 08/24/24 | Mayhew | Review correspondence from N. Bassett re District Court opinion attorney summary judgment re Lady May | 0.30 | 590.00 | 177.00 |
| 08/26/24 | Mayhew | Review correspondence from L. Despins re call and respond | 0.10 | 590.00 | 59.00 |
| 08/26/24 | Mayhew | Review correspondence from Trustee's counsel re conference call and respond | 0.20 | 590.00 | 118.00 |
| 08/26/24 | Mayhew | Attend Zoom meeting with L. Despins, N. Bassett, D. Barron, P. Linsey, S. Sarnoff, P. Friedman and J. Kaplan re current status update re Trustees' activities | 1.30 | 590.00 | 767.00 |
| 08/26/24 | Kaplan | Zoom call with Trustee regarding update on several items, including adversary proceedings/alter ego, Sherry Netherlands, etc. | 1.00 | 460.00 | 460.00 |
| 08/26/24 | Kaplan | Review court orders on 16th motion for 2004 exams, upcoming hearings on motion to amend mediation procedures and motion related to Greenwich property | 0.30 | 460.00 | 138.00 |
| 08/27/24 | Mayhew | Attend hearing on (i) Trustee's motion to approve pre-litigation mediation procedures; and (ii) motion for default judgment against Kay Legacy | 0.50 | 590.00 | 295.00 |

| | **Fees** | | | | **$5,779.00** |
|--|----------|--|--|--|---------------|

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 3.20 | 460.00 | 1,472.00 |
| Kristin B. Mayhew | Partner | 7.30 | 590.00 | 4,307.00 |

Case Administration

| | |
|---|---|
| **Fees** | **$5,779.00** |
| | |
| **Total Fees** | **$5,779.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$5,779.00** |

# PULLMAN & COMLEY

**ATTORNEYS AT LAW**

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

September 26, 2024
**Invoice #** 431804
**Matter #** 083201.0002

**Re:**    **Meetings and Communications with Creditors**

For services rendered through August 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|---|-------|------|--------|
| 08/14/24 | Kaplan | Review K. Mayhew's update from 8/13 hearing to committee | 0.20 | 460.00 | 92.00 |
| | **Fees** | | | | **$92.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 0.20 | 460.00 | 92.00 |
| **Fees** | | | | **$92.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$92.00** |
| **Total Disbursements** | | **$0.00** |
| **Total Due This Invoice** | | **$92.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

# PULLMAN
# &COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

September 26, 2024
**Invoice #** 431805
**Matter #** 083201.0003

**Re:  Fee/Employment Applications**

For services rendered through August 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|---|-------|------|--------|
| 08/12/24 | Kaplan | Review monthly fee statements for June/July 2024 for Prager AS / Swiss Counsel | 0.30 | 460.00 | 138.00 |
| 08/20/24 | Kaplan | Monthly Fee Statement (July 2024) for O'Sullivan McCormack Jensen & Bliss PC | 0.30 | 460.00 | 138.00 |
| 08/23/24 | Kaplan | Review trustee's application to employ real estate broker for Greenwich property and Motion to Expedite | 0.50 | 460.00 | 230.00 |
| | | **Fees** | | | **$506.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 1.10 | 460.00 | 506.00 |
| | **Fees** | | | **$506.00** |

| | |
|---|---|
| **Total Fees** | **$506.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$506.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

# PULLMAN & COMLEY

**ATTORNEYS AT LAW**

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

September 26, 2024
**Invoice #** 431806
**Matter #** 083201.0005

**Re:** **Asset Analysis and Recovery**

For services rendered through August 31, 2024

| **Date** | **Professional** | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 08/05/24 | Kaplan | Review Motion for Order authorizing funding to maintain Mahwah mansion | 0.40 | 460.00 | 184.00 |
| 08/06/24 | Kaplan | Review status report regarding sale of VCTR Shares and distribution of proceeds | 0.20 | 460.00 | 92.00 |
| 08/07/24 | Kaplan | Amended Emergency Motion for Order authorizing funding to maintain Mahwah mansion and courts order scheduling matter for hearing | 0.40 | 460.00 | 184.00 |
| 08/12/24 | Kaplan | Review Taurus Fund Objection to Trustee's Emergency Motion to expend funds | 0.20 | 460.00 | 92.00 |
| 08/13/24 | Kaplan | Review various adversary proceedings complaints for fraudulent transfer recovery filed by Trustee | 1.20 | 460.00 | 552.00 |
| 08/13/24 | Kaplan | Review notice of invoices of Acheson Doyle Partners Architects | 0.20 | 460.00 | 92.00 |
| 08/13/24 | Kaplan | Review 16th omnibus motion for 2004 examination | 0.30 | 460.00 | 138.00 |
| 08/14/24 | Kaplan | Review additional adversary proceeding complaints for fraudulent transfer by Trustee | 0.70 | 460.00 | 322.00 |
| 08/15/24 | Kaplan | Review additional fraudulent transfer complaints filed by Debtor against various individuals | 0.60 | 460.00 | 276.00 |
| 08/27/24 | Kaplan | Review monthly fee statement of Kroll, LLC | 0.60 | 460.00 | 276.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Asset Analysis and Recovery

Invoice No.: 431806
September 26, 2024
Page 2

**Fees**                                                                    **$2,208.00**

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 4.80 | 460.00 | 2,208.00 |

**Fees**                                                                    **$2,208.00**

**Total Fees**                                                              **$2,208.00**
**Total Disbursements**                                                        **$0.00**

**Total Due This Invoice**                                                  **$2,208.00**