UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
      Debtors.[1] : Jointly Administered
:
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from September 1, 2024 through and including September 30, 2024 (the "Fee Period"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $8,904.00 and $435.94 respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period. The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as <u>Exhibit B</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3. Attached hereto as <u>Exhibit C</u> is the fee statement of OMJB for services provided during the Fee Period with redactions to protect certain privileged information.

## NOTICE AND OBJECTION PROCEDURES

4. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific

Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **November 11, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever (US) shall promptly pay OMJB 80% of the fees and 100% of the expenses as identified in this Monthly Fee Statement.

7. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: October 21, 2024
Glastonbury, Connecticut

                                        GENEVER HOLDINGS LLC

By: _/s/Michael T. McCormack_
    Michael T. McCormack (ct13799)
    Timothy P. Jensen (ct18888)
    Amy E. Markim (ct27974)
    O'Sullivan McCormack Jensen & Bliss PC
    180 Glastonbury Boulevard, Suite 210
    Glastonbury, CT 06033
    Tel: 860-258-1993
    Fax: 860-258-1991
    mmccormack@omjblaw.com
    tjensen@omjblaw.com
    amarkim@omjblaw.com

    *Special Insurance Coverage Counsel for*
    *Debtor-In-Possession Genever Holdings LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
:
In re:                                            :    Chapter 11
                                                  :
HO WAN KWOK, *et al.*,[1]                         :    Case No. 22-50073 (JAM)
                                                  :
        Debtors.                                  :    (Jointly Administered)
                                                  :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 21, 2024, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

                GENEVER HOLDINGS LLC

                By:  */s/Michael T. McCormack*
                     Michael T. McCormack (ct13799)
                     Timothy P. Jensen (ct18888)
                     Amy E. Markim (ct27974)
                     O'Sullivan McCormack Jensen & Bliss PC
                     180 Glastonbury Boulevard, Suite 210
                     Glastonbury, CT 06033
                     Tel: 860-258-1993
                     Fax: 860-258-1991
                     mmccormack@omjblaw.com
                     tjensen@omjblaw.com
                     amarkim@omjblaw.com
                     *Special Insurance Coverage*
                     *Counsel for Debtor-In-Possession Genever*
                     *Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## EXHIBIT A

## HOURS AND RATES PER TIMEKEEPER

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Michael McCormack | 1993 | $400 | 4.1 | 1,640.00 |
| Timothy P. Jensen | 1997 | $450 | 20.7 | $9,315.00 |
| Melissa Gambardella | | $125 | 1.4 | $175.00 |
| **Total** | | | | **$11,130.00** |

## **EXHIBIT B**

### **SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Expense Category | Amount |
|---|---|
| Westlaw: Month of September | $235.68 |
| PACER: Month of September | $8.60 |
| Fees Advanced to Logikcull | $191.66 |
| **TOTAL** | **$435.94** |

