AO 435 (Rev. 04/18)
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME Patrick R. Linsey | 2. PHONE NUMBER (203) 781-2847 | 3. DATE 10/22/2024 |
| 4. DELIVERY ADDRESS OR EMAIL plinsey@npmlaw.com | 5. CITY New Haven | 6. STATE CT  7. ZIP CODE 06510 |
| 8. CASE NUMBER 22-50073  9. JUDGE Hon. Julie A. Manning | DATES OF PROCEEDINGS 10. FROM 10/22/2024 | 11. TO 10/22/2024 |
| 12. CASE NAME Ho Wan Kwok and Genever Holdings LLC | LOCATION OF PROCEEDINGS 13. CITY Bridgeport | 14. STATE CT |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) All proceedings | 10/22/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

| | |
|---|---|
| 18. SIGNATURE /s/ Patrick R. Linsey | PROCESSED BY Lorenzo M. Whitmore |
| 19. DATE 10/22/2024 | PHONE NUMBER 203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY Reliable | COURT ADDRESS 915 Lafayette Blvd. Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday October 22 2024

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** #3602; Motion for Order Authorizing Chapter 11 Trustee to Sell Mahwah Mansion and Its Contents Subject to Further Orders Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** #3625; Application to Employ ENSafrica (Mauritius) as Attorneys in Republic of Mauritius Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** #3646; Application to Employ Patrice Doger de Speville, Senior Counsel, and William de Robillard, of Counsel as Barristers in Republic of Mauritius Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 23-05017 | Despins et al v. Taurus Fund LLC et al |
|---|---|---|

Lead Case: 22-50073 Ho Wan Kwok

**Matter:** #134; Motion for Order Authorizing Chapter 11 Trustee to Sell Mahwah Mansion and Its Contents Subject to Further Orders Filed by Patrick R. Linsey on behalf of Luc A. Despins, Plaintiff

# Attorneys that Appeared for the October 22, 2024 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Jeffrey Hellman**
Law Offices of Jeffrey Hellman, LLC
195 Church Street
10th Floor
New Haven, CT 06510

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Michael T. Conway**
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
Fifth Floor
New York, NY 10017