**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK *et al.*,                                    :    Case No. 22-50073 (JAM)
                                                         :
                         Debtors.[1]                     :    Jointly Administered
                                                         :
--------------------------------------------------------x

### CHAPTER 11 TRUSTEE'S REPORT OF SALE REGARDING SALE OF 373 TACONIC ROAD, GREENWICH, CONNECTICUT

In accordance with the terms of this Court's *Order Approving Chapter 11 Trustee's Motion for Entry of Order Authorizing and Approving Sale of The Greenwich Property Free and Clear of Liens, Claims, Interests and Encumbrances (A) Approving Sale of Real Property by Private Sale; (B) Authorizing Form of Notice of Private Sale and (C) Approving Related Relief (the "Order")* [ECF. No. 3690], Luc A. Despins, the chapter 11 Trustee (the "Trustee") hereby files this report of sale, and states as follows:

On October 18, 2024, the Trustee as seller, and BEC CT LLC, as buyer (the "Buyer"), consummated the sale of the real property known as 373 Taconic Road, Greenwich, Connecticut (the "Greenwich Property") and recorded the deed conveying the Greenwich Property at Volume 8373, Page 298 of the Greenwich land records, as authorized by the Order (the "Sale").

In accordance with the Order, consideration of $7,250,000.00 was paid by the Buyer to the Trustee for the Sale. Attached hereto as **Exhibit A** is a true and correct copy of the closing

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

statement related to the Sale. All distributions set forth on **Exhibit A** were made with good funds.

Dated: October 22, 2024                              LUC A. DESPINS, TRUSTEE

                                        By:*/s/ Douglas S. Skalka*

                                            Douglas S. Skalka (ct00616)
                                            Patrick R. Linsey (ct29437)
                                            NEUBERT, PEPE & MONTEITH, P.C.
                                            195 Church Street, 13th Floor
                                            New Haven, Connecticut 06510
                                            (203) 781-2847
                                            dskalka@npmlaw.com
                                            plinsey@npmlaw.com

                                                    *and*

                                            G. Alexander Bongartz (admitted *pro hac vice*)
                                            Douglass Barron (admitted *pro hac vice*)
                                            PAUL HASTINGS LLP
                                            200 Park Avenue
                                            New York, New York 10166
                                            (212) 318-6079
                                            alexbongartz@paulhastings.com
                                            douglassbarron@paulhastings.com

                                                    *and*

                                            Nicholas A. Bassett (admitted *pro hac vice*)
                                            PAUL HASTINGS LLP
                                            2050 M Street NW
                                            Washington, D.C., 20036
                                            (202) 551-1902
                                            nicholasbassett@paulhastings.com

                                                *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------- x
                         :

In re:                           :    Chapter 11

                           :

HO WAN KWOK *et al.*,       :    Case No. 22-50073 (JAM)

                           :

          Debtors.[2]      :    Jointly Administered

                           :

---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2024 the foregoing Report of Sale and HUD closing statement were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated:  October 22, 2024                      LUC A. DESPINS, TRUSTEE
         New Haven, Connecticut

                                  By:    /s/Douglas S. Skalka
                                    Douglas S. Skalka (ct00616)
                                    NEUBERT, PEPE & MONTEITH, P.C.
                                    195 Church Street
                                    New Haven, CT  06510
                                    Telephone (203) 821-2000
                                    dskalka@npmlaw.com

---

[2] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).



A. SETTLEMENT STATEMENT (HUD-1)                    OMB Approval No. 2502-0265

**B. TYPE OF LOAN:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number 5248.001 | 7. Loan Number | 8. Mortgage Insurance Case Number | |
| 4. ☐ VA | 5. ☐ Conv. Ins | | | | | |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown.
Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| BEC CT LLC<br>CT | Luc A. Despins, as Chapter 11 Trustee of Estate of Ho Wan Kwok<br>CT | |

| G. PROPERTY LOCATION:<br>373 Taconic Rd<br>Greenwich, CT 06831 | H. SETTLEMENT AGENT:<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor, New Haven, CT 06510 | H. SETTLEMENT DATE<br>October 18, 2024 | DISBURSEMENT DATE<br>October 18, 2024 |
|---|---|---|---|
| | PLACE OF SETTLEMENT<br>195 Church Street, 13th Floor, New Haven, CT 06510 | | |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | 7,250,000.00 | 401. Contract sales price | 7,250,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (from line 1400) | 34,056.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | | **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | |
| 106. City/town taxes   10/18/2024   to  12/31/2024 | 11,110.63 | 406. City/town taxes   10/18/2024   to  12/31/2024 | 11,110.63 |
| 107. County taxes   to | | 407. County taxes   to | |
| 108. Assessments   to | | 408. Assessments   to | |
| 109. Stamford Taxes, 10/18/24 to 12/31/24 | 76.37 | 409. Stamford Taxes, 10/18/24 to 12/31/24 | 76.37 |
| 110. Oil, 902 gallons @ $3.549 | 3,201.20 | 410. Oil, 902 gallons @ $3.549 | 3,201.20 |
| 111. Propane, 530 gallons @ $3.049 | 1,615.97 | 411. Propane, 530 gallons @ $3.049 | 1,615.97 |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER:** | 7,300,060.17 | **420. GROSS AMOUNT DUE TO SELLER:** | 7,266,004.17 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500 REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 1,065,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amounts of new loan(s) | | 502. Settlement charges to seller (line 1400) | 478,835.38 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Deposit On Hand | 1,065,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | | **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | |
| 210. City/town taxes   to | | 510. City/town taxes   to | |
| 211. County taxes   to | | 511. County taxes   to | |
| 212. Assessments   to | | 512. Assessments   to | |
| 213. Cleaning Credit | 2,500.00 | 513. Cleaning Credit | 2,500.00 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER:** | 1,067,500.00 | **520 TOTAL REDUCTION IN AMOUNT DUE SELLER:** | 1,546,335.38 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600 CASH AT SETTLEMENT FROM/TO SELLER:** | |
| 301. Gross amount due from borrower (line 120) | 7,300,060.17 | 601. Gross amount due to seller (line 420) | 7,266,004.17 |
| 302 Less amount paid by/for borrower (line 220) | 1,067,500.00 | 602. Less total reductions in amount due seller (line 520) | 1,546,335.38 |
| 303 **Cash ( ☒ From)   ( ☐ To) Borrower** | $6,232,560.17 | 603 **Cash ( ☒ To)   ( ☐ From) Seller** | $5,719,668.79 |

