# EXHIBIT A

Gaosheng Guo, Yan Zhao
c/o NingYe, Esq.
Law Office of NingYe, Esq.
135-11 8111 Ave. #1A
Flushing, NY 11354

Hong Qi Qu, Nan Tong Si Jian
Jian Gong, Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang and Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler &Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o  Wayne Wei Zhu, Esq.
 41-25 Kissen a Blvd, Suite 112
Flushing, NY 11355

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Golden Spring New York Ltd.
162 E. 64`11 Street
New York, NY 10065-7478

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Chao-Chih Chiu, Huizhen Wang
Yunxia Wu, Keyi Zilkie
c/o Troy Gould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Edward Moss
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Kevin J. Nash
J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, NY 10017

Diana Perez
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Stuart Sarnoff
O'Melveny & Myers LLP
7 Times Square, 33rd Floor
New York, NY 10036

Daniel Shamah
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

Douglas E. Spelfogel
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaomin g Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, JAPAN 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group, Ltd.
 3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL  33408

J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
1500 Broadway, 22nd Floor
New York, NY  10036

Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT  06830

Richard J. Reding
2600 Eagen Woods Drive, Suite 400
St. Paul, MN  55121

Huizhen Wang
c/o Troy Gould PC
1801 Century Park East, 16th Floor
Attn:  Christopher A. Lilly
Los Angeles, CA  90067-2367

Yunxin Wu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn:  Christopher A. Lilly
Los Angeles, CA  90067-2367

Keyi Zilkie
c/o Troy Gould PC
1801 Century Park East, 16th Floor
Attn:  Christopher A. Lilly
Los Angeles, CA  90067-2367