# EXHIBIT B

-2-

**Creditors Committee Members:**

**Carollynn H.G. Callari, Ning Ye and Samuel Nunsberg**