**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE:<br>HO WAN KWOK, et al.,<br>　　　　　　　　　　　　*Debtors*.[1] | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br>October 28, 2024 |

**MOTION TO EXPEDITE HEARING AND SET SCHEDULE RE:
G CLUB OPERATIONS LLC'S MOTION TO QUASH
AND OBJECTIONS TO THE TRUSTEE'S
RULE 2004 EXAMINATION SUBPOENA**

Pursuant to Fed. R. Banker. P. 9006(c)(1), G Club Operations LLC ("G Club") respectfully moves to expedite a hearing on and set a briefing schedule concerning, the *Motion to Quash and Objections to Rule 2004 Examination Subpoena* (the "Motion to Quash"), filed contemporaneously herewith. In support hereof, G Club submits as follows:

**INTRODUCTION AND BACKGROUND**

1. On February 15, 2022 (the "Petition Date"), Debtor Ho Won Kwok ("Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Trustee filed more than 275 adversary proceedings related to the above-captioned case.

3. Three of these adversary proceedings are against G Club: *Despins v. Lamp Capital LLC et al.*, Adv. Pro. 5:24-ap-05275 (the "Omnibus Fraudulent Transfer AP"); *Despins v. NGOK*

---

[1] The Debtors in the main Chapter 11 case are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok.

{00385090.1 }

*et al.*, Adv. Pro. 5:24-ap-05273 (the "Civil RICO AP"); and *Despins v. ACA Capital Group Ltd. et al.*, Adv. Pro. 5:24-ap-05249 (the "Omnibus Alter Ego AP") (collectively, the "Adversary Proceedings"). The Omnibus Fraudulent Transfer AP is stayed pending further order of the court. ECF No.[2] 3163, ¶ 2(e)(i).

4. On October 9, 2024, the Trustee moved to stay discover in all avoidance actions, which would include the Omnibus Fraudulent Transfer AP, until the court rules on a joint brief submitted by several other defendants. ECF No. 3659.

5. Further, G Club has filed motions to dismiss that remain pending in the other two adversary proceedings, and discovery is not currently stayed in those two adversary proceedings. Civil RICO AP, ECF No. 80-81; Omnibus Alter Ego AP, ECF No. 82-83.

6. On October 9, 2024, the Trustee served G Club, a Puerto Rico limited liability company that has its principal place of business in Puerto Rico, with the Subpoena, seeking to take a Rule 2004 examination of G Club in Paul Hastings' office in New York, New York, on October 18, 2024.

7. On October 10, 2024, counsel for the parties communicated to attempt to resolve issues concerning the Subpoena. During this initial call, the undersigned advised counsel for the Trustee that G Club's representative, Andrew Childe, was unavailable to speak until October 17th. Thus, following the initial call, the Trustee agreed to extend the date of the deposition to October 25th. Additional discussions were had on October 21st and the parties have been engaged in efforts to reach a compromise concerning the Subpoena and the compliance date was further extended, as set forth below. Therefore, while the parties' efforts to resolve this dispute remain ongoing, counsel for the Trustee has requested this matter be resolved as soon as possible.

---

[2] "ECF No.__" shall reference the main bankruptcy case unless otherwise specified.

{00385090.1 }

**REQUEST FOR EXPEDITED HEARING AND PROPOSED BRIEFING SCHEDULE**

8. Given various scheduling issues G Club proposes the following schedule for adjudication, should they be unable to resolve this matter:

- The Trustee shall file his opposition to the Motion on or before November 1, 2024;

- A hearing on the Motion shall be held on November 6, 2024,[3] or as the Court may so otherwise order; and

- If the Motion is denied, a representative(s) of G Club shall be deposed on November 20, 2024.

9. The undersigned conferred with counsel for the Trustee, Nicholas Bassett, does not object to the establishment of the schedule set forth above.

10. Fed. R. Bankr. P. 9006(c)(1) provides that the Court may reduce the notice period for a motion upon cause shown.

11. The Motion to Quash requires prompt consideration as the Trustee wishes to investigate certain matter that G Club opposes as set forth in the memorandum of law in support of the Motion to Quash.

12. Thus, cause exists for the Court to grant this Motion to Expedite and to schedule a hearing on the Motion to Quash subject to the proposed briefing schedule.

---

[3] The undersigned is unavailable for a hearing on November 5, 2024, as he will be in a mediation with the Honorable James Siciilan in the matter of *Fiano v. 425 Hartford Turnpike Associates, LLP*, Case No. TTD-CV24-6029505-S (J.D. of Tolland at Rockville).

{00385090.1 }

WHEREFORE, for the foregoing reasons, G Club respectfully requests that the court GRANT this Motion, quash the Subpoena, and grant such other relief as the Court deems appropriate.

**G CLUB OPERATIONS, LLC**

By: /s/ Jeffrey M. Sklarz
     Jeffrey M. Sklarz
     Kellianne Baranowsky
     GREEN & SKLARZ LLC
     One Audubon St, 3rd Floor
     New Haven, CT 06511
     Tel: 203-285-8545
     jsklarz@gs-lawfirm.com
     kbaranowsky@gs-lawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by CMECF on the parties-in-interest set forth on the service list. Parties-in-interest may access this document by way of CMECF.

Date: October 28, 2024          /s/ Jeffrey M. Sklarz

{00385090.1 }