**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE:<br>HO WAN KWOK, et al.,<br>　　　　　　　　　　　*Debtors*.[1] | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered) |

**ORDER GRANTING**
**MOTION TO EXPEDITE HEARING AND SET SCHEDULE RE: G CLUB**
**OPERATIONS LLC'S MOTION TO QUASH AND OBJECTIONS TO**
**THE TRUSTEE'S RULE 2004 EXAMINATION SUBPOENA**

Upon the motion (the "Motion to Expedite"), pursuant to Fed. R. Banker. P. 9006(c)(1), filed by G Club Operations LLC ("G Club") to expedite a hearing on, and set a briefing schedule concerning its *Motion to Quash and Objections to Rule 2004 Examination Subpoena* (the "Motion to Quash") and upon good cause shown;

1. The Motion to Expedite is GRANTED;

2. The Trustee shall file his opposition to the Motion on or before November 1, 2024;

3. A hearing on the Motion to Quash shall be held on November 6, 2024; and

4. If the Motion to Quash is denied, a representative(s) of G Club shall be deposed on November 20, 2024.

---

[1] The Debtors in the main Chapter 11 case are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok.

{00385092.1 }