```
 1                     UNITED STATES BANKRUPTCY COURT
                          DISTRICT OF CONNECTICUT
 2                           BRIDGEPORT DIVISION

 3   IN RE:                         .  Chapter 11
                                    .  Case No. 22-50073 (JAM)
 4   HO WAN KWOK, et al.,           .
                                    .  (Jointly Administered)
 5            Debtors.              .
                                    .
 6   . . . . . . . . . . . . . . . .
                                    .  Adv. Pro. No. 23-05017 (JAM)
 7   LUC A. DESPINS, et al.,        .
                                    .
 8            Plaintiff,            .  Courtroom 123
                                    .  Brien McMahon Federal Building
 9      v.                          .  915 Lafayette Boulevard
                                    .  Bridgeport, Connecticut 06604
10   TAURUS FUND LLC, et al.,       .
                                    .  Tuesday, October 22, 2024
11            Defendants.           .  1:00 p.m.
     . . . . . . . . . . . . . . . .
12
                            TRANSCRIPT OF HEARING
13               BEFORE THE HONORABLE JULIE A. MANNING
                     UNITED STATES BANKRUPTCY JUDGE
14
     APPEARANCES:
15
     For the Chapter 11
16   Trustee:                    Patrick Linsey, Esquire
                                 NEUBERT PEPE & MONTEITH, P.C.
17                               195 Church Street
                                 13th Floor
18                               New Haven, Connecticut 06510

19                               Luc A. Despins, Esquire
                                 PAUL HASTINGS, LLP
20                               200 Park Avenue
                                 New York, New York 10166
21

22

23
                                    (Continued)
24

25
```

```
 1  For the U.S. Trustee:     Holley L. Claiborn, Esquire
                              UNITED STATES DEPARTMENT OF JUSTICE
 2                            OFFICE OF THE UNITED STATES TRUSTEE
                              The Giaimo Federal Building
 3                            150 Court Street, Room 302
                              New Haven, Connecticut 06510
 4
     For Ohtzar Shlomo
 5   Solomon Treasure:        Jeffrey Hillman, Esquire
                              LAW OFFICES OF JEFFREY HELLMAN, LLC
 6                            195 Church Street
                              10th Floor
 7                            New Haven, Connecticut 06510

 8   For ARI Americas,
     Inc.:                    Michael Conway, Esquire
 9                            LAZARE POTTER GIACOVAS & MOYLE, LLP
                              747 3rd Avenue
10                            16th Floor
                              New York, New York 10017
11

12

13

14   Audio Operator:          Electronically recorded

15   Transcription Company:   Reliable
                              The Nemours Building
16                            1007 N. Orange Street, Suite 110
                              Wilmington, Delaware 19801
17                            Telephone: (302)654-8080
                              Email: gmatthews@reliable-co.com
18
     Proceedings recorded by electronic sound recording,
19   transcript produced by transcription service.

20

21

22

23

24

25
```

