UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE:<br>HO WAN KWOK, et al.,<br>Debtors.[1] | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br>Re: ECF No. 3753 |

ORDER GRANTING
MOTION TO EXPEDITE HEARING AND SET SCHEDULE RE: G CLUB
OPERATIONS LLC'S MOTION TO QUASH AND OBJECTIONS TO
THE TRUSTEE'S RULE 2004 EXAMINATION SUBPOENA

Upon the motion (the "Motion to Expedite"), pursuant to Fed. R. Banker. P. 9006(c)(1), filed by G Club Operations LLC ("G Club") to expedite a hearing on, and set a briefing schedule concerning its *Motion to Quash and Objections to Rule 2004 Examination Subpoena* (the "Motion to Quash") and upon good cause shown;

1. The Motion to Expedite is GRANTED;

2. The Trustee shall file his opposition to the Motion on or before November 1, 2024;

3. A hearing on the Motion to Quash shall be held on November 6, 2024 at 1:00 PM at the United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT; and

4. If the Motion to Quash is denied, a representative(s) of G Club shall be deposed on November 20, 2024.

Dated at Bridgeport, Connecticut this 30th day of October, 2024.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

---

[1] The Debtors in the main Chapter 11 case are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok.

{00385092.1}