**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re:                                                                          : Chapter 11
                                                                                     :
HO WAN KWOK, *et al.*,                                           : Case No. 22-50073 (JAM)
                                                                                     :
             Debtors.¹                                                     : Jointly Administered
                                                                                     :
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),² Kroll, LLC ("Kroll") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from September 1, 2024 through and including September 30, 2024 (the "Fee Period"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $47,034.52 and $10,204.83, respectively.

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

² Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period. The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as <u>Exhibit B</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3. Attached hereto as <u>Exhibit C</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4. Attached hereto as <u>Exhibit D</u> is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5. Attached hereto as <u>Exhibit E</u> are Kroll's fee statements for services provided during the Fee Period.

**NOTICE AND OBJECTION PROCEDURES**

6. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn

(holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **November 20, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: October 30, 2024

By: */s/ Allen Pfeiffer*
Allen Pfeiffer
KROLL, LLC
55 East 52nd Street, Floor 17
New York, New York 10055

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                              :    Chapter 11
:
HO WAN KWOK, *et al*.,[1]                           :    Case No. 22-50073 (JAM)
:
        Debtors.                                    :    (Jointly Administered)
:
---------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 30, 2024, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated:   October 30, 2024                By: */s/ G. Alexander Bongartz*
         New York, New York                G. Alexander Bongartz (admitted *pro hac vice*)
                                                            PAUL HASTINGS LLP
                                                            200 Park Avenue
                                                            New York, New York 10166
                                                            (212) 318-6000
                                                            alexbongartz@paulhastings.com

                                                            *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## EXHIBIT A

## HOURS AND RATES PER PROFESSIONAL

*Time Period: September 1-30, 2024.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 890 | $ 712 | 6.5 | $ 4,628.00 |
| Barker, James | Associate Managing Director | Forensic Investigations and Intelligence | $ 710 | $ 639 | 9.8 | $ 6,262.20 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 14.8 | $ 7,659.00 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 53.7 | $ 27,789.75 |
| Ling, Bryant | Associate Managing Director | Cyber Risk | $ 550 | $ 495 | 3.6 | $ 1,782.00 |
| Levenson, Patrick | Associate Manager | Forensic Investigations and Intelligence | $ 420 | $ 378 | 16.1 | $ 6,085.80 |
| Spier, Tre | Research Analyst | Forensic Investigations and Intelligence | $ 245 | $ 221 | 11.2 | $ 2,469.60 |
| Welby, Jackie | Research Analyst | Forensic Investigations and Intelligence | $ 245 | $ 221 | 9.6 | $ 2,116.80 |
| **Total Hours and Fees:** | | | | | 125.3 | $ 58,793.15 |
| **Blended Hourly Rate:** | | | | | | $ 469.22 |

## EXHIBIT B

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

*Time Period: September 1-30, 2024.*

| U.S. Trustee Task Code and Project Category | | Hours Billed | Fees Billed |
|---|---|---|---|
| B110 | Case Administration | - | $ - |
| B113 | Pleadings Review | - | $ - |
| B120 | Asset Analysis and Recovery | - | $ - |
| B155 | Court Hearings | - | $ - |
| B160 | Fee/Employment Applications | 5.0 | $ 3,073.75 |
| B170 | Fee/Employment Objections | - | $ - |
| B180 | Avoidance Action Analysis | - | $ - |
| B181 | Preference Analysis and Recovery Actions | - | $ - |
| B182 | Post-Petition Transfers and Recovery Actions | - | $ - |
| B190 | Other Contested Matters (excl. assumption/reject | - | $ - |
| B191 | General Litigation | - | $ - |
| B192 | Lender Litigation | - | $ - |
| B195 | Non-Working Travel | - | $ - |
| B261 | Investigations | 120.3 | $ 55,719.40 |
| **TOTAL** | | **125.3** | **$ 58,793.15** |

