**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**MOTION TO PERMIT COUNSEL FOR AMERICAN EXPRESS COMPANY TO APPEAR REMOTELY AT THE HEARING ON NOVEMBER 5, 2024**

American Express Company ("American Express") moves to allow its counsel, Darryl S. Laddin and Frank N. White, to appear remotely via the Court's Zoom platform –solely to listen and monitor any developments -- at the hearing set for November 5, 2024 at 1:00 p.m. E.T. on the Trustee's Motion to Further Amend Avoidance and Mediation Procedures [ECF No. 3659].

1. American Express is the defendant in a separate adversary proceeding brought by chapter 11 trustee Luc A. Despins (the "Trustee"). *See* Adv. Proc. No. 24-05077.

2. The Trustee's Motion seeks an amendment of the Court's avoidance action and mediation procedures to effectuate a temporary stay of discovery in the Trustee's numerous avoidance actions, pending completion of joint briefing and the Court's ruling on various, potentially dispositive issues that are common to a large number of those cases.

3. Accordingly, the November 5, 2024 hearing is likely to address or involve discussion of scheduling and other issues bearing directly on the Trustee's adversary against American Express, among others, or in which American Express otherwise has a decided interest and needs to be aware.

4. Mr. Laddin and Mr. White reside and work in Atlanta, Georgia. They wish to appear at the November 5 hearing, but solely to listen into and monitor the proceedings. Given

the time and expense needed to travel to Bridgeport, CT, they respectfully request that the Court permit them to participate via the Court's Zoom platform.

WHEREFORE, American Express respectfully requests that the Court allow Mr. Laddin and/or Mr. White to participate remotely via the Court's Zoom platform for the November 5, 2024 hearing.

Dated: October 30, 2024

        LAW OFFICES OF RONALD I. CHORCHES, LLC
        By: */s/ Ronald I. Chorches*
        Ronald I. Chorches, Esq.
        Fed Bar #ct08720
        Law Offices of Ronald I. Chorches, LLC
        82 Wolcott Hill Rd
        Wethersfield, CT 06109
        Tel: (860) 563-3955/Fax: (860) 513-1577
        Email: ronchorcheslaw@sbcglobal.net

        ARNALL GOLDEN GREGORY LLP
        Darryl S. Laddin
        Frank N. White
        171 17th Street, N.W., Suite 2100
        Atlanta, GA 30363-1031
        Telephone: (404) 873-8500
        Fax: (404) 873-8121
        darryl.laddin@agg.com
        frank.white@agg.com

        *Attorneys for American Express Company*

## CERTIFICATE OF SERVICE

I certify that on October 30, 2024, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.