# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*, [1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned hereby enters an appearance in this case as counsel for Chiesa Shahinian & Giantomasi PC and Lee Vartan, Esq., pursuant to and in accordance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure. I request notice of all further pleadings and filings on behalf of Chiesa Shahinian & Giantomasi PC and Lee Vartan.

Dated: October 31, 2024
  Roseland, New Jersey

*/s/ Anthony J. Marchese*
Anthony J. Marchese (CT23999)
amarchese@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500 – Main
     (973) 530-2165 – Direct
Facsimile: (973) 325-1501
*Attorneys for Chiesa Shahinian & Giantomasi PC and Lee Vartan, Esq.*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, a copy of foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: October 31, 2024  
    Roseland, New Jersey

*/s/ Anthony J. Marchese*  
Anthony J. Marchese (CT23999)  
amarchese@csglaw.com  
**CHIESA SHAHINIAN & GIANTOMASI PC**  
105 Eisenhower Parkway  
Roseland, NJ 07068  
Telephone: (973) 325-1500 – Main  
             (973) 530-2165 – Direct  
Facsimile: (973) 325-1501  
*Attorneys for Chiesa Shahinian & Giantomasi PC and Lee Vartan, Esq.*