**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al*., | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**MOTION TO PERMIT COUNSEL FOR APPLE INC. AND META PLATFORMS, INC. TO APPEAR REMOTELY FOR THE NOVEMBER 5, 2024 HEARING**

Apple Inc. ("Apple") and Meta Platforms, Inc. ("Meta") move for permission for their counsel, George Angelich and Jin Yan, to appear remotely via the Court's Zoom platform at the hearing set for November 5, 2024 at 1:00 p.m. Eastern on the *Chapter 11 Trustee's (I) Motion to Further Amend Avoidance and Mediation Procedures Order by Temporarily Staying Discovery and (II) Response to Motions to Stay Discovery Filed by Certain Avoidance Defendants* ("Motion") [ECF No. 3659].

1. Apple and Meta are defendants in separate avoidance adversary proceedings filed by Luc A. Despins, as Chapter 11 trustee (the "Trustee"). *See* Adv. Proc. Nos. 24-05060 (Apple), 24-05117 (Meta).

2. In his Motion, the Trustee seeks to stay discovery in *all* adversary proceedings pending resolution of various motions to dismiss, including those filed by Apple and Meta.

3. Because the November 5, 2024 hearing is likely to impact the adversary proceedings involving Apple and Meta, they have an interest in the outcome of the hearing and their counsel should be in attendance. Mr. Angelich works in New York City and Mr. Yan works in Washington, D.C. Given the time and expense needed to travel to Bridgeport, they respectfully request that the Court allow them to participate remotely via the Court's Zoom platform.

WHEREFORE, Apple and Meta respectfully request permission for Mr. Angelich and Mr. Yan to appear remotely via the Court's Zoom platform for the November 5, 2024 hearing on the Trustee's Motion.

Dated: October 31, 2024
      New York, New York

*/s/ George Angelich*
George Angelich (ct27542)
Eric Roman (admitted *pro hac vice*)
Patrick Feeney (admitted *pro hac vice*)
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
T: 212.457.5423
E: george.angelich@afslaw.com
   eric.roman@afslaw.com
   patrick.feeney@afslaw.com

- and -

Jin Yan (admitted *pro hac vice*)
ArentFox Schiff LLP
1717 K St. NW
Washington, DC 20006
T: 202.778.6442
E: jin.yan@afslaw.com

*Counsel for Apple Inc. and Meta Platforms, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on October 31, 2024, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated: New York, New York
October 31, 2024

                                              */s/ George Angelich*
                                              George Angelich