# EXHIBIT 1

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING MOTION TO PERMIT**
**COUNSEL FOR APPLE INC. AND META PLATFORMS, INC.**
**TO APPEAR REMOTELY AT THE NOVEMBER 5, 2024 HEARING**

The Court having considered the motion (the "Motion") of Apple Inc. and Meta Platforms, Inc. to permit their counsel, George Angelich and Jin Yan, to appear remotely at the November 5, 2024 hearing scheduled in the above-captioned case, and finding that good cause exists for granting the Motion, it is hereby

1. **ORDERED**, that the Motion is granted; and it is further

2. **ORDERED**, that Mr. Angelich and Mr. Yan may participate in the November 5, 2024 hearing via the Court's Zoom.gov platform by contacting the Clerk's Office for instructions to connect to the conference remotely by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

_____
Hon. Julie A. Manning, U.S.B.J.