UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | RE: ECF No. 3559 |
| | (Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | |
| v. | Adv. Proceeding No. 24-05187 |
| | RE: ECF No. 14 |
| WILDES & WEINBERG P.C., | |
| Defendant. | |

---

**ORDER ADJOURNING HEARING
AND SETTING REPLY DEADLINE AS TO
SEALED MOTION OF CHAPTER 11 TRUSTEE, PURSUANT TO BANKRUPTCY
RULE 9019, REGARDING SETTLEMENT WITH WILDES & WEINBERG, P.C.**

WHEREAS, on September 9, 2024, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") in the above-captioned chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), and plaintiff in the above-captioned adversary proceeding (the "Adversary

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Proceeding"), filed his *Sealed Motion Pursuant to Bankruptcy Rule 9019 Regarding Settlement with Wildes & Weinberg, P.C.* in the Chapter 11 Case and in the Adversary Proceeding [Main Case ECF No. 3559, Adv. ECF No. 14] (the "9019 Motion");

WHEREAS, on October 3, 2024, G Club Operations LLC, and on October 7, 2024, the United States Trustee filed limited objections to the 9019 Motion in the Chapter 11 Case addressing the sealed filing of the motion [Main Case ECF Nos. 3633, 3641] (the "Pending Objections");

WHEREAS, on October 15, 2024, the Court issued notices with respect to the 9019 Motion in the Chapter 11 Case and in the Adversary Proceeding [Main Case ECF No. 3688, Adv. ECF No. 18] scheduling a hearing (the "Hearing") on the 9019 Motion for November 12, 2024, and setting an objection deadline for the 9019 Motion of November 6, 2024 (the "Objection Deadline");

WHEREAS, the Court has advised the Trustee that the Hearing on the 9019 Motion will be adjourned and the Trustee has requested that the Court set a deadline for the Trustee to submit any reply memorandum (a "Reply") to the Pending Objections and to any other objections or responses to the 9019 Motion; and

WHEREAS, there is cause for the Court to order the relief provided herein;

NOW, THEREFORE, it is hereby **ORDERED**:

1. The Hearing is adjourned to November 19, 2024, at 1 p.m., to be held at 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604.

2. The Objection Deadline of November 6, 2024 shall remain in effect.

3. If the Trustee submits a Reply, the Trustee shall file one consolidated memorandum which shall be no longer than fifteen (15) pages on or before November 14, 2024.

Dated at Bridgeport, Connecticut this 31st day of October, 2024.



*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut