UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
:
In re:                                          :    Chapter 11
:
HO WAN KWOK *et al.*,                           :    Case No. 22-50073 (JAM)
:
Debtors.¹                         :    Jointly Administered
:
------------------------------------------------------x

**NOTICE OF [PROPOSED] STIPULATED ORDER RESOLVING
MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER FILED BY
YUMEI HAO, RIVER VALLEY OPERATIONS, LLC AND GOLDEN EAGLE
VENTURES, LLC [ECF 3541] ISSUED TO OLD NATIONAL BANK**

Plaintiff, Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "Trustee") in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok, hereby provides notice that the Trustee has reached an agreement with Yumei Hao, River Valley Operations, LLC, and Golden Eagle Ventures, LLC (the "Movants") to resolve the Movants' *Motion to Quash Subpoenas and for Protective Order* ("Motion to Quash") [ECF No. 3541], which agreement is memorialized in the proposed Stipulated Order appended hereto as **Exhibit A**.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

|  |  |
|---|---|
| Dated: November 1, 2024<br>New Haven, CT | LUC A. DESPINS<br>CHAPTER 11 TRUSTEE<br><br>By: */s/ Patrick R. Linsey*<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 781-2847<br>plinsey@npmlaw.com<br><br>*Counsel for the Chapter 11 Trustee* |

**EXHIBIT A**

**[PROPOSED] STIPULATED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------x

**[PROPOSED] STIPULATED ORDER RESOLVING**
**MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER FILED BY**
**YUMEI HAO, RIVER VALLEY OPERATIONS, LLC AND GOLDEN EAGLE**
**VENTURES, LLC [ECF 3541] ISSUED TO OLD NATIONAL BANK**

Plaintiff, Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "Trustee") in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok, and Yumei Hao, River Valley Operations, LLC, and Golden Eagle Ventures, LLC (the "Movants," and together with the Trustee, collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submit their proposed stipulated order (the "Stipulation") resolving the *Motion to Quash Subpoenas and for Protective Order* ("Motion to Quash") [ECF No. 3541] filed by the Movants on September 17, 2024 seeking to quash the Trustee's Bankruptcy Rule 2004 subpoena (the "Subpoena") issued to Old National Bank (the "Bank").

The Parties stipulate and agree to resolve the Motion to Quash as follows:

(a)     The Motion to Quash shall be deemed withdrawn with prejudice.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(b) The Trustee shall provide each Movant with copies of any records produced by the Bank in response to the Subpoena as to which records the Movant was an accountholder (the "Movant Records") by transmitting the Movant Records electronically to the Movant's undersigned counsel.

(c) Any Movant may designate its own Movant Records "confidential" pursuant to the amended Protective Order in this Chapter 11 Case [ECF Nos. 923, 3264] to the extent that the Movant Records are Confidential Material (as defined by the Protective Order) by notifying undersigned counsel to the Trustee via email of such designation, *provided, however*, the Trustee reserves the right to object to and/or seek relief from any confidentiality designation pursuant to the terms of the amended Protective Order and with notice to the designating Movant.

(d) The timeframe of the Subpoena, as it pertains to Movant Records only, shall be limited to January 1, 2017 to present, *provided however*, the Trustee may request relief from this time limitation by filing a motion to amend this Stipulation upon notice to the Parties' by their undersigned counsel and a showing of reasonable cause.

(e) The Parties shall promptly provide the Bank with a copy of this Stipulation.

(f) This Stipulation may be executed electronically and in counterparts.

*[SIGNATURE PAGE FOLLOWS]*

| | |
|---|---|
| Dated: November 1, 2024<br>New Haven, CT | LUC A. DESPINS<br>CHAPTER 11 TRUSTEE<br><br>By: */s/ Patrick R. Linsey*<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 781-2847<br>plinsey@npmlaw.com<br><br>*Counsel for the Chapter 11 Trustee* |
| Dated:  November 1, 2024<br>Farmington, CT | YUMEI HAO, RIVER VALLEY OPERATIONS,<br>LLC, AND GOLDEN EAGLE VENTURES, LLC<br><br>By: */s/ Ross G. Fingold*<br>Ross G. Fingold, Esq.<br>Stokesbury & Fingold, LLC<br>10 Waterside Drive, Ste. 204<br>Farmington, Connecticut 06032<br>Office: (860) 606-1709<br>rfingold@lawssf.com<br><br>*Counsel for the Movants* |

Approved and so Ordered this ___ day of November, 2024

_____
  Manning, J.

3

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

---------------------------------------------------------x
: 
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK *et al.*,                                    :    Case No. 22-50073 (JAM)
                                                         :
                Debtors.[1]                 :    Jointly Administered
                                                         :
---------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned certifies that on the date hereof, a copy of the foregoing was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF system.

Dated: November 1, 2024 at New Haven, CT

                                                   By: */s/ Patrick R. Linsey*
                                                        Patrick R. Linsey

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).