**EXHIBIT 3**

**Table 1 (partial, left sheet):**

| Adjusted USD Bal |
|---|
| 592,596 |
| 77,596 |
| 146,472 |
| 114,692 |
| 931,356 |

**Table 2:**

| Date | Amount USD | Sender | Notes |
|---|---|---|---|
| 2/3/23 | $ 500,000.00 | WANGS REALTY MANAGEMENT SERVICE INC | |
| 2/6/23 | $ 500,000.00 | WANGS REALTY MANAGEMENT SERVICE INC | |
| 2/6/23 | $ 150,030.00 | NYC WEI TING, YI | |
| 2/7/23 | $ 500,000.00 | WANGS REALTY MANAGEMENT SERVICE INC | |
| 2/8/23 | $ 834,530.00 | NYC QIRONG GUO | |
| 2/8/23 | $ 100,200.00 | SUNSHINE INVESTMENT TRUST | |
| 2/14/23 | $ 610,094.57 | HO XINYUAN, LIMITED | |
| 2/23/23 | $ 575,610.00 | YUAN ZHOU | |
| 3/6/23 | $ 500,000.00 | BOFANG INVESTMENT LLC | |
| 3/8/23 | $ 500,000.00 | FEIBO JIANG | |

HCHK Tech Seacoast
Total Received from 2/1/23     $ 4,770,464.57
Total Received (Pending)        $ -
Total Combined                  $ 4,770,464.57

Current Balance as of 3.13.23   $4,347,426.00

Note: Currency USD

*Tony & Bernado?*

**Table 3:**

| Date | Amount USD | Sender | Notes |
|---|---|---|---|
| 2/21/23 | $ 99,990.00 | MR FENG SHEN | |
| 2/21/23 | $ 100,000.00 | RONG CHUAN YI | |
| 2/21/23 | $ 100,000.00 | TRUNG M CO OR VINH DUC NGUYEN | |
| 2/21/23 | $ 100,030.00 | JINLAN YAN | |
| 2/21/23 | $ 100,050.00 | CATHERINE FANG YEU POH | |
| 2/22/23 | $ 100,000.00 | JIAOJIAN MU | |
| 2/22/23 | $ 900,180.00 | MR ANDY MA | |
| 2/23/23 | $ 99,996.50 | LINJIE YU | |
| 2/23/23 | $ 100,000.00 | 1/JING WANG | |
| 2/23/23 | $ 100,060.00 | JINTAO LI | |
| 2/23/23 | $ 100,100.00 | ANNA WEI ZHANG | |
| 2/23/23 | $ 100,200.00 | ANNA WEI ZHANG | |
| 2/23/23 | $ 120,030.00 | TRANSFERWISE INC. | |
| 2/23/23 | $ 100,020.00 | CHENGMING HE | |
| 2/24/23 | $ 101,000.00 | MR TU LIXIN | |
| 2/24/23 | $ 150,030.00 | XIN LIU | |
| 2/27/23 | $ 220,065.00 | YULIANG YAN | |
| 2/27/23 | $ 500,000.00 | SHANSHAN QU | |
| 3/1/23 | $ 100,000.00 | EBD SWEDEN AB | |
| 3/1/23 | $ 158,630.00 | MCQ INT'L CORP. | |
| 3/1/23 | $ 210,000.00 | 1/HAIFENG XU | |
| 3/3/23 | $ 100,000.00 | Scott Schuett, Jing Schuett | Check 393 dated 2/24/23 |

HCHK Prop TD
Total Received from 2/1/23     $ 3,760,381.50
Total Received (Pending)        $ -
Total Combined                  $ 3,760,381.50

