## EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>MILES GUO,<br>    a/k/a "Ho Wan Kwok,"<br>    a/k/a "Miles Kwok,"<br>    a/k/a "Guo Wengui,"<br>    a/k/a "Brother Seven,"<br>    a/k/a "The Principal,"<br>    a/k/a "Boss,"<br><br>                  Defendant. | **STIPULATION REGARDING WANG APARTMENT SEARCH**<br><br>**S3 23 Cr. 118 (AT)** |

IT IS HEREBY STIPULATED AND AGREED, by the United States of America and Miles Guo, the defendant:

If called as a witness at trial, a Special Agent of the Federal Bureau of Investigation ("FBI") would testify as follows:

1.      On March 15, 2023, special agents and other FBI employees executed a lawful search of 188 East 64th Street, Apt. 1601, New York, New York.  During the course of that search, FBI personnel took photographs of interior spaces of 188 East 64th Street, Apt. 1601, New York, New York, and also lawfully seized items, documents, and electronic devices.

2.      At the time of the search, Yvette (Yanping) Wang was the sole resident of 188 East 64th Street, Apt. 1601, New York, New York.

3.      GXWA1 – GXA135 are fair and accurate photographs of interior spaces of 188 East 64th Street, Apt. 1601, New York, New York that were lawfully captured by an FBI photographer on March 15, 2023 when conducting the search.

4.      GXWA601 – GXWA656 are fair and accurate images of documents and items that


GOVERNMENT
EXHIBIT
GXSTIP-4
23 Cr. 118 (AT)

were located in 188 East 64th Street, Apt. 1601, New York, New York on March 15, 2023 during the search.

5.      Following the March 15, 2023 search, FBI personnel scanned and photographed items and documents that were lawfully seized during the search.  GXWA657 – GXWA700 are fair and accurate images of items that were lawfully seized from 188 East 64th Street, Apt. 1601, New York, New York by the FBI on March 15, 2023.

6.      IT IS FURTHER STIPULATED AND AGREED that this stipulation may be received into evidence as a Government exhibit at trial.

Dated:   New York, New York
         May 19, 2024


                          DAMIAN WILLIAMS
                          United States Attorney
                          Southern District of New York

            By:      _____
                          Ryan B. Finkel / Juliana N. Murray / Micah F.
                          Fergenson / Justin Horton
                          Assistant United States Attorneys


                          _____
                          Sidhardha Kamaraju, Esq.
                          Sabrina Shroff, Esq.
                          Attorneys for Miles Guo