## EXHIBIT 5

as of June 5, 2023

**MASTER SERVICE LIST - HCHK TECHNOLOGIES, INC./HCHK PROPERTY MANAGEMENT, INC./LEXINGTON PROPERTY AND STAFFING, INC.**

| INTERESTED PARTIES | ADDRESS | EMAIL |
|---|---|---|
| Juliana Newcomb Murray, Esq.<br>Ryan B. Finkel, Esq.<br>Micah Festa Fergenson, Esq. | U.S. Department of Justice<br>United States Attorney<br>Southern District of New York<br>The Silvio J. Mollo Building<br>One Saint Andrew's Plaza<br>New York, New York 10007 | juliana.murray@usdoj.gov<br>Ryan.Finkel@usdoj.gov<br>micah.fergenson@usdoj.gov |
| Luc A. Despins, Esq. | Chapter 11 Trustee for Ho Wan Kwok<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166 | lucdespins@paulhastings.com |
| Avram E. Luft, Esq.<br>Douglass Barron, Esq. | Counsel to Ch. 11 Trustee for Ho Wan Kwok<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166 | aviluft@paulhastings.com<br>douglassbarron@paulhastings.com |
| NYS Dept. Taxation & Finance<br>Bankruptcy/Special Procedures Section | P.O. Box 5300<br>Albany, NY 12205-0300 | |
| NYC Dept. of Finance<br>Office of Legal Affairs | 375 Pearl Street, 30th Floor<br>New York, NY 10038 | |
| Internal Revenue Service<br>Centralized Insolvency Operations | P.O. Box 7346<br>Philadelphia, PA 19101-7346 | |

| United States Attorney s Office | Southern District of New York<br>Attention: Tax & Bankrupcty Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007 | |
| U.S. Securities and Exchange Commission | New York Regional Office<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022 | |
| Anthony Sodono, Esq.<br>Sari B. Placona, Esq. | Counsel to Assignors<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, 2nd Floor<br>Roseland, NJ 07068 | ASodono@MSBNJ.COM<br>SPlacona@MSBNJ.COM |

| EQUITY INTERESTS HOLDERS, DIRECTORS AND/OR OFFICERS OF ASSIGNORS | ADDRESS | EMAIL | ASSIGNOR(S) |
| --- | --- | --- | --- |
| Anthony DiBattista | 45 Park Hill Drive<br>Hopewell Junction, NY 12533 | anthonyd.hchk@protonmail.com<br>dibatac@gmail.com | HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Holy City Hong Kong Ventures, Ltd., BVI | Lan Mu aka Ya Li aka Mulan<br>18 Brabham Drive<br>Mill Park<br>VIC<br><br>3082<br>AUSTRALIA | mulanchuanqi2020@gmail.com | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |

| | Yanping Wang a/k/a Yvette Wang<br>188 East 64th Street, Apt. 1601<br>New York, NY 10065 | | |
|---|---|---|---|
| Yanping Wang a/k/a Yvette Wang | 188 East 64th Street, Apt. 1601<br>New York, NY 10065 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| | Alex Lipman, Esq.<br>Lipman Law PLLC<br>147 W. 25th St., 12th Fl<br>New York, NY 10001 | alexlipman@lipmanpllc.com | |
| | Priya Chaudhry<br>ChaudhryLaw PLLC<br>147 West 25th Street, Ste 12th Floor<br>New York, NY 10001 | priya@chaudhrylaw.com | |

| **ASSIGNEE S SURETY** | **ADDRESS** | **EMAIL** | **ASSIGNOR(S)** |
|---|---|---|---|
| Travelers Casualty and Surety Company of America | One Tower Square<br>Hartford, CT 06183<br>Attn: Donna Boehne and Mike Thero | DBOEHNE@travelers.com<br>MTHERO@travelers.com | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |

| **CONTRACT COUNTERPARTIES** | **ADDRESS** | **EMAIL** | **ASSIGNOR(S)** |
|---|---|---|---|

3

| Amazon Web Services | PO BOX 84023<br>Seattle, WA 98124-8423 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
|---|---|---|---|
| AT&T | PO BOX 6463<br>Carol Stream, IL 60197 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Browser Stack | 4512 Legacy Drive, Suite 100<br>Plano, TX US 75024 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| ECF Data | 4775 S Durango Drive, Suite 106<br>Las Vegas, NV 89147 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Fabre Technologies | 27 Horseneck Rd, Suite 220<br>Fairfield, NJ 07004 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Gitlab, Inc. | 268 Bush St #350<br>San Francisco, CA 94104 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| GoDaddy | 2155 East GoDaddy Way<br>Tempe, AZ 85284 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Google | 1600 Amphitheatre Parkway,<br>Mountain View, CA 94043 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |

66012/0001-45333140

| Indium Software | 300 Carnegie Center, Suite 150<br>Princeton, NJ 08540 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
|---|---|---|---|
| SAGE IT | 3535 Victory Group Way, Bldg. #4<br>Frisco, TX 75034 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Slack Technologies | PO Box 207795<br>Dallas, TX 75320-7795 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| BambooHR | 335 South 560 west<br>Lindon, UT 84042 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Cloudfare | 101 Townsend St<br>San Francisco, CA 94107 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Cogent Communications, Inc. | PO Box 791087<br>Baltimore, MD 21279-1087 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Electrical AI | 408 Broadway 5th Floor<br>New York, NY 10022 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| B&H | 440 Ninth Avenue<br>New York, NY 10001 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |

