## EXHIBIT 8

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF FORMATION

### HGA PROPERTY OPERATION LLC
### 0450957210

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 04/19/2023 and was assigned identification number 0450957210. Following are the articles that constitute its original certificate.

**1.  Name:**
HGA PROPERTY OPERATION LLC

**2.  Registered Agent:**
QIN LI

**3.  Registered Office:**
3655 MEADOW LN
NORTH BERGEN, NEW JERSEY 07047

**4.  Business Purpose:**
REAL ESTATE MANAGEMENT

**5.  Effective Date of this Filing is:**
04/19/2023

**6.  Members/Managers:**
QIN LI
3655 MEADOW LN
NORTH BERGEN, NEW JERSEY 07047

**7.  Main Business Address:**
3655 MEADOW LN
NORTH BERGEN, NEW JERSEY 07047-0704

**Signatures:**

QIN LI
AUTHORIZED REPRESENTATIVE

*IN TESTIMONY WHEREOF, I have
hereunto set my hand and
affixed my Official Seal
19th day of April, 2023*

*Elizabeth Maher Muoio*
*State Treasurer*

Certificate Number : 4205275146
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

**New Jersey Division of Revenue & Enterprise Services**

**Certificate Of Amendment**

**NJSA 42:2C-19**

**New Jersey Limited Liability Company Act**

State of New Jersey
Department of Treasury
Division of Revenue & Enterprise Services
Business Amendments
Filed

Validation Number: 4211619442
06/20/23 10:43:11

*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

This Limited Liability Company filed with the Division of Revenue and Enterprise Services to amend its Certificate of Formation. The filer is responsible for ensuring strict compliance with NJSA 42:2C, the Revised Uniform New Jersey Limited Liability Company Act.

1. Name of Limited Liability Company: HGA PROPERTY OPERATION LLC

2. Business ID Number: 0450957210

3. Amendments:

   Article 3, the Registered Office is amended to the following:

   > ONE GATEWAY CENTER, SUITE 2600
   > NEWARK
   > NEW JERSEY, NJ 07102

   Article 6, the Members are amended to the following:

   > QIN LI, PRESIDENT
   > ONE GATEWAY CENTER, SUITE 2600
   > NEWARK
   > NEW JERSEY, NJ 07102
   >
   > FEIBO JIANG, MEMBER
   > ONE GATEWAY CENTER, SUITE 2600
   > NEWARK
   > NEW JERSEY, NJ 07102

   Article 7, the Business Address is amended to the following:

   Main Business Address

   > ONE GATEWAY CENTER, SUITE 2600
   > NEWARK
   > NEW JERSEY, NJ 07102-0704

   Principal Business Address

   > ONE GATEWAY CENTER, SUITE 2600
   > NEWARK
   > NEW JERSEY, NJ 07102

The undersigned represent(s) that this filing complies with State law as detailed in NJSA 42:2C and that they are authorized to sign this form on behalf of the NJ Limited Liability Company on June 20, 2023.

**Signature**

QIN LI

FEIBO JIANG