**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
: 
Debtors.[1] : Jointly Administered
: 
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF PRAGER DREIFUSS AG FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 19, 2024 THROUGH OCTOBER 31, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Prager Dreifuss AG ("Prager Dreifuss") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Swiss law counsel to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from September 19, 2024 through and including October 31, 2024 (the "Fee Period"). By this Monthly Fee Statement, Prager Dreifuss respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

services rendered during the Fee Period, in the amounts of CHF 75,441.00 and CHF 10,431.00, respectively.[3]

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as Exhibit A is a timekeeper summary that includes the name, hours, rate, and total fees earned for each Prager Dreifuss individual who provided services during the Fee Period.

2. Attached hereto as Exhibit B is Prager Dreifuss' fee statement for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

3. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific

---

[3] In accordance with Prager Dreifuss' retention order [Docket No. 3034], (a) Prager Dreifuss is authorized to charge a flat fee for disbursements in an amount equal to 2% of the total fees charged and (b) Prager Dreifuss is authorized to invoice its fees and expenses in Swiss Francs (CHF) and to have such fees and expenses paid in Swiss Francs (CHF), subject to the terms of the Interim Compensation Order.

Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Prager Dreifuss (Attn: Daniel Hayek (daniel.hayek@prager-dreifuss.com) and (ii) the Notice Parties by email no later than **November 25, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Prager Dreifuss 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: November 4, 2024

By: */s/ Daniel Hayek*
Daniel Hayek
PRAGER DREIFUSS AG
Mühlebachstrasse 6
CH-8008 Zürich

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated: November 4, 2024    By: */s/ G. Alexander Bongartz*
New York, New York    G. Alexander Bongartz (admitted *pro hac vice*)
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate CHF | Amount CHF |
|---|---:|---:|---:|
| Hayek, Daniel | 14.10 | 750.00 | 10,575.00 |
| Jany, Oliver | 152.65 | 375.00 | 57,243.75 |
| Jegher, Gion | 7.40 | 650.00 | 4,810.00 |
| Meili, Mark | 16.75 | 550.00 | 9,212.50 |
| Sangiorgio, Shannon | 71.20 | 175.00 | 12,460.00 |
| **TOTAL** | **262.10** | | **94,301.25** |

**<u>Exhibit B</u>**

**Fee Statement**



Paul Hastings LLP
Mr. Luc Despins
200 Park Avenue
New York
NY 10166
United States of America

November 1, 2024

### Invoice no. 201334-24-17

Fees for services rendered between September 19, 2024 and October 31, 2024 in the matter of Ho Wan Kwok, as per the attached details.

| | | | |
|---|---|---|---:|
| Legal Fees | | CHF | 94'301.25 |
| Expenses | | CHF | 8'545.00 |
| Disbursements 2% (in lieu of itemized minor disbursements) | | CHF | 1'886.00 |
| | | CHF | 104'732.25 |
| VAT 0% export from | CHF 104'687.25 | CHF | 0.00 |
| VAT 0% none from | CHF 45.00 | CHF | 0.00 |
| **Total** | | **CHF** | **104'732.25** |

| | | | |
|---|---|---|---|
| Terms of payment | 30 days net | VAT No. | CHE-115.724.136 MWST |

Please arrange for payment **under reference of the above invoice number** to our following account:

Zürcher Kantonalbank, 8001 Zürich

| | |
|---|---|
| IBAN | CH67 0070 0114 8037 7648 0 |
| BIC/SWIFT | ZKBKCHZZ80A |

Prager Dreifuss AG · Zürich, Bern, Brüssel · www.prager-dreifuss.com

Bellerivestrasse 201, CH-8008 Zürich　　　Schweizerhof-Passage 7, CH-3001 Bern　　　Avenue Louise 235, B-1050 Bruxelles
T +41 44 254 55 55, F +41 44 254 55 99　　T +41 31 327 54 54, F +41 31 327 54 99　　T +32 2 537 09 49, F +32 2 537 21 16

