**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors.[1] | RE: ECF No. 3659 |
| | Jointly Administered |

---

**ORDER GRANTING
CHAPTER 11 TRUSTEE'S MOTION TO FURTHER AMEND AVOIDANCE AND
MEDIATION PROCEDURES ORDER BY TEMPORARILY STAYING DISCOVERY**

Upon the motion (the "Motion") of Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") in the chapter 11 case of Ho Wan Kwok (the "Debtor"), for entry of an order (this "Order") further amending the Court's *Order Directing Parties to Mediation, Appointing the Honorable James J. Tancredi as Mediator, and Amending Order Approving Procedures Applicable to Avoidance Claim Adversary Proceedings* [ECF No. 3163] (as amended and supplemented by the Pre-Litigation/Pre-Appearance Mediation Order[2] and the Briefing Order, the "Procedures Order") by staying discovery in the Avoidance Actions prior to the Court deciding the Joint Brief Motions and in certain Avoidance Actions during the pendency of Non-Mediation Defendant MTDs; and the Court having found that the relief requested in the Motion is in the best interest of the Estate, its creditors, and all parties in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined in this Motion shall adopt the definitions ascribed to them in the Motion.

further notice need be given; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. All discovery in the Avoidance Actions shall be stayed pending the Court resolving the Joint Brief Motions.

3. Discovery as between the Trustee and any Avoidance Defendant that has filed a Non-Mediation Defendant MTD shall be stayed pending resolution of such motion with respect to the Avoidance Claims at issue in such motion.

4. Any party to an Avoidance Action may request that the stay of discovery in such action be lifted upon a motion filed in the action setting forth cause.

5. The Motions to Stay filed by Lawall & Mitchell, LLC, Aaron Mitchell, V.X. Cerda & Associates, P.A., The Francis Firm PLLC, Berkeley Rowe Limited, and Weddle Law PLLC are denied as moot.

6. Except as expressly modified by this Order, the Procedures Order shall remain in full force and effect.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

8. This Order shall be effective immediately upon entry.

Dated at Bridgeport, Connecticut this 5th day of November, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut