**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
HO WAN KWOK,                                           :    Case No. 22-50073 (JAM)
                                                       :
                    Debtor.                            :
                                                       :
-------------------------------------------------------x

**NOTICE OF FILING REVISED PROPOSED ORDER APPROVING SIXTH INTERIM
APPLICATION OF NEUBERT, PEPE & MONTEITH, P.C., AS LOCAL AND
CONFLICTS COUNSEL TO THE CHAPTER 11 TRUSTEE AND AS COUNSEL TO
DEBTORS GENEVER HOLDINGS CORPORATION AND GENEVER HOLDINGS LLC
FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024</u>**

**PLEASE TAKE NOTICE** that, on October 15, 2024, Neubert, Pepe & Monteith, P.C.

(the "<u>Applicant</u>") filed the *Sixth Interim Application of Neubert, Pepe & Monteith, P.C. for*

*Allowance of Compensation and Reimbursement of Expenses as Local and Conflicts Counsel to*

*the Chapter 11 Trustee and as Counsel to the Debtors Genever Holdings Corporation and Genever*

*Holdings LLC* [ECF No. 3702] (the "<u>Sixth Interim Fee Application</u>").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit 1</u>** is a revised

proposed order (the "<u>Revised Order</u>") granting the Sixth Interim Fee Application implementing a

reduction of allowed expenses agreed to by NPM in consultation with the United States Trustee

[*see* ECF No. 3776].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit 2</u>** is a redline

version of the Revised Order marked to show the changes that have been made to the version

attached to the Sixth Interim Fee Application.

Dated: November 6, 2024          NEUBERT, PEPE & MONTEITH, P.C.
New Haven, Connecticut

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

# **EXHIBIT 1**

**(Proposed Order – Clean Version)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x
                                                :
In re:                                          : Chapter 11
                                                :
HO WAN KWOK, *et al*.,                          : Case No. 22-50073 (JAM)
                                                :
                        Debtors.[1]             : Jointly Administered
                                                :
---------------------------------------------------------------x

**[PROPOSED] ORDER GRANTING
SIXTH INTERIM APPLICATION OF NEUBERT, PEPE & MONTEITH, P.C., AS
LOCAL AND CONFLICTS COUNSEL TO THE CHAPTER 11 TRUSTEE AND AS
COUNSEL TO DEBTORS GENEVER HOLDINGS CORPORATION AND GENEVER
HOLDINGS LLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024**

Upon consideration of the Application [ECF No. 3702] (the "Application") of Neubert,

Pepe & Monteith, P.C. ("NPM") as counsel to the Trustee[2] and the Genever Debtors for sixth

interim allowance of compensation and reimbursement of expenses from May 1, 2024 through

August 31, 2024; and sufficient notice having been given; and a hearing having been held on

_____ and due consideration having been given to any responses thereto; and sufficient cause

having been shown therefor, it is hereby:

1.     ORDERED that, pursuant to 11 U.S.C. §§ 330 and 331, the Application is granted

as set forth herein and compensation in the amount of $1,254,303.00 (the "Awarded Fees") and

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

reimbursement of expenses in the amount of $22,876.71 (the "Awarded Expenses") is awarded to NPM, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; and it is further

2.      ORDERED that NPM's right to seek allowance in future fee applications of fees associated with services related to the Civil RICO Action shall be reserved; and it is further

3.      ORDERED that the Debtors' estates are authorized to pay NPM (a) ninety (90%) of the Awarded Fees (*i.e.*, $1,146,872.70) and (b) 100% of the Awarded Expenses, and the remaining 10% of Awarded Fees shall be held back by the Debtors' estates pending further order of this Court; and it is further

4.      ORDERED that the Prior Holdbacks (*i.e.*, $272,764.30) shall remain held back pending further order of the Court; and it is further

5.      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

6.      ORDERED that the Trustee and NPM are authorized and empowered to take all necessary actions to implement the relief granted in this Order; and it is further

7.      ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

8.      ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

**EXHIBIT 2**

**(Proposed Order – Redline Version)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x
                                       :
In re:                             : Chapter 11
                                         :
HO WAN KWOK, *et al.*,           : Case No. 22-50073 (JAM)
                                           :
         Debtors.[1]             : Jointly Administered
                                           :
---------------------------------------------------------------x

**[PROPOSED] ORDER GRANTING**
**SIXTH INTERIM APPLICATION OF NEUBERT, PEPE & MONTEITH, P.C., AS**
**LOCAL AND CONFLICTS COUNSEL TO THE CHAPTER 11 TRUSTEE AND AS**
**COUNSEL TO DEBTORS GENEVER HOLDINGS CORPORATION AND GENEVER**
**HOLDINGS LLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024**

Upon consideration of the Application [ECF No. 3702——] (the "Application") of Neubert, Pepe & Monteith, P.C. ("NPM") as counsel to the Trustee[2] and the Genever Debtors for sixth interim allowance of compensation and reimbursement of expenses from May 1, 2024 through August 31, 2024; and sufficient notice having been given; and a hearing having been held on _____ and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

9.        ORDERED that, pursuant to 11 U.S.C. §§ 330 and 331, the Application is granted as set forth herein and compensation in the amount of $1,254,303.00 (the "Awarded Fees") and

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]     Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

reimbursement of expenses in the amount of $22,876.71 ~~23,054.71~~ (the "Awarded Expenses") is awarded to NPM, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; and it is further

10.    ORDERED that NPM's right to seek allowance in future fee applications of fees associated with services related to the Civil RICO Action shall be reserved; and it is further

11.    ORDERED that the Debtors' estates are authorized to pay NPM (a) ninety (90%) of the Awarded Fees (*i.e.*, $1,146,872.70) and (b) 100% of the Awarded Expenses, and the remaining 10% of Awarded Fees shall be held back by the Debtors' estates pending further order of this Court; and it is further

12.    ORDERED that the Prior Holdbacks (*i.e.*, $272,764.30) shall remain held back pending further order of the Court; and it is further

13.    ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

14.    ORDERED that the Trustee and NPM are authorized and empowered to take all necessary actions to implement the relief granted in this Order; and it is further

15.    ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

16.    ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).