**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                      :
In re:                                                :   Chapter 11
                                                      :
HO WAN KWOK *et al.*,                                 :   Case No. 22-50073 (JAM)
                                                      :
                        Debtors.[1]                   :   Jointly Administered
                                                      :
------------------------------------------------------x

**NOTICE OF FILING OF REVISED PROPOSED ORDER APPROVING**
**SIXTH INTERIM FEE APPLICATION OF PAUL HASTINGS LLP FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD FROM APRIL 1, 2024 THROUGH JULY 31, 2024**

**PLEASE TAKE NOTICE** that, on October 15, 2024, the Luc A. Despins, in his

capacity as the Chapter 11 Trustee (the "Chapter 11 Trustee") appointed in the chapter 11 case of

Ho Wan Kwok, filed the *Sixth Interim Fee Application of Paul Hastings LLP for Compensation*

*and Reimbursement of Expenses for the Period from April 1, 2024 through July 31, 2024* [ECF

No. 3700] (the "Application").[2]

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised

proposed order granting the Application implementing a reduction of allowed fees and expenses

agreed to by Paul Hastings in consultation with the United States Trustee. *See* ECF No. 3781.

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
      Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
      Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
      mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
      LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
      (solely for purposes of notices and communications).

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Morgan
      Application.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a redline version of the revised proposed order marked to show the changes that have been made to the version attached to the Application.

Dated:     November 7, 2024
           New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

    *and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
HO WAN KWOK, et al.,¹                         :    Case No. 22-50073 (JAM)
                                              :
              Debtors.                        :    (Jointly Administered)
                                              :
-------------------------------------------------------x
```

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:      November 7, 2024
            New York, New York

                                   By: */s/ G. Alexander Bongartz*
                                   G. Alexander Bongartz (admitted pro hac vice)
                                   PAUL HASTINGS LLP
                                   200 Park Avenue
                                   New York, New York 10166
                                   (212) 318-6079
                                   alexbongartz@paulhastings.com

                                   *Counsel for the Chapter 11 Trustee, Genever*
                                   *Holdings LLC, and Genever Holdings*
                                   *Corporation*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**<u>Exhibit 1</u>**

**Revised Proposed Order (clean)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------- x
                                                    :
In re:                                              :    Chapter 11
                                                    :
HO WAN KWOK, et al.,                                :    Case No. 22-50073 (JAM)
                                                    :
          Debtors.¹                                 :    Jointly Administered
                                                    :
-------------------------------------------------- x
```

**ORDER APPROVING SIXTH INTERIM FEE APPLICATION OF PAUL HASTINGS**
**LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD FROM APRIL 1, 2024 THROUGH JULY 31, 2024**

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Paul Hastings LLP (the "Applicant") filed the

*Sixth Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of*

*Expenses for the Period from April 1, 2024 through July 31, 2024* on October 15, 2024 [ECF No.

3700] (the "Application"); and sufficient notice having been given; and the Office of the United

States Trustee having filed a statement of no objection to reduced fees of $4,958,513.53 and

reduced expenses of $163,738.27 [ECF No. 3781], and in the absence of any other objection to

the Application; it is hereby

1.      ORDERED that, pursuant to 11 U.S.C. §§ 330 and 331, the Application is granted

and compensation in the amount of $4,958,513.53, and reimbursement of expenses in the amount

of $163,738.27, are awarded to Paul Hastings, subject to final adjustment and disgorgement in

---

¹   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
    Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
    Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
    mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
    LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
    (solely for purposes of notices and communications).

the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; it is further

2.    ORDERED that nothing herein modifies the Retention Order; it is further

3.    ORDERED that the Debtors' estates are authorized to pay the Trustee and Paul Hastings (a) 80% of the fees (*i.e.*, $3,966,810.82) and (b) 100% of the expense reimbursements (*i.e.*, $163,738.27) allowed in paragraph 1 above in the aggregate amount of $4,130,549.09, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $991,702.71 shall be held back by the Debtors' estates pending further order of this Court; it is further

4.    ORDERED that the Applicant shall include, as part of its August 2024 monthly fee statement, a credit in the amount of $89,292.80, which amount reflects the difference between (a) the amounts previously paid to the Applicant pursuant the Interim Compensation Procedures Order (as defined in the Application) for services rendered and expenses incurred during the months of April, May, June, and July 2024, inclusive of credits applied to the April 2024 fee statement (i.e., $4,219,840.89) and (b) the fees and expenses that the estates are authorized to pay pursuant to paragraph 3 of this Order (i.e., $4,130,549.09); it is further

5.    ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

6.    ORDERED that the Trustee and Paul Hastings are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

7.    ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

8.      ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

**<u>Exhibit 2</u>**

**Revised Proposed Order (redline)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------- x
                                        :

In re:                                 :    Chapter 11
                                          :

HO WAN KWOK, *et al.*,          :    Case No. 22-50073 (JAM)
                                          :

           Debtors.[1]          :    Jointly Administered
                                          :
------------------------------------------------------- x

**ORDER APPROVING SIXTH INTERIM FEE APPLICATION OF PAUL HASTINGS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2024 THROUGH ~~AUGUST~~JULY 31, 2024**

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Paul Hastings LLP (the "Applicant") filed the *Sixth Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from April 1, 2024 through ~~August~~July 31, 2024* on October ~~——~~15, 2024 [ECF No. 3700] (the "Application"). ~~After notice and a hearing held on _____, 2024, and no objection to the Application~~; and sufficient notice having been ~~filed by~~given; and the Office of the United States Trustee~~,~~ having filed a statement of no objection to reduced fees of $4,958,513.53 and reduced expenses of $163,738.27 [ECF No. 3781], and in the absence of any other objection to the Application; it is hereby

1.    ORDERED that, pursuant to 11 U.S.C. §§ 330 and 331, the Application is granted and compensation in the amount of $~~5,053,513.53~~4,958,513.53, and reimbursement of expenses in the amount of $~~165,738.27~~163,738.27, are awarded to Paul Hastings, subject to final

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; it is further

2.      ORDERED that nothing herein modifies the Retention Order; it is further

3.      ORDERED that the Debtors' estates are authorized to pay the Trustee and Paul Hastings (a) 80% of the fees (*i.e.*, $~~4,042,810.82~~3,966,810.82) and (b) 100% of the expense reimbursements (*i.e.*, $~~165,738.27~~163,738.27) allowed in paragraph 1 above in the aggregate amount of $~~4,205,126.57~~4,130,549.09, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $~~848,386.96~~991,702.71 shall be held back by the Debtors' estates pending further order of this Court; it is further

4.      ORDERED that the Applicant shall include, as part of its August 2024 monthly fee statement, a credit in the amount of $89,292.80, which amount reflects the difference between (a) the amounts previously paid to the Applicant pursuant the Interim Compensation Procedures Order (as defined in the Application) for services rendered and expenses incurred during the months of April, May, June, and July 2024, inclusive of credits applied to the April 2024 fee statement (i.e., $4,219,840.89) and (b) the fees and expenses that the estates are authorized to pay pursuant to paragraph 3 of this Order (i.e., $4,130,549.09); it is further

5.      ~~4.~~ ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

6.      ~~5.~~ ORDERED that the Trustee and Paul Hastings are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

7.      ~~6.~~ ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

8.    7. ORDERED that all time periods set forth in this Order shall be calculated in

accordance with Bankruptcy Rule 9006(a).