# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK *et al.*, | Case No. 22-50073 (JAM) |
| | Jointly Administered |
| Debtors.[1] | Re: ECF No 3541 |

---

## STIPULATED ORDER RESOLVING
## MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER FILED BY YUMEI HAO, RIVER VALLEY OPERATIONS, LLC AND GOLDEN EAGLE VENTURES, LLC [ECF 3541] ISSUED TO OLD NATIONAL BANK

Plaintiff, Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "Trustee") in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok, and Yumei Hao, River Valley Operations, LLC, and Golden Eagle Ventures, LLC (the "Movants," and together with the Trustee, collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submit their proposed stipulated order (the "Stipulation") resolving the *Motion to Quash Subpoenas and for Protective Order* ("Motion to Quash") [ECF No. 3541] filed by the Movants on September 17, 2024 seeking to quash the Trustee's Bankruptcy Rule 2004 subpoena (the "Subpoena") issued to Old National Bank (the "Bank").

The Parties stipulate and agree to resolve the Motion to Quash as follows:

    (a)    The Motion to Quash shall be deemed withdrawn with prejudice.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(b) The Trustee shall provide each Movant with copies of any records produced by the Bank in response to the Subpoena as to which records the Movant was an accountholder (the "Movant Records") by transmitting the Movant Records electronically to the Movant's undersigned counsel.

(c) Any Movant may designate its own Movant Records "confidential" pursuant to the amended Protective Order in this Chapter 11 Case [ECF Nos. 923, 3264] to the extent that the Movant Records are Confidential Material (as defined by the Protective Order) by notifying undersigned counsel to the Trustee via email of such designation, *provided, however*, the Trustee reserves the right to object to and/or seek relief from any confidentiality designation pursuant to the terms of the amended Protective Order and with notice to the designating Movant.

(d) The timeframe of the Subpoena, as it pertains to Movant Records only, shall be limited to January 1, 2017 to present, *provided however*, the Trustee may request relief from this time limitation by filing a motion to amend this Stipulation upon notice to the Parties' by their undersigned counsel and a showing of reasonable cause.

(e) The Parties shall promptly provide the Bank with a copy of this Stipulation.

(f) This Stipulation may be executed electronically and in counterparts.

*[SIGNATURE PAGE FOLLOWS]*

Dated: November 1, 2024  
New Haven, CT

LUC A. DESPINS  
CHAPTER 11 TRUSTEE

By: /s/ *Patrick R. Linsey*  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

Dated: November 1, 2024  
Farmington, CT

YUMEI HAO, RIVER VALLEY OPERATIONS, LLC, AND GOLDEN EAGLE VENTURES, LLC

By: /s/ *Ross G. Fingold*  
Ross G. Fingold, Esq.  
Stokesbury & Fingold, LLC  
10 Waterside Drive, Ste. 204  
Farmington, Connecticut 06032  
Office: (860) 606-1709  
rfingold@lawssf.com

*Counsel for the Movants*

Dated at Bridgeport, Connecticut this 7th day of November, 2024.

*Julie A. Manning*  
United States Bankruptcy Judge  
District of Connecticut