ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
DUE DATE:

[Instructions]

| # | Field | Value |
|---|---|---|
| 1 | NAME | Patrick R. Linsey |
| 2 | PHONE NUMBER | (203) 781-2847 |
| 3 | DATE | 11/6/2024 |
| 4 | DELIVERY ADDRESS OR EMAIL | plinsey@npmlaw.com |
| 5 | CITY | New Haven |
| 6 | STATE | CT |
| 7 | ZIP CODE | 06510 |
| 8 | CASE NUMBER | 22-50073 |
| 9 | JUDGE | Hon. Julie A. Manning |
| 10 | FROM | 11/5/2024 |
| 11 | TO | 11/5/2024 |
| 12 | CASE NAME | Ho Wan Kwok and Genever Holdings LLC |
| 13 | CITY | Bridgeport |
| 14 | STATE | CT |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) All proceedings | 11/5/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [x] | NO. OF COPIES 1 | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| 18. SIGNATURE | /s/ Patrick R. Linsey |
|---|---|
| PROCESSED BY | Lorenzo M. Whitmore |
| 19. DATE | 11/6/2024 |
| PHONE NUMBER | 203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY | Reliable |
| COURT ADDRESS | 915 Lafayette Blvd. Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

### Tuesday November 05 2024

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** (HY) #3594; Motion for 2004 Examination of Additional Entities and Individuals Affiliated with Debtor and Additional Relevant Banks(Seventeenth Omnibus) Filed by Kari A. Mitchell on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** (HY) #3649; Amended Motion for Order denying Trustee's Seventeenth Supplemental Omnibus Motion Authorizing Discovery as to Movants Herein, and Motion to Quash Filed by Richard N Freeth on behalf of Bofang Investment LLC, Feibo Jiang, Miscellaneous Proceeding Parties (

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** (HY) #3701; Application to Employ James Morgan as Barrister in British Virgin Islands Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** **(HY) #3659; Motion to Amend Avoidance and Mediation Procedures Order by Temporarily Staying Discovery and Response to Motions to Stay Discovery Filed by Certain Avoidance Defendants Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee**

| 01:00 PM | 24-05110 | Despins v. Mitchell |

**Matter:** **(HY) #31; Motion To Stay Discovery Pending Court's Decision on Motion to Dismiss Filed by Jeffrey M. Sklarz on behalf of Aaron Mitchell, Defendant**

| 01:00 PM | 24-05134 | Despins v. V.X. Cerda & Associates P.A. |

**Matter:** **(HY) #22; Motion To Stay Discovery Pending Court's Decision on Motion to Dismiss Filed by Jeffrey M. Sklarz on behalf of V.X. Cerda & Associates P.A., Defendant**

| 01:00 PM | 24-05168 | Despins v. The Francis Firm PLLC |

**Matter:** **(HY) #25; Amended Motion To Stay Discovery Pending Court's Decision on Motion to Dismiss Filed by Jeffrey M. Sklarz on behalf of The Francis Firm PLLC, Defendant**

| 01:00 PM | 24-05186 | Despins v. Berkeley Rowe Limited |

**Matter:** **(HY) #31; Motion To Stay Pending Defendant's Response to Amended Complaint Filed by Jeffrey M. Sklarz on behalf of Berkeley Rowe Limited, Defendant**

| 01:00 PM | 24-05188 | Despins v. Weddle Law PPLC |
|---|---|---|

**Matter:** **(HY) #30; Motion To Stay Discovery Pending Court's Decision on Motion to Dismiss Filed by Jeffrey M. Sklarz on behalf of Weddle Law PPLC, Defendant**

| 01:00 PM | 24-05199 | Despins v. Lawall & Mitchell, LLC et al |
|---|---|---|

**Matter:** **(HY) #35; Motion To Stay Discovery Pending Court's Decision on Motion to Dismiss Filed by Jeffrey M. Sklarz on behalf of Lawall & Mitchell, LLC, Aaron Mitchell, Defendants**

| 01:00 PM | 24-05238 | Despins v. Guo |
|---|---|---|

**Matter:** **(HY) #17; Motion for Default Judgment by the Court pursuant to Fed. R. Civ. P. 55 (b)(2) and Fed. R. Bankr. P. 7055 against Qiang Guo . Filed by Patrick R. Linsey on behalf of Luc A. Despins, Plaintiff**

# Parties that attended the November 5, 2024 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Kellianne Baranowsky**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511

**Matthew Pesce**
Murtha Cullina
107 Elm Street
11th Floor
Stamford, CT 06902