UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------x

**NOTICE OF FILING OF REVISED PROPOSED ORDER APPROVING SECOND INTERIM FEE APPLICATION OF EISNER ADVISORY GROUP LLC, AS TAX ADVISOR TO TRUSTEE AND GENEVER DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024**

**PLEASE TAKE NOTICE** that, on October 15, 2024, Eisner Advisory Group LLC ("Eisner"), tax advisors for the Trustee and the Genever Debtors, filed the *Second Interim Fee Application of Eisner Advisory Group LLC as Tax Advisors for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from May 1, 2024 through August 31, 2024* [Docket No. 3692] (the "Application")[2]

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised proposed order granting the Application reflecting modifications agreed to by Eisner in consultation with the United States Trustee. *See* ECF No. 3770.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Notice shall have the meanings given to them in the Application.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a redline version of the revised proposed order marked to show the changes that have been made to the version attached to the Application.

Dated:     November 8, 2024
              New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

    *and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   November 8, 2024
         New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted pro hac vice)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit 1**

**Revised Proposed Order (clean)**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HO WAN KWOK, et al., | ) ) ) | Case No. 22-50073 (JAM) |
|  | ) ) | (Jointly Administered) |
| Debtors.[1] | ) ) |  |

**ORDER APPROVING SECOND INTERIM FEE APPLICATION OF EISNER ADVISORY GROUP LLC, AS TAX ADVISOR TO TRUSTEE AND GENEVER DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024**

This matter coming before this Court on the *Second Interim Fee Application of Eisner Advisory Group LLC as Tax Advisors for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from May 1, 2024 through August 31, 2024* [Docket No. 3692] (the "Application")[2] of Eisner Advisory Group LLC ("Eisner") pursuant to sections 330(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for an order (i) approving and allowing, on an interim basis, compensation in the amount of $81,774.00 for services rendered from May 1, 2024 through and including August 31, 2024 (the "Compensation Period"); (ii) directing payment of the difference between (a) 81,744.00 and (b) any interim payments made to Eisner with respect to the Compensation

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Order shall have the meanings given to them in the Application.

Period; and (iii) granting related relief all as further described in the Application; and upon consideration of the Application, and the Court having jurisdiction over this matter pursuant 28 U.S.C. §§ 157 and 1334, and notice of the Application was adequate under the circumstances and no further or other notice of the Application is required; and the Office of the United States Trustee having filed a statement of no objection conditioned on the order being revised to add adjustment and disgorgement language [ECF No. 3770], and in the absence of any other objection to the Application; and after due deliberation and sufficient cause appearing therefore,

    **IT IS HEREBY ORDERED THAT:**

1. Pursuant to 11 U.S.C. §§ 330 and 331, the Application is GRANTED, as set forth in this Order.

2. Eisner is allowed, on an interim basis, compensation for services rendered during the Compensation Period in the sum of $81,744.00, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full.

3. The Trustee is hereby authorized and directed to pay Eisner $81,744.00.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

**Exhibit 2**

**Revised Proposed Order (redline)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

|  |  |
|---|---|
| In re:<br><br>HO WAN KWOK, et al.,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 22-50073 (JAM)<br>)<br>) (Jointly Administered)<br>) |

**ORDER APPROVING SECOND INTERIM FEE APPLICATION OF EISNER ADVISORY GROUP LLC, AS TAX ADVISOR TO TRUSTEE AND GENEVER DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024**

This matter coming before this Court on the *Second Interim Fee Application of Eisner Advisory Group LLC as Tax Advisors for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from May 1, 2024 through August 31, 2024* [Docket No. 3692] (the "Application")[2] of Eisner Advisory Group LLC ("Eisner") pursuant to sections 330(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for an order (i) approving and allowing, on an interim basis, compensation in the amount of $81,774.00 for services rendered from May 1, 2024 through and including August 31, 2024 (the "Compensation Period"); (ii) directing payment of the difference between (a) 81,744.00 and (b) any interim payments made to Eisner with respect to the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Order shall have the meanings given to them in the Application.

Compensation Period; and (iii) granting related relief all as further described in the Application; and upon consideration of the Application, and the Court having jurisdiction over this matter pursuant 28 U.S.C. §§ 157 and 1334, and notice of the Application was adequate under the circumstances and no further or other notice of the Application is required; and ~~a hearing having been held on _____ 2024~~the Office of the United States Trustee having filed a statement of no objection conditioned on the order being revised to add adjustment and disgorgement language [ECF No. 3770], and in the absence of any other objection to the Application; and after due deliberation and sufficient cause appearing therefore,

     **IT IS HEREBY ORDERED THAT:**

     1.     Pursuant to 11 U.S.C. §§ 330 and 331, the Application is GRANTED, as set forth in this Order.

     2.     Eisner is allowed, on an interim basis, compensation for services rendered during the Compensation Period in the sum of $81,744.00, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full.

     3.     The Trustee is hereby authorized and directed to pay Eisner ~~the difference between (a)~~ $81,744.00 ~~and (b) any interim payments made to Eisner with respect to the Compensation Period~~.

     4.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.