**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| | Adv. Proceeding No. 24-05187 |
| Plaintiff, | |
| v. | |
| WILDES & WEINBERG P.C., | |
| Defendant. | |

---

**UNOPPOSED MOTION TO ADJOURN HEARING ON
SEALED MOTION OF CHAPTER 11 TRUSTEE, PURSUANT TO BANKRUPTCY
RULE 9019, REGARDING SETTLEMENT WITH WILDES & WEINBERG, P.C.**

Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") in the above-captioned chapter 11 case (the "Chapter 11 Case") of the debtor Ho Wan Kwok (the "Debtor"), and plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), hereby respectfully moves (the "Motion"), without opposition, to adjourn the hearing scheduled on the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Trustee's *Sealed Motion Pursuant to Bankruptcy Rule 9019 Regarding Settlement with Wildes & Weinberg, P.C.* in the Chapter 11 Case and in the Adversary Proceeding [Main Case ECF No. 3559, Adv. ECF No. 14] (the "9019 Motion"), from November 19, 2024, to December 10, 2024. In support of the Motion, the Trustee respectfully states the following:

The Motion is presently scheduled to be heard on November 19, 2024, at 1 p.m. (the "Hearing"), the deadline to object to the Motion was November 6, 2024 (and thus has passed), and the Trustee's deadline to reply (the "Reply Deadline") to the limited objections to the motion filed by G Club Operations LLC and the United States Trustee [Main Case ECF Nos. 3633, 3641] (the "Objections") is November 14, 2024. *See Order Adjourning Hearing and Setting Reply Deadline as to Sealed Motion Pursuant to Bankruptcy Rule 9019 Regarding Settlement with Wildes & Weinberg, P.C.* [Main Case ECF No. 3764, Adv. ECF No. 20]. In light of other deadlines and obligations in connection with this Chapter 11 Case, and to provide additional time for the Trustee to discuss this matter with the United States Trustee, the Trustee respectfully requests that the hearing be adjourned to December 10, 2024, at 1 p.m., and that the Trustee's Reply Deadline be adjourned to December 5, 2024. The Trustee has inquired with counsel for Wildes & Weinberg, P.C., the United States Trustee, and G Club Operations LLC, and has confirmed that none objects to the adjournments requested by this Motion.

*[REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

WHEREFORE, for the foregoing reasons, the Court should grant this Motion, and order such other and further relief as is just and proper.

Dated:   November 11, 2024          LUC A. DESPINS,
         New Haven, Connecticut     CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

        *and*

    Nicholas A. Bassett (*pro hac vice* pending)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

        *and*

    Douglass Barron (*pro hac vice* pending)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6690
    douglassbarron@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | Adv. Proceeding No. 24-05187 |
| v. | |
| WILDES & WEINBERG P.C., | |
| Defendant. | |

---

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO ADJOURN HEARING ON SEALED MOTION OF CHAPTER 11 TRUSTEE, PURSUANT TO BANKRUPTCY RULE 9019, REGARDING SETTLEMENT WITH WILDES & WEINBERG, P.C.**

Upon the motion (the "Motion") of Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") in the above-captioned chapter 11 case (the "Chapter 11 Case") of the debtor Ho Wan Kwok (the "Debtor"), and plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), to adjourn the hearing scheduled on the Trustee's *Sealed Motion*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Pursuant to Bankruptcy Rule 9019 Regarding Settlement with Wildes & Weinberg, P.C.* in the Chapter 11 Case and in the Adversary Proceeding [Main Case ECF No. 3559, Adv. ECF No. 14] (the "9019 Motion") and the Trustee's deadline to reply to the limited objections filed by G Club Operations LLC and the United States Trustee [Main Case ECF Nos. 3633, 3641] (the "Objections"), and there being no opposition to the Motion by Wildes & Weinberg, P.C., the United States Trustee, or G Club Operations LLC, and it appearing that cause exists to grant the Motion, it is hereby **ORDERED**:

1.  The hearing on the 9019 Motion is adjourned to December 10, 2024, at 1 p.m., to be held at 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604.

2.  If the Trustee submits a Reply, the Trustee shall file one consolidated memorandum which shall be no longer than fifteen (15) pages on or before December 5, 2024.

3.  Except as expressly modified by this Order, the Court's *Order Adjourning Hearing and Setting Reply Deadline as to Sealed Motion Pursuant to Bankruptcy Rule 9019 Regarding Settlement with Wildes & Weinberg, P.C.* [Main Case ECF No. 3764, Adv. ECF No. 20] shall remain in full force and effect.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| | Adv. Proceeding No. 24-05187 |
| Plaintiff, | |
| v. | |
| WILDES & WEINBERG P.C., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The foregoing was filed using the Court's case management/electronic case files ("CM/ECF") system in the above-captioned chapter 11 case and adversary proceeding (collectively, the "Proceedings"). Notice of this filing will be sent automatically via email by operation of the CM/ECF system to all appearing parties that are eligible to receive electronic notice in these Proceedings.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated this 11th day of November 2024 at New Haven, Connecticut

                                           */s/ Patrick R. Linsey*
                                           Patrick R. Linsey (ct29437)
                                           NEUBERT, PEPE & MONTEITH, P.C.
                                           195 Church Street, 13th Floor
                                           New Haven, Connecticut 06510
                                           (203) 781-2847
                                           plinsey@npmlaw.com