**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | Re: ECF No. 3805 |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| | Adv. Proceeding No. 24-05187 |
| Plaintiff, | |
| v. | Re: ECF No. 21 |
| WILDES & WEINBERG P.C., | |
| Defendant. | |

**ORDER GRANTING UNOPPOSED MOTION TO ADJOURN HEARING ON SEALED MOTION OF CHAPTER 11 TRUSTEE, PURSUANT TO BANKRUPTCY RULE 9019, REGARDING SETTLEMENT WITH WILDES & WEINBERG, P.C.**

Upon the motion (the "Motion") of Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") in the above-captioned chapter 11 case (the "Chapter 11 Case") of the debtor Ho Wan Kwok (the "Debtor"), and plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), to adjourn the hearing scheduled on the Trustee's *Sealed Motion*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Pursuant to Bankruptcy Rule 9019 Regarding Settlement with Wildes & Weinberg, P.C.* in the Chapter 11 Case and in the Adversary Proceeding [Main Case ECF No. 3559, Adv. ECF No. 14] (the "<u>9019 Motion</u>") and the Trustee's deadline to reply to the limited objections filed by G Club Operations LLC and the United States Trustee [Main Case ECF Nos. 3633, 3641] (the "<u>Objections</u>"), and there being no opposition to the Motion by Wildes & Weinberg, P.C., the United States Trustee, or G Club Operations LLC, and it appearing that cause exists to grant the Motion, it is hereby **ORDERED**:

1. The hearing on the 9019 Motion is adjourned to December 10, 2024, at 1 p.m., to be held at 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604.

2. If the Trustee submits a Reply, the Trustee shall file one consolidated memorandum which shall be no longer than fifteen (15) pages on or before December 5, 2024.

3. Except as expressly modified by this Order, the Court's *Order Adjourning Hearing and Setting Reply Deadline as to Sealed Motion Pursuant to Bankruptcy Rule 9019 Regarding Settlement with Wildes & Weinberg, P.C.* [Main Case ECF No. 3764, Adv. ECF No. 20] shall remain in full force and effect.

Dated at Bridgeport, Connecticut this 13th day of November, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut