**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br><br>Re: ECF No. 3692 |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF EISNER ADVISORY GROUP LLC, AS TAX ADVISOR TO TRUSTEE AND GENEVER DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024**

On October 15, 2024, the *Second Interim Fee Application of Eisner Advisory Group LLC as Tax Advisors for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from May 1, 2024 through August 31, 2024* [ECF No. 3692] (the "Application")[2] was filed on behalf of Eisner Advisory Group LLC ("Eisner"). The Application seeks the entry of an order pursuant to sections 330(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016 (i) approving and allowing, on an interim basis, compensation in the amount of $81,774.00 for services rendered from May 1, 2024 through and including August 31, 2024 (the "Compensation Period"); (ii) directing payment of the difference between (a) $81,744.00 and (b) any interim payments made to Eisner with respect to the Compensation Period[3]; and (iii) granting related relief all as further described in the Application. On November 1, 2024, the Office of the United States Trustee filed a statement of no objection conditioned on the order being revised to add adjustment and disgorgement language [ECF No. 3770]. No other responses or objections were timely filed. On November 8, 2024, a revised proposed order was filed on behalf of Eisner [ECF No. 3798]. Therefore, upon consideration of the Application and concluding: (i) the Court has authority to hear this matter pursuant 28 U.S.C. §§ 157 and 1334; (ii) service and notice of the Application was in compliance with the *Order Limiting Service of Notice for Applications Seeking Compensation of Fees or Reimbursement of*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Order shall have the meanings given to them in the Application.

[3] *See* Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [ECF No. 2094].

*Expenses* [ECF No. 1611] and no further or other notice of the Application is required; (iii) interested parties had appropriate notice and an opportunity to be heard, 11 U.S.C. § 102(1)(A); and (iv) sufficient cause exists to grant the Application, **IT IS HEREBY ORDERED THAT:**

    1. Pursuant to 11 U.S.C. §§ 330 and 331, the Application is GRANTED, as set forth in this Order.

    2. Eisner is allowed, on an interim basis, compensation for services rendered during the Compensation Period in the sum of $81,744.00, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full.

    3. The Trustee is hereby authorized and directed to pay Eisner $81,744.00.

    4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

    Dated at Bridgeport, Connecticut this 13th day of November, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut