**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re:                                                         : Chapter 11
:
HO WAN KWOK, *et al.*,                                         : Case No. 22-50073 (JAM)
:
:  Jointly Administered
Debtors.[1]                                                    :
:  Re: ECF No. 3693
---------------------------------------------------------------x

**ORDER GRANTING FOURTH INTERIM FEE APPLICATION OF HARNEY WESTWOOD & RIEGELS LP, AS BRITISH VIRGIN ISLANDS AND CAYMAN ISLANDS COUNSEL, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024**

Upon consideration of the Application (the "Application") of Harney Westwood & Riegels ("Harneys") as BVI[2] and Cayman Islands counsel to the Trustee and Genever (BVI) for interim allowance of compensation and reimbursement of expenses from May 1, 2024 through August 31, 2024 (the "Application Period"); and sufficient service and notice having been given in accordance with the Order Limiting Service of Notice for Applications Seeking Compensation of Fees or Reimbursement of Expenses (ECF No. 1611); and after opportunity for hearing, 11 U.S.C. § 102(1)(A), the Office of the United States Trustee having filed a Statement of No Objection (ECF No. 3771) and no other response or objection having been timely filed; and sufficient cause having been shown for the Application, it is hereby:

1. ORDERED that, pursuant to 11 U.S.C. §§ 330 and 331, the Application is granted as set forth herein and compensation in the amount of $437,713.50 and reimbursement of expenses in the amount of $8,379.00 are awarded to Harneys, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full; it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

2. ORDERED that nothing herein modified the Retention Order; it is further

3. ORDERED that the estates are authorized and directed to pay Harneys' fees and expenses in the aggregate amount of $446,092.50 within fourteen days of the date of this Order; it is further

4. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

5. ORDERED that the Debtors' estates and Harneys are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

6. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

7. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 13th day of November, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut