UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------x
In re:                                                      :   Chapter 11
                                                            :
HO WAN KWOK, *et al.*,                                      :   Case No. 22-50073 (JAM)
                                                            :
            Debtors.[1]                                     :   Jointly Administered
                                                            :
                                                            :   Re": ECF No. 3694
------------------------------------------------------------x

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF KROLL, LLC, AS FORENSIC INVESTIGATORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024**

Upon consideration of the Application (the "Application") of Kroll, LLC ("Kroll") as forensic investigators to the Trustee[2] for interim allowance of compensation and reimbursement of expenses from May 1, 2024 through August 31, 2024; and sufficient service and notice having been given in accordance with the Order Limiting Service of Notice for Applications Seeking Compensation of Fees or Reimbursement of Expenses (ECF No. 1611; and after opportunity for hearing, 11 U.S.C. § 102(1)(A), and the Office of the United States Trustee having filed a Statement of No Objection (ECF No. 3772) and no other response or objection having been timely filed, it is hereby:

    1.    ORDERED that the Application is granted and compensation in the amount of $308,421.30 and reimbursement of expenses in the amount of $75,674.59 are awarded to Kroll, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full; it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

2. ORDERED that nothing herein modified the Retention Order; it is further

3. ORDERED that the estates are authorized and directed to pay Kroll's fees in the amount of $61,684.26, *i.e.*, 20% of the fees allowed in paragraph 1 above, within fourteen days of the date of this Order; it is further

4. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

5. ORDERED that the Debtors' estates and Kroll are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

6. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

7. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 13th day of November, 2024.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut