**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------- x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
: Re: ECF No. 3700
------------------------------------------------------- x

**ORDER APPROVING SIXTH INTERIM FEE APPLICATION OF PAUL HASTINGS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2024 THROUGH JULY 31, 2024**

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Paul Hastings LLP (the "Applicant") filed the *Sixth Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from April 1, 2024 through July 31, 2024* on October 15, 2024 [ECF No. 3700] (the "Application"); and sufficient service and notice having been given in accordance with the Order Limiting Service of Notice for Applications Seeking Compensation of Fees or Reimbursement of Expenses [ECF No. 1611]; and the Office of the United States Trustee having filed a statement of no objection to reduced fees of $4,958,513.53 and reduced expenses of $163,738.27 [ECF No. 3781], and in the absence of any other objection to the Application; and after an opportunity for a hearing, 11 U.S.C. § 102(1)(A), it is hereby

1. ORDERED that, pursuant to 11 U.S.C. §§ 330 and 331, the Application is granted and compensation in the amount of $4,958,513.53, and reimbursement of expenses in the amount of $163,738.27, are awarded to Paul Hastings, subject to final adjustment and disgorgement in

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; it is further

    2.    ORDERED that nothing herein modifies the Retention Order; it is further

    3.    ORDERED that the Debtors' estates are authorized to pay the Trustee and Paul Hastings (a) 80% of the fees (*i.e.*, $3,966,810.82) and (b) 100% of the expense reimbursements (*i.e.*, $163,738.27) allowed in paragraph 1 above in the aggregate amount of $4,130,549.09, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $991,702.71 shall be held back by the Debtors' estates pending further order of this Court; it is further

    4.    ORDERED that the Applicant shall include, as part of its August 2024 monthly fee statement, a credit in the amount of $89,292.80, which amount reflects the difference between (a) the amounts previously paid to the Applicant pursuant the Interim Compensation Procedures Order (as defined in the Application) for services rendered and expenses incurred during the months of April, May, June, and July 2024, inclusive of credits applied to the April 2024 fee statement (i.e., $4,219,840.89) and (b) the fees and expenses that the estates are authorized to pay pursuant to paragraph 3 of this Order (i.e., $4,130,549.09); it is further

    5.    ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

    6.    ORDERED that the Trustee and Paul Hastings are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

    7.    ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

8. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 13th day of November, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut