**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
: 
: Jointly Administered
Debtors.¹ :
: Re: ECF 3702
------------------------------------------------------------x

**ORDER GRANTING**
**SIXTH INTERIM APPLICATION OF NEUBERT, PEPE & MONTEITH, P.C., AS LOCAL AND CONFLICTS COUNSEL TO THE CHAPTER 11 TRUSTEE AND AS COUNSEL TO DEBTORS GENEVER HOLDINGS CORPORATION AND GENEVER HOLDINGS LLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024**

Upon consideration of the Application [ECF No. 3702] (the "Application") of Neubert, Pepe & Monteith, P.C. ("NPM") as counsel to the Trustee² and the Genever Debtors for sixth interim allowance of compensation and reimbursement of expenses from May 1, 2024 through August 31, 2024; and sufficient service and notice having been given in accordance with the Order Limiting Service of Notice for Applications Seeking Compensation of Fees or Reimbursement of Expenses (ECF No. 1611); and aafter opportunity for a hearing, 11 U.S.C. § 102(1)(A); and the Office of the United States Trustee having filed a Statement of No Objection (ECF No. 3776) and no other response or objection having been timely filed; and sufficient cause having been shown therefor, it is hereby:

1. ORDERED that, pursuant to 11 U.S.C. §§ 330 and 331, the Application is granted as set forth herein and compensation in the amount of $1,254,303.00 (the "Awarded Fees") and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

reimbursement of expenses in the amount of $22,876.71 (the "Awarded Expenses") is awarded to NPM, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; and it is further

      2.      ORDERED that NPM's right to seek allowance in future fee applications of fees associated with services related to the Civil RICO Action shall be reserved; and it is further

      3.      ORDERED that the Debtors' estates are authorized to pay NPM (a) ninety (90%) of the Awarded Fees (*i.e.*, $1,146,872.70) and (b) 100% of the Awarded Expenses, and the remaining 10% of Awarded Fees shall be held back by the Debtors' estates pending further order of this Court; and it is further

      4.      ORDERED that the Prior Holdbacks (*i.e.*, $272,764.30) shall remain held back pending further order of the Court; and it is further

      5.      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

      6.      ORDERED that the Trustee and NPM are authorized and empowered to take all necessary actions to implement the relief granted in this Order; and it is further

      7.      ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

      8.      ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

    Dated at Bridgeport, Connecticut this 13th day of November, 2024.



*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut