**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                  :    Chapter 11
                                                        :
HO WAN KWOK, *et al.*,[1]                               :    Case No. 22-50073 (JAM)
                                                        :
        Debtors.                                       :    (Jointly Administered)
                                                        :
---------------------------------------------------------x

**NOTICE OF FILING OF INVOICES OF ACHESON DOYLE PARTNERS ARCHITECTS, P.C. FOR ARCHITECTURAL SERVICES DURING OCTOBER 2024**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Project Order"),[2] attached hereto as **Exhibit A** is Acheson Doyle's invoice, dated November 11, 2024 (the "Remediation Project Invoice"), related to services performed by Acheson Doyle in connection with the Remediation Project during the month of October 2024 (as further detailed in the Remediation Project Invoice).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Remediation Project Order, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Project Order or the Cleaning Project Order (as defined below), as applicable.

Invoices and (b) if no timely objections to the Remediation Project Invoice is filed with the Court, Genever Holdings LLC is authorized to pay such invoice without further Court order.

Dated:   November 13, 2024           GENEVER HOLDINGS LLC
         New York, New York

                                     By: /s/ G. Alexander Bongartz
                                         G. Alexander Bongartz (admitted *pro hac vice*)
                                         PAUL HASTINGS LLP
                                         200 Park Avenue
                                         New York, New York 10166
                                         (212) 318-6000
                                         alexbongartz@paulhastings.com

                                             and

                                         Nicholas A. Bassett (admitted *pro hac vice*)
                                         PAUL HASTINGS LLP
                                         2050 M Street NW
                                         Washington, D.C., 20036
                                         (202) 551-1902
                                         nicholasbassett@paulhastings.com

                                             and

                                         Douglas S. Skalka (ct00616)
                                         Patrick R. Linsey (ct29437)
                                         NEUBERT, PEPE & MONTEITH, P.C.
                                         195 Church Street, 13th Floor
                                         New Haven, Connecticut 06510
                                         (203) 781-2847
                                         dskalka@npmlaw.com
                                         plinsey@npmlaw.com

                                         *Counsel for Genever Holdings LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                :

In re:                                      :       Chapter 11

HO WAN KWOK, *et al.*,[1]            :       Case No. 22-50073 (JAM)

           Debtors.                   :       (Jointly Administered)

---------------------------------------------------------x

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:     November 13, 2024
                New York, New York

                                        By: */s/ G. Alexander Bongartz*
                                             G. Alexander Bongartz (admitted *pro hac vice*)
                                             PAUL HASTINGS LLP
                                             200 Park Avenue
                                             New York, New York 10166
                                             (212) 318-6079
                                             alexbongartz@paulhastings.com

                                             *Counsel for Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

**Remediation Project Invoice**



# INVOICE

**Acheson Doyle Partners Architects, P.C.**
226 West 26th Street, 5th Floor
New York, NY 10001-6700
info@adparchitects.com
212.414.4500

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

November 11, 2024
Project No:     52302.10
Invoice No:     25311

Project     52302.10     The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY - Genever Holdings LLC Apt 1801 - Apartment Stabilization Project

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from October 01, 2024 to October 31, 2024**

Phase     04     Scope of Work Item D: Construction Administration

Fee is billed hourly; estimate $20,000/month

- <u>Project Administration (October2024)</u>:
  Project coordination, application for payment review, follow-up w/ GC; review of project costs; Skyline invoice review

**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| Principal |  |  |  |
| Acheson, David | 1.00 | 400.00 | 400.00 |
| Project Manager |  |  |  |
| Snyder, Brendon | 3.00 | 320.00 | 960.00 |
| Totals | 4.00 |  | 1,360.00 |
| **Total Labor** |  |  | **1,360.00** |
| **Total this Phase** |  |  | **$1,360.00** |

Phase     05     Scope of Work Item E: DOB/LPC/Expeditor

**Fee**

| Total Fee | 25,000.00 |  |  |
|---|---|---|---|
| Percent Complete | 90.00 | Total Earned | 22,500.00 |
|  |  | Previous Fee Billing | 18,750.00 |
|  |  | Current Fee Billing | 3,750.00 |
|  |  | **Total Fee** | **3,750.00** |
|  |  | **Total this Phase** | **$3,750.00** |

| Project | 52302.10 | S/N- Genever Holdings LLC Apt 1801 | | Invoice | 25311 |
|---|---|---|---|---|---|

Phase        RE           Reimbursable Expenses

**Reimbursable Expenses**

  VisaCard - DA

| | 10/20/2024 | VisaCard - DA | Window Survey Fee | 190.53 | |
|---|---|---|---|---|---|
| | | **Total Reimbursables** | **1.1 times** | **190.53** | **209.58** |

**Unit Billing**

  In House Printing (BW & Color)                                                                  .96

| | | **Total Units** | **1.1 times** | **.96** | **1.06** |
|---|---|---|---|---|---|
| | | | **Total this Phase** | | **$210.64** |
| | | | **Total Due This Invoice** | | **$5,320.64** |

Thank you for your prompt payment.