**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
|     Ho Wan Kwok, et al. | : Case No. 22-50073 (JAM) |
| | : Jointly Administered |
|     Debtors.[1] | : |
| | : |
| | :  November 18, 2024 |

---

**CONSENTED TO MOTION OF THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS TO CONTINUE HEARING ON**
**THE FIFTH INTERIM FEE APPLICATION OF PULLMAN & COMLEY, LLC**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The Official Committee of Unsecured Creditors, by and through its undersigned counsel, hereby respectfully moves to adjourn the hearing on the *Fifth Interim Fee Application Of Pullman & Comley, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred From May 1, 2024 through August 31, 2024* (the "Application"), by Pullman & Comley, LLC (the "Applicant"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") [ECF 3731], currently scheduled to be heard on Tuesday, November 19, 2024 at 1:00 p.m. for one (1) week or to a new date that is convenient to the Court.  Attorneys Goldman and Mayhew are both unavailable to attend the hearing on the Application as they will be on trial on November 19, 2024 in a case pending before the Honorable Sheila Ozalis in the Complex Litigation Docket for the Judicial District of Stamford/Norwalk at Stamford identified as *Carnicelli v. Fareri*, and bearing Docket No. FST-

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

CV20-6048778-S.  Attorney Kaplan is also unavailable on November 19, 2024 as he is scheduled to be in an all-day deposition.  There have been no objections to the Application and the Office of the United States Trustee filed a Statement of No Objection on November 1, 2024 [ECF 3777].  The Chapter 11 Trustee and the Office of the United States Trustee have consented to a one (1) week continuance of the hearing or, alternatively, having the Court adjudicate the Application on the papers without a hearing.

WHEREFORE, the Committee respectfully requests that the Court adjourn the hearing on the Application for one (1) week or to a date that is convenient to the Court or adjudicate same on the papers, and grant such other and further relief as is necessary and just.

Dated: Bridgeport, Connecticut
November 18, 2024

Respectfully submitted,

**PULLMAN & COMLEY, LLC**

*/s/Kristin B. Mayhew*
Irve J. Goldman, Esq. (ct02404)
Kristin B. Mayhew (ct20896)
Jonathan A. Kaplan, Esq. (ct27126)
850 Main Street, 8th Floor
P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: (203) 330-2213
Facsimile: (203) 576-8888
E-mail:  jgoldman@pullcom.com
kmayhew@pullcom.com
jkaplan@pullcom.com
*Counsel to the Official Committee of Unsecured Creditors*

## <u>CERTIFICATION OF SERVICE</u>

I, Irve J. Goldman, herby certify that on the 18th day of November, 2024, a true and correct copy of the foregoing was filed with the Court and served upon all parties that have filed a notice of appearance and request for notice electronically via the Court's CM/ECF electronic filing system.

*/s/ Kristin B. Mayhew*

3