**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                                           :
In re:                                                    :   Chapter 11
                                                           :
HO WAN KWOK, *et al.*,                   :   Case No. 22-50073 (JAM)
                                                           :
            Debtors.[1]                           :   Jointly Administered
                                                           :
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from October 1, 2024 through and including October 31, 2024 (the "Fee Period"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $3,316.00 and $179.22 respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period. The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as Exhibit B is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3. Attached hereto as Exhibit C is the fee statement of OMJB for services provided during the Fee Period with redactions to protect certain privileged information.

## NOTICE AND OBJECTION PROCEDURES

4. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific

Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **December 10, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever (US) shall promptly pay OMJB 80% of the fees and 100% of the expenses as identified in this Monthly Fee Statement.

7. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: November 20, 2024
Glastonbury, Connecticut

                    GENEVER HOLDINGS LLC

                    By:   */s/Michael T. McCormack*
                          Michael T. McCormack (ct13799)
                          Timothy P. Jensen (ct18888)
                          Amy E. Markim (ct27974)
                          O'Sullivan McCormack Jensen & Bliss PC
                          180 Glastonbury Boulevard, Suite 210
                          Glastonbury, CT 06033
                          Tel: 860-258-1993
                          Fax: 860-258-1991
                          mmccormack@omjblaw.com
                          tjensen@omjblaw.com
                          amarkim@omjblaw.com

                          *Special Insurance Coverage Counsel for*
                          *Debtor-In-Possession Genever Holdings LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

------------------------------------------------------x
                                                  :

In re:                                    :      Chapter 11

HO WAN KWOK, *et al.*,[1]              :      Case No. 22-50073 (JAM)

          Debtors.                :      (Jointly Administered)

------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2024, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

                                  GENEVER HOLDINGS LLC

                                  By:  */s/Michael T. McCormack*
                                      Michael T. McCormack (ct13799)
                                      Timothy P. Jensen (ct18888)
                                      Amy E. Markim (ct27974)
                                      O'Sullivan McCormack Jensen & Bliss PC
                                      180 Glastonbury Boulevard, Suite 210
                                      Glastonbury, CT 06033
                                      Tel: 860-258-1993
                                      Fax: 860-258-1991
                                      mmccormack@omjblaw.com
                                      tjensen@omjblaw.com
                                      amarkim@omjblaw.com
                                      *Special Insurance Coverage*
                                      *Counsel for Debtor-In-Possession Genever*
                                      *Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## EXHIBIT A

## HOURS AND RATES PER TIMEKEEPER

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Michael McCormack | 1993 | $400 | 8.5 | $3,400.00 |
| Timothy P. Jensen | 1997 | $450 | 1.1 | $495.00 |
| Melissa Gambardella | | $125 | 2.0 | $250.00 |
| **Total** | | | | **$4,145.00** |

## **EXHIBIT B**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Expense Category | Amount |
|---|---:|
| Copying: Month of October | $1.80 |
| PACER: Month of October | .50 |
| Fees Advanced to Logikcull | $176.92 |
| **TOTAL** | **$179.22** |

## **EXHIBIT C**

**TIME AND EXPENSE DETAIL**



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 28257
Date: 11/12/2024

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

**Services**

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 10/02/2024 | MTM | Review of materials from Attny Linsey re *REDACTED* telephone conference with. P. Linsey re same | 0.70 | $400.00 | $280.00 |
| 10/02/2024 | MTM | Review and analysis of policy cancellation letter and policy terms re *REDACTED* email correspondence to Attny Linsey re *REDACTED* *REDACTED* | 0.40 | $400.00 | $160.00 |
| 10/04/2024 | MBG | Review, revise and finalize Motion to Hold Remote Hearing. | 0.50 | $125.00 | $62.50 |
| 10/07/2024 | MBG | Attention to Order converting 10/08/2024 hearing to remote and contact clerk for zoom link. | 0.10 | $125.00 | $12.50 |
| 10/07/2024 | TPJ | Communications with counsel re hearing date | 0.20 | $450.00 | $90.00 |
| 10/08/2024 | MTM | Review of motion to stay, opposition and reply brief in preparation for status conference; review motion for summary judgment affidavit of O'Connor re *REDACTED* (.9); attend status hearing and argument re motion to stay expert discovery and motions re Kwok deposition(1.8) | 2.70 | $400.00 | $1,080.00 |
| 10/08/2024 | MBG | Review recent fee applications and update spreadsheet of fees and expenses to date. | 0.30 | $125.00 | $37.50 |
| 10/08/2024 | TPJ | Communications with MTM re hearing and status | 0.20 | $450.00 | $90.00 |
| 10/09/2024 | MTM | Telephone conference with L. Despins re *REDACTED* *REDACTED* | 0.30 | $400.00 | $120.00 |
| 10/09/2024 | MTM | Attention to status conference hearing transcript issues | 0.10 | $400.00 | $40.00 |
| 10/09/2024 | MBG | Draft, revise and finalize Transcript Request for 10/08 hearing in bankruptcy court. | 0.30 | $125.00 | $37.50 |

