UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
|  | ) | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*, | ) | (Jointly Administered) |
|  | ) |  |
| Debtors.[1] | ) | Re: ECF Nos. 3702, 3815 |
|  | ) |  |

**AMENDED ORDER GRANTING SIXTH INTERIM APPLICATION OF
NEUBERT, PEPE & MONTEITH, P.C., AS LOCAL AND CONFLICTS COUNSEL
TO THE CHAPTER 11 TRUSTEE AND AS COUNSEL TO DEBTORS
GENEVER HOLDINGS CORPORATION AND GENEVER HOLDINGS LLC
FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM MAY 1, 2024 THROUGH AUGUST 31, 2024**

On November 13, 2024, an Order (ECF No. 3815) entered granting, for the reasons stated therein, the Application (the "Application", ECF No. 3702) of Neubert, Pepe & Monteith, P.C. ("NPM") as counsel to the Trustee[2] and the Genever Debtors for sixth interim allowance of compensation and reimbursement of expenses from May 1, 2024 through August 31, 2024. On November 19, 2024, during hearings in adversary proceedings related to these jointly administered Chapter 11 cases, NPM advised the Court of certain clerical mistakes in the Order. Therefore, pursuant to Fed. R. Civ. P. 60(a), made applicable in these jointly administered Chapter 11 cases by Fed. R. Bankr. P. 9024, to correct a clerical mistake, it is hereby:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

**ORDERED:** Pursuant to Federal Rule of Civil Procedure 60, made applicable pursuant to Federal Rule of Bankruptcy Procedure 9024, this Amended Order shall amend and supersede the *Order Granting Sixth Interim Application of Neubert, Pepe & Monteith, P.C., as Local and Conflicts Counsel to the Chapter 11 Trustee and as Counsel to Debtors Genever Holdings Corporation and Genever Holdings LLC for Allowance of Fees and Reimbursement of Expenses for the Period from May 1, 2024 through August 31, 2024* (ECF No. 3815); and it is further

**ORDERED:** Pursuant to 11 U.S.C. §§ 330 and 331, the Application is granted as set forth herein and compensation in the amount of $1,254,303.00 (the "Awarded Fees") and reimbursement of expenses in the amount of $22,876.71 (the "Awarded Expenses") is awarded to NPM, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May (ECF No. 1953); and it is further

**ORDERED:** NPM's right to seek allowance in future fee applications of fees associated with services related to the Civil RICO Action shall be reserved; and it is further

**ORDERED:** The Debtors' estates are authorized to pay NPM (a) ninety (90%)of the Awarded Fees (i.e., $1,128,872.70) and (b) 100% of the Awarded Expenses, and the remaining 10% of Awarded Fees shall be held back by the Debtors' estates pending further order of this Court; and it is further

**ORDERED:** The Prior Holdbacks (i.e., $272,764.30) shall remain held back pending further order of the Court; and it is further

**ORDERED:** This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED:** The Trustee and NPM are authorized and empowered to take all necessary actions to implement the relief granted in this Order; and it is further

**ORDERED:** Notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED:** All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 20th day of November, 2024.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut