**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
HO WAN KWOK, *et al*.,                                       :  Case No. 22-50073 (JAM)
                                                             :
            Debtors.[1]                                      :  Jointly Administered
                                                             :
-------------------------------------------------------------x

## MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kroll, LLC ("Kroll") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from October 1, 2024 through and including October 31, 2024 (the "Fee Period"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $59,488.52 and $4,644.20, respectively.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period.  The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2.      Attached hereto as <u>Exhibit B</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3.      Attached hereto as <u>Exhibit C</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4.      Attached hereto as <u>Exhibit D</u> is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5.      Attached hereto as <u>Exhibit E</u> are Kroll's fee statements for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

6.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn

(holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7.        Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **December 18, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.        If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9.        To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  November 27, 2024

By:*/s/ Allen Pfeiffer*
        Allen Pfeiffer
        KROLL, LLC
        55 East 52nd Street, Floor 17
        New York, New York 10055

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[3]                                :    Case No. 22-50073 (JAM)
                                                         :
                  Debtors.                               :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 27, 2024, the foregoing Monthly Fee

Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served

by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF

system.

Dated:    November 27, 2024           By: */s/ G. Alexander Bongartz*
          New York, New York              G. Alexander Bongartz (admitted *pro hac vice*)
                                          PAUL HASTINGS LLP
                                          200 Park Avenue
                                          New York, New York 10166
                                          (212) 318-6000
                                          alexbongartz@paulhastings.com

                                          *Counsel for the Chapter 11 Trustee*

---

[3]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
      Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
      Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
      mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
      LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
      (solely for purposes of notices and communications).

**EXHIBIT A**

**HOURS AND RATES PER PROFESSIONAL**

*Time Period: October 1-31, 2024.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 890 | $ 712 | 13.0 | $ 9,256.00 |
| Barker, James | Associate Managing Director | Forensic Investigations and Intelligence | $ 710 | $ 639 | 8.8 | $ 5,623.20 |
| Tennant, Erin | Associate Managing Director | Forensic Investigations and Intelligence | $ 710 | $ 639 | 1.0 | $ 639.00 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 8.6 | $ 4,450.50 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 83.3 | $ 43,107.75 |
| Caldwell, Thomas | Vice President | Forensic Investigations and Intelligence | $ 495 | $ 446 | 3.0 | $ 1,336.50 |
| Levenson, Patrick | Associate Manager | Forensic Investigations and Intelligence | $ 420 | $ 378 | 9.8 | $ 3,704.40 |
| Lo, Yien Zhi | Senior Associate | Forensic Investigations and Intelligence | $ 365 | $ 329 | 3.5 | $ 1,149.75 |
| Spier, Tre | Research Analyst | Forensic Investigations and Intelligence | $ 245 | $ 221 | 23.1 | $ 5,093.55 |
| **Total Hours and Fees:** | | | | | **154.1** | **$ 74,360.65** |
| **Blended Hourly Rate:** | | | | | | **$ 482.55** |

1

**EXHIBIT B**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

*Time Period: October 1-31, 2024.*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B110    Case Administration | 0.3 | $ 213.60 |
| B113    Pleadings Review | - | $ - |
| B120    Asset Analysis and Recovery | - | $ - |
| B155    Court Hearings | - | $ - |
| B160    Fee/Employment Applications | 4.8 | $ 3,417.60 |
| B170    Fee/Employment Objections | - | $ - |
| B180    Avoidance Action Analysis | - | $ - |
| B181    Preference Analysis and Recovery Actions | - | $ - |
| B182    Post-Petition Transfers and Recovery Actions | - | $ - |
| B190    Other Contested Matters (excl. assumption/rejec | - | $ - |
| B191    General Litigation | - | $ - |
| B192    Lender Litigation | - | $ - |
| B195    Non-Working Travel | - | $ - |
| B261    Investigations | 149.0 | $ 70,729.45 |
| **TOTAL** | **154.1** | **$ 74,360.65** |

