# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br>HO WAN KWOK, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, Chapter 11 Trustee,<br><br>    Plaintiff,<br>v.<br><br>DJD CREATIVE, LLC<br>    Defendant. | Adv. Proceeding |

### DEFENDANT DJD CREATIVE, LLC'S MOTION TO DISMISS COMPLAINT

As directed by the Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings (Case No. 22-50073 (JAM), ECF No. 3577) (the "Kwok Proceeding"), DJD Creative, LLC ("DJD"), by and through its undersigned attorneys, hereby files this Motion to Dismiss Complaint (the "Motion") for the reasons set forth more fully in the Memorandum of Law filed in the Kwok Proceeding substantially contemporaneously herewith. (See ECF No. 3713.)

DJD respectfully requests that the Motion be granted and that all causes of action asserted against it be dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7012, due to Plaintiff's failure to plead facts sufficient to state plausible claims for which relief can be granted and for lack of standing, and for such additional relief as the Court deems appropriate.

Dated: December 3, 2024

        Respectfully submitted,

        **THE STRONG FIRM P.C.**

        */s/ Zachary W. Doninger*_____
        **BRET STRONG**
        Texas Bar No. 00795671
        bstrong@thestrongfirm.com
        **ZACHARY W. DONINGER**
        Texas Bar No. 24129542
        SDTX Bar No. 3804761
        zdoninger@thestrongfirm.com
        Two Hughes Landing
        1790 Hughes Landing, Suite 200
        The Woodlands, Texas 77380
        Phone:  281.367.1222
        Fax:  281.210.1361

        **ATTORNEYS FOR DEFENDANT**
        **DJD CREATIVE, LLC**

## **CERTIFICATION**

    I hereby certify that on December 3, 2024, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/Zachary W. Doninger*_____
        Zachary W. Doninger