# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br>HO WAN KWOK, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, Chapter 11 Trustee,<br><br>Plaintiff,<br>v.<br><br>DJD CREATIVE, LLC<br><br>Defendant. | Adv. Proceeding |

## NOTICE OF COURT ORDER

As directed by this Court's Order Scheduling Hearing on Motions to Dismiss and Motions for Judgment on the Pleadings dated November 27, 2024 (the "Court Order") (Case No. 22-50073 (JAM), ECF No. 3857), DJD Creative, LLC ("DJD"), by and through its undersigned attorneys, hereby files this Notice of Court Order and attaches as Exhibit A the text of the Court Order, which, in relevant part, ordered as follows:

> **ORDERED**: A hearing on the Motions shall be held at 10:00 a.m. on January 15, 2025, in the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT. No requests for a continuance will be considered….

Dated: December 3, 2024

                                              Respectfully submitted,

**THE STRONG FIRM P.C.**

*/s/ Zachary W. Doninger*_____
**BRET STRONG**
Texas Bar No. 00795671
bstrong@thestrongfirm.com
**ZACHARY W. DONINGER**
Texas Bar No. 24129542
SDTX Bar No. 3804761
zdoninger@thestrongfirm.com
Two Hughes Landing
1790 Hughes Landing, Suite 200
The Woodlands, Texas 77380
Phone: 281.367.1222
Fax: 281.210.1361

**ATTORNEYS FOR DEFENDANT**
**DJD CREATIVE, LLC**

## **CERTIFICATION**

     I hereby certify that on December 3, 2024, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/Zachary W. Doninger*_____
                                              Zachary W. Doninger