**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                                                 : Chapter 11
:
HO WAN KWOK, *et al.*,                                   : Case No. 22-50073 (JAM)
:
          Debtors.[1]                                              : Jointly Administered
:
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF PRAGER DREIFUSS AG FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Prager Dreifuss AG ("Prager Dreifuss") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Swiss law counsel to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from November 1, 2024 through and including November 30, 2024 (the "Fee Period"). By this Monthly Fee Statement, Prager Dreifuss respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

services rendered during the Fee Period, in the amounts of CHF 95,021.00 and CHF 2,420.50, respectively.[3]

## SERVICES RENDERED AND EXPENSES INCURRED

1.   Attached hereto as Exhibit A is a timekeeper summary that includes the name, hours, rate, and total fees earned for each Prager Dreifuss individual who provided services during the Fee Period.

2.   Attached hereto as Exhibit B is Prager Dreifuss' fee statement for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

3.   Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific

---

[3]   In accordance with Prager Dreifuss' retention order [Docket No. 3034], (a) Prager Dreifuss is authorized to charge a flat fee for disbursements in an amount equal to 2% of the total fees charged and (b) Prager Dreifuss is authorized to invoice its fees and expenses in Swiss Francs (CHF) and to have such fees and expenses paid in Swiss Francs (CHF), subject to the terms of the Interim Compensation Order.

Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Prager Dreifuss (Attn: Daniel Hayek (daniel.hayek@prager-dreifuss.com) and (ii) the Notice Parties by email no later than **December 26, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Prager Dreifuss 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: December 5, 2024

By: */s/ Daniel Hayek*
Daniel Hayek
PRAGER DREIFUSS AG
Mühlebachstrasse 6
CH-8008 Zürich

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated:   December 5, 2024
         New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate CHF | Amount CHF |
|---|---:|---:|---:|
| Hayek, Daniel | 13.7 | 750.00 | 10,275.00 |
| Jany, Oliver | 174.85 | 375.00 | 65,568.75 |
| Jegher, Gion | 25.50 | 650.00 | 16,757.00 |
| Meili, Mark | 16.90 | 550.00 | 99,295.00 |
| Sangiorgio, Shannon | 97.50 | 175.00 | 17,062.50 |
| **TOTAL** | **262.10** | | **118,776.25** |

## Exhibit B

**Fee Statement**



Paul Hastings LLP
Mr. Luc Despins
200 Park Avenue
New York
NY 10166
United States of America

December 3, 2024

### Invoice no. 201334-24-18

Fees for services rendered between November 1, 2024 and November 30, 2024 in the matter of Ho Wan Kwok, as per the attached details.

| | | | |
|---|---|---|---:|
| Legal Fees | | CHF | 118'776.25 |
| Expenses | | CHF | 45.00 |
| Disbursements 2% (in lieu of itemized minor disbursements) | | CHF | 2'375.50 |
| | | CHF | 121'196.75 |
| VAT 0% none from | CHF 45.00 | CHF | 0.00 |
| VAT 0% export from | CHF 121'151.75 | CHF | 0.00 |
| **Total** | | **CHF** | **121'196.75** |

| | | | |
|---|---|---|---|
| Terms of payment | 30 days net | VAT No. | CHE-115.724.136 MWST |

Please arrange for payment **under reference of the above invoice number** to our following account:

Zürcher Kantonalbank, 8001 Zürich

| | |
|---|---|
| IBAN | CH67 0070 0114 8037 7648 0 |
| BIC/SWIFT | ZKBKCHZZ80A |

Prager Dreifuss AG • Zürich, Bern, Brüssel • www.prager-dreifuss.com

Bellerivestrasse 201, CH-8008 Zürich    Schweizerhof-Passage 7, CH-3001 Bern    Avenue Louise 235, B-1050 Bruxelles
T +41 44 254 55 55, F +41 44 254 55 99    T +41 31 327 54 54, F +41 31 327 54 99    T +32 2 537 09 49, F +32 2 537 21 16

