**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, : Case No. 22-50073 (JAM)
:
Debtor. :
:
---------------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S MOTION TO APPEAR**
**REMOTELY FOR DECEMBER 10, 2024 HEARINGS**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") appointed in the above-captioned chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok, respectfully moves (this "Motion") the Court for permission to appear remotely at the December 10, 2024 hearings scheduled in the Chapter 11 Case and the related adversary proceedings: *Luc A. Despins, Chapter 11 Trustee v. Taurus Fund LLC,* et al. (Adv. Proc. No. 23-05017) (the "Taurus Action"); *Luc A. Despins, Chapter 11 Trustee v. Lamp Capital LLC,* et al. (Adv. Proc. No. 23-05023) (the "Lamp Action"); and *Luc A. Despins, Chapter 11 Trustee v. Wildes & Weinberg, P.C.* (Adv. Proc. No. 24-05187) (the "W&W Action" and, together with the Taurus Action and the Lamp Action, collectively, the "Adversary Proceedings"). In support of the Motion, the Trustee respectfully states as follows:

1. The following matters are scheduled to be heard at 1 p.m. on December 10, 2024, in the Chapter 11 Case and/or the related Adversary Proceedings:

    a. In the Chapter 11 Case, the Trustee's application to employ Peter Shaw as Barrister in the United Kingdom [ECF No. 3849];

-2-

      b.      In the Lamp Action, the Trustee's motion for summary judgment as to Hudson Diamond NY LLC and Leading Shine NY Ltd. [Lamp Action ECF No. 97] (the "HDNY/LSNY Summary Judgment Motion");

      c.      In the Chapter 11 Case and the Taurus Action, an application to employ Compass New Jersey, LLC as real estate broker for the sale of the Mahwah Mansion (as defined in the application) [ECF No. 3855] [Taurus Action ECF No. 154]; and

      d.      In the Chapter 11 Case and the W&W Action, a motion to approve the Trustee's settlement with Wildes & Weinberg, P.C. [ECF No. 3559] [W&W Action ECF No. 14].

2.      The Trustee respectfully requests permission to attend these hearings via Zoom, because he will be out of the country on December 10, 2024.

3.      Undersigned counsel as well as Nicholas A. Bassett, counsel to the Trustee, will attend these hearings in person and Attorney Bassett will present argument in support of the HDNY/LSNY Summary Judgment Motion.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

-3-

WHEREFORE, the Trustee respectfully requests permission to appear remotely before this Court on December 10, 2024.

Dated: December 9, 2024         LUC A. DESPINS,
New Haven, Connecticut       CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                           :    Chapter 11
                                                 :
HO WAN KWOK, *et al.*,[1]                        :    Case No. 22-50073 (JAM)
                                                 :
Debtors.                                         :    (Jointly Administered)
                                                 :
------------------------------------------------------x

**[PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO APPEAR
REMOTELY FOR DECEMBER 10, 2024 HEARINGS**

Upon the motion (the "Motion") of Luc A. Despins, as Chapter 11 Trustee (the "Trustee") appointed in the Chapter 11 Case[2] of Ho Wan Kwok, for permission to participate remotely at the hearings scheduled for December 10, 2024, at 1 p.m., in the Chapter 11 Case and the related Adversary Proceedings, sufficient notice having been provided, and good cause appearing therefore, it is hereby

1.     ORDERED that the Motion is granted as set forth herein; and it is further

2.     ORDERED that the Trustee may participate in the hearings scheduled for December 10, 2024, at 1 p.m., via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the ZoomGov remote conference by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   Capitalized terms not defined in this Order adopt the definitions as set forth in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| HO WAN KWOK, | : | CASE NO. 22-50073 (JAM) |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof, the foregoing was filed electronically in the Chapter 11 Case and the Adversary Proceedings, and that notice of this filing will be sent by e-mail to all parties appearing in the Chapter 11 Case and Adversary Proceedings that are eligible to receive electronic notice by operation of the Court's electronic filing system.

Dated:  December 9, 2024  LUC A. DESPINS,
New Haven, Connecticut  CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com