AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Patrick R. Linsey | 2. PHONE NUMBER<br>(203) 781-2847 | 3. DATE<br>12/10/2024 |
| 4. DELIVERY ADDRESS OR EMAIL<br>plinsey@npmlaw.com | 5. CITY<br>New Haven | 6. STATE CT  7. ZIP CODE 06510 |
| 8. CASE NUMBER 22-50073 | 9. JUDGE Hon. Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 12/10/2024  11. TO 12/10/2024 |
| 12. CASE NAME<br>Ho Wan Kwok and Genever Holdings LLC | | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport  14. STATE CT |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)<br>All proceedings | 12/10/2024 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☒ | NO. OF COPIES 1 | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL  0.00

18. SIGNATURE
/s/ Patrick R. Linsey

PROCESSED BY  Lorenzo M. Whitmore

19. DATE
12/10/2024

PHONE NUMBER  203-579-5808

TRANSCRIPT TO BE PREPARED BY
Reliable

COURT ADDRESS
915 Lafayette Blvd.
Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday December 10 2024

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** #3849; Application to Employ Peter Shaw as Barrister in United Kingdom Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** #3559; Sealed Motion to Compromise Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 24-05187 | Despins v. Wildes & Weinberg, P.C. |

**Matter:** #14; Sealed Motion to Compromise Filed by Patrick R. Linsey on behalf of Luc A. Despins, Plaintiff

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** #3855; Application to Employ (Compass New Jersey, LLC) as Real Property Broker for Sale of Mahwah Mansion Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee

| 01:00 PM | 23-05017 | Despins et al v. Taurus Fund LLC et al |

**Matter:** **#154; Application of Trustee, Pursuant to Bankruptcy Code Sections 327(a), 328, and 363(b), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, for entry of Order (i) Authorizing Employment and Retention of Real Property Broker for Sale of Mahwah Mansion and (ii) for Related Relief Filed by Luc A. Despins on behalf of Luc A. Despins, Plaintiff**

| 01:00 PM | 23-05023 | Despins, Luc A., Chapter 11 Trustee v. Lamp Capital LLC et al |

**Matter:** **#97; Motion For Summary Judgment Filed by Patrick R. Linsey on behalf of Despins, Luc A., Chapter 11 Trustee, Plaintiff**

# Attorneys that appeared at the December 10, 2024 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Douglass E. Barron**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604

**Michael T. Conway**
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
Fifth Floor
New York, NY 10017

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511