Filed: USBC - District of Connecticut
Ho Wan Kwok, et al.                (COR)
22-50073 (JAM)
HTT
0000000109

July 20, 2024

FILED
2024 JUL 25 P 12: 22
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

Nuoxi Liu
9086 Rally Spring Loop
Wesley Chapel, FL 33545
starstarcynthia@gmail.com

To:
Clerk of Court
United States Bankruptcy Court for the District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

## Update to Withdrawal of Claim

Please be advised and please correct an error that was made on a Withdrawal of Claim form that was mailed to the court. The Claim number included on the form was incorrect. Please find the corrected information below.

Debtor Name and Case Number: Ho Wan Kwok, et al. Case 22-50073

Creditor Name: Nuoxi Liu

*** Court Claim Number: 227

Thank you for your attention in this matter.

By: _____
Nuoxi Liu

**UNITED STATES POSTAL SERVICE**

d delivery date specified
shipments include $100
acking® service included
nternational insurance.**
ed internationally, a cust
es not cover certain items. For
il Manual at *http://pe.usps.com*
tional Mail Manual at *http://pe.*

**RATE ENVE**
E ■ ANY WEIGHT

KED ■ INSU


00001000014

US POSTAGE IMI R2305P151039   2000368763
$14.40
CPU
PRFL
07/22/24   Mailed from: 33543   028W2311066

**P   PRIORITY MAIL®**

0 Lb 2.00 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 07/25/24

SHIP TO:
915 LAFAYETTE BLVD
BRIDGEPORT CT 06604-4706
[C025]

**USPS SIGNATURE® TRACKING #**

9510 8270 9197 4204 1290 68

OD: 12 1/2 x 9 1/2   POUCH

**UNITED STATES POSTAL SERVICE®**  |  **PRIORITY MAIL®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Xianhong Zhang
9086 Rally Spring Loop
Wesley Chapel, FL 33545

TO: Clerk of Court
United States Bankruptcy Court
District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

Label 228, December 2023   FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

```
US POSTAGE IMI R2305P151039    2000368763
$14.40
CPU
PRFL
07/22/24   Mailed from: 33543   028W2311066
```

**PRIORITY MAIL®**

0 Lb 2.00 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 07/25/24

SHIP TO:
915 LAFAYETTE BLVD
BRIDGEPORT CT 06604-4706

C025

USPS SIGNATURE® TRACKING #



9510 8270 9197 4204 1290 68

OD: 12 1/2 x 9 1/2

PAPER POUCH

---

**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Xianhong Zhang
9086 Rally Spring Loop
Wesley Chapel, FL 33545

**TO:** Clerk of Court
United States Bankruptcy Court
District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

Hasler
08/01/2024
US POSTAGE $03.71
FIRST-CLASS MAIL
ZIP 06604
011D12810739

RECEIVED
AUG 05 2024
LEGAL SERVICES

**Ho Wan Kwok, et al. Claims Processing Center**
**c/o Epic Corporate Restructuring, LLC**
**P O Box 4419**
**Beaverton, OR 97076-4419**

COPY
Document Control