Filed: USBC - District of Connecticut
Ho Wan Kwok, et al.    (COR)
22-50073 (JAM)
HTT
0000000110

July 20, 2024

Xianhong Zhang
9086 Rally Spring Loop
Wesley Chapel, FL 33545
Jc520@protonmail.com

To:
Clerk of Court
United States Bankruptcy Court for the District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

## Update to Withdrawal of Claim

Please be advised and please correct an error that was made on a Withdrawal of Claim form that was mailed to the court. The Claim number included on the form was incorrect. Please find the corrected information below.

Debtor Name and Case Number: Ho Wan Kwok, et al. Case 22-50073

Creditor Name: Xianhong Zhang

\*\*\* Court Claim Number: 231

Thank you for your attention in this matter.

By: _Xianhong Zhang_

Xianhong Zhang

COPY

US POSTAGE IMI R2305P151039 2000368763
$14.40
CPU
PRFL
07/22/24  Mailed from: 33543  028W2311066

**PRIORITY MAIL®**

0 Lb 2.00 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 07/25/24

SHIP TO:
915 LAFAYETTE BLVD
BRIDGEPORT CT 06604-4706

C025

USPS SIGNATURE® TRACKING #.

9510 8270 9197 4204 1290 68

OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE®**

FROM:
Xianhong Zhang
9086 Rally Spring Loop
Wesley Chapel, FL 33545

TO: Clerk of Court
United States Bankr
District of Connecticu
Brien McMahon Fe
915 Lafayette Bo
Bridgeport, CT 0

Label 228, December 2023    FOR DOMESTIC AND

**COPY**

UNITED ST[ATES]
POSTAL SER[VICE]

Document Control

...delivery date specified
...shipments include $100
...cking® service included
...ternational insurance.**
...d internationally, a cust[oms]
...s not cover certain items. For
...Manual at http://pe.usps.com.
...ional Mail Manual at http://pe.[usps.com]

RATE ENVE[LOPE]
■ ANY WEIGHT

[TRAC]KED ■ INSU[RED]


0001000014

OD: 12 1/2 x 9 1/2

---

US POSTAGE IMI R2305P151039  2000368763
$14.40
CPU
PRFL
07/22/24   Mailed from: 33543   028W2311066

**PRIORITY MAIL®**

0 Lb 2.00 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 07/25/24

SHIP TO:
915 LAFAYETTE BLVD
BRIDGEPORT CT 06604-4706

C025

USPS SIGNATURE® TRACKING #



9510 8270 9197 4204 1290 68


POUCH

---

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


X-RAY SCREEN COMPLETE

**FROM:**
Xianhong Zhang
9086 Rally Spring Loop
Wesley Chapel, FL 33545

**TO:** Clerk of Court
United States Bankruptcy Court
District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

Label 228, December 2023   FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

Hasler
08/01/2024
US POSTAGE $03.71⁰
FIRST-CLASS MAIL
ZIP 06604
011D12810739

RECEIVED
AUG 05 2024
LEGAL SERVICES

**Ho Wan Kwok, et al. Claims Processing Center**
**c/o Epic Corporate Restructuring, LLC**
**P O Box 4419**
**Beaverton, OR 97076-4419**



COPY
Document Control