**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                            :

In re:                         :    Chapter 11
                             :

HO WAN KWOK, *et al.*,        :    Case No. 22-50073 (JAM)
                             :

        Debtors.[1]         :    Jointly Administered
                             :

-------------------------------------------------------x

**APPLICATION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER, PURSUANT
TO BANKRUPTCY CODE SECTIONS 327(e) AND 330, BANKRUPTCY RULES 2014
AND 2016, AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING
AND APPROVING RETENTION AND EMPLOYMENT OF
KOBRE & KIM (GCC) LLP AS SPECIAL COUNSEL IN
<u>UNITED ARAB EMIRATES</u>**

      Mr. Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "<u>Chapter 11 Trustee</u>")

appointed in the above-captioned chapter 11 case (the "<u>Chapter 11 Case</u>") of Ho Wan Kwok (the

"<u>Debtor</u>"), pursuant to sections 327(e) and 330 of Title 11 of the United States Code (the

"<u>Bankruptcy Code</u>"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the

"<u>Bankruptcy Rules</u>"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Procedure

(the "<u>Local Bankruptcy Rules</u>") for the United States Bankruptcy Court for the District of

Connecticut (the "<u>Court</u>"), files this application (the "<u>Application</u>") requesting entry of an order,

substantially in the form attached hereto as **<u>Exhibit A</u>** (the "<u>Proposed Order</u>"), authorizing his

employment of Kobre & Kim (GCC) LLP ("<u>Kobre & Kim</u>"), as special counsel in the United

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Arab Emirates (the "UAE"), on the terms set forth in the engagement letter attached hereto as **Exhibit B** (the "Engagement Letter"). In support of this Application, the Chapter 11 Trustee submits the *Declaration of Paul Hughes in Support of Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327(e) and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Kobre & Kim (GCC) LLP as Special Counsel in United Arab Emirates* (the "Hughes Declaration"), attached as **Exhibit C**, which is incorporated herein by reference. In further support of this Application, the Chapter 11 Trustee states the following:

## RELIEF REQUESTED

1. By this Application, the Chapter 11 Trustee seeks entry of an order, substantially in the form of the proposed order filed herewith (the "Proposed Order"), authorizing and approving the retention and employment of Kobre & Kim as the Chapter 11 Trustee's special counsel in the UAE, effective as of November 13, 2024, to assist the Trustee in his efforts to recover assets of the Debtor's estate potentially located in the UAE.

2. The Chapter 11 Trustee selected Kobre & Kim as his special counsel based on Kobre & Kim's familiarity with financial investigations, insolvency law, commercial litigation and financial disputes under UAE law.

## JURISDICTION, VENUE, AND STATUTORY BASES

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut. This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

4. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      The statutory bases for the relief requested herein are sections 327(e) and 330 of the Bankruptcy Code, and, to the extent applicable, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1.

## BACKGROUND

6.      On February 15, 2022 (the "Petition Date"), the Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

7.      On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in the Debtor's Chapter 11 Case.

8.      On June 15, 2022, the Court entered a memorandum of decision and order [Docket No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Chapter 11 Case.  Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Chapter 11 Trustee [Docket No. 514].

9.      On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Chapter 11 Trustee in the Chapter 11 Case [Docket No. 523].

## KOBRE & KIM'S QUALIFICATIONS

10.      Kobre & Kim is a law firm that focuses on financial investigations and international disputes.  It has offices across the globe, including in Dubai at Office 27-01, Level 27, ICD Brookfield DIFC, Dubai, UAE.  Kobre & Kim's areas of expertise include private investigations and suits aimed at combatting fraud, as well as restoring lost revenue and secreted assets, as well as complex restructuring and insolvency litigation and investigations for trustees, creditors, debtors, liquidators, and other investors.

## ANTICIPATED SERVICES

11.     The Chapter 11 Trustee anticipates that Kobre & Kim will assist him in the investigation of assets and transfers connected to the Debtor that may be located in the UAE.[2] Due to the specialized nature of Kobre & Kim's role as special counsel in the UAE, there will be no duplication of services arising from Kobre & Kim's retention.

## COMPENSATION OF KOBRE & KIM

12.     Kobre & Kim intends to apply to the Court for compensation for professional services rendered and for reimbursement of expenses incurred in connection with this Chapter 11 Case pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and any other applicable rules and orders with respect to this Chapter 11 Case.  Kobre & Kim will charge the Debtor for its legal services on an hourly basis at its regularly applicable hourly rates in connection with the services required in the UAE.

13.     At present, the 2024 hourly rate of Kobre & Kim are $950 to $1,875 for lawyers,[3] and $450 to $875 for paraprofessionals.  Kobre & Kim will also bill for out-of-pocket expenses made on behalf of the Debtor, including photocopying, postage and package deliveries, court fees, transcripts, witness fees, service fees, travel expenses, and computer-aided research.

14.     The Debtor submits that Kobre & Kim's hourly rates are reasonable, comparable to Kobre & Kim's hourly rates for other engagements, and within the range of rates charged by comparably skilled professionals who offer the same services.

---

[2]    In the interest of maintain confidentiality regarding the ongoing investigation, the Trustee will not disclose the exact funds and assets believed to be located in the UAE.

[3]    Certain of Kobre & Kim's lawyers charge up to $2,750 per hour for highly specialized work. However, based on the scope of services currently envisaged, the Trustee does not presently expect such specialized work to be necessary.  The Trustee reserves the right to engage Kobre & Kim lawyers with hourly rates of up to $2,750 as may be necessary in connection with specialized legal or investigatory work in the UAE, but will seek separate court approval if that may become necessary.

## KOBRE & KIM IS DISINTERESTED

15.     To the best of the Chapter 11 Trustee's knowledge in reliance upon the Hughes

Declaration, and except as disclosed therein, Kobre & Kim does not have any relationships with

the Debtor, its creditors, or any other party-in-interest, their respective attorneys and accountants,

the United States Trustee, or any person employed in the Office of the United States Trustee.

16.     More specifically, upon the basis of the Hughes Declaration, and except as

disclosed therein, the Chapter 11 Trustee believes that: (a) Kobre & Kim has no connection with

the Debtor, his creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee,

or any other party with an actual or potential interest in the Debtor or his respective attorneys or

accountants; and (b) Kobre & Kim and its employees (i) are not a creditors, equity security

holders, or insiders of the Debtor or his affiliates, (ii) have not been, within two years before the

Petition Date, a director, officer, or employee of the Debtor or his affiliates, and (iii) have not

had any interest materially adverse to the interests of the Debtor's estate or any class of creditors

or equity security holders by reason of any direct or indirect relationship to, connection with, or

interest in the Debtor, or for any other reason.  Therefore, the Chapter 11 Trustee believes that

Kobre & Kim is a "disinterested person" within the meaning of section 101(14) of the

Bankruptcy Code, as modified by section 1107(b).

17.     Based on the Hughes Declaration, the Chapter 11 Trustee believes that Kobre &

Kim does not represent any adverse interest to unsecured creditors in connection with the

Chapter 11 Case.

## BASIS FOR RELIEF REQUESTED

18.     The Chapter 11 Trustee requests to retain and employ Kobre & Kim as his special

counsel in the UAE pursuant to section 327(e) of the Bankruptcy Code, which provides that the

debtor in possession "may employ, for a specified special purpose, other than to represent the

[debtor] in conducting the case, an attorney that has represented the debtor, if in the best interest

of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or

to the estate with respect to the matter on which such attorney is to be employed."  11 U.S.C.

§ 327(e)

19.     Bankruptcy Rule 2014(a) provides that an application for retention include:

> specific facts showing the necessity for the employment, the name of the
> [firm] to be employed, the reasons for the selection, the professional
> services to be rendered, any proposed arrangement for compensation, and,
> to the best of the applicant's knowledge, all of the [firm's] connections
> with the debtor, creditors, any other party in interest, their respective
> attorneys and accountants, the United States trustee.

20.     The Chapter 11 Trustee requires the services of special counsel in the UAE to

exercise his responsibilities.  Kobre & Kim will endeavor to avoid the duplication of efforts and

provide services as efficiently as possible.

21.     Accordingly, the employment of Kobre & Kim as the Chapter 11 Trustee's

special counsel, upon the terms set forth herein and in the Proposed Order, is reasonable and in

the best interest of the Debtor's estate.

22.     The Chapter 11 Trustee submits that Kobre & Kim's rates are reasonable,

comparable to rates for other engagements, and within the range of rates charged by comparably

skilled professionals who offer the same services.

23.     Local Bankruptcy Rule 2014-1 provides that if "an application to employ a

professional is filed within thirty (30) days after the commencement of services provided by that

professional, the application shall be deemed contemporaneously filed unless the Court

orders otherwise."  As noted, the Chapter 11 Trustee requests authority to retain and employ

Kobre & Kim effective November 13, 2024, which was the date that Kobre & Kim began

providing services to the Chapter 11 Trustee.  While that date is 34 days from the date of filing

of this Application, the Chapter 11 Trustee nevertheless requests that the retention be effective as

of November 13, 2024.

## NOTICE

24.     Notice of this Application has been given to the United States Trustee, the Debtor,

the Committee, and, by electronic filing utilizing the Court's electronic filing ("CM/ECF")

system, to all appearing parties who utilize the CM/ECF system.

## NO PRIOR REQUEST

25.     No previous application for the relief requested herein has been made to this or any

other Court.

*[Remainder of page intentionally left blank.]*

### CONCLUSION

WHEREFORE, for the foregoing reasons, Luc A. Despins, the Chapter 11 Trustee,

requests that the Court enter an Order, substantially in the form of the Proposed Order filed

herewith, granting the Application, and authorizing the Chapter 11 Trustee's employment of

Kobre & Kim as special counsel in the UAE, and order such other and further relief as the Court

deems just and proper.

