UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                              :    Chapter 11
:
HO WAN KWOK, *et al.*,                              :    Case No. 22-50073 (JAM)
:
   Debtors.[1]                                      :    Jointly Administered
:
---------------------------------------------------------x

## NOTICE OF CHANGE IN HOURLY RATES OF PAUL HASTINGS LLP, COUNSEL TO CHAPTER 11 TRUSTEE AND GENEVER DEBTORS

**PLEASE TAKE NOTICE** that, on August 2, 2022, the Bankruptcy Court for the District of Connecticut (the "Court") entered the *Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee, Effective as of Petition Date* [Docket No. 668] and, on January 24, 2023, the Court entered the *Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330 and Bankruptcy Rules 2014 and 2016, Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Genever Debtors* [Docket No. 1376] (together, the "Retention Orders").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Orders, Paul Hastings LLP, as counsel to (a) Luc A. Despins, as chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, (b) Genever Holdings LLC, and (c) Genever Holdings Corporation, hereby provides notice of the following adjusted hourly rates, effective January 1, 2025:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

| Timekeeper Category | U.S. Hourly Rate Range (pre-January 1, 2025) | U.S. Hourly Rate Range (post-January 1, 2025) |
|---|---|---|
| Partners | $1,585 - $2,300 | $1,625 - $2,520 |
| Of Counsel | $1,550 - $2,185 | $1,575 - $2,395 |
| Associates | $795 - $1,395 | $825 - $1,520 |
| Paraprofessionals | $360 - $625 | $295 - $670 |

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the foregoing, the hourly rate of the Trustee will remain unchanged at $1,975 per hour.

Dated: December 17, 2024

LUC A. DESPINS, CHAPTER 11 TRUSTEE, GENEVER HOLDINGS LLC, AND GENEVER HOLDINGS CORPORATION

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (*pro hac vice*)
Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
douglassbarron@paulhastings.com

    *and*

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al*.,[1]                                :    Case No. 22-50073 (JAM)
                                                         :
         Debtors.                                        :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 cases by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   December 17, 2024
         New York, New York

                                        By: */s/ G. Alexander Bongartz*
                                        G. Alexander Bongartz (*pro hac vice*)
                                        PAUL HASTINGS LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 318-6079
                                        alexbongartz@paulhastings.com

                                        *Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).