UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                    :    Chapter 11
                                          :
HO WAN KWOK, *et al.*,                    :    Case No. 22-50073 (JAM)
                                          :
            Debtors.[1]                   :    Jointly Administered
                                          :
---------------------------------------------------------x

**NOTICE OF CHANGE IN HOURLY RATES OF HARNEY WESTWOOD AND RIEGELS LP, AS BRITISH VIRGIN ISLANDS COUNSEL TO CHAPTER 11 TRUSTEE AND GENEVER HOLDINGS CORPORATION**

**PLEASE TAKE NOTICE** that, on October 3, 2022, the Bankruptcy Court for the District of Connecticut (the "Court") entered the *Order (A) Granting Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Harney Westwood and Riegels LP, as British Virgin Islands Counsel to the Chapter 11 Trustee and (B) Authorizing and Approving Estate's Entry Into Director Services Agreement* [Docket No. 909] and, on January 4, 2023, the Court entered the *Order (A) Granting Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Harney Westwood and Riegels LP, as Debtor's British Virgin Islands Counsel* [Docket No. 1286] (together, the "Retention Orders").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Orders, Harney Westwood and Riegels LP, as counsel to (a) Luc A. Despins, as chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok and (b) Genever Holdings Corporation, hereby provides notice of the following adjusted hourly rates, effective January 1, 2025:

| Timekeeper Category | Hourly Rate Range (pre-January 1, 2025) | Hourly Rate Range (post-January 1, 2025) |
|---|---|---|
| Partners | $1,300 | $1,365 |
| Of Counsel | $1,015 | $1,065 |
| Senior Associates | $910 | $955 |
| Associates | $590 | $620 |
| Paraprofessionals | $320 | $335 |

Dated: December 17, 2024

        LUC A. DESPINS, CHAPTER 11 TRUSTEE, AND GENEVER HOLDINGS CORPORATION

        By: */s/ G. Alexander Bongartz*
           G. Alexander Bongartz (*pro hac vice*)
           Douglass Barron (*pro hac vice*)
           PAUL HASTINGS LLP
           200 Park Avenue
           New York, New York 10166
           (212) 318-6079
           douglassbarron@paulhastings.com

           *and*

        Nicholas A. Bassett *(pro hac vice)*
        PAUL HASTINGS LLP
        2050 M Street NW
        Washington, D.C., 20036
        (202) 551-1902
        nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee and Genever Holdings Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: December 17, 2024
New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee and Genever Holdings Corporation*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).