UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                          :    Chapter 11
                                                                :
HO WAN KWOK, *et al.*,                          :    Case No. 22-50073 (JAM)
                                                                :
                    Debtors.[1]                            :    Jointly Administered
                                                                :
---------------------------------------------------------x

**NOTICE OF CHANGE IN HOURLY RATES OF PRAGER DREIFUSS AG, AS SWISS LAW COUNSEL TO CHAPTER 11 TRUSTEE**

**PLEASE TAKE NOTICE** that, on March 20, 2024, the Bankruptcy Court for the District of Connecticut (the "Court") entered the *Order (A) Granting Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Prager Dreifuss AG, as Swiss Law Counsel* [Docket No. 3019] (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, Prager Dreifuss AG, as counsel to Luc A. Despins, hereby provides notice of the following adjusted hourly rates, effective January 1, 2025:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

| Timekeeper | Hourly Rate Range (pre-January 1, 2025) | Hourly Rate Range (post-January 1, 2025) |
|---|---|---|
| Daniel Hayek | CHF 750 | CHF 800 |
| Gion Jegher | CHF 650 | CHF 700 |
| Mark Meili | CHF 550 | CHF 600 |
| Associates | CHF 375 | CHF 425 |

Dated: December 17, 2024

        LUC A. DESPINS, CHAPTER 11 TRUSTEE, AND GENEVER HOLDINGS CORPORATION

        By: */s/ G. Alexander Bongartz*
           G. Alexander Bongartz (*pro hac vice*)
           Douglass Barron (*pro hac vice*)
           PAUL HASTINGS LLP
           200 Park Avenue
           New York, New York 10166
           (212) 318-6079
           douglassbarron@paulhastings.com

              *and*

           Nicholas A. Bassett *(pro hac vice)*
           PAUL HASTINGS LLP
           2050 M Street NW
           Washington, D.C., 20036
           (202) 551-1902
           nicholasbassett@paulhastings.com

              *and*

           Douglas S. Skalka (ct00616)
           Patrick R. Linsey (ct29437)
           NEUBERT, PEPE & MONTEITH, P.C.
           195 Church Street, 13th Floor
           New Haven, Connecticut 06510
           (203) 781-2847
           dskalka@npmlaw.com
           plinsey@npmlaw.com

        *Counsel for the Chapter 11 Trustee and Genever Holdings Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   December 17, 2024
         New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee and Genever Holdings Corporation*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).