**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                          :    Chapter 11
                                                :
HO WAN KWOK, *et al.*,[1]                       :    Case No. 22-50073 (JAM)
                                                :
    Debtors.                                    :    (Jointly Administered)
                                                :
---------------------------------------------------------x

**NOTICE OF CHANGE IN HOURLY RATES OF NEUBERT, PEPE, & MONTEITH, P.C., LOCAL COUNSEL AND CONFLICTS COUNSEL TO THE CHAPTER 11 TRUSTEE OF HO WAN KWOK, COUNSEL TO GENEVER HOLDINGS CORPORATION, AND CO-COUNSEL TO GENEVER HOLDINGS LLC**

**PLEASE TAKE NOTICE** that, on August 2, 2022, the United States Bankruptcy Court for the District of Connecticut entered the *Order Granting Application of Chapter 11 Trustee for Entry of an Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Neubert, Pepe, & Monteith, P.C., as Local and Conflicts Counsel to the Chapter 11 Trustee* [ECF No. 669]; on November 17, 2022, the Court entered the *Order Granting Debtor's Application for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Neubert, Pepe, & Monteith, P.C., as Debtor's Counsel* (as to Genever Holdings Corporation) [ECF No. 1107]; and on November 30,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2022, the Court entered the *Order Granting Debtor's Application for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Neubert, Pepe, & Monteith, P.C., as Debtor's Co-Counsel* (as to Genever Holdings LLC) [ECF No. 1177] (together, collectively, the "Retention Orders").

**PLEASE TAKE FURTHER NOTICE** that on December 20, 2023, in accordance with the Retention Orders, Neubert, Pepe & Monteith, P.C., as local counsel and conflicts counsel to the Chapter 11 Trustee for the debtor, Ho Wan Kwok, co-counsel to the debtor Genever Holdings Corporation, and co-counsel to the debtor Genever Holdings LLC, filed its *Notice of Change in Hourly Rates* for calendar year 2023 [ECF No. 1258];

**PLEASE TAKE FURTHER NOTICE** that on December 19, 2024, in accordance with the Retention Orders, Neubert, Pepe & Monteith, P.C., as local counsel and conflicts counsel to the Chapter 11 Trustee for the debtor, Ho Wan Kwok, co-counsel to the debtor Genever Holdings Corporation, and co-counsel to the debtor Genever Holdings LLC, filed its *Notice of Change in Hourly Rates* for calendar year 2024 [ECF No. 2454];

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Orders, Neubert, Pepe & Monteith, P.C., as local counsel and conflicts counsel to the Chapter 11 Trustee for the debtor Ho Wan Kwok, co-counsel to the debtor Genever Holdings Corporation, and co-counsel to the debtor Genever Holdings LLC, and in the above-captioned chapter 11 cases, hereby provides notice of the following adjusted hourly rates, effective January 1, 2025:

| Timekeeper Category | Hourly Rate Range (pre-January 1, 2025) | Hourly Rate Range (post-January 1, 2025) |
|---|---|---|
| Partners | Up to $550 | Up to $570 |
| Counsel | $425-$475 | $435-$505 |
| Associates | $220-$425 | $235-$425 |
| Paraprofessionals | $185-$225 | $195-$235 |

Dated: December 17, 2024
New Haven, Connecticut

                NEUBERT, PEPE & MONTEITH, P.C.

                By: */s/ Patrick R. Linsey*
                    Douglas S. Skalka (ct00616)
                    Patrick R. Linsey (ct29437)
                    NEUBERT, PEPE & MONTEITH, P.C.
                    195 Church Street, 13th Floor
                    New Haven, Connecticut 06510
                    (203) 781-2847
                    dskalka@npmlaw.com
                    plinsey@npmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                  :

In re:                                      :      Chapter 11

HO WAN KWOK, *et al.*,         :      Case No. 22-50073 (JAM)

             Debtors.[1]         :      Jointly Administered

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties eligible to receive notice in the above-captioned jointly administered chapter 11 cases by operation of the Court's case management/electronic case filing ("CM/ECF") system. Parties that received notice via the CM/ECF system include debtor Ho Wan Kwok, counsel to the Official Committee for Unsecured Creditors for the debtor Ho Wan Kwok, and counsel to the United States Trustee. Parties may access this filing through the Court's CM/ECF system. The undersigned hereby further certifies that on December 17, 2024, the foregoing notice was served by manual e-mail on the debtors, Genever Holdings Corporation and Genever Holdings LLC, as follows: claire.abrehart@harneys.com and lucdespins@paulhastings.com.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

Dated: December 17, 2024
New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com, plinsey@npmlaw.com

2