UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------x
In re:                                          : Chapter 11
                                                :
HO WAN KWOK, *et al.*,                          : Case No. 22-50073 (JAM)
                                                :
                    Debtors.[1]                 : Jointly Administered
                                                :
------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF WINNE, BANTA, BASRALIAN & KAHN, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM OCTOBER 1, 2024 THROUGH NOVEMBER 30, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Winne, Banta, Basralian & Kahn, P.C. ("WBB&K") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered as New Jersey real estate counsel to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from October 1, 2024 through and including November 30, 2024 (the "Fee Period"). By this Monthly Fee Statement, WBB&K respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $6,718.00 and $828.93, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as Exhibit A are WBB&K's fee statements for services provided during the Fee Period along with a timekeeper summary that includes the name, rate, total hours and total fees earned for each WBB&K individual who provided services during the fee period. These fee statements also list the expenses incurred for which WBB&K seeks reimbursement for the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

2. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

3. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Winne, Banta, Basralian & Kahn, P.C., (Attn: Richard R. Kahn and (ii) the Notice Parties by email no later than **January 9, 2025 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

4. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay WBB&K 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

5. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

Dated: December 19, 2024

By: /s/ Richard R. Kahn
Richard R. Kahn
Winne Banta Basralian & Kahn, PC
Court Plaza South, East Wing Suite 101
21 Main Street
Hackensack, New Jersey 07601

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                             :
In re:                        :      Chapter 11
                             :
HO WAN KWOK, *et al.*,[1]    :      Case No. 22-50073 (JAM)
                             :
      Debtors.       :      (Jointly Administered)
                             :
---------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 19, 2024, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated: December 19, 2024
       at New Haven, Connecticut       By: */s/ Patrick R. Linsey*
                                                            Patrick R. Linsey (ct29437)
                                                            Neubert, Pepe & Monteith, P.C.
                                                            195 Church Street, 13th Floor
                                                            New Haven, Connecticut 06510
                                                             (203) 781-2847
                                                             plinsey@npmlaw.com

                                                             *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**
Winne, Banta, Basralian & Kahn, P.C. Fee Statement



**WINNE BANTA**
**BASRALIAN & KAHN**
ATTORNEYS AT LAW

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-7021

(201) 487-3800
FACSIMILE (201) 487-8529

www.winnebanta.com

December 18, 2024

Luc A. Despins- Trustee
Paul Hastings, LLC
200 Park Avenue
New York, NY  10166

Invoice #:  254872
Client #:  11157
Matter #:  1
Billing Attorney:  RRK

## INVOICE SUMMARY

For professional services rendered and disbursements advanced through November 30, 2024:

**RE:  Local NJ Real Estate Counsel regarding the sale of Crocker Mansion (Mahwah Mansion), located at 675 Ramapo Valley Road, Mahwah, New Jersey**

| | |
|---|---|
| Professional Services | $ 8,397.50 |
| Total Disbursements Advanced | $ 828.93 |
| **TOTAL THIS INVOICE** | **$ 9,226.43** |
| Outstanding Balance | $ 1,134.90 |
| **TOTAL BALANCE DUE** | **$ 10,361.33** |

**WBB&K P.C.**

Invoice #: 254872                                                                                                 December 18, 2024

