**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                                        : Chapter 11
                                                              :
HO WAN KWOK, *et al.*,                                        : Case No. 22-50073 (JAM)
                                                              :
       Debtors.[1]                                          : Jointly Administered
                                                              :
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "<u>Interim Compensation Order</u>"),[2] Kroll, LLC ("<u>Kroll</u>") hereby submits this monthly statement (the "<u>Monthly Fee Statement</u>") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "<u>Trustee</u>") appointed in the chapter 11 case of Ho Wan Kwok, for the period from November 1, 2024 through and including November 30, 2024 (the "<u>Fee Period</u>"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $34,413.24 and $3,619.40, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period. The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as Exhibit B is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3. Attached hereto as Exhibit C is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4. Attached hereto as Exhibit D is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5. Attached hereto as Exhibit E are Kroll's fee statements for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

6. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn

(holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "<u>Notice Parties</u>").

7.  Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **January 9, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Objection Deadline</u>")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.  If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9.  To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: December 19, 2024

By: */s/ Allen Pfeiffer*
Allen Pfeiffer
KROLL, LLC
55 East 52nd Street, Floor 17
New York, New York 10055

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
HO WAN KWOK, *et al*.,[3]                 :    Case No. 22-50073 (JAM)
:
Debtors.                      :    (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 19, 2024, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated:   December 19, 2024           By: */s/ G. Alexander Bongartz*
        New York, New York           G. Alexander Bongartz (admitted *pro hac vice*)
        PAUL HASTINGS LLP
        200 Park Avenue
        New York, New York 10166
        (212) 318-6000
        alexbongartz@paulhastings.com

        *Counsel for the Chapter 11 Trustee*

---

[3] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**

**HOURS AND RATES PER PROFESSIONAL**

*Time Period: November 1-30, 2024.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 890 | $ 712 | 1.5 | $ 1,068.00 |
| Barker, James | Associate Managing Director | Forensic Investigations and Intelligence | $ 710 | $ 639 | 5.5 | $ 3,514.50 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 14.1 | $ 7,296.75 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 46.4 | $ 24,012.00 |
| Levenson, Patrick | Associate Manager | Forensic Investigations and Intelligence | $ 420 | $ 378 | 3.8 | $ 1,436.40 |
| Spier, Tre | Research Analyst | Forensic Investigations and Intelligence | $ 245 | $ 221 | 25.8 | $ 5,688.90 |
| **Total Hours and Fees:** | | | | | **97.1** | **$ 43,016.55** |
| **Blended Hourly Rate:** | | | | | | **$ 443.01** |

1

## EXHIBIT B

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

*Time Period: November 1-30, 2024.*

| U.S. Trustee Task Code and Project Category | | Hours Billed | Fees Billed |
|---|---|---|---|
| B110 | Case Administration | - | $ - |
| B113 | Pleadings Review | - | $ - |
| B120 | Asset Analysis and Recovery | - | $ - |
| B155 | Court Hearings | - | $ - |
| B160 | Fee/Employment Applications | 5.4 | $ 3,086.25 |
| B170 | Fee/Employment Objections | - | $ - |
| B180 | Avoidance Action Analysis | - | $ - |
| B181 | Preference Analysis and Recovery Actions | - | $ - |
| B182 | Post-Petition Transfers and Recovery Actions | - | $ - |
| B190 | Other Contested Matters (excl. assumption/reject | - | $ - |
| B191 | General Litigation | - | $ - |
| B192 | Lender Litigation | - | $ - |
| B195 | Non-Working Travel | - | $ - |
| B261 | Investigations | 91.7 | $ 39,930.30 |
| **TOTAL** | | **97.1** | **$ 43,016.55** |

