**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                          :    Chapter 11
:
HO WAN KWOK, *et al.*,                          :    Case No. 22-50073 (JAM)
:
Debtors.[1]                                     :    Jointly Administered
:
---------------------------------------------------------x

**REQUEST OF CHAPTER 11 TRUSTEE FOR**
**STATUS CONFERENCE REGARDING JANUARY 15, 2025 HEARINGS**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), hereby requests (this "Request") that the Court schedule a remote status conference in in the above-captioned chapter 11 case (the "Chapter 11 Case") and in the Other Adversary Proceedings[2] prior to the January 15, 2025 hearings (as more specifically described below, the "Hearings"). In support of this Request, the Trustee respectfully states the following.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] The Other Adversary Proceedings are: *Despins v. Arri Americas Inc.* (Adv. Proc. No. 24-05031); *Despins v. McManimon, Scotland & Baumann, LLC* (Adv. Proc. No. 24-05194); *Despins v. FFP (BVI) Limited* (Adv. Proc. No. 24-05056); *Despins v. Mitchell* (Adv. Proc. No. 24-05110); *Despins v. V.X. Cerda & Associates P.A.* (Adv. Proc. No. 24-05134); *Despins v. The Francis Firm PLLC* (Adv. Proc. No. 24-05168); *Despins v. Berkeley Rowe Limited* (Adv. Proc. No. 24-05186); *Despins v. Weddle Law PLLC* (Adv. Proc. No. 24-05188); *Despins v. Lawall & Mitchell, LLC*, et al. (Adv. Proc. No. 24-05199); *Despins v. G4S Security Systems (Hong Kong) Ltd.* (Adv. Proc. No. 24-05204); *Despins v. ACASS Canada LTD.* (Adv. Proc. No. 24-05226); *Despins v. Apple Inc.*, et al. (Adv. Proc. No. 24-05060); *Despins v. Meta Platforms Inc.* (Adv. Proc. No. 24-05117); *Despins v. Liberty Jet Management Corp.* (Adv. Proc. No. 24-05135); *Despins v. Harcus Parker Limited* (Adv. Proc. No. 24-05163); *Despins v. Zeisler & Zeisler, P.C.* (Adv. Proc. No. 24-05208); and *Despins v. Miller* (Adv. Proc. No. 24-05219).

On November 27, 2024, the Court scheduled a hearing for January 15, 2025 at 10 a.m. to consider motions to dismiss or for judgment on the pleadings (the "Joint Defendants' Motions") filed by 38 defendants (the "Joint Defendants") based on the *Joint Defendants' Omnibus Memorandum in Support of Motion to Dismiss or for Judgment on the Pleadings* [Docket No. 3713] (the "Joint Brief"). At the same date and time, the Court has also scheduled hearings on motions to dismiss or for judgment on the pleadings (the "Other Motions") filed in the 17 Other Adversary Proceedings.

To efficiently and effectively prepare for and participate in the Hearings, the Trustee respectfully requests a brief status conference to the discuss the format of the Hearings. Among other things, the Trustee wishes to inquire whether the Court intends to hear argument on the Other Motions solely as to issues that overlap with those presented in the Joint Brief, or whether the Court wishes to hear argument on each of the Other Motions in full. The Trustee would also like to discuss logistics for the Hearings, such as the sequencing of motions, time allocations, and the number of attorneys presenting argument, to ensure that the Hearings run as smoothly and efficiently as possible. The Trustee respectfully requests that this status conference be held via the Court's Zoom.gov platform to minimize expense.

The Trustee has filed this Request in the Chapter 11 Case and in each of the Other Adversary Proceedings, and the Trustee has caused this Request to be served on all of the Joint Defendants as well as all defendants that are party to the Other Motions.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

Dated: December 20, 2024  
New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com

*and*

Nicholas A. Bassett *(pro hac vice)*  
PAUL HASTINGS LLP  
2050 M Street NW  
Washington, D.C., 20036  
(202) 551-1902  
nicholasbassett@paulhastings.com

*and*

Douglass Barron (*pro hac vice*)  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, New York 10166  
(212) 318-6690  
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                   :

In re:                                     :      Chapter 11

HO WAN KWOK *et al.*,            :      Case No. 22-50073 (JAM)

        Debtors.                 :      Jointly Administered
                                                  :
---------------------------------------------------------x

