**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                          : Chapter 11
:
HO WAN KWOK, *et al.*,                          : Case No. 22-50073 (JAM)
:
      Debtors.[1]                            : Jointly Administered
:
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from November 1, 2024 through and including November 30, 2024 (the "Fee Period"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $7,434.00 and $207.48 respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period. The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as <u>Exhibit B</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3. Attached hereto as <u>Exhibit C</u> is the fee statement of OMJB for services provided during the Fee Period with redactions to protect certain privileged information.

## NOTICE AND OBJECTION PROCEDURES

4. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific

Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "<u>Notice Parties</u>").

5. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **January 10, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Objection Deadline</u>")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever (US) shall promptly pay OMJB 80% of the fees and 100% of the expenses as identified in this Monthly Fee Statement.

7. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: December 20, 2024
Glastonbury, Connecticut

                    GENEVER HOLDINGS LLC

                    By:   */s/Michael T. McCormack*
                        Michael T. McCormack (ct13799)
                        Timothy P. Jensen (ct18888)
                        Amy E. Markim (ct27974)
                        O'Sullivan McCormack Jensen & Bliss PC
                        180 Glastonbury Boulevard, Suite 210
                        Glastonbury, CT 06033
                        Tel: 860-258-1993
                        Fax: 860-258-1991
                        mmccormack@omjblaw.com
                        tjensen@omjblaw.com
                        amarkim@omjblaw.com

                        *Special Insurance Coverage Counsel for*
                        *Debtor-In-Possession Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                  :    Chapter 11
                                                        :
HO WAN KWOK, *et al.*,[1]                               :    Case No. 22-50073 (JAM)
                                                        :
            Debtors.                                    :    (Jointly Administered)
                                                        :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 20, 2024, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

                GENEVER HOLDINGS LLC

                By:  */s/Michael T. McCormack*
                    Michael T. McCormack (ct13799)
                    Timothy P. Jensen (ct18888)
                    Amy E. Markim (ct27974)
                    O'Sullivan McCormack Jensen & Bliss PC
                    180 Glastonbury Boulevard, Suite 210
                    Glastonbury, CT 06033
                    Tel: 860-258-1993
                    Fax: 860-258-1991
                    mmccormack@omjblaw.com
                    tjensen@omjblaw.com
                    amarkim@omjblaw.com
                    *Special Insurance Coverage*
                    *Counsel for Debtor-In-Possession Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## EXHIBIT A

## HOURS AND RATES PER TIMEKEEPER

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Michael McCormack | 1993 | $400 | 4.0 | $1,600.00 |
| Timothy P. Jensen | 1997 | $450 | 4.7 | $2,115.00 |
| Amy E. Markim | 2008 | $350 | 15.4 | $5,390.00 |
| Melissa Gambardella | | $125 | 1.5 | $187.50 |
| **Total** | | | | **$9,292.50** |

## **EXHIBIT B**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Expense Category | Amount |
|---|---:|
| Copying: Month of November | $43.20 |
| Fees Advanced to Logikcull | $164.28 |
| **TOTAL** | **$207.48** |

