UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 22-50073 (JAM)
HO WAN KWOK *et al.*, :
: Jointly Administered
:
:
Debtors. :
:
---------------------------------------------------------x

### ORDER GRANTING REQUEST OF CHAPTER 11 TRUSTEE FOR STATUS CONFERENCE REGARDING JANUARY 15, 2025 HEARINGS

Upon the request (the "Request") of Luc A. Despins, as Chapter 11 Trustee (the "Trustee") appointed in the Chapter 11 Case of Ho Wan Kwok, for the Court to schedule a status conference in the Chapter 11 Case and the Other Adversary Proceedings[1] for the purpose described in the Request, it is hereby:

**ORDERED:** A status conference (the "Status Conference") will be held January 8, 2025 at 12:00 p.m. to discuss the format of the Hearings on the Joint Defendants' Motions and the Other Motions; and it is further

**ORDERED:** that the Status Conference shall be held on a remote basis via the Court's Zoom.gov platform. On or after January 3, 2025, only attorneys who have filed an appearance with respect to the matters scheduled to be heard on January 15, 2025 may obtain login instructions to connect to the ZoomGov remote conference by sending an email to the Clerk's office, indicating in the email the name of the party who the attorney represents and whether the attorney has filed an appearance in the jointly administered Chapter 11 cases and/or in a specific adversary proceeding. The appearing attorneys shall send the email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov; and it is further

**ORDERED:** that the Trustee shall cause this Order to be served by email on counsel for all of the Joint Defendants and for all defendants that are party to the Other Motions within two business days and the Trustee shall file a certificate of service in advance of the Status Conference.

Dated at Bridgeport, Connecticut this 23rd day of December, 2024.



*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] Capitalized terms not expressly defined herein adopt the definitions ascribed to them in the Request.