**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                      :      Chapter 11
                                            : 
HO WAN KWOK *et al.*,                       :      Case No. 22-50073 (JAM)
                                            : 
            Debtors.                        :      Jointly Administered
                                            : 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 23, 2024, the undersigned caused the *Order Granting Request of Chapter 11 Trustee for Status Conference Regarding January 15, 2025 Hearings* [Main Case ECF No. 3923] (the "Order") to be served via manual email on counsel for all of the Joint Defendants and for all defendants that are party to the Other Motions (as these terms are defined in the Trustee's Request to Schedule Status Conference) as set forth on the attached **Exhibit A**.

Dated:   December 23, 2024
         New Haven, Connecticut

By: */s/ Douglas S. Skalka*
Douglas S. Skalka (ct00616)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2845
dskalka@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**EXHIBIT A**

<u>Joint Defendants</u>

Ohtzar Shlomo Solomon Treasure LLC
Counsel:     Jeffrey Hellman
             jeff@jeffhellmanlaw.com

Jason Miller
Counsel:     Jeffrey Hellman
             jeff@jeffhellmanlaw.com

Anthem HealthChoice Assurance, Inc.
Counsel:     Eric S. Goldstein
             egoldstein@goodwin.com

Anthem Health Plans, Inc.
Counsel:     Eric S. Goldstein
             egoldstein@goodwin.com

Sedgwick Realty Corp.
Counsel:     Eric S. Goldstein
             egoldstein@goodwin.com

Direct Persuasion LLC
Counsel:     Eric S. Goldstein
             egoldstein@goodwin.com

Putnam's Landscaping LLC
Counsel:     Scott M. Charmoy
             scottcharmoy@charmoy.com

Arri Americas Inc.
Counsel:     Michael T. Conway
             mconway@lpgmalaw.com

Federal Express Corporation
Counsel:     Eric S. Goldstein
             egoldstein@goodwin.com

             and

             Michael A. Siedband
             Michael.siedband@fedex.com

Morvillo Abramowitz Grand Iason & Anello
Counsel:      Rowena A. Moffett
              rmoffett@bswlaw.com

DJD Creative, LLC
Counsel:      Louis J. Martocchio III
              lou@mo-lawfirm.com

              and

              Bret L. Strong
              Zachary W. Doninger
              bstrong@thestrongfirm.com
              zdoninger@thestrongfirm.com

Cloudflare, Inc.
Counsel:      Ross G. Fingold
              rfingold@lawssf.com

              and

              Sabrina L. Streusand
              strausand@slollp.com

Cirrus Design Corporation
Counsel:      Richard J. Bernard
              richard.bernard@faegredrinker.com

              and

              Josh Peterson
              Josh.peterson@faegredrinker.com

              and

              Jaclyn C. Marasco
              Jaclyn.marasco@faegredrinker.com

Indium Software, Inc.
Counsel:      Benjamin D. Feder
              Eric R. Wilson
              bfeder@kelleydrye.com
              ewilson@kelleydrye.com

              and

        Richard J. Reding
        rreding@askllp.com

    and

        Edward E. Neiger
        eneiger@askllp.com

Target Enterprises, LLC
Counsel:    John F. Carberry
        Kara A. Zarchin
        jcarberry@cl-law.com
        kzarchin@cl-law.com

Jamestown Associates, LLC
Counsel:    John F. Carberry
        Kara A. Zarchin
        jcarberry@cl-law.com
        kzarchin@cl-law.com

Mark Gundersen
Counsel:    David J. Kozlowski
        dkozlowski@morrisoncohen.com

    and

        Jeffrey Rhodes
        jrhodes@tlclawfirm.com

Miller Motorcars Inc.
Counsel:    Eric Seltzer
        ehs@gtlslaw.com

3 Columbus Circle, LLC
Counsel:    Robert E. Kaelin
        ekaelin@murthalaw.com

    and

        Matthew A. Pesce
        mpesce@murthalaw.com

Phillips Nizer LLP
Counsel:    Robert E. Kaelin
        ekaelin@murthalaw.com

        and

        Matthew A. Pesce
        mpesce@murthalaw.com

ModSquad, Inc.
Counsel:     Robert E. Kaelin
        ekaelin@murthalaw.com

        and

        Matthew A. Pesce
        mpesce@murthalaw.com

270 W. 39th St. Co., LLC
Counsel:     Robert N. Sensale
        rns@bvmlaw.com

Agora Lab, Inc.
Counsel:     Lindsay C. Stone
        Benjamin Gilbert
        lstone@sheppardmullin.com
        bogilbert@sheppardmullin.com

        and

        Alan H. Martin
        amartin@sheppardmullin.com

Clayman Rosenberg Kirschner & Linder LLP
Counsel:     Matthew D. Valauri
        Matthew.valauri@wilsonelser.com

McManimon, Scotland & Baumann, LLC
Counsel:     Bonnie C. Mangan
        Bonnie.mangan@manganlaw.com

        and

        Sari B. Placona
        splacona@msbnk.com

B&H Foto & Electronics Corp.
Counsel:     Tracy Ellis Williams
        tewilliams@goodwin.com

and

Scott M. Kessler
Scott.kessler@akerman.com

On the Spot Home Improvement, Inc.
Counsel: Eric S. Goldstein
egoldstein@goodwin.com

and

Justin S. Baumgartner
jbaumgartner@becker.legal

GroCyber, LLC
Counsel: Nicholas P. Vegliante
nvegliante@cbshealaw.com

Nardello & Co., LLC
Counsel: Henry P. Baer, Jr.
Eilis Meagher
hbaer@fdh.com
emeagher@fdh.com

