# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF  CONNECTICUT

### BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re. Ho Wan Kwok | § | Case No.  22-50073 |
| | § | |
| | § | Lead Case No.  22-50073 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 11/30/2024

Petition Date: 02/15/2022

Months Pending: 34

Industry Classification: [ 0 ][ 0 ][ 0 ][ 0 ]

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Luc A. Despins

Luc A. Despins, in his capacity as Chapter 11 Trustee

Signature of Responsible Party

Printed Name of Responsible Party

12/23/2024

Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Date

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Ho Wan Kwok                                                      Case No.  22-50073

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $78,227,559 | |
| b. Total receipts (net of transfers between accounts) | $269,679 | $128,979,017 |
| c. Total disbursements (net of transfers between accounts) | $3,324,770 | $51,441,092 |
| d. Cash balance end of month (a+b-c) | $75,172,468 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $12,757 |
| f. Total disbursements for quarterly fee calculation (c+e) | $3,324,770 | $51,453,849 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory      ( Book ○    Market ○    Other ⦿    (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $26,236,348 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $1,160,344 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $25,076,004 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                          2

Debtor's Name  Ho Wan Kwok                                        Case No.  22-50073

## Part 5:  Professional Fees and Expenses

|  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $3,230,155 | $46,853,146 | $3,230,155 | $46,853,146 |
|  | *Itemized Breakdown by Firm* |  |  |  |  |
|  | Firm Name | Role |  |  |  |
| i | Neubert, Pepe & Monteith, P.C | Local Counsel | $447,460 | $4,536,436 | $447,460 | $4,536,436 |
| ii | Paul Hastings LLP (counsel to d | Lead Counsel | $2,086,058 | $35,554,118 | $2,086,058 | $35,554,118 |
| iii | Brown Rudnick (counsel to Ho | Lead Counsel | $0 | $0 | $0 | $0 |
| iv | Pullman & Comley, LLC (coun | Lead Counsel | $29,750 | $795,395 | $29,750 | $795,395 |
| v | Coleman Worldwide Advisors L | Other | $0 | $0 | $0 | $0 |
| vi | Dundon Advisors (UCC financi | Financial Professional | $0 | $0 | $0 | $0 |
| vii | Verdolino & Lowey, PC (financ | Financial Professional | $0 | $0 | $0 | $0 |
| viii | Harney Westwood & Riegels L | Other | $446,092 | $1,341,940 | $446,092 | $1,341,940 |
| ix | Paul Wright | Other | $0 | $0 | $0 | $0 |
| x | Pallas Partners LLP | Other | $64,951 | $478,916 | $64,951 | $478,916 |
| xi | Edmiston and Company Limited | Other | $0 | $1,176,250 | $0 | $1,176,250 |
| xii | Engineering Operations and Ce | Other | $0 | $0 | $0 | $0 |
| xiii | Epiq Corporate Restructuring, L | Other | $0 | $306,099 | $0 | $306,099 |
| xiv | Kroll LLC | Other | $61,684 | $2,373,480 | $61,684 | $2,373,480 |
| xv | Prager Dreifuss AG | Local Counsel | $12,416 | $143,169 | $12,416 | $143,169 |
| xvi | Eisner Advisory Group LLC | Other | $81,744 | $147,344 | $81,744 | $147,344 |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Ho Wan Kwok                                                          Case No. 22-50073

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| lxxix | | | | | | | |
| lxxx | | | | | | | |
| lxxxi | | | | | | | |
| lxxxii | | | | | | | |
| lxxxii | | | | | | | |
| lxxxiv | | | | | | | |
| lxxxv | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxix | | | | | | | |
| xc | | | | | | | |
| xci | | | | | | | |
| xcii | | | | | | | |
| xciii | | | | | | | |
| xciv | | | | | | | |
| xcv | | | | | | | |
| xcvi | | | | | | | |
| xcvii | | | | | | | |
| xcviii | | | | | | | |
| xcix | | | | | | | |
| c | | | | | | | |
| ci | | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Baker Hostetler LLP | Other | $0 | $0 | $0 | $0 |
| ii | Clayman & Rosenberg LLP | Other | $0 | $0 | $0 | $0 |
| iii | Ganfer Shore Leeds & Zauderer | Other | $0 | $0 | $0 | $0 |
| iv | Harcus Parker Ltd. | Other | $0 | $0 | $0 | $0 |
| v | LALIVE SA | Other | $0 | $0 | $0 | $0 |
| vi | Lawall & Mitchell, LLC | Other | $0 | $0 | $0 | $0 |
| vii | Petrillo Klein & Boxer LLP | Other | $0 | $0 | $0 | $0 |
| viii | Schulman Bhattacharya, LLC | Other | $0 | $0 | $0 | $0 |
| ix | The Casper Firm | Other | $0 | $0 | $0 | $0 |
| x | The Francis Firm PLLC | Other | $0 | $0 | $0 | $0 |
| xi | VX Cerda & Associates | Other | $0 | $0 | $0 | $0 |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Ho Wan Kwok                                                      Case No.  22-50073

