**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------X
In re:                                                                                  Chapter 11

HO WAN KWOK, *et al*.,[1]                                              Case No.: 22-50073 (JAM)

                      Debtors.                                           (Jointly Administered)

---------------------------------------------------------X

## MOTION FOR ADMISSION *PRO HAC VICE* OF STUART L. KOSSAR

Pursuant to Local Rule of Civil Procedures 83.1(d) of the United States District Court for the District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1, the undersigned, a member of the Bar of this Court and partner of the law firm Norris McLaughlin, P..A., respectfully moves that the Court admit attorney Stuart L. Kossar, a member of the Bar of the State of New York, the United States District Court of the Southern District of New York, and the United States District Court of the Eastern District of New York, *pro hac vice* to represent: (i) Flat Rate Movers, Ltd. in the above captioned Chapter 11 bankruptcy case and in the related adversary proceeding *Luc A. Despins, Chapter 11 Trustee v. Flat Rate Movers, Ltd.*, Adv. Pro. No. 24-05141 and (ii) Norris McLaughlin, P..A in the above captioned Chapter 11 bankruptcy case and in the related adversary proceeding *Luc A. Despins, Chapter 11 Trustee v. Norris McLaughlin, P.A.*, Adv. Pro. No. 24-05317, and in support represents the following:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1. The primary office of Attorney Kossar is Norris McLaughlin, P.A., 7 Times Square, 21st Floor, New York 10036. His telephone number is (917) 369-8822; his fax number is (212) 808-0844; and his email address is slkossar@norris-law.com.

2. Attorney Kossar is a member in good standing in the states and jurisdictions set forth in his declaration, attached as **Exhibit A**.

3. To best of my knowledge and belief, Attorney Kossar is a member in good standing of the courts listed in his declaration, and he has not been the petitioner to, has not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

4. To best of my knowledge and belief, Attorney Kossar has reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. Attorney Kossar has submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

6. Service of all papers directed to Flat Rate Movers, Ltd. or Norris McLaughlin, P.A. may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated:  January 2, 2025<br>           Bridgewater, New Jersey | **NORRIS McLAUGHLIN, P.A.**<br><br>By:  /s/ *James J. Costello Jr.*<br>        James J. Costello Jr. Esq. (ct. 309468)<br>        400 Crossing Blvd, 8th Floor<br>        Bridgewater, NJ 08807-5933<br>        (908) 252-4315<br>        jjcostellojr@norris-law.com<br><br>        *Attorneys for*<br>        *Flat Rate Movers, Ltd &*<br>        *Norris McLaughlin, P.A.* |

**CERTIFICATION**

I hereby certify that the foregoing *Motion for Admission Pro Hac Vice of Stuart L. Kossar* was filed electronically on January 2, 2025. Notice of this filing will be sent by email to all parties registered for electronic service in this proceeding through the Court's CM/ECF system.

By: /s/ *James J. Costello Jr.*
James J. Costello Jr. Esq.

**EXHIBIT A**

Declaration

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-----------------------------------------------------------X

In re:                                                    Chapter 11

HO WAN KWOK, *et al.*,[2]                                 Case No.: 22-50073 (JAM)

         Debtors.                                    (Jointly Administered)

-----------------------------------------------------------X

### DECLARATION OF STUART L. KOSSAR IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

    I, Stuart L. Kossar, being of full age and having been duly sworn according to law, state the following:

    1.    I am an attorney and associate at the firm Norris McLaughlin, P.A., with an address located at 7 Times Square, 21st Floor, New York, NY 10036. My firm telephone number is 917-369-8822; my fax number is 212-808-0844; and my email address is slkossar@norris-law.com.

    2.    I submit this declaration in support of the motion for my admission *pro hac vice* as counsel for: (i) Flat Rate Movers, Ltd. in the above captioned Chapter 11 bankruptcy case and in the related adversary proceeding *Luc A. Despins, Chapter 11 Trustee v. Flat Rate Movers, Ltd.*, Adv. Pro. No. 24-05141 and (ii) Norris McLaughlin, P..A in the above captioned Chapter 11 bankruptcy case and in the related adversary proceeding *Luc A. Despins, Chapter 11 Trustee v. Norris McLaughlin, P.A.*, Adv. Pro. No. 24-05317.

---

[2] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

      3.      Pursuant to D. Conn. L. Civ. 83(d), I designate the District of Connecticut as the forum for any resolution of any dispute arising out of my admission.

      4.      I am member in good standing of the Bar of the State of New York (Bar No. 4559662), the United States District Court of the Southern District of New York (Bar No. SK1414), and the United States District Court of the Eastern District of New York (Bar No. SK1414) as shown by the certificates of good standing annexed hereto.

      5.      I have no disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

      6.      I have read and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rule of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

      7.      I hereby designate my sponsoring attorney James J. Costello, Jr. (Federal Bar No. ct309468) of Norris McLaughlin, P.A. as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned chapter 11 case and related cases.

      8.      I declare under penalty of perjury that the foregoing is true and accurate.

**Subscribed and sworn this 2nd day of January 2025 at New York, NY.**

                                       *s/Stuart L. Kossar*
                                       Stuart L. Kossar

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------X
In re:                                                                      Chapter 11

HO WAN KWOK, *et al.*,[3]                                     Case No.: 22-50073 (JAM)

　　　　　　Debtors.                                          (Jointly Administered)

---------------------------------------------------------X

**ORDER GRANTING MOTION FOR ADMISSION**
***PRO HAC VICE* OF STUART L. KOSSAR**

AND NOW, upon consideration of the Motion of James J. Costello, Jr. for Admission Pro Hac Vice of Stuart L. Kossar (the "Motion"), and any and all responses thereto, it is hereby,

ORDERED that the Motion is GRANTED and Stuart L. Kossar is admitted pro hac vice to represent: (i) Flat Rate Movers, Ltd. in the above captioned Chapter 11 bankruptcy case and in the related adversary proceeding *Luc A. Despins, Chapter 11 Trustee v. Flat Rate Movers, Ltd.*, Adv. Pro. No. 24-05141 and (ii) Norris McLaughlin, P..A in the above captioned Chapter 11 bankruptcy case and in the related adversary proceeding *Luc A. Despins, Chapter 11 Trustee v. Norris McLaughlin, P.A.*, Adv. Pro. No. 24-05317; and it is further

ORDERED that James J. Costello, Jr. will receive service on behalf of Attorney Kossar in accordance with D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 9083-3.

---

[3] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).



*Appellate Division of the Supreme Court
of the State of New York
Second Judicial Department*

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Stuart Lawrence Kossar

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 5, 2008**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on December 17, 2024.

Clerk of the Court

CertID-00205411



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Darrell M. J/2* (signature)

Darrell M. Joseph
Clerk of the Court

Revised October 2024

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, __Brenna B. Mahoney__, Clerk of this Court,

certify that __Stuart Lawrence Kossar__, Bar # __SK1414__,

was duly admitted to practice in this Court on __07/25/2011__, and is in good standing as a member of the Bar of this Court.

Dated at __Brooklyn__ on __12/17/2024__
*(Location)*                    *(Date)*

Brenna B. Mahoney
*CLERK OF COURT*

James Hunter
Deputy Clerk



# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

_____STUART   L   KOSSAR_____, Bar # _____SK1414_____

was duly admitted to practice in the Court on

_____September 29, 2009_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.         On
           New York, New York            _____December 17, 2024_____

_____Tammi M. Hellwig_____         By     _____s/B. Cong_____
           Clerk of Court                                  Deputy Clerk