Jing Xu
154-65 Riverside Dr
Whitestone, NY 11357



Retail

U.S. POSTAGE PAID
FCM LETTER
WHITESTONE, NY 11357
JAN 02, 2025

06604

$8.95

S2324A500684-02

RDC 99

US Bankruptcy Court
District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604



CERTIFIED MAIL

9589 0710 5270 1675 3269 11