**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re: ECF No. 3884 |

---

**ORDER AMENDING ORDER GRANTING APPLICATION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327 AND 330, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING AND APPROVING RETENTION AND EMPLOYMENT OF PALLAS PARTNERS LLP AS SOLICITORS IN UNITED KINGDOM**

Upon the motion (the "Motion")[2] of Mr. Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "Chapter 11 Trustee") appointed in the above-captioned chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), pursuant to sections 327 and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Bankruptcy Rules for the District of Connecticut (the "Local Rules"), for entry of an order (this "Order") amending the Pallas Retention Order to reflect the Supplemental Engagement Agreement; and the Court having reviewed the Motion and having considered the statements of counsel before the Court at a hearing held on January 7, 2025; and the Court having found that

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion.

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Motion having been given; and no other or further notice being required; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtor's estate, its creditors, and all parties in interest, therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is approved as set forth in this Order.

2. The Trustee's retention of Pallas is expanded to include all UK law matters related to the HCHL Administration, in accordance with the terms of the Supplemental Engagement Agreement, and such other UK law matters as may be agreed to between the Trustee and Pallas (subject to the terms of Pallas Retention Order).

3. Except as otherwise set forth in this Order, the Pallas Retention Order remains in full force and effect.

4. Pallas will file applications for compensation of professional services rendered and for reimbursement of expenses incurred in connection with its engagement by the Trustee (as expanded pursuant to the Supplemental Engagement Agreement and as it may be further expanded by agreement between Pallas and the Trustee) pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and any other applicable rules and orders with respect to this Chapter 11 Case.

5. The Trustee and Pallas are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

6. In the event of any conflict between this Order and the Supplemental Engagement Agreement, this Order shall control.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 7th day of January, 2025.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut