**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

In re:

HO WAN KWOK, *et al.*,

        Debtors.

Chapter 11

Case No.: 22-50073 (JAM)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE**, that the undersigned appears for **FLAT RATE MOVERS, LTD.** in the above-captioned bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, email address, and telephone number set forth below.

      **PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex or otherwise.

Dated:   January 8, 2025
           New York, New York

**NORRIS McLAUGHLIN, P.A.**

By:  /s/ *James J. Costello, Jr.*
James J. Costello, Jr., Esq. (Ct. 309468)
400 Crossing Blvd., 8th Floor
Bridgewater, N.J. 08807-5933
(908) 252-4315
jjcostellojr@norris-law.com
*Attorneys for Flat Rate Movers, Ltd.*

## CERTIFICATION

I hereby certify that on January 8, 2025, a copy of foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ *James J. Costello, Jr.*
James J. Costello, Jr., Esq.