Connecticut Local Form: Notice of Appearance of Counsel (AP)　　April 2021
(CTB-LF241)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| In re:<br>HO WAN KWOK, et al.,<br><br>Debtor(s). | Case No. 22-50073 |
|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,　　Plaintiff,<br>vs<br>AMAZON WEB SERVICES, INC.　　Defendant. | Adv. Proceeding No. 24-05006 |

## NOTICE OF APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this Court, and I appear in this adversary proceeding as counsel for: Amazon Web Services, Inc.

The Clerk of the Court and the opposing party will be informed of any change in address. I request notice of all further pleadings and filings.

_____　　Dated: January 8, 2025
Attorney's Signature

Brian T. Peterson
Attorney's Printed Name

Law Firm Name　K&L Gates LLP

Law Firm Mailing Address　925 Fourth Avenue Suite 2900

City　Seattle　　　　　State　WA　Zip Code　98104

Attorney's Email Address　brian.peterson@klgates.com

Attorney's Phone Number　(206) 623-7580

Attorney's Federal Bar Number　208265

## **CERTIFICATION**

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dated: January 8, 2025

By: */s/Brian T. Peterson*
Brian T. Peterson (phv208265)
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail:   brian.peterson@klgates.com

*Counsel for Amazon Web Services, Inc. and Amazon.com, Inc.*

508877438.2