**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters an appearance on behalf of American Express Company in the above-captioned proceeding. The undersigned hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

> Darryl S. Laddin
> Arnall Golden Gregory LLP
> 171 17th Street NW, Suite 2100
> Atlanta, Georgia 30363-1031
> Telephone: (404) 873-8120
> Email: darryl.laddin@agg.com

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect to otherwise related to the above case.

Respectfully submitted this 8th day of January, 2025.

4928-1904-7949.v1

2

        ARNALL GOLDEN GREGORY LLP

        */s/ Darryl S. Laddin*
        Darryl S. Laddin (*pro hac vice*)
        171 17th Street NW, Suite 2100
        Atlanta, Georgia 30363-1031
        Telephone:  404.873.8120
        Email: darryl.laddin@agg.com

        *Attorneys for American Express Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2025, a copy of the foregoing was served via CM/ECF. Parties may access this filing through the Courts CM/ECF System.

ARNALL GOLDEN GREGORY LLP

*/s/ Darryl S. Laddin*
Darryl S. Laddin

*Attorneys for American Express Company*