# UNCONDITIONAL RELEASE AND WAIVER UPON PROGRESS PAYMENT

`Project: 510 GATES AVE`                                                          `Date: 1/8/25`
`Location: 510 GATES AVENUE BROOKLYN NY 11216`

For and in consideration of the sum of  **$[Amount of progress payment being advanced]** being partial payment pursuant to the terms and conditions of the Subcontract dated June 16, 2023, and amendments or modifications thereof, between Bolivar Builders LLC, as Contractor, and BRS Gates, LLC, as Subcontractor and for other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned hereby.

1. Acknowledges receipt o$[Amount paid to date other than current advance] paid to date on account of BRS Gates, LLC, work, labor and services under the Subcontract as described in Requisitions # ___ to ___, and
2. Acknowledges that, except for retainage and as described below, BRS Gates, LLC has been paid in full for its services through _____. Exceptions _____; and
3. Acknowledges that, except for amounts owed in connection with Requisition __, retainage and disputes as described below, BRS Gates, LLC has paid all amounts owed to sub subcontractors and/or materialmen performing work, labor or services and or delivering materials for the above-described Project. Exceptions:_____.
4. BRS Gates, LLC has no claims against Bolivar Builders LLC except as follows: _____
5. BRS Gates, LLC waives any and all liens or right of liens arising out said Subcontract and amendments or modifications thereof that may now be claimed on or against said premises or upon any monies due or to become due from any person, firm or corporation in connection with the Project.

**IN WITNESS WHEREOF the undersigned has caused this instrument to be duly signed as of _____.**

        **BRS GATES, LLC**

        **By:    Justin Kaliner**
        **Title:  Manager**

Subscribed and sworn to me this _____ day of _____ 2025

_____
Notary Public