# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---

In Re:  CHAPTER 11

**HO WAN KWOK, et al.,**  CASE NO. 22-50073 (JAM)

**Debtor**

---

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of GroCyber, LLC, a party in interest in the above captioned matter and the defendant in Adversary Proceeding No. 24-05100 captioned *Luc A. Despins, Chapter 11 Trustee v. GroCyber LLC*.

Dated at Hartford, Connecticut, this 9th day of January 2025.

        GROCYBER, LLC

        By: /s/ Nicholas P. Vegliante
        Nicholas P. Vegliante (CT 28449)
        COHN BIRNBAUM & SHEA P.C.
        CityPlace II, 15th Floor
        185 Asylum Street
        Hartford, CT 06103
        Tel. 860-493-2200
        Email: Nvegliante@cbshealaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 9, 2025, a copy of the foregoing Notice of Appearance was filed electronically and will be sent by email to all parties by operation of the Court's electronic filing system to all appearing parties. Parties may access this filing through the Court's CM/ECF System.

                /s/ Nicholas P. Vegliante
                Nicholas P. Vegliante

230508-v1/24949-001