**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                            :        Chapter 11
                                                                       :
HO WAN KWOK, *et al.*,                             :        Case No. 22-50073 (JAM)
                                                                       :
        Debtors.[1]                                              :        Jointly Administered
                                                                       :
---------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S NOTICE OF FILING LIST OF COUNSEL THAT
REPORTED ATTENDING JANUARY 8, 2025 STATUS CONFERENCE**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), pursuant to the Court's instructions at the January 8, 2025 status conference (the "Status Conference") held in the Chapter 11 Case, hereby respectfully submits a list of counsel that reported attending the Status Conference, appended hereto as **Exhibit 1**. The content of the list is based on information reported by such counsel to counsel for the Trustee.

Dated:    January 9, 2025                          LUC A. DESPINS,
              New Haven, Connecticut            CHAPTER 11 TRUSTEE

                                                                By: */s/ Patrick R. Linsey*
                                                                        Patrick R. Linsey (ct29437)
                                                                        NEUBERT, PEPE & MONTEITH, P.C.
                                                                        195 Church Street, 13th Floor
                                                                        New Haven, Connecticut 06510
                                                                        (203) 781-2847
                                                                        plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*and*

Nicholas A. Bassett (*pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6690
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
: 
In re:                                             :   Chapter 11
                                                   :
HO WAN KWOK *et al.*,                              :   Case No. 22-50073 (JAM)
                                                   :
            Debtors.                               :   Jointly Administered
                                                   :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Notice (including all attachments thereto) was electronically filed using the Court's case management/electronic case files system ("CM/ECF") in the Chapter 11 Case. Notice of this filing will be sent automatically via e-mail by operation of CM/ECF to all appearing parties in the Chapter 11 Case eligible to receive electronic notice.

Dated:   January 9, 2025
         New Haven, Connecticut

                                              By: */s/ Patrick R. Linsey*
                                                  Patrick R. Linsey (ct29437)
                                                  NEUBERT, PEPE & MONTEITH, P.C.
                                                  195 Church Street, 13th Floor
                                                  New Haven, Connecticut 06510
                                                  (203) 781-2847
                                                  plinsey@npmlaw.com

                                                  *Counsel for the Chapter 11 Trustee*

**EXHIBIT 1**

# LIST OF COUNSEL THAT APPEARED AT JANUARY 8, 2025 STATUS CONFERENCE

**(Information is as reported to Counsel for the Chapter 11 Trustee by the Counsel Listed Below)**

| | |
|---|---|
| Counsel: | John J. Clarke, Jr. |
| | C. Kevin Kobbe |
| Client(s): | Zeta Global Corp (defendant in Adv. Proc. No. 24-05092) |
| Firm: | DLA Piper LLP (US) |
| Contact: | 1251 Avenue of the Americas |
| | New York, NY 10020 |
| | (212) 335-4500 |
| | 650 South Exeter Street, suite 100 |
| | Baltimore, MD 21202 |
| | (410) 580-4189 |
| | kevin.kobbe@us.dlapiper.com; john.clarke@us.dlapiper.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Peter C. Netburn |
| Client(s): | Harcus Parker Limited (defendant in Adv. Proc. No. 24-05165) |
| Firm: | Clyde & Co US LLP |
| Contact: | 265 Franklin Street, suite 802 |
| | Boston, MA 02110 |
| | (617) 210-7720 |
| | peter.netburn@clydeco.us |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Stephen M. Kindseth |
| Client(s): | Zeisler & Zeisler, P.C. (defendant in Adv. Proc. No. 24-05208) |
| Firm: | Zeisler & Zeisler, P.C. |
| Contact: | 10 Middle Street, 15th fl |
| | Bridgeport, CT 06604 |
| | (203) 368-5487 |
| | skindseth@zeislaw.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Michael T. Conway |
| Client(s): | Arri Americas Inc. (defendant in Adv. Proc. No. 24-05031) |
| Firm: | Lazare Potter Giacovas & Moyle LLP |
| Contact: | 747 Third Ave, 16th fl |
| | New York, NY 10017 |
| | (212) 784-2404 (office) |
| | (917) 242-1597 (cell) |
| | mconway@lpgmlaw.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | John F. Carberry |
| | Kara Zarchin |
| Client(s): | Jamestown Associates (defendant in Adv. Proc. No. 24-05147); and |
| | Target Enterprises (defendant in Adv. Proc. No. 24-05138) |
| Firm: | Cummings & Lockwood LLC |
| Contact: | Six Landmark Square |
| | Stamford, CT 06901 |
| | (203) 327-1700 |
| | (203) 351-4194 |
| | jcarberry@cl-law.com; kzarchin@cl-law.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | George Angelich |
| | Jin Yan |
| Clients: | Apple Inc. (Adv. Proc. No. 24-05060); and |
| | Meta Platforms, Inc. (Adv. Proc. No. 24-05117) |
| Firm: | ArentFox Schiff LLP |
| Contact: | 1301 Avenue of the Americas, 42nd Floor |
| | New York, NY 10019 |
| | (212) 484-3900 |
| | george.angelich@afslaw.com |
| | --- |
| | 1717 K St. NW |
| | Washington, DC 20006 |
| | (202) 778-6442 |
| | jin.yan@afslaw.com |
| Appearances: | Counsel indicates appearances have been filed |
| | Adv. Proc. No. 24-05060 at Docket No. 28 |
| | Adv. Proc. No. 24-05117 at Docket No. 14 |

