## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, et al.[1] | : | CASE NO. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of B&H Foto & Electronics Corp., a party in interest, in the above captioned matter and the defendant in Adversary Proceeding No. 24-05069 captioned *Luc A. Despins, Chapter 11 Trustee v. B&H Foto & Electronics Corp., et al.*

Dated at New York, New York, this 10th day of January 2025.

By: /s/ Scott M. Kessler
Scott M. Kessler, Esq. *(admitted pro hac vice)*
Akerman LLP
37th Floor
New York, NY 10020
Telephone: 212-880-3874
Facsimile: 212-880-8965
scott.kessler@akerman.com

*Counsel for B&H Foto & Electronics Corp.*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, a copy of the foregoing Notice of

Appearance was filed electronically and served by mail on anyone unable to accept electronic

filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's

electronic filing system or by First Class mail to anyone unable to accept electronic filing as

indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's

CM/ECF System.

/s/ Scott M. Kessler
Scott M. Kessler, Esq.