**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x
:
In re:                                                        :  Chapter 11
:
HO WAN KWOK, *et al.*,                                        :  Case No. 22-50073 (JAM)
:
Debtors.[1]                                                   :  Jointly Administered
:
-------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KOBRE & KIM (GCC) LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM NOVEMBER 18, 2024 THROUGH NOVEMBER 30, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kobre & Kim (GCC) LLP ("Kobre & Kim") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as special counsel in the United Arab Emirates to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from November 18, 2024 through and including November 30, 2024 (the "Fee Period").  By this Monthly Fee Statement, Kobre & Kim respectfully requests payment of 80% of all fees and 100% of all expenses actually and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

necessarily incurred for services rendered during the Fee Period, in the amounts of $74,446.40 and $420.19, respectively.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as Exhibit A is a timekeeper summary that includes the position, hours, rate, and total fees earned for each Kobre & Kim individual who provided services during the Fee Period.

2. Attached hereto as Exhibit B is Kobre & Kim's fee statement for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

3. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kobre & Kim (Attn: Paul Hughes (Paul.Hughes@kobrekim.com)) and (ii) the Notice Parties by email no later than **January 31, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kobre & Kim 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: January 10, 2025

By: _____
Paul Hughes
KOBRE & KIM (GCC) LLP

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---------------------------------------------------x
:
In re:                                         :  Chapter 11
:
HO WAN KWOK, *et al.*,[1]                      :  Case No. 22-50073 (JAM)
:
Debtors.                                   :  (Jointly Administered)
:
---------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated:  January 10, 2025                By: */s/ G. Alexander Bongartz*
        New York, New York              G. Alexander Bongartz (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 318-6000
                                        alexbongartz@paulhastings.com

                                        *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate USD | Amount USD |
|---|---|---|---|
| Partner | 14.3 | 1,875.00 | 26,812.50 |
| Principal | 18.1 | 1,300.00 | 23,530.00 |
| Associate | 24.9 | 1,050.00 | 26,145.00 |
| Specialist | 10.2 | 875.00 | 8,925.00 |
| Analyst | 12.3 | 585.00 | 7,195.50 |
| Litigation Assistant | 1.0 | 450.00 | 450.00 |
| **TOTAL** | **80.8** | | **93,058.00** |

## **Exhibit B**

**Fee Statement**

Luc Despins  
Invoice No. 471134  
December 30, 2024

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

## Schedule of Professional Services

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---|---|---|
| **11/18/2024** | | | | |
| PRH | Liaise with Nada Oteifi regarding documents received from Paul Hastings and consider next steps. | $1,875.00 | 0.5 | $937.50 |
| PRH | Call Emily Beirne and Nada Oteifi regarding next steps. | 1,875.00 | 0.5 | 937.50 |
| PRH | Reviewing Kroll Report and structure chart. | 1,875.00 | 0.4 | 750.00 |
| ERB | Consider initial documents sent by client, discuss next steps with Paul Hughes and Nada Oteifi. | 1,300.00 | 0.6 | 780.00 |
| ERB | Consider initial documents provided by Luc Despins regarding: ▮▮▮ | 1,300.00 | 3.4 | 4,420.00 |
| ERB | Consider issues of local attorney involvement ▮▮▮ and discuss the same with N Oteifi. | 1,300.00 | 1.3 | 1,690.00 |
| ERB | Review email update to client. | 1,300.00 | 0.2 | 260.00 |
| NAE | Review case documents provided by client. | 1,050.00 | 1.3 | 1,365.00 |
| **11/19/2024** | | | | |
| PRH | Liaise with Emily Beirne and Nada Oteifi regarding strategic next steps on matter and updating client. | 1,875.00 | 0.4 | 750.00 |
| NAE | Read and analyse documents received from the client. | 1,050.00 | 3.0 | 3,150.00 |
| NAE | Confer with Emily Beirne on UAE strategies. | 1,050.00 | 0.3 | 315.00 |
| **11/20/2024** | | | | |
| PRH | Liaise with Nada Oteifi and Emily Beirne, review and approve email out. | 1,875.00 | 0.4 | 750.00 |
| PRH | Further changes and approving email out to client. | 1,875.00 | 0.2 | 375.00 |
| PRH | Review client response, liaise Emily Beirne and Nada Oteifi, amend and approve response. | 1,875.00 | 0.4 | 750.00 |
| PRH | Liaise with team regarding Analyst engagement and instructions and further communications client. | 1,875.00 | 0.4 | 750.00 |
| ERB | Consider issues of ▮▮▮ ; discuss same with Nada Oteifi. | 1,300.00 | 1.3 | 1,690.00 |
| ERB | Review update email to client. | 1,300.00 | 0.2 | 260.00 |

