AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME: Patrick R. Linsey | 2. PHONE NUMBER: (203) 781-2847 | 3. DATE: 1/7/2025 |
| 4. DELIVERY ADDRESS OR EMAIL: plinsey@npmlaw.com | 5. CITY: New Haven | 6. STATE: CT  7. ZIP CODE: 06510 |
| 8. CASE NUMBER: 22-50073 | 9. JUDGE: Hon. Julie A. Manning | DATES OF PROCEEDINGS |
| | | 10. FROM: 1/7/2025  11. TO: 1/7/2025 |
| 12. CASE NAME: Ho Wan Kwok and Genever Holdings LLC | | LOCATION OF PROCEEDINGS |
| | | 13. CITY: Bridgeport  14. STATE: CT |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) All proceedings | 1/7/2025 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [x] | NO. OF COPIES: 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ Patrick R. Linsey

PROCESSED BY: Lorenzo M. Whitmore

19. DATE: 1/7/2025

PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY: Reliable

COURT ADDRESS:
915 Lafayette Blvd.
Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday January 07 2025

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:**   #3884; Motion to Amend Order Granting Retention and Employment of Pallas Partners LLP as Solicitors in United Kingdom Filed by Georg Alexander Bongartz on behalf of Luc A. Despins, Chapter 11 Trustee

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:**   #3911; Application to Employ Kobre & Kim (GCC) LLP as Special Counsel in United Arab Emirates Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee

| 01:00 PM | 24-05042 | Despins v. Restoration Hardware, Inc. et al |
|---|---|---|

**Matter:**   #41; Motion to Withdraw Appearance Filed by Ronald Ian Chorches on behalf of Max Krasner, Defendant

| 01:00 PM | 24-05042 | Despins v. Restoration Hardware, Inc. et al |
|---|---|---|

**Matter:   #45; Order Setting Status Conference**

| 01:00 PM | 24-05182 | Despins v. Krasner |

**Matter: ZG #20; Motion to Withdraw Appearance Filed by Ronald Ian Chorches on behalf of Max Krasner, Defendant**

| 01:00 PM | 24-05182 | Despins v. Krasner |

**Matter: ZG #24; Order Setting Status Conference**

# Parties that attended the January 7, 2025 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Ronald Ian Chorches**
Law Offices of Ronald I. Chorches
82 Wolcott Hill Road - 2nd. Flr. Suite 2
Wethersfield, CT 06109

**Roland Jones**

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Annecca H. Smith**
Robinson&Cole LLP
One State Street
Hartford, CT 06103