AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Patrick R. Linsey | 2. PHONE NUMBER<br>(203) 781-2847 | 3. DATE<br>1/8/2025 |
| 4. DELIVERY ADDRESS OR EMAIL<br>plinsey@npmlaw.com | 5. CITY<br>New Haven | 6. STATE CT  7. ZIP CODE 06510 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 22-50073 | Hon. Julie A. Manning | 10. FROM 1/8/2025 | 11. TO 1/8/2025 |
| 12. CASE NAME<br>Ho Wan Kwok and Genever Holdings LLC | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Bridgeport | 14. STATE CT |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | All proceedings | 1/8/2025 |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Patrick R. Linsey | PROCESSED BY<br>Lorenzo M. Whitmore |
| 19. DATE<br>1/8/2025 | PHONE NUMBER<br>203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY<br>Reliable | COURT ADDRESS<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

### Honorable Julie A. Manning

### Wednesday January 08 2025

---

| | | |
|---|---|---|
| 12:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter: ZG #3923; Chapter 11 Trustee for Status Conference Regarding January 15, 2025 Hearings**

**LIST OF COUNSEL THAT APPEARED AT JANUARY 8, 2025 STATUS CONFERENCE**

| | |
|---|---|
| Counsel: | John J. Clarke, Jr. |
| | C. Kevin Kobbe |
| Client(s): | Zeta Global Corp (defendant in Adv. Proc. No. 24-05092) |
| Firm: | DLA Piper LLP (US) |
| Contact: | 1251 Avenue of the Americas |
| | New York, NY 10020 |
| | (212) 335-4500 |
| | 650 South Exeter Street, suite 100 |
| | Baltimore, MD 21202 |
| | (410) 580-4189 |
| | kevin.kobbe@us.dlapiper.com; john.clarke@us.dlapiper.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Peter C. Netburn |
| Client(s): | Harcus Parker Limited (defendant in Adv. Proc. No. 24-05165) |
| Firm: | Clyde & Co US LLP |
| Contact: | 265 Franklin Street, suite 802 |
| | Boston, MA 02110 |
| | (617) 210-7720 |
| | peter.netburn@clydeco.us |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Stephen M. Kindseth |
| Client(s): | Zeisler & Zeisler, P.C. (defendant in Adv. Proc. No. 24-05208) |
| Firm: | Zeisler & Zeisler, P.C. |
| Contact: | 10 Middle Street, 15th fl |
| | Bridgeport, CT 06604 |
| | (203) 368-5487 |
| | skindseth@zeislaw.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Michael T. Conway |
| Client(s): | Arri Americas Inc. (defendant in Adv. Proc. No. 24-05031) |
| Firm: | Lazare Potter Giacovas & Moyle LLP |
| Contact: | 747 Third Ave, 16th fl |
| | New York, NY 10017 |
| | (212) 784-2404 (office) |
| | (917) 242-1597 (cell) |
| | mconway@lpgmlaw.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | John F. Carberry |
| | Kara Zarchin |
| Client(s): | Jamestown Associates (defendant in Adv. Proc. No. 24-05147); and |
| | Target Enterprises (defendant in Adv. Proc. No. 24-05138) |
| Firm: | Cummings & Lockwood LLC |
| Contact: | Six Landmark Square |
| | Stamford, CT 06901 |
| | (203) 327-1700 |
| | (203) 351-4194 |
| | jcarberry@cl-law.com; kzarchin@cl-law.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | George Angelich |
| | Jin Yan |
| Clients: | Apple Inc. (Adv. Proc. No. 24-05060); and |
| | Meta Platforms, Inc. (Adv. Proc. No. 24-05117) |
| Firm: | ArentFox Schiff LLP |
| Contact: | 1301 Avenue of the Americas, 42nd Floor |
| | New York, NY 10019 |
| | (212) 484-3900 |
| | george.angelich@afslaw.com |
| | --- |
| | 1717 K St. NW |
| | Washington, DC 20006 |
| | (202) 778-6442 |
| | jin.yan@afslaw.com |
| Appearances: | Counsel indicates appearances have been filed |
| | Adv. Proc. No. 24-05060 at Docket No. 28 |
| | Adv. Proc. No. 24-05117 at Docket No. 14 |

