UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br>HO WAN KWOK, et al.,<br><br>*Debtors.*[1] | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>*Plaintiff,*<br><br>—v.—<br><br>WEDDLE LAW PLLC,<br><br>*Defendant.* | Ad. Pro. No. 24-05188 |

### NOTICE OF APPEARANCE

To the Clerk of the Court:

    Please enter the appearance of the undersigned as counsel to **Weddle Law PLLC**, an interested party in the above captioned cases.

    Respectfully submitted,

    Weddle Law PLLC

By:   /s/ Richard J. Corbi
       Richard J. Corbi
       (Admitted Pro Hac Vice)
       The Law Offices of Richard J. Corbi PLLC
       104 West 40th Street, 4th Floor
       New York, NY 10018
       (646) 571-2033
       rcorbi@corbilaw.com

---

[1] The Debtors in the main Chapter 11 case are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok. The Trustee has not been appointed to act as a chapter 11 trustee on behalf of any other entity.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, a copy of the foregoing was served via CM/ECF. Parties may access this filing through the Court's CM/ECF system.

Date:   January 10, 2025                                          /s/ Richard J. Corbi