UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------x

### CHAPTER 11 TRUSTEE'S NOTICE REGARDING COUNSEL FOR JOINT DEFENDANTS AND CHAPTER 11 TRUSTEE PRESENTING ARGUMENT AT JANUARY 15, 2025 HEARING

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), pursuant to the *Order Further Amending Avoidance Action Procedures Order and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings* [Main Case Docket No. 3577] (the "Joint Briefing Order") and the Court's instructions at the January 8, 2025 status conference held in the Chapter 11 Case, hereby provides this notice regarding representative counsel for the avoidance defendants that have joined (the "Joint Defendants")[2] the *Joint Defendants' Omnibus*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] The Joint Defendants are Cloudflare, Inc.; Amazon.com, Inc.; Indium Software Inc.; Amazon Web Services, Inc.; Flat Rate Movers, Ltd.; 3 Columbus Circle LLC; ModSquad Inc.; Phillips Nizer LLP; 270 W. 39th St. Co., LLC; Agora Lab, Inc.; GroCyber, LLC; Clayman Rosenberg Kirshner & Linder LLP; Jamestown Associates, LLC; Target Enterprises, LLC; Conservative Campaign Technology, LLC; Miller Motorcars Inc.; Mark Gunderson; On the Spot Home Improvement, Inc.; Morvillo Abramowitz Grand Iason & Anello; Putnam's Landscaping LLC; Jason Miller; Ohtzar Shlomo Solomon Treasure LLC; Sedgwick Realty Corp.; Direct Persuasion LLC; Anthem Health Plans, Inc.; American Express Company; Fox News Network, LLC; Marcum LLP; B&H Foto & Electronics Corp.; Federal Express Corporation; Cirrus Design Corporation; Teris-Phoenix, LLC; Zeta Global Corp.; Nardello & Co., LLC; Arri Americas Inc.; Anthem HealthChoice Assurance, Inc.; and DJD Creative, LLC.

*Memorandum in Support of Motion to Dismiss or for Judgment on the Pleadings* [Main Case Docket No. 3713] (the "Joint Brief") who will present argument at the January 15, 2025 hearing in support of the Joint Brief and counsel for the Trustee who will argue in opposition to same.

On January 10, 2025, representative counsel for the Joint Defendants advised the Trustee's counsel that the Joint Defendants will present their argument at the hearing as follows: Brian T. Peterson[3] will address issues (i) and (iii) in Section 2(b) of the Joint Briefing Order, and Eric Goldstein[4] will address issues (ii) and (iv) in Section 2(b) of the Joint Briefing Order. The Joint Defendants have further advised the Trustee that to the extent that "law of the case" is discussed at the hearing, Scott Charmoy[5] will address that issue.

Nicholas A. Bassett will present responsive argument for the Trustee as to all issues.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

Avoidance defendant McManimon, Scotland & Baumann, LLC ("MS&B") was previously a Joint Defendant but has withdrawn as such in light of a settlement negotiated between the Trustee and MS&B subject to ultimate approval by the Court. (*See* MS&B Letter to Chambers, Jan. 13, 2025 [Adv. 24-5194 Docket No. 22].)

[3] Mr. Peterson is appearing as counsel for avoidance defendants Amazon.com, Inc. (defendant in Adv. Proc. No. 24-05057) and Amazon Web Services, Inc. (defendant in Adv. Proc. No. 24-05006).

[4] Mr. Goldstein is appearing as counsel for avoidance defendants Anthem Health Plans, Inc. (defendant in Adv. Proc. No. 24-05058); Anthem HealthChoice Assurance, Inc. (defendant in Adv. Proc. No. 24-05112); Direct Persuasion LLC (defendant in Adv. Proc. No. 24-05010); Sedgwick Realty Corp. (defendant in Adv. Proc. No. 24-05222); Federal Express Corporation (defendant in Adv. Proc. No. 24-05059); and On the Spot Home Improvement, Inc. (defendant in Adv. Proc. No. 24-05130).

[5] Mr. Charmoy is appearing as counsel for avoidance defendant Putnam's Landscaping LLC (defendant in Adv. Proc. No. 24-05211).

Dated: January 13, 2025
New Haven, Connecticut

LUC A. DESPINS,
CHAPTER 11 TRUSTEE

By: *_/s/ Patrick R. Linsey_*

Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*and*

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6690
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK *et al.*, : Case No. 22-50073 (JAM)
: 
Debtors. : Jointly Administered
: 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Notice (including all attachments thereto) was electronically filed using the Court's case management/electronic case files system ("CM/ECF") in the Chapter 11 Case. Notice of this filing will be sent automatically via e-mail by operation of CM/ECF to all appearing parties in the Chapter 11 Case eligible to receive electronic notice.

Dated:  January 13, 2025
        New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*