AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

DUE DATE:

**Instructions**

| | | |
|---|---|---|
| **1. NAME** Patrick R. Linsey | **2. PHONE NUMBER** (203) 781-2847 | **3. DATE** 1/15/2025 |

| | | | |
|---|---|---|---|
| **4. DELIVERY ADDRESS OR EMAIL** plinsey@npmlaw.com | **5. CITY** New Haven | **6. STATE** CT | **7. ZIP CODE** 06510 |

| | |
|---|---|
| **8. CASE NUMBER** 22-50073 | **9. JUDGE** Hon. Julie A. Manning |
| **DATES OF PROCEEDINGS** **10. FROM** 1/15/2025 / **11. TO** 1/15/2025 | |

| | |
|---|---|
| **12. CASE NAME** Ho Wan Kwok and Genever Holdings LLC | **LOCATION OF PROCEEDINGS** **13. CITY** Bridgeport / **14. STATE** CT |

**15. ORDER FOR**

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | All proceedings | 1/15/2025 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☒ | NO. OF COPIES 1 | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | | | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL** 0.00

| | |
|---|---|
| **18. SIGNATURE** /s/ Patrick R. Linsey | **PROCESSED BY** Lorenzo M. Whitmore |
| **19. DATE** 1/15/2025 | **PHONE NUMBER** 203-579-5808 |
| **TRANSCRIPT TO BE PREPARED BY** Reliable | **COURT ADDRESS** 915 Lafayette Blvd. Bridgeport, CT 06604 |

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

**Print**          **Save As...**          **Reset**

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Wednesday January 15 2025

---

| 10:00 AM | 22-50073 Ch: 11 | Ho Wan Kwok |
|---|---|---|

**Matter:** **RE: 3857; Order Scheduling Hearing on Motions to Dismiss and Motions for Judgment on the Pleadings.**

---

| 10:00 AM | 24-05056 | Despins v. FFP (BVI) Limited |
|---|---|---|

**Matter:** **RE: 17; Motion to Dismiss Adversary Proceeding Filed by Jeffrey M. Sklarz on behalf of FFP (BVI) Limited, Defendant**

---

| 10:00 AM | 24-05110 | Despins v. Mitchell |
|---|---|---|

**Matter:** **RE: 19; Motion to Dismiss Adversary Proceeding Filed by Jeffrey M. Sklarz on behalf of Aaron Mitchell, Defendant**

---

| 10:00 AM | 24-05134 | Despins v. V.X. Cerda & Associates P.A. |
|---|---|---|

**Matter:** **RE: 16; Motion to Dismiss Adversary Proceeding Filed by Jeffrey M. Sklarz on behalf of V.X. Cerda & Associates P.A., Defendant**

---

| 10:00 AM | 24-05168 | Despins v. The Francis Firm PLLC |
|---|---|---|

**Matter:  RE: 15; Motion to Dismiss Adversary Proceeding Filed by Jeffrey M. Sklarz on behalf of The Francis Firm PLLC, Defendant**

---

10:00 AM    24-05186    Despins v. Berkeley Rowe Limited

**Matter:  RE: #35; Motion to Dismiss Adversary Proceeding Filed by Jeffrey M. Sklarz on behalf of Berkeley Rowe Limited, Defendant**

---

10:00 AM    24-05188    Despins v. Weddle Law PLLC

**Matter:  RE: 11; Motion to Dismiss Adversary Proceeding Filed by Jeffrey M. Sklarz on behalf of Weddle Law PPLC, Defendant**

---

10:00 AM    24-05199    Despins v. Lawall & Mitchell, LLC et al

**Matter:  RE: 21; Motion to Dismiss Adversary Proceeding Filed by Jeffrey M. Sklarz on behalf of Lawall & Mitchell, LLC, Aaron Mitchell, Defendants**

---

10:00 AM    24-05204    Despins v. G4S Security Systems (Hong Kong) Ltd.

**Matter:  RE: 19; Amended Motion to Dismiss Adversary Proceeding Filed by Michelle Amanda Antao on behalf of G4S Security Systems (Hong Kong) Ltd., Defendant**

---

10:00 AM    24-05226    Despins v. ACASS Canada LTD.

