ct136                                                                                                          04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

Ho Wan Kwok

Debtor*

Case Number:  22-50073

Chapter:   11

---

Luc A. Despins, Chapter 11 Trustee,
Plaintiff(s)

v.

Flat Rate Movers, Ltd.
Defendant(s)

Adversary Proceeding
No: 24-05141

---

Luc A. Despins, Chapter 11 Trustee,
Plaintiff(s)

v.

Norris McLaughlin, P.A.
Defendant(s)

Adversary Proceeding
No. 24-05317

---

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

On January 2, 2025, a Motion for Admission of Attorney Stuart L. Kossar to appear as a Visiting Attorney to represent Flat Rate Movers, Ltd. and Norris McLaughlin, P.A. was filed in the Debtor's Chapter 11 case (the "Motion," ECF No. 3931) by Attorney James J. Costello Jr. (the "Sponsoring Attorney").  The Motion requests that Attorney Stuart L. Kossar be admitted to appear as a Visiting Attorney in the Debtor's Chapter 11 case and in Adversary Proceeding No. 24-05141 on behalf of Flat Rate Movers, Ltd and in Adversary Proceeding No. 24-05317 on behalf of Norris McLaughlin, P.A.  As the Motion satisfies the requirements set forth in D. Conn. L. Civ. R. 83.1(e), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:**  Pursuant to D. Conn. L. Civ. R. 83.1(e), Attorney Stuart L. Kossar is hereby admitted *pro hac vice* to represent Flat Rate Movers, Ltd. in the Debtor's Chapter 11 case and in Adv. Pro. No. 24-05141, and to represent Norris McLaughlin, P.A. in Adv. Pro. No. 24-05317.

Dated: January 16, 2025

BY THE COURT

*Julie A. Manning*
*United States Bankruptcy Judge*
*District of Connecticut*

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.