**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                              :    Chapter 11
                                                    :
HO WAN KWOK, *et al.*,                              :    Case No. 22-50073 (JAM)
                                                    :
       Debtors.[1]                                    :    Jointly Administered
                                                    :
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from December 1, 2024 through and including December 31, 2024 (the "Fee Period"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $8,734.00 and $1,599.02 respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period. The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as <u>Exhibit B</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3. Attached hereto as <u>Exhibit C</u> is the fee statement of OMJB for services provided during the Fee Period with redactions to protect certain privileged information.

## NOTICE AND OBJECTION PROCEDURES

4. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com)); and (v) counsel for Pacific

Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **February 10, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever (US) shall promptly pay OMJB 80% of the fees and 100% of the expenses as identified in this Monthly Fee Statement.

7. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: January 21, 2025
Glastonbury, Connecticut

          GENEVER HOLDINGS LLC

By: */s/Michael T. McCormack*
    Michael T. McCormack (ct13799)
    Timothy P. Jensen (ct18888)
    Amy E. Markim (ct27974)
    O'Sullivan McCormack Jensen & Bliss PC
    180 Glastonbury Boulevard, Suite 210
    Glastonbury, CT 06033
    Tel: 860-258-1993
    Fax: 860-258-1991
    mmccormack@omjblaw.com
    tjensen@omjblaw.com
    amarkim@omjblaw.com

    *Special Insurance Coverage Counsel for*
    *Debtor-In-Possession Genever Holdings LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 21, 2025, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

GENEVER HOLDINGS LLC

By:   */s/Michael T. McCormack*
    Michael T. McCormack (ct13799)
    Timothy P. Jensen (ct18888)
    Amy E. Markim (ct27974)
    O'Sullivan McCormack Jensen & Bliss PC
    180 Glastonbury Boulevard, Suite 210
    Glastonbury, CT 06033
    Tel: 860-258-1993
    Fax: 860-258-1991
    mmccormack@omjblaw.com
    tjensen@omjblaw.com
    amarkim@omjblaw.com
    *Special Insurance Coverage*
    *Counsel for Debtor-In-Possession Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## EXHIBIT A

## HOURS AND RATES PER TIMEKEEPER

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Michael McCormack | 1993 | $400 | 10.6 | 4,240.00 |
| Timothy P. Jensen | 1997 | $450 | 1.7 | $765.00 |
| Amy E. Markim | 2008 | $350 | 15.5 | 5,425.00 |
| Melissa Gambardella | | $125 | 3.9 | $487.50 |
| **Total** | | | | **$10,917.50** |

## EXHIBIT B

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Expense Category | Amount |
|---|---:|
| Copying: Month of December | $12.20 |
| Fees Advanced to Logikcull | $176.92 |
| Fees Advanced to Veritext (transcript) | $1,192.25 |
| Westlaw: Month of December | $217.65 |
| **TOTAL** | **$1,599.02** |

