TAO AN
4558 SW 183 AVE
MIRAMAR, FL 33029

GRAND RAPIDS MI 493
16 JAN 2025 PM 4 L



To: US BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIEN MCMAHON FEDERAL BUILDING
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

06604-477199