**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
                             :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------x

**NINTH CONSENTED TO MOTION OF CHAPTER 11 TRUSTEE TO ADJOURN
HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER
COMPELLING DBS BANK LTD TO COMPLY WITH RULE 2004 SUBPOENA**

Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee") in the above-captioned chapter 11 case of Ho Wan Kwok, upon the consent of DBS Bank Ltd ("DBS" and, together with the Trustee, collectively, the "Parties"), hereby respectfully moves (the "Motion to Adjourn") to adjourn the hearing on the *Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* [ECF No. 2396] (the "Motion to Compel"), as set forth in the proposed Consent Order attached hereto as **Exhibit A** (the "Proposed Consent Order"). In support of the Motion to Adjourn, the Trustee respectfully states the following:

1.      The Trustee filed the Motion to Compel on November 29, 2023. After the Trustee filed the Motion to Compel, the Trustee and DBS, through their respective counsel, conferred in good faith regarding the Motion to Compel and agreed to adjourn the initial hearing date.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2.      On January 23, 2024, the Trustee filed the *Second Consented to Motion to Adjourn Hearing on Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* [ECF No. 2517], which this Court granted on January 24, 2024 [ECF No. 2526], adjourning the hearing on the Motion to Compel to March 5, 2024, at 1 p.m.

3.      On February 26, 2024, the Trustee filed the *Third Consented to Motion to Adjourn Hearing on Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* [ECF No. 2959], which this Court granted on February 28, 2024 [ECF No. 2967], adjourning the hearing on the Motion to Compel to April 9, 2024 at 1:30 p.m.

4.      On April 2, 2024, the Trustee filed the *Fourth Consented to Motion to Adjourn Hearing on Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* [ECF No. 3070], which this Court granted on April 3, 2024 [ECF No. 3071], adjourning the hearing on the Motion to Compel to June 18, 2024, at 1:30 p.m.

5.      On June 7, 2024, the Trustee filed the *Fifth Consented to Motion to Adjourn Hearing on Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* [ECF No. 3235], which this Court granted on June 10, 2024 [ECF No. 3236], adjourning the hearing on the Motion to Compel to August 6, 2024, at 1:00 p.m.

6.      On July 30, 2024, the Trustee filed the *Sixth Consented to Motion to Adjourn Hearing on Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* [ECF No. 3361], which this Court granted on July 31, 2024 [ECF No. 3367], adjourning the hearing on the Motion to Compel to September 24, 2024 at 1:00 pm.

7.      On September 16, 2024, the Trustee filed the *Seventh Consented to Motion to Adjourn Hearing on Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* [ECF no. 3535], which this Court granted on September 18,

2024 [ECF No. 3545], adjourning the hearing on the Motion to Compel to November 26, 2024 at 1:00 p.m.

8.      On November 20, 2024, the Trustee filed the *Eighth Consented to Motion to Adjourn Hearing on Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* (the "Prior Motion to Adjourn") [ECF 3843], which this Court granted on November 21, 2024 [ECF 3846], adjourning the hearing on the Motion to Compel to January 28, 2025 at 1:00 p.m.

9.      Since the Court granted the Prior Motion to Adjourn, the parties have continued to confer in good faith in an effort to resolve their disputes while reserving their respective rights.  In light of their cooperation and ongoing discussions, the parties wish to avoid expending resources litigating the Motion to Compel at this time.

10.      Accordingly, the Trustee requests that the hearing on the Motion to Compel be adjourned to the first date that is convenient to the Court on or after March 31, 2025.  The Trustee further requests that the deadline for DBS to respond to the Motion to Compel be set one week in advance of the adjourned hearing date. This is the eighth request for the relief sought herein.  DBS consents to this relief.

WHEREFORE, the Trustee respectfully requests that the Court grant the Motion to Adjourn by entering the Proposed Consent Order and grant such other relief as is just and proper.

Dated: January 22, 2025
       New Haven, Connecticut

LUC A. DESPINS,
CHAPTER 11 TRUSTEE

*/s/ Kari A. Mitchell*
Kari A. Mitchell (ct31578)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2884
kmitchell@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                   :
In re:                             :    Chapter 11
                                   :
HO WAN KWOK, *et al.*,[2]    :    Case No. 22-50073 (JAM)
                                   :
            Debtors.     :    (Jointly Administered)
                                   :
-------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 22, 2025, the foregoing was electronically filed. Notice of this filing was sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

Dated: January 22, 2025           LUC A. DESPINS,
      New Haven, Connecticut    CHAPTER 11 TRUSTEE

                                 */s/ Kari A. Mitchell*
                                  Kari A. Mitchell (ct31578)
                                  Patrick R. Linsey (ct29437)
                                  NEUBERT, PEPE & MONTEITH, P.C.
                                  195 Church Street, 13th Floor
                                  New Haven, Connecticut 06510
                                  (203) 781-2884
                                  kmitchell@npmlaw.com
                                  plinsey@npmlaw.com

                                  *Counsel for the Chapter 11 Trustee*

---

[2]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# <u>EXHIBIT A</u>

**(PROPOSED CONSENT ORDER)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re:                                                 :    Chapter 11
:
HO WAN KWOK, *et al.*,[3]                              :    Case No. 22-50073 (JAM)
:
                    Debtors.                            :    (Jointly Administered)
:
-------------------------------------------------------x


**[PROPOSED] NINTH CONSENT ORDER ADJOURNING HEARING ON MOTION OF**
**CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING**
**DBS BANK LTD TO COMPLY WITH RULE 2004 SUBPOENA**

Upon the motion (the "Motion") of Luc A. Despins, chapter 11 trustee (the "Trustee"), filed upon the consent of DBS Bank Ltd ("DBS"), to adjourn hearing on the Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena [ECF No. 2396] (the "Motion to Compel"), and due and sufficient notice having been given, and good cause appearing for the relief sought by the Motion, it is hereby

**ORDERED,** that the hearing on the Motion to Compel is adjourned to _____ ___, 2025, at __ _.m., to be held at the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT; and it is further

**ORDERED**, that DBS shall file any response to the Motion to Compel by _____ ___, 2025.

Signed this __ day of _____, 2025


_____
Hon. Julie A. Manning
United States Bankruptcy Judge

---

[3]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).