Hai Yao
11 Thornbury Road,
Isleworth, London,
United Kingdom
TW7 4HQ
artist2050@protonmail.com
+44 7565715805

17th January, 2025

US Bankruptcy Court
District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604 USA

JAN 22 2025 PM 12:14
FILED-USBC-CT-BPT

Dear US Bankruptcy Court for the District of Connecticut,

**Withdrawal of Claim – case no. 22-50073**

**I, the undersigned, am a creditor of the case no. 22-50073, writing to formally notify you of the withdrawal of my claim originally submitted on 21st February 2023.**

After careful consideration, I have decided to withdraw this claim for the following reason:

**After nearly two years of trial in this case, I have recognized that the charges against Ho Wan Kwok (Debtor in the case 22-50073) are wrong.**

Please consider this letter as my official notice of withdrawal. I kindly request that you confirm receipt of this notice and inform me of any necessary steps to finalize this process. And I hereby authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Besides, I have **changed my address** since I filed my claim. The postal address stated on the claim form 410 was 11 Thornbury Road, Isleworth, London, United Kingdom, TW7 4HQ. **My new and current postal address is 134B Hook Road, Surbiton, United Kingdom, KT6 5BZ.**

Thank you for your attention to this matter. Should you have any questions or require further information, please do not hesitate to contact me.

Sincerely,
Hai Yao
**New postal address effective immediately:**
134B Hook Road,
Surbiton,
United Kingdom,
KT6 5BZ