# GENEVER HOLDINGS CORPORATION
# NOTES TO THE DECEMBER 2024 OPERATING REPORT

## PART 2: ASSET AND LIABILITY STATUS:

| | | |
|---|---|---|
| d. | Total current assets: | Unknown |
| e. | Total assets: | Unknown |

The Debtor's only known asset is its interest in Genever Holdings LLC, and the value of this interest is unknown.

## PART 5(a): PAYMENTS TO INSIDERS AND PROFESSIONALS:

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings Corporation, as Debtor in Possession to obtain post-petition financing, a payment in the amount of $788.80 was made to Neubert, Pepe & Monteith, P.C., counsel for the Debtor, in December 2024 for approved fees by Luc Despins, Chapter 11 Trustee for the bankruptcy estate of Ho Wan Kwok. case number 22-50073.

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings Corporation, as Debtor-in-Possession, to obtain post-petition financing, a payment of $24,715.00 was made to Harney's Corporate Services Limited in December 2024 for approved fees by Luc Despins, Chapter 11 Trustee for the bankruptcy estate of Ho Wan Kwok, case number 22-50073.