ct260                                                                                                                                8/2023

# United States Bankruptcy Court
# District of Connecticut



In re:

    Ho Wan Kwok

Case Number: 22-50073

Chapter: 11

    Debtor *

## ORDER GRANTING REQUEST TO APPEAR REMOTELY

    Luc A. Despins, Chapter 11 Trustee having filed a Motion to Appear Remotely, ECF No. 4007, in connection with Application for Compensation, ECF No. 3930, it appearing that the relief requested in the Motion to Appear Remotely should be granted for cause shown; it is hereby

    **ORDERED:** Luc A. Despins, Chapter 11 Trustee is authorized to attend the hearing on Application for Compensation, ECF No. 3930, currently scheduled to be heard on January 28, 2025 at 1:00 PM via ZoomGov; and it is further

    **ORDERED:** Luc A. Despins, Chapter 11 Trustee shall e-mail the Courtroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection information.

Dated: January 27, 2025

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.