**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
: 
Debtors.[1] : Jointly Administered
: 
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kroll, LLC ("Kroll") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from December 1, 2024 through and including December 31, 2024 (the "Fee Period"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $43,216.48 and $1,759.29, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

**SERVICES RENDERED AND EXPENSES INCURRED**

1.      Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period.  The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2.      Attached hereto as Exhibit B is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3.      Attached hereto as Exhibit C is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4.      Attached hereto as Exhibit D is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5.      Attached hereto as Exhibit E are Kroll's fee statements for services provided during the Fee Period.

**NOTICE AND OBJECTION PROCEDURES**

6.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn

(holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **February 17, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: January 27, 2025

By: */s/ Allen Pfeiffer*
Allen Pfeiffer
KROLL, LLC
55 East 52nd Street, Floor 17
New York, New York 10055

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
HO WAN KWOK, et al.,³                                  :   Case No. 22-50073 (JAM)
                                                       :
         Debtors.                                      :   (Jointly Administered)
                                                       :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated:  January 27, 2025           By: */s/ G. Alexander Bongartz*
        New York, New York              G. Alexander Bongartz (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 318-6000
                                        alexbongartz@paulhastings.com

                                        *Counsel for the Chapter 11 Trustee*

---

³ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**

**HOURS AND RATES PER PROFESSIONAL**

*Time Period: December 1-31, 2024.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 890 | $ 712 | 4.4 | $ 3,132.80 |
| Barker, James | Associate Managing Director | Forensic Investigations and Intelligence | $ 710 | $ 639 | 6.8 | $ 4,345.20 |
| Jones, Iain | Associate Managing Director | Forensic Investigations and Intelligence | $ 710 | $ 639 | 5.0 | $ 3,195.00 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 7.0 | $ 3,622.50 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 48.8 | $ 25,254.00 |
| Levenson, Patrick | Associate Manager | Forensic Investigations and Intelligence | $ 420 | $ 378 | 6.2 | $ 2,343.60 |
| Spier, Tre | Research Analyst | Forensic Investigations and Intelligence | $ 245 | $ 221 | 55.0 | $ 12,127.50 |
| **Total Hours and Fees:** | | | | | **133.2** | **$ 54,020.60** |
| **Blended Hourly Rate:** | | | | | | **$ 405.56** |

**EXHIBIT B**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

*Time Period: December 1-31, 2024.*

| U.S. Trustee Task Code and Project Category | | Hours Billed | Fees Billed |
|---|---|---|---|
| B110 | Case Administration | - | $ - |
| B113 | Pleadings Review | - | $ - |
| B120 | Asset Analysis and Recovery | - | $ - |
| B155 | Court Hearings | - | $ - |
| B160 | Fee/Employment Applications | 5.5 | $ 3,040.75 |
| B170 | Fee/Employment Objections | - | $ - |
| B180 | Avoidance Action Analysis | - | $ - |
| B181 | Preference Analysis and Recovery Actions | - | $ - |
| B182 | Post-Petition Transfers and Recovery Actions | - | $ - |
| B190 | Other Contested Matters (excl. assumption/reject | - | $ - |
| B191 | General Litigation | - | $ - |
| B192 | Lender Litigation | - | $ - |
| B195 | Non-Working Travel | - | $ - |
| B261 | Investigations | 127.7 | $ 50,979.85 |
| **TOTAL** | | **133.2** | **$ 54,020.60** |

