## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br><br>Re: ECF Nos. 4004, 4009 |

## ORDER CLARIFYING NOTICE OF HEARING

On January 24, 2025, Mr. Luc A. Despins, in his capacity as Chapter 11 trustee (the "Trustee") for the estate of Mr. Ho Wan Kwok, filed a second supplemental motion (the "Motion") to extend time to assert claims subject to time limitations. (ECF No. 4004.) On January 27, 2025, the Clerk's Office issued a Notice of Hearing (the "Notice"), giving notice that a hearing on the Motion would be held on February 11, 2025, at 1:00 p.m. in the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT. (ECF No. 4009.)

The Notice states that "unless otherwise ordered by the court the initial hearing on the [Motion] will be a non-evidentiary hearing". (*Id.*) During a hearing held on January 28, 2025, the Trustee asked whether the hearing may include testimony and/or evidence as have previous hearings on the original motion and first supplemental motion. Accordingly, it is hereby

**ORDERED:** Testimony and/or evidence may be introduced during the hearing on the Motion to be held on February 11, 2025, at 1:00 p.m. in the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT; and it is further

**ORDERED:** Objections or responses to the Motion shall be filed within the timeframe set forth in the Notice, which deadline was set as at or before 4:00 p.m. on February 7, 2025.

Dated at Bridgeport, Connecticut this 28th day of January, 2025.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut