**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                 :

In re:                          :    Chapter 11
                                 :

HO WAN KWOK, *et al.*,        :    Case No. 22-50073 (JAM)
                                 :

Debtors.[1]         :    Jointly Administered
                                 :

-------------------------------------------------------x

**COVERSHEET FOR THIRD INTERIM FEE APPLICATION OF**
**PRAGER DREIFUSS AG**

| | |
|---|---|
| Interim Application of: | Prager Dreifuss AG |
| Time Period: | September 19, 2024 through December 31, 2024 |
| Bankruptcy Petition Filed: | February 15, 2022 |
| Date of Entry of Retention Order: | March 21, 2023 [Docket No. 3034] (effective as of January 17, 2024). |

**Amount Requested**                **Reductions**
Fees:         CHF 277,920.00    Voluntary Fee Reductions:    none
Expenses:    CHF 14,148.35    Voluntary Expenses Reductions:  none
**Total:**      **CHF 292,068.35**

**Fees Previously Requested:**      **Retainer Request:**
Requested Fees:    CHF 120,011.25    None
Awarded Fees:     CHF 120,011.25
Paid Fees:       CHF 120,011.25[2]

**Expenses Previously Requested:**    **Expense Detail:**
Requested Expenses:  CHF 2,400.20    Retainer Received:     Not applicable
Awarded Expenses:   CHF 2,400.20    Copies per page cost & total: Not applicable
Paid Expenses:     CHF 2,400.20

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   In addition, as detailed below, CHF 170,462.00 in fees and CHF 12,851.50 in expenses were previously paid in accordance with the Interim Compensation Order (as defined below) and Prager's monthly fee statements.

**MONTHLY FEE REQUESTS FOR FEE PERIOD**

| Monthly Period Covered | Total Fees (100%) | Requested Fees (80%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 20% Fee Holdback |
|---|---|---|---|---|---|---|
| 9/19/24 - 10/31/24 | CHF 94,301.25 | CHF 75,441.00 | CHF 10,431.00 | CHF 75,441.00 | CHF 10,431.00 | CHF 18,860.25 |
| 11/1/24 - 11/30/24 | CHF 118,776.25 | CHF 95,021.00 | CHF 2,420.50 | CHF 95,021.00 | CHF 2,420.50 | CHF 23,755.25 |
| 12/1/24 - 12/31/24 | CHF 64,842.50 | CHF 51,874.00 | CHF 1,296.85 | -- | -- | CHF 12,968.50 |
| **TOTAL** | **CHF 277,920.00** | **CHF 222,336.00** | **CHF 14,148.35** | **CHF 170,462.00** | **CHF 12,851.50** | **CHF 55,584.00** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------x
                         :

In re:                     :    Chapter 11
                          :

HO WAN KWOK, *et al.,*     :    Case No. 22-50073 (JAM)
                          :

    Debtors.[1]         :    Jointly Administered
                          :

---------------------------------------------------x

**THIRD INTERIM FEE APPLICATION OF PRAGER DREIFUSS AG, AS SWISS LAW**
**COUNSEL, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**PERIOD FROM SEPTEMBER 19, 2024 THROUGH DECEMBER 31, 2024**

Pursuant to sections 105(a), 328, 330, and 331 of title 11 of the United States Code (such title, hereinafter, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Connecticut (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Procedures Order"), Prager Dreifuss AG ("Prager" or the "Applicant"), as Swiss law counsel for Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), hereby files this *Third Interim Application of Prager Dreifuss AG, as Swiss Law Counsel, for Compensation and Reimbursement of Expenses for the Period from September 19, 2024 through December 31, 2024*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(the "Application").  By this Application, Prager requests interim allowance of professional fees incurred during the period from September 19, 2024 through and including December 31, 2024 (the "Application Period").  In support of this Application, Prager respectfully states as follows:

### JURISDICTION, VENUE, BASES FOR RELIEF, AND COMPLIANCE

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The legal predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1.

3.    Prager believes that this Application, together with the attachments hereto, substantially complies with the Bankruptcy Rules, Local Rule 2016-1, and the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines").[2]  Prager respectfully requests a waiver of any of the foregoing requirements not met by this Application.

4.    Attached and incorporated herein by reference are the following Exhibits:

- **Exhibit A** contains the Proposed Order granting this Application.

- **Exhibit B** is a timekeeper summary that includes the name, hourly billing rate, aggregate hours, and amount of fees earned for each Prager individual who provided services during the Application Period; and

- **Exhibit C** contains the detail of the fees and expenses incurred during the Application Period.

---

[2]    Prager reserves all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines with respect to any application for compensation in these chapter 11 cases.

## BACKGROUND

### I.   Chapter 11 Cases

5.       On February 15, 2022 (the "Petition Date"), the Individual Debtor filed a voluntary petition for relief under the Bankruptcy Code in the United States Bankruptcy Court for the District of Connecticut (Bridgeport Division) (the "Court").

6.       On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in the Individual Debtor's chapter 11 case.  No examiner has been appointed in the Individual Debtor's chapter 11 case.

7.       On June 15, 2022, the Court entered a memorandum of decision and order [ECF No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Individual Debtor's chapter 11 case.

8.       Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Trustee.  On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Trustee in the Individual Debtor's chapter 11 case.

9.       By order entered March 21, 2024, the Court authorized Prager's retention as Swiss law counsel to the Trustee [Docket No. 3034] (the "Retention Order") effective as of January 17, 2024 in the Debtor's chapter 11 case.  The Retention Order authorizes Prager to be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket expenses pursuant to sections 328 and 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such orders as the Court may direct.  In accordance with the Retention Order, (a) Prager is authorized to charge a flat fee for disbursements in an amount equal to 2% of the total fees charged and (b) Prager is authorized to invoice its fees and expenses in Swiss Francs (CHF)

3

and to have such fees and expenses paid in Swiss Francs (CHF), subject to the terms of the Interim Compensation Order.

10.     On June 24, 2024, Prager filed its *First Interim Fee Application of Prager Dreifuss AG, as Swiss Law Counsel, for Compensation and Reimbursement of Expenses for Period from January 17, 2024 Through April 30, 2024* [Docket No. 3281] (the "First Interim Fee Application") requesting interim allowance of professional fees incurred during the period from January 17, 2024 through and including April 30, 2024.  On July 23, 2024, the Court granted the First Interim Fee Application [Docket No. 3346].

11.     On October 15, 2024, Prager filed its *Second Interim Fee Application of Prager Dreifuss AG, as Swiss Law Counsel, for Compensation and Reimbursement of Expenses for Period from May 1, 2024 Through September 30, 2024* [Docket No. 3698] (the "Second Interim Fee Application") requesting interim allowance of professional fees incurred during the period from May 1, 2024 through and including September 30, 2024.  On November 13, 2024, the Court granted the Second Interim Fee Application [Docket No. 3812].

## II.     Monthly Fee Statements

12.     On August 18, 2023, the Court entered the Interim Compensation Procedures Order, which, among other things, approves procedures for the payment of 80% of fees and 100% of expenses on a monthly basis.

13.     On November 4, 2024, Prager filed and served a monthly fee statement [Docket No. 3780] (the "October Fee Statement") requesting payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the period from September 19, 2024 through October 31, 2024, in the amounts of CHF 75,441.00 (80% of CHF 94,301.25) and CHF 10,431.00, respectively.  No objections were filed in response to the

October Fee Statement.  Accordingly, the estate has paid Prager CHF 85,872.00 for fees and expenses with respect to the October Fee Statement.

14.    On December 5, 2024, Prager filed and served a monthly fee statement [Docket No. 3863] (the "November Fee Statement") requesting payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the period from November 1, 2024 through November 30, 2024, in the amounts of CHF 95,021.00 (80% of CHF 118,776.25) and CHF 2,420.50, respectively.  No objections were filed in response to the November Fee Statement.  Accordingly, the estate has paid Prager CHF 97,441.50 for fees and expenses with respect to the November Fee Statement.

15.    On January 22, 2025, Prager filed and served a monthly fee statement [Docket No. 3995] (the "December Fee Statement") requesting payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the period from December 1, 2024 through December 31, 2024, in the amounts of CHF 51,874.00 (80% of CHF 64,842.50) and CHF 1,296.85, respectively.  The deadline to object to the December Fee Statement is February 12, 2025.  Accordingly, at this time, the estate has not yet paid Prager for fees and expenses with respect to the December Fee Statement, but the Trustee intends to do so, in accordance with the Interim Compensation Procedures Order.

