**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                    :    Chapter 11
                                          :
HO WAN KWOK, *et al.*,[1]                 :    Case No. 22-50073 (JAM)
                                          :
      Debtors.                          :    (Jointly Administered)
                                          :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following document was filed using the Court's case management/electronic case files system ("CM/ECF") on the date set forth below:

- *Third Interim Fee Application of Prager Dreifuss AG, as Swiss Law Counsel, for Compensation and Reimbursement of Expenses for Period from September 19, 2024 Through December 31, 2024* [ECF No. 4018] (the "Prager Dreifuss Fee Application"), on January 30, 2025.

Notice of the Served Document was sent automatically by email via CM/ECF to all parties appearing in the above-captioned chapter 11 cases that are able to receive electronic notice on the date that such document was filed.

The Served Document was also sent via U.S. Mail on January 30, 2025, to the parties set forth on the attached **Exhibit A**. In addition, on January 30, 2025, the undersigned caused the Served Document to be sent to Dundon Advisers LLC via e-mail to the following addresses: md@dundon.com and ph@dundon.com.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

The foregoing represents service on all parties entitled to notice pursuant to the Court's *Order Limiting Service of Notice for Applications Seeking Compensation of Fees or Reimbursement of Expenses* [ECF No. 1611].

Dated: February 2, 2025
       New York, New York

By: */s/ G. Alexander Bongartz*
 G. Alexander Bongartz (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

**Exhibit A**

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola, British Virgin Islands

Eisner Advisory Group LLC
111 Wood Avenue South
Iselin, NJ 08830-2700

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606
Email:
md@dundon.com;
ph@dundon.com

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 1104