


**Rigid Mailer** | Within Australia or worldwide^

Suitable for

Express International  Z4

AUSTRALIA
PARADISE POINT LPO
28/01/2025 10:43 4216 00
0.102 kg (S)
To: USA
$36.75  GST Free
Postage Paid

EJ 334 860 024 AU

Recipient mobile



# EMS INTERNATIONAL
CN23

Lodge this item over the counter at any postal outlet.

From (Sender) Customs Declaration CN23

Name BINGNAN CUI
Company
Telephone 0424927164
Email
Address
18 TORTUGA PL
CLEAR ISLAND WATERS QLD 4218
AUSTRALIA

| Category of Item: ☒Document ☐Gift ☐Commercial Sample ☐Merchandise ☐Returned Goods ☐Other | Qty | Net Weight (kgs) | Value (AUD $) | HS Tariff No. | Country of Origin |
|---|---|---|---|---|---|
| Full Description of Goods DOCUMENTS | 1 | 0.00 | 0.00 | 491199 | |

Export Clearance Number (for goods in excess of $2,000 AUD)
Comments (e.g. subject to quarantine or other restrictions)

TOTAL Value  $0.00
In Case of Non-Delivery Return By Most Economical Route



EJ 334 860 024 AU

Sender's Authorisation and Signature

The sender acknowledges: * this article may be carried by air and will be subject to aviation security and clearing procedures * carriage of the article is subject to the Australia Post Terms and Conditions available at www.auspost.com.au or at a Post Office * they may be liable for any costs imposed by Customs, including customs or excise duty.
The sender declares: * the information provided in this customs declaration form is true and correct * the article does not contain any explosive or incendiary devices, dangerous goods (other than those permitted and specifically disclosed on this form) or items prohibited by legislation or by postal or customs regulations.

To (Receiver)
Delivery Instructions
Importer's Ref
Importer's Telephone
Email

Name US BANKRUPTCY COURT
Company Name US BANKRUPTCY COURT
Address US BANKRUPTCY COURT
DISTRICT OF CONNECTICUT BRIEN MCMAHON FE
916 LAFAYETTE BOULEVARD
BRIDGEPORT CT 06604