**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
HO WAN KWOK, *et al.*,                                       :  Case No. 22-50073 (JAM)
                                                             :
              Debtors.[1]                                    :  Jointly Administered
                                                             :
-------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF PRAGER DREIFUSS AG FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JANUARY 1, 2025
THROUGH JANUARY 31, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No.

2094] (the "Interim Compensation Order"),[2] Prager Dreifuss AG ("Prager Dreifuss") hereby

submits this monthly statement (the "Monthly Fee Statement") seeking compensation for

services rendered and reimbursement of expenses incurred as Swiss law counsel to Luc A.

Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case

of Ho Wan Kwok, for the period from January 1, 2025 through and including January 31, 2025

(the "Fee Period").  By this Monthly Fee Statement, Prager Dreifuss respectfully requests

payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

services rendered during the Fee Period, in the amounts of CHF 86,231.00 and CHF 2,155.80, respectively.[3]

## <u>SERVICES RENDERED AND EXPENSES INCURRED</u>

1.      Attached hereto as **<u>Exhibit A</u>** is a timekeeper summary that includes the name, hours, rate, and total fees earned for each Prager Dreifuss individual who provided services during the Fee Period.

2.      Attached hereto as **<u>Exhibit B</u>** is Prager Dreifuss' fee statement for services provided during the Fee Period.

## <u>NOTICE AND OBJECTION PROCEDURES</u>

3.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific

---

[3]      In accordance with Prager Dreifuss' retention order [Docket No. 3034], (a) Prager Dreifuss is authorized to charge a flat fee for disbursements in an amount equal to 2% of the total fees charged and (b) Prager Dreifuss is authorized to invoice its fees and expenses in Swiss Francs (CHF) and to have such fees and expenses paid in Swiss Francs (CHF), subject to the terms of the Interim Compensation Order.

Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4.    Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Prager Dreifuss (Attn: Daniel Hayek (daniel.hayek@prager-dreifuss.com) and (ii) the Notice Parties by email no later than **February 25, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5.    If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Prager Dreifuss 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6.    To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: February 4, 2025

By: */s/ Daniel Hayek*
　　Daniel Hayek
　　PRAGER DREIFUSS AG
　　Mühlebachstrasse 6
　　CH-8008 Zürich

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| | X | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------x | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee

Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served

by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF

system.

Dated:    February 4, 2025                    By: */s/ G. Alexander Bongartz*
          New York, New York                 G. Alexander Bongartz (admitted *pro hac vice*)
                                             PAUL HASTINGS LLP
                                             200 Park Avenue
                                             New York, New York 10166
                                             (212) 318-6000
                                             alexbongartz@paulhastings.com

                                             *Counsel for the Chapter 11 Trustee*

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
        Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
        mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
        LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
        (solely for purposes of notices and communications).

## Exhibit A

| Name | Hours | Rate CHF | Amount CHF |
|------|-------|----------|------------|
| Hayek, Daniel | 13.00 | 800.00 | 10,400.00 |
| Jany, Oliver | 168.05 | 425.00 | 71,421.25 |
| Jegher, Gion | 18.70 | 700.00 | 13,090.00 |
| Meili, Mark | 16.40 | 600.00 | 9,840.00 |
| Zehnder, Anik | 8.10 | 375.00 | 3,037.50 |
| **TOTAL** | **224.25** | | **107,788.75** |

