Lazare Potter Giacovas & Moyle LLP
Michael T. Conway, Esq.
747 Third Avenue, 16th Floor
New York, NY 10017
Telephone: (917) 242-1597
mconway@lpgmlaw.com

*Counsel for ACA Capital Group Ltd., Gettr USA, Inc., Hamilton Opportunity Fund SPC, Hamilton PE Fund SP, Hamilton Digital Assets Fund SP, Himalaya Currency Clearing Pty Ltd., Himalaya International Clearing Ltd., Himalaya International Financial Group Limited, Taurus Fund LLC, Taurus Management LLC, and William Je*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtor. | (Jointly Administered) |

**NOTICE OF JOINDER IN OBJECTIONS TO MOTION TO EXTEND THE FEBRUARY 15, 2025, DEADLINE FOR TRUSTEE TO FILE AVOIDANCE ACTIONS**

**PLEASE TAKE NOTICE** that Counsel for ACA Capital Group Ltd., Gettr USA, Inc., Hamilton Opportunity Fund SPC, Hamilton PE Fund SP, Hamilton Digital Assets Fund SP, Himalaya Currency Clearing Pty Ltd., Himalaya International Clearing Ltd., Himalaya International Financial Group Limited, Taurus Fund LLC, Taurus Management LLC, and William Je ("Interested Parties"), by and through undersigned counsel, file this joinder (the "Joinder") in the *Memorandum of Law in Opposition to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15. 2025 Deadline for Trustee to File Avoidance Actions* Filed on behalf of G Club Operations, LLC [Dkt. No. 4034], and *American Express Company's Objection*

*to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline For Trustee To File Avoidance Actions* {Dkt. No. 4035] (collectively, "the Objections"). In further support of the Joinder, Interested Parties respectfully represent as follows:

1. The Interested Parties hereby incorporate each of the arguments and reservations of rights made in the Objections as if made here in full.

Dated: February 7, 2025
New York, New York

LAZARE POTTER GIACOVAS & MOYLE LLP

By: /s/ Michael T. Conway
Michael T. Conway
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, NY 10017
Telephone: (917) 242-1597
mconway@lpgmlaw.com

*Counsel for ACA Capital Group Ltd., Gettr USA, Inc., Hamilton Opportunity Fund SPC, Hamilton PE Fund SP, Hamilton Digital Assets Fund SP, Himalaya Currency Clearing Pty Ltd., Himalaya International Clearing Ltd., Himalaya International Financial Group Limited, Taurus Fund LLC, Taurus Management LLC, and William Je*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 7, 2025, a copy of the foregoing document was served on all parties of record via CM/ECF.

Dated: February 7, 2025

By: //s/ Michael T. Conway
Michael T. Conway