# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HO WAN KWOK, *et al.*,[1] | ) | Case No. 22-50073 (JAM) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF JOINDER OF AWS AND AMAZON.COM, INC.

Amazon Web Services, Inc. ("AWS") and Amazon.com, Inc. ("Amazon"), Avoidance Defendants in the adversary proceedings entitled *Despins v. Amazon Web Services, Inc.*, Adv. Pro. No. 24-05006 and *Despins v. Amazon.com, Inc., et al.*, Adv. Pro. No. 24-05057, respectfully give notice of their intent to join in the objection of American Express Company ("AEC") at ECF No. 4035, to the Trustee's *Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions* (ECF No. 4004) (the "Third Extension Motion"). For the reasons set forth in the objection of AEC, Amazon and AWS oppose the relief sought by the Trustee in the Third Extension Motion and respectfully request that the Court deny the Third Extension Motion.[2]

//

//

//

//

//

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Counsel for AWS and Amazon do not anticipate being able to attend the hearing on the Third Extension Motion, in which case they rely on the argument of counsel for AEC at the hearing.

508985248.2

Dated: February 7, 2025

                    K&L GATES LLP

                    By:  /s/ *Brian T. Peterson*
                    Brian T. Peterson, *(phv208265)*
                    Ruby A. Nagamine, *(phv208290)*
                    K&L Gates LLP
                    925 Fourth Avenue, Suite 2900
                    Seattle, WA  98104
                    Phone:  (206) 623-7580
                    Fax:  (206) 623-7022
                    E-mail:  brian.peterson@klgates.com
                              ruby.nagamine@klgates.com

                    Lindsay Sampson Bishop, (ct29990)
                    K&L Gates LLP
                    1 Congress St,
                    Boston, MA  02114
                    Phone:  (617) 261-3100
                    Fax:  (617) 261-3175
                    E-mail:  lindsay.bishop@klgates.com

                    *Counsel for Amazon Web Services, Inc. and Amazon.com, Inc.*

508985248.2

## **CERTIFICATE OF SERVICE**

I certify that on February 7, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated: February 7, 2025, in Seattle, Washington.

/s/ *Brian T. Peterson*
Brian T. Peterson

508985248.2