**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                                                    :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                    :    Case No. 22-50073 (JAM)
:
Debtor.                                         :    (Jointly Administered)
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

On January 24, 2025, the *Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to file Avoidance Actions* [Docket No. 4004] (the "Motion") was filed electronically using the Court's case management/electronic case files ("CM/ECF") system by Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") for the debtor Ho Wan Kwok (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"). On January 27, 2025, the Court entered the *Notice of Hearing* [Docket No. 4009] (the "Notice of Hearing") using the CM/ECF system. On January 28, 2025, the Court entered the *Order Clarifying Notice of Hearing* [Docket No. 4016] (the "Order" and, together with the Motion and Notice of Hearing, collectively, the "Served Documents"). The Served Documents may all be accessed via CM/ECF.

Notice of the Served Documents was sent by email automatically by operation of the CM/ECF system to all appearing parties in the Chapter 11 Case able to receive electronic notice

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

on the respective dates of filing. On January 24, 2025, as to the Motion, and on January 29, 2025, as to the Notice of Hearing and the Order, the Served Documents were sent by U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing and as indicated on the service list attached hereto (the "Manual Service List"). On January 29, 2025, The Notice of Hearing and Order were sent by U.S. mail to the Manual Service List. Notice of all Served Documents was sent to Dundon Advisers by manual email (to md@dundon.com and ph@dundon.com, at this party's request) at the time of service.

In addition, on January 29, 2025, the Trustee filed notice of the Served Documents in all pending adversary proceedings in which the Trustee has solely asserted avoidance claims using the CM/ECF system, which caused notice to be sent to all parties appearing in these actions automatically by operation of the CM/ECF system.

The foregoing includes service on the following: (a) the Office of the United States Trustee; (b) counsel for the Debtor; (c) the Official Committee of Unsecured Creditors; (d) all parties that filed a response to the prior motions seeking the relief requested in the instant Motion; (e) all parties who have requested notice in the Chapter 11 Case pursuant to Bankruptcy Rule 2002; (f) all parties who receive notice in the Chapter 11 Case by electronic filing using CM/ECF; and (g) any party who requested notice in the Chapter 11 Case but is unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*[REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]*

Dated: February 7, 2025  
     New Haven, CT

LUC A. DESPINS  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
    Douglas S. Skalka (ct00616)  
    Patrick R. Linsey (ct29437)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    dskalka@npmlaw.com  
    plinsey@npmlaw.com  
    *Counsel for the Chapter 11 Trustee*

**MANUAL SERVICE LIST**

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola, British Virgin Islands

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 1104

Eisner Advisory Group LLC
111 Wood Avenue South
Iselin, NJ 08830-2700

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606
Email: md@dundon.com;
ph@dundon.com