**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | Jointly Administered |

## MILLER MOTORCARS, INC. OBJECTION TO SECOND SUPPLEMENTAL MOTION OF CHAPTER 11 TRUSTEE TO EXTEND FEBRUARY 15, 2025 DEADLINE FOR TRUSTEE TO FILE AVOIDANCE ACTIONS

Miller Motorcars, Inc., a defendant in Adversary Proceeding 24-05128, by its counsel, objects to the Second Supplemental Motion of Chapter 11 Trustee To Extend February 15, 2025 Deadline For Trustee To File Avoidance Actions [Doc. No. 4004] on the same grounds as set forth in the objection of American Express Company [Doc. No. 4035], Apple Inc. [Doc. No. 4040], Meta Platforms Inc. [Doc. No. 4042].

Dated: February 7, 2025
Greenwich, CT

                                                        GILBRIDE, TUSA, LAST & SPELLANE LLC

                                                        By: /s/ Eric Seltzer
                                                              31 Brookside Drive
                                                              Greenwich CT 06830
                                                              Email: ehs@gtlslaw.com
                                                              Telephone: 203-622-9360

                                                             *Attorneys for Miller Motorcars Inc.*

## **CERTIFICATION**

I hereby certify that on February 7, 2025, a copy of the foregoing was filed electronically by CM/ECF.

                                               GILBRIDE, TUSA, LAST & SPELLANE LLC

                                               By: /s/ Eric Seltzer
                                                       31 Brookside Drive
                                                       Greenwich CT 06830
                                                       Email: ehs@gtlslaw.com
                                                       Telephone: 203-622-9360

                                             *Attorneys for Miller Motorcars Inc.*