**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                       :     Chapter 11
                                                                                  :
HO WAN KWOK, *et al.*,[1]                                    :     Case No. 22-50073 (JAM)
                                                                                  :
            Debtors.                                               :     (Jointly Administered)
                                                                                  :
---------------------------------------------------------x

**TRUSTEE'S WITNESS AND EXHIBIT LISTS
IN CONNECTION WITH FEBRUARY 11, 2025 HEARING ON TRUSTEE'S SECOND
SUPPLEMENTAL MOTION TO EXTEND FEBRUARY 15, 2025 DEADLINE FOR
TRUSTEE TO FILE AVOIDANCE ACTIONS**

Luc Despins, as the appointed Chapter 11 Trustee to the Debtor's estate (the "Trustee"), by and through his undersigned counsel, respectfully provides the witness list attached hereto as **Exhibit A** and exhibit list attached hereto as **Exhibit B** for the February 11, 2025 hearing (the "Hearing") on the *Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to file Avoidance Actions* [Docket No. 4004] (the "Motion") before the Hon. Julie A. Manning, United States Bankruptcy Court for the District of Connecticut (Bridgeport), Courtroom 123, 915 Lafayette Blvd., Bridgeport, CT.

The Trustee reserves the right to supplement or amend these lists. The Trustee further reserves the right to introduce or otherwise rely upon any exhibit offered by any other party. The Trustee further reserves the right to introduce additional exhibits for authentication, rebuttal, or

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

impeachment purposes.  The Trustee further reserves the right to use demonstratives, including to summarize certain evidence, that is presented during the Hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated:    February 10, 2025           LUC A. DESPINS,
             New Haven, Connecticut      CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

         *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    Paul Hastings LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

         *and*

    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6690
    douglassbarron@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

## **EXHIBIT A: WITNESS LIST**

The Trustee designates the following individuals whom he presently anticipates may be called as witnesses at the Hearing:

1. Luc A. Despins

2. Any witness called by any other party.

## **EXHIBIT B: EXHIBIT LIST**

1. The Trustee intends to request that the Court take judicial notice of the docket in the Debtor's chapter 11 case and related adversary proceedings.

2. The Trustee reserves his rights to introduce other exhibits for impeachment, rebuttal, or authentication purposes and to amend this list.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                   :   Chapter 11
                                         :
HO WAN KWOK, *et al.*,[1]                :   Case No. 22-50073 (JAM)
                                         :
    Debtors.                             :   (Jointly Administered)
                                         :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned proceeding by operation of the Court's electronic filing ("CM/ECF") system to all appearing parties eligible to receive electronic notice. Parties may access this filing through the Court's CM/ECF system.

Dated:   February 10, 2025
         New Haven, Connecticut

                                    By: */s/ Patrick R. Linsey*
                                        Patrick R. Linsey (ct29437)
                                        NEUBERT, PEPE & MONTEITH, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, Connecticut 06510
                                        (203) 781-2847
                                        plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).