**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No.: 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CONFIDENTIAL PROOF OF CLAIM

A Confidential Proof of Claim has been filed in one of the above referenced jointly administered cases. The Confidential Proof of Claim and the identity of the Confidential Claimant are under seal and not accessible on the public record pursuant to the Order Establishing Deadlines for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof, entered on January 5, 2023, ECF No. 1297, and the Order Granting Motion to Authorize Claims Agent to Exclude all Attachments from Confidential Proofs of Claim, entered on February 28, 2023, ECF No. 1486.

Epiq Corporate Restructuring, LLC ("Epiq"), is the claims agent appointed in these cases (*see* Order Approving Retention and Appointment of Epiq Corporate Restructuring, LLC, as Claims Agent, ECF No. 1298). Epiq assigned a number to every Proof of Claim. The claims register maintained by the Clerk's Office for the applicable cases will contain a cross reference to the Epiq Proof of Claim number in the Confidential Proof of Claim's description field.

Any claim-related filings regarding a Confidential Claim or Confidential Claimant should reference both the Proof of Claim number found on the Court's claims register maintained by the Clerk's Office and the Epiq Proof of Claim number.

**/s/ Pietro Cicolini**
Pietro Cicolini
Clerk of Court

| | |
|---|---|
| United States Bankruptcy Court | Tel. (203) 579−5808 |
| District of Connecticut | VCIS* (866) 222−8029 |
| 915 Lafayette Boulevard | * Voice Case Information System |
| Bridgeport, CT 06604 | http://www.ctb.uscourts.gov |

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).