**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

## Chapter 11 Trustee's Witness List for February 11, 2025, hearing on Motion to Extend Time to Assert Claims Subject to Time Limitations

IN RE:

HO WAN KWOK,
    DEBTOR

CHAPTER 11

CASE No.: 22-50073 (JAM)

HEARING DATE:

February 11, 2025

ECF No. 4004

**Witness(s) for Luc A. Despins, Chapter 11 Trustee**

| Witness Name and Address | Direct | Cross | Redirect |
|---|---|---|---|
| Luc A. Despins<br>200 Park Avenue<br>New York, NY 10166 | Nicholas A. Bassett | Jeffrey M. Sklarz<br>Darryl S. Laddin | Nicholas A. Bassett |

APPEAL FILED ON _____.
CHECKED EXHIBITS HAVE BEEN SUBMITTED TO DISTRICT COURT ON _____.COPIES OF THE EXHIBITS HAVE BEEN RETAINED BY THE BANKRUPTCY COURT