UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br>Case No. 22-50073 (JAM) (<br>Jointly Administered)<br>Re: ECF No. 4053 |

---

**ORDER EXTENDING TIME FOR**
**PROFESSIONALS TO FILE INTERIM FEE APPLICATIONS**

Upon the motion (the "Motion")[2] of Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor") for entry of an order (this "Order") extending the time under the Compensation Procedures Order for Professionals to file interim fee applications (the "Fee Applications"); upon the consent of the Committee; without opposition by the Office of the United States Trustee; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.  The Motion is granted as set forth herein.

2.  The time by which the Professionals shall file their respective Fee Applications pursuant to the Compensation Procedures Order is extended through and including February 24, 2025.

3.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 12th day of February, 2025.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.