**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
HO WAN KWOK, *et al.*,[1]           :    Case No. 22-50073 (JAM)
                                    :
            Debtors.                :    (Jointly Administered)
                                    :
------------------------------------x

**ORDER GRANTING EIGHTEENTH SUPPLEMENTAL OMNIBUS MOTION OF**
**CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER UNDER BANKRUPTCY RULE**
**2004 AND LOCAL RULE 2004-1 AUTHORIZING DISCOVERY WITH RESPECT TO**
**ADDITIONAL RELEVANT BANKS, ADDITIONAL ENTITIES AND INDIVIDUALS**
**ASSOCIATED WITH DEBTOR, AND PAYROLL PROCESSING ENTITY**

Upon consideration of the Eighteenth Supplemental Omnibus Motion seeking an order authorizing a Federal Rule of Bankruptcy Procedure 2004 examination of the Examinees listed on Exhibit B thereto (the "Motion", ECF No. 3891) filed by Luc Despins as the appointed Chapter 11 Trustee to the Debtor's estate (the "Movant"), and upon the objection to the Motion filed by Wang's Realty Management Service Inc. ("Wang's Realty") and River Valley Operations LLC ("River Valley") (ECF No. 4006), after notice and a hearing held on February 11, 2025, and upon consideration of the arguments advanced by the Trustee, Wang's Realty and River Valley, including during the hearing held on February 11, 2025, it appearing that cause exists to grant the requested relief requested in the Motion as conditioned hereafter; it is hereby

**ORDERED**: The Rule 2004 Motion is granted as set forth below; and it is further

**ORDERED**: Neubert, Pepe & Monteith, P.C., as counsel for the Trustee, is hereby authorized to sign Subpoenas in a form substantially similar to the Subpoenas attached to the Motion as Exhibits C-1 to C-7 and to serve the Subpoenas, along with a copy of this Order, in accordance with Bankruptcy Rule 2004 requiring examination and the production of documents by the Examinees listed on Exhibit B to the Motion; and it is further

**ORDERED**: Subject to any rights under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and applicable Local Rules, and unless otherwise ordered by the Court, the Examinees are hereby directed to produce all documents within 14 days of the service of the Subpoena, or such other time as agreed upon by the Trustee. To the extent an Examinee does not produce any documents requested in the Subpoena on the basis of some privilege, the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Examinee is hereby directed to produce to the Trustee a privilege log that comports with Fed. R. Civ. P. 45(e)(2), made applicable by Fed. R. Bankr. P. 9016, and D. Conn. L. Civ. R. 26(e), within 14 days of service of the Subpoena, or such other time as agreed upon by the Trustee; and it is further

**ORDERED**: The Examinees are hereby directed to ensure that all documents and other information, including without limitation in any electronic format, requested in the Subpoenas or otherwise relevant to the Debtor, his business, assets, liabilities, financial condition, or this Chapter 11 case, are properly maintained, are available for production, inspection and copying, and are not destroyed; and it is further

**ORDERED**: Neubert, Pepe & Monteith, P.C., as counsel for the Trustee, is hereby authorized, without further order of this Court, to take the testimony of one or more representatives of any Examinee listed on Exhibit B to the Motion by examination under Bankruptcy Rule 2004 either at the offices of Neubert, Pepe & Monteith, 195 Church Street, 13th Floor, New Haven, CT 06510, at the offices of Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, or at such other place that is mutually acceptable to the parties, on a date acceptable to the Trustee, which, at the election of the Trustee, shall be not less than 14 calendar days after the production of documents by the proposed examinee in compliance with the Subpoena and this Order pursuant to Bankruptcy Rule 2004, and such examination shall continue from day to day until completed; and it is further

**ORDERED**: The objection to the Motion filed by River Valley Operations LLC and Wang's Realty is hereby **OVERRULED** on the merits; and it is further

**ORDERED**: The scope of the Trustee's document and information requests directed to Wang's Realty shall exclude the transfer as to which the Trustee seeks avoidance and recovery from Wang's Realty in *Despins v. Curiosity Corp.*, et al. [Adv. Proc. No. 24-05248].

Dated at Bridgeport, Connecticut this 12th day of February, 2025.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

2