AO 435 (Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Jeffrey M. Sklarz | 2. PHONE NUMBER<br>203-285-8545 | 3. DATE<br>2/13/2025 |
| 4. DELIVERY ADDRESS OR EMAIL<br>jsklarz@gs-lawfirm.com | 5. CITY<br>New Haven | 6. STATE CT — 7. ZIP CODE 06511 |
| 8. CASE NUMBER<br>22-50073 | 9. JUDGE<br>Hon. Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 2/11/2025 — 11. TO 2/11/2025 |
| 12. CASE NAME<br>Ho Wan Kwok | | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport — 14. STATE CT |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)<br>All Proceedings | 2/11/2025 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☒ | ☒ | NO. OF COPIES 1 | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next-Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-Hour | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

ESTIMATE TOTAL: 0.00

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE
/s/ Jeffrey M. Sklarz

19. DATE
2/13/2025

PROCESSED BY
Lorenzo M. Whitmore

PHONE NUMBER
203-579-5808

TRANSCRIPT TO BE PREPARED BY
Reliable

COURT ADDRESS
915 Lafayette Blvd.
Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday February 11 2025

| | | |
|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** #3981; Eighteenth Motion for Examination of Additional Relevant Banks, Additional Entities and Individuals Associated with Debtor, and Payroll Processing Entity Filed by Kari A. Mitchell on behalf of Luc A. Despins, Chapter 11 Trustee

| | | |
|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** #4004; Second Supplemental Motion to Extend Time to Assert Claims Subject to Time Limitations Under Sections 108, 546, and 549 of Bankruptcy Code to 8/15/2025 Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

# Parties that appeared at the February 11, 2025 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511

**Jin Yan**
ArentFox Schiff LLP
1717 K St. NW
Washington, DC 20006

**Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

**Michael T. Conway**
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
Fifth Floor
New York, NY 10017