# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: <br> HO WAN KWOK, et al., <br> *Debtors*.[1] | Chapter 11 <br> Case No. 22-50073 (JAM) <br> (Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE <br> *Plaintiff,* <br> —v.— <br> FFP (BVI) LIMITED, <br> *Defendant.* | Adv. Proc. No. 24-05056 (JAM) <br><br> February 20, 2025 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 8001 *et seq.,* FFP (BVI) Limited ("FFP"), the defendant in the above-captioned adversary proceeding, hereby files notice of its appeal from the Bankruptcy Court's February 14, 2025 *Order Granting In Part Third Motion For Extension of Deadline for Trustee to File Avoidance Actions*, filed in the above-captioned bankruptcy case, Case No. 22-50073, (the "Kwok Case") at ECF No. 4106 (the "Ruling"), granting the Trustee, Luc A. Despins, Chapter 11 Trustee's (the "Trustee") *Second Supplemental Motion*

---

[1] The Debtors in the main Chapter 11 case are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok.

{00403261.1 }

of Chapter 11 Trustee To Extend February 15, 2025 Deadline For Trustee To File Avoidance *Actions* (the "Third Extension Motion"), filed in the Kwok Case at ECF No. 4004 and in the above-captioned adversary proceeding, Adv. Pro. No. 24-05056 (the "Adversary Proceeding") at ECF No. 33.  A copy of the Ruling is attached hereto as Exhibit A.

To be clear, the Third Extension Motion was docketed in both the Kwok Case and in the Adversary Proceeding.  FFP's objection to the Third Extension Motion entitled *Objection and Memorandum of Law in Opposition to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions* was docketed in the Adversary Proceeding, at ECF No. 36.  The Ruling was not filed in the Adversary Proceeding.

Nothing in this Notice of Appeal shall be construed to waive any defenses of FFP, including as to jurisdiction, venue, or any other rights.

The names of all parties to the Court's order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | | |
|---|---|---|
| Jeffrey M. Sklarz (ct20938)<br>Kellianne Baranowsky (ct26684)<br>Michelle A. Antao (ct31715)<br>Green & Sklarz LLC<br>One Audubon Street, 3rd Floor<br>New Haven, CT 06511<br>(203) 285-8545<br>jsklarz@gs-lawfirm.com<br>kbaranowsky@gs-lawfirm.com<br>mantao@gs-lawfirm.com | *Representing* | **FFP (BVI) LIMITED**<br>2nd Floor, Water's Edge Building<br>P.O. Box 2429<br>Wickhams Cay II<br>Tortola, VG1110<br>*Party-in-Interest and Appellant* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

{00403261.1 }

| | | |
|---|---|---|
| Douglas S. Skalka (ct00616)<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor New Haven, Connecticut 06510<br>(203) 781-2847<br>dskalka@npmlaw.com<br>plinsey@npmlaw.com<br><br>and<br><br>Nicholas A. Bassett (pro hac vice)<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, D.C., 20036<br>(202) 551-1902<br>nicholasbassett@paulhastings.com<br><br>and<br><br>Douglass Barron (pro hac vice)<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6079<br>douglassbarron@paulhastings.com<br><br>Counsel for the Chapter 11 Trustee | *Representing* | **Luc A. Despins, Chapter 11 Trustee**<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br><br>*Chapter 11 Trustee and Appellee* |

                                                              FFP (BVI) LIMITED

By:  /s/ Michelle A. Antao
       Jeffrey M. Sklarz (ct20938)
       Kellianne Baranowsky (ct26684)
       Michelle A. Antao (ct31715)
       Green & Sklarz LLC
       One Audubon Street, 3rd Floor
       New Haven, CT 06511
       (203) 285-8545
       jsklarz@gs-lawfirm.com
       kbaranowsky@gs-lawfirm.com
       mantao@gs-lawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date:   February 20, 2025                           /s/ Michelle A. Antao