**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                           :

In re:                      :       Chapter 11
                           :

HO WAN KWOK, *et al.*,[1]    :       Case No. 22-50073 (JAM)
                           :

       Debtor.         :       (Jointly Administered)
---------------------------------------------------------x

**NOTICE OF FILING OF UPDATED EXHIBIT C TO THIRD INTERIM FEE**
**APPLICATION OF PRAGER DREIFUSS AG & POLYVIOU LLC, AS SWISS LAW**
**COUNSEL, FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR PERIOD FROM SEPTEMBER 19, 2024**
**THROUGH DECEMBER 31, 2024 AND RELATED MATTERS**

     **PLEASE TAKE NOTICE** that, on January 30, 2025, Prager Dreifuss AG ("Prager"), as

Swiss law counsel to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee")

appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), filed its *Third Interim*

*Application of Prager Dreifuss AG, as Swiss Law Counsel, for Compensation and*

*Reimbursement of Expens*es *for the Period from September 19, 2024 through December 31, 2024*

(the "Application") .

     **PLEASE TAKE FURTHER NOTICE** that the United States Trustee raised certain

concerns regarding the time descriptions set forth on Exhibit C attached to the Application and

the reimbursement of expenses.

     **PLEASE TAKE FURTHER NOTICE** that, after discussions with the United States

Trustee, Prager has agreed to revise Exhibit C to the Application so as to provide additional time

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

detail, as requested by the United States Trustee.  The revised Exhibit C is attached hereto.[2]  The

total amount of fees requested to be allowed pursuant to the Application remains unchanged.

Prager understands that the revised Exhibit C resolves the concerns raised by the United States

Trustee as it relates to the time descriptions.  For the avoidance of doubt, the United States

concerns related to the reimbursement of expenses remain unresolved, and, on February 20,

2025, the United States Trustee filed a limited objection to the requested expense reimbursement

[Docket No. 4131].

      **PLEASE TAKE FURTHER NOTICE** that the United States Trustee has brought to the

Trustee's attention that, contrary to section 331 of the Bankruptcy Code, the Third Fee

Application was filed less than 120 days after the filing of Prager's immediately prior fee

application—namely two weeks prior to the expiration of that 120-day period.  At the February

25, 2025 hearing on the Application, the Trustee will request that the Court excuse the early

filing of the Application (as the Court is permitted to do under section 331).  Prager filed the

Application two weeks early in an effort to receive payment of the 20% holdback before the

March 14, 2025 close of its financing accounting for the year 2024.  The Trustee understands

that it is administratively burdensome for Prager (and creates additional cost to Prager's auditors)

if the 20% holdback were received after that date.


Dated:    February 20, 2025
              New York, New York

                    By: */s/ G. Alexander Bongartz*
                    G. Alexander Bongartz (admitted *pro hac vice*)
                    PAUL HASTINGS LLP
                    200 Park Avenue
                    New York, New York 10166
                    (212) 318-6000

---

[2]    While the filed version of the time entries remains redacted, Prager has provided the United States Trustee with unredacted version.

alexbongartz@paulhastings.com

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                      :
In re:                                                :    Chapter 11
                                                      :
HO WAN KWOK, *et al.*,[1]                             :    Case No. 22-50073 (JAM)
                                                      :
                    Debtors.                          :    (Jointly Administered)
                                                      :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:      February 20, 2025
            New York, New York

                                        By: */s/ G. Alexander Bongartz*
                                        G. Alexander Bongartz (admitted pro hac vice)
                                        PAUL HASTINGS LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 318-6000
                                        alexbongartz@paulhastings.com

                                        *Counsel for the Chapter 11 Trustee*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**<u>Revised Exhibit C</u>**

**Updated Time Detail**

**Details of invoice no. 201334-24-17**

Invoice period: September 19, 2024 – October 31, 2024

**Legal Fees**

| Date | Service | Name | VAT | Hours |
|------|---------|------|-----|-------|
| 19.09.2024 | rev. of file | OJY | 0.00% | 1.20 |
| 25.09.2024 | Emails to OJA with law review articles re same | GJ | 0.00% | 0.20 |
| 26.09.2024 | rev. █████████ | MMA | 0.00% | 0.70 |
| 01.10.2024 | Memo on █████████████████████████ | SSA | 0.00% | 5.90 |
| 01.10.2024 | Draft RFIs | OJY | 0.00% | 6.50 |
| 01.10.2024 | Meeting with MMA and OJY reg. Memo on █████ ██████████████ | SSA | 0.00% | 0.35 |
| 01.10.2024 | Revision of memo on ██████████████ | SSA | 0.00% | 0.10 |
| 01.10.2024 | amend draft memo re ████████████████ | MMA | 0.00% | 1.00 |
| 01.10.2024 | conf. OJY re request letters | MMA | 0.00% | 0.20 |
| 02.10.2024 | Revision of memo on ██████████ | SSA | 0.00% | 3.15 |
| 02.10.2024 | Letter to ████████ | OJY | 0.00% | 6.35 |
| 02.10.2024 | Memo re ████████████ | OJY | 0.00% | 0.20 |
| 02.10.2024 | work on letter to banks | HA | 0.00% | 0.70 |
| 02.10.2024 | Conf OJY re RFIs | HA | 0.00% | 0.50 |
| 02.10.2024 | rev. request for information | MMA | 0.00% | 0.80 |
| 02.10.2024 | conf HA/SSA re memo on ████████████ | MMA | 0.00% | 0.25 |
| 02.10.2024 | rev. e-mal ████████, E-Mails Luc | HA | 0.00% | 0.30 |
| 03.10.2024 | Revision of memo on ████████████████ | SSA | 0.00% | 5.60 |
| 03.10.2024 | RFI re ████████ finalization | OJY | 0.00% | 1.60 |
| 03.10.2024 | rev. letter to ████ | HA | 0.00% | 0.30 |
| 03.10.2024 | Conf. OJY to give comments on letter | HA | 0.00% | 0.30 |
| 03.10.2024 | E-Mail to Luc and Alex re: letter | HA | 0.00% | 0.50 |
| 03.10.2024 | ████████████ | OJY | 0.00% | 1.70 |
| 03.10.2024 | RFI re ████████ | OJY | 0.00% | 2.65 |
| 03.10.2024 | Conf. OJY re: request to ████████, e-maila to Luc and Alex, first results data base | HA | 0.00% | 0.70 |
| 03.10.2024 | Review RFI input PH re ████████████ | OJY | 0.00% | 2.30 |
| 03.10.2024 | review Swiss law regarding ████████████ ████████████ | GJ | 0.00% | 1.00 |

