**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
: 
Debtors.[1] : Jointly Administered
: 
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kroll, LLC ("Kroll") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from January 1, 2025 through and including January 31, 2025 (the "Fee Period"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $80,421.96 and $2,446.20, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period. The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as <u>Exhibit B</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3. Attached hereto as <u>Exhibit C</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4. Attached hereto as <u>Exhibit D</u> is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5. Attached hereto as <u>Exhibit E</u> are Kroll's fee statements for services provided during the Fee Period.

**NOTICE AND OBJECTION PROCEDURES**

6. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn

(holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **March 13, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: February 20, 2025

By: */s/ Allen Pfeiffer*
Allen Pfeiffer
KROLL, LLC
55 East 52nd Street, Floor 17
New York, New York 10055

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
: 
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[3] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF system.

Dated: February 20, 2025  By: */s/ G. Alexander Bongartz*
      New York, New York      G. Alexander Bongartz (admitted *pro hac vice*)
                                              Paul Hastings LLP
                                              200 Park Avenue
                                              New York, New York 10166
                                              (212) 318-6000
                                              alexbongartz@paulhastings.com

                                              *Counsel for the Chapter 11 Trustee*

---

[3] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**

**HOURS AND RATES PER PROFESSIONAL**

*Time Period: January 1-31, 2025.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 890 | $ 712 | 28.5 | $ 20,292.00 |
| Barker, James | Associate Managing Director | Forensic Investigations and Intelligence | $ 710 | $ 639 | 3.0 | $ 1,917.00 |
| Jones, Iain | Associate Managing Director | Forensic Investigations and Intelligence | $ 710 | $ 639 | 2.0 | $ 1,278.00 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 12.4 | $ 6,417.00 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 121.6 | $ 62,928.00 |
| Spier, Tre | Research Analyst | Forensic Investigations and Intelligence | $ 245 | $ 221 | 34.9 | $ 7,695.45 |
| **Total Hours and Fees:** | | | | | **202.4** | **$ 100,527.45** |
| **Blended Hourly Rate:** | | | | | | **$ 496.68** |

# EXHIBIT B

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

*Time Period: January 1-31, 2025.*

| U.S. Trustee Task Code and Project Category | | Hours Billed | Fees Billed |
|---|---|---|---|
| B110 | Case Administration | - | $ - |
| B113 | Pleadings Review | - | $ - |
| B120 | Asset Analysis and Recovery | 185.6 | $ 91,187.05 |
| B155 | Court Hearings | - | $ - |
| B160 | Fee/Employment Applications | 5.0 | $ 2,626.40 |
| B170 | Fee/Employment Objections | - | $ - |
| B180 | Avoidance Action Analysis | - | $ - |
| B181 | Preference Analysis and Recovery Actions | - | $ - |
| B182 | Post-Petition Transfers and Recovery Actions | - | $ - |
| B190 | Other Contested Matters (excl. assumption/rejections motions) | - | $ - |
| B191 | General Litigation | - | $ - |
| B192 | Lender Litigation | - | $ - |
| B195 | Non-Working Travel | - | $ - |
| B261 | Investigations | 11.8 | $ 6,714.00 |
| **TOTAL** | | **202.4** | **$ 100,527.45** |

**EXHIBIT C**

**SUMMARY OF COMPENSATION BY MATTER ID**

*Time Period: January 1-31, 2025.*

| Matter ID and Name | | Hours Billed | Fees Billed |
|---|---|---|---|
| 00001 | General Debtor Representation | 5.0 | $ 2,626.40 |
| 00002 | Asset Recovery Investigation and Litigation | 195.4 | $ 96,623.05 |
| 00003 | HK USA Adversary Proceeding | - | $ - |
| 00004 | Bravo Luck Adversary Proceeding | - | $ - |
| 00005 | PAX Adversary Proceeding | - | $ - |
| 00006 | SN Apartment Adversary Proceeding | - | $ - |
| 00007 | Greenwich Land Adversary Proceeding | - | $ - |
| 00008 | AIG Adversary Proceeding | - | $ - |
| 00009 | Mei Guo Adversary Proceeding | - | $ - |
| 00010 | Interpleader Adversary Proceeding | - | $ - |
| 00011 | HCHK Adversary Proceeding | - | $ - |
| 00012 | Golden Spring Adversary Proceeding | - | $ - |
| 00013 | Mahwah Adversary Proceeding | - | $ - |
| 00014 | RICO Litigation | - | $ - |
| 00015 | Lamp Capital Adversary Proceeding | - | $ - |
| 00016 | G-Club Adversary Proceeding | - | $ - |
| 00017 | Rule of Law Adversary Proceeding | - | $ - |
| 00018 | UAE Asset Recovery Actions | 2.0 | $ 1,278.00 |
| 00019 | Leading Shine Adversary Proceeding | - | $ - |
| 00020 | Gettr USA Proceeding | - | $ - |
| | | **202.4** | **$ 100,527.45** |

