**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

--------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
--------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S MOTION UPON CONSENT TO**
**PARTICIPATE IN FEBRUARY 25, 2025 HEARING ON REMOTE BASIS**

Pursuant to section 105(a) of Title 11 of the United States Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok, respectfully moves (this "Motion") the Court to enter an order in the form attached hereto authorizing the Trustee and his counsel to attend the hearing (the "Hearing") scheduled for February 25, 2025, at 1 p.m., in the Chapter 11 Case on a remote basis using the Court's Zoom.gov platform. The United States Trustee consents to this request.

In support of this Motion, the Trustee states the following:

The following matters are scheduled to be heard at the Hearing:

(1) *Third Interim Fee Application of Prager Dreifuss AG, as Swiss Law Counsel, for Compensation and Reimbursement of Expenses* [ECF No. 4018]; and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

-2-

(2) the Trustee's *Application to Employ The Hamilton Group, LLC as Auctioneer* [ECF No. 4021].

The Trustee respectfully requests that he and his counsel be permitted to attend the Hearing on a remote basis using the Court's Zoom.gov platform.[2] The Trustee requests this relief because (a) the matters scheduled to be heard are not evidentiary in nature; and (b) beginning at 10:30 a.m. on February 25, 2025, the Trustee and his counsel will be participating in mediation proceedings (via Zoom.gov) supervised by Judge Tancredi of a matter involving substantial avoidance claims, and the Trustee and his counsel would appreciate the flexibility to remain engaged in the mediation for as long as possible prior to the Hearing.

The United States Trustee, which is the only party that has filed any response to the matters to be addressed at the Hearing [ECF No. 4131], consents to relief requested in this Motion.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[2] A pretrial conference is also scheduled to be heard at the same time as the hearing in an adversary proceeding related to the Chapter 11 Case [Adv. Proc. No. 23-05002 Docket No. 87]. Contemporaneous herewith, the Trustee is filing an unopposed motion to adjourn that pretrial conference.

-3-

WHEREFORE, for the foregoing reasons, the Trustee requests that the Court grant this Motion and such other and further relief as is just and proper.

Dated: February 20, 2025  LUC A. DESPINS, CHAPTER 11

By: */s/ Patrick R. Linsey*
   Patrick R. Linsey (ct29437)
   NEUBERT, PEPE & MONTEITH, P.C.
   195 Church Street, 13th Floor
   New Haven, Connecticut 06510
   (203) 781-2847
   plinsey@npmlaw.com

   *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                  :    Chapter 11
                                                                            :
HO WAN KWOK, *et al.*,[1]                                    :    Case No. 22-50073 (JAM)
                                                                            :
Debtors.                                                           :    (Jointly Administered)
                                                                            :
---------------------------------------------------------x

**[PROPOSED] ORDER GRANTING**
**CHAPTER 11 TRUSTEE'S MOTION UPON CONSENT TO**
**PARTICIPATE IN FEBRUARY 25, 2025 HEARING ON REMOTE BASIS**

Upon the motion (the "Motion") of Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok for entry of an order authorizing the Trustee and his counsel to attend the hearing (the "Hearing") scheduled for 1 p.m. on February 25, 2025, in the Chapter 11 Case on a remote basis, and good cause appearing therefore, it is hereby

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that the Trustee and his counsel may participate in the Hearing via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the ZoomGov remote conference by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties able to receive electronic notice by operation of the Court's case management/electronic case files ("CM/ECF"). Parties may access this filing through the Court's CM/ECF system.

Dated: February 20, 2025
New Haven, Connecticut

 */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).