# United States Bankruptcy Court

## District of Connecticut

In re:   Ho Wan Kwok, et al.,

Case Number: 22-50073 (JAM)

Chapter: 11

    Debtor(s)

U.S. District Court

Case No:

APPELLANT:

G Club Operations LLC

Filing Fee Status:

☑ Paid  ☐ Not Paid  ☐ IFP Granted

Regarding:

Notice of Appeal Filed:   February 20, 2025

Notice of Appeal, BKY ECF No.   4127

## Acknowledgement by U.S. District Court

[X]   I hereby acknowledge receipt of the items indicated on the Transmittal Notice referenced above.

*If Notice of Appeal and/or Motion for Leave to Appeal Received:*

**The following U.S. District Court number has been assigned:**   3:25-cv-00261-KAD

Acknowledged By:   /s/Nick Fanelle          Date:   2/20/2025

    Deputy Clerk, U.S. District Court

# United States Bankruptcy Court

## District of Connecticut

In re:  Ho Wan Kwok, et al.,

　　　　　Debtor(s)

APPELLANT:
G Club Operations LLC

Case Number: 22-50073 (JAM)

Chapter: 11

U.S. District Court
Case No:

Filing Fee Status:

☑ Paid　☐ Not Paid　☐ IFP Granted

**TRANSMITTAL NOTICE TO U.S. DISTRICT COURT FOR THE DISTRICT
OF CONNECTICUT REGARDING APPEALS AND APPELLATE DOCUMENTS**

**<u>NOTICE OF APPEAL INFORMATION</u>**

Notice of Appeal Filed:　February 20, 2025

BKY ECF No.[1] :　4127

Filing Fee Status:　☑ Paid/　☐ Not Paid/　☐ IFP Granted

If Not Paid, Motion to Proceed in *Forma Pauperis* Filed: ☐ Yes, BKY ECF No. _____ / ☐ No

Appellant Name :　G Club Operations LLC

Appellant Address :

Appellant's Counsel and Address (Address/Phone/Email):　Jeffrey M. Sklarz
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kellianne Baranowsky
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Michelle A. Antao
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Green & Sklarz LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　One Audubon Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　New Haven, CT 06511
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(203) 285-8545
　　　　　　　　　　　　　　　　　　　　　　　　　　　　jsklarz@gs-lawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　kbaranowsky@gs-lawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　mantao@gs-lawfirm.com

---

[1]　ECF No(s). citations referenced in this Transmittal Notice refer to docket entries of the U.S. Bankruptcy Court for the case in which the notice of appeal was filed, unless otherwise noted.

Appellee(s) Name :   Luc A. Despins, Chapter 11 Trustee

Appellee(s) Address :

Appellee(s) Counsel and Address (Address/Phone/Email):   Douglas S. Skalka
Patrick R. Linsey
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com
and
Nicholas A. Bassett
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com
and
Douglass Barron
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
douglassbarron@paulhastings.com

Other Interested Party Information:

### *DOCUMENTS TRANSMITTED TO THE DISTRICT COURT*

**Please find the following items attached to this Transmittal Notice:**

☑ Notice of Appeal, BKY ECF No.  4127

☐ Amended Notice of Appeal, BKY ECF No.  _____

☐ Cross Appeal, BKY ECF No.  _____

☐ Motion for Leave to Appeal, BKY ECF No.  _____

☑ Order / Decision being appealed

    Title of Order / Decision:   Order Granting in part Third Motion for Extension of Deadline for Trustee to File
        Avoidance Actions

    BKY ECF No.:  4106

    Additional Information (If Any)

    _____

☐ Deficiency Notice Issued for Failure to Pay Filing Fee, BKY ECF No.

☐ Motion to Proceed *in Forma Pauperis*, BKY ECF No.

    ☐ Order, BKY ECF No.  _____

    Resolution of Motion:

    _____

☐ The Record

    ☐ Appellant's Designation of Items, BKY ECF No.  _____

        ☐ Included in the Electronic Docket Sheet

    ☐ Appellant's Statement of Issues, BKY ECF No.  _____

        ☐ Included in the Electronic Docket Sheet

    ☐ Appellee's Designation of Items, BKY ECF No.  _____

        ☐ Included in the Electronic Docket Sheet

    ☐ Appellee's Statement of Issues, BKY ECF No.  _____

        ☐ Included in the Electronic Docket Sheet

    ☐ Electronic Docket Sheet for Bankruptcy Case Number:  _____

    ☐ Electronic Docket Sheet for Adversary Proceeding Case Number:  _____

    ☐ Transcripts:  _____

    ☐ Sealed Documents:  _____

    Sealed documents will not be transmitted until an order is entered by the U.S. District Court accepting the
    documents under seal pursuant to Fed. R. Bankr. P. 8009(f).

    ☐ Court Exhibits (Paper Copies):  _____

    ☐ Other Documents:  _____

☐ Other:  _____

Transmitted By:  Karen M. Garofalo                    Date:  February 20, 2025
    Deputy Clerk, U.S. Bankruptcy Court