# EXHIBIT A

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

October 16, 2024
**Invoice #** 432778
**Matter #** 083201.0001

**Re:**    **Case Administration**

For services rendered through September 30, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|--|-------|------|--------|
| 09/04/24 | Kaplan | Review monthly operating report for Genever Holdings LLC for July 2024 | 0.20 | 460.00 | 92.00 |
| 09/06/24 | Kaplan | Review request for status conference from certain adversary proceeding defendants | 0.40 | 460.00 | 184.00 |
| 09/18/24 | Kaplan | Review Motion to Quash filed by River Valley Operations, LLC | 0.30 | 460.00 | 138.00 |
| 09/23/24 | Kaplan | Review monthly operating reports for Genever Holdings LLC and Genever Holding Corp. for August 2024 | 0.30 | 460.00 | 138.00 |
| 09/23/24 | Kaplan | Review monthly operating reports for Debtor/Trustee for August 2024 | 0.30 | 460.00 | 138.00 |
| 09/24/24 | Mayhew | Prepare for hearing on status conference re adversary proceeding | 0.30 | 590.00 | 177.00 |
| 09/24/24 | Mayhew | Attend status conference before Judge Manning re Defendants' scheduling issues | 2.50 | 590.00 | 1475.00 |
| 09/24/24 | Mayhew | Correspondence to I. Goldman re status conference before Judge Manning | 0.50 | 590.00 | 295.00 |
| 09/24/24 | Kaplan | Email with committee members regarding status conference on adversary proceedings and other information from trustee | 0.20 | 460.00 | 92.00 |
| 09/25/24 | Mayhew | Conference with I. Goldman re status conference before Judge Manning re | 0.20 | 590.00 | 118.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Case Administration

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|---|-------|------|--------|
| | | joint defense group issues | | | |
| 09/25/24 | Mayhew | Review Judge Manning's order amending mediation procedures as to the Joint Defense Group | 0.20 | 590.00 | 118.00 |
| 09/26/24 | Mayhew | Review hearing notice re motion to amend mediation procedures | 0.10 | 590.00 | 59.00 |
| 09/27/24 | Mayhew | Review correspondence from H. Claiborn re sealing issue and respond | 0.10 | 590.00 | 59.00 |
| 09/27/24 | Mayhew | Correspondence to and from J. Sklarz re Trustee's motion to seal | 0.20 | 590.00 | 118.00 |
| 09/30/24 | Mayhew | Review Trustee's motion to sell Greenwich property and motion to expedite hearing and send to Committee | 0.30 | 590.00 | 177.00 |
| 09/30/24 | Mayhew | Conference with I. Goldman re sealing issues | 0.20 | 590.00 | 118.00 |
| 09/30/24 | Mayhew | Review correspondence from J. Sklarz and case law re sealing | 0.50 | 590.00 | 295.00 |
| 09/30/24 | Mayhew | Correspondence to and from L. Despins re motion to seal 9019 settlements and telephone call with same | 0.30 | 590.00 | 177.00 |
| 09/30/24 | Kaplan | Review 17th omnibus motion for 2004 exam | 0.20 | 460.00 | 92.00 |
| 09/30/24 | Goldman | Confer with K. Mayhew re trustee sealing motions (.2); conference call with Luc Despins re same (.2) | 0.40 | 600.00 | 240.00 |
| | | **Fees** | | | **$4,300.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Irve J. Goldman | Partner | 0.40 | 600.00 | 240.00 |
| Jonathan A. Kaplan | Partner | 1.90 | 460.00 | 874.00 |
| Kristin B. Mayhew | Partner | 5.40 | 590.00 | 3,186.00 |
| | **Fees** | | | **$4,300.00** |

## Disbursements

| | Amount |
|---|--------|
| Parking | 6.00 |

Case Administration

| | |
|---|---|
| **Total Disbursements** | **$6.00** |
| | |
| **Total Fees** | **$4,300.00** |
| **Total Disbursements** | **$6.00** |
| | |
| **Total Due This Invoice** | **$4,306.00** |

