**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                          :     Chapter 11
                                                                :
HO WAN KWOK, *et al.*,[1]                       :     Case No. 22-50073 (JAM)
                                                                :
                                                                :
                 Debtor.                                  :
                                                                x
---------------------------------------------------------

**NOTICE OF FILING OF AUCTIONEER BONDS AND REVISED PROPOSED ORDER APPROVING IN PART APPLICATION OF CHAPTER 11 TRUSTEE TO EMPLOY AND APPOINT THE HAMILTON GROUP, LLC AS AUCTIONEER**

**PLEASE TAKE NOTICE** that on January 31, 2025, Luc Despins, in his capacity as Chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor") and Genever Holdings, LLC ("Genever US," together with the Trustee, the "Applicants") filed an *Application of Chapter 11 Trustee and Genever Holdings, LLC to Employ and Appoint The Hamilton Group, LLC as Auctioneer* [ECF 4021] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised proposed order (the "Revised Order") granting the Application, in part, and authorizing the employment of The Hamilton Group, LLC as auctioneer ("the Auctioneer").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2**, is a redline version of the Revised Order marked to show the changes that have been made to the version attached to the Application.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee has raised certain concerns to the Applicants regarding the inventory of the Estate Furniture to be included in the auction sale to be conducted by the Auctioneer.[2]

**PLEASE TAKE FURTHER NOTICE** that after discussions with the United States Trustee, the Applicants have agreed to adjourn that portion of the Application concerning the retention of the Auctioneer for the auction sale of Estate Furniture pending the filing of a Motion to Sell Estate Furniture and completion of the inventory of the Estate Furniture.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 3,** are copies of the surety bonds obtained by the Auctioneer in connection with the auction sale of the First Vehicle Group.[3] In accordance with LBR 6005-1 the Auctioneer has set an estimated value of $90,000 for the property in the First Vehicle Group.

| | |
|---|---|
| Dated: February 21, 2025<br>New Haven, CT | LUC A. DESPINS<br>CHAPTER 11 TRUSTEE and<br>GENEVER HOLDINGS LLC<br><br>By: /s/ *Douglas S. Skalka*<br>    Douglas S. Skalka (ct00616)<br>    Patrick R. Linsey (ct29437)<br>    NEUBERT, PEPE & MONTEITH, P.C.<br>    195 Church Street, 13th Floor<br>    New Haven, Connecticut 06510<br>    (203) 781-2847<br>    dskalka@npmlaw.com<br>    plinsey@npmlaw.com<br>    *Counsel for the Chapter 11 Trustee and*<br>    *Genever Holdings, LLC* |

---

[2] As defined in the Application.
[3] As defined in the Application.

2

# **EXHIBIT 1**

**(Revised Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x

In re:                                              Chapter 11

HO WAN KWOK, *et al*.,[1]                           Case No. 22-50073 (JAM)

        Debtors.                              (Jointly Administered)

---------------------------------------------------------x

### ORDER GRANTING IN PART APPLICATION OF CHAPTER 11 TRUSTEE TO EMPLOY AND APPOINT THE HAMILTON GROUP, LLC AS AUCTIONEER

UPON CONSIDERATION OF the application (ECF 4021, the "Application")[2] of Luc A. Despins (the "Trustee"), in his capacity as Chapter 11 Trustee for Ho Wan Kwok (the "Individual Debtor") to employ and appoint The Hamilton Group, LLC - as auctioneer; pursuant to 11 U.S.C. §§ 327 and 328 and Local Rule of Bankruptcy Procedure 6005-1 and as more fully set forth in the Application; and upon consideration of the Declaration; and it appearing that said professional is qualified to provide such professional service and does not represent any interest adverse to the estate of the Individual Debtor and good cause having been shown; and after a hearing having been held on February 25, 2025, it is by the Court hereby:

**ORDERED**, that Application is granted in part. The Trustee is hereby authorized to employ The Hamilton Group, LLC (the "Auctioneer") pursuant to 11 U.S.C. §§ 327 and 328 and

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application.

