**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, et al., | ) | Case No. 22-50073 (JAM) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. [1] | ) | |
| | ) | |

## THIRD FEE APPLICATION COVERSHEET

Interim Application of:                  Eisner Advisory Group LLC

Time Period:                                  From: September 1, 2024
                                                        To: December 31, 2024

Date of Entry of Retention Order:    December 7, 2023, effective as of October 23, 2023
                                                        [Docket No. 2424]

**Amounts Requested**                   **Reductions:**
Fees: $31,801.00                              Voluntary Fee Reductions: Not applicable
Expenses: $0.00                               Voluntary Expense Reductions: Not applicable
Total: $31,801.00

**Fees Previously Requested:**         **Retainer Request:**
Requested Fees: $148,720.00           None.
Awarded Fees: $147,344.00
Paid Fees: $147,344.00

**Expenses Previously Requested:**   **Expense Detail:**
Requested Expenses: $0.00              Retainer Received: Not applicable
Awarded Expenses: $0.00
Paid Expenses: $0.00

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## FEE REQUESTS TO DATE

| Date Submitted/ Docket No. | Period Covered | Requested Fees | Requested Expenses | Fees Awarded and Paid; Court Order | Expenses Awarded and Paid; Court Order | Amount Owing |
|---|---|---|---|---|---|---|
| 06/24/2024 [Docket No. 3274] | 10/23/2023 – 04/30/2024 | $66,976.00 | $0 | $65,600.00 [Docket No. 3354] | $65,600.00 | $0 |
| 10/15/24 [Docket No. 3692] | 5/1/2024 – 8/31/24 | $81,744.00 | $0 | $81,744.00 [Docket No. 3808] | $81,744.00 | $0 |

## HOURS AND RATES PER PROFESSIONAL

### September 1, 2024 Through December 31, 2024

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel Gibson, CPA | Partner | $ 750.00 | 2.4 | $ 1,800.00 |
| Anthony Calascibetta, CPA, CFF, CTP | Partner | 700.00 | 7.9 | 5,530.00 |
| Jay Lindenberg, CPA, CFF, CIRA | Director | 650.00 | 22.0 | 14,300.00 |
| Andal Iyengar, CPA | Senior Manager | 570.00 | 15.1 | 8,607.00 |
| Dinara Nesovski | Staff | 270.00 | 1.8 | 486.00 |
| Amanda Sarwan-Jones | Paraprofessional | 220.00 | 4.9 | 1,078.00 |
| **Total:** | | | **54.1** | **$ 31,801.00** |
| **Blended Rate:** | | | | **$ 587.82** |

**EXPENSE SUMMARY**

| Expenses Category | Total Expenses |
|---|---|
|  |  |
| **Total:** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, et al., | ) | Case No. 22-50073 (JAM) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. [1] | ) | |
| | ) | |

**THIRD INTERIM FEE APPLICATION OF EISNER ADVISORY GROUP LLC, AS TAX ADVISOR TO TRUSTEE AND GENEVER DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

Pursuant to sections 330 and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order (I) Authorizing and Approving Retention and Employment of Eisner Advisory Group LLC, as Tax Advisors, Effective as of October 23, 2023, and (II) Granting Related Relief,* dated December 7, 2023 [D.I. 2424] (the "Retention Order"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Connecticut (the "Local Bankruptcy Rules"), Eisner Advisory Group LLC ("Eisner"), tax advisors for the Trustee and the Genever Debtors (each as defined below), hereby files this third interim fee application (this "Application") for compensation in the amount of $31,801.00 for the reasonable and necessary professional services Eisner rendered to

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

the Trustee and the Genever Debtors from September 1, 2024 through December 31, 2024 (the

"Compensation Period").  In support of the Application, Eisner respectfully states as follows:

## Jurisdiction and Venue

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C § 1334. This

matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue in the Court is proper pursuant to 28 U.S.C. § 1408.

3.      The bases for the relief requested herein are sections 330, 331 and 503(b) of the

Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

## Background

**I.      Individual Debtor's Chapter 11 Case**

4.      On February 15, 2022, (the "Petition Date"), Ho Wan Kwok (the "Individual

Debtor") filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy

Code.

5.      On March 21, 2022, the United States Trustee appointed an Official Committee of

Unsecured Creditors ("Committee") in the Chapter 11 Case. No examiner has been appointed in

the Chapter 11 Cases.

