**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.,* : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
------------------------------------------------------x

**COVERSHEET FOR FOURTH INTERIM FEE APPLICATION OF
KROLL, LLC**

| | |
|---|---|
| Interim Application of: | Kroll, LLC |
| Application Period: | September 1, 2024 through December 31, 2024 |
| Bankruptcy Petition Filed: | February 15, 2022 |
| Date of Entry of Retention Order: | September 29, 2023 [ECF No. 2241] (effective as of August 2, 2023). |

| **Amount Requested** | | **Reductions** | |
|---|---|---|---|
| Fees: | $230,190.95 | Voluntary Fee Reductions: | none |
| Expenses: | $20,227.72 | Voluntary Expenses Reductions: | none |
| **Total:** | **$250,418.67** | | |

| **Fees Previously Requested:** | | **Retainer Request:** |
|---|---|---|
| Requested Fees: | $2,187,828.95 | None |
| Awarded Fees: | $2,187,828.95 | |
| Paid Fees: | $2,187,828.95[2] | |

| **Expenses Previously Requested:** | | **Expense Detail:** | |
|---|---|---|---|
| Requested Expenses: | $185,801.57 | Retainer Received: | Not applicable |
| Awarded Expenses: | $185,651.37 | Copies per page cost & total: | Not applicable |
| Paid Expenses: | $185,651.37 | | |

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    In addition, as detailed below, with respect to the Application Period, an additional $184,152.76 in fees and $20,227.72 in expenses were paid in accordance with the Interim Compensation Order (as defined below) and Kroll's monthly fee statements.

## MONTHLY FEE REQUESTS FOR APPLICATION PERIOD

| Monthly Period Covered | Total Fees (100%) | Requested Fees (80%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 20% Fee Holdback |
|---|---|---|---|---|---|---|
| 9/1/24 - 9/30/24 | $58,793.15 | $47,034.52 | $10,204.83 | $47,034.52 | $10,204.83 | $11,758.63 |
| 10/1/24 - 10/31/24 | $74,360.65 | $59,488.52 | $4,644.20 | $59,488.52 | $4,644.20 | $14,872.13 |
| 11/1/24 - 11/30/24 | $43,016.55 | $34,413.24 | $3,619.40 | $34,413.24 | $3,619.40 | $8,603.31 |
| 12/1/24 - 12/31/24 | $54,020.60 | $43,216.48 | $1,759.29 | $43,216.48 | $1,759.29 | $10,804.12 |
| **TOTAL** | **$230,190.95** | **$184,152.76** | **$20,227.72** | **$184,152.76** | **$20,227.72** | **$46,038.19** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, *et al.*, | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtors.[1] | : | Jointly Administered |
|  | : |  |

------------------------------------------------------x

### FOURTH INTERIM FEE APPLICATION OF KROLL, LLC, AS FORENSIC INVESTIGATORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 1, 2024 THROUGH DECEMBER 31, 2024

Pursuant to sections 105(a), 330, and 331 of title 11 of the United States Code (such title, hereinafter, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Connecticut (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Procedures Order"), Kroll, LLC ("Kroll"), as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), hereby files this *Fourth Interim Application of Kroll, LLC, as Forensic Investigators, for Compensation and Reimbursement of Expenses for the Period from September 1, 2024 through December 31, 2024* (the "Application"). By this Application, Kroll

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

requests interim allowance of professional fees incurred during the period from September 1, 2024 through and including December 31, 2024 (the "Application Period") in these chapter 11 cases.  In support of this Application, Kroll respectfully states as follows:

### JURISDICTION, VENUE, BASES FOR RELIEF, AND COMPLIANCE

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The legal predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1.

3.    Kroll believes that this Application, together with the attachments hereto, substantially complies with the Bankruptcy Rules, Local Rule 2016-1, and the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines").[2]  Kroll respectfully requests a waiver of any of the foregoing requirements not met by this Application.

4.    Attached and incorporated herein by reference are the following Exhibits:

- **Exhibit A** contains the Proposed Order granting this Application;

- **Exhibit B** is a timekeeper summary that includes the name, title, hourly billing rate, aggregate hours, and amount of fees earned for each Kroll individual who provided services during the Application Period;

- **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, during the Application Period; and

---

[2]    Kroll reserves all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines with respect to any application for compensation in these chapter 11 cases.

- **Exhibit D** contains the detail of the fees incurred during the Application Period.

## BACKGROUND

### I.    Chapter 11 Case

5.    On February 15, 2022 (the "Petition Date"), the Individual Debtor filed a voluntary petition for relief under the Bankruptcy Code in the United States Bankruptcy Court for the District of Connecticut (Bridgeport Division) (the "Court").

6.    On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in the Individual Debtor's chapter 11 case.  No examiner has been appointed in the Individual Debtor's chapter 11 case.

7.    On June 15, 2022, the Court entered a memorandum of decision and order [ECF No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Individual Debtor's chapter 11 case.

8.    Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Trustee.  On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Trustee in the Individual Debtor's chapter 11 case.

9.    By order entered September 29, 2023, the Court authorized Kroll' retention as forensic investigators for the Trustee [ECF No. 2241] (the "Retention Order") effective as of August 2, 2023 in the Debtor's chapter 11 case.  The Retention Order authorizes Kroll to be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket expenses pursuant to sections 328 and 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such orders as the Court may direct.

## II.    <u>Prior Interim Fee Applications</u>

10.    On February 16, 2024, Kroll filed its *First Interim Fee Application of Kroll, LLC, as Forensic Investigators, for Compensation and Reimbursement of Expenses for Period From August 2, 2023 Through December 31, 2024* [Docket No. 2929] (the "<u>First Interim Fee Application</u>"), requesting interim allowance of professional fees incurred during the period from August 2, 2023 through and including December 31, 2023 in these chapter 11 cases.  On March 20, 2024, the Court granted the First Interim Fee Application.

11.    On June 24, 2024, Kroll filed its *Second Interim Fee Application of Kroll, LLC, as Forensic Investigators, for Compensation and Reimbursement of Expenses for Period From January 1, 2024 Through April 30, 2024* [Docket No. 3276] (the "<u>Second Interim Fee Application</u>"), requesting interim allowance of professional fees incurred during the period from January 1, 2024 through and including April 30, 2024 in these chapter 11 cases.  On July 26, 2024, the Court granted the Second Interim Fee Application.

12.    On October 15, 2024, Kroll filed its *Third Interim Fee Application of Kroll, LLC, as Forensic Investigators, for Compensation and Reimbursement of Expenses for Period From May 1, 2024 Through August 31, 2024* [Docket No. 3694] (the "<u>Third Interim Fee Application</u>"), requesting interim allowance of professional fees incurred during the period from May 1, 2024 through and including August 31, 2024, in these chapter 11 cases.  On November 13, 2024, the Court granted the Third Interim Fee Application.

## III.    <u>Monthly Fee Statements During Application Period</u>

13.    On August 18, 2023, the Court entered the Interim Compensation Procedures Order, which, among other things, approves procedures for the payment of 80% of fees and 100% of expenses on a monthly basis.

14.     In accordance with the Interim Compensation Procedures Order, on October 30, 2024, Kroll filed and served its monthly fee statement [Docket No. 3760] (the "September Fee Statement") requesting payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the period from September 1, 2024 through September 30, 2024, in the amounts of $47,034.52 (80% of $58,793.15) and $10,204.83, respectively.  No objections were filed in response to the September Fee Statement. Accordingly, the estates paid Kroll $57,239.35 for fees and expenses with respect to the September Fee Statement.

15.     On November 24, 2024, Kroll filed and served its monthly fee statement [Docket No. 3858] (the "October Fee Statement") requesting payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the period from October 1, 2024 through October 31, 2024, in the amounts of $59,488.52 (80% of $74,360.65) and $4,644.20, respectively.  No objections were filed in response to the October Fee Statement. Accordingly, the estates paid Kroll $64,132.72 for fees and expenses with respect to the October Fee Statement.

16.     On December 19, 2024, Kroll filed and served its monthly fee statement [Docket No. 3919] (the "November Fee Statement") requesting payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the period from November 1, 2024 through November 30, 2024, in the amounts of $34,413.24 (80% of $43,016.55) and $3,619.40, respectively.  No objections were filed in response to the November Fee Statement.  Accordingly, the estates paid Kroll $38,032.64 for fees and expenses with respect to the November Fee Statement.

17.    On January 27, 2025, Kroll filed and served its monthly fee statement [Docket No. 4011] ("December Fee Statement") requesting payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the period from December 1, 2024 through December 31, 2024, in the amounts of $43,216.48 (80% of $54,020.60) and $1,759.29, respectively.  The deadline to object to the December Fee Statement expires on February 17, 2025.  No objections were filed in response to the December Fee Statement.  Accordingly, the estates paid Kroll $44,975.77 for fees and expenses with respect to the December Fee Statement.

## ALLOWANCE REQUEST

18.    The Applicant is applying for compensation pursuant to Sections 330 and 331 of the Bankruptcy Code for forensic investigation services performed for the Trustee during the Application Period.

19.    For the Application Period, the Applicant seeks allowance of $230,190.95 as compensation for services rendered and allowance and reimbursement of $20,227.72 in expenses incurred in connection with such services.  The Applicant devoted 509.70 hours to this case during the Application Period, equating to an overall blended rate of $451.62/hour.

20.    As noted, Kroll has already received payment of $184,152.76 of the fees incurred during the Application Period and $20,227.72 of the expenses incurred during the Application Period, such that Kroll is only seeking payment of the remaining 20% of its fees incurred during the Application Period, namely $46,038.19.

21.    Throughout the Application Period, the Applicant maintained records to indicate the name of each professional working on this matter, the time spent on a particular issue, and

the nature of the work performed.  These records, which describe in detail the services rendered by the Applicant, were created at the approximate time the services were performed.

22.     Annexed hereto and made a part hereof as **Exhibit D** is a detailed billing report, upon which this application is based that contains each individual professional's time for the Debtors' bankruptcy proceedings, itemizing the dates upon which services were rendered, including a summary of the services on each of such dates by each person rendering the service, the time spent in rendering such service, and the dollar value of such services.

**SUMMARY OF SERVICES RENDERED**

23.     Since being formally retained, Kroll has assisted in investigating and analyzing the Debtor's finances and assets, and assisted the Trustee in aspects of his investigation and in the recovery of assets, including, among other things, the existing adversary proceedings, the avoidance actions filed against transferees, and the civil RICO complaints filed against individuals and organizations affiliated with the Debtor.  Of particular note, as a result of Kroll's analysis, the Trustee has been able to file approximately 300 avoidance actions seeking to avoid fraudulent transfers and postpetition transfers.  The work undertaken by Kroll during the Fee Application Period may also support actions that the Trustee may bring in the future.

24.     During the Application Period, Kroll has continued to review and analyze thousands of bank account statement and other financial documents belonging to the Debtor and individuals and entities affiliated with or controlled by the Debtor.  Using that information, Kroll has been tracing the flow of funds from the Debtor's fraudulent activities through the web of organizations and affiliates of the Debtor, to help understand how the Debtor used the proceeds of his fraudulent activities to fund his, his family's and his affiliates exorbitant lifestyles, to further help the Trustee recover assets belonging to the Debtor's estate.

25.     Kroll has also performed significant and detailed investigations of dozens of individuals and entities affiliated with the Debtor to understand the background of those parties, how they were formed, how they are funded, and what specific role they play in the Debtor's fraudulent schemes.

26.     Furthermore, Kroll regularly meets with the Trustee and his legal counsel to keep them abreast of its findings, and to keep up to speed on other developments within the Trustee's investigations.

27.     The work undertaken by Kroll to date has been significant, involving forensic investigations, analysis of billions of dollars in financial transactions, and strategic input on potential actions to recover assets for the benefit of the estate.  This work remains ongoing, with additional forensic investigatory work expected in due course.

