**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                      :
In re:                                                :   Chapter 11
                                                      :
HO WAN KWOK, *et al.,*                                :   Case No. 22-50073 (JAM)
                                                      :
                    Debtors.[1]                       :   Jointly Administered
                                                      :
------------------------------------------------------x

**COVERSHEET FOR FOURTH INTERIM FEE APPLICATION OF**
**PALLAS PARTNERS LLP**

Interim Application of:              Pallas Partners LLP

Time Period:                        September 1, 2024 through December 31, 2024

Bankruptcy Petition Filed:          February 15, 2022

Date of Entry of Retention Order:   March 24, 2023 [ECF No. 1596] (effective as of January
                                    26, 2023); January 7, 2025 [ECF. No. 3942] (expanding
                                    scope of retention).

| **Amount Requested** | | **Reductions** | |
|---|---|---|---|
| Fees: | $189,270.00 | Voluntary Fee Reductions: | none |
| Expenses: | $753.67 | Voluntary Expenses Reductions: | none |
| **Total:** | **$190,023.67** | | |

| **Fees Previously Requested:** | | **Retainer Request:** |
|---|---|---|
| Requested Fees: | $490,663.00 | None |
| Awarded Fees: | $477,863.00 | |
| Paid Fees: | $477,863.00 | |

| **Expenses Previously Requested:** | | **Expense Detail:** | |
|---|---|---|---|
| Requested Expenses: | $5,979.91 | Retainer Received: | Not applicable |
| Awarded Expenses: | $1,052.87 | Copies per page cost & total: | Not applicable |
| Paid Fees: | $1,052.87 | | |

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                       :

In re:                            :    Chapter 11
                                         :

HO WAN KWOK, *et al.,*      :    Case No. 22-50073 (JAM)
                                         :

           Debtors.[1]         :    Jointly Administered
                                         :

------------------------------------------------------x

**FOURTH INTERIM FEE APPLICATION OF PALLAS PARTNERS LLP,**
**AS SOLICITORS IN UNITED KINGDOM, FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 1, 2024**
**THROUGH DECEMBER 31, 2024**

Pursuant to sections 105(a), 330, and 331 of title 11 of the United States Code (such title,

hereinafter, the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure

(the "<u>Bankruptcy Rules</u>"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure

of the United States Bankruptcy Court for the District of Connecticut (the "<u>Local Rules</u>"), and

the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses*

*for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "<u>Interim</u>

<u>Compensation Procedures Order</u>"), Pallas Partners LLP ("<u>Pallas</u>" or the "<u>Applicant</u>"), as United

Kingdom solicitors to Luc A. Despins, in his capacity as the chapter 11 trustee (the "<u>Trustee</u>")

appointed in the chapter 11 case of Ho Wan Kwok (the "<u>Debtor</u>"), hereby files this *Fourth*

*Interim Application of Pallas Partners LLP, as Solicitors in United Kingdom, for Compensation*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*and Reimbursement of Expenses for the Period from September 1, 2024 through December 31, 2024* (the "Application").  By this Application, Pallas requests interim allowance of professional fees incurred during the period from September 1, 2024 through and including December 31, 2024 (the "Application Period") in these chapter 11 cases.  In support of this Application, Pallas respectfully states as follows:

## JURISDICTION, VENUE, BASES FOR RELIEF, AND COMPLIANCE

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The legal predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1.

3.    Pallas believes that this Application, together with the attachments hereto, substantially complies with the Bankruptcy Rules, Local Rule 2016-1, and the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines").[2]  Pallas respectfully requests a waiver of any of the foregoing requirements not met by this Application.

4.    Attached and incorporated herein by reference are the following Exhibits:

- **Exhibit A** contains the Proposed Order granting this Application.

---

[2]    Pallas reserves all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines with respect to any application for compensation in these chapter 11 cases.

- **Exhibit B** is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each Pallas individual who provided services during the Application Period;

- **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, during the Application Period; and

- **Exhibit D** contains the detail of the fees and expenses incurred during the Application Period.

## BACKGROUND

5.      On February 15, 2022 (the "Petition Date"), the Individual Debtor filed a voluntary petition for relief under the Bankruptcy Code in the United States Bankruptcy Court for the District of Connecticut (Bridgeport Division) (the "Court").

6.      On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in the Individual Debtor's chapter 11 case.  No examiner has been appointed in the Individual Debtor's chapter 11 case.

7.      On June 15, 2022, the Court entered a memorandum of decision and order [ECF No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Individual Debtor's chapter 11 case.

8.      Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Trustee.  On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Trustee in the Individual Debtor's chapter 11 case

9.      By order entered March 24, 2023, the Court authorized Pallas' retention as solicitor in the United Kingdom for the Trustee [ECF No. 1596] (the "Retention Order") effective as of January 26, 2022 in the Debtor's chapter 11 case.  The Retention Order authorizes Pallas to be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket expenses pursuant to section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such orders as the Court may direct.

10.     On August 18, 2023, the Court entered the Interim Compensation Procedures Order, which, among other things, approves procedures for the payment of 80% of fees and 100% of expenses on a monthly basis.

11.     On December 27, 2023, Pallas filed its *First Interim Fee Application of Pallas Partners LLP, as Solicitors in United Kingdom, for Compensation and Reimbursement of Expenses for Period from January 26, 2023 Through November 30, 2023* [Docket No. 2475] (the "First Interim Fee Application"), requesting interim allowance of professional fees incurred during the period from January 26, 2023 through and including November 30, 2023 in these chapter 11 cases.  On January 24, 2024, the Court granted the First Interim Fee Application.

12.     On June 24, 2024, Pallas filed its *Second Interim Fee Application of Pallas Partners LLP, as Solicitors in United Kingdom, for Compensation and Reimbursement of Expenses for Period from December 1, 2023 Through April 30, 2024* [Docket No. 3277] (the "Second Interim Fee Application"), requesting interim allowance of professional fees incurred during the period from December 1, 2023 through and including April 30, 2024 in these chapter 11 cases.  On July 23, 2024, the Court granted the Second Interim Fee Application.

13.     On October 15, 2024, Pallas filed its *Third Interim Fee Application of Pallas Partners LLP, as Solicitors in United Kingdom, for Compensation and Reimbursement of Expenses for Period from May 1, 2024 Through August 31, 2024* [Docket No. 3699] (the "Third Interim Fee Application"), requesting interim allowance of professional fees incurred during the period from May 1, 2024 through and including August 31, 2024 in these chapter 11 cases.  On November 13, 2024, the Court granted the Third Interim Fee Application.

## ALLOWANCE REQUEST

14.     The Applicant is applying for compensation pursuant to Sections 330 and 331 of the Bankruptcy Code for legal services performed for the Trustee during the Application Period.

15.     For the Application Period, the Applicant seeks allowance of $189,270.00 as compensation for services rendered and allowance and reimbursement of $753.67 in expenses incurred in connection with such services.  The Applicant devoted 189.2 hours to this case during the Application Period, equating to an overall blended rate of $1,000.37.

16.     Throughout the Application Period, the Applicant maintained records to indicate the name of each attorney or paraprofessional working on this matter, the time spent on a particular issue, and the nature of the work performed.  These records, which describe in detail the services rendered by the Applicant, were created at the approximate time the services were performed.

17.     Annexed hereto and made a part hereof as **Exhibit D** is a detailed billing report, upon which this application is based that contains each individual professional's time for the Debtors' bankruptcy cases, itemizing the dates upon which services were rendered, including a summary of the services on each of such dates by each person rendering the service, the time spent in rendering such service, and the dollar value of such services.

## SUMMARY OF SERVICES RENDERED

18.     Upon being formally instructed, Pallas was asked to provide detailed and strategic advice in connection with the English litigation proceedings (the "UBS Action") brought by the Individual Debtor, Ace Decade Holdings Limited ("Second Claimant") and Dawn State Limited ("Third Claimant") against UBS AG (the "Defendant") (Case CL-2020-000345), which litigation claims constitute property of the Individual Debtor's estate.  In addition, Pallas has been asked

5

by the Trustee to consider strategic options in England relating to Hamilton Capital Holding Ltd ("Hamilton"), an entity which the Trustee maintains is part of the Estate and which he is seeking to obtain control over, pursuant to Hamilton entering into administration (the "Hamilton Administration").