## EXHIBIT C

## TIME AND EXPENSE DETAIL



# INVOICE

180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

Invoice No. 28156
Date: 10/15/2024

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

**Services**

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 09/02/2024 | TPJ | Review background scheduling filings and orders; outline for modifying discovery schedule and specifically damages experts | 1.00 | $450.00 | $450.00 |
| 09/03/2024 | MTM | Revise and supplement draft motion re stay of expert discovery | 0.40 | $400.00 | $160.00 |
| 09/03/2024 | TPJ | Drafting motion to modify first level of expert discovery | 1.00 | $450.00 | $450.00 |
| 09/04/2024 | TPJ | Revise motion to modify discovery schedule | 0.30 | $450.00 | $135.00 |
| 09/05/2024 | TPJ | Communications re motion to modify discovery schedule; Revise motion and finalize | 1.00 | $450.00 | $450.00 |
| 09/10/2024 | MTM | Telephone conference and email communications with L. Despins re REDACTED | 0.20 | $400.00 | $80.00 |
| 09/11/2024 | MTM | Review order re status conference re discovery | 0.10 | $400.00 | $40.00 |
| 09/11/2024 | MTM | Email communications with AIG counsel re status conference issues | 0.10 | $400.00 | $40.00 |
| 09/12/2024 | MTM | Review of AIG Opposition to Motion to Stay; email correspondence with L. Despins re REDACTED | 0.30 | $400.00 | $120.00 |
| 09/13/2024 | TPJ | Review and analysis of AIG objection to motion to extend | 0.30 | $450.00 | $135.00 |
| 09/16/2024 | MBG | Draft August OMJB Fee Statement and begin redactions of invoice exhibit to same. | 0.40 | $125.00 | $50.00 |
| 09/16/2024 | TPJ | Review fee application; communications re reply brief | 0.30 | $450.00 | $135.00 |
| 09/17/2024 | MTM | Review and analysis of AIG motions to continue status conference and motion to depose Kwok; email correspondence with Attny Despins re REDACTED | 0.30 | $400.00 | $120.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/18/2024 | TPJ | Review motion to depose Kwok. Outlining response to objection to extending expert discovery. | 1.50 | $450.00 | $675.00 |
| 09/18/2024 | MTM | Review of AIG motion to depose Kwok; email correspondence to L. Despins re REDACT... | 0.20 | $400.00 | $80.00 |
| 09/19/2024 | TPJ | Review cases cited by AIG in objection; additional research re REDACTED REDACTED | 3.90 | $450.00 | $1,755.00 |
| 09/20/2024 | MTM | Revise and supplement fee application and redacted invoice in support | 0.20 | $400.00 | $80.00 |
| 09/20/2024 | MBG | Attention to further redactions to OMJB August 2024 invoice and finalize Fee Application. | 0.20 | $125.00 | $25.00 |
| 09/20/2024 | MBG | Attention to E-file and service of OMJB August 2024 Fee Application on Notice Parties. | 0.20 | $125.00 | $25.00 |
| 09/23/2024 | TPJ | Draft reply brief to opposition to motion, for motion to compel and in support of motion to extend expert deadlines | 5.00 | $450.00 | $2,250.00 |
| 09/24/2024 | MTM | Review draft reply to AIG memorandum in opposition to motion to stay expert discovery. | 0.20 | $400.00 | $80.00 |
| 09/24/2024 | TPJ | Continue drafting reply brief to opposition to motion, for motion to compel and in support of motion to extend expert deadlines (2.1); review REDACTED REDACTED REDACTED (2.8) | 4.90 | $450.00 | $2,205.00 |
| 09/25/2024 | MTM | Revise and supplement draft reply to AIG opposition to motion to stay (1.2): review and analysis of case re REDACTED REDACTED (.5); email communications with L. Despins re REDACTED REDACTED (.2) | 1.90 | $400.00 | $760.00 |
| 09/25/2024 | TPJ | Revise reply brief | 0.50 | $450.00 | $225.00 |
| 09/26/2024 | MTM | Attention to revision to reply brief re stay of discovery and summary judgment issues | 0.20 | $400.00 | $80.00 |
| 09/26/2024 | MBG | Review and finalize Reply to AIG's Opposition to Motion to Stay. | 0.60 | $125.00 | $75.00 |
| 09/26/2024 | TPJ | Communications re reply brief; revisions to reply brief | 1.00 | $450.00 | $450.00 |
| | | | | **Services Subtotal** | **$11,130.00** |

## Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 09/04/2024 | Fees advanced to Logikcull INV270179 8/1/2024 - 8/31/2024 | $191.66 |
| Expense | 09/30/2024 | Westlaw: Month of September | $235.68 |
| Expense | 09/30/2024 | PACER: Month of September | $8.60 |
| | | **Expenses Subtotal** | **$435.94** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 20.7 | $450.00 | $9,315.00 |
| Michael McCormack | 4.1 | $400.00 | $1,640.00 |

| | | | |
|---|---|---|---|
| Melissa Gambardella | 1.4 | $125.00 | $175.00 |
| | | **Invoice Subtotal** | **$11,565.94** |
| | | **Invoice Total** | **$11,565.94** |

*REDACTED*

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC     *REDACTED*

Payment is due upon receipt.