**Page 1 of 3**

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| **L. SETTLEMENT CHARGES** | | | | |
| 700. TOTAL REAL ESTATE BROKER FEES | | | | |
| **Division of commission (line 700) as follows:** | | | | |
| 701. $163,125.00 | to | Compass Inc. | | |
| 702. $163,125.00 | to | Brown Harris Realty | | |
| 703. Commission paid at settlement | | | | 326,250.00 |
| 704. | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN:** | | | | |
| 801. Our origination charge | | (from GFE # 1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | (from GFE # 2) | | |
| 803. Your adjusted origination charges | | (from GFE A) | | |
| 804. Appraisal fee to | | (from GFE # 3) | | |
| 805. Credit report to | | (from GFE # 3) | | |
| 806. Tax service fee to | | (from GFE # 3) | | |
| 807. Flood certification to | | (from GFE # 3) | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:** | | | | |
| 901. Daily interest charges from 10/18/2024 to 11/1/2024 (14 days) @ $0.0000/day | | (from GFE # 10) | | |
| 902. Mortgage insurance premium for | | (from GFE # 3) | | |
| 903. Homeowner's insurance for  to | | (from GFE # 11) | | |
| 904. | | | | |
| 905. | | | | |
| 906. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER:** | | | | |
| 1001. Initial deposit for your escrow account | | (from GFE # 9) | | |
| 1002. Homeowner's insurance | | | | |
| 1003. Mortgage insurance | | | | |
| 1004. Property taxes | | | | |
| 1005. | | | | |
| 1006. | | | | |
| 1007. | | | | |
| 1008. Aggregate Accounting Adjustment | | $0.00 | | |
| 1009. | | | | |
| **1100. TITLE CHARGES:** | | | | |
| 1101. Title services and lender's title insurance | | (from GFE # 4) | 10,865.00 | |
| 1102. Settlement or closing fee to DMOC | | $10,120.00 | | |
| 1103. Owner's title insurance to FATIC | | (from GFE # 5) | 23,037.00 | |
| 1104. Lender's title insurance to | | | | |
| 1105. Lender's title policy limit | | | | |
| 1106. Owner's title policy limit | | | | |
| 1107. Agent's portion of the total title insurance premium to | | | | |
| 1108. Underwriter's portion of the total title insurance premium to | | | | |
| 1109. Search and Rundown | | $745.00 | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES:** | | | | |
| 1201. Government recording charges | | (from GFE # 7) | 154.00 | 310.00 |
| 1202. Deed $ 154.00    Mortgage $    Releases $ 310.00 | | | | |
| 1203. Transfer taxes | | (from GFE # 8) | | |
| 1204. City/County tax/stamps    Deed $    Mortgage $ | | | | |
| 1205. State tax/stamps    Deed $    Mortgage $ | | | | |
| 1206. Stamford Town Clerk - Local Conveyance | | $88.81 | | 88.81 |
| 1207. Greenwich Town Clerk - Local Conveyance Tax | | $18,061.56 | | 18,061.56 |
| **1300. ADDITIONAL SETTLEMENT CHARGES:** | | | | |
| 1301. Required services that you can shop for | | (from GFE # 6) | | |
| 1302. | | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** | (enter on Line 103, Section J and line 502, Section K) | | $34,056.00 | $478,835.38 |
| B=borrower  S=seller  L=lender  R=broker  I=investor  O=other  POC=paid outside closing by | | | | |

| HUD-1 Continuation Page | | |
|---|---|---|
| | **PAID FROM BORROWER'S FUNDS AT SETTLEMENT** | **PAID FROM SELLER'S FUNDS AT SETTLEMENT** |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN:** | | |
| | | |
| **1100. TITLE CHARGES:** | | |
| | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES:** | | |
| 1208.   Commissioner of Rev. Svcs - State Conveyance Tax (Gwich) | $133,655.57 | 133,655.57 |
| 1209.   Commissioner of Rev. Svcs - State Conveyance Tax (Stamford) | $469.44 | 469.44 |
| **1300. ADDITIONAL SETTLEMENT CHARGES:** | | |
| | | |

HUD-1 Signature Page

| NAME AND ADDRESS OF LENDER: | PROPERTY LOCATION: |
|---|---|
| | 373 Taconic Rd<br>Greenwich, CT 06831 |
| Loan No: | |

| NAME AND ADDRESS OF BORROWER: | NAME AND ADDRESS OF SELLER: |
|---|---|
| BEC CT LLC<br>CT | Luc A. Despins, as Chapter 11 Trustee of Estate of Ho Wan Kwok<br>CT |

I have carefully reviewed the HUD-1 Settlement Statement, and, to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement (Pages 1, 2 and 3).

Borrower: _____   Date: 10/18/2024      Seller: _____   Date: 10/18/2024
          BEC CT LLC                                               Luc A. Despins, as Chapter 11 Trustee of Estate
                                                                   of Ho Wan Kwok

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____          Date: 10/18/2024
                  William Sherman, Esq.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.