|   |                                                              |      |
|---|--------------------------------------------------------------|------|
| 1 | INDEX                                                        |      |
| 2 | MOTIONS:                                                     | PAGE |
| 3 | Matter                                                       |      |
|   | #3625: Application to Employ ENSafrica (Mauritius)           | 5    |
| 4 |        as Attorneys in Republic of Mauritius                 |      |
|   |        Filed by Luc A. Despins on behalf of Luc A.           |      |
| 5 |        Despins, Chapter 11 Trustee                           |      |
| 6 |        Court's Ruling:                                       | 8    |
| 7 | Matter                                                       |      |
|   | #3646: Application to Employ Patrice Doger de                | 9    |
| 8 |        Speville, Senior Counsel, and William de              |      |
|   |        Robillard, of Counsel as Barristers in                |      |
| 9 |        Republic of Mauritius Filed by Luc A. Despins         |      |
|   |        on behalf of Luc A. Despins, Chapter 11               |      |
|10 |        Trustee                                               |      |
|11 |        Court's Ruling:                                       | 10   |
|12 | Matter                                                       |      |
|   | #3602: Motion for Order Authorizing Chapter 11               | 13   |
|13 |        Trustee to Sell Mahwah Mansion and Its                |      |
|   |        Contents Subject to Further Orders Filed by           |      |
|14 |        Patrick R. Linsey on behalf of Luc A.                 |      |
|   |        Despins, Chapter 11 Trustee                           |      |
|15 | Matter                                                       |      |
|16 | #134:  Motion for Order Authorizing Chapter 11               |      |
|   |        Trustee to Sell Mahwah Mansion and Its                |      |
|17 |        Contents Subject to Further Orders Filed by           |      |
|   |        Patrick R. Linsey on behalf of Luc A.                 |      |
|18 |        Despins, Plaintiff                                    |      |
|19 |                                                              |      |
|20 |                                                              |      |
|   | Transcriptionist's Certificate                               | 20   |
|21 |                                                              |      |
|22 |                                                              |      |
|23 |                                                              |      |
|24 |                                                              |      |
|25 |                                                              |      |

```
 1            (Proceedings commenced at 1:07 p.m.)
 2            THE COURTROOM DEPUTY:  Case No. 22-50073, Ho Wan
 3   Kwok.  Adversary No. 23-05017, Despins v. Taurus Funds.
 4            THE COURT:  Good afternoon. If we could have
 5   appearances for the record please.
 6            MR. DESPINS:  Good afternoon, Your Honor.  Luc
 7   Despins, Chapter 11 Trustee.
 8            THE COURT:  Good afternoon.
 9            MR. LINSEY:  Good afternoon, Your Honor.  Patrick
10   Linsey of Neubert Pepe & Monteith, Connecticut counsel for
11   the Trustee.
12            THE COURT:  Good afternoon.
13            MS. CLAIBORN:  Good afternoon.  Holly Claiborn for
14   the U.S. Trustee.
15            THE COURT:  Good afternoon.
16            MR. HELMAN:  Good afternoon, Your Honor.  Jeffrey
17   Hellman representing Ohtzar Shlomo Solomon Treasure LLC.
18            THE COURT:  Good afternoon.
19            Okay.  We have a few matters on the calendar
20   today.  I had seen some response to the motion to sell the
21   Mahwah Mansion, but I would assume that -- would you like to
22   proceed with the applications to employ first, Trustee
23   Despins?
24            MR. DESPINS:  Yes, Your Honor. I can also give a
25   little report on the Mahwah Mansion.
```

```
 1              THE COURT:  Okay.
 2              MR. DESPINS:  For the record Luc Despins, Chapter
 3   11 Trustee.  My partners, Nick Bassett and Mr. Conway, are in
 4   the conference room outside trying to reach agreement on the
 5   form of an order regarding the Mahwah Mansion sale that would
 6   also potentially address the objection by Solomon Treasure
 7   represented here but we should know that in, maybe,
 8   hopefully, 20 minutes or so.
 9              THE COURT:  Okay.  That's fine.  If you need to
10   take time, we can take time.
11              MR. DESPINS:  I think its all for a good cause, so
12   I think that that would be good.  So, if we could start with
13   the applications, Your Honor.
14              THE COURT:  Yes.
15              MR. DESPINS:  So, the first one -- both of them
16   are related to Mauritius.  So, let me explain what is going
17   on in Mauritius.  There is one of these Himalaya entity that
18   has a bank account with a bank called Silver Bank.  That
19   bank, Silver Bank, is in liquidation; some fraud issues
20   there.  We heard that the Himalaya entity has filed a motion
21   in that Court, the Mauritius Court, to have the funds in the
22   account.  The face amount of the funds is $15 million US,
23   transferred to an entity in Indonesia.  And, of course, from
24   our perspective, we know that that is not a good thing.
25              So, we filed an application to, because that is
```