**EXHIBIT C**

**SUMMARY OF COMPENSATION BY MATTER ID**

*Time Period: September 1-30, 2024.*

| Matter ID and Name | | Hours Billed | Fees Billed |
|---|---|---|---|
| 00001 | General Debtor Representation | 5.0 | $ 3,073.75 |
| 00002 | Asset Recovery Investigation and Litigation | 120.3 | $ 55,719.40 |
| 00003 | HK USA Adversary Proceeding | - | $ - |
| 00004 | Bravo Luck Adversary Proceeding | - | $ - |
| 00005 | PAX Adversary Proceeding | - | $ - |
| 00006 | SN Apartment Adversary Proceeding | - | $ - |
| 00007 | Greenwich Land Adversary Proceeding | - | $ - |
| 00008 | AIG Adversary Proceeding | - | $ - |
| 00009 | Mei Guo Adversary Proceeding | - | $ - |
| 00010 | Interpleader Adversary Proceeding | - | $ - |
| 00011 | HCHK Adversary Proceeding | - | $ - |
| 00012 | Golden Spring Adversary Proceeding | - | $ - |
| 00013 | Mahwah Adversary Proceeding | - | $ - |
| 00014 | RICO Litigation | - | $ - |
| 00015 | Lamp Capital Adversary Proceeding | - | $ - |
| 00016 | G-Club Adversary Proceeding | - | $ - |
| 00017 | Rule of Law Adversary Proceeding | - | $ - |
| 00018 | UAE Asset Recovery Actions | - | $ - |
| 00019 | Leading Shine Adversary Proceeding | - | $ - |
| 00020 | Gettr USA Proceeding | - | $ - |
| | | 125.3 | $ 58,793.15 |

## EXHIBIT D

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

*Time Period: September 1-30, 2024.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---:|
| Database and Research Fees for September | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | 766.18 |
| Database and Research Fees for September | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | 4,628.45 |
| Valid8 Charges | General Debtor Representation | Case Administration | 4,810.20 |
| **TOTAL** | | | **$ 10,204.83** |

**EXHIBIT E**

**FEE DETAIL**

*Time Period: September 1-30, 2024.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 9/3/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [J. Graham] re: mechanics of transfers to ▮ | 0.3 | $ 518 | $ 155.25 |
| Lomas, Adam | 9/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers with respect to ▮ | 0.4 | $ 518 | $ 207.00 |
| Lazarus, Jordan | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, P. Parizek, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and P. Linsey re: forensic accounting and business intelligence updates and related matters. | 0.8 | $ 518 | $ 414.00 |
| Lomas, Adam | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Reconciliation of Debtor-related accounts per Kwok criminal trial exhibits to working inventory of known/identified Debtor-related bank accounts in order to identify financial institutions to which amended Rule 2004 subpoenas may be issued; compose related email to K. Mitchell [NPM Law] with 102 identified/suspected bank accounts held at 20 financial institutions for follow-up subpoenas/requests. | 7.3 | $ 518 | $ 3,777.75 |
| Barker, James | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with client or counsel | 0.8 | $ 639 | $ 511.20 |
| Lomas, Adam | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [L. Song] re: facility agreement between ▮ ▮ and ▮ | 0.6 | $ 518 | $ 310.50 |
| Barker, James | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email with P.Parizek re ▮ corporate searches | 0.3 | $ 639 | $ 191.70 |
| Lomas, Adam | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: transaction activity with respect to ▮ and ▮ bank accounts, ▮ and other investigative updates, with Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey]; and P. Parizek, J. Lazarus, and J. Barker. | 0.8 | $ 518 | $ 414.00 |
| Parizek, Pam | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Email team re: agenda items, email counsel re: open agenda [.1], attend weekly call with A. Lomas, J. Lazarus, J. Barker and Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song] and NPM Law [P. Linsey] re: ▮ accounts and injunctive action, ▮ ▮ contents [.8]. | 0.9 | $ 712 | $ 640.80 |