Current Balance as of 3.13.23   $5,158,656.55

Note: Currency USD

*Tony*

**Table 4:**

| Date | Amount USD | Sender | Notes |
|---|---|---|---|
| 2/16/23 | $ 148,000.00 | Xiang Zeng | |
| 2/17/23 | $ 501,977.00 | Haa Group Pty Ltd | |
| 2/17/23 | $ 500,000.00 | Art Operation LLC | Check Deposit |
| 2/17/23 | $ 200,080.00 | Qiang Hu | |
| 2/17/23 | $ 151,030.00 | Daihao Zhou | |
| 2/17/23 | $ 149,950.00 | Kindly Trading Co. Limited | |
| 2/17/23 | $ 100,000.00 | Ming Zhang | |
| 2/21/23 | $ 100,350.00 | Jianmei Wu | |
| 2/21/23 | $ 148,482.00 | Huayou Trading Co Limited | |
| 2/21/23 | $ 149,825.56 | Sino-Africa Industry Co. Limited | |
| 2/21/23 | $ 150,510.00 | Zhejiang Stable International Co. | |
| 2/21/23 | $ 140,080.00 | 802-044612831 | |
| 2/21/23 | $ 400,030.00 | Feng Yi | |
| 2/21/23 | $ 100,100.00 | Xiuling Tang | |
| 2/22/23 | $ 150,000.00 | CHAN CHIH HSING | |
| 2/22/23 | $ 145,982.00 | HUAYOU TRADING CO LIMITED | |
| 2/22/23 | $ 110,000.00 | wenhua gong | |
| 2/22/23 | $ 100,053.33 | FEIFEI HAN | |
| 2/22/23 | $ 100,050.00 | JOSEPH I-PO HUNG OR VITA CHING-YU | |
| 2/22/23 | $ 100,000.00 | CHEN WEI TA | |
| 2/23/23 | $ 100,046.96 | WONG LAI PENG | |
| 2/23/23 | $ 99,990.00 | YUNLAN DONG | |
| 2/24/23 | $ 519,980.00 | MR JIANHAI JIAO | |
| 2/24/23 | $ 200,035.00 | MR MING XIE | |
| 2/27/23 | $ 100,700.00 | LINLIANG YU XIAONAN MEI | |
| 2/27/23 | $ 100,050.00 | ZHENG WEIFENG | |
| 2/28/23 | $ 100,000.00 | C.S. MARINA LLC | |
| 3/1/23 | $ 546,460.80 | MZC FINANCIAL INC. | |
| 3/1/23 | $ 500,000.00 | WANGS REALTY MANAGEMENT SERVICE INC | |
| 3/1/23 | $ 300,190.00 | MR FENGJIE MA | |
| 3/2/23 | $ 500,000.00 | WANGS REALTY MANAGEMENT SERVICE INC | |
| 3/2/23 | $ 200,090.00 | MR ZONGMING LI | |
| 3/2/23 | $ 69,871.98 | DJS EXPORT CO., LIMITED | |
| 3/3/23 | $ 500,000.00 | OMICRON NUTRACEUTICAL LLC | |
| 3/6/23 | $ 1,000,090.00 | LYZON ENTERPRISES CORPORATION | |
| 3/6/23 | $ 568,859.58 | HALLEY CHEN, CPA, PROFESSIONAL CORP | |
| 3/6/23 | $ 500,000.00 | OMICRON NUTRACEUTICAL LLC | |
| 3/8/23 | $ 509,000.00 | MRS HUI YING LI | |
| 3/10/23 | $ 600,000.00 | BOFANG INVESTMENT LLC | |
| 3/13/23 | $ 500,000.00 | Pending | |
| 3/13/23 | $ 150,000.00 | Pending | |

GFNY, Inc
Total Received from 2/1/23     $ 10,791,864.21
Total Received (Pending)        $ 650,000.00
Total Combined                  $ 11,441,864.21

Current Balance as of 3.13.23   $11,114,995.00 

Note: Currency USD

Handwritten annotations:
- Mr. H
- ⓐ M&T → Andrea
- ⓐ TD → Tina
- ⓐ 3rd explore → Tina
- M&T.

**Left sheet partial (notes column):**

| Notes |
|---|
| Money Market |
| Money Market |
| Money Market |
| Money Market |
| Money Market |
| Money Market |

GOVERNMENT EXHIBIT WA-21    23 Cr. 118 (AT)