66012/0001-45333140

| | | | |
|---|---|---|---|
| Thomson Reuters | 610 Opperman Drive<br>Eagan, MI 55123 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Calendly | 88 N Avondale Rd, #603<br>Avondale Estates, GA 30002 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Cisco WebEx | 170 W Tasman Dr<br>San Jose, CA 95134 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| ClickUp | 350 Tenth Ave Suite 500<br>San Diego, CA 92101 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Docker | 144 Townsend St<br>San Francisco, California 94107 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |

| LANDLORDS | ADDRESS | EMAIL | TENANT |
|---|---|---|---|
| Mavrides, Moyal, Packman & Sadkin, LLP<br>**Noticing Party** | 276 Fifth Avenue, Suite 404<br>New York, NY 10001<br>Attn: Russell B. Blaymore, Esq. | anthonydlex@protonmail.com<br>rblaymore@mmps.com | HCHK Property Management, Inc. |
| 3 Columbus Circle LLC- Series A<br>3 Columbus Circle LLC   Series B | c/o The Moinian Group<br>3 Columbus Circle, 26th floor<br>New York, New York 10019 | | HCHK Property Management, Inc. |

66012/0001-45333140

| Versace USA, Inc. (Sublandlord) | 11 West 42nd Street, 28th Floor<br>New York, NY 10036<br>Attn: General Counsel | | Lexington Property and Staffing, Inc. |
|---|---|---|---|

| INVESTOR[1]  REPRESENTATIVES | ADDRESS | EMAIL | ASSIGNOR(S) |
|---|---|---|---|
| Hao (Gavin) Li | | sdsn37985@gmail.com | HCHK Technologies, Inc.<br>HCHK Property Management, Inc. |
| Yinying (Aila)Wang | | yinyingwang@protonmail.com | HCHK Technologies, Inc.<br>HCHK Property Management, Inc. |
| Chris Lee | | caagentchrisli@gmail.com | HCHK Technologies, Inc.<br>HCHK Property Management, Inc. |
| Yongping Yan | | miegong89642020@gmail.com | HCHK Technologies, Inc.<br>HCHK Property Management, Inc. |
| Jintao Li | | 482enigma@gmail.com | HCHK Technologies, Inc.<br>HCHK Property Management, Inc. |
| Yumei Hao | | shannonh19@protonmail.com | HCHK Technologies, Inc.<br>HCHK Property Management, Inc. |

| INVESTORS | ADDRESS | EMAIL | ASSIGNOR(S) |
|---|---|---|---|
| ANDY MA | | yilang20180126@gmail.com | HCHK Property Management, Inc. |

---

[1]    The term  investor  as used herein is not intended, and should not be construed, to carry any substantive meaning or implication regarding the nature of any party s claims or interests in the Assignors estates.

66012/0001-45333140

| | | | |
|---|---|---|---|
| Annie N Yeh | | lightwalkerleaf@gmail.com | HCHK Property Management, Inc. |
| Bin Yu | | yubin35636@gmail.com | HCHK Property Management, Inc. |
| Bofang Investment LLC | | mosfoundation2064@gmail.com | HCHK Property Management, Inc. |
| Chengfei Zhang | | followguo.eatmeat@gmail.com | HCHK Property Management, Inc. |
| Chengming He | | georgecm.he@gmail.com | HCHK Property Management, Inc. |
| Chuxiong Sun | | jimmy750328@gmail.com | HCHK Property Management, Inc. |
| Dong Xiang | | ziqifwef2020@gmail.com | HCHK Property Management, Inc. |
| EBD Sweden AB | | hao.huang@ebdsweden.com | HCHK Property Management, Inc. |
| Fang-Yeu Poh | | cpohca@gmail.com | HCHK Property Management, Inc. |
| Feng Shen | | fshen919@gmail.com | HCHK Property Management, Inc. |
| Feng Yu | | 2303335225wj@gmail.com | HCHK Property Management, Inc. |
| Gui chengrong | | bigapple3402@gmail.com | HCHK Property Management, Inc. |
| Guobin Zhu | | zgb77777@gmail.com | HCHK Property Management, Inc. |
| Haifeng Xu | | kccptwenty@gmail.com | HCHK Property Management, Inc. |
| Honghui Chen | | | HCHK Property Management, Inc. |
| Hua Sun | | Sunny97229@yahoo.com | HCHK Property Management, Inc. |
| Jiacheng Ren | | jc.ren.cmi@gmail.com | HCHK Property Management, Inc. |
| Jianyong Mai | | jyjmai@gmail.com | HCHK Property Management, Inc. |
| Jiaojian Mu | | jiaojianmu714@hotmail.com | HCHK Property Management, Inc. |
| Jing Wang | | tt50938241@gmail.com | HCHK Property Management, Inc. |