## Details of invoice no. 201334-24-17

Invoice period: September 19, 2024 – October 31, 2024

## Legal Fees

| Date | Service | Name | VAT | Hours |
|---|---|---|---|---|
| 19.09.2024 | rev. of file | OJY | 0.00% | 1.20 |
| 25.09.2024 | Emails to OJA with law review articles re same | GJ | 0.00% | 0.20 |
| 26.09.2024 | rev. ▮ | MMA | 0.00% | 0.70 |
| 01.10.2024 | Memo on ▮ | SSA | 0.00% | 5.90 |
| 01.10.2024 | Draft RFIs | OJY | 0.00% | 6.50 |
| 01.10.2024 | Meeting with MMA and OJY reg. Memo on ▮ | SSA | 0.00% | 0.35 |
| 01.10.2024 | Revision of memo on ▮ | SSA | 0.00% | 0.10 |
| 01.10.2024 | amend draft memo re ▮ | MMA | 0.00% | 1.00 |
| 01.10.2024 | conf. OJY re request letters | MMA | 0.00% | 0.20 |
| 02.10.2024 | Revision of memo on ▮ | SSA | 0.00% | 3.15 |
| 02.10.2024 | Letter to ▮ | OJY | 0.00% | 6.35 |
| 02.10.2024 | Memo re ▮ | OJY | 0.00% | 0.20 |
| 02.10.2024 | work on letter | HA | 0.00% | 0.70 |
| 02.10.2024 | Conf OJY | HA | 0.00% | 0.50 |
| 02.10.2024 | rev. request for information | MMA | 0.00% | 0.80 |
| 02.10.2024 | conf HA/SSA re memo on ▮ | MMA | 0.00% | 0.25 |
| 02.10.2024 | rev. e-mal ▮, E-Mails Luc | HA | 0.00% | 0.30 |
| 03.10.2024 | Revision of memo on ▮ | SSA | 0.00% | 5.60 |
| 03.10.2024 | RFI re ▮ finalization | OJY | 0.00% | 1.60 |
| 03.10.2024 | rev. letter to ▮ | HA | 0.00% | 0.30 |
| 03.10.2024 | Conf. OJY to give comments on letter | HA | 0.00% | 0.30 |
| 03.10.2024 | E-Mail to Luc and Alex re: letter | HA | 0.00% | 0.50 |
| 03.10.2024 | ▮ | OJY | 0.00% | 1.70 |
| 03.10.2024 | RFI re ▮ | OJY | 0.00% | 2.65 |
| 03.10.2024 | Conf. OJY re: request to ▮, e-maila to Luc and Alex, first results data base | HA | 0.00% | 0.70 |
| 03.10.2024 | Review RFI input PH re ▮ | OJY | 0.00% | 2.30 |
| 03.10.2024 | review Swiss law regarding ▮ | GJ | 0.00% | 1.00 |