| Date | | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 10/10/2024 | MTM | Attention to issues re modified pretrial scheduling order and draft proposed order re granting of motion to stay expert discovery and proposed order re msj and pretrial order, email communications to L. Despins and AIG counsel re same | 1.50 | $400.00 | $600.00 |
| 10/10/2024 | MBG | Telcon with court clerk and email to court reporter to request copy of 10/08/2024 transcript ordered by other counsel. | 0.10 | $125.00 | $12.50 |
| 10/11/2024 | MTM | Telephone conference with J. O'Connor re status conference follow up and depositions; email correspondence to court clerk re proposed order re motion stay | 0.30 | $400.00 | $120.00 |
| 10/11/2024 | MTM | Review of AIG/Wolfson documents re issues REDACTED REDACTED | 0.30 | $400.00 | $120.00 |
| 10/13/2024 | MTM | Review, revise and supplement interim fee application, email correspondence with Attny Bongartz re same | 0.50 | $400.00 | $200.00 |
| 10/14/2024 | MTM | Review and comment re revised interim fee application; email correspondence with Attny Bongartz re same | 0.10 | $400.00 | $40.00 |
| 10/16/2024 | MBG | Draft September Fee Application and begin redactions of OMJB invoices for same. | 0.40 | $125.00 | $50.00 |
| 10/17/2024 | MTM | Review court orders re modified scheduling order and AIG motion to depose Kwok | 0.10 | $400.00 | $40.00 |
| 10/17/2024 | MBG | Additional redactions to OMJB invoice. | 0.10 | $125.00 | $12.50 |
| 10/17/2024 | TPJ | Review fee application | 0.20 | $450.00 | $90.00 |
| 10/18/2024 | MBG | Finalize OMJB September fee application. | 0.20 | $125.00 | $25.00 |
| 10/25/2024 | TPJ | Communications re Wolfson deposition | 0.50 | $450.00 | $225.00 |
| 10/29/2024 | MTM | Telephone conference with Luc Despins re REDACTED | 0.20 | $400.00 | $80.00 |
| 10/29/2024 | MTM | Review of Wolfson production in preparation of for AIG deposition of Wolfson; review REDACTED | 0.80 | $400.00 | $320.00 |
| 10/31/2024 | MTM | Telephone conference with REDACTED re deposition | 0.50 | $400.00 | $200.00 |
| | | | **Services Subtotal** | | **$4,145.00** |

## Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 10/01/2024 | Fees advanced to Logikcull INV2722378 9/1/2024 - 9/30/2024 | $176.92 |
| Expense | 10/31/2024 | Copying: Month of October | $1.80 |
| Expense | 10/31/2024 | PACER: Month of October | $0.50 |
| | | **Expenses Subtotal** | **$179.22** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 1.1 | $450.00 | $495.00 |
| Michael McCormack | 8.5 | $400.00 | $3,400.00 |

| | | | |
|---|---|---|---|
| Melissa Gambardella | | 2.0 | $125.00 | $250.00 |
| | | **Invoice Subtotal** | **$4,324.22** |
| | | **Invoice Total** | **$4,324.22** |

*REDACTED*

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC     Tax ID#  *REDACTED*

Payment is due upon receipt.

*REDACTED*

180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 28257
Date: 11/12/2024

*REDACTED*