## EXHIBIT C

## SUMMARY OF COMPENSATION BY MATTER ID

*Time Period: October 1-31, 2024.*

| Matter ID and Name | | Hours Billed | Fees Billed | |
|---|---|---|---|---|
| 00001 | General Debtor Representation | 5.1 | $ | 3,631.20 |
| 00002 | Asset Recovery Investigation and Litigation | 146.8 | $ | 69,236.05 |
| 00003 | HK USA Adversary Proceeding | - | $ | - |
| 00004 | Bravo Luck Adversary Proceeding | - | $ | - |
| 00005 | PAX Adversary Proceeding | - | $ | - |
| 00006 | SN Apartment Adversary Proceeding | - | $ | - |
| 00007 | Greenwich Land Adversary Proceeding | - | $ | - |
| 00008 | AIG Adversary Proceeding | - | $ | - |
| 00009 | Mei Guo Adversary Proceeding | - | $ | - |
| 00010 | Interpleader Adversary Proceeding | - | $ | - |
| 00011 | HCHK Adversary Proceeding | - | $ | - |
| 00012 | Golden Spring Adversary Proceeding | - | $ | - |
| 00013 | Mahwah Adversary Proceeding | - | $ | - |
| 00014 | RICO Litigation | - | $ | - |
| 00015 | Lamp Capital Adversary Proceeding | - | $ | - |
| 00016 | G-Club Adversary Proceeding | - | $ | - |
| 00017 | Rule of Law Adversary Proceeding | - | $ | - |
| 00018 | ███████ Actions | 2.2 | $ | 1,493.40 |
| 00019 | Leading Shine Adversary Proceeding | - | $ | - |
| 00020 | Gettr USA Proceeding | - | $ | - |
| | | 154.1 | $ | 74,360.65 |

1

**EXHIBIT D**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

*Time Period: October 1-31, 2024.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---|
| Database and Research Fees for October | Golden Spring Adversary Proceeding | Asset Analysis and Recovery | $     671.00 |
| Valid8 Charges | General Debtor Representation | Case Administration | 3,973.20 |
| **TOTAL** | | | $     **4,644.20** |