## Details of invoice no. 201334-24-18

Invoice period: November 1, 2024 – November 30, 2024

## Legal Fees

| Date | Service | Name | VAT | Hours |
|---|---|---|---|---|
| 01.11.2024 | Draft: 2nd. RFI to ▮ | OJY | 0.00% | 0.60 |
| 01.11.2024 | Draft: RFI to ▮ | OJY | 0.00% | 3.95 |
| 01.11.2024 | Draft: Additional questions ▮ | OJY | 0.00% | 2.25 |
| 01.11.2024 | Draft: Letter ▮ | OJY | 0.00% | 0.65 |
| 01.11.2024 | Conf. OJY re: different requests to ▮ and feedback | HA | 0.00% | 0.50 |
| 01.11.2024 | rev. answer ▮ to information request | MMA | 0.00% | 0.20 |
| 01.11.2024 | rev. letter ▮ | MMA | 0.00% | 0.20 |
| 01.11.2024 | rev. e-mails Luc | HA | 0.00% | 0.20 |
| 01.11.2024 | Draft: RFI to ▮ re ▮ | OJY | 0.00% | 2.30 |
| 01.11.2024 | rev. draft additional letter to ▮ | MMA | 0.00% | 0.20 |
| 01.11.2024 | rev. draft information request ▮ | MMA | 0.00% | 0.30 |
| 01.11.2024 | Handle ▮ | HA | 0.00% | 0.20 |
| 01.11.2024 | rev. and comment letters to ▮ und ▮ | HA | 0.00% | 0.20 |
| 04.11.2024 | Draft: RFIs to ▮ and 2. RFI to ▮ | OJY | 0.00% | 1.00 |
| 04.11.2024 | Draft: ▮ RFI re ▮ | OJY | 0.00% | 5.65 |
| 04.11.2024 | final review ▮ letter | MMA | 0.00% | 0.60 |
| 04.11.2024 | rev. and comment Lt. ▮ | HA | 0.00% | 0.40 |
| 04.11.2024 | rev. and comment Lt. to ▮ | HA | 0.00% | 0.70 |
| 04.11.2024 | Call: ▮ | OJY | 0.00% | 0.20 |
| 04.11.2024 | conf HA/OJY re ▮ | MMA | 0.00% | 0.30 |
| 04.11.2024 | call ▮ | MMA | 0.00% | 0.10 |
| 04.11.2024 | conf OJY re status of workstreams | MMA | 0.00% | 0.10 |
| 04.11.2024 | Draft: ▮ legal basis | OJY | 0.00% | 1.15 |
| 05.11.2024 | Draft: ▮ second RFI re ▮ | OJY | 0.00% | 3.25 |
| 05.11.2024 | Handle ▮ | HA | 0.00% | 0.50 |
| 05.11.2024 | Call ▮ | HA | 0.00% | 0.70 |
| 05.11.2024 | Call ▮ | MMA | 0.00% | 0.70 |
| 05.11.2024 | Call: ▮ | OJY | 0.00% | 0.70 |
| 05.11.2024 | Draft: legal basis ▮ | OJY | 0.00% | 2.80 |
| 05.11.2024 | rev. information request ▮ re ▮ | MMA | 0.00% | 0.80 |
| 05.11.2024 | Email: re second RFI and Update | OJY | 0.00% | 0.35 |
| 05.11.2024 | Research: re ▮ | OJY | 0.00% | 2.45 |