Dated:    December 17, 2024

Chapter 11 Trustee in Chapter 11 Case of Ho Wan
Kwok

*/s/ Luc A. Despins*
Luc A. Despins

8

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                    :

In re:                       :    Chapter 11
                    :

HO WAN KWOK, *et al.*,[1]     :    Case No. 22-50073 (JAM)
                    :

         Debtors.        :    (Jointly Administered)
                    :

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Application was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:     December 17, 2024
         New York, New York

                     By: */s/ G. Alexander Bongartz*
                        G. Alexander Bongartz (*pro hac vice*)
                        PAUL HASTINGS LLP
                        200 Park Avenue
                        New York, New York 10166
                        (212) 318-6079
                        alexbongartz@paulhastings.com

                        *Counsel for Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## EXHIBIT A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-------------------------------------------------------x
                               :

In re:                           :    Chapter 11
                                 :

HO WAN KWOK, *et al.*,         :    Case No. 22-50073 (JAM)
                                 :

        Debtors.[1]        :    Jointly Administered
                                 :
-------------------------------------------------------x

**[PROPOSED] ORDER (A) GRANTING APPLICATION OF CHAPTER 11
TRUSTEE  FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE
SECTIONS 327(e) AND 330, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL
BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING AND APPROVING
RETENTION AND EMPLOYMENT OF KOBRE & KIM (GCC) LLP AS SPECIAL
COUNSEL IN UNITED ARAB EMIRATES**

Upon the application (the "Application")[2] of Chapter 11 Trustee Luc A. Despins (the

"Chapter 11 Trustee") in the above-captioned chapter 11 case (the "Chapter 11 Case"), for

authority to retain and employ Kobre & Kim (GCC) LLP ("Kobre & Kim"),  as special counsel

in the United Arab Emirates (the "UAE"), effective as of November 13, 2024, pursuant to

sections 327(e) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules

2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Procedure for the United States

Bankruptcy Court for the District of Connecticut (the "Local Bankruptcy Rules"), all as more

fully set forth in the Application; and upon consideration of the Application and the Hughes

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not otherwise defined have the meanings set forth in the Application or the Hughes Declaration.

Declaration; and this Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of Connecticut; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that (i) the relief requested in the Application is in the best interest of the Debtor's estate, its creditors, and all parties-in-interest, (ii) the legal and factual bases set forth in the Application and the Hughes Declaration, and the record of any hearing on the Application before this Court establish just cause for the relief granted herein, (iii) Kobre & Kim is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code, and (iv) Kobre & Kim does not hold or represent an interest adverse to the Debtor's estate; and due and sufficient notice of the Application having been given under the particular circumstances; and it appearing that no other or further notice need be given; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.      The Application is granted as set forth herein.

2.      The Chapter 11 Trustee is authorized to retain and employ Kobre & Kim as his special counsel in the UAE pursuant to sections 327(e) and 330 of the Bankruptcy Code, effective as of November 13, 2024 on the terms set forth in the Application and the Hughes Declaration.

3.      Kobre & Kim is authorized to act as the Chapter 11 Trustee's special counsel in the UAE, and to perform those services described in the Application.

2

4.      The Estate shall be responsible for Kobre & Kim's compensation and reimbursement of expenses with respect to the engagement.

5.      The allowance of any compensation to be paid to Kobre & Kim shall be determined in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

6.      To the extent it may become necessary to engage Kobre & Kim lawyers with hourly rates of up to $2,750 in connection with specialized legal or investigatory work in the UAE, the Trustee shall seek separate court approval upon notice and a hearing.

7.      Allowance of any compensation for Kobre & Kim shall be limited to the extent of services actually performed, and expenses actually incurred, as special counsel for the Chapter 11 Trustee Luc A. Despins, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a chapter 11 trustee without the assistance of an counsel.

8.      Kobre & Kim shall be entitled to indemnification to the extent required under the terms of the Engagement Letter, as modified pursuant to this Order; *provided*, *however*, that any request for indemnification by Kobre & Kim shall be subject to review by the Court as set forth herein to ensure that payment of such indemnity conforms to the terms of the Engagement Letter, as modified pursuant to this Order, and is reasonable under the circumstances of the litigation or settlement in respect of which indemnity is sought; *provided*, further, that in no event shall Kobre & Kim be indemnified in the case of its own bad-faith, self-dealing, breach of fiduciary duty (if any), gross negligence, willful misconduct, or violation of the non-disclosure agreement.

9.      If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these chapter 11 cases (that order having become a final order no longer subject to appeal), or

3

(ii) the entry of an order closing these chapter 11 cases, Kobre & Kim believes that it is entitled

to the payment of any amounts by the Trustee on account of the his indemnification obligations

under the Engagement Letter, as modified pursuant to this Order, Kobre & Kim must file an

application therefor in the Court, and the Trustee may not pay any such amounts to Kobre & Kim

before the entry of an order by this Court approving the payment.  With respect to any amounts

sought by Kobre & Kim as reimbursement for attorneys' fees and expenses in connection with

the payment of an indemnity claim pursuant to the Engagement Letter, as modified by this

Order, the invoices and supporting time records for the attorneys' fees and expenses shall be

included in Kobre & Kim's application to the Court and these invoices and time records shall be

subject to the Amended Guidelines and the approval of the Bankruptcy Court pursuant to

sections 330 and 331 of the Bankruptcy Code without regard to whether such attorneys have

been retained under section 327 of the Bankruptcy Code, and without regard to whether such

attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.  This paragraph is

intended only to specify the period of time under which the Court shall have jurisdiction over

any request for fees and expenses by Kobre & Kim for indemnification, contribution, or

reimbursement, and not a provision limiting the duration of the obligation to indemnify Kobre &

Kim.  All parties in interest shall retain the right to object to any demand by Kobre & Kim for

indemnification, contribution, or reimbursement.

10.     Kobre & Kim shall not be entitled to reimbursement by the Trustee for any fees,

disbursements and other charges of Kobre & Kim's counsel other than those incurred in

connection with a request of Kobre & Kim for payment of indemnity approved by the Court.

11.     Kobre & Kim shall provide no less than ten business days' notice to the Chapter 11 Trustee, the United States Trustee, and counsel to any official committee before any increases in the rates it charges are implemented and shall file such notice with the Court.

12.     The Chapter 11 Trustee is authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

13.     The requirements of the Local Bankruptcy Rules are satisfied by the contents of the Application.

14.     To the extent the Application and Hughes Declaration are inconsistent with this Order, the terms of this Order shall govern.

15.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

16.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## **EXHIBIT B**

**Engagement Letter**

# KOBRE & KIM

# كوبري وكيم

OFFICE 27-01, LEVEL 27
ICD BROOKFIELD DIFC
P.O. BOX 506778, DUBAI, UAE
WWW.KOBREKIM.COM | TEL +971 4 454 3900

**STRICTLY CONFIDENTIAL**

13 November 2024

<u>**BY EMAIL ONLY**</u>

Luc Despins
lucdespins@paulhastings.com

Re:     **Ho Wan Kwok Asset Recovery**

Dear Mr. Despins:

Thank you for choosing Kobre & Kim (GCC) LLP ("**Kobre & Kim**", "**we**", "**us**" or "**our**") to represent and advise you in your capacity as a Chapter 11 Trustee in *In re Ho Wan Kwok*, 22-50073 (D. Conn.) ("**Client**", "**you**" or "**your**") in connection with the matter described below. This letter, together with the attached Standard Terms of Engagement, sets out the terms and conditions upon which it is agreed we will undertake this engagement (the "**Agreement**").

## 1.  Engagement

Client engages Kobre & Kim (the "**Engagement**") to undertake the following projects[1]:

- Assess information and documents provided to us by you in relation to the Bankruptcy and related legal proceedings and devise a UAE-focused strategy for monetizing assets for the benefit of the Bankruptcy Estate, involving enforcement actions and civil litigation (including Bankruptcy actions) against companies and/or individuals related to Ho Wan Kwok to be pursued in the UAE onshore courts and/or the DIFC/ADGM Courts.

- Present the above to you via a videoconference on a mutually convenient date near the end of the 30-day period following the commencement of our Engagement. This will include a PowerPoint presentation on deliverables, timetables and budget for the possible options, as well as the probability of achieving the objectives.

---

[1] As we are not qualified to practise mainland UAE law, certain tasks stated in this letter may need to be performed, and certain advice provided, by lawyers who are qualified in UAE law.

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERRED TO HEREIN IS A REFERENCE TO KOBRE & KIM (GCC) LLP, A LIMITED LIABILITY PARTNERSHIP LICENSED IN THE DUBAI INTERNATIONAL FINANCIAL CENTRE (COMMERCIAL LICENSE NUMBER 5106) AND REGISTERED WITH THE DUBAI FINANCIAL SERVICES AUTHORITY (REFERENCE NUMBER F006880).

شركة كوبري أند كيم المشار إليها في هذه الوثيقة هي شركة كوبري أند كيم (جي سي سي) إل إل بي، وهي شراكة ذات مسؤولية محدودة مرخصة في مركز دبي المالي العالمي (موجب الترخيص التجاري رقم 5106) ومسجلة لدى سلطة دبي للخدمات المالية (موجب المرجع رقم F006880).

Page 2
Luc Despins
13 November 2024

- Execute on an agreed-upon UAE-focused strategy (with the exact scope and fee estimate to be determined once we have assessed the information and documents provided).

(the "**Covered Services**")

Kobre & Kim is not being retained for any other purpose.

Paul Hughes will be the partner primarily responsible for the representation of Client, assisted by other lawyers, analysts and/or litigation assistants in the DIFC or in other offices of affiliates of Kobre & Kim as may be necessary or advisable under the circumstances.

Client has agreed that we may act and rely upon instructions from any of the following persons and/or entities as if such instructions had been given by Client: Nicholas Bassett.

Our Engagement will begin from our receipt of your countersignature on this letter; provided, however, that our Engagement is subject to approval thereof by the United States Bankruptcy Court for the District of Connecticut (the "**Bankruptcy Court**").

The Engagement will automatically terminate and will be closed if a period of six months elapses without any invoicing, with the date of termination falling on the last day of the month containing a time entry invoiced for payment. No final invoice will be issued as the last invoice received by you will serve as the final invoice.

Notwithstanding anything herein or the Standard Terms and Conditions (including Section 4 thereof) to the contrary, we agree not to take on engagements that would render Kobre & Kim no longer disinterested under section 327(e) of Title 11 of the United States Code (the "**Bankruptcy Code**").

## 2. Fees

We strive to be transparent in our billing and we will generally seek to agree budgets for our work. These budgets may be amended during the course of the Engagement to reflect changes in scope and assumptions, and we may include for your consideration proposals for fixed-fee or alternative-fee options as alternatives to hourly billing.

You agree that fees charged within budgeted amounts are deemed reasonable and approved.

Our fees for this Engagement will be based upon the hourly billing rates assigned to the individuals performing the services. Our lawyers currently charge US $950 to US $1,875[2] per hour. Our non-lawyer professionals (e.g., Analysts and Litigation Assistants) charge US $450 to US $875 per hour. Up to eight hours per day of travel time may be charged per timekeeper.

---

[2] Certain of our lawyers charge up to US $2,750 per hour for highly specialized work. However, based on the scope of services currently envisaged, we do not presently expect such work to be necessary. We note that future services requested by the Client might require the same and will endeavor to communicate about budgets and rates throughout our engagement.