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Narrative of Services | Hours |
|---|---|---|---|
| 10/01/24 | RRK | Review revised Supplemental Declaration and respond to Nancy Kinsella. | .20 |
| 10/02/24 | RRK | Email N. Kinsella transmittal of reviewed and executed Supplemental Declaration and P. Linsey emails. | .30 |
| 10/08/24 | RRK | Emails with W. Sherman regarding landscaper cleanup recommendations | .10 |
| 10/09/24 | RRK | Review bankruptcy court retention approval. | .10 |
| 10/10/24 | RRK | W. Sherman emails regarding Landscaper/Clean Up cost estimate. | .10 |
| 10/11/24 | RRK | Emails with W. Sherman - Landscape contractors. | .30 |
| 10/14/24 | RRK | Emails with W. Sherman regarding repair vendors. | .10 |
| 11/04/24 | RRK | Order title search. | .10 |
| 11/04/24 | RRK | Review and advise of Chiesa Shahinian & Giantomasi Notice of Appearance. | .20 |
| 11/04/24 | RRK | Email with W. Sherman regarding advice on Broker prospect. | .10 |
| 11/04/24 | RRK | Email from K. Meccia regarding title report acknowledgment. | .10 |
| 11/04/24 | RRK | Emails - W. Sherman regarding need to secure title search. | .10 |
| 11/06/24 | RRK | W. Sherman and A. Garinco emails re: repair status | .20 |
| 11/07/24 | RRK | W. Sherman email re: repair status. | .10 |
| 11/12/24 | RRK | Emails with W. Sherman re: status of Title Report. | .10 |
| 11/13/24 | RRK | Emails with W. Sherman and A. Garino re: roof repairs. | .10 |
| 11/14/24 | RRK | Transmittal of title report to W. Sherman. | .10 |
| 11/14/24 | RRK | Review title report. | .30 |
| 11/14/24 | RRK | Confer with A. Meccia Jr. re: title report review. | .10 |
| 11/15/24 | RRK | Review title report with First Bergen Title Insurance Co. | .40 |
| 11/15/24 | RRK | Advise client regarding ownership problem. | .10 |
| 11/15/24 | RRK | Confer with G. Redish regarding addressing construction lien foreclosure actions. | .40 |
| 11/15/24 | RRK | Email to client regarding foreclosure actions. | .10 |
| 11/15/24 | GSR | Telephone conference with Richard Kahn, Esq. on New Jersey lis pendens file. | .30 |
| 11/15/24 | GSR | Telephone conference with Bill Sherman on New Jersey lis pendens issue; | .30 |
| 11/15/24 | GSR | Review title report to work on strategy. | 1.00 |
| 11/15/24 | GSR | Telephone conference with Michael Starr, Esq., attorney for lien claimant. | .30 |
| 11/15/24 | GSR | Telephone conference with Mark Blount, Esq. attorney for lien claimant; | .20 |

WBB&K P.C.

Invoice #: 254872                                                                                                    December 18, 2024

| Date | Tkpr | Narrative of Services | Hours |
|---|---|---|---|
| 11/15/24 | GSR | Review adversary complaint in Connecticut Bankruptcy Court | .50 |
| 11/18/24 | RRK | Confer with G. Redish on mechanic lien claimants strategy. | .30 |
| 11/18/24 | GSR | Review title/Chapter 11 pleadings and claimant's State Court pleadings. | 2.00 |
| 11/18/24 | GSR | Telephone conference with both counsel for claimants. | .40 |
| 11/18/24 | GSR | Work on letter to claimant's counsel. | .60 |
| 11/19/24 | RRK | Revise side letter. | .10 |
| 11/19/24 | RRK | Confer with G. Redish re: mechanic's lien enforcement strategy. | .20 |
| 11/19/24 | RRK | Review G. Redish draft of correspondence re: construction liens. | .20 |
| 11/19/24 | RRK | Review, research and advise client regarding property condition disclosure. | .30 |
| 11/19/24 | RRK | Confer with I. Vargas regarding whether Trustee may avoid property condition disclosure. | .20 |
| 11/19/24 | GSR | Complete title review. | 1.00 |
| 11/19/24 | GSR | ECourt review of lien claims. | .70 |
| 11/19/24 | GSR | Draft letter to lien claimants. | .30 |
| 11/19/24 | IMV | Receipt and review email thread from R.Kahn regarding client inquiry on property disclosure requirements and potential trustee exception thereto. | .10 |
| 11/19/24 | IMV | Research, review and analysis of NJ Real Estate Consumer Protection Enhancement Act for relevant provisions on property disclosure statement requirements. | .50 |
| 11/19/24 | IMV | Research and review DCA guidance on the NJ Real Estate Consumer Protection Enhancement Act and practice templates in connection therewith. | .30 |
| 11/19/24 | IMV | Draft email summary to R.Kahn and M.Taus in response to client inquiry and provide findings on the Act and forms found online. | .10 |
| 11/19/24 | IMV | Attention to email communication with M. Taus and R. Kahn responsive to research findings provided. | .10 |
| 11/20/24 | RRK | Emails with W. Sherman, G. Redish, D. Skalka re: construction liens. | .50 |
| 11/20/24 | GSR | Review Trustee's amendments to letter. | .20 |
| 11/21/24 | RRK | Review G. Redish email regarding executed correspondence and exhibits going to M. Starr and M. Blout. | .10 |
| 11/22/24 | GSR | Finalize letter to lien claimants' counsel. | .30 |