1

# EXHIBIT C

## SUMMARY OF COMPENSATION BY MATTER ID

*Time Period: November 1-30, 2024.*

| Matter ID and Name | | Hours Billed | Fees Billed |
|---|---|---|---|
| 00001 | General Debtor Representation | 5.4 | $ 3,086.25 |
| 00002 | Asset Recovery Investigation and Litigation | 91.7 | $ 39,930.30 |
| 00003 | HK USA Adversary Proceeding | - | $ - |
| 00004 | Bravo Luck Adversary Proceeding | - | $ - |
| 00005 | PAX Adversary Proceeding | - | $ - |
| 00006 | SN Apartment Adversary Proceeding | - | $ - |
| 00007 | Greenwich Land Adversary Proceeding | - | $ - |
| 00008 | AIG Adversary Proceeding | - | $ - |
| 00009 | Mei Guo Adversary Proceeding | - | $ - |
| 00010 | Interpleader Adversary Proceeding | - | $ - |
| 00011 | HCHK Adversary Proceeding | - | $ - |
| 00012 | Golden Spring Adversary Proceeding | - | $ - |
| 00013 | Mahwah Adversary Proceeding | - | $ - |
| 00014 | RICO Litigation | - | $ - |
| 00015 | Lamp Capital Adversary Proceeding | - | $ - |
| 00016 | G-Club Adversary Proceeding | - | $ - |
| 00017 | Rule of Law Adversary Proceeding | - | $ - |
| ███ | ███████████████ | - | $ - |
| 00019 | Leading Shine Adversary Proceeding | - | $ - |
| 00020 | Gettr USA Proceeding | - | $ - |
| | | 97.1 | $ 43,016.55 |

**EXHIBIT D**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

*Time Period: November 1-30,*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---|
| Database and Research Fees for November | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | $ 200.00 |
| Valid8 Charges | General Debtor Representation | Case Administration | 3,419.40 |
| **TOTAL** | | | **$ 3,619.40** |

**EXHIBIT E**

**FEE DETAIL**

*Time Period: November 1-30, 2024.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lazarus, Jordan | 11/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [K. Mitchell], A. Lomas and Paul Hastings re: new document productions from ▇▇▇ ▇▇▇▇▇▇ and related matters. | 0.3 | $ 155.25 |
| Parizek, Pam | 11/1/2024 | General Debtor Representation | Fee/Employment Applications | Call with H. Claiborn and Paul Hastings [A. Bongart] re: Kroll expenses, [.5] | 0.5 | $ 356.00 |
| Spier, Tre | 11/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Review up supplemental document production from ▇▇▇ related update of inventory of Debtor-related bank accounts. | 1.5 | $ 330.75 |
| Levenson, Patrick | 11/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted targeted searches related to ▇▇▇ ownership. | 2.0 | $ 756.00 |
| Lomas, Adam | 11/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of transfers involving parties purportedly contributing to Kwok's ▇▇▇ related financial analysis and review of documents in Relativity; compose related email to Paul Hastings [L. Song]. | 4.8 | $ 2,484.00 |
| Lomas, Adam | 11/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Revisions to schedule of ▇▇▇ transaction activity after ▇▇▇ compose related email to Paul Hastings [N. Bassett]. | 1.3 | $ 672.75 |
| Lomas, Adam | 11/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to certain parties purportedly contributing to Kwok's ▇▇▇ | 0.5 | $ 258.75 |
| Lomas, Adam | 11/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.8 | $ 414.00 |
| Lomas, Adam | 11/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of additional transactions in ▇▇▇ accounts at ▇▇▇ related updates to master transaction file. | 1.9 | $ 983.25 |
| Lomas, Adam | 11/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of additional documents produced by ▇▇▇ related update of inventory of Debtor-related bank accounts. | 1.4 | $ 724.50 |
| Spier, Tre | 11/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare summary schedule of transaction activity in ▇▇▇ bank accounts after ▇▇▇ | 0.5 | $ 110.25 |
| Levenson, Patrick | 11/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ▇▇▇ research. | 1.0 | $ 378.00 |
| Levenson, Patrick | 11/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Internal meetings and calls. | 0.3 | $ 113.40 |
| Lomas, Adam | 11/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▇▇▇ LLC bank account transactions; related updates to master transaction file. | 3.4 | $ 1,759.50 |