**[PROPOSED] ORDER GRANTING REQUEST OF CHAPTER 11 TRUSTEE FOR STATUS CONFERENCE REGARDING JANUARY 15, 2025 HEARINGS**

Upon the request (the "Request") of Luc A. Despins, as Chapter 11 Trustee (the "Trustee") appointed in the Chapter 11 Case of Ho Wan Kwok, for the Court to schedule a status conference in the Chapter 11 Case and the Other Adversary Proceedings[1] for the purpose described in the Request, it is hereby:

**ORDERED:** A status conference (the "Status Conference") will be held at _____ _.m. on _____ __, 202_, to discuss the format of the Hearings on the Joint Defendants' Motions and the Other Motions; and it is further

**ORDERED:** that the Status Conference shall be held on a remote basis via the Court's Zoom.gov platform, and parties wishing to attend the hearing may obtain login instructions to connect to the ZoomGov remote conference by sending an email to the Clerk's office via the following court email address: CalendarConnect_BPT@ctb.uscourts.gov; and it is further

**ORDERED:** that the Trustee shall cause this Order to be served by email on counsel for all of the Joint Defendants and for all defendants that are party to the Other Motions within two business days and the Trustee shall file a certificate of service in advance of the Status Conference.

---

[1] Capitalized terms not expressly defined herein adopt the definitions ascribed to them in the Request.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                              :    Chapter 11
:
HO WAN KWOK *et al*.,                               :    Case No. 22-50073 (JAM)
:
            Debtors.                                :    Jointly Administered
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Request was electronically filed using the Court's case management/electronic case files system ("CM/ECF") in the Chapter 11 Case and each of the Other Adversary Proceedings. Notice of this filing will be sent automatically via e-mail by operation of CM/ECF to all appearing parties in the Chapter 11 Case and the Other Adversary Proceedings eligible to receive electronic notice.

In addition, on the date hereof, the undersigned has caused this Request to be served by manual email on counsel for all of the Joint Defendants and on counsel for all defendants that are party to the Other Motions as set forth on the attached **Exhibit A**.

Dated:   December 20, 2024
         New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**EXHIBIT A**

Ohtzar Shlomo Solomon Treasure LLC
Counsel: Jeffrey Hellman
jeff@jeffhellmanlaw.com

Jason Miller
Counsel: Jeffrey Hellman
jeff@jeffhellmanlaw.com

Anthem HealthChoice Assurance, Inc.
Counsel: Eric S. Goldstein
egoldstein@goodwin.com

Anthem Health Plans, Inc.
Counsel: Eric S. Goldstein
egoldstein@goodwin.com

Sedgwick Realty Corp.
Counsel: Eric S. Goldstein
egoldstein@goodwin.com

Direct Persuasion LLC
Counsel: Eric S. Goldstein
egoldstein@goodwin.com

Putnam's Landscaping LLC
Counsel: Scott M. Charmoy
scottcharmoy@charmoy.com

Arri Americas Inc.
Counsel: Michael T. Conway
mconway@lpgmalaw.com

Federal Express Corporation
Counsel: Eric S. Goldstein
egoldstein@goodwin.com

and

Michael A. Siedband
Michael.siedband@fedex.com

Morvillo Abramowitz Grand Iason & Anello
Counsel: Rowena A. Moffett
rmoffett@bswlaw.com

DJD Creative, LLC
Counsel:    Louis J. Martocchio III
lou@mo-lawfirm.com

    and

Bret L. Strong
Zachary W. Doninger
bstrong@thestrongfirm.com
zdoninger@thestrongfirm.com

Cloudflare, Inc.
Counsel:    Ross G. Fingold
rfingold@lawssf.com

    and

Sabrina L. Streusand
strausand@slollp.com

Cirrus Design Corporation
Counsel:    Richard J. Bernard
richard.bernard@faegredrinker.com

    and

Josh Peterson
Josh.peterson@faegredrinker.com

    and

Jaclyn C. Marasco
Jaclyn.marasco@faegredrinker.com

Indium Software, Inc.
Counsel:    Benjamin D. Feder
Eric R. Wilson
bfeder@kelleydrye.com
ewilson@kelleydrye.com

    and

Richard J. Reding
rreding@askllp.com

>and
>
>Edward E. Neiger
>eneiger@askllp.com

Target Enterprises, LLC
Counsel:     John F. Carberry
            Kara A. Zarchin
            jcarberry@cl-law.com
            kzarchin@cl-law.com