## EXHIBIT C

**TIME AND EXPENSE DETAIL**



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 28372
Date: 12/11/2024

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

**Services**

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 11/01/2024 | MTM | Revise deposition notice re AIG deposition, draft list of topics re AIG deposition, email correspondence to Attny O'Connor re same | 0.90 | $400.00 | $360.00 |
| 11/01/2024 | MBG | Draft 30b(6) deposition notice on AIG. | 0.40 | $125.00 | $50.00 |
| 11/01/2024 | TPJ | Attend to deposition topics | 0.90 | $450.00 | $405.00 |
| 11/02/2024 | TPJ | Review corporate witness deposition topics; communications re same | 0.50 | $450.00 | $225.00 |
| 11/03/2024 | TPJ | Communications re Wolfson deposition | 0.20 | $450.00 | $90.00 |
| 11/04/2024 | MBG | Communications with court reporter re AIG 30b(6) deposition. | 0.10 | $125.00 | $12.50 |
| 11/04/2024 | AM | Email correspondence with J. O'Connor, A. Wolfson, et al. re: Wolfson 30b6 deposition. | 0.30 | $350.00 | $105.00 |
| 11/06/2024 | MTM | Email communications with AIG counsel re motion to modify scheduling order | 0.10 | $400.00 | $40.00 |
| 11/06/2024 | MTM | Review of draft motion to modify fact discovery deadline; email correspondence with counsel re same | 0.10 | $400.00 | $40.00 |
| 11/09/2024 | MTM | Email communications with T. Garg re status conference transcript | 0.10 | $400.00 | $40.00 |
| 11/13/2024 | MBG | Draft of OMJB Fee Application for October Fees and initial redaction of invoice re same. | 0.40 | $125.00 | $50.00 |
| 11/14/2024 | AM | Review Wolfson document production in preparation for Wolfson deposition. | 3.30 | $350.00 | $1,155.00 |
| 11/16/2024 | MTM | Email communications re AIG deposition | 0.20 | $400.00 | $80.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/2024 | TPJ | Communications re Wolfson deposition; review documents for information to use for deposition | 0.80 | $450.00 | $360.00 |
| 11/17/2024 | TPJ | Review and analysis of information for Wolfson depo | 0.70 | $450.00 | $315.00 |
| 11/18/2024 | AM | Prepare for deposition of Wolfson by reviewing documents/potential exhibits and outlining examination. | 3.50 | $350.00 | $1,225.00 |
| 11/18/2024 | MBG | Attention to court order converting hearing to remote proceeding. | 0.10 | $125.00 | $12.50 |
| 11/18/2024 | TPJ | Communications re Wolfson deposition | 0.50 | $450.00 | $225.00 |
| 11/18/2024 | MTM | Telephone conference with REDACTED (2.) review of documents re preparation for deposition, email communications re Wolfson deposition (.6) | 0.80 | $400.00 | $320.00 |
| 11/18/2024 | MTM | Email correspondence to L. Despins re REDACTED REDACTED | 0.20 | $400.00 | $80.00 |
| 11/19/2024 | AM | Attend deposition of Wolfson Insurance. | 4.20 | $350.00 | $1,470.00 |
| 11/19/2024 | MTM | Attend status conference with J. Manning re discovery deadlines; telephone conference with J. O'Connor re depositions and status re potential mediation | 0.50 | $400.00 | $200.00 |
| 11/19/2024 | AM | Continue preparing for deposition of Wolfson Insurance. | 2.90 | $350.00 | $1,015.00 |
| 11/19/2024 | AM | Prepare and send exhibits to court reporter and AIG counsel. | 0.20 | $350.00 | $70.00 |
| 11/19/2024 | TPJ | Review and pull additional documents for use at Wolfson deposition (.8) Review fee application (.3) | 1.10 | $450.00 | $495.00 |
| 11/19/2024 | MBG | Further revisions to October OMJB fee application and redactions to invoice. | 0.20 | $125.00 | $25.00 |
| 11/19/2024 | MTM | Attention to issues re REDACTED REDACTED | 0.50 | $400.00 | $200.00 |
| 11/19/2024 | MTM | Email correspondence to Attny O'Connor re AIG deposition (.1), email communications with L. Despins re REDACTED (.2) | 0.30 | $400.00 | $120.00 |
| 11/20/2024 | MTM | Review proposed order re modification of scheduling order; email correspondence to L. Despins re REDACTED ; review summary re Wolfson deposition testimony | 0.30 | $400.00 | $120.00 |
| 11/20/2024 | MBG | Finalize and e-file OMJB October Fees Application and transmit to notice parties. | 0.30 | $125.00 | $37.50 |
| 11/20/2024 | AM | Email to L. Despins re: REDACTED | 1.00 | $350.00 | $350.00 |
| | | REDACTED | | | |

| | | | | Services Subtotal | $9,292.50 |
|---|---|---|---|---|---|

## Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 11/04/2024 | Fees advanced to Logikcull INV273921 10/1/2024 - 10/31/2024 | $164.28 |
| Expense | 11/30/2024 | Copying: Month of November | $43.20 |

|  |  |  | Expenses Subtotal | $207.48 |
|---|---|---|---|---|

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 4.7 | $450.00 | $2,115.00 |
| Amy Markim | 15.4 | $350.00 | $5,390.00 |
| Michael McCormack | 4.0 | $400.00 | $1,600.00 |
| Melissa Gambardella | 1.5 | $125.00 | $187.50 |
| Administrator OMJB | 1.0 | $0.00 | $0.00 |
|  |  | **Invoice Subtotal** | **$9,499.98** |
|  |  | **Invoice Total** | **$9,499.98** |
|  |  | **Payment (12/11/2024)** | **-$4.32** |
|  |  | **Balance Owing** | **$9,495.66** |

*REDACTED*

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC    *REDACTED*

Payment is due upon receipt.