Teris-Phoenix, LLC
Counsel: Henry P. Baer, Jr.
Eilis Meagher
hbaer@fdh.com
emeagher@fdh.com

and

Andrea M. Chase
achase@spencerfane.com

Marcum LLP
Counsel: Henry P. Baer, Jr.
hbaer@fdh.com

and

Steven G. Mintz
Barry M. Kazan
mintz@mintzandgold.com
kazan@mintzandgold.com

Fox News Network, LLC
Counsel:    Henry P. Baer, Jr.
            hbaer@fdh.com

            and

            Steven G. Mintz
            Barry M. Kazan
            mintz@mintzandgold.com
            kazan@mintzandgold.com

Conservative Campaign Technology LLC
Counsel:    Ilan Markus
            imarkus@barclaydamon.com

Zeta Global Corp.
Counsel:    John J. Clarke, Jr.
            John.clarke@us.dlapiper.com

            and

            C. Kevin Kobbe
            Kevin.kobbe@us.dlapiper.com

Flat Rate Movers, Ltd.
Counsel:    James J. Costello, Jr.
            jjcostellojr@norris-law.com

American Express
Counsel:    Ronald I. Chorches
            ronchorcheslaw@sbcglobal.net

            and

            Darryl S. Laddin
            Frank N. White
            Darryl.laddin@agg.com
            Frank.white@agg.com

Amazon Web Services, Inc.
Counsel:    Lindsay Sampson Bishop
            Lindsay.bishop@klgates.com

            and

            Brian T. Peterson

        Ruby A. Nagamine
        Brian.peterson@klgates.com
        Ruby.nagamine@klgates.com

Other Motions

FFP (BVI) Limited
Counsel:    Jeffrey M. Sklarz
            Kellianne Baranowsky
            Michelle Amanda Antao
            jsklarz@gs-lawfirm.com
            kbaranowsky@gs-lawfirm.com
            mantao@gs-lawfirm.com

Aaron Mitchell
Counsel:    Jeffrey M. Sklarz
            Kellianne Baranowsky
            jsklarz@gs-lawfirm.com
            kbaranowsky@gs-lawfirm.com

V.X. Cerda & Associates
Counsel:    Jeffrey M. Sklarz
            Kellianne Baranowsky
            jsklarz@gs-lawfirm.com
            kbaranowsky@gs-lawfirm.com

The Francis Firm PLLC
Counsel:    Jeffrey M. Sklarz
            Kellianne Baranowsky
            jsklarz@gs-lawfirm.com
            kbaranowsky@gs-lawfirm.com

Berkeley Rowe Limited
Counsel:    Jeffrey M. Sklarz
            Kellianne Baranowsky
            jsklarz@gs-lawfirm.com
            kbaranowsky@gs-lawfirm.com

            and

            John G. Willard
            Julie Johnston-Ahlen
            jwillard@atllp.com
            jjohnston@atllp.com

Weddle Law PLLC
Counsel:    Jeffrey M. Sklarz
            Kellianne Baranowsky
            jsklarz@gs-lawfirm.com
            kbaranowsky@gs-lawfirm.com

            and

            Richard J. Corbi
            rcorbi@corbilaw.com

Lawall & Mitchell, LLC
Counsel:    Jeffrey M. Sklarz
            Kellianne Baranowsky
            jsklarz@gs-lawfirm.com
            kbaranowsky@gs-lawfirm.com

G4S Security Systems (Hong Kong)
Counsel:    Jeffrey M. Sklarz
            Kellianne Baranowsky
            Michelle Amanda Antao
            jsklarz@gs-lawfirm.com
            kbaranowsky@gs-lawfirm.com
            mantao@gs-lawfirm.com

ACASS Canada LTD.
Counsel:    Jeffrey M. Sklarz
            Kellianne Baranowsky
            jsklarz@gs-lawfirm.com
            kbaranowsky@gs-lawfirm.com

            and

            Eric Fishman
            Eric.fishman@pillburylaw.com

Apple Inc.
Counsel:    George Angelich
            Eric Roman
            Patrick Feeney
            George.angelich@afslaw.com
            Eric.roman@afslaw.com
            Patrick.feeney@afslaw.com

            and

        Jin Yan
        Jin.yan@afslaw.com

**Meta Platforms, Inc.**
Counsel:    George Angelich
             Eric Roman
             Patrick Feeney
             George.angelich@afslaw.com
             Eric.roman@afslaw.com
             Patrick.feeney@afslaw.com

             and

             Jin Yan
             Jin.yan@afslaw.com

**Liberty Jet Management Corp.**
Counsel:    Gerard R. Luckman
             gluckman@forchellilaw.com

**Harcus Parker Limited**
Counsel:    Peter C. Netburn
             Peter.netburn@clydeco.us

**Jason Miller**
Counsel:    Jeffrey Hellman
             jeff@jeffhellmanlaw.com

**Zeisler & Zeisler, P.C.**
Counsel:    Daniel A. Byrd
             Stephen M. Kindseth
             James M. Moriarty
             dbyrd@zeislaw.com
             skindseth@zeislaw.com
             jmoriarty@zeislaw.com