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)        Yes ○    No ◉

b.  Were any payments made outside the ordinary course of business        Yes ○    No ◉
    without court approval?  (if yes, see Instructions)

c.  Were any payments made to or on behalf of insiders?        Yes ○    No ◉

d.  Are you current on postpetition tax return filings?        Yes ◉    No ○

e.  Are you current on postpetition estimated tax payments?        Yes ◉    No ○

f.  Were all trust fund taxes remitted on a current basis?        Yes ◉    No ○

g.  Was there any postpetition borrowing, other than trade credit?        Yes ○    No ◉
    (if yes, see Instructions)

h.  Were all payments made to or on behalf of professionals approved by        Yes ◉    No ○    N/A ○
    the court?

i.  Do you have:        Worker's compensation insurance?        Yes ○    No ◉

                    If yes, are your premiums current?        Yes ○    No ○    N/A ◉    (if no, see Instructions)

        Casualty/property insurance?        Yes ○    No ◉

                    If yes, are your premiums current?        Yes ○    No ○    N/A ◉    (if no, see Instructions)

        General liability insurance?        Yes ○    No ◉

                    If yes, are your premiums current?        Yes ○    No ○    N/A ◉    (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?        Yes ○    No ◉

k.  Has a disclosure statement been filed with the court?        Yes ○    No ◉

l.  Are you current with quarterly U.S. Trustee fees as        Yes ◉    No ○
    set forth under 28 U.S.C. § 1930?

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Luc A. Despins                                          Luc A. Despins, in his capacity as Chapter 11 Trustee
_____                                 _____
Signature of Responsible Party                              Printed Name of Responsible Party

Chapter 11 Trustee                                          12/23/2024
_____                                 _____
Title                                                       Date

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073

Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073



PageThree



PageFour

In re  Ho Wan Kwok      **Case No.**  22-50073 (JAM)
**Debtor**      **Reporting Period:**  11/1/2024 - 11/30/2024

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must
be attached for each account. [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative July 8, 2022 to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| **RECEIPTS** | | |
| Recovered Funds | $ - | $ 23,712,225.06 |
| Funds received from B. Hofmeister Assignee for benefit of creditors of HCHK pursuant to settlement order | $ - | $ 38,792,899.51 |
| Clark Hill Settlement | $ - | $ 499,000.00 |
| Retainer Refund (Kercsmar Collins & O'Hara / Lewis Roca) | $ - | $ 4,544.00 |
| Yacht Repair Escrow | $ - | $ 4,000,000.00 |
| Adversary Proceeding Interpleader Funds | $ - | $ 32,923,028.42 |
| Refund from AIG | $ - | $ 71.25 |
| Funds received from The Casper Firm Settlement | $ - | $ 48,750.00 |
| Refund from Yachtzoo Yacht Management (Lady May II balance) | $ - | $ 255.17 |
| Funds received from Axos Bank | $ - | $ 1,592,469.98 |
| Refund of insurance premium from cancellation of protection and indemnity insurance upon sale of Lady May on 6/30/23 | $ - | $ 29,255.02 |
| Funds received from Chiesa, Shahinian & Giantomasi PCA for sale of Bombardier jet | $ - | $ 10,302,313.64 |
| Net proceeds of sale of shares of Victory Capital Holdings, Inc. held by Reverence Capital Partners Opportunities Fund I (Cayman) L.P. | $ - | $ 2,692,924.71 |
| Cash dividends on account of shares of Victory Capital Holdings, Inc. held by Reverence Capital Partners Opportunities Fund I (Cayman) L.P. | $ - | $ 54,858.88 |
| Cash distribution on account of limited partnership interest held in Reverence Capital Partners Opportunities Fund I (Cayman), L.P. | $ - | $ 2,561,150.56 |
| Funds received for sale of Greenwich Taconic property | $ - | $ 6,784,668.79 |
| Refund received from Pullman & Comley, LLC for overpayment of invoices | $ - | $ 26,102.00 |
| Bank Account Interest | $ 269,678.78 | $ 4,954,499.95 |
| **Total Receipts** | $ 269,678.78 | $ 128,979,016.94 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Bank Fees | $ 6,902.36 | $ 112,273.22 |
| Fees paid to International Surety Ltd for surety bond renewal premium | $ - | $ 268,747.03 |
| Fees paid with respect to Yacht repair invoices out of the Yacht Repair Escrow | $ - | $ 576,895.09 |
| Fees paid with respect to Miller Advertising Agency Inc. (English Court Publication Notice) | $ - | $ 21,140.60 |
| Fees paid with respect to Dexter White Invoice | $ - | $ 16,235.00 |
| Fees paid with respect to Bridgeport Harbor Marina out of the Yacht Repair Escrow | $ - | $ 18,137.64 |
| Fees paid with respect to Safe Harbor out of the Yacht Repair Escrow | $ - | $ 148,287.04 |
| Fees paid with respect to Yachtzoo for operating expenses out of the Yacht Repair Escrow | $ - | $ 431,604.00 |
| Fees paid with respect to Harneys Corporate Services Limited | $ - | $ 1,665.00 |
| Disbursement paid to JP Reynolds Company Inc. (for customs duty and customs bond premium) | $ - | $ 14,965.35 |
| Disbursement paid to James Pizzaruso for pay roll in connection with sale of Lady May | $ - | $ 31,026.98 |
| Disbursement paid to B. Hofmeister Assignee for Benefit of Creditors of HCHK (for HCHK admin matters and employee payments) | $ - | $ 76,150.88 |
| Disbursement paid to RKH IT Solutions (IT Consultant for HCHK Assignee) | $ - | $ 17,794.73 |
| Fees paid to SHM Newport Shipyard LLC (for Lady May II winterization and dockage fees) | $ - | $ 16,384.10 |
| Disbursement paid to R.I. Martine Survey (for Lady May II appraisal) | $ - | $ 700.00 |
| Disbursement paid to Brosnan Risk Consultants LTD (for security services for HCHK Assignee) | $ - | $ 57,246.47 |
| Disbursement paid to ARD Facilities Management Group LLC (for moving and storage services for HCHK and Golden Spring) | $ 9,975.00 | $ 232,150.00 |
| Disbursement paid to FDS46 Crew Series LLC (Lady May II captain salary) | $ - | $ 2,130.00 |
| Disbursement paid to B. Hofmeister Assignee for Benefit of Creditors of HCHK (for settlement payment) | $ - | $ 550,000.00 |