| | |
|---|---|
| Counsel: | Rowena A. Moffett |
| Client(s): | Morvilo Abramowitz Grand Iason & Anello P.C. (defendant in Adv. Proc. No. 24-05196) |
| Firm: | Brenner, Saltzman & Wallman LLP |
| Contact: | 271 Whitney Avenue |
| | New Haven, CT 06511 |
| | (203) 772-2600 |
| | rmoffett@bswlaw.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Richard Bernard |
| Client(s): | Cirrus Design Corporation (defendant in Adv. Proc. No. 24-05225) |
| Firm: | Faegre Drinker Biddle & Reath LLP |
| Contact: | 1177 Avenue of the Americas, 41st fl |
| | New York, NY 10036 |
| | (212) 241-3263 |
| | Richard.bernard@faegredrinker.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Matthew D. Valauri |
| Client(s): | Clayman Rosenberg Kirshner & Linder LLP (defendant in Adv. Proc. No. 24-05145) |
| Firm: | Wilson Elser Moskowitz Edelman & Dicker LLP |
| Contact: | 1010 Washington Blvd, suite 603 |
| | Stamford, CT 06901 |
| | (203) 388-2433 |
| | matthew.valauri@wilsonelser.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Jeffrey M. Sklarz |
| | Michelle Antao |
| Client(s): | FFP (BVI) Limited (defendant in Adv. Proc. No. 24-05056); |
| | Weddle Law PPLLC (defendant in Adv. Proc. No. 24-05188); |
| | V.X. Cerda & Associates P.A. (defendant in Adv. Proc. No. 24-05134); |
| | The Francis Law Firm (defendant in Adv. Proc. No. 24-05168); |
| | Lawall & Mitchell LLC (defendant in Adv. Proc. No. 24-05199); |
| | Aaron Mitchell (defendant in Adv. Proc. No. 24-05110); |
| | Berkeley Rowe Limited (defendant in Adv. Proc. No. 24-05186); |
| | ACASS Canada LTD (defendant in Adv. Proc. No. 24-05226); and |
| | G4S Security Systems (Hong Kong) Ltd. (defendant in Adv. Proc. No. 24-05204) |
| Firm: | Green & Sklarz LLC |
| Contact: | One Audubon Street, 3rd fl |
| | New Haven, CT 06511 |
| | (203) 361-3135 |
| | jsklarz@gs-lawfirm.com; mantao@gs-lawfirm.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Gerard R. Luckman |
| Client(s): | Liberty Jet (defendant in Adv. Proc. No. 24-05135) |
| Firm: | Forchelli Deegan Terrana LLP |
| Contact: | 333 Earle Ovington Blvd, Suite 100 |
| | Uniondale, NY 11553 |
| | (516) 812-6291 |
| | gluckman@forchellilaw.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Eric Goldstein |
| Client(s): | Anthem Health Plans, Inc. (defendant in Adv. Proc. No. 24-05058); |
| | Anthem HealthChoice Assurance, Inc. (defendant in Adv. Proc. No. 24-05112); |
| | Direct Persuasion LLC (defendant in Adv. Proc. No. 24-05010); |
| | Sedgwick Realty Corp. (24-05222); |
| | Federal Express Corporation (24-05059); and |
| | On the Spot Home Improvement, Inc. (24-05130) |
| Firm: | Shipman & Goodwin LLP |
| Contact: | One Constitution Plaza |
| | Hartford, CT 06103 |
| | (860) 251-5059 |
| | egoldstein@goodwin.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Richard J. Reding |
| Client(s): | Indium Software, Inc. (defendant in Adv. Proc. No. 24-05122) |
| Firm: | ASK LLP |
| Contact: | 2600 Eagan Woods Drive., Suite 400, St. Paul, MN 55121 |
| | 651-289-3842 |
| | rreding@askllp.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Benjamin D. Feder |
| Client(s): | Indium Software, Inc. (defendant in Adv. Proc. No. 24-05122) |
| Firm: | Kelley Drye & Warren LLP (Local Counsel) |
| Contact: | Canterbury Green, 201 Broad Street |
| | Stamford, CT 06901 |
| | (203) 324-1400 |
| | bfeder@kelleydrye.com |