Luc Despins  
Invoice No. 471134  
December 30, 2024

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| NAE | Attention to potential strategies in the UAE and discuss with Emily Beirne. | 1,050.00 | 0.5 | 525.00 |
| NAE | Review case documents and attention to ▮. | 1,050.00 | 1.0 | 1,050.00 |
| NAE | Attention to ▮. | 1,050.00 | 0.2 | 210.00 |
| NAE | Consider ▮ and discuss with Paul Hughes. | 1,050.00 | 0.4 | 420.00 |
| NAE | Liaise with team to progress in ▮. | 1,050.00 | 0.3 | 315.00 |
| NAE | Attention and respond to client queries. | 1,050.00 | 0.4 | 420.00 |
| NAE | Draft client update note. | 1,050.00 | 0.8 | 840.00 |
| 11/21/2024 | | | | |
| ERB | Consider strategy and issues of ▮. | 1,300.00 | 0.6 | 780.00 |
| ERB | Consider issues of ▮. | 1,300.00 | 0.7 | 910.00 |
| NAE | Attention to client's response and queries. | 1,050.00 | 0.2 | 210.00 |
| 11/22/2024 | | | | |
| PRH | Review emails x 2 from Paul Hastings and confer team. | 1,875.00 | 0.3 | 562.50 |
| PRH | Call with Emily Beirne and Nada Oteifi regarding next steps on strategy and follow up. | 1,875.00 | 0.7 | 1,312.50 |
| PRH | Review approve and comment on email to Paul Hastings. | 1,875.00 | 0.2 | 375.00 |
| MSB | Confer with Emily Beirne regarding ▮ (.4). Analyze case materials sent by Paul Hastings (1.2). Analysis regarding ▮ (1.7). | 1,050.00 | 3.3 | 3,465.00 |
| NAE | Confer with team on strategy and immediate next steps. | 1,050.00 | 0.8 | 840.00 |
| NAE | Draft response to client query. | 1,050.00 | 0.3 | 315.00 |
| NAE | Attention to client query on ▮. | 1,050.00 | 0.4 | 420.00 |
| NAE | Progress strategies in the UAE based on case documents. | 1,050.00 | 0.5 | 525.00 |

Luc Despins  
Invoice No. 471134  
December 30, 2024

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| MVD | Search for and compile ▓▓▓. | 875.00 | 2.0 | 1,750.00 |
| MVD | Search for and compile ▓▓▓. | 875.00 | 1.7 | 1,487.50 |
| SB | Update ▓▓▓. | 450.00 | 0.2 | 90.00 |
| SB | Attention to key case materials for case team review. | 450.00 | 0.4 | 180.00 |
| 11/25/2024 | | | | |
| PRH | Confer Nada Oteifi regarding next steps and instructions Emily Beirne. | 1,875.00 | 0.4 | 750.00 |
| PRH | Review note from ▓▓▓ and draft response. | 1,875.00 | 0.3 | 562.50 |
| PRH | Call team on next steps regarding strategy and client presentation. | 1,875.00 | 0.3 | 562.50 |
| ERB | Consider strategy/client update and confer with team. | 1,300.00 | 0.8 | 1,040.00 |
| NAE | Consider strategy and confer with Paul Hughes on ▓▓▓. | 1,050.00 | 0.4 | 420.00 |
| NAE | Review note on ▓▓▓. | 1,050.00 | 0.4 | 420.00 |
| NAE | Confer with team on strategies and consider Emily Beirne note on ▓▓▓. | 1,050.00 | 0.4 | 420.00 |
| NRS | Confer with team regarding UAE strategy. | 585.00 | 0.4 | 234.00 |
| MVD | Search for and compile ▓▓▓. | 875.00 | 1.0 | 875.00 |
| MVD | Search for and compile ▓▓▓. | 875.00 | 2.5 | 2,187.50 |
| 11/26/2024 | | | | |
| PRH | Call with team regarding next steps and work product. | 1,875.00 | 0.5 | 937.50 |
| PRH | Follow up call Nada Oteifi on UAE strategy. | 1,875.00 | 0.5 | 937.50 |
| PRH | Review client email, liaise Emily Beirne regarding client call and review further communications. | 1,875.00 | 0.3 | 562.50 |