| | |
|---|---|
| Counsel: | Rowena A. Moffett |
| Client(s): | Morvilo Abramowitz Grand Iason & Anello P.C. (defendant in Adv. Proc. No. 24-05196) |
| Firm: | Brenner, Saltzman & Wallman LLP |
| Contact: | 271 Whitney Avenue |
| | New Haven, CT 06511 |
| | (203) 772-2600 |
| | rmoffett@bswlaw.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Richard Bernard |
| Client(s): | Cirrus Design Corporation (defendant in Adv. Proc. No. 24-05225) |
| Firm: | Faegre Drinker Biddle & Reath LLP |
| Contact: | 1177 Avenue of the Americas, 41st fl |
| | New York, NY 10036 |
| | (212) 241-3263 |
| | Richard.bernard@faegredrinker.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Matthew D. Valauri |
| Client(s): | Clayman Rosenberg Kirshner & Linder LLP (defendant in Adv. Proc. No. 24-05145) |
| Firm: | Wilson Elser Moskowitz Edelman & Dicker LLP |
| Contact: | 1010 Washington Blvd, suite 603 |
| | Stamford, CT 06901 |
| | (203) 388-2433 |
| | matthew.valauri@wilsonelser.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Jeffrey M. Sklarz |
| | Michelle Antao |
| Client(s): | FFP (BVI) Limited (defendant in Adv. Proc. No. 24-05056); |
| | Weddle Law PPLLC (defendant in Adv. Proc. No. 24-05188); |
| | V.X. Cerda & Associates P.A. (defendant in Adv. Proc. No. 24-05134); |
| | The Francis Law Firm (defendant in Adv. Proc. No. 24-05168); |
| | Lawall & Mitchell LLC (defendant in Adv. Proc. No. 24-05199); |
| | Aaron Mitchell (defendant in Adv. Proc. No. 24-05110); |
| | Berkeley Rowe Limited (defendant in Adv. Proc. No. 24-05186); |
| | ACASS Canada LTD (defendant in Adv. Proc. No. 24-05226); and |
| | G4S Security Systems (Hong Kong) Ltd. (defendant in Adv. Proc. No. 24-05204) |
| Firm: | Green & Sklarz LLC |
| Contact: | One Audubon Street, 3rd fl |
| | New Haven, CT 06511 |
| | (203) 361-3135 |
| | jsklarz@gs-lawfirm.com; mantao@gs-lawfirm.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Gerard R. Luckman |
| Client(s): | Liberty Jet (defendant in Adv. Proc. No. 24-05135) |
| Firm: | Forchelli Deegan Terrana LLP |
| Contact: | 333 Earle Ovington Blvd, Suite 100 |
| | Uniondale, NY 11553 |
| | (516) 812-6291 |
| | gluckman@forchellilaw.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Eric Goldstein |
| Client(s): | Anthem Health Plans, Inc. (defendant in Adv. Proc. No. 24-05058); |
| | Anthem HealthChoice Assurance, Inc. (defendant in Adv. Proc. No. 24-05112); |
| | Direct Persuasion LLC (defendant in Adv. Proc. No. 24-05010); |
| | Sedgwick Realty Corp. (24-05222); |
| | Federal Express Corporation (24-05059); and |
| | On the Spot Home Improvement, Inc. (24-05130) |
| Firm: | Shipman & Goodwin LLP |
| Contact: | One Constitution Plaza |
| | Hartford, CT 06103 |
| | (860) 251-5059 |
| | egoldstein@goodwin.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Richard J. Reding |
| Client(s): | Indium Software, Inc. (defendant in Adv. Proc. No. 24-05122) |
| Firm: | ASK LLP |
| Contact: | 2600 Eagan Woods Drive., Suite 400, St. Paul, MN 55121 |
| | 651-289-3842 |
| | rreding@askllp.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Benjamin D. Feder |
| Client(s): | Indium Software, Inc. (defendant in Adv. Proc. No. 24-05122) |
| Firm: | Kelley Drye & Warren LLP (Local Counsel) |
| Contact: | Canterbury Green, 201 Broad Street |
| | Stamford, CT 06901 |
| | (203) 324-1400 |
| | bfeder@kelleydrye.com |

| | |
|---|---|
| Counsel: | Alan H. Martin |
| | Benjamin O. Gilbert |
| Client: | Agora Lab, Inc. (defendant in Adv. Proc. No. 24-05005) |
| Firm: | Sheppard Mullin Richter & Hampton LLP |
| Contact: | 30 Rockefeller Plaza |
| | New York, New York 10112 |
| | (212) 653-8700 |
| | 650 Town Center Drive, 10th Floor |
| | Costa Mesa, California 92626 |
| | (714) 513-5100 |
| | amartin@sheppardmullin.com; bogilbert@sheppardmullin.com |
| Appearance: | Counsel indicates appearance has been filed. |