**Matter:  RE: 26; Motion to Dismiss Adversary Proceeding re Second Amended Complaint Filed by Jeffrey M. Sklarz on behalf of ACASS Canada LTD., Defendant**

---

10:00 AM    24-05135    Despins v. Liberty Jet Management Corp.

**Matter:  RE: 19; Motion to Dismiss Adversary Proceeding Filed by Patrick Tomasiewicz on behalf of Liberty Jet Management Corp., Defendant**

---

| 10:00 AM | 24-05208 | Despins v. Zeisler & Zeisler, P.C. |
|----------|----------|------------------------------------|

**Matter:  RE: 17; Motion for Judgment on the Pleadings on Claim I of Complaint Filed by Nicholas A. Bassett on behalf of Luc A. Despins, Plaintiff**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: ECF Nos. 3577, 3713 |
| | ) | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) | Adv. P. No. 24-05005 (JAM) |
| | ) | |
| | ) | Re: ECF No. 24 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AGORA LAB, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) | Adv. P. No. 24-05006 (JAM) |
| | ) | |
| | ) | Re: ECF No. 21 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMAZON WEB SERVICES, INC,, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) | Adv. P. No. 24-05010 (JAM) |
| | ) | |
| | ) | Re: ECF No. 26 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIRECT PERSUASION LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

|  |  |
|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK,<br><br>Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC,<br><br>Defendant. | Adv. P. No. 24-05015 (JAM)<br><br>Re: ECF No. 23 |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK,<br><br>Plaintiff,<br><br>v.<br><br>ARRI AMERICAS, INC.,<br><br>Defendant. | Adv. P. No. 24-05031 (JAM)<br><br>Re: ECF No. 17 |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK,<br><br>Plaintiff,<br><br>v.<br><br>TERIS-PHOENIX, LLC,<br><br>Defendant. | Adv. P. No. 24-05044 (JAM)<br><br>Re: ECF No. 20 |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIPS NIZER LLP, | Adv. P. No. 24-05047 (JAM)<br><br>Re: ECF No. 23 |

Defendant.                                              )
_____ )
                                                        )
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE              )        Adv. P. No. 24-05048 (JAM)
ESTATE OF HO WAN KWOK,                                  )
                                                        )        Re: ECF No. 21
                    Plaintiff,                          )
                                                        )
            v.                                          )
                                                        )
MARK GUNDERSON,                                         )
                                                        )
                    Defendant.                          )
_____ )
                                                        )
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE              )        Adv. P. No. 24-05055 (JAM)
ESTATE OF HO WAN KWOK,                                  )
                                                        )        Re: ECF No. 17
                    Plaintiff,                          )
                                                        )
            v.                                          )
                                                        )
270 W. 39th St. Co., LLC,                               )
                                                        )
                    Defendant.                          )
_____ )
                                                        )
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE              )        Adv. P. No. 24-05056 (JAM)
ESTATE OF HO WAN KWOK,                                  )
                                                        )        Re: ECF No. 17
                    Plaintiff,                          )
                                                        )
            v.                                          )
                                                        )
FFP (BVI) LIMITED,                                      )
                                                        )
                    Defendant.                          )
_____ )
                                                        )
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE              )        Adv. P. No. 24-05057 (JAM)
ESTATE OF HO WAN KWOK,                                  )
                                                        )        Re: ECF No. 42
                    Plaintiff,                          )
                                                        )
            v.                                          )
                                                        )

AMAZON.COM, INC., HING CHI NGOK, ALEX
HADJICHARALAMBOUS, CHUNGUANG HAN, and
MEI GUO,

             Defendants.

)
)
)
)
)
)
)
)

---

LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE
ESTATE OF HO WAN KWOK,

             Plaintiff,

       v.

ANTHEM HEALTH PLANS, INC.,

             Defendant.

)
)
)
)
)
)
)
)
)
)
)

Adv. P. No. 24-05058 (JAM)

Re: ECF No. 21

---

LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE
ESTATE OF HO WAN KWOK,

             Plaintiff,

       v.

FEDERAL EXPRESS CORPORATION,

             Defendant.

)
)
)
)
)
)
)
)
)
)
)

Adv. P. No. 24-05059 (JAM)

Re: ECF No. 20

---

LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE
ESTATE OF HO WAN KWOK,

             Plaintiff,

       v.