# **EXHIBIT C**

## **TIME AND EXPENSE DETAIL**



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 28454
Date: 01/13/2025

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

**Services**

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 12/04/2024 | MTM | Email correspondence from Attny O'Connor re AIG deposition issues | 0.10 | $400.00 | $40.00 |
| 12/04/2024 | AM | Review supplemental submission by AIG and email from opposing counsel re: extending depositions/mediation. | 0.30 | $350.00 | $105.00 |
| 12/04/2024 | MBG | Draft Re-NOD of AIG 30(b)(6) deposition and finalize same with Schedule A. | 0.20 | $125.00 | $25.00 |
| 12/05/2024 | AM | Confer with M. McCormack and T. Jensen re: strategy re: deposition, summary judgment, and mediation. | 0.50 | $350.00 | $175.00 |
| 12/05/2024 | MTM | Review and analysis of AIG supplemental memorandum in opposition to motion for summary judgment (.4), analysis re REDACTED REDACTED (.5), review of Wolfson deposition transcript re AIG MSJ opposition issues (1.4) | 2.30 | $400.00 | $920.00 |
| 12/05/2024 | MTM | Draft email to L. Despins re REDACTED REDACTED | 0.30 | $400.00 | $120.00 |
| 12/05/2024 | TPJ | Communications re MSJ strategy and discovery | 0.50 | $450.00 | $225.00 |
| 12/06/2024 | MTM | Email communications with Attny O'Connor re AIG deposition issues | 0.10 | $400.00 | $40.00 |
| 12/12/2024 | AM | Legal research to respond to supplemental materials/brief of AIG. | 5.00 | $350.00 | $1,750.00 |
| 12/12/2024 | MTM | Review of MSJ cases re REDACTED from Attny Barron; attention to reply brief issues re AIG supplemental opposition | 0.20 | $400.00 | $80.00 |
| 12/12/2024 | MBG | Begin draft of November OMJB Fee Application and redaction of invoice. | 0.50 | $125.00 | $62.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/2024 | AM | Continue drafting response to supplemental submission of AIG re: summary judgment. | 5.10 | $350.00 | $1,785.00 |
| 12/13/2024 | MTM | Analysis and strategy re reply to AIG supplement opposition | 0.30 | $400.00 | $120.00 |
| 12/16/2024 | MTM | Review and revise draft of reply re AIG supplemental summary judgment submission; email communications with L. Despins re REDA... | 1.00 | $400.00 | $400.00 |
| 12/16/2024 | MTM | Telephone conference with Attny O'Connor re possible mediation issues | 0.20 | $400.00 | $80.00 |
| 12/16/2024 | AM | Revise/supplement response to AIG summary judgment supplement. | 1.60 | $350.00 | $560.00 |
| 12/16/2024 | TPJ | Review draft reply and comments re same | 1.00 | $450.00 | $450.00 |
| 12/17/2024 | AM | Revise/supplement response to AIG's supplemental MSJ submission. | 3.00 | $350.00 | $1,050.00 |
| 12/17/2024 | MTM | Revise and supplement reply brief to AIG supplemental submission and review and analysis of cases re REDACTED review AIG brief in opposition to motion for summary judgment | 3.30 | $400.00 | $1,320.00 |
| 12/17/2024 | MTM | Revise and supplement declaration and supporting documents re reply to AIG opposition (.8); email communications and telephone conference with Attny Despins re REDACTED (.4) | 1.20 | $400.00 | $480.00 |
| 12/17/2024 | MTM | Review and analysis of cases re summary judgment and declarations re REDACTED (.8); review of REDACTED (.5) | 1.30 | $400.00 | $520.00 |
| 12/17/2024 | MBG | Review and revise Response to AIG Supplemental Materials memorandum and draft MTM Declaration including preparation of attached exhibits. | 2.80 | $125.00 | $350.00 |
| 12/20/2024 | MTM | Review, revise and supplement interim fee application and supporting documents | 0.30 | $400.00 | $120.00 |
| 12/20/2024 | MBG | Revise and finalize OMJB November Fees Application and further redaction of invoice attachment. | 0.40 | $125.00 | $50.00 |
| 12/20/2024 | TPJ | Review fee application | 0.20 | $450.00 | $90.00 |
| | | | | **Services Subtotal** | **$10,917.50** |

## Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 12/03/2024 | Fees advanced to Logikcull INV275607 11/1-2024-11/30/2024 | $176.92 |
| Expense | 12/23/2024 | Fees advanced to Veritext LLC invoice 7893246 11-22-2024 re Adam Wolfson transcript | $1,192.25 |
| Expense | 12/31/2024 | Copying: Month of December | $12.20 |
| Expense | 12/31/2024 | Westlaw: Month of December | $217.65 |
| | | **Expenses Subtotal** | **$1,599.02** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 1.7 | $450.00 | $765.00 |

| | | | |
|---|---:|---:|---:|
| Amy Markim | 15.5 | $350.00 | $5,425.00 |
| Michael McCormack | 10.6 | $400.00 | $4,240.00 |
| Melissa Gambardella | 3.9 | $125.00 | $487.50 |
| | | **Invoice Subtotal** | **$12,516.52** |
| | | **Invoice Total** | **$12,516.52** |

*REDACTED*

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC      Tax ID# *REDACTED*

Payment is due upon receipt.