**EXHIBIT C**

**SUMMARY OF COMPENSATION BY MATTER ID**

*Time Period: December 1-31, 2024.*

| Matter ID and Name | | Hours Billed | Fees Billed |
|---|---|---|---|
| 00001 | General Debtor Representation | 5.5 | $ 3,040.75 |
| 00002 | Asset Recovery Investigation and Litigation | 121.4 | $ 46,859.25 |
| 00003 | HK USA Adversary Proceeding | - | $ - |
| 00004 | Bravo Luck Adversary Proceeding | - | $ - |
| 00005 | PAX Adversary Proceeding | - | $ - |
| 00006 | SN Apartment Adversary Proceeding | - | $ - |
| 00007 | Greenwich Land Adversary Proceeding | - | $ - |
| 00008 | AIG Adversary Proceeding | - | $ - |
| 00009 | Mei Guo Adversary Proceeding | - | $ - |
| 00010 | Interpleader Adversary Proceeding | - | $ - |
| 00011 | HCHK Adversary Proceeding | - | $ - |
| 00012 | Golden Spring Adversary Proceeding | - | $ - |
| 00013 | Mahwah Adversary Proceeding | - | $ - |
| 00014 | RICO Litigation | - | $ - |
| 00015 | Lamp Capital Adversary Proceeding | - | $ - |
| 00016 | G-Club Adversary Proceeding | - | $ - |
| 00017 | Rule of Law Adversary Proceeding | - | $ - |
| 00018 | UAE Asset Recovery Actions | 6.3 | $ 4,120.60 |
| 00019 | Leading Shine Adversary Proceeding | - | $ - |
| 00020 | Gettr USA Proceeding | - | $ - |
| | | **133.2** | **$ 54,020.60** |

**EXHIBIT D**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

*Time Period: December 1-31, 2024.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---|
| Database and Research Fees for December | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | $ 134.29 |
| Subcontractor- Expense (Investigative Ressearch in UAE) | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | $ 1,625.00 |
| **TOTAL** | | | **$ 1,759.29** |

**EXHIBIT E**

**FEE DETAIL**

*Time Period: December 1-31, 2024.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Jones, Iain | 10/24/2024 | UAE Asset Recovery Actions | Investigations | Conduct investgation into ▮ | 5.0 | $ 3,195.00 |
| Parizek, Pam | 11/15/2024 | UAE Asset Recovery Actions | Investigations | Review team update re: ▮ (.2), reply to inquiry from Paul Hastings re: same (.1) | 0.3 | $ 213.60 |
| Parizek, Pam | 11/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Review team updates re: ▮ transfers [.3], | 0.3 | $ 213.60 |
| Parizek, Pam | 11/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and revise redacted description of services [.5]. | 0.5 | $ 356.00 |
| Barker, James | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Preparation for Meeting with client or counsel. ▮ | 3.0 | $ 1,917.00 |
| Parizek, Pam | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | ▮ transaction activity, ▮ [.4] | 0.4 | $ 284.80 |
| Barker, James | 11/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, P. Parizek, J. Lazarus, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: ▮ analysis, rule 2004 update, and related matters. | 0.4 | $ 255.60 |
| Parizek, Pam | 12/2/2024 | Asset Recovery Investigation and Litigation | Investigations | Email introduction to ▮ [.1] | 0.1 | $ 71.20 |
| Parizek, Pam | 12/3/2024 | UAE Asset Recovery Actions | Investigations | Review updated ▮ status update from I. Jones [.4]. | 0.4 | $ 284.80 |
| Parizek, Pam | 12/4/2024 | UAE Asset Recovery Actions | Investigations | Introductory call with I. Jones, J. Barker, ▮ [N. Oteifi , E. Bierne , P. Hughes] and Paul Hastings [L. Despins, N. Bassett, D. Barron] [.2]. | 0.2 | $ 142.40 |
| Lazarus, Jordan | 12/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Compile ▮ avoidance action support per request from NPM Law; correspondence with NPM Law [P. Linsey] re: related matters. | 0.9 | $ 465.75 |
| Levenson, Patrick | 12/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ▮ research. | 3.0 | $ 1,134.00 |
| Lomas, Adam | 12/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hasting [W. Farmer] re: statements for ▮ bank accounts at ▮ | 0.2 | $ 103.50 |
| Barker, James | 12/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with P. Parizek, J. Lazarus, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: ▮ and related matters. | 0.4 | $ 255.60 |
| Lazarus, Jordan | 12/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with P. Parizek, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: ▮ and related matters. | 0.2 | $ 103.50 |