**ALLOWANCE REQUEST**

16.    The Applicant is applying for compensation pursuant to Sections 330 and 331 of the Bankruptcy Code for legal services performed for the Trustee during the Application Period.

17.    For the Application Period, the Applicant seeks allowance of CHF 277,920.00 as compensation for services rendered and allowance and reimbursement of CHF 14,148.35 in

expenses incurred in connection with such services.  The Applicant devoted 755.25 hours to this case during the Application Period, equating to an overall blended rate of CHF 367.98.

18.     As noted, Prager has already received payment of CHF 170,462.00 of the fees incurred during the Application Period and CHF 12,851.50 of the expenses incurred during the Application Period, such that Prager is only seeking payment of (a) 80% of the fees and 100% of the expenses incurred on the December Fee Statement, i.e., CHF 53,170.85,[3] and (b) the remaining 20% of its fees incurred during the Application Period, namely CHF 55,584.00.

19.     Throughout the Application Period, the Applicant maintained records to indicate the name of each professional working on this matter, the time spent on a particular issue, and the nature of the work performed.  These records, which describe in detail the services rendered by the Applicant, were created at the approximate time the services were performed.

20.     Annexed hereto and made a part hereof as **Exhibit C** is a detailed billing report, upon which this application is based that contains each individual professional's time for the Debtor's bankruptcy case, itemizing the dates upon which services were rendered, including a summary of the services on each of such dates by each person rendering the service, the time spent in rendering such service, and the CHF value of such services.  The time detail attached hereto as **Exhibit C** include certain redactions to protect against the disclosure of privileged or confidential information.

### SUMMARY OF SERVICES RENDERED

21.     The Trustee retained Prager, effective as of January 17, 2024, principally to assist the Trustee in investigating and recovering property of the estate located in Switzerland.  After

---

[3]     For the avoidance of doubt, the estate will pay this amount upon the expiration of the February 12, 2025 objection deadline with respect to the December Fee Statement, provided no objections are filed with respect to that fee statement, in accordance with the Interim Compensation Procedures Order.

the Debtor's chapter 11 case was recognized in Switzerland on July 24, 2024, Prager has

continued to investigate estate assets that the Trustee has reason to believe are located in

Switzerland, including by submitting information requests to numerous financial institutions in

Switzerland and communicating with Swiss prosecutors.  In addition, Prager has been

conducting legal research and preparing related memoranda concerning, among other things, the

recognition and enforcement of this Court's judgments in Switzerland.

22.     The work undertaken by Prager to date has been significant, involving legal

research and motion practice, factual analysis, correspondence, and strategic input.  This work

remains ongoing, with additional work expected in due course.

### NO PRIOR APPLICATION

23.     No prior application for the relief requested has been made.  However, as noted,

certain fees and expenses incurred during the Application Period were previously paid in

accordance with the Interim Compensation Procedures Order.

### LEGAL AUTHORITY FOR COMPENSATION

24.     All of the professional services for which this award is being sought hereby were

rendered solely on behalf of the Trustee in connection with the chapter 11 cases herein.

25.     Applicant respectfully submits that its services have benefited the Debtor's estate

with the expertise and skill required to, among other things, conduct an investigation into estate

assets located in Switzerland and seek the recovery of such assets.  The services for which such

compensation is requested were performed for and on behalf of the Trustee.  Such services have

been necessary to protect and enforce the rights and interests of the Debtor's estate in connection

with these chapter 11 cases.  The reasonable value of services rendered by Prager in these cases

is based upon Prager's usual hourly rates for matters of this nature.

26.    Section 330 of the Bankruptcy Code prescribes the general standards for determining the amount of compensation to be paid to professionals.  The Applicant submits that the amount sought for the Application Period represents reasonable compensation for professional services rendered based upon the time spent, the nature, the extent, and the value of such services, taking into account the cost of comparable services in a non-bankruptcy case.

27.    Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330(a) of the Bankruptcy Code provides that, after notice and a hearing, the Court may award a professional employed under 11 U.S.C. § 327 "reasonable compensation for actual, necessary services rendered" and "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).[4]

28.    In determining the amount of "reasonable compensation," the Court must consider the nature, extent, and value of the services, taking into account all the relevant factors, including the time spent on such services, the rates charged for such services, whether the services were necessary and beneficial, whether the services were performed in a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed, and whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code. See 11 U.S.C. § 330(a)(3).  The Court enjoys "considerable discretion in determining reasonable fee awards." *In re Ahead Communication Systems, Inc.*, 395 B.R. 512 (D. Conn. 2008).

---

[4]    Under section 328(a) of the Bankruptcy Code, with bankruptcy court approval, a trustee may employ professional persons under section 327(a) of the Bankruptcy Code "on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis."  11 U.S.C. § 328(a).

29. In assessing the "reasonableness" of the fees requested, the Second Circuit has stated that courts should consider the factors enumerated in *Johnson v. Ga. Highway Express, Inc.*,[5] while also incorporating the "lodestar method." *See Arbor Hill Concerned Citizens Neighborhood Ass'n v. County of Albany and Albany County Bd. of Elections*, 522 F.3d 182, 190 (2d Cir. 2007) (*citing Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714 (5th Cir.1974), *abrogated on other grounds* by *Blanchard v. Bergeron*, 489 U.S. 87, 92–93, 96 (1989)). The "lodestar method" of calculating the reasonable fee contemplates "the number of hours reasonably expended . . . multiplied by a reasonable hourly rate." *See Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983); *Gisbrecht v. Barnhart*, 535 U.S. 789, 801 (2002); *Perdue v. Kenny A.*, 130 S.Ct. 1662, 1672 (2010); *In re Drexel Burnham Lambert Grp., Inc.*, 133 B.R. 13 (Bankr. S.D.N.Y. 1991). The factors set forth in *Johnson* and *In re First Colonial Corp. of Am.*, 544 F.2d 1291, 1298–99 (5th Cir. 1977) have been adopted by most courts.[6] *See In re Nine Assocs., Inc.*, 76 B.R. 943, 945 (S.D.N.Y. 1987) (adopting *First Colonial/Johnson* analysis); *In re Cuisine Magazine, Inc.*, 61 B.R. 210, 212–13 (Bankr. S.D.N.Y 1986) (same); *Green v. City of New York*, 403 F. Appx. 626, 629 (2d Cir. 2010) (summary order); *see generally* 3 COLLIER ON BANKRUPTCY ¶ 330.03[9] (Lawrence P. King ed., 16th ed. 2016) (describing *First Colonial*

---

[5]  The twelve *Johnson* factors are (1) the time and labor required, (2) the novelty and difficulty of the questions, (3) the skill requisite to perform the legal service properly, (4) the preclusion of other employment by the attorney due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent, (7) the time limitations imposed by the client or the circumstances, (8) the amount involved and the results obtained, (9) the experience, reputation, and ability of the attorneys, (10) the "undesirability" of the case, (11) the nature and length of the professional relationship with the client, and (12) awards in similar cases. *Johnson*, 488 F.2d at 717-19.

[6]  The factors articulated in *First Colonial* were first articulated by the Fifth Circuit in *Johnson*, with the *First Colonial* court adding the factor of the "spirit of economy," which was later rejected by Congress. *See Stroock & Stroock & Lavan v. Hillsborough Holdings Corp. (In re Hillsborough Holdings Corp.)*, 127 F.3d 1398, 1403 (11th Cir. 1997).

and *Johnson* as the "leading cases with regard to the factors to be considered in determining a reasonable allowance of compensation").

30.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code and applicable case law, the amount requested herein by Prager is fair and reasonable.

## STATUTORY COMPLIANCE

38.     No agreement or understanding exists between Prager and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this matter.  Prager will not, in any form or guise, share or agree to share compensation for services with any person, nor will Prager share in the compensation for any other person rendering service in these cases, except as so provided by Section 504(b) of the Bankruptcy Code and Rule 2016 of the Bankruptcy Rules.

## RESERVATION OF RIGHTS

39.     To the extent that time or disbursement charges for services rendered or expenses incurred during the Application Period are not included in this Application, or Prager has for any reason not sought compensation or reimbursement with respect to such services, Prager reserves the right to request compensation and reimbursement for such services in a supplemental or future application in these chapter 11 cases.  Also, Prager does not waive, and expressly reserves, its right to respond to any objections regarding this Application and the amounts sought for services rendered and expenses incurred.