## Exhibit B

**Fee Statement**

**Details of invoice no. 201334-25-02**

Invoice period:  January 1, 2025 – January 31, 2025

## Legal Fees

| Date | Service | Name | VAT | Hours |
|------|---------|------|-----|-------|
| 06.01.2025 | Draft: ████████████████ y | OJY | 0.00% | 6.15 |
| 06.01.2025 | Conf OJY re status of workstreams | MMA | 0.00% | 0.25 |
| 06.01.2025 | Call: Alex re short Memo on ████████ | OJY | 0.00% | 0.25 |
| 06.01.2025 | Draft: Short Memo re ████████ | OJY | 0.00% | 2.40 |
| 06.01.2025 | rev. amended draft ████████ | MMA | 0.00% | 0.40 |
| 07.01.2025 | Draft: Short Memo re ████████ | OJY | 0.00% | 6.45 |
| 07.01.2025 | Draft: ████████ | OJY | 0.00% | 2.50 |
| 07.01.2025 | conf OJY re ████████ | MMA | 0.00% | 0.30 |
| 08.01.2025 | Draft: Overview Work Tasks | OJY | 0.00% | 0.70 |
| 08.01.2025 | Draft: Finilazing ████████ | OJY | 0.00% | 0.05 |
| 08.01.2025 | Draft: E-Mail | OJY | 0.00% | 0.15 |
| 08.01.2025 | Draft: Short Memo | OJY | 0.00% | 6.15 |
| 08.01.2025 | rev. memo ████████, draf ████████ | HA | 0.00% | 2.10 |
| 08.01.2025 | conf with OJY regarding ████████ ██ | GJ | 0.00% | 1.00 |
| 09.01.2025 | Draft: Short Memo | OJY | 0.00% | 5.60 |
| 09.01.2025 | conf HA/OJY re next steps | MMA | 0.00% | 0.40 |
| 09.01.2025 | Draft: ████████ | OJY | 0.00% | 3.40 |
| 09.01.2025 | rev. ████████ | MMA | 0.00% | 1.20 |
| 09.01.2025 | conf OJY re ████████ | MMA | 0.00% | 0.30 |
| 09.01.2025 | Draft: Email | OJY | 0.00% | 0.25 |
| 09.01.2025 | review draft ████████; legal research re ████████; markup Memo; conf OJY | GJ | 0.00% | 3.00 |
| 10.01.2025 | conf HA/GJ/OJY re ████████ | MMA | 0.00% | 0.30 |
| 10.01.2025 | Draft: Short Memo | OJY | 0.00% | 7.35 |
| 10.01.2025 | rev. letter ████████ | MMA | 0.00% | 0.30 |
| 10.01.2025 | rev. ████████ and memo | HA | 0.00% | 2.90 |
| 11.01.2025 | Draft: Short Memo | OJY | 0.00% | 3.85 |
| 13.01.2025 | Draft: Short Memo | OJY | 0.00% | 4.60 |
| 13.01.2025 | Draft: ████████ | OJY | 0.00% | 3.65 |
| 13.01.2025 | rev. ████████ memo | MMA | 0.00% | 1.20 |
| 13.01.2025 | conf OJY re ████████ | MMA | 0.00% | 0.25 |