1

| 03.10.2024 | conf SSA regarding ███████████████████ | GJ | 0.00% | 0.50 |
|---|---|---|---|---|
| 03.10.2024 | rev. emails on the draft request for information | MMA | 0.00% | 0.20 |
| 04.10.2024 | Assess Input re ███████ | OJY | 0.00% | 2.40 |
| 04.10.2024 | Draft RFI re ████ | OJY | 0.00% | 4.35 |
| 04.10.2024 | amend memo on ████████████ | MMA | 0.00% | 1.30 |
| 04.10.2024 | Call re Luc and Alex re next steps | OJY | 0.00% | 0.80 |
| 04.10.2024 | Call ██████████ | OJY | 0.00% | 1.00 |
| 04.10.2024 | Conf. OJY re: draft letter to Banks | HA | 0.00% | 0.50 |
| 04.10.2024 | Call Luc and Alex re: next steps, investigations in ████████████████████████ | HA | 0.00% | 0.70 |
| 04.10.2024 | Call ███████████ | HA | 0.00% | 0.70 |
| 05.10.2024 | E-Mail to ████ | HA | 0.00% | 0.10 |
| 05.10.2024 | E-Mail to Luc | HA | 0.00% | 0.10 |
| 05.10.2024 | Email to ██████ | OJY | 0.00% | 0.20 |
| 07.10.2024 | Revision of memo ████████████ | SSA | 0.00% | 5.55 |
| 07.10.2024 | Finializing RFI ██████ | OJY | 0.00% | 2.55 |
| 07.10.2024 | ██████████ | OJY | 0.00% | 3.60 |
| 07.10.2024 | rev. extract of ██████ | HA | 0.00% | 0.30 |
| 07.10.2024 | Conf. OYJ re: ████████ and e-mail to be drafted | HA | 0.00% | 0.30 |
| 07.10.2024 | Deal. w. motion to obtain Certificate of Finality (District Court etc.) | HA | 0.00% | 0.40 |
| 07.10.2024 | Meeting with MMA reg. memo on ████████████████ | SSA | 0.00% | 0.30 |
| 07.10.2024 | conf HA/SSA re memo on ██████████ | MMA | 0.00% | 0.30 |
| 07.10.2024 | conf OJY re request letter | MMA | 0.00% | 0.30 |
| 07.10.2024 | conf OJY re ████████████ | MMA | 0.00% | 0.20 |
| 08.10.2024 | Revision of memo on ████████████ | SSA | 0.00% | 1.70 |
| 08.10.2024 | RFI ████████████ and ██████ | OJY | 0.00% | 5.70 |
| 08.10.2024 | rev. various and answer e-mails of Alex | HA | 0.00% | 0.50 |
| 08.10.2024 | Conf. OJY re: Letters to banks etc. | HA | 0.00% | 0.50 |
| 08.10.2024 | rev. and answer E-mail Alex on fees | HA | 0.00% | 0.50 |
| 08.10.2024 | rev. memo on ████████ | MMA | 0.00% | 0.80 |
| 09.10.2024 | Draft RFIs | OJY | 0.00% | 3.80 |
| 09.10.2024 | rev. ████████, call ████ | HA | 0.00% | 0.30 |
| 09.10.2024 | rev. drafts requests for information | MMA | 0.00% | 0.40 |
| 09.10.2024 | amend memo on ████████████ | MMA | 0.00% | 0.80 |
| 10.10.2024 | Revision of Memo on ████████████ | SSA | 0.00% | 6.85 |
| 10.10.2024 | Finalising Draft RFIs and Annexes | OJY | 0.00% | 1.55 |
| 10.10.2024 | Analyze ████████ | OJY | 0.00% | 3.70 |

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 10.10.2024 | conf SSA re memo on ███████ | MMA | 0.00% | 0.70 |
| 11.10.2024 | Memo re ████ | OJY | 0.00% | 2.70 |
| 11.10.2024 | ████████ | OJY | 0.00% | 1.10 |
| 14.10.2024 | Meeting with OJY reg. ███████ | SSA | 0.00% | 0.80 |
| 14.10.2024 | Conf re Memo on ████ | OJY | 0.00% | 0.55 |
| 14.10.2024 | Editing down of the memo reg. ████ | SSA | 0.00% | 1.70 |
| 14.10.2024 | Letter re RFIs | OJY | 0.00% | 1.95 |
| 15.10.2024 | RFI ███████████ | OJY | 0.00% | 4.10 |
| 15.10.2024 | Rev. memo on ██████ | OJY | 0.00% | 2.65 |
| 15.10.2024 | Revision of memo on █████ | SSA | 0.00% | 0.55 |
| 16.10.2024 | Finalise memo on ████ | OJY | 0.00% | 0.70 |
| 16.10.2024 | Call ██████ re bank account and information request | MMA | 0.00% | 0.25 |
| 16.10.2024 | Update re ██████ | OJY | 0.00% | 2.80 |
| 16.10.2024 | Conf. Olli and Marc: re: Call ███████ | HA | 0.00% | 0.30 |
| 16.10.2024 | E-Mail to Luc Despins | HA | 0.00% | 0.30 |
| 16.10.2024 | rev. memo on ████ | HA | 0.00% | 0.90 |
| 16.10.2024 | Research reg. ████████ | SSA | 0.00% | 2.10 |
| 17.10.2024 | ████████ | OJY | 0.00% | 1.25 |
| 17.10.2024 | Draft RFIs ██████ | OJY | 0.00% | 6.75 |
| 17.10.2024 | legal research and conf OJY re ████████ ██████████ | GJ | 0.00% | 1.50 |
| 18.10.2024 | Draft next RFIs | OJY | 0.00% | 6.95 |
| 18.10.2024 | E-Mails ██████ re document request, conf OJY | MMA | 0.00% | 0.25 |
| 20.10.2024 | Analyze general questions from Trustee reg. ████ ████ | OJY | 0.00% | 5.60 |
| 21.10.2024 | Review of comments and questions reg. ██████ | SSA | 0.00% | 0.75 |
| 21.10.2024 | Continue to analyze general questions from Trustee reg. ████ | OJY | 0.00% | 7.35 |
| 21.10.2024 | Meeting with OJY reg. revision of memo | SSA | 0.00% | 0.80 |
| 21.10.2024 | Revision of memo reg. ███████ | SSA | 0.00% | 4.25 |
| 21.10.2024 | rev. and discuss draft answers to Alex | HA | 0.00% | 0.50 |
| 21.10.2024 | Call w, Luc and Alex re: ██████ | HA | 0.00% | 1.00 |
| 21.10.2024 | Meeting with HA and OJY reg. Memo on █████ and general comments | SSA | 0.00% | 0.60 |
| 21.10.2024 | Update Call with Luc and Alex re next investigation | OJY | 0.00% | 1.10 |
| 21.10.2024 | Call with HA, OJY, Luc Despins and Alex Bongartz | SSA | 0.00% | 1.00 |
| 21.10.2024 | conf OJY re questions trustee on ██████ memo | MMA | 0.00% | 0.50 |
| 22.10.2024 | Draft re longer Memo on █████ | OJY | 0.00% | 2.85 |
| 22.10.2024 | Email re ████████████ | OJY | 0.00% | 1.45 |
| 22.10.2024 | rev. content of stick, Conf. OJY | HA | 0.00% | 0.70 |
| 23.10.2024 | Draft re Memo on █████ | OJY | 0.00% | 5.40 |
| 23.10.2024 | Revision of memo reg. ████████ | SSA | 0.00% | 0.50 |