**EXHIBIT D**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

*Time Period: January 1-31, 2025.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---|
| Database and Research Fees for January | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | $ 438.60 |
| Valid8 Charges | General Debtor Representation | Case Administration | 2,007.60 |
| **TOTAL** | | | **$ 2,446.20** |

**EXHIBIT E**

**FEE DETAIL**

*Time Period: January 1-31, 2025.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 1/1/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attention to analysis of postpetition inflows and funds seized by [redacted] related email to P. Parizek and J. Lazarus re: discussion of working analysis. | 8.4 | $ 4,347.00 |
| Parizek, Pam | 1/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas analysis re: forfeiture amounts and [redacted] account balances (.3), call with A. Lomas, J. Lazarus re: same (.8), report to Paul Hastings (L. Despins, N. Bassett, D. Barron) re: same (.8), call with A. Lomas re: methodology (.4). | 2.3 | $ 1,637.60 |
| Lomas, Adam | 1/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedule analysis of postpetition activity in [redacted] subject to [redacted] | 3.7 | $ 1,914.75 |
| Lomas, Adam | 1/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting re: analysis of [redacted] and other investigative updates, with Paul Hastings [L. Despins and D. Barron] and P. Parizek. | 0.8 | $ 414.00 |
| Lomas, Adam | 1/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with P. Parizek and J. Lazarus re: working [redacted] analysis. | 0.9 | $ 465.75 |
| Lazarus, Jordan | 1/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Phone call with A. Lomas and P. Parizek re: analysis schedules for [redacted] discussion and related matters. | 0.8 | $ 414.00 |
| Lomas, Adam | 1/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continued attention to schedule analysis of postpetition activity in [redacted] subject to [redacted] | 2.8 | $ 1,449.00 |
| Lazarus, Jordan | 1/3/2025 | Asset Recovery Investigation and Litigation | Investigations | Review [redacted] analysis schedules. | 1.2 | $ 621.00 |
| Parizek, Pam | 1/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review summary of post-petition inflows (.5), working session with A. Lomas, J. Lazarus re: analysis of pre-petition account balances and post-petition inflows to [redacted] (1.8). | 2.3 | $ 1,637.60 |
| Lomas, Adam | 1/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with L. Despins and P. Parizek re: [redacted] analysis. | 0.7 | $ 362.25 |
| Parizek, Pam | 1/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Preview draft Forfeiture order re: [redacted] email A. Lomas re: updated analysis (.3). | 0.3 | $ 213.60 |
| Lomas, Adam | 1/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with P. Parizek and J. Lazarus re: [redacted] analysis and related funds tracing. | 1.8 | $ 931.50 |
| Lomas, Adam | 1/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review updated forfeiture bill; related updates to master transaction file and other reconciliations. | 0.6 | $ 310.50 |
| Parizek, Pam | 1/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with A. Lomas and Paul Hastings (L. Despins) re: [redacted] analysis (.5), debrief with A. Lomas re: same (.2). | 0.7 | $ 498.40 |