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

November 18, 2024
**Invoice #** 434406
**Matter #** 083201.0001

**Re:     Case Administration**

For services rendered through October 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|--|-------|------|--------|
| 10/04/24 | Mayhew | Review correspondence from H. Claiborn re objection to sealing and L. Despins' response thereto | 0.10 | 600.00 | 60.00 |
| 10/04/24 | Mayhew | Review Trustee's motion to appear remotely for 10/8/24 hearing | 0.10 | 600.00 | 60.00 |
| 10/04/24 | Kaplan | Review G Club's limited objection to Trustee's motion to approve settlement conference | 0.30 | 480.00 | 144.00 |
| 10/07/24 | Kaplan | Review US Trustee's objection to sealing Motion for Compromise | 0.30 | 480.00 | 144.00 |
| 10/07/24 | Kaplan | Review Trustee's reply to objections to 9019 motions regarding avoidance claim settlements | 0.20 | 480.00 | 96.00 |
| 10/07/24 | Kaplan | Review Feibo Jiang's Motion for Order/Motion to Quash the 17th omnibus motion for 2004 exams | 0.30 | 480.00 | 144.00 |
| 10/08/24 | Kaplan | Review Trustee's motion to increase spending cap on Mahwah mansion | 0.30 | 480.00 | 144.00 |
| 10/08/24 | Mayhew | Review motions scheduled to be heard for 10/8 hearing and US Trustee's objection to Trustee's motion to seal | 0.80 | 600.00 | 480.00 |
| 10/08/24 | Mayhew | Review Chapter 11 Trustee's motion to increase Mahwah expense cap | 0.20 | 600.00 | 120.00 |
| 10/08/24 | Mayhew | Attend hearing before Judge Manning on motions to retain NJ and Cyprus counsel and motion to limit notice of 9019 motions and AIG discovery | 1.70 | 600.00 | 1020.00 |
| 10/09/24 | Kaplan | Motion to amend mediation procedures | 0.30 | 480.00 | 144.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Case Administration

| Date | Professional | | Hours | Rate | Amount |
|------|------------|---|-------|------|--------|
| | | order to temporarily stay discovery | | | |
| 10/14/24 | Kaplan | Review invoices of Acheson Doyle Partners | 0.20 | 480.00 | 96.00 |
| 10/17/24 | Mayhew | Review Chapter 11 Trustee's status report re motion to quash subpoenas and for protective order filed by River Valley Operations | 0.10 | 600.00 | 60.00 |
| 10/21/24 | Kaplan | Review monthly operating report for Debtor for September 2024 | 0.20 | 480.00 | 96.00 |
| 10/22/24 | Mayhew | Review Court order granting Attorney Vartan's motion to withdraw | 0.10 | 600.00 | 60.00 |
| 10/24/24 | Kaplan | Review Trustee's objection to River Valley Operations Motion to Quash | 0.30 | 480.00 | 144.00 |
| 10/28/24 | Kaplan | G Club's motion to quash subpoena, memo of law and motion to expedite hearing | 0.30 | 480.00 | 144.00 |
| | **Fees** | | | | **$3,156.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 2.70 | 480.00 | 1,296.00 |
| Kristin B. Mayhew | Partner | 3.10 | 600.00 | 1,860.00 |
| **Fees** | | | | **$3,156.00** |

## Disbursements

| | Amount |
|---|--------|
| Copy Expense | 220.80 |
| Express Mail | 30.19 |
| **Total Disbursements** | **$250.99** |

| | |
|---|---|
| **Total Fees** | **$3,156.00** |
| **Total Disbursements** | **$250.99** |
| **Total Due This Invoice** | **$3,406.99** |

**PULLMAN & COMLEY**
ATTORNEYS AT LAW

| | |
|---|---|
| Official Committee of Unsecured Creditors of Ho Wan Kwok | December 20, 2024 |
| Attn: Samuel Nunberg, Chairman | **Invoice #** 435879 |
| 600 South Dixie Highway, Suite 455 | **Matter #** 083201.0001 |
| West Palm Beach, FL 33401 | |