Local Rule of Bankruptcy Procedure 6005-1 as auctioneer to sell at auction the First Vehicle Group and the Estate Vehicles, upon the following terms and conditions:

    (a) 15% buyer's premium to be paid by the buyer at auction (the buyer shall pay this buyer's premium directly to Hamilton), for the avoidance of doubt, the Trustee shall not pay any premium to Hamilton; and

    (b) reimbursement of costs and expenses of the auction sale upon application subject to Court approval, including:

      i. a Bidspotter listing fee of $350 per auction,
      ii. a 3% commission to Bidspotter based upon the gross sales price and payable from the proceeds of the sale,
      iii. towing, key replacement and vehicle moving costs (estimated at $8518.80 for the First Vehicle Group),
      iv. cleaning and detailing costs (estimated at $200 for the First Vehicle Group),
      v. advertising costs (estimated at $800 for the First Vehicle Group), and
      vi. costs of the bond (which is $850 for the First Vehicle Group); and it is further

**ORDERED**, that, for the avoidance of doubt, the sale(s) of the First Vehicle Group and the Estate Vehicles are subject to entry of separate order(s) of this Court authorizing such sale(s), upon separate motion by the Trustee and notice upon parties in interest; and it is further

**ORDERED,** that the hearing on the Application with regards to the employment of the Auctoneer to sell Estate Furniture shall be adjourned to the hearing date and time to be scheduled for the forthcoming motion to sell Estate Furniture; and it is further

**ORDERED,** that reports of sale(s) of Estate Vehicles shall be filed within ten (10) days of the completion of each auction and such reports shall include the information required by Rule 6004(f) and the date of the sale; and it is further

**ORDERED**, that the Auctioneer shall file application(s) seeking reimbursement of expenses, and after notice and a hearing, will be awarded reimbursement of reasonable expenses to be determined as set forth in the Local Rules and subject to review and final determination by the Court pursuant to 11 U.S.C. §§ 330 and 331; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**EXHIBIT 2**

**(Proposed Order – Redline Version)**

(3)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | ___(Jointly Administered) |

------------------------------------------------------x

**[PROPOSED] ORDER GRANTING IN PART APPLICATION OF CHAPTER 11 TRUSTEE AND GENEVER HOLDINGS LLC TO EMPLOY AND APPOINT THE HAMILTON GROUP, LLC AS AUCTIONEER**

UPON CONSIDERATION OF the application (ECF 4021, the "Application")[2] of Luc A. Despins (the "Trustee"), in his capacity as Chapter 11 Trustee for Ho Wan Kwok (the "Individual Debtor"), and Genever Holdings LLC ("Genever US") to employ and appoint The Hamilton Group, LLC ("Hamilton") as auctioneer; pursuant to 11 U.S.C. §§ 327 and 328 and Local Rule of Bankruptcy Procedure 6005-1 and as more fully set forth in the Application; and upon consideration of the Declaration; and it appearing that said professional is qualified to provide such professional service and does not represent any interest adverse to the estate of the Individual Debtor Estates; and good cause having been shown; and after a hearing having been held on February 25, 2025, , it is by the Court hereby:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application.

(2)

**ORDERED**, that Application is granted in part. The Trustee is~~the Applicants are~~ hereby authorized to employ The Hamilton Group, LLC (the "Auctioneer") pursuant to 11 U.S.C. §§ 327 and 328 and Local Rule of Bankruptcy Procedure 6005-1 as auctioneer to sell at auction the First Vehicle Group~~Estate Vehicles~~ and the Estate Vehicles~~Furniture~~, upon the following terms and conditions: ~~as set forth in the Application; and it is further~~

(a) 15% buyer's premium to be paid by the buyer at auction (the buyer shall pay this buyer's premium directly to Hamilton), for the avoidance of doubt, the Trustee shall not pay any premium to Hamilton; and

(b) reimbursement of costs and expenses of the auction sale upon application subject to Court approval, including:

   i. a Bidspotter listing fee of $350 per auction,
   ii. a 3% commission to Bidspotter based upon the gross sales price and payable from the proceeds of the sale,
   iii. towing, key replacement and vehicle moving costs (estimated at $8518.80 for the First Vehicle Group); ~~towing costs (estimated at $518.80 for the First Vehicle Group),~~
   iv. cleaning and detailing costs (estimated at $200 for the First Vehicle Group),
   v. advertising costs (estimated at $800 for the First Vehicle Group), and
   vi. costs of the bond (which is $850 for the First Vehicle Group); and it is further

**ORDERED**, that, for the avoidance of doubt, the sale(s) of the First Vehicle Group and the Estate Vehicles are~~and Estate Furniture is~~ subject to entry of separate order(s) of this Court authorizing such sale(s), upon separate motion by the Trustee~~Applicants~~ and notice upon parties in interest; and it is further.