6.      On June 15, 2022, the Court entered a memorandum of decision and order [Docket

No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee

in the chapter 11 case of Ho Wan Kwok. Pursuant to the Trustee Order, the United States Trustee

selected Luc. A. Despins as the Trustee.  On July 8, 2022, the Court entered an order granting the

appointment of Luc. A. Despins as the Trustee ("Trustee") in the Chapter 11 Case of Ho Wan

Kwok.

7.      By order entered December 7, 2023, the Court authorized Eisner's retention as tax advisors in these chapter 11 cases [Docket No. 2424] (the "Retention Order"), effective as of October 23, 2023.  The Retention Order authorizes Eisner to be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket expenses pursuant to section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and such orders as the Court may direct.

## II.      Genever (BVI)'s Chapter 11 Case

8.      On October 11, 2022, Genever Holdings Corporation ("Genever (BVI)") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

9.      No trustee or official committee of unsecured creditors has been appointed in Genever (BVI)'s chapter 11 case.

10.     On October 14, 2022, the Court entered an Order granting joint administration of the Individual Debtor's chapter 11 case and Genever (BVI)'s chapter 11 case [Docket no. 970].

11.     On December 7, 2023, the Court granted the Trustee's application to retain Eisner as the tax advisors in the Genever (BVI) chapter 11 case, effective as of October 23, 2023, [Docket No. 2424].

## III.      Genever (US)'s Chapter 11 Case

12.     On October 12, 2020, Genever Holdings, LLC ("Genever (US)" and, together with Genever (BVI), the "Genever Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court"), thereby commencing case number 20-12411 (JLG) (the "SDNY Bankruptcy Case").

3

13.     On November 3, 2022, the SDNY Bankruptcy Court entered an Order [Docket No. 225 in Case No. 22-50592] transferring the venue of the SDNY Bankruptcy Case to this Court, which assigned it Case Number 22-50592. On November 21, 2022, the Court entered an Order granting joint administration of the Genever (US) Debtor's chapter 11 case with the jointly administered cases of the Individual Debtor and the Genever (BVI) Debtor's chapter 11 case [Docket No. 1141].

14.     On December 7, 2023, the Court granted the Trustee's application to retain Eisner as tax advisors in the Genever (US) chapter 11 case, effective October 23, 2023 [Docket No. 2424].

## IV.     Interim Compensation Procedures

15.     On August 18, 2023, the Court entered the interim compensation procedures order, which, among other things, approved procedures for the payment of 80% of fees and 100% of expenses on a monthly basis.  Prior to the filing of this Application, Eisner did not seek payment of any fees or expenses pursuant to the Interim Compensation Procedures Order.

## V.     Prior Interim Fee Applications

16.     On June 24, 2024, Eisner filed its *First Interim Fee Application of Eisner Advisory Group LLC, as Tax Advisor to Trustee and Genever Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period From October 23, 2023 Through April 30, 2024* [Docket No. 3274] (the "First Interim Fee Application"), requesting interim allowance of professional fees incurred during the period from October 23, 2023 through and including April 30, 2024 in these chapter 11 cases.

17.     On July 26, 2024, the Court granted the First Interim Fee Application.

18.     On October 15, 2024, Eisner filed its *Second Interim Fee Application of Eisner Advisory Group LLC, as Tax Advisor to Trustee and Genever Debtors, for Allowance of*

4

*Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period From May 1, 2024 Through August 31, 2024* [Docket No. 3692] (the "Second Interim Fee Application"), requesting interim allowance of professional fees incurred during the period from May 1, 2024 through and including August 31, 2024 in these chapter 11 cases.

19.    On November 13, 2024, the Court granted the Second Interim Fee Application.

### Summary of Professional Services

20.    Pursuant to, and consistent with, the relevant requirements of the Local Bankruptcy Rules (the "Guidelines"), as applicable, the following exhibits are attached hereto:

    a.    **Exhibit A** contains a certification by the undersigned regarding compliance with the Guidelines (the "Certification");

    b.    **Exhibit B** contains a list of Eisner's project categories and the total billed to each category during the Compensation Period;

    c.    **Exhibit C** contains a billing summary for the Compensation Period that includes the name of each professional for whose work compensation is sought, the aggregate time expended by each professional and the corresponding hourly billing rate at Eisner's current billing rates, and an indication of the individual amounts requested as part of this Application;

    d.    **Exhibit D** contains the time detail for the Compensation Period;

    e.    **Exhibit E** consists of Eisner's records of expenses incurred during the Compensation Period in the rendition of the professional services to the Debtors and their estates; and

    f.    **Exhibit F** contains the proposed order requesting approval of this Application.