## NO PRIOR APPLICATION

28.     No prior application for the relief requested has been made.  However, as noted, certain fees and expenses incurred during the Application Period were previously paid in accordance with the Interim Compensation Procedures Order.

## LEGAL AUTHORITY FOR COMPENSATION

29.     All of the professional services for which this award is being sought hereby were rendered solely on behalf of the Trustee in connection with the chapter 11 cases herein.

30.     Applicant respectfully submits that its services have benefited the Trustee with the expertise and skill required in forensic investigations.  The services for which such compensation is requested were performed for and on behalf of the Trustee.  Such services have been necessary to protect and enforce the rights and interests of the Trustee in connection with these chapter 11 cases.  The reasonable value of services rendered by Kroll in these cases is

based upon Kroll' usual hourly rates for matters of this nature (discounted by 10% - 25% for all professionals).

31.     Section 330 of the Bankruptcy Code prescribes the general standards for determining the amount of compensation to be paid to professionals.  The Applicant submits that the amount sought for the Application Period represents reasonable compensation for professional services rendered based upon the time spent, the nature, the extent, and the value of such services, taking into account the cost of comparable services in a non-bankruptcy case.

32.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330(a) of the Bankruptcy Code provides that, after notice and a hearing, the Court may award a professional employed under 11 U.S.C. § 327 "reasonable compensation for actual, necessary services rendered" and "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).[3]

33.     In determining the amount of "reasonable compensation," the Court must consider the nature, extent, and value of the services, taking into account all the relevant factors, including the time spent on such services, the rates charged for such services, whether the services were necessary and beneficial, whether the services were performed in a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed, and whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code. See 11 U.S.C. § 330(a)(3).  The Court enjoys "considerable discretion in

---

[3]    Under section 328(a) of the Bankruptcy Code, with bankruptcy court approval, a trustee may employ professional persons under section 327(a) of the Bankruptcy Code "on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis."  11 U.S.C. § 328(a).

determining reasonable fee awards." *In re Ahead Communication Systems, Inc.*, 395 B.R. 512

(D. Conn. 2008).

34.     In assessing the "reasonableness" of the fees requested, the Second Circuit has

stated that courts should consider the factors enumerated in *Johnson v. Ga. Highway Express,*

*Inc.*,[4] while also incorporating the "lodestar method." *See Arbor Hill Concerned Citizens*

*Neighborhood Ass'n v. County of Albany and Albany County Bd. of Elections*, 522 F.3d 182, 190

(2d Cir. 2007) (*citing Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714 (5th Cir.1974),

*abrogated on other grounds* by *Blanchard v. Bergeron*, 489 U.S. 87, 92–93, 96 (1989)).  The

"lodestar method" of calculating the reasonable fee contemplates "the number of hours

reasonably expended . . . multiplied by a reasonable hourly rate." *See Hensley v. Eckerhart*, 461

U.S. 424, 433 (1983); *Gisbrecht v. Barnhart*, 535 U.S. 789, 801 (2002); *Perdue v. Kenny A.*, 130

S.Ct. 1662, 1672 (2010); *In re Drexel Burnham Lambert Grp., Inc.*, 133 B.R. 13 (Bankr.

S.D.N.Y. 1991).  The factors set forth in *Johnson* and *In re First Colonial Corp. of Am.*, 544

F.2d 1291, 1298–99 (5th Cir. 1977) have been adopted by most courts.[5]  *See In re Nine Assocs.,*

*Inc.*, 76 B.R. 943, 945 (S.D.N.Y. 1987) (adopting *First Colonial/Johnson* analysis); *In re Cuisine*

*Magazine, Inc.*, 61 B.R. 210, 212–13 (Bankr. S.D.N.Y 1986) (same); *Green v. City of New York*,

403 F. Appx. 626, 629 (2d Cir. 2010) (summary order); *see generally* 3 COLLIER ON

---

[4]     The twelve *Johnson* factors are (1) the time and labor required, (2) the novelty and difficulty of the questions, (3) the skill requisite to perform the legal service properly, (4) the preclusion of other employment by the attorney due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent, (7) the time limitations imposed by the client or the circumstances, (8) the amount involved and the results obtained, (9) the experience, reputation, and ability of the attorneys, (10) the "undesirability" of the case, (11) the nature and length of the professional relationship with the client, and (12) awards in similar cases. *Johnson*, 488 F.2d at 717-19.

[5]     The factors articulated in *First Colonial* were first articulated by the Fifth Circuit in *Johnson*, with the *First Colonial* court adding the factor of the "spirit of economy," which was later rejected by Congress.  *See Stroock & Stroock & Lavan v. Hillsborough Holdings Corp. (In re Hillsborough Holdings Corp.)*, 127 F.3d 1398, 1403 (11th Cir. 1997).

BANKRUPTCY ¶ 330.03[9] (Lawrence P. King ed., 16th ed. 2016) (describing *First Colonial* and *Johnson* as the "leading cases with regard to the factors to be considered in determining a reasonable allowance of compensation").

35.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code and applicable case law, the amount requested herein by Kroll is fair and reasonable.

## STATUTORY COMPLIANCE

29.     No agreement or understanding exists between Kroll and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this matter.  Kroll will not, in any form or guise, share or agree to share compensation for services with any person, nor will Kroll share in the compensation for any other person rendering service in these cases, except as so provided by Section 504(b) of the Bankruptcy Code and Rule 2016 of the Bankruptcy Rules.

## RESERVATION OF RIGHTS

30.     To the extent that time or disbursement charges for services rendered or expenses incurred during the Application Period are not included in this Application, or Kroll has for any reason not sought compensation or reimbursement with respect to such services, Kroll reserves the right to request compensation and reimbursement for such services in a supplemental or future application in these chapter 11 cases.  Also, Kroll does not waive, and expressly reserves, its right to respond to any objections regarding this Application and the amounts sought for services rendered and expenses incurred.

## NO PRIOR REQUEST

31.     No previous request for the relief sought herein has been made to this Court or any other court.

**WHEREFORE**, Kroll respectfully requests entry of an order, substantially in the form attached hereto, (i) allowing interim compensation for professional services rendered during the Application Period in the amount of $230,190.95 and reimbursement of $20,227.72 in expenses, (ii) authorizing and directing prompt payment of the unpaid fees from the estates, to the extent not already paid, (iii) allowing such compensation and payment for professional services rendered without prejudice to Kroll's right to seek further compensation and/or payment from the estates for the full value of services performed and expenses incurred, and (iv) granting Kroll such other and further relief as is just.

Dated: February 24, 2025
      New York, New York

By: */s/  Allen Pfeiffer*
     Allen Pfeiffer
     KROLL, LLC
     55 East 52nd Street, Floor 17
     New York, New York 10055

     *Forensic Investigators to Luc A. Despins,*
     *Chapter 11 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al., | Case No. 22-50073 (JAM) |
| Debtors.[1] | (Jointly Administered) |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on the date hereof, the *Fourth Interim Application of Kroll, LLC, as forensic investigators, for Compensation and Reimbursement of Expenses for the Period from September 1, 2024 through December 31, 2024* (the "<u>Application</u>")[2] was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 cases by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[3]  In addition, to the extent not covered by the foregoing, copies of the Application were served on the twenty (20) largest creditors in the Debtors' chapter 11 cases.  Parties may access this filing through the Court's CM/ECF system.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not defined in this Certification shall have the meanings ascribed to them in the Application.

[3]    To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Dated: February 24, 2025
   New York, New York

By: */s/ G. Alexander Bongartz*
  G. Alexander Bongartz (*pro hac vice*)
  Douglass Barron (*pro hac vice*)
  PAUL HASTINGS LLP
  200 Park Avenue
  New York, New York 10166
  (212) 318-6000
  douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

## EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                    :

In re:                           :  Chapter 11

                                      :

HO WAN KWOK, *et al*.,       :  Case No. 22-50073 (JAM)

                                      :

          Debtors.[1]        :  Jointly Administered

                                      :
---------------------------------------------------------------x

**[PROPOSED] ORDER GRANTING FOURTH INTERIM FEE APPLICATION OF**
**KROLL, LLC, AS FORENSIC INVESTIGATORS, FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 1, 2024**
**THROUGH DECEMBER 31, 2024**

Upon consideration of the Application (the "Application") of Kroll, LLC ("Kroll") as

forensic investigators to the Trustee[2] for interim allowance of compensation and reimbursement

of expenses from September 1, 2024 through December 31, 2024; and sufficient notice having

been given; and a hearing having been held on _____, 2025 and due consideration having

been given to any responses thereto; and sufficient cause having been shown therefor, it is

hereby:

      1.     ORDERED that the Application is granted and compensation in the amount of

$230,190.95 and reimbursement of expenses in the amount of $20,227.72 are awarded to Kroll,

subject to final adjustment and disgorgement in the event all administrative expenses are not paid

in full; it is further

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

2.      ORDERED that nothing herein modified the Retention Order; it is further

3.      ORDERED that the estates are authorized and directed to pay Kroll's fees in the amount of $46,038.19, *i.e.*, 20% of the fees allowed in paragraph 1 above, within fourteen days of the date of this Order; it is further

4.      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

5.      ORDERED that the Debtors' estates and Kroll are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

6.      ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

7.      ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

**EXHIBIT B**

**TIMEKEEPER SUMMARY**

*Time Period: September 1 - December 31, 2024.*

| Timekeeper | Title | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Parizek, Pam | Managing Director | $ 712 | 25.40 | 18,084.80 |
| Barker, James | Associate Managing Director | $ 639 | 30.90 | 19,745.10 |
| Tennant, Erin | Associate Managing Director | $ 639 | 1.00 | 639.00 |
| Jones, Iain | Managing Director | $ 639 | 5.00 | 3,195.00 |
| Lazarus, Jordan | Senior Manager | $ 518 | 44.50 | 23,028.75 |
| Lomas, Adam | Senior Manager | $ 518 | 232.20 | 120,163.50 |
| Ling, Bryant | Associate Managing Director | $ 495 | 3.60 | 1,782.00 |
| Caldwell, Thomas | Vice President | $ 446 | 3.00 | 1,336.50 |
| Lo, Yien Zhi | Senior Associate | $ 329 | 3.50 | 1,149.75 |
| Levenson, Patrick | Associate Manager | $ 378 | 35.90 | 13,570.20 |
| Spier, Tre | Research Analyst | $ 221 | 115.10 | 25,379.55 |
| Welby, Jackie | Research Analyst | $ 221 | 9.60 | 2,116.80 |
| **Total Hours and Fees:** | | | **509.7** | **$  230,190.95** |
| **Blended Hourly Rate:** | | | | **$  451.62** |

## EXHIBIT C

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

*Time Period: September 1 - December 31, 2024.*

| Expense Category | Expense Amount |
|---|---|
| Database and Research Fees for September | $      5,394.63 |
| Valid8 Charges | 4,810.20 |
| Database and Research Fees for October | 671.00 |
| Valid8 Charges | 3,973.20 |
| Database and Research Fees for November | 200.00 |
| Valid8 Charges | 3,419.40 |
| Database and Research Fees for December | 134.29 |
| Subcontractor- Expense (Investigative Research in UAE) | 1,625.00 |
| **TOTAL** | **$      20,227.72** |