19.     During the Fee Period, Pallas has been continuing to advise the Trustee on several matters related to the UBS Action, including advising the Trustee on the most cost-efficient ways to maximize value from the UBS Action for the benefit of the Individual Debtor's estate and its creditors.  In addition, Pallas has advised the Trustee in respect of matters arising under the Hamilton Administration in order to preserve value in the company and ensure that the Administration process does not seek to undermine and circumvent the Trustee's rights.

20.     In respect of the UBS Action, in order to achieve the Trustee's objective of maximizing value for the benefit of the creditors, Pallas has remained focused on advising the Trustee on the process of obtaining control of the Second and Third Claimants for the purposes of the UBS Action and seeking a further stay of the English proceedings pending the relief sought in the BVI courts (as to the Trustee's ownership of the Second and Third Claimant) which will ultimately be recognized in the English Courts.

21.     To that end, Pallas has assisted in continuing to advocate for, and liaise with the parties on, an extension to the stay of the English proceedings in order to ensure no steps can be taken by any party in England and to ensure that no costs are incurred by any parties. Upon the purported appointment of joint liquidators over Ace Decade (the "JLs") in the BVI, Pallas has also been working with the Trustee to support his discussions and negotiations with the JLs in order to seek to obtain appropriate relief in the BVI and ultimately obtain control of the Second and Third Claimants for the purposes of the English proceedings.

22.     In respect to the Hamilton Administration, in order to achieve the Trustee's objective of maximizing value for the benefit of the creditors, Pallas has been focused on advising the Trustee in connection with the attempts by the joint administrators of Hamilton to vary a worldwide freezing order and sell certain assets of Hamilton including valuable gold in the company's possession, and over which the Trustee maintains a beneficial claim on behalf of the Debtor's estate.  In consultation with the Trustee's barristers, Pallas's work has involved analyzing the application to the court by Hamilton's joint administrators and engaging in *inter partes* correspondence seeking to agree that the joint administrators freeze any proceeds arising from the sale of Hamilton's gold assets until determination of the Trustee's claim in this Court for a declaration that Hamilton and its assets are beneficially owned by the Trustee.  In view of Hamilton's joint administrators refusal to cooperate, Pallas' work has also involved preparing an application on behalf of the Trustee seeking (a) an order requiring Hamilton's joint administrators to retain any proceeds of sale in respect of Hamilton's property until the final determination of the Trustee's claim in this Court for a declaration that Hamilton and its assets are beneficially owned by the Trustee, and (b) in the alternative, a proprietary injunction in similar terms.

### NO PRIOR APPLICATION

23.     No prior application for the relief requested has been made.

### LEGAL AUTHORITY FOR COMPENSATION

24.     All of the professional services for which this award is being sought hereby were rendered solely on behalf of the Trustee in connection with the chapter 11 cases herein.

25.     Applicant respectfully submits that its services have benefited the Trustee with the expertise and skill required in the handling of bankruptcy matters.  The legal services for

7

which such compensation is requested were performed for and on behalf of the Trustee.  Such

services have been necessary to protect and enforce the rights and interests of the Trustee in

connection with these chapter 11 cases.  The reasonable value of services rendered by Pallas in

these cases is based upon Pallas' usual hourly rates for matters of this nature.

26.    Section 330 of the Bankruptcy Code prescribes the general standards for

determining the amount of compensation to be paid to professionals.  The Applicant submits that

the amount sought for the Application Period represents reasonable compensation for

professional services rendered based upon the time spent, the nature, the extent, and the value of

such services, taking into account the cost of comparable services in a non-bankruptcy case.

27.    Section 331 of the Bankruptcy Code provides for interim compensation of

professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code

to govern the Court's award of such compensation.  Section 330(a) of the Bankruptcy Code

provides that, after notice and a hearing, the Court may award a professional employed under 11

U.S.C. § 327 "reasonable compensation for actual, necessary services rendered" and

"reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).[3]

28.    In determining the amount of "reasonable compensation," the Court must

consider the nature, extent, and value of the services, taking into account all the relevant factors,

including the time spent on such services, the rates charged for such services, whether the

services were necessary and beneficial, whether the services were performed in a reasonable

amount of time commensurate with the complexity, importance, and nature of the problem,

issue, or task addressed, and whether the compensation is reasonable based on the customary

---

[3]    Under section 328(a) of the Bankruptcy Code, with bankruptcy court approval, a trustee may employ
professional persons under section 327(a) of the Bankruptcy Code "on any reasonable terms and conditions of
employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent
fee basis."  11 U.S.C. § 328(a).

compensation charged by comparably skilled practitioners in cases other than cases under the

Bankruptcy Code. See 11 U.S.C. § 330(a)(3).  The Court enjoys "considerable discretion in

determining reasonable fee awards." *In re Ahead Communication Systems, Inc.*, 395 B.R. 512

(D. Conn. 2008).

29.     In assessing the "reasonableness" of the fees requested, the Second Circuit has

stated that courts should consider the factors enumerated in *Johnson v. Ga. Highway Express,*

*Inc.*,[4] while also incorporating the "lodestar method."  *See Arbor Hill Concerned Citizens*

*Neighborhood Ass'n v. County of Albany and Albany County Bd. of Elections*, 522 F.3d 182, 190

(2d Cir. 2007) (*citing Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714 (5th Cir.1974),

*abrogated on other grounds* by *Blanchard v. Bergeron*, 489 U.S. 87, 92–93, 96 (1989)).  The

"lodestar method" of calculating the reasonable fee contemplates "the number of hours

reasonably expended . . . multiplied by a reasonable hourly rate." *See Hensley v. Eckerhart*, 461

U.S. 424, 433 (1983); *Gisbrecht v. Barnhart*, 535 U.S. 789, 801 (2002); *Perdue v. Kenny A.*, 130

S.Ct. 1662, 1672 (2010); *In re Drexel Burnham Lambert Grp., Inc.*, 133 B.R. 13 (Bankr.

S.D.N.Y. 1991).  The factors set forth in *Johnson* and *In re First Colonial Corp. of Am.*, 544

F.2d 1291, 1298–99 (5th Cir. 1977) have been adopted by most courts.[5]  *See In re Nine Assocs.,*

*Inc.*, 76 B.R. 943, 945 (S.D.N.Y. 1987) (adopting *First Colonial/Johnson* analysis); *In re Cuisine*

---

[4]     The twelve *Johnson* factors are (1) the time and labor required, (2) the novelty and difficulty of the questions, (3) the skill requisite to perform the legal service properly, (4) the preclusion of other employment by the attorney due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent, (7) the time limitations imposed by the client or the circumstances, (8) the amount involved and the results obtained, (9) the experience, reputation, and ability of the attorneys, (10) the "undesirability" of the case, (11) the nature and length of the professional relationship with the client, and (12) awards in similar cases. *Johnson*, 488 F.2d at 717-19.

[5]     The factors articulated in *First Colonial* were first articulated by the Fifth Circuit in *Johnson*, with the *First Colonial* court adding the factor of the "spirit of economy," which was later rejected by Congress.  *See Stroock & Stroock & Lavan v. Hillsborough Holdings Corp. (In re Hillsborough Holdings Corp.)*, 127 F.3d 1398, 1403 (11th Cir. 1997).

*Magazine, Inc.*, 61 B.R. 210, 212–13 (Bankr. S.D.N.Y 1986) (same); *Green v. City of New York*,

403 F. Appx. 626, 629 (2d Cir. 2010) (summary order); *see generally* 3 COLLIER ON

BANKRUPTCY ¶ 330.03[9] (Lawrence P. King ed., 16th ed. 2016) (describing *First Colonial*

and *Johnson* as the "leading cases with regard to the factors to be considered in determining a

reasonable allowance of compensation").

30.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code

and applicable case law, the amount requested herein by Pallas is fair and reasonable.

## STATUTORY COMPLIANCE

29.     No agreement or understanding exists between Pallas and any other person for the

sharing of compensation received or to be received for services rendered in or in connection with

this matter.  Pallas will not, in any form or guise, share or agree to share compensation for

services with any person, nor will Pallas share in the compensation for any other person

rendering service in these cases, except as so provided by section 504(b) of the Bankruptcy Code

and Rule 2016 of the Bankruptcy Rules.