1  the way to do it over there, to be approved as the foreign
2  representative of the estate here over there in Mauritius,
3  the same way we filed an application like that that was
4  granted in the BVI in UK and in Switzerland.  That
5  application was granted.  So, in order to do that we needed
6  to retain counsel.  So both, the UK system, a solicitor and
7  barrister.  That is what these applications are about today,
8  Your Honor.
9        So, the first application, it can be found at
10 Docket 3625, is the application to retain ENSafrica, which is
11 the solicitor firm.  We filed this application to have them
12 retained as of September 17th.  The application was filed on
13 October 2nd.  We have had discussions with the U.S. Trustee
14 regarding modification to the proposed order to address some
15 of the U.S. Trustees concerns and we did file, at Docket
16 3733, a revised proposed order to address the U.S. Trustees
17 comments and I believe that the U.S. Trustee filed a no
18 objection -- you know, the U.S. Trustee filed a statement
19 that if certain revisions were made to the proposed order the
20 U.S. Trustee would have no objection.  That is at Docket
21 3711.  And at Docket 3733 we filed these revisions and that
22 is where the revised proposed order is.
23       In effect, its to modify, through the order, some
24 provisions of the standard retention terms for that firm. I
25 am not going to bore you with all the details, but its really

1  to make sure that the order governs, as opposed to certain of
2  the technical provisions of that standard terms of engagement
3  and we understand that the Trustee, based on that, has no
4  further objections but I am sure we will hear from the U.S.
5  Trustee in a second.
6              So, that is the first application, Your Honor. So,
7  let me see if the U.S. Trustee has any comments on this.
8              MS. CLAIBORN:  Thank you, Your Honor.  Holley
9  Claiborn for the U.S. Trustee.
10             That is correct, the order that has been filed at
11 3733 does incorporate the changes that address the U.S.
12 Trustees concerns.
13             THE COURT:  Thank you. I am looking at 3733.  The
14 only question I have with 3733 is there is a reference in the
15 fifth line on the first page to Section 328.  Should there be
16 a reference to Section 328?
17             MR. DESPINS:  No.  I'm sorry, that should be 327.
18             THE COURT:  No, its fine. I just wanted to ask the
19 question because I didn't think there should be but --
20             MR. DESPINS:  Your right.  In the title as well,
21 apologies.
22             THE COURT:  The title as well, you're right.  I
23 didn't pick it up in the title. I picked it up in the body.
24 So, I have looked at the proposed order, the revised proposed
25 order, and I assumed, and apparently correctly for once, that

1  the U.S. Trustee is fine with this proposed order because it
2  was filed after your statement.
3          The only thing I would do then is ask, does anyone
4  else wish to be heard in connection with the retention of
5  these solicitors as counsel to the trustee?
6      (No verbal response)
7          THE COURT:  All right.  Hearing nothing, then what
8  I would ask the Courtroom Deputy to do is we can use this --
9  I think we have a clean version, not just a redline version,
10 of 3733, right?
11         MR. DESPINS:  Yes.
12         THE COURT:  So, we can take -- if you can delete
13 Section 328 from the title and Section 328 from the fifth
14 line of the first page of the order, and then on the second
15 page of the order before it is "hereby" and say after a
16 hearing held on October 22nd, please, 2024.  Then I have no
17 further changes to the order.
18         Does anyone else have any further changes?
19     (No verbal response)
20         THE COURT:  I think we have captured them all?
21         MR. DESPINS:  That's correct, Your Honor.
22         THE COURT:  Okay.  Then the application is granted
23 and the proposed order, 3733, is entered granting 3625 with
24 the small edits noted on the record.
25         MR. DESPINS:  Thank you, Your Honor.

1           THE COURT:  Thank you.

2           MR. DESPINS:  Moving onto the next application
3  connected to Mauritius, it's the application to retain two
4  Barristers that worked together. You know, they are
5  independent, but they work together. So, its Mr. Patrice de
6  Speville and also Mr. de Robillard.  That retention will be
7  effective as of September 11th.  The application was filed on
8  October 7th at 3646, Your Honor.

9           You know, they explain the rationale -- these
10 folks, you know, actually go to Court as opposed to the
11 solicitors that prepare the pleadings, etc., etc.  So, I know
12 the U.S. Trustee has filed a statement of no objection at
13 3712.  So, we have no further comments on this application,
14 Your Honor.

15          MS. CLAIBORN:  And I don't have anything else to
16 add, Your Honor.

17          THE COURT:  Okay.  Thank you. I am just looking,
18 again, at the proposed order and it has that reference to 328
19 as well.  I don't think that you are intending 328.