1

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Parizek, Pam | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Email corresponce with technology team re; ▇ at ▇ access to ▇ [.2], email counsel re: same [.1], provide instructions to secure ▇ ▇ [.1]. | 0.3 | $ 712 | $ 213.60 |
| Lomas, Adam | 9/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [E. Sutton] re: transfers to ▇ | 0.5 | $ 518 | $ 258.75 |
| Lomas, Adam | 9/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to transfers involving identified accounts at ▇ ▇ compose related email to NPM Law [K. Mitchell]. | 1.6 | $ 518 | $ 828.00 |
| Lomas, Adam | 9/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: known or suspected accounts with ▇ | 0.6 | $ 518 | $ 310.50 |
| Lomas, Adam | 9/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [E. Sutton] re: transfers to ▇ ▇ related review of ▇ ▇ file. | 0.8 | $ 518 | $ 414.00 |
| Lomas, Adam | 9/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of additional criminal trial exhibits uploaded to Relativity; compose instructions to M. Bottos re: review of criminal trial exhibits. | 0.3 | $ 518 | $ 155.25 |
| Parizek, Pam | 9/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Review communications regarding ▇ transfers [.1], ▇ at ▇ [.1], ▇ [.1]. | 0.3 | $ 712 | $ 213.60 |
| Ling, Bryant | 9/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email regarding ▇ ▇ | 0.4 | $ 495 | $ 198.00 |
| Barker, James | 9/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email - with P.Levinson and D.Barron regarding ▇ and ▇ research. | 2.9 | $ 639 | $ 1,853.10 |
| Levenson, Patrick | 9/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ▇ ▇ and records requests. | 0.4 | $ 378 | $ 151.20 |
| Parizek, Pam | 9/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspond with data team re: ▇ data [.2], review updates re: ▇ [.1]. | 0.3 | $ 712 | $ 213.60 |
| Ling, Bryant | 9/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Computer forensic examination | 0.9 | $ 495 | $ 445.50 |
| Ling, Bryant | 9/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email regarding ▇ ▇ | 0.1 | $ 495 | $ 49.50 |
| Lazarus, Jordan | 9/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Meetings and correspondence with A. Lomas and NPM Law re: avoidance action against ▇ | 0.4 | $ 518 | $ 207.00 |
| Lazarus, Jordan | 9/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Review Relativity for supporting documentation for payments made to ▇ | 1.0 | $ 518 | $ 517.50 |
| Parizek, Pam | 9/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas summary of updated Rule 2004 subpoenas [.1]. | 0.1 | $ 712 | $ 71.20 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Levenson, Patrick | 9/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ▮ and records requests. | 0.3 | $ 378 | $ 113.40 |
| Ling, Bryant | 9/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Computer forensic examination | 1.2 | $ 495 | $ 594.00 |
| Lomas, Adam | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of documents produced by ▮ with respect to ▮ account. | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law[K. Mitchell] re: underlying bank documents respect to transfers cited in ▮ complaint. | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to Paul Hastings and NPM Law counsel teams re: investigative updates [in lieu of standing weekly update meeting]. | 0.3 | $ 518 | $ 155.25 |
| Lomas, Adam | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiries from Paul Hastings [L. Song and E. Sutton] re: sources of information with respect to transfers cited in ▮ complaint; related bank transaction and document review. | 1.8 | $ 518 | $ 931.50 |
| Parizek, Pam | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas update re: revised Rule 2004 subpoenas [.1], ▮ transfers [.1], ▮ production [.1]. Review Paul Hastings request re: ▮ [.1]. Review A. Lomas report on ▮ transfers [.1]. Review report on ▮ data [.1]. | 0.6 | $ 712 | $ 427.20 |
| Levenson, Patrick | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ▮ research. | 0.6 | $ 378 | $ 226.80 |
| Ling, Bryant | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | ▮ - evidence handling and analysis | 0.8 | $ 495 | $ 396.00 |
| Lomas, Adam | 9/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of bank transactions and other documents with respect to ▮ purchased for or otherwise titled in the name of ▮. | 0.8 | $ 518 | $ 414.00 |
| Lomas, Adam | 9/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [E. Sutton] re: additional wire record produced by ▮ and related transfers to ▮ and ▮. | 0.8 | $ 518 | $ 414.00 |