| | | | |
|---|---|---|---|
| Jinjing Lu | | mosfoundation2064@gmail.com | HCHK Property Management, Inc. |
| Jinlan Yan | | YANJINLAN@YAHOO.COM | HCHK Property Management, Inc. |
| Jintao Li | | shibin3j@gmail.com | HCHK Property Management, Inc. |
| Jun Zheng | | zhengjun198@gmail.com | HCHK Property Management, Inc. |
| Lan Yue | | lansejingling2020@gmail.com | HCHK Property Management, Inc. |
| Manli Zhang | | zhangmanli7028@gmail.com | HCHK Property Management, Inc. |
| Meiqun Yin | | lw0812@gmail.com | HCHK Property Management, Inc. |
| Mengjue Wang | | wmjpku@gmail.com | HCHK Property Management, Inc. |
| Mingyang Qin | | mosfoundation2064@gmail.com | HCHK Property Management, Inc. |
| Naomi Insects Farms Inc. | | mosfoundation2064@gmail.com | HCHK Property Management, Inc. |
| Omicron | | geventuresllc@gmail.com | HCHK Property Management, Inc. |
| RightWay General Capital LLC | | lililee20207749@gmail.com | HCHK Property Management, Inc. |
| Rong Chuan Yi | | yeegloria@gmail.com | HCHK Property Management, Inc. |
| Rong Hu | | blu3101mango@gmail.com | HCHK Property Management, Inc. |
| Shanshan Qu | | na7mee7@gmail.com | HCHK Property Management, Inc. |
| Shenghua Wu | | luoyangyeyu@gmail.com | HCHK Property Management, Inc. |
| Songyi Chen | | chensongyi1973@gmail.com | HCHK Property Management, Inc. |
| Sumei Wang | | iris@shhimalaya.com | HCHK Property Management, Inc. |
| Sumei Wang | | baotongtong987@gmail.com | HCHK Property Management, Inc. |
| Trung M Co | | trungco60@gmail.com | HCHK Property Management, Inc. |

66012/0001-45333140

| Tu Lixin | | iamagoodman565@gmail.com | HCHK Property Management, Inc. |
|---|---|---|---|
| Wangs | | geventuresllc@gmail.com | HCHK Property Management, Inc. HCHK Technologies, Inc. |
| Waree Songthumjitti | | waree91@hotmail.com | HCHK Property Management, Inc. |
| Wei Zhang | | Andykwok128@gmail.com | HCHK Property Management, Inc. |
| Wen Zhou | | hcao0877@gmail.com | HCHK Property Management, Inc. |
| Wenfeng Hu | | wenfenghu68@gmail.com | HCHK Property Management, Inc. |
| Xia Cao | | cx711023@gmail.com | HCHK Property Management, Inc. |
| Xiangwu Chen | | samchen7899@protonmail.com | HCHK Property Management, Inc. |
| Xiaoling Teng | | xiaolingt@gmail.com | HCHK Property Management, Inc. |
| Xiaorong Chen | | mosfoundation2064@gmail.com | HCHK Property Management, Inc. |
| Xin Liu | | lx8673@gmail.com | HCHK Property Management, Inc. |
| Xuan Zhang | | ZX2008@GMAIL.COM | HCHK Property Management, Inc. |
| Yang Liu | | yang.liu20@outlook.com | HCHK Property Management, Inc. |
| Yi Ping | | heero.ping@gmail.com | HCHK Property Management, Inc. |
| Yi Zhang | | zoezhang171@gmail.com | HCHK Property Management, Inc. |
| Yifei Ma | | faitnet@hotmail.com | HCHK Property Management, Inc. |
| Yoke Ching, Koh | | celine.kohyc@gmail.com | HCHK Property Management, Inc. |
| Yue Liu | | Tangming0116q@gmail.com | HCHK Property Management, Inc. |
| Yue Liu | | Aprilliu2020@protonmail.com | HCHK Property Management, Inc. |
| Yuliang Yan | | yanyuliang999@gmail.com | HCHK Property Management, Inc. |

66012/0001-45333140

| | | | |
|---|---|---|---|
| Zhang Shi | | shizhang923@gmail.com | HCHK Property Management, Inc. |
| Zhaoqiang  Qing | | qzq147258@protonmail.com | HCHK Property Management, Inc. |
| Feibo Jiang | | mosfoundation2064@gmail.com | HCHK Technologies, Inc. |
| Ho Xinyuan Limited | | jimmy750328@gmail.com | HCHK Technologies, Inc. |
| Qirong GUO | | mosfoundation2064@gmail.com | HCHK Technologies, Inc. |
| Sunshine Investment Trust | | js20090101@gmail.com | HCHK Technologies, Inc. |
| Tingyi Wei | | weitingyi@gmail.com | HCHK Technologies, Inc. |
| Yuan Zhou | | melissa.zhou9@gmail.com | HCHK Technologies, Inc. |

| EMPLOYEES | ADDRESS | WORK EMAIL | HOME EMAIL | ASSIGNOR(S) |
|---|---|---|---|---|
| Razu Ahmed | 94 Mckinley Ave<br>Brooklyn, NY 11208 | RazuA@hchktech.com | razu.ahmed718@gmail.com | HCHK Technologies, Inc. |
| Alda Bajrami | 4-75 48th Ave 512<br>New York, NY 11109 | aldab@hchktech.com | aldabajrami@icloud.com | HCHK Technologies, Inc. |
| Jhonny Chamoun | 170 Tillary St<br>New York, NY 11201 | jhonnyc@hchktech.com | jhonny.chamoun@gmail.com | HCHK Technologies, Inc. |