1

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 03.10.2024 | conf SSA regarding ▬▬▬ | GJ | 0.00% | 0.50 |
| 03.10.2024 | rev. emails on the draft request for information | MMA | 0.00% | 0.20 |
| 04.10.2024 | Assess Input re ▬▬ | OJY | 0.00% | 2.40 |
| 04.10.2024 | Draft RFI re ▬▬ | OJY | 0.00% | 4.35 |
| 04.10.2024 | amend memo on ▬▬ | MMA | 0.00% | 1.30 |
| 04.10.2024 | Call re Luc and Alex re next steps | OJY | 0.00% | 0.80 |
| 04.10.2024 | Instructing ▬ | OJY | 0.00% | 1.00 |
| 04.10.2024 | Conf. OJY re: draft letter to ▬▬ | HA | 0.00% | 0.50 |
| 04.10.2024 | Call Luc and Alex re: next steps, investigations in ▬▬ | HA | 0.00% | 0.70 |
| 04.10.2024 | Call ▬▬ | HA | 0.00% | 0.70 |
| 05.10.2024 | E-Mail to ▬ | HA | 0.00% | 0.10 |
| 05.10.2024 | E-Mail to Luc | HA | 0.00% | 0.10 |
| 05.10.2024 | Email to ▬▬ | OJY | 0.00% | 0.20 |
| 07.10.2024 | Revision of memo on ▬▬ | SSA | 0.00% | 5.55 |
| 07.10.2024 | Finializing RFI ▬ | OJY | 0.00% | 2.55 |
| 07.10.2024 | ▬▬ | OJY | 0.00% | 3.60 |
| 07.10.2024 | rev. extract of ▬▬ | HA | 0.00% | 0.30 |
| 07.10.2024 | Conf. OYJ re: ▬▬ and e-mail to be drafted | HA | 0.00% | 0.30 |
| 07.10.2024 | Deal. w. motion to obtain Certificate of Finality (District Court etc.) | HA | 0.00% | 0.40 |
| 07.10.2024 | Meeting with MMA reg. memo on ▬▬ | SSA | 0.00% | 0.30 |
| 07.10.2024 | conf HA/SSA re memo on ▬▬ | MMA | 0.00% | 0.30 |
| 07.10.2024 | conf OJY re request letter | MMA | 0.00% | 0.30 |
| 07.10.2024 | conf OJY re ▬▬ | MMA | 0.00% | 0.20 |
| 08.10.2024 | Revision of memo on ▬▬ | SSA | 0.00% | 1.70 |
| 08.10.2024 | RFI ▬▬ | OJY | 0.00% | 5.70 |
| 08.10.2024 | rev. various and anwser e-mails of Alex | HA | 0.00% | 0.50 |
| 08.10.2024 | Conf. OJY re: Lettrs to ▬▬ | HA | 0.00% | 0.50 |
| 08.10.2024 | rev. and answer E-mail Alex on fees | HA | 0.00% | 0.50 |
| 08.10.2024 | rev. memo on ▬▬ | MMA | 0.00% | 0.80 |
| 09.10.2024 | Draft RFIs | OJY | 0.00% | 3.80 |
| 09.10.2024 | rev. ▬▬, call ▬▬ | HA | 0.00% | 0.30 |
| 09.10.2024 | rev. drafts requests for information | MMA | 0.00% | 0.40 |
| 09.10.2024 | amend memo on ▬▬ | MMA | 0.00% | 0.80 |
| 10.10.2024 | Revision of Memo | SSA | 0.00% | 6.85 |
| 10.10.2024 | Finalising Drafts and Annexes | OJY | 0.00% | 1.55 |
| 10.10.2024 | ▬▬ | OJY | 0.00% | 3.70 |

2

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 10.10.2024 | conf SSA re memo on ▓▓▓ | MMA | 0.00% | 0.70 |
| 11.10.2024 | Memo re ▓▓▓ | OJY | 0.00% | 2.70 |
| 11.10.2024 | ▓▓▓ | OJY | 0.00% | 1.10 |
| 14.10.2024 | Meeting with OJY reg. Memo on ▓▓▓ | SSA | 0.00% | 0.80 |
| 14.10.2024 | Conf re Memo | OJY | 0.00% | 0.55 |
| 14.10.2024 | Editing down of the memo reg. ▓▓▓ | SSA | 0.00% | 1.70 |
| 14.10.2024 | Letter re RFIs | OJY | 0.00% | 1.95 |
| 15.10.2024 | RFI ▓▓▓ | OJY | 0.00% | 4.10 |
| 15.10.2024 | Memo | OJY | 0.00% | 2.65 |
| 15.10.2024 | Revision of memo on ▓▓▓ | SSA | 0.00% | 0.55 |
| 16.10.2024 | Memo finalisation | OJY | 0.00% | 0.70 |
| 16.10.2024 | Call ▓▓▓ re ▓▓▓ | MMA | 0.00% | 0.25 |
| 16.10.2024 | Update re ▓▓▓ | OJY | 0.00% | 2.80 |
| 16.10.2024 | Conf. Olli and Marc: re: Call ▓▓▓ | HA | 0.00% | 0.30 |
| 16.10.2024 | E-Mail to Luc Despins | HA | 0.00% | 0.30 |
| 16.10.2024 | rev. memo on ▓▓▓ | HA | 0.00% | 0.90 |
| 16.10.2024 | Research reg. ▓▓▓ | SSA | 0.00% | 2.10 |
| 17.10.2024 | ▓▓▓ | OJY | 0.00% | 1.25 |
| 17.10.2024 | Draft RFIs ▓▓▓ | OJY | 0.00% | 6.75 |
| 17.10.2024 | legal research and conf OJY re ▓▓▓ | GJ | 0.00% | 1.50 |
| 18.10.2024 | Draft next RFIs | OJY | 0.00% | 6.95 |
| 18.10.2024 | E-Mails ▓▓▓ re document request, conf OJY | MMA | 0.00% | 0.25 |
| 20.10.2024 | General Questions from Trustee | OJY | 0.00% | 5.60 |
| 21.10.2024 | Review of comments and questions reg. memo on ▓▓▓ | SSA | 0.00% | 0.75 |
| 21.10.2024 | General Questions from Trustee | OJY | 0.00% | 7.35 |
| 21.10.2024 | Meeting with OJY reg. revision of memo | SSA | 0.00% | 0.80 |
| 21.10.2024 | Revision of memo reg. ▓▓▓ | SSA | 0.00% | 4.25 |
| 21.10.2024 | rev. and discuss draft answers to Alex | HA | 0.00% | 0.50 |
| 21.10.2024 | Call w, Luc and Alex re: ▓▓▓ | HA | 0.00% | 1.00 |
| 21.10.2024 | Meeting with HA and OJY reg. Memo on ▓▓▓ | SSA | 0.00% | 0.60 |
| 21.10.2024 | Update Call | OJY | 0.00% | 1.10 |
| 21.10.2024 | Call with HA, OJY, Luc Despins and Alex Bongartz | SSA | 0.00% | 1.00 |
| 21.10.2024 | conf OJY re questions trustee on ▓▓▓ memo | MMA | 0.00% | 0.50 |
| 22.10.2024 | Draft re longer Memo | OJY | 0.00% | 2.85 |
| 22.10.2024 | Email re ▓▓▓ | OJY | 0.00% | 1.45 |
| 22.10.2024 | rev. content of stick, Conf. OJY | HA | 0.00% | 0.70 |
| 23.10.2024 | Draft re Memo | OJY | 0.00% | 5.40 |
| 23.10.2024 | Revision of memo ▓▓▓ | SSA | 0.00% | 0.50 |