**EXHIBIT E**

**EXHIBIT E**

**FEE DETAIL**

*Time Period: October 1-31, 2024.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [E. Sutton] re: certain ▮▮▮▮▮ | 0.2 | $ 103.50 |
| Lomas, Adam | 10/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [N. Kinsella] re: transfers involving ▮▮▮▮ | 0.3 | $ 155.25 |
| Lomas, Adam | 10/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [E. Sutton] re: transfers involving ▮▮▮▮ & ▮▮▮▮ related transaction and document review. | 0.4 | $ 207.00 |
| Parizek, Pam | 10/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas analysis re: ▮▮▮▮ ▮▮▮▮ (.2). | 0.2 | $ 142.40 |
| Parizek, Pam | 10/1/2024 | ▮▮▮▮ Actions | Investigations | Review ▮▮▮▮ task assignment to update research on assets and entities (.7). | 0.7 | $ 498.40 |
| Lomas, Adam | 10/2/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [S. Maza] re: certain ▮▮▮▮ ▮▮▮▮ related research. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 10/2/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of ▮▮▮▮ charges and related payments. | 0.6 | $ 310.50 |
| Lazarus, Jordan | 10/2/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ▮▮▮▮ ▮▮▮▮ transactions and related payments. | 2.1 | $ 1,086.75 |
| Parizek, Pam | 10/2/2024 | Asset Recovery Investigation and Litigation | Investigations | Review updates re: ▮▮▮▮ (.1). | 0.1 | $ 71.20 |
| Parizek, Pam | 10/2/2024 | ▮▮▮▮ Actions | Investigations | ▮▮▮▮ re: status of updated research request (.1). | 0.1 | $ 71.20 |
| Lomas, Adam | 10/3/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare summary of transaction activity in certain ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮ accounts. | 0.4 | $ 207.00 |
| Lomas, Adam | 10/3/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review data with respect to transfers to/from known accounts in the ▮▮▮▮ | 0.6 | $ 310.50 |
| Lomas, Adam | 10/3/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: analysis of certain ▮▮▮▮ ▮▮▮▮ transactions and investigative updates related to the ▮▮▮▮ with: Paul Hastings [L. Despins, N. Basset, D. Barron, and L. Song]; NPM Law [P. Linsey and K. Mitchell]; and P. Parizek. | 0.7 | $ 362.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Parizek, Pam | 10/3/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas update, preview ███ (.5) and attend weekly call with A. Lomas and Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song) and NPM Law (P. Linsey) re: ██████ and other ████ accounts, ██████ (.8). | 1.3 | $ 925.60 |
| Parizek, Pam | 10/3/2024 | ████████ ███ Actions | Investigations | Review communications regarding re: ████████ and outreach to team re: same (.4). | 0.4 | $ 284.80 |
| Lomas, Adam | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers underlying avoidance complaint against ████ | 0.1 | $ 51.75 |
| Lomas, Adam | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare instructions for T. Spier to aggregate ██████████ related transfers for population of schedule requested by Paul Hastings [D. Barron]. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of ████████████ charges and related payments. | 0.3 | $ 155.25 |
| Lazarus, Jordan | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Meetings with Kroll team re: analysis of ████████████████ statements. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ████████████ credit card transactions and related payments. | 2.2 | $ 1,138.50 |
| Spier, Tre | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of master transaction file for transfers to/from bank accounts ██ ██████████ ████ related preparation of schedule of ████ transfers as requested by Paul Hastings. | 1.6 | $ 352.80 |
| Spier, Tre | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ████ and ██████████ Bank Statements. | 3.3 | $ 727.65 |
| Spier, Tre | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with J. Lazarus re: review and analysis of ████████ bank statement background. | 0.4 | $ 88.20 |
| Lomas, Adam | 10/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [L. Song] re: ████████ | 0.2 | $ 103.50 |
| Lomas, Adam | 10/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Instructions to T. Spier re: schedule of transfers related to/from bank accounts ████ | 0.3 | $ 155.25 |
| Lomas, Adam | 10/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Instructions to T. Spier re: review and analysis of ████████ ████ bank account statements and transactions. | 0.3 | $ 155.25 |