1

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 06.11.2024 | amend draft letter to ▮ | MMA | 0.00% | 0.40 |
| 06.11.2024 | call Alex re letter to ▮ | MMA | 0.00% | 0.20 |
| 06.11.2024 | conf OJY re letter to ▮ | MMA | 0.00% | 0.10 |
| 07.11.2024 | Draft: translation RFI ▮ re ▮ | OJY | 0.00% | 3.45 |
| 07.11.2024 | Draft: additional letter to ▮ | OJY | 0.00% | 3.35 |
| 07.11.2024 | Draft: Memo follow-up questions | OJY | 0.00% | 2.20 |
| 07.11.2024 | rev. letter to ▮ | MMA | 0.00% | 0.50 |
| 07.11.2024 | Call: with Alex | OJY | 0.00% | 0.25 |
| 08.11.2024 | Draft: letter to ▮ and ▮ | OJY | 0.00% | 2.20 |
| 08.11.2024 | Draft: Memo Follow-up questions | OJY | 0.00% | 5.75 |
| 09.11.2024 | Draft : Memo re additional questions | OJY | 0.00% | 6.10 |
| 09.11.2024 | review email OJY | GJ | 0.00% | 0.50 |
| 09.11.2024 | legal research regarding ▮ | GJ | 0.00% | 1.80 |
| 09.11.2024 | email to OJY | GJ | 0.00% | 0.20 |
| 11.11.2024 | Research reg. ▮ | SSA | 0.00% | 4.80 |
| 11.11.2024 | Drafte Memo re follow up | OJY | 0.00% | 4.55 |
| 11.11.2024 | Draft re ▮ | OJY | 0.00% | 4.75 |
| 11.11.2024 | rev. letter ▮ re additional information request | MMA | 0.00% | 0.25 |
| 11.11.2024 | Conf. OJY re: memo and return from ▮ etc. | HA | 0.00% | 0.50 |
| 12.11.2024 | Research reg. ▮ | SSA | 0.00% | 2.60 |
| 12.11.2024 | Research: additional ▮ Documents | OJY | 0.00% | 4.00 |
| 12.11.2024 | rev. draft information request to ▮ | MMA | 0.00% | 0.40 |
| 12.11.2024 | Meeting with HA and OJY reg. ▮ | SSA | 0.00% | 1.00 |
| 12.11.2024 | Revision of RFI to ▮ | SSA | 0.00% | 1.15 |
| 12.11.2024 | Draft: RFI to ▮ | OJY | 0.00% | 3.20 |
| 12.11.2024 | rev. additional information ▮ | MMA | 0.00% | 0.40 |
| 12.11.2024 | Emails: to PH | OJY | 0.00% | 0.50 |
| 12.11.2024 | Research: ▮ | OJY | 0.00% | 1.15 |
| 12.11.2024 | Call Luc Despins | HA | 0.00% | 0.50 |
| 12.11.2024 | rev. draf letter to ▮ | HA | 0.00% | 1.00 |
| 12.11.2024 | conf HA/LCH/OYA/SSA re ▮ | MMA | 0.00% | 0.50 |
| 12.11.2024 | Call with HA, GJ, MMA and OJY reg. ▮ | SSA | 0.00% | 0.50 |
| 12.11.2024 | Call with HA, MMA, OJY and SSA re ▮ | GJ | 0.00% | 0.50 |
| 13.11.2024 | rev. information request to ▮ | MMA | 0.00% | 0.40 |
| 13.11.2024 | Research reg. ▮ | SSA | 0.00% | 7.20 |
| 13.11.2024 | Draft RFI re ▮ | OJY | 0.00% | 2.85 |
| 13.11.2024 | Reserach re ▮ | OJY | 0.00% | 1.35 |
| 13.11.2024 | Call with OJY reg. ▮ | SSA | 0.00% | 0.45 |