Page 3
Luc Despins
13 November 2024

For additional clarity, our hourly rates are as follows:

| Hourly rates in USD | Kobre & Kim 2024 Standard Hourly Rates |
|---|---|
| Founding Partner | 2,750 |
| Partner | 1,875 |
| Special Counsel | 1,450 |
| Principal / Of Counsel | 1,300 |
| Associate | 1,050 |
| Attorney | 950 |
| Specialist | 875 |
| Analyst | 585 |
| Litigation Assistant | 450 |

The billing rates of our lawyers are adjusted periodically, and we will inform you of any changes in our periodic invoices.

You agree that all fees and expenses invoiced within pre-submitted budgets are reasonable. All legal fees are earned and due when the work is undertaken, and expenses are to be reimbursed as incurred by us.

Notwithstanding anything herein or the Standard Terms and Conditions (including Sections 7 and 12 thereof) to the contrary, (a) payment of any fees and expenses in connection with this Engagement shall be made in such amounts as may be allowed by the Bankruptcy Court on proper applications in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code and the procedures established and required by the Bankruptcy Court and (b) all matters related to the payment and allowance of fees and expenses in connection with this Engagement shall be decided by the Bankruptcy Court. For the avoidance of doubt, neither Mr. Despins, in his personal capacity, nor Paul Hasting LLP shall be liable for compensation for services rendered or reimbursement of expenses.

Page 4
Luc Despins
13 November 2024

## 3. Disbursements

### (a) Ordinary Disbursements

Each invoice will include an itemized schedule of routine disbursements (such as fees for legal research services, telecommunications, non-bulk photocopying, and out-of-hours work expenses). Please note that all extraordinary disbursements (such as outside counsel's fees, expert witness fees, court filing fees, large printing or photocopying jobs, court reporter fees, special database usage, and travel expenses) will be invoiced separately.

### (b) Extraordinary Disbursements

If the need for trial arises then the cost of trial logistics coordination services, including any provided by Kobre & Kim personnel, will be added to our invoices. For the avoidance of doubt, the fees of any outside experts are separate and apart from the fee arrangements contained herein. In addition, Client is responsible for costs associated with foreign exchange, as well as fees incurred in connection with arbitrations.

### Litigation – Recovery of Costs

Certain Courts (such as the DIFC or ADGM Courts) may make orders regarding the payment of the legal fees and expenses in connection with litigation. Usually, the losing party will be required to pay a proportion of the successful party's legal fees, in addition to its own costs. Costs orders do not usually allow a party to recover all its costs but as a matter of prudence, you may wish to make a reserve to provide for a potential scenario in which the court rules against you and you must pay the other side's legal costs. In any event, Client shall be personally responsible for payment of our legal fees and expenses in full regardless of any order for costs made against the opponent. Further, the Dubai Court does not ordinarily permit the recovery of legal fees other than a very limited amount.

## 4. Tax

All amounts in this Agreement are stated to be exclusive of VAT, sales and use tax, gross receipts tax, withholding tax, and any similar tax, imposed on or in connection with the services provided and the payor is responsible for the payment of such taxes.

## 5. Standard Terms and Conditions

The Standard Terms of Engagement set forth in the attached Appendix are incorporated herein and form an integral part of this Agreement. To the extent that there is any inconsistency between the terms of this letter and the Standard Terms, this letter shall prevail. In addition, this Agreement, including the Standard Terms, will prevail over any Client outside counsel or billing guidelines unless otherwise agreed to in writing by Kobre & Kim.

Page 5
Luc Despins
13 November 2024

## 6.  Governing Law

This Agreement and all matters arising out of or in connection with it are governed by, and shall be construed in accordance with, the laws of the Dubai International Financial Centre.

\*          \*          \*

Please sign below to acknowledge your acceptance of the terms of this letter and return the same to us. We look forward to working with you.

Very truly yours,

KOBRE & KIM (GCC) LLP

We hereby agree to and accept the terms and conditions set out in this letter and enclosed Standard Terms of Business.

Signature:

Name:        Luc Despins, as Chapter 11 Trustee

Title:        Chapter 11 Trustee for the Estate of Ho Wan Kwok

Date:        November 13, 2024

Page 6
Luc Despins
13 November 2024

## KOBRE & KIM (GCC) LLP

### APPENDIX - STANDARD TERMS OF ENGAGEMENT

The following terms apply to the Engagement. To the extent that the Engagement in this Agreement is for multiple "Clients", then all references to "Client" below shall be replaced with "Clients."

**1.      Client and Engagement Scope**

The Client is contracting with Kobre & Kim (GCC) LLP ("Kobre & Kim"), a Limited Liability Partnership licensed in the Dubai International Financial Centre (Commercial License Number 5106) and registered with the Dubai Financial Services Authority (Reference Number F006880).

Our client in this matter is solely the Client identified in the first paragraph of the Agreement. We do not represent, and do not have a lawyer-client relationship with, any of Client's current or future parents, subsidiaries, shareholders, members, partners, employees, directors, venturers, or other affiliates or constituents, solely on account of our representation of Client in this Engagement.

The Engagement scope is limited to the role described in section 1(a) of the Agreement, and Kobre & Kim is not acting in any other capacity or role for the Client or for any other party. In addition, Kobre & Kim being listed as counsel of record on a particular court case does not mean we generally represent the Client on matters relating to the subject matter of the case.

Unless specifically requested, Kobre & Kim is not advising on the running of limitations periods.

Client acknowledges that this Engagement will not commence until we deem that we have obtained all relevant legal permissions, if any, to represent the Client, except to the extent we have been engaged to prepare and file such application(s).

**2.      Nature of Our Advice**

During this engagement, we may express opinions or beliefs to you about the effectiveness of various courses of action or about the results that might be anticipated. Such statements are expressions of opinion only and should not be considered as promises or guaranties.  In addition, Kobre & Kim will only be addressing specific legal questions based on facts presented, which should not be understood as recommending whether an act should or should not be undertaken.   Any opinions expressed by Kobre & Kim concerning out-of-scope matters that may arise during this Engagement do not constitute independent legal advice regarding those out-of-scope matters. You should not rely on our advice and should consult other counsel concerning these matters. By signing this Agreement, you acknowledge that you have had an opportunity to consult with other counsel.

**3.      Know-Your-Client Diligence**

Kobre & Kim may request evidence of Client's identity or beneficial ownership in accordance our legal obligations and internal policies. In addition, we may request documentation to enable us to establish the source of funds to be remitted to us. This is especially important for us to determine that funds are not subject to confiscation/forfeiture in any creditor-debtor dispute, or asset confiscation/forfeiture-type proceedings.

Client agrees to respond to such requests in good faith and promptly provide all requested documents.  Client will also provide information we may request to assist us in applying for special licenses or filing reports with relevant regulatory authority, if necessary.  ·

Client acknowledges that, in some situations, we may be required by law to disclose to the relevant authorities any suspicion of money laundering or terrorist financing.

**4.      Conflicts of Interest**

To allow us to conduct conflicts checks, you represent to us that you have identified to us all persons and entities that are or may become involved in the matter, including all such persons or entities that are affiliated with you.

Page 7
Luc Despins
13 November 2024

You will promptly notify us of any conflict or potential conflict of interest between Jointly Represented Clients or a change of circumstances effecting such a conflict.

Without your consent, we will not represent any other party in a manner that would create an ethical conflict of interest under applicable professional rules. You will have our loyalty with respect to this Engagement.

Kobre & Kim represents many other clients, and some of these other clients may be your direct competitors or otherwise may have interests that are contrary to your commercial interests. By signing this Agreement, you agree that we may act for such other clients, and we may act on matters in which you may have a commercial interest. This of course does not enable us to act in a situation with an actual ethical conflict of interest under applicable professional rules.

It is possible that during the time we represent you, some of our current or future clients may ask us to represent them in matters in which you are involved as another party. Both our own prudent business conduct, and the interests of our other clients, call for us to seek to retain the ability to take on such matters for all of our clients. Accordingly, by entering into this Agreement you consent in advance, on your behalf and on behalf of your affiliates, to our current representation or acceptance of future matters (including litigation matters) adverse to Client or any of its affiliates, and not to assert a conflict of interest, or to seek preclude, challenge or otherwise disqualify Kobre & Kim from such matters, provided that those matters are not substantially related to the work we are doing for you.

Thus, for example, you agree that we would be able to take a new lawsuit or transactional matter for one of our current or future clients that is adverse to Client so long as the adverse matter is not substantially related to the work we are doing for you. This consent also includes being adverse to your interests in any bankruptcy, regulatory, administrative, legislative, or rulemaking proceeding.

In addition, by entering into this Agreement you agree that if we represent you in a matter across from another person or entity, we may represent such other person or entity on matters not substantially related to our work for you.

You should feel completely free to consult other counsel concerning these matters. By signing the Agreement, you acknowledge that you have had an opportunity to consult with other counsel.

**5.    Hourly Rates**

Our fees for this Engagement will be based upon the hourly billing rates assigned to the individuals performing the services. Our lawyers who we currently expect may work on this matter charge US $ 950 to US $1,875 per hour. Our non-lawyer professionals charge US $450 to US $875 per hour. Up to eight hours per day of travel time may be charged.

**6.    Disbursements and Subject Matter Experts**

Although we may at times coordinate payments from funds held for Client to third parties who provide services in relation to this Engagement, Client acknowledges that it is within Kobre & Kim's discretion to make such payments and agrees to reimburse and indemnify us relating to any such payments made. Unless otherwise agreed in writing, Client is ultimately responsible for any and all payments to third parties, including vendors or legal services providers.

In addition to any pre-approved timekeepers, Client agrees that Kobre & Kim may assign work to and bill Client for ex. E-Discovery experts, IT experts, Executive Assistants, Legal Analysts, Office Managers, court procedures and filing assistants, which are often most cost-effective and efficient for providing unique value and expertise related to case needs.

**7.    Terms of Payment**

The Client is obligated to pay our fees and other charges, even where we have agreed to accept payment through a third party.

Page 8
Luc Despins
13 November 2024

Our invoices specify the date that payment is due. We reserve the right to charge interest on overdue amounts at a rate of up to 10% per annum until the overdue amount is paid.

All questions regarding our invoices will be raised at the time of receipt, when we are best placed to clarify the nature of work being done. We will continue to consider the invoice unimpaired in all other respects, including applicable payment terms.

In any case where we are required actively to pursue collection of amounts outstanding beyond agreed payment terms, Client agrees to indemnify us against all costs and expenses that we incur in pursuing such collection, including fees or costs of outside counsel, and of any court or arbitrator.

All amounts in this Agreement are stated to be exclusive of VAT, sales and use tax, gross receipts tax, withholding tax, and any similar tax, imposed on or in connection with the services provided and the Client is responsible for the payment of such taxes.