**TOTAL PROFESSIONAL SERVICES**                                                                              **$ 8,397.50**

3

WBB&K P.C.

Invoice #: 254872                                                                December 18, 2024

## TIMEKEEPER SUMMARY

| Name              | Rate   | Hours | Total      |
|-------------------|--------|-------|------------|
| Kahn, Richard R.  | 585.00 | 5.70  | 3,334.50   |
| Redish, Gary S.   | 585.00 | 8.10  | 4,738.50   |
| Vargas, Ivette M. | 295.00 | 1.10  | 324.50     |
| **TOTALS**        |        | **14.90** | **$ 8,397.50** |

## DISBURSEMENTS ADVANCED

| Description                                                  | Amount |
|--------------------------------------------------------------|--------|
| Printing                                                     | 6.60   |
| First Bergen Title Agency LLC, Searches, File #H24-0171      | 721.00 |
| UPS, Messenger/Courier                                       | 40.97  |
| UPS, Messenger/Courier                                       | 19.18  |
| UPS, Messenger/Courier                                       | 19.18  |
| UPS, Messenger/Courier                                       | 22.00  |

**TOTAL DISBURSEMENTS ADVANCED**                                         $ 828.93

**TOTAL THIS INVOICE**                                                   $ 9,226.43

4

WBB&K P.C.

Invoice #: 254872  December 18, 2024

## OUTSTANDING INVOICES

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 253199 | 11/08/24 | 2,398.50 | 1,263.60 | 1,134.90 |

| | |
|---|---|
| Outstanding Balance | $ 1,134.90 |
| Balance Due This Invoice | $ 9,226.43 |
| **TOTAL BALANCE DUE** | **$ 10,361.33** |

5



**WINNE BANTA
BASRALIAN & KAHN**
ATTORNEYS AT LAW

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-7021

(201) 487-3800
FACSIMILE (201) 487-8529

www.winnebanta.com

December 18, 2024

Luc A. Despins- Trustee
Paul Hastings, LLC
200 Park Avenue
New York, NY 10166

Invoice #:   254872
Client #:     11157
Matter #:       1
Billing Attorney:  RRK

## REMITTANCE ADVICE

RE: Local NJ Real Estate Counsel regarding the sale of Crocker Mansion (Mahwah Mansion), located at 675 Ramapo Valley Road, Mahwah, New Jersey

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 9,226.43** |
| Outstanding Balance | $ 1,134.90 |
| **TOTAL BALANCE DUE** | **$ 10,361.33** |

Please return this advice with payment to:

WBB&K P.C.
ATTN: Accounts Receivable
P.O. Box 647
Hackensack, NJ 07602-0647

## DUE UPON RECEIPT

To Pay By Credit Card:

Visa _____    Mastercard _____    Discover _____

Account No.: _____ Expiration Date: ___/___ Security Code: _____

Amount : $ _____ Name on Account: _____

Cardholder Billing Address: _____

Authorization Signature: _____

E-Mail Address: _____