1

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 11/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▇▇▇ LLC bank account transactions; related updates to master transaction file. | 0.2 | $ 103.50 |
| Lazarus, Jordan | 11/6/2024 | General Debtor Representation | Fee/Employment Applications | Prepare October 2024 Monthly Fee Statement. | 1.5 | $ 776.25 |
| Lazarus, Jordan | 11/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey and K. Mitchell] and A. Lomas re: ▇▇▇ document production. | 0.2 | $ 103.50 |
| Lazarus, Jordan | 11/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of supplemental ▇▇▇ document production. | 1.2 | $ 621.00 |
| Levenson, Patrick | 11/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ▇▇▇ research. | 0.5 | $ 189.00 |
| Lomas, Adam | 11/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K.Mitchell and P. Linsey] re: jurisdication of bank accounts from which transfers were made to ▇▇▇ compile related records. | 1.7 | $ 879.75 |
| Lazarus, Jordan | 11/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis and related correspondence with NPM Law [P. Linsey] re: ▇▇▇ transfers and related matters. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 11/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of supplemental ▇▇▇ document production. | 2.5 | $ 1,293.75 |
| Lazarus, Jordan | 11/7/2024 | General Debtor Representation | Fee/Employment Applications | Prepare October 2024 Monthly Fee Statement. | 0.5 | $ 258.75 |
| Lazarus, Jordan | 11/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of supplemental ▇▇▇ document production. | 1.1 | $ 569.25 |
| Lomas, Adam | 11/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell and P. Linsey] re: known or suspected accounts at ▇▇▇ | 0.3 | $ 155.25 |
| Lomas, Adam | 11/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of supplemental document production from ▇▇▇ related update of inventory of Debtor-related bank accounts. | 0.7 | $ 362.25 |
| Lomas, Adam | 11/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of supplemental document production from ▇▇▇ compose related email to Paul Hastings [E. Sutton] and NPM Law [P. Linsey]. | 0.3 | $ 155.25 |
| Lomas, Adam | 11/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision re: review and analysis of ▇▇▇ bank transactions. | 0.3 | $ 155.25 |
| Spier, Tre | 11/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ▇▇▇ Bank statements; update documents reviewed inventory. | 4.3 | $ 948.15 |
| Lomas, Adam | 11/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of supplemental document production from ▇▇▇ related update of inventory of Debtor-related bank accounts. | 1.4 | $ 724.50 |
| Spier, Tre | 11/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ▇▇▇ Bank statements; update documents reviewed inventory. | 2.5 | $ 551.25 |

2

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 11/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▮▮▮▮ bank account transactions into master transaction file. | 0.4 | $ 207.00 |
| Lomas, Adam | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮ Inc bank account transactions; related updates to master transaction file. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of newly produced documents re: ▮▮▮▮ and ▮▮▮▮ property. | 0.9 | $ 465.75 |
| Lomas, Adam | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of additional documents produced by ▮▮▮▮ compose related update to internal Kroll team re: ▮▮▮▮ property. | 1.1 | $ 569.25 |
| Barker, James | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of ▮▮ document findings from A. Lomas. | 1.4 | $ 894.60 |
| Lomas, Adam | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review correspondence from NPM Law [K. Mitchell] re: Rule 2004 subpoenas and related matters. | 0.2 | $ 103.50 |
| Lomas, Adam | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ ▮▮▮▮ ▮▮ account transactions; related updates to master transaction file. | 2.6 | $ 1,345.50 |
| Spier, Tre | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ▮▮▮▮ Bank statements; update documents reviewed inventory. | 5.1 | $ 1,124.55 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ ▮▮▮▮ LLC bank account transactions; related updates to master transaction file. | 0.5 | $ 258.75 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of transaction activity in ▮▮▮▮▮▮ LLC accounts at ▮▮▮▮ | 0.9 | $ 465.75 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮ Inc bank account transactions; related updates to master transaction file. | 2.8 | $ 1,449.00 |
| Barker, James | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of ▮▮▮▮▮ from A. Lomas. | 1.4 | $ 894.60 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review ▮▮ document productions with respect to ACH transactions flagged for follow-up with bank; compose related email to NPM Law [K. Mitchell]. | 0.4 | $ 207.00 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 1.8 | $ 931.50 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of transaction activity in ▮▮▮▮ accounts at ▮▮▮▮ and ▮▮▮▮ | 0.7 | $ 362.25 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of ▮▮▮ Inc transactions per additional/updated account statements produced by ▮▮ | 1.4 | $ 724.50 |