Jamestown Associates, LLC
Counsel:     John F. Carberry
            Kara A. Zarchin
            jcarberry@cl-law.com
            kzarchin@cl-law.com

Mark Gundersen
Counsel:     David J. Kozlowski
            dkozlowski@morrisoncohen.com

>and
>
>Jeffrey Rhodes
>jrhodes@tlclawfirm.com

Miller Motorcars Inc.
Counsel:     Eric Seltzer
            ehs@gtlslaw.com

3 Columbus Circle, LLC
Counsel:     Robert E. Kaelin
            ekaelin@murthalaw.com

>and
>
>Matthew A. Pesce
>mpesce@murthalaw.com

Phillips Nizer LLP
Counsel:     Robert E. Kaelin
            ekaelin@murthalaw.com

>and
>
>Matthew A. Pesce

        mpesce@murthalaw.com

**ModSquad, Inc.**
Counsel:    Robert E. Kaelin
        ekaelin@murthalaw.com

    and

    Matthew A. Pesce
    mpesce@murthalaw.com

**270 W. 39th St. Co., LLC**
Counsel:    Robert N. Sensale
        rns@bvmlaw.com

**Agora Lab, Inc.**
Counsel:    Lindsay C. Stone
    Benjamin Gilbert
    lstone@sheppardmullin.com
    bogilbert@sheppardmullin.com

    and

    Alan H. Martin
    amartin@sheppardmullin.com

**Clayman Rosenberg Kirschner & Linder LLP**
Counsel:    Matthew D. Valauri
    Matthew.valauri@wilsonelser.com

**McManimon, Scotland & Baumann, LLC**
Counsel:    Bonnie C. Mangan
    Bonnie.mangan@manganlaw.com

    and

    Sari B. Placona
    splacona@msbnk.com

**B&H Foto & Electronics Corp.**
Counsel:    Tracy Ellis Williams
    tewilliams@goodwin.com

    and

    Scott M. Kessler

Scott.kessler@akerman.com

On the Spot Home Improvement, Inc.
Counsel:    Eric S. Goldstein
egoldstein@goodwin.com

and

Justin S. Baumgartner
jbaumgartner@becker.legal

GroCyber, LLC
Counsel:    Nicholas P. Vegliante
nvegliante@cbshealaw.com

Nardello & Co., LLC
Counsel:    Henry P. Baer, Jr.
Eilis Meagher
hbaer@fdh.com
emeagher@fdh.com

Teris-Phoenix, LLC
Counsel:    Henry P. Baer, Jr.
Eilis Meagher
hbaer@fdh.com
emeagher@fdh.com

and

Andrea M. Chase
achase@spencerfane.com

Marcum LLP
Counsel:    Henry P. Baer, Jr.
hbaer@fdh.com

and

Steven G. Mintz
Barry M. Kazan
mintz@mintzandgold.com
kazan@mintzandgold.com

Fox News Network, LLC
Counsel:    Henry P. Baer, Jr.
hbaer@fdh.com

        and

        Steven G. Mintz
        Barry M. Kazan
        mintz@mintzandgold.com
        kazan@mintzandgold.com

Conservative Campaign Technology LLC
Counsel:    Ilan Markus
        imarkus@barclaydamon.com

Zeta Global Corp.
Counsel:    John J. Clarke, Jr.
        John.clarke@us.dlapiper.com

        and

        C. Kevin Kobbe
        Kevin.kobbe@us.dlapiper.com

Flat Rate Movers, Ltd.
Counsel:    James J. Costello, Jr.
        jjcostellojr@norris-law.com

American Express
Counsel:    Ronald I. Chorches
        ronchorcheslaw@sbcglobal.net

        and

        Darryl S. Laddin
        Frank N. White
        Darryl.laddin@agg.com
        Frank.white@agg.com

Amazon Web Services, Inc.
Counsel:    Lindsay Sampson Bishop
        Lindsay.bishop@klgates.com

        and

        Brian T. Peterson
        Ruby A. Nagamine
        Brian.peterson@klgates.com
        Ruby.nagamine@klgates.com