**In re** Ho Wan Kwok

**Case No.** 22-50073 (JAM)

| Debtor | Reporting Period: | 11/1/2024 - 11/30/2024 |
|---|---|---|
| Disbursement paid to Cole Schotz, counsel to Brian W. Hofmeister, Assignee of HCHK Entities (for preparation and prosecution of the assignment proceedings per settlement order) | $ - | $ 766,758.37 |
| Disbursement paid to A. Atkins Appraisal Corp., appraiser to Brian W. Hofmeister, Assignee of HCHK Entities (for appraisal fees per settlement order) | $ - | $ 7,800.00 |
| Disbursement paid to McManimon, Scotland & Baumann, LLC, MSB counsel to Brian. W. Hofmeister, Assignee of HCHK Entities (for fees and expenses per settlement order) | $ - | $ 75,000.00 |
| Disbursement paid to DLA, LLC, financial advisor to Brian. W. Hofmeister, Assignee of HCHK Entities (for fees per settlement order) | $ - | $ 155,000.00 |
| Disbursement paid to Prager Dreifuss AG (for advance on Swiss court fees) | $ - | $ 5,835.49 |
| Disbursement paid to Hawk Eye Security LLC (for security services at Mahwah Mansion) | $ 62,778.42 | $ 254,957.61 |
| Disbursement paid to A&A Home Services LLC (for repairs to the 373 Taconic property) | $ - | $ 17,800.00 |
| Disbursement paid to Next Frontier Advisors (for deposit for virtual staging at the 373 Taconic property) | $ - | $ 11,000.00 |
| Disbursement paid to Knight Security Systems (for security system installation at the 373 Taconic property) | $ 48.77 | $ 1,710.50 |
| Disbursement paid to Slocum's Lock & Key LLC (for updating keys and replacing deadbolt at the 373 Taconic property) | $ - | $ 1,932.91 |
| Disbursement paid to CT Fence and Landscaping, LLC (for servicing the gate at the 373 Taconic property) | $ - | $ 1,277.56 |
| Disbursement paid to Township of Mahwah, NJ (for 675 Ramapo Valley Road real property taxes) | $ - | $ 141,930.59 |
| Disbursement paid to Township of Mahwah, NJ (for 675 Ramapo Valley Road sewer and water taxes) | $ - | $ 255.09 |
| Disbursement paid to World Insurance Associates LLC (for the 373 Taconic property) | $ - | $ 75,139.60 |
| Disbursement paid to Tax Collector - Town of Greenwich (for the 373 Taconic property real estate tax bill) | $ - | $ 27,847.85 |
| Disbursement paid to Rockland Electric (for electric company invoices at 675 Ramapo Valley Road house and gate house ) | $ - | $ 18,135.38 |
| Disbursement paid to City of Stamford, CT (for tax bills for 2022 and 2023) | $ - | $ 617.73 |
| Disbursement paid to Seriatim Inc. (for deposit for personal property inventory services at 373 Taconic property) | $ - | $ 1,800.00 |
| Disbursement paid to Greenwich Pool Service, LLC (for pool services at 373 Taconic property) | $ - | $ 1,254.92 |
| Disbursement paid to PSE&G (for gas utility invoices at 675 Ramapo Valley Road property) | $ 1,326.50 | $ 1,971.40 |
| Disbursement paid to Town of Greenwich (for alarm registration fee for 373 Taconic property) | $ - | $ 30.00 |
| Disbursement paid to Verizon (for services at 675 Ramapo Valley Road property ) | $ 851.49 | $ 1,701.75 |
| Disbursement paid to Optimum (for internet services at 373 Taconic property) | $ - | $ 561.89 |
| Disbursement paid to Eversource (for electric bill at 373 Taconic property) | $ - | $ 2,327.99 |
| Disbursement paid to Central Bank of Cyprus (for test wire in favor of the District Court of Limassol, Cyprus) | $ - | $ 100.00 |
| Disbursement paid to Atko Bros Landscaping (for landscaping services at 373 Taconic property) | $ - | $ 6,168.30 |
| Disbursement paid to Town of Greenwich (for police security at 373 Taconic property) | $ 2,125.00 | $ 7,140.00 |
| Disbursement paid to Peter Shaw (for barrister fees) | $ - | $ 2,865.19 |
| Disbursement paid to Paul Wright (for barrister fees) | $ - | $ 6,555.83 |
| Disbursement paid to Kyle Davis Lawn Care, LLC (for landscaping at Mahwah Mansion) | $ 3,326.06 | $ 3,326.06 |
| Disbursement paid to JL Holdings, Inc. (for pool and spa winterization at 675 Ramapo Valley Road property) | $ 639.75 | $ 639.75 |
| Unauthorized fraudulent disbursements* | $ 6,640.99 | $ 6,640.99 |
| **Total Ordinary Disbursements** | $ 94,614.34 | $ 4,199,615.85 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| Fees paid with respect to Neubert, Pepe & Monteith PC | $ 447,459.57 | $ 4,536,435.85 |
| Fees paid with respect to Paul Hastings LLP | $ 2,086,057.69 | $ 35,554,118.06 |
| Broker fees paid with respect to Edmiston and Company Limited | $ - | $ 1,176,250.00 |
| Fees paid with respect to Pullman & Comley, LLC | $ 29,750.10 | $ 795,394.77 |
| Fees paid with respect to Epiq Corporate Restructuring LLC | $ - | $ 306,098.63 |
| Fees paid with respect to Harney Westwood & Riegels LP | $ 446,092.50 | $ 1,341,939.57 |
| Fees paid with respect to Kroll LLC | $ 61,684.26 | $ 2,373,480.32 |
| Fees paid with respect to Pallas Partners LLP | $ 64,951.24 | $ 478,915.87 |
| Fees paid with respect to Prager Dreifuss AG | $ 12,416.03 | $ 143,169.22 |
| Fees paid with respect to Eisner Advisory Group LLC | $ 81,744.00 | $ 147,344.00 |
| U. S. Trustee Fees | $ - | $ 388,330.09 |
| Other Reorganization Expenses *(attach schedule)* | $ - | $ - |
| **Total Reorganization Items** | $ 3,230,155.39 | $ 47,241,476.38 |
| **Total Disbursements** *(Ordinary  +  Reorganization)* | $ 3,324,769.73 | $ 51,441,092.23 |
| **Financing of Genever Entities** | | |