| | |
|---|---|
| Counsel: | Alan H. Martin |
| | Benjamin O. Gilbert |
| Client: | Agora Lab, Inc. (defendant in Adv. Proc. No. 24-05005) |
| Firm: | Sheppard Mullin Richter & Hampton LLP |
| Contact: | 30 Rockefeller Plaza |
| | New York, New York 10112 |
| | (212) 653-8700 |
| | 650 Town Center Drive, 10th Floor |
| | Costa Mesa, California 92626 |
| | (714) 513-5100 |
| | amartin@sheppardmullin.com; bogilbert@sheppardmullin.com |
| Appearance: | Counsel indicates appearance has been filed. |

| | |
|---|---|
| Counsel: | Scott M. Kessler |
| Client(s): | B&H Foto & Electronics Corp. (defendant in Adv. Proc. No. 24-05069) |
| Firm: | Akerman LLP |
| Contact: | 1251 Avenue of the Americas, 37th Floor |
| | New York, NY 10020 |
| | 212-880-3874 |
| | scott.kessler@akerman.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Darryl S. Laddin |
| Client: | American Express Company (defendant in Adv. Proc. No. 24-05077) |
| Firm: | Arnall Golden Gregory LLP |
| Contact: | 171 17th Street, NW, suite 200 |
| | Atlanta, Georgia 30363 |
| | (404) 873-8120 |
| | Darryl.laddin@agg.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Robert N. Sensale |
| Client(s): | 270 W. 39th St. Co., LLC (defendant in Adv. Proc. No. 24-05055) |
| Firm: | Bershtein, Volpe & McKeon, PC |
| Contact: | 900 Chapel Street, 11th Floor |
| | New Haven, CT 06510 |
| | (203) 777-5800 |
| | rns@bvmlaw.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Michael A. Siedband |
| Client(s): | Federal Express Corporation (defendant in Adv. Proc. No. 24-05059) |
| Organization: | Federal Express Corporation |
| Contact: | 3620 Hacks Cross Rd., Bldg B |
| | Memphis, Tenn. 38125 |
| | 901-434-3228 |
| | Michael.siedband@fedex.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Scott M. Charmoy |
| Client(s): | Putnam's Landscaping LLC (defendant in Adv. Proc. No. 24-05211) |
| Firm: | Charmoy & Charmoy, LLC |
| Contact: | 1465 Post Road East, Suite 100 |
| | 203-255-8100 |
| | scottcharmoy@charmoy.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Tracy Ellis Williams |
| Client(s): | B&H Foto & Electronics Corp. (defendant in Adv. Proc. No. 24-05069) |
| Firm: | Shipman & Goodwin LLP |
| Contact: | 400 Atlantic Street, 4th Floor |
| | Stamford, CT 06901 |
| | (203) 324-8136 |
| | tewilliams@goodwin.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Brian T. Peterson |
| Client(s): | Amazon.com, Inc. (defendant in Adv. Proc. No. 24-05057) |
| | Amazon Web Services, Inc. (defendant in Adv. Proc. No. 24-05006) |
| Firm: | K&L Gates LLP |
| Contact: | 925 4th Avenue, suite 2900 |
| | Seattle, WA 98104 |
| | (206) 370-7948 |
| | brian.peterson@klgates.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Rahman Connelly |
| Client(s): | ACASS Canada LTD. (defendant in Adv. Proc. No. 24-05226) |
| Firm: | Pillsbury Winthrop Shaw Pittman LLP |
| | 31 West 52nd Street |
| | New York, NY 10019 |
| | (212) 858-1237 |
| | Rahman.connelly@pillsburylaw.com |
| Appearance: | Counsel indicates he was admitted pro hac vice in the adversary proceeding and will file a notice of appearance in the adversary proceeding shortly |