Luc Despins  
Invoice No. 471134  
December 30, 2024

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| ERB | Confer with team; work on client update presentation deck. | 1,300.00 | 1.1 | 1,430.00 |
| ERB | Correspondence with Luc Despins and Nick Bassett. | 1,300.00 | 0.1 | 130.00 |
| NAE | Attention to exchange with client. | 1,050.00 | 0.1 | 105.00 |
| NAE | Revise and progress draft client presentation on potential UAE strategies. | 1,050.00 | 1.8 | 1,890.00 |
| NAE | Team call to discuss strategies in UAE and debrief with Paul Hughes. | 1,050.00 | 0.9 | 945.00 |
| NRS | Prepare client slide deck; confer with Nada Oteifi on the same. | 585.00 | 2.2 | 1,287.00 |
| NRS | Confer with team regarding ███████. | 585.00 | 0.6 | 351.00 |
| MVD | Review, compile, and summarize ███████████████████████████████████████████████████. | 875.00 | 2.0 | 1,750.00 |
| MVD | Search for and compile ████████████████████████████. | 875.00 | 1.0 | 875.00 |
| 11/27/2024 | | | | |
| PRH | Liaise client regarding client meeting. | 1,875.00 | 0.3 | 562.50 |
| PRH | Run through with team ahead of client call. | 1,875.00 | 1.0 | 1,875.00 |
| PRH | Conference with team devising strategy and drafting PPT. | 1,875.00 | 1.0 | 1,875.00 |
| PRH | Call Luc Despins and team regarding UAE strategy. | 1,875.00 | 1.3 | 2,437.50 |
| PRH | Debrief after call and follow up actions. | 1,875.00 | 0.5 | 937.50 |
| PRH | Final preparation for client call. | 1,875.00 | 0.3 | 562.50 |
| ERB | Confer regarding client update presentation and input comments/changes. | 1,300.00 | 0.9 | 1,170.00 |
| NAE | Revise and suggest edits to client deck. | 1,050.00 | 0.5 | 525.00 |
| NAE | Draft action items following client call. | 1,050.00 | 0.2 | 210.00 |
| NAE | Revise draft talking points for client call. | 1,050.00 | 0.4 | 420.00 |
| NAE | Confer with team to progress client deck. | 1,050.00 | 0.7 | 735.00 |
| NAE | Prep for and attend client call. | 1,050.00 | 1.6 | 1,680.00 |
| NAE | Review internal note on ████████████████████████. | 1,050.00 | 0.5 | 525.00 |

6

Luc Despins  
Invoice No. 471134  
December 30, 2024

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| NAE | Consider ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 1,050.00 | 0.4 | 420.00 |
| NAE | Confer with team on UAE strategies and progress client presentation. | 1,050.00 | 1.0 | 1,050.00 |
| NRS | Amend client slide deck; confer with team on the same. | 585.00 | 5.0 | 2,925.00 |
| NRS | Confer with team in relation to upcoming client presentation. | 585.00 | 0.7 | 409.50 |
| NRS | Attend call with client. | 585.00 | 1.1 | 643.50 |
| 11/28/2024 | | | | |
| PRH | Debrief following client call and plan next steps. | 1,875.00 | 1.0 | 1,875.00 |
| PRH | Confer Nada Oteifi regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮. | 1,875.00 | 0.3 | 562.50 |
| PRH | Summary review of additional documents received from Paul Hastings team. | 1,875.00 | 0.5 | 937.50 |
| ERB | Prepare for and attend update call with Luc Despins and wider team to set out preliminary strategy presentation. | 1,300.00 | 1.4 | 1,820.00 |
| ERB | Work on preliminary strategy presentation, including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 1,300.00 | 3.1 | 4,030.00 |
| ERB | Confer regarding client presentation presenting initial strategy plan. | 1,300.00 | 1.1 | 1,430.00 |
| ERB | Review and comment upon draft slide deck for client update presentation. | 1,300.00 | 0.3 | 390.00 |
| ERB | Correspondence with Luc Despins, Nick Bassett. | 1,300.00 | 0.2 | 260.00 |
| ERB | Confer with case team next steps after client update presentation, discuss potential additional workstream with Kroll. | 1,300.00 | 0.8 | 1,040.00 |
| NAE | Attention to ▮▮▮▮▮▮▮▮▮▮▮▮ and confer with team. | 1,050.00 | 0.5 | 525.00 |
| NAE | Team worklist meeting to progress action items. | 1,050.00 | 1.0 | 1,050.00 |
| NRS | Confer with team on upcoming action items. | 585.00 | 1.0 | 585.00 |
| 11/29/2024 | | | | |
| PRH | Conduct detailed review of documents received from client and confer team. | 1,875.00 | 1.0 | 1,875.00 |

7

Luc Despins  
Invoice No. 471134  
December 30, 2024

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| PRH | Call Nada Oteifi and review and amend email to client regarding Kroll queries. | 1,875.00 | 0.4 | 750.00 |
| NAE | Attention to ▮▮▮ and revise email to client with queries. | 1,050.00 | 0.4 | 420.00 |
| NRS | Research ▮▮▮. | 585.00 | 1.0 | 585.00 |
| NRS | Amend ▮▮▮. | 585.00 | 0.3 | 175.50 |
| SB | Identify ▮▮▮ for case team attention. | 450.00 | 0.4 | 180.00 |
| | **Total Current Fees** | | | **$93,058.00** |

Schedule of Disbursements

| Date | Description | Amount |
|---|---|---:|
| 01/04/2024 | PACER - Court docket access fees | $9.50 |
| 09/30/2024 | PACER - Court docket access fees | 118.40 |
| 11/30/2024 | RELX Inc. dba LexisNexis - Usage November 2024 | 292.29 |
| | **Total Current Disbursements** | **$420.19** |

| | |
|---|---:|
| **Total Current Fees & Disbursements** | **$93,478.19** |

Amounts Due

| | |
|---|---:|
| **TOTAL AMOUNT DUE** | **USD $93,478.19** |