| | |
|---|---|
| Counsel: | Scott M. Kessler |
| Client(s): | B&H Foto & Electronics Corp. (defendant in Adv. Proc. No. 24-05069) |
| Firm: | Akerman LLP |
| Contact: | 1251 Avenue of the Americas, 37th Floor |
| | New York, NY 10020 |
| | 212-880-3874 |
| | scott.kessler@akerman.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Darryl S. Laddin |
| Client: | American Express Company (defendant in Adv. Proc. No. 24-05077) |
| Firm: | Arnall Golden Gregory LLP |
| Contact: | 171 17th Street, NW, suite 200 |
| | Atlanta, Georgia 30363 |
| | (404) 873-8120 |
| | Darryl.laddin@agg.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Robert N. Sensale |
| Client(s): | 270 W. 39th St. Co., LLC (defendant in Adv. Proc. No. 24-05055) |
| Firm: | Bershtein, Volpe & McKeon, PC |
| Contact: | 900 Chapel Street, 11th Floor |
| | New Haven, CT 06510 |
| | (203) 777-5800 |
| | rns@bvmlaw.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Michael A. Siedband |
| Client(s): | Federal Express Corporation (defendant in Adv. Proc. No. 24-05059) |
| Organization: | Federal Express Corporation |
| Contact: | 3620 Hacks Cross Rd., Bldg B |
| | Memphis, Tenn. 38125 |
| | 901-434-3228 |
| | Michael.siedband@fedex.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Scott M. Charmoy |
| Client(s): | Putnam's Landscaping LLC (defendant in Adv. Proc. No. 24-05211) |
| Firm: | Charmoy & Charmoy, LLC |
| Contact: | 1465 Post Road East, Suite 100 |
| | 203-255-8100 |
| | scottcharmoy@charmoy.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Tracy Ellis Williams |
| Client(s): | B&H Foto & Electronics Corp. (defendant in Adv. Proc. No. 24-05069) |
| Firm: | Shipman & Goodwin LLP |
| Contact: | 400 Atlantic Street, 4th Floor |
| | Stamford, CT 06901 |
| | (203) 324-8136 |
| | tewilliams@goodwin.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Brian T. Peterson |
| Client(s): | Amazon.com, Inc. (defendant in Adv. Proc. No. 24-05057) |
| | Amazon Web Services, Inc. (defendant in Adv. Proc. No. 24-05006) |
| Firm: | K&L Gates LLP |
| Contact: | 925 4th Avenue, suite 2900 |
| | Seattle, WA 98104 |
| | (206) 370-7948 |
| | brian.peterson@klgates.com |
| Appearance: | Counsel indicates appearance has been filed |

| | |
|---|---|
| Counsel: | Rahman Connelly |
| Client(s): | ACASS Canada LTD. (defendant in Adv. Proc. No. 24-05226) |
| Firm: | Pillsbury Winthrop Shaw Pittman LLP |
| | 31 West 52nd Street |
| | New York, NY 10019 |
| | (212) 858-1237 |
| | Rahman.connelly@pillsburylaw.com |
| Appearance: | Counsel indicates he was admitted pro hac vice in the adversary proceeding and will file a notice of appearance in the adversary proceeding shortly |

| | |
|---|---|
| Counsel: | Richard Corbi |
| Client(s): | Weddle Law PLLC (defendant in Adv. Proc. No. 24-05188) |
| Firm: | The Law Offices of Richard J. Corbi PLLC |
| | 104 West 40th Street, 4th Floor |
| | New York, NY 10018 |
| | (646) 571-2033, (516) 582-0649 |
| | rcorbi@corbilaw.com |
| Appearance: | Counsel indicates appearance has been filed in main case and will be filed in adversary proceeding shortly |

| | |
|---|---|
| Counsel: | Nicholas P. Vegliante |
| Client(s): | GroCyber, LLC (defendant in Adv. Proc. No. 24-05100) |
| Firm: | Cohn Birnbaum & Shea PC |
| | CityPlace II, 15th Floor |
| | 185 Asylum Street |
| | Hartford, CT 06103 |
| | 860-493-2247 |
| | nvegliante@cbshealaw.com |
| Appearance: | Counsel indicates appearance has been filed in adversary proceeding |

| | |
|---|---|
| Counsel: | Eric Seltzer/Fed Bar #CT01224 |
| Client(s): | Miller Motorcars, Inc. (defendant in Adv. Proc. No. 24-5128) |
| Firm: | Eric Seltzer / |
| | Gilbride, Tusa, Last & Spellane LLC |
| | 31 Brookside Drive |
| | Greenwich, Connecticut 06830 |
| | Email: ehs@gtlslaw.com |
| | Telephone: 203-622-9360 |
| | *-and-* |
| | Gilbride, Tusa, Last & Spellane LLC |
| | 30 Brewster Lane |
| | Bellport, New York 11713 |
| | Email: ehs@gtlslaw.com |
| | Telephone: 914-522-6796 |
| Appearance: | Counsel indicates appearance has been filed. |

| | |
|---|---|
| Counsel: | Patrick R. Linsey |
| Client(s): | Luc A. Despins, Chapter 11 Trsutee |
| Firm: | Neubert, Pepe & Monteith, P.C. |
| | 195 Church Street |
| | 13th Floor |
| | New Haven, CT 06510 |
| | (203) 781-2847 |
| | plinsey@npmlaw.com |
| Appearance: | Appearance has been filed |

| | |
|---|---|
| Counsel: | Luc A. Despins, Chapter 11 Trustee |
| | Nicholas A. Bassett |
| Client(s): | Luc A. Despins, Chapter 11 Trustee |
| Firm: | Paul Hastings LLP |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | (212) 318-6001 |
| | 2050 M Street NW |
| | Washington, DC 20036 |
| | (202) 551-1902 |
| | lucdespins@paulhastings.com; nicholasbassett@paulhastings.com |
| Appearance: | Appearance has been filed |