DJD CREATIVE LLC,

             Defendant.

)
)
)
)
)
)
)
)
)
)
)

Adv. P. No. 24-05063 (JAM)

Re: ECF No. 22

---

LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE
ESTATE OF HO WAN KWOK,

)
)
)

Adv. P. No. 24-05069 (JAM)

Re: ECF No. 35

|  |  |  |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| B&H FOTO & ELECTRONICS CORP., HING CHI NGOK, ALEX HADJICHARALAMBOUS, and CHUNGUANG HAN, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

|  |  |  |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) | Adv. P. No. 24-05077 (JAM) |
| | ) | Re: ECF No. 18 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN EXPRESS COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

|  |  |  |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) | Adv. P. No. 24-05082 (JAM) |
| | ) | Re: ECF No. 17 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OHTZAR SHLOMO SOLOMON TREASURE LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

|  |  |  |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) | Adv. P. No. 24-05092 (JAM) |
| | ) | Re: ECF No. 21 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ZETA GLOBAL CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

|  |  |  |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) ) | Adv. P. No. 24-05100 (JAM) |
|  | ) | Re: ECF No. 17 |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| GROCYBER, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

|  |  |  |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) ) | Adv. P. No. 24-05108 (JAM) |
|  | ) | Re: ECF No. 22 |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| CONSERVATIVE CAMPAIGN TECHNOLOGY, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

|  |  |  |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) ) | Adv. P. No. 24-05110 (JAM) |
|  | ) | Re: ECF No. 19 |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| AARON MITCHELL, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

|  |  |  |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) ) | Adv. P. No. 24-05112 (JAM) |
|  | ) | Re: ECF No. 23 |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| EMPIRE BLUE CROSS BLUE SHIELD, and ANTHEM HEALTHCHOICE ASSURANCE, INC., | ) ) | |

)
          Defendants. )
——————————————————————)
)
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE )    Adv. P. No. 24-05114 (JAM)
ESTATE OF HO WAN KWOK, )
)    Re: ECF No. 21
          Plaintiff, )
)
    v. )
)
MODSQUAD INC., )
)
          Defendant. )
——————————————————————)
)
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE )    Adv. P. No. 24-05115 (JAM)
ESTATE OF HO WAN KWOK, )
)    Re: ECF No. 22
          Plaintiff, )
)
    v. )
)
CLOUDFLARE, INC., )
)
          Defendant. )
——————————————————————)
)
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE )    Adv. P. No. 24-05120 (JAM)
ESTATE OF HO WAN KWOK, )
)    Re: ECF No. 17
          Plaintiff, )
)
    v. )
)
3 COLUMBUS CIRCLE LLC, )
)
          Defendant. )
——————————————————————)
)
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE )    Adv. P. No. 24-05122 (JAM)
ESTATE OF HO WAN KWOK, )
)    Re: ECF No. 19
          Plaintiff, )
)
    v. )

INDIUM SOFTWARE, INC.,                                   )
                                                         )
                                                         )
                    Defendant.                           )
_____          )
                                                         )
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE               )        Adv. P. No. 24-05128 (JAM)
ESTATE OF HO WAN KWOK,                                   )
                                                         )        Re: ECF No. 18
                    Plaintiff,                           )
                                                         )
             v.                                          )
                                                         )
MILLER MOTORCARS INC.,                                   )
                                                         )
                    Defendant.                           )
_____          )
                                                         )
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE               )        Adv. P. No. 24-05130 (JAM)
ESTATE OF HO WAN KWOK,                                   )
                                                         )        Re: ECF No. 21
                    Plaintiff,                           )
                                                         )
             v.                                          )
                                                         )
ON THE SPOT HOME IMPROVEMENT, INC.,                      )
                                                         )
                    Defendant.                           )
_____          )
                                                         )
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE               )        Adv. P. No. 24-05134 (JAM)
ESTATE OF HO WAN KWOK,                                   )
                                                         )        Re: ECF No. 16
                    Plaintiff,                           )
                                                         )
             v.                                          )
                                                         )
V.X. CERDA & ASSOCIATES P.A.,                            )
                                                         )
                    Defendant.                           )
_____          )
                                                         )
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE               )        Adv. P. No. 24-05135 (JAM)
ESTATE OF HO WAN KWOK,                                   )
                                                         )        Re: ECF No. 19
                    Plaintiff,                           )