1

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Barker, James | 12/5/2024 | Asset Recovery Investigation and Litigation | Investigations | ▇▇▇▇▇ location investigation | 3.0 | $ 1,917.00 |
| Levenson, Patrick | 12/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ▇▇▇▇ research. | 2.0 | $ 756.00 |
| Lomas, Adam | 12/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: addition banks to include in next Rule 2004 subpoena motion. | 0.3 | $ 155.25 |
| Lomas, Adam | 12/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of supplemental document productions from ▇▇▇ and ▇▇▇ | 0.4 | $ 207.00 |
| Lomas, Adam | 12/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Aggregate list of identified overseas banks and accounts for consideration with respect to Rule 2004 subpoena; related document and transaction review. | 1.7 | $ 879.75 |
| Lomas, Adam | 12/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: identified or suspected accounts at various financial institutions [▇▇▇▇▇ ▇▇▇▇ Bank, ▇▇▇▇▇▇▇▇▇▇ and The ▇▇▇▇ for follow-up. | 2.1 | $ 1,086.75 |
| Parizek, Pam | 12/6/2024 | UAE Asset Recovery Actions | Investigations | Review I. Jones update re: ▇▇▇▇ [.2]. | 0.2 | $ 142.40 |
| Spier, Tre | 12/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of document productions from ▇▇▇ and ▇▇▇ related updates to inventory of Debtor-related bank accounts. | 1.2 | $ 264.60 |
| Lazarus, Jordan | 12/9/2024 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare November 2024 Monthly Fee Statement | 2.5 | $ 1,293.75 |
| Lomas, Adam | 12/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▇▇▇▇ bank account transactions; related updates to master transaction file. | 0.4 | $ 207.00 |
| Lomas, Adam | 12/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Reviewed and matched postpetition transfers between ▇▇▇▇ entities as part of analysis of postpetition inflows requested by Paul Hastings [L. Despins]. | 4.6 | $ 2,380.50 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision with respect to analysis of ▇▇▇▇ account activity. | 0.2 | $ 103.50 |
| Parizek, Pam | 12/10/2024 | UAE Asset Recovery Actions | Investigations | Review I. Jones update re: ▇▇▇▇ and outstanding ▇▇▇▇ [.2]. | 0.2 | $ 142.40 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: source bank accounts with respect to transfers to certain transfers to ▇▇▇▇ Ltd; compiled related documents; composed related email. | 1.7 | $ 879.75 |
| Spier, Tre | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of document production from ▇▇▇▇ related updates to inventory of Debtor-related bank accounts. | 0.5 | $ 110.25 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Continued analysis of postpetition transaction data. | 4.5 | $ 2,328.75 |
| Spier, Tre | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▇▇▇▇ ▇▇▇▇ bank account transactions; related updates to master transaction file. | 5.5 | $ 1,212.75 |

2

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▉▉▉▉ LLC bank account transactions; related updates to master transaction file. | 1.8 | $ 931.50 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision with respect to review of ▉▉▉▉ documents. | 0.2 | $ 103.50 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of documents produced by ▉▉▉▉. | 0.1 | $ 51.75 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▉▉▉▉ bank account transactions; related updates to master transaction file. | 0.4 | $ 207.00 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▉▉▉▉ bank account transactions; related updates to master transaction file. | 1.4 | $ 724.50 |
| Spier, Tre | 12/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▉▉▉▉ Inc bank account transactions; related updates to master transaction file. | 6.8 | $ 1,499.40 |
| Lomas, Adam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Corresponded with NPM Law [P. Linsey] and Paul Hastings [D. Barron] re: certain transfers to/from ▉▉▉▉ bank accounts with ▉▉▉▉ and ▉▉▉▉ related transaction analysis. | 0.6 | $ 310.50 |
| Lomas, Adam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: additional entities for consideration with respect to 18th Omnibus Rule 2004 motion; related transaction review and research. | 2.9 | $ 1,500.75 |
| Spier, Tre | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▉▉▉▉ Inc bank account transactions; related updates to master transaction file. | 1.2 | $ 264.60 |
| Lazarus, Jordan | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with P. Parizek, A. Lomas, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: bank account analysis and related matters. | 0.6 | $ 310.50 |
| Lomas, Adam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Summary key takeaways of analysis of postpetition inflows for meeting with Paul Hastings and NPM counsel teams. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of correspondence from A. Lomas re: analysis of post-petition transfers, transactional activity re: ▉▉▉▉ and related matters. | 0.4 | $ 207.00 |
| Lomas, Adam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedules summarizing postpetition inflows; compose related email to Paul Hastings counsel team. | 1.2 | $ 621.00 |
| Parizek, Pam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, J. Lazarus, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song] and NPM Law [P. Linsey, K. Mitchell] re: analysis of bank records for ▉▉▉▉ and ▉▉▉▉ [.2]. Review summary of post-petition inflows by transferees and transferors [.3]. | 0.5 | $ 356.00 |