*[Remainder of page intentionally left blank.]*

WHEREFORE, Prager respectfully requests entry of an order, substantially in the form attached hereto, (i) allowing interim compensation for professional services rendered during the Application Period in the amount of CHF 277,920.00 and reimbursement of CHF 14,148.35 in expenses, (ii) authorizing and directing prompt payment of fees and expenses from the estate, to the extent not already paid, (iii) allowing such compensation and payment for professional services rendered without prejudice to Prager's right to seek further compensation and/or payment from the estates for the full value of services performed and expenses incurred, and (iv) granting Prager such other and further relief as is just.

Dated: January 30, 2025

By: */s/ Daniel Hayek*
     Daniel Hayek
     PRAGER DREIFUSS AG
     Mühlebachstrasse 6
     CH-8008 Zürich

     *Swiss Law Counsel to Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al., | Case No. 22-50073 (JAM) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the *Third Interim Application of Prager Dreifuss AG, as Swiss Law Counsel, for Compensation and Reimbursement of Expenses for the Period from September 19, 2024 through December 31, 2024* (the "Application")[2] was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 cases by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[3]  In addition, to the extent not covered by the foregoing, copies of the Application were served on the twenty (20) largest creditors in the Debtor's chapter 11 case. Parties may access this filing through the Court's CM/ECF system.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not defined in this Certification shall have the meanings ascribed to them in the Application.

[3]    To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Dated: January 30, 2025
     New York, New York

By: /s/ G. Alexander Bongartz

G. Alexander Bongartz (*pro hac vice*)
Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

## EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                              :  Chapter 11
:
HO WAN KWOK, *et al*.,                               :  Case No. 22-50073 (JAM)
:
Debtors.[1]                                          :  Jointly Administered
:
---------------------------------------------------------------x

**[PROPOSED] ORDER GRANTING THIRD INTERIM FEE APPLICATION
OF PRAGER DREIFUSS AG, AS SWISS LAW COUNSEL, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 19, 2024
THROUGH DECEMBER 31, 2024**

Upon consideration of the Application (the "Application") of Prager Dreifuss AG

("Prager"), as Swiss law counsel for Luc A. Despins, in his capacity as the chapter 11 trustee (the

"Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"),[2] for interim

allowance of compensation and reimbursement of expenses from September 19, 2024 through

December 31, 2024; and sufficient notice having been given; and a hearing having been held on

_____, 2025 and due consideration having been given to any responses thereto; and sufficient

cause having been shown therefor, it is hereby:

1.      ORDERED that the Application is granted, pursuant to 11 U.S.C. §§ 330 and 331,

and compensation in the amount of CHF 277,920.00 and reimbursement of expenses in the

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

amount of CHF 14,148.35 are awarded to Prager, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full; it is further

2. ORDERED that nothing herein modified the Retention Order; it is further

3. ORDERED that the estates are authorized and directed to pay Prager's fees in the amount of CHF 55,584.00, *i.e.*, 20% of the fees allowed in paragraph 1 above, within fourteen days of the date of this Order; it is further

4. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

5. ORDERED that the Trustee and Prager are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

6. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

7. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

## EXHIBIT B

### Timekeeper Summary

| Name | Hours | Rate CHF | Amount CHF |
|------|------:|---------:|-----------:|
| Hayek, Daniel | 37.2 | 750.00 | 27,900.00 |
| Jegher, Gion | 46.8 | 650.00 | 30,420.00 |
| Meili, Mark | 45.55 | 550.00 | 25,052.50 |
| Oliver, Jany | 425.25 | 375.00 | 159,468.75 |
| Sangiorgio, Shannon | 200.45 | 175.00 | 35,078.75 |
| **TOTAL** | **755.25** | | **277,920.00** |

**<u>EXHIBIT C</u>**

**Fee Detail**

**Details of invoice no. 201334-24-17**

Invoice period:  September 19, 2024 – October 31, 2024

**Legal Fees**

| Date | Service | Name | VAT | Hours |
|------|---------|------|-----|-------|
| 19.09.2024 | rev. of file | OJY | 0.00% | 1.20 |
| 25.09.2024 | Emails to OJA with law review articles re same | GJ | 0.00% | 0.20 |
| 26.09.2024 | rev. ▇▇▇▇ | MMA | 0.00% | 0.70 |
| 01.10.2024 | Memo on ▇▇▇▇▇▇▇▇▇▇ | SSA | 0.00% | 5.90 |
| 01.10.2024 | Draft RFIs | OJY | 0.00% | 6.50 |
| 01.10.2024 | Meeting with MMA and OJY reg. Memo on ▇▇▇ | SSA | 0.00% | 0.35 |
| 01.10.2024 | Revision of memo on ▇▇▇▇▇▇ | SSA | 0.00% | 0.10 |
| 01.10.2024 | amend draft memo re ▇▇▇▇▇▇ | MMA | 0.00% | 1.00 |
| 01.10.2024 | conf. OJY re request letters | MMA | 0.00% | 0.20 |
| 02.10.2024 | Revision of memo on ▇▇▇▇▇ | SSA | 0.00% | 3.15 |
| 02.10.2024 | Letter to ▇▇▇ | OJY | 0.00% | 6.35 |
| 02.10.2024 | Memo re ▇▇▇▇ | OJY | 0.00% | 0.20 |
| 02.10.2024 | work on letter | HA | 0.00% | 0.70 |
| 02.10.2024 | Conf OJY | HA | 0.00% | 0.50 |
| 02.10.2024 | rev. request for information | MMA | 0.00% | 0.80 |
| 02.10.2024 | conf HA/SSA re memo on ▇▇▇▇ | MMA | 0.00% | 0.25 |
| 02.10.2024 | rev. e-mal ▇▇▇ , E-Mails Luc | HA | 0.00% | 0.30 |
| 03.10.2024 | Revision of memo on ▇▇▇▇▇ | SSA | 0.00% | 5.60 |
| 03.10.2024 | RFI re ▇▇ finalization | OJY | 0.00% | 1.60 |
| 03.10.2024 | rev. letter to ▇▇▇ | HA | 0.00% | 0.30 |
| 03.10.2024 | Conf. OJY to give comments on letter | HA | 0.00% | 0.30 |
| 03.10.2024 | E-Mail to Luc and Alex re: letter | HA | 0.00% | 0.50 |
| 03.10.2024 | ▇▇▇▇▇▇ | OJY | 0.00% | 1.70 |
| 03.10.2024 | RFI re ▇▇▇ | OJY | 0.00% | 2.65 |
| 03.10.2024 | Conf. OJY re: request to ▇▇▇ , e-maila to Luc and Alex, first results data base | HA | 0.00% | 0.70 |
| 03.10.2024 | Review RFI input PH re ▇▇▇▇ | OJY | 0.00% | 2.30 |
| 03.10.2024 | review Swiss law regarding ▇▇▇▇▇ | GJ | 0.00% | 1.00 |

1

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 03.10.2024 | conf SSA regarding ██████████ ██████████ | GJ | 0.00% | 0.50 |
| 03.10.2024 | rev. emails on the draft request for information | MMA | 0.00% | 0.20 |
| 04.10.2024 | Assess Input re ██████ | OJY | 0.00% | 2.40 |
| 04.10.2024 | Draft RFI re ██████ | OJY | 0.00% | 4.35 |
| 04.10.2024 | amend memo on ████████████ | MMA | 0.00% | 1.30 |
| 04.10.2024 | Call re Luc and Alex re next steps | OJY | 0.00% | 0.80 |
| 04.10.2024 | Instructing █ | OJY | 0.00% | 1.00 |
| 04.10.2024 | Conf. OJY re: draft letter to ██████ | HA | 0.00% | 0.50 |
| 04.10.2024 | Call Luc and Alex re: next steps, investigations in ████████████ | HA | 0.00% | 0.70 |
| 04.10.2024 | Call ██████████ | HA | 0.00% | 0.70 |
| 05.10.2024 | E-Mail to ██████ | HA | 0.00% | 0.10 |
| 05.10.2024 | E-Mail to Luc | HA | 0.00% | 0.10 |
| 05.10.2024 | Email to ██████ | OJY | 0.00% | 0.20 |
| 07.10.2024 | Revision of memo on ██████████████ | SSA | 0.00% | 5.55 |
| 07.10.2024 | Finializing RFI ████ | OJY | 0.00% | 2.55 |
| 07.10.2024 | ██████████ | OJY | 0.00% | 3.60 |
| 07.10.2024 | rev. extract of ██████ | HA | 0.00% | 0.30 |
| 07.10.2024 | Conf. OYJ re: ██████████ and e-mail to be drafted | HA | 0.00% | 0.30 |
| 07.10.2024 | Deal. w. motion to obtain Certificate of Finality (District Court etc.) | HA | 0.00% | 0.40 |
| 07.10.2024 | Meeting with MMA reg. memo on ██████████ ██████████ | SSA | 0.00% | 0.30 |
| 07.10.2024 | conf HA/SSA re memo on ██████████ | MMA | 0.00% | 0.30 |
| 07.10.2024 | conf OJY re request letter | MMA | 0.00% | 0.30 |
| 07.10.2024 | conf OJY re ██████████ | MMA | 0.00% | 0.20 |
| 08.10.2024 | Revision of memo on ██████████████ | SSA | 0.00% | 1.70 |
| 08.10.2024 | RFI ██████████████ | OJY | 0.00% | 5.70 |
| 08.10.2024 | rev. various and anwser e-mails of Alex | HA | 0.00% | 0.50 |
| 08.10.2024 | Conf. OJY re: Lettrs to ██████ | HA | 0.00% | 0.50 |
| 08.10.2024 | rev. and answer E-mail Alex on fees | HA | 0.00% | 0.50 |
| 08.10.2024 | rev. memo on ██████████ | MMA | 0.00% | 0.80 |
| 09.10.2024 | Draft RFIs | OJY | 0.00% | 3.80 |
| 09.10.2024 | rev. ██████, call ██████ | HA | 0.00% | 0.30 |
| 09.10.2024 | rev. drafts requests for information | MMA | 0.00% | 0.40 |
| 09.10.2024 | amend memo on ████████████ | MMA | 0.00% | 0.80 |
| 10.10.2024 | Revision of Memo | SSA | 0.00% | 6.85 |
| 10.10.2024 | Finalising Drafts and Annexes | OJY | 0.00% | 1.55 |
| 10.10.2024 | ██████████ | OJY | 0.00% | 3.70 |