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 13.01.2025 | review [redacted]; markup same; email to OJY | GJ | 0.00% | 3.00 |
| 14.01.2025 | Draft: Short Memo | OJY | 0.00% | 3.90 |
| 14.01.2025 | Draft: [redacted] | OJY | 0.00% | 1.25 |
| 14.01.2025 | Draft: Next | OJY | 0.00% | 1.45 |
| 14.01.2025 | rev. updated memo on [redacted] | MMA | 0.00% | 0.80 |
| 14.01.2025 | rev. updated [redacted] | MMA | 0.00% | 0.50 |
| 14.01.2025 | Review: Data re [redacted] | OJY | 0.00% | 1.40 |
| 14.01.2025 | rev. update Alex re [redacted] | MMA | 0.00% | 0.30 |
| 14.01.2025 | rev. Memo | HA | 0.00% | 2.30 |
| 14.01.2025 | Draft: Translation [redacted] | OJY | 0.00% | 1.00 |
| 14.01.2025 | Draft: Email re Memo and Data | OJY | 0.00% | 0.30 |
| 14.01.2025 | rev. email Luc re [redacted] | MMA | 0.00% | 0.20 |
| 15.01.2025 | Research: Next Steps | OJY | 0.00% | 2.50 |
| 15.01.2025 | Review: Possible action re [redacted] | OJY | 0.00% | 1.50 |
| 15.01.2025 | Draft: Mashine Translation | OJY | 0.00% | 1.60 |
| 15.01.2025 | Draft: Email to Alex | OJY | 0.00% | 0.75 |
| 15.01.2025 | comment [redacted] | HA | 0.00% | 0.50 |
| 15.01.2025 | Conf. MMA, OJY, GJ | HA | 0.00% | 0.70 |
| 15.01.2025 | Discussion: re next steps | OJY | 0.00% | 0.85 |
| 15.01.2025 | Draft: Power Point re Options | OJY | 0.00% | 3.20 |
| 15.01.2025 | conf HA/GJ/OJY re legal strategy Switzerland | MMA | 0.00% | 1.00 |
| 15.01.2025 | review memo re strategy; internal conference with HA, MMA and OJY; legal research re [redacted]; conf OJY re scenarios | GJ | 0.00% | 3.50 |
| 16.01.2025 | Review: Documents re [redacted] | OJY | 0.00% | 0.95 |
| 16.01.2025 | Review: Response to [redacted] | OJY | 0.00% | 1.50 |
| 16.01.2025 | Research: re [redacted] | OJY | 0.00% | 0.75 |
| 16.01.2025 | Draft: Power Point re [redacted] | OJY | 0.00% | 1.75 |
| 16.01.2025 | rev. overview on [redacted] | MMA | 0.00% | 0.90 |
| 16.01.2025 | conf GJ/OJY re [redacted] | MMA | 0.00% | 0.40 |
| 16.01.2025 | prep. call Luc/Alex re [redacted] | MMA | 0.00% | 0.50 |
| 16.01.2025 | Call Lux/Alex re [redacted] | MMA | 0.00% | 1.00 |
| 16.01.2025 | Conf. OJY re [redacted] | ANZ | 0.00% | 0.30 |
| 16.01.2025 | Call: re next steps | OJY | 0.00% | 1.00 |
| 16.01.2025 | Discussion next steps | OJY | 0.00% | 1.50 |
| 16.01.2025 | Draft: Revised [redacted] | OJY | 0.00% | 1.30 |
| 16.01.2025 | Call: Alex re [redacted] and email | OJY | 0.00% | 0.45 |
| 16.01.2025 | rev. memos and [redacted] | HA | 0.00% | 1.00 |
| 16.01.2025 | Discussion with Team and amend presentation | HA | 0.00% | 1.10 |
| 16.01.2025 | Call Lux and Alex re: Options and [redacted] | HA | 0.00% | 1.00 |