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 23.10.2024 | Creating an overview of the ███ documents | SSA | 0.00% | 0.50 |
| 23.10.2024 | conf OJY re ███ documents | MMA | 0.00% | 0.20 |
| 23.10.2024 | conf OJY re ████████ | GJ | 0.00% | 0.50 |
| 24.10.2024 | Creating an overview of the ███ documents | SSA | 0.00% | 7.55 |
| 24.10.2024 | Research re ███ | OJY | 0.00% | 2.30 |
| 24.10.2024 | Memo re ███ | OJY | 0.00% | 2.75 |
| 24.10.2024 | Update Call with HA and MMA | OJY | 0.00% | 0.40 |
| 24.10.2024 | rev. email Alex re ███ documents | MMA | 0.00% | 0.30 |
| 24.10.2024 | conf HA/OJA re status and next steps | MMA | 0.00% | 0.30 |
| 24.10.2024 | call Paul Hastings re status and next steps | MMA | 0.00% | 0.50 |
| 24.10.2024 | rev. documents provided by ███ | MMA | 0.00% | 0.50 |
| 24.10.2024 | correspondence ███ re documents request | MMA | 0.00% | 0.20 |
| 25.10.2024 | Creating an overview of the ███ documents | SSA | 0.00% | 8.30 |
| 25.10.2024 | Memo on ███ including new documents | OJY | 0.00% | 6.90 |
| 25.10.2024 | legal research and study of case regarding ████████ | GJ | 0.00% | 2.50 |
| 26.10.2024 | E-Mails Luc about ███ | HA | 0.00% | 0.50 |
| 28.10.2024 | Review ███ | OJY | 0.00% | 1.00 |
| 28.10.2024 | Memo on ███ | OJY | 0.00% | 3.65 |
| 28.10.2024 | conf HA/OJY re ███ | MMA | 0.00% | 0.20 |
| 28.10.2024 | Conf OJY rev. e-mail | HA | 0.00% | 0.50 |
| 28.10.2024 | conf with OJY regarding ████████ | GJ | 0.00% | 0.50 |
| 28.10.2024 | Letter to ███ | OJY | 0.00% | 1.90 |
| 28.10.2024 | ███ | OJY | 0.00% | 0.30 |
| 28.10.2024 | Draft Reminder to ███ re RFI | OJY | 0.00% | 0.75 |
| 28.10.2024 | rev. docs, call ███ | HA | 0.00% | 0.50 |
| 28.10.2024 | emails Alex Bongartz re ████ | MMA | 0.00% | 0.30 |
| 29.10.2024 | Reminder ███ | OJY | 0.00% | 1.10 |
| 29.10.2024 | RFI ███ | OJY | 0.00% | 1.75 |
| 29.10.2024 | Call ███ re update | MMA | 0.00% | 0.25 |
| 29.10.2024 | Update re Workstreams | OJY | 0.00% | 1.10 |
| 29.10.2024 | RFI re ███ | OJY | 0.00% | 3.20 |
| 29.10.2024 | Conf OYA re update email to client | MMA | 0.00% | 0.50 |
| 29.10.2024 | Conf. OJY re: Update etc. | HA | 0.00% | 0.50 |
| 29.10.2024 | ███ | OJY | 0.00% | 1.70 |

| Date | Text | | Provider | VAT | Hours |
|---|---|---|---|---|---|
| 29.10.2024 | E-Mails Luc and Alex re update on RFIs | | HA | 0.00% | 0.20 |
| 29.10.2024 | emails to client re███████ | | MMA | 0.00% | 1.00 |
| 29.10.2024 | email to client re██████████████ | | MMA | 0.00% | 1.00 |
| 29.10.2024 | review memo on██████████████ ██████████████ | | GJ | 0.00% | 0.70 |
| 30.10.2024 | Creating an overview of████████ documents | | SSA | 0.00% | 7.50 |
| 30.10.2024 | ████ RFI draft | | OJY | 0.00% | 1.80 |
| 30.10.2024 | Proof reading of memo reg.████ | | SSA | 0.00% | 0.70 |
| 30.10.2024 | Finalize memo reg.████ | | OJY | 0.00% | 1.00 |
| 30.10.2024 | RFI re█████████ | | OJY | 0.00% | 3.60 |
| 30.10.2024 | rev.████ information request | | MMA | 0.00% | 0.30 |
| 30.10.2024 | ████ RFI feedback | | OJY | 0.00% | 2.05 |
| 30.10.2024 | rev. memo on███████████ | | MMA | 0.00% | 1.00 |
| 30.10.2024 | conf OJY re comments client on████ information request | | MMA | 0.00% | 0.20 |
| 30.10.2024 | rev.████ information request | | MMA | 0.00% | 0.25 |
| 31.10.2024 | Creating an overview of the████ documents | | SSA | 0.00% | 4.10 |
| 31.10.2024 | Draft Memo on████ | | OJY | 0.00% | 1.00 |
| 31.10.2024 | RFI re████ | | OJY | 0.00% | 4.30 |
| 31.10.2024 | Call Federal Prosecution | | OJY | 0.00% | 0.30 |
| 31.10.2024 | ████ re additional Questions | | OJY | 0.00% | 2.40 |
| 31.10.2024 | call criminal prosecution re████ | | MMA | 0.00% | 0.20 |
| 31.10.2024 | rev. additional request letter████ | | MMA | 0.00% | 0.60 |