1

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 1/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Perform analysis and prepare related schedule of postpetition outflows by bucket (i.e., suspected transfers to third parties, quantification of unknown withdrawals, transfers subject to avoidance actions, and transfers to ▇▇ ▇▇ Kwok-related accounts). | 4.9 | $ 2,535.75 |
| Lazarus, Jordan | 1/6/2025 | Asset Recovery Investigation and Litigation | Investigations | Phone call with A. Lomas and P. Parizek re: analysis schedules for ▇▇ discussion and related matters. | 1.0 | $ 517.50 |
| Parizek, Pam | 1/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review supplemetal analysis of post-petition transfers (.5), call with A. Lomas and Paul Hastings re: same (1.0), debrief with A. Lomas re: analysis (.4). | 1.9 | $ 1,352.80 |
| Lomas, Adam | 1/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with L. Despins and P. Parizek re: postpetition outflows by bucket and ▇▇▇▇▇▇ analysis. | 1.5 | $ 776.25 |
| Parizek, Pam | 1/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with A. Lomas and Paul Hastings (L. Despins, S. Maza) re: post-petition transfer analysis (1.5). | 1.5 | $ 1,068.00 |
| Lomas, Adam | 1/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with Paul Hastings [L. Despins and S. Maza] re: ▇▇▇▇▇▇ analysis. | 1.6 | $ 828.00 |
| Lomas, Adam | 1/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supplemental document production with respect to previously-identified unknown ▇▇▇▇▇▇ related updates to master transaction file. | 4.1 | $ 2,121.75 |
| Lomas, Adam | 1/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with T. Spier re: recent bank productions and upcoming analyses and priorities. | 0.6 | $ 310.50 |
| Spier, Tre | 1/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of document productions from ▇▇▇▇▇▇ and ▇▇▇▇ ▇▇▇▇ and ▇▇▇▇▇▇ related updates to inventory of Debtor-related bank accounts. | 3.5 | $ 771.75 |
| Lomas, Adam | 1/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supplemental document production with respect to previously-identified unknown ▇▇▇▇▇▇ related updates to master transaction file. | 2.8 | $ 1,449.00 |
| Spier, Tre | 1/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with A. Lomas re: recent bank productions and upcoming analyses and priorities. | 0.6 | $ 132.30 |
| Lomas, Adam | 1/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with Paul Hastings [L. Despins, S. Maza, and D. Barron] re: ▇▇▇▇ analysis. | 1.1 | $ 569.25 |
| Lomas, Adam | 1/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Perform analysis and prepare related schedule of postpetition inflows in all ▇▇▇▇▇▇ | 0.6 | $ 310.50 |
| Parizek, Pam | 1/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with A. Lomas and Paul Hastings (L. Despins, S. Maza, D. Barron) re: forfeitures and post-petition transfer analysis (1.1). | 1.1 | $ 783.20 |
| Lazarus, Jordan | 1/8/2025 | Asset Recovery Investigation and Litigation | Investigations | Review correspondence from A. Lomas to NPM Law re: updated avoidance actions and related matters. | 0.2 | $ 103.50 |