**Re:     Case Administration**

For services rendered through November 30, 2024

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/24 | Kaplan | Review Trustee's Objection to G Club's Motion to Quash filed | 0.30 | 480.00 | 144.00 |
| 11/01/24 | Kaplan | Review reservation of rights of Apple/Meta regarding Motion to Amend Avoidance and Mediation Procedures | 0.20 | 480.00 | 96.00 |
| 11/01/24 | Kaplan | Review stipulation resolving Motion to Quash filed by River Valley Operations | 0.20 | 480.00 | 96.00 |
| 11/15/24 | Mayhew | Draft motion to continue 11/19 hearing | 0.60 | 600.00 | 360.00 |
| 11/20/24 | Kaplan | Review monthly fee statement of O'Sullivan McCormack Jensen and Bliss | 0.20 | 480.00 | 96.00 |
| 11/21/24 | Kaplan | Review Debtor's monthly operating report | 0.20 | 480.00 | 96.00 |
| 11/22/24 | Kaplan | Review Reply in Support of Motion to Dismiss Avoidance Actions by Joint Defendants | 0.70 | 480.00 | 336.00 |
| | **Fees** | | | | **$1,224.00** |

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 1.80 | 480.00 | 864.00 |
| Kristin B. Mayhew | Partner | 0.60 | 600.00 | 360.00 |
| | **Fees** | | | **$1,224.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com     Bridgeport     Hartford     Springfield     Stamford     Waterbury     Westport     White Plains

| | |
|---|---|
| **Total Fees** | **$1,224.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$1,224.00** |

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

January 27, 2025
**Invoice #** 437394
**Matter #** 083201.0001

**Re:     Case Administration**

For services rendered through December 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|--|-------|------|--------|
| 12/03/24 | Kaplan | Review Motion to Dismiss/Notice of Order filed by DJD Creative LLC | 0.20 | 480.00 | 96.00 |
| 12/05/24 | Kaplan | Review reply to G Club's Objection to Motion to Seal the Settlement Agreement | 0.40 | 480.00 | 192.00 |
| 12/20/24 | Mayhew | Review Kroll monthly fee statement for November 2024 | 0.30 | 600.00 | 180.00 |
| 12/24/24 | Kaplan | Review monthly operating report of debtor and Genever Holding Corps for November 2024 | 0.30 | 480.00 | 144.00 |
| | **Fees** | | | | **$612.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 0.90 | 480.00 | 432.00 |
| Kristin B. Mayhew | Partner | 0.30 | 600.00 | 180.00 |
| **Fees** | | | | **$612.00** |

| | |
|--|--|
| **Total Fees** | **$612.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$612.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

October 16, 2024
**Invoice #** 432779
**Matter #** 083201.0002

**Re:    Meetings and Communications with Creditors**

For services rendered through September 30, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|--|-------|------|--------|
| 09/19/24 | Kaplan | Email from Mr. Nunberg regarding reduction in purchase price for Sherry Netherlands | 0.20 | 460.00 | 92.00 |
| | **Fees** | | | | **$92.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 0.20 | 460.00 | 92.00 |
| **Fees** | | | | **$92.00** |

| | |
|---|---|
| **Total Fees** | **$92.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$92.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

November 18, 2024
**Invoice #** 434407
**Matter #** 083201.0002

**Re:     Meetings and Communications with Creditors**

For services rendered through October 31, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|---|-------|------|--------|
| 10/15/24 | Kaplan | Emails with committee regarding update on hearings, sale of property to new bidder approved, other items | 0.20 | 480.00 | 96.00 |
| 10/15/24 | Mayhew | Correspondence to Creditors' Committee regarding 10/15 hearing | 0.20 | 600.00 | 120.00 |
| 10/22/24 | Mayhew | Review correspondence from S. Nunberg re adversary proceeding, obtain pleadings and respond | 0.30 | 600.00 | 180.00 |
| | | **Fees** | | | **$396.00** |

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 0.20 | 480.00 | 96.00 |
| Kristin B. Mayhew | Partner | 0.50 | 600.00 | 300.00 |
| | **Fees** | | | **$396.00** |

| | |
|---|---|
| **Total Fees** | **$396.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$396.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