2

(2)

**ORDERED,** that the hearing on the Application with regards to the employment of the Auctoneer to sell Estate Furniture shall be adjourned to the hearing date and time to be scheduled for the forthcoming motion to sell Estate Furniture; and it is further

**ORDERED,** that reports of sale(s) of Estate Vehicles shall be filed within ten (10) days of the completion of each auction and such reports shall include the information required by Rule 6004(f) and the date of the sale; and it is further

**ORDERED**, that the Auctioneer shall file~~, after filing its~~ application(s) seeking ~~for compensation and request for~~ reimbursement of expenses, and after notice and a hearing, will be awarded ~~compensation plus~~ reimbursement of reasonable expenses to be determined as set forth in the Local Rules and subject to review and final determination by the Court pursuant to 11 U.S.C. §§ 330 and 331; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

*Formatted: Basic_L4*

(2)

# EXHIBIT 3

**(Auctioneer Bonds)**

Bond Number: 0862842

## AUCTIONEER BOND

**KNOW ALL MEN BY THESE PRESENTS** that we, THE HAMILTON GROUP, LLC (hereinafter called Principal), as Principal, and the HARCO NATIONAL INSURANCE COMPANY, its home office in Raleigh, Nc  27605 (hereinafter called Surety), as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA (hereinafter called Obligee), in the full and just sum of SEVENTY FIVE THOUSAND  AND NO/100 ($75,000.00) Dollars, for the payment of which, well and truly to be made, the Principal and Surety hereby bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**NOW THEREFORE**, the condition of this obligation is such that if the said Principal shall faithfully account for all money, assets and effects of bankruptcy case, HO WAN KWOK, ET AL; CASE #22-50073JAM , in which the Principal is serving as auctioneer, then this obligation to be void; otherwise to remain in full force in effect.

The liability of the Surety hereunder shall not exceed the aggregate sum of SEVENTY FIVE THOUSAND  AND NO/100 ($75,000.00) Dollars, for all claims asserted against this bond.

This bond shall remain in full force and effect from JANUARY 16, 2025 to APRIL 16, 2025. This bond may not be cancelled or terminated without sixty (60) days notice being given to the clerk and the United States Trustee.

SIGNED AND SEALED THIS 16TH day of JANUARY, 2025.

THE HAMILTON GROUP, LLC

By: _____

HARCO NATIONAL INSURANCE COMPANY

By: _____
CATHERINE C. KEHOE, ATTORNEY-IN-FACT

# POWER OF ATTORNEY
## HARCO NATIONAL INSURANCE COMPANY
## INTERNATIONAL FIDELITY INSURANCE COMPANY
Member companies of IAT Insurance Group, Headquartered: 4200 Six Forks Rd, Suite 1400, Raleigh, NC 27609

**KNOW ALL MEN BY THESE PRESENTS**: That **HARCO NATIONAL INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of Illinois, and **INTERNATIONAL FIDELITY INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of New Jersey, and having their principal offices located respectively in the cities of Rolling Meadows, Illinois and Newark, New Jersey, do hereby constitute and appoint

SARA S. DEJARNETTE, CONWAY C. MARSHALL, STEPHEN BEAHM, ELIZABETH SCHOTT, DAVID C. JOSEPH, JESSICA PALMERI, KELLI R. CROSS, AMANDA RIEDL, ANDRE AUTIN, VICTORIA SCRUGGS, CLARK P. FITZ-HUGH, CATHERINE C. KEHOE, KRISTINE DONOVAN

New Orleans, LA.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said **HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY**, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** and is granted under and by authority of the following resolution adopted by the Board of Directors of **INTERNATIONAL FIDELITY INSURANCE COMPANY** at a meeting duly held on the 13th day of December, 2018 and by the Board of Directors of **HARCO NATIONAL INSURANCE COMPANY** at a meeting held on the 13th day of December, 2018.