21.    To provide a meaningful summary of services rendered on behalf of the Trustee and the Debtors' estates for the Compensation Period, Eisner has established, in accordance with its internal billing procedures, the following matter numbers in connection with these cases:

| Matter No. | Matter Description |
|:---:|:---|
| 1 | Tax Advisory Services |
| 2 | Fee/Employment Application |

22.     The following is a summary, by matter, of the most significant professional services rendered by Eisner as tax advisors during the Compensation Period.  This summary is organized in accordance with Eisner's internal system of matter numbers.[2]

## I.     Tax Issues

Total fees: $27,027.00
Total Hours: 42.7

23.     Time in this category includes the preparation, revising, finalizing and processing of the Kwok estate 2022 and 2023 tax returns and Genever Holdings, LLC 2023 tax returns.  The time includes the review of various settlement motions and orders relating to asset recoveries and various discussions with Trustee's counsel and Eisner timekeepers relating to the related tax reporting.  Our time also includes several discussions with Trustee's counsel and Eisner timekeepers relating to the preparation of the 2022 and 2023 Kwok estate and the 2023 Genever Holdings, LLC tax returns, including addendums thereto and related 505(b) filings.  In addition, our time includes discussions with Trustee's counsel and Eisner timekeepers relating to the preparation of the 2024 tax returns, asset recoveries and related tax filing matters.

---

[2]     This summary of services rendered during the Compensation Period is not intended to be a detailed or exhaustive description of the work performed by Eisner, but, rather, is intended to highlight certain key areas where Eisner provided services to the Debtors' estates during the Compensation Period.  A summary description of the work performed, categorized by project code, and those day-to-day services and the time expended in performing such services, are set forth in the attached exhibits.

II.      **Fee/Employment Application**

Total fees: $4,774.00
Total Hours: 11.4

24.      Time in this category was spent preparing the second and third interim fee applications, including reviewing, and preparing a complete summary of services.

<u>**Reasonable and Necessary Services Rendered by Eisner**</u>

25.      The foregoing professional services rendered by Eisner on behalf of the Debtors' estates during the Compensation Period were reasonable, necessary, and appropriate to the administration of the Debtors' chapter 11 cases and related matters.

26.      Eisner is a reputable tax advisory firm, specializing in advising on tax-efficient strategies and navigating the tax consequences of financial decisions and transactions. Eisner is an expert in helping clients minimize taxes through research, reducing assessed penalties, and establishing payment arrangements and tax-related contributions. Further, Eisner provides tax solutions in bankruptcy cases, leveraging extensive experience in these matters, which has benefited the Trustee significantly.

27.      During the Compensation Period, Eisner handled a range of tax related responsibilities including research and guidance relating to the tax issues arising from and relating to asset recoveries, the preparation of the 2022 and 2023 Kwok estate and 2023 Genever Holdings, LLC tax returns and the preparation of tax returns addendums and 505(b) filings. Eisner also discussed the alter ego rulings, tax basis for asset recoveries, and tax return presentations with counsel to the Trustee. In addition, Eisner discussed 2024 asset collections and the preparation of the 2024 Kwok estate and Genever Holdings, LLC tax returns with counsel to the Trustee. Eisner overall provided the Trustee with advice to facilitate the administration of the Debtors' estates,

assisted in the reporting of asset recoveries and expenses paid and the preparation of the Debtors' tax returns.

28.     During the Compensation Period, Eisner's hourly billing rates for the professionals responsible for managing these chapter 11 cases ranged from $220.00 to $750.00 per hour. Allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $587.82 (based on 54.1 recorded hours at Eisner's regular billing rates in effect at the time of the performance of services).   The hourly rates and corresponding rate structure utilized by Eisner in these cases are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Eisner for comparable matters, whether in chapter 11 or otherwise, regardless of whether a fee application is required.

### **Eisner's Requested Compensation Should Be Allowed**

29.      Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered and reimbursement for actual, necessary expenses." Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

30.     In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including:

- the time spent on such services;

- the rates charged for such services;

- whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

- whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

- whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

31.     In the instant case, Eisner respectfully submits that the services for which it seeks compensation in the Application were necessary for and beneficial to the Trustee and the Debtors' estates and were rendered to protect and preserve the Debtors' estates.  Eisner respectfully submits that the services rendered were performed economically, effectively and efficiently and that the results obtained to date have benefited all stakeholders in the cases.  Eisner further submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Trustee and the Genever Debtors, the estates, and all parties in interest.