**EXHIBIT D**

**FEE DETAIL**

*Time Period: September 1-30, 2024.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 9/3/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [J. Graham] re: mechanics of transfers to ███████ | 0.3 | $ 518 | $ 155.25 |
| Lomas, Adam | 9/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers with respect to ███████ | 0.4 | $ 518 | $ 207.00 |
| Lazarus, Jordan | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, P. Parizek, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and P. Linsey re: forensic accounting and business intelligence updates and related matters. | 0.8 | $ 518 | $ 414.00 |
| Lomas, Adam | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Reconciliation of Debtor-related accounts per Kwok criminal trial exhibits to working inventory of known/identified Debtor-related bank accounts in order to identify financial institutions to which amended Rule 2004 subpoenas may be issued; compose related email to K. Mitchell [NPM Law] with 102 identified/suspected bank accounts held at 20 financial institutions for follow-up subpoenas/requests. | 7.3 | $ 518 | $ 3,777.75 |
| Barker, James | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with client or counsel | 0.8 | $ 639 | $ 511.20 |
| Lomas, Adam | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [L. Song] re: facility agreement between ████████ ████ and ████ | 0.6 | $ 518 | $ 310.50 |
| Barker, James | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email with P.Parizek re ████ corporate searches | 0.3 | $ 639 | $ 191.70 |
| Lomas, Adam | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: transaction activity with respect to ██████ and ████████ bank accounts, ████████ and other investigative updates, with Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey]; and P. Parizek, J. Lazarus, and J. Barker. | 0.8 | $ 518 | $ 414.00 |
| Parizek, Pam | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Email team re: agenda items, email counsel re: open agenda [.1], attend weekly call with A. Lomas, J. Lazarus, J. Barker and Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song] and NPM Law [P. Linsey] re: ████████ accounts and injunctive action, ████████ contents [.8]. | 0.9 | $ 712 | $ 640.80 |

1

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Parizek, Pam | 9/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Email corresponce with technology team re; [redacted] at [redacted] access to [redacted] [.2], email counsel re: same [.1], provide instructions to secure [redacted] [.1]. | 0.3 | $ 712 | $ 213.60 |
| Lomas, Adam | 9/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [E. Sutton] re: transfers to [redacted] | 0.5 | $ 518 | $ 258.75 |
| Lomas, Adam | 9/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to transfers involving identified accounts at [redacted] compose related email to NPM Law [K. Mitchell]. | 1.6 | $ 518 | $ 828.00 |
| Lomas, Adam | 9/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: known or suspected accounts with [redacted] | 0.6 | $ 518 | $ 310.50 |
| Lomas, Adam | 9/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [E. Sutton] re: transfers to [redacted] related review of [redacted] file. | 0.8 | $ 518 | $ 414.00 |
| Lomas, Adam | 9/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of additional criminal trial exhibits uploaded to Relativity; compose instructions to M. Bottos re: review of criminal trial exhibits. | 0.3 | $ 518 | $ 155.25 |
| Parizek, Pam | 9/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Review communications regarding [redacted] transfers [.1], at [redacted] [.1], [redacted] [.1]. | 0.3 | $ 712 | $ 213.60 |
| Ling, Bryant | 9/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email regarding [redacted] | 0.4 | $ 495 | $ 198.00 |
| Barker, James | 9/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email - with P.Levinson and D.Barron regarding [redacted] and [redacted] research. | 2.9 | $ 639 | $ 1,853.10 |
| Levenson, Patrick | 9/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted [redacted] and records requests. | 0.4 | $ 378 | $ 151.20 |
| Parizek, Pam | 9/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspond with data team re: [redacted] data [.2], review updates re: [redacted] [.1]. | 0.3 | $ 712 | $ 213.60 |
| Ling, Bryant | 9/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Computer forensic examination | 0.9 | $ 495 | $ 445.50 |
| Ling, Bryant | 9/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email regarding [redacted] [redacted] | 0.1 | $ 495 | $ 49.50 |
| Lazarus, Jordan | 9/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Meetings and correspondence with A. Lomas and NPM Law re: avoidance action against [redacted] | 0.4 | $ 518 | $ 207.00 |
| Lazarus, Jordan | 9/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Review Relativity for supporting documentation for payments made to [redacted] | 1.0 | $ 518 | $ 517.50 |
| Parizek, Pam | 9/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas summary of updated Rule 2004 subpoenas [.1]. | 0.1 | $ 712 | $ 71.20 |

2

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Levenson, Patrick | 9/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted [REDACTED] and records requests. | 0.3 | $ 378 | $ 113.40 |
| Ling, Bryant | 9/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Computer forensic examination | 1.2 | $ 495 | $ 594.00 |
| Lomas, Adam | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of documents produced by [REDACTED] with respect to [REDACTED] account. | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law[K. Mitchell] re: underlying bank documents respect to transfers cited in [REDACTED] complaint. | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to Paul Hastings and NPM Law counsel teams re: investigative updates [in lieu of standing weekly update meeting]. | 0.3 | $ 518 | $ 155.25 |
| Lomas, Adam | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiries from Paul Hastings [L. Song and E. Sutton] re: sources of information with respect to transfers cited in [REDACTED] complaint; related bank transaction and document review. | 1.8 | $ 518 | $ 931.50 |
| Parizek, Pam | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas update re: revised Rule 2004 subpoenas [.1], [REDACTED] transfers [.1], [REDACTED] production [.1]. Review Paul Hastings request re: [REDACTED] [.1]. Review A. Lomas report on [REDACTED] transfers [.1]. Review report on [REDACTED] data [.1]. | 0.6 | $ 712 | $ 427.20 |
| Levenson, Patrick | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted [REDACTED] research. | 0.6 | $ 378 | $ 226.80 |
| Ling, Bryant | 9/12/2024 | Asset Recovery Investigation and Litigation | Investigations | [REDACTED] - evidence handling and analysis | 0.8 | $ 495 | $ 396.00 |
| Lomas, Adam | 9/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of bank transactions and other documents with respect to [REDACTED] purchased for or otherwise titled in the name of [REDACTED] | 0.8 | $ 518 | $ 414.00 |
| Lomas, Adam | 9/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [E. Sutton] re: additional wire record produced by [REDACTED] and related transfers to [REDACTED] and [REDACTED] | 0.8 | $ 518 | $ 414.00 |
| Parizek, Pam | 9/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review J. Barker report re: [REDACTED] [.1]. | 0.1 | $ 712 | $ 71.20 |
| Lomas, Adam | 9/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: [REDACTED] related bank transaction review. | 0.3 | $ 518 | $ 155.25 |
| Barker, James | 9/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email - with S.Maza re [REDACTED] and analysis of findings. | 2.3 | $ 639 | $ 1,469.70 |
| Ling, Bryant | 9/13/2024 | Asset Recovery Investigation and Litigation | Investigations | [REDACTED] lab delivery coordination | 0.2 | $ 495 | $ 99.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lazarus, Jordan | 9/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law and A. Lomas re: supporting documents for ███ tracing research. | 0.2 | $ 518 | $ 103.50 |
| Levenson, Patrick | 9/16/2024 | Asset Recovery Investigation and Litigation | Investigations | ███ tracing research. | 2.0 | $ 378 | $ 756.00 |
| Lazarus, Jordan | 9/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Compile supporting documentation for avoidance action against ███ | 0.9 | $ 518 | $ 465.75 |
| Lomas, Adam | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to internal Kroll team re: transactions in ███ bank accounts appearing to be related to ███ purchases and/or financing. | 0.4 | $ 518 | $ 207.00 |
| Levenson, Patrick | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Internal meetings and discussions for ███ tracing efforts. | 0.5 | $ 378 | $ 189.00 |
| Barker, James | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct Investigation - ███ meeting with P.Levenson and A.Lomas, follow up research | 1.8 | $ 639 | $ 1,150.20 |
| Lomas, Adam | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Working meeting with J. Barker and P. Levenson re: request from Paul Hastings with respect to certain ███ | 0.5 | $ 518 | $ 258.75 |
| Lomas, Adam | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.4 | $ 518 | $ 207.00 |
| Levenson, Patrick | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | ███ tracing research. | 0.5 | $ 378 | $ 189.00 |
| Lomas, Adam | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: identified or suspected accounts at ███ | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of documents produced by ███ and ███ | 1.2 | $ 518 | $ 621.00 |
| Lomas, Adam | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ███ and ███ bank transactions into master transaction file. | 0.5 | $ 518 | $ 258.75 |
| Lomas, Adam | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ and ███ bank account transactions; related updates to master transaction file. | 4.2 | $ 518 | $ 2,173.50 |
| Welby, Jackie | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Relativity document review of the ███ production; related update to ███ and ███ transactions in the master transaction file. | 6.1 | $ 221 | $ 1,345.05 |
| Lomas, Adam | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ bank account transactions; related updates to master transaction file. | 0.3 | $ 518 | $ 155.25 |
| Barker, James | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email - with E.Sutton regarding ███ | 1.1 | $ 639 | $ 702.90 |