## RESERVATION OF RIGHTS

30.     To the extent that time or disbursement charges for services rendered or expenses

incurred during the Application Period are not included in this Application, or Pallas has for any

reason not sought compensation or reimbursement with respect to such services, Pallas reserves

the right to request compensation and reimbursement for such services in a supplemental or

future application in these chapter 11 cases.  Also, Pallas does not waive, and expressly reserves,

its right to respond to any objections regarding this Application and the amounts sought for

services rendered and expenses incurred.

## NO PRIOR REQUEST

31.     No previous request for the relief sought herein has been made to this Court or any other court.

*[The Remainder of This Page is Intentionally Blank.]*

**WHEREFORE**, Pallas respectfully requests entry of an order, substantially in the form attached hereto, (i) allowing interim compensation for professional services rendered during the Application Period in the amount of $189,270.00 and reimbursement of $753.67 in expenses, (ii) authorizing and directing prompt payment of the unpaid fees in the amount of $190,023.67 from the estates, (iii) allowing such compensation and payment for professional services rendered without prejudice to Pallas' right to seek further compensation and/or payment from the estates for the full value of services performed and expenses incurred, and (iv) granting Pallas such other and further relief as is just.

Dated: February 24, 2025
      London, United Kingdom

              By: */s/ Natasha Harrison* _____
                 Natasha Harrison
                 PALLAS PARTNERS LLP
                 1 King William Street
                 London, EC4N 7AF United Kingdom
                 Telephone: +44 20 4574 1001
                 Email: natasha.harrison@pallasllp.com

                 *United Kingdom Solicitor to Luc A.*
                 *Despins, Chapter 11 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing application, and all attachments thereto (the "Application"),[2] was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 cases by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[3] In addition, to the extent not covered by the foregoing, copies of the Application were served on the twenty (20) largest creditors in the Debtors' chapter 11 cases. Parties may access this filing through the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Certification shall have the meanings ascribed to them in the Application.

[3] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Dated: February 24, 2025

By: */s/ G. Alexander Bongartz*
    G. Alexander Bongartz (*pro hac vice*)
    Douglass Barron (*pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    douglassbarron@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

## **EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re:                                    : Chapter 11
                                          :
HO WAN KWOK, *et al.*,                     : Case No. 22-50073 (JAM)
                                          :
Debtors.[1]                               : Jointly Administered
                                          :
---------------------------------------------------------------x

**[PROPOSED] ORDER GRANTING FOURTH INTERIM FEE APPLICATION OF
PALLAS PARTNERS LLP, AS SOLICITORS IN UNITED KINGDOM, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM
<u>SEPTEMBER 1, 2024 THROUGH DECEMBER 31, 2024</u>**

Upon consideration of the Application (the "<u>Application</u>") of Pallas Partners LLP

("<u>Pallas</u>") as solicitor in the United Kingdom to the Trustee[2] for interim allowance of

compensation and reimbursement of expenses from September 1, 2024 through December 31,

2024; and sufficient notice having been given; and a hearing having been held on _____,

2025 and due consideration having been given to any responses thereto; and sufficient cause

having been shown therefor, it is hereby:

1.      ORDERED that the Application is granted, pursuant to 11 U.S.C. §§ 330 and 331,

and compensation in the amount of $189,270.00 and reimbursement of expenses in the amount

of $753.67 are awarded to Pallas, subject to final adjustment and disgorgement in the event all

administrative expenses are not paid in full; it is further

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

2.        ORDERED that nothing herein modified the Retention Order; it is further

3.        ORDERED that the estates are authorized and directed to pay Pallas' fees and expenses in the aggregate amount of $190,023.67, within fourteen days of the date of this Order; it is further

4.        ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

5.        ORDERED that the Debtors' estates and Pallas are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

6.        ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

7.        ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

## <u>EXHIBIT B</u>

**Timekeeper Summary**

**September 1, 2024 through December 31, 2024**

| TIMEKEEPER | DATE OF FIRST BAR ADMISSION | TITLE | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|---|
| Natasha Harrison | 2005 | Partner | 7.8 | $1,400.00 | $10,920.00 |
| Matthew Getz | 2005 | Partner | 0.5 | $1,450.00 | $725.00 |
| Susana Cao Miranda | 2004 | Partner | 2.5 | $1,450.00 | $3,625.00 |
| Neil Pigott | 1992 | Partner | 16.4 | $1,300.00 | $21,320.00 |
| Alessia De Quincey | 2015 | Associate | 102.2 | $1,050.00 | $107,310.00 |
| Nick Turvey | 2014 | Partner | 0.2 | $1,050.00 | $210.00 |
| Jake White | 2021 | Associate | 38.4 | $900.00 | $34,560.00 |
| Freddie Moore | | Paralegal | 0.6 | $500.00 | $300.00 |
| Marwa Ateem | | Paralegal | 20.6 | $500.00 | $10,300.00 |
| | | | | | |
| | | **Total:** | **189.2** | | **$189,270.00** |

**Blended Hourly Rate: $1,000.37**

## EXHIBIT C

### Summary of Actual and Necessary Expenses

| Expense Category | Amount |
|---|---|
| Court Fees | 753.67 |
| | |
| **TOTAL** | **753.67** |

## **EXHIBIT D**

**Fee and Expense Detail**



## Fees Detail

| | | |
|---|---|---|
| Client Name: | Despins, Luc | |
| Matter Name: | Luc Despins in his capacity as Ch 11 Trustee of an individual Ho Wan Kwok | |
| Client/Matter Number: | 16126.0001 | |
| Invoice Period: | 03 September 2024 to 31 December 2024 | |
| Invoice No: | 3041 | |

| Date | Fee Earner | Description | Time (hrs) | Value ($) |
|---|---|---|---|---|
| 03-Sep-24 | Alessia de Quincey | Attention to Kwok stay consent order in UBS proceedings. | 0.30 | 315.00 |
| 04-Sep-24 | Alessia de Quincey | Attention to BVI counsel correspondence and requests. | 0.40 | 420.00 |
| 06-Sep-24 | Alessia de Quincey | Preparing for and attending call with BVI counsel on English proceedings. | 0.70 | 735.00 |
| 06-Sep-24 | Alessia de Quincey | Attention to emails. | 0.40 | 420.00 |
| 10-Sep-24 | Alessia de Quincey | Attention to client follow-up queries on Hamilton proceedings and emails on same. | 0.90 | 945.00 |
| 10-Sep-24 | Alessia de Quincey | Attention to BVI counsel follow-up queries. | 0.40 | 420.00 |
| 12-Sep-24 | Natasha Harrison | attention to emails | 1.50 | 2,100.00 |
| 12-Sep-24 | Natasha Harrison | Liaise with AdQ re: draft docs | 1.70 | 2,380.00 |
| 13-Sep-24 | Natasha Harrison | Attention to file. | 0.30 | 420.00 |
| 13-Sep-24 | Natasha Harrison | Emails in/out re strategy | 0.40 | 560.00 |
| 02-Oct-24 | Alessia de Quincey | Attention to BVI steps and emails on same. | 0.30 | 315.00 |
| 04-Oct-24 | Neil Pigott | Call with client and counsel with A De Quincey | 0.50 | 650.00 |
| 04-Oct-24 | Neil Pigott | Meeting with A De Quincey re points for same | 1.00 | 1,300.00 |
| 04-Oct-24 | Neil Pigott | Follow up thereafter re approach on letter. | 1.00 | 1,300.00 |
| 04-Oct-24 | Alessia de Quincey | Preparing for and attending call with BVI counsel on latest developments regarding Ace Decade proceedings and emails on same. | 0.60 | 630.00 |
| 09-Oct-24 | Neil Pigott | Review of draft letter | 0.30 | 390.00 |
| 09-Oct-24 | Neil Pigott | Discussing draft letter with S Cao Miranda | 0.20 | 650.00 |
| 11-Oct-24 | Alessia de Quincey | Attention to BVI status and updates in connection with stay application and emails on same. | 0.60 | 630.00 |