20          MR. DESPINS:  No, they're not an investment
21 banker.

22          THE COURT:  So, in the -- I am turning to the
23 Courtroom Deputy then in the proposed order if we could
24 delete the reference to 328 in the third line of the title
25 and in the fifth line of the first page of the order.  Then

1  on the second page of the order before it is "hereby ordered"
2  that, you could add an after a hearing held on October 22nd,
3  2024.
4              Does anyone else wish to be heard in connection
5  with the application to employ the Barristers 3646?
6       (No verbal response)
7              THE COURT:  Okay.  Hearing nothing, then the
8  application is granted and the proposed order with the minor
9  change as noted on the record we will enter.
10             MR. DESPINS:  The only point I would make
11 regarding, and its kind of a general point regarding these
12 foreign proceedings, Your Honor, in a number of these --
13 well, the same way it is in the US, you know, sometimes if
14 you obtain an injunction you have to post a bond.  Some in
15 jurisdictions we have to do that, not in Mauritius but in
16 other jurisdictions we may have to do that.
17             So, there is always a risk to the estate.  I just
18 want to make sure there's full disclosure of that.  I would
19 say an editorial comment when we go outside of the
20 jurisdiction not every Court is as attune to the history of
21 two years plus that you are aware of.  So, it is taking
22 longer sometimes to get to the same point, but I want to make
23 sure that Your Honor is aware of this.  We are trying to be
24 discreet in how we are doing this.  You know, for example, in
25 the BVI the son of the debtor tried to move the domicile of K

1  Legacy.  Remember K Legacy, the entity that owns the
2  apartment in London.
3          So, they are trying to change the domicile of that
4  entity to the Marshall Islands where, again, we wouldn't have
5  a chance of getting release over there, at least not on the
6  same timeframe we can get in the BVI.  We obtained an
7  injunction to stop that so there is a lot of matters that are
8  happening outside this courtroom that, you know, you know
9  about it through the application process of counsel, but you
10 don't know the full story.  So, there is a lot of that going
11 on.
12         For example, there is one entity, Hamilton entity,
13 which is related to Himalaya, that filed for -- its not a
14 full bankruptcy in the UK but the equivalent of that and they
15 have assets such as gold.  We need to intervene there and
16 oppose --
17         THE COURT:  You have counsel there.
18         MR. DESPINS:  Yes, yes. I just want to make sure
19 Your Honor knows that there is --
20         THE COURT:  Right.  I understand. I am just saying
21 you don't need to hire anyone else right at the moment.
22         MR. DESPINS:  No. It is just that there is a
23 number of these that are going on.  In other jurisdictions
24 they are moving forward so far so good. So, we will keep the
25 Court updated, but I want to make sure you knew about these

```
 1  various aspects.
 2              THE COURT:  I appreciate that.  Thank you.
 3              MR. DESPINS:  Thank you, Your Honor.
 4              So, Mr. Bassett tells me that it probably would be
 5  wise to take a 15-minute recess.
 6              THE COURT:  We can take as long as you would like.
 7  Well, I say that, that's not true.  I am available, at least,
 8  for the next few hours.  So, if you need time to talk --
 9              MR. DESPINS:  Don't tell us that.
10              THE COURT:  Well, I just said few. I didn't say
11  for all of the rest of the day, right, just for the next few.
12  I will be working on other things, so I think its fine. I
13  think you should take a recess, use the time and then you can
14  just let the Courtroom Deputy -- someone can just go into the
15  Clerk's Office and let whoever is there, there may be a
16  staff, a case administrator there, and just let them know
17  that you are available to come back into the courtroom and we
18  will come back into the courtroom.
19              MR. DESPINS:  Thank you, Your Honor.
20              THE COURT:  Okay.  Then Court is in recess.
21              THE COURTROOM DEPUTY:  All rise.  Court is in
22  recess.
23          (Recess taken at 1:21 p.m.)
24          (Proceedings resumed at 2:28 p.m.)
25              THE COURTROOM DEPUTY:  All rise.  Court is in
```