| Parizek, Pam | 9/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review J. Barker report re: ▮ [.1]. | 0.1 | $ 712 | $ 71.20 |
| Lomas, Adam | 9/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: ▮ related bank transaction review. | 0.3 | $ 518 | $ 155.25 |
| Barker, James | 9/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email - with S.Maza re ▮ and analysis of findings. | 2.3 | $ 639 | $ 1,469.70 |
| Ling, Bryant | 9/13/2024 | Asset Recovery Investigation and Litigation | Investigations | ▮ lab delivery coordination | 0.2 | $ 495 | $ 99.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lazarus, Jordan | 9/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law and A. Lomas re: supporting documents for ■■■ | 0.2 | $ 518 | $ 103.50 |
| Levenson, Patrick | 9/16/2024 | Asset Recovery Investigation and Litigation | Investigations | ■■■ tracing research. | 2.0 | $ 378 | $ 756.00 |
| Lazarus, Jordan | 9/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Compile supporting documentation for avoidance action against ■■■ | 0.9 | $ 518 | $ 465.75 |
| Lomas, Adam | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to internal Kroll team re: transactions in ■■■ bank accounts appearing to be related to ■■■ purchases and/or financing. | 0.4 | $ 518 | $ 207.00 |
| Levenson, Patrick | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Internal meetings and discussions for ■■■ tracing efforts. | 0.5 | $ 378 | $ 189.00 |
| Barker, James | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct Investigation - ■■■ meeting with P.Levenson and A.Lomas, follow up research | 1.8 | $ 639 | $ 1,150.20 |
| Lomas, Adam | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Working meeting with J. Barker and P. Levenson re: request from Paul Hastings with respect to certain ■■■ | 0.5 | $ 518 | $ 258.75 |
| Lomas, Adam | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.4 | $ 518 | $ 207.00 |
| Levenson, Patrick | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | ■■■ tracing research. | 0.5 | $ 378 | $ 189.00 |
| Lomas, Adam | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: identified or suspected accounts at ■■■ | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of documents produced by ■■■ and ■■■ | 1.2 | $ 518 | $ 621.00 |
| Lomas, Adam | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ■■■ and ■■■ bank transactions into master transaction file. | 0.5 | $ 518 | $ 258.75 |
| Lomas, Adam | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ■■■ and ■■■ bank account transactions; related updates to master transaction file. | 4.2 | $ 518 | $ 2,173.50 |
| Welby, Jackie | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Relativity document review of the ■■■ production; related update to ■■■ and ■■■ transactions in the master transaction file. | 6.1 | $ 221 | $ 1,345.05 |
| Lomas, Adam | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ■■■ bank account transactions; related updates to master transaction file. | 0.3 | $ 518 | $ 155.25 |
| Barker, James | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email - with E.Sutton regarding ■■■ | 1.1 | $ 639 | $ 702.90 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Levenson, Patrick | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | ▮ tracing research. | 2.0 | $ 378 | $ 756.00 |
| Lomas, Adam | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: identified or suspected accounts at ▮ related document and transaction review. | 0.5 | $ 518 | $ 258.75 |
| Lomas, Adam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Telephone call with NPM Law [P. Linsey] re: ▮ and ▮ | 0.2 | $ 518 | $ 103.50 |
| Parizek, Pam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Provide meeting agenda [.1], attend weekly meeting with A. Lomas, J. Lazarus, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song] and NPM Law [P. Linsey, K. Mitchell] re: ▮ [.6]. | 0.7 | $ 712 | $ 498.40 |
| Lazarus, Jordan | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Compile transaction detail and related Schedule A for ▮ | 0.7 | $ 518 | $ 362.25 |
| Lazarus, Jordan | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, P. Parizek, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and P. Linsey re: forensic accounting and business intelligence updates and related matters. | 0.6 | $ 518 | $ 310.50 |
| Parizek, Pam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas summary and related analyses re: ▮ transactions [.5]. | 0.5 | $ 712 | $ 356.00 |
| Lomas, Adam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [P. Linsey and K. Mitchell] re: banks for additional or amended Rule 2004 subpoena. | 0.4 | $ 518 | $ 207.00 |