66012/0001-45333140

| Jin Chen | 337 Russell Ave<br>Edgewater, NJ 07020 | jinc@hchktech.com | jinc0802@protonmail.com | HCHK Technologies, Inc. |
|---|---|---|---|---|
| Min Chen | 430 Russell Ave<br>Edgewater, 07020 | minc@hchktech.com | minc@hchktech.com | HCHK Technologies, Inc. |
| Tia Cheng | 320 53rd Street Apt 204<br>West New York, NJ 07093 | Tiac@hchktech.com | tiarx26@gmail.com | HCHK Technologies, Inc. |
| Hosuk Choi | 53 Westover<br>Irvine, CA 92620 | justinc@hchktech.com | jchoi@wiredsecurity.com | HCHK Technologies, Inc. |
| Gladys Chow | 10221 63rd road 64A<br>Forest Hills, NY 11375 | gladysc@hchktech.com | gladyschowus@gmail.com | HCHK Technologies, Inc. |
| Elliot Dordick | 333 West Trade Street #2104<br>Charlotte, North Carolina 28202<br><br>448 West 54th Street Apt. 5C<br>New York, NY 10019 | elliotd@hchktech.com | elliotdordick@gmail.com | HCHK Technologies, Inc. |
| Xiaoye Fan | 3031 Lake Dr<br>Katy, TX 77494 | violet@hchktech.com | violetfan7@gmail.com | HCHK Technologies, Inc. |

66012/0001-45333140

| Linwan Feng | 1100 Frank E Rodgers Blvd S Apt 457 Harrison, NJ 07029 | irenef@hchktech.com | irene901230@gmail.com | HCHK Technologies, Inc. |
|---|---|---|---|---|
| Yunhui Fu | 139 Briarcliff Road Central, SC 29630 | johnsonf@hchk.dev | jiangziliu6@gmail.com | HCHK Technologies, Inc. |
| Ran Guan | 430 Russell Avenue Edgewater, NJ 072020 | ryang@hchktech.com | guanran1101@gmail.com | HCHK Technologies, Inc. |
| Hai Guo | 318 4th St, Unit A Palisades Park, NJ 07650 | royg@hchktech.com | roy20200604@gmail.com | HCHK Technologies, Inc. |
| Alexandros Hadjicharalambous | 23 18 28th street Astoria, NY 11105 | AlexH@hchktech.com | alexhadjicharalambous@gmail.com | HCHK Technologies, Inc. |
| Ryan Hapuarachchi | 66 windsor road Staten Island New York, NY 10314 | ryanh@hchktech.com | rhapuarachchi10@gmail.com | HCHK Technologies, Inc. |
| Juviza Jimenez | 14 Rock Street Jersey City, NJ 07306 | juvizaj@hchktech.com | j.jjimenezhr@gmail.com | HCHK Technologies, Inc. |
| Brendan Keelen | 101 West 55th Street Apt 12C New York, NY 10019 | brendank@hchktech.com | bmk5025@gmail.com | HCHK Technologies, Inc. |

66012/0001-45333140

| Nazia Khanam | 43 Woodland Road<br>Roslyn, NY 11576 | TrinaK@hchktech.com | khanamt043@gmail.com | HCHK Technologies, Inc. |
|---|---|---|---|---|
| Helen Li | 3760 Dunellen Cir<br>Carmel, IN 46074 | helenl@hchktech.com | hdl0809@gmail.com | HCHK Technologies, Inc. |
| Samantha Li | 1169 67th Street<br>Brooklyn, NY 11219 | samanthal@hchktech.com | samanthal@hchktech.com | HCHK Technologies, Inc. |
| Guoyuan Liu | 67-29 185th St<br>Fresh Meadows, NY 11365 | guoyuanl@hchktech.com | laulesign@gmail.com | HCHK Technologies, Inc. |
| Liying Liu | 337 Russell Ave<br>Edgewater, NJ 07020 | linal@hchktech.com | lliu26046@gmail.com | HCHK Technologies, Inc. |
| Zixi Meng | 2030 Hudson St Apt 1019<br>Fort Lee, NJ 07024 | philm@hchktech.com | zime5435@gmail.com | HCHK Technologies, Inc. |
| Joshua Sherman | 10 Mohawk Dr.<br>Livingston, NJ 07039 | Joshuas@hchktech.com | Joshua.sherman@outlook.com | HCHK Technologies, Inc. |
| Yichang Sun | 1100 Frank E Rodgers Boulevard<br>Harrison, NJ 07029 | Gandalfs@hchktech.com | Gandalf.filmmaker@gmail.com | HCHK Technologies, Inc. |