3

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 23.10.2024 | Creating an overview of ▮ | SSA | 0.00% | 0.50 |
| 23.10.2024 | conf OJY re ▮ | MMA | 0.00% | 0.20 |
| 23.10.2024 | conf OJY re ▮ | GJ | 0.00% | 0.50 |
| 24.10.2024 | Creating an overview of ▮ | SSA | 0.00% | 7.55 |
| 24.10.2024 | ▮ | OJY | 0.00% | 2.30 |
| 24.10.2024 | Memo re ▮ | OJY | 0.00% | 2.75 |
| 24.10.2024 | Update Call | OJY | 0.00% | 0.40 |
| 24.10.2024 | rev. email Alex re ▮ | MMA | 0.00% | 0.30 |
| 24.10.2024 | conf HA/OJA re status and next steps | MMA | 0.00% | 0.30 |
| 24.10.2024 | call Paul Hastings re status and next steps | MMA | 0.00% | 0.50 |
| 24.10.2024 | rev. documents provided by ▮ | MMA | 0.00% | 0.50 |
| 24.10.2024 | correspondence ▮ re documents request | MMA | 0.00% | 0.20 |
| 25.10.2024 | Creating an overview of ▮ | SSA | 0.00% | 8.30 |
| 25.10.2024 | Memo including new documents | OJY | 0.00% | 6.90 |
| 25.10.2024 | legal research and study of ▮ ; two conf with OJY on this subject | GJ | 0.00% | 2.50 |
| 26.10.2024 | E-Mails Luc about ▮ | HA | 0.00% | 0.50 |
| 28.10.2024 | ▮ | OJY | 0.00% | 1.00 |
| 28.10.2024 | Memo | OJY | 0.00% | 3.65 |
| 28.10.2024 | conf HA/OJY re ▮ | MMA | 0.00% | 0.20 |
| 28.10.2024 | Conf OJY rev. e-mail | HA | 0.00% | 0.50 |
| 28.10.2024 | conf with OJY regarding ▮ | GJ | 0.00% | 0.50 |
| 28.10.2024 | Letter to ▮ | OJY | 0.00% | 1.90 |
| 28.10.2024 | ▮ | OJY | 0.00% | 0.30 |
| 28.10.2024 | Draft Reminder to ▮ | OJY | 0.00% | 0.75 |
| 28.10.2024 | rev. docs, call ▮ | HA | 0.00% | 0.50 |
| 28.10.2024 | emails Alex Bongartz re ▮ | MMA | 0.00% | 0.30 |
| 29.10.2024 | Reminder ▮ | OJY | 0.00% | 1.10 |
| 29.10.2024 | RFI ▮ | OJY | 0.00% | 1.75 |
| 29.10.2024 | Call ▮ re update | MMA | 0.00% | 0.25 |
| 29.10.2024 | Update re Workstreams | OJY | 0.00% | 1.10 |
| 29.10.2024 | RFI re ▮ | OJY | 0.00% | 3.20 |
| 29.10.2024 | Conf OYA re update email to client | MMA | 0.00% | 0.50 |
| 29.10.2024 | Conf. OJY re: Update etc. | HA | 0.00% | 0.50 |
| 29.10.2024 | ▮ | OJY | 0.00% | 1.70 |