| Lomas, Adam | 10/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: known or suspected accounts at ██████████████ | 0.8 | $ 414.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review of investigation notes prepared by Paul Hastings counsel team re: entities and individuals ███ ███ ███ related attention to schedule of identified ███ ███ and transfers. | 4.2 | $ 2,173.50 |
| Spier, Tre | 10/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of bank statements for ███ LLC bank accounts; organization of relevant transfers from ███ into the master analysis document. | 1.4 | $ 308.70 |
| Spier, Tre | 10/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with A. Lomas re: analysis and organization of transfers to/from bank accounts ███ ███ ███ as requested by Paul Hastings. | 0.8 | $ 176.40 |
| Lomas, Adam | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Incorporate ███ bank transactions into master transaction file. | 0.7 | $ 362.25 |
| Lomas, Adam | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Conduct document and transaction review re: ███ ███ (███ compose related email to Paul Hastings [L. Song and D. Barron]. | 1.7 | $ 879.75 |
| Lomas, Adam | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Attention to schedule of bank accounts and transfers related to individuals and entities ███ ███ ███ compose related email to Paul Hastings [D. Barron]. | 3.7 | $ 1,914.75 |
| Lomas, Adam | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law re: additional identified accounts at ███ for follow up. | 0.3 | $ 155.25 |
| Lazarus, Jordan | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of ███ charges and related payments. | 0.4 | $ 207.00 |
| Parizek, Pam | 10/8/2024 | General Debtor Representation | Case Administration | Review bankruptcy notices served on Kroll (.3). | 0.3 | $ 213.60 |
| Parizek, Pam | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Review communications regarding ███ and ███ (.2). | 0.2 | $ 142.40 |
| Spier, Tre | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Update master file with ███ ███ related party transfer information. | 0.5 | $ 110.25 |
| Lomas, Adam | 10/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [L. Song] re: activity in ███ account held at ███ ███ related review of bank account statements and analysis of recurring investment transactions. | 3.8 | $ 1,966.50 |
| Lazarus, Jordan | 10/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of ███ charges and related payments. | 0.3 | $ 155.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Parizek, Pam | 10/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Review ███████ and transfers, outreach of ████████ re: updated research and ██████████ (.2). | 0.2 | $ 142.40 |
| Spier, Tre | 10/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ████████████ transactions; update transaction descriptions and references. | 0.6 | $ 132.30 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Preliminary review of additional documents produced by ████ ████ and ██████████ | 0.4 | $ 207.00 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: identified bank accounts and transfers in/related to the ████████ █████████ and recent activity in ███████ ████████████ Inc and ███████████████ bank accountswith: Paul Hastings [L. Despins, N. Basset, D. Barron, and L. Song]; NPM Law [P. Linsey]; and P. Parizek. | 0.8 | $ 414.00 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ████████ ████ related review of documents produced by firm. | 0.6 | $ 310.50 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Incorporate ████████ Inc and ████████████ bank transactions into master transaction file. | 0.4 | $ 207.00 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of ██████████ █████ and ███ ██████████████ bank account transactions with respect to transfers to ████████████████████ related updated to master transaction file. | 1.8 | $ 931.50 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Compile copies of recent checks issued to ████████████ from ██████████ and ██████████████████ bank accounts; compose related email to Paul Hastings [N. Bassett]. | 0.4 | $ 207.00 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Avoidance Action Analysis: Prepare schedule of transfers to ████████ ████████ for attachment to avoidance complaint; compose related email to NPM Law [P. Linsey]. | 0.7 | $ 362.25 |
| Lazarus, Jordan | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of ██████████████ charges and related payments. | 0.2 | $ 103.50 |
| Lazarus, Jordan | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of disbursements to ███████ ████ | 0.5 | $ 258.75 |