2

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 13.11.2024 | Doc. Review re ▮ | OJY | 0.00% | 0.70 |
| 13.11.2024 | Draft 3rd RFI to ▮ | OJY | 0.00% | 2.40 |
| 13.11.2024 | conf OJA re additional request ▮ | MMA | 0.00% | 0.10 |
| 13.11.2024 | conf OJA re status ▮ | MMA | 0.00% | 0.10 |
| 13.11.2024 | rev. final letter to ▮ | MMA | 0.00% | 0.40 |
| 13.11.2024 | rev. Letter to ▮ | HA | 0.00% | 0.50 |
| 13.11.2024 | rev. E-Mails Oli re ▮ | HA | 0.00% | 0.20 |
| 14.11.2024 | Research reg. ▮ | SSA | 0.00% | 8.40 |
| 14.11.2024 | Review: Documents | OJY | 0.00% | 1.25 |
| 14.11.2024 | Draft: 3rd RFI to ▮ | OJY | 0.00% | 1.95 |
| 14.11.2024 | conf HA re ▮ | MMA | 0.00% | 0.50 |
| 14.11.2024 | conf OJA re ▮ letter | MMA | 0.00% | 0.50 |
| 14.11.2024 | Emails Luc re ▮ letter | MMA | 0.00% | 0.25 |
| 14.11.2024 | rev. ▮ letter | MMA | 0.00% | 0.20 |
| 14.11.2024 | conf OJA re status ▮ | MMA | 0.00% | 0.10 |
| 14.11.2024 | conf OJA re status ▮ | MMA | 0.00% | 0.10 |
| 15.11.2024 | Research reg. ▮ | SSA | 0.00% | 10.15 |
| 15.11.2024 | Draft: Letter ▮ | OJY | 0.00% | 1.45 |
| 15.11.2024 | Draft: Letter ▮ | OJY | 0.00% | 5.50 |
| 15.11.2024 | rev. final letter to ▮ | MMA | 0.00% | 0.10 |
| 15.11.2024 | rev. final letter to ▮ | MMA | 0.00% | 0.10 |
| 15.11.2024 | email Alex re follow-up to ▮ | MMA | 0.00% | 0.10 |
| 15.11.2024 | conf HA/GJ/OJA re ▮ | MMA | 0.00% | 0.40 |
| 15.11.2024 | legal research regarding ▮ | GJ | 0.00% | 4.00 |
| 15.11.2024 | Research: ▮ | OJY | 0.00% | 0.55 |
| 15.11.2024 | Research reg. ▮ | SSA | 0.00% | 0.15 |
| 15.11.2024 | Review Documents | OJY | 0.00% | 1.55 |
| 15.11.2024 | rev. follow-up request ▮ | MMA | 0.00% | 0.30 |
| 15.11.2024 | rev. memo re ▮ | MMA | 0.00% | 0.70 |
| 15.11.2024 | conf OJA/SSA re ▮ | MMA | 0.00% | 0.25 |
| 15.11.2024 | call OJY | GJ | 0.00% | 0.40 |
| 15.11.2024 | call HA, MME and OJY | GJ | 0.00% | 0.40 |
| 15.11.2024 | email to Luc Despins | GJ | 0.00% | 0.20 |
| 18.11.2024 | Research reg. ▮ | SSA | 0.00% | 7.35 |