Payment must be made by wire transfer or EFT to the coordinates on our invoices. All amounts due to us will be paid in United States dollars or Emirati Dirham (as indicted in the Agreement), unless otherwise directed by us.

**8.      Termination and Automatic Termination**

Client or Kobre & Kim may terminate this Engagement at any time for any reason by written notice, subject on our part to applicable rules of professional responsibility.

By signing the Agreement Client agrees that we may withdraw from representing Client in this matter, at our sole discretion. Without limitation, the reasons for withdrawal include any required on account payment not being funded in accordance with the terms of the Agreement, Client breaches any of its obligations under the Agreement, or if Client fails to cooperate in our efforts to represent Client's interests. Client further agrees to indemnify Kobre & Kim against all fees and expenses incurred in withdrawing from the representation, including in preparing and appearing on any application to withdraw as Client's counsel of record in any proceeding before a court or other tribunal.

Unless previously terminated, this Engagement will terminate upon the earlier of our sending Client our final statement for services rendered, or the conclusion of our providing the agreed services under the Agreement, as applicable.

Upon termination, Kobre & Kim has no continuing obligation to advise the Client on the Engagement or on future factual or legal developments regarding the Engagement, unless required by applicable law, rules or court order.

**9.      Survivability**

Subject to the limitations and other provisions of the Agreement and these Standard Terms of Engagement, or unless otherwise agreed, the sections of the Agreement pertaining to Fees, Disbursements, Governing Law, and the representations and warranties of the Client and Kobre & Kim contained in these Standard Terms of Engagement will survive the Termination or Automatic Termination of the Agreement.

**10.     Client File and Record Retention Policy**

In the course of the Engagement, we will maintain a client file in which we may place materials relevant to the matter. Items in this file may be your property and, upon completion of the Engagement, these items will be available to be taken by you. We will be entitled to make copies if we choose. After conclusion of the Engagement, we will store the client file for seven years. If you do not take possession of the items in the client file during this seven-year storage period, we may dispose of the file. Documents containing our attorney work product, internal communications, mental impressions or notes and draft documents will remain our property and are not part of the client file. In addition, electronic documents such as email and documents prepared on our word-processing system (excluding printed copies), and databases remain our property and are not part of the client file. We may

Page 9
Luc Despins
13 November 2024

implement and enact reasonable retention policies for these electronic documents, and we have discretion to delete them.

**11.    Indemnity**

**Client will indemnify and hold harmless Kobre & Kim and its partners, affiliates, principals, associates and employees (collectively, the "Indemnified Persons") from and against any claims, damages, liabilities, losses or costs, from third parties, arising from, or relating to this Engagement, and will advance and reimburse each Indemnified Person for all expenses (including fees and expenses of counsel) as they are incurred in connection with investigating, preparing, pursuing, or defending any action, claim, suit, investigation or proceeding arising from or related to the Engagement, whether pending or threatened and whether or not any Indemnified Person is a party.**

**12.    Arbitration**

Any dispute arising out of or in connection with this contract, including any question regarding its existence, validity or termination, shall be referred to and finally resolved by arbitration under the LCIA Rules, which Rules are deemed to be incorporated by reference into this clause. The number of arbitrators shall be one. The seat of arbitration shall be the Dubai International Financial Centre, and the venue shall be the Dubai International Financial Centre. The language to be used in the arbitration shall be English.

**13.    Limitations on Claims**

**You agree that any and all claims by you arising with respect to or relating to this Engagement must be commenced within one year following the date on which the Engagement is terminated.**

**Kobre & Kim will not be liable for consequential, special, indirect, incidental, punitive or exemplary damages, costs, expenses, or losses (including lost profits or opportunity costs).**

**Our liability for loss or damage attributable to our negligence, breach of contract, misrepresentation or otherwise (but not in respect of fraud, fraudulent misrepresentation, death or personal injury) shall not exceed US\$5,000,000 per single originating cause.**

**A limitation of liability provision in these terms shall apply to each and every subsequent transaction or work we carry out for Client unless we agree otherwise. Where the Agreement is addressed to more than one client, the above limit of liability applies to the aggregate of all claims by all such clients and not separately to each client.**

**14.    Internal Attorney-Client Privilege**

Please be aware that Kobre & Kim has internal counsel that may advise our lawyers regarding their ethical, professional and legal duties. You acknowledge that any such consultation is protected by our own lawyer-client privilege, and you waive any right to discovery of those communications. Should circumstances arise in which Kobre & Kim faces a conflict of interest with respect to or by virtue of these communications, you agree to waive that conflict. You also agree that such communications are property of the firm and are not part of the client file.

**15.    Confidentiality**

We will not disclose any confidential information of yours to any other client (not jointly represented with you), even where that information might have some bearing on their interests. Likewise, we will not disclose to you the confidences of any other client (not jointly represented with you), even where that information might have some bearing on your interests, and you agree that we are under no obligation to do so.

The terms of this Agreement are confidential and will not, except as required by law, be disclosed by Client or us to any third party without the consent of the other. Where the fact of our representation of Client is a matter of public record, we agree that Client or Kobre & Kim shall be permitted to inform third parties of the representation.

Page 10
Luc Despins
13 November 2024

We reserve the right to disclose your files to: (a) regulatory bodies in the exercise of their powers to meet legal and regulatory compliance requirements; (b) our auditors; (c) our professional indemnity insurers/underwriters and to provide information to our insurance brokers in relation to these communications with insurers/underwriters; (d) law firms and other third party professionals as required to enable us to enforce our rights, or to advise us on our commercial, regulatory or legal position, in connection with the Engagement.

Client acknowledges that, under certain limited circumstances, we may be obliged to disclose information that the Client provides to us, including in connection with banks' due diligence on payments to or from us.

**16.      Data Privacy**

Kobre & Kim will take steps to ensure that any personal data transferred is treated in accordance with our privacy policy. This privacy policy was last reviewed and updated January 15, 2024 and can be accessed at this URL: https://www.kobrekim.com/privacy.

**17.      Severability**

If any term or provision of the Agreement is determined to be invalid, illegal, or unenforceable in any jurisdiction, such determination shall not affect any other term or provision of the Agreement or invalidate or render unenforceable such term or provision in any other jurisdiction.

## **EXHIBIT C**

**Hughes Declaration**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-------------------------------------------------------x
                              :

In re:                   :    Chapter 11
                              :

HO WAN KWOK, *et al.*,   :    Case No. 22-50073 (JAM)
                              :

Debtors.[1]       :    Jointly Administered
                              :
-------------------------------------------------------x

**DECLARATION OF PAUL HUGHES IN SUPPORT OF APPLICATION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(e) AND 330, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING AND APPROVING RETENTION AND EMPLOYMENT OF KOBRE & KIM (GCC) LLP AS SPECIAL COUNSEL IN UNITED ARAB EMIRATES**

I, Paul Hughes, being duly sworn, do depose and say:

    1.      I am lawyer and have been practicing law in the United Arab Emirate (the "UAE") for over twelve years. I am a partner at Kobre & Kim (GCC) LLP ("Kobre & Kim"), which focuses on financial investigations and international disputes, and maintains an office at at Office 27-01, Level 27, ICD Brookfield DIFC, Dubai, UAE, Kobre & Kim's majority owner is global law firm, Kobre & Kim LLP (registered in New York, U.S.A)., I make this declaration (the "Declaration") in support of the *Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327(e) and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Kobre & Kim (GCC) LLP as Special Counsel in United Arab Emirates* (the "Application")[2] in connection with Kobre & Kim's retention as special counsel in the UAE , to assist the Trustee in his efforts to recover assets of Ho Wan Kwok's (the "Debtor") estate potentially located in the UAE (the "Engagement").

2.      In relation to the Engagement, Kobre & Kim's professional client is the estate (the "Estate") of the Debtor in his above-captioned chapter 11 case (the "Chapter 11 Case").  In relation to the Engagement, Kobre & Kim will seek to recover its fees from the Estate, and I will file fee applications in the Chapter 11 Case on Kobre & Kim's behalf.

3.      I studied at the University of Leeds where I received a Bachelor of Arts degree in 2001 , and I studied law at the College of Law (Chester), where I received a Graduate Diploma in Law in 2002.  I qualified as a Solicitor in England & Wales in 2009.  I am a leading practitioner in the Dubai International Financial Centre (DIFC), Abu Dhabi Global Market (ADGM) and English Courts, and have further extensive experience in fraud investigations, contentious shareholder disputes, and banking litigation.  I also regularly engage in private client disputes for UHNWIs and has served as litigation counsel in high-value multi-jurisdictional bankruptcy matters.

4.      Kobre & Kim will file applications for compensation of professional services rendered and for reimbursement of expenses incurred in connection with the Engagement pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and any other applicable rules and orders with respect to this Chapter 11 Case.

---

[2]     Capitalized terms used but not otherwise defined have the meanings set forth in the Application.

5.      Kobre & Kim will charge our hourly billing rates in connection with the Engagement.  At present, the the 2024 hourly rate of Kobre & Kim are $950 to $1,875[3] for lawyers, and $450 to $875 for paraprofessionals.  Kobre & Kim may also bill the Estate for any out-of-pocket expenses made on behalf of the Chapter 11 Trustee, including photocopying, postage and package deliveries, court fees, transcripts, witness fees, service fees, travel expenses, and computer-aided research.

6.      To the best of my knowledge and belief after due inquiry, Kobre & Kim is a "disinterested person" within the meaning of section 101(14) of title 11 of the United States Code (the "Bankruptcy Code") in that Kobre & Kim and its employees:

a.      are not creditors, equity security holders, or insiders of the Debtor;

b.      are not, and were not within two years before the date of filing of the Debtor's petition, directors, officers, or employees of the Debtor; and

c.      do not have an interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

7.      I attach to this Declaration, as Schedule 1, a consolidated list of parties in interest in connection with the Chapter 11 Case (the "Interested Parties") that has been produced by Paul Hastings and provided to Kobre & Kim before my signing this Declaration that I am informed includes:

---

[3]     Certain of Kobre & Kim's lawyers charge up to $2,750 per hour for highly specialized work. However, based on the scope of services currently envisaged, the Trustee does not presently expect such specialized work to be necessary.  The Trustee reserves the right to engage Kobre & Kim lawyers with hourly rates of up to $2,750 as may be necessary in connection with specialized legal or investigatory work in the UAE, but will seek separate court approval if that may become necessary.

a. parties listed as creditors, executory contract counterparties, and co-debtors on the Debtor's Schedules D, F, G, and H [Docket No. 78];

b. parties listed on the Debtor's Statement of Financial Affairs ("SOFA") [Docket No. 77], including (i) as recipients of payments within 90 days prior to the filing of the Chapter 11 Case (SOFA Part 3, Question 6); (ii) parties involved in litigation in which the Debtor is a party (SOFA Part 4, Question 9); and businesses owned by the Debtor (SOFA Part 11, Question 27).

c. parties and counsel filing notice of appearances in the Chapter 11 Case;

d. the Court and personnel of the office of the United States Trustee; and

e. other parties in interest that I have become aware of as a result of the Chapter 11 Trustee's ongoing investigation of the Debtor's assets.