3

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to J. Barker re: ▮ | 0.3 | $ 155.25 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of transaction activity in ▮ accounts at ▮ | 0.6 | $ 310.50 |
| Barker, James | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Internal team meeting with P.Levenson regarding ▮ and ▮ | 0.5 | $ 319.50 |
| Spier, Tre | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of ▮ cash receipts, payments, and bank transactions. | 6.5 | $ 1,433.25 |
| Lomas, Adam | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of prepetition transfers to ▮ LP as exhibit to avoidance complaint; compose related email to NPM Law [L. Astone]. | 0.6 | $ 310.50 |
| Lazarus, Jordan | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Review correspondence from Kroll team re: ▮ and related matters. | 0.2 | $ 103.50 |
| Lomas, Adam | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Summarize connected set of transfers between ▮ Inc, ▮ Inc, and certain unknown entities; related analysis. | 0.6 | $ 310.50 |
| Lomas, Adam | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: ▮ LLC, and ▮ Inc bank account analysis; balance in ▮ LLC bank account; and ▮ and ▮ investigation updates; with: Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey]; and J. Barker. | 1.0 | $ 517.50 |
| Barker, James | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with A. Lomas and Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey]; re: ▮ findings and related workstream updates. | 1.2 | $ 766.80 |
| Barker, James | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with client or counsel | 1.0 | $ 639.00 |
| Lomas, Adam | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [L. Song] re: schedules produced by ▮ LLC/▮ with respect to various ▮ related receipts, payments, and/or bank transactions; convert produced PDF schedules to Excel; related reconciliation of transactions in produced schedules to master transaction file; compose related email to Paul Hastings [L. Song and D. Barron]. | 3.9 | $ 2,018.25 |
| Lomas, Adam | 11/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of document productions from ▮ Bank, ▮ and ▮ related instructions to staff [T. Spier] re: review of productions. | 0.4 | $ 207.00 |

4

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Spier, Tre | 11/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of document productions from ▇▇▇ and ▇▇▇ related updates to inventory of Debtor-related bank accounts. | 3.3 | $ 727.65 |
| Lazarus, Jordan | 11/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of transfers to ▇▇▇ correspondence with NPM Law [P. Linsey] re: related matters. | 0.5 | $ 258.75 |
| Lazarus, Jordan | 11/21/2024 | Asset Recovery Investigation and Litigation | Investigations | Compile supporting documentation for avoidance action against ▇▇▇ correspondence with NPM Law [K. Mitchell] re: same. | 0.9 | $ 465.75 |
| Lomas, Adam | 11/21/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision re: review of supplemental ▇▇▇ document production. | 0.3 | $ 155.25 |
| Lazarus, Jordan | 11/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Compile supporting documentation for avoidance action against ▇▇▇ correspondence with NPM Law [K. Mitchell] re: same. | 1.4 | $ 724.50 |
| Lomas, Adam | 11/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to email inquiries from NPM Law [K. Mitchell] re: supporting bank documents evidencing transfers to ▇▇▇. | 0.2 | $ 103.50 |
| Spier, Tre | 11/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▇▇▇ Inc bank account transactions; related updates to master transaction file. | 0.6 | $ 132.30 |
| Spier, Tre | 11/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▇▇▇ LLC bank account transactions; related updates to master transaction file. | 1.0 | $ 220.50 |
| Lomas, Adam | 11/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Instructions to T. Spier re: review and analysis of ▇▇▇ Inc transaction data. | 0.4 | $ 207.00 |
| Lomas, Adam | 11/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▇▇▇ Inc bank account transactions into master transaction file. | 0.9 | $ 465.75 |
| Spier, Tre | 11/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▇▇▇ LLC bank account transactions; related updates to master transaction file. | 0.5 | $ 110.25 |
| Parizek, Pam | 11/26/2024 | General Debtor Representation | Fee/Employment Applications | Review October 2024 fee statement [1.0]. | 1.0 | $ 712.00 |
| Lomas, Adam | 11/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: known/suspected accounts held at ▇▇▇. | 0.3 | $ 155.25 |
| Lazarus, Jordan | 11/26/2024 | General Debtor Representation | Fee/Employment Applications | Finalize October 2024 Monthly Fee Statement; correspondence with Kroll team re: related matters. | 1.9 | $ 983.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: ▇▇▇▇ Inc bank account transactions, ▇▇▇▇ LLC, and updates with respect to investigations in the ▇▇▇▇ with Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey and K. Mitchell]; and P. Parizek, J. Barker, and J. Lazarus. | 0.4 | $ 207.00 |
| Lomas, Adam | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of sources and uses of cash for ▇▇▇▇ LLC; compose related email to Paul Hastings [L. Song]. | 0.6 | $ 310.50 |
| Lazarus, Jordan | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, P. Parizek, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: ▇▇▇▇ analysis, rule 2004 update, and related matters. | 0.4 | $ 207.00 |
| Lomas, Adam | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of updated sources and uses of cash for ▇▇▇▇ Inc. | 0.8 | $ 414.00 |
| Lomas, Adam | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▇▇▇▇ Inc bank transactions; related updates to master transaction file. | 0.9 | $ 465.75 |
| Lomas, Adam | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▇▇▇▇ LLC bank transactions; related updates to master transaction file. | 1.8 | $ 931.50 |
| **Total Hours and Amount:** | | | | | **97.1** | **$ 43,016.55** |