\* These cash disbursements in the aggregate amount constitute unauthorized disbursements due to forged checks and an unauthorized ACH payment. The account involved was immediately closed upon discovery of the fraudulent activity. The Trustee is working in conjunction with the estate's bank to recover the stolen funds, and has been in communication with the United States Trustee regarding same.  As of the date of this MOR, $690.99 has been reimbursed to the estate's bank account.

**In re** Ho Wan Kwok      **Case No.** 22-50073 (JAM)

| Debtor | Reporting Period: | 11/1/2024 - 11/30/2024 |
|---|---|---|
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Gallagher Basset Services Inc. (for air monitoring for asbestos abatement, ATRU and variance drawings, final inspection and asbestos survey and reporting work at The Sherry Netherland) | $ - | $ 25,004.19 |
| Payment pursuant to DIP Order with respect to financing Genever US counsel fees (Saxe Doernberger & Vita PC) | $ - | $ 236,452.00 |
| Payment pursuant to DIP Order with respect to financing Genever US counsel fees (O'Sullivan McCormack Jensen & Bliss PC) | $ 10,708.76 | $ 245,132.45 |
| Payment pursuant to DIP Order with respect to financing Genever BVI corporate fees (Harneys Corporate Services) | $ - | $ 48,659.58 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for ABF Environmental Inc. (for asbestos abatement and insulation work) | $ - | $ 121,300.00 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Gustav Restoration LLC (invoices for terrace cleaning project and for deposit work at The Sherry Netherland) | $ - | $ 39,924.43 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Acheson Doyle Partners Architects, PC (for apartment stabilization work at The Sherry Netherland) | $ - | $ 316,695.97 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Catalpa Special Inspections, Inc. (for remediation project at The Sherry Netherland) | $ - | $ 5,750.00 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Skyline Windows LLC (for window replacement at The Sherry Netherland) | $ - | $ 122,849.05 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Arista Air Conditioning Corp. (for service repair proposal at The Sherry Netherland) | $ - | $ 2,515.01 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for The Sherry Netherland, Inc. (for installation of | $ - | $ 105,526.25 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Sciame Homes NY LLC (for general contractor at The Sherry Netherland) | $ - | $ 352,803.32 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Burnham Nationwide, Inc. (for apartment restoration at The Sherry Netherland) | $ 1,145.86 | $ 19,501.92 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for U.S. Trustee Fees | $ 212.99 | $ 8,364.99 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for AIG insurance premium | $ - | $ 109,340.00 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Hillmann Consulting (for post fire smoke damage investigation at The Sherry Netherland) | $ - | $ 29,446.33 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for ARD Facilities Management Group LLC (for storage services for The Sherry Netherland) | $ 2,850.00 | $ 20,550.00 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Cleaning Contractors Corp. (for furniture cleaning at The Sherry Netherland) | $ - | $ 2,068.63 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Montvale Moving Services LLC (for packing and moving furniture at The Sherry Netherland) | $ 20,327.50 | $ 32,777.50 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for J and A Construction Consultants dba Dryfast Property Restoration (for restoration work at The Sherry Netherland) | $ - | $ 554,269.78 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for The Light Touch (for work removing and packaging light fixtures at The Sherry Netherland) | $ - | $ 1,750.00 |
| **Total DIP Financing Items** | $ 35,245.11 | $ 2,400,681.40 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements - DIP Financing)* | $ (3,090,336.06) | $ 75,137,243.31 |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | $ 75,137,222.69 | $ 75,137,222.69 |
| **Third Party Disbursements on Behalf of the Estate** | | |
| None | $ - | $ 12,757.00 |

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ 3,324,769.73 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 3,324,769.73 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                               :

In re:                      :    Chapter 11
                               :

HO WAN KWOK,         :    Case No. 22-50073 (JAM)
                               :

          Debtor.        :
                               :

-------------------------------------------------------x

**ATTACHMENT TO MONTHLY OPERATING REPORT**
**FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

      This attachment is incorporated into and made a part of the Monthly Operating Report ("<u>MOR</u>") of Chapter 11 Trustee Luc A. Despins.