| | |
|---|---|
| Counsel: | Richard Corbi |
| Client(s): | Weddle Law PLLC (defendant in Adv. Proc. No. 24-05188) |
| Firm: | The Law Offices of Richard J. Corbi PLLC |
| | 104 West 40th Street, 4th Floor |
| | New York, NY 10018 |
| | (646) 571-2033, (516) 582-0649 |
| | rcorbi@corbilaw.com |
| Appearance: | Counsel indicates appearance has been filed in main case and will be filed in adversary proceeding shortly |

| | |
|---|---|
| Counsel: | Nicholas P. Vegliante |
| Client(s): | GroCyber, LLC (defendant in Adv. Proc. No. 24-05100) |
| Firm: | Cohn Birnbaum & Shea PC |
| | CityPlace II, 15th Floor |
| | 185 Asylum Street |
| | Hartford, CT 06103 |
| | 860-493-2247 |
| | nvegliante@cbshealaw.com |
| Appearance: | Counsel indicates appearance has been filed in adversary proceeding |

| | |
|---|---|
| Counsel: | Eric Seltzer/Fed Bar #CT01224 |
| Client(s): | Miller Motorcars, Inc. (defendant in Adv. Proc. No. 24-5128) |
| Firm: | Eric Seltzer / |
| | Gilbride, Tusa, Last & Spellane LLC |
| | 31 Brookside Drive |
| | Greenwich, Connecticut 06830 |
| | Email: ehs@gtlslaw.com |
| | Telephone: 203-622-9360 |
| | *-and-* |
| | Gilbride, Tusa, Last & Spellane LLC |
| | 30 Brewster Lane |
| | Bellport, New York 11713 |
| | Email: ehs@gtlslaw.com |
| | Telephone: 914-522-6796 |
| Appearance: | Counsel indicates appearance has been filed. |

| | |
|---|---|
| Counsel: | Patrick R. Linsey |
| Client(s): | Luc A. Despins, Chapter 11 Trsutee |
| Firm: | Neubert, Pepe & Monteith, P.C. |
| | 195 Church Street |
| | 13th Floor |
| | New Haven, CT 06510 |
| | (203) 781-2847 |
| | plinsey@npmlaw.com |
| Appearance: | Appearance has been filed |

|   |   |
|---|---|
| Counsel: | Luc A. Despins, Chapter 11 Trustee |
|   | Nicholas A. Bassett |
| Client(s): | Luc A. Despins, Chapter 11 Trustee |
| Firm: | Paul Hastings LLP |
|   | 200 Park Avenue |
|   | New York, NY 10166 |
|   | (212) 318-6001 |
|   | 2050 M Street NW |
|   | Washington, DC 20036 |
|   | (202) 551-1902 |
|   | lucdespins@paulhastings.com; nicholasbassett@paulhastings.com |
| Appearance: | Appearance has been filed |