|  |  |  |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| LIBERTY JET MANAGEMENT CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) | Adv. P. No. 24-05138 (JAM) |
| | ) | |
| | ) | Re: ECF No. 19 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TARGET ENTERPRISES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) | Adv. P. No. 24-05141 (JAM) |
| | ) | |
| | ) | Re: ECF No. 19 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FLAT RATE MOVERS, LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) | Adv. P. No. 24-05147 (JAM) |
| | ) | |
| | ) | Re: ECF No. 19 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMESTOWN ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) | Adv. P. No. 24-05162 (JAM) |
| | ) | |

|  |  |
|---|---|
| Plaintiff, | ) ) | Re: ECF No. 19 |
| v. | ) ) ) |  |
| NARDELLO & CO., LLC, | ) ) |  |
| Defendant. | ) ) ) |  |

|  |  |  |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) | Adv. P. No. 24-05168 (JAM) |
|  | ) | Re: ECF No. 15 |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| THE FRANCIS FIRM PLLC, | ) ) |  |
| Defendant. | ) ) ) |  |

|  |  |  |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) | Adv. P. No. 24-05186 (JAM) |
|  | ) | Re: ECF No. 35 |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| BERKELEY ROWE LIMITED, | ) ) |  |
| Defendant. | ) ) ) |  |

|  |  |  |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) | Adv. P. No. 24-05188 (JAM) |
|  | ) | Re: ECF No. 11 |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| WEDDLE LAW PLLC, | ) ) |  |
| Defendant. | ) ) ) |  |
|  | ) |  |

LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE )   Adv. P. No. 24-05196 (JAM)
ESTATE OF HO WAN KWOK,                      )
                                            )   Re: ECF No. 18
                    Plaintiff,              )
                                            )
         v.                                 )
                                            )
MORVILLO ABRAMOWITZ GRAND IASON &,          )
ANELLO P.C.,                                )
                                            )
                    Defendant.              )
_____     )
                                            )
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE )   Adv. P. No. 24-05199 (JAM)
ESTATE OF HO WAN KWOK,                      )
                                            )   Re: ECF No. 21
                    Plaintiff,              )
                                            )
         v.                                 )
                                            )
LAWALL & MITCHELL, LLC, and                 )
AARON MITCHELL,                             )
                                            )
                    Defendants.             )
_____     )
                                            )
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE )   Adv. P. No. 24-05202 (JAM)
ESTATE OF HO WAN KWOK,                      )
                                            )   Re: ECF No. 28
                    Plaintiff,              )
                                            )
         v.                                 )
                                            )
CLAYMAN ROSENBERG KIRSHNER & LINDER LLP, )
                                            )
                    Defendant.              )
_____     )
                                            )
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE )   Adv. P. No. 24-05204 (JAM)
ESTATE OF HO WAN KWOK,                      )
                                            )   Re: ECF No. 19
                    Plaintiff,              )
                                            )
         v.                                 )
                                            )
G4S SECURITY SYSTEMS (HONG KONG) LTD.,      )

|  |  |  |
|---|---|---|
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) | Adv. P. No. 24-05208 (JAM) |
| | ) | Re: ECF No. 17 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ZEISLER & ZEISLER, P.C., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) | Adv. P. No. 24-05211 (JAM) |
| | ) | Re: ECF No. 18 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PUTNAM'S LANDSCAPING LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) | Adv. P. No. 24-05219 (JAM) |
| | ) | Re: ECF No. 23 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JASON MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | ) ) | Adv. P. No. 24-05222 (JAM) |
| | ) | Re: ECF No. 18 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |

|  |  |
|---|---|
| SEDGWICK REALTY CORP., <br><br>      Defendant. | ) <br> ) <br> ) <br> ) <br> ) |

| | | |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, <br><br>      Plaintiff, <br><br>      v. <br><br> CIRRUS DESIGN CORPORATION, and QIANG GUO, <br><br>      Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Adv. P. No. 24-05225 (JAM) <br><br> Re: ECF No. 21 |

| | | |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, <br><br>      Plaintiff, <br><br>      v. <br><br> ACASS CANADA LTD., <br><br>      Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Adv. P. No. 24-05226 (JAM) <br><br> Re: ECF No. 26 |

| | | |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, <br><br>      Plaintiff, <br><br>      v. <br><br> MARCUM LLP, <br><br>      Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Adv. P. No. 24-05229 (JAM) <br><br> Re: ECF No. 25 |