3

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: quantification of postpetition inflows, analysis of ▮▮▮ and ▮▮▮ LLC bank transactions, ▮▮▮ and other investigative updates; with Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey and K. Mitchell]; and Kroll [P. Parizek and J. Lazarus]. | 0.6 | $ 310.50 |
| Lomas, Adam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ▮▮▮ LLP. | 0.8 | $ 414.00 |
| Lomas, Adam | 12/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮ LLC transactions in The ▮▮▮ bank account; related updates to master transaction file. | 0.2 | $ 103.50 |
| Lomas, Adam | 12/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Instructions to T. Spier re: review and analysis of ▮▮▮ bank account transactions; related staff supervision. | 0.5 | $ 258.75 |
| Lomas, Adam | 12/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate transactions from ▮▮▮ account at ▮▮▮ into master transaction file for analysis. | 0.4 | $ 207.00 |
| Lomas, Adam | 12/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮ LLC and ▮▮▮ Company LLC bank account transactions; related updates to master transaction file. | 0.3 | $ 155.25 |
| Lomas, Adam | 12/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▮▮▮ LLC and ▮▮▮ Company LLC bank account transactions into master transaction file for review/analysis. | 0.2 | $ 103.50 |
| Spier, Tre | 12/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮ LLC bank account transactions; related updates to master transaction file. | 2.7 | $ 595.35 |
| Spier, Tre | 12/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮ LLC bank account transactions; related updates to master transaction file. | 3.7 | $ 815.85 |
| Lomas, Adam | 12/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▮▮▮ bank account transactions into master transaction file for review/analysis. | 1.1 | $ 569.25 |
| Lomas, Adam | 12/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision with respect to analysis of ▮▮▮ Inc bank account transactions. | 0.2 | $ 103.50 |
| Lomas, Adam | 12/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▮▮▮ bank account transactions into master transaction file for review/analysis. | 1.9 | $ 983.25 |
| Lomas, Adam | 12/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▮▮▮ Inc bank account transactions into master transaction file for review/analysis. | 0.4 | $ 207.00 |
| Spier, Tre | 12/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮ Inc bank account transactions; related updates to master transaction file. | 3.7 | $ 815.85 |
| Spier, Tre | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮ Inc bank account transactions; related updates to master transaction file. | 1.2 | $ 264.60 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Spier, Tre | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of document productions from ▬ and ▬ Bank; related updates to inventory of Debtor-related bank accounts. | 1.1 | $ 242.55 |
| Lomas, Adam | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of ▬ Bank and ▬ document productions. | 0.2 | $ 103.50 |
| Lomas, Adam | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with NPM Law [P. Linsey and K. Mitchell] and J. Lazarus re: updated transfer totals for additional avoidance action decisioning. | 0.4 | $ 207.00 |
| Levenson, Patrick | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | ▬ tracing research and reporting. | 0.2 | $ 75.60 |
| Spier, Tre | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▬ LLC bank account transactions; related updates to master transaction file. | 3.8 | $ 837.90 |
| Lazarus, Jordan | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas and NPM Law [P. Linsey and K. Mitchell] re: omnibus complaint, updated avoidance actions, alter egos, and related matters. | 0.4 | $ 207.00 |
| Levenson, Patrick | 12/18/2024 | Asset Recovery Investigation and Litigation | Investigations | ▬ tracing research and reporting. | 1.0 | $ 378.00 |
| Lomas, Adam | 12/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [K. Catalano] re: ▬ accounts; related updates to schedule of ▬ bank account transaction activity after 12/21/23. | 3.1 | $ 1,604.25 |
| Parizek, Pam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas analysis of ▬ personal bank accounts, status update re: analysis of other Kwok entities [.1]. | 0.1 | $ 71.20 |
| Spier, Tre | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▬ LLC bank account transactions; related updates to master transaction file. | 1.1 | $ 242.55 |
| Lomas, Adam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▬ LLC bank account transactions; related updates to master transaction file. | 0.9 | $ 465.75 |