2

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 10.10.2024 | conf SSA re memo on ███████████ | MMA | 0.00% | 0.70 |
| 11.10.2024 | Memo re ██████ | OJY | 0.00% | 2.70 |
| 11.10.2024 | ████████████ | OJY | 0.00% | 1.10 |
| 14.10.2024 | Meeting with OJY reg. Memo on ██████ | SSA | 0.00% | 0.80 |
| 14.10.2024 | Conf re Memo | OJY | 0.00% | 0.55 |
| 14.10.2024 | Editing down of the memo reg. ████████ | SSA | 0.00% | 1.70 |
| 14.10.2024 | Letter re RFIs | OJY | 0.00% | 1.95 |
| 15.10.2024 | RFI ████████ | OJY | 0.00% | 4.10 |
| 15.10.2024 | Memo | OJY | 0.00% | 2.65 |
| 15.10.2024 | Revision of memo on ██████ | SSA | 0.00% | 0.55 |
| 16.10.2024 | Memo finalisation | OJY | 0.00% | 0.70 |
| 16.10.2024 | Call ████ re ████████████ | MMA | 0.00% | 0.25 |
| 16.10.2024 | Update re ██████ | OJY | 0.00% | 2.80 |
| 16.10.2024 | Conf. Olli and Marc: re: Call ████████ | HA | 0.00% | 0.30 |
| 16.10.2024 | E-Mail to Luc Despins | HA | 0.00% | 0.30 |
| 16.10.2024 | rev. memo on ████████ | HA | 0.00% | 0.90 |
| 16.10.2024 | Research reg. ████████████ | SSA | 0.00% | 2.10 |
| 17.10.2024 | ██████████ | OJY | 0.00% | 1.25 |
| 17.10.2024 | Draft RFIs ██████████ | OJY | 0.00% | 6.75 |
| 17.10.2024 | legal research and conf OJY re ████████ ████████████████████ | GJ | 0.00% | 1.50 |
| 18.10.2024 | Draft next RFIs | OJY | 0.00% | 6.95 |
| 18.10.2024 | E-Mails ██████ re document request, conf OJY | MMA | 0.00% | 0.25 |
| 20.10.2024 | General Questions from Trustee | OJY | 0.00% | 5.60 |
| 21.10.2024 | Review of comments and questions reg. memo on ████████ | SSA | 0.00% | 0.75 |
| 21.10.2024 | General Questions from Trustee | OJY | 0.00% | 7.35 |
| 21.10.2024 | Meeting with OJY reg. revision of memo | SSA | 0.00% | 0.80 |
| 21.10.2024 | Revision of memo reg. ████████████ | SSA | 0.00% | 4.25 |
| 21.10.2024 | rev. and discuss draft answers to Alex | HA | 0.00% | 0.50 |
| 21.10.2024 | Call w, Luc and Alex re: ████████ | HA | 0.00% | 1.00 |
| 21.10.2024 | Meeting with HA and OJY reg. Memo on ████████████ | SSA | 0.00% | 0.60 |
| 21.10.2024 | Update Call | OJY | 0.00% | 1.10 |
| 21.10.2024 | Call with HA, OJY, Luc Despins and Alex Bongartz | SSA | 0.00% | 1.00 |
| 21.10.2024 | conf OJY re questions trustee on ████████ memo | MMA | 0.00% | 0.50 |
| 22.10.2024 | Draft re longer Memo | OJY | 0.00% | 2.85 |
| 22.10.2024 | Email re ████████████ | OJY | 0.00% | 1.45 |
| 22.10.2024 | rev. content of stick, Conf. OJY | HA | 0.00% | 0.70 |
| 23.10.2024 | Draft re Memo | OJY | 0.00% | 5.40 |
| 23.10.2024 | Revision of memo ████████████ | SSA | 0.00% | 0.50 |

| Date | Description | Initials | Percent | Hours |
|---|---|---|---|---|
| 23.10.2024 | Creating an overview of ███████████ | SSA | 0.00% | 0.50 |
| 23.10.2024 | conf OJY re ███████ | MMA | 0.00% | 0.20 |
| 23.10.2024 | conf OJY re ███████████████████ | GJ | 0.00% | 0.50 |
| 24.10.2024 | Creating an overview of ███████████ | SSA | 0.00% | 7.55 |
| 24.10.2024 | ███████ | OJY | 0.00% | 2.30 |
| 24.10.2024 | Memo re ████████████ | OJY | 0.00% | 2.75 |
| 24.10.2024 | Update Call | OJY | 0.00% | 0.40 |
| 24.10.2024 | rev. email Alex re █████████ | MMA | 0.00% | 0.30 |
| 24.10.2024 | conf HA/OJA re status and next steps | MMA | 0.00% | 0.30 |
| 24.10.2024 | call Paul Hastings re status and next steps | MMA | 0.00% | 0.50 |
| 24.10.2024 | rev. documents provided by ██████ | MMA | 0.00% | 0.50 |
| 24.10.2024 | correspondence ████████████ re documents request | MMA | 0.00% | 0.20 |
| 25.10.2024 | Creating an overview of ███████████ | SSA | 0.00% | 8.30 |
| 25.10.2024 | Memo including new documents | OJY | 0.00% | 6.90 |
| 25.10.2024 | legal research and study of ████████████████████████████████████ ; two conf with OJY on this subject | GJ | 0.00% | 2.50 |
| 26.10.2024 | E-Mails Luc about ████████████ | HA | 0.00% | 0.50 |
| 28.10.2024 | ████████ | OJY | 0.00% | 1.00 |
| 28.10.2024 | Memo | OJY | 0.00% | 3.65 |
| 28.10.2024 | conf HA/OJY re ███████████ | MMA | 0.00% | 0.20 |
| 28.10.2024 | Conf OJY rev. e-mail | HA | 0.00% | 0.50 |
| 28.10.2024 | conf with OJY regarding █████████████████████████████████████ | GJ | 0.00% | 0.50 |
| 28.10.2024 | Letter to ███████████ | OJY | 0.00% | 1.90 |
| 28.10.2024 | ████████████████ | OJY | 0.00% | 0.30 |
| 28.10.2024 | Draft Reminder to ███████████████ | OJY | 0.00% | 0.75 |
| 28.10.2024 | rev. docs, call ████████████ | HA | 0.00% | 0.50 |
| 28.10.2024 | emails Alex Bongartz re ████████████████ | MMA | 0.00% | 0.30 |
| 29.10.2024 | Reminder ███████████ | OJY | 0.00% | 1.10 |
| 29.10.2024 | RFI ███ | OJY | 0.00% | 1.75 |
| 29.10.2024 | Call ██████ re update | MMA | 0.00% | 0.25 |
| 29.10.2024 | Update re Workstreams | OJY | 0.00% | 1.10 |
| 29.10.2024 | RFI re ████ | OJY | 0.00% | 3.20 |
| 29.10.2024 | Conf OYA re update email to client | MMA | 0.00% | 0.50 |
| 29.10.2024 | Conf. OJY re: Update etc. | HA | 0.00% | 0.50 |
| 29.10.2024 | ████████████████ | OJY | 0.00% | 1.70 |