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 16.01.2025 | rev. powerpoint overview on ███████████; legal reserach re same; conf OJY; amend overview | GJ | 0.00% | 1.50 |
| 16.01.2025 | call with Luc Despins, Alex Bongartz, HA, MMA and OJY re next steps | GJ | 0.00% | 1.00 |
| 16.01.2025 | conf with HA, MMA and OJY re next steps | GJ | 0.00% | 1.50 |
| 17.01.2025 | Draft: ████████████ | OJY | 0.00% | 6.05 |
| 17.01.2025 | Draft: Email re new information | OJY | 0.00% | 0.20 |
| 17.01.2025 | conf OJY re ██████ | MMA | 0.00% | 0.30 |
| 17.01.2025 | rev. email Alex re arguments in support of ██████████ | MMA | 0.00% | 0.40 |
| 17.01.2025 | rev. ███████████████ | MMA | 0.00% | 0.30 |
| 17.01.2025 | Legal research re ██████████ | ANZ | 0.00% | 6.20 |
| 20.01.2025 | Draft: ███████████ | OJY | 0.00% | 8.05 |
| 20.01.2025 | Email to OJY re ██████████ | ANZ | 0.00% | 0.20 |
| 20.01.2025 | email of OJY with email of Luc Despin and answer | GJ | 0.00% | 0.30 |
| 20.01.2025 | rev. ██████████ | HA | 0.00% | 1.40 |
| 21.01.2025 | Draft: ███████████ | OJY | 0.00% | 8.55 |
| 21.01.2025 | Legal research re ███████████ | ANZ | 0.00% | 0.20 |
| 22.01.2025 | Draft: ██████████ | OJY | 0.00% | 5.55 |
| 22.01.2025 | Legal research re █████████████████ | ANZ | 0.00% | 1.00 |
| 22.01.2025 | Research re ████████ | OJY | 0.00% | 2.40 |
| 22.01.2025 | Email to OJY re ██████████ | ANZ | 0.00% | 0.20 |
| 23.01.2025 | Research: ██████ | OJY | 0.00% | 2.25 |
| 23.01.2025 | Research: Case law | OJY | 0.00% | 3.00 |
| 23.01.2025 | Draft: ████████████ | OJY | 0.00% | 3.00 |
| 23.01.2025 | rev. draft ██████████ | MMA | 0.00% | 2.00 |
| 23.01.2025 | conf OJY re ████████████ | MMA | 0.00% | 0.20 |
| 24.01.2025 | Draft: ███████████ | OJY | 0.00% | 6.65 |
| 24.01.2025 | Research: re ████████ | OJY | 0.00% | 0.80 |
| 24.01.2025 | Discssion re ████████ | OJY | 0.00% | 1.40 |
| 24.01.2025 | conf HA/GJ/OJY re ████████████ | MMA | 0.00% | 0.30 |
| 24.01.2025 | rev. amended ██████████ | MMA | 0.00% | 0.30 |
| 24.01.2025 | Email: re █████████ | OJY | 0.00% | 0.20 |
| 24.01.2025 | rev. draft ██████████████; legal research; various conf OJY | GJ | 0.00% | 3.50 |
| 27.01.2025 | Research: ████████████████ | OJY | 0.00% | 4.95 |
| 27.01.2025 | Review: ██████████ re Call and Call | OJY | 0.00% | 1.15 |
| 27.01.2025 | Call Alex re ████████ | MMA | 0.00% | 0.50 |
| 27.01.2025 | Draft: █████████ | OJY | 0.00% | 2.00 |
| 27.01.2025 | conf OJY re ███████████ | MMA | 0.00% | 0.20 |
| 28.01.2025 | Draft: ██████████ | OJY | 0.00% | 7.45 |
| 28.01.2025 | Email: ██████████ | OJY | 0.00% | 0.45 |

3

| 28.01.2025 | conf OJY re claims for ███████ | MMA | 0.00% | 0.30 |
|---|---|---|---|---|
| 28.01.2025 | conf OJY re ██████ | MMA | 0.00% | 0.20 |
| 29.01.2025 | Draft: ███████ | OJY | 0.00% | 5.50 |
| 29.01.2025 | Call: With Alex re ██████ | OJY | 0.00% | 0.15 |
| 29.01.2025 | call Alex re ███████ | MMA | 0.00% | 0.50 |
| 29.01.2025 | Research: re ████████ | OJY | 0.00% | 1.55 |
| 30.01.2025 | Draft: Email re ██████████ | OJY | 0.00% | 0.60 |
| 30.01.2025 | Draft: ███████ | OJY | 0.00% | 7.55 |
| 30.01.2025 | conf OJY re strategy █████████ | MMA | 0.00% | 0.20 |
| 31.01.2025 | Discussion: re ███████ | OJY | 0.00% | 0.80 |
| 31.01.2025 | Research: ██████ | OJY | 0.00% | 0.65 |
| 31.01.2025 | Draft: ████████ | OJY | 0.00% | 4.55 |
| 31.01.2025 | Draft: Email re ███████ | OJY | 0.00% | 0.20 |
| 31.01.2025 | conf OJY re ███████ | MMA | 0.00% | 0.20 |
| 31.01.2025 | conf OJY re ████████████████ | GJ | 0.00% | 0.40 |

| **Total excl. VAT** | | | | **224.25** |
|---|---|---|---|---|

## Expenses

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 04.02.2025 | Disbursements | 0.00% | 2'155.80 |
| **Total excl. VAT** | | | **2'155.80** |

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 13.00 | 800.00 | 10'400.00 |
| Jany, Oliver | 168.05 | 425.00 | 71'421.25 |
| Jegher, Gion | 18.70 | 700.00 | 13'090.00 |
| Meili, Mark | 16.40 | 600.00 | 9'840.00 |
| Zehnder, Anik | 8.10 | 375.00 | 3'037.50 |
| | 224.25 | 480.65 | 107'788.75 |