**Total excl. VAT**                                                                 **262.10**

## Expenses

| Date | Text | | VAT | Amount CHF |
|---|---|---|---|---|
| 04.10.2024 | Invoice█████████████████████ | | 0.00% | 45.00 |
| 15.10.2024 | Invoice████ - Consulting Fees | | 0.00% | 8'500.00 |
| 01.11.2024 | Disbursements | | 0.00% | 1'886.00 |

**Total excl. VAT**                                                                 **10'431.00**

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 14.10 | 750.00 | 10'575.00 |
| Jany, Oliver | 152.65 | 375.00 | 57'243.75 |
| Jegher, Gion | 7.40 | 650.00 | 4'810.00 |

| | | | |
|---|---|---|---|
| Meili, Mark | 16.75 | 550.00 | 9'212.50 |
| Sangiorgio, Shannon | 71.20 | 175.00 | 12'460.00 |
| | 262.10 | 359.80 | 94'301.25 |

**Details of invoice no. 201334-24-18**

Invoice period: November 1, 2024 – November 30, 2024

**Legal Fees**

| Date | Service | Name | VAT | Hours |
|------|---------|------|-----|-------|
| 01.11.2024 | Draft: 2nd. RFI (request for information) to ▓▓ | OJY | 0.00% | 0.60 |
| 01.11.2024 | Draft: RFI to ▓▓ | OJY | 0.00% | 3.95 |
| 01.11.2024 | Draft: Additional questions ▓▓ | OJY | 0.00% | 2.25 |
| 01.11.2024 | Draft: Letter ▓▓ | OJY | 0.00% | 0.65 |
| 01.11.2024 | Conf. OJY re: different requests to banks and feedback | HA | 0.00% | 0.50 |
| 01.11.2024 | rev. answer ▓▓ to information request | MMA | 0.00% | 0.20 |
| 01.11.2024 | rev. letter ▓▓ | MMA | 0.00% | 0.20 |
| 01.11.2024 | rev. e-mails Luc re RFIs | HA | 0.00% | 0.20 |
| 01.11.2024 | Draft: RFI to ▓▓ re ▓▓ | OJY | 0.00% | 2.30 |
| 01.11.2024 | rev. draft additional letter to ▓▓ | MMA | 0.00% | 0.20 |
| 01.11.2024 | rev. draft information request ▓▓ | MMA | 0.00% | 0.30 |
| 01.11.2024 | Handle ▓▓ | HA | 0.00% | 0.20 |
| 01.11.2024 | rev. and comment letters to ▓▓ und ▓▓ | HA | 0.00% | 0.20 |
| 04.11.2024 | Draft: RFIs to ▓▓ and 2. RFI to ▓▓ | OJY | 0.00% | 1.00 |
| 04.11.2024 | Draft: ▓▓ RFI re ▓▓ | OJY | 0.00% | 5.65 |
| 04.11.2024 | final review ▓▓ letter | MMA | 0.00% | 0.60 |
| 04.11.2024 | rev. and comment Lt. ▓▓ | HA | 0.00% | 0.40 |
| 04.11.2024 | rev. and comment Lt. to ▓▓ | HA | 0.00% | 0.70 |
| 04.11.2024 | Call: ▓▓ re RFI | OJY | 0.00% | 0.20 |
| 04.11.2024 | conf HA/OJY re ▓▓ | MMA | 0.00% | 0.30 |
| 04.11.2024 | call ▓▓ re RFI | MMA | 0.00% | 0.10 |
| 04.11.2024 | conf OJY re status of workstreams | MMA | 0.00% | 0.10 |
| 04.11.2024 | Draft: ▓▓ legal basis | OJY | 0.00% | 1.15 |
| 05.11.2024 | Draft: ▓▓ second RFI re ▓▓ | OJY | 0.00% | 3.25 |
| 05.11.2024 | Handle ▓▓ | HA | 0.00% | 0.50 |
| 05.11.2024 | Call ▓▓ | HA | 0.00% | 0.70 |
| 05.11.2024 | Call ▓▓ | MMA | 0.00% | 0.70 |
| 05.11.2024 | Call: ▓▓ | OJY | 0.00% | 0.70 |
| 05.11.2024 | Draft: legal basis ▓▓ | OJY | 0.00% | 2.80 |
| 05.11.2024 | rev. information request ▓▓ re shares | MMA | 0.00% | 0.80 |
| 05.11.2024 | Email: re second RFI and Update | OJY | 0.00% | 0.35 |
| 05.11.2024 | Research: re ▓▓ | OJY | 0.00% | 2.45 |



| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 06.11.2024 | amend draft letter to ▮▮▮ | MMA | 0.00% | 0.40 |
| 06.11.2024 | call Alex re letter to ▮▮▮ | MMA | 0.00% | 0.20 |
| 06.11.2024 | conf OJY re letter to ▮▮▮ | MMA | 0.00% | 0.10 |
| 07.11.2024 | Draft: translation RFI ▮▮ re stock | OJY | 0.00% | 3.45 |
| 07.11.2024 | Draft: additional letter to ▮▮▮ | OJY | 0.00% | 3.35 |
| 07.11.2024 | Draft: Memo on ▮▮▮ | OJY | 0.00% | 2.20 |
| 07.11.2024 | rev. letter to ▮▮▮ | MMA | 0.00% | 0.50 |
| 07.11.2024 | Call: with Alex re memo on ▮▮▮ | OJY | 0.00% | 0.25 |
| 08.11.2024 | Draft: letter to ▮▮▮ and ▮▮ | OJY | 0.00% | 2.20 |
| 08.11.2024 | Draft: Memo on ▮▮▮ | OJY | 0.00% | 5.75 |
| 09.11.2024 | Draft : Memo on ▮▮▮ | OJY | 0.00% | 6.10 |
| 09.11.2024 | review email OJY re ▮▮▮ memo | GJ | 0.00% | 0.50 |
| 09.11.2024 | legal research regarding ▮▮▮ | GJ | 0.00% | 1.80 |
| 09.11.2024 | email to OJY re legal research | GJ | 0.00% | 0.20 |
| 11.11.2024 | Research reg. ▮▮▮ | SSA | 0.00% | 4.80 |
| 11.11.2024 | Draft Memo on ▮▮▮ | OJY | 0.00% | 4.55 |
| 11.11.2024 | Draft letter to ▮▮▮ | OJY | 0.00% | 4.75 |
| 11.11.2024 | rev. letter ▮▮▮ re additional information request | MMA | 0.00% | 0.25 |
| 11.11.2024 | Conf. OJY re: recognition memo and return from ▮▮▮ etc. | HA | 0.00% | 0.50 |
| 12.11.2024 | Research reg. ▮▮▮ | SSA | 0.00% | 2.60 |
| 12.11.2024 | Research: additional ▮▮▮ Documents | OJY | 0.00% | 4.00 |
| 12.11.2024 | rev. draft information request to ▮▮▮ | MMA | 0.00% | 0.40 |
| 12.11.2024 | Meeting with HA and OJY reg. ▮▮▮ | SSA | 0.00% | 1.00 |
| 12.11.2024 | Revision of RFI to ▮▮▮ | SSA | 0.00% | 1.15 |
| 12.11.2024 | Draft: RFI to ▮▮▮ | OJY | 0.00% | 3.20 |
| 12.11.2024 | rev. additional information ▮▮▮ | MMA | 0.00% | 0.40 |
| 12.11.2024 | Emails: to PH re investigation update | OJY | 0.00% | 0.50 |
| 12.11.2024 | Research: ▮▮▮ | OJY | 0.00% | 1.15 |
| 12.11.2024 | Call Luc Despins re update on investigation | HA | 0.00% | 0.50 |
| 12.11.2024 | rev. draft letter to ▮▮▮ | HA | 0.00% | 1.00 |
| 12.11.2024 | conf HA/LCH/OYA/SSA re ▮▮▮ | MMA | 0.00% | 0.50 |
| 12.11.2024 | Call with HA, GJ, MMA and OJY reg. ▮▮▮ | SSA | 0.00% | 0.50 |
| 12.11.2024 | Call with HA, MMA, OJY and SSA re ▮▮▮ | GJ | 0.00% | 0.50 |
| 13.11.2024 | rev. information request to ▮▮▮ | MMA | 0.00% | 0.40 |
| 13.11.2024 | Research reg. ▮▮▮ | SSA | 0.00% | 7.20 |
| 13.11.2024 | Draft RFI re ▮▮▮ | OJY | 0.00% | 2.85 |
| 13.11.2024 | Research re ▮▮▮ | OJY | 0.00% | 1.35 |
| 13.11.2024 | Call with OJY reg. ▮▮▮ | SSA | 0.00% | 0.45 |

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 13.11.2024 | Doc. Review re █████ | OJY | 0.00% | 0.70 |
| 13.11.2024 | Draft 3rd RFI to ████ | OJY | 0.00% | 2.40 |
| 13.11.2024 | conf OJA re additional request ████ | MMA | 0.00% | 0.10 |
| 13.11.2024 | conf OJA re status ███ | MMA | 0.00% | 0.10 |
| 13.11.2024 | rev. final letter to █████ | MMA | 0.00% | 0.40 |
| 13.11.2024 | rev. Letter to ████████ | HA | 0.00% | 0.50 |
| 13.11.2024 | rev. E-Mails Oli re ██████ | HA | 0.00% | 0.20 |
| 14.11.2024 | Research reg. ████████████ | SSA | 0.00% | 8.40 |
| 14.11.2024 | Review: documents re RFIs | OJY | 0.00% | 1.25 |
| 14.11.2024 | Draft: 3rd RFI to ████ | OJY | 0.00% | 1.95 |
| 14.11.2024 | conf HA re ████████████ | MMA | 0.00% | 0.50 |
| 14.11.2024 | conf OJA re ████ letter | MMA | 0.00% | 0.50 |
| 14.11.2024 | Emails Luc re ████ letter | MMA | 0.00% | 0.25 |
| 14.11.2024 | rev. ████ letter | MMA | 0.00% | 0.20 |
| 14.11.2024 | conf OJA re status ████ | MMA | 0.00% | 0.10 |
| 14.11.2024 | conf OJA re status ████ | MMA | 0.00% | 0.10 |
| 15.11.2024 | Research reg. ███████████ | SSA | 0.00% | 10.15 |
| 15.11.2024 | Draft: Letter ██████ | OJY | 0.00% | 1.45 |
| 15.11.2024 | Draft: Letter ███████ | OJY | 0.00% | 5.50 |
| 15.11.2024 | rev. final letter to ████ | MMA | 0.00% | 0.10 |
| 15.11.2024 | rev. final letter to ████ | MMA | 0.00% | 0.10 |
| 15.11.2024 | email Alex re follow-up to ██████ | MMA | 0.00% | 0.10 |
| 15.11.2024 | conf HA/GJ/OJA re ██████████ | MMA | 0.00% | 0.40 |
| 15.11.2024 | legal research regarding █████████ | GJ | 0.00% | 4.00 |
| 15.11.2024 | Research: ██████████ | OJY | 0.00% | 0.55 |
| 15.11.2024 | Research reg. ███████████ | SSA | 0.00% | 0.15 |
| 15.11.2024 | Review Documents re ████████ | OJY | 0.00% | 1.55 |
| 15.11.2024 | rev. follow-up request ████ | MMA | 0.00% | 0.30 |
| 15.11.2024 | rev. memo re ███████ | MMA | 0.00% | 0.70 |
| 15.11.2024 | conf OJA/SSA re ██████ memo | MMA | 0.00% | 0.25 |
| 15.11.2024 | call OJY re ████ | GJ | 0.00% | 0.40 |
| 15.11.2024 | call HA, MMA and OJY re ████ memo | GJ | 0.00% | 0.40 |
| 15.11.2024 | email to Luc Despins regarding Swiss investigation | GJ | 0.00% | 0.20 |
| 18.11.2024 | Research reg. ███████████ | SSA | 0.00% | 7.35 |