2

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Parizek, Pam | 1/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Re-read indictment and superceding indictments re: ▮▮▮▮ of forfeiture (1.0), ▮▮▮▮ draft forfeiture order (.3), ▮▮▮▮ Ater Ego Complaint (1.4). | 2.7 | $ 1,922.40 |
| Lazarus, Jordan | 1/9/2025 | Asset Recovery Investigation and Litigation | Investigations | Call with P. Parizek, A. Lomas, Paul Hastings (L. Despins, N. Bassett, D. Barron), and NPM Law [P. Linsey and K. Mitchell] re: bank account analysis, ▮▮▮▮ and related matters. | 0.1 | $ 51.75 |
| Lomas, Adam | 1/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supplemental document production with respect to previously-identified unknown ▮▮▮▮ related updates to master transaction file. | 1.8 | $ 931.50 |
| Barker, James | 1/9/2025 | Asset Recovery Investigation and Litigation | Investigations | Call with P. Parizek, A. Lomas, J. Lazarus, Paul Hastings (L. Despins, N. Bassett, D. Barron), and NPM Law [P. Linsey and K. Mitchell] re: bank account analysis, ▮▮▮▮ and related matters. | 0.1 | $ 63.90 |
| Lomas, Adam | 1/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting re: investigative updates with Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song], NPM Law [P. Lisney and K. Mitchell], and P. Parizek and J. Lazarus. | 0.1 | $ 51.75 |
| Parizek, Pam | 1/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review S. Maza analysis of ▮▮▮▮ (.2), compare A. Lomas lead sheet and ▮▮▮▮ to forfeiture (.9). | 1.1 | $ 783.20 |
| Spier, Tre | 1/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of document productions from ▮▮▮▮ and ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮ related updates to inventory of Debtor-related bank accounts. | 2.6 | $ 573.30 |
| Lomas, Adam | 1/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review, clean-up, and reconciliation of data in preparation of updated transfer schedules for avoidance action decisioning. | 6.7 | $ 3,467.25 |
| Parizek, Pam | 1/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continued review and analysis of forfeiture accounts, third-party post petition transafers and ▮▮▮▮ (1.4) | 1.4 | $ 996.80 |
| Lomas, Adam | 1/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supplemental document production with respect to previously-identified unknown ▮▮▮▮ related updates to master transaction file. | 0.4 | $ 207.00 |
| Spier, Tre | 1/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 2.5 | $ 551.25 |
| Spier, Tre | 1/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of document productions from ▮▮▮▮ and ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮ related updates to inventory of Debtor-related bank accounts. | 3.3 | $ 727.65 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 1/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [P. Linsey and K. Mitchell] re: ▮▮▮▮ for ▮▮▮▮ and ▮▮▮▮ | 0.3 | $ 155.25 |
| Lazarus, Jordan | 1/10/2025 | Asset Recovery Investigation and Litigation | Investigations | Review correspondence between A. Lomas and NPM Law re: avoidance action schedules and related matters. | 0.2 | $ 103.50 |
| Lomas, Adam | 1/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attention to analysis/schedule of postpetition inflows in all ▮▮▮▮ | 3.2 | $ 1,656.00 |
| Parizek, Pam | 1/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas summary of ▮▮▮▮ (.1). | 0.1 | $ 71.20 |
| Parizek, Pam | 1/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with A. Lomas and S. Maza re: forfeiture analysis (1.0), review and analysis of impacted bank account statements (1.1), confer A. Lomas re: same (.7). | 2.8 | $ 1,993.60 |
| Jones, Iain | 1/13/2025 | UAE Asset Recovery Actions | Investigations | Conduct Investigation regarding ▮▮▮▮ | 2.0 | $ 1,278.00 |
| Lazarus, Jordan | 1/13/2025 | General Debtor Representation | Fee/Employment Applications | Prepare December 2024 Monthly fee statement and September through December 2024 fee application. | 0.8 | $ 414.00 |
| Lomas, Adam | 1/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with S. Maza, and P. Parizek re: ▮▮▮▮ analysis. | 1.0 | $ 517.50 |
| Lomas, Adam | 1/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review, clean-up, and reconciliation of data in preparation of updated transfer schedules for avoidance action decisioning. | 1.7 | $ 879.75 |