October 16, 2024
**Invoice #** 432780
**Matter #** 083201.0003

**Re:**     **Fee/Employment Applications**

For services rendered through September 30, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|------------|---|-------|------|--------|
| 09/04/24 | Kaplan | Review order authorizing retention of broker for Greenwich property | 0.20 | 460.00 | 92.00 |
| 09/16/24 | Kaplan | Review application to employ NJ real estate counsel for sale of Mahwah property | 0.20 | 460.00 | 92.00 |
| 09/19/24 | Kaplan | Review Trustee's Motion to Amend the Engagement Agreement with Sotheby's regarding Sherry Netherlands | 0.30 | 460.00 | 138.00 |
| 09/23/24 | Kaplan | Review Trustee's Application to employ Cypriot law counsel | 0.20 | 460.00 | 92.00 |
| 09/25/24 | Kaplan | Review monthly fee statement of O'Sullivan McCormack Jensen & Bliss PC | 0.20 | 460.00 | 92.00 |
| | **Fees** | | | | **$506.00** |

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 1.10 | 460.00 | 506.00 |
| | **Fees** | | | **$506.00** |
| | **Total Fees** | | | **$506.00** |
| | **Total Disbursements** | | | **$0.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Fee/Employment Applications

| **Total Due This Invoice** | **$506.00** |
|---|---|



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

November 18, 2024
**Invoice #** 434408
**Matter #** 083201.0003

**Re:    Fee/Employment Applications**

For services rendered through October 31, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 10/02/24 | Kaplan | Application to employ counsel for Mauritius | 0.30 | 480.00 | 144.00 |
| 10/07/24 | Kaplan | Review Trustee's application to employ counsel in Mauritias | 0.30 | 480.00 | 144.00 |
| 10/15/24 | Mayhew | Correspondence to and from Trustee's counsel, PAX's counsel and UST regarding extension to file fee application | 0.20 | 600.00 | 120.00 |
| 10/15/24 | Mayhew | Telephone conference with Mr. Goldman regarding fee application and hearing on sale of Greenwich mansion | 0.20 | 600.00 | 120.00 |
| 10/15/24 | Mayhew | Review fee application invoices procedures order | 0.40 | 600.00 | 240.00 |
| 10/16/24 | Mayhew | Draft 5th Interim Application for Compensation for Pullman & Comley | 1.60 | 600.00 | 960.00 |
| 10/16/24 | Mayhew | Review hearing notice regarding interim fee application for Trustee and his professionals and for Application to Employ Counsel in BVI | 0.20 | 600.00 | 120.00 |
| 10/17/24 | Mayhew | Draft and revise Pullman & Comley 5th Interim Fee Application | 0.80 | 600.00 | 480.00 |
| 10/17/24 | Mayhew | Review and revise 5th Interim Fee Application and draft attorney certification and proposed order | 0.70 | 600.00 | 420.00 |
| 10/21/24 | Mayhew | Follow up with I. Goldman re 5th Interim Fee Application | 0.10 | 600.00 | 60.00 |
| 10/23/24 | Mayhew | Follow up re service of notice of fee application hearing | 0.30 | 600.00 | 180.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Fee/Employment Applications

| Date | Professional | | Hours | Rate | Amount |
|------|-------------|--|-------|------|--------|
| 10/24/24 | Mayhew | Attention to service issues for hearing notice | 0.30 | 600.00 | 180.00 |
| 10/28/24 | Mayhew | Review and revise draft Certificate of Service re P&C's 5th Interim Fee Application | 0.20 | 600.00 | 120.00 |
| | | **Fees** | | | **$3,288.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 0.60 | 480.00 | 288.00 |
| Kristin B. Mayhew | Partner | 5.00 | 600.00 | 3,000.00 |
| | **Fees** | | | **$3,288.00** |

| | | |
|--|--|--|
| **Total Fees** | | **$3,288.00** |
| **Total Disbursements** | | **$0.00** |
| **Total Due This Invoice** | | **$3,288.00** |