"RESOLVED, that (1) the Chief Executive Officer, President, Executive Vice President, Senior Vice President, Vice President, or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** have each executed and attested these presents on this 31st day of December, 2024



STATE OF NEW JERSEY
County of Essex

STATE OF ILLINOIS
County of Cook

Michael F. Zurcher
Executive Vice President, Harco National Insurance Company
and International Fidelity Insurance Company

On this 31st day of December, 2024, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.



IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

Cathy Cruz   a Notary Public of New Jersey
My Commission Expires April 16, 2029

## CERTIFICATION

I, the undersigned officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand on this day, January 16, 2025

Irene Martins, Assistant Secretary

A00586

Bond Number: 0866857

AUCTIONEER BOND

**KNOW ALL MEN BY THESE PRESENTS** that we, THE HAMILTON GROUP, LLC (hereinafter called Principal), as Principal, and the HARCO NATIONAL INSURANCE COMPANY, its home office in Raleigh, Nc  27605 (hereinafter called Surety), as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA (hereinafter called Obligee), in the full and just sum of TWENTY THOUSAND  AND NO/100 ($20,000.00) Dollars, for the payment of which, well and truly to be made, the Principal and Surety hereby bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**NOW THEREFORE**, the condition of this obligation is such that if the said Principal shall faithfully account for all money, assets and effects of bankruptcy case, HO WAN KWOK, ET AL; CASE  22-50073JAM TO AUCTION 2017 LEXUS NX 200T, in which the Principal is serving as auctioneer, then this obligation to be void; otherwise to remain in full force in effect.

The liability of the Surety hereunder shall not exceed the aggregate sum of TWENTY THOUSAND  AND NO/100 ($20,000.00) Dollars, for all claims asserted against this bond.

This bond shall remain in full force and effect from JANUARY 24, 2025 to APRIL 24, 2025. This bond may not be cancelled or terminated without sixty (60) days notice being given to the clerk and the United States Trustee.

SIGNED AND SEALED THIS 24TH day of JANUARY, 2025.

THE HAMILTON GROUP, LLC

By: _____

HARCO NATIONAL INSURANCE COMPANY

By: _____
CATHERINE C. KEHOE, ATTORNEY-IN-FACT

# POWER OF ATTORNEY
## HARCO NATIONAL INSURANCE COMPANY
## INTERNATIONAL FIDELITY INSURANCE COMPANY
Member companies of IAT Insurance Group, Headquartered: 4200 Six Forks Rd, Suite 1400, Raleigh, NC 27609

**KNOW ALL MEN BY THESE PRESENTS**: That **HARCO NATIONAL INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of Illinois, and **INTERNATIONAL FIDELITY INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of New Jersey, and having their principal offices located respectively in the cities of Rolling Meadows, Illinois and Newark, New Jersey, do hereby constitute and appoint
SARA S. DEJARNETTE, CONWAY C. MARSHALL, STEPHEN BEAHM, ELIZABETH SCHOTT, DAVID C. JOSEPH, JESSICA PALMERI, KELLI R. CROSS, AMANDA RIEDL, ANDRE AUTIN, VICTORIA SCRUGGS, CLARK P. FITZ-HUGH, CATHERINE C. KEHOE, KRISTINE DONOVAN

New Orleans, LA.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said **HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY**, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** and is granted under and by authority of the following resolution adopted by the Board of Directors of **INTERNATIONAL FIDELITY INSURANCE COMPANY** at a meeting duly held on the 13th day of December, 2018 and by the Board of Directors of **HARCO NATIONAL INSURANCE COMPANY** at a meeting held on the 13th day of December, 2018.