32.     Eisner professionals spent a total of 54.1 hours during the Compensation Period, which services have a fair market value of $31,801.00.  As demonstrated by the Application and all of the exhibits submitted in support hereof, Eisner spent its time economically and without unnecessary duplication.  In addition, the work conducted was carefully assigned to appropriate professionals according to the experience and level of expertise required for each particular task. In summary, the services rendered by Eisner were necessary and beneficial to the Trustee, the Debtors and their estates, and were consistently performed in a timely manner commensurate with the complexity, importance, novelty and nature of the issues involved

33.     Accordingly, Eisner respectfully submits that approval of the compensation and expense reimbursement sought herein is warranted.

## **No Prior Request**

34.     No prior application for the relief requested herein has been made to this or any other court.

*[Remainder of page intentionally left blank.]*

WHEREFORE, Eisner requests that it be allowed reimbursement for its fees and expenses incurred during the Compensation Period in the total amount of $31,801.00 consisting of reasonable and necessary professional services rendered by Eisner.

Dated: February 24, 2025

/s/ Anthony R. Calascibetta
Anthony R. Calascibetta, CPA, CFF, CTP
Partner
Eisner Advisory Services LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof, the foregoing Application was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2]  In addition, to the extent not covered by the foregoing, copies of the Application were served on the twenty (20) largest creditors in the Debtors' chapter 11 cases.  Parties may access this filing through the Court's CM/ECF system.

*[Remainder of page intentionally left blank.]*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Dated: February 24, 2025

New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (*pro hac vice*)
Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

## EXHIBIT A

**Certification**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF THE THIRD INTERIM FEE APPLICATION OF EISNER ADVISORY GROUP LLC, AS TAX ADVISOR TO TRUSTEE AND GENEVER DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

A.     I am a Partner for the applicant firm, Eisner Advisory Group LLC ("Eisner"), located at 111 Wood Avenue South Iselin, New Jersey 08830-2700.  I am the lead Partner coordinating, overseeing and assisting with the tax services performed by Eisner on the above-captioned chapter 11 cases.

B.     I have personally performed many of the services rendered by Eisner, as tax advisor to the Trustee and the Genever Debtors, and am familiar with all other work performed on behalf of the Trustee and the Genever Debtors by the employees in the firm.

C.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

D.    I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Connecticut and believe that the Application complies with Rule 2016-2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2025

Respectfully submitted,

*/s/ Anthony R. Calascibetta*
Anthony R. Calascibetta, CPA, CFF, CTP
Partner
Eisner Advisory Group LLC

**EXHIBIT B**

**Summary of Billings by Subject Matter for the Compensation Period**

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| 1 Tax Related Issues | 42.7 | $ 27,027.00 |
| 2 Fee/Employment Application | 11.4 | 4,774.00 |
| TOTALS | **54.1** | **$ 31,801.00** |

## EXHIBIT C

### Summary of Hours Billed by Professionals

### September 1, 2024 Through December 31, 2024

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel Gibson, CPA | Partner | $ 750.00 | 2.4 | $ 1,800.00 |
| Anthony Calascibetta, CPA, CFF, CTP | Partner | 700.00 | 7.9 | 5,530.00 |
| Jay Lindenberg, CPA, CFF, CIRA | Director | 650.00 | 22.0 | 14,300.00 |
| Andal Iyengar, CPA | Senior Manager | 570.00 | 15.1 | 8,607.00 |
| Dinara Nesovski | Staff | 270.00 | 1.8 | 486.00 |
| Amanda Sarwan-Jones | Paraprofessional | 220.00 | 4.9 | 1,078.00 |
| **Total:** | | | 54.1 | **$ 31,801.00** |
| **Blended Rate:** | | | | **$ 587.82** |