4

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Levenson, Patrick | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | ██████ tracing research. | 2.0 | $ 378 | $ 756.00 |
| Lomas, Adam | 9/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: identified or suspected accounts at ████████████ related document and transaction review. | 0.5 | $ 518 | $ 258.75 |
| Lomas, Adam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Telephone call with NPM Law [P. Linsey] re: ██████████████ and ██████████ | 0.2 | $ 518 | $ 103.50 |
| Parizek, Pam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Provide meeting agenda [.1], attend weekly meeting with A. Lomas, J. Lazarus, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song] and NPM Law [P. Linsey, K. Mitchell] re: ██████████████████████ [.6]. | 0.7 | $ 712 | $ 498.40 |
| Lazarus, Jordan | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Compile transaction detail and related Schedule A for ██████████ | 0.7 | $ 518 | $ 362.25 |
| Lazarus, Jordan | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, P. Parizek, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and P. Linsey re: forensic accounting and business intelligence updates and related matters. | 0.6 | $ 518 | $ 310.50 |
| Parizek, Pam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas summary and related analyses re: ████████████ ██████████ transactions [.5]. | 0.5 | $ 712 | $ 356.00 |
| Lomas, Adam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [P. Linsey and K. Mitchell] re: banks for additional or amended Rule 2004 subpoena. | 0.4 | $ 518 | $ 207.00 |
| Barker, James | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Weekly call with Paul Hastings and NPM Law. | 0.6 | $ 639 | $ 383.40 |
| Lazarus, Jordan | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law re: transactional detail for ██████████ | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare summary sources and uses of cash in ██████████ and ██████████ accounts with ██████████ compose related email to Paul Hastings and NPM Law counsel teams. | 1.9 | $ 518 | $ 983.25 |
| Levenson, Patrick | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | ██████ tracing research. | 3.0 | $ 378 | $ 1,134.00 |
| Lomas, Adam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: ██████████████ and ██████ and other investigative updates, with: Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey]; and P. Parizek, J. Lazarus, and J. Barker. | 0.6 | $ 518 | $ 310.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 9/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to transfers involving █████ and ██████ | 1.3 | $ 518 | $ 672.75 |
| Levenson, Patrick | 9/20/2024 | Asset Recovery Investigation and Litigation | Investigations | ████ tracing research. | 1.0 | $ 378 | $ 378.00 |
| Lomas, Adam | 9/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of ██████ related bank accounts and transfers per request from Paul Hastings [L. Song]. | 2.6 | $ 518 | $ 1,345.50 |
| Lazarus, Jordan | 9/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law and A. Lomas re: new alter ego action classification analysis. | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ██████ bank account transactions; related updates to master transaction file. | 1.4 | $ 518 | $ 724.50 |
| Levenson, Patrick | 9/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted public records and open-source research for ██████ | 1.0 | $ 378 | $ 378.00 |
| Lomas, Adam | 9/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Build out of template for due diligence analysis for entities to be considered in Second Omnibus Alter Ego complaint; attention to related analysis for ████████ Inc. | 2.4 | $ 518 | $ 1,242.00 |
| Lomas, Adam | 9/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of ██████ related bank accounts and transfers per request from Paul Hastings [L. Song]; compose related email to Paul Hastings. | 2.1 | $ 518 | $ 1,086.75 |
| Parizek, Pam | 9/23/2024 | General Debtor Representation | Fee/Employment Applications | Review and revise matters, tasks and narratives for Monthly Fee Statement [1.0]. | 1.0 | $ 712 | $ 712.00 |
| Lomas, Adam | 9/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of documents produced by ████ ████████ and ████ | 0.8 | $ 518 | $ 414.00 |
| Levenson, Patrick | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted public records and open-source research for ██████ | 2.0 | $ 378 | $ 756.00 |
| Lomas, Adam | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiries from NPM Law [K. Mitchell] re: banks for additional and/or amended Rule 2004 subpoenas. | 0.6 | $ 518 | $ 310.50 |
| Lazarus, Jordan | 9/24/2024 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare August 2024 Monthly Free Statement; correspondence with Kroll team re: related matters. | 1.4 | $ 518 | $ 724.50 |
| Levenson, Patrick | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Internal team meeting. | 0.5 | $ 378 | $ 189.00 |
| Lazarus, Jordan | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of August 2024 avoidance actions pertaining to omni and/or known alter ego status. | 1.2 | $ 518 | $ 621.00 |
| Lomas, Adam | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of updates on research re: certain ████████ prepared by P. Levenson. | 0.3 | $ 518 | $ 155.25 |
| Spier, Tre | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of document productions from ████████ and ████ related updates to inventory of Debtor-related bank accounts. | 1.0 | $ 221 | $ 220.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiries from Paul Hastings [D. Barron] re: alter ego due diligence analysis template. | 0.1 | $ 518 | $ 51.75 |
| Parizek, Pam | 9/24/2024 | General Debtor Representation | Fee/Employment Applications | Review revisions to draft Monthly Fee Statement [.8] | 0.8 | $ 712 | $ 569.60 |
| Lazarus, Jordan | 9/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law re: August 2024 avoidance action alter ego analysis and related matters. | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of documents produced by ███████. | 0.2 | $ 518 | $ 103.50 |
| Parizek, Pam | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas update re: new bank records. Alter ego due diligence analysis, ███████ analysis, forward same to L. Despins for weekly agenda [.2]. | 0.2 | $ 712 | $ 142.40 |
| Lomas, Adam | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to ███████ LLC bank accounts; compose related email to NPM Law [K. Mitchell] re alter ego due diligence analysis for ███ and ███████ LLC | 0.3 | $ 518 | $ 155.25 |
| Lomas, Adam | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Avoidance Action Analysis: Meeting with NPM Law [P. Linsey and K. Mitchell] and J. Lazarus re: upcoming mediation with ███████ and requests for underlying analysis. | 0.5 | $ 518 | $ 258.75 |
| Parizek, Pam | 9/25/2024 | General Debtor Representation | Fee/Employment Applications | Review draft redacted Monthly fee statement, make additional redactions [.7]. | 0.7 | $ 712 | $ 498.40 |
| Spier, Tre | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.8 | $ 221 | $ 176.40 |
| Lazarus, Jordan | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ███████ transactions and related payments. | 1.1 | $ 518 | $ 569.25 |
| Lazarus, Jordan | 9/25/2024 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare August 2024 Monthly Free Statement; correspondence with Kroll team re: related matters. | 1.1 | $ 518 | $ 569.25 |
| Lomas, Adam | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare alter ego due diligence analysis for ███████ and ███████ LLC | 1.7 | $ 518 | $ 879.75 |
| Lazarus, Jordan | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Phone calls and correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of ███████ charges and related payments. | 1.1 | $ 518 | $ 569.25 |
| Lomas, Adam | 9/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to ███████ bank accounts and other records; related email correspondence with NPM Law [P. Linsey and K. Mitchell] and Paul Hastings [L. Song]. | 1.7 | $ 518 | $ 879.75 |

7

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ▮▮▮▮▮▮▮ and ▮▮▮ bank transactions into master transaction file. | 0.6 | $ 518 | $ 310.50 |
| Lazarus, Jordan | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ▮▮▮▮▮▮▮ transactions and related payments. | 2.8 | $ 518 | $ 1,449.00 |
| Lazarus, Jordan | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of ▮▮▮▮▮ charges and related payments. | 0.3 | $ 518 | $ 155.25 |
| Spier, Tre | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮▮▮ bank transactions: related updates to master transaction file. | 4.4 | $ 221 | $ 970.20 |
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Case Administration: Meeting with J. Welby and T. Spier re: transaction review workflow. | 0.5 | $ 518 | $ 258.75 |
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.3 | $ 518 | $ 155.25 |
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [K. Mitchell] re: ▮▮▮▮▮▮ | 0.2 | $ 518 | $ 103.50 |
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▮▮▮▮▮▮▮ and ▮▮▮▮▮ bank transactions; related updates to master transaction file. | 0.8 | $ 518 | $ 414.00 |
| Welby, Jackie | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of documents provided by ▮▮▮▮▮▮▮▮▮ and ▮▮▮▮ related update to ▮▮▮▮ and ▮▮▮▮ transactions in the master transaction file. | 3.5 | $ 221 | $ 771.75 |
| Lazarus, Jordan | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: new bank records produced, ▮▮▮▮▮▮ analysis, and related matters. | 0.6 | $ 518 | $ 310.50 |
| Lomas, Adam | 9/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: bank records for ▮▮▮▮▮ and ▮▮▮▮▮▮▮ alter ego due diligence analysis; and other investigative updates; with Paul Hastings [L. Despins, N. Basset, D. Barron, and L. Song], NPM Law [P. Linsey and K. Mitchell], and J. Lazarus. | 0.6 | $ 518 | $ 310.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Lomas, Adam | 9/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare alter ego due diligence analysis for ███████████ LLC, ███████ Ltd, and ██ compose related email to Paul Hastings [D. Barron]. | 3.7 | $ 518 | $ 1,914.75 |
| Spier, Tre | 9/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ████████ Inc bank transactions: related updates to master transaction file. | 5.0 | $ 221 | $ 1,102.50 |
| Lomas, Adam | 9/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to J. Barker and P. Levenson re: payments with respect to certain ██████ ██████ related transaction and document review. | 0.7 | $ 518 | $ 362.25 |
| Lomas, Adam | 9/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ████████ Inc and ████████ bank transactions into master transaction file. | 0.7 | $ 518 | $ 362.25 |
| Lomas, Adam | 9/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Research with respect to ███████ ██ bank accounts. | 0.5 | $ 518 | $ 258.75 |
| Levenson, Patrick | 9/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted public records and open-source research for ███████. | 2.3 | $ 378 | $ 869.40 |
| **Total Hours and Amount:** | | | | | **125.3** | | **$ 58,793.15** |

9

**EXHIBIT E**

**FEE DETAIL**

*Time Period: October 1-31, 2024.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [E. Sutton] re: certain ███████ | 0.2 | $ 103.50 |
| Lomas, Adam | 10/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [N. Kinsella] re: transfers involving ██ | 0.3 | $ 155.25 |
| Lomas, Adam | 10/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [E. Sutton] re: transfers involving ████████ & ████ related transaction and document review. | 0.4 | $ 207.00 |
| Parizek, Pam | 10/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas analysis re: ████ ████ (.2). | 0.2 | $ 142.40 |
| Parizek, Pam | 10/1/2024 | █████ Actions | Investigations | Review ████ task assignment to update research on assets and entities (.7). | 0.7 | $ 498.40 |
| Lomas, Adam | 10/2/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [S. Maza] re: certain ████ ████ related research. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 10/2/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of ████ charges and related payments. | 0.6 | $ 310.50 |
| Lazarus, Jordan | 10/2/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ████ ████ transactions and related payments. | 2.1 | $ 1,086.75 |
| Parizek, Pam | 10/2/2024 | Asset Recovery Investigation and Litigation | Investigations | Review updates re: ████ ██ (.1). | 0.1 | $ 71.20 |
| Parizek, Pam | 10/2/2024 | ████ Actions | Investigations | ████ re: status of updated research request (.1). | 0.1 | $ 71.20 |
| Lomas, Adam | 10/3/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare summary of transaction activity in certain ████ ████ and ████ accounts. | 0.4 | $ 207.00 |
| Lomas, Adam | 10/3/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review data with respect to transfers to/from known accounts in the ████ | 0.6 | $ 310.50 |
| Lomas, Adam | 10/3/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: analysis of certain ██ ████ transactions and investigative updates related to the ████ with: Paul Hastings [L. Despins, N. Basset, D. Barron, and L. Song]; NPM Law [P. Linsey and K. Mitchell]; and P. Parizek. | 0.7 | $ 362.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Parizek, Pam | 10/3/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas update, preview ███ ████ (.5) and attend weekly call with A. Lomas and Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song) and NPM Law (P. Linsey) re: ████████ and other ████ accounts, ████ (.8). | 1.3 | $ 925.60 |
| Parizek, Pam | 10/3/2024 | ███████████ Actions | Investigations | Review communications regarding re: ████████ and outreach to team re: same (.4). | 0.4 | $ 284.80 |
| Lomas, Adam | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers underlying avoidance complaint against ████████ | 0.1 | $ 51.75 |
| Lomas, Adam | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare instructions for T. Spier to aggregate ██████████ related transfers for population of schedule requested by Paul Hastings [D. Barron]. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of █████████ charges and related payments. | 0.3 | $ 155.25 |
| Lazarus, Jordan | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Meetings with Kroll team re: analysis of ████████████ statements. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ██████████ credit card transactions and related payments. | 2.2 | $ 1,138.50 |
| Spier, Tre | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of master transaction file for transfers to/from bank accounts ████ ██████████ █████ related preparation of schedule of ████ transfers as requested by Paul Hastings. | 1.6 | $ 352.80 |
| Spier, Tre | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ████ and ██████████ Bank Statements. | 3.3 | $ 727.65 |
| Spier, Tre | 10/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with J. Lazarus re: review and analysis of ██████████ bank statement background. | 0.4 | $ 88.20 |
| Lomas, Adam | 10/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [L. Song] re: ████████ | 0.2 | $ 103.50 |
| Lomas, Adam | 10/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Instructions to T. Spier re: schedule of transfers related to/from bank accounts ██████████ | 0.3 | $ 155.25 |
| Lomas, Adam | 10/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Instructions to T. Spier re: review and analysis of ██████████ bank account statements and transactions. | 0.3 | $ 155.25 |
| Lomas, Adam | 10/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: known or suspected accounts at ██████████ | 0.8 | $ 414.00 |

2

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review of investigation notes prepared by Paul Hastings counsel team re: entities and individuals ████████ ████████ related attention to schedule of identified ████ ████ and transfers. | 4.2 | $ 2,173.50 |
| Spier, Tre | 10/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of bank statements for ████████ LLC bank accounts; organization of relevant transfers from ████████ ████ into the master analysis document. | 1.4 | $ 308.70 |
| Spier, Tre | 10/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with A. Lomas re: analysis and organization of transfers to/from bank accounts ████████ ████ ████████ as requested by Paul Hastings. | 0.8 | $ 176.40 |
| Lomas, Adam | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Incorporate ████ ████ bank transactions into master transaction file. | 0.7 | $ 362.25 |
| Lomas, Adam | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Conduct document and transaction review re: ████ ████ (██ compose related email to Paul Hastings [L. Song and D. Barron]. | 1.7 | $ 879.75 |
| Lomas, Adam | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Attention to schedule of bank accounts and transfers related to individuals and entities ████ ████ ████████ compose related email to Paul Hastings [D. Barron]. | 3.7 | $ 1,914.75 |
| Lomas, Adam | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law re: additional identified accounts at ████████ for follow up. | 0.3 | $ 155.25 |
| Lazarus, Jordan | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of ████████ charges and related payments. | 0.4 | $ 207.00 |
| Parizek, Pam | 10/8/2024 | General Debtor Representation | Case Administration | Review bankruptcy notices served on Kroll (.3). | 0.3 | $ 213.60 |
| Parizek, Pam | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Review communications regarding ████████ and ████ (.2), | 0.2 | $ 142.40 |
| Spier, Tre | 10/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Update master file with ████████ ████ related party transfer information. | 0.5 | $ 110.25 |
| Lomas, Adam | 10/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [L. Song] re: activity in ████ account held at ████████ ████ related review of bank account statements and analysis of recurring investment transactions. | 3.8 | $ 1,966.50 |
| Lazarus, Jordan | 10/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of ████████ charges and related payments. | 0.3 | $ 155.25 |