PALLAS

| Date | Name | Description | Hours | Value |
|---|---|---|---|---|
| 13-Oct-24 | Alessia de Quincey | Attention to revising update on stay application and BVI update and attention to background documents on status and relief sought. | 0.80 | 840.00 |
| 13-Oct-24 | Alessia de Quincey | Attention to emails. | 0.30 | 315.00 |
| 14-Oct-24 | Alessia de Quincey | Attention to fee application matters. | 0.40 | 420.00 |
| 14-Oct-24 | Alessia de Quincey | Attention to correspondence on stay and BVI update. | 0.30 | 315.00 |
| 23-Oct-24 | Alessia de Quincey | Attention to BVI stay matters and updates on same. | 0.20 | 210.00 |
| 28-Oct-24 | Alessia de Quincey | Attention to UBS stay extension matters. | 0.40 | 420.00 |
| 29-Oct-24 | Alessia de Quincey | UBS - Attention to Harneys' analysis on BVI next steps and consideration of impact on English stay timings. | 0.50 | 525.00 |
| 30-Oct-24 | Alessia de Quincey | Further attention to latest BVI developments. | 0.80 | 840.00 |
| 01-Nov-24 | Alessia de Quincey | Attention to inter partes correspondence on UBS stay and Court filing logistics. | 0.40 | 420.00 |
| 26-Nov-24 | Alessia de Quincey | Preparing for and attending call with Harneys regarding BVI updates on UBS matter. | 0.50 | 525.00 |
| 26-Nov-24 | Alessia de Quincey | Attention regarding UBS to counsel fee inquiries and emails with P Hastings on same. | 0.20 | 210.00 |
| 28-Nov-24 | Alessia de Quincey | Attention to matter opening and Supplemental Engagement Letter. | 0.70 | 735.00 |
| 28-Nov-24 | Alessia de Quincey | Attention to further Harneys BVI updates regarding UBS matter. | 0.20 | 210.00 |
| 17-Dec-24 | Alessia de Quincey | attention to BVI updates and emails re UBS | 0.20 | 210.00 |
| 19-Dec-24 | Alessia de Quincey | Attention to emails on BVI matters re UBS ; attention to HCHL listing | 0.40 | 420.00 |

**Total Value Charged** $20,805.00



## Fees Detail

| | |
|---|---|
| Client Name: | Despins, Luc |
| Matter Name: | HCHL |
| Client/Matter Number: | 16126.0002 |
| Invoice Period: | 02 September 2024 to 31 December 2024 |
| Invoice No: | 3040 |

| Date | Fee Earner | Description | Time (hrs) | Value ($) |
|---|---|---|---|---|
| 02-Sep-24 | Alessia de Quincey | Attention to correspondence with Berkeley Rowe and client. | 0.30 | 315.00 |
| 02-Sep-24 | Marwa Ateem | Repeated calls to court regarding application listing | 0.10 | 50.00 |
| 03-Sep-24 | Natasha Harrison | Attention to emails in/out. | 0.70 | 980.00 |
| 03-Sep-24 | Natasha Harrison | Attention to strategy. | 0.70 | 980.00 |
| 03-Sep-24 | Nick Turvey | Attention to email exchange with A de Quincey. | 0.20 | 210.00 |
| 03-Sep-24 | Alessia de Quincey | Attention to correspondence with Berkeley Rowe and follow-up recommendations to client. | 1.20 | 1,260.00 |
| 03-Sep-24 | Alessia de Quincey | Attention to draft letter to Court seeking information on hearing and emails with counsel and client on same. | 0.90 | 945.00 |
| 03-Sep-24 | Alessia de Quincey | Attention to client follow-up queries on Berkeley Rowe response. | 0.60 | 630.00 |
| 03-Sep-24 | Alessia de Quincey | Attention to counsel correspondence. | 0.30 | 315.00 |
| 04-Sep-24 | Alessia de Quincey | Attention to client follow-up queries on Berkeley Rowe position and strategy. | 0.60 | 630.00 |
| 04-Sep-24 | Alessia de Quincey | Attention to strategy with counsel on ██████████████████ ████████. | 0.70 | 735.00 |
| 09-Sep-24 | Alessia de Quincey | Attention to ad hoc queries on UBS proceedings and emails on same. | 0.90 | 945.00 |
| 09-Sep-24 | Alessia de Quincey | Attention to affidavits in respect of Hamilton matter. | 0.60 | 630.00 |
| 10-Sep-24 | Alessia de Quincey | Attention to Court monitoring on Hamilton. | 0.30 | 315.00 |
| 11-Sep-24 | Alessia de Quincey | Attention to strategy response to Berkeley Rowe and emails with client on same. | 0.70 | 735.00 |
| 11-Sep-24 | Alessia de Quincey | Attention to draft response. | 0.60 | 630.00 |
| 11-Sep-24 | Alessia de Quincey | Attention to background briefing regarding ████ and initial follow-up | 1.40 | 1,470.00 |

PALLAS

| | | | | |
|---|---|---|---|---|
| | | queries on same and attention to strategy. | | |
| 11-Sep-24 | Alessia de Quincey | Attention to updated conflict checks. | 0.40 | 420.00 |
| 12-Sep-24 | Matthew Getz | Strategise in ███████████████████. | 0.50 | 725.00 |
| 12-Sep-24 | Alessia de Quincey | Attention to strategy and ████████ ████████████████████ including internal strategy meetings. | 1.60 | 1,680.00 |
| 12-Sep-24 | Alessia de Quincey | Attention to calls with counsel on ████ and follow-up correspondence. | 1.00 | 1,050.00 |
| 12-Sep-24 | Alessia de Quincey | Attention to follow-up client ad hoc queries and summary of next steps. | 1.10 | 1,155.00 |
| 12-Sep-24 | Alessia de Quincey | Attention to background documents. | 1.70 | 1,785.00 |
| 12-Sep-24 | Alessia de Quincey | Attention to correspondence with Berkeley Rowe. | 0.60 | 630.00 |
| 13-Sep-24 | Alessia de Quincey | Preparing for and attending client call on strategy and next steps. | 1.30 | 1,365.00 |
| 13-Sep-24 | Alessia de Quincey | Attention to correspondence with ████████████ and emails on same. | 0.80 | 840.00 |
| 13-Sep-24 | Alessia de Quincey | Further attention to background documents. | 0.60 | 630.00 |
| 13-Sep-24 | Alessia de Quincey | Attention to client follow-up queries on ████ and UK options. | 0.70 | 735.00 |
| 15-Sep-24 | Alessia de Quincey | Attention to additional background documents and draft application in English Courts re ████. | 5.60 | 5,880.00 |
| 16-Sep-24 | Neil Pigott | Meeting with A De Quincey re analysis and ████████. | 0.40 | 520.00 |
| 16-Sep-24 | Neil Pigott | Follow up re same. | 0.60 | 780.00 |
| 16-Sep-24 | Alessia de Quincey | Attention to ████████████ and approach to service. | 0.80 | 840.00 |
| 16-Sep-24 | Alessia de Quincey | Attention to further background documents and revised strategy including internal meetings on same. | 2.20 | 2,310.00 |
| 16-Sep-24 | Alessia de Quincey | Attention to preparing for and attending call and emails with counsel. | 0.80 | 840.00 |
| 16-Sep-24 | Alessia de Quincey | Attention to Hamilton proceeding and listing updates. | 0.30 | 315.00 |
| 16-Sep-24 | Alessia de Quincey | Attention to client ad hoc queries. | 0.60 | 630.00 |
| 16-Sep-24 | Marwa Ateem | CE-file check for affidavit | 0.10 | 50.00 |
| 17-Sep-24 | Natasha Harrison | Attention to emails in/out | 0.60 | 840.00 |
| 17-Sep-24 | Natasha Harrison | Attention to file. | 0.60 | 840.00 |
| 17-Sep-24 | Neil Pigott | Analysis of ████████████████. | 0.30 | 390.00 |
| 17-Sep-24 | Neil Pigott | Discussing with A De Quincey. | 0.20 | 260.00 |