1   session after recess.
2            THE COURT:  Please be seated.
3            All right. With regard to the remaining matters on
4   today's calendar, which is the same motion, but one filed in
5   the main case and one filed in Adversary Proceeding 23-05017.
6   We took a recess because the parties had been discussing
7   issues related to that motion.
8            So, Trustee Despins, is there something you would
9   like to report to the Court?
10           MR. DESPINS:  Yes, Your Honor.  For the record Luc
11  Despins, Chapter 11 Trustee.
12           I would say we are a little bit more then mildly
13  optimistic that we are going to have a final resolution as to
14  this issue.  We have proposed various consulting rights to
15  Mr. Conway's clients.  All of that is okay.  There is one
16  issue that is separating us now which is whether -- if there
17  is a sale, whether the money should be held in an escrow
18  account with all the bells and whistles of an escrow
19  agreement with the third party being the escrow or whether it
20  should be in the trustee account. I wanted the trustee
21  account even though the order would say I cannot use it until
22  you have entered an order saying so.
23           The reason I wanted it in the account is because
24  we have the special arrangement with our bank where we get 5
25  percent which is very beneficial.  We are getting something

1   like $300,000 of interest a month.  Not on this sum, but
2   generally on the sums that we hold.  So, that is why -- so,
3   Mr. Conway said he cannot agree to that provision without
4   consulting with somebody else that may not be available
5   today.
6               So, what we are proposing, what we are going to do
7   is we already sent to the Courtroom Deputy address the order
8   marked to show changes against the version attached to the
9   motion with the language being in my favor.  So, meaning with
10  the language saying it shall be held in an interest-bearing
11  account of the trustee and leave until, I believe we have
12  agreed to, noon tomorrow for Mr. Conway to report back to us
13  and to the Courtroom Deputy address whether he can live with
14  that provision.
15              That is the only issue that remains outstanding.
16  And also, we have resolved, I should say, the issue involving
17  Ohtzar Shlomo Solomon Treasure, which Mr. Hellman had raised.
18  We have addressed that. He is okay with --
19              THE COURT:  In the order that is --
20              MR. DESPINS:  Paragraph 5 to the order that is
21  marked to show change. It was sent to the Courtroom Deputy
22  address.
23              THE COURT:  Okay.
24              MR. DESPINS:  So, that is where we are, Your
25  Honor.

Case 22-50073    Doc 3754    Filed 10/28/24    Entered 10/28/24 12:46:00    Page 15 of 20

15

| | |
|---|---|
| 1 | THE COURT: All right. So, how would you like to |
| 2 | handle this? If Attorney Conway has no reports that the |
| 3 | order that is submitted is fine to enter that is easy, but |
| 4 | what if Attorney Conway reports that he does not have his |
| 5 | clients consent to that? |
| 6 | MR. DESPINS: I was hoping you were not going to |
| 7 | ask that question. |
| 8 | (Laughter) |
| 9 | MR. DESPINS: Honestly -- |
| 10 | THE COURT: That's fine. We can pretend I didn't. |
| 11 | MR. DESPINS: -- at that point, I think we should |
| 12 | -- |
| 13 | THE COURT: You all can do what you want. You |
| 14 | will tell the Court what your thoughts are at that point. |
| 15 | So, I appreciate, obviously, the time that has been spent by |
| 16 | the parties in trying to resolve these issues. I understand |
| 17 | there is still this final issue and we will see how that |
| 18 | works out tomorrow. |
| 19 | Aside from the matters that are dealing on today's |
| 20 | calendar we do have -- and the reason -- I am talking about |
| 21 | this to you now, both Attorney Hellman, Attorney Conway, you |
| 22 | know, its up to you if you want to leave you are welcome to. |
| 23 | MR. HELLMAN: I would ask to be excused, Your |
| 24 | Honor. |
| 25 | THE COURT: Yes, go ahead. It has nothing to do |