| Barker, James | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Weekly call with Paul Hastings and NPM Law. | 0.6 | $ 639 | $ 383.40 |
| Lazarus, Jordan | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law re: transactional detail for ▮ | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare summary sources and uses of cash in ▮ and ▮ accounts with ▮ compose related email to Paul Hastings and NPM Law counsel teams. | 1.9 | $ 518 | $ 983.25 |
| Levenson, Patrick | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | ▮ tracing research. | 3.0 | $ 378 | $ 1,134.00 |
| Lomas, Adam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: ▮ and ▮ and other investigative updates, with: Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey]; and P. Parizek, J. Lazarus, and J. Barker. | 0.6 | $ 518 | $ 310.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to transfers involving ▮▮▮▮▮ and ▮▮▮▮▮ | 1.3 | $ 518 | $ 672.75 |
| Levenson, Patrick | 9/20/2024 | Asset Recovery Investigation and Litigation | Investigations | ▮▮▮ tracing research. | 1.0 | $ 378 | $ 378.00 |
| Lomas, Adam | 9/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of ▮▮▮ related bank accounts and transfers per request from Paul Hastings [L. Song]. | 2.6 | $ 518 | $ 1,345.50 |
| Lazarus, Jordan | 9/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law and A. Lomas re: new alter ego action classification analysis. | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮ bank account transactions; related updates to master transaction file. | 1.4 | $ 518 | $ 724.50 |
| Levenson, Patrick | 9/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted public records and open-source research for ▮▮▮ | 1.0 | $ 378 | $ 378.00 |
| Lomas, Adam | 9/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Build out of template for due diligence analysis for entities to be considered in Second Omnibus Alter Ego complaint; attention to related analysis for ▮▮▮ Inc. | 2.4 | $ 518 | $ 1,242.00 |
| Lomas, Adam | 9/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of ▮▮▮ related bank accounts and transfers per request from Paul Hastings [L. Song]; compose related email to Paul Hastings. | 2.1 | $ 518 | $ 1,086.75 |
| Parizek, Pam | 9/23/2024 | General Debtor Representation | Fee/Employment Applications | Review and revise matters, tasks and narratives for Monthly Fee Statement [1.0]. | 1.0 | $ 712 | $ 712.00 |
| Lomas, Adam | 9/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of documents produced by ▮▮▮ and ▮▮▮ | 0.8 | $ 518 | $ 414.00 |
| Levenson, Patrick | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted public records and open-source research for ▮▮▮ | 2.0 | $ 378 | $ 756.00 |
| Lomas, Adam | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiries from NPM Law [K. Mitchell] re: banks for additional and/or amended Rule 2004 subpoenas. | 0.6 | $ 518 | $ 310.50 |
| Lazarus, Jordan | 9/24/2024 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare August 2024 Monthly Free Statement; correspondence with Kroll team re: related matters. | 1.4 | $ 518 | $ 724.50 |
| Levenson, Patrick | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Internal team meeting. | 0.5 | $ 378 | $ 189.00 |
| Lazarus, Jordan | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of August 2024 avoidance actions pertaining to omni and/or known alter ego status. | 1.2 | $ 518 | $ 621.00 |
| Lomas, Adam | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of updates on research re: certain ▮▮▮ prepared by P. Levenson. | 0.3 | $ 518 | $ 155.25 |
| Spier, Tre | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of document productions from ▮▮▮ and ▮▮▮ related updates to inventory of Debtor-related bank accounts. | 1.0 | $ 221 | $ 220.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiries from Paul Hastings [D. Barron] re: alter ego due diligence analysis template. | 0.1 | $ 518 | $ 51.75 |
| Parizek, Pam | 9/24/2024 | General Debtor Representation | Fee/Employment Applications | Review revisions to draft Monthly Fee Statement [.8] | 0.8 | $ 712 | $ 569.60 |
| Lazarus, Jordan | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law re: August 2024 avoidance action alter ego analysis and related matters. | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of documents produced by ▮▮▮▮▮ | 0.2 | $ 518 | $ 103.50 |
| Parizek, Pam | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas update re: new bank records. Alter ego due dilignce analysis, ▮▮▮▮▮ analysis, forward same to L. Despins for weekly agenda [.2]. | 0.2 | $ 712 | $ 142.40 |