66012/0001-45333140

| Joe Wang | 245 E 63rd St. 35C<br>New York City, NY 10019 | joe@hchktech.com | | HCHK Technologies, Inc. |
|---|---|---|---|---|
| Yinying Wang | 2030 Hudson St Unit 1019<br>Fort Lee, NJ 07024 | ailaw@hchktech.com | ailawang@protonmail.com | HCHK Technologies, Inc. |
| Melissa Zapata | 1120 Saint Johns Place Apt 408<br>Brooklyn, NY 11213 | melissaz@hchktech.com | melissaz@hchktech.com | HCHK Technologies, Inc. |
| Dawei Zhao | 8139 Dove Cottage Ct<br>Lorton, VA 22079 | davidz@hchktech.com | davidz@gettr.best | HCHK Technologies, Inc. |
| Anstatt Jr., Robert | 21 Hoffman Street<br>South Hackensack, NJ 07606 | | R.anstatt329@gmail.com | HCHK Property Management, Inc. |
| Burns, Kevin | 35 Minerick Drive<br>Stony Point, NY 10980 | | mkburns5@optonline.net | HCHK Property Management, Inc. |
| Drelich, Gregory | 137 Danna Way<br>Saddle Brook, NJ 07663 | | gregdrelich@yahoo.com | HCHK Property Management, Inc. |
| Gavrysh, Olena | 71 Cold Spring Cir<br>Shelton, CT 06484 | | olenahavrish@gmail.com | HCHK Property Management, Inc. |
| Grullon, Andreina | 22 Ella Street<br>Bloomingdale, NJ 07403 | | ahndreina@gmail.com | HCHK Property Management, Inc. |

| | | | | |
|---|---|---|---|---|
| Han, Chunguang | 920 Belmont Ave<br>North Haledon, NJ 07508 | | bitebi2019@gmail.com | HCHK Property Management, Inc. |
| Hu, Jisen | 6729 185th St<br>Fresh Meadows, NY11365 | | jhugcs@gmail.com | HCHK Property Management, Inc. |
| Ilas, Romelyn | 78 Greenvale Avenue<br>Yonkers, NY 10703 | | Romelynmaghanoy8@gmail.com | HCHK Property Management, Inc. |
| Kaminska, Mariia | 316 Edgemont Rd<br>Stroudsburg, PA 18360 | | mariiav0229@gmail.com | HCHK Property Management, Inc. |
| Lasota, Lukasz | 35 Landmark Lane<br>Fair Lawn, NJ 07410 | | mmmc22@me.com | HCHK Property Management, Inc. |
| Leahy, Richard | 661 Locust Point Rd<br>Rumson, NJ 07760 | | overlook16@yahoo.com | HCHK Property Management, Inc. |
| Nardone Jr., Emilio | 30 Ocean Blvd<br>Little Egg Harbor, NJ 08087 | | emilio.nardone@icloud.com | HCHK Property Management, Inc. |
| Olley, Janine | 598 Lilac Lane<br>Mahwah, NJ 07430 | | janinek14@yahoo.com | HCHK Property Management, Inc. |
| Sandner, John | 40 Park Lane<br>Wayne, NJ 07470 | | JS5644@gmail.com | HCHK Property Management, Inc. |
| Saraceni, Frank | 460 Beech Street<br>Twp of Washington, NJ 07676 | | fmsarc@verizon.net | HCHK Property Management, Inc. |
| Schreck, Thomas | 214 Ridge St<br>New Milford, NJ 07646 | | Tomchevss@verizon.net | HCHK Property Management, Inc. |

| Skowronski, Grzegorz | 39 Sherwood St<br>Clifton, NJ 07013 | | Skowronskig64@gmail.com | HCHK Property Management, Inc. |
|---|---|---|---|---|
| Smarth, Timothy | 508 Madison St<br>Hackettstown, NJ 07840 | | timothysmarth@yahoo.com | HCHK Property Management, Inc. |
| Straczek, Marta | 522 William Street<br>Boonton, NJ 07005 | | martastraczek@yahoo.com | HCHK Property Management, Inc. |
| Velazquez, Christian | 71 West Magnolia Ave<br>Maywood, NJ 07607 | | cpv1229@yahoo.com | HCHK Property Management, Inc. |
| Watson, Michael | 62 Duncan Ave<br>Pequannock, NJ 07440 | | lpp5327@gmail.com | HCHK Property Management, Inc. |
| Zolotaryov, Steve | 2540 Batchelder Street<br>Brooklyn, NY 11235 | | Stevezolotaryov@gmail.com | HCHK Property Management, Inc. |
| Cesaire, Patricia | 780 E 32<br>Brooklyn, NY 11210 | | patricia2000@optonline.net | HCHK Property Management, Inc. |
| Enriquez, Bernardo | 58-30 Penrod Street<br>Corona, NY 11368 | | bernardoenriquezv@gmail.com | HCHK Property Management, Inc. |
| Kraiem, Ralph | 313 Avenue I<br>Brooklyn, NY 11230 | | Rkraiem300@gmail.com | HCHK Property Management, Inc. |
| Krasner, Max | 25 Summit Place<br>Staten Island, NY 10312 | | max.krasner@gmail.com | HCHK Property Management, Inc. |
| Randall, Makaya | 24 Hinkley Place<br>Poughkeepsie, NY 12601 | | mescaladem@yahoo.com | HCHK Property Management, Inc. |