4

| Date | Description | | Initials | VAT | Hours |
|---|---|---|---|---|---|
| 29.10.2024 | E-Mails Luc and Alex | | HA | 0.00% | 0.20 |
| 29.10.2024 | emails to client re | ▓▓▓▓ | MMA | 0.00% | 1.00 |
| 29.10.2024 | email to client re | ▓▓▓▓ | MMA | 0.00% | 1.00 |
| 29.10.2024 | review memo on | ▓▓▓▓ | GJ | 0.00% | 0.70 |
| 30.10.2024 | Creating an overview of | ▓▓▓▓ | SSA | 0.00% | 7.50 |
| 30.10.2024 | ▓▓▓▓ RFI draft | | OJY | 0.00% | 1.80 |
| 30.10.2024 | Proof reading of memo reg. | ▓▓▓▓ | SSA | 0.00% | 0.70 |
| 30.10.2024 | Memo re ▓▓▓▓ | | OJY | 0.00% | 1.00 |
| 30.10.2024 | RFI re ▓▓▓▓ | | OJY | 0.00% | 3.60 |
| 30.10.2024 | rev. ▓▓▓▓ information request | | MMA | 0.00% | 0.30 |
| 30.10.2024 | ▓▓▓▓ RFI feedback | | OJY | 0.00% | 2.05 |
| 30.10.2024 | rev. memo on ▓▓▓▓ | | MMA | 0.00% | 1.00 |
| 30.10.2024 | conf OJY re comments client on ▓▓▓▓ information request | | MMA | 0.00% | 0.20 |
| 30.10.2024 | rev. ▓▓▓▓ information request | | MMA | 0.00% | 0.25 |
| 31.10.2024 | Creating an overview of ▓▓▓▓ | | SSA | 0.00% | 4.10 |
| 31.10.2024 | Draft Memo | | OJY | 0.00% | 1.00 |
| 31.10.2024 | RFI re ▓▓▓▓ | | OJY | 0.00% | 4.30 |
| 31.10.2024 | Federal Prosecution | | OJY | 0.00% | 0.30 |
| 31.10.2024 | ▓▓▓▓ re additional Questions | | OJY | 0.00% | 2.40 |
| 31.10.2024 | call criminal prosecution re ▓▓▓▓ | | MMA | 0.00% | 0.20 |
| 31.10.2024 | rev. additional request letter ▓▓▓▓ | | MMA | 0.00% | 0.60 |
| **Total excl. VAT** | | | | | **262.10** |

**Expenses**

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 04.10.2024 | Invoice ▓▓▓▓ | 0.00% | 45.00 |
| 15.10.2024 | Invoice ▓▓▓▓ - Consulting Fees | 0.00% | 8'500.00 |
| 01.11.2024 | Disbursements | 0.00% | 1'886.00 |
| **Total excl. VAT** | | | **10'431.00** |

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 14.10 | 750.00 | 10'575.00 |
| Jany, Oliver | 152.65 | 375.00 | 57'243.75 |
| Jegher, Gion | 7.40 | 650.00 | 4'810.00 |

| | | | |
|---|---:|---:|---:|
| Meili, Mark | 16.75 | 550.00 | 9'212.50 |
| Sangiorgio, Shannon | 71.20 | 175.00 | 12'460.00 |
| | 262.10 | 359.80 | 94'301.25 |