| Lazarus, Jordan | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: ████████ ██████ and associated payments. | 0.2 | $ 103.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Parizek, Pam | 10/10/2024 | General Debtor Representation | Fee/Employment Applications | Call with J. Lazarus re: August Fee Statement, revisions and Kroll Fee Application (.9); email Paul Hastings (A. Bogartz) re: same (.1). Review/approve amended rate adjustment and revised Fee Statement (.5). | 1.5 | $ 1,068.00 |
| Parizek, Pam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas update, preview ▮▮▮▮ (.3), send agenda (.1) and attend weekly call with A. Lomas and Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song) and NPM Law (P. Linsey) re: ▮▮▮▮ transactions, ▮▮▮▮ tasks, ▮▮▮▮ accounts (.8). | 1.2 | $ 854.40 |
| Spier, Tre | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮ bank account transactions related updates to master transaction file. | 2.0 | $ 441.00 |
| Lomas, Adam | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: re: transfers to ▮▮▮▮ | 0.4 | $ 207.00 |
| Lomas, Adam | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Avoidance Action Analysis: Prepare schedule of transfers to ▮▮▮▮ for attachment to avoidance complaint. | 0.4 | $ 207.00 |
| Lomas, Adam | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review of news article provided by Paul Hastings [L. Song] re: ▮▮▮▮ purportedly purchased ▮▮▮▮ | 0.2 | $ 103.50 |
| Lazarus, Jordan | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell], P. Parizek, and L. Despins re: ▮▮▮▮ analysis and related matters. | 0.3 | $ 155.25 |
| Lazarus, Jordan | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with P. Linsey re: ▮▮▮▮ transfers and related matters. | 0.2 | $ 103.50 |
| Parizek, Pam | 10/11/2024 | General Debtor Representation | Fee/Employment Applications | Confer A. Bogartz re: revisions to rate schedule and August Fee Application, confer J. Lazarus re: same and preparation of Fee Application and September Fee statement (.3). | 0.3 | $ 213.60 |
| Parizek, Pam | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Task assignment to Cem Ozturk re: investigative due diligence on ▮▮▮▮ (.1). | 0.1 | $ 71.20 |
| Spier, Tre | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮ bank account transactions related updates to master transaction file. | 0.5 | $ 110.25 |
| Parizek, Pam | 10/14/2024 | General Debtor Representation | Fee/Employment Applications | Final review of Fee Application, confer with J. Lazarus, A. Bongartz re: same (.5). | 0.5 | $ 356.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Parizek, Pam | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Review preliminary research re: ███ submit clarification request (.2). | 0.2 | $ 142.40 |
| Parizek, Pam | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Confer I. Jones re: ███ searches, ███ (.1). | 0.1 | $ 71.20 |
| Lo, Yien Zhi | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted research on ███ | 3.5 | $ 1,149.75 |
| Spier, Tre | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ ███, ███ and ███ bank account transactions related updates to master transaction file. | 6.6 | $ 1,455.30 |
| Caldwell, Thomas | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct Investigation on ███ | 3.0 | $ 1,336.50 |
| Lomas, Adam | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Avoidance Action Analysis: Quality control review of schedules of pre- and post-petition transfers to ███ for attachment to avoidance complaint. | 0.8 | $ 414.00 |
| Lomas, Adam | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review of additional documents produced by ███ compose related email to K. Mitchell re: status of outstanding/follow up requests with respect to ███ accounts. | 0.7 | $ 362.25 |
| Lomas, Adam | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Conduct research with respect to ███ ███ purportedly purchased/sold ███ ███ review of Excel file purportedly documenting transactions of ███ ███ from ███ to other parties; related review of purported ███ ███ related review of ███ ███ bank account transactions; compose email to Paul Hastings [L. Song]. | 6.3 | $ 3,260.25 |
| Lomas, Adam | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Avoidance Action Analysis: Prepare schedule of transfers to ███ for attachment to avoidance complaint. | 0.5 | $ 258.75 |
| Parizek, Pam | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Review client communications, A. Lomas analysis of ███ (.3). | 0.3 | $ 213.60 |