3

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 18.11.2024 | Discussion re ▓ | OJY | 0.00% | 2.35 |
| 18.11.2024 | Research re ▓ | OJY | 0.00% | 5.40 |
| 18.11.2024 | rev. final version follow-up letter ▓ | MMA | 0.00% | 0.25 |
| 18.11.2024 | Draft: Letter to ▓ | OJY | 0.00% | 0.70 |
| 18.11.2024 | Conf. GJ and Team re: ▓ | HA | 0.00% | 1.70 |
| 18.11.2024 | Request ▓ | OJY | 0.00% | 0.35 |
| 19.11.2024 | Research reg. ▓ | SSA | 0.00% | 3.55 |
| 19.11.2024 | Research: re ▓ | OJY | 0.00% | 7.65 |
| 19.11.2024 | Draft: letter to ▓ | OJY | 0.00% | 1.40 |
| 19.11.2024 | rev. letter ▓ | MMA | 0.00% | 0.20 |
| 19.11.2024 | ref. draft follow-up ▓ | MMA | 0.00% | 0.25 |
| 19.11.2024 | call Alex Bongartz re ▓ | MMA | 0.00% | 0.20 |
| 19.11.2024 | Revision of memo on ▓ | SSA | 0.00% | 5.00 |
| 20.11.2024 | Revision of memo on ▓ | SSA | 0.00% | 4.50 |
| 20.11.2024 | Draft: Memo re ▓ | OJY | 0.00% | 6.20 |
| 20.11.2024 | Draft: Additional RFI re ▓ | OJY | 0.00% | 1.45 |
| 20.11.2024 | Call ▓ | OJY | 0.00% | 0.30 |
| 20.11.2024 | rev. letter ▓ | MMA | 0.00% | 0.20 |
| 20.11.2024 | Conf. OJY | HA | 0.00% | 0.40 |
| 20.11.2024 | Draft Letter re ▓ | OJY | 0.00% | 1.35 |
| 20.11.2024 | rev. follow-up ▓ | MMA | 0.00% | 0.50 |
| 20.11.2024 | email Alex re ▓ | MMA | 0.00% | 0.25 |
| 20.11.2024 | rev. draft response letter ▓ | MMA | 0.00% | 0.20 |
| 20.11.2024 | rev. memo ▓ | HA | 0.00% | 1.00 |
| 20.11.2024 | rev. emails Alex re response letters | MMA | 0.00% | 0.20 |
| 20.11.2024 | Tel. ▓ | HA | 0.00% | 0.30 |
| 21.11.2024 | Draft ▓ and ▓ letters inc. translation | OJY | 0.00% | 7.00 |
| 21.11.2024 | conf OJY re status information requests | MMA | 0.00% | 0.30 |
| 21.11.2024 | conf OJY re ▓ | MMA | 0.00% | 0.20 |
| 21.11.2024 | email Alex re ▓ | MMA | 0.00% | 0.10 |
| 21.11.2024 | email Alex re ▓ | MMA | 0.00% | 0.10 |
| 22.11.2024 | Draft Letters to ▓ and ▓ | OJY | 0.00% | 4.80 |
| 22.11.2024 | conf HA/OJY re status of ▓ | MMA | 0.00% | 0.30 |
| 22.11.2024 | email Alex re ▓ letter | MMA | 0.00% | 0.10 |
| 22.11.2024 | rev. response letter ▓ | MMA | 0.00% | 0.20 |
| 25.11.2024 | Revision of memo on ▓ | SSA | 0.00% | 7.40 |
| 25.11.2024 | Draft: Letters to ▓ and ▓ | OJY | 0.00% | 4.85 |
| 25.11.2024 | Response from ▓ | OJY | 0.00% | 0.10 |
| 25.11.2024 | Research and Draft ▓ | OJY | 0.00% | 4.00 |
| 25.11.2024 | rev. letter by attorney retained by ▓ | MMA | 0.00% | 0.20 |