Kobre & Kim has conducted reasonable checks of the Interested Parties against our records and data, and has determined that to the best of our knowledge and belief, Kobre & Kim does not have any relationship or connection with the Interested Parties, subject to the following exceptions described in Schedule 2 attached hereto (the "Disclosure Schedule").

8.    The Disclosure Schedule has been compiled with the assistance of attorneys and legal professionals at Kobre & Kim who have reviewed conflict records and/or provided additional information regarding relevant matters. The Disclosure Schedule identifies certain Interested Parties (or affiliates thereof) for which Kobre & Kim currently acts as counsel or has acted as counsel during the last three (3) years. It reflects that, to the extent Kobre & Kim currently represents or has previously represented any Interested parties or affiliate thereof, such matters are not related to these Chapter 11 Cases. Further, Kobre & Kim will not represent any Interested Parties in any matter relating to the Chapter 11 Cases or in connection with the Debtors.

4

9.      Pursuant to section 327(c) of the Bankruptcy Code, Kobre & Kim is not disqualified from acting as special counsel merely because it has represented, represents, or may in the future represent certain Interested Parties in matters that are unrelated to the Debtors or these Chapter 11 Cases. As such, I do not believe that Kobre & Kim's representations disclosed on Schedule 2 preclude Kobre & Kim from being a disinterested party under the Bankruptcy Code.

10.     While Kobre & Kim have made a diligent effort to ascertain the identity of any connections or potential conflicts with the Interested Parties, Kobre & Kim will undertake to use reasonable efforts to identify such further developments, and if any new relevant facts or relationships are discovered or arise with respect to parties related to this Engagement for which Kobre & Kim has been retained or the Debtors or the Estate, to the extent that any additional information comes to light, Kobre & Kim will review, disclose pursuant to Bankruptcy Rule 2014(a), and resolve any conflict or adverse interests that may appear.

11.     Based on the foregoing, insofar as I have been able to ascertain based on the information currently available to me: (a) Kobre & Kim has no connection with the Debtor, his creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any other party with an actual or potential interest in the Debtor or his respective attorneys or accountants; and (b) (i) neither Kobre & Kim nor its employees are creditors, equity security holders, or insiders of the Debtor or his affiliates, (ii) neither Kobre & Kim nor its employees have been, within two years before the Petition Date, a director, officer, or employee of the Debtor or his affiliates, and (iii) neither Kobre & Kim nor its employees have any interest materially adverse to the interests of the Debtor's estate or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason. Therefore, I understand from my discussions with Paul Hastings that this means Kobre & Kim is

a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b).

12.     I further understand from such discussions that Appendix B of the U.S. Trustee Guidelines (the "Larger Case Guidelines") does not apply in this Chapter 11 Case, because the Debtor's petition does not list $50 million or more in assets and $50 million or more in liabilities. In particular, I am informed that the Debtor estimated the value of his assets between $50,001 and $100,000.

13.     In the interest of providing maximum disclosure, and notwithstanding my position concerning the inapplicability of the Larger Case Guidelines, I provide the following response on behalf of Kobre & Kim to the request for information set forth in Paragraph D.1. of the Larger Case Guidelines:

> Question:    Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?
>
> Answer:    No.
>
> Question:    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?
>
> Answer:    No.
>
> Question:    If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.
>
> Answer:    Not applicable.  Kobre & Kim has not previously represented the Chapter 11 Trustee.
>
> Question:    Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

6

<u>Answer</u>:    Not applicable.

14.    Kobre & Kim has neither shared nor agreed to share with any other person compensation received in connection with the Engagement, except as is permitted by §504(b)(1) of the Bankruptcy Code.

15.    I consent that the following language may be included in any order by the Court approving the Chapter 11 Trustee's application in connection with my instruction in connection with the Engagement.

> Allowance of any compensation for Kobre & Kim shall be limited to the extent of services actually performed, and expenses actually incurred, as special counsel instructed to act on behalf of the Chapter 11 Trustee Luc A. Despins, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a Chapter 11 trustee without the assistance of an attorney.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Dated: November 13, 2024, at Dubai, United Arab Emirates

Paul Hughes
Partner
Kobre & Kim (GCC) LLP

7

The following schedules contain the names of individuals and entities reviewed for conflicts purposes. Where the names of the entities reviewed were incomplete or ambiguous, the scope of the search was intentionally broad and inclusive in order to match the incomplete or ambiguous name.

## SCHEDULE 1

### Potential Parties-in-Interest List

*List of Schedules*

| **Schedule** | **Category** |
| --- | --- |
| 1(a) | Debtor, Family Members, and Certain Related Entities |
| 1(b) | Bankruptcy Judge and U.S. Trustee Personnel |
| 1(c) | 20 Largest Unsecured Creditors |
| 1(d) | Other Interested Parties |

## SCHEDULE 1(a)

### Debtor, Family Members, and Certain Related Entities

Ho Wan Kwok (a.k.a. Miles Gwok, Miles Guo, and Wengui Guo)
Hing Ch Ngok (a.k.a. Yue Qingzhi)
Qiang Guo (a.k.a Mileson Guo)
Mei Guo (a.k.a Mei Gui)
HK International Funds Investments (USA) Limited, LLC
Bravo Luck Limited
Genever Holdings Corporation
Genever Holdings LLC

## SCHEDULE 1(b)

### Bankruptcy Judge and U.S. Trustee Personnel

Honorable Julie A. Manning William Harrington
Kim L. McCabe
Holley Claiborn
Joseph H. Flamini
Erin Hogan
Steven Mackey
Frank Marino
Jennifer J. Morey
Nicole Neely
Sharon Warner
John Gervais

**SCHEDULE 1(c)**

**20 Largest Unsecured Creditors**

Pacific Alliance Asia Opportunity Golden Spring New York
Rui Ma
Cheng Jian Wu Jian She Ning Ye
Guo Baosheng
Yan Lan & Wu Zheng Hong Qi Qu
Nan Tong Si Jian Jian Gong
Yan Zhao
Yua Hua Zhuang Shi
Liehong Zhuang/Xiao Yan Zhu Weican Meng/Boxun Inc.
Samuel Nunberg
Lamp Capital LLC
Jun Chen (a.k.a. Jonathan Ho
Yue Hua Zhu Shi
Xiong Xian Wei Ye
Huizen Wang

## SCHEDULE 1(d)

### Other Interested Parties

1245 Factory Place, LLC
12476517 Canada Society
1322089 B.C. Ltd.
1332156 B.C. Ltd
17 Miles, LLC
2 B Packing LLC
270 W. 39th St. Co., LLC
2Lawrence River
3 Columbus Circle LLC
5780 Saguaro LLC
5ivetech Limited
7 Nod Hill LLC
7 Star East Ny LLC
9 East 40th Street LLC
A.Z. Bigiotterie S.A.S.
Di Zanutto Gabriele & C.
AAGV Limited
Aaron A. Mitchell
Aaron A. Romney
Abrams Fensterman, LLP
ACA Capital Group Limited
ACA Capital Limited
ACA Investment Fund
ACA Investment Management Ltd.
ACASS Canada Ltd.
ACASS U.S.A. Inc.
Ace Decade Holdings Limited
Adam Chen Ni
Affiliated Adjustment Group, Ltd.
Agora Lab, Inc.
AI Group Holdings Inc.,
AIG Property Casualty Company
Akerman LLP
Alex Hadjicharalambous
Alfa Global Ventures Limited
Alfonso Global Limited
Alfonso Global Ventures Limited
Alliance Bank Of Arizona (A Division Of Western Alliance Bank)

Allied Capital Global Limited
Alpine Fiduciaries S.A.
Amazing Sky Aviation Limited
Amazon Web Services LLC
Amazon Web Services, Inc.
Amazon.com Inc.
American Arbitration Association, Inc.
American Express Company
Amy Buck
An Hong
Ana C. Izquierdo-Henn
Andrea Volpe
Andrew Childe
Andrew Sulner
Forensic Document Examinations, LLC
Ann Marie Lee
Anthem Health Plans, Inc.
Anthony Dibattista
Anton Development Limited
Apple Inc.
Appsflyer Inc
Apsley Yachts Limited
Arethusa Forsyth
Ari Casper
Arnall Golden Gregory LLP
Arnold & Porter Kaye Scholer LLP
Arri Americas Inc.
Art Wolfe, Inc.
ASAP SRL
Ascentiq Solutions Limited
Assets Sino Limited
Auspicious Coast Limited
Aviation E LLP
Aviation Trust Company LLC
Aviva PLC
Axos Bank
Axos Financial, Inc.
B&H Foto & Electronics Corp.
BAC Capital LLC

Baiqiao Tang (a.k.a. Tang Baiqiao)
Baker Hostetler LLP
Banco Popular De Puerto Rico
Bank of America
Bank of China – New York Branch
Bank of China Limited
Bank of Montreal
Bank of the West
Bannon Strategic Advisors, Inc.
Barclay Damon LLP
Barclays Bank PLC
Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd.
Beijing Cheng Jian Wu Jian She Group, Ltd.
Beijing Fu Le Hong Ma Jian Zhu Zhuang Shi Gong Cheng, Ltd.
Beijing Pangu Investment Co.
Beijing Zenith Holdings Co.
Beijing Zhong Xian Wei Ye Stainless Decoration Center
Beile Li
Bellerive Attorneys at Law
Benhar Office Interiors LLC
Bento Technologies, Inc.
Bering Yachts, LLC
Berkeley Rowe Limited
Bernardo Enriquez
Bestview1 Pty Ltd
Bingnan Cui
Bingshang Jiao
Birchstone Capital AG
Blackthorn Financen Inc.
Blue Capital
Blueberry Builders, LLC
BNY Mellon, N.A.
Boardwalk Motor Imports, LLC
Bofang Investment LLC
Bohonnon Law Firm
Boies Schiller Flexner LLP
Bonnie C. Mangan
Booming Sail New York LLC
Bouillor Holdings Limited
Boxun Inc.
Branch