**General Disclaimers**

1.    The MOR is presented on a form promulgated in 2021 by the Executive Office of the United States Trustee.  This form in many instances requires inserting a number for a line item even if the line item does not apply.  The form also does not allow for the insertion of explanations or asterisks next to answers.  Accordingly, as presented, certain responses may be inapplicable or incomplete.  Following guidance from the United States Trustee's office, this attachment is being filed as an integral part of the MOR.

2.    On July 8, 2022, the Bankruptcy Court signed an order approving the appointment of Luc A. Despins, Esq. as Chapter 11 Trustee (the "<u>Trustee</u>").  <u>The information in this MOR is based only on information beginning on the date of the Trustee's appointment and only on bank accounts within the Trustee's control.</u>[1]

3.    The Trustee reserves the rights to amend, modify or supplement this MOR or update it in future MORs.

**Specific Responses**

    Part 1 Responses

4.    As noted above, this information is limited to cash receipts and disbursements since the Trustee was appointed and with respect to accounts under the Trustee's control.  Not all cash receipts held by the Trustee as reflected in this MOR have been determined to be

---

[1] The Trustee is currently investigating the Debtor's assets and financial affairs (with respect to which investigation the Debtor has not cooperated).

property of the estate at this time. There are various on-going litigations with respect to the funds held by the Trustee, which, if finally determined in a manner adverse to the Trustee, would materially reduce the total amount of cash held by the Trustee at this time. In addition, cash disbursements included here do not reflect payments made pursuant to the *Order (I) Authorizing Chapter 11 Trustee to Extend Financing Pursuant to Bankruptcy Code Section 363, (II) Authorizing Genever US and Genever BVI to Obtain Post-Petition Financing Pursuant to Bankruptcy Code Section 264, (III) Granting Non-Priming Liens and Providing Superpriority Administrative Expense Claims, (IV) Modifying Automatic Stay, and (V) Granting Related Relief*, entered on September 12, 2023 [Dkt. 2193], which authorized the Kwok estate to finance expenses of the Genever entities, which are described in the summary of cash receipts and disbursements.

Part 2 Responses

5. To the extent this section is applicable (the Debtor is an individual), the Trustee has insufficient information to complete this section.  The Trustee's counsel is currently reviewing the over 1,200 proofs of claim filed in connection with the claims bar date, which occurred on February 17, 2023.

6. The Trustee is aware of certain professional fees and expenses that have arisen in connection with services provided by the Trustee's professionals. As of the end of the reporting period, certain interim applications for reimbursement of expenses have been approved by the Court pursuant to various orders approving interim fee applications and as set forth in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on August 18, 2023 [Docket No. 2094].

Part 3 Responses

7. On June 27, 2023, the Bankruptcy Court entered an order authorizing and approving the sale of the Lady May [Docket No. 1953].  On December 19, 2023, the Bankruptcy Court entered an order authorizing and approving the sale of the Lady May II [Docket No. 2449].  On June 20, 2024, the Bankruptcy Court entered an amended order [Docket No. 3265] authorizing and approving the liquidation of shares of Victory Capital Holdings, Inc. held by Reverence Capital Partners Opportunities Fund I (Cayman) L.P. and the distribution of the proceeds of such liquidation, as discussed in the Trustee' s related motion [Docket No. 3203] and report of results of sale [Docket No. 3372].

Part 4 Responses

8. To the extent this section is applicable (the Debtor is an individual), the Trustee has insufficient information to complete this section.

2

Part 5 Responses

9.  As of the end of the reporting period, certain interim applications for reimbursement of expenses have been approved by the Court pursuant to various orders approving interim fee applications and as set forth in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on August 18, 2023 [Docket No. 2094].

10. The Trustee is aware of a number of professional firms that have provided services to the official committee of unsecured creditors or the Debtor (prior to the appointment of the Trustee) but that have not at this time had their retentions approved by the Court.  The Trustee includes such professional firms (of which he is aware) in this part of the MOR out of an abundance of caution but reserves all his rights with respect to the retention and/or payment of fees with respect to such professional firms.  The Trustee also notes that the Debtor may have employed professionals (prior to the appointment of the Trustee) of which the Trustee is not aware.

Part 6 Responses

11. The Trustee is not aware of any postpetition taxes that have accrued during the time period since the Trustee's appointment.

Part 7 Responses

12. The Trustee notes that the Debtor filed a chapter 11 plan on April 20, 2022 [Docket No. 197] (the "April 2022 Plan") with respect to which no disclosure statement was filed or approved.