## **APPEARANCES**

ARGUED: Brain T. Peterson, K&L Gates LLP, and Eric S. Goldstein, Shipman & Goodwin LLP, for the Joint Defendants; Jeffrey M. Sklarz, Green & Sklarz LLC, for assorted Non-Joint

Defendants; Stephen M. Kindseth, Zeisler & Zeisler, P.C., for Non-Joint Defendant Zeisler & Zeisler, P.C.; and Nicholas A. Bassett, Paul Hastings LLP, for Luc A. Despins, Chapter 11 Trustee for the Estate of Ho Wan Kwok, Plaintiff.

| | |
|---|---|
| G. Alexander Bongartz | Douglas S. Skalka |
| Douglass Barron | James C. Graham |
| Paul Hastings LLP | Patrick R. Linsey |
| 200 Park Avenue | Neubert, Pepe & Montieth |
| New York, NY 10166 | 195 Church Street, 13th Floor |
| | New Haven, CT 06510 |

    and

Nicholas A. Bassett
Paul Hastings LLP
2050 M Street NW
Washington, D.C. 20036

*Counsel for Movant and Respondent Mr. Luc A. Despins, Chapter 11 Trustee for the Estate of Mr. Ho Wan Kwok, Plaintiff*

Benjamin O. Gilbert
Lindsay C. Stone
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza
New York, NY 10112

    and

Alan H. Martin
Sheppard, Mullin, Richter & Hampton, LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626

*Counsel for Movant Agora Lab, Inc., Defendant*

Lindsay Sampson Bishop
K&L Gates LLP
One Congress Street, Suite 2900
Boston, MA 02114

    and

Brian T. Peterson
Ruby A. Nagamine
K&L Gates LLP
925 4th Ave, Suite 2900

Seattle, WA 98104

*Counsel for Movants Amazon Web Services, Inc., and Amazon.com, Inc., Defendants*

Benjamin Mintz
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019

   and

Ryan M. Trombley
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602

Eric S. Goldstein
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

   and

Jessica Signor
Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, CT 06901

*Counsel for Movant Direct Persuasion LLC, Defendant*

Steven G. Mintz*[1]
Barry M. Kazan*
Philip Ian Tafet
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016

Henry P. Baer
Eilis A. Meagher[2]
Finn Dixon & Herling LLP
Six Landmark Square, Suite 600
Stamford, CT 06901

*Counsel for Movants Fox News Network, LLC, and Marcum LLP, Defendants*

Michael T. Conway
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
New York, NY 10017

*Counsel for Movant Arri Americas Inc., Defendant*

Andrea Chase
Spencer Fane
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

Henry P. Baer
Eilis A. Meagher
Finn Dixon & Herling LLP
Six Landmark Square, Suite 600
Stamford, CT 06901

*Counsel for Movant Teris-Phoenix, LLC, Defendant*

---

[1] Counsel with an asterisk after their name have not yet filed a notice of appearance or motion to appear *pro hac vice* but have signed relevant pleadings. Such counsel must file a notice of appearance or motion to appear *pro hac vice*.

[2] Attorney Meagher has appeared for Marcum LLP but not Fox News Network, LLC.

Jared R. Clark
Phillips Nizer LLP
485 Lexington Avenue
New York, NY 10017

Robert E. Kaelin
Harris Beach Murtha Cullina PLLC
280 Trumbull Street
Hartford, CT 06103

and

Matthew Pesce
Harris Beach Murtha Cullina PLLC
1 Audubon Street, 3rd Floor
New Haven, CT 06106

*Counsel for Movant Phillips Nizer LLP, Defendant*

Jeffrey Hellman
Law Offices of Jeffrey Hellman, LLC
195 Church Street, 10th Floor
New Haven, CT 06510

*Counsel for Movants Mr. Mark Gundersen, Ohtzar Shlomo Solomon Treasure LLC, and Mr. Jason Miller, Defendants*

Robert N. Sensale
Bershtein, Volpe & McKeon, PC
900 Chapel Street, 11th Floor
New Haven, CT 06510