| Lomas, Adam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Communication with internal Kroll team re: status and updates for weekly call with Paul Hastings and NPM Law counsel teams. | 0.3 | $ 155.25 |
| Lomas, Adam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision [T. Spier] with respect to analysis of records produced by ▬ for ▬ LLC account. | 0.3 | $ 155.25 |
| Parizek, Pam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review assignment re: forfeiture amounts, confer A. Lomas re: same [.1]. | 0.1 | $ 71.20 |
| Lomas, Adam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▬ LLC Inc bank account transactions into master transaction file for review/analysis. | 0.5 | $ 258.75 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [D. Barron] re: ▮▮▮▮ bank accounts referenced in ▮▮▮▮ prepare related schedule/analysis of summarized transaction activity in referenced bank accounts. | 3.3 | $ 1,707.75 |
| Spier, Tre | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 3.2 | $ 705.60 |
| Lomas, Adam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [L. Despins] re: postpetition inflows; related revisions to schedule of postpetition inflows over time. | 0.4 | $ 207.00 |
| Parizek, Pam | 12/19/2024 | General Debtor Representation | Fee/Employment Applications | Review November 2024 Fee Statement, review and approve redactions to narrative time detail [1.0]. | 1.0 | $ 712.00 |
| Lazarus, Jordan | 12/19/2024 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare November 2024 Monthly Fee Statement | 2.0 | $ 1,035.00 |
| Spier, Tre | 12/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 1.2 | $ 264.60 |
| Spier, Tre | 12/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 1.2 | $ 264.60 |
| Lomas, Adam | 12/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: ▮▮▮▮ bank accounts. | 0.2 | $ 103.50 |
| Lomas, Adam | 12/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▮▮▮▮ Inc bank account transactions into master transaction file for review/analysis. | 0.4 | $ 207.00 |
| Lomas, Adam | 12/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision [T. Spier] with respect to additional bank accounts to review and analyze. | 0.3 | $ 155.25 |
| Spier, Tre | 12/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 2.5 | $ 551.25 |
| Parizek, Pam | 12/21/2024 | Asset Recovery Investigation and Litigation | Investigations | Review J. Barker update re: ▮▮▮▮ [.1]. | 0.1 | $ 71.20 |
| Spier, Tre | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 2.0 | $ 441.00 |
| Spier, Tre | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 2.4 | $ 529.20 |
| Lomas, Adam | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: transfers from ▮▮▮▮ | 0.1 | $ 51.75 |
| Spier, Tre | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 3.1 | $ 683.55 |
| Lomas, Adam | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▮▮▮▮ bank account transactions into master transaction file for review/analysis. | 0.9 | $ 465.75 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision [T. Spier] with respect to additional bank accounts to review and analyze. | 0.1 | $ 51.75 |
| Lomas, Adam | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▮▮▮▮ Inc bank account transactions into master transaction file for review/analysis. | 0.5 | $ 258.75 |
| Lomas, Adam | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▮▮▮▮ bank account transactions into master transaction file for review/analysis. | 0.4 | $ 207.00 |
| Lomas, Adam | 12/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with Paul Hastings [L. Despins] re: analysis of postpetition inflows and funds ▮▮▮▮ attention to related analysis. | 0.4 | $ 207.00 |
| Lomas, Adam | 12/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of ▮▮▮▮ and ▮▮▮▮ document productions. | 0.4 | $ 207.00 |
| Spier, Tre | 12/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 5.1 | $ 1,124.55 |
| Spier, Tre | 12/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 1.8 | $ 396.90 |
| Lomas, Adam | 12/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to T. Spier with list of bank account-related analyses/tasks. | 0.7 | $ 362.25 |
| Lomas, Adam | 12/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Attention to analysis of postpetition inflows and funds ▮▮▮▮ | 1.5 | $ 776.25 |
| Lomas, Adam | 12/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Attention to analysis of postpetition inflows and funds ▮▮▮▮ | 1.8 | $ 931.50 |
| **Total Hours and Amount:** | | | | | **133.2** | **$ 54,020.60** |

7