| Date | Text | | VAT | |
|---|---|---|---|---|
| 29.10.2024 | E-Mails Luc and Alex | HA | 0.00% | 0.20 |
| 29.10.2024 | emails to client re ██████ | MMA | 0.00% | 1.00 |
| 29.10.2024 | email to client re ████████ | MMA | 0.00% | 1.00 |
| 29.10.2024 | review memo on ████████████ | GJ | 0.00% | 0.70 |
| 30.10.2024 | Creating an overview of ████████ | SSA | 0.00% | 7.50 |
| 30.10.2024 | ██ RFI draft | OJY | 0.00% | 1.80 |
| 30.10.2024 | Proof reading of memo reg. ██████ | SSA | 0.00% | 0.70 |
| 30.10.2024 | Memo re ██████ | OJY | 0.00% | 1.00 |
| 30.10.2024 | RFI re ██████ | OJY | 0.00% | 3.60 |
| 30.10.2024 | rev. ██ information request | MMA | 0.00% | 0.30 |
| 30.10.2024 | ██ RFI feedback | OJY | 0.00% | 2.05 |
| 30.10.2024 | rev. memo on ████████ | MMA | 0.00% | 1.00 |
| 30.10.2024 | conf OJY re comments client on ██ information request | MMA | 0.00% | 0.20 |
| 30.10.2024 | rev. ██ information request | MMA | 0.00% | 0.25 |
| 31.10.2024 | Creating an overview of ████████ | SSA | 0.00% | 4.10 |
| 31.10.2024 | Draft Memo | OJY | 0.00% | 1.00 |
| 31.10.2024 | RFI re ███ | OJY | 0.00% | 4.30 |
| 31.10.2024 | Federal Prosecution | OJY | 0.00% | 0.30 |
| 31.10.2024 | ███ re additional Questions | OJY | 0.00% | 2.40 |
| 31.10.2024 | call criminal prosecution re ████ | MMA | 0.00% | 0.20 |
| 31.10.2024 | rev. additional request letter ████ | MMA | 0.00% | 0.60 |
| **Total excl. VAT** | | | | **262.10** |

## Expenses

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 04.10.2024 | Invoice ████████████████ | 0.00% | 45.00 |
| 15.10.2024 | Invoice ████ - Consulting Fees | 0.00% | 8'500.00 |
| 01.11.2024 | Disbursements | 0.00% | 1'886.00 |
| **Total excl. VAT** | | | **10'431.00** |

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 14.10 | 750.00 | 10'575.00 |
| Jany, Oliver | 152.65 | 375.00 | 57'243.75 |
| Jegher, Gion | 7.40 | 650.00 | 4'810.00 |

| | | | |
|---|---|---|---|
| Meili, Mark | 16.75 | 550.00 | 9'212.50 |
| Sangiorgio, Shannon | 71.20 | 175.00 | 12'460.00 |
| | 262.10 | 359.80 | 94'301.25 |

**Details of invoice no. 201334-24-18**

Invoice period:  November 1, 2024 – November 30, 2024

**Legal Fees**

| Date | Service | Name | VAT | Hours |
|------|---------|------|-----|-------|
| 01.11.2024 | Draft: 2nd. RFI to ▮▮▮ | OJY | 0.00% | 0.60 |
| 01.11.2024 | Draft: RFI to ▮▮▮ | OJY | 0.00% | 3.95 |
| 01.11.2024 | Draft: Additional questions ▮▮▮ | OJY | 0.00% | 2.25 |
| 01.11.2024 | Draft: Letter ▮▮ | OJY | 0.00% | 0.65 |
| 01.11.2024 | Conf. OJY re: different requests to ▮▮▮ and feedback | HA | 0.00% | 0.50 |
| 01.11.2024 | rev. answer ▮▮▮ to information request | MMA | 0.00% | 0.20 |
| 01.11.2024 | rev. letter ▮▮▮ | MMA | 0.00% | 0.20 |
| 01.11.2024 | rev. e-mails Luc | HA | 0.00% | 0.20 |
| 01.11.2024 | Draft: RFI to ▮▮▮ re ▮▮▮ | OJY | 0.00% | 2.30 |
| 01.11.2024 | rev. draft additional letter to ▮▮▮ | MMA | 0.00% | 0.20 |
| 01.11.2024 | rev. draft information request ▮▮▮ | MMA | 0.00% | 0.30 |
| 01.11.2024 | Handle ▮▮▮ | HA | 0.00% | 0.20 |
| 01.11.2024 | rev. and comment letters to ▮▮▮ und ▮▮ | HA | 0.00% | 0.20 |
| 04.11.2024 | Draft: RFIs to ▮▮▮ and 2. RFI to ▮▮▮ | OJY | 0.00% | 1.00 |
| 04.11.2024 | Draft: ▮▮ RFI re ▮▮▮ | OJY | 0.00% | 5.65 |
| 04.11.2024 | final review ▮▮▮ letter | MMA | 0.00% | 0.60 |
| 04.11.2024 | rev. and comment Lt. ▮▮ | HA | 0.00% | 0.40 |
| 04.11.2024 | rev. and comment Lt. to ▮▮▮ | HA | 0.00% | 0.70 |
| 04.11.2024 | Call: ▮▮ | OJY | 0.00% | 0.20 |
| 04.11.2024 | conf HA/OJY re ▮▮ | MMA | 0.00% | 0.30 |
| 04.11.2024 | call ▮▮ | MMA | 0.00% | 0.10 |
| 04.11.2024 | conf OJY re status of workstreams | MMA | 0.00% | 0.10 |
| 04.11.2024 | Draft: ▮▮ legal basis ▮▮▮ | OJY | 0.00% | 1.15 |
| 05.11.2024 | Draft: ▮▮ second RFI re ▮▮ | OJY | 0.00% | 3.25 |
| 05.11.2024 | Handle ▮▮▮ | HA | 0.00% | 0.50 |
| 05.11.2024 | Call ▮▮▮ | HA | 0.00% | 0.70 |
| 05.11.2024 | Call ▮▮▮ | MMA | 0.00% | 0.70 |
| 05.11.2024 | Call: ▮▮▮ | OJY | 0.00% | 0.70 |
| 05.11.2024 | Draft: legal basis ▮▮ | OJY | 0.00% | 2.80 |
| 05.11.2024 | rev. information request ▮▮ re ▮▮ | MMA | 0.00% | 0.80 |
| 05.11.2024 | Email: re second RFI and Update | OJY | 0.00% | 0.35 |
| 05.11.2024 | Research: re ▮▮▮ | OJY | 0.00% | 2.45 |