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 18.11.2024 | Discussion re ███████████ | OJY | 0.00% | 2.35 |
| 18.11.2024 | Research re ████████ | OJY | 0.00% | 5.40 |
| 18.11.2024 | rev. final version follow-up letter ████ | MMA | 0.00% | 0.25 |
| 18.11.2024 | Draft: Letter to ███████ | OJY | 0.00% | 0.70 |
| 18.11.2024 | Conf. GJ and Team re: ██████████████ | HA | 0.00% | 1.70 |
| 18.11.2024 | Request ███████ | OJY | 0.00% | 0.35 |
| 19.11.2024 | Research reg. ███████████████ | SSA | 0.00% | 3.55 |
| 19.11.2024 | Research: re █████ | OJY | 0.00% | 7.65 |
| 19.11.2024 | Draft: letter to ████ | OJY | 0.00% | 1.40 |
| 19.11.2024 | rev. letter ███ | MMA | 0.00% | 0.20 |
| 19.11.2024 | ref. draft follow-up ███ | MMA | 0.00% | 0.25 |
| 19.11.2024 | call Alex Bongartz re ██████████ | MMA | 0.00% | 0.20 |
| 19.11.2024 | Revision of memo on ██████████ | SSA | 0.00% | 5.00 |
| 20.11.2024 | Revision of memo on █████████ | SSA | 0.00% | 4.50 |
| 20.11.2024 | Draft: Memo re ███████ | OJY | 0.00% | 6.20 |
| 20.11.2024 | Draft: Additional RFI re ████ | OJY | 0.00% | 1.45 |
| 20.11.2024 | Call ████ | OJY | 0.00% | 0.30 |
| 20.11.2024 | rev. letter ██████ | MMA | 0.00% | 0.20 |
| 20.11.2024 | Conf. OJY | HA | 0.00% | 0.40 |
| 20.11.2024 | Draft Letter re █████████ | OJY | 0.00% | 1.35 |
| 20.11.2024 | rev. follow-up ████ | MMA | 0.00% | 0.50 |
| 20.11.2024 | email Alex re response letters | MMA | 0.00% | 0.25 |
| 20.11.2024 | rev. draft response letter ██████████ | MMA | 0.00% | 0.20 |
| 20.11.2024 | rev. memo re ██████ | HA | 0.00% | 1.00 |
| 20.11.2024 | rev. emails Alex re response letters | MMA | 0.00% | 0.20 |
| 20.11.2024 | Tel. ██████ | HA | 0.00% | 0.30 |
| 21.11.2024 | Draft ████ and ████████████ letters inc. translation | OJY | 0.00% | 7.00 |
| 21.11.2024 | conf OJY re status information requests | MMA | 0.00% | 0.30 |
| 21.11.2024 | conf OJY re ████████████████ | MMA | 0.00% | 0.20 |
| 21.11.2024 | email Alex re ████ | MMA | 0.00% | 0.10 |
| 21.11.2024 | email Alex re ███████ | MMA | 0.00% | 0.10 |
| 22.11.2024 | Draft Letters to ████ and ████████ | OJY | 0.00% | 4.80 |
| 22.11.2024 | conf HA/OJY re status of information request letters | MMA | 0.00% | 0.30 |
| 22.11.2024 | email Alex re ████ letter | MMA | 0.00% | 0.10 |
| 22.11.2024 | rev. response letter ██████ | MMA | 0.00% | 0.20 |
| 25.11.2024 | Revision of memo on █████████ | SSA | 0.00% | 7.40 |
| 25.11.2024 | Draft: Letters to ████████ and ███ | OJY | 0.00% | 4.85 |
| 25.11.2024 | Response from ███████ | OJY | 0.00% | 0.10 |
| 25.11.2024 | Research and Draft :Memo re ██████ | OJY | 0.00% | 4.00 |
| 25.11.2024 | rev. letter by attorney retained by ███████ | MMA | 0.00% | 0.20 |

| Date | Description | Initials | % | Hours |
|------|-------------|----------|------|------|
| 25.11.2024 | rev. final information request to ████████ | MMA | 0.00% | 0.20 |
| 25.11.2024 | rev. additional documents provided by ████████ | MMA | 0.00% | 0.20 |
| 25.11.2024 | rev. amended information request to ████████ | MMA | 0.00% | 0.30 |
| 25.11.2024 | Call ████████ | MMA | 0.00% | 0.20 |
| 25.11.2024 | email Luc and Alex re new information obtained | MMA | 0.00% | 0.20 |
| 25.11.2024 | call with OJA regarding ████████ | GJ | 0.00% | 0.50 |
| 25.11.2024 | rev. ████ letter | HA | 0.00% | 0.70 |
| 25.11.2024 | Conf. OJY re: change letter ████████ | HA | 0.00% | 0.30 |
| 25.11.2024 | E-Mail Alex re. change letter ████████ | HA | 0.00% | 0.50 |
| 26.11.2024 | Revision of memo on ████████ | SSA | 0.00% | 8.70 |
| 26.11.2024 | Draft: Finalized letter to ████ | OJY | 0.00% | 1.00 |
| 26.11.2024 | Draft: Attachment | OJY | 0.00% | 6.65 |
| 26.11.2024 | rev. and sign letter ████ | HA | 0.00% | 0.50 |
| 26.11.2024 | rev. final version information request to ████ | MMA | 0.00% | 0.30 |
| 26.11.2024 | rev. draft memo ████ | HA | 0.00% | 0.90 |
| 26.11.2024 | Draft: Letter to ████ | OJY | 0.00% | 1.00 |
| 26.11.2024 | conf OJY re letter to ████ | GJ | 0.00% | 0.10 |
| 26.11.2024 | conf OJY re addition letter to ████ | MMA | 0.00% | 0.10 |
| 26.11.2024 | review memorandum regarding ████████ ████████ | GJ | 0.00% | 1.90 |
| 26.11.2024 | legal research re ████████ | GJ | 0.00% | 2.00 |
| 27.11.2024 | Revision of memo on ████████ | SSA | 0.00% | 8.85 |
| 27.11.2024 | Draft: Letter to ████ | OJY | 0.00% | 0.30 |
| 27.11.2024 | Draft: ████ | OJY | 0.00% | 8.90 |
| 27.11.2024 | Email to ████████ | OJY | 0.00% | 0.30 |
| 27.11.2024 | rev. letter ████ | MMA | 0.00% | 0.10 |
| 27.11.2024 | conf HA/OJY re letter ████████ | MMA | 0.00% | 0.20 |
| 27.11.2024 | rev. letter. conf. OJY | HA | 0.00% | 0.50 |
| 27.11.2024 | rev. letter ████ | HA | 0.00% | 0.30 |
| 27.11.2024 | E-Mail to Luc informing of ████████ ████████ | HA | 0.00% | 0.50 |
| 27.11.2024 | review draft ████ | GJ | 0.00% | 1.00 |
| 27.11.2024 | legal research re ████ | GJ | 0.00% | 1.00 |
| 27.11.2024 | mark-up draft ████ | GJ | 0.00% | 1.00 |
| 27.11.2024 | various conf with OJY | GJ | 0.00% | 0.50 |
| 28.11.2024 | Revision of memo on ████████ | SSA | 0.00% | 7.50 |
| 28.11.2024 | Draft ████ | OJY | 0.00% | 5.90 |
| 28.11.2024 | Letter to ████ | OJY | 0.00% | 0.60 |
| 28.11.2024 | telephone with OJY regarding ████████ | GJ | 0.00% | 0.50 |
| 28.11.2024 | rev. follow-up letter ████ | MMA | 0.00% | 0.30 |
| 29.11.2024 | Revision of memo on ████████ | SSA | 0.00% | 8.25 |