| Spier, Tre | 1/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 1.2 | $ 264.60 |
| Lomas, Adam | 1/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Targeted analysis of postpetition activity (ungrouping of deposits and withdrawals) in ▮▮▮▮ account; related updates to master transaction file. | 0.9 | $ 465.75 |
| Parizek, Pam | 1/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review reservation of rights with respect to preliminary forfeiture, call with A. Lomas re: same and verification of financial amounts (1.0). | 1.0 | $ 712.00 |
| Lomas, Adam | 1/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from Paul Hastings [E. Sutton] re: certain transfers with respect to ▮▮▮▮ PC. | 0.1 | $ 51.75 |
| Lomas, Adam | 1/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedule of updated transfer totals to existing avoidance defendants; compose related email to NPM Law [P. Linsey and K. Mitchell]. | 6.4 | $ 3,312.00 |
| Lomas, Adam | 1/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review, clean-up, and reconciliation of data in preparation of updated transfer schedules for avoidance action decisioning. | 2.2 | $ 1,138.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 1/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey] re: confidentiality markings of documents supporting transfers to ▮▮▮▮▮ PC and ▮▮▮▮▮ LLP. | 0.2 | $ 103.50 |
| Lazarus, Jordan | 1/14/2025 | Asset Recovery Investigation and Litigation | Investigations | Review and respond to correspondence with NPM Law re: numerous avoidance action claims and related matters. | 0.7 | $ 362.25 |
| Lomas, Adam | 1/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Revisions to schedule of transfers to existing avoidance defendants; related email to NPM Law [P. Linsey]. | 0.2 | $ 103.50 |
| Parizek, Pam | 1/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prep call with A. Lomas re: forfeiture analysis (.5). | 0.5 | $ 356.00 |
| Parizek, Pam | 1/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review breakdown of new post-petition funds (.1). | 0.1 | $ 71.20 |
| Parizek, Pam | 1/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas summary of updated transfer totals for existing avoidance defendants (.3). | 1.0 | $ 712.00 |
| Lomas, Adam | 1/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with P. Parizek re: draft Paul Hastings ▮▮▮▮▮ | 0.7 | $ 362.25 |
| Lomas, Adam | 1/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with Paul Hastings [S. Maza and D. Barron] re: forfeiture analysis. | 2.4 | $ 1,242.00 |
| Parizek, Pam | 1/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with A. Lomas, S. Maza and D. Barron re: forfeiture analysis (2.3). | 2.3 | $ 1,637.60 |
| Lomas, Adam | 1/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of postpetition activity in network of commingled ▮▮▮▮▮ related and ▮▮▮▮▮ related bank accounts subject to seizure; respond to email inquiries from Paul Hastings [S. Maza] re: same. | 3.9 | $ 2,018.25 |
| Lomas, Adam | 1/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of draft Paul Hastings brief in connection with preliminary forfeiture; prepare related comments thereon. | 0.7 | $ 362.25 |
| Parizek, Pam | 1/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review updated analysis of ▮▮▮▮▮ to forfeiture (.4). | 0.4 | $ 284.80 |
| Parizek, Pam | 1/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review Trustee's Settlement Proposal regarding ▮▮▮▮▮ and related charts (.3). | 0.3 | $ 213.60 |
| Lomas, Adam | 1/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attention to illustrative charts in support of Paul Hastings ▮▮▮▮▮ | 3.8 | $ 1,966.50 |
| Lazarus, Jordan | 1/15/2025 | Asset Recovery Investigation and Litigation | Investigations | Review and respond to correspondence with NPM Law re: numerous avoidance action claims and related matters. | 0.8 | $ 414.00 |
| Lomas, Adam | 1/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with NPM Law [P. Linsey] and Paul Hastings [D. Barron and L. Song] re: schedule of transfers for existing avoidance defendants and matters with respect to the ▮▮▮▮▮ Complaint. | 0.3 | $ 155.25 |