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

December 20, 2024
**Invoice #** 435880
**Matter #** 083201.0003

**Re:**    **Fee/Employment Applications**

For services rendered through November 30, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|-----------|---|-------|------|--------|
| 11/01/24 | Kaplan | Review US Trustee's statement of objection/no objection to fee applications | 0.30 | 480.00 | 144.00 |
| 11/04/24 | Kaplan | Review monthly fee statement of Prager Dreiguss AG for September and October 2024 | 0.30 | 480.00 | 144.00 |
| 11/09/24 | Mayhew | Review Judge's Order regarding fee application hearing and follow up with I. Goldman regarding same | 0.20 | 600.00 | 120.00 |
| 11/13/24 | Mayhew | Correspondence to J. Kaplan re 11/19 fee application hearing on P&C's 5th Interim Fee Application | 0.10 | 600.00 | 60.00 |
| 11/17/24 | Mayhew | Correspondence to H. Claiborn and L. Despins re P&C Fee Application hearing | 0.30 | 600.00 | 180.00 |
| 11/18/24 | Mayhew | Revise request for continuance and arrange for filing and service | 0.40 | 600.00 | 240.00 |
| 11/25/24 | Kaplan | Review application to employ Peter Shaw as barrister | 0.20 | 480.00 | 96.00 |
| | **Fees** | | | | **$984.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 0.80 | 480.00 | 384.00 |
| Kristin B. Mayhew | Partner | 1.00 | 600.00 | 600.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Fee/Employment Applications

| | |
|---|---|
| **Fees** | **$984.00** |
| **Total Fees** | **$984.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$984.00** |



Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

January 27, 2025
**Invoice #** 437395
**Matter #** 083201.0003

**Re:     Fee/Employment Applications**

For services rendered through December 31, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 12/05/24 | Kaplan | Review Prager Dreiffus AG November 2024 fee statement | 0.30 | 480.00 | 144.00 |
| 12/12/24 | Mayhew | Review motion to amend order retaining Pallas Partners | 0.20 | 600.00 | 120.00 |
| 12/12/24 | Kaplan | Review Motion to Amend Retention of Pallas Partner to add new matter | 0.30 | 480.00 | 144.00 |
| 12/13/24 | Mayhew | Review hearing notice re motion to amend Pallas Partners' retention order | 0.10 | 600.00 | 60.00 |
| 12/14/24 | Kaplan | Review monthly operating report of Genever Holding LLC for October 2024 | 0.20 | 480.00 | 96.00 |
| 12/17/24 | Kaplan | View application to employ counsel in United Arab Emirates | 0.30 | 480.00 | 144.00 |
| 12/18/24 | Mayhew | Review notice of changes in hourly rates for Trustee's professionals | 0.20 | 600.00 | 120.00 |
| 12/19/24 | Kaplan | Review monthly fee statement of Winne, Banta, Basralian & Kahn/New Jersey real estate counsel | 0.20 | 480.00 | 96.00 |
| 12/20/24 | Mayhew | Review fee statement for Winne, Banta | 0.10 | 600.00 | 60.00 |
| 12/22/24 | Kaplan | Review monthly fee statement of O'Sullivan, McCormack, Jensen & Bliss for November 2024 | 0.30 | 480.00 | 144.00 |
| 12/23/24 | Mayhew | Review notice of fee statement filed by O'Sullivan McCormack | 0.10 | 600.00 | 60.00 |
| | | **Fees** | | | **$1,188.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 1.60 | 480.00 | 768.00 |
| Kristin B. Mayhew | Partner | 0.70 | 600.00 | 420.00 |
| | **Fees** | | | **$1,188.00** |
| | **Total Fees** | | | **$1,188.00** |
| | **Total Disbursements** | | | **$0.00** |
| | **Total Due This Invoice** | | | **$1,188.00** |