"**RESOLVED**, that (1) the Chief Executive Officer, President, Executive Vice President, Senior Vice President, Vice President, or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** have each executed and attested these presents
on this 31st day of December, 2024



STATE OF NEW JERSEY
County of Essex

STATE OF ILLINOIS
County of Cook

_____
Michael F. Zurcher
Executive Vice President, Harco National Insurance Company
and International Fidelity Insurance Company

On this 31st day of December, 2024, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.



IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

_____
Cathy Cruz    a Notary Public of New Jersey
My Commission Expires  April 16, 2029

## CERTIFICATION

I, the undersigned officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand on this day,  January 24, 2025

_____
Irene Martins, Assistant Secretary

A00586

Bond Number: 0866884

AUCTIONEER BOND

**KNOW ALL MEN BY THESE PRESENTS** that we, THE HAMILTON GROUP, LLC (hereinafter called Principal), as Principal, and the HARCO NATIONAL INSURANCE COMPANY, its home office in Raleigh, Nc  27605 (hereinafter called Surety), as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA (hereinafter called Obligee), in the full and just sum of TWENTY THOUSAND  AND NO/100 ($20,000.00) Dollars, for the payment of which, well and truly to be made, the Principal and Surety hereby bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**NOW THEREFORE**, the condition of this obligation is such that if the said Principal shall faithfully account for all money, assets and effects of bankruptcy case, HO WAN KWOK, ET AL; CASE #22-50073JAM TO AUCTION 2021 DUCATI DIAVEL, in which the Principal is serving as auctioneer, then this obligation to be void; otherwise to remain in full force in effect.

The liability of the Surety hereunder shall not exceed the aggregate sum of TWENTY THOUSAND  AND NO/100 ($20,000.00) Dollars, for all claims asserted against this bond.

This bond shall remain in full force and effect from JANUARY 30, 2025 to APRIL 30, 2025.This bond may not be cancelled or terminated without sixty(60) days notice being given to the clerk and the United States Trustee.

SIGNED AND SEALED THIS 30TH day of JANUARY, 2025.

THE HAMILTON GROUP, LLC

By: _____

HARCO NATIONAL INSURANCE COMPANY

By: _____
      CATHERINE C. KEHOE, ATTORNEY-IN-FACT

# POWER OF ATTORNEY
## HARCO NATIONAL INSURANCE COMPANY
## INTERNATIONAL FIDELITY INSURANCE COMPANY
Member companies of IAT Insurance Group, Headquartered: 4200 Six Forks Rd, Suite 1400, Raleigh, NC 27609

**KNOW ALL MEN BY THESE PRESENTS**: That **HARCO NATIONAL INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of Illinois, and **INTERNATIONAL FIDELITY INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of New Jersey, and having their principal offices located respectively in the cities of Rolling Meadows, Illinois and Newark, New Jersey, do hereby constitute and appoint

SARA S. DEJARNETTE, CONWAY C. MARSHALL, STEPHEN BEAHM, ELIZABETH SCHOTT, DAVID C. JOSEPH, JESSICA PALMERI, KELLI R. CROSS, AMANDA RIEDL, ANDRE AUTIN, VICTORIA SCRUGGS, CLARK P. FITZ-HUGH, CATHERINE C. KEHOE, KRISTINE DONOVAN

New Orleans, LA.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said **HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY**, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** and is granted under and by authority of the following resolution adopted by the Board of Directors of **INTERNATIONAL FIDELITY INSURANCE COMPANY** at a meeting duly held on the 13th day of December, 2018 and by the Board of Directors of **HARCO NATIONAL INSURANCE COMPANY** at a meeting held on the 13th day of December, 2018.

"**RESOLVED**, that (1) the Chief Executive Officer, President, Executive Vice President, Senior Vice President, Vice President, or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** have each executed and attested these presents on this 31st day of December, 2024



STATE OF NEW JERSEY
County of Essex

STATE OF ILLINOIS
County of Cook

Michael F. Zurcher
Executive Vice President, Harco National Insurance Company
and International Fidelity Insurance Company

On this 31st day of December, 2024, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.



IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

Cathy Cruz    a Notary Public of New Jersey
My Commission Expires April 16, 2029

## CERTIFICATION

I, the undersigned officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand on this day, January 30, 2025

A00586

Irene Martins, Assistant Secretary