# EXHIBIT D

**Time Detail**

**Ho Wan Kwok**
**September 1, 2024 through December 31, 2024**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 09/04/2024 | Review of correspondence and follow-up relating to rate changes. | $ 700.00 | 0.1 | $    70.00 |
| Jay Lindenberg | 09/04/2024 | Review comments from counsel regarding completing and filing 2022 and 2023 tax returns. | 650.00 | 0.7 | 455.00 |
| Jay Lindenberg | 09/05/2024 | Further research regarding trustee's and counsel's concerns, related questions and issues regarding completing 2022 and 2023 tax returns. | 650.00 | 0.6 | 390.00 |
| Anthony Calascibetta | 09/06/2024 | Discussed Genever tax return with J. Lindenberg, EA. | 700.00 | 0.2 | 140.00 |
| Jay Lindenberg | 09/06/2024 | Discuss progression of Genever's tax return and filing of same with A. Calascibetta, EA. | 650.00 | 0.2 | 130.00 |
| Anthony Calascibetta | 09/09/2024 | Conference call with A. Bongartz, Paul Hastings and J. Lindenberg, EAG, to discuss Kwok and Genever tax returns and 505(b) letters. | 700.00 | 0.5 | 350.00 |
| Anthony Calascibetta | 09/09/2024 | Discussed Genever tax returns with J. Lindenberg, EA. | 700.00 | 0.1 | 70.00 |
| Jay Lindenberg | 09/09/2024 | Discuss with A. Calascibetta, EA, regarding completing and filing Genever's 2022 and 2023 tax return. | 650.00 | 0.1 | 65.00 |
| Jay Lindenberg | 09/09/2024 | Progression of completing tax returns. Review several prior years of Debtor's individual tax returns, updates regarding completing tax return. | 650.00 | 0.9 | 585.00 |
| Jay Lindenberg | 09/09/2024 | Status call with counsel and A. Calascibetta, EA, regarding open issues and completing 2022 and 2023 trust tax returns. Genever return and tax inquiries. | 650.00 | 0.5 | 325.00 |
| Jay Lindenberg | 09/10/2024 | Review and discuss comments from counsel and trustee regarding filing tax return. | 650.00 | 0.6 | 390.00 |
| Anthony Calascibetta | 09/11/2024 | Review of correspondence from Trustee's counsel. | 700.00 | 0.1 | 70.00 |
| Anthony Calascibetta | 09/11/2024 | Review of prior year Kwok tax returns. | 700.00 | 0.2 | 140.00 |
| Jay Lindenberg | 09/11/2024 | Review comments from counsel, incorporate into pending changes to complete tax returns. | 650.00 | 0.7 | 455.00 |
| Anthony Calascibetta | 09/12/2024 | Discussed Trustee's counsel responses and prior tax returns with J. Lindenberg, EA. | 700.00 | 0.3 | 210.00 |
| Jay Lindenberg | 09/12/2024 | Discussed Trustee's counsel responses and prior tax returns with A. Calascibetta, EA. | 650.00 | 0.3 | 195.00 |
| Jay Lindenberg | 09/12/2024 | Review downloaded files by A. Bongartz, Paul Hastings and related issues for completing tax returns. | 650.00 | 0.4 | 260.00 |
| Jay Lindenberg | 09/13/2024 | Progression of completing disclaimer and open issues regarding completing 2023 tax returns. | 650.00 | 0.4 | 260.00 |
| Jay Lindenberg | 09/16/2024 | Review monthly status report. Review remediation project costs and budgets. | 650.00 | 0.3 | 195.00 |
| Jay Lindenberg | 09/17/2024 | Progression of Genever's tax returns, respond to inquiries. | 650.00 | 0.7 | 455.00 |
| Andal Iyengar | 09/18/2024 | Review and revise 2022 and 2023 returns - update for all points in email thread from A. Bongartz, Paul Hastings. Collate the returns and send to D. Gibson and J. Lindenberg, EA for review. | 570.00 | 2.3 | 1,311.00 |
| Jay Lindenberg | 09/18/2024 | Assist with finalizing 2022 and 2023 tax returns and accompanying schedules. | 650.00 | 0.8 | 520.00 |
| Daniel Gibson | 09/18/2024 | Review Paul Hasting's Trustee draft returns and comments. | 750.00 | 0.6 | 450.00 |
| Andal Iyengar | 09/19/2024 | Address D. Gibson's, EA, points on final draft. Look for yacht purchase price documents. | 570.00 | 0.4 | 228.00 |
| Andal Iyengar | 09/19/2024 | Call with A. Bongartz, Paul Hastings, to go over logistics. Save 2022 and 2023 returns in IManage / XCM. Update XCM for both years. | 570.00 | 1.0 | 570.00 |
| Andal Iyengar | 09/19/2024 | Collate 2022 and 2023 returns by adding in attachments discussed on the call. Send out password protected copies to Alex for review. | 570.00 | 0.9 | 513.00 |
| Jay Lindenberg | 09/19/2024 | Review updated tax returns, note issues for completing logistics. | 650.00 | 0.9 | 585.00 |
| Andal Iyengar | 09/20/2024 | Call with D. Gibson, J. Lindenberg, and A. Calascibetta, EA. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 09/20/2024 | Discussed finalizing Kwok 2022 and 2023 tax returns and Genever tax return with A. Iyengar, EA, D. Gibson, EA and J. Lindenberg, EA. | 700.00 | 0.4 | 280.00 |