3

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Parizek, Pam | 10/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Review ███████ and transfers, outreach of ███████ re: updated research and ███████ (.2). | 0.2 | $ 142.40 |
| Spier, Tre | 10/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███████ transactions; update transaction descriptions and references. | 0.6 | $ 132.30 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Preliminary review of additional documents produced by ███████ and ███████ | 0.4 | $ 207.00 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: identified bank accounts and transfers in/related to the ███████ and recent activity in ███████ Inc and ███████ bank accountswith: Paul Hastings [L. Despins, N. Basset, D. Barron, and L. Song]; NPM Law [P. Linsey]; and P. Parizek. | 0.8 | $ 414.00 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ███████ related review of documents produced by firm. | 0.6 | $ 310.50 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Incorporate ███████ Inc and ███████ bank transactions into master transaction file. | 0.4 | $ 207.00 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of ███████ and ███████ bank account transactions with respect to transfers to ███████ related updated to master transaction file. | 1.8 | $ 931.50 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Compile copies of recent checks issued to ███████ from ███████ and ███████ bank accounts; compose related email to Paul Hastings [N. Bassett]. | 0.4 | $ 207.00 |
| Lomas, Adam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Avoidance Action Analysis: Prepare schedule of transfers to ███████ for attachment to avoidance complaint; compose related email to NPM Law [P. Linsey]. | 0.7 | $ 362.25 |
| Lazarus, Jordan | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: analysis of ███████ charges and related payments. | 0.2 | $ 103.50 |
| Lazarus, Jordan | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of disbursements to ███████ ███████ | 0.5 | $ 258.75 |
| Lazarus, Jordan | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell] and A. Lomas re: ███████ ███████ and associated payments. | 0.2 | $ 103.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Parizek, Pam | 10/10/2024 | General Debtor Representation | Fee/Employment Applications | Call with J. Lazarus re: August Fee Statement, revisions and Kroll Fee Application (.9); email Paul Hastings (A. Bogartz) re: same (.1).  Review/approve amended rate adjustment and revised Fee Statement (.5). | 1.5 | $ 1,068.00 |
| Parizek, Pam | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas update, preview [redacted] (.3), send agenda (.1) and attend weekly call with A. Lomas and Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song) and NPM Law (P. Linsey) re: [redacted] transactions, [redacted] tasks, [redacted] accounts (.8). | 1.2 | $ 854.40 |
| Spier, Tre | 10/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of [redacted] [redacted] and [redacted] bank account transactions related updates to master transaction file. | 2.0 | $ 441.00 |
| Lomas, Adam | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: re: transfers to [redacted] | 0.4 | $ 207.00 |
| Lomas, Adam | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Avoidance Action Analysis: Prepare schedule of transfers to [redacted] for attachment to avoidance complaint. | 0.4 | $ 207.00 |
| Lomas, Adam | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review of news article provided by Paul Hastings [L. Song] re: [redacted] purportedly purchased [redacted] | 0.2 | $ 103.50 |
| Lazarus, Jordan | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey, K. Mitchell], P. Parizek, and L. Despins re: [redacted] analysis and related matters. | 0.3 | $ 155.25 |
| Lazarus, Jordan | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with P. Linsey re: [redacted] transfers and related matters. | 0.2 | $ 103.50 |
| Parizek, Pam | 10/11/2024 | General Debtor Representation | Fee/Employment Applications | Confer A. Bogartz re: revisions to rate schedule and August Fee Application, confer J. Lazarus re: same and preparation of Fee Application and September Fee statement (.3). | 0.3 | $ 213.60 |
| Parizek, Pam | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Task assignment to Cem Ozturk re: investigative due diligence on [redacted] (.1). | 0.1 | $ 71.20 |
| Spier, Tre | 10/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of [redacted] [redacted] and [redacted] bank account transactions related updates to master transaction file. | 0.5 | $ 110.25 |
| Parizek, Pam | 10/14/2024 | General Debtor Representation | Fee/Employment Applications | Final review of Fee Application, confer with J. Lazarus, A. Bongartz re: same (.5). | 0.5 | $ 356.00 |