PALLAS

| 17-Sep-24 | Alessia de Quincey | Attention to administrators correspondence on Hamilton application and emails on same. | 0.50 | 525.00 |
|---|---|---|---|---|
| 17-Sep-24 | Alessia de Quincey | Attention to draft response to administrators and emails on same. | 0.50 | 525.00 |
| 17-Sep-24 | Alessia de Quincey | Attention to ad hoc follow-up queries regarding legal options in connection with █████ and review of ███████ ███████. | 1.80 | 1,890.00 |
| 17-Sep-24 | Alessia de Quincey | Attention to Companies House searches and emails on same. | 0.40 | 420.00 |
| 18-Sep-24 | Neil Pigott | Further analysis and discussion of issues with A De Quincey relating to trust arrangements and CH. 11 remedies. | 0.30 | 390.00 |
| 18-Sep-24 | Alessia de Quincey | Attention to letter to Court on Hamilton application and client follow-up queries. | 0.70 | 735.00 |
| 18-Sep-24 | Alessia de Quincey | Attention to finalising draft. | 0.30 | 315.00 |
| 18-Sep-24 | Alessia de Quincey | Attention to legal strategy in connection with █████ and emails with counsel on same. | 0.60 | 630.00 |
| 19-Sep-24 | Natasha Harrison | Attention to file. | 0.80 | 1,120.00 |
| 19-Sep-24 | Neil Pigott | Further discussions with A De Quincey re title analysis and related points | 0.40 | 520.00 |
| 19-Sep-24 | Alessia de Quincey | Attention to inter partes correspondence in respect of Hamilton application. | 0.50 | 525.00 |
| 19-Sep-24 | Alessia de Quincey | Attention to updates on ███████ and emails on same. | 0.50 | 525.00 |
| 20-Sep-24 | Alessia de Quincey | Attention to counsel correspondence on ███████ analysis and emails and summary of same. | 0.80 | 840.00 |
| 20-Sep-24 | Alessia de Quincey | Attention to emails and next steps on █████. | 0.30 | 315.00 |
| 20-Sep-24 | Marwa Ateem | Collating combined letters PDF with letter to court. | 0.10 | 50.00 |
| 20-Sep-24 | Marwa Ateem | CE-file of letter to Court | 0.10 | 50.00 |
| 23-Sep-24 | Alessia de Quincey | Attention to emails and latest developments regarding Hamilton application and next steps. | 0.20 | 210.00 |
| 24-Sep-24 | Alessia de Quincey | Attention to emails regarding client follow-up queries with counsel. | 0.30 | 315.00 |
| 27-Sep-24 | Alessia de Quincey | Attention to client emails and next steps regarding service queries. | 0.40 | 420.00 |

PALLAS

| 30-Sep-24 | Alessia de Quincey | Attention to research queries from US team regarding service and emails on same. | 1.20 | 1,260.00 |
|---|---|---|---|---|
| 30-Sep-24 | Alessia de Quincey | Attention to call with A Patel on research and further follow-up. | 0.30 | 315.00 |
| 01-Oct-24 | Alessia de Quincey | Attention to counsel fees and emails with US team on same. | 0.20 | 210.00 |
| 01-Oct-24 | Marwa Ateem | CE-file and daily cause list check for hearing date listing | 0.10 | 50.00 |
| 02-Oct-24 | Alessia de Quincey | Attention to finalising responses to service queries and emails on same. | 1.20 | 1,260.00 |
| 03-Oct-24 | Alessia de Quincey | Attention to filed statement of proposals regarding HCHL and strategy and emails on same vis-à-vis administrators' steps. | 2.30 | 2,415.00 |
| 04-Oct-24 | Alessia de Quincey | Attention to HCHL administrators' steps and strategy on same. | 0.70 | 735.00 |
| 04-Oct-24 | Alessia de Quincey | Attention to internal call with N Pigott on recommendations and advice and emails on same. | 0.90 | 945.00 |
| 04-Oct-24 | Alessia de Quincey | Preparing for and attending call with client and counsel and attention to draft letter to HCHL. | 1.40 | 1,470.00 |
| 04-Oct-24 | Alessia de Quincey | Further attention to relevant background documents relating to US proceedings. | 0.70 | 735.00 |
| 04-Oct-24 | Marwa Ateem | Email to A Quincey regarding application hearing | 0.10 | 50.00 |
| 07-Oct-24 | Alessia de Quincey | Attention to counsel comments and revising letter to Berkeley Rowe regarding Hamilton administration. | 0.50 | 525.00 |
| 07-Oct-24 | Alessia de Quincey | Attention to client comments and updating letter on same. | 0.70 | 735.00 |
| 07-Oct-24 | Alessia de Quincey | Preparing for and attending call with US team regarding service matters and consideration of same. | 0.80 | 840.00 |
| 08-Oct-24 | Alessia de Quincey | Attention to service technical issues arising from HCHL service and follow-up client queries. | 1.40 | 1,470.00 |
| 08-Oct-24 | Alessia de Quincey | Attention to amending letter to administrators and emails on same. | 0.60 | 630.00 |
| 08-Oct-24 | Alessia de Quincey | Preparing for and attending call with counsel on service and revised strategy. | 0.50 | 525.00 |

PALLAS

| 08-Oct-24 | Marwa Ateem | Research into ████████████ ████████████. | 1.20 | 600.00 |
|-----------|-------------|------------------------------------------|------|--------|
| 08-Oct-24 | Marwa Ateem | Email to A Quincey regarding findings. | 0.20 | 100.00 |
| 09-Oct-24 | Alessia de Quincey | Attention to finalising HCHL administrators' letter including exhibits and response to ad hoc queries on same. | 0.80 | 840.00 |
| 09-Oct-24 | Alessia de Quincey | Attention to fee application. | 0.30 | 315.00 |
| 09-Oct-24 | Susana Cao Miranda | Reviewing and revising draft letter (including getting background briefing as I had no background to the matter) | 2.50 | 3,625.00 |
| 09-Oct-24 | Marwa Ateem | Further research at the request of A Quincey | 0.50 | 250.00 |
| 14-Oct-24 | Alessia de Quincey | Attention to Berkeley Rowe solicitor correspondence re Hamilton and emails on same. | 0.20 | 210.00 |
| 15-Oct-24 | Neil Pigott | Meeting with A De Quincey on outstanding points | 0.30 | 390.00 |
| 15-Oct-24 | Alessia de Quincey | Attention to fee application and emails on same. | 1.60 | 1,680.00 |
| 15-Oct-24 | Alessia de Quincey | Initial attention to Hamilton service follow-up queries. | 0.50 | 525.00 |
| 16-Oct-24 | Neil Pigott | Review of ████████████ ████████. | 0.40 | 520.00 |
| 16-Oct-24 | Neil Pigott | Analysis of points, strategy with A De Quincey. | 0.30 | 390.00 |
| 16-Oct-24 | Alessia de Quincey | Preparing for and attending call with counsel regarding Hamilton application and emails on same. | 1.10 | 1,155.00 |
| 16-Oct-24 | Alessia de Quincey | Attention to analysis for client on service and emails on same. | 0.60 | 630.00 |
| 16-Oct-24 | Alessia de Quincey | Attention to Berkeley Rowe correspondence on service of application and listing. | 0.40 | 420.00 |
| 16-Oct-24 | Alessia de Quincey | Attention to correspondence with Weightmans. | 0.20 | 210.00 |
| 17-Oct-24 | Neil Pigott | Review and commenting on correspondence. | 0.40 | 520.00 |
| 17-Oct-24 | Neil Pigott | Meetings with A De Quincey re strategy on applications. | 0.60 | 780.00 |
| 17-Oct-24 | Neil Pigott | Analysis of ████████████ ████████████ ████████. | 0.60 | 780.00 |

PALLAS

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 17-Oct-24 | Alessia de Quincey | Preparing for and attending call on Hamilton next steps and legal avenues. | 1.30 | 1,365.00 |
| 17-Oct-24 | Alessia de Quincey | Attention to emails and next steps. | 0.30 | 315.00 |
| 17-Oct-24 | Alessia de Quincey | Attention to Berkeley Rowe correspondence. | 1.20 | 1,260.00 |
| 17-Oct-24 | Alessia de Quincey | Attention to updated analysis on service and emails on same. | 0.60 | 630.00 |
| 18-Oct-24 | Neil Pigott | Correspondence with HCHL's counsel. | 0.40 | 520.00 |
| 18-Oct-24 | Neil Pigott | Discussing points with A De Quincey. | 0.30 | 390.00 |
| 18-Oct-24 | Alessia de Quincey | Attention to Hamilton correspondence with Berkeley Rowe including letters and emails and application listing negotiation. | 1.10 | 1,155.00 |
| 18-Oct-24 | Alessia de Quincey | Attention to emails with client and counsel on next steps and strategy including undertakings. | 0.60 | 630.00 |
| 18-Oct-24 | Alessia de Quincey | Attention to call with Berkeley Rowe on application next steps and emails on same. | 0.40 | 420.00 |
| 18-Oct-24 | Alessia de Quincey | Attention to first draft witness statement in connection with application and initial attention to exhibits. | 1.30 | 1,365.00 |
| 18-Oct-24 | Jake White | Review of email from A. de Quincey re service of urgent application. | 0.10 | 90.00 |
| 18-Oct-24 | Jake White | Call and discussion with A. de Quincey re next steps. | 0.30 | 270.00 |
| 18-Oct-24 | Jake White | Preparing draft email to A. de Quincey re acceptance of service by electronic means. | 0.50 | 450.00 |
| 18-Oct-24 | Jake White | Emails and calls with M. Ateem re preparation of exhibits for application. | 0.50 | 450.00 |
| 18-Oct-24 | Jake White | General supervision of M. Ateem re collation of exhibits, chronologising the same | 0.40 | 360.00 |
| 18-Oct-24 | Marwa Ateem | Search for order on CE-file. | 0.10 | 50.00 |
| 18-Oct-24 | Marwa Ateem | Call with J White to discuss witness statement exhibit. | 0.20 | 100.00 |
| 18-Oct-24 | Marwa Ateem | Ordering the collated documents. | 0.90 | 450.00 |
| 18-Oct-24 | Marwa Ateem | Creating the index | 0.40 | 200.00 |
| 20-Oct-24 | Alessia de Quincey | Hamilton: attention to initial witness statement and application. | 0.60 | 630.00 |
| 21-Oct-24 | Alessia de Quincey | Attention to emails and next steps on Hamilton. | 0.50 | 525.00 |