1   with any of your clients. It has to do with the avoidance
2   adversary proceedings and some matters coming up on the
3   calendar.  What is on the 12th there is a lot of applications
4   for compensation.  They may have to be continued for a week
5   due to a scheduling conflict.  So, I wanted you to know that.
6           MR. DESPINS:  Thank you.
7           THE COURT:  Attorney Conway, you are welcome to
8   stay or go.  Whatever works for you.
9           MR. CONWAY:  Your Honor, I would just ask there is
10  some avoidance -- mediation stuff that that -- we were
11  supposed to come back, I think, on the 19th or something.  I
12  was wondering if that was one of the ones you were going to
13  talk about.
14          THE COURT:  No. I am talking about things that are
15  scheduled for the 5th and the 12th.  The 12th likely
16  everything that is on the calendar, whether its in the main
17  case or in an adversary proceeding its likely that all those
18  matters are going to be continued to the 19th.
19          MR. CONWAY:  So, yeah, I don't need to stay.
20          THE COURT:  With regard to the 5th it has -- I
21  just have like procedural questions for Trustee Despins,
22  nothing substantive.
23          MR. CONWAY:  Thank you, Your Honor. I will excuse
24  myself.
25          THE COURT:  All right.  Thank you.  And I

1  appreciate your efforts today, Attorney Conway. Thank you.

2        MR. CONWAY:  Thank you, Your Honor.

3        THE COURT:  So, the 12th looks like its probably

4  all going to get continued to the 19th. Is that a problem

5  from the U.S. Trustees perspective?

6        MS. CLAIBORN:  No. I would just like to take

7  advantage of the extra week. The applications that are on for

8  hearing on the 12th would have an objection deadline of the

9  5th. So, if we are going to move it by a week, if I could

10 have my objection moved out by a week, that would be

11 tremendously beneficial.

12       THE COURT:  Yeah, you all will know before the end

13 of this week, but I just wanted to give you a heads up that

14 it's likely that everything on the 12th is going to have to

15 be continued.

16       Now, there also may be matters that get continued

17 on the 12th to the 19th that if there are no objections filed

18 that maybe the Court can take those on the papers and/or have

19 a virtual hearing especially if its all about compensation,

20 but we will cross that bridge when we come to it.

21       MR. DESPINS:  Okay.

22       THE COURT:  With regard to the 5th of November,

23 which is the next time at this moment, that there is anything

24 scheduled in the main cases or in the adversaries I think,

25 again, there are definitely matters, at least at this point,

1  that appear are going to go forward.  There are matters that
2  may or may not end up in agreement, I don't know.  All I am
3  raising is if you have an agreement on anything on the 5th
4  just try to file some agreement or some notification about
5  it, if you can, by the midday on the 4th.
6            MR. DESPINS:  Will do, Your Honor.
7            THE COURT:  That is all I wanted to say.  I just
8  wanted to give you a heads up of that.
9            MR. DESPINS:  As to the 12th?
10           THE COURT:  Yeah, the 12th is highly likely that
11 its going to be continued to the 19th.  All that being said,
12 as I said just a moment ago, a lot of the things on the 12th
13 might be able to be handled virtually and/or on the papers if
14 there are no objections. The objection deadline has passed
15 and no one files an objection, and if everything is in order,
16 okay.
17           MR. DESPINS:  Okay, Your Honor.
18           THE COURT:  Is there anything else we need to
19 address this afternoon?
20           MR. DESPINS:  Not at this time, Your Honor. Thank
21 you.
22           THE COURT:  Okay.  Well, then thank you all.  We
23 will see how things go in the next few weeks and you will
24 defiantly know by the end of this week about the 12th because
25 we will just do a docket entry due to a scheduling conflict

```
 1  its continued to the 19th.
 2              MR. DESPINS:  Thank you, Your Honor.
 3              THE COURT:  Thank you all.  That is the last
 4  matter on today's calendar, so Court is adjourned.
 5              THE COURTROOM DEPUTY:  All rise.  Court is
 6  adjourned.
 7         (Proceedings concluded at 2:36 p.m.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | |
|---|---|
| 1 | CERTIFICATION |
| 2 | I certify that the foregoing is a correct |
| 3 | transcript from the electronic sound recording of the |
| 4 | proceedings in the above-entitled matter to the best of my |
| 5 | knowledge and ability. |
| 6 | |
| 7 | /s/ William J. Garling                    October 23, 2024 |
| 8 | William J. Garling, CET-543 |
| 9 | Certified Court Transcriptionist |
| 10 | For Reliable |