| Lomas, Adam | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to ▮▮▮▮▮ LLC bank accounts; compose related email to NPM Law [K. Mitchell] re alter ego due diligence analysis for ▮▮▮▮▮ and ▮▮▮▮▮ LLC | 0.3 | $ 518 | $ 155.25 |
| Lomas, Adam | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Avoidance Action Analysis: Meeting with NPM Law [P. Linsey and K. Mitchell] and J. Lazarus re: upcoming mediation with ▮▮▮▮▮ and requests for underlying analysis. | 0.5 | $ 518 | $ 258.75 |
| Parizek, Pam | 9/25/2024 | General Debtor Representation | Fee/Employment Applications | Review draft redacted Monthly fee statement, make additional redactions [.7]. | 0.7 | $ 712 | $ 498.40 |
| Spier, Tre | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.8 | $ 221 | $ 176.40 |
| Lazarus, Jordan | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ▮▮▮▮▮ transactions and related payments. | 1.1 | $ 518 | $ 569.25 |
| Lazarus, Jordan | 9/25/2024 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare August 2024 Monthly Free Statement; correspondence with Kroll team re: related matters. | 1.1 | $ 518 | $ 569.25 |
| Lomas, Adam | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare alter ego due diligence analysis for ▮▮▮▮▮ and ▮▮▮▮▮ LLC | 1.7 | $ 518 | $ 879.75 |
| Lazarus, Jordan | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Phone calls and correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of ▮▮▮▮▮ charges and related payments. | 1.1 | $ 518 | $ 569.25 |
| Lomas, Adam | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to ▮▮▮▮▮ bank accounts and other records; related email correspondence with NPM Law [P. Linsey and K. Mitchell] and Paul Hastings [L. Song]. | 1.7 | $ 518 | $ 879.75 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▬ and ▬ bank transactions into master transaction file. | 0.6 | $ 518 | $ 310.50 |
| Lazarus, Jordan | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ▬ transactions and related payments. | 2.8 | $ 518 | $ 1,449.00 |
| Lazarus, Jordan | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of ▬ charges and related payments. | 0.3 | $ 518 | $ 155.25 |
| Spier, Tre | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▬ bank transactions: related updates to master transaction file. | 4.4 | $ 221 | $ 970.20 |
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Case Administration: Meeting with J. Welby and T. Spier re: transaction review workflow. | 0.5 | $ 518 | $ 258.75 |
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.3 | $ 518 | $ 155.25 |
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [K. Mitchell] re: ▬ | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▬ and ▬ bank transactions; related updates to master transaction file. | 0.8 | $ 518 | $ 414.00 |
| Welby, Jackie | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of documents provided by ▬ and ▬ related update to ▬ and ▬ transactions in the master transaction file. | 3.5 | $ 221 | $ 771.75 |
| Lazarus, Jordan | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: new bank records produced, ▬ analysis, and related matters. | 0.6 | $ 518 | $ 310.50 |
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: bank records for ▬ and ▬ alter ego due diligence analysis; and other investigative updates; with Paul Hastings [L. Despins, N. Basset, D. Barron, and L. Song], NPM Law [P. Linsey and K. Mitchell], and J. Lazarus. | 0.6 | $ 518 | $ 310.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 9/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare alter ego due diligence analysis for ▮▮▮▮ LLC, ▮▮▮▮ Ltd, and ▮▮▮▮ compose related email to Paul Hastings [D. Barron]. | 3.7 | $ 518 | $ 1,914.75 |
| Spier, Tre | 9/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ Inc bank transactions: related updates to master transaction file. | 5.0 | $ 221 | $ 1,102.50 |
| Lomas, Adam | 9/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to J. Barker and P. Levenson re: payments with respect to certain ▮▮▮▮ ▮▮▮▮ related transaction and document review. | 0.7 | $ 518 | $ 362.25 |
| Lomas, Adam | 9/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▮▮▮▮ Inc and ▮▮▮▮ bank transactions into master transaction file. | 0.7 | $ 518 | $ 362.25 |
| Lomas, Adam | 9/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to ▮▮▮▮ bank accounts. | 0.5 | $ 518 | $ 258.75 |
| Levenson, Patrick | 9/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted public records and open-source research for ▮▮▮▮ | 2.3 | $ 378 | $ 869.40 |
| **Total Hours and Amount:** | | | | | **125.3** | | $ **58,793.15** |

9