66012/0001-45333140

| Wilson, Joseph | 438 S 3rd Street<br>Mt Vernon, NY 10550 | | mr.wilson2185@yahoo.com | HCHK Property Management, Inc. |
| Shulgai, Oksana | 2258 Ocean Avenue, Apt D7<br>Brooklyn, NY 11229 | | oksana.shulgai@mail.ru | HCHK Property Management, Inc. |

| **VENDORS** | **ADDRESS** | **EMAIL** | **ASSIGNOR(S)** |
|---|---|---|---|
| Weddle Law PLLC | 250 West 55th Street, 30th Floor<br>New York NY 10019 | | HCHK Technologies, Inc. |
| Virtlaw, PLLC | 1999 Bryan St. Suite 900<br>Dallas, Texas 75201 | | HCHK Technologies, Inc. |
| 6040 L.L.C. | 6040 Kennedy Blvd E, L3<br>West New York NJ 07093 | | HCHK Technologies, Inc. |
| Jackson Lewis PC | 1133 Westchester Ave, Suite S125<br>West Harrison NY 10604 | | HCHK Technologies, Inc. |
| Asset Panda | PO Box 679157<br>Dallas TX 75267 | | HCHK Technologies, Inc. |
| SAGE IT, Inc | 3535 Victory Group Way, Bldg. #4<br>Frisco TX 75034 | | HCHK Technologies, Inc. |
| Grubhub | P.O. Box 71649<br>Chicago IL 60694-1649 | | HCHK Technologies, Inc. |

| Fabre Technologies LLC | 27 Horseneck Rd, Suite 220 Fairfield NJ 07004 | | HCHK Technologies, Inc. |
|---|---|---|---|
| Fabre Technologies Gitlab Inc. | 27 Horseneck Rd, Suite 220 Fairfield NJ 07004 | | HCHK Technologies, Inc. |
| Gitlab Inc. | 268 Bush St #350 San Francisco, CA 94104 | | HCHK Technologies, Inc. |
| Amazon Web Services (AWS) | PO BOX 84023 Seattle, WA 98124-8423 | | HCHK Technologies, Inc. |
| Empire BlueCross | PO Box 11792 Newark, NJ 07101-4792 | | HCHK Technologies, Inc. |
| ECF Data | 4775. S Durango Drive, Suite 106 Las Vegas, NV 89147 | | HCHK Technologies, Inc. |
| ACA Capital Group, LTD. | Unit 12, 19F Tower B Southmark, 11 Yip Hing Street Wong Chuk Hang, Hong Kong | | Lexington Property and Staffing, Inc. |
| Savio Law LLC | 35 Journal Square, Plaza #627 Jersey City, NJ 07306 | | Lexington Property and Staffing, Inc. |
| AT&T | PO BOX 6463 Carol Stream, IL 60197 | | HCHK Technologies, Inc. |
| Browser Stack | 4512 Legacy Drive, Suite 100 Plano, TX 75024 | | HCHK Technologies, Inc. |

66012/0001-45333140

| GoDaddy | 2155 East GoDaddy Way<br>Tempe, AZ 85284 | | HCHK Technologies, Inc. |
|---|---|---|---|
| Google | 1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | | HCHK Technologies, Inc. |
| Indium Software | 300 Carnegie Center, Suite 150<br>Princeton, NJ  08540 | | HCHK Technologies, Inc. |
| SAGE IT | 3535 Victory Group Way, Bldg. #4<br>Frisco, TX USA 75034 | | HCHK Technologies, Inc. |
| Slack Technologies | PO Box 207795<br>Dallas, TX US 75320-7795 | | HCHK Technologies, Inc. |
| BambooHR | 335 South 560<br>West Lindon, UT 84042 | | HCHK Technologies, Inc. |
| Cloudfare | 101 Townsend St,<br>San Francisco, CA 94107 | | HCHK Technologies, Inc. |
| Cogent Communications, Inc. | P.O. Box 791087<br>Baltimore, MD  21279-1087 | | HCHK Technologies, Inc. |
| Electrical AI | 408 Broadway 5th Floor<br>New York, NY 10022 | | HCHK Technologies, Inc. |
| B&H | 440 Ninth Avenue<br>New York, NY 10001 | | HCHK Technologies, Inc. |
| Thomson Reuters | 610 Opperman Drive<br>Eagan, MI 55123 | | HCHK Technologies, Inc. |

66012/0001-45333140

| Calendly | 88 N Avondale Rd, #603<br>Avondale Estates, GA 30002 | | HCHK Technologies, Inc. |
|---|---|---|---|
| Cisco WebEx | 170 W Tasman Dr<br>San Jose, CA 95134 | | HCHK Technologies, Inc. |
| ClickUp | 350 Tenth Ave Suite 500<br>San Diego, CA 92101 | | HCHK Technologies, Inc. |
| Docker | 144 Townsend St,<br>San Francisco, California 94107 | | HCHK Technologies, Inc. |
| ACME | 75 Valley Stream Pkwy 250,<br>Malvern, Pennsylvania 19355 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Adobe | 345 Park Avenue<br>San Jose, CA 95110 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| ADP | One ADP Boulevard<br>Roseland, NJ 07068 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| American Aed LLC | 3151 Executive Way<br>Miramar, FL 33025 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| American Express | 200 Vesey Street<br>New York, NY 10285 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Apple Inc. | One Apple Park Way<br>Cupertino, CA 95014 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| ARHAUS FURNITURE | 51 E Hines Hill Rd<br>Boston Heights, OH 44236 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |

21

| | | | |
|---|---|---|---|
| Beach Rotana Hotel | P.O. Box 44493<br>Al Khaleej Al Arabi Street<br>Capital Centre, Abu Dhabi, UAE | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Bergen County Veterinary Center | 120 Hopper Ave.,<br>Waldwick, NJ 07463 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Best Buy | 7601 Penn Ave S.,<br>Richfield, MN 55423 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| BJs Wholesale | 350 Campus Dr<br>Marlborough, MA 01752 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Chewy | 555 W Monroe St<br>Chicago, IL 60661 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| CVS/Pharmacy | One CVS Drive<br>Woonsocket, Rhode Island 02895 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Davinci Virtual, L.L.C. | 2150 South 1300 East Suite 200,<br>Salt Lake City, UT 84106 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| DECICCO & SONS | 2141 Palmer Ave.,<br>Larchmont, NY 10538 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Delaware Division of Corporations | 401 Federal St, Suite 4<br>Dover, DE 19901 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Design Within Reach | 4 Star Point., Suite 301<br>Stamford, CT 06902 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |

| | | | |
|---|---|---|---|
| DHL | Deutsche Post AG, Headquarters 3250 Bonn, Germany | | HCHK Technologies, Inc. HCHK Property Management, Inc. Lexington Property and Staffing, Inc. |
| DoorDash | 303 2nd St, Suite 800, San Francisco, CA 94107 | | HCHK Technologies, Inc. HCHK Property Management, Inc. Lexington Property and Staffing, Inc. |
| Ebay | 2025 Hamilton Avenue San Jose, California 95125 | | HCHK Technologies, Inc. HCHK Property Management, Inc. Lexington Property and Staffing, Inc. |
| Eli's Manhattan | 1411 3rd Ave New York, NY 10028 | | HCHK Technologies, Inc. HCHK Property Management, Inc. Lexington Property and Staffing, Inc. |
| Etihad Airways | New Airport Road Khalifa City, Abu Dhabi P.O. Box 35566 Khalifa City, Abu Dhabi | | HCHK Technologies, Inc. HCHK Property Management, Inc. Lexington Property and Staffing, Inc. |
| Etsy | 117 Adams St Brooklyn, NY 11201 | | HCHK Technologies, Inc. HCHK Property Management, Inc. Lexington Property and Staffing, Inc. |
| Expedia | 1111 Expedia Group Way W Seattle, WA 98119 | | HCHK Technologies, Inc. HCHK Property Management, Inc. Lexington Property and Staffing, Inc. |
| FedEx | 942 South Shady Grove Road Memphis, TN 38120 | | HCHK Technologies, Inc. HCHK Property Management, Inc. Lexington Property and Staffing, Inc. |
| First County Bank | 117 Prospect Street Stamford, CT 06901 | | HCHK Technologies, Inc. HCHK Property Management, Inc. Lexington Property and Staffing, Inc. |
| Flat Rate Elite Services, Inc. | 27 Bruckner Blvd, 2nd FL Bronx, NY 10454 | | HCHK Technologies, Inc. HCHK Property Management, Inc. Lexington Property and Staffing, Inc. |

66012/0001-45333140

| | | | |
|---|---|---|---|
| Fresh Direct | 2330 Borden Ave<br>Long Island City, NY 11101 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Garmin Services Inc. | 1200 E. 151st St.<br>Olathe, KS 66062 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| GrubHub/Seamless | 111 W Washington St, Suite 2100<br>Chicago, IL 60602 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| H Lowy Cleaners & Tailors | 141 E 61st, Suite 1<br>New York, NY 10065 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| H Mart | 300 Chubb Avenue<br>Lyndhurst, NJ 07071 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Harry & David | 2500 S. Pacific Hwy.<br>Medford, OR 97501 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Heather Floral | 152 W 57th St, Suite 1<br>New York, NY, 10019 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Instacart | 50 Beale St.<br>San Francisco, CA 94107 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Intuit | 2632 Marine Way<br>Mountain View, CA 94043 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Labor Law Center | 3501 W Garry Ave<br>Santa Ana, CA 92704 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| LeewayHertz | 388 Market St, Suite 1300<br>San Francisco, CA 94111 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |

| | | | |
|---|---|---|---|
| Lowe's | 1000 Lowe's Blvd.<br>Mooresville, NC 28117 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Lucid | 7373 Gateway Blvd<br>Newark, CA 94560 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Lyft | 185 Berry Street, Suite 5000<br>San Francisco, CA 94107 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Mailgun Technologies | 112 E Pecan St, Suite 1135<br>San Antonio, TX 78205 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| McManimon, Scotland & Baumann, LLC | 75 Livingston Ave, Suite 201<br>Roseland, NJ 07068 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Microsoft | One Microsoft Way<br>Redmond, Washington 98052 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| MORELATO | Loc. Valmorsel, 540,<br>37056 Salizzole - Verona, Italy | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| MTA | 347 Madison Ave<br>New York, NY 10017 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| NYC Department of Finance | One Centre Street, 22nd Floor,<br>New York, NY 10007 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| OpenAI | 3180 18th St<br>San Francisco, CA 94110 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| ProtonMail | Rte de la Galaise 32<br>1228 Plan-les-Ouates, Switzerland | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |

66012/0001-45333140

| | | | |
|---|---|---|---|
| Rockland Electric Company | 390 W. Route 59<br>Spring Valley, NY 10977 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Rosa Rosa Flowers | 831A Lexington Ave<br>New York, NY 10065 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Seacoast Bank | 815 Colorado Avenue<br>P.O. Box 9012<br>Stuart, FL 34994 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Servcorp US Holdings, Inc. | Level 63, 25 Martin Place<br>Sydney NSW 2000, Australia | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| ShopRite | 775 US-1<br>Edison, NJ 08817 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Sideshow | 2630 Conejo Spectrum St<br>Newbury Park, CA 91320 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Spokeo, Inc. | 556 S Fair Oaks Ave, Suite 101-179<br>Pasadena, CA 91105 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Staples | 500 Staples Dr.<br>Framingham, MA 01702 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Starbucks | 2401 Utah Avenue South<br>Seattle, WA, 98134 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Stop & Shop | 1385 Hancock St<br>Quincy, MA 02169 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Sweetwater Sound | 5501 U.S. Hwy 30 W<br>Fort Wayne, IN 46818 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |

66012/0001-45333140

| Target | 1000 Nicollet Mall TPS-3165<br>Minneapolis, MN 55403 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
|--------|------------------------------------------------------|---|----------------------------------------------------------------------------------------------------|
| TD Bank | 9000 Atrium Way,<br>Mount Laurel, NJ, USA 08054 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| The Home Depot | 2455 Paces Ferry Rd.<br>Atlanta, GA, 30339 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Thebathoutlet, LLC | 1953 W Point Pike<br>Lansdale, PA 19446 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| T-Mobile | 12920 SE 38th Street<br>Bellevue, WA 98006 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Township of Mahwah | 475 Corporate Drive<br>Mahwah, NJ 07430 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| TRIBECA BEVERAGE | 67 Morton St<br>New York, NY 10014 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Tri-Electronics | 6231 Calumet Ave<br>Hammond, IN, 46324 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Uber | 1455 Market St., Suite 400<br>San Francisco, CA 94103 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Verizon | 1095 Avenue of the Americas<br>New York, NY 10036 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Vimeo | 330 W 34th St, FL 5<br>New York, NY 10001 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |

| | | | |
|---|---|---|---|
| WageWorks | 1100 Park Place, 4th Floor<br>San Mateo, CA 94403 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Wal-Mart+ | 702 S.W. 8th St.<br>Bentonville, AK 72716 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Wang's Realty Management | 160 Middle Road<br>Southborough, MA 01772 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Westy Self Storage | 2070 Kings Hwy<br>Fairfield, CT, 06824 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Whole Foods Market | 550 Bowie St.<br>Austin, TX 78703 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Zendesk | 989 Market St<br>San Francisco, CA 94103 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Zoro Tools Inc | 909 Asbury Drive<br>Buffalo Grove, IL 60089 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Zuidema Portable Toilets | 90 Midland Ave<br>Midland Park, NJ 07432 | | HCHK Technologies, Inc.<br>HCHK Property Management, Inc.<br>Lexington Property and Staffing, Inc. |
| Regus Management Group LLC | c/o Altus Receivables Management<br>2121 Airline Drive, Suite 520<br>Metairie, LA 70002 | | HCHK Property Management, Inc. |
| WeWork | Catey Clark, Community Lead<br>WeWork Companies LLC<br>12 East 49th Street, Floor 3<br>New York, NY 10017 | catherine.clark3@wework.com<br>750lexington@wework.com | Lexington Property and Staffing, Inc. |

| Konica Minolta Business Solutions U.S.A., Inc. | 100 Williams Drive<br>Ramsey, NJ 07446<br>Attn: Gerarda Faison, Customer Representative | gfaison@kmbs.konicaminolta.us | HCHK Property Management, Inc. |
|---|---|---|---|

| **CUSTOMERS** | **ADDRESS** | **EMAIL** | **ASSIGNOR(S)** |
|---|---|---|---|
| G Club | 53 Palmeras Street Puerta de Tierra<br>Suite 1401<br>San Juan PR 00901<br><br>-and-<br><br>c/o CT Corporation System<br>361 San Francisco Street, 4th Floor<br>San Juan, PR 00901<br>Puerto Rico<br><br>-and-<br><br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | | HCHK Technologies, Inc. |
| G Music | Taiwan, Zhongzheng District, South Chongqing Road 1-duan 15, 9F | | HCHK Technologies, Inc. |

66012/0001-45333140

| Gettr | Attn: Jason Miller, CEO<br>3 Columbus Circle<br>New York, NY 10019 | | HCHK Technologies, Inc. |
|---|---|---|---|
| GFNY | | | HCHK Technologies, Inc. |
| HCHK BVI | | | HCHK Technologies, Inc. |
| Rule of Law | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | | HCHK Technologies, Inc. |
| Teton Consulting Management Ltd. | 235 E Broadway Ave<br>Jackson, WY 83001 | | HCHK Technologies, Inc. |
| Wise Creation | 9535 Forest Ln, Suite 248<br>Dallas, Texas 75243 | | HCHK Technologies, Inc. |

66012/0001-45333140