6

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Conduct additional review of Excel file purportedly showing transfer of ███ ████████ from ██████ review of ██████ in connection with transfer of funds from ██████ ████ to ███ ██████ of ██████ compose related email to Paul Hastings counsel team [N. Basset, L. Song, and D. Barron]. | 3.1 | $ 1,604.25 |
| Lomas, Adam | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of ██████ Inc and ██████ Inc bank account transactions; related updates to master transaction file. | 1.9 | $ 983.25 |
| Barker, James | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Internal team meeting - P.Levenson discussion of ██████ and ███ | 0.5 | $ 319.50 |
| Lomas, Adam | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [N. Bassett] re: transfers to ██████ possibly related to the purchase/sale of ███ ██ | 0.3 | $ 155.25 |
| Barker, James | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email - P.Levenson re ██████ | 0.3 | $ 191.70 |
| Lomas, Adam | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Compose email to J. Barker and P. Levenson re: ███ | 0.2 | $ 103.50 |
| Barker, James | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email - P.Levenson re ██████ | 0.3 | $ 191.70 |
| Parizek, Pam | 10/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Follow-up re: ████ research (.1). | 0.1 | $ 71.20 |
| Lomas, Adam | 10/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare schedule of sources and uses of cash in ██████ ██ and ██ accounts at ██████ | 1.2 | $ 621.00 |
| Barker, James | 10/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct research and analysis - preparation for client call on Thursday, review of ███ | 0.5 | $ 319.50 |
| Lomas, Adam | 10/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: ██████ | 0.2 | $ 103.50 |
| Lomas, Adam | 10/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of ██████ ███ and ██ ██ bank account transactions; related updates to master transaction file. | 1.1 | $ 569.25 |
| Lomas, Adam | 10/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [K. Mitchell] re: new/addition bank for inclusion in next Rule 2004 motion. | 0.2 | $ 103.50 |
| Barker, James | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Weekly meeting with Paul Hastings and NPM Law | 0.8 | $ 511.20 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Barker, James | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with client or counsel - Paul Hastings [N.Basset, D.Barron] and P.Parizek re: ███ | 0.5 | $ 319.50 |
| Lomas, Adam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: ███████ transfers involving ████ ███ activity in ███ bank accounts at ███ and other investigative updates; with: Paul Hastings [L. Despins, N. Basset, D. Barron, and L. Song]; NPM Law [P. Linsey]; and P. Parizek and J. Barker. | 0.8 | $ 414.00 |
| Barker, James | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Initiated research into ██████ | 0.6 | $ 383.40 |
| Lomas, Adam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Extract and reconcile transfers between █████ and ██████ entities, per request from Paul Hastings [L. Song]. | 2.6 | $ 1,345.50 |
| Lomas, Adam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers with respect to ███████ | 0.3 | $ 155.25 |
| Lomas, Adam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: ███████ accounts with ████ | 0.3 | $ 155.25 |
| Parizek, Pam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas update, review ███ ███ prepare agenda (.3) and attend weekly call with A. Lomas, J. Barker and Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song) and NPM Law (P. Linsey) re: ████ ███ bank statements, ███████ (.8); continued call with N. Bassett, D. Barron and J. Barker re: ██████ records (.5). | 1.6 | $ 1,139.20 |
| Lomas, Adam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review of additional documents produced by ██████ with respect to ███ accounts. | 1.2 | $ 621.00 |
| Lomas, Adam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ███████ Bank; related analysis of certain apparent ███ payments. | 1.1 | $ 569.25 |
| Lomas, Adam | 10/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare schedule of transfers between ███████ and ██████ entities; compose related email to Paul Hastings [L. Song]. | 3.2 | $ 1,656.00 |
| Lomas, Adam | 10/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Extract and reconcile transfers between ███████ and ██████ entities, per request from Paul Hastings [L. Song]. | 0.9 | $ 465.75 |
| Tennant, Erin | 10/18/2024 | ███████ Actions | Investigations | Quality control/verification of research on ███ | 0.5 | $ 319.50 |
| Tennant, Erin | 10/21/2024 | ███████ Actions | Investigations | Quality control/verification of research on ███ | 0.5 | $ 319.50 |
| Barker, James | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Review email communications, internal meeting with P. Levenson re: ███ ███ research. | 0.5 | $ 319.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Working meeting with T. Spier re: review of various records produced by ███████ for ███████ ██████ and ████████ █████ accounts. | 0.5 | $ 258.75 |