4

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 25.11.2024 | rev. final information request to ▬ | MMA | 0.00% | 0.20 |
| 25.11.2024 | rev. additional documents provided by ▬ | MMA | 0.00% | 0.20 |
| 25.11.2024 | rev. amended information request to ▬ | MMA | 0.00% | 0.30 |
| 25.11.2024 | Call ▬ | MMA | 0.00% | 0.20 |
| 25.11.2024 | email Luc and Alex re new information obtained | MMA | 0.00% | 0.20 |
| 25.11.2024 | call with OJA regarding ▬ | GJ | 0.00% | 0.50 |
| 25.11.2024 | rev. ▬ letter | HA | 0.00% | 0.70 |
| 25.11.2024 | Conf. OJY re: change letter | HA | 0.00% | 0.30 |
| 25.11.2024 | E-Mail Alex re. change letter | HA | 0.00% | 0.50 |
| 26.11.2024 | Revision of memo on ▬ | SSA | 0.00% | 8.70 |
| 26.11.2024 | Draft: Finalized letter to ▬ | OJY | 0.00% | 1.00 |
| 26.11.2024 | Draft: ▬ | OJY | 0.00% | 6.65 |
| 26.11.2024 | rev. and sign letter ▬ | HA | 0.00% | 0.50 |
| 26.11.2024 | rev. final version information request to ▬ | MMA | 0.00% | 0.30 |
| 26.11.2024 | rev. draft memo ▬ | HA | 0.00% | 0.90 |
| 26.11.2024 | Draft: Letter to ▬ | OJY | 0.00% | 1.00 |
| 26.11.2024 | conf OJY re letter to ▬ | GJ | 0.00% | 0.10 |
| 26.11.2024 | conf OJY re addition letter to ▬ | MMA | 0.00% | 0.10 |
| 26.11.2024 | review memorandum regarding ▬ | GJ | 0.00% | 1.90 |
| 26.11.2024 | legal research re ▬ | GJ | 0.00% | 2.00 |
| 27.11.2024 | Revision of memo on ▬ | SSA | 0.00% | 8.85 |
| 27.11.2024 | Draft: Letter to ▬ | OJY | 0.00% | 0.30 |
| 27.11.2024 | Draft: ▬ | OJY | 0.00% | 8.90 |
| 27.11.2024 | Email to ▬ | OJY | 0.00% | 0.30 |
| 27.11.2024 | rev. letter ▬ | MMA | 0.00% | 0.10 |
| 27.11.2024 | conf HA/OJY re letter ▬ | MMA | 0.00% | 0.20 |
| 27.11.2024 | rev. letter. conf. OJY | HA | 0.00% | 0.50 |
| 27.11.2024 | rev. lt ▬ | HA | 0.00% | 0.30 |
| 27.11.2024 | E-Mail to Luc ▬ | HA | 0.00% | 0.50 |
| 27.11.2024 | review draft ▬ | GJ | 0.00% | 1.00 |
| 27.11.2024 | legal research re ▬ | GJ | 0.00% | 1.00 |
| 27.11.2024 | mark-up draft ▬ | GJ | 0.00% | 1.00 |
| 27.11.2024 | various conf with OJY | GJ | 0.00% | 0.50 |
| 28.11.2024 | Revision of memo on ▬ | SSA | 0.00% | 7.50 |
| 28.11.2024 | Draft ▬ | OJY | 0.00% | 5.90 |
| 28.11.2024 | Letter to ▬ | OJY | 0.00% | 0.60 |
| 28.11.2024 | telephone with OJY regarding ▬ | GJ | 0.00% | 0.50 |
| 28.11.2024 | rev. follow-up letter ▬ | MMA | 0.00% | 0.30 |
| 29.11.2024 | Revision of memo on ▬ | SSA | 0.00% | 8.25 |

5

| 29.11.2024 | Document review | | OJY | 0.00% | 0.70 |
|---|---|---|---|---|---|
| 29.11.2024 | Research re ▮ | | OJY | 0.00% | 2.05 |
| 29.11.2024 | Draft: ▮ | | OJY | 0.00% | 5.95 |
| 29.11.2024 | Follow-up letter to ▮ | | MMA | 0.00% | 0.20 |
| 29.11.2024 | work on ▮ | | GJ | 0.00% | 1.50 |
| 29.11.2024 | legal research re ▮ | | GJ | 0.00% | 3.00 |
| 29.11.2024 | conf OJY | | GJ | 0.00% | 0.50 |
| 30.11.2024 | Draft re ▮ | | OJY | 0.00% | 0.75 |
| 30.11.2024 | Draft: ▮ | | OJY | 0.00% | 4.55 |
| 30.11.2024 | work on draft ▮ | | GJ | 0.00% | 3.50 |
| 30.11.2024 | conf with OJY re ▮ | | GJ | 0.00% | 0.50 |
| **Total excl. VAT** | | | | | **328.45** |

## Expenses

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 19.11.2024 | Invoice ▮ | 0.00% | 45.00 |
| 03.12.2024 | Disbursements | 0.00% | 2'375.50 |
| **Total excl. VAT** | | | **2'420.50** |

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 13.70 | 750.00 | 10'275.00 |
| Jany, Oliver | 174.85 | 375.00 | 65'568.75 |
| Jegher, Gion | 25.50 | 650.00 | 16'575.00 |
| Meili, Mark | 16.90 | 550.00 | 9'295.00 |
| Sangiorgio, Shannon | 97.50 | 175.00 | 17'062.50 |
| | 328.45 | 361.65 | 118'776.25 |

6