Bravo Luck Limited
Brent Petro Inc.
Brian Hofmeister
Brown Harris Stevens Brown Rudnick, LLP
Brune Law Pc
BSA Strategic Fund
BSA Strategic Fund I
BSI Group LLC
Buck, Esq. LLC
Burnette Shutt and McDaniel PA
Cahill Gordon & Reindel LLP
Caiyan Ling
Callsign Ltd
Cameron Smee
Canadian Imperial Bank of Commerce
Capital One Bank
Capital One, NA
Caribe Condado, LLC
Carmody Torrance Sandak & Hennessey LLP Cayuse Government Services, LLC
Cedric Dupont Antiques
Celestial Tide Limited
Cesare Attolini NY LLC
CFG Global Limited
Chao Kang Sun
Chao-Chih Chiu
Charles Schwab
Charmoy & Charmoy LLC
Chase Bank
Chen Xin Xin
Chenglong Wang
Chenxi Wang
Chi Wai Kwok
Chiesa Shahinian & Giantomasi PC
China CITIC Bank Int'l
China Golden Spring Group (Hong Kong) Limited
Choice Financial Bank
Chong Shen Raphanella
Chris Lee (a.k.a. Nan Li, Chris Li, Mei Guo Xiao Li)
Christie's International Real Estate New
Christine Chen

Christine Frosini
Christodoulos G. Vassiliades & Co. LLC
Chuan Ling Yang
Chuang Xin Ltd.
Chui Kuk Wu
Chunfeng Xia
Chunguang Han
Chunhui Song
Ci Chen
Cibc Inc. (d.b.a. Cibc)
Cimb Bank Berhad (a.k.a. Cimb Islamic Bank Berhad)
Cindy Zhang
Cirrus Design Corporation (d.b.a. Cirrus Aircraft)
Cirrus Industries, Inc.
Citibank
Citizens Financial Group, Inc.
City National Bank
Clark Hill PLC
Clayman & Rosenberg LLP
Clayman Rosenberg Kirshner & Linder LLP
Clear Treasury (UK Trading) Limited
Clear Treasury Limited
Cloudflare, Inc.
Cohn Birnbaum & Shea P.C.
Coldwell Banker
Cole Schotz P. C.
Comerica Incorporated (d.b.a. Comerica Bank) Community Federal Savings Bank
Compass, Inc.
Conservative Campaign Technology, LLC
Cotton Craft Textiles Intl
Trading Counsel Press Inc.
Cowdery, Murphy & Healy, LLC
Crane Advisory Group LLC
Creative Apex Investments Limited
Credit Agricole CIB Corp.
Crocker Mansion Estate LLC
Crowell & Moring LLP
Crystal Breeze Investments Limited
Cui Zhu Li
Cummings & Lockwood, LLC

Curiosity Corp. LLC
Cyberapt Recruitment Ltd
D&D Solutions LLC
D.P. Textile & Apparel, Inc.
D4zero S.R.L.
Daiho Zhou
Daniel Podhaskie
Daniel S. Alter
Danyu Lin
Dark Shadows LLC
David Fallon
Dawn State Limited
DBS Bank Ltd.
Dean M. Rabideau
Dedham Savings
Defeng Cao
Deltec Bank & Trust Limited
Deng Li
Deng Qian
Deutsche Bank Trust Company America
Deutsche Handelsbanken Ag
Dime Community Bank
Ding "Ivan" Lin
Ding G. Wang (a.k.a. Dinggang Wang)
Ding Qiang Shen
Direct Persuasion LLC
DJD Creative LLC
DLA Piper LLP (US)
DNM Beauty Distribution
Doaa Dashoush
Dongna Fang Dream Projects LLC
Du Jian Yi
DWF LLP
E.L.J.M. Consulting LLC
East West Bancorp, Inc.
East West Bank
Eastern Profit Corporation Limited
Eddy Aquino (a.k.a. Eddy I Sanchez Aquino)
Edmiston and Company Limited
Eduardo Eurnekian
Eficens Systems LLC
Ehsan Masud
Eisner Advisory Group LLC

14

Elite Well Global Limited
Elixir Technical Consulting LLC
Elliott Kwok Levine & Jaroslaw LLP
Emile P De Neree
Empire Blue Cross Blue Shield
Empire Growth Holdings
Engineering Operations and Certification Services, LLC
Epic It Ltd
Epiq Corporate Restructuring, LLC
Eric Goldsmith MD, LLC
Ernst & Young LLP
Evan Cramer
Evolve Bank and Trust
Faegre Drinker Biddle & Reath LLP Fam United LLC
Fan Bingbing
Fan Jing
Fanggui Zhu
Fania Roofing Company
Farhad Zabeti
Farrant Group Limited
Fay Ye
Federal Corporation
Federal Express Corporation
Feibo Jiang
Feifei Ma
Feng Peng Rellos
Feng Yi
Feng Zhu
Fengguo Li
Fengjie Ma
FFP (BVI) Limited
Fiesta Investment Ltd. (f.k.a. Fiesta Property Devel)
Fifth Third Bank, N.A.
Finn Dixon & Herling LLP
Fiona Yu
First Abu Dhabi Bank
First Bank (f.k.a. Malvern Bank)
First County Bank
First Fidelity Bank
First Republic Bank

Firstbank Puerto Rico
Flagstar Bank, N.A.
Flat Rate Movers, Ltd.
Flying Colours Corp
Foley Hoag LLP
Forbes Hare
Forbes Hare LLP
Fortnum Information Security Limited
Fox News Network, LLC
Freedom Media Ventures Limited
Fungwan Trading Inc.
Funing Zhang
Funky Foundations, Inc.
FV Bank International Inc.
G Club Holdco I LLC
G Club International Limited
G Club One
G Club Operations LLC
G Club Three
G Club Two
G Club US Operations Inc.
G Club US Operations LLC
G Clubthree
G Fashion
G Fashion (Ca)
G Fashion Hold Co A Limited
G Fashion Hold Co B Limited
G Fashion International Limited
G Fashion LLC
G Fashion Media Group Inc.
G Fashion Us Operations Inc.
G Live, LLC
G Music LLC
G News LLC,
G Translators Pty Ltd
G4S Security Systems (Hong Kong) Ltd.
Galaxy Ltd
Ganfer Shore Leeds & Zauderer, LLP
Gao Bingchen
Gbroadcast, LLC
G-Club
G-Club Investments Limited
GCP Investment Advisors SL

G-Edu Inc.
George L. Su
Georgiou Payne Stewien LLP
Gettr USA, Inc.
GF IP, LLC
GF Italy LLC
GFashion Media Group Inc.
Gfny Inc.
Ginnel Associates, Inc. (d.b.a. Ginnel Real Estate)
Gladys Chow
Glenn Mellor
Global Group Limited
Globalist International Limited
GM 27 LLC
Gmusic Gnews LLC
Gnews Media Group Inc.
G-News Operations, LLC
Gold Leaf Consulting Limited
Goldberg Weprin Finkel
Goldstein LLP
Golden Gate Himalaya Farm LLC
Golden Spring (New York) Limited
Goldfarb & Huck Roth Riojas, PLLC
Goldfields Money (A Division Of BNK Corporation Limited)
Golenbock Eiseman Assor Bell & Peskoe LLP
Gonet & Cie SA
Gong Jianfen
Goodman Masson Ltd
Gordon & Rees Scully Mansukhani LLP
GPosts LLC
GPP Srl
Great Bowery Inc. (d.b.a Camilla Lowther Management)
Great Lakes Drone Company, LLC
Green & Sklarz LLC
Greenberg Traurig, LLP
Greenwich Land LLC
Grocyber, LLC
GS Security Solutions Inc.
G-Service LLC

G-Translators Pty Ltd
GTV Media Group, Inc.
Gui Lin Gao
Guo Lijie
Guo Media
Guo Wenoun
Guo Wenping
Guofeng Wan
Guy Petrillo
Gwgopnz Limited
Gypsy Mei Food Services LLC
Gypsy Mei Productions LLC
H Shaw Enterprises LLC
H.R. Owen Dealerships Limited
H.R. Owen PLC
Haa Group Pty Ltd.
Hai Yao
Haidong
Haihong Wang
Hailing Sheng
Haisong Peng
Haitham Khaled
Haitong International Securities
Halley Chen CPA Professional Corporation
Hamilton Capital Holding Limited
Hamilton Capital Holdings Inc
Hamilton Digital Assets Fund SP
Hamilton Investment Management Limited
Hamilton M&A Fund SP
Hamilton Opportunity Fund SPC
Hamilton PE Fund SP
Han Chunguang
Hancock Whitney Bank
Hanqiang Lin
Hao Haidong
Hao Li
Hao Zhang
Haoran He
Haoyu Wang
Harcus Parker Limited
Harney Westwood and Riegels LP
Hayashi Meiou

16

Hayman Hong Kong Opportunities Onshore Fund LP
Hays Specialist Recruitment Limited
HCHK Property Management Inc.
HCHK Technologies Inc.
HCHK Technologies, LLC
He Bei Yue
Hua Zhuang Shi Gong Cheng Ltd.
Head Win Group Limited
Headwater Service, LLC
Helen Manis
Henan Yuda
Herbert Smith Freehills New York LLP
Hero Grand Limited
HGA Property Management
HHS Capital Inc.
Hibernia National Bank
Hidetoshi Fujiwara
Hilton Management, LLC
Himalaya Australia Athena Farm Inc.
Himalaya Australia Pty Ltd.
Himalaya Boston Mayflower LLC
Himalaya Currency Clearing Pty Ltd.
Himalaya Embassy
Himalaya Exchange
Himalaya Federal Reserve
Himalaya International Clearing Limited
Himalaya International Financial Group Limited Himalaya International Payments Limited Himalaya International Reserves Limited Himalaya Investment LLC
Himalaya New World Inc.
Himalaya New York Rock
Himalaya Shanghai Farm LLC
Himalaya Supervisory Organization
Himalaya Uk Club
Himalaya Ventures LLC
Himalaya Worldwide Ls
Hinckley, Allen
Hing Chi Ngok
Hiu Laam
Haam Hiu Sing Chan
HML Vancouver Sailing Farm Ltd.