Part 8 Responses

13.  The Trustee has insufficient information to respond to Part 8.

# EAST WEST BANK  *Your financial bridge®*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page 1 of 5
STARTING DATE: November 01, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 30

( 13)

BK EST/HO WAN KWOK DEBTOR
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK NY 10166-0005

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | 13 | Beginning balance | | $841,291.91 |
| Enclosures | 13 | Total additions | (0) | .00 |
| Low balance | $461,016.83 | Total subtractions | (45) | 380,275.08 |
| Average balance | $674,802.48 | Ending balance | | $461,016.83 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1183 | 11-01 | 20,327.50 | 1190 | 11-19 | 52.66 |
| 1184 | 11-04 | 16.56 | 1191 | 11-19 | 1,004.23 |
| 1185 | 11-04 | 253.05 | 1192 | 11-18 | 639.75 |
| 1186 | 11-07 | 851.49 | 2108 * | 11-07 | 1,950.00 |
| 1187 | 11-06 | 48.77 | 2109 | 11-14 | 2,000.00 |
| 1188 | 11-18 | 3,326.06 | 2111 * | 11-21 | 2,000.00 |
| 1189 | 11-19 | 2,125.00 | * Skip in check sequence | | |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 11-04 | Debit Memo | FIDUCIARY MAINTENA NCE | 25.00 |
| 11-04 | Debit Memo | FIDUCIARY COLLATER AL | 6,217.36 |
| 11-05 | Outgoing Wire | DXX3165P00001860 HAWK EYE SECURITY 031101266 IN RE KWOK, 15,418 70 FOR HAWK EYE RE | 15,418.70 |
| 11-07 | Outgoing Wire | ARD FACILITIES MAN AGEMENT GROUP LLC | 1,975.00 |
| 11-07 | Service Charge | OUTGOING WIRE | 40.00 |
| 11-07 | Outgoing Wire | ARD FACILITIES MAN AGEMENT GROUP LLC | 2,850.00 |
| 11-07 | Service Charge | OUTGOING WIRE | 40.00 |
| 11-07 | Outgoing Wire | ARD FACILITIES MAN AGEMENT GROUP LLC | 8,000.00 |
| 11-07 | Service Charge | OUTGOING WIRE | 40.00 |
| 11-13 | Outgoing Wire | DXX316DP00003080 BURNHAM NATIONWIDE 071000013 REF. RE, 1,14586 F OR PROCESS NYC DEP | 1,145.86 |
| 11-13 | Service Charge | OUTGOING WIRE | 40.00 |
| 11-13 | Outgoing Wire | DXX316DP00003075 OSULLIVAN MCCORMAC 021300077 BNF CONT; US - OBI ;REF. IN RE KWOK, | 9,339.94 |
| 11-13 | Service Charge | OUTGOING WIRE | 40.00 |

**EAST WEST BANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

STARTING DATE: November 01, 2024
ENDING DATE: November 30, 2024

BK EST/HO WAN KWOK DEBTOR

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|---|
| 11-13 | Outgoing Wire | DXX316DP00003069 HAWK EYE SECURITY 031101266 REF. IN RE KWOK 15 ,34939 FOR HAWK EY | 15,349.39 |
| 11-13 | Service Charge | OUTGOING WIRE | 40.00 |
| 11-20 | Outgoing Fx Ccy | FX OUT WIRE 101488045 1 1 BK EST HO WAN KWOK | 12,416.03 |
| 11-20 | Service Charge | OUTGOING FX CCY WI | 40.00 |
| 11-20 | Outgoing Wire | DXX3174P00001972 OSULLIVAN MCCORMAC 021300077 BNF CONT; UNITED S TATES - OBI;RE KWO | 1,368.82 |
| 11-20 | Outgoing Wire | DXX3174P00001976 HAWK EYE SECURITY 031101266 IN RE KWOK 16,6609 4 FOR HAWK EYE RE | 16,660.94 |
| 11-20 | Service Charge | OUTGOING WIRE | 40.00 |
| 11-20 | Outgoing Wire | DXX3174P00002200 KROLL LLC 026009593 RE KWOK 61,684.26 FOR KROLL PER ORDE | 61,684.26 |
| 11-20 | Service Charge | OUTGOING WIRE | 40.00 |
| 11-20 | Outgoing Wire | DXX3174P00002204 EISNER ADVISORY GR 026009593 RE KWOK 81,744.00 FOR EISNER ADVISOR | 81,744.00 |
| 11-20 | Service Charge | OUTGOING WIRE | 40.00 |
| 11-20 | Intl Wire Xfer | BXX3174P00001963 PALLAS PARTNERS LL COUTGB22XXX RE KWOK 64,95124 F OR PALLAS PARTNERS | 64,951.24 |
| 11-20 | Service Charge | INTL WIRE XFER | 50.00 |
| 11-22 | Preauth Debit | QUARTERLY FEE PAYMENT 241122 0000 | 212.99 |
| 11-22 | Preauth Debit | Credit One Bank Payment 241121 | 690.99 |
| 11-27 | Outgoing Wire | DXX317BP00003978 HAWK EYE SECURITY 031101266 REF. RE IN RE KWOK , 15,349.39 FOR HA | 15,349.39 |
| 11-27 | Outgoing Wire | DXX317BP00003973 PULLMAN AND COMLEY 026009593 BNF CONT; US - OBI ;REF. RE IN RE KWO | 29,750.10 |
| 11-29 | Service Charge | OUTGOING WIRE | 40.00 |
| 11-29 | Service Charge | OUTGOING WIRE | 40.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10-31 | 841,291.91 | 11-07 | 783,238.48 | 11-20 | 509,100.30 |
| 11-01 | 820,964.41 | 11-13 | 757,283.29 | 11-21 | 507,100.30 |
| 11-04 | 814,452.44 | 11-14 | 755,283.29 | 11-22 | 506,196.32 |
| 11-05 | 799,033.74 | 11-18 | 751,317.48 | 11-27 | 461,096.83 |
| 11-06 | 798,984.97 | 11-19 | 748,135.59 | 11-29 | 461,016.83 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Checking Account**