*Counsel for Movant 270 W. 39th St. Co., LLC, Defendant*

Jeffrey M. Sklarz
Kellianne Baranowsky
Michelle Amanda Antao[3]
Green & Sklarz LLC
One Audubon Street, 3rd Floor
New Haven, CT 06511

*Counsel for Movants FFP (BVI) Limited, Aaron A. Mitchell, V.X. Cerda & Associates, P.A., The Francis Firm PLLC, Lawall & Mitchell, LLC, and G4S Security Systems (Hong Kong) Ltd., Defendants*

Eric S. Goldstein
Shipman & Goodwin LLP
One Constitution Plaza

---

[3]  Attorney Antao has appeared for all listed defendants except V.X. Cerda & Associates, P.A. and The Francis Firm PLLC.

Hartford, CT 06103

   and

Jessica Signor
Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, CT 06901

*Counsel for Movants Anthem Health Plans, Inc., Anthem HealthChoice Assurance, Inc., and Sedgwick Realty Corp., Defendants*

| | |
|---|---|
| Michael A. Siedband<br>Federal Express Corporation<br>3620 Hacks Cross Road<br>Building 2, 3rd Floor<br>Memphis, TN 38125 | Eric S. Goldstein<br>Nicole Lapenta<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103 |

   and

Jessica Signor
Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, CT 06901

*Counsel for Movant Federal Express Corporation, Defendant*

| | |
|---|---|
| Bret Strong*<br>Zachary W. Doninger<br>1790 Hughes Landing, Suite 200<br>The Woodlands, TX 77380 | Louis Joseph Martocchio, III<br>Martocchio & Oliveira, LLC<br>191 Main Street<br>Southington, CT 06489 |

*Counsel for Movant DJD Creative LLC, Defendant*

| | |
|---|---|
| Scott M. Kessler<br>Akerman LLP<br>1251 Avenue of the Americas<br>37th Floor<br>New York, NY 10020 | Tracy Ellis Williams<br>Shipman & Goodwin LLP<br>300 Atlantic Street, 3rd Floor<br>Stamford, CT 06901 |

*Counsel for Movant B&H Foto & Electronics Corp., Defendant*

| | |
|---|---|
| Darryl S. Laddin<br>Frank N. White*<br>Arnall Golden Gregory LLP<br>171 17th Street, N.W., Suite 2100 | Roland I. Chorches<br>82 Wolcott Hill Road, Suite 203<br>Wethersfield, CT 06109 |

Atlanta, GA 30363

*Counsel for Movant American Express Company, Defendant*

John J. Clarke, Jr.
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020

   and

C. Kevin Kobbe
DLA Piper LLP
650 South Exter Street, Suite 1100
Baltimore, MD 21202

*Counsel for Movant Zeta Global Corp., Defendant*

Nicholas P. Vegliante
Cohn Birnbaum & Shea
CityPlace II, 15th Floor
185 Asylum Street
Hartford, CT 06103

*Counsel for Movant GroCyber, LLC, Defendant*

Ilan Markus
Barclay Damon LLP
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

*Counsel for Movant Conservative Campaign Technology LLC, Defendant*

Robert E. Kaelin
Harris Beach Murtha Cullina PLLC
280 Trumbull Street
Hartford, CT 06103

   and

Matthew Pesce
Harris Beach Murtha Cullina PLLC
1 Audubon Street, 3rd Floor
New Haven, CT 06106

*Counsel for Movants ModSquad, Inc., and 3 Columbus Circle, LLC, Defendants*

Sabrina L. Streusand
Streusand, Landon, Ozburn & Lemmon, LLP
Spyglass Point
1801 South MoPac Expressway, Suite 320
Austin, TX 78746

Ross G. Fingold
Stokesbury, Shipman & Fingold
10 Waterside Drive, Suite 204
Farmington, CT 06032

*Counsel for Movant Cloudflare, Inc., Defendant*

Richard J. Reding*[4]
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

    and

Edward E. Neiger*
ASK LLP
60 East 42nd Street, 46th Floor
New York, NY 10165

Elizabeth N. Krasnow
Eric R. Wilson
Benjamin D. Feder*
Kelley Drye & Warren LLP
Canterbury Green
201 Broad Street
Stamford, CT 06901