1

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 06.11.2024 | amend draft letter to ▮ | MMA | 0.00% | 0.40 |
| 06.11.2024 | call Alex re letter to ▮ | MMA | 0.00% | 0.20 |
| 06.11.2024 | conf OJY re letter to ▮ | MMA | 0.00% | 0.10 |
| 07.11.2024 | Draft: translation RFI ▮ re ▮ | OJY | 0.00% | 3.45 |
| 07.11.2024 | Draft: additional letter to ▮ | OJY | 0.00% | 3.35 |
| 07.11.2024 | Draft: Memo follow-up questions | OJY | 0.00% | 2.20 |
| 07.11.2024 | rev. letter to ▮ | MMA | 0.00% | 0.50 |
| 07.11.2024 | Call: with Alex | OJY | 0.00% | 0.25 |
| 08.11.2024 | Draft: letter to ▮ and ▮ | OJY | 0.00% | 2.20 |
| 08.11.2024 | Draft: Memo Follow-up questions | OJY | 0.00% | 5.75 |
| 09.11.2024 | Draft : Memo re additional questions | OJY | 0.00% | 6.10 |
| 09.11.2024 | review email OJY | GJ | 0.00% | 0.50 |
| 09.11.2024 | legal research regarding ▮ | GJ | 0.00% | 1.80 |
| 09.11.2024 | email to OJY | GJ | 0.00% | 0.20 |
| 11.11.2024 | Research reg. ▮ | SSA | 0.00% | 4.80 |
| 11.11.2024 | Drafte Memo re follow up | OJY | 0.00% | 4.55 |
| 11.11.2024 | Draft re ▮ | OJY | 0.00% | 4.75 |
| 11.11.2024 | rev. letter ▮ re additional information request | MMA | 0.00% | 0.25 |
| 11.11.2024 | Conf. OJY re: memo and return from ▮ etc. | HA | 0.00% | 0.50 |
| 12.11.2024 | Research reg. ▮ | SSA | 0.00% | 2.60 |
| 12.11.2024 | Research: additional ▮ Documents | OJY | 0.00% | 4.00 |
| 12.11.2024 | rev. draft information request to ▮ | MMA | 0.00% | 0.40 |
| 12.11.2024 | Meeting with HA and OJY reg. ▮ | SSA | 0.00% | 1.00 |
| 12.11.2024 | Revision of RFI to ▮ | SSA | 0.00% | 1.15 |
| 12.11.2024 | Draft: RFI to ▮ | OJY | 0.00% | 3.20 |
| 12.11.2024 | rev. additional information ▮ | MMA | 0.00% | 0.40 |
| 12.11.2024 | Emails: to PH | OJY | 0.00% | 0.50 |
| 12.11.2024 | Research: ▮ | OJY | 0.00% | 1.15 |
| 12.11.2024 | Call Luc Despins | HA | 0.00% | 0.50 |
| 12.11.2024 | rev. draf letter to ▮ | HA | 0.00% | 1.00 |
| 12.11.2024 | conf HA/LCH/OYA/SSA re ▮ | MMA | 0.00% | 0.50 |
| 12.11.2024 | Call with HA, GJ, MMA and OJY reg. ▮ | SSA | 0.00% | 0.50 |
| 12.11.2024 | Call with HA, MMA, OJY and SSA re ▮ | GJ | 0.00% | 0.50 |
| 13.11.2024 | rev. information request to ▮ | MMA | 0.00% | 0.40 |
| 13.11.2024 | Research reg. ▮ | SSA | 0.00% | 7.20 |
| 13.11.2024 | Draft RFI re ▮ | OJY | 0.00% | 2.85 |
| 13.11.2024 | Reserach re ▮ | OJY | 0.00% | 1.35 |
| 13.11.2024 | Call with OJY reg. ▮ | SSA | 0.00% | 0.45 |

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 13.11.2024 | Doc. Review re ███ | OJY | 0.00% | 0.70 |
| 13.11.2024 | Draft 3rd RFI to ███ | OJY | 0.00% | 2.40 |
| 13.11.2024 | conf OJA re additional request ███ | MMA | 0.00% | 0.10 |
| 13.11.2024 | conf OJA re status ███ | MMA | 0.00% | 0.10 |
| 13.11.2024 | rev. final letter to ███ | MMA | 0.00% | 0.40 |
| 13.11.2024 | rev. Letter to ███ | HA | 0.00% | 0.50 |
| 13.11.2024 | rev. E-Mails Oli re ███ | HA | 0.00% | 0.20 |
| 14.11.2024 | Research reg. ███ | SSA | 0.00% | 8.40 |
| 14.11.2024 | Review: Documents | OJY | 0.00% | 1.25 |
| 14.11.2024 | Draft: 3rd RFI to ███ | OJY | 0.00% | 1.95 |
| 14.11.2024 | conf HA re ███ | MMA | 0.00% | 0.50 |
| 14.11.2024 | conf OJA re ███ letter | MMA | 0.00% | 0.50 |
| 14.11.2024 | Emails Luc re ███ letter | MMA | 0.00% | 0.25 |
| 14.11.2024 | rev. ███ letter | MMA | 0.00% | 0.20 |
| 14.11.2024 | conf OJA re status ███ | MMA | 0.00% | 0.10 |
| 14.11.2024 | conf OJA re status ███ | MMA | 0.00% | 0.10 |
| 15.11.2024 | Research reg. ███ | SSA | 0.00% | 10.15 |
| 15.11.2024 | Draft: Letter ███ | OJY | 0.00% | 1.45 |
| 15.11.2024 | Draft: Letter ███ | OJY | 0.00% | 5.50 |
| 15.11.2024 | rev. final letter to ███ | MMA | 0.00% | 0.10 |
| 15.11.2024 | rev. final letter to ███ | MMA | 0.00% | 0.10 |
| 15.11.2024 | email Alex re follow-up to ███ | MMA | 0.00% | 0.10 |
| 15.11.2024 | conf HA/GJ/OJA re ███ | MMA | 0.00% | 0.40 |
| 15.11.2024 | legal research regarding ███ | GJ | 0.00% | 4.00 |
| 15.11.2024 | Research: ███ | OJY | 0.00% | 0.55 |
| 15.11.2024 | Research reg. ███ | SSA | 0.00% | 0.15 |
| 15.11.2024 | Review Documents | OJY | 0.00% | 1.55 |
| 15.11.2024 | rev. follow-up request ███ | MMA | 0.00% | 0.30 |
| 15.11.2024 | rev. memo re ███ | MMA | 0.00% | 0.70 |
| 15.11.2024 | conf OJA/SSA re ███ | MMA | 0.00% | 0.25 |
| 15.11.2024 | call OJY | GJ | 0.00% | 0.40 |
| 15.11.2024 | call HA, MME and OJY | GJ | 0.00% | 0.40 |
| 15.11.2024 | email to Luc Despins | GJ | 0.00% | 0.20 |
| 18.11.2024 | Research reg. ███ | SSA | 0.00% | 7.35 |

3

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 18.11.2024 | Discussion re █████████ | OJY | 0.00% | 2.35 |
| 18.11.2024 | Research re ███████████ | OJY | 0.00% | 5.40 |
| 18.11.2024 | rev. final version follow-up letter ████ | MMA | 0.00% | 0.25 |
| 18.11.2024 | Draft: Letter to ██████ | OJY | 0.00% | 0.70 |
| 18.11.2024 | Conf. GJ and Team re: █████████████ ████████████ | HA | 0.00% | 1.70 |
| 18.11.2024 | Request ████████ | OJY | 0.00% | 0.35 |
| 19.11.2024 | Research reg. █████████████████ ████████ | SSA | 0.00% | 3.55 |
| 19.11.2024 | Research: re ██████ | OJY | 0.00% | 7.65 |
| 19.11.2024 | Draft: letter to ██████ | OJY | 0.00% | 1.40 |
| 19.11.2024 | rev. letter ████ | MMA | 0.00% | 0.20 |
| 19.11.2024 | ref. draft follow-up ██████ | MMA | 0.00% | 0.25 |
| 19.11.2024 | call Alex Bongartz re ████████████ | MMA | 0.00% | 0.20 |
| 19.11.2024 | Revision of memo on █████████████ | SSA | 0.00% | 5.00 |
| 20.11.2024 | Revision of memo on █████████████ | SSA | 0.00% | 4.50 |
| 20.11.2024 | Draft: Memo re ███████████ | OJY | 0.00% | 6.20 |
| 20.11.2024 | Draft: Additional RFI re ██████ | OJY | 0.00% | 1.45 |
| 20.11.2024 | Call ████████ | OJY | 0.00% | 0.30 |
| 20.11.2024 | rev. letter ████ | MMA | 0.00% | 0.20 |
| 20.11.2024 | Conf. OJY | HA | 0.00% | 0.40 |
| 20.11.2024 | Draft Letter re ████ | OJY | 0.00% | 1.35 |
| 20.11.2024 | rev. follow-up ██████ | MMA | 0.00% | 0.50 |
| 20.11.2024 | email Alex re ████████ | MMA | 0.00% | 0.25 |
| 20.11.2024 | rev. draft response letter ██████ | MMA | 0.00% | 0.20 |
| 20.11.2024 | rev. memo ██████ | HA | 0.00% | 1.00 |
| 20.11.2024 | rev. emails Alex re response letters | MMA | 0.00% | 0.20 |
| 20.11.2024 | Tel. █████████ | HA | 0.00% | 0.30 |
| 21.11.2024 | Draft █████ and █████ letters inc. translation | OJY | 0.00% | 7.00 |
| 21.11.2024 | conf OJY re status information requests | MMA | 0.00% | 0.30 |
| 21.11.2024 | conf OJY re ████████████████████ | MMA | 0.00% | 0.20 |
| 21.11.2024 | email Alex re ██████ | MMA | 0.00% | 0.10 |
| 21.11.2024 | email Alex re ████ | MMA | 0.00% | 0.10 |
| 22.11.2024 | Draft Letters to █████ and ████ | OJY | 0.00% | 4.80 |
| 22.11.2024 | conf HA/OJY re status of ████████████ | MMA | 0.00% | 0.30 |
| 22.11.2024 | email Alex re █████ letter | MMA | 0.00% | 0.10 |
| 22.11.2024 | rev. response letter ██████ | MMA | 0.00% | 0.20 |
| 25.11.2024 | Revision of memo on █████████████ | SSA | 0.00% | 7.40 |
| 25.11.2024 | Draft: Letters to █████ and █████ | OJY | 0.00% | 4.85 |
| 25.11.2024 | Response from ████████ | OJY | 0.00% | 0.10 |
| 25.11.2024 | Research and Draft ████████ | OJY | 0.00% | 4.00 |
| 25.11.2024 | rev. letter by attorney retained by ██████ | MMA | 0.00% | 0.20 |