| 29.11.2024 | Document review re | | OJY | 0.00% | 0.70 |
|---|---|---|---|---|---|
| 29.11.2024 | Research re | | OJY | 0.00% | 2.05 |
| 29.11.2024 | Draft: | | OJY | 0.00% | 5.95 |
| 29.11.2024 | Follow-up letter to | | MMA | 0.00% | 0.20 |
| 29.11.2024 | work on draft | | GJ | 0.00% | 1.50 |
| 29.11.2024 | legal research re | | GJ | 0.00% | 3.00 |
| 29.11.2024 | conf OJY re attachment | | GJ | 0.00% | 0.50 |
| 30.11.2024 | Draft re Memo | | OJY | 0.00% | 0.75 |
| 30.11.2024 | Draft: | | OJY | 0.00% | 4.55 |
| 30.11.2024 | work on draft | | GJ | 0.00% | 3.50 |
| 30.11.2024 | conf with OJY re | | GJ | 0.00% | 0.50 |

**Total excl. VAT**      **328.45**

## Expenses

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 19.11.2024 | Invoice | 0.00% | 45.00 |
| 03.12.2024 | Disbursements | 0.00% | 2'375.50 |

**Total excl. VAT**      **2'420.50**

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 13.70 | 750.00 | 10'275.00 |
| Jany, Oliver | 174.85 | 375.00 | 65'568.75 |
| Jegher, Gion | 25.50 | 650.00 | 16'575.00 |
| Meili, Mark | 16.90 | 550.00 | 9'295.00 |
| Sangiorgio, Shannon | 97.50 | 175.00 | 17'062.50 |
| | 328.45 | 361.65 | 118'776.25 |

**Details of invoice no. 201334-25-01**

Invoice period: December 1, 2024 – December 31, 2024

**Legal Fees**

| Date | Service | Name | VAT | Hours |
|------|---------|------|-----|-------|
| 01.12.2024 | work on draft ███████████████ | GJ | 0.00% | 6.00 |
| 02.12.2024 | Review letter from █████ | OJY | 0.00% | 0.20 |
| 02.12.2024 | Draft : ████████████████ [5.15]; conf. with GJ re same [2.00] | OJY | 0.00% | 7.15 |
| 02.12.2024 | rev. letter █████ | MMA | 0.00% | 0.20 |
| 02.12.2024 | conf HA/GJ/OJY re ██████████ | MMA | 0.00% | 0.30 |
| 02.12.2024 | Reading of the ████████ | SSA | 0.00% | 0.95 |
| 02.12.2024 | Research re ██████ | OJY | 0.00% | 1.10 |
| 02.12.2024 | conf with OJY re draft ████████; further conf OJY re same | GJ | 0.00% | 2.00 |
| 02.12.2024 | rev. draft ██████ | MMA | 0.00% | 0.50 |
| 03.12.2024 | E-Mail Luc and Alex re ██████ | HA | 0.00% | 0.30 |
| 03.12.2024 | Research re ██████ | OJY | 0.00% | 1.10 |
| 03.12.2024 | review and revise draft email to Luc Despin regarding ████████████; conf OJY re same | GJ | 0.00% | 0.80 |
| 04.12.2024 | Preparation re Call with Luc [1.40]; conf GJ re same [0.70] | OJY | 0.00% | 2.10 |
| 04.12.2024 | conf OJY re ████████ and answer of Luc Despins [0.70]; internal conference regarding options [0.50]; call with PD team and Luc and Alex re options [0.80] | GJ | 0.00% | 2.00 |
| 04.12.2024 | conf OJY re answer ██████ | MMA | 0.00% | 0.20 |
| 04.12.2024 | email Luc and Alex re answer ████████ | MMA | 0.00% | 0.10 |
| 04.12.2024 | Memo : re ████ | OJY | 0.00% | 2.80 |
| 04.12.2024 | Call with OJY reg. memo on █████████ | SSA | 0.00% | 0.25 |
| 04.12.2024 | Revision of memo reg. ██████ | SSA | 0.00% | 2.50 |
| 04.12.2024 | Call with Luc and Alex re next steps | OJY | 0.00% | 0.80 |
| 04.12.2024 | Call with HA, OJY and Luc reg. assets | SSA | 0.00% | 1.05 |
| 04.12.2024 | Draft: ██████ finalization | OJY | 0.00% | 3.00 |
| 04.12.2024 | conf HA/GJ/OJY re strategy and next steps | MMA | 0.00% | 0.50 |
| 04.12.2024 | Call Luc and Alex re strategy Switzerland | MMA | 0.00% | 0.80 |
| 04.12.2024 | prep. call with team [0.50]; review materials for same [0.50] | HA | 0.00% | 1.00 |
| 04.12.2024 | Call team Luc and Alex: discuss ████████ | HA | 0.00% | 1.00 |
| 05.12.2024 | Revision of memo reg. ████████ | SSA | 0.00% | 2.95 |
| 05.12.2024 | Draft: ██████████ | ████ | ████% | 4.30 |