5

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 1/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting re: data for avoidance action decisioning and forfeiture analysis, with Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song], NPM Law [P. Lisney and K. Mitchell], and P. Parizek.. | 0.6 | $ 310.50 |
| Lomas, Adam | 1/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attention to illustrative charts in support of Paul Hastings | 3.7 | $ 1,914.75 |
| Lomas, Adam | 1/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: current metrics with respect to ▓▓▓ and ▓▓▓ transactions; related calculations and analyses. | 1.0 | $ 517.50 |
| Spier, Tre | 1/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▓▓▓ bank account transactions; related updates to master transaction file. | 2.0 | $ 441.00 |
| Spier, Tre | 1/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Source and verify inputs to chart of ▓▓▓ | 3.0 | $ 661.50 |
| Parizek, Pam | 1/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review illustrations of ▓▓▓ related to forfeiture and ▓▓▓ to ▓▓▓ (.2). | 0.2 | $ 142.40 |
| Parizek, Pam | 1/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review updated summary of bank accounts and transaction volume (.1). | 0.1 | $ 71.20 |
| Lomas, Adam | 1/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to T. Spier re: sourcing of ▓▓▓ chart. | 0.4 | $ 207.00 |
| Parizek, Pam | 1/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with A. Lomas and Paul Hastings re: additional amounts collectible from avoidance defendants, forfeiture analysis (.6). | 0.6 | $ 427.20 |
| Lomas, Adam | 1/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of draft Paul Hastings PowerPoint deck re: forfeiture analysis. | 0.6 | $ 310.50 |
| Parizek, Pam | 1/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review final draft of Presentation to Government re: Fofeiture Settlement proposal, confirm accuracy of calculations (.5); review appendix slides and A. Lomas explanation re: same (.3). | 0.8 | $ 569.60 |
| Lazarus, Jordan | 1/16/2025 | Asset Recovery Investigation and Litigation | Investigations | Review and respond to correspondence with NPM Law re: numerous avoidance action claims and related matters. | 0.4 | $ 207.00 |
| Lomas, Adam | 1/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attention to illustrative charts in support of Paul Hastings | 1.2 | $ 621.00 |
| Lomas, Adam | 1/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Revisions to schedule of transfers to existing avoidance defendants. | 1.8 | $ 931.50 |
| Lomas, Adam | 1/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with Paul Hastings [S. Maza and D. Barron] re: comments on forfeiture analysis charts. | 0.3 | $ 155.25 |
| Parizek, Pam | 1/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review updated appendices to fofeiture presentation (.2), S. Maza summary analysis of outflows (.1), final review of forfeiture presentation deck (.3). | 0.6 | $ 427.20 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Spier, Tre | 1/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 2.5 | $ 551.25 |
| Lomas, Adam | 1/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Revisions to schedule of updated transfer totals to existing avoidance defendants; compose related email to NPM Law [P. Linsey and K. Mitchell] and Paul Hastings [D. Barron and L. Song]. | 0.8 | $ 414.00 |
| Lazarus, Jordan | 1/21/2025 | Asset Recovery Investigation and Litigation | Investigations | Review and respond to correspondence with NPM Law re: numerous avoidance action claims and related matters. | 0.4 | $ 207.00 |
| Parizek, Pam | 1/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas calculation of revised amounts due from avoidance defendants, additional transferees for avoidance actions (.3). | 0.3 | $ 213.60 |
| Lomas, Adam | 1/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedule of transferees not currently included in existing avoidance action; compose related email to NPM Law [P. Linsey and K. Mitchell]. | 2.9 | $ 1,500.75 |
| Lomas, Adam | 1/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▮▮▮▮ Inc bank account transactions into master transaction file for review/analysis. | 0.4 | $ 207.00 |
| Lomas, Adam | 1/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Quality control review of ▮▮▮▮ bank account transaction analysis; related updates to master transaction file. | 0.6 | $ 310.50 |
| Lomas, Adam | 1/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Quality control review of ▮▮▮▮ bank account transaction analysis; related updates to master transaction file. | 0.7 | $ 362.25 |
| Lomas, Adam | 1/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Quality control review of ▮▮▮▮ bank account transaction analysis; related updates to master transaction file. | 1.0 | $ 517.50 |
| Lomas, Adam | 1/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.1 | $ 51.75 |
| Lomas, Adam | 1/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 1.9 | $ 983.25 |
| Lomas, Adam | 1/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Quality control review of ▮▮▮▮ bank account transaction analysis; related updates to master transaction file. | 0.5 | $ 258.75 |
| Barker, James | 1/23/2025 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, J. Lazarus, Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song), and NPM Law [P. Linsey and K. Mitchell] re: bank account and avoidance action analysis updates and related matters. | 0.4 | $ 255.60 |
| Lazarus, Jordan | 1/23/2025 | General Debtor Representation | Fee/Employment Applications | Prepare December 2024 Monthly fee statement and September through December 2024 fee application. | 0.9 | $ 465.75 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 1/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to Paul Hastings and NPM Law counsel teams re: agenda for weekly status meeting; related meeting preparation. | 0.4 | $ 207.00 |
| Lomas, Adam | 1/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Email to J. Barker re: planned ▇▇▇ with respect to ▇▇ ▇▇ defendants. | 0.2 | $ 103.50 |
| Spier, Tre | 1/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of document productions from ▇▇▇ related updates to inventory of Debtor-related bank accounts. | 0.7 | $ 154.35 |
| Lomas, Adam | 1/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with NPM Law [P. Linsey and K. Mitchell] re: data for possible new and amended avoidance actions. | 0.4 | $ 207.00 |
| Lomas, Adam | 1/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiries from NPM Law [K. Mitchell and R. Flynn] re: documents underlying transfers to ▇▇▇ related compilation of relevant bank documents. | 1.2 | $ 621.00 |