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

October 16, 2024
**Invoice #** 432781
**Matter #** 083201.0005

**Re:     Asset Analysis and Recovery**

For services rendered through September 30, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|--|-------|------|--------|
| 09/03/24 | Kaplan | Review adversary complaint against Boies Schiller Flexner | 0.30 | 460.00 | 138.00 |
| 09/04/24 | Kaplan | Review status report for Genever Holdings LLC – remediation complete and final invoices coming in September | 0.20 | 460.00 | 92.00 |
| 09/19/24 | Kaplan | Review sealed Motion to Compromise with Wildes and Weinberg P.C. | 0.40 | 460.00 | 184.00 |
| 09/27/24 | Mayhew | Review correspondence from J. Sklarz re Trustee's motion to sell and forward to I. Goldman | 0.20 | 590.00 | 118.00 |
| 09/30/24 | Kaplan | Review motion to sell Greenwich property free and clear of liens | 0.40 | 460.00 | 184.00 |
| | | **Fees** | | | **$716.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Jonathan A. Kaplan | Partner | 1.30 | 460.00 | 598.00 |
| Kristin B. Mayhew | Partner | 0.20 | 590.00 | 118.00 |
| | **Fees** | | | **$716.00** |
| | **Total Fees** | | | **$716.00** |
| | **Total Disbursements** | | | **$0.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Asset Analysis and Recovery

| **Total Due This Invoice** | **$716.00** |



**PULLMAN & COMLEY**
ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

November 18, 2024
**Invoice #** 434409
**Matter #** 083201.0005

Re:     **Asset Analysis and Recovery**

For services rendered through October 31, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 10/01/24 | Mayhew | Review Chapter 11 Trustee's motion to sell Mahwah mansion and motion to expedite hearing on same | 0.40 | 600.00 | 240.00 |
| 10/01/24 | Mayhew | Correspondence to Committee re motion for authority to sell Mahwah mansion | 0.20 | 600.00 | 120.00 |
| 10/01/24 | Kaplan | Review Trustee's motion to sell Mahwah Mansion with contents subject to conditions and motion to expedite hearing | 0.40 | 480.00 | 192.00 |
| 10/03/24 | Mayhew | Review order scheduling auction for Greenwich property | 0.10 | 600.00 | 60.00 |
| 10/03/24 | Mayhew | Review notice of hearing on Trustee's motion to sell Mahwah mansion | 0.10 | 600.00 | 60.00 |
| 10/06/24 | Kaplan | Review Trustee's complaint against Spears & Imes, LLP | 0.30 | 480.00 | 144.00 |
| 10/14/24 | Kaplan | Review notice of higher bidder and revised order approving sale | 0.70 | 480.00 | 336.00 |
| 10/14/24 | Mayhew | Review pleadings related to matters to be heard on 10/15/24 before Judge Manning and recent District Court decisions in Kwok | 0.80 | 600.00 | 480.00 |
| 10/14/24 | Mayhew | Review Trustee's motion to approve higher offer for Greenwich property | 0.30 | 600.00 | 180.00 |
| 10/15/24 | Mayhew | Attend hearing before Judge Manning on: (i) motion to sell Greenwich Property; (ii) motion to increase Mahwah Cap; and (iii) Alter Ego and RICO Adversaries | 2.50 | 600.00 | 1500.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Asset Analysis and Recovery

Invoice No.: 434409
November 18, 2024
Page 2

| Date | Professional | | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 10/15/24 | Kaplan | Review adversary proceeding complaints against Norris McLaughlin PA and Foley Hoag LLP | 0.40 | 480.00 | 192.00 |
| 10/16/24 | Mayhew | Review objection filed by Ohtzar to sale of furniture in Mahwah mansion | 0.10 | 600.00 | 60.00 |
| 10/18/24 | Kaplan | Review Omnibus Memorandum of Law in Support of Motions to Dismiss Avoidance Actions from multiple defendants | 1.00 | 480.00 | 480.00 |
| 10/22/24 | Mayhew | Prepare for hearing before Judge Manning to sell Mahwah mansion and objections thereto | 0.50 | 600.00 | 300.00 |
| 10/22/24 | Mayhew | Attend hearing before Judge Manning re Trustee's motion to sell Mahwah mansion | 2.20 | 600.00 | 1320.00 |
| 10/23/24 | Kaplan | Review notice of sale of 373 Taconic Road, Greenwich, CT | 0.20 | 480.00 | 96.00 |
| 10/29/24 | Kaplan | Review trustee's motion for 2004 examination of Schulman Bhattacharya, LLC | 0.30 | 480.00 | 144.00 |
| 10/29/24 | Kaplan | Review Order on motion authorizing trustee to sell Mahwah mansion and related items | 0.20 | 480.00 | 96.00 |
| | **Fees** | | | | **$6,000.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|------|------|------|------|------|
| Jonathan A. Kaplan | Partner | 3.50 | 480.00 | 1,680.00 |
| Kristin B. Mayhew | Partner | 7.20 | 600.00 | 4,320.00 |
| **Fees** | | | | **$6,000.00** |
| **Total Fees** | | | | **$6,000.00** |
| **Total Disbursements** | | | | **$0.00** |
| **Total Due This Invoice** | | | | **$6,000.00** |