**Ho Wan Kwok**
**September 1, 2024 through December 31, 2024**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 09/20/2024 | Review of draft Kwok tax returns and yacht purchase documents. | 700.00 | 0.3 | 210.00 |
| Daniel Gibson | 09/20/2024 | Review and then call with A. Calascibetta, J. Lindenberg, and A. Iyengar, EA. | 750.00 | 0.4 | 300.00 |
| Daniel Gibson | 09/20/2024 | Review updated tax returns and accompanying data. | 750.00 | 0.7 | 525.00 |
| Jay Lindenberg | 09/20/2024 | Review tax return revisions from system and further investigate pending issues regarding and finalize 2022 and 2023 tax returns. | 650.00 | 0.9 | 585.00 |
| Andal Iyengar | 09/23/2024 | Call with D. Gibson, J. Lindenberg and D. Gibson, EA. | 570.00 | 0.3 | 171.00 |
| Anthony Calascibetta | 09/23/2024 | Discussed coordination of filing with counsel to the Trustee and Genever tax returns with A. Iyengar, D. Gibson, and J. Lindenberg, EA. | 700.00 | 0.3 | 210.00 |
| Daniel Gibson | 09/23/2024 | Discussed coordination of filing with counsel to the Trustee and Genever tax returns with A. Iyengar, A. Calascibetta, and J. Lindenberg, EA. | 750.00 | 0.3 | 225.00 |
| Jay Lindenberg | 09/23/2024 | Discussed coordination of filing with counsel to the Trustee and Genever tax returns with A. Iyengar, A. Calascibetta, and D. Gibson, EA. | 650.00 | 0.3 | 195.00 |
| Jay Lindenberg | 09/24/2024 | Review correspondence from Citibank regarding tax identification information for foreign alien. | 650.00 | 0.3 | 195.00 |
| Jay Lindenberg | 09/24/2024 | Review and approve in VPM for filing 2023 Trust tax returns, accompanying forms and schedules. | 650.00 | 0.3 | 195.00 |
| Andal Iyengar | 09/26/2024 | Calls with A. Bongarz, Paul Hastings and J. Lindenberg, EA, on processing - sending pages with D. Gibson, EA, signature and printing signature pages. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 09/26/2024 | Review filings relating to broker for sale of apartment and Cyprus law firm. | 700.00 | 0.2 | 140.00 |
| Jay Lindenberg | 09/26/2024 | Review Motions related to retain profession for sale of property. | 650.00 | 0.2 | 130.00 |
| Jay Lindenberg | 09/26/2024 | Review completed tax forms with Trustee's counsel, identify places for trustee's signature and filing of 2022 and 2023 tax returns. | 650.00 | 0.7 | 455.00 |
| Jay Lindenberg | 09/26/2024 | Telephone call with A. Bongartz, Paul Hastings, and A. Iyengar, EA, regarding trustee signing and filing 2022 and 2023 tax returns. | 650.00 | 0.4 | 260.00 |
| Jay Lindenberg | 09/27/2024 | Progression with pending tax issues regarding filing Genever 2023 tax returns and questions. | 650.00 | 0.6 | 390.00 |
| Anthony Calascibetta | 10/02/2024 | Discussed open matters relating to Genever Holdings, LLC 2023 tax returns. | 700.00 | 0.2 | 140.00 |
| Andal Iyengar | 10/02/2024 | Genever Holdings - Update to return per A. Bongartz, Paul Hastings, email. Prepare letters and discuss with A. Calascibetta on 505(b) letters. | 570.00 | 2.3 | 1,311.00 |
| Andal Iyengar | 10/02/2024 | Genever Holdings- collate the entire copy to be sent to client- Federal: NY and NYC along with the various attachments. Update bookmarks, check everything once over, update instructions in XCM. | 570.00 | 1.7 | 969.00 |
| Anthony Calascibetta | 10/02/2024 | Discussed finalizing Genever 2023 tax returns, other asset collections by Kwok estate and review of 2024 transactions with A. Bongartz, Paul Hastings and J. Lindenberg, EA. | 700.00 | 0.5 | 350.00 |
| Jay Lindenberg | 10/02/2024 | Call with A. Bongartz and A. Calascibetta, EA regarding case updates on tax matters, estates assets and filing return. | 650.00 | 0.5 | 325.00 |
| Jay Lindenberg | 10/02/2024 | Review Genever Addendum letter, update files and forward to A. Iyengar, EA regarding processing 2023 tax returns. | 650.00 | 0.7 | 455.00 |
| Daniel Gibson | 10/03/2024 | Review Genever tax return. | 750.00 | 0.4 | 300.00 |
| Andal Iyengar | 10/07/2024 | Tax return review, amend proper name on return and letters and send J. Lindenberg, EA for his okay. | 570.00 | 0.4 | 228.00 |
| Anthony Calascibetta | 10/07/2024 | Discussed status of Genever tax returns with J. Lindenberg, EA. | 700.00 | 0.1 | 70.00 |
| Jay Lindenberg | 10/07/2024 | Discussed status of Genever tax returns with A. Calascibetta, EA. | 650.00 | 0.1 | 65.00 |