5

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Parizek, Pam | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Review preliminary research re: ███ submit clarification request (.2). | 0.2 | $ 142.40 |
| Parizek, Pam | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Confer I. Jones re: ███ searches, █████████ (.1). | 0.1 | $ 71.20 |
| Lo, Yien Zhi | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted research on ████ | 3.5 | $ 1,149.75 |
| Spier, Tre | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ██████ ██████, ██████ and ██████ bank account transactions related updates to master transaction file. | 6.6 | $ 1,455.30 |
| Caldwell, Thomas | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct Investigation on ████ | 3.0 | $ 1,336.50 |
| Lomas, Adam | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Avoidance Action Analysis: Quality control review of schedules of pre- and post-petition transfers to ████ for attachment to avoidance complaint. | 0.8 | $ 414.00 |
| Lomas, Adam | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review of additional documents produced by ████ compose related email to K. Mitchell re: status of outstanding/follow up requests with respect to ████ accounts. | 0.7 | $ 362.25 |
| Lomas, Adam | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Conduct research with respect to ████ █████ purportedly purchased/sold █████████ review of Excel file purportedly documenting transactions of ████ ████ from ████ to other parties; related review of purported ██████ related review of ████ █████████ bank account transactions; compose email to Paul Hastings [L. Song]. | 6.3 | $ 3,260.25 |
| Lomas, Adam | 10/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Avoidance Action Analysis: Prepare schedule of transfers to ████ for attachment to avoidance complaint. | 0.5 | $ 258.75 |
| Parizek, Pam | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Review client communications, A. Lomas analysis of ████ (.3). | 0.3 | $ 213.60 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Conduct additional review of Excel file purportedly showing transfer of [redacted] [redacted] from [redacted] review of [redacted] in connection with transfer of funds from [redacted] [redacted] to [redacted] of [redacted] compose related email to Paul Hastings counsel team [N. Basset, L. Song, and D. Barron]. | 3.1 | $ 1,604.25 |
| Lomas, Adam | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of [redacted] Inc and [redacted] Inc bank account transactions; related updates to master transaction file. | 1.9 | $ 983.25 |
| Barker, James | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Internal team meeting - P.Levenson discussion of [redacted] and [redacted] | 0.5 | $ 319.50 |
| Lomas, Adam | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [N. Bassett] re: transfers to [redacted] possibly related to the purchase/sale of [redacted] | 0.3 | $ 155.25 |
| Barker, James | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email - P.Levenson re [redacted] | 0.3 | $ 191.70 |
| Lomas, Adam | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Compose email to J. Barker and P. Levenson re: [redacted] | 0.2 | $ 103.50 |
| Barker, James | 10/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email - P.Levenson re [redacted] | 0.3 | $ 191.70 |
| Parizek, Pam | 10/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Follow-up re: [redacted] research (.1). | 0.1 | $ 71.20 |
| Lomas, Adam | 10/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare schedule of sources and uses of cash in [redacted] and [redacted] accounts at [redacted] | 1.2 | $ 621.00 |
| Barker, James | 10/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct research and analysis - preparation for client call on Thursday, review of [redacted] | 0.5 | $ 319.50 |
| Lomas, Adam | 10/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: [redacted] | 0.2 | $ 103.50 |
| Lomas, Adam | 10/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of [redacted] and [redacted] bank account transactions; related updates to master transaction file. | 1.1 | $ 569.25 |
| Lomas, Adam | 10/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to NPM Law [K. Mitchell] re: new/addition bank for inclusion in next Rule 2004 motion. | 0.2 | $ 103.50 |
| Barker, James | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Weekly meeting with Paul Hastings and NPM Law | 0.8 | $ 511.20 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Barker, James | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with client or counsel - Paul Hastings [N.Basset, D.Barron] and P.Parizek re: | 0.5 | $ 319.50 |
| Lomas, Adam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: ███████ transfers involving ███████ activity in ███ bank accounts at ██████████ and other investigative updates; with: Paul Hastings [L. Despins, N. Basset, D. Barron, and L. Song]; NPM Law [P. Linsey]; and P. Parizek and J. Barker. | 0.8 | $ 414.00 |
| Barker, James | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Initiated research into ██████████ | 0.6 | $ 383.40 |
| Lomas, Adam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Extract and reconcile transfers between ██████████ and ██████████ entities, per request from Paul Hastings [L. Song]. | 2.6 | $ 1,345.50 |
| Lomas, Adam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers with respect to ██████████ | 0.3 | $ 155.25 |
| Lomas, Adam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: ██████████ accounts with ██████████ | 0.3 | $ 155.25 |
| Parizek, Pam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas update, review ███████ ███████ prepare agenda (.3) and attend weekly call with A. Lomas, J. Barker and Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song) and NPM Law (P. Linsey) re: ███████ ███████ bank statements, ██████████ (.8); continued call with N. Bassett, D. Barron and J. Barker re: ██████████ records (.5). | 1.6 | $ 1,139.20 |
| Lomas, Adam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review of additional documents produced by ██████████ with respect to ██████████ accounts. | 1.2 | $ 621.00 |
| Lomas, Adam | 10/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ██████████ Bank; related analysis of certain apparent ██████████ payments. | 1.1 | $ 569.25 |
| Lomas, Adam | 10/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare schedule of transfers between ██████████ and ██████████ entities; compose related email to Paul Hastings [L. Song]. | 3.2 | $ 1,656.00 |
| Lomas, Adam | 10/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Extract and reconcile transfers between ██████████ and ██████████ entities, per request from Paul Hastings [L. Song]. | 0.9 | $ 465.75 |
| Tennant, Erin | 10/18/2024 | ██████████ Actions | Investigations | Quality control/verification of research on ██████████ | 0.5 | $ 319.50 |
| Tennant, Erin | 10/21/2024 | ██████████ Actions | Investigations | Quality control/verification of research on ██████████ | 0.5 | $ 319.50 |
| Barker, James | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Review email communications, internal meeting with P. Levenson re: ██████████ research. | 0.5 | $ 319.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Working meeting with T. Spier re: review of various records produced by ██████████ for ██████ and ██████████ accounts. | 0.5 | $ 258.75 |
| Lomas, Adam | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review documents produced by ██████ prepare Excel file reconciling transfers to ████████ per ██████ and ████████ records to avoidance defendant records; analysis of transaction activity in bank account per statements provided by avoidance defendant. | 3.3 | $ 1,707.75 |
| Spier, Tre | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ████████ ████████ Inc, ████████ and ████████ bank account transactions; related updates to master transaction file. | 0.8 | $ 176.40 |
| Lomas, Adam | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ████████ | 0.4 | $ 207.00 |
| Levenson, Patrick | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Internal team meeting with James Barker re ████████ research | 0.3 | $ 113.40 |
| Spier, Tre | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Working meeting with A. Lomas re: review of various records produced by ████████ for ████████████ and ████████ accounts. | 0.5 | $ 110.25 |
| Lomas, Adam | 10/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of additional records produced by ████████ compose related email to NPM Law [K. Mitchell] re: additional questions and/or follow up items for | 0.5 | $ 258.75 |
| Barker, James | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Conduct research and analysis of the ████████ purchased from ████████ added to | 2.3 | $ 1,469.70 |
| Lomas, Adam | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Compose email to Paul Hastings [L. Song] re: ████████ ████████ analysis. | 0.3 | $ 155.25 |
| Lomas, Adam | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: documents pertaining to certain transfers to/from ████████ | 0.5 | $ 258.75 |
| Lomas, Adam | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: identified ████████ bank accounts. | 0.2 | $ 103.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Incorporation of ██ ██ ██ ██ ██ ██ ██ and ██ bank account transactions into master transaction file. | 0.9 | $ 465.75 |
| Spier, Tre | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ██ ██ Inc, ██ ██ and ██ bank account transactions; related updates to master transaction file. | 4.1 | $ 904.05 |
| Levenson, Patrick | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted targeted research on ██ ██ ownership. | 1.0 | $ 378.00 |
| Lomas, Adam | 10/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of ██ accounts held at in ██ related updates to master transaction file. | 3.4 | $ 1,759.50 |
| Barker, James | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Research instruction for P.Levenson on ██ research | 0.3 | $ 191.70 |
| Lomas, Adam | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: ██ bank accounts at ██ in ██ and other investigative updates; with: Paul Hastings [L. Despins, N. Basset, D. Barron, and L. Song]; NPM Law [P. Linsey]; and P. Parizek, J. Lazarus, and | 0.3 | $ 155.25 |
| Lomas, Adam | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare summary of last known balances of ██ accounts held at ██ ██ | 0.4 | $ 207.00 |
| Barker, James | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: ██ bank accounts at ██ ██ and other investigative updates; with: Paul Hastings [L. Despins, N. Basset, D. Barron, and L. Song]; Neubert Pepe & Monteith [P. Linsey]; and P. Parizek, J. Lazarus, and A. Lomas. | 0.3 | $ 191.70 |
| Barker, James | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of ██ findings | 0.4 | $ 255.60 |
| Levenson, Patrick | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted targeted research on ██ ██ ownership. | 4.0 | $ 1,512.00 |
| Lazarus, Jordan | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, P. Parizek, J. Barker, Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song), and NPM Law [P. Linsey] re: new bank records produced, workstream updates, and related matters. | 0.3 | $ 155.25 |
| Barker, James | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Coordination of ██ searches | 0.5 | $ 319.50 |
| Lomas, Adam | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare summary schedule of ██ bank account activity; compose related email to Paul Hastings [N. Bassett]. | 1.3 | $ 672.75 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of ████ accounts held at ████ related updates to master transaction file. | 1.1 | $ 569.25 |
| Parizek, Pam | 10/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas update, review ████ prepare agenda (.2) and attend weekly call with A. Lomas, J. Barker and Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song) and NPM Law (P. Linsey) re: ████ bank account statements, ████ (.3). | 0.5 | $ 356.00 |
| Lomas, Adam | 10/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review of ████ documents produced as part of ████ investigation; related updates to ████ transaction activity in master transaction file. | 2.4 | $ 1,242.00 |
| Parizek, Pam | 10/25/2024 | General Debtor Representation | Fee/Employment Applications | Review, provide comments on September Fee Statement (.5).  Draft email to H. Claiborn re: Vaild8 transaction costs (.1). | 0.6 | $ 427.20 |
| Lomas, Adam | 10/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare summary schedule of ████ transaction activity in bank accounts held with ████ compose related email to Paul Hastings [L. Song]. | 0.6 | $ 310.50 |
| Parizek, Pam | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with Paul Hastings [L. Despins] re: ████ and ████ (.1). | 0.1 | $ 71.20 |
| Parizek, Pam | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with Paul Hastings [L. Despins] re: discreet inquiry on potential information ████ (.1), call with I. Jones re: same (.2). | 0.3 | $ 213.60 |
| Lomas, Adam | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of ████ and ████ records for ████ LLC accounts; related updates to master transaction file. | 2.7 | $ 1,397.25 |
| Lomas, Adam | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from NPM Law [P. Linsey] re: transfers related to the purchase of ████ related review of records produced by ████ and reconciliation to activity in master transaction file. | 1.8 | $ 931.50 |
| Barker, James | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Review documents/case materials potential ████ ████ | 0.2 | $ 127.80 |
| Parizek, Pam | 10/28/2024 | General Debtor Representation | Fee/Employment Applications | Research support for costs included in Third Fee Application, update H. Claiborn re: same (.5) | 0.5 | $ 356.00 |
| Lomas, Adam | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from NPM Law [P. Linsey] re: transfers to ████ LLP. | 0.8 | $ 414.00 |
| Levenson, Patrick | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ████ research and outreach. | 1.0 | $ 378.00 |
| Lazarus, Jordan | 10/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ████ document and financial transactions. | 0.4 | $ 207.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Barker, James | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence/email with D.Barron on the ▮▮▮ and ▮▮▮ | 0.6 | $ 383.40 |
| Lomas, Adam | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Updates to master transaction file with respect to ▮▮▮ accounts (disaggregation of ▮ and ▮) | 0.5 | $ 258.75 |
| Levenson, Patrick | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ▮▮▮ research and outreach. | 3.0 | $ 1,134.00 |
| Parizek, Pam | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Research, outreach to I. Jones re: ▮▮▮ ▮▮▮ (.2). | 0.2 | $ 142.40 |
| Lomas, Adam | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Updates to schedule of transfers between ▮▮▮ and ▮▮▮ entities; compose related email to Paul Hastings [L. Song]. | 0.9 | $ 465.75 |
| Lomas, Adam | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare summary of avoidance actions involving transfers from ▮▮▮ bank accounts; compose related email to NPM Law [P. Linsey] and Paul Hastings [L. Song and D. Barron]. | 1.8 | $ 931.50 |
| Lomas, Adam | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from NPM Law [P. Linsey] re: transfers to ▮▮▮ LLP. | 0.3 | $ 155.25 |
| Parizek, Pam | 10/29/2024 | General Debtor Representation | Fee/Employment Applications | Draft email to H. Claiborn re: Third Fee Application, contractor costs, data preservation charges, Valid8 pricing and total expense amount  (1.0). | 1.0 | $ 712.00 |
| Barker, James | 10/29/2024 | Asset Recovery Investigation and Litigation | Investigations | Review documents/case materials potential ▮▮▮ ▮▮▮ | 0.1 | $ 63.90 |
| Lomas, Adam | 10/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from Paul Hastings [L. Song] re: ▮▮▮ | 0.2 | $ 103.50 |
| Levenson, Patrick | 10/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ▮▮▮ research and outreach. | 0.5 | $ 189.00 |
| Lomas, Adam | 10/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Upload of bank statements into bank statement analysis tool. | 0.4 | $ 207.00 |
| Parizek, Pam | 10/30/2024 | General Debtor Representation | Fee/Employment Applications | Review redacted Fee Statement for September (.4). | 0.4 | $ 284.80 |
| Lomas, Adam | 10/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review of additional documents produced by ▮▮▮ related update of inventory of Debtor-related bank accounts. | 0.5 | $ 258.75 |
| Lomas, Adam | 10/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Review and analysis of ▮▮▮ ▮▮▮ and ▮▮▮ bank activity; related updates to master transaction file. | 1.0 | $ 517.50 |
| Lomas, Adam | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from NPM Law [P. Linsey] re: transfers to ▮▮▮ LLP. | 0.6 | $ 310.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Respond to inquiry from NPM Law [P. Linsey] re: transfers to ███████ LLP. | 0.6 | $ 310.50 |
| Lomas, Adam | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Discussion with J. Lazarus re: transfers to ████████ LLP and emails to/from NPM Law with respect to the related avoidance complaint. | 0.2 | $ 103.50 |
| Barker, James | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Review documents/case materials potential ducati ██████ | 0.1 | $ 63.90 |
| Lazarus, Jordan | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Phone call with A. Lomas re: ██████ avoidance transfers. | 0.2 | $ 103.50 |
| Lomas, Adam | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Incorporate ███████ and ████████ LLC bank account transactions into master transaction file. | 0.6 | $ 310.50 |
| Lomas, Adam | 10/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Investigations: Prepare schedule of transfers with respect to various individuals and entities purportedly paying Kwok criminal trial legal fees; related transaction and document review. | 2.4 | $ 1,242.00 |
| **Total Hours and Amount:** | | | | | **154.1** | **$ 74,360.65** |

13

**EXHIBIT E**

**FEE DETAIL**

*Time Period: November 1-30, 2024.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lazarus, Jordan | 11/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [K. Mitchell], A. Lomas and Paul Hastings re: new document productions from ███████ █████████ and related matters. | 0.3 | $    155.25 |
| Parizek, Pam | 11/1/2024 | General Debtor Representation | Fee/Employment Applications | Call with H. Claiborn and Paul Hastings [A. Bongart] re: Kroll expenses, [.5] | 0.5 | $    356.00 |
| Spier, Tre | 11/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Review up supplemental document production from ██████ related update of inventory of Debtor-related bank accounts. | 1.5 | $    330.75 |
| Levenson, Patrick | 11/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted targeted searches related to ███████ ownership. | 2.0 | $    756.00 |
| Lomas, Adam | 11/1/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of transfers involving parties purportedly contributing to Kwok's ████████████████ related financial analysis and review of documents in Relativity; compose related email to Paul Hastings [L. Song]. | 4.8 | $    2,484.00 |
| Lomas, Adam | 11/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Revisions to schedule of transaction activity after ████████ ██████ compose related email to Paul Hastings [N. Bassett]. | 1.3 | $    672.75 |
| Lomas, Adam | 11/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to certain parties purportedly contributing to Kwok's | 0.5 | $    258.75 |
| Lomas, Adam | 11/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.8 | $    414.00 |
| Lomas, Adam | 11/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of additional transactions in ██████ accounts at ████ related updates to master transaction file. | 1.9 | $    983.25 |
| Lomas, Adam | 11/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of additional documents produced by ██████████ related update of inventory of Debtor-related bank accounts. | 1.4 | $    724.50 |
| Spier, Tre | 11/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare summary schedule of transaction activity in ██████ bank accounts after | 0.5 | $    110.25 |
| Levenson, Patrick | 11/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ████████████ research. | 1.0 | $    378.00 |
| Levenson, Patrick | 11/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Internal meetings and calls. | 0.3 | $    113.40 |
| Lomas, Adam | 11/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ████████ LLC bank account transactions; related updates to master transaction file. | 3.4 | $    1,759.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 11/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███████ ███ LLC bank account transactions; related updates to master transaction file. | 0.2 | $ 103.50 |
| Lazarus, Jordan | 11/6/2024 | General Debtor Representation | Fee/Employment Applications | Prepare October 2024 Monthly Fee Statement. | 1.5 | $ 776.25 |
| Lazarus, Jordan | 11/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Correspondence with NPM Law [P. Linsey and K. Mitchell] and A. Lomas re: ████████ document production. | 0.2 | $ 103.50 |
| Lazarus, Jordan | 11/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of supplemental ██████ document production. | 1.2 | $ 621.00 |
| Levenson, Patrick | 11/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ████████ research. | 0.5 | $ 189.00 |
| Lomas, Adam | 11/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K.Mitchell and P. Linsey] re: jurisdication of bank accounts from which transfers were made to █████ compile related records. | 1.7 | $ 879.75 |
| Lazarus, Jordan | 11/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis and related correspondence with NPM Law [P. Linsey] re: ██████ transfers and related matters. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 11/7/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of supplemental ██████ document production. | 2.5 | $ 1,293.75 |
| Lazarus, Jordan | 11/7/2024 | General Debtor Representation | Fee/Employment Applications | Prepare October 2024 Monthly Fee Statement. | 0.5 | $ 258.75 |
| Lazarus, Jordan | 11/8/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of supplemental ██████ document production. | 1.1 | $ 569.25 |
| Lomas, Adam | 11/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell and P. Linsey] re: known or suspected accounts at ███████ | 0.3 | $ 155.25 |
| Lomas, Adam | 11/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of supplemental document production from █████ related update of inventory of Debtor-related bank accounts. | 0.7 | $ 362.25 |
| Lomas, Adam | 11/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of supplemental document production from ██████ compose related email to Paul Hastings [E. Sutton] and NPM Law [P. Linsey]. | 0.3 | $ 155.25 |
| Lomas, Adam | 11/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision re: review and analysis of ██████ bank transactions. | 0.3 | $ 155.25 |
| Spier, Tre | 11/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ██████ Bank statements; update documents reviewed inventory. | 4.3 | $ 948.15 |
| Lomas, Adam | 11/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of supplemental document production from ██████ related update of inventory of Debtor-related bank accounts. | 1.4 | $ 724.50 |
| Spier, Tre | 11/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ██████ Bank statements; update documents reviewed inventory. | 2.5 | $ 551.25 |