PALLAS

| 21-Oct-24 | Alessia de Quincey | Attention to liaising with clerks on counsel fees. | 0.20 | 210.00 |
|---|---|---|---|---|
| 22-Oct-24 | Alessia de Quincey | Preparing for and attending client and counsel call on UK strategy and application. | 1.20 | 1,260.00 |
| 22-Oct-24 | Alessia de Quincey | Further attention to witness statement application and background documents. | 1.40 | 1,470.00 |
| 22-Oct-24 | Alessia de Quincey | Attention to comments on same and liaising with client and counsel. | 0.60 | 630.00 |
| 23-Oct-24 | Neil Pigott | Review and revisions to draft letter to Berkeley Rowe. | 0.90 | 1,170.00 |
| 23-Oct-24 | Neil Pigott | Discussing same and strategy with A De Quincey. | 0.30 | 390.00 |
| 23-Oct-24 | Neil Pigott | Correspondence with counsel. | 0.30 | 390.00 |
| 23-Oct-24 | Alessia de Quincey | Attention to letter to Berkeley Rowe and liaising with client and counsel on comments on same. | 1.40 | 1,470.00 |
| 23-Oct-24 | Alessia de Quincey | Attention to coordinating on exhibits. | 0.80 | 840.00 |
| 23-Oct-24 | Alessia de Quincey | Attention to emails and counsel comments. | 0.70 | 735.00 |
| 23-Oct-24 | Alessia de Quincey | Further attention to application form, draft order and witness statement. | 0.30 | 315.00 |
| 24-Oct-24 | Neil Pigott | Review of application and witness statement. | 1.30 | 1,690.00 |
| 24-Oct-24 | Neil Pigott | Correspondence with client and counsel. | 0.70 | 910.00 |
| 24-Oct-24 | Neil Pigott | Discussing points with A De Quincey. | 0.50 | 650.00 |
| 24-Oct-24 | Alessia de Quincey | Hamilton: Attention to application, including further comments to witness statement and exhibits. | 1.20 | 1,260.00 |
| 24-Oct-24 | Alessia de Quincey | Attention to emails and calls with counsel on application. | 1.10 | 1,155.00 |
| 24-Oct-24 | Alessia de Quincey | Attention to liaising on filing logistics. | 0.80 | 840.00 |
| 24-Oct-24 | Jake White | Review email from M. Ateem re Luc Despins witness statement, exhibit preparation and next steps and respond to same. | 1.00 | 900.00 |
| 24-Oct-24 | Jake White | Further liaise, supervise of M. Ateem re witness statement and exhibits. | 1.00 | 900.00 |
| 24-Oct-24 | Jake White | Emails and call with Paul Hastings team re witness statement, exhibits. | 2.10 | 1,890.00 |

PALLAS

| 24-Oct-24 | Jake White | Further liaise with A. de Quincey, M. Ateem re next steps ahead of filing application. | 0.30 | 270.00 |
|-----------|------------|-----------------------------------------------------------------------------------------|------|--------|
| 24-Oct-24 | Marwa Ateem | Downloading documents sent from Paul Hastings US. | 0.10 | 50.00 |
| 24-Oct-24 | Marwa Ateem | Email to D. Barron regarding access to sharefile folder. | 0.10 | 50.00 |
| 24-Oct-24 | Marwa Ateem | Creating index to LAD1 Exhibit. | 1.70 | 850.00 |
| 24-Oct-24 | Marwa Ateem | Collating documents in accordance with witness statement. | 2.00 | 1,000.00 |
| 24-Oct-24 | Marwa Ateem | Calls with A. de Quincey and J. White. | 0.20 | 100.00 |
| 24-Oct-24 | Marwa Ateem | Call with D. Barron and J. White - running through the witness statement and aligning documents with correct references. | 1.80 | 900.00 |
| 24-Oct-24 | Marwa Ateem | Inserting comments in track version to master witness statement. | 0.50 | 250.00 |
| 24-Oct-24 | Marwa Ateem | Creating Exhibit LAD1. | 5.40 | 2,700.00 |
| 25-Oct-24 | Neil Pigott | Review of final changes to application filing. | 0.90 | 1,170.00 |
| 25-Oct-24 | Neil Pigott | Discussing points with A De Quincey; correspondence with client and counsel. | 0.40 | 520.00 |
| 25-Oct-24 | Neil Pigott | Correspondence with client and counsel. | 0.30 | 390.00 |
| 25-Oct-24 | Alessia de Quincey | Hamilton: Attention to filing logistics and final comments from client. | 1.70 | 1,785.00 |
| 25-Oct-24 | Alessia de Quincey | Hamilton: Attention to correspondence with client and Berkeley Rowe. | 0.60 | 630.00 |
| 25-Oct-24 | Alessia de Quincey | Hamilton: Attention to service. | 0.40 | 420.00 |
| 25-Oct-24 | Jake White | Call with M. Ateem re Luc Despins witness statement, exhibits and next steps. | 0.90 | 810.00 |
| 25-Oct-24 | Jake White | Group call with A. de Quincey, M. Ateem re next steps and outstanding queries re witness statement. | 0.90 | 810.00 |
| 25-Oct-24 | Jake White | Review and edits to draft application notice, draft order. | 1.50 | 1,350.00 |
| 25-Oct-24 | Jake White | Review N. Pigott comments to draft order, application notice and amends to same. | 0.60 | 540.00 |
| 25-Oct-24 | Jake White | Further calls and liaise with M. Ateem re witness statement updates. | 1.10 | 990.00 |

PALLAS

| | | | | |
|---|---|---|---|---|
| 25-Oct-24 | Jake White | Review Paul Hastings further comments, edits to witness statement. | 0.90 | 810.00 |
| 25-Oct-24 | Jake White | Liaise with secretarial team re affixing N. Pigott signature to application notice. | 0.20 | 180.00 |
| 25-Oct-24 | Jake White | Final review of witness statement, exhibits bundle and comments to same to M. Ateem. | 0.30 | 270.00 |
| 25-Oct-24 | Jake White | File application notice, witness statement, exhibits and draft order with High Court. | 0.40 | 360.00 |
| 25-Oct-24 | Jake White | Prepare service email to Weightmans LLP. | 0.20 | 180.00 |
| 25-Oct-24 | Jake White | Review ▇▇▇▇▇▇▇▇▇ from Luc Despins and email to A. de Quincey in respect of the same. | 0.60 | 540.00 |
| 25-Oct-24 | Jake White | Follow-up email with Weightmans LLP re exhibits, file share link to same. | 0.40 | 360.00 |
| 25-Oct-24 | Jake White | Follow-up call with A. de Quincey re next steps. | 0.40 | 360.00 |
| 25-Oct-24 | Marwa Ateem | Cross referencing LAD1 witness statement. | 2.50 | 1,250.00 |
| 25-Oct-24 | Marwa Ateem | Calls with A. de Quincey and J. White. | 0.20 | 100.00 |
| 25-Oct-24 | Marwa Ateem | Updating the Exhibit LAD1. | 1.50 | 750.00 |
| 25-Oct-24 | Marwa Ateem | Adding in tracked changes to master witness statement and finalising. | 0.30 | 150.00 |
| 28-Oct-24 | Neil Pigott | Correspondence with client. | 0.30 | 780.00 |
| 28-Oct-24 | Neil Pigott | Discussing privilege and related issues with A De Quincey. | 0.30 | 780.00 |
| 28-Oct-24 | Alessia de Quincey | Hamilton – Attention to client follow-up query on obtaining information. | 0.60 | 630.00 |
| 28-Oct-24 | Jake White | Review of communication received from Court clerk pursuant to filing of Trustee's application. | 0.10 | 90.00 |
| 28-Oct-24 | Jake White | Review of certificate of urgency requested by clerk. | 0.20 | 180.00 |
| 28-Oct-24 | Jake White | Emails with A de Quincey in respect of the same | 0.10 | 90.00 |
| 29-Oct-24 | Neil Pigott | Discussing privilege and information management issues with A De Quincey | 0.30 | 390.00 |
| 29-Oct-24 | Alessia de Quincey | Hamilton – Attention to emails and hearing logistics regarding application, including liaising with J White on same. | 0.80 | 840.00 |