| Lomas, Adam | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review documents produced by █████████ prepare Excel file reconciling transfers to ████████ per █████████ and ████████ records to avoidance defendant records; analysis of transaction activity in bank account per statements provided by avoidance defendant. | 3.3 | $ 1,707.75 |
| Spier, Tre | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of █████████ ████████ Inc, █████ and ████ bank account transactions; related updates to master transaction file. | 0.8 | $ 176.40 |
| Lomas, Adam | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to █████ | 0.4 | $ 207.00 |
| Levenson, Patrick | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Internal team meeting with James Barker re ███████ research | 0.3 | $ 113.40 |
| Spier, Tre | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Working meeting with A. Lomas re: review of various records produced by ████████ for ██████ ████████ and ████████ accounts. | 0.5 | $ 110.25 |
| Lomas, Adam | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of additional records produced by ███████ compose related email to NPM Law [K. Mitchell] re: additional questions and/or follow up items for ████████ | 0.5 | $ 258.75 |
| Barker, James | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct research and analysis of the █████ purchased from █████ added to ████ | 2.3 | $ 1,469.70 |
| Lomas, Adam | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Compose email to Paul Hastings [L. Song] re: █████ █████ analysis. | 0.3 | $ 155.25 |
| Lomas, Adam | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: documents pertaining to certain transfers to/from ███████ | 0.5 | $ 258.75 |
| Lomas, Adam | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: identified ████████ bank accounts. | 0.2 | $ 103.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Incorporation of ███ ███ ███ and ███ bank account transactions into master transaction file. | 0.9 | $ 465.75 |
| Spier, Tre | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ ███ Inc, ███ and ███ bank account transactions; related updates to master transaction file. | 4.1 | $ 904.05 |
| Levenson, Patrick | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted targeted research on ███ ownership. | 1.0 | $ 378.00 |
| Lomas, Adam | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of ███ accounts held at in ███ related updates to master transaction file. | 3.4 | $ 1,759.50 |
| Barker, James | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Research instruction for P.Levenson on ███ research | 0.3 | $ 191.70 |
| Lomas, Adam | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: ███ bank accounts at ███ in ███ and other investigative updates; with: Paul Hastings [L. Despins, N. Basset, D. Barron, and L. Song]; NPM Law [P. Linsey]; and P. Parizek, J. Lazarus, and | 0.3 | $ 155.25 |
| Lomas, Adam | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare summary of last known balances of ███ accounts held at ███ | 0.4 | $ 207.00 |
| Barker, James | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: ███ bank accounts at ███ and other investigative updates; with: Paul Hastings [L. Despins, N. Basset, D. Barron, and L. Song]; Neubert Pepe & Monteith [P. Linsey]; and P. Parizek, J. Lazarus, and A. Lomas. | 0.3 | $ 191.70 |
| Barker, James | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of ███ findings | 0.4 | $ 255.60 |
| Levenson, Patrick | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted targeted research on ███ ownership. | 4.0 | $ 1,512.00 |
| Lazarus, Jordan | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, P. Parizek, J. Barker, Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song), and NPM Law [P. Linsey] re: new bank records produced, workstream updates, and related matters. | 0.3 | $ 155.25 |
| Barker, James | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Coordination of ███ searches | 0.5 | $ 319.50 |
| Lomas, Adam | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare summary schedule of ███ bank account activity; compose related email to Paul Hastings [N. Bassett]. | 1.3 | $ 672.75 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of ███ accounts held at ███ related updates to master transaction file. | 1.1 | $ 569.25 |
| Parizek, Pam | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas update, review ███ prepare agenda (.2) and attend weekly call with A. Lomas, J. Barker and Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song) and NPM Law (P. Linsey) re: ███ bank account statements, ███ (.3). | 0.5 | $ 356.00 |
| Lomas, Adam | 10/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review of documents produced as part of ███ investigation; related updates to ███ transaction activity in master transaction file. | 2.4 | $ 1,242.00 |
| Parizek, Pam | 10/25/2024 | General Debtor Representation | Fee/Employment Applications | Review, provide comments on September Fee Statement (.5). Draft email to H. Claiborn re: Vaild8 transaction costs (.1). | 0.6 | $ 427.20 |
| Lomas, Adam | 10/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare summary schedule of ███ transaction activity in bank accounts held with ███ compose related email to Paul Hastings [L. Song]. | 0.6 | $ 310.50 |
| Parizek, Pam | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with Paul Hastings [L. Despins] re: ███ and ███ (.1). | 0.1 | $ 71.20 |