Hodgson Russ
Hogan Lovells International LLP
Holy City Hong Kong Ventures, Ltd.
Hong Kong International Funds Investments Limited
Hong Qi Qu Jian She Group, Ltd.
Hong Qiu Hong Zeng
Hongwei Fu
Hongxia Xu
Hongxin Ash
Hou Yuan Chan
Houser & Allison, APC
Houston Litstar LLC
Hp Inc UK Limited
HSBC Bank USA
Hsin Shih Yu
Hua An Xie
Huang Yao
Hudson Diamond Holding Inc.
Hudson Diamond Holding LLC
Hudson Diamond LLC
Hudson Diamond Ny LLC
Hugga LLC
Hughes Federal Credit Union
Hui Jin
Huk Trading Inc.
I.Com Solutions Limited
Ice24 SRO
Ihotry Ltd
Immobiliara Barbara 2000 SRL
Imperius Intl. Trade Co. Ltd.
Indium Software Inc.
Infinite Increase Limited
Infinitum Developments Limited
Infinity Treasury Management Inc.
Insight Capital
Insight Phoenix Fund
Insight Title Services LLC
International Treasure Group LLC
Intesa Sanpaolo S.p.a.
Investors Bank
Israel Discount Bank Of New York
Ivey, Barnum & O'Mara LLC

Ivy Capital Advisor Limited
IW Group Services UK Ltd.
J Tan Jewelry Design, Inc.
Jack S. Lipson
James Pizzaruso
Jamestown Associates, LLC
Janco Srl
Janover LLC
Japan Himalaya League, Inc.
Jason Miller
JDM Staffing Corp.
Jenner & Block LLP
Jennifer Fangfang Ding
Jennifer Mercurio
Jenny Li
Jersey, Inc.
Jesse Brown
Jessica Mastrogiovanni
Jetlaw LLC
Jia Li Wang
Jia Yang
Jia Yang Li
Jiahui Liu
Jialin Qin
Jiamei Lu
Jiaming Liu
Jian Fan
Jian Hua Zhang
Jian Zhong Hu
Jiang Su Province
Jian Gong Group Ltd Beijing Branch
Jiang Yunfu Be
Jianhai Jiao
Jianhu Yi
Jianhua Zheng
Jianmin He
Jianshengxie and Jiefu Zheng
Jianxiao Chen
Jiayao G
Jie Zhang
Jinfeng Wu
Jing Geng
Jing Wu

Jinlan Yan
Jirong Zhang
JK Chef Collections LLC
JM Bullion Inc.
JNFX Ltd.
John B. Berryhill
John P. Morgan
John S Lau
Jonathan Young
Joseph Chen
Joshua I. Sherman
Jovial Century International Limited
Joyord Sportswear Limited
JPMorgan Chase Bank, N.A.
Jumbo Century Limited
Jun Chen
Jun Liu
Jun Qiao
Jun Yun Zhang
June Shi
Junjie Jiang
K Legacy Ltd.
K&L Gates LLP
Kaen Liu
Kaixin Hong
Kalixun Trading Limited
Kamel Debeche
Kan Chan
Karin Maistrello
Kathleen Sloane
Kearny Bank
Kercsmar Feltus & Collins PLLC
Keyi Ziklie
Khaled Ashafy
Kim Thong Lee
Kin Ming Je
Kin Ming Je/William Je
Kionasoft LLC
Kirkland & Ellis LLP
Kopple, Klinger & Elbaz, LLP
Kroll, LLC
Kui Cheng
Kyle Bass

Kyrgyz-Swiss Bank CJSC
LA International Foundation
Labarbiera Custom Homes
Lai Lau
Lake City Bank
Lalive Sa
Lamp Capital LLC
Lan Gu
Lan Lin
Lao Jiang
Law Firm of Callari Partners, LLC
Law Office of Richard E. Signorelli
Law Offices of Ronald I. Chorches, LLC
Lawall & Mitchell, LLC
Lax & Neville LLP
Lazare Potter Giacovas & Moyle
Leading Shine Limited
Leading Shine Ny Ltd
Lee Chu
Lee Vartan
Leewayhertz Technologies
Legends Owo, LLC
Leicester Hill Infromatices LLC
Leonard Scudder
Lexington Property And Staffing Inc.
Li Liu
Li Long
Li Sho Yo
Li Tang
Li Zhang
Liang Liu
Lianying Su
Liapull S.R.L.
Liberty Jet Management Corp.
Liehong Zhuang
Lihong "Sara" Wei Lafrenz
Limarie Reyes
Limarie Reyes Molinaris
Lin Dang
Lin Xin
Linda He Cheung
Linwan "Irene" Feng
Liu Dongfang

LLC STZ Fund No. 1
Lloyds Bank PLC
Lobel Modern NYC
Logan Cheng (f.k.a .Shuiyan Cheng)
Long Gate Limited
Loro Piana S.P.A.
Lukasz Lasota
Luminescence Co. Ltd
Luxury Cleaning, Inc.
Lyzon Enterprises Corporation
M&T Bank
Ma Xingchao
Macaron Limited
Macdonald
Major Lead International Limited
Makayla Randall
Mandelli USA, Inc.
Manhattan Motorcars, Inc.
Manuel Martinez Anzaldua
Manufacturers and Traders Trust Company
Mar-A-Lago
Mar-A-Lago Club LLC
Marcella Monica Falciani
Marcum LLP
Marini Pietrantoni
Muniz LLC Marino, Zabel & Schellenberg, PLLC
Mark Gunderson
Martha Jeffery
Mary Dowdle (A.K.A. Muffin Dowdle)
Mary Fashion S.P.A.
Mary Jiang
Maunakai Capital
Max Fei
Max Krasner
Maya Fawaz
Maywind Trading LLC
McDonnell & Whitaker LLC
McElroy, Deutsch, Mulvaney & Carpenter, LLP McLaren Racing Limited
McManimon, Scotland & Baumann, LLC
Medical Supply System International LLC
Medici Bank International LLC

Mei Kuen Kwok
Meien Kikuchi
Meister Seelig & Fein PLLC
Melissa Francis
Melissa Mendez
Mengyao He
Mercantile Bank International Corp.
Mercantile Global Holdings, Inc.
Mercedes-Benz Manhattan, Inc.
Meta Platforms Inc.
Metro Bank PLC
Metro Credit Union
Metropolitan Commercial Bank
Metropolitan Bank Holding Corp.
MF19 Inc.
Mi Kyung Yang
Michael Baranowitz
Michael Li & Co.
Michael S. Weinstein
Microsoft Corporation
Midfirst Bank
Miho Nishimura
Miles Guo
Miles Gwok
Miller Motorcars Inc.
Mimaii Nz Limited
Min Yang
Mindy Wechsler
Ming Ni
Ming Wu
Minghua Zhang
Mingrui Zhao
Mintz & Gold LLP
Mishcon De Reya LLP
Moa-Fu
Modsquad Inc.
Moran Yacht Management, Inc.
Morgan Stanley
Moritt Hock & Hamroff
Morrison Cohen LLP
Morvillo Abramowitz Grand Iason & Anello P.C.
Mos Himalaya Foundation Inc.

Mosaicon Shoes SRL
Mountains Of Spices Inc. Murtha Cullina LLP Mzc Financial Inc.
N.A.R. Enterprises Inc.
N87 Inc.
Nadeem Akbar Name Corp LLC
Nardello & Co., LLC
National Australia Bank Limited
National Bank Of Arizona (A Division of Zions Bancorporation NA)
National Sweepstakes Company, LLC
Nav Consulting Inc.
Nav Fund Services (Cayman) Ltd.
Nealon Law LLC
New Dynamic Development Limited
New Federal State Of China
New Mulberry Pte Ltd.
New Treasure LLC
New York Mos Himalaya LLC
Nexbank
Next Tycoon Investments Limited
Nicholas F. Savio
Ning Li Ning Zhao
Nium, Inc.
Noble Fame Global Limited
Nodal Partners, LLC
Norris Mclaughlin, P.A.
Novelty Hill Ltd.
NRT New England LLC (d.b.a. Coldwell Banker Residential Brokerage)
Nuoxi Liu
NYC Department of Finance
O.S.C. Orbit II Service Company LLC
O.S.C. Orbit Service Company LLC
O'Melveny & Myers LLP
O'Neal Webster
Oasis Tech Limited
Ocorian Consulting Ltd
Offensive Shield Ltd
Ogier
Ohtzar Shlomo Solomon Treasure LLC
Old National Bank
Olina Clemens

Olshan Frome Wolosky LLP
Omicron Nutraceutical LLC
On The Spot Home Improvement, Inc.
Open Bank
Oriental Bank
Oro Mont Alpi Srl
Osc Orbit Service Company LLC
O'Sullivan McCormack Jensen & Bliss PC
Oxford Visionary Ltd.
Pacific Alliance Asia Opportunity Fund L.P.
Pak Siu Leung
Pallas Partner LLP
Parrett Porto Parese & Colwell, P.C.
Pastore LLC
Paul Weiss
Payrnet Limited Peilun Hu
Peiru Luo
Pellettieri Di Parma SRL
Pengcheng Zhang
Petrillo Klein & Boxer LLP
Pharos Capital Ltd.
Phillips Nizer LLP
Phoenix Crew IC Limited
Pick & Zabicki LLP
Pillsbury Winthrop Shaw
Pittman LLP
Pixshow Film Inc.
PNC Bank
PNC Bank Financial Services Group, Inc.
PNC Financial Services Group, Inc.
Post Oak Motor Cars LLC
Post Oak Motors, LLC
Prager Dreifuss Ag
Premiere Accounting Solutions Ltd
Prime Trust LLC
Promemoria USA Inc.
Prominent Properties Sotheby's
Pullman & Comley, LLC
Putnam's Landscaping LLC
Qi Yong
Qiang Cheng
Qiang Fu
Qiang Guo

Qiang Hu
Qidong Xia Qin Yu
Qing "Serena" Cai
Qingtian Yuan
Qiong Bin Fu
Qionggui Yan
Qiqhua Fan
Qiu Yu
Qiu Yue Shou
Qiuria Li
Qu Guojiao
Quick-Equip LLC
Quiju Jia
Quinones Law PLLC
Qun Ju
Raich Ende Malter Co. LLP (a.k.a. Raich Ende Malter & Company)
Randazza Legal Group, PLLC
RBB Bancorp / Royal Business Bank
Reach Manufacturing, LLC
Red Team Partners
Redfin Corporation
Redis Lab, Inc.
Reid and Riege PC
Reinhard Plank S.R.L.
Renfeng Shi
Restoration Hardware, Inc
Reverence Capital Partners Opportunities Fund I Revolut Ltd.
Richard Leahy
Richard N. Freeth
Richmond Strategic Advisors, LLC
Ridwan Mamode Saib
Rilievi Group S.R.L.
Rising Sun Capital Ltd.
River Valley Operations LLC
Rm Auctions Deutschland Gmbh
RM Sotheby's / RM Auctions 2022
Roadway Moving and Storage, Inc.
Roadway Moving Inc.
Robinson & Cole LLP
Rockland Trust Company
Roger Smee