| | |
|---|---|
| **Statement Date** | **11/30/2024** |
| **Page** | **3 of 5** |



**BK EST/HO WAN KWOK DEBTOR**
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK, NY 10166

1183
DATE 10/29/24

PAY TO THE ORDER OF Montvale Moving Services, LLC — $ 20,327.50

twenty thousand three hundred twenty - seven 50/100 DOLLARS

East West Bank
Pasadena, CA 91101

FOR Packing and moving at 373 Taconic Road

11/01/2024   1183   $20,327.50

4258121Z0991 142406 20241031
TRN_DEBIT TAA4460  20327.50
Park Ridge 0774 94004 4258 0002 0106

11/01/2024   1183   $20,327.50

**BK EST/HO WAN KWOK DEBTOR**
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK, NY 10166

1184
DATE 10/29/24

PAY TO THE ORDER OF PSE+G — $ 16.56

Sixteen 56/100 DOLLARS

East West Bank
Pasadena, CA 91101

FOR Account # 7618171505

11/04/2024   1184   $16.56

11/01/2024 000 01_001 4700 10155
6848   7618171505

11/04/2024   1184   $16.56

**BK EST/HO WAN KWOK DEBTOR**
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK, NY 10166

1185
DATE 10/29/24

PAY TO THE ORDER OF PSE+G — $ 253.05

Two hundred fifty - three 05/100 DOLLARS

East West Bank
Pasadena, CA 91101

FOR Account # 7629685907

11/04/2024   1185   $253.05

11/01/2024 000 01_001 4701 10157
6848   7629685807

11/04/2024   1185   $253.05

**BK EST/HO WAN KWOK DEBTOR**
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK, NY 10166

1186
DATE 10/29/24

PAY TO THE ORDER OF Verizon — $ 851.49

eight hundred fifty-one 49/100 DOLLARS

FOR Internet service at Mahwah property
Account # 156-844-175-001-84

11/07/2024   1186   $851.49

CONSOLIDATED RTN BONY >021902446<
BANK OF NEW YORK 11/06/24 VERSION NM
1568441750001 851.49 466715 001
CONSOLIDATED RTN BONY >021902446<

11/07/2024   1186   $851.49

**BK EST/HO WAN KWOK DEBTOR**
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK, NY 10166

1187
DATE 10/29/24

PAY TO THE ORDER OF Knight Security Systems — $ 48.77

forty - eight 77/100 DOLLARS

FOR Invoice # 121618

11/06/2024   1187   $48.77

ISN# 343203248999
Date 11/5/2024
WorkType 26  Batch# 2

11/06/2024   1187   $48.77

**BK EST/HO WAN KWOK DEBTOR**
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK, NY 10166

1188
DATE 11/13/24

PAY TO THE ORDER OF Kyle Davis Lawn Care, LLC — $ 3,326.06

three thousand three hundred twenty-six 06/100 DOLLARS

East West Bank
Pasadena, CA 91101

FOR Landscaping at Mahwah Mansion
Invoice # 29016

11/18/2024   1188   $3,326.06

5984406187369 175031  20241115
TRN_DEBIT TAH0133  3326.06
Wyckoff-Godwin Ave 0984 94004 5984 0008 0142

11/18/2024   1188   $3,326.06

| | | |
|---|---|---|
| BK EST/HO WAN KWOK DEBTOR | 16-7038/3220 | 1189 |
| LUC A DESPINS, CH11 TRUSTEE | | |
| CASE #22-50073 | DATE 11/13/24 | |
| C/O PAUL HASTINGS LLP | | |
| 200 PARK AVE | | |
| NEW YORK, NY 10166 | | |

PAY TO THE ORDER OF __Town of Greenwich__ $ 2,125.00
__Two thousand one hundred twenty-Five 00/100__ DOLLARS

East West Bank
Pasadena, CA 91101

FOR __Police overnight security - 373 Taconic__
__Invoice #11302__

11/19/2024    1189    $2,125.00



11/19/2024    1189    $2,125.00

| | | |
|---|---|---|
| BK EST/HO WAN KWOK DEBTOR | 16-7038/3220 | 1192 |
| LUC A DESPINS, CH11 TRUSTEE | | |
| CASE #22-50073 | DATE 11/13/24 | |
| C/O PAUL HASTINGS LLP | | |
| 200 PARK AVE | | |
| NEW YORK, NY 10166 | | |

PAY TO THE ORDER OF __UL Holdings, Inc.__ $ 639.75
__Six hundred thirty-nine 75/100__ DOLLARS