*Counsel for Movant Indium Software, Inc., Defendant*

Eric Seltzer
Gilbride, Tusa, Last & Spellane LLC
30 Brewster Lane
Bellport, NY 11713

*Counsel for Movant Miller Motorcars Inc., Defendant*

Justin S. Baumgartner
Becker LLC
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039

Eric S. Goldstein
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

*Counsel for Movant On the Spot Home Improvement, Inc., Defendant*

Gerard R. Luckman
Elbert F. Nasis
Forchelli Deegan Terrana LLP
333 Earle Ovington Boulevard, Suite 1010
Uniondale, NY 11553

Patrick Tomasiewicz
Fazzano Tomasiewicz and Barall
96 Oak Street
Harford, CT 06106

*Counsel for Movant Liberty Jet Management Corp., Defendant*

---

[4] Attorney Reding has been admitted *pro hac vice* in the jointly administered bankruptcy cases.

John F. Carberry
Kara Anne Zarchin
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901

*Counsel for Movants Target Enterprises, LLC, and Jamestown Associates, LLC, Defendants*

James J. Costello, Jr.
Norris McLaughlin PA
400 Crossing Blvd., 8th Floor
Bridgewater, NJ 08807

*Counsel for Flat Rate Movers, Ltd., Defendant*

Henry P. Baer
Eilis A. Meagher
Finn Dixon & Herling LLP
Six Landmark Square, Suite 600
Stamford, CT 06901

*Counsel for Movant Nardello & Co., LLC, Defendant*

Julie Johnston-Ahlen
Armstrong Teasdale LLP
100 North Riverside Plaza
Chicago, IL 60606

   and

John G. Willard
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105

Jeffrey M. Sklarz
Kellianne Baranowsky
Michelle Amanda Antao
Green & Sklarz LLC
One Audubon Street, 3rd Floor
New Haven, CT 06511

*Counsel for Movant Berkeley Rowe Limited, Defendant*

Richard Corbi
The Law Offices of Richard J. Corbi PLLC
104 West 40th Street, Suite 4th Floor
New York, NY 10018

Jeffrey M. Sklarz
Kellianne Baranowsky
Green & Sklarz LLC
One Audubon Street, 3rd Floor
New Haven, CT 06511

*Counsel for Movant Weddle Law PLLC, Defendant*

Rowena A. Moffett
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06511

*Counsel for Movant Morvillo Abramowitz Grand Iason & Anello P.C., Defendant*

Brian David Linder                                    Matthew D. Valauri
Clayman Rosenberg Kirshner & Linder LLP               Wilson Elser Moskowitz Edelman & Dicker
305 Madison Avenue, Suite 650                         1010 Washington Boulevard, Suite 603
New York, NY 10165                                    Stamford, CT 06901

*Counsel for Movant Clayman Rosenberg Kirschner & Linder LLP, Defendant*

Stephen M. Kindseth
James M. Moriarty
Daniel A. Byrd
Zeisler& Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604

*Counsel for Movant Zeisler & Zeisler, P.C., Defendant*

Scott M. Charmoy
Charmoy & Charmoy
1465 Post Road East, Suite 100
Westport, CT 06880

*Counsel for Movant Putnam's Landscaping, Defendant*

Richard J. Bernard
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas
New York, NY 10036

   and

Josh Peterson*
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402

   and

Jaclyn C. Marasco*

Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

*Counsel for Movant Cirrus Design Corporation, Defendant*

Rahman Connelly
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019

Jeffrey M. Sklarz
Kellianne Baranowsky
Michelle Amanda Antao
Green & Sklarz LLC
One Audubon Street, 3rd Floor
New Haven, CT 06511

*Counsel for Movant ACASS Canada LTD., Defendant*

# <u>Attorneys that spoke at the January 15, 2025 Hearing</u>

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Rowena A. Moffett**
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06511

**Benjamin D. Feder**
Kelley Drye & Warren LLP
Canterbury Green
201 Broad Street
Stamford, CT 06901

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
1301 Avenue of the Americas
Ste 1700
New York, NY 10019

**Eric S. Goldstein**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

**Brian T. Peterson**
K&L Gates LLP
925 4th Ave Suite 2900
Seattle, WA 98104

**Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604