4

| | | | | |
|---|---|---|---|---|
| 25.11.2024 | rev. final information request to ███ | MMA | 0.00% | 0.20 |
| 25.11.2024 | rev. additional documents provided by ███ | MMA | 0.00% | 0.20 |
| 25.11.2024 | rev. amended information request to ███ | MMA | 0.00% | 0.30 |
| 25.11.2024 | Call ████ | MMA | 0.00% | 0.20 |
| 25.11.2024 | email Luc and Alex re new information obtained | MMA | 0.00% | 0.20 |
| 25.11.2024 | call with OJA regarding ████ | GJ | 0.00% | 0.50 |
| 25.11.2024 | rev. ███ letter | HA | 0.00% | 0.70 |
| 25.11.2024 | Conf. OJY re: change letter | HA | 0.00% | 0.30 |
| 25.11.2024 | E-Mail Alex re. change letter | HA | 0.00% | 0.50 |
| 26.11.2024 | Revision of memo on ██████ | SSA | 0.00% | 8.70 |
| 26.11.2024 | Draft: Finalized letter to ███ | OJY | 0.00% | 1.00 |
| 26.11.2024 | Draft: ████ | OJY | 0.00% | 6.65 |
| 26.11.2024 | rev. and sign letter ███ | HA | 0.00% | 0.50 |
| 26.11.2024 | rev. final version information request to ███ | MMA | 0.00% | 0.30 |
| 26.11.2024 | rev. draft memo ████ | HA | 0.00% | 0.90 |
| 26.11.2024 | Draft: Letter to ███ | OJY | 0.00% | 1.00 |
| 26.11.2024 | conf OJY re letter to ███ | GJ | 0.00% | 0.10 |
| 26.11.2024 | conf OJY re addition letter to ███ | MMA | 0.00% | 0.10 |
| 26.11.2024 | review memorandum regarding ██████ ████ | GJ | 0.00% | 1.90 |
| 26.11.2024 | legal research re ████ | GJ | 0.00% | 2.00 |
| 27.11.2024 | Revision of memo on ██████ | SSA | 0.00% | 8.85 |
| 27.11.2024 | Draft: Letter to ███ | OJY | 0.00% | 0.30 |
| 27.11.2024 | Draft: ████ | OJY | 0.00% | 8.90 |
| 27.11.2024 | Email to █ | OJY | 0.00% | 0.30 |
| 27.11.2024 | rev. letter ████ | MMA | 0.00% | 0.10 |
| 27.11.2024 | conf HA/OJY re letter ████ | MMA | 0.00% | 0.20 |
| 27.11.2024 | rev. letter. conf. OJY | HA | 0.00% | 0.50 |
| 27.11.2024 | rev. lt ███ | HA | 0.00% | 0.30 |
| 27.11.2024 | E-Mail to Luc ██████ ████ | HA | 0.00% | 0.50 |
| 27.11.2024 | review draft ████ | GJ | 0.00% | 1.00 |
| 27.11.2024 | legal research re ████ | GJ | 0.00% | 1.00 |
| 27.11.2024 | mark-up draft ████ | GJ | 0.00% | 1.00 |
| 27.11.2024 | various conf with OJY | GJ | 0.00% | 0.50 |
| 28.11.2024 | Revision of memo on ██████ | SSA | 0.00% | 7.50 |
| 28.11.2024 | Draft ████ | OJY | 0.00% | 5.90 |
| 28.11.2024 | Letter to ████ | OJY | 0.00% | 0.60 |
| 28.11.2024 | telephone with OJY regarding ████ | GJ | 0.00% | 0.50 |
| 28.11.2024 | rev. follow-up letter ████ | MMA | 0.00% | 0.30 |
| 29.11.2024 | Revision of memo on ████ | SSA | 0.00% | 8.25 |

| Date | Text | | Provider | VAT | Amount CHF |
|------|------|---|----------|-----|-----------|
| 29.11.2024 | Document review | | OJY | 0.00% | 0.70 |
| 29.11.2024 | Research re ██████████████ | | OJY | 0.00% | 2.05 |
| 29.11.2024 | Draft: ████████ | | OJY | 0.00% | 5.95 |
| 29.11.2024 | Follow-up letter to ████████ | | MMA | 0.00% | 0.20 |
| 29.11.2024 | work on ███████ | | GJ | 0.00% | 1.50 |
| 29.11.2024 | legal research re ████████████████ | | GJ | 0.00% | 3.00 |
| | ██████████ | | | | |
| 29.11.2024 | conf OJY | | GJ | 0.00% | 0.50 |
| 30.11.2024 | Draft re ████████ | | OJY | 0.00% | 0.75 |
| 30.11.2024 | Draft: ██████ | | OJY | 0.00% | 4.55 |
| 30.11.2024 | work on draft ██████ | | GJ | 0.00% | 3.50 |
| 30.11.2024 | conf with OJY re ████████████ | | GJ | 0.00% | 0.50 |
| **Total excl. VAT** | | | | | **328.45** |

## Expenses

| Date | Text | VAT | Amount CHF |
|------|------|-----|-----------|
| 19.11.2024 | Invoice ██████████████████ | 0.00% | 45.00 |
| 03.12.2024 | Disbursements | 0.00% | 2'375.50 |
| **Total excl. VAT** | | | **2'420.50** |

| Provider | Hours | Rate CHF | Amount CHF |
|----------|-------|----------|-----------|
| Hayek, Daniel | 13.70 | 750.00 | 10'275.00 |
| Jany, Oliver | 174.85 | 375.00 | 65'568.75 |
| Jegher, Gion | 25.50 | 650.00 | 16'575.00 |
| Meili, Mark | 16.90 | 550.00 | 9'295.00 |
| Sangiorgio, Shannon | 97.50 | 175.00 | 17'062.50 |
| | 328.45 | 361.65 | 118'776.25 |

**Details of invoice no. 201334-25-01**

Invoice period:  December 1, 2024 – December 31, 2024

**Legal Fees**

| Date | Service | Name | VAT | Hours |
|------|---------|------|-----|-------|
| 01.12.2024 | work on draft ███████████████████ █████ | GJ | 0.00% | 6.00 |
| 02.12.2024 | Letter from ████ | OJY | 0.00% | 0.20 |
| 02.12.2024 | Draft : ██████████████ | OJY | 0.00% | 7.15 |
| 02.12.2024 | rev. letter ███ | MMA | 0.00% | 0.20 |
| 02.12.2024 | conf HA/GJ/OJY re ██████████████ | MMA | 0.00% | 0.30 |
| 02.12.2024 | Reading of the ███████████ | SSA | 0.00% | 0.95 |
| 02.12.2024 | Research re ████████ | OJY | 0.00% | 1.10 |
| 02.12.2024 | conf with OJY re draft ███████████; further conf OJY re same | GJ | 0.00% | 2.00 |
| 02.12.2024 | rev. draft ████████ | MMA | 0.00% | 0.50 |
| 03.12.2024 | E-Mail Luc and Alex | HA | 0.00% | 0.30 |
| 03.12.2024 | Research re ████████ | OJY | 0.00% | 1.10 |
| 03.12.2024 | review and revise draft email to Luc Despin regarding ██████████████████████; conf OJY re same | GJ | 0.00% | 0.80 |
| 04.12.2024 | Preparation re Call | OJY | 0.00% | 2.10 |
| 04.12.2024 | conf OJY re ██████████ and answer of Luc Despin; internal conference regarding options; call with PD team and Luc and Alex re options | GJ | 0.00% | 2.00 |
| 04.12.2024 | conf OJY re answer ██████ | MMA | 0.00% | 0.20 |
| 04.12.2024 | email Luc and Alex re answer ███ | MMA | 0.00% | 0.10 |
| 04.12.2024 | Memo : re ██████████ | OJY | 0.00% | 2.80 |
| 04.12.2024 | Call with OJY reg. memo on ███████████ | SSA | 0.00% | 0.25 |
| 04.12.2024 | Revision of memo reg. ██████████ | SSA | 0.00% | 2.50 |
| 04.12.2024 | Call re next steps | OJY | 0.00% | 0.80 |
| 04.12.2024 | Call with HA, OJY and Luc reg. assets | SSA | 0.00% | 1.05 |
| 04.12.2024 | Draft: ███████████ | OJY | 0.00% | 3.00 |
| 04.12.2024 | conf HA/GJ/OJY re strategy and next steps | MMA | 0.00% | 0.50 |
| 04.12.2024 | Call Luc and Alex re strategy Switzerland | MMA | 0.00% | 0.80 |
| 04.12.2024 | prep. call reading and with team | HA | 0.00% | 1.00 |
| 04.12.2024 | Call team Luc and Alex: discuss ███████████████ | HA | 0.00% | 1.00 |
| 05.12.2024 | Revision of memo reg. ███████████ | SSA | 0.00% | 2.95 |
| 05.12.2024 | Draft: ██████████ | OJY | 0.00% | 4.30 |

1

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 05.12.2024 | Research reg. ███████ | SSA | 0.00% | 2.70 |
| 05.12.2024 | Call with Alex Bongrartz | OJY | 0.00% | 0.60 |
| 05.12.2024 | Reserach: re ██████ | OJY | 0.00% | 2.35 |
| 05.12.2024 | Call with OJY and Alex reg. ██████ | SSA | 0.00% | 0.60 |
| 05.12.2024 | rev. memo re ████████ | MMA | 0.00% | 0.70 |
| 05.12.2024 | rev. memo etc. | HA | 0.00% | 1.30 |
| 05.12.2024 | conf OJY regarding ████████ | GJ | 0.00% | 0.50 |
| 06.12.2024 | Revision of memo reg. ██████ | SSA | 0.00% | 4.00 |
| 06.12.2024 | Draft: ██████ | OJY | 0.00% | 6.60 |
| 06.12.2024 | Research reg. ████████ | SSA | 0.00% | 3.00 |
| 06.12.2024 | Research re ██████ | OJY | 0.00% | 2.20 |
| 06.12.2024 | Call with Alex Bongartz | OJY | 0.00% | 0.60 |
| 06.12.2024 | legal research regarding ████████ ; conf OJY | GJ | 0.00% | 1.00 |
| 09.12.2024 | Research: ██████ | OJY | 0.00% | 7.60 |
| 09.12.2024 | conf HA/GJ/OJY re ██████ | MMA | 0.00% | 0.50 |
| 09.12.2024 | review and comment draft email of OJY re ██████ ;email to HA re same | GJ | 0.00% | 0.80 |
| 09.12.2024 | rev. draft ██████ | MMA | 0.00% | 0.80 |
| 10.12.2024 | Research re ██████ | OJY | 0.00% | 4.85 |
| 10.12.2024 | Revision of memo reg. ██████ | SSA | 0.00% | 4.40 |
| 10.12.2024 | Draft: ██████ | OJY | 0.00% | 4.40 |
| 10.12.2024 | rev. ██████ | MMA | 0.00% | 1.70 |
| 10.12.2024 | conf OJY re ████████ | MMA | 0.00% | 0.20 |
| 10.12.2024 | rev. options andreview of law | HA | 0.00% | 1.00 |
| 10.12.2024 | E-Mail to Luc and Alex | HA | 0.00% | 0.50 |
| 11.12.2024 | Revision of memo reg. ██████ | SSA | 0.00% | 1.25 |
| 11.12.2024 | Research ██████ | OJY | 0.00% | 2.40 |
| 11.12.2024 | Draft ██████ | OJY | 0.00% | 3.45 |
| 11.12.2024 | rev. ██████ | MMA | 0.00% | 0.80 |
| 12.12.2024 | Revision of memo on ██████ | SSA | 0.00% | 0.30 |
| 12.12.2024 | Draft: alternative Option | OJY | 0.00% | 5.80 |
| 12.12.2024 | Discussion: re legal options | OJY | 0.00% | 0.50 |
| 13.12.2024 | Draft: Letter to ██████ | OJY | 0.00% | 3.20 |
| 13.12.2024 | Research: ██████ | OJY | 0.00% | 3.35 |
| 13.12.2024 | rev. draft ██████ | MMA | 0.00% | 0.50 |
| 13.12.2024 | Call with HA, MMA, OJY, Luc and Alex | SSA | 0.00% | 0.30 |
| 13.12.2024 | Meeting with HA, MMA and OJY reg. call with Luc and Alex | SSA | 0.00% | 0.50 |
| 13.12.2024 | Discussion re call | OJY | 0.00% | 0.50 |

| Date | Text | | | Amount |
|---|---|---|---|---|
| 13.12.2024 | Call: re next steps | OJY | 0.00% | 0.40 |
| 13.12.2024 | rev. memos | HA | 0.00% | 1.00 |
| 13.12.2024 | perpare call with team | HA | 0.00% | 0.50 |
| 13.12.2024 | Call Luc / Alex | HA | 0.00% | 0.90 |
| 13.12.2024 | Meeting with HA, MMA, OJY and SSA reg. call with Luc and Alex | GJ | 0.00% | 0.50 |
| 13.12.2024 | Call with HA, MMA, OJY, SSA, Luc and Alex | GJ | 0.00% | 0.30 |
| 13.12.2024 | conf HA/GJ/OJY re strategy and legal options Switzerland | MMA | 0.00% | 0.50 |
| 13.12.2024 | call Luc/Alex re next steps | MMA | 0.00% | 0.50 |
| 16.12.2024 | Research: re ███████ | OJY | 0.00% | 0.35 |
| 16.12.2024 | Draft: ███████ | OJY | 0.00% | 4.35 |
| 16.12.2024 | Call: ███████ | OJY | 0.00% | 0.40 |
| 16.12.2024 | Draft: Email re Comments | OJY | 0.00% | 1.90 |
| 16.12.2024 | Call: ███████ | MMA | 0.00% | 0.40 |
| 16.12.2024 | rev. comments Alex on ███████ | MMA | 0.00% | 0.50 |
| 17.12.2024 | Research reg. ███████ | SSA | 0.00% | 6.45 |
| 17.12.2024 | Review: Transfers from Kwok | OJY | 0.00% | 0.90 |
| 17.12.2024 | Draft: Answers re Email | OJY | 0.00% | 2.50 |
| 17.12.2024 | Call with OJY reg. ███████ | SSA | 0.00% | 0.55 |
| 17.12.2024 | rev. letter ███████ | MMA | 0.00% | 0.20 |
| 17.12.2024 | draft email Alex re ███████ | MMA | 0.00% | 0.40 |
| 17.12.2024 | draft email Alex re ███████ | MMA | 0.00% | 0.30 |
| 17.12.2024 | Call: re Email | OJY | 0.00% | 0.30 |
| 18.12.2024 | Draft: Letter to ███████ | OJY | 0.00% | 3.50 |
| 18.12.2024 | rev. letter ███████ | HA | 0.00% | 1.90 |
| 18.12.2024 | rev. draft ███████ | MMA | 0.00% | 0.40 |
| 19.12.2024 | Draft: English Mashine Translation | OJY | 0.00% | 0.90 |
| 19.12.2024 | Draft: Draft Letter for ███████ | OJY | 0.00% | 4.90 |
| 20.12.2024 | Draft: Finalizing Submission | OJY | 0.00% | 3.20 |
| 20.12.2024 | rev. draft ███████ | MMA | 0.00% | 0.50 |
| 20.12.2024 | Review: ███████ | OJY | 0.00% | 1.90 |
| 20.12.2024 | Review: Documents | OJY | 0.00% | 1.30 |
| 20.12.2024 | conf. HA/OJY re ███████ | MMA | 0.00% | 0.40 |

**Total excl. VAT**  164.70

## Expenses

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 08.01.2025 | Disbursements | 0.00% | 1'296.85 |

3

| | | |
|---|---:|---:|
| **Total excl. VAT** | | **1'296.85** |

| Provider | Hours | Rate CHF | Amount CHF |
|---|---:|---:|---:|
| Hayek, Daniel | 9.40 | 750.00 | 7'050.00 |
| Jany, Oliver | 97.75 | 375.00 | 36'656.25 |
| Jegher, Gion | 13.90 | 650.00 | 9'035.00 |
| Meili, Mark | 11.90 | 550.00 | 6'545.00 |
| Sangiorgio, Shannon | 31.75 | 175.00 | 5'556.25 |
| | 164.70 | 393.70 | 64'842.50 |