| Date | Description | Initials | % | Hours |
|------|-------------|----------|------|-------|
| 05.12.2024 | Research reg. r█████████████ | SSA | 0.00% | 2.70 |
| 05.12.2024 | Call with Alex Bongrartz re: ████████ | OJY | 0.00% | 0.60 |
| 05.12.2024 | Research: re████████████ | OJY | 0.00% | 2.35 |
| 05.12.2024 | Call with OJY and Alex reg. ████████ | SSA | 0.00% | 0.60 |
| 05.12.2024 | rev. memo re█████████ | MMA | 0.00% | 0.70 |
| 05.12.2024 | rev. memo re████████ | HA | 0.00% | 1.30 |
| 05.12.2024 | conf OJY regarding██████████ | GJ | 0.00% | 0.50 |
| 06.12.2024 | Revision of memo reg.████████ | SSA | 0.00% | 4.00 |
| 06.12.2024 | Draft:████████████ | OJY | 0.00% | 6.60 |
| 06.12.2024 | Research reg.████████████ | SSA | 0.00% | 3.00 |
| 06.12.2024 | Research re████████████ | OJY | 0.00% | 2.20 |
| 06.12.2024 | Call with Alex Bongartz | OJY | 0.00% | 0.60 |
| 06.12.2024 | legal research regarding████████ ████████ conf OJY | GJ | 0.00% | 1.00 |
| 09.12.2024 | Research:████████████ | OJY | 0.00% | 7.60 |
| 09.12.2024 | conf HA/GJ/OJY re████████ | MMA | 0.00% | 0.50 |
| 09.12.2024 | review and comment draft email of OJY re████████ [0.50]; email to HA re same [0.30] | GJ | 0.00% | 0.80 |
| 09.12.2024 | rev. draft████████ | MMA | 0.00% | 0.80 |
| 10.12.2024 | Research re████████ | OJY | 0.00% | 4.85 |
| 10.12.2024 | Revision of memo reg.████████ | SSA | 0.00% | 4.40 |
| 10.12.2024 | Draft:████████ | OJY | 0.00% | 4.40 |
| 10.12.2024 | rev.████████ | MMA | 0.00% | 1.70 |
| 10.12.2024 | conf OJY re████████ ████ | MMA | 0.00% | 0.20 |
| 10.12.2024 | rev. options and review of law | HA | 0.00% | 1.00 |
| 10.12.2024 | E-Mail to Luc and Alex regarding████████ | HA | 0.00% | 0.50 |
| 11.12.2024 | Revision of memo reg.████████ | SSA | 0.00% | 1.25 |
| 11.12.2024 | Research████████ | OJY | 0.00% | 2.40 |
| 11.12.2024 | Draft████████ | OJY | 0.00% | 3.45 |
| 11.12.2024 | rev.████████ | MMA | 0.00% | 0.80 |
| 12.12.2024 | Revision of memo on████████ | SSA | 0.00% | 0.30 |
| 12.12.2024 | Draft: alternative Option | OJY | 0.00% | 5.80 |
| 12.12.2024 | Discussion: re legal options | OJY | 0.00% | 0.50 |
| 13.12.2024 | Draft: Letter to████████ | OJY | 0.00% | 3.20 |
| 13.12.2024 | Research: Letter to████████ | OJY | 0.00% | 3.35 |
| 13.12.2024 | rev. draft████████ | MMA | 0.00% | 0.50 |
| 13.12.2024 | Call with HA, MMA, OJY, Luc and Alex re next steps | SSA | 0.00% | 0.30 |
| 13.12.2024 | Meeting with HA, MMA and OJY reg. call with Luc and Alex | SSA | 0.00% | 0.50 |
| 13.12.2024 | Discussion with HA, SSA and MMA reg. call with Luc and Alex | OJY | 0.00% | 0.50 |

| Date | Text | | VAT | Amount |
|---|---|---|---|---|
| 13.12.2024 | Call with Luc and Alex reg. next steps | OJY | 0.00% | 0.40 |
| 13.12.2024 | rev. memo regarding ███████ | HA | 0.00% | 1.00 |
| 13.12.2024 | perpare call with team | HA | 0.00% | 0.50 |
| 13.12.2024 | Call Luc / Alex reg. next steps | HA | 0.00% | 0.90 |
| 13.12.2024 | Meeting with HA, MMA, OJY and SSA reg. call with Luc and Alex | GJ | 0.00% | 0.50 |
| 13.12.2024 | Call with HA, MMA, OJY, SSA, Luc and Alex reg. next steps | GJ | 0.00% | 0.30 |
| 13.12.2024 | conf HA/GJ/OJY re strategy and legal options Switzerland | MMA | 0.00% | 0.50 |
| 13.12.2024 | call Luc/Alex re next steps | MMA | 0.00% | 0.50 |
| 16.12.2024 | Research: re ███████ | OJY | 0.00% | 0.35 |
| 16.12.2024 | Draft: ███████ for Alex | OJY | 0.00% | 4.35 |
| 16.12.2024 | Call: ███████ | OJY | 0.00% | 0.40 |
| 16.12.2024 | Draft: Email re ███████ | OJY | 0.00% | 1.90 |
| 16.12.2024 | Call: ███████ | MMA | 0.00% | 0.40 |
| 16.12.2024 | rev. comments Alex on draft ███████ | MMA | 0.00% | 0.50 |
| 17.12.2024 | Research reg. ███████ | SSA | 0.00% | 6.45 |
| 17.12.2024 | Review: Transfers from Kwok | OJY | 0.00% | 0.90 |
| 17.12.2024 | Draft: Answers re Email from Alex | OJY | 0.00% | 2.50 |
| 17.12.2024 | Call with OJY reg. ███████ | SSA | 0.00% | 0.55 |
| 17.12.2024 | rev. letter ███████ | MMA | 0.00% | 0.20 |
| 17.12.2024 | draft email Alex re ███████ | MMA | 0.00% | 0.40 |
| 17.12.2024 | draft email Alex re ███████ | MMA | 0.00% | 0.30 |
| 17.12.2024 | Call with SSA re Email from Alex | OJY | 0.00% | 0.30 |
| 18.12.2024 | Draft: Letter to ███████ | OJY | 0.00% | 3.50 |
| 18.12.2024 | rev. letter ███████ | HA | 0.00% | 1.90 |
| 18.12.2024 | rev. draft ███████ | MMA | 0.00% | 0.40 |
| 19.12.2024 | Draft: English Machine Translation | OJY | 0.00% | 0.90 |
| 19.12.2024 | Draft: Draft Letter for ███████ | OJY | 0.00% | 4.90 |
| 20.12.2024 | Draft: Finalizing Submission to ███████ | OJY | 0.00% | 3.20 |
| 20.12.2024 | rev. draft ███████ | MMA | 0.00% | 0.50 |
| 20.12.2024 | Review: ███████ | OJY | 0.00% | 1.90 |
| 20.12.2024 | Review: Documents related to ███████ | OJY | 0.00% | 1.30 |
| 20.12.2024 | conf. HA/OJY re ███████ | MMA | 0.00% | 0.40 |

**Total excl. VAT** — **164.70**

### Expenses

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 08.01.2025 | Disbursements | 0.00% | 1'296.85 |

3

**Total excl. VAT**                                                                    **1'296.85**

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 9.40 | 750.00 | 7'050.00 |
| Jany, Oliver | 97.75 | 375.00 | 36'656.25 |
| Jegher, Gion | 13.90 | 650.00 | 9'035.00 |
| Meili, Mark | 11.90 | 550.00 | 6'545.00 |
| Sangiorgio, Shannon | 31.75 | 175.00 | 5'556.25 |
| | 164.70 | 393.70 | 64'842.50 |