| Lazarus, Jordan | 1/23/2025 | Asset Recovery Investigation and Litigation | Investigations | Review and respond to correspondence with NPM Law re: numerous avoidance action claims and related matters. | 0.7 | $ 362.25 |
| Lomas, Adam | 1/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Preliminary review of documents produced by ▇▇▇ | 0.2 | $ 103.50 |
| Lazarus, Jordan | 1/23/2025 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, J. Barker, Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song), and NPM Law [P. Linsey and K. Mitchell] re: bank account and avoidance action analysis updates and related matters. | 0.4 | $ 207.00 |
| Lomas, Adam | 1/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting re: bank transaction analysis for suspected "▇▇▇ accounts and other investigative updates, with Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song], NPM Law [P. Linsey and K. Mitchell] and J. Barker. | 0.4 | $ 207.00 |
| Lomas, Adam | 1/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Revisions to schedule of transferees not currently included in existing avoidance action (to separate transferees into requested buckets); compose related email to NPM Law [P. Linsey and K. Mitchell]. | 2.2 | $ 1,138.50 |
| Lomas, Adam | 1/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▇▇▇ LLC and ▇▇▇ bank account transactions; related updates to master transaction file. | 1.6 | $ 828.00 |
| Lomas, Adam | 1/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▇▇▇ LLC and ▇▇▇ bank account transactions into master transaction file for review/analysis. | 0.3 | $ 155.25 |
| Lomas, Adam | 1/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from Paul Hastings [L. Song] re: transfers with respect to ▇▇▇ ▇▇▇ and/or ▇▇▇ related document and transaction review. | 0.6 | $ 310.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 1/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey] re: number of bank accounts identified since July 2024. | 0.2 | $ 103.50 |
| Lomas, Adam | 1/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▇▇▇▇ bank account transactions; related updates to master transaction file. | 0.4 | $ 207.00 |
| Parizek, Pam | 1/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review schedules to December fee statement and narrative redactions (.7). | 0.7 | $ 498.40 |
| Lomas, Adam | 1/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▇▇▇▇ bank account transactions; related updates to master transaction file. | 0.5 | $ 258.75 |
| Lomas, Adam | 1/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▇▇▇▇ bank account transactions into master transaction file for review/analysis. | 0.2 | $ 103.50 |
| Lomas, Adam | 1/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ and ▇▇▇▇ bank account transactions into master transaction file for review/analysis. | 0.6 | $ 310.50 |
| Lazarus, Jordan | 1/27/2025 | General Debtor Representation | Fee/Employment Applications | Prepare December 2024 Monthly fee statement and September through December 2024 fee application. | 1.3 | $ 672.75 |
| Lomas, Adam | 1/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 1.7 | $ 879.75 |
| Lomas, Adam | 1/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Reconciliation of bank statements received compared to those analyzed and/or processed through bank statement analysis tool to date. | 2.1 | $ 1,086.75 |
| Lomas, Adam | 1/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▇▇▇▇ bank account transactions; related updates to master transaction file. | 0.2 | $ 103.50 |
| Parizek, Pam | 1/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas updates re: financial analysis, J. Barker updates re: ▇▇▇▇ (.3). | 0.3 | $ 213.60 |
| Lomas, Adam | 1/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 103.50 |
| Lomas, Adam | 1/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▇▇▇▇ and ▇▇ ▇▇▇▇ bank account transactions into master transaction file for review/analysis. | 0.4 | $ 207.00 |
| Lomas, Adam | 1/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▇▇▇▇ and ▇▇▇▇ ▇▇▇▇ bank account transactions; related updates to master transaction file. | 0.5 | $ 258.75 |
| Lomas, Adam | 1/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of correspondent wire transfer information provided by ▇▇▇▇ related reconciliation and updates to master transaction file. | 2.9 | $ 1,500.75 |
| Lomas, Adam | 1/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▇▇▇▇ bank account transactions into master transaction file for review/analysis. | 0.2 | $ 103.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 1/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of additional documents produced by ▮▮▮ related update of inventory of Debtor-related bank accounts. | 1.1 | $ 569.25 |
| Lomas, Adam | 1/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▮▮▮ and ▮▮▮ bank account transactions into master transaction file for review/analysis. | 0.3 | $ 155.25 |
| Lomas, Adam | 1/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮ bank account transactions; related updates to master transaction file. | 1.3 | $ 672.75 |
| Lomas, Adam | 1/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Updates to schedules of transfers to existing avoidance defendants and ▮▮▮ (to provide additional information with respect to timing of ▮▮▮ composed related email to NPM Law [P. Linsey]. | 1.4 | $ 724.50 |
| Lomas, Adam | 1/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Staff supervision re: review and analysis of ▮▮▮ and ▮▮▮ bank account transactions. | 0.3 | $ 155.25 |
| Spier, Tre | 1/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮ and ▮▮▮ bank account transactions; related updates to master transaction file. | 3.9 | $ 859.95 |
| Lomas, Adam | 1/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Internal email to Kroll team re: ▮▮▮ for ▮▮▮ complaints; related correspondence with X. Pallas re: ▮▮▮ | 0.7 | $ 362.25 |
| Lazarus, Jordan | 1/29/2025 | Asset Recovery Investigation and Litigation | Investigations | Review and respond to correspondence with NPM Law re: numerous avoidance action claims and related matters. | 0.3 | $ 155.25 |
| Barker, James | 1/29/2025 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email - updated L.Song on ▮▮▮ | 2.0 | $ 1,278.00 |
| Parizek, Pam | 1/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review research re: ▮▮▮ (.1). | 0.1 | $ 71.20 |
| Lomas, Adam | 1/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Updates to schedules of transfers to existing avoidance defendants and ▮▮▮ (to provide additional information with respect specific ▮▮▮ effectuating ▮▮▮ transfers); composed related email to NPM Law [P. Linsey and D. Skalka]. | 1.1 | $ 569.25 |

10

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 1/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting re: bank account analysis for certain ▇▇▇ related accounts at ▇▇▇ public records research with respect to ▇▇▇ and ▇▇▇ and other investigative updates; with Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song], NPM Law [P. Linsey], and P. Parizek and J. Barker. | 0.5 | $ 258.75 |
| Parizek, Pam | 1/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with A. Lomas, Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song) and NPM Law (P. Linsey) re: ▇▇▇ accounts at ▇▇▇ ▇▇▇ public records research, new and amended avoidance actions (.5). | 0.5 | $ 356.00 |
| Spier, Tre | 1/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▇▇▇ and ▇▇▇ bank account transactions; related updates to master transaction file. | 1.5 | $ 330.75 |
| Lazarus, Jordan | 1/30/2025 | Asset Recovery Investigation and Litigation | Investigations | Review and respond to correspondence with NPM Law re: numerous avoidance action claims and related matters. | 0.4 | $ 207.00 |
| Parizek, Pam | 1/30/2025 | General Debtor Representation | Fee/Employment Applications | Review draft fee application (.2). | 0.2 | $ 142.40 |
| Barker, James | 1/30/2025 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, P. Parziek, Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song) and NPM Law (P. Linsey) re: ▇▇▇ accounts at ▇▇▇ ▇▇▇ public records research, new and amended avoidance actions (.5). | 0.5 | $ 319.50 |
| Spier, Tre | 1/31/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with A. Lomas re: review and sourcing of schedules of ▇▇▇ transfers for ▇▇▇ complaints. | 0.3 | $ 66.15 |
| Lomas, Adam | 1/31/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedules of ▇▇▇ transfers for ▇▇▇ complaints. | 4.4 | $ 2,277.00 |
| Lazarus, Jordan | 1/31/2025 | General Debtor Representation | Fee/Employment Applications | Prepare and review September through December 2024 fee application. | 1.8 | $ 931.50 |
| Spier, Tre | 1/31/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▇▇▇ and ▇▇▇ bank account transactions; related updates to master transaction file. | 2.1 | $ 463.05 |
| Parizek, Pam | 1/31/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review list of new transferees and updated avoidance claims for existing transferees (.3). | 0.3 | $ 213.60 |
| Spier, Tre | 1/31/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and source schedules of ▇▇▇ transfers for ▇▇▇ complaints. | 5.2 | $ 1,146.60 |
| Lomas, Adam | 1/31/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with T. Spier re: review and sourcing of schedules of ▇▇▇ transfers for ▇▇▇ complaints | 0.3 | $ 155.25 |
| Lomas, Adam | 1/31/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Staff supervision re: review and analysis of ▇▇▇ and ▇▇▇ bank account transactions. | 0.2 | $ 103.50 |
| **Total Hours and Amount:** | | | | | **202.4** | **$ 100,527.45** |

11