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

December 20, 2024
**Invoice #** 435881
**Matter #** 083201.0005

**Re:     Asset Analysis and Recovery**

For services rendered through November 30, 2024

| Date | Professional | | Hours | Rate | Amount |
|------|-----------|--------------------------------------------------------------------------------------------------------|------|--------|--------|
| 11/01/24 | Kaplan | Review Chapter 11 Trustee's Reply in Support of 17th Motion to Quash | 0.30 | 480.00 | 144.00 |
| 11/05/24 | Mayhew | Prepare for hearing before Judge Manning | 0.50 | 600.00 | 300.00 |
| 11/05/24 | Mayhew | Attend hearing before Judge Manning on Trustee's motion to stay discovery in certain avoidance actions and motion for default judgment against Kwok's son | 1.60 | 600.00 | 960.00 |
| 11/08/24 | Kaplan | Review Trustee's Objection to Joint Defendant's Memorandum in Support of Motion to Dismiss Avoidance Actions | 1.00 | 480.00 | 480.00 |
| 11/08/24 | Kaplan | Review status report of Genever Holdings LLC on status of renovation | 0.20 | 480.00 | 96.00 |
| 11/13/24 | Kaplan | Review architects' notice of invoice for Sherry Netherlands | 0.20 | 480.00 | 96.00 |
| | | **Fees** | | | **$2,076.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|------|------|------|------|--------|
| Jonathan A. Kaplan | Partner | 1.70 | 480.00 | 816.00 |
| Kristin B. Mayhew | Partner | 2.10 | 600.00 | 1,260.00 |
| | **Fees** | | | **$2,076.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

| | |
|---|---|
| **Total Fees** | **$2,076.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$2,076.00** |

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

January 27, 2025
**Invoice #** 437396
**Matter #** 083201.0005

**Re:** **Asset Analysis and Recovery**

For services rendered through December 31, 2024

| <u>Date</u> | <u>Professional</u> | | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 12/05/24 | Mayhew | Review correspondence from L. Despins regarding sealed settlement agreement with Wiles and Weinberg, review agreement and respond to L. Despins regarding same | 0.40 | 600.00 | 240.00 |
| 12/06/24 | Mayhew | Review Chapter 11 Trustee's Reply to G. Club Objection to Motion to Approve Sealed Settlement with Wildes & Windbury | 0.30 | 600.00 | 180.00 |
| 12/23/24 | Mayhew | Review Chapter 11 Trustee's request for status conference and review order granting same | 0.20 | 600.00 | 120.00 |
| 12/24/24 | Kaplan | Review second omnibus advisory complaint asserting alter ego claims | 0.50 | 480.00 | 240.00 |
| | | **Fees** | | | **$780.00** |

### Professional Summary

| <u>Professional</u> | <u>Title</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 0.50 | 480.00 | 240.00 |
| Kristin B. Mayhew | Partner | 0.90 | 600.00 | 540.00 |
| | **Fees** | | | **$780.00** |
| | **Total Fees** | | | **$780.00** |
| | **Total Disbursements** | | | **$0.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com      Bridgeport      Hartford      Springfield      Stamford      Waterbury      Westport      White Plains

Asset Analysis and Recovery

**Total Due This Invoice**                                                    **$780.00**