**Ho Wan Kwok**
**September 1, 2024 through December 31, 2024**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 10/07/2024 | Preparation of second interim fee application. | 700.00 | 0.3 | 210.00 |
| Jay Lindenberg | 10/07/2024 | Revise and completing 2023 tax returns | 650.00 | 0.4 | 260.00 |
| Amanda Sarwan-Jones | 10/08/2024 | Revise and complete Second Interim Fee Application. | 220.00 | 2.2 | 484.00 |
| Andal Iyengar | 10/08/2024 | Genever Holdings - Correspondence with tax processing on portal creation etc. | 570.00 | 0.3 | 171.00 |
| Andal Iyengar | 10/08/2024 | Revise collation of the tax returns. Add all attachments, add bookmarks, update XCM, pull return into IManage / XCM. Correspondence with Jay on delivery of returns. Email to Nic Gerbino in processing. | 570.00 | 1.3 | 741.00 |
| Anthony Calascibetta | 10/08/2024 | Preparation of second interim fee application. | 700.00 | 1.4 | 980.00 |
| Jay Lindenberg | 10/08/2024 | Review of second interim fee application. | 650.00 | 0.7 | 455.00 |
| Jay Lindenberg | 10/08/2024 | Review, revise and complete Genever, 2023 tax returns and related forms and schedules. | 650.00 | 0.6 | 390.00 |
| Andal Iyengar | 10/09/2024 | Genever Holdings. Update changes from A. Bongartz, Paul Hastings, after package completed and sent to him. Make changes to returns, letters, process, collate, password protect. Send to J. Lindenberg, EA for approval and to A. Bongartz, Paul Hastings. | 570.00 | 3.4 | 1,938.00 |
| Anthony Calascibetta | 10/09/2024 | Preparation of second interim fee application | 700.00 | 0.8 | 560.00 |
| Jay Lindenberg | 10/09/2024 | Review comments, discuss with A. Calascibetta | 650.00 | 0.3 | 195.00 |
| Jay Lindenberg | 10/09/2024 | Monitoring Portal for processing of Genever's 2023 tax for review by counsel. | 650.00 | 0.4 | 260.00 |
| Amanda Sarwan-Jones | 10/10/2024 | Revise and complete second fee application. | 220.00 | 1.6 | 352.00 |
| Anthony Calascibetta | 10/10/2024 | Preparation of second interim fee application. | 700.00 | 0.8 | 560.00 |
| Jay Lindenberg | 10/10/2024 | Discuss revisions, including referencing proxy holder to Genever Holdings 2023 tax returns with A. Bongartz. | 650.00 | 0.6 | 390.00 |
| Jay Lindenberg | 10/10/2024 | Detailed review and prepare summary of comments from counsel. Discuss changes with A. Iyengar, EA, review updates and changes regarding Genever Holding 2023 tax returns, including Portal issues. | 650.00 | 1.9 | 1,235.00 |
| Anthony Calascibetta | 10/14/2024 | Discussed processing Genever tax return with J. Lindenberg, EA. | 700.00 | 0.1 | 70.00 |
| Jay Lindenberg | 10/14/2024 | Discussed processing Genever tax return with A. Calascibetta, EA. | 650.00 | 0.1 | 65.00 |
| Jay Lindenberg | 10/14/2024 | Call with A Bongartz regarding filing 2023 Genever Holdings tax returns. | 650.00 | 0.2 | 130.00 |
| Jay Lindenberg | 10/16/2024 | 2024 tax planning - Review Motion regarding NYC apartment. | 650.00 | 0.4 | 260.00 |
| Jay Lindenberg | 10/29/2024 | Review Motion regarding settlement with Wildes and Weinberg. | 650.00 | 0.3 | 195.00 |
| Dinara Nesovski | 12/05/2024 | Begin to prepare third interim fee application. | 270.00 | 1.8 | 486.00 |
| Jay Lindenberg | 12/05/2024 | Review of files, updates and pending tax filing issues. | 650.00 | 0.3 | 195.00 |
| Anthony Calascibetta | 12/09/2024 | Discussed 2024 tax return preparation, asset recoveries, related tax basis and other tax planning matters with A. Bongartz, Paul Hastings and J. Lindenberg, EA. | 700.00 | 0.4 | 280.00 |
| Anthony Calascibetta | 12/09/2024 | Discussed basis question relating to court ruling with J. Lindenberg, EA. | 700.00 | 0.1 | 70.00 |
| Anthony Calascibetta | 12/09/2024 | Discussed status of Genever 2022 tax returns, 2023 tax return preparation and other tax matters with J. Lindenberg, EA. | 700.00 | 0.3 | 210.00 |
| Anthony Calascibetta | 12/09/2024 | Summarize tax planning topics for meeting with counsel to the Trustee. | 700.00 | 0.1 | 70.00 |
| Jay Lindenberg | 12/09/2024 | Call with A. Bongartz, Paul Hastings and A. Calascibetta, EA, regarding case progression, 2024 transactions for tax returns and related tax planning. | 650.00 | 0.4 | 260.00 |
| Jay Lindenberg | 12/09/2024 | Discuss tax planning and issues with A. Calascibetta, EA, regarding 2024 tax returns. | 650.00 | 0.3 | 195.00 |
| Jay Lindenberg | 12/09/2024 | Follow up conversations regarding 2024 tax returns and related issues. | 650.00 | 0.3 | 195.00 |
| Anthony Calascibetta | 12/10/2024 | Discussed tax basis questions relating to amounts received from assignee. | 700.00 | 0.1 | 70.00 |

**Ho Wan Kwok**
**September 1, 2024 through December 31, 2024**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Jay Lindenberg | 12/11/2024 | Review case history and updated files, review tax returns for unfiled years. | 650.00 | 0.4 | 260.00 |
| Jay Lindenberg | 12/12/2024 | Research pending issues regarding 2024 tax returns. | 650.00 | 0.4 | 260.00 |
| Jay Lindenberg | 12/18/2024 | Review time entries for third interim fee application. | 650.00 | 0.4 | 260.00 |
| Amanda Sarwan-Jones | 12/20/2024 | Continue with fee application preparation. | 220.00 | 1.1 | 242.00 |
| Jay Lindenberg | 12/20/2024 | Review, time entry analysis complete fee application. | 650.00 | 0.2 | 130.00 |
| Jay Lindenberg | 12/20/2024 | Review information provided by counsel regarding 2024 transactions and research taxability of recoveries. | 650.00 | 0.3 | 195.00 |
| | | | | 54.1 | $ 31,801.00 |

**Exhibit E**

**Summary of Actual and Necessary Eisner Advisory Group LLC
Expenses for the Compensation Period September 1, 2024 Through December 31, 2024**

| Expenses Category | Total Expenses |
|---|---|
| | |
| **Total:** | **--** |

# EXHIBIT F

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. [1] | ) |
| | ) |

**ORDER APPROVING THIRD INTERIM FEE APPLICATION OF EISNER ADVISORY
GROUP LLC, AS TAX ADVISOR TO TRUSTEE AND GENEVER DEBTORS, FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED
FOR THE PERIOD FROM SEPTEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

This matter coming before this Court on the *Third Interim Fee Application of Eisner
Advisory Group LLC as Tax Advisors for Allowance of Compensation for Services Rendered and
for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from September
1, 2024 through December 31, 2024* [Docket No. ____] (the "Application")[2] of Eisner Advisory
Group LLC ("Eisner") pursuant to sections 330(a) and 331 of the Bankruptcy Code and
Bankruptcy Rule 2016, for an order (i) approving and allowing, on an interim basis, compensation
in the amount of $31,801.00 for services rendered from September 1, 2024 through and including
December 31, 2024  (the "Compensation Period"); (ii) directing payment of the difference between
(a) $31,801.00 and (b) any interim payments made to Eisner with respect to the Compensation

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings
LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address
for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park
Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes
of notices and communications).

[2]   Capitalized terms used but not defined in this Order shall have the meanings given to them in the Application.

Period; and (iii) granting related relief all as further described in the Application; and upon consideration of the Application, and the Court having jurisdiction over this matter pursuant 28 U.S.C. §§ 157 and 1334, and notice of the Application was adequate under the circumstances and no further or other notice of the Application is required; and a hearing having been held on _____ 2025; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      Pursuant to 11 U.S.C. §§ 330 and 331, the Application is GRANTED, as set forth in this Order.

2.      Eisner is allowed, on an interim basis, compensation for services rendered during the Compensation Period in the sum of $31,801.00, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full.

3.      The Trustee is hereby authorized and directed to pay Eisner the amount of $31,801.00.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.