2

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 11/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ████ bank account transactions into master transaction file. | 0.4 | $ 207.00 |
| Lomas, Adam | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ████ Inc bank account transactions; related updates to master transaction file. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of newly produced documents re: ████ and ████ property. | 0.9 | $ 465.75 |
| Lomas, Adam | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of additional documents produced by ████ compose related update to internal Kroll team re: ████ property. | 1.1 | $ 569.25 |
| Barker, James | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of ████ document findings from A. Lomas. | 1.4 | $ 894.60 |
| Lomas, Adam | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Upload of bank statements into bank statement analysis tool. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review correspondence from NPM Law [K. Mitchell] re: Rule 2004 subpoenas and related matters. | 0.2 | $ 103.50 |
| Lomas, Adam | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ████ ████ account transactions; related updates to master transaction file. | 2.6 | $ 1,345.50 |
| Spier, Tre | 11/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Analysis of ████ Bank statements; update documents reviewed inventory. | 5.1 | $ 1,124.55 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ████ LLC bank account transactions; related updates to master transaction file. | 0.5 | $ 258.75 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of transaction activity in ████ LLC accounts at ████. | 0.9 | $ 465.75 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ████ Inc bank account transactions; related updates to master transaction file. | 2.8 | $ 1,449.00 |
| Barker, James | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of ████ from A. Lomas. | 1.4 | $ 894.60 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review ████ document productions with respect to ACH transactions flagged for follow-up with bank; compose related email to NPM Law [K. Mitchell]. | 0.4 | $ 207.00 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ████ bank account transactions; related updates to master transaction file. | 1.8 | $ 931.50 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of transaction activity in ████ accounts at ████ and ████. | 0.7 | $ 362.25 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of ████ Inc transactions per additional/updated account statements produced by ████. | 1.4 | $ 724.50 |

3

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to J. Barker re: ███ ███ | 0.3 | $ 155.25 |
| Lomas, Adam | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of transaction activity in ████ accounts at ████ | 0.6 | $ 310.50 |
| Barker, James | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Internal team meeting with P.Levenson regarding ███ and ████ | 0.5 | $ 319.50 |
| Spier, Tre | 11/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of ███ cash receipts, payments, and bank transactions. | 6.5 | $ 1,433.25 |
| Lomas, Adam | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of prepetition transfers to ████ LP as exhibit to avoidance complaint; compose related email to NPM Law [L. Astone]. | 0.6 | $ 310.50 |
| Lazarus, Jordan | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Review correspondence from Kroll team re: ████ and related matters. | 0.2 | $ 103.50 |
| Lomas, Adam | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Summarize connected set of transfers between ████ Inc, ███ Inc, and certain unknown entities; related analysis. | 0.6 | $ 310.50 |
| Lomas, Adam | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: ████ ████ LLC, and ███ Inc bank account analysis; balance in ████ LLC bank account; and ████ and ███ investigation updates; with: Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey]; and J. Barker. | 1.0 | $ 517.50 |
| Barker, James | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with A. Lomas and Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey]; re: ███ findings and related workstream updates. | 1.2 | $ 766.80 |
| Barker, James | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with client or counsel | 1.0 | $ 639.00 |
| Lomas, Adam | 11/14/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [L. Song] re: schedules produced by ██ ████ LLC/████ with respect to various ████ related receipts, payments, and/or bank transactions; convert produced PDF schedules to Excel; related reconciliation of transactions in produced schedules to master transaction file; compose related email to Paul Hastings [L. Song and D. Barron]. | 3.9 | $ 2,018.25 |
| Lomas, Adam | 11/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of document productions from ████ Bank, ████ and ████ related instructions to staff [T. Spier] re: review of productions. | 0.4 | $ 207.00 |

4

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Spier, Tre | 11/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of document productions from ███ █ ███ and ███ related updates to inventory of Debtor-related bank accounts. | 3.3 | $ 727.65 |
| Lazarus, Jordan | 11/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of transfers to ███ correspondence with NPM Law [P. Linsey] re: related matters. | 0.5 | $ 258.75 |
| Lazarus, Jordan | 11/21/2024 | Asset Recovery Investigation and Litigation | Investigations | Compile supporting documentation for avoidance action against ███ correspondence with NPM Law [K. Mitchell] re: same. | 0.9 | $ 465.75 |
| Lomas, Adam | 11/21/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision re: review of supplemental ███ document production. | 0.3 | $ 155.25 |
| Lazarus, Jordan | 11/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Compile supporting documentation for avoidance action against ███ correspondence with NPM Law [K. Mitchell] re: same. | 1.4 | $ 724.50 |
| Lomas, Adam | 11/22/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to email inquiries from NPM Law [K. Mitchell] re: supporting bank documents evidencing transfers to ███ | 0.2 | $ 103.50 |
| Spier, Tre | 11/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ Inc bank account transactions; related updates to master transaction file. | 0.6 | $ 132.30 |
| Spier, Tre | 11/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ LLC bank account transactions; related updates to master transaction file. | 1.0 | $ 220.50 |
| Lomas, Adam | 11/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Instructions to T. Spier re: review and analysis of ███ Inc transaction data. | 0.4 | $ 207.00 |
| Lomas, Adam | 11/25/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ███ Inc bank account transactions into master transaction file. | 0.9 | $ 465.75 |
| Spier, Tre | 11/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ LLC bank account transactions; related updates to master transaction file. | 0.5 | $ 110.25 |
| Parizek, Pam | 11/26/2024 | General Debtor Representation | Fee/Employment Applications | Review October 2024 fee statement [1.0]. | 1.0 | $ 712.00 |
| Lomas, Adam | 11/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: known/suspected accounts held at ███ | 0.3 | $ 155.25 |
| Lazarus, Jordan | 11/26/2024 | General Debtor Representation | Fee/Employment Applications | Finalize October 2024 Monthly Fee Statement; correspondence with Kroll team re: related matters. | 1.9 | $ 983.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: ▋▋▋ Inc bank account transactions, ▋▋▋ LLC, and updates with respect to investigations in the ▋▋▋ ▋▋▋ with Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey and K. Mitchell]; and P. Parizek, J. Barker, and J. Lazarus. | 0.4 | $ 207.00 |
| Lomas, Adam | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of sources and uses of cash for ▋▋▋ LLC; compose related email to Paul Hastings [L. Song]. | 0.6 | $ 310.50 |
| Lazarus, Jordan | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, P. Parizek, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: ▋▋▋ analysis, rule 2004 update, and related matters. | 0.4 | $ 207.00 |
| Lomas, Adam | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedule of updated sources and uses of cash for ▋▋▋ Inc. | 0.8 | $ 414.00 |
| Lomas, Adam | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▋▋▋ Inc bank transactions; related updates to master transaction file. | 0.9 | $ 465.75 |
| Lomas, Adam | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ▋▋▋ LLC bank transactions; related updates to master transaction file. | 1.8 | $ 931.50 |
| **Total Hours and Amount:** | | | | | **97.1** | **$ 43,016.55** |

6

**EXHIBIT E**

**FEE DETAIL**

*Time Period: December 1-31, 2024.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Jones, Iain | 10/24/2024 | UAE Asset Recovery Actions | Investigations | Conduct investgation into ▮▮▮▮▮ | 5.0 | $ 3,195.00 |
| Parizek, Pam | 11/15/2024 | UAE Asset Recovery Actions | Investigations | Review team update re: ▮▮▮ (.2), reply to inquiry from Paul Hastings re: same (.1) | 0.3 | $ 213.60 |
| Parizek, Pam | 11/15/2024 | Asset Recovery Investigation and Litigation | Investigations | Review team updates re: ▮▮▮ transfers [.3], | 0.3 | $ 213.60 |
| Parizek, Pam | 11/26/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and revise redacted description of services [.5]. | 0.5 | $ 356.00 |
| Barker, James | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | Preparation for Meeting with client or counsel. ▮▮▮▮ | 3.0 | $ 1,917.00 |
| Parizek, Pam | 11/27/2024 | Asset Recovery Investigation and Litigation | Investigations | ▮▮▮▮▮ transaction activity, ▮▮▮ [.4] | 0.4 | $ 284.80 |
| Barker, James | 11/28/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, P. Parizek, J. Lazarus, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: ▮▮▮ analysis, rule 2004 update, and related matters. | 0.4 | $ 255.60 |
| Parizek, Pam | 12/2/2024 | Asset Recovery Investigation and Litigation | Investigations | Email introduction to ▮▮▮ [.1] | 0.1 | $ 71.20 |
| Parizek, Pam | 12/3/2024 | UAE Asset Recovery Actions | Investigations | Review updated ▮▮▮ status update from I. Jones [.4]. | 0.4 | $ 284.80 |
| Parizek, Pam | 12/4/2024 | UAE Asset Recovery Actions | Investigations | Introductory call with I. Jones, J. Barker, ▮▮▮ [N. Oteifi , E. Bierne , P. Hughes] and Paul Hastings [L. Despins, N. Bassett, D. Barron] [.2]. | 0.2 | $ 142.40 |
| Lazarus, Jordan | 12/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Compile ▮▮▮ avoidance action support per request from NPM Law; correspondence with NPM Law [P. Linsey] re: related matters. | 0.9 | $ 465.75 |
| Levenson, Patrick | 12/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ▮▮▮ research. | 3.0 | $ 1,134.00 |
| Lomas, Adam | 12/4/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hasting [W. Farmer] re: statements for bank accounts at ▮▮▮ | 0.2 | $ 103.50 |
| Barker, James | 12/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with P. Parizek, J. Lazarus, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: ▮▮▮ and related matters. | 0.4 | $ 255.60 |
| Lazarus, Jordan | 12/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with P. Parizek, J. Barker, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: ▮▮▮ and related matters. | 0.2 | $ 103.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Barker, James | 12/5/2024 | Asset Recovery Investigation and Litigation | Investigations | ███████ ████ location investigation | 3.0 | $ 1,917.00 |
| Levenson, Patrick | 12/5/2024 | Asset Recovery Investigation and Litigation | Investigations | Conducted ████████ research. | 2.0 | $ 756.00 |
| Lomas, Adam | 12/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: addition banks to include in next Rule 2004 subpoena motion. | 0.3 | $ 155.25 |
| Lomas, Adam | 12/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of supplemental document productions from ███████ and ████ | 0.4 | $ 207.00 |
| Lomas, Adam | 12/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Aggregate list of identified overseas banks and accounts for consideration with respect to Rule 2004 subpoena; related document and transaction review. | 1.7 | $ 879.75 |
| Lomas, Adam | 12/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: identified or suspected accounts at various financial institutions [████ ████ ████ Bank, ████ and The ████ for follow-up. | 2.1 | $ 1,086.75 |
| Parizek, Pam | 12/6/2024 | UAE Asset Recovery Actions | Investigations | Review I. Jones update re: ████ [.2]. | 0.2 | $ 142.40 |
| Spier, Tre | 12/6/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of document productions from ██████ and ██████ related updates to inventory of Debtor-related bank accounts. | 1.2 | $ 264.60 |
| Lazarus, Jordan | 12/9/2024 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare November 2024 Monthly Fee Statement | 2.5 | $ 1,293.75 |
| Lomas, Adam | 12/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███████ bank account transactions; related updates to master transaction file. | 0.4 | $ 207.00 |
| Lomas, Adam | 12/9/2024 | Asset Recovery Investigation and Litigation | Investigations | Reviewed and matched postpetition transfers between ████████ entities as part of analysis of postpetition inflows requested by Paul Hastings [L. Despins]. | 4.6 | $ 2,380.50 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision with respect to analysis of ████ account activity. | 0.2 | $ 103.50 |
| Parizek, Pam | 12/10/2024 | UAE Asset Recovery Actions | Investigations | Review I. Jones update re: ████ and outstanding ███████ [.2]. | 0.2 | $ 142.40 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: source bank accounts with respect to transfers to certain transfers to ████████ Ltd; compiled related documents; composed related email. | 1.7 | $ 879.75 |
| Spier, Tre | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of document production from ████████ related updates to inventory of Debtor-related bank accounts. | 0.5 | $ 110.25 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Continued analysis of postpetition transaction data. | 4.5 | $ 2,328.75 |
| Spier, Tre | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ████████ ████████ bank account transactions; related updates to master transaction file. | 5.5 | $ 1,212.75 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███████ LLC bank account transactions; related updates to master transaction file. | 1.8 | $ 931.50 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision with respect to review of ███████ documents. | 0.2 | $ 103.50 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of documents produced by ███████ | 0.1 | $ 51.75 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███████ bank account transactions; related updates to master transaction file. | 0.4 | $ 207.00 |
| Lomas, Adam | 12/10/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███████ bank account transactions; related updates to master transaction file. | 1.4 | $ 724.50 |
| Spier, Tre | 12/11/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███████ Inc bank account transactions; related updates to master transaction file. | 6.8 | $ 1,499.40 |
| Lomas, Adam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Corresponded with NPM Law [P. Linsey] and Paul Hastings [D. Barron] re: certain transfers to/from bank accounts with ███████ and ███████ related transaction analysis. | 0.6 | $ 310.50 |
| Lomas, Adam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: additional entities for consideration with respect to 18th Omnibus Rule 2004 motion; related transaction review and research. | 2.9 | $ 1,500.75 |
| Spier, Tre | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███████ Inc bank account transactions; related updates to master transaction file. | 1.2 | $ 264.60 |
| Lazarus, Jordan | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with P. Parizek, A. Lomas, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: bank account analysis and related matters. | 0.6 | $ 310.50 |
| Lomas, Adam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Summary key takeaways of analysis of postpetition inflows for meeting with Paul Hastings and NPM counsel teams. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of correspondence from A. Lomas re: analysis of post-petition transfers, transactional activity re: ███████ and related matters. | 0.4 | $ 207.00 |
| Lomas, Adam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Prepare schedules summarizing postpetition inflows; compose related email to Paul Hastings counsel team. | 1.2 | $ 621.00 |
| Parizek, Pam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas, J. Lazarus, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song] and NPM Law [P. Linsey, K. Mitchell] re: analysis of bank records for ███████ and ███████ [.2]. Review summary of post-petition inflows by transferees and transferors [.3]. | 0.5 | $ 356.00 |

3

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting re: quantification of postpetition inflows, analysis of ██████ and ██████ LLC bank transactions, ██████ and other investigative updates; with Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey and K. Mitchell]; and Kroll [P. Parizek and J. Lazarus]. | 0.6 | $    310.50 |
| Lomas, Adam | 12/12/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ██████ LLP. | 0.8 | $    414.00 |
| Lomas, Adam | 12/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ██████ LLC transactions in The ██████ bank account; related updates to master transaction file. | 0.2 | $    103.50 |
| Lomas, Adam | 12/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Instructions to T. Spier re: review and analysis of ██████ bank account transactions; related staff supervision. | 0.5 | $    258.75 |
| Lomas, Adam | 12/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate transactions from ██████ account at ██████ into master transaction file for analysis. | 0.4 | $    207.00 |
| Lomas, Adam | 12/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ██████ LLC and ██████ Company LLC bank account transactions; related updates to master transaction file. | 0.3 | $    155.25 |
| Lomas, Adam | 12/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ██████ LLC and ██████ Company LLC bank account transactions into master transaction file for review/analysis. | 0.2 | $    103.50 |
| Spier, Tre | 12/13/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ██████ LLC bank account transactions; related updates to master transaction file. | 2.7 | $    595.35 |
| Spier, Tre | 12/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ██████ LLC bank account transactions; related updates to master transaction file. | 3.7 | $    815.85 |
| Lomas, Adam | 12/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ██████ bank account transactions into master transaction file for review/analysis. | 1.1 | $    569.25 |
| Lomas, Adam | 12/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision with respect to analysis of ██████ Inc bank account transactions. | 0.2 | $    103.50 |
| Lomas, Adam | 12/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ██████ bank account transactions into master transaction file for review/analysis. | 1.9 | $    983.25 |
| Lomas, Adam | 12/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ██████ Inc bank account transactions into master transaction file for review/analysis. | 0.4 | $    207.00 |
| Spier, Tre | 12/16/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ██████ Inc bank account transactions; related updates to master transaction file. | 3.7 | $    815.85 |
| Spier, Tre | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ██████ Inc bank account transactions; related updates to master transaction file. | 1.2 | $    264.60 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Spier, Tre | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Review of document productions from ███ and ███████ Bank; related updates to inventory of Debtor-related bank accounts. | 1.1 | $        242.55 |
| Lomas, Adam | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of ███████ Bank and ███████ document productions. | 0.2 | $        103.50 |
| Lomas, Adam | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Meeting with NPM Law [P. Linsey and K. Mitchell] and J. Lazarus re: updated transfer totals for additional avoidance action decisioning. | 0.4 | $        207.00 |
| Levenson, Patrick | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | ███████ tracing research and reporting. | 0.2 | $         75.60 |
| Spier, Tre | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███████ LLC bank account transactions; related updates to master transaction file. | 3.8 | $        837.90 |
| Lazarus, Jordan | 12/17/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with A. Lomas and NPM Law [P. Linsey and K. Mitchell] re: omnibus complaint, updated avoidance actions, alter egos, and related matters. | 0.4 | $        207.00 |
| Levenson, Patrick | 12/18/2024 | Asset Recovery Investigation and Litigation | Investigations | ███████ tracing research and reporting. | 1.0 | $        378.00 |
| Lomas, Adam | 12/18/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [K. Catalano] re: ███████ ███████ accounts; related updates to schedule of ███████ bank account transaction activity after 12/21/23. | 3.1 | $      1,604.25 |
| Parizek, Pam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review A. Lomas analysis of personal bank accounts, status update re: analysis of other Kwok entities [.1]. | 0.1 | $         71.20 |
| Spier, Tre | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███████ LLC bank account transactions; related updates to master transaction file. | 1.1 | $        242.55 |
| Lomas, Adam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███████ LLC bank account transactions; related updates to master transaction file. | 0.9 | $        465.75 |
| Lomas, Adam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Communication with internal Kroll team re: status and updates for weekly call with Paul Hastings and NPM Law counsel teams. | 0.3 | $        155.25 |
| Lomas, Adam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision [T. Spier] with respect to analysis of records produced by ███████ for ███████ LLC account. | 0.3 | $        155.25 |
| Parizek, Pam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review assignment re: forfeiture amounts, confer A. Lomas re: same [.1]. | 0.1 | $         71.20 |
| Lomas, Adam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ███████ LLC Inc bank account transactions into master transaction file for review/analysis. | 0.5 | $        258.75 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [D. Barron] re: ███ bank accounts referenced in ███; prepare related schedule/analysis of summarized transaction activity in referenced bank accounts. | 3.3 | $ 1,707.75 |
| Spier, Tre | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ bank account transactions; related updates to master transaction file. | 3.2 | $ 705.60 |
| Lomas, Adam | 12/19/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from Paul Hastings [L. Despins] re: postpetition inflows; related revisions to schedule of postpetition inflows over time. | 0.4 | $ 207.00 |
| Parizek, Pam | 12/19/2024 | General Debtor Representation | Fee/Employment Applications | Review November 2024 Fee Statement, review and approve redactions to narrative time detail [1.0]. | 1.0 | $ 712.00 |
| Lazarus, Jordan | 12/19/2024 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare November 2024 Monthly Fee Statement | 2.0 | $ 1,035.00 |
| Spier, Tre | 12/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ bank account transactions; related updates to master transaction file. | 1.2 | $ 264.60 |
| Spier, Tre | 12/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ bank account transactions; related updates to master transaction file. | 1.2 | $ 264.60 |
| Lomas, Adam | 12/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [P. Linsey] re: ███ bank accounts. | 0.2 | $ 103.50 |
| Lomas, Adam | 12/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ███ Inc bank account transactions into master transaction file for review/analysis. | 0.4 | $ 207.00 |
| Lomas, Adam | 12/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision [T. Spier] with respect to additional bank accounts to review and analyze. | 0.3 | $ 155.25 |
| Spier, Tre | 12/20/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ bank account transactions; related updates to master transaction file. | 2.5 | $ 551.25 |
| Parizek, Pam | 12/21/2024 | Asset Recovery Investigation and Litigation | Investigations | Review J. Barker update re: ███ [.1]. | 0.1 | $ 71.20 |
| Spier, Tre | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ bank account transactions; related updates to master transaction file. | 2.0 | $ 441.00 |
| Spier, Tre | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ bank account transactions; related updates to master transaction file. | 2.4 | $ 529.20 |
| Lomas, Adam | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Respond to inquiry from NPM Law [K. Mitchell] re: transfers from ███ | 0.1 | $ 51.75 |
| Spier, Tre | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ███ bank account transactions; related updates to master transaction file. | 3.1 | $ 683.55 |
| Lomas, Adam | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ███ bank account transactions into master transaction file for review/analysis. | 0.9 | $ 465.75 |

6

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Staff supervision [T. Spier] with respect to additional bank accounts to review and analyze. | 0.1 | $ 51.75 |
| Lomas, Adam | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ███████ Inc bank account transactions into master transaction file for review/analysis. | 0.5 | $ 258.75 |
| Lomas, Adam | 12/23/2024 | Asset Recovery Investigation and Litigation | Investigations | Incorporate ███████ bank account transactions into master transaction file for review/analysis. | 0.4 | $ 207.00 |
| Lomas, Adam | 12/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Call with Paul Hastings [L. Despins] re: analysis of postpetition inflows and funds █████ attention to related analysis. | 0.4 | $ 207.00 |
| Lomas, Adam | 12/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Preliminary review of ████ and ████ document productions. | 0.4 | $ 207.00 |
| Spier, Tre | 12/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ██████ bank account transactions; related updates to master transaction file. | 5.1 | $ 1,124.55 |
| Spier, Tre | 12/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Review and analysis of ██████ bank account transactions; related updates to master transaction file. | 1.8 | $ 396.90 |
| Lomas, Adam | 12/24/2024 | Asset Recovery Investigation and Litigation | Investigations | Compose email to T. Spier with list of bank account-related analyses/tasks. | 0.7 | $ 362.25 |
| Lomas, Adam | 12/30/2024 | Asset Recovery Investigation and Litigation | Investigations | Attention to analysis of postpetition inflows and funds █████ | 1.5 | $ 776.25 |
| Lomas, Adam | 12/31/2024 | Asset Recovery Investigation and Litigation | Investigations | Attention to analysis of postpetition inflows and funds █████ | 1.8 | $ 931.50 |
| **Total Hours and Amount:** | | | | | **133.2** | **$ 54,020.60** |

7