PALLAS

| 29-Oct-24 | Alessia de Quincey | Attention to emails with Berkeley Rowe. | 0.30 | 315.00 |
|---|---|---|---|---|
| 29-Oct-24 | Jake White | Further discuss with A de Quincey status of trustee's application, administrators' application and next steps. | 0.90 | 810.00 |
| 29-Oct-24 | Jake White | Liaise with counsel Paul Wright re fixing of trustee's application and approach to Court re the same. | 0.80 | 720.00 |
| 29-Oct-24 | Jake White | Liaise with clerks of counsel Peter Shaw KC, Paul Wright re upcoming availability for hearing. | 0.80 | 720.00 |
| 29-Oct-24 | Jake White | Further calls with Paul Wright and email/in-person update with A de Quincey. | 0.90 | 810.00 |
| 29-Oct-24 | Jake White | Prepare draft email to Berkeley Rowe/administrators re applications hearing next steps. | 0.90 | 810.00 |
| 29-Oct-24 | Jake White | Prepare and send email to Weightmans team serving application notice. | 0.50 | 450.00 |
| 30-Oct-24 | Alessia de Quincey | Attention to draft letters for HSF and HP regarding stay application. | 1.40 | 1,470.00 |
| 30-Oct-24 | Alessia de Quincey | Attention to updating stay consent order and emails on same. | 0.50 | 525.00 |
| 30-Oct-24 | Alessia de Quincey | Attention to counsel call on client Hamilton follow-up queries. | 0.40 | 420.00 |
| 30-Oct-24 | Alessia de Quincey | Attention to Hamilton application listing logistics and liaising with J. White on same and review of correspondence. | 0.60 | 630.00 |
| 30-Oct-24 | Jake White | Email to A de Quincey re secure file transfer link to exhibits to trustee's application. | 0.40 | 360.00 |
| 30-Oct-24 | Jake White | Email to Berkeley Rowe/administrators' representatives with file link to exhibits. | 0.40 | 360.00 |
| 30-Oct-24 | Jake White | Call with A de Quincey re trustee's application hearing next steps. | 1.00 | 900.00 |
| 30-Oct-24 | Jake White | Prepare email to court's clerk re hearing and vacation of that fixed for 1 November. | 1.10 | 990.00 |
| 30-Oct-24 | Jake White | Prepare and send follow-up to clerk. | 0.50 | 450.00 |
| 30-Oct-24 | Jake White | Prepare draft consent order pursuant to comments of court clerk and send to A de Quincey with covering comments. | 1.00 | 900.00 |

PALLAS

| 31-Oct-24 | Natasha Harrison | Attention to draft letters and liaise internally. | 0.50 | 700.00 |
| 31-Oct-24 | Neil Pigott | Follow up with A De Quincey on client questions. | 0.40 | 520.00 |
| 31-Oct-24 | Neil Pigott | Review and dispatch of vacating order application. | 0.20 | 260.00 |
| 31-Oct-24 | Alessia de Quincey | Attention to correspondence with all parties on stay extension and attention to filing consent order. | 1.60 | 1,680.00 |
| 31-Oct-24 | Alessia de Quincey | Preparing for and attending inter partes call. | 0.40 | 420.00 |
| 31-Oct-24 | Alessia de Quincey | Attention to Hamilton listing issues and emails on same. | 0.60 | 630.00 |
| 31-Oct-24 | Jake White | Emails and calls with counsel Paul Wright re dialogue with court regarding fixing of hearing of trustee's and administrators' applications and draft consent order. | 0.80 | 720.00 |
| 31-Oct-24 | Jake White | Review Paul Wright comments to consent order and amends to same. | 0.50 | 450.00 |
| 31-Oct-24 | Jake White | Prepare and send email to Berkeley Rowe team seeking agreement to consent order. | 0.60 | 540.00 |
| 31-Oct-24 | Jake White | Calls to Berkeley Rowe team re consent order and follow-up emails regarding the same. | 0.40 | 360.00 |
| 31-Oct-24 | Jake White | Review Berkeley Rowe edits to consent order and finalise the same. | 0.40 | 360.00 |
| 31-Oct-24 | Jake White | Further emails with Paul Wright | 0.20 | 180.00 |
| 31-Oct-24 | Jake White | Email and e-filing of consent order. | 0.40 | 360.00 |
| 31-Oct-24 | Marwa Ateem | call with A Quincey regarding filing of consent order; call with F Moore regarding CE-File | 0.20 | 100.00 |
| 31-Oct-24 | Freddie Moore | Filing Order | 0.60 | 300.00 |
| 01-Nov-24 | Alessia de Quincey | Attention to liaising on hearing logistics and emails regarding Hamilton. | 0.50 | 525.00 |
| 01-Nov-24 | Jake White | Emails with counsel Paul Wright re vacation of 1 November hearing of application, next steps. | 0.30 | 270.00 |
| 01-Nov-24 | Jake White | Review email from Court re vacation of 1 November hearing, consent order pertaining to the same. | 0.20 | 180.00 |
| 01-Nov-24 | Jake White | Further emails with Paul Wright re next steps. | 0.20 | 180.00 |

PALLAS

| 01-Nov-24 | Jake White | Emails with Berkeley Rowe re counsel details for fixing of hearing of both applications. | 0.20 | 180.00 |
| 01-Nov-24 | Jake White | Call with A de Quincey to discuss matter status, next steps. | 0.20 | 180.00 |
| 05-Nov-24 | Alessia de Quincey | Attention to emails on service queries. | 0.20 | 210.00 |
| 05-Nov-24 | Jake White | Consider email from Berkeley Rowe. | 0.10 | 90.00 |
| 05-Nov-24 | Jake White | Discussions re next steps with A de Quincey | 0.10 | 90.00 |
| 06-Nov-24 | Alessia de Quincey | Attention to Hamilton hearing and next steps including emails with client and counsel on same. | 0.50 | 525.00 |
| 07-Nov-24 | Jake White | Email to Berkeley Rowe re counsel details | 0.20 | 180.00 |
| 11-Nov-24 | Alessia de Quincey | Attention to emails and next steps on Hamilton hearing. | 0.30 | 315.00 |
| 12-Nov-24 | Neil Pigott | Discussing further correspondence re applications. | 0.30 | 390.00 |
| 12-Nov-24 | Jake White | Prepare letter to Berkeley Rowe re confirmation of Administrators' counsel for application hearing and matter status. | 1.00 | 900.00 |
| 12-Nov-24 | Jake White | Liaise with A de Quincey re comments to letter. | 0.40 | 360.00 |
| 12-Nov-24 | Jake White | Email to N Pigott re letter. | 0.20 | 180.00 |
| 12-Nov-24 | Jake White | Finalise and send letter to Berkeley Rowe. | 0.20 | 180.00 |
| 14-Nov-24 | Alessia de Quincey | Attention to emails and coordinating on next steps regarding client research requests. | 0.40 | 420.00 |
| 14-Nov-24 | Jake White | Review letter received from Berkeley Rowe re counsel details. | 0.10 | 90.00 |
| 14-Nov-24 | Jake White | Liaise with A de Quincey re Berkeley Rowe letter. | 0.20 | 180.00 |
| 15-Nov-24 | Alessia de Quincey | Attention to emails and HSF correspondence. | 0.40 | 420.00 |
| 18-Nov-24 | Alessia de Quincey | Attention to emails and counsel fee estimates. | 0.40 | 420.00 |
| 19-Nov-24 | Jake White | Liaise with A de Quincey re Administrators' counsel details confirmation, application hearing next steps. | 0.30 | 270.00 |

PALLAS

| | | | | |
|---|---|---|---|---|
| 19-Nov-24 | Jake White | Email to client counsel clerks re counsel hearing availability for hearing of administration. | 0.20 | 180.00 |
| 19-Nov-24 | Jake White | Email to Administrators' counsel clerks re availability for hearing | 0.20 | 180.00 |
| 21-Nov-24 | Alessia de Quincey | Attention to emails and client follow-up requests on English procedure. | 0.30 | 315.00 |
| 22-Nov-24 | Alessia de Quincey | Attention to service research and summary for client on English procedure for individual defendants. | 1.80 | 1,890.00 |
| 22-Nov-24 | Jake White | Review email from Weightmans LLP re attendance at hearing of Administrator, Trustee applications. | 0.20 | 180.00 |
| 22-Nov-24 | Jake White | Prepare response to Weightmans LLP and discuss with A de Quincey. | 0.50 | 450.00 |
| 22-Nov-24 | Jake White | finalise and send response to Weightmans LLP. | 0.20 | 180.00 |
| 22-Nov-24 | Jake White | Review Weightmans LLP follow-up. | 0.20 | 180.00` |
| 25-Nov-24 | Alessia de Quincey | Attention to finalising research note and emails. | 0.60 | 630.00 |
| 27-Nov-24 | Jake White | Discuss with A de Quincey re hearing listing next steps. | 0.30 | 270.00 |
| 27-Nov-24 | Jake White | Attend to action list re same | 0.20 | 180.00 |
| 28-Nov-24 | Neil Pigott | Considering outstanding pints on matter. | 0.30 | 390.00 |
| 28-Nov-24 | Neil Pigott | Discussing service advice with A De Quincey. | 0.20 | 260.00 |
| 28-Nov-24 | Alessia de Quincey | Attention to emails on ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. | 0.30 | 315.00 |
| 28-Nov-24 | Jake White | Email and call with counsel Paul Wright re application hearing. | 0.50 | 450.00 |
| 28-Nov-24 | Jake White | Follow-up email with A de Quincey re next steps. | 0.30 | 270.00 |
| 29-Nov-24 | Alessia de Quincey | Attention to ▮▮▮▮▮▮▮▮▮ and follow-up. | 0.40 | 420.00 |
| 29-Nov-24 | Alessia de Quincey | Attention to emails and counsel correspondence. | 0.20 | 210.00 |
| 29-Nov-24 | Jake White | Discuss with A de Quincey re matter next steps. | 0.30 | 270.00 |
| 29-Nov-24 | Jake White | Call with Weightmans LLP further to call on hearing next steps with counsel Paul Wright. | 0.40 | 360.00 |
| 29-Nov-24 | Jake White | Email to A de Quincey further to call with Weightmans LLP. | 0.20 | 180.00 |

PALLAS

| 29-Nov-24 | Jake White | Call with Peter Shaw KC, Paul Wright clerk re listing appointment next steps. | 0.30 | 270.00 |
|---|---|---|---|---|
| 29-Nov-24 | Jake White | Prepare follow-up email and liaise with A de Quincey re same. | 0.20 | 180.00 |
| 02-Dec-24 | Alessia de Quincey | Attention to counsel fee matters and emails with P Hastings on same. | 0.30 | 315.00 |
| 02-Dec-24 | Alessia de Quincey | Attention to listing steps and emails on same. | 0.30 | 315.00 |
| 02-Dec-24 | Jake White | Call with A de Quincey re email concerning listing appointment for hearing of Trustee's and Administrators' application. | 0.60 | 540.00 |
| 02-Dec-24 | Jake White | Email to clerking team re listing appointment next steps. | 0.40 | 360.00 |
| 02-Dec-24 | Jake White | Follow-up email with clerking team re listing appointment, party details. | 0.30 | 270.00 |
| 02-Dec-24 | Jake White | Further telecon liaise with clerking team. | 0.30 | 270.00 |
| 04-Dec-24 | Jake White | Review email from clerk of barrister team re application hearing. | 0.10 | 90.00 |
| 04-Dec-24 | Jake White | Follow-up email re same with A de Quincey. | 0.10 | 90.00 |
| 12-Dec-24 | Alessia de Quincey | Attention to supplemental engagement matters | 0.20 | 210.00 |
| 17-Dec-24 | Jake White | Call with A de Quincey re listing appointment and dialogue with Selborne Chambers clerk. | 0.30 | 270.00 |
| 17-Dec-24 | Jake White | Review clerk correspondence with Court listing office | 0.10 | 90.00 |
| 18-Dec-24 | Alessia de Quincey | attention to HCHL listing | 0.30 | 315.00 |
| 18-Dec-24 | Jake White | Review email from Court listing team re April 2025 hearing listing. | 0.10 | 90.00 |
| 18-Dec-24 | Jake White | Discuss same with A de Quincey. | 0.20 | 180.00 |
| 18-Dec-24 | Jake White | Review follow-up emails with Selborne Chambers clerk team. | 0.10 | 90.00 |
| 19-Dec-24 | Jake White | Review further correspondence from barrister clerk team re April 2025 hearing | 0.20 | 180.00 |
| 20-Dec-24 | Alessia de Quincey | attention to updated counsel rates and emails on same | 0.30 | 315.00 |

**Total Value Charged**                                                                      **$168,465.00**



## Disbursement Detail

Client Name:           Despins, Luc
Matter Name:          HCHL
Client/Matter Number:   16126.0002
Invoice Period:        02 September 2024 to 31 December 2024
Invoice No:           3040

| Date | Disbursement | Description | Value ($) |
|---|---|---|---|
| 03-Sep-24 | Court Costs-Filing Fees | Vendor: HM Courts & Tribunals Service; Invoice#: 1055090; Date: 03/09/2024 - Court Fees - 30/08/24 - FACCT-RBF-0000560392 Commercial Court Applicat ion to a Circuit Judge Part 7 Claim-CL-2020-0003 45-16126.0001 1667071725011346878 | 155.08 |
| 03-Sep-24 | Court Costs-Filing Fees | Vendor: HM Courts & Tribunals Service; Invoice#: 1055090; Date: 03/09/2024 - Court Fees - 30/08/24 - FACCT-RBF-0000560438 Commercial Court Applicat ion to a Circuit Judge Part 7 Claim-CL-2020-0003 45-16126.0001 1667071725015447903 | 155.08 |
| 10-Sep-24 | Court Costs-Filing Fees | Vendor: HM Courts & Tribunals Service; Invoice#: 1059711; Date: 10/09/2024 - Court fees - 05/09/24 - FACCTRBR1-0000560392 Commercial Court Applicat ion to a Circuit Judge REFUND-Part 7 Claim-CL-20 20-000345-16126.0001 1667071725011346878 | -155.08 |
| 29-Oct-24 | Court Costs-Filing Fees | Vendor: HM Courts & Tribunals Service; Invoice#: 1080061; Date: 29/10/2024 - Court Fees - 25/10/24 - FACCT-RBF-0000578192 Companies Originating App lication Application-CR-2024-00642 8-16126.0001 | 406.90 |

18

PALLAS

| | | 1639731729869327404 | |
|---|---|---|---|
| 05-Nov-24 | Court Costs-Filing Fees | Vendor: HM Courts & Tribunals Service; Invoice#: 1084791; Date: 05/11/2024 - Court Fees - 31/10/24 - FACCT-RBF-0000579828 Companies Order Application-CR-2024-00642 8-16126.0001 1639731730390423140 | 37.56 |
| 05-Nov-24 | Court Costs-Filing Fees | Vendor: HM Courts & Tribunals Service; Invoice#: 1084791; Date: 05/11/2024 - Coust fees - 31/10/24 - FACCT-RBF-0000579875 Commercial Court Applicat ion to a Circuit Judge Part 7 Claim-CL-2020-0003 45-16126.0001 1709191730394006498 | 154.13 |

**Disbursement Value Charged**                                                    **$ 753.67**