| Parizek, Pam | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with Paul Hastings [L. Despins] re: discreet inquiry on potential information ███ (.1), call with I. Jones re: same (.2). | 0.3 | $ 213.60 |
| Lomas, Adam | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of ███ and ███ records for ███ LLC accounts; related updates to master transaction file. | 2.7 | $ 1,397.25 |
| Lomas, Adam | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from NPM Law [P. Linsey] re: transfers related to the purchase of ███ related review of records produced by ███ and reconciliation to activity in master transaction file. | 1.8 | $ 931.50 |
| Barker, James | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Review documents/case materials potential ███ | 0.2 | $ 127.80 |
| Parizek, Pam | 10/28/2024 | General Debtor Representation | Fee/Employment Applications | Research support for costs included in Third Fee Application, update H. Claiborn re: same (.5) | 0.5 | $ 356.00 |
| Lomas, Adam | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from NPM Law [P. Linsey] re: transfers to ███ LLP. | 0.8 | $ 414.00 |
| Levenson, Patrick | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ███ research and outreach. | 1.0 | $ 378.00 |
| Lazarus, Jordan | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ███ document and financial transactions. | 0.4 | $ 207.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Barker, James | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email with D.Barron on the ████ and ████ | 0.6 | $ 383.40 |
| Lomas, Adam | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Updates to master transaction file with respect to ████ accounts (disaggregation of ██ and ████ | 0.5 | $ 258.75 |
| Levenson, Patrick | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ████ research and outreach. | 3.0 | $ 1,134.00 |
| Parizek, Pam | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Research, outreach to I. Jones re: ████ ████ (.2). | 0.2 | $ 142.40 |
| Lomas, Adam | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Updates to schedule of transfers between ████ and ████ entities; compose related email to Paul Hastings [L. Song]. | 0.9 | $ 465.75 |
| Lomas, Adam | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare summary of avoidance actions involving transfers from ████ ██ bank accounts; compose related email to NPM Law [P. Linsey] and Paul Hastings [L. Song and D. Barron]. | 1.8 | $ 931.50 |
| Lomas, Adam | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from NPM Law [P. Linsey] re: transfers to ████ LLP. | 0.3 | $ 155.25 |
| Parizek, Pam | 10/29/2024 | General Debtor Representation | Fee/Employment Applications | Draft email to H. Claiborn re: Third Fee Application, contractor costs, data preservation charges, Valid8 pricing and total expense amount  (1.0). | 1.0 | $ 712.00 |
| Barker, James | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Review documents/case materials potential ██ ██ | 0.1 | $ 63.90 |
| Lomas, Adam | 10/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [L. Song] re: ████ | 0.2 | $ 103.50 |
| Levenson, Patrick | 10/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ████ research and outreach. | 0.5 | $ 189.00 |
| Lomas, Adam | 10/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Upload of bank statements into bank statement analysis tool. | 0.4 | $ 207.00 |
| Parizek, Pam | 10/30/2024 | General Debtor Representation | Fee/Employment Applications | Review redacted Fee Statement for September (.4). | 0.4 | $ 284.80 |
| Lomas, Adam | 10/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review of additional documents produced by ████ ██ related update of inventory of Debtor-related bank accounts. | 0.5 | $ 258.75 |
| Lomas, Adam | 10/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of ████ ████ and ████ bank activity; related updates to master transaction file. | 1.0 | $ 517.50 |
| Lomas, Adam | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from NPM Law [P. Linsey] re: transfers to ████ LLP. | 0.6 | $ 310.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from NPM Law [P. Linsey] re: transfers to ████████████ LLP. | 0.6 | $ 310.50 |
| Lomas, Adam | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Discussion with J. Lazarus re: transfers to ████████ LLP and emails to/from NPM Law with respect to the related avoidance complaint. | 0.2 | $ 103.50 |
| Barker, James | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Review documents/case materials potential ducati ██████ | 0.1 | $ 63.90 |
| Lazarus, Jordan | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Phone call with A. Lomas re: ██████ ██████ avoidance transfers. | 0.2 | $ 103.50 |
| Lomas, Adam | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Incorporate ██████ and ████████ LLC bank account transactions into master transaction file. | 0.6 | $ 310.50 |
| Lomas, Adam | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare schedule of transfers with respect to various individuals and entities purportedly paying Kwok criminal trial legal fees; related transaction and document review. | 2.4 | $ 1,242.00 |
| **Total Hours and Amount:** | | | | | **154.1** | **$ 74,360.65** |