Rong Hu
Rong Jiang
Rong Zhang
Rongliang Starks
Rongrong Li
Roscalitar2
Ross Heinemeyer
Rosy Acme Ventures Limited
Roy D. Simon
Rui Hao
Ruizheng An
Rule of Law Foundation III Inc.
Rule of Law Society IV Inc
Ruquin Wang
RV Retailer East, LLC
Ryan Chengran Zhang
Sail Victory Limited
Samuel Dan Nunberg
Santander Bank, N. A.
Saraca Media Group Inc.
Savio Law LLC
Saxe Doernberger & Vita, P.C.
Scarabaeus Wealth Management AG
Schulman Bhattacharya, LLC
Scott Barnett
Seacoast National Bank
Sean Lynch
Sedgwick Realty Corp.
Selas Montbrial Avocats
Seven Mission Group LLC
SGB Packaging Group, Inc.
Shalom B. LLC (d.b.a. Asher Fabric Concepts) Shalyen Music LLC
Shane D Shook
Shao Hong Chiu
Shaobing Li
Shapiro Arato Bach LLP
Shapiro, Dorry, & Masterson LLC
Shengjie Fu
Sherry-Lehmann, Inc
Sherry-Netherland, Inc.
Shi Jia Zhuang Zhen Yuan Jian Zhu An Zhuang Gong Cheng Ltd Bejing First

Shibin Zhang
Shin Hsin Yu
Shing Seung Ankerite Engineering Ltd
Shiny Ace Innovation Co Ltd
Shiny Ace Limited
Shiny Times Ltd.
Shipman and Goodwin
Shipman, Shaiken & Schwefel, LLC
Shiqi Wang
Shiying Li
Shiyuan Zhang
Shizhong Zhang
Shuang Wang
Shujuan Milne
Shunjun Li
Sidley Austin LLP
Signature Bank, N.A.
Silvergate Bank
Sing Ting Rong
Sirius Networking Inc.
Siu Ming Je
Slaughter Law Group, PC
Smaragdos Mamzeris
Sod Stone Offroad Design Gmbh
Softcat PLC
Solazzo Calzature S.R.L.
Solomon Treasure Antiques
Songyi Chen
Sotheby's International Realty
Sotheby's International Realty Affiliates LLC
Spears & Imes, LLP
Spears Manning & Martini LLC
Spirit Charter Investment Limited
Spotify Technology S.A.
Spotify USA, Inc.
Standard Chartered Bank
Standard Chartered Bank USA
Staples (d.b.a. Staples Building Solutions)
Starling Bank Ltd
Stephen Kindseth
Stephen Wong
Steptoe LLP
Sterling National Bank

22

Steve Bannon
Stevenson Wong
Stichting Duurzame
Stokes Lawrence, PS
Stokesbury, Shipman & Fingold, LLC
Strategic Vision LLC
Streusand, Landon, Ozburn And Lemmon, LLP Stroock & Stroock & Lavan LLP
Structure Design Build LLC
Studio Cataldi Group Srl
Style Eyes Inc. (d.b.a. Ginger Finds)
Summer L. Bridges
Super Star Project Limitedo
Supreme Ebanq Global Ltd.
Supreme Fintech U.S. LLC
Supreme Sg Pte Ltd
Swans Team Design Inc.
Taixin Fu
Takahashi Hiroyuki
Talha Zobair
Tao An
Tao Zhang
Tao Zheng
Target Enterprises, LLC
Tarter Krinsky Drogin, LLP
Taurus Fund LLC
Taurus Management LLC
Tavares Cutting Inc.
TD Avenue (The Diamond Avenue)
TD Bank, N.A.
Telehouse International Corporation Of Europe Ltd
Teli Chen
Teneo Ltd UK
Teris-Phoenix, LLC
The Bancorp Bank
The Bank Of Princeton
The Casper Firm
The Clear Creek Group, LLC
The Currency Cloud Limited
The Deputy Group, LLC
The First Bank Of Greenwich
The Francis Firm PLLC

The Gertz File Investigative Reporting Project Inc
The Golden Sealine Limited
The Law Office Of Matthew Matheney LLC
The Law Offices Of Rafael A. Vargas
The Lost Draft LLC
The Quinlan Law Firm, LLC
The Sherry-Netherland Hotel
The Sherry-Netherland, Inc.
The Strong Firm, P.C.
Theriault Law, P.C.
Thomas Guarino (a.k.a. Thomas Guarino II)
Thomas McHale
Thomas Ragland
Three Treasure LLC
Tian Liang
Tian Shu Huang
Tingyi Wei
Tm Primrose Limited
Togut, Segal and Segal LLP
Tokyoseiki Co. Ltd.
Tong Le International Trading Co., Ltd.
Top California Beach Corp.
Top Target General Trading LLC
Trasco Bremen GMBH
Triple2 Digital LLC
Troutman Pepper Hamilton Sanders LLP
Troy Law PLLC
Troy Legal, PLLC
Trustco Bank
TT Resources 1 Pty Ltd.
Tut Co. Limited
U.S. Bank National Association
U.S. Legal Support, Inc.
UBS Ag
UBS Ag (London Branch)
UK Himalaya Ltd.
UK Import Services Limited
Una Manyee Wilkinson
United Bank
United States of America

Unitedlex
Updike, Kelly & Spellacy P.C.
Urban Legend Media, Inc
US Himalaya Capital Inc.
US Himalaya Ltd.
V.X. Cerda & Associates P.A.
Valley National Bank
Vandenloom Inc.
Vantage West Credit Union
Verdolino & Lowey
Veritext
Versace USA, Inc.
VFT Solutions Inc.
Victor Cerda
Victor-Oasis Consultancy Limited
Vision Knight Capital (China) Fund
Voice Of Guo Media, Inc.
Vx Cerda & Associates
Wa & Hf LLC
Wallex Digital LLC
Wallex Pay LLC
Wallex Technologies Pte Ltd.
Wanci Jiao
Wang's Realty Management Service Inc.
Ward & Berry, PLLC
Warren Law Group
Warroom Broadcasting & Media Communications LLC
Waycap S.P.A.
Weathertest Company Inc.
Webster Financial Corporation
Weddle Law PPLC
Wedlake Bell LLP
Wei Hong Xie
Wei She
Wei Zhang
Weican ("Watson") Meng
Weiguo Sun
Weihua Li
Weiwei Qian
Weixiang Ge
Weiyi Wang
Well Origin Ltd.

Wells Fargo Bank, N.A.
Wen Lin
Wencong Wang
Wenfeng Hu Weng
Wenhua Gong
Westy's Storage
Whitecroft Shore Limited
Whitman Breed Abbott & Morgan LLC
Whole Alpha Trading LLC
Wildes & Weinberg, P.C.
William Bradley Wendel
William Gertz
William Je (Je Kin Ming)
Williams & Connolly
Wilson Elser Moskowitz Edelman & Dicker LLP
Wings Insurance Agency, Inc.
Wise Creation International Limited
Wise Us, Inc.
Wolf Haldenstein Adler Freeman & Herz LLP Womble Bond Dickinson (US) LLP
World Century Limited,
Worldwide Opportunity Holdings Limited
Wu Zheng
Xia Chunfeng
Xianhong Zhang
Xiao Huang
Xiao Rui Wang
Xiao Yan Zhu
Xiaobo He
Xiaodan Wang
Xiaolan Zhao
Xiaoli Ma
Xiaoli Xu
Xiaomei Zhao
Xiaoming Liu
Xiaoxiao Lin
Xiaoyan Ba
Xili Zhai
Xin Li
Xingyu Yan
Xinhui Liao
Xinrong Li

Xiqui ("Bob") Fu
Xiuling Tang
Xue Wang
Xuebing Wang
Xuehai Liu
Xun Deng
Ya Li
Yachtzoo Sarl
Yafan Chang
Yan Chun Liu
Yan Gao
Yan Huang
Yan Liu
Yancheng Chen
Yang Hai
Yang Jun Zheng
Yang Lan
Yang Yang
Yangping Wang
Yankwitt LLP
Yanming Wang
Yanping Wang
Yanping Yvette Wang
Yanyun Ren
Yaping Zhang
Yaz Qingua
Yeliang Xia
Yi Li
Yi Lin
Yi Wen
Yi Zhao
Yi Zhou
Yieldesta L.P.
Yiming Zhang
Ying Liu
Yinying Wang (a.k.a. Xiao Fei Xiang)
Yong Chun Li
Yong Zhang
Yongbing Zhang
Yongping Yan (a.k.a. Shan Mu)
Yossi Almani
Youtube, LLC

Yu Xia Li
Yuan Zhou
Yuanlin Liu
Yue Hua Zhu Shi
Yue Zhou
Yuechen Lan
Yuhong Pei
Yujia Wang
Yuk Moey Mary Yap
Yuky Yun Liu
Yulin Yao
Yumei Hu
Yunfa Wang
Yunfu Jiang
Yunteng Lu
Yunxia Wu
Yuqiang Qin
Yuxiang Chen & Jia You JT Ten
Yvette Wang
Zeichner Ellman & Krause LLP
Zeisler & Zeisler, P.C.
Zendesk Inc
Zeta Global Corp.
Zhang Lin
Zhang Wei
Zheng Rui He
Zheng Wu (a.k.a. Bruno Wa)
Zhenghua Shen
Zhengjun Dong
Zhenpeng Li
Zhixuam Li
Zhixuan Li
Zhizhe "Frank" Dong
Zhongyi Ma
Zhou Baojin
Zhou Hai Yang
Zhuoer "Joe" Wang
Zi Ye
Ziba Limited
Zihan Liu
Zikun Wang
Zyb & Associates, LLC

**SCHEDULE 2**

**Disclosure Schedule**

| Matched Entity | Relationship to Debtor | Relationship to K&K |
|---|---|---|
| UBS AG (London Branch) | Other Interested Parties | Affiliate of current client in unrelated matters |
| JPMorgan Chase Bank | Other Interested Parties | Current client (in its capacity of Trustee for certain pension trust funds) in unrelated matters |
| East West Bank | Other Interested Parties | Former client in an unrelated matter |
| FFP (BVI) Limited | Other Interested Parties | Current client (in its capacity as Court-appointed Liquidator) in an unrelated matter |
| JNFX LTD. | Other Interested Parties | Current client in an unrelated matter |
| M&T Bank/People's United Bank | Other Interested Parties | Former client in an unrelated matter |
| Andrew Childe | Other Interested Parties | Current client (in his capacity as Court-appointed Liquidator) in an unrelated matter |
| Deutsche Bank Trust Company America | Other Interested Parties | Affiliate of current client in unrelated matters |
| U.S. Bank National Association | Other Interested Parties | Former client in unrelated matters |