East West Bank
Pasadena, CA 91101

FOR __Pool + Spa winterization__
__Invoice # 11185__

11/18/2024    1192    $639.75



11/18/2024    1192    $639.75

| | | |
|---|---|---|
| BK EST/HO WAN KWOK DEBTOR | 16-7038/3220 | 1190 |
| LUC A DESPINS, CH11 TRUSTEE | | |
| CASE #22-50073 | DATE 11/13/24 | |
| C/O PAUL HASTINGS LLP | | |
| 200 PARK AVE | | |
| NEW YORK, NY 10166 | | |

PAY TO THE ORDER OF __PSE+G__ $ 52.66
__fifty-two 66/100__ DOLLARS

East West Bank
Pasadena, CA 91101

FOR __October gas service__
__account #7613171505__

11/19/2024    1190    $52.66

| | | |
|---|---|---|
| BK EST/HO WAN KWOK DEBTOR | 16-7038/3220 | 2108 |
| LUC A DESPINS, CH11 TRUSTEE | | |
| CASE #22-50073 | DATE 11/08/2024 | |
| C/O PAUL HASTINGS LLP | | |
| 200 PARK AVE | | |
| NEW YORK, NY 10166 | | |

PAY TO THE ORDER OF __Frank-Curtis Bodog-Mbappe__ $ 1,950.00
__One Thousand Nine Hundred Fifty and 00/100*************__ DOLLARS

East West Bank
Pasadena, CA 91101

FOR __photoshoot__

11/07/2024    2108    $1,950.00

For Deposit Only

11/18/2024  003  18_002  7853  16151
8959    7629685807

11/19/2024    1190    $52.66



FOR MOBILE DEPOSIT ONLY

11/07/2024    2108    $1,950.00

| | | |
|---|---|---|
| BK EST/HO WAN KWOK DEBTOR | 16-7038/3220 | 1191 |
| LUC A DESPINS, CH11 TRUSTEE | | |
| CASE #22-50073 | DATE 11/13/24 | |
| C/O PAUL HASTINGS LLP | | |
| 200 PARK AVE | | |
| NEW YORK, NY 10166 | | |

PAY TO THE ORDER OF __PSE+G__ $ 1,004.23
__One thousand four 23/100__ DOLLARS

East West Bank
Pasadena, CA 91101

FOR __October gas service__
__account #7629205837__

11/19/2024    1191    $1,004.23

| | | |
|---|---|---|
| BK EST/HO WAN KWOK DEBTOR | 16-7038/3220 | 2109 |
| LUC A DESPINS, CH11 TRUSTEE | | |
| CASE #22-50073 | DATE 11/13/2024 | |
| C/O PAUL HASTINGS LLP | | |
| 200 PARK AVE | | |
| NEW YORK, NY 10166 | | |

PAY TO THE ORDER OF __Frank-Curtis Bodog-Mbappe__ $ **2,000.00
__TWO THOUSAND AND 00/100*************************__ DOLLARS

East West Bank
Pasadena, CA 91101

FOR __photoshoot__

11/14/2024    2109    $2,000.00

For Deposit Only

11/18/2024  003  18_002  7853  16152
8959    7629685807

11/19/2024    1191    $1,004.23



FOR MOBILE DEPOSIT ONLY

11/14/2024    2109    $2,000.00



| 11/21/2024 | 2111 | $2,000.00 |



| 11/21/2024 | 2111 | $2,000.00 |

# EAST WEST BANK  Your financial bridge®

Direct inquiries to:
888 761-3967

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page   1   of   2
STARTING DATE: November 01, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 30

( 0)

BK EST/HO WAN KWOK DEBTOR
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK NY 10166-0005

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Trustee-Non Vendor MMA

| | | | |
|---|---|---|---|
| Account number | ███████ | Beginning balance | $77,386,266.84 |
| Low balance | $74,406,527.08 | Total additions (1) | 269,678.78 |
| Average balance | $75,404,636.58 | Total subtractions (6) | 2,979,739.76 |
| Interest paid year to date | $3,193,769.56 | Ending balance | $74,676,205.86 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 11-30 | Interest Credit | 269,678.78 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 11-07 | Outgoing Wire | DXX3167P00003352 PAUL HASTINGS LLP 322271724 REF IN RE KWOK 2,0 86,057.69 FOR PAUL | -2,086,057.69 |
| 11-07 | Service Charge | OUTGOING WIRE | -40.00 |
| 11-20 | Intl Wire Xfer | BXX3174P00002506 HARNEY WESTWOOD & FCIBVGVGXXX BNF CONT; VG1110 B RITISH VIRGIN ISLA | -446,092.50 |
| 11-20 | Service Charge | INTL WIRE XFER | -50.00 |
| 11-21 | Outgoing Wire | DXX3175P00001862 NEUBERT, PEPE AND 211170101 BNF CONT; US - OBI ;REF. RE, IN RE KW | -447,459.57 |
| 11-21 | Service Charge | OUTGOING WIRE | -40.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 77,386,266.84 | 11-20 | 74,854,026.65 | 11-30 | 74,676,205.86 |
| 11-07 | 75,300,169.15 | 11-21 | 74,406,527.08 | | |

### INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 4.45% | Interest-bearing days | 30 |
| Average balance for APY | $75,404,636.58 | Interest earned | $269,678.78 |

**EAST WEST BANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

BK EST/HO WAN KWOK DEBTOR

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |