## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------- x
                                                     :

In re:                                        :    Chapter 11

                                             :

HO WAN KWOK, *et al.*,                  :    Case No. 22-50073 (JAM)

                                             :

             Debtors.[1]                         :    Jointly Administered

                                             :

---------------------------------------------------------- x

### SEVENTH INTERIM FEE APPLICATION COVER SHEET

| | |
|---|---|
| Interim Application of: | Paul Hastings LLP |
| Time Period: | From: August 1, 2024    To: November 30, 2024[2] |
| Bankruptcy Petition Filed: | February 15, 2022 (main chapter 11 case) |
| Date of Entry of Retention Orders: | August 2, 2022 [Docket No. 668] (effective as of July 8, 2022, as to Individual Debtor) and January 24, 2023 [Docket No. 1376] (effective as of October 11, 2022, as to Genever (BVI) and effective as of November 3, 2022, as to Genever (US)) |

**Amounts Requested**[3]

| | | | |
|---|---|---|---|
| Fees: | $5,542,465.25 | **Reductions** | |
| Expenses: | $215,048.30 | Voluntary Fee Reductions: | $99,319.00 |
| **Total:** | **$5,757,513.55** | Voluntary Expense Reductions: | $726.00 |

**Fees Previously Requested**:

| | | | |
|---|---|---|---|
| Requested Fees: | $40,196,755.06 | **Retainer Request**: | |
| Awarded Fees: | $39,082,495.24 | None | |
| Paid Fees: | $33,621,616.59 | | |

**Expenses Previously Requested**:

| | | | |
|---|---|---|---|
| Requested Expenses: | $1,919,106.10 | **Expense Detail**: | |
| Awarded Expenses: | $1,846,533.13 | Retainer Received: | N/A |
| Paid Expenses: | $1,846,533.13 | Copies per page cost: | $0.08 b/w |
| | | | $0.20 color |

---

1    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2    This Application does not include any fees and expenses related to the month of December 2024. Paul Hastings will include such fees and expenses in its next interim fee application.

3    To date, Paul Hastings has not requested (or received) any payment of its fees and expenses with respect to services provided during the Fee Period.

## **INTERIM FEE REQUESTS TO DATE**

| Date Submitted / Docket No. | Period Covered | Requested Fees | Requested Expenses | Fees Awarded and Paid; Court Order | Expenses Awarded and Paid; Court Order | Amount Owing |
|---|---|---|---|---|---|---|
| **Expense Reimbursement Application for the Period from July 8, 2022 through October 31, 2022[4]** | | | | | | |
| 3/1/23 Docket No. 1495 | 7/8/22 - 10/31/22 | $0.00 | $63,631.75 | Not applicable | Awarded: $63,631.75 Paid: $63,631.75 Docket No. 1693, entered on 4/21/2023 | $0.00 |
| **Special Fee Application (Sanctions) for Services Rendered in Securing Compliance with Court-Authorized Subpoenas[5]** | | | | | | |
| 4/10/23 Docket No. 1648 | 9/28/22 - 3/10/23 | $83,370.26 | | Awarded: $83,370.26 Paid: $83,370.26 Docket No. 1693, entered 4/21/2023 | | $0.00 |
| **First Interim Fee Application for the Period from July 8, 2022 through February 28, 2023** | | | | | | |
| 5/30/23 Docket No. 1831 | 7/28/22 - 2/28/23 | $12,326,802.00 | $348,813.54 | Awarded: $11,776,802.00 Paid: $11,776,802.00 Docket No. 1964, entered on 6/29/23 | Awarded: $348,813.54 Paid: $348,813.54 Docket No. 1964, entered on 6/29/23 | $0.00 |
| **Second Interim Fee Application for the Period from March 1, 2023 through June 30, 2023** | | | | | | |
| 8/4/23 Docket No. 2051 | 3/1/23 - 6/30/23 | $8,037,720.00 (net of $20,096.25 credit)[6] | $213,914.83 | Awarded: $7,982,720.00 Paid: $6,386,176.00 Docket No. 2190, entered on 9/12/23 | Awarded: $213,914.83 Paid: $213,914.83 Docket No. 2190, entered on 9/12/23 | $1,596,544.00 |
| **Third Interim Fee Application for the Period from July 1, 2023 through August 31, 2023** | | | | | | |
| 10/16/23 Docket No. 2256 | 7/1/23 - 8/31/23 | $3,725,984.25 | $146,137.57 | Awarded: $3,525,984.25 Paid: $2,820,787.40[7] Docket No. 2408, entered on 11/30/23 | Awarded: $146,137.57 Paid: $146,137.57 Docket No. 2408, entered on 11/30/23 | $705,196.85 |

---

[4]     The First Interim Fee Application excluded the expense reimbursements requested in the Expense Reimbursement Application.

[5]     The First Interim Fee Application and the Second Interim Fee Application included the amounts sought in the Special Fee Application (for the period through February 28, 2023 and the period from March 1 - 10, 2023, respectively).  Paul Hastings included these amounts not to recover twice but to ensure payment in the event the HK Parties (defined below) do not comply with the Sanctions Order (defined below).  In July 2024, the Trustee received payment in the amount of $83,370.26 from one of the HK Parties.  Given that the Trustee was able to recover these fees from one of the HK Parties, Paul Hastings is not seeking further payment of such fees from the estates.

[6]     Due to an inadvertent oversight, the monthly fee statements for January and February 2023 (which were covered in the First Interim Fee Application) did not reflect the voluntary reduction in the hourly rate of the Trustee (from $1,975 to $1,860 per hour), resulting in an overstatement of Paul Hastings' fees by $20,096.25 with respect to these two months.  This amount was credited in the Second Interim Fee Application against fees requested therein.

[7]     Pursuant to the order granting the Third Interim Fee Application, the Debtors' estates were authorized to pay Paul Hastings $2,820,787.40.  The amount previously paid to Paul Hastings pursuant the Interim Compensation Procedures Order for services rendered during the months of July and August 2023 was $2,980,787.40.  The overpayment of $160,000.00 (i.e., 80% of $200,000.00) was credited on Paul Hastings' September fee statement.

| Date Submitted / Docket No. | Period Covered | Requested Fees | Requested Expenses | Fees Awarded and Paid; Court Order | Expenses Awarded and Paid; Court Order | Amount Owing |
|---|---|---|---|---|---|---|
| **Fourth Interim Fee Application for the Period from September 1, 2023 through December 31, 2023** | | | | | | |
| 2/19/24 Docket No. 2935 | 9/1/23 - 12/31/23 | $6,911,034.50 | $718,236.31 | Awarded: $6,718,104.50 Paid: $5,374,483.60[8] Docket No. 3031, entered on 3/21/24 | Awarded: $714,717.61 Paid: $714,717.61 Docket No. 3031, entered on 3/21/24 | $1,343,620.90 |
| **Fifth Interim Fee Application for the Period from January 1, 2024 through March 31, 2024** | | | | | | |
| 6/24/24 Docket No. 3283 | 1/1/24 - 3/31/24 | $4,141,700.76 | $262,633.83 | Awarded: $4,037,000.70 Paid: $3,229,600.56[9] Docket No. 3357, entered on 7/26/24 | Awarded: $259,211.31 Paid: $259,211.31[10] Docket No. 3357, entered on 7/26/24 | $807,400.14 |
| **Sixth Interim Fee Application for the Period from April 1, 2024 through July 31, 2024** | | | | | | |
| 10/15/24 Docket No. 3700 | 4/1/24 - 7/31/24 | $5,053,513.53 | $165,738.27 | Awarded: $4,958,513.53 Paid: $3,950,396.77[11] Docket No. 3814, entered on 11/13/24 | Awarded: $163,738.27 Paid: $163,738.27[12] Docket No. 3814, entered on 11/13/24 | $991,702.71 |
| **Total** | | | | Awarded: $39,082,495.24 Paid: $33,621,616.59 | Awarded: $1,846,533.13 Paid: $1,846,533.13 | $5,444,464.60 |

---

[8]  Pursuant to the order granting the Fourth Interim Fee Application, the Debtors' estates were authorized to pay Paul Hastings $5,374,483.60, of which $160,000.00 was applied as a credit pursuant to the order granting the Third Interim Fee Application.

[9]  Pursuant to the order granting the Fifth Interim Fee Application, the Debtors' estates were authorized to pay Paul Hastings $3,229.600.56 in fees.  The amount previously paid to Paul Hastings pursuant the Interim Compensation Procedures Order for services rendered during the months of January, February, and March 2024 was $3,333,307.41.  The overpayment of $103,706.85 was credited on Paul Hastings' April 2024 fee statement.

[10]  Pursuant to the order granting the Fifth Interim Fee Application, the Debtors' estates were authorized to pay Paul Hastings $259,211.31 in expenses.  The amount previously paid to Paul Hastings pursuant the Interim Compensation Procedures Order for expenses incurred during the months of January, February, and March 2024 was $262,633.83.  The overpayment of $3,422.52 was credited on Paul Hastings' April 2024 fee statement.

[11]  Pursuant to the order granting the Sixth Interim Fee Application, the Debtors' estates were authorized to pay Paul Hastings $3,966,810.82 in fees.  The amount previously paid to Paul Hastings pursuant the Interim Compensation Procedures Order for services rendered during the months of April, May, June, and July was $4,054,103.62 in fees (inclusive of the $103,706.85 credit for fee reductions pursuant to the Fifth Interim Fee Application).  The overpayment of $87,292.80 is being credited in this Application.

[12]  Pursuant to the order granting the Sixth Interim Fee Application, the Debtors' estates were authorized to pay Paul Hastings $163,738.27 in expenses.  The amount previously paid to Paul Hastings pursuant the Interim Compensation Procedures Order for expenses incurred during the months of April, May, June, and July was $165,738.27 in fees (inclusive of the $3,422.52 credit for expense reductions pursuant to the Fifth Interim Fee Application).  The overpayment of $2,000.00 is being credited in this Application.

## MONTHLY FEE REQUESTS FOR FEE PERIOD[13]

| Date Submitted / Docket No. | Monthly Period Covered | Total Fees (100%) | Requested Fees (80%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 20% Fee Holdback |
|---|---|---|---|---|---|---|---|
| Not applicable | 8/1/24 - 8/31/24 | $1,334,638.50 | $1,067,710.80 | $117,880.16 | $0.00 | $0.00 | $266,927.70 |
| Not applicable | 9/1/24 - 9/30/24 | $1,428,162.50 | $1,142,530.00 | $44,475.54 | $0.00 | $0.00 | $285,632.50 |
| Not applicable | 10/1/24 - 10/31/24 | $1,538,783.25 | $1,231,026.60 | $42,888.62 | $0.00 | $0.00 | $307,756.65 |
| Not applicable | 11/1/24 - 11/30/24 | $1,251.000.00 | $1,000.800.00 | $9,803.98 | $0.00 | $0.00 | $250,200.00 |
| | **TOTAL** | **$5,552,587.25**[14] | **$4,442,067.40** | **$215,048.30** | **$0.00** | **$0.00** | **$1,110,516.85** |

---

[13]  On August 18, 2023, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 2094] (the "Interim Compensation Procedures Order"), pursuant to which estate professionals (including Paul Hastings) commenced filing monthly fee statements.

[14]  As detailed below, as an accommodation to these estates and to minimize the review process by the Court and parties in interest, Paul Hastings is not seeking allowance or payment at this time for the fees of twelve (12) timekeepers who billed less than five (5) hours during the Fee Period in the aggregate amount of $10,119.00.

## HOURS AND RATES PER PROFESSIONAL AND PARAPROFESSIONAL DURING FEE PERIOD[15]

| Name | Department; Date of First Admission | Hourly Rate Billed | Hours Billed | Total Fees Billed in this Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|
| **Partners (3)** | | | | | |
| Bassett, Nicholas | Corporate, 2007 | $1,835.00 | 438.00 | $803,730.00 | 3 |
| Bassett, Nicholas (travel; ½ rate) | Corporate, 2007 | $917.50 | 20.20 | $18,533.50 | 3 |
| Despins, Luc | Restructuring, 1986 | $1,975.00 | 354.20 | $699,545.00 | 1 |
| Despins, Luc (travel; ½ rate) | Restructuring, 1986 | $987.50 | 4.40 | $4,345.00 | 1 |
| Tsao, Leo | Litigation, 1999 | $1,775.00 | 32.30 | $57,332.50 | 2 |
| | | **Partner Total** | **849.10** | **$1,583,486.00** | |
| **Of Counsel (3)** | | | | | |
| Bongartz, Alex | Restructuring, 2007 | $1,850.00 | 244.20 | $451,770.00 | 3 |
| Bongartz, Alex (travel; ½ rate) | Restructuring, 2007 | $925.00 | 1.20 | $1,110.00 | 3 |
| Maza, Shlomo | Corporate, 2012 | $1,850.00 | 382.00 | $706,700.00 | 3 |
| Traxler, Katherine | Restructuring, 1990 | $1,120.00 | 8.10 | $9,072.00 | 3 |
| | | **Of Counsel Total** | **635.50** | **$1,168,652.00** | |
| **Associates (10)** | | | | | |
| Barron, Douglass | Corporate, 2012 | $1,395.00 | 659.40 | $919,863.00 | 3 |
| Catalano, Kristin | Corporate, 2021 | $1,185.00 | 139.20 | $164,952.00 | 3 |
| Farmer, Will | Corporate, 2018 | $1,390.00 | 52.30 | $72,697.00 | 3 |
| Kim, Sarah | Litigation, 2023 | $985.00 | 11.90 | $11,721.50 | 1 |
| Kosciewicz, Jon | Litigation, 2021 | $1,185.00 | 93.50 | $110,797.50 | 3 |
| Rubinfeld, Mila | Corporate, 2021 | $565.00 | 12.50 | $7,062.50 | N/A |
| Sadler, Tess | Corporate, 2019 | $1,365.00 | 37.10 | $50,641.50 | 3 |
| Simon, Tori | Corporate, 2024 | $795.00 | 38.10 | $30,289.50 | N/A |
| Song, Luyi | Corporate, 2023 | $985.00 | 678.80 | $668,618.00 | 3 |
| Song, Luyi (travel; ½ rate) | Corporate, 2023 | $492.50 | 3.10 | $1,526.75 | 3 |
| Sutton, Ezra | Corporate, 2021 | $1,270.00 | 439.50 | $558,165.00 | 3 |
| Sutton, Ezra (travel; ½ rate) | Corporate, 2021 | $635.00 | 0.90 | $571.50 | 3 |
| | | **Associate Total** | **2,166.30** | **$2,596,905.75** | |
| **Paraprofessionals (4)** | | | | | |
| Boyle, Terrence | Paralegal | $565.00 | 6.80 | $3,842.00 | N/A |
| Doherty, Allison | Paralegal | $445.00 | 24.30 | $10,813.50 | N/A |
| Laskowski, Mat | Paralegal | $565.00 | 25.60 | $14,464.00 | 2 |
| Mohamed, David | Paralegal | $565.00 | 290.80 | $164,302.00 | 2 |
| | | **Paraprofessional Total** | **347.50** | **$193,421.50** | |
| **TOTAL** | | | **3,998.40** | **$5,542,465.25** | |
| | | | | | |
| **BLENDED HOURLY RATE** | | **$1,386.17** | | | |

---

[15]   Reflects reduction of $10,119.00 for fees of twelve (12) timekeepers who billed less than five (5) hours during the Fee Period.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| ------------------------------------------------------- x | |
| | : |
| In re: | : Chapter 11 |
| | : |
| HO WAN KWOK, *et al.*, | : Case No. 22-50073 (JAM) |
| | : |
| Debtors.[1] | : Jointly Administered |
| | : |
| | : |
| ------------------------------------------------------- x | |

**SEVENTH INTERIM FEE APPLICATION OF PAUL HASTINGS LLP FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM**
**AUGUST 1, 2024 THROUGH NOVEMBER 30, 2024**

Pursuant to sections 105(a), 328, 330, and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United

States Bankruptcy Court for the District of Connecticut (the "Local Rules"), and the *Order*

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained*

*Professionals* [Docket No. 2094] (the "Interim Compensation Procedures Order"), Paul Hastings

LLP ("Paul Hastings"), as counsel to (a) Luc A. Despins, in his capacity as the chapter 11 trustee

(the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"),

(b) Genever Holdings Corporation ("Genever (BVI)"), and (c) Genever Holdings LLC

("Genever (US)" and, together with Genever (BVI), the "Genever Debtors"), hereby files this

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
(solely for purposes of notices and communications).

*Seventh Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through November 30, 2024* (the "<u>Application</u>"). By this Application, Paul Hastings requests allowance and payment[2] of the compensation for professional services performed by Paul Hastings attorneys (including the Trustee[3]) and reimbursement of its actual and necessary expenses incurred during the period from August 1, 2024 through and including November 30, 2024 (the "<u>Fee Period</u>").  In support of this Application, Paul Hastings respectfully states as follows:

## <u>PRELIMINARY STATEMENT[4]</u>

1.      During the Fee Period, the Trustee and Paul Hastings continued the investigation into the financial affairs of the Individual Debtor and his corporate "shell game" to shield companies and assets under his ownership and/or control from his creditors.  Given the vast network of companies affiliated with the Individual Debtor, and the fact that these companies or their assets are located around the world, the Trustee's investigation continues to be extensive. As the Court is also aware, during the Fee Period, the Trustee also continued to prosecute, with the assistance of Paul Hastings and the Trustee's other advisors, numerous adversary proceedings asserting *alter ego* and equitable ownership claims (or similar claims under

---

[2]    To date, Paul Hastings has not requested (or received) any payment of its fees and expenses with respect to services provided during the Fee Period.  In addition, while this Application seeks allowance of all fees incurred during the Fee Period (other than with respect to the civil RICO action), **Paul Hastings is only seeking payment, at this time, of (i) 80% of such fees (in addition to 100% of the expenses incurred during the Fee Period).**

[3]    In accordance with the Retention Order (as defined below), the Trustee is authorized to act as one of the attorneys for the Individual Debtor's estate, and, accordingly, this Application also seeks allowance of the Trustee's fees in such capacity.  For the avoidance of doubt, in this Application, references to services provided by Paul Hastings attorneys shall include the Trustee.  To be clear, time spent by the Trustee in his capacity as chapter 11 trustee, is not part of this Application, and compensation therefor will be sought by separate application.

[4]    Capitalized terms used in the preliminary statement have the meanings ascribed to such terms later in this Application.

applicable law) as well as more than 300 adversary proceedings seeking to avoid fraudulent transfers and postpetition transfers (the "Avoidance Actions").

2.    As part of the Trustee's efforts to recover assets for the benefit of the estates, the Trustee continued to make substantial progress, including in several pending adversary proceedings and appeals.  For example:

- Greenwich Land Adversary Proceeding:  During the Fee Period, Paul Hastings continued to prosecute the Trustee's adversary proceeding against Greenwich Land LLC ("Greenwich Land") and the Individual Debtor's alleged wife (i.e., Hing Chi Ngok), seeking determinations that, among other things, (a) Greenwich Land (which holds legal title to the Individual Debtor's residence in Greenwich, Connecticut) is an *alter ego* of the Debtor and (b) the Debtor is the equitable owner of Greenwich Land.  On July 3, 2024, the Court granted the Trustee's motion for summary judgment, holding, among other things, that **Greenwich Land is an *alter ego* of the Individual Debtor and directing that the property of Greenwich Land be turned over to the estate**.  As a result of this ruling, among other things, the multi-million-dollar mansion located at 373 Taconic Road, Greenwich, Connecticut (the "Taconic Property") became property of the estate

  o  On October 15, 2024, the Court granted the Trustee's motion to sell the Taconic Property for **$7.25 million**

- Mahwah Adversary Proceeding:  During the Fee Period, Paul Hastings attorneys continued to prosecute the Trustee's adversary proceeding against Scott Barnett (the Individual Debtor's driver and/or bodyguard), Taurus Fund, LLC ("Taurus Fund"), and Taurus Management LLC following the lifting of the stay on August 1, 2024.  In this adversary proceeding, the Trustee seeks determinations that, among other things, (a) the Individual Debtor is the equitable owner of a 50,000 square foot, castle-styled private residence with 12.5-acre grounds located at 675 Ramapo Valley Road, Mahwah, New Jersey 07430 (the "Mahwah Mansion"), (b) the Debtor is the equitable owner of Taurus Fund (the entity holding title to the Mahwah Mansion), and (c) that Taurus Fund is an *alter ego* of the Individual Debtor.

  o  On September 11, 2024, the Trustee filed the motion for summary judgment, accompanied by a voluminous evidentiary record supporting the Trustee's motion which includes a statement of undisputed facts containing 56 paragraphs and citing to 279 exhibits and the testimony of more than 15 witnesses, either by way of deposition transcript or in-court testimony.  Paul Hastings attorneys also prepared and filed the Trustee's reply to the defendants' opposition on the motion for summary judgment.

A hearing on the Trustee's summary judgment was held on November 19, 2024.

o  On October 1, 2024, the Trustee filed motion for authorization to market and sell the Mahwah Mansion and its contents (subject to certain conditions).  On October 29, 2024, the Court entered an order granting the Trustee's motion.  The Trustee's efforts to sell the Mahwah Mansion are ongoing.

- Lamp Capital Adversary Proceeding:  During the Fee Period, Paul Hastings attorneys continued to prosecute the Trustee's adversary proceeding seeking, among other things, determination that Lamp Capital LLC ("Lamp Capital"), Hudson Diamond NY LLC ("Hudson Diamond"), and Leading Shine NY Ltd. ("Leading Shine") are the Individual Debtor's *alter egos* and that the Individual Debtor equitably owns these defendants and their assets.

o  On September 19, 2024, the Trustee filed the motion for summary judgment as to Trustee's claims against Hudson Diamond and Leading Shine, which includes a statement of undisputed facts containing 29 paragraphs and citing to 130 exhibits.  Paul Hastings attorneys also prepared and filed the Trustee's reply to the defendant's opposition to the summary judgment motion.  A hearing on the Trustee's summary judgment motion was held on December 10, 2024 (*i.e.*, after the Fee Period), and the matter is currently under advisement by this Court.

- Defeng Cao Adversary Proceeding:  During the Fee Period, Paul Hastings attorneys continued to prosecute the Trustee's complaint seeking determinations that six separate vehicles—three Harley Davidsons and one BMW motorcycle, as well as one Land Rover Defender and one Dodge Ram Pickup Truck—which, while nominally held by the defendant, were fraudulently transferred to Defeng Cao (Mei Guo's long-term boyfriend), or alternatively, are equitably owned by the Individual Debtor.

o  On September 9, 2024, the Court granted the Trustee's motion for judgment on the pleadings, holding that the **motorcycles are property of the estate and requiring Mr. Cao to turn them over to the estate**.

- VCTR Shares:  Through his investigation of the Individual Debtor's financial affairs, the Trustee learned that Lamp Capital—which the Court found to be an *alter ego* of the Individual Debtor—owns a limited partnership interest in the Reverence Capital Partners Opportunities Fund I (Cayman) L.P. (the "Reverence Fund").  The interest—which is property of the estate—includes rights to receive distributions from the publicly traded VCTR Shares and unpaid cash distributions.  On June 12, 2024, the Court granted the Trustee's motion, holding, among other things, that the limited partnership interest is property of the estate, and approving the liquidation of the VCTR Shares and distribution of net proceeds to the Trustee for the benefit of the estate.

- o On August 6, 2024, the Trustee filed a report noting that on July 31, 2024, he received for the benefit of the estate a distribution from Reverence Fund in the amount of **more than $2.7 million**

- <u>Omnibus Alter Ego Adversary Proceedings</u>:  During the Fee Period, Paul attorneys continued to pursue the Trustee's adversary proceeding against various entities, including K Legacy Ltd. ("<u>K Legacy</u>"), seeking declarations that such entities are *alter egos* of the Individual Debtor and/or their assets are beneficially owned by the Individual Debtor, such that their assets are property of the estate.

  - o On September 12, 2024, the Trustee obtained entries of default as against K Legacy and the Debtor's son, *i.e.*, Qiang Guo, pursuant to which the Court held, among other things, that the ownership interests in K Legacy and the assets of K Legacy, including a luxury apartment in London, are property of the estate.

  - o In addition to the default judgment against K Legacy and the Debtor's son, the Trustee has also commenced separate proceedings in the British Virgin Islands ("<u>BVI</u>"), *i.e.*, the jurisdiction where K Legacy is incorporated, to, among other things, seek rulings that the Trustee beneficially owns K Legacy and the London apartment.

  - o On October 29, 2029, Paul Hastings filed the Trustee's amended complaint in the omnibus *alter ego* litigation, and, on December 6, 2024, Paul Hastings filed the Trustee's objection to certain defendants' motions to dismiss the amended complaint.

  - o On September 13, 2024, the Clerk of the Bankruptcy Court entered a default against more than 15 defendants.  On November 26, 2024, upon the Trustee's motion for entry of consented to stipulated judgment, the Court entered the stipulated judgment as to defendant Karin Maistrello.

  - o On December 23, 2024, the Trustee commenced a new adversary proceeding against more than 40 entities seeking rulings that such entities are *alter egos* of the Individual Debtor and/or their assets are beneficially owned by the Individual Debtor under applicable law, such that their assets are property of the estate.

- <u>Ace Decade Adversary Proceeding</u>:  During the Fee Period, Paul Hastings continued to handle the Trustee's adversary proceeding against Ace Decade Holdings Limited ("<u>Ace Decade</u>"), Yvette Wang, and Rui Hao seeking a declaration that the transfer of the Ace Decade share by Yvette Wang to Rui Hao is void *ab initio* because it violates the Bankruptcy Code's automatic stay.

o On September 12, 2024, the Court entered a **default judgment against Rui Hao.**

o The Trustee has also learned that, in June 2024, Defendant Hao initiated liquidation proceedings in the BVI with respect to Ace Decade and its wholly owned subsidiary Dawn State Limited ("Dawn State"). Accordingly, Paul Hastings' also had to address the BVI liquidation proceedings as part of the Trustee's continuing efforts to obtain ownership and control over Ace Decade and Dawn State. To that end, during the Fee Period, Paul Hastings attorney handled a variety of issues, in coordination with the Trustee's BVI counsel, relating to these proceedings in the BVI.

- Mei Guo Adversary Proceeding: During the Fee Period, Paul Hastings continued, in coordination with the Trustee's local Connecticut counsel, Neubert Pepe & Monteith, P.C. ("NPM"), to prosecute the Trustee's adversary proceeding against Mei Guo. In this adversary proceeding, the Trustee seeks determinations that, among other things, (a) more than $10 million in proceeds from the sale of the Individual Debtor's private Bombardier jet are property of the estate and (b) a series of BVI registered shell companies purportedly held by Mei Guo are property of the Individual Debtor's chapter 11 estate. On April 3, 2024, the Court granted, in part, the Trustee's motion for summary judgment, holding, among other things, that the Individual Debtor beneficially owned the Bombardier jet and, hence, beneficially owns the Bombardier proceeds, and directing Mei Guo to turn over to the estate the Bombardier proceeds. Following the Court's decision, more than **$10 million** in Bombardier proceeds were turned over to the estate.

o During the Fee Period, Paul Hastings attorneys analyzed issues relating to Mei Guo's violation of the preliminary injunction order issued by this Court in the Mei Guo Adversary Proceeding and prepared the Trustee's motion to enforce the preliminary injunction, which was filed on December 20, 2024.

- Appeals: The Trustee also made significant progress in the various appeals of order of this Court. For example:

o On August 23, 2024, the United States District Court for the District of Connecticut (the "District Court") affirmed this Court's orders granting the Trustee's motion for summary judgment in which this Court determined that the Individual Debtor was the beneficial owner of the Lady May yacht and that HK International Funds Investment (USA) Limited, LLC ("HK USA") was the Individual Debtor's *alter ego*.

o Paul Hastings attorneys spent significant time briefing the proposed intervenors' appeal of this Court's order denying their motion to intervene in the HCHK Adversary Proceeding. On August 29, 2024, after briefing

6

concluded, the proposed intervenors filed a **stipulation dismissing the appeal with prejudice**.

o Paul Hastings attorneys also prepared the Trustee's brief in the HCHK entities' related appeal of this Court's order granting default judgment against such entities. After briefing concluded, the HCHK entities' counsel withdrew its appearance in the appeal and on October 24, 2024, the District Court entered an order of dismissal of the appeal case. On November 1, 2024, Clerk of the District Court **entered judgment of dismissal**.

o On September 30, 2024, the District Court **affirmed this Court's preliminary injunction order** against the Individual Debtor and those within his control prohibiting the intimidation and harassment of the Trustee and PAX during the protest activities.

o On November 15, 2024, Paul Hastings filed the Trustee's brief in the United States Court of Appeal for the Second Circuit in connection with the appeal of the District Court's order affirming the Bankruptcy Court's order holding HK USA and Mei Guo in contempt for failure to comply with order compelling production.

o On December 31, 2024 (*i.e.*, after the Fee Period), Paul Hastings filed the Trustee's brief in Greenwich Land and Ms. Ngok's appeal of the Bankruptcy Court's summary judgment decision in the Greenwich Land Adversary Proceeding.

o On January 21, 2024 (*i.e.*, after the Fee Period), the District Court issued a memorandum of decision **affirming the Bankruptcy Court's summary judgment order** in the Mei Guo Adversary Proceeding finding that the Individual Debtor was the beneficial owner of the Bombardier jet and Whitecroft Shore Limited, and that the proceeds from the sale of the Bombardier jet as well as Mei Guo's ownership interest in Whitecroft are property of the estate and must be turned over to the Trustee.

- <u>Motions to Withdraw References</u>: Paul Hastings attorneys also continued to work on responses to several defendants' motions to withdraw the reference. For example:

o On August 30, 2024, the Trustee filed his objection to the motion to withdraw the reference of the Mahwah Adversary Proceeding filed by Taurus Fund, Taurus Management LLC, and Scott Barnett.

o On January 2, 2025 (*i.e.*, after the Fee Period), the District Court issued a memorandum of decision denying the motion to withdraw the reference by Greenwich Land and Ms. Ngok.

3.      Furthermore, during the Fee Period, the Trustee, with the assistance of Paul Hastings and the Trustee's other advisors, continued his global investigations into the Individual Debtor's financial affairs and made progress in his investigation and recovery efforts in foreign jurisdictions, including the United Kingdom, BVI, Switzerland, Mauritius, and the United Arab Emirates ("UAE").

4.      Moreover, during the Fee Period, the Trustee and his professionals continued to prosecute approximately 300 Avoidance Actions and handled issues including (a) analyzing potential avoidance claims, (b) preparing and filing additional Avoidance Action complaints and the Trustee's responses to Avoidance Action defendants' motions to dismiss, (c) preparing the Trustee's opposition to Avoidance Action defendants' motion to withdraw the reference, (d) meeting and conferring with counsel for Avoidance Action defendants, (e) developing strategies for potential settlements, (f) participating in mediation and conducting settlement negotiation, and (g) handling hearings and status conferences in such Avoidance Actions.  Furthermore, on November 13, 2024 and November 20, 2024, respectively, the Bankruptcy Court granted the Trustee's motions for entry of default judgment in Avoidance Actions against Qiang Guo, the Debtor's son, with respect to more than **$20 million** transfer from the Individual Debtor's *alter ego*, Lamp Capital, to Qiang Guo, and approximately **$4 million** transfers from the Individual Debtor's *alter* egos, Lamp Capital, HCHK Technologies, Inc., and Leading Shine, for the benefit of Qiang Guo.

5.      In addition, during the Fee Period, the Trustee and his professionals continued to prepare for and conduct mediation and settlement negotiations with respect to pending avoidance actions, and conferred with the mediator, U.S. Bankruptcy Judge James J. Tancredi, about the mediation processes.

6.      Given the enormity of the Trustee's task and the continued obstruction by the

Debtors' associates and *alter ego* companies, coupled with the delay in Trustee's investigation

caused by the Individual Debtor's criminal trial (see below), it was impossible for the Trustee to

complete his investigation and assert all available causes of action prior to February 15, 2025

(*i.e.*, the extended deadline granted by the Court on August 14, 2024).  For that reason, Paul

Hastings, in coordination with NPM, prepared the Trustee's motion to extend the February 15,

2025 deadline for the Trustee to commence actions to avoid and recover fraudulent transfers

and/or assert other estate causes of action (which motion was filed on July 19, 2024).  The Court

held an evidentiary hearing on August 13, 2024 and granted this motion by order dated August

14, 2024.[5]

7.      In addition, as part of the Trustee's investigation, the Trustee continued to

monitor the criminal case (the "Criminal Case") against the Individual Debtor and Yvette Wang

in the United States District Court for the Southern District of New York [Case No. 1:23-cr-

00118-AT] (the "SDNY Court").  As the Court is aware, the Individual Debtor was found guilty

on nine counts following a jury trial (the "Criminal Trial"), while Yvette Wang pled guilty and

was recently sentenced to ten years in prison.  The Individual Debtor's sentencing hearing is

pending.  The Criminal Trial made public thousands of government exhibits, which contain

important information that the Trustee had not learned in discovery and supplemented the

Trustee's ongoing investigation efforts.  During the Fee Period, Paul Hastings attorneys

continued to review these exhibits and analyze various legal issues related to the criminal

forfeiture allegations of over $630 million in assets seized by the U.S. Government in the

Individual Debtor's Criminal Case.

---

[5]     Recently, the Court has further extended the deadline to August 15, 2025 [Docket No. 4106].

8.      Furthermore, during the Fee Period, the Trustee and Paul Hastings continued to handle the remediation and cleaning efforts following the fire on March 15, 2023 at the 18th floor apartment at the Sherry Netherland (the "Sherry Netherland Apartment").  Among other things, Paul Hastings attorneys worked with Genever (US)'s architect (Acheson Doyle) and other service providers to conduct the remediation of soot and other combustion by-products and ancillary services at the Sherry Netherland Apartment.  The remediation and cleaning projects were substantially completed in August 2024, such that, beginning in September 2024, the Trustee began marketing the Sherry Netherland Apartment.

9.      All the while, during the Fee Period, the Trustee and Paul Hastings provided a wide range of other chapter 11 related services, including, for example, handling ten hearings and status conferences, preparing and prosecuting numerous substantive motions, and preparing monthly operating reports.

10.      As detailed in this Application, Paul Hastings has performed all of its services in an economic, effective, and efficient manner commensurate with the complexity and importance of the issues involved.  The work performed by Paul Hastings was carefully assigned to appropriate professionals or paraprofessionals according to the experience and level of expertise required for each particular task.  Whenever possible, Paul Hastings sought to minimize the costs of Paul Hastings' services by utilizing talented junior attorneys and paraprofessionals to handle the more routine aspects of the assignments.  Moreover, as detailed below, Paul Hastings has delegated numerous work streams (including the recent avoidance actions process) to local Connecticut counsel (which has a lower rate structure than Paul Hastings).

11.      To further minimize the costs of intra-Paul Hastings communications and education about these chapter 11 cases, the Trustee utilized a small group of Paul Hastings

attorneys for the majority of the work in these chapter 11 cases.  Also, as a general matter, in addition to the Trustee, no more than two Paul Hastings attorneys attended the various hearings held during the Fee Period (and in some instances, the Trustee handled hearings without attendance of any Paul Hastings attorneys), thereby minimizing not only the time billed on these hearings/sessions but also the cost of travel.  Moreover, as noted on the record at the August 2, 2022 hearing on Paul Hastings' retention application, the Trustee has agreed ***not*** to seek a percentage recovery under section 326 of the Bankruptcy Code, and, instead, agreed that he would only be compensated (at his standard hourly rate) for his time.

12.    Finally, as an accommodation to these estates and to minimize the review process by the Court and parties in interest, Paul Hastings is not seeking allowance or payment at this time for the fees of thirteen (13) timekeepers who billed less than five (5) hours during the Fee Period in the aggregate amount of $10,690.50.  The time billed by these timekeepers was reasonable, and Paul Hastings reserves the right to seek allowance of these fees based on the facts and circumstances of these cases, including, without limitation, if objections are interposed to the allowance of Paul Hastings' fees and expenses.

13.    In sum, Paul Hastings respectfully submits that the services for which it seeks compensation in this Application were necessary for and beneficial to these chapter 11 estates and their stakeholders.  Accordingly, in light of the nature and complexity of these chapter 11 cases, Paul Hastings' charges for professional services performed and expenses incurred are reasonable under applicable standards.  For all these reasons, Paul Hastings respectfully requests that the Court grant the Application and allow interim compensation for professional services performed and reimbursement for expenses as requested.

## JURISDICTION, VENUE, BASES FOR RELIEF, AND COMPLIANCE

14.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

15.    The legal predicates for the relief requested herein are sections 328, 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

16.    Paul Hastings believes that this Application, together with the attachments hereto, substantially complies with the Bankruptcy Rules, Local Rule 2016-1, the Interim Compensation Procedures Order, and the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines").[6]  Paul Hastings respectfully requests a waiver of any of the foregoing requirements not met by this Application.

17.    Attached and incorporated herein by reference are the following Exhibits:

- Exhibit A contains disclosures regarding "customary and comparable compensation."

- Exhibit B1 contains a summary of Paul Hastings' timekeepers included in this Application.

- Exhibit B2 contains a summary of Paul Hastings' timekeepers who billed less than five (5) hours during the Fee Period and for whom Paul Hastings is not seeking allowance or payment at this time.

- Exhibit C contains a summary of the compensation requested by project category.

- Exhibits D-1 and D-2 contain a summary of the compensation requested by Matter ID.

---

[6]    Paul Hastings reserves all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines with respect to any application for compensation in these chapter 11 cases.

- <u>Exhibit E</u> contains the expense reimbursements requested by category.

- <u>Exhibit F</u> contains the monthly statements of Paul Hastings detailing the services performed and itemizing the expenses incurred during the Fee Period.

- <u>Exhibit G</u> contains the Proposed Order.

## **BACKGROUND**

I.    **Individual Debtor's Chapter 11 Case**

18.    On February 15, 2022 (the "<u>Petition Date</u>"), the Individual Debtor filed with the

Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

19.    On March 21, 2022, the United States Trustee appointed an Official Committee of

Unsecured Creditors ("<u>Committee</u>") in the Individual Debtor's chapter 11 case.  No examiner

has been appointed in the Individual Debtor's chapter 11 case.

20.    On June 15, 2022, the Court entered a memorandum of decision and order

[Docket No. 465] (the "<u>Trustee Order</u>") directing the United States Trustee to appoint a

chapter 11 trustee in the chapter 11 case of Ho Wan Kwok.  Pursuant to the Trustee Order, the

United States Trustee selected Luc A. Despins as the Trustee.  On July 8, 2022, the Court entered

an order granting the appointment of Luc A. Despins as the Trustee in the chapter 11 case of Ho

Wan Kwok.

21.    The Court authorized Paul Hastings' retention as attorneys for the Trustee

pursuant to the *Order Authorizing and Approving the Retention and Employment of Paul*

*Hastings LLP as Counsel to Chapter 11 Trustee, effective as of July 8, 2022* [Docket No. 668]

(together with the retention order with respect to the Genever Debtors [Docket No. 1376], the

"<u>Retention Order</u>"), entered on August 2, 2022.  The Retention Order authorizes Paul Hastings to

be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket

expenses pursuant to sections 328 and 330 of the Bankruptcy Code, the Bankruptcy Rules, the

Local Bankruptcy Rules, and such orders as the Court may direct.  Moreover, at the August 1, 2022 hearing on the Paul Hastings' retention application, the Court made clear that it approved Paul Hastings' New York rate structure.[7]  In addition, as noted on the record at that hearing, the Trustee has agreed ***not*** to seek a percentage recovery under section 326 of the Bankruptcy Code, and, instead, agreed that he would only be compensated (at his standard hourly rate) for his time.

22.     In light of the Trustee's ongoing investigation into the Individual Debtor's assets and his financial affairs, the Trustee is unable at this time to predict when he will be in a position to file a plan and disclosure statement.  All quarterly fees have been paid to the United States Trustee, and all monthly operating reports have been filed through August 2024 (for each of the Individual Debtor's chapter 11 case, Genever (BVI)'s chapter 11 case, and Genever (US)'s chapter 11 case).

23.     At this time, the amount of cash in the Trustee's account is approximately $74.4 million.  The Trustee is not aware of any material administrative expense claims other than claims for professional fees and expenses.

## II.     Genever (BVI)'s Chapter 11 Case

24.     On October 11, 2022, Genever (BVI) -- an entity wholly owned by the Individual Debtor -- filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

25.     No trustee or official committee of unsecured creditors has been appointed in Genever (BVI)'s chapter 11 case.

---

[7]     *See* Aug. 1, 2022 H'rg Tr. at 113:15-19 ("MR. DESPINS: But I want to be clear is that that's not going to be a back door way to bring local rates, or anything like that -- THE COURT: No, I'm not doing that.  I agree with that.").

26.     October 14, 2022, the Court entered an order granting joint administration of the Individual Debtor's chapter 11 case and Genever (BVI)'s chapter 11 case [Docket No. 970].

27.     On January 24, 2023, the Court granted Genever (BVI)'s application to retain Paul Hastings as counsel to Genever (BVI) in its chapter 11 case, effective as of its petition date, *i.e.*, October 11, 2022 [Docket No. 1376].

## III.    Genever (US)'s Chapter 11 Case

28.     On October 12, 2020, Genever Holdings LLC -- an entity wholly owned by Genever (BVI) -- filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court"), thereby commencing case number 20-12411 (JLG) (the "SDNY Bankruptcy Case").

29.     On November 3, 2022, the SDNY Bankruptcy Court entered an order [Docket No. 225 in Case No. 22-50592] transferring the venue of the SDNY Bankruptcy Case to this Court, which assigned it Case Number 22-50592.

30.     On November 21, 2022, the Court entered an order granting joint administration of the Genever (US) Debtor's chapter 11 case with the jointly administered cases of the Individual Debtor and the Genever (BVI) Debtor's chapter 11 case [Docket No. 1141].

31.     On January 24, 2023, the Court granted Genever (US)'s application to retain Paul Hastings as counsel to Genever (US) in its chapter 11 case, effective as of the order transferring venue of the SDNY Bankruptcy Case to this Court, *i.e.*, November 3, 2022 [Docket No. 1376].

## RELIEF REQUESTED

32.     By this Application, the Trustee and Paul Hastings request allowance of fees (in the amount of $5,552,587.25) and expenses incurred (in the amount of $215,048.30) for services

rendered by, for, and on behalf of the Trustee during the Fee Period.  The Trustee has approved

the amounts requested by Paul Hastings herein.

33.     While this Application seeks allowance of all fees incurred during the Fee Period,

Paul Hastings only seeks, at this time, payment of 80% of the fees and 100% of the expenses—

*i.e.*, Paul Hastings does not seek, at this time, payment of the 20% holdback withheld by the

Debtors' estates with respect to Fee Period.[8]

## COMPENSATION AND VALUE OF SERVICES

34.     To date, the Trustee and Paul Hastings have submitted the following fee/expense-

related applications in these chapter 11 cases:

(a)     On March 1, 2023, Paul Hastings submitted the *First Interim Application of Chapter 11 Trustee and his Counsel, Paul Hastings LLP, for Reimbursement of Expenses for the Period from July 8, 2022 through October 31, 2022* [Docket No. 1495] (the "Expense Reimbursement Application"), whereby the Trustee and Paul Hastings requested reimbursement of the actual and necessary expenses incurred by the Trustee and Paul Hastings during the period from July 8, 2022 through October 31, 2022 in the amount of $63,631.75.  On May 3, 2023, the Court entered an order granting the Expense Reimbursement Application [Docket No. 1747] (the "Expense Reimbursement Order").  The Individual Debtor's estate paid the foregoing amount on May 8, 2023.

(b)     On April 10, 2023, Paul Hastings submitted the Special Fee Application of Chapter 11 Trustee and his Counsel, Paul Hastings LLP, for Services Rendered in Securing Compliance with Court-Authorized Subpoenas [Docket No. 1648] (the "Special Fee Application").  In the Special Fee Application, Paul Hastings requested allowance and payment of fees in the amount of $83,370.26 in accordance with the HK Parties Contempt Order.[9]  On April 21, 2023, the Court approved the Special Fee Application and ordered the HK Parties to remit payment of $83,370.26 to the chapter 11 estate of the Individual Debtor [Docket

---

[8]     In this Application Paul Hastings is not seeking allowance or payment of fees or reimbursement of expenses with respect to the Civil RICO Adversary Proceeding.  Paul Hastings intends to seek allowance and payment of such fees and expenses in the future.

[9]     On March 10, 2023, the Court entered the *Order Holding HK Parties in Contempt of Court and Sanctioning HK Parties, Attorney Vartan and Chiesa Shahinian & Giantomasi PC* [Docket No. 1537] (the "HK Parties Contempt Order"), pursuant to which the Court ordered Ms. Mei Guo, HK International Funds Investments (USA) Limited ("HK USA"), attorney Lee Vartan, and Chiesa Shahinian & Giantomasi PC (collectively, the "HK Parties"), jointly and severally, to compensate the Trustee and his counsel, Paul Hastings, for reasonable attorneys' fees and expenses associated with the Trustee's efforts to secure compliance with certain Court-authorized subpoenas.

No. 1693] (the "HK Parties Sanctions Order").  The United States District Court for the District of Connecticut has affirmed the HK Parties Sanctions Order.  In July 2024, the Trustee received payment in the amount of $83,370.26 from one of the HK Parties.

(c)    On May 30, 2023, Paul Hastings submitted the *Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from July 8, 2022 through February 28, 2023* [Docket No. 1831] (the "First Interim Fee Application") seeking $12,326,802.00 in fees and $348,813.54 for reimbursement of expenses.  The First Interim Fee Application excluded the expense reimbursements approved in the Expense Reimbursement Order.  The First Interim Fee Application included the amount requested in the Special Fee Application (for the period through February 28, 2023).[10]  Pursuant to agreement with the U.S. Trustee, Paul Hastings reduced its fee request by $550,000.  On June 29, 2023, the Court approved the First Interim Fee Application [Docket No. 1964] with such reduction.  Paul Hastings has received payment of $11,776,802.00 in fees and $348,813.54 in expenses in connection with the First Interim Fee Application.

(d)    On August 4, 2023, Paul Hastings submitted the *Second Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through June 30, 2023* [Docket No. 2051] (the "Second Interim Fee Application") seeking $8,037,720.00 in fees and $213,914.83 for reimbursement of expenses.  The Second Interim Fee Application included the amount requested in the Special Fee Application (for the period from March 1, 2023 through March 10, 2023).  Pursuant to agreement with the U.S. Trustee, Paul Hastings reduced its fee request by $55,000.00.  On September 12, 2023, the Court approved the Second Interim Fee Application [Docket No. 2190] with such reduction.  Paul Hastings has received payment of $6,386,176.00 in fees (or 80% of the allowed fees in the amount of $7,982,720) and $213,914.83 in expenses in connection with the Second Interim Fee Application.

(e)    On October 16, 2023, Paul Hastings submitted the *Third Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from July 1, 2023 through August 31, 2023* [Docket No. 2256] (the "Third Interim Fee Application") seeking $3,725,984.25 in fees and $146,137.57 for reimbursement of expenses.  Pursuant to agreement with the U.S. Trustee, Paul Hastings reduced its fee request by $200,000.00.  On November 30, 2023, the Court entered an order [Docket No. 2408] approving the Third Interim Fee Application with such reduction.  Paul Hastings has received payment of

---

[10]    Given that the Trustee was able to recover the fees under the HK Parties Sanctions Order from the HK Parties, Paul Hastings is not seeking further payment of such fees from the estates.

$2,820,787.40[11] in fees (or 80% of the allowed fees in the amount of
$3,525,984.25) and $146,137.57 in expenses in connection with the Third Interim
Fee Application.

(f)  On February 19, 2024, Paul Hastings submitted the *Fourth Interim Fee
Application of Paul Hastings LLP for Compensation and Reimbursement of
Expenses for the Period from September 1, 2023 through December 31, 2023*
[Docket No. 2935] (the "Fourth Interim Fee Application") seeking $6,911,034.50
in fees and $718,236.31 for reimbursement of expenses.  Pursuant to agreement
with the U.S. Trustee, Paul Hastings reduced its fee request by $192,930.00 and
its expense reimbursement request by $3,518.70.  On March 21, 2024, the Court
entered an order [Docket No. 3031] approving the Fourth Interim Fee Application
with such reductions.  Paul Hastings has received payment of $5,374.483.60 in
fees (or 80% of the allowed fees in the amount of $6,718,104.50) and
$714,717.61 in expenses in connection with the Fourth Interim Fee Application.

(g)  On June 24, 2024, Paul Hastings submitted the *Fifth Interim Fee Application of
Paul Hastings LLP for Compensation and Reimbursement of Expenses for the
Period from January 1, 2024 through March 31, 2024* [Docket No. 3283] (the
"Fifth Interim Fee Application") seeking $4,141,700.76 in fees and $262,633.83
for reimbursement of expenses.  Pursuant to agreement with the U.S. Trustee,
Paul Hastings reduced its fee request by $104,700.00 and its expense
reimbursement request by $3,422.52.  On July 26, 2024, the Court entered an
order [Docket No. 3357] approving the Fifth Interim Fee Application with such
reductions.  Paul Hastings has received payment of $3,229,600.56[12] in fees
(or 80% of the allowed fees in the amount of $4,037,000.70) and $259,211.31 in
expenses in connection with the Fifth Interim Fee Application.

(h)  On October 15, 2024, Paul Hastings submitted the *Sixth Interim Fee Application
of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the
Period from April 1, 2024 through July 31, 2024* [Docket No. 3700] (the "Sixth
Interim Fee Application") seeking $5,053,513.53 in fees and $165,738.27 for
reimbursement of expenses.  Pursuant to agreement with the U.S. Trustee, Paul
Hastings reduced its fee request by $87,292.80 and its expense reimbursement
request by $2,000.00.  On November 13, 2024, the Court entered an order
[Docket No. 3814] approving the Sixth Interim Fee Application with such
reductions.  Paul Hastings has received payment of $3,966,810.82[13] in fees

---

[11]  Pursuant to the Interim Compensation Procedures Order, Paul Hastings had previously received $2,980,787.40
in payments for fees incurred in July and August 2023.  Accordingly, as part of its September 2023 monthly fee
statement, Paul Hastings included a credit of $160,000.00 (*i.e.*, 80% of the agreed-upon $200,000.00 reduction).

[12]  Pursuant to the Interim Compensation Procedures Order, Paul Hastings had previously received $3,333,307.41
in payments for fees incurred in January, February, and March, 2024.  Accordingly, as part of its April 2024
monthly fee statement, Paul Hastings included a credit of $103,706.85.

[13]  Pursuant to the Interim Compensation Procedures Order, Paul Hastings had previously received $4,054,103.62
in fees (inclusive of the $103,706.85 credit for fee reductions pursuant to the Fifth Interim Fee Application) in

(or 80% of the allowed fees in the amount of $4,958,513.53) and $163,738.27[14] in expenses in connection with the Sixth Interim Fee Application.

(i)     To date, Paul Hastings has not submitted monthly fee statements for services rendered during the Fee Period, and, accordingly, Paul Hastings has not received payment with respect to services provided and expenses incurred during the Fee Period.

35.     Neither the Trustee nor Paul Hastings has received any payment or promise of payment from any source for services rendered during the Fee Period. There is no agreement or understanding between the Trustee and/or Paul Hastings and any other person other than the attorneys, employees, and staff of Paul Hastings, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

36.     Paul Hastings' professional services during the Fee Period required an aggregate expenditure of 3,998.40 recorded hours by attorneys and paraprofessionals, broken down as follows: partners (849.10 hours), of counsel (635.50 hours), associates (2,166.30 hours), and paraprofessionals (347.50 hours). The timekeepers who rendered such services are identified in the Cover Sheet hereto, along with the number of hours and the total compensation sought for each individual.

37.     Paul Hastings maintains computerized records, in the form of monthly statements, of the time spent by all Paul Hastings' attorneys and paraprofessionals in connection with its representation of the Trustee and the Genever Debtors. With the exception of the monthly

---

payments for fees incurred in April, May, June, and July 2024. Accordingly, as part of this Application, Paul Hastings is not seeking payment of $87,292.80 (*i.e.*, the difference between $4,054,103.62 and $3,966.180.82).

[14]    Pursuant to the Interim Compensation Procedures Order, Paul Hastings had previously received $165,738.27 in expense reimbursements (inclusive of the $3,422.52 credit for expense reductions pursuant to the Fifth Interim Fee Application) in payments for fees incurred in April, May, June, and July 2024. Accordingly, as part of this Application, Paul Hastings is not seeking payment of $2,000.00 (*i.e.*, the difference between $165,738.27 and $163,738.27).

statements submitted with the Special Fee Application,[15] the monthly statements are in the same form regularly used by Paul Hastings to bill its clients for services rendered and include the date that the services were rendered, a detailed, contemporaneous narrative description of the services provided, the amount of time spent for each service, and the designation of the professional who performed the service.  Attached hereto as <u>Exhibit F</u> are true and correct copies of the monthly statements of Paul Hastings related to the fees requested herein.

38.     As a courtesy to these estates and based on circumstances unique to these chapter 11 cases, Paul Hastings agreed on a reduced hourly rate for Luc Despins (from his standard hourly rate of $2,225.00 to the reduced hourly rate of $1,975.00) for the Fee Period.[16] Other than this discount, the rates Paul Hastings charges for the services rendered by its professionals and paraprofessionals in these chapter 11 cases are comparable to the rates Paul Hastings charges for professional and paraprofessional services rendered in comparable non-bankruptcy related matters.  In addition, when Paul Hastings' restructuring professionals and paraprofessionals work on non-bankruptcy matters, the firm generally charges their standard rate.  Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

39.     Paul Hastings respectfully submits that the reasonable value of the services rendered by Paul Hastings (including the Trustee) during the Fee Period is $5,542,465.25.

---

[15]   As noted in the Special Fee Application, Paul Hastings' monthly statements for fees incurred in securing compliance with the Court-authorized subpoenas are limited to those services and, thus, vary in form from that regularly used by Paul Hastings to bill its clients for services rendered.

[16]   This translates into a voluntary waiver of $89,100.00 in fees.

**SUMMARY OF SERVICES**

40.     During the Fee Period, Paul Hastings assisted and advised the Trustee and the

Genever Debtors on a regular basis regarding legal matters relating to these chapter 11 cases and

the pursuit and recovery of estate assets for the benefit of the chapter 11 estates and their

creditors.  In addition, Paul Hastings prepared various motions, applications, proposed orders,

and other pleadings submitted to the Court for consideration, and performed the necessary

professional services that are described below and in the fee statements attached hereto and

incorporated herein by reference.[17]

41.     For ease of reference and transparency purposes, and at the request of the

U.S. Trustee, Paul Hastings created the following separate Matter IDs for services in these

chapter 11 cases, including separate Matter IDs for the major adversary proceedings pending in

these chapter 11 cases.

| Matter ID | Matter Name |
|-----------|-------------|
| 00001 | General Chapter 11 Trustee Representation |
| 00002 | Asset Recovery Investigation and Litigation |
| 00003 | Other Litigation |
| 00005 | Sale Process |
| 00006 | Tax Issues |
| 00007 | Foreign Law Issues |
| 00009 | Chapter 11 Trustee Tasks[18] |
| 00010 | Genever US |
| 00011 | Genever BVI |
| 00012 | Mahwah Adversary |
| 00013 | Golden Spring Adversary |
| 00014 | HCHK Adversary |
| 00016 | Mei Guo Adversary |
| 00017 | HK USA Adversary |
| 00020 | Greenwich Land Adversary |

---

[17]    The description of services in this Application is limited to those matters in which Paul Hastings provided five (5) or more hours of service during the Fee Period.

[18]    Not included as part of this Application.

| Matter ID | Matter Name |
|---|---|
| 00021 | AIG Adversary[19] |
| 00024 | Lamp Capital Adversary |
| 00025 | Civil RICO Claims[20] |
| 00026 | Ace Decade Adversary |
| 00027 | Defeng Cao Adversary |
| 00028 | Omnibus Alter Ego Adversary |
| 00029 | Avoidance Actions |
| 00030 | Mediation |
| 00031 | Forfeiture Issues |
| 00032 | K Legacy |
| 00033 | Swiss Proceedings |
| 00034 | Cyprus Proceedings |
| 00035 | Mauritius Proceedings |
| 00036 | UAE |

42.     Additionally, the Trustee and the Genever Debtors retained NPM as their local and conflicts counsel in order to provide services to the Trustee and the Genever Debtor's estates in a cost-effective manner.  In particular, as detailed in the NPM retention application and related declarations, Paul Hastings and NPM have coordinated, and will continue to coordinate, each firm's respective responsibilities in connection with the representation of the Trustee and the Genever Debtors.  Among other things, during the Fee Period, the following matters were delegated to NPM:

- Assisting with filings and service of pleadings in the main chapter 11 case and related adversary proceedings;

- Preparing supplemental motions for discovery under Bankruptcy Rule 2004 (including for discovery targets for which Paul Hastings is conflicted), conducting meet and confers with discovery targets, and reviewing documents produced in response to Rule 2004 subpoenas;

- Assisting the Trustee on matters on which Paul Hastings is conflicted;

- Preparing certain procedural motions, including motion to seal, motions to expedite, and motions to adjourn;

---

[19]    Not included as part of this Application.

[20]    Not included as part of this Application.

- Advising the Trustee and the Genever Debtors on matters related to local Connecticut rules;

- Preparing monthly operating reports for the Genever Debtors; and

- Performing a variety of case administration functions, including interacting with the Court and the clerks' office as needed, preparing certificates of service, coordinating logistics for hearings, and handling other case administration functions as they arise from time to time.

43.    In addition, Paul Hastings has also delegated to NPM a number of important substantive matters -- including numerous adversary proceedings -- related to the Trustee's investigation and efforts to recover assets for the benefit of these estates.

44.    Finally, Paul Hastings notes that, through this Application, it is not seeking allowance of fees or reimbursement of expenses with respect to the Civil RICO Adversary Proceeding.  As the Court is aware, on February 15, 2024, the Trustee filed a complaint alleging that, since at least 2015, the Individual Debtor and various of his associates have operated a racketeering enterprise through an extensive worldwide network of shell companies with the goal of enriching the Individual Debtor, his family members, and his close associates, while concealing the true nature and extent of the Individual Debtor's wealth from his creditors and preventing them from being repaid.  On December 9, 2024, the Bankruptcy Court entered an order staying the Civil RICO Adversary Proceeding pending resolution of the Trustee's First Omnibus Alter Ego Adversary Proceeding (as defined below).  Paul Hastings intends to seek payment and allowance of its fees and expenses with respect to the Civil RICO Adversary Proceeding in the future.

I.    **General Chapter 11 Trustee Representation (Matter ID 00001)**

    i.    <u>Case Administration (Task Code B110)</u>
       Fees: $196,251.50    Total Hours: 178.20

45.    During the Fee Period, Paul Hastings attorneys handled numerous case administrative matters in connection with these chapter 11 cases, including (a) developing short-term and long-term strategies for recovering assets for the benefit of these estates, (b) maintaining a case calendar and task lists of open matters and work streams, (c) handling calls and correspondence with the U.S. Trustee and PAX regarding the background to, and the administration of, these chapter 11 cases, and (d) holding internal team meetings and calls to coordinate work streams.

    ii.    <u>Pleadings Review (Task Code B113)</u>
       Fees: $99,693.50    Total Hours: 175.70

46.    During the Fee Period, Paul Hastings attorneys and paraprofessionals reviewed and monitored the docket of these chapter 11 cases, the related adversary proceedings (of which there are now more than 300), and pending state court litigation, as well as reviewed pleadings filed therein, as necessary.

    iii.    <u>Court Hearings (Task Code B155)</u>
       Fees: $25,623.50    Total Hours: 22.90

47.    During the Fee Period, Paul Hastings attorneys prepared for and attended numerous hearings and status conferences. The following hearings were recorded under Matter ID 00001, among others:

- the August 27, 2024 hearing on the Trustee's motion to amend mediation procedures to facilitate consensual pre-litigation mediation;

- the October, 8 2024 hearing on (a) the Trustee's applications to retain Winne, Banta, Basraliam & Kahn, P.C. ("<u>WBBK</u>"), as New Jersey real estate counsel, and Chryssafinis & Polyviou LLC ("<u>CP Law</u>"), as Cypriot counsel, (b) Genever US's motion to amend retention order of Sotheby's International

Realty ("Sotheby's"), and (c) the Trustee's motion to limit notice of Rule 9019 motions regarding mediated or avoidance claim settlements; and

- the October 15, 2024 status conference regarding the First Omnibus Alter Ego Adversary Proceeding and the Civil RICO Adversary Proceeding.

48.    In addition, as detailed below, attendance at several other hearings during the Fee Period were recorded under the applicable Matter ID.  That said, general hearing preparation (including agendas) for the various hearings scheduled in August, September, October, and November 2024 was also recorded under Matter ID 00001.

iv.    Fee / Employment Applications for Paul Hastings (Task Code B160)
Fees: $75,461.50        Total Hours: 56.80

49.    During the Fee Period, in connection with Paul Hastings' retention, Paul Hastings attorneys prepared and submitted a supplemental declaration with respect to the Trustee's and Paul Hastings' disinterestedness [Docket No. 3707] and continued to research possible connections between the Trustee and Paul Hastings, on the one hand, and parties in interest in these chapter 11 cases, on the other hand.  In addition, Paul Hastings attorneys prepared (a) the Sixth Interim Fee Application [Docket No. 3700] (which the Court granted on November 13, 2024 [Docket No. 3814]), and (b) Paul Hastings' monthly fee statements for services rendered in April, May, June, July, August, and September 2024.  Paul Hastings also corresponded and engaged in discussions with the U.S. Trustee to address questions regarding the above fee and expense reimbursement requests.  Among other things, Paul Hastings consensually resolved the U.S. Trustee's informal comments to the Sixth Interim Fee Application.

v.    Fee / Employment Applications for Other Professionals (Task Code B165)
Fees: $188,464.00        Total Hours: 127.70

50.    During the Fee Period, Paul Hastings attorneys prepared the Trustee's applications to retain, among others:

- Compass, Inc. as real estate broker with respect to the sale of the Taconic Property, which application was filed on August 23, 2024 [Main Case Docket No. 3450] and granted on September 4, 2024 [Docket No. 3504].

- WBBK as New Jersey real estate counsel, which application was filed on September 16, 2024 [Docket No. 3534] and granted on October 9, 2024 [Docket No. 3652].

- CP Law as Cypriot law counsel, which application was filed on September 23, 2024 [Docket No. 3569] and granted on October 9, 2024 [Docket No. 3653].

- ENSafrida ("ENS") as attorneys in the Republic of Mauritius, which application was filed on October 2, 2024 [Docket No. 3625] (and granted on October 22, 2024, Main Case Docket No. 3740),

- Patrice Doger de Speville, Senior Counsel, and William de Robillard, Of Counsel (the "Mauritius Barristers," and together with ENS, the "Mauritius Counsel"), which application was filed on October 7, 2024 [Docket No. 3646] and granted on October 22, 2024 [Docket No. 3741].

- James Morgan, King's Counsel as barrister in the BVI under the instruction of Harneys Westwood & Riegels LP ("Harneys") (the "BVI Barrister," and together with Harneys, the "BVI Counsel"), which application was filed on October 15, 2024 [Docket No. 3701] and granted on November 5, 2024 [Docket No. 3784].

- Peter Shaw, King's Counsel as barrister in the United Kingdom (together with Paul Wright, the "UK Barristers"), which application was filed on November 25, 2024 [Main Case Docket No. 3849] and granted on December 11, 2024 [Docket No. 3872].

- Compass New Jersey, LLC as real estate broker for the sale of the Mahwah Mansion, which application was filed on November 26, 2024 [Docket No. 3855] and granted on December 11, 2024 [Docket No. 3873].

- Kobre & Kim, as special counsel in the UAE, which application was filed on December 17, 2024 (*i.e.*, after the Fee Period) [Docket No. 3911] and granted on January 10, 2025 [Docket No. 3941].

51.     In addition, Paul Hastings attorneys also prepared Genever US's motion to amend order authorizing retention of Sotheby's as real estate broker and sales agent, which motion was filed on September 18, 2024 [Docket No. 3551] and granted on October 9, 2024 [Docket No. 3660].

26

52. In addition, during the Fee Period, Paul Hastings attorneys handled various other fee-related issues, including (a) assisting UK Barristers, Eisner Advisory Group LLC ("Eisner"), Kroll, LLC ("Kroll"), Pallas Partners LLP ("Pallas"), O'Sullivan McCormack Jensen & Bliss PC ("OMJB"), Prager Dreifuss AG ("Prager") with preparing their interim fee applications [Docket Nos. 3692, 3693, 3694, 3697, 3698, and 3699], (b) reviewing the interim fee applications of NPM, (c) reviewing various fee statements and assisting Prager with preparing its monthly fee statements [Docket Nos. 3393, 3394, 3628, 3780, and 3863].

vi. <u>Non-Working Travel (Task Code B195) [billed at ½ rate]</u>
    Fees: $9,153.25    Total Hours: 9.90

53. During the Fee Period, Paul Hastings attorneys traveled to Bridgeport, Connecticut, for the September 11, 2024, September 24, 2024, and October 15, 2024 hearings.

vii. <u>Business Operations (Task Code B210)</u>
    Fees: 48,448.00$    Total Hours: 37.50

54. During the Fee Period, Paul Hastings attorneys assisted the Trustee with various matters related to the operation of these chapter 11 estates, including handling wire transfers.

viii. <u>Financial Reports (Monthly Operating Reports) (Task Code B211)</u>
    Fees: $20,195.00    Total Hours: 15.20

55. During the Fee Period, Paul Hastings attorneys prepared the monthly operating reports in the Individual Debtor's chapter 11 case. In the interest of minimizing costs, the monthly operating reports for the Genever Debtors were prepared by NPM, and any time spent by Paul Hastings attorneys reviewing and commenting such reports was recorded under Matter ID 00010 (for Genever (US)) and 00011 (for Genever (BVI)).

## II.    Asset Recovery Investigation and Litigation (Matter ID 00002)

i.    <u>Court Hearings (Task Code B155)</u>
Fees: $17,086.50      Total Hours: 9.50

56.    During the Fee Period, Paul Hastings attorneys prepared for numerous hearings

and status conferences regarding the Trustee's investigation and related litigation.  As detailed

further below, attendance at these various hearings was generally recorded under the Matter ID

for the applicable adversary proceeding.  The following hearings were recorded under Matter ID

00002, among others:

- the November 5, 2024 hearing on the Trustee's 17th supplemental omnibus Rule 2004 motion;

- the November 6, 2024 hearing on G Club Operations LLC's motion to quash subpoena; and

- the November 18, 2024 hearing on G Club Operations LLC's motion to quash subpoena (continued from November 6, 2024).

ii.    <u>General Litigation (Task Code B191)</u>
Fees: $113,004.00      Total Hours: 92.40

57.    During the Fee Period, Paul Hastings attorneys continued to (a) analyze and

coordinate service on international defendants in various adversary proceedings, (b) conduct

research on pertinent legal questions relating to issues in the Trustee's current litigation and

investigations, analyze enforcement of judgment in foreign jurisdictions, (c) prepare pleadings to

recover additional assets for the estate, and (d) monitor and manage various appeals to the

District Court and Second Circuit.

58.    Paul Hastings attorneys also assisted NPM in preparing the Trustee's motion to

extend deadline to file avoidance actions to February 15, 2025 [Docket No. 3329] (the "<u>Further

Tolling Motion</u>").  The Trustee filed the Further Tolling Motion because, despite the diligent

efforts of the Trustee and his professionals, and the significant and important progress and

success he has already made, the enormity of the Trustee's task and the constant obstruction he

faced, coupled with the delay caused by the Criminal Trial which also revealed important

information the Trustee had not learned in discovery, rendered it impossible for him to complete

his investigation and bring all available causes of action prior to August 15, 2024 (*i.e.*, the

extended deadline pursuant to the Court's order on February 15, 2024).  The Court granted the

Trustee's motion on August 14, 2024.

iii.   <u>Non-Working Travel (Task Code B195) [billed at ½ rate]</u>
Fees: $12,025.50      Total Hours: 13.30

59.      During the Fee Period, Paul Hastings attorneys traveled to New York for

deposition, meeting with discovery targets and other investigation related matters.

iv.   <u>Investigations (Task Code B261)</u>
Fees: $644,877.00      Total Hours: 490.20

60.      During the Fee Period, Paul Hastings attorneys continued to handle the Trustee's

investigation to identify potential assets of the Individual Debtor's estate.  Given the corporate

maze of shell companies set up by the Individual Debtor, including hundreds of companies

purportedly owned by his close family members, business associates, and employees, this

investigation has necessarily been extensive and time intensive.

61.      As part of this investigation, Paul Hastings attorneys (a) analyzed documents

produced in response to Rule 2004 subpoenas,[21] (b) prepared Rule 2004 motion and discovery

request, (c) engaged in meet and confer sessions with the targets of the Rule 2004 discovery,

(d) identified additional entities for further investigation,  (e) conducted numerous calls and

meetings with the Trustee's forensic accountant (Kroll) to advance the Trustee's investigation

---

[21]   As further detailed below, in the interest of minimizing costs, Paul Hastings utilized UnitedLex Corporation
("<u>UnitedLex</u>") to conduct, among other things, first-round review of documents produced in the Trustee's
investigation.  UnitedLex specializes in discovery services, including document processing, storage, review
services, and distribution.

concerning potential estate claims, (f) analyzed potential claims against the Individual Debtor and his affiliated entities, (g) held internal conferences to discuss and strategize issues relating to the Trustee's ongoing investigation, (h) prepared for and conducted numerous Rule 2004 depositions, and (i) analyzed exhibits and testimony from the Criminal Trial.

62.     Paul Hastings attorneys also continued to assist NPM in preparing supplemental motions under Bankruptcy Rule 2004 seeking discovery from various individuals and entities associated with the Individual Debtor, including (a) the sixteenth supplemental motion filed on August 13, 2024 [Docket No. 3398],[22] which was granted by the Court on August 26, 2024 [Docket No. 3454], (b) the seventeenth supplemental motion filed on September 30, 2024 [Docket No. 3594], which was granted by the Court on November 15, 2024 [Docket No. 3823], (c) the Trustee's reply in support of the seventeenth supplemental motion [Docket No. 3767], (d) the Trustee's Rule 2004 motion to authorize examination of Schulman Bhattacharya, LLC (long-time personal counsel to the Individual Debtor and Debtor-related shell entities) [Docket No. 3758], which was granted by the Court on November 13, 2024 [Docket No. 3807], and (e) the Trustee's objection to G Club Operations LLC's motion to quash the Trustee's rule 2004 subpoena [Docket No. 3778].  The motion to quash was denied by the Court on November 18, 2024 [Docket No. 3835].

63.     Furthermore, during the Fee Period, Paul Hastings attorneys continued to communicate with confidential informants, who provided valuable insight into the Individual Debtor's business operations.[23]

---

[22]   The supplemental Rule 2004 motions were filed by NPM because Paul Hastings was conflicted as to some of the discovery targets.  To the extent Paul Hastings did not have a conflict, it assisted NPM in preparing the supplemental motion.

[23]   In light of the Individual Debtor's well-documented social media campaign against the Trustee, Paul Hastings attorneys, and creditors in these chapter 11 cases, the time entries attached to this Application have been redacted to remove the names of these informants.

64. As noted in Paul Hastings' prior fee applications, much of the Trustee's investigation also required the expertise of Paul Hastings' Mandarin-speaking attorney in order to analyze thousands Mandarin-language documents (including WhatsApp, text messages, and videos). This work required not only Mandarin language skills but an understanding of the legal significance of these documents, which an outside translation service would not be able to provide. Paul Hastings' Mandarin-speaking attorney has also been critical for the Trustee to communicate with the numerous Mandarin-speaking informants that have reached out to the Trustee during the course of these chapter 11 cases.

65. To date, the Trustee's investigation (including as a result of discovery under Rule 2004, information provided by confidential informants, and corporate documents received from BVI registered agents) uncovered numerous assets that the Trustee believes are property of the Individual Debtor's estate, which the Trustee is seeking to recover for the benefit of the estate. In fact, as detailed further below, during the Fee Period, the Trustee continued to prosecute several adversary proceedings to recover such assets.

66. Unfortunately, as the Court is well aware, the Trustee's investigation continued to face vigorous opposition, at every turn, not only from the Individual Debtor, but also many of the targets of the Trustee's investigation (*i.e.*, the Individual Debtor's close family members, business associates, and employees), necessitating further motion practice.

### III. Other Litigation (Matter ID 00003)

i. General Litigation (Task Code B191)
Fees: $39,987.50     Total Hours: 32.80

67. During the Fee Period, Paul Hastings attorneys assisted the Trustee on various litigation-related matters (other than the adversary proceedings pending in these chapter 11

cases), including the Criminal Case.  Among other things, Paul Hastings attorneys continued to monitor the Criminal Case and analyzed pleadings filed in the Criminal Case.

68.     As the Court may recall, on May 3, 2024, the Individual Debtor's co-defendant and chief of staff Yvette Wang pleaded guilty to one count of conspiracy to commit wire fraud and one count of conspiracy to commit money laundering.  The statutory maximum term of imprisonment on the two counts is ten years.  On January 6, 2025, the SDNY Court held a sentencing hearing with respect to Yvette Wang and imposed a sentence of ten years in prison as to Wang, finding Yvette Wang to be an "integral part of the conspiracy and knew what she was doing was illegal."  Earlier, on July 16, 2024, a unanimous jury had found the Individual Debtor guilty on nine of the 12 charges, including multiple conspiracy charges and multiple wire fraud and securities fraud charges.  The Individual Debtor's sentencing date remains pending.

69.     In addition, during the Fee Period, Paul Hastings attorneys also prepared and filed suggestions of bankruptcy in state court litigations and analyzed legal issues concerning the automatic stay in connection with the state court litigations.

**IV.   Sales Process (Matter ID 00005)**

   i.     <u>Asset Disposition (Task Code B130)</u>
          Fees: $8,747.00        Total Hours: 7.70

70.     During the Fee Period, Paul Hastings attorneys, in coordination with NPM, (a) handled the transfer of title of four motorcycles from their purported owner Defeng Cao (long-term boyfriend of Mei Guo) to the Trustee, upon the Bankruptcy Court granting the Trustee's motion for judgment on the pleadings in the Cao Adversary Proceeding (as defined below) and finding that the four motorcycles are beneficially owned by the Debtor and therefore are property of the estate, (b) handled transfer of title of a Lexus vehicle found at the Taconic Property which

was nominally held by Yun Jing (a known associate of the Debtor) to the Trustee, and (c)

discussed issues relating to potential auction of such vehicles.

ii.    Sale of Real Estate (Task Code B131)
       Fees: $79,885.50        Total Hours:

71.    During the Fee Period, Paul Hastings attorneys, in coordination with NPM and in

connection with the sale of the Taconic Property, (a) prepared the Trustee's application to

employ Compass, Inc. as real estate broker for the sale of the Taconic Property [Docket No.

3450] and motion to expedite the hearing on the motion, which retention application was granted

by the Bankruptcy Court on September 4, 2024 [Docket No. 3504], (b) prepared the Trustee's

motion to authorize and approve the sale of the Taconic Property [Docket No. 3592] filed on

September 30, 2024, which the Court granted on October 15, 2024 [Docket No. 3690], (c)

worked on issues relating to the bidding process, (d) corresponded and negotiated with the

bidders, (d) analyzed legal issues relating to the sale of the Taconic Property and terms of the

sale contract, and (e) conducted inspections and walkthrough at the Taconic Property.

72.    Furthermore, during the Fee Period, Paul Hastings attorneys, in coordination with

NPM and in connection with the sale of the Mahwah Mansion, (a) prepared the Trustee's motion

for authorization to sell Mahwah Mansion and its contents [Adv. Proc. No. 23-05017, Docket

No. 134], which was granted by the Bankruptcy Court on October 29, 2024 [Adv. Proc. No. 23-

05017, Docket No. 142], (b) conferred with counsel to Taurus Fund regarding the proposed order

to sell the Mahwah Mansion and its contents, (c) analyzed legal issues relating to the sale process

of the Mahwah Mansion, (d) interviewed brokers and held conference calls regarding the

marketing plans for the Mahwah Mansion, and (e) prepared and filed the Trustee's application

seeking authorization to employ Compass New Jersey, LLC as real estate broker for sale of the

Mahwah Mansion [Main Case Docket No. 3855].  Upon a hearing held on December 10, 2024,

on December 11, 2024, the Bankruptcy Court granted the Trustee's application to retain

Compass New Jersey, LLC [Main Case Docket No. 3873].

      iii.    <u>Court Hearings (Task Code B155)</u>
              Fees: $20,717.00     Total Hours: 11.00

      73.    During the Fee Period, Paul Hastings attorneys prepared for and attended hearings

and status conferences relating to the Trustee's motion for authorization to sell the Mahwah

Mansion and its contents.  On October 29, 2024, the Bankruptcy Court entered an order

authorizing the Trustee to sell the Mahwah Mansion and its contents, subject to entry of further

orders.

**V.      Tax Matters (Matter ID 00006)**

      i.     <u>Tax Issues (Task Code B240)</u>
              Fees: $20,499.00     Total Hours: 11.30

      74.    During the Fee Period, Paul Hastings attorneys continued to confer with the

Trustee's tax advisors (*i.e.*, Eisner Advisory Group LLC, "<u>EA Group</u>") regarding the preparation

of tax filings for the Debtors.  Among other things, Paul Hastings attorneys held several

conference calls with EA Group employees to address their questions regarding various

transactions during these chapter 11 cases.

**VI.    Genever US (Matter ID 00010)**

      i.     <u>Sale of Real Estate (Task Code B131)</u>
              Fees: $15,510.00     Total Hours: 8.10

      75.    During the Fee Period, in anticipation of completing the remediation and cleaning

work at the Sherry Netherland Apartment, Paul Hastings attorneys engaged with Sotheby's to

discuss marketing and sale of the Sherry Netherland Apartment.

      ii.      <u>Non-Working Travel (Task Code B195) [billed at ½ rate]</u>
              Fees: $1,110.00       Total Hours: 1.20

76.      During the Fee Period, Paul Hastings attorneys traveled to the Sherry Netherland Apartment to discuss and oversee the remediation and cleaning projects.

      iii.     <u>Business Operations (Task Code B210)</u>
              Fees: $19,795.00     Total Hours: 11.70

77.      During the Fee Period, Paul Hastings attorneys analyzed various operational matters with respect to Genever (US), including, most notably, as it relates to the remediation and cleaning work for the Sherry Netherland Apartment.  Among other things, Paul Hastings attorneys (a) worked closely with the architect (Acheson Doyle) regarding progress of the remediation and cleaning projects, (b) prepared the monthly status reports in accordance with the Court's order, dated September 19, 2023 [Docket No. 2213].  As indicated in its latest status report [Docket No. 3794], the remediation project and the cleaning project were substantially completed in August 2024, and the Trustee has begun marketing the Sherry Netherland Apartment in mid-September 2024.

**VII.   Genever BVI (Matter ID 00011)**

      i.       <u>Security Document Analysis (Task Code B231)</u>
              Fees: $10,345.50     Total Hours: 6.20

78.      During the Fee Period, Paul Hastings attorneys, in coordination with the Trustee's BVI counsel, Harneys, analyzed legal issues relating to the release of duplicate lien charge against Genever BVI.

**VIII.  Mahwah Adversary (Matter ID 00012)**

      i.       <u>Court Hearings (Task Code B155)</u>
              Fees: $126,681.50    Total Hours: 93.10

79.      During the Fee Period, Paul Hastings attorneys prepared for and handled hearings and status conferences recorded under this matter number in connection with (a) Trustee's

request to determine applicable deadlines to further proceedings in the Mahwah Adversary Proceeding (as defined below) [Docket No. 114 in Adv. Proc. No. 23-05017], and (b) the Trustee's motion for order authorizing sale of the Mahwah Mansion and its contents [Docket No. 134 in Adv. Proc. No. 23-05017], (c) the Trustee's motion for summary judgment [Docket No. 124 in Adv. Proc. No. 23-05017].  Preparation for these hearings included (a) analyzing legal authority, (b) preparing argument outline, and (c) preparing a 65-page demonstrative showcasing and summarizing key aspects of the Trustee's voluminous evidentiary record in support of the motion for summary judgment.

     ii.     <u>General Litigation (Task Code B191)</u>
               Fees: $530,625.00     Total Hours: 397.20

80.     During the Fee Period, Paul Hastings attorneys continued to prosecute the Trustee's complaint against Scott Barnett (the Individual Debtor's driver and/or bodyguard), Taurus Fund, LLC, and Taurus Management LLC [Adv. Proc. No. 23-05017] (the "<u>Mahwah Adversary Proceeding</u>").  In the Mahwah Adversary Proceeding, the Trustee seeks determinations that, among other things, (a) the Debtor is the equitable owner of the 50,000 square foot Mahwah Mansion, (b) the Debtor is the equitable owner of Taurus Fund, LLC (the entity holding title to Mahwah Mansion), and (c) that Taurus Fund, LLC is an *alter ego* of the Individual Debtor.

81.     Following the conclusion of the Individual Debtor's Criminal Trial, Paul Hastings attorneys prepared and filed on August 1, 2024 the Trustee's notice of resumption of the Mahwah Adversary Proceeding [Docket No. 110 in Adv. Proc. No. 23-05017], which was stayed pursuant to the Court's order on February 2, 2024 [Docket No. 102 in Adv. Proc. No. 23-05017].

82.     On September 11, 2024, Paul Hastings attorneys prepared and filed the Trustee's motion for summary judgment [Docket Nos. 124, 125 in Adv. Proc. No. 23-05017], which

contains a voluminous evidentiary record supporting the Trustee's motion including a statement of undisputed facts containing 56 paragraphs and citing to 279 exhibits and the testimony of more than 15 witnesses, either by way of deposition transcript or in-court testimony.  During the Fee Period, Paul Hastings attorneys also (a) analyzed the defendants' opposition to the Trustee's motion for summary judgment and related legal issues, (b) prepared and filed the Trustee's reply [Docket Nos. 146, 147 in Adv. Proc. No. 23-05017], and (c) prepared for and handled the hearing on the Trustee's motion for summary judgment on November 19, 2024.

83.     Furthermore, during the Fee Period, Paul Hastings attorneys, in coordination with NPM, also (a) analyzed and strategized next steps in adversary proceeding, (b) prepared the Trustee's reply to the defendants' response to the Trustee's emergency motion to approve estate funding to maintain Mahwah Mansion [Docket No. 113 in Adv. Proc. No. 23-05017], (c) prepared stipulation with certain third party vendor regarding its state court mechanics' lien action, (d) analyzed the defendants' motion to withdraw the reference and prepared the Trustee's objection filed on August 30, 2024 [Docket No. 10 in Case No. 3:24-mc-00085], (e) prepared the Trustee's request for status conference [Docket No. 114 in Adv. Proc. No. 23-05017], and (f) prepared the Trustee's motion to exceed the page limit with respect to the Trustee's forthcoming summary judgment motion [Docket No. 122 in Adv. Proc. No. 23-05017].

84.     In addition, as the Court may recall, following the Individual Debtor's conviction, Taurus Fund ceased to pay expenses related to maintenance of the Mahwah Mansion.  During the Fee Period, Paul Hastings attorneys continued to handle issues in connection with Taurus Fund ceasing to pay such expenses, including seeking (and obtaining) authorization to fund such expenses from the Individual Debtor's estate and filing motion to increase cap on funding of expenses of Mahwah Mansion [Docket No. 3650].  Among other things, the Trustee obtained

Court authorization to fund these security and maintenance costs on August 15, 2024 [Docket

No. 3422] and following a hearing on October 15, 2024 on the Trustee's motion to increase the

cap on funding expenses of Mahwah Mansion, the Court entered an order granting the Trustee's

motion to increase such cap [Docket No. 3689].

## IX.    HCHK Adversary (Matter ID 00014)

i.    General Litigation (Task Code B191)
Fees: $4,723.00        Total Hours: 3.60

85.    During the Fee Period, Paul Hastings attorneys continued to prosecute the appeals

relating to adversary proceeding [Adv. Proc. No. 23-05013] (the "HCHK Adversary

Proceeding").  In the HCHK Adversary Proceeding, the Trustee seeks determinations that,

among other things, (a) HCHK Technologies, Inc. ("HCHK Technologies"), HCHK Property

Management, Inc. ("HCHK Property"), Lexington Property and Staffing, Inc. ("Lexington

Property," and, together with HCHK Technologies and HCHK Property, the "HCHK Entities")

are *alter egos* of the Individual Debtor and (b) the Individual Debtor is the equitable owner of the

HCHK Entities and/or their assets.  In addition, the complaint sought an injunction against the

commencement or continuation of the assignment proceedings commenced with respect to the

HCHK Entities in New York state court (the "Assignment Proceedings").  In connection with the

HCHK Adversary Proceeding, the Trustee also requested and obtained a temporary restraining

order as it relates to the commencement or continuation of the Assignment Proceeding [Docket

No. 18 in Adv. Proc. No. 23-05013].  On June 14, 2024, the Court granted the Trustee's motion

for default judgment, holding, among other things, that the HCHK Entities are the *alter egos* of

the Individual Debtor and directing that the property of the HCHK Entities be turned over to the

estate [Docket No. 290 in Adv. Proc. No. 23-05013].  As a result of this ruling, among other

things, over $38 million of the HCHK Entities' funds (previously transferred into accounts

controlled by the Trustee pursuant to the settlement with the Assignee) are now property of the estate.

86.     On September 30, 2024, clerk of the District Court entered a judgment, dismissing with prejudice the proposed intervenors' appeal of this Court's intervention order pursuant to a stipulation by the parties.  In addition, in light of the withdrawal of counsel for appellants and subsequent failure of HCHK entities (including HCHK BVI) to secure successor counsel, on October 24, 2024, the District Court entered an order of dismissal, dismissing the consolidated appeal by HCHK Entities as well as Holy City Hong Kong Ventures, Ltd ("HCHK BVI") of this Court's memorandum of decision and order denying motion to set aside default.

87.     Among other things, during the Fee Period, Paul Hastings attorneys analyzed issues relating to the withdrawal of appellants' counsel and prepared for the hearing on appellants counsel's motion to withdrawal.

88.     Moreover, during the Fee Period, Paul Hastings attorneys also, with assistance from UnitedLex, reviewed and analyzed contents of devices belonging to HCHK Entities.

    ii.     <u>Business Operations (Task Code B210)</u>
         Fees: $3,514.50          Total Hours: 3.60

89.     During the Fee Period, Paul Hastings attorneys continued to work with the Assignee's counsel to handle administrative matters relating to HCHK Entities, including handling correspondences from HCHK Entities' former employees and issues relating to payroll and payment of invoices

## X.     Mei Guo Adversary (Matter ID 00016)

    i.     <u>General Litigation (Task Code B191)</u>
         Fees: $39,123.00          Total Hours: 27.20

90.     During the Fee Period, Paul Hastings attorneys continued to assist NPM in prosecuting appeals relating to the adversary proceeding [Adv. Proc. No. 22-05008] (the "<u>Mei</u>

Guo Adversary Proceeding"). In the Mei Guo Adversary Proceeding, the Trustee seeks (a) an order declaring that the proceeds (the "Bombardier Proceeds") from the sale of the Individual Debtor's private Bombardier jet (the "Bombardier") are property of the estate, (b) an order that Mei Guo surrender the Bombardier Proceeds or the value thereof to the Trustee because she received the Bombardier Proceeds as an unauthorized postpetition transfer avoidable under section 549 of the Bankruptcy Code, (c) an order that Mei Guo surrender to the Trustee the value of the Individual Debtor's shell company Anton Development Limited ("Anton Development") at the time the company was transferred to her on June 27, 2017 (upon which date Anton Development was title holder to the Bombardier) pursuant to a transaction avoidable as an actual fraudulent transfer, and (d) an order declaring that a series of BVI registered shell companies purportedly held by Mei Guo are property of the Individual Debtor's chapter 11 estate. On April 3, 2024, the Court granted, in part, the Trustee's motion for summary judgment, holding, among other things, that the Individual Debtor beneficially owned the Bombardier and, hence, beneficially owns the Bombardier proceeds and directing Mei Guo to turn over to the estate the Bombardier proceeds [Adv. Proc. No. 22-05008, Docket No. 126] (the "Mei Guo Summary Judgment Order"). On April 17, 2024, Mei Guo appealed this decision to the District Court.

91.     Among other things, during the Fee Period, Paul Hastings attorneys reviewed and analyzed the Trustee's appellate brief with respect to Mei Guo's appeal of the foregoing summary judgment ruling, which was filed on September 13, 2024. On January 21, 2025 (*i.e.*, after the Fee Period), the District Court affirmed this Court's Mei Guo Summary Judgment Order.

92.     In addition, Paul Hastings attorneys analyzed issues relating to Mei Guo's violation of the preliminary injunction order issued by this Court in the Mei Guo Adversary

Proceeding and prepared the Trustee's motion to enforce the preliminary injunction, which was filed on December 20, 2024 [Docket No. 140 in Adv. Proc. No. 23-05008].

## XI.    HK USA Adversary Proceeding (Matter ID 00017)

i.    <u>General Litigation (Task Code B191)</u>
Fees: $14,463.50    Total Hours: 8.10

93.    During the Fee Period, Paul Hastings attorneys, in coordination with NPM, continued to prosecute appeals relating to the HK USA Adversary Proceeding.  On August 23, 2024, the District Court affirmed this Court's orders granting the Trustee's motion for summary judgment in which this Court determined that the Individual Debtor was the beneficial owner of the Lady May yacht and that HK USA was the Individual Debtor's *alter ego* [Docket No. 60 in Case No. 3:23-cv-00458-KAD].  Clerk of the District Court entered judgment in favor of the Trustee on September 5, 2024 [Docket No. 61 in Case No. 3:23-cv-00458-KAD].

94.    Among other things, during the Fee Period, Paul Hastings attorneys (a) reviewed and analyzed legal issues relating to the appellate decision, (b) held internal discussions to strategize and analyze case materials, and (c) in coordination with NPM, prepared and filed the Trustee's appellate brief to the United States Court of Appeals for the Second Circuit from the District Court's judgment affirming this Court's orders of contempt and sanctions [Docket No. 33 in Case No. 24-1271].

## XII.    Greenwich Land Adversary (Matter ID 00020)

i.    <u>Sale of Real Estate (Task Code B131)</u>
Fees: $19,750.00    Total Hours: 10.00

95.    During the Fee Period, Paul Hastings attorneys, in coordination with NPM, handled various issues relating to the sale of the Taconic Property, including participating in negotiation for the sale, corresponding with counsels to various bidders, reviewing and analyzing sale documents, and resolving issues as to insurance for the Taconic Property.

ii.     General Litigation (Task Code B191)
        Fees: $50,077.50       Total Hours: 27.50

96.     During the Fee Period, Paul Hastings attorneys continued to prosecute the

Trustee's complaint against Greenwich Land and Hing Chi Ngok [Adv. Proc. No. 23-05005] (the

"Greenwich Land Adversary Proceeding"). In the Greenwich Land Adversary Proceeding, the

Trustee seeks determinations that, among other things, (a) Greenwich Land is an *alter ego* of the

Individual Debtor and (b) the Individual Debtor is the equitable owner of Greenwich Land.  On

July 3, 2024, the Court granted the Trustee's motion for summary judgment, holding, among

other things, that Greenwich Land is an *alter ego* of the Individual Debtor and directing that the

property of Greenwich Land be turned over to the estate.  As a result of this ruling, among other

things, the Debtor's multi-million-dollar mansion located at 373 Taconic Road, Greenwich,

Connecticut is now property of the estate.

97.     During the Fee Period, Paul Hastings attorneys, in coordination with NPM,

analyzed issues relating to the defendants' motion to stay pending appeal, which motion was

resolved upon the Court's entering of the consent order resolving defendants' motion [Docket

No. 166 in Adv. Proc. No. 23-05005], and on September 30, 2024 prepared and filed the

Trustee's motion to sell the Taconic Property for a purchase price of $6.9 million [Docket No.

3592].  The Trustee subsequently filed a notice to the Court on October 14, 2024 regarding a

higher and better offer to purchase the Taconic Property for $7.25 million [Docket No. 3682].

Paul Hastings attorneys also (a) prepared for and attended the hearing on October 15, 2024

regarding the Trustee's motion to sell the Taconic Property, (b) handled issues regarding

insurance for the Taconic Property, and (c) conducted inspections at the Taconic Property in

connection with its sale.  On October 22, 2024, in coordination with NPM. Paul Hastings

attorneys prepared and filed the Trustee's report of sale regarding the Taconic Property where the property was sold for $7.25 million [Docket No. 3743].

98.    In addition, Paul Hastings attorneys, in coordination with NPM, continued to handle the appeals in the District Court as to the Greenwich Land Adversary Proceeding. During the Fee Period, Paul Hastings prepared counter-designations in connection with Greenwich Land and Ms. Ngok's appeal as to the Bankruptcy Court's order Trustee's motion for summary judgment, and in connection with NPM, prepared and filed the Trustee's appellee brief on December 30, 2024 [Docket No. 19 in Case No. 3:24-cv-01185].  Furthermore, on January 2, 2025, the District Court entered a Memorandum of Decision denying Greenwich Land and Ms. Ngok's motion to withdraw the reference [Docket No. 169 in Adv. Proc. No. 23-05005].

## XIII.    Lamp Capital Adversary Proceeding (Matter ID 00024)

i.    <u>General Litigation (Task Code B191)</u>
Fees: $113,079.50    Total Hours: 89.90

99.    During the Fee Period, Paul Hastings attorneys continued to prosecute the Trustee's adversary proceeding against Lamp Capital LLC and certain other defendants [Adv. Proc. No. 23-05023] (the "<u>Lamp Capital Adversary Proceeding</u>").  In the Lamp Capital Adversary Proceeding, the Trustee seeks determinations that, among other things, Lamp Capital, Hudson Diamond, and Leading Shine are the Individual Debtor's *alter egos* and that the Individual Debtor equitably owns these *alter ego* defendants and their assets.  In February 2024, the Bankruptcy Court granted the Trustee's motion for entry of default judgment on his claims that Lamp Capital, another allegedly independent company nominally owned by Qiang Guo (*i.e.*, the Debtor's son) that was used by the Debtor as a funding vehicle, was an *alter ego* of and equitably owned by the Debtor [Docket No. 63 in Adv. Proc. No. 23-05023].

100.    During the Fee Period, Paul Hastings attorneys prepared and filed the Trustee's motion for summary judgment as to Trustee's claims against Hudson Diamond and Leading Shine [Docket Nos. 97, 98 in Adv. Proc. No. 23-05023], as well as the Trustee's reply to the defendant's opposition to the summary judgment motion [Docket No. 117 in Adv. Proc. No. 23-05023]. A hearing on the Trustee's summary judgment motion was held on December 10, 2024 (*i.e.*, after the Fee Period), and the matter is currently under advisement by this Court.

**XIV.   Ace Decade Adversary Proceeding (Matter ID 00026)**

i.    General Litigation (Task Code B191)
Fees: $58,704.50        Total Hours: 37.70

101.    During the Fee Period, Paul Hastings attorneys continued to prosecute the Trustee's adversary proceeding against Ace Decade, Yvette Wang, and Rui Hao [Adv. Proc. No. 23-05028] (the "Ace Decade Adversary Proceeding"). In the Ace Decade Adversary Proceeding, the Trustee seeks declarations that the transfer of the Ace Decade share by defendant Wang to defendant Hao is void in light of this Court's prior ruling that the Trustee beneficially owns the Ace Decade share.

102.    During the Fee Period, on September 10, 2024, Paul Hastings attorneys handled hearing on the Trustee's motion for entry of default judgment as against defendant Rui Hao [Docket No. 75 in Adv. Proc. No. 23-05028], which the Court granted on September 12, 2024.

103.    In addition to the foregoing, during this adversary proceeding, the Trustee learned that, in June 2024, Defendant Hao commenced liquidation proceedings in the British Virgin Islands ("BVI") with respect to Ace Decade and Dawn State. Accordingly, Paul Hastings was also required to address the BVI liquidation proceedings as part of the Trustee's continuing efforts to obtain ownership and control over Ace Decade and Dawn State. To that end, during the Fee Period, Paul Hastings attorney handled a variety of issues, in coordination with the

Trustee's BVI counsel, relating to the liquidation proceedings with respect to Ace Decade.
Among other things, Paul Hastings attorneys (a) coordinated with the Trustee's BVI counsel
(Harneys) to address the appointment of the purported BVI joint liquidator and seek relief in the
BVI court to rectify the member register for Ace Decade and Dawn State so as to reflect the
Trustee is the true holder of the shares in Ace Decade and Dawn State, (b) prepared and
reviewed the Trustee's affidavit filed with the BVI court, (c) analyzed legal issues relating to
Defendant Rui Hao's continuing violation of the automatic stay, (d) continued to confer with the
purported BVI joint liquidators regarding the Trustee's ownership of the Ace Decade and Dawn
State shares, and (e) held internal conferences to discuss and strategize.

104.    In addition, in coordination with NPM, Paul Hastings attorneys also analyzed
issues relating to enforcing the default judgment entered against Yvette Wang.  On January 31,
2025 (*i.e.*, after the Fee Period), the Trustee filed his Ex Parte *Application for Pre-Judgment
Remedy Against Defendant Yvette Wang* [Docket No. 86 in Adv. Proc. No. 23-05028], which the
Court granted on February 4, 2025 [Docket No. 89 in Adv. Proc. No. 23-05028].

## XV.    Defeng Cao Adversary Proceeding (Matter ID 00027)

i.    General Litigation (Task Code B191)
Fees: $40,653.00        Total Hours: 26.40

105.    During the Fee Period, Paul Hastings attorneys prepared and filed the Trustee's
complaint against Defeng Cao (the long-term boyfriend of the Debtor's daughter) [Adv. Proc.
No. 24-05001] (the "Defeng Cao Adversary Proceeding").  In the Defeng Cao Adversary
Proceeding, the Trustee seeks to recover six separate vehicles—three Harley Davidsons and one
BMW motorcycle, as well as one Land Rover Defender and one Dodge Ram Pickup Truck—
which, while nominally held by the defendant, were fraudulently transferred to the defendant, or
alternatively, are equitably owned by the Individual Debtor.

106.     On September 9, 2024, the Court granted the Trustee's motion for judgment on the pleadings, holding that the motorcycles are property of the estate and requiring Mr. Cao to turn them over to the estate.  During the Fee Period, Paul Hastings attorneys handled the transfer of title of the four motorcycles to the Trustee and analyzed and strategized next steps in litigation in this adversary proceeding, including discussing settlement proposal with the defendant.

## XVI.   Omnibus Alter Ego Adversary Proceeding (Matter ID 00028)

i.       General Litigation (Task Code B191)
         Fees: $524,561.00       Total Hours: 400.80

107.     During the Fee Period, Paul Hastings attorneys continued to prosecute the adversary proceeding commenced by the Trustee against more than forty entities—each nominally owned by a family member or associate of the Individual Debtor)—seeking rulings that such entities are *alter egos* of the Individual Debtor and/or their assets are beneficially owned by the Individual Debtor, such that their assets are property of the estate [Adv. Proc. No. 24-05249] (the "First Omnibus Alter Ego Adversary Proceeding").

108.     During the Fee Period, Paul Hastings attorneys, in coordination with NPM, handled the hearing on the Trustee's motion for entry of default judgment against the Individual Debtor's son, *i.e.*, Qiang Guo, and K Legacy.  On September 12, 2024, the Trustee obtained entries of default as against K Legacy and Qiang Guo, pursuant to which the Court held, among other things, that the ownership interests in K Legacy and the assets of K Legacy, including a luxury apartment in London, are property of the estate.  In addition to obtaining a default judgment against K Legacy and the Debtor's son, during the Fee Period the Trustee also commenced and continued to prosecute proceedings in the BVI, *i.e.*, the jurisdiction where K Legacy is incorporated, to, among other things, seek rulings that the Trustee beneficially owns K Legacy and the London apartment.

109.    Furthermore, upon request of the Trustee, on September 13, 2024, the Clerk of the

Court entered default against more than 15 defendants in the First Omnibus Alter Ego Adversary

Proceeding [Adv. Proc. Docket No. 79].

110.    In addition, during the Fee Period, in connection with the First Omnibus Alter

Ego Adversary Proceeding, Paul Hastings attorneys (a) analyzed motions to dismiss the original

complaint and later the amended complaint in the adversary proceeding filed by certain

defendants (the "Moving Defendants"), (b) analyzed legal issues in connection with severing the

defendants against whom the Clerk of the Court entered default from this adversary proceeding,

(c) prepared amended complaint and the Trustee's response to various defendants' motions to

dismiss, (d) analyzed and researched legal issues in connection with the amended complaint, and

(e) held internal conferences to discuss strategy.  Paul Hastings attorneys, in coordination with

NPM, handled status conference on the scheduling of responsive pleadings.  Following the status

conference on October 15, 2024, Paul Hastings prepared and filed the amended complaint

[Docket No. 106 in Adv. Proc. No. 24-05249] on October 29, 2024 pursuant to the Court's

scheduling order [Docket No. 102 in Adv. Proc. No. 24-05249].  On December 6, 2024 (*i.e.*,

after the Fee Period), Paul Hastings attorneys filed the Trustee's objection to defendants'

motions to dismiss amended complaint [Docket No. 121 in Adv. Proc. No. 24-05249].

111.    Pursuant to the Court's scheduling and severance order [Docket No. 102 in Adv.

Proc. No. 24-05249], the First Omnibus Alter Ego Adversary Proceeding is severed into two

separate adversary proceedings, whereby the Trustee's claims against the Moving Defendants are

to proceed under a new docket number assigned to the same judge [Adv. Proc. No. 24-05318]

(the "Severed OAE Adversary Proceeding").  During the Fee Period, Paul Hastings attorneys

also (a) handled settlement discussion with defendant Karin Maistrello who, as alleged in the

complaint, is the nominal sole owner of the defendant Alfa Global Ventures Limited, (b) prepared the Trustee's *Motion for Entry of Consented to Stipulated Judgment* with respect to defendant Karin Maistrello [Docket No. 104 in Adv. Proc. No. 24-05318], and (c) handled the hearing on such motion on November 19, 2024.  On November 26, 2024, the Court entered the stipulated judgment with respect to defendant Maistrello [Docket No. 109 in Adv. Proc. No. 24-05318].

112.    Moreover, during the Fee Period, Paul Hastings attorneys continued to analyze legal issues relating to international service and coordinate service of the complaint and summons on the defendants.  In connection information and/or exhibits cited in the complaint and subsequently the amended complaint that have been designated "Confidential" or "Highly Confidential" pursuant to the Protective Order [Docket Nos. 923, 3264], Paul Hastings attorneys also analyzed the confidentiality designation of such exhibits and redaction applied to the complaint and subsequently the amended complaint.

113.    Furthermore, during the Fee Period, Paul Hastings attorneys continued to prepare the new omnibus *alter ego* complaint, analyze factual and legal issues in connection with such new complaint, and hold internal conferences to further discuss and strategize.  On December 23, 2024 (*i.e.*, after the Fee Period), Paul Hastings attorneys prepared and filed another adversary complaint [Docket No. 1 in Adv. Proc. No. 24-05322] (the "Second Omnibus Alter Ego Adversary Proceeding") against more than forty entities—each nominally owned by a family member or associate of the Individual Debtor)—seeking rulings that such entities are *alter egos* of the Individual Debtor and/or their assets are beneficially owned by the Individual Debtor, such that their assets are property of the estate.

## XVII.  Avoidance Actions (Matter ID 00029)

 i. <u>Court Hearings (Task Code B155)</u>
  Fees: $44,026.50  Total Hours: 23.40

114. During the Fee Period, Paul Hastings attorneys prepared for and attended numerous hearings and status conferences regarding the Avoidance Actions.  The following hearings were recorded under Matter ID 00029, among others:

- the August 13, 2024 hearing on the Trustee's first supplemental motion to extend deadline to file avoidance actions;

- the September 6, 2024 status conference on appeals of the Bankruptcy Court's order extending the Trustee's deadline to file avoidance action;

- the September 24, 2024 status conference on the mediation and avoidance action procedures order, the mediation stay, and issues relating to the defendants' motions to dismiss;

- the November 19, 2024 hearing on the Trustee's motion for default judgment as to the Avoidance Action against Cirrus Design Corporation and Qiang Guo.

 ii. <u>General Litigation (Task Code B191)</u>
  Fees: $1,190,681.50 Total Hours: 792.30

115. During the Fee Period, Paul Hastings attorneys, in coordination with Kroll and NPM, continued to analyze potential avoidance actions claims (for instance, with respect to professional services firms) and conducted related research.  Paul Hastings attorneys also assisted NPM with preparing additional Avoidance Action complaints.  Ultimately, the Trustee has now filed a total of more than 300 Avoidance Actions seeking the avoidance of fraudulent and post-petition transfers made by the Individual Debtor through his shell companies.  In order to minimize costs, the large majority of these complaints were prepared and filed by NPM.

116. Paul Hastings attorneys, in coordination with NPM, also (a) prepared and filed the Trustee's responses to various Avoidance Action defendants' motions to dismiss, (b) prepared and filed the Trustee's response to motion to withdraw the references filed by various Avoidance

Action defendants, (c) prepared and filed the Trustee's motion for judgment on the pleadings with respect to the Trustee's adversary complaint as against Zeisler & Zeisler, P.C, (d) analyzed other litigation-related issues, including appeals of the Court's order granting the Trustee's motion to extend deadline to file avoidance actions and responding to third party complaint filed in the avoidance actions, and (e) continued to meet and confer with counsel for Avoidance Action defendants.

117.    As discussed above, Paul Hastings attorneys, in coordination with NPM, prepared the Trustee's motion to extend the August 15, 2024 deadline for the Trustee to commence actions to avoid and recover fraudulent transfers and/or assert other estate causes of action (which motion was filed on July 19, 2024), and related motions to limit service.  The Court granted this motion to extend deadline by order dated August 14, 2024.

118.    Furthermore, on November 13, 2024 and November 20, 2024, respectively, the Bankruptcy Court granted the Trustee's motions for entry of default judgment in Avoidance Actions against Qiang Guo, the Debtor's son, with respect to more than $20 million transfer from the Individual Debtor's *alter ego*, Lamp Capital, to Qiang Guo, and approximately **$4 million** transfers from the Individual Debtor's *alter* egos, Lamp Capital, HCHK Technologies, and Leading Shine, for the benefit of Qiang Guo.

119.    During the Fee Period, Paul Hastings attorneys also prepared for and attended the September 24, 2024 status conference, following which, the Court entered an order further amending the avoidance action procedures order and scheduling joint briefing of motions to dismiss and motions for judgment on the pleadings [Docket No. 3577].  In this regard, Paul Hastings attorneys (a) reviewed and analyzed the joint defendants' motion to dismiss, (b)

prepared and filed the Trustee's objections to the joint defendants' motion to dismiss, and (c) further analyzed the joint defendant's joint reply.

120.    In addition, Paul Hastings attorneys continued to meet and confer with counsel for Avoidance Action defendants as well as discussed and analyzed potential settlements and prepared settlement agreements.

121.    During the Fee Period, Paul Hastings attorneys also continued to analyze and coordinate the service of the Avoidance Action complaints on the respective defendants, including international service in accordance with the Hague Convention.

## XVIII. Mediation (Matter ID 00030)

i.    <u>General Litigation (Task Code B191)</u>
Fees: $112,642.00    Total Hours: 66.80

122.    During the Fee Period, Paul Hastings attorney, in coordination with NPM, (a) continued to prepare for and conduct mediation sessions, (b) analyzed legal issues and case law concerning the mediation and settlement, (c) prepared for mediation sessions, (d) prepared for and held discussions with Judge Tancredi, as the mediator, about the mediation process, and (e) held internal meetings to discuss strategy and analyze case materials in connection with mediation and potential settlements.

## XIX.    Forfeiture Issues (Matter ID 00031)

i.    <u>General Litigation (Task Code B191)</u>
Fees: $372,244.50    Total Hours: 210.70

123.    In connection with the Individual Debtor's Criminal Case, the U.S. Government has seized and sought forfeiture of more than $630 million in various accounts, as well as various other assets controlled by the Individual Debtor (the "<u>Seized Assets</u>") as identified in the third *Superseding Indictment* [Criminal Case Docket No. 307] and later in *the Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment* [Criminal Case Docket

No. 488]. The Seized Assets and/or the entities in whose name they were held are also subjects of various adversary proceedings commenced by the Trustee. Thus, navigating and resolving forfeiture issues with the U.S. Government is of critical importance to the interest of the estate and of the Individual Debtor's creditors, to whom the Trustee owes fiduciary duties.

124.     In light of the above, during the Fee Period, Paul Hastings attorneys (a) reviewed and analyzed legal issues and case law regarding criminal forfeiture, (b) prepared presentation slides and related materials, (c) held internal conferences to discuss and strategize, and (d) held meeting and discussion with the U.S. Government to discuss related issues.

## XX.    K Legacy (Matter ID 00032)

>     i.      <u>General Litigation (Task Code B191)</u>
>             Fees: $88,554.00        Total Hours: 55.00

125.     During the Fee Period, Paul Hastings attorneys, in coordination with NPM, continued to prosecute the Trustee's claims as against K Legacy Limited ("<u>K Legacy</u>") and Qiang Guo. On September 12, 2024, the Court, upon motion of the Trustee, entered default judgment against K Legacy and Qiang Guo, pursuant to which the Court held, among other things, that the ownership interests in K Legacy and the assets of K Legacy, including the Individual Debtor's luxury apartment in London, are property of the estate [Docket No. 76 in Adv. Proc. No. 24-05249].

126.     In addition, Paul Hastings attorneys, in coordination with the Trustee's BVI counsel, Harneys and Mr. James Morgan, continued to prosecute proceedings commenced by the Trustee in the BVI, *i.e.*, the jurisdiction where K Legacy is incorporated, to among other things, seek rulings that the Trustee beneficially owns K Legacy and the London apartment.

ii.    Investigations (Task Code B261)
        Fees: $17,493.00      Total Hours: 9.80

127.    During the Fee Period, Paul Hastings attorneys continued to prosecute the

Trustee's claims as against K Legacy and Qiang Guo. A critical aspect of the Trustee's

investigation and litigation is to analyze the ownership and corporate structure of K Legacy, an

entity organized in the BVI which purportedly holds title to the Individual Debtor's luxury

apartment in London.

128.    In light of the above, during the Fee Period, Paul Hastings attorneys, in

coordination with the Trustee's BVI counsel, Harneys, prepared a disclosure application in the

BVI court with respect to K Legacy.

## XXI.  Swiss Proceedings (Matter ID 00033)

i.    Investigations (Task Code B261)
        Fees: $198,465.00      Total Hours: 134.30

129.    As alleged by the U.S. Government in the Superseding Indictment, the Individual

Debtor and his associates transferred and directed the transfer of hundreds of millions of dollars

into and through more than approximately 500 accounts held in the names of at least 80 different

entities or individually, including bank accounts in Switzerland. In addition, through his diligent

investigation efforts, the Trustee has reason to believe that there are assets of the Individual

Debtor's estate potentially located in Switzerland.

130.    Following the recognition of the Individual Debtor's chapter 11 case in

Switzerland by the Swiss court, during the Fee Period, Paul Hastings attorneys, in coordination

with the Trustee's Swiss counsel, Prager, (a) continued to conduct investigation into Individual

Debtor's assets in Switzerland, (b) reviewed and analyzed legal issues relating to asset

investigation in Switzerland, and (c) held internal conferences and conference with Prager to

discuss the investigation and litigation strategy.

## XXII.  Cyprus Proceedings (Matter ID 00034)

i.     <u>General Litigation (Task Code B191)</u>
Fees: $83,890.50      Total Hours: 59.90

131.     As discussed above, in the course of his investigation into the Individual Debtor's

financial affairs, the Trustee discovered assets (including real property) located, and transfers

that took place, in Cyprus.  As a result, during the Fee Period, Paul Hastings attorneys prepared

complaint against among others, Bouillor Holdings Limited ("<u>Bouillor</u>"), a Cyprus entity

nominally owned by Qiang Guo, son of the Individual Debtor, to recover the Individual Debtor's

luxurious high-rise apartment in Limassol, Cyprus (the "<u>Bouillor Adversary Proceeding</u>").  In the

Bouillor Adversary Proceeding, the Trustee seeks, among other things, a ruling from this Court

that the Individual Debtor is the true beneficial owner of Bouillor and its assets which include the

luxurious apartment in Cyprus, and a ruling ordering turnover of Bouillor and its assets to the

Trustee

132.     In addition, Paul Hastings attorneys, in cooperation with the Trustee's

Connecticut counsel, NPM, and Cyprus counsel, CP Law, (a) reviewed and analyzed legal issues

relating to the Bouillor Adversary Proceeding, (b) coordinated service of process in Cyprus, and

(c) prepared filings in Cyprus court in connection with the relief requested in the Bouillor

Adversary Proceeding.

## XXIII. Mauritius Proceedings (Matter ID 00035)

i.     <u>General Litigation (Task Code B191)</u>
Fees: $49,367.50      Total Hours: 33.80

133.     As discussed above, the Trustee has learned through his investigation that

Himalaya International Clearing, one of the defendants in the First Omnibus Alter Ego

Adversary Proceeding, made an application in Mauritius to request the release of funds

nominally held under Himalaya International Clearing's name in Silver Bank Limited, which is

subject to proceedings currently pending in the Chambers Commercial Division of the Supreme Court of Mauritius (the "Mauritius Action").  As the Court is well aware, the Trustee seeks a ruling from this Court in the First Omnibus Alter Ego Adversary Proceeding that Himalaya International Clearing is the *alter ego* of and equitably owned by the Individual Debtor, and that therefore, the funds in the Himalaya International Clearing's account at Silver Bank are property of the estate.

134.    In light of the above, during the Fee Period, Paul Hastings attorneys, in coordination with the Trustee's Mauritius counsel, (a) reviewed and analyzed legal issues relating to the Mauritius Action, (b) prepared recognition application of the Trustee in Mauritius, and (c) held internal conferences and conference with Mauritius counsel to discuss case and investigation strategies.

## XXIV. UAE (Matter ID 00036)

i.    Investigations (Task Code B261)
       Fees: $30,300.50       Total Hours: 20.80

135.    As alleged by the U.S. Government in the Superseding Indictment, the Individual Debtor and his associates transferred and directed the transfer of hundreds of millions of dollars into and through more than approximately 500 accounts held in the names of at least 80 different entities or individually, including bank accounts in the UAE.  In addition, through his diligent investigation efforts, the Trustee has reason to believe that there are assets of the Individual Debtor's estate potentially located in the UAE.

136.    In light of the above, during the Fee Period, Paul Hastings attorneys, in cooperationg with the Trustee's UAE counsel, Kobre & Kim, (a) continued his investigation into Individual Debtor's assets in the UAE, (b) reviewed and analyzed legal issues relating to the

asset investigation in the UAE, and (c) held internal conferences and conference with Kobre & Kim to discuss case and investigation strategies.

**XXV.  Hamilton UK Administration (Matter ID 00037)**

  i.  <u>General Litigation (Task Code B191)</u>
       Fees: $113,689.00     Total Hours: 72.00

137.   As discussed above, the Trustee has learned through his investigation that Hamilton Capital Holding, one of the defendants in the First Omnibus Alter Ego Adversary Proceeding, entered into purported administration in the United Kingdom (the "<u>Hamilton UK Administration</u>") in or about August 2024.  Based on review of documents relating to the administration, the Trustee has reason to believe that the Hamilton UK Administration is an attempt to recycle funds and redistribute them to the Individual Debtor, William Je, and associated entities by using the administration proceeding to "cleanse" such funds.  As the Court may recall, the Individual Debtor and his associates attempted a similar strategy to recycle and redistribute funds with the HCHK Entities that commenced a New York state law assignment proceeding in April 2023, which the Trustee successfully sought to enjoin.

138.   In light of the above, during the Fee Period, Paul Hastings attorneys, in coordination with the Trustee's UK counsel, (a) reviewed and analyzed filings and documents relating to the Hamilton UK Administration, (b) analyzed legal issues concerning the Hamilton UK Administration, (c) prepared filings in the UK court, and (d) held internal conferences and conference with UK counsel to discuss case and investigation strategies.

**<u>REASONABLENESS OF COMPENSATION</u>**

139.   Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330(a) of the Bankruptcy Code

provides that, after notice and a hearing, the Court may award a professional employed under 11

U.S.C. § 327 "reasonable compensation for actual, necessary services rendered" and

"reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).[24]

140.    In determining the amount of "reasonable compensation," the Court must

consider the nature, extent, and value of the services, taking into account all the relevant factors,

including the time spent on such services, the rates charged for such services, whether the

services were necessary and beneficial, whether the services were performed in a reasonable

amount of time commensurate with the complexity, importance, and nature of the problem,

issue, or task addressed, and whether the compensation is reasonable based on the customary

compensation charged by comparably skilled practitioners in cases other than cases under the

Bankruptcy Code.  See 11 U.S.C. § 330(a)(3).  The Court enjoys "considerable discretion in

determining reasonable fee awards."  *In re Ahead Communication Systems, Inc.*, 395 B.R. 512

(D. Conn. 2008).

141.    In assessing the "reasonableness" of the fees requested, the Second Circuit has

stated that courts should consider the factors enumerated in *Johnson v. Ga. Highway Express,*

*Inc.*,[25] while also incorporating the "lodestar method."  *See Arbor Hill Concerned Citizens*

*Neighborhood Ass'n v. County of Albany and Albany County Bd. of Elections*, 522 F.3d 182, 190

---

[24]    Under section 328(a) of the Bankruptcy Code, with bankruptcy court approval, a trustee may employ
professional persons under section 327(a) of the Bankruptcy Code "on any reasonable terms and conditions of
employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent
fee basis."  11 U.S.C. § 328(a).

[25]    The twelve *Johnson* factors are (1) the time and labor required, (2) the novelty and difficulty of the questions,
(3) the skill requisite to perform the legal service properly, (4) the preclusion of other employment by the
attorney due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent, (7) the
time limitations imposed by the client or the circumstances, (8) the amount involved and the results obtained,
(9) the experience, reputation, and ability of the attorneys, (10) the "undesirability" of the case, (11) the nature
and length of the professional relationship with the client, and (12) awards in similar cases.  *Johnson*, 488 F.2d
at 717-19.

(2d Cir. 2007) (*citing Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714 (5th Cir.1974), *abrogated on other grounds* by *Blanchard v. Bergeron*, 489 U.S. 87, 92–93, 96 (1989)).  The "lodestar method" of calculating the reasonable fee contemplates "the number of hours reasonably expended . . . multiplied by a reasonable hourly rate." *See Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983); *Gisbrecht v. Barnhart*, 535 U.S. 789, 801 (2002); *Perdue v. Kenny A.*, 130 S.Ct. 1662, 1672 (2010); *In re Drexel Burnham Lambert Grp., Inc.*, 133 B.R. 13 (Bankr. S.D.N.Y. 1991).  The factors set forth in *Johnson* and *In re First Colonial Corp. of Am.*, 544 F.2d 1291, 1298–99 (5th Cir. 1977) have been adopted by most courts.[26]  *See In re Nine Assocs., Inc.*, 76 B.R. 943, 945 (S.D.N.Y. 1987) (adopting *First Colonial/Johnson* analysis); *In re Cuisine Magazine, Inc.*, 61 B.R. 210, 212–13 (Bankr. S.D.N.Y 1986) (same); *Green v. City of New York*, 403 F. Appx. 626, 629 (2d Cir. 2010) (summary order); *see generally* 3 COLLIER ON BANKRUPTCY ¶ 330.03[9] (Lawrence P. King ed., 16th ed. 2016) (describing *First Colonial* and *Johnson* as the "leading cases with regard to the factors to be considered in determining a reasonable allowance of compensation").

142.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code and applicable case law, the amount requested herein by Paul Hastings is fair and reasonable, as set forth below and otherwise in this Application.

a.    **Time and Labor Required**
Paul Hastings billed a total of $5,542,465.25 and 3,998.40 hours of professional and paraprofessional services during the Fee Period.  As evidenced by this Application, Paul Hastings professionals and paraprofessionals worked diligently and efficiently without unnecessary duplication of efforts throughout the Fee Period.  A small group of the same Paul Hastings attorneys was utilized for the vast majority of the work in order to minimize the costs of intra-Paul Hastings communication and education about the Debtors' circumstances.  Whenever

---

[26]    The factors articulated in *First Colonial* were first articulated by the Fifth Circuit in *Johnson*, with the *First Colonial* court adding the factor of the "spirit of economy," which was later rejected by Congress.  *See Stroock & Stroock & Lavan v. Hillsborough Holdings Corp. (In re Hillsborough Holdings Corp.)*, 127 F.3d 1398, 1403 (11th Cir. 1997).

possible, Paul Hastings sought to minimize the cost of Paul Hastings' services by utilizing talented junior attorneys and paraprofessionals to handle the more routine aspects of the assignments. The services were performed in an effective and efficient manner commensurate with the complexity, exigency, and importance of the issues involved. In addition, Paul Hastings' representation has required it to balance the need to provide quality services with the need to act quickly and represent the Trustee and the Genever Debtors in an effective, efficient, and timely manner. Paul Hastings submits that the hours spent were reasonable given the size and complexity of these chapter 11 cases, the significant, and often urgent, legal and business issues raised, and the numerous pleadings filed in the chapter 11 cases. Furthermore, as noted detailed above, the Trustee and the Genever Debtors also retained NPM as local and conflicts counsel in order to provide services to the Trustee and the Genever Debtors in a cost-effective manner. Paul Hastings and NPM have coordinated and will continue to coordinate each firm's respective responsibilities in connection with the representation of the Trustee and the Genever Debtors.

b.    **Novelty and Difficulty of the Questions**

Paul Hastings tasked knowledgeable attorneys to research, analyze, and advise the Trustee and the Genever Debtors on difficult and complex issues during the Fee Period, including issues related to bankruptcy and litigation. Most notably, as detailed in this Application, Paul Hastings investigated complex estate claims and causes of action in order to recover assets of these estates.

c.    **Skill Requisite to Perform the Legal Services Properly**

Paul Hastings believes that its recognized expertise in the areas of financial restructuring and corporate reorganization, its ability to draw from highly experienced professionals in other areas of Paul Hastings' practice, and its creative approach to the resolution of issues has contributed to the effective administration of these chapter 11 cases and benefited the Trustee, the Genever Debtors, their estates, and their unsecured creditors. Due to the nature and complexity of the legal issues presented by these chapter 11 cases, Paul Hastings was required to exhibit a high degree of legal skill in areas related to, among others, bankruptcy and litigation.

d.    **Preclusion of Other Employment by Applicant Due to Acceptance of the Case**

Due to the size of Paul Hastings' restructuring and litigation departments, Paul Hastings' representation of the Trustee and the Genever Debtors did not preclude its acceptance of new clients, but the demands for immediate and substantive action in these chapter 11 cases imposed significant burdens on Paul Hastings professionals and paraprofessionals working concurrently on other matters. That said, for the Trustee, his engagement as a chapter 11 trustee has, for all practical purposes precluded other employment given that this matter is taking up most of his time.

e. **Customary Fee**

Other than the hourly rate for Luc A. Despins (which has been reduced from his standard hourly rate of $2,225.00 to $1,975.00), the fees charged by Paul Hastings in these chapter 11 cases are billed in accordance with its existing billing rates and procedures in effect during the Fee Period. The rates Paul Hastings charges for the services rendered by its professionals and paraprofessionals in these chapter 11 cases are comparable to the rates Paul Hastings charges for professional and paraprofessional services rendered in comparable nonbankruptcy related matters. Moreover, when Paul Hastings' restructuring professionals and paraprofessionals work on nonbankruptcy matters, the firm generally charges their standard rate. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable nonbankruptcy cases in a competitive national legal market. In addition, the firm's customary hourly rates and rate structure reflect that restructuring and related matters typically involve great complexity, numerous tasks requiring a high level of expertise, and severe time pressures, as is the case here.

f. **Whether the Fee Is Fixed or Contingent**

Pursuant to Bankruptcy Code sections 330 and 331, all fees sought by professionals employed under Bankruptcy Code section 1103 are subject to final approval by the Court, and are subject to adjustment depending on the services rendered and the results obtained. Of particular note, payment of Paul Hastings' fees here was contingent in two respects: (1) the recovery of assets for the benefit of the estates and (2) monetizing such assets. At the outset of these chapter 11 cases, there was no assurance whatsoever that assets would be recovered and monetized to allow for the payment of estate professionals. Accordingly, Paul Hastings' compensation was, in essence, a contingency fee arrangement. The risk that Paul Hastings assumed by representing the Trustee and the Genever Debtors further supports the reasonableness of Paul Hastings' compensation.

g. **Time Limitations Imposed by the Client or Other Circumstances**

During the Fee Period, Paul Hastings was required to analyze and address certain issues arising in these chapter 11 cases under compressed timelines. For example, given the Individual Debtor's track record of moving assets to keep them out of reach of creditors, it was critical that Paul Hastings act quickly on information obtained during the Trustee's investigation in order to freeze assets.

h. **Amount Involved and Results Obtained**

Paul Hastings professionals and paraprofessionals worked diligently to maximize value for these chapter 11 estates. During the Fee Period, and as described in the summary of services herein, Paul Hastings was instrumental in analyzing potential sources of recovery for the benefit of these estates. During the Fee Period, Paul Hastings was able to secure several key rulings from the Court, which rulings will serve as a beachhead for future asset recovery efforts. The reasonableness of Paul Hastings' fees must be evaluated in light of this important strategic factor.

i.     **Experience, Reputation, and Ability of Attorneys**

Paul Hastings is consistently recognized as a top tier law firm in the field of business reorganizations and liquidations under chapter 11 of the Bankruptcy Code.  During the Fee Period, Paul Hastings solicited the skill and expertise of its professionals and paraprofessionals.  Paul Hastings professionals have actively represented debtors, creditors, and creditors' committees, as well as other parties in interest, in a number of the nation's largest chapter 11 cases as well as in connection with cross-border restructurings.  Paul Hastings' extensive experience enables it to perform the services described herein competently and expeditiously.  In addition to its expertise in the area of corporate reorganization, Paul Hastings has called upon the expertise of its attorneys in other practice areas as required during the Fee Period.

j.     **"Undesirability" of the Cases**

As detailed in this Application, the Individual Debtor's in-court and out-of-court tactics illustrate the undesirability of this engagement, which involved harassment of the Trustee and Paul Hastings attorneys (including death threats against the Trustee).  As a result, Paul Hastings was forced to incur hundreds of thousands of dollars in cyber security measures (the cost of which are not part of the expenses for which Paul Hastings is seeking reimbursement in this Application).  In addition, prior to the Court granting the First Interim Fee Application at the end of June 2023, Paul Hastings was unable to be paid for its fees for nearly a year.

k.     **Nature and Length of Professional Relationship**

Paul Hastings has been rendering professional services to (a) the Trustee since its retention as counsel effective as of July 8, 2022, (b) Genever (BVI) since its retention as counsel effective as of October 11, 2022, and (c) Genever (US) since its retention as counsel effective as of November 3, 2022.

143.    Paul Hastings respectfully submits that the services for which it seeks compensation in this Fee Application were, at the time rendered, necessary for and beneficial to the Debtors' estates and their creditors and were rendered to maximize, protect, and preserve value for the Debtors' estates and all parties in interest.  Paul Hastings believes that it provided services economically, effectively, and efficiently, and obtained results beneficial to the Debtor's estate and his creditors.  Paul Hastings further submit that the compensation requested herein is reasonable in light of the nature, extent, and value of the services rendered during the Fee Period.

144.    Paul Hastings also notes that the rates charged during the Fee Period are reasonable.  In fact, this Court held that Paul Hastings' New York rates are reasonable because

Paul Hastings was retained at New York rates and these cases are extraordinary within this District. *See Order Denying Motion for Stay Pending Appeal* [Docket No. 1791].

145.    All fees incurred by Paul Hastings during the Fee Period were actual, reasonable, and necessary in the performance of services for the Trustee and the Genever Debtors.  Paul Hastings respectfully requests approval of the compensation sought herein.

## ACTUAL AND NECESSARY DISBURSEMENTS

146.    As set forth in Exhibit C hereto, Paul Hastings incurred and disbursed $215,048.30 as expenses in providing professional services during the Fee Period.  These expenses include approximately $23,857.44 for online legal research (*i.e.*, LEXIS and Westlaw). Because Paul Hastings believes that online legal research (*e.g.*, LEXIS and Westlaw) is far more cost-efficient than manual research using hard-bound volumes, Paul Hastings encourages computerized legal research even though it is not a profit center for Paul Hastings.  To be clear, Paul Hastings does not charge a mark-up on the LEXIS and Westlaw charges, but merely passes on the costs of such third-party services.  Moreover, as it relates to outside professional services, mailing, and other service-related expenses, the Trustee and Paul Hastings are merely passing on the costs of such third-party services, without any mark-up.[27]

147.    Additional necessary expenses included:

- $149,315.59 for certain outside professional services, such as document review services by UnitedLex;

- $14,047.50 for process servers (*e.g.*, Ancillary Legal Corporation) to serve, among other things, the subpoenas issued pursuant to the Rule 2004 orders entered by this Court;

- $6,788.44 for UPS/courier service, including service of pleadings required to be served in hard copy format; and

---

[27]    Documentation of these expenses will be made available to the Court upon request.

- $2,655.30 for court reporting services;

- $2,312.56 for document reproductions, namely $1,586.56 for b/w reproductions (at 8 cents per page) and $726.00 for color reproductions (at 20 cents per page);

- $702.73 for corporate document retrieval services (including United Corporate Service and Corp2000) with respect to various Kwok-related entities.

148.    During the Fee Period, Paul Hastings utilized UnitedLex -- a third party vendor that specializes in discovery services including document processing, storage, review services, and distribution -- to conduct document review of the documents produced in the chapter 11 cases, including the hundreds of thousands of discovery documents received by the Trustee to date in connection with his investigation.

149.    Using their own contract attorneys and review team managers, UnitedLex provides an efficient and economic means of reviewing large document sets at hourly rates significantly lower than Paul Hastings.  UnitedLex's document review team charges hourly rates ranging from $40 to $55 (for non-management roles) and $150 (for management role), which is substantially less than Paul Hastings' hourly rates and, moreover, is even less than the hourly rates of associates of local Connecticut counsel (*i.e.*, NPM), whose hourly rates range from $220 to $425. For all these reasons, Paul Hastings believes that utilizing the UnitedLex document review team greatly benefits these estates by reducing document review costs.  The Trustee also previewed Paul Hastings' use of UnitedLex with the U.S. Trustee, who had no objection thereto (without the Trustee having to file a separate retention application for UnitedLex).  The Trustee and Paul Hastings also disclosed in the *Fourth Supplemental Declaration of Disinterestedness of Luc A. Despins* [Docket No. 1435] that Paul Hastings would utilize UnitedLex's contract attorney services.

150.    The time constraints imposed by the circumstances of the matters handled by Paul Hastings during the Fee Period required its attorneys and other employees, at times, to devote substantial time during the evenings and on weekends to perform legal services on behalf of the Trustee.  These extraordinary services were essential to meet deadlines, timely respond to inquiries on a daily basis, and satisfy the Trustee's needs and demands.  Attorneys and other Paul Hastings employees who worked late in the evenings or on weekends were reimbursed for their reasonable meal and transportation costs in accordance with firm policy.  Paul Hastings' regular practice is not to include components for those charges in overhead when establishing billing rates, but rather to charge its clients for these and all other out-of-pocket disbursements incurred during the regular course of the provision of legal services.

151.    In accordance with *Appendix D (Guidelines for Compensation and Expense Reimbursement of Professionals)* to the Local Rules, reproduction charges have been capped at 20 cents per page.[28]

152.    The expenses requested herein are customarily charged to non-bankruptcy clients of Paul Hastings.  Additionally, the expenses incurred by Paul Hastings to third parties are limited to the actual amounts billed to, or paid by, Paul Hastings on behalf of the estates.

153.    Paul Hastings believes the rates for charges incurred are the market rates that the majority of law firms charge clients for such services.  In addition, Paul Hastings believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

---

[28]    Generally, Paul Hastings charges 8 cents per page for black-and-white reproductions and 50 cents per page for color reproductions.  In accordance with Appendix D to the Local Rules, Paul Hastings has reduced the charge for color reproductions to 20 cents per page.

154.   The expenses incurred in providing professional services in the Chapter 11 Case

were necessary, economical, and justified under the circumstances.

## RESPONSE TO THE U.S. TRUSTEE GUIDELINES

155.   Paul Hastings responds to the questions set forth in Paragraph C.5. of the

U.S. Trustee Guidelines as follows:

| | |
|---|---|
| **Question**: | Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees, or terms for services pertaining to this engagement that were provided during the Fee Period? |
| **Response**: | Yes.  As a courtesy to these estates and based on circumstances unique to these chapter 11 cases, during the Fee Period, Paul Hastings agreed to voluntary fee reductions aggregating $99,319.00, including the following: |

(i)   Paul Hastings is not seeking allowance or payment at this time of the fees incurred twelve (12) timekeepers who billed less than five (5) hours during the Fee Period.  The total amount of such fees is $10,119.00. The time billed by these timekeepers was reasonable, and Paul Hastings reserves the right to seek allowance of these fees based on the facts and circumstances of these cases, including, without limitation, if objections are interposed to the allowance of Paul Hastings' fees and expenses.

(ii)   As a result of the agreed-upon reduction in Luc A. Despins' hourly rate (from his standard hourly rate of $2,225 to the reduced hourly rate of $1,975), an additional $89,100.00 in fees have been waived.

| | |
|---|---|
| **Question:** | If the fees sought in this application as compared to the fees budgeted for the Fee Period are higher by 10% or more, did you discuss the reasons for the variation with the client. |
| **Response:** | Not applicable. |
| **Question:** | Have any of the professionals included in this application varied their hourly rate based on the geographic location of the bankruptcy case? |
| **Response:** | No. |

**Question**: Does the application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

**Response**: The Application does not include time for preparing, reviewing, or revising time records. However, the Application does include approximately 12.6 hours and associated fees of approximately $19,989.50 related to preparing, reviewing, and revising Paul Hastings' fee statements and ensuring time entries are properly categorized by matter number and task code. On average, approximately 2.1 hours were spent on each of the six monthly fee statements prepared during the Fee Period.

**Question**: Does this application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Response**: No.

**Question**: If the application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rates increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation consistent with ABA Formal Ethics Opinion 11-458?

**Response**: As is customary, Paul Hastings adjusts its hourly rates periodically based upon (i) the advancing seniority of its professionals and paraprofessionals, (ii) the current market for legal services, (iii) the rates charged for comparable non-bankruptcy services, and (iv) the firm's analysis of the hourly rates being charged by professionals in other law firms. Effective January 1, 2023, September 1, 2023, and January 1, 2024, Paul Hastings adjusted its hourly rates consistent with the Retention Order [Docket Nos. 668 and 1376] and the *Notices of Change in Hourly Rates of Paul Hastings LLP, Counsel to Chapter 11 Trustee* [Docket Nos. 1251, 2075, and 2450].

66

**RESERVATION OF RIGHTS**

156.    To the extent that time or disbursement charges for services rendered or expenses incurred during the Fee Period are not included in this Application, or the Trustee and Paul Hastings have for any reason not sought compensation or reimbursement with respect to such services (including, as noted above, services related to the preparation and prosecution of the Civil RICO Adversary Proceeding), Paul Hastings reserves the right to request compensation and reimbursement for such services in a supplemental or future application in the Debtors' chapter 11 cases.  Also, Paul Hastings does not waive, and expressly reserves, its right to respond to any objections regarding this Application and the amounts sought for services rendered and expenses incurred.

**NO PRIOR REQUEST**

157.    No previous request for the relief sought herein has been made to this Court or any other court.

*[Remainder of page intentionally left blank.]*

WHEREFORE, Paul Hastings respectfully requests entry of an order, substantially in the form attached hereto as Exhibit G, (i) allowing interim compensation for professional services rendered during the Fee Period in the amount of $5,542,465.25 and reimbursement of $215,048.30 in expenses, (ii) authorizing payment from the Debtors' estates of (a) 80% of the aforementioned fees (minus a credit of $87,292.80 with respect to agreed fee reductions under the Sixth Interim Fee Order), *i.e.*, $4,346,679.40, and (b) 100% of the expense reimbursements (minus a credit of $2,000.00 with respect to agreed expense reductions under the Sixth Interim Fee Order), *i.e.*, $213,048.30, in the aggregate amount of $4,559,727.70, (iii) allowing such compensation and payment for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to the Trustee's and Paul Hastings' right to seek further compensation and/or payment from the Debtors' estates for the full value of services performed and expenses incurred, and (iv) granting the Trustee and Paul Hastings such other and further relief as is just.

Dated:  February 24, 2025
        New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*Counsel for the Chapter 11 Trustee, Genever*

68

*Holdings Corporation, and Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------- x
                                                   :
In re:                                             :  Chapter 11
                                                   :
HO WAN KWOK, et al.,                               :  Case No. 22-50073 (JAM)
                                                   :
              Debtors.                             :  (Jointly Administered)
                                                   :
-------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Application was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[1] In addition, to the extent not covered by the foregoing, copies of the Application were served on the twenty (20) largest creditors in the Debtors' chapter 11 cases. Parties may access this filing through the Court's CM/ECF system.

Dated:     February 24, 2025
           New York, New York

                              By: */s/ G. Alexander Bongartz*
                                  G. Alexander Bongartz (admitted *pro hac vice*)
                                  PAUL HASTINGS LLP
                                  200 Park Avenue
                                  New York, New York 10166
                                  (212) 318-6079
                                  alexbongartz@paulhastings.com

                                  *Counsel for the Chapter 11 Trustee, Genever*
                                  *Holdings Corporation, and Genever Holdings*
                                  *LLC*

---

[1]   To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

# EXHIBIT A

## Customary and Comparable Compensation Disclosures

The blended hourly rate for Paul Hastings' timekeepers in its New York and Washington, D.C. offices who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the twelve-month period beginning on December 1, 2023 and ending on November 30, 2024 was, in the aggregate, approximately $1,289 per hour. The blended hourly rate for Paul Hastings' timekeepers who billed to these chapter 11 cases during the Fee Period was approximately $1,386 per hour. A detailed comparison of these rates follows:

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Non-Bankruptcy Matters Blended Hourly Rate** | **Debtor Blended Hourly Rate[2]** |
| Partner | $1,703 | $1,865 |
| Counsel | $1,516 | $1,839 |
| Associate | $1,073 | $1,199 |
| Paraprofessionals | $468 | $557 |
| **All Timekeepers Aggregated** | **$1,289** | **$1,386** |

---

[1]    It is the nature of Paul Hastings' practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Paul Hastings' restructuring group. Accordingly, Non-Bankruptcy Matters consist of matters for which Paul Hastings' timekeepers represented a client in matters other than court-approved engagements as counsel for the debtor, the chapter 11 trustee, or an official committee under the Bankruptcy Code. As such, the Non-Bankruptcy Matters include, in part, time billed by Paul Hastings' timekeepers who work primarily within Paul Hastings' restructuring group.

[2]    Luc A. Despins brings to the Title III Cases over 36 years of experience representing debtors and creditors in high profile and complex restructuring matters. Given the complexity and challenges faced by the Trustee in these cases, a significant amount of time by senior partners, of counsel, and senior associates, including Mr. Despins, Nicholas Bassett, Alexander Bongartz, Shlomo Maza, and Douglass Barron has been necessary. Because their rates are at the higher end of the range of rates billed by Paul Hastings partners, of counsel, and associates, respectively, and in light of the fact that a significant amount of senior partner, of counsel, and senior associate time has been required for this engagement, the blended rate for this case moved to the higher end of the range of rates billed by Paul Hastings. Finally, the blended attorney hourly rate for the Fee Period is not comparable to the average hourly rate in other matters because it does not reflect numerous cost-saving measures, including the delegation of a variety of matters to NPM, matters for which otherwise more junior Paul Hastings attorneys with lower hourly rates would have been used, thereby reducing Paul Hastings' blended hourly rate.

## EXHIBIT B1

### Summary of Timekeepers Included in this Application

| Name | Department; Date of First Admission | Hourly Rate Billed | Hours Billed | Total Fees Billed in this Application | Number of Rate Increases Since Case Inception |
|------|-----|-----|-----|-----|-----|
| **Partners (3)** | | | | | |
| Bassett, Nicholas | Corporate, 2007 | $1,835.00 | 438.00 | $803,730.00 | 3 |
| Bassett, Nicholas (travel; ½ rate) | Corporate, 2007 | $917.50 | 20.20 | $18,533.50 | 3 |
| Despins, Luc | Restructuring, 1986 | $1,975.00 | 354.20 | $699,545.00 | 1 |
| Despins, Luc (travel; ½ rate) | Restructuring, 1986 | $987.50 | 4.40 | $4,345.00 | 1 |
| Tsao, Leo | Litigation, 1999 | $1,775.00 | 32.30 | $57,332.50 | 2 |
| | **Partner Total** | | **849.10** | **$1,583,486.00** | |
| **Of Counsel (3)** | | | | | |
| Bongartz, Alex | Restructuring, 2007 | $1,850.00 | 244.20 | $451,770.00 | 3 |
| Bongartz, Alex (travel; ½ rate) | Restructuring, 2007 | $925.00 | 1.20 | $1,110.00 | 3 |
| Maza, Shlomo | Corporate, 2012 | $1,850.00 | 382.00 | $706,700.00 | 3 |
| Traxler, Katherine | Restructuring, 1990 | $1,120.00 | 8.10 | $9,072.00 | 3 |
| | **Of Counsel Total** | | **635.50** | **$1,168,652.00** | |
| **Associates (10)** | | | | | |
| Barron, Douglass | Corporate, 2012 | $1,395.00 | 659.40 | $919,863.00 | 3 |
| Catalano, Kristin | Corporate, 2021 | $1,185.00 | 139.20 | $164,952.00 | 3 |
| Farmer, Will | Corporate, 2018 | $1,390.00 | 52.30 | $72,697.00 | 3 |
| Kim, Sarah | Litigation, 2023 | $985.00 | 11.90 | $11,721.50 | 1 |
| Kosciewicz, Jon | Litigation, 2021 | $1,185.00 | 93.50 | $110,797.50 | 3 |
| Rubinfeld, Mila | Corporate, 2021 | $565.00 | 12.50 | $7,062.50 | N/A |
| Sadler, Tess | Corporate, 2019 | $1,365.00 | 37.10 | $50,641.50 | 3 |
| Simon, Tori | Corporate, 2024 | $795.00 | 38.10 | $30,289.50 | N/A |
| Song, Luyi | Corporate, 2023 | $985.00 | 678.80 | $668,618.00 | 3 |
| Song, Luyi (travel; ½ rate) | Corporate, 2023 | $492.50 | 3.10 | $1,526.75 | 3 |
| Sutton, Ezra | Corporate, 2021 | $1,270.00 | 439.50 | $558,165.00 | 3 |
| Sutton, Ezra (travel; ½ rate) | Corporate, 2021 | $635.00 | 0.90 | $571.50 | 3 |
| | **Associate Total** | | **2,166.30** | **$2,596,905.75** | |
| **Paraprofessionals (4)** | | | | | |
| Boyle, Terrence | Paralegal | $565.00 | 6.80 | $3,842.00 | N/A |
| Doherty, Allison | Paralegal | $445.00 | 24.30 | $10,813.50 | N/A |
| Laskowski, Mat | Paralegal | $565.00 | 25.60 | $14,464.00 | 2 |
| Mohamed, David | Paralegal | $565.00 | 290.80 | $164,302.00 | 2 |
| | **Paraprofessional Total** | | **347.50** | **$193,421.50** | |
| **TOTAL** | | | **3,998.40** | **$5,542,465.25** | |
| | | | | | |
| **BLENDED HOURLY RATE** | | **$1,386.17** | | | |

## EXHIBIT B2

### Summary of Timekeepers Not Included in this Application[3]

| Name | Department; Date of First Admission | Hourly Rate Billed | Hours Billed | Total Fees Billed in this Application |
|------|-------------------------------------|--------------------|--------------|--------------------------------------|
| **Partners (1)** | | | | |
| Timofeyev, Igor | Litigation, 2007 | $1,835.00 | 0.40 | $734.00 |
| | **Partner Total** | | **0.40** | **$734.00** |
| **Associates (3)** | | | | |
| Chan, Alex | Corporate, 2022 | $985.00 | 2.00 | $1,970.00 |
| Houben, Sabine | Corporate, 2015 | $1,395.00 | 0.80 | $1,116.00 |
| Selva, Gianmarco | Corporate, 2020 | $565.00 | 1.00 | $565.00 |
| | **Associate Total** | | **3.80** | **$3,651.00** |
| **Paraprofessionals (8)** | | | | |
| Cairns, Dennis | Court Services Coordinator | $405.00 | 1.50 | $607.50 |
| Chang, Irene | Legal Research Analyst | $420.00 | 1.70 | $714.00 |
| Ecklund, Amy | Technical Operations Senior Analyst | $440.00 | 0.50 | $220.00 |
| Fernandez, Piscilla | Paralegal | $580.00 | 2.80 | $1,624.00 |
| Liu, Kelly | Legal Research Analyst | $420.00 | 2.90 | $1,218.00 |
| Timoney, Caroline | Legal Research Analyst | $420.00 | 1.50 | $630.00 |
| Wong, Fanny | Senior Company Secretarial Manager | $685.00 | 0.50 | $342.50 |
| Wortman, Lauren | Legal Research Analyst | $420.00 | 0.90 | $378.00 |
| | **Paraprofessional Total** | | **12.30** | **$5,734.00** |
| **TOTAL** | | | **16.50** | **$10,119.00** |

---

[3]    As noted, as an accommodation to these estates, Paul Hastings is not seeking allowance or payment at this time for the fees of timekeepers who billed less than five (5) hours during the Fee Period in the aggregate amount of $10,690.50.  The time billed by these timekeepers was reasonable, and Paul Hastings reserves the right to seek allowance of these fees based on the facts and circumstances of these cases, including, without limitation, if objections are interposed to the allowance of Paul Hastings' fees and expenses.

## EXHIBIT C

## Summary of Compensation by Project Category

| U.S. Trustee Task Code and Project Category | | Hours Billed | Fees Billed |
|---|---|---|---|
| B110 | Case Administration | 179.20 | $196,816.50 |
| B113 | Pleadings Review | 176.80 | $100,315.00 |
| B130 | Asset Disposition | 7.70 | $8,747.00 |
| B131 | Sale of Real Estate | 59.60 | $115,145.50 |
| B155 | Court Hearings | 171.60 | $255,774.50 |
| B160 | Employment / Fee Applications (Paul Hastings) | 56.80 | $75,461.50 |
| B165 | Employment / Fee Applications (Other Professionals) | 128.20 | $189,389.00 |
| B191 | General Litigation | 2,451.30 | $3,556,848.00 |
| B195 | Non-Working Travel | 29.80 | $26,086.75 |
| B210 | Business Operations | 55.60 | $76,049.50 |
| B211 | Financial Reports (Monthly Operating Reports) | 16.20 | $21,590.00 |
| B231 | Security Document Analysis | 6.20 | $10,345.50 |
| B240 | Tax Issues | 11.30 | $20,499.00 |
| B261 | Investigations | 662.80 | $897,353.00 |
| B310 | Claims Administration and Objections | 1.10 | $1,334.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 0.70 | $829.50 |
| **TOTAL** | | **4,014.90** | **$5,552,584.25** |
| **Voluntary fee reduction related to timekeepers who billed less than five (5) hours** | | | **($10,119.00)** |
| **NET TOTAL** | | | **$5,542,465.25** |

**<u>EXHIBIT D-1</u>**

**Summary of Compensation by Matter ID (Fee Period)**

| Matter ID | Matter Name | August 2024 | September 2024 | October 2024 | November 2024 | Total Fees |
|---|---|---|---|---|---|---|
| 00001 | General Chapter 11 Trustee Representation | $122,269.00 | $203,056.50 | $211,647.25 | $132,857.00 | $669,829.75 |
| 00002 | Asset Recovery Investigation and Litigation | $220,884.00 | $221,738.00 | $194,566.75 | $155,267.75 | $792,456.50 |
| 00003 | Other Litigation | $3,279.50 | $11,810.00 | $689.50 | $26,835.50 | $42,614.50 |
| 00005 | Sale Process | $9,720.00 | $13,812.50 | $75,967.00 | $16,583.75 | $116,083.25 |
| 00006 | Tax Issues | $4,589.00 | $6,475.00 | $9,435.00 | $0.00 | $20,499.00 |
| 00007 | Foreign Law Issues | $420.00 | $873.50 | $0.00 | $0.00 | $1,293.50 |
| 00010 | Genever US | $15,110.50 | $6,484.50 | $12,841.00 | $4,638.00 | $39,074.00 |
| 00011 | Genever BVI | $7,385.50 | $2,405.00 | $1,504.00 | $0.00 | $11,294.50 |
| 00012 | Mahwah Adversary | $208,702.50 | $166,140.50 | $85,709.50 | $196,974.00 | $657,526.50 |
| 00014 | HCHK Adversary | $2,698.50 | $3,979.00 | $4,325.00 | $0.00 | $11,002.50 |
| 00015 | Interpleader Adversary | $0.00 | $1,101.00 | $0.00 | $0.00 | $1,101.00 |
| 00016 | Mei Guo Adversary | $0.00 | $8,044.50 | $4,771.00 | $26,307.50 | $39,123.00 |
| 00017 | HK USA Adversary | $13,362.50 | $0.00 | $0.00 | $1,835.00 | $15,197.50 |
| 00020 | Greenwich Land Adversary | $42,177.00 | $14,220.00 | $26,067.25 | $98.50 | $82,562.75 |
| 00024 | Lamp Capital Adversary | $12,610.50 | $45,656.50 | $13,417.50 | $41,395.00 | $113,079.50 |
| 00026 | Ace Decade Adversary | $24,399.50 | $6,737.50 | $8,856.50 | $24,155.00 | $64,148.50 |
| 00027 | Defeng Cao Adversary | $370.00 | $12,789.50 | $24,710.50 | $2,783.00 | $40,653.00 |
| 00028 | Omnibus Alter Ego Adversary | $127,997.00 | $17,138.50 | $246,873.00 | $139,043.50 | $531,052.00 |
| 00029 | Avoidance Actions | $270,508.50 | $298,348.50 | $358,324.00 | $308,399.00 | $1,235,580.00 |
| 00030 | Mediation | $53,358.00 | $21,730.50 | $11,786.50 | $25,767.00 | $112,642.00 |
| 00031 | Forfeiture Issues | $105,347.00 | $192,423.00 | $36,643.00 | $37,831.50 | $372,244.50 |
| 00032 | K. Legacy | $4,660.00 | $56,078.50 | $24,583.00 | $20,725.50 | $106,047.00 |
| 00033 | Swiss Proceedings | $567.00 | $47,166.00 | $81,969.00 | $68,762.50 | $198,465.00 |
| 00034 | Cyprus Proceedings | $23,363.00 | $49,753.50 | $8,403.50 | $3,389.50 | $84,909.50 |
| 00035 | Mauritius Proceedings | $2,511.00 | $13,936.00 | $31,800.50 | $1,490.00 | $49,737.50 |
| 00036 | UAE | $0.00 | $0.00 | $14,439.00 | $15,861.50 | $30,300.50 |
| 00037 | Hamilton UK Administration | $58,349.00 | $6,264.50 | $49,453.50 | $0.00 | $114,067.00 |
| **TOTAL** | | **$1,334,638.50** | **$1,428,162.50** | **$1,538,783.25** | **$1,251.000.00** | **$5,552,584.25** |
| **Voluntary fee reduction related to timekeepers who billed less than five (5) hours** | | **($4,888.00)** | **($785.00)** | **($252.00)** | **($4,194.00)** | **($10,119.00)** |
| **NET TOTAL** | | **$1,329,750.50** | **$1,427,377.50** | **$1,538,531.25** | **$1,246,806.00** | **$5,542,465.25** |

## EXHIBIT D-2

## Summary of Compensation Requested[1] by Matter ID (Case)

| Matter ID | Matter Name | First Through Sixth Interim Fee Appl. | Seventh Interim Fee Application | Total |
|---|---|---|---|---|
| 00001 | General Chapter 11 Trustee Representation | $4,640,045.75 | $669,829.75 | $5,309,875.50 |
| 00002 | Asset Recovery Investigation and Lit. | $14,718,680.52 | $792,456.50 | $15,594,435.25 |
| 00003 | Other Litigation | $2,116,660.00 | $42,614.50 | $2,159,274.52 |
| 00004 | Corporate Law Issues | $1,232,995.75 | $0.00 | $1,232,995.75 |
| 00005 | Sale Process | $522,619.00 | $116,083.25 | $641,486.25 |
| 00006 | Tax Issues | $43,845.50 | $20,499.00 | $61,560.50 |
| 00007 | Foreign Law Issues | $412,673.50 | $1,293.50 | $413,967.00 |
| 00008 | Plan Process Issues | $118,476.00 | $0.00 | $513,271.50 |
| 00010 | Genever US | $1,365,501.25 | $39,074.00 | $927,577.75 |
| 00011 | Genever BVI | $41,206.50 | $11,294.50 | $17,901.00 |
| 00012 | Mahwah Adversary | $1,837,162.75 | $657,526.50 | $2,494,689.25 |
| 00013 | Golden Spring Adversary | $275,121.50 | $0.00 | $275,121.50 |
| 00014 | HCHK Adversary | $3,481,970.75 | $11,002.50 | $3,492,973.25 |
| 00015 | Interpleader Adversary | $51,883.50 | $1,101.00 | $52,984.50 |
| 00016 | Mei Guo Adversary | $567,432.50 | $39,123.00 | $606,555.50 |
| 00017 | HK USA Adversary | $2,299,065.25 | $15,197.50 | $2,314,262.75 |
| 00018 | Bravo Luck Adversary | $688,551.50 | $0.00 | $688,551.50 |
| 00019 | SN Apartment Adversary | $35,214.00 | $0.00 | $35,214.00 |
| 00020 | Greenwich Land Adversary | $2,553,608.25 | $82,562.75 | $2,636,171.00 |
| 00021 | AIG Adversary | $70,122.00 | $0.00 | $70,122.00 |
| 00022 | PAX Adversary | $5,037.50 | $0.00 | $5,037.50 |
| 00024 | Lamp Capital Adversary | $378,917.50 | $113,079.50 | $491,997.00 |
| 00025 | Civil RICO | $183,388.50 | $0.00 | $183,388.50 |
| 00026 | Ace Decade Adversary | $406,464.50 | $64,148.50 | $470,613.00 |
| 00027 | Defeng Cao Adversary | $149,650.50 | $40,653.00 | $190,303.50 |
| 00028 | Omnibus Alter Ego Adversary | $422,221.06 | $531,052.00 | $953,273.06 |
| 00029 | Avoidance Actions | $1,444,322.66 | $1,235,580.00 | $2,679,902.66 |
| 00030 | Mediation | $296,586.54 | $112,642.00 | $409,228.54 |
| 00031 | Forfeiture Issues | $60,149.00 | $372,244.50 | $432,393.50 |
| 00032 | K. Legacy | $19,661.50 | $106,047.00 | $125,708.50 |
| 00033 | Swiss Proceedings | $6,105.00 | $198,465.00 | $204,570.00 |
| 00034 | Cyprus Proceedings | $0.00 | $84,909.50 | $84,909.50 |
| 00035 | Mauritius Proceedings | $0.00 | $49,737.50 | $49,737.50 |
| 00036 | UAE | $0.00 | $30,300.50 | $30,300.50 |
| 00037 | Hamilton UK Administration | $0.00 | $114,067.00 | $114,067.00 |
| **TOTAL** | | **$40,445,340.03** | **$5,552,584.25** | **$45,997,924.28** |
| **Voluntary fee reduction** | | **($248,584.97)** | **($10,119.00)** | **($258,703.97)** |
| **NET TOTAL** | | **$40,196,755.06** | **$5,542,465.25** | **$45,739,220.31** |

---

[1]    The fees listed in this chart are the fees requested by Paul Hastings in its various fee applications, and **not** the fees ultimately allowed by the Court. The fees ultimately allowed reflect additional agreed-upon reductions with the United States Trustee.

## EXHIBIT E

### Summary of Actual and Necessary Expenses

| Expense Category | August 2024 | September 2024 | October 2024 | November 2024 | Total Expenses |
|---|---|---|---|---|---|
| Airfare | $0.00 | $1,218.89 | $2,209.86 | $0.00 | $3,428.75 |
| Articles and Publications | $0.00 | $0.00 | $0.00 | $6.61 | $6.61 |
| Attorney Service (Service of Documents): | | | | | |
|   - Ancillary Legal Corporation | $10,568.00 | $3,479.50 | $0.00 | $0.00 | $14,047.50 |
| Computer Search (Other) | $500.49 | $570.06 | $678.78 | $86.40 | $1,835.73 |
| CSC/LexisNexis Document Solutions | $0.00 | $0.00 | $708.00 | $0.00 | $708.00 |
| Court Reporting Services | $0.00 | $2,655.30 | $0.00 | $0.00 | $2,655.30 |
| Lexis/On Line Search | $440.76 | $114.91 | $78.58 | $607.00 | $1,241.25 |
| Local - Meals | $268.13 | $735.55 | $418.11 | $145.58 | $1,567.37 |
| Local - Parking | $0.00 | $0.00 | $6.00 | $8.00 | $14.00 |
| Local - Taxi | $68.05 | $0.00 | $88.31 | $0.00 | $156.36 |
| Lodging | $0.00 | $675.64 | $753.96 | $0.00 | $1,429.60 |
| Messenger | $0.00 | $354.50 | $0.00 | $0.00 | $354.50 |
| Outside Professional Services: | | | | | |
|   - UnitedLex | $95,293.19 | $24,886.17 | $29,136.23 | $0.00 | $149,315.59 |
| Postage/Express Mail | $563.97 | $340.84 | $883.10 | $843.89 | $2,631.80 |
| Reproduction Charges | $156.48 | $308.96 | $776.48 | $344.64 | $1,586.56 |
| Reproduction Charges (Color) | $538.00 | $188.00 | $0.00 | $0.00 | $726.00 |
| Retrieval of Corporate Documents: | | | | | |
|   - TransUnion Risk | $0.00 | $25.00 | $0.00 | $0.00 | $25.00 |
|   - Other | $252.41 | $396.11 | $29.21 | $0.00 | $702.73 |
| Search Fees | $226.53 | | $2.05 | $0.00 | $228.58 |
| Taxi/Ground Transportation | $0.00 | $639.03 | $855.67 | $248.02 | $1,742.72 |
| Travel Expense - Meals | $0.00 | $8.15 | $163.76 | $0.00 | $171.91 |
| UPS/Courier Service | $5,775.82 | $325.05 | $272.11 | $415.46 | $6,788.44 |
| Vendor Expense | $41.97 | $176.30 | $22.44 | $852.10 | $1,092.81 |
| Westlaw | $3,186.36 | $7,377.58 | $5,805.97 | $6,246.28 | $22,616.19 |
| **TOTAL** | **$117,880.16** | **$44,475.54** | **$42,888.62** | **$9,803.98** | **$215,048.30** |

# EXHIBIT F

**Monthly Fee Statements**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan    February 7, 2025
Kwok
200 Park Avenue                              Please Refer to
New York, NY 10166                           Invoice Number: 2429376

Attn: Luc Despins                            PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $122,269.00 |
| Costs incurred and advanced | 7,263.20 |
| **Current Fees and Costs Due** | **$129,532.20** |
| **Total Balance Due - Due Upon Receipt** | **$129,532.20** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | https://paywithtranch.com/paulhastings |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan   February 7, 2025
Kwok
200 Park Avenue                          Please Refer to
New York, NY 10166                       Invoice Number: 2429376

Attn: Luc Despins                        PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2024                          $122,269.00

| | |
|---|---:|
| Costs incurred and advanced | 7,263.20 |
| **Current Fees and Costs Due** | **$129,532.20** |
| **Total Balance Due - Due Upon Receipt** | **$129,532.20** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com   This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan February 7, 2025
Kwok
200 Park Avenue                                    Please Refer to
New York, NY 10166                                 Invoice Number: 2429376

Attn: Luc Despins                                  PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

## General Chapter 11 Trustee Representation                    $122,269.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 08/01/2024 | DM26 | Update critical dates calendar and send outlook reminders (.3); review upcoming filing deadlines and update working group re same (.2) | 0.50 | 565.00 | 282.50 |
| 08/01/2024 | NAB | Correspond with L. Despins regarding case strategy issues | 0.20 | 1,835.00 | 367.00 |
| 08/02/2024 | DM26 | Update critical dates calendar and send outlook reminders (.9); review upcoming filing deadlines and update working group re same (.2) | 1.10 | 565.00 | 621.50 |
| 08/02/2024 | NAB | Call with P. Linsey (NPM) regarding general case strategy and updates | 0.20 | 1,835.00 | 367.00 |
| 08/05/2024 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2) | 0.70 | 565.00 | 395.50 |
| 08/05/2024 | LAD4 | Weekly call with NPM with N. Bassett, L. Song | 0.60 | 1,975.00 | 1,185.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                              Page 2
50687-00001
Invoice No. 2429376

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/05/2024 | LS26 | Investigation and litigation update call with P. Linsey (NPM), D. Skalka (NPM), L. Despins, N. Bassett | 0.60 | 985.00 | 591.00 |
| 08/05/2024 | NAB | Call with L. Despins, L. Song, P. Linsey (NPM) and D. Skalka (NPM) regarding general case updates and strategy | 0.60 | 1,835.00 | 1,101.00 |
| 08/06/2024 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2) | 0.70 | 565.00 | 395.50 |
| 08/07/2024 | DM26 | Update critical dates calendar and send outlook reminders (.4); review upcoming filing deadlines and update working group re same (.2) | 0.60 | 565.00 | 339.00 |
| 08/08/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 08/08/2024 | DM26 | Update critical dates calendar and send outlook reminders (.7); review upcoming filing deadlines and update working group re same (.2); review and prepare new case documents for attorney review (.4) | 1.30 | 565.00 | 734.50 |
| 08/09/2024 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2) | 0.70 | 565.00 | 395.50 |
| 08/12/2024 | DM26 | Update critical dates calendar and send outlook reminders (.3); review upcoming filing deadlines and update working group re same (.2) | 0.50 | 565.00 | 282.50 |
| 08/12/2024 | DEB4 | Participate in case and litigation update call with P. Linsey (NPM), L. Despins, N. Bassett and L. Song (0.8); prepare follow up notes regarding same (0.1) | 0.90 | 1,395.00 | 1,255.50 |
| 08/12/2024 | LAD4 | Handle part of weekly NPM call with N. Bassett, D. Barron, L. Song | 0.40 | 1,975.00 | 790.00 |
| 08/12/2024 | LS26 | Call with L. Despins, N. Bassett, D. Barron, P. Linsey (NPM), and D. Skalka (NPM) regarding pending and upcoming litigation and related workstreams | 0.80 | 985.00 | 788.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429376

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/12/2024 | NAB | Call with L. Despins, D. Barron, P. Linsey (NPM), and D. Skalka (NPM) regarding case and litigation updates and related strategy | 0.80 | 1,835.00 | 1,468.00 |
| 08/13/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 08/13/2024 | DM26 | Update critical dates calendar and send outlook reminders (.4); review upcoming filing deadlines and update working group re same (.2) | 0.60 | 565.00 | 339.00 |
| 08/14/2024 | DM26 | Update critical dates calendar and send outlook reminders (.4); review upcoming filing deadlines and update working group re same (.2) | 0.60 | 565.00 | 339.00 |
| 08/15/2024 | DM26 | Review certain case documents and prepare same for attorney review | 0.30 | 565.00 | 169.50 |
| 08/15/2024 | ECS1 | Correspond with D. Mohamed re case deadlines | 0.10 | 1,270.00 | 127.00 |
| 08/15/2024 | LAD4 | T/c C. Callari (Rui Ma's counsel) re: update (.30); t/c S. Millman (Hogan Lovells) re: update (.30) | 0.60 | 1,975.00 | 1,185.00 |
| 08/16/2024 | DM26 | Update critical dates calendar and send outlook reminders (1.4); review upcoming filing deadlines and update working group re same (.2) | 1.60 | 565.00 | 904.00 |
| 08/19/2024 | DM26 | Update critical dates calendar and send outlook reminders (.4); review upcoming filing deadlines and update working group re same (.2) | 0.60 | 565.00 | 339.00 |
| 08/19/2024 | DEB4 | Participate in NPM call with P. Linsey, L. Despins, N. Bassett, and L. Song regarding pending and upcoming litigation | 1.00 | 1,395.00 | 1,395.00 |
| 08/19/2024 | LAD4 | Weekly call with NPM and N. Bassett, D. Barron, L. Song | 1.00 | 1,975.00 | 1,975.00 |
| 08/19/2024 | LS26 | Call with P. Linsey (NPM), D. Skalka (NPM), D. Barron, L. Despins, and N. Bassett regarding case matters and litigation | 1.00 | 985.00 | 985.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                                     Page 4
Kwok
50687-00001
Invoice No. 2429376

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/19/2024 | NAB | Attend call with P. Linsey (NPM), D. Skalka (NPM), L. Despins, D. Barron, and L. Song regarding general case updates and strategy | 1.00 | 1,835.00 | 1,835.00 |
| 08/20/2024 | DM26 | Update critical dates calendar and send outlook reminders (.7); review upcoming filing deadlines and update working group re same (.2) | 0.90 | 565.00 | 508.50 |
| 08/20/2024 | ECS1 | Correspond with D. Mohamed re pending and upcoming case matters and deadlines | 0.10 | 1,270.00 | 127.00 |
| 08/21/2024 | DM26 | Update critical dates calendar and send outlook reminders (.3); review upcoming filing deadlines and update working group re same (.2) | 0.50 | 565.00 | 282.50 |
| 08/21/2024 | ECS1 | Correspond with W. Farmer and P. Linsey (NPM) regarding pending and upcoming case matters | 0.10 | 1,270.00 | 127.00 |
| 08/22/2024 | DM26 | Update critical dates calendar and send outlook reminders (.4); review upcoming filing deadlines and update working group re same (.2) | 0.60 | 565.00 | 339.00 |
| 08/22/2024 | DEB4 | Correspond with L. Despins regarding strategy presentation to PAX and Committee | 0.20 | 1,395.00 | 279.00 |
| 08/22/2024 | ML30 | Correspond with D. Mohamed re case issues and upcoming filings | 0.50 | 565.00 | 282.50 |
| 08/22/2024 | NAB | Review presentation for update meeting with PAX and Committee (.3); correspond with L. Despins and D. Barron regarding same (.1) | 0.40 | 1,835.00 | 734.00 |
| 08/23/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2) | 0.80 | 565.00 | 452.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                    Page 5
50687-00001
Invoice No. 2429376

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/23/2024 | ML30 | Correspond with E. Sutton and D. Mohamed re pleadings to be filed by local counsel (.2); review same (.1); review and handle hard copy service of same (.2); review and handle electronic service on required parties (.2); correspond with E. Sutton re same (.1) | 0.80 | 565.00 | 452.00 |
| 08/24/2024 | DEB4 | Correspond with L. Despins regarding strategy call with UCC and PAX | 0.10 | 1,395.00 | 139.50 |
| 08/26/2024 | DEB4 | Correspond with L. Despins regarding strategy presentation for UCC and PAX (0.2); correspond with UCC and PAX counsel regarding same (0.1); call with L. Despins, N. Bassett, and counsel for PAX and UCC regarding Trustee strategy (1.2) | 1.50 | 1,395.00 | 2,092.50 |
| 08/26/2024 | ECS1 | Correspond with M. Laskowski and P. Linsey (NPM) regarding case matters and upcoming deadlines | 0.20 | 1,270.00 | 254.00 |
| 08/26/2024 | LAD4 | Review/edit power point presentation to Committee & PAX (.30); handle presentation on update to counsel for PAX and Committee with N. Bassett, D. Barron (1.20) | 1.50 | 1,975.00 | 2,962.50 |
| 08/26/2024 | NAB | Participate in case update telephone conference with L. Despins, D. Barron, Committee and PAX professionals | 1.20 | 1,835.00 | 2,202.00 |
| 08/29/2024 | ML30 | Revise notices of appearance for certain attorneys (.6); prepare e-filings of same (.3); e-file same (.4) | 1.30 | 565.00 | 734.50 |
| | | **Subtotal: B110  Case Administration** | **30.70** | | **33,660.00** |

**B113    Pleadings Review**

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                                    Page 6
Kwok
50687-00001
Invoice No. 2429376

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/01/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 1.90 | 565.00 | 1,073.50 |
| 08/02/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.5) | 2.00 | 565.00 | 1,130.00 |
| 08/05/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.6); research certain case documents per attorney request (.6) | 2.40 | 565.00 | 1,356.00 |
| 08/06/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.6); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.2); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.60 | 565.00 | 1,469.00 |
| 08/07/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.8); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 2.10 | 565.00 | 1,186.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                    Page 7
50687-00001
Invoice No. 2429376

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/08/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.6); review recent filings in certain adversary proceedings and district court cases and update working group re same (.8); review related case dockets regarding recent filings (.5) | 1.90 | 565.00 | 1,073.50 |
| 08/09/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.8); review recent filings in certain adversary proceedings and district court cases and update working group re same (.5); review related case dockets regarding recent filings (.5) | 1.80 | 565.00 | 1,017.00 |
| 08/12/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.6); review recent filings in certain adversary proceedings and district court cases and update working group re same (.5); review related case dockets regarding recent filings (.4); research certain case documents per attorney request (.2) | 1.70 | 565.00 | 960.50 |
| 08/13/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.9); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.2); review related case dockets regarding recent filings (.4); research certain case documents per attorney request (.2) | 2.70 | 565.00 | 1,525.50 |
| 08/14/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.7); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.4); review related case dockets regarding recent filings (.5) | 2.60 | 565.00 | 1,469.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                                    Page 8
Kwok
50687-00001
Invoice No. 2429376

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/15/2024 | DM26 | Review recent filings in certain adversary proceedings and district court cases and update working group re same (.8); review related case dockets regarding recent filings (.5) | 1.30 | 565.00 | 734.50 |
| 08/16/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.8); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.2); review related case dockets regarding recent filings (.4); research certain case documents per attorney request (.2) | 2.60 | 565.00 | 1,469.00 |
| 08/19/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.5); review related case dockets regarding recent filings (.5); prepare summary of decisions entered in Kwok's main case and adversary proceedings after 7/28/23 (.3) | 1.80 | 565.00 | 1,017.00 |
| 08/20/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 1.90 | 565.00 | 1,073.50 |
| 08/21/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.1); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 2.20 | 565.00 | 1,243.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                                    Page 9
50687-00001
Invoice No. 2429376

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/22/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.2); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 2.30 | 565.00 | 1,299.50 |
| 08/23/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.8); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.10 | 565.00 | 1,186.50 |
| 08/26/2024 | ML30 | Monitor open case dockets (.5); review recent filings and update working group re same (.6); update case calendars re same (.3); review upcoming deadlines and update working group re same (.1) | 1.50 | 565.00 | 847.50 |
| 08/27/2024 | ML30 | Monitor open case dockets (.5); review recent filings and update working group re same (.8); update case calendars re same (.2); review upcoming deadlines and update working group re same (.1) | 1.60 | 565.00 | 904.00 |
| 08/28/2024 | ML30 | Monitor open dockets in several cases (.5); review recent filings and update working group re same (1.2); update case calendars re same (.3); update deadlines chart for working group (.2); correspond with E. Sutton re case document needed (.1); research re same (.1) | 2.40 | 565.00 | 1,356.00 |
| 08/29/2024 | ML30 | Monitor open dockets in several cases (.8); review recent filings and update working group re same (.9); update case calendars re same (.3); update deadlines chart for working group (.2) | 2.20 | 565.00 | 1,243.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 10

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/31/2024 | ML30 | Monitor open dockets in several cases (.5); review recent filings and update working group re same (.5); update case calendars re same (.3); update case deadlines chart for working group (.1) | 1.40 | 565.00 | 791.00 |
| | | **Subtotal: B113  Pleadings Review** | **45.00** | | **25,425.00** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/04/2024 | ECS1 | Review and revise agenda for 8/6/24 hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/05/2024 | DM26 | Prepare agenda for 8/6/24 hearing | 0.30 | 565.00 | 169.50 |
| 08/08/2024 | DM26 | Prepare agenda for 8/13/24 hearing | 1.10 | 565.00 | 621.50 |
| 08/09/2024 | DM26 | Update agenda for 8/13/24 hearing | 0.20 | 565.00 | 113.00 |
| 08/09/2024 | ECS1 | Review and revise agenda for 8/13/24 hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/12/2024 | DM26 | Update agenda for 8/13/24 hearing | 0.20 | 565.00 | 113.00 |
| 08/18/2024 | ECS1 | Correspond with D. Mohamed regarding agenda for 8/20 court hearing | 0.10 | 1,270.00 | 127.00 |
| 08/19/2024 | DM26 | Prepare agenda for hearing scheduled on 8/21/24 | 0.60 | 565.00 | 339.00 |
| 08/19/2024 | ECS1 | Review and revise agenda for 8/20 court hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/22/2024 | DM26 | Prepare agenda for 8/27/24 hearing | 0.70 | 565.00 | 395.50 |
| 08/22/2024 | ECS1 | Review and revise agenda for 8/27 court hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/23/2024 | DM26 | Update agenda for 8/27/24 hearing | 0.20 | 565.00 | 113.00 |
| 08/27/2024 | LAD4 | Handle hearing re: mediation procedure amendment and default judgment | 1.10 | 1,975.00 | 2,172.50 |
| 08/30/2024 | ECS1 | Prepare agenda for 9/3 court hearing | 0.50 | 1,270.00 | 635.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 11

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | **Subtotal: B155  Court Hearings** | **5.80** | | **5,815.00** |

**B160    Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/13/2024 | AB21 | Call with C. Edge regarding PH fee statements | 0.10 | 1,850.00 | 185.00 |
| 08/13/2024 | KAT2 | Correspond with E. Sutton regarding July fee matters | 0.20 | 1,120.00 | 224.00 |
| 08/14/2024 | AB21 | Review PH May fee statement (0.7); correspond with C. Edge regarding same (0.1); correspond with N. Bassett and W. Farmer regarding same (0.1) | 0.90 | 1,850.00 | 1,665.00 |
| 08/14/2024 | KAT2 | Correspond with E. Sutton regarding July fee matters | 0.30 | 1,120.00 | 336.00 |
| 08/15/2024 | AB21 | Call with C. Edge regarding PH fee statements (April and May) | 0.10 | 1,850.00 | 185.00 |
| 08/16/2024 | KAT2 | Review and respond to E. Sutton's fee questions | 0.20 | 1,120.00 | 224.00 |
| 08/22/2024 | KAT2 | Prepare UST Appendix B information for July services | 0.20 | 1,120.00 | 224.00 |
| 08/28/2024 | DEB4 | Correspond with C. Edge regarding fee application | 0.10 | 1,395.00 | 139.50 |
| | | **Subtotal: B160  Fee/Employment Applications** | **2.10** | | **3,182.50** |

**B165    Fee/Employment Applications for Other Professionals**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/01/2024 | AB21 | Correspond with P. Parizek (Kroll) regarding Kroll's notice of rate increase | 0.30 | 1,850.00 | 555.00 |
| 08/03/2024 | AB21 | Correspond with L. Despins regarding Kroll notice of rate change | 0.30 | 1,850.00 | 555.00 |
| 08/05/2024 | AB21 | Correspond with P. Parizek (Kroll) regarding Kroll notice of rate increase | 0.20 | 1,850.00 | 370.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 12

50687-00001

Invoice No. 2429376

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/05/2024 | DM26 | Revise and file Kroll's notice of change in hourly rates (.2); prepare and effectuate service regarding same (.3) | 0.50 | 565.00 | 282.50 |
| 08/12/2024 | AB21 | Correspond with D. Hayek (Prager) regarding June and July fee statements (0.1); revise same (0.2); correspond with D. Mohamed regarding filing and service of same (0.1) | 0.40 | 1,850.00 | 740.00 |
| 08/12/2024 | DM26 | File Prager Dreifuss June and July, 2024 monthly fee statements via the Court's CM/ECF system (.3); prepare and effectuate service regarding same (.3) | 0.60 | 565.00 | 339.00 |
| 08/12/2024 | ECS1 | Correspond with T. Sadler and L. Song regarding Paramount storage invoices and approval thereof (.2); call with L. Song regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 08/12/2024 | LS26 | Call with E. Sutton re Paramount storage invoice payment (0.1); draft email to L. Despins and N. Bassett regarding same (0.2) | 0.30 | 985.00 | 295.50 |
| 08/13/2024 | DM26 | File via the Court's CM/ECF system Acheson Doyle's July 2024 invoices (.2); prepare and effectuate service regarding same (.3) | 0.50 | 565.00 | 282.50 |
| 08/16/2024 | AB21 | Review NPM May & June fee statement (0.7); correspond with P. Linsey (NPM) regarding same (0.1) | 0.80 | 1,850.00 | 1,480.00 |
| 08/16/2024 | AB21 | Correspond with E. Sutton regarding retention application for real estate broker | 0.10 | 1,850.00 | 185.00 |
| 08/16/2024 | ECS1 | Prepare Compass retention application (2.0); correspond with A. Bongartz regarding same (.2) | 2.20 | 1,270.00 | 2,794.00 |
| 08/20/2024 | AB21 | Correspond with L. Despins and E. Sutton regarding application to retain Compass (0.1); call with E. Sutton regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 08/20/2024 | ECS1 | Continue preparing Compass retention application (2.2); call with A. Bongartz regarding same (.1) | 2.30 | 1,270.00 | 2,921.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 13

50687-00001

Invoice No. 2429376

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/20/2024 | ECS1 | Prepare motion to expedite Compass retention motion (.7); correspond with L. Despins regarding same (.1) | 0.80 | 1,270.00 | 1,016.00 |
| 08/21/2024 | ECS1 | Continue preparing motion to expedite Compass retention motion (1.1); correspond with L. Despins regarding same (.1) | 1.20 | 1,270.00 | 1,524.00 |
| 08/21/2024 | ECS1 | Further prepare Compass/Burke retention application (3.6); calls with L. Despins regarding same (.2); correspond with L. Despins regarding same (.3); correspond with W. Sherman (NPM), P. Linsey (NPM), and L. Despins regarding same (.3) | 4.40 | 1,270.00 | 5,588.00 |
| 08/21/2024 | LAD4 | Review/edit throughout day Compass retention app (1.90); t/c E. Sutton re: same (.20) | 2.10 | 1,975.00 | 4,147.50 |
| 08/22/2024 | ECS1 | Prepare retention application for Compass and Julie Burke (2.1); correspond with W. Sherman (NPM), P. Linsey (NPM), and L. Despins regarding same (.7) | 2.80 | 1,270.00 | 3,556.00 |
| 08/22/2024 | ECS1 | Further prepare motion to expedite Compass retention motion | 0.30 | 1,270.00 | 381.00 |
| 08/23/2024 | ECS1 | Prepare motion to expedite Compass retention application | 0.30 | 1,270.00 | 381.00 |
| 08/23/2024 | ECS1 | Prepare retention application for Compass and Julie Burke (.8); correspond with W. Sherman (NPM), P. Linsey (NPM), and L. Despins regarding same (.4) | 1.20 | 1,270.00 | 1,524.00 |
| 08/25/2024 | AB21 | Correspond with P. Linsey (NPM) regarding Kroll fee statement | 0.10 | 1,850.00 | 185.00 |
| 08/27/2024 | ECS1 | Correspond with P. Linsey (NPM) and L. Despins regarding retention application for Compass | 0.10 | 1,270.00 | 127.00 |
| 08/27/2024 | ML30 | Correspond with E. Sutton re order shortening time re retention application | 0.20 | 565.00 | 113.00 |
| 08/28/2024 | ECS1 | Correspond with W. Sherman (NPM), P. Linsey (NPM), and L. Despins regarding retention application for Compass | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                                    Page 14
Kwok
50687-00001
Invoice No. 2429376

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/29/2024 | ECS1 | Review and prepare schedule of parties in interest in connection with Compass retention (.2); correspond with L. Despins regarding same (.1); call with P. Linsey (NPM) regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 08/29/2024 | LAD4 | Finalize agreement with real estate broker (1.70); t/c with real estate broker re: same (.30) | 2.00 | 1,975.00 | 3,950.00 |
| 08/30/2024 | ECS1 | Revise proposed order on retention application for Compass (.6); correspond with P. Linsey (NPM) and W. Sherman (NPM) regarding same (.2) | 0.80 | 1,270.00 | 1,016.00 |
| | | **Subtotal: B165 Fee/Employment Applications for Other Professionals** | **26.00** | | **35,948.00** |

**B191     General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/14/2024 | NAB | Correspond with L. Despins, P. Linsey (NPM) regarding litigation strategy questions | 0.90 | 1,835.00 | 1,651.50 |
| 08/16/2024 | LAD4 | Review & edit NPM draft of domain name reply | 0.90 | 1,975.00 | 1,777.50 |
| 08/17/2024 | NAB | Correspond with P. Linsey (NPM) regarding litigation strategy issues | 0.20 | 1,835.00 | 367.00 |
| 08/28/2024 | LAD4 | T/c D. Barron re: auditing firms | 0.20 | 1,975.00 | 395.00 |
| | | **Subtotal: B191 General Litigation** | **2.20** | | **4,191.00** |

**B210     Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/02/2024 | TS21 | Correspond with D. Mohamed and L. Despins re wire for Sciame Homes | 0.30 | 1,365.00 | 409.50 |
| 08/05/2024 | AB21 | Correspond with T. Sadler regarding wire transfer related to security services at Mahwah mansion | 0.10 | 1,850.00 | 185.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                    Page 15
50687-00001
Invoice No. 2429376

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/05/2024 | DM26 | Prepare draft wire transfer regarding Hawk Eye Security | 0.10 | 565.00 | 56.50 |
| 08/05/2024 | TS21 | Correspond with A. Bongartz and D. Mohamed re Hawk Eye wire transfer | 0.10 | 1,365.00 | 136.50 |
| 08/06/2024 | TS21 | Review wire transfer forms for Sciame and Hawk Eye (.3); correspond with L. Despins and A. Bongartz re same (.1) | 0.40 | 1,365.00 | 546.00 |
| 08/07/2024 | AB21 | Correspond with T. Sadler regarding next wire transfers | 0.10 | 1,850.00 | 185.00 |
| 08/07/2024 | TS21 | Correspond with L. Despins, A. Bongartz, and East West Bank re wires (.2); correspond with L. Despins and A. Bongartz re UST quarterly fees (.1) | 0.30 | 1,365.00 | 409.50 |
| 08/08/2024 | AB21 | Correspond with T. Sadler re U.S. Trustee fees (0.1); correspond with H. Claiborn (U.S. Trustee) regarding same (0.3) | 0.40 | 1,850.00 | 740.00 |
| 08/11/2024 | AB21 | Correspond with T. Sadler regarding upcoming wire transfers | 0.10 | 1,850.00 | 185.00 |
| 08/12/2024 | AB21 | Correspond with T. Sadler regarding Acheson wire transfer | 0.10 | 1,850.00 | 185.00 |
| 08/12/2024 | DM26 | Prepare draft wire transfer regarding invoice of Hawk Eye Security | 0.10 | 565.00 | 56.50 |
| 08/12/2024 | TS21 | Correspond with L. Despins and D. Mohamed re Hawk Eye wire transfer | 0.10 | 1,365.00 | 136.50 |
| 08/13/2024 | DM26 | Prepare draft wire transfers for The Sherry Netherland and Acheson Doyle | 0.20 | 565.00 | 113.00 |
| 08/20/2024 | AB21 | Correspond with T. Sadler regarding security firm wire transfer | 0.10 | 1,850.00 | 185.00 |
| 08/20/2024 | TS21 | Correspond with D. Mohamed re Paramount wire transfer | 0.50 | 1,365.00 | 682.50 |
| 08/21/2024 | DM26 | Prepare draft wire transfers regarding invoices for Paramount and Hawk Eye Security | 0.40 | 565.00 | 226.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429376

Page 16

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/21/2024 | DEB4 | Conference with T. Sadler regarding payments related to real properties (0.1); correspond with P. Linsey regarding same (0.2); correspond with L. Despins regarding same (0.1) | 0.40 | 1,395.00 | 558.00 |
| 08/21/2024 | TS21 | Review wire transfer forms for Acheson Doyle, the Sherry Netherland, Paramount, and Hawk Eye (.7); call with D. Barron regarding same (.1); correspond with L. Despins and East West Bank re same (.2) | 1.00 | 1,365.00 | 1,365.00 |
| 08/23/2024 | TS21 | Correspond with Neubert Pepe re tax and insurance payments | 0.70 | 1,365.00 | 955.50 |
| 08/27/2024 | TS21 | Correspond with East West Bank, L. Despins and W. Sherman re tax payments and payments with respect to Greenwich property | 0.80 | 1,365.00 | 1,092.00 |
| 08/29/2024 | TS21 | Correspond with L. Despins, D. Barron and W. Sherman regarding UST and tax payments | 0.50 | 1,365.00 | 682.50 |
| | | **Subtotal: B210  Business Operations** | **6.80** | | **9,090.50** |

**B211    Financial Reports (Monthly Operating Reports)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/20/2024 | DEB4 | Correspond with T. Sadler regarding MOR | 0.50 | 1,395.00 | 697.50 |
| 08/20/2024 | TS21 | Prepare July MOR (1.8); correspond with D. Barron re same (.3) | 2.10 | 1,365.00 | 2,866.50 |
| 08/21/2024 | DM26 | File monthly operating report for period ended 7/31/24 via the Court's CM/ECF system | 0.20 | 565.00 | 113.00 |
| 08/21/2024 | DEB4 | Correspond with T. Sadler regarding MOR | 0.10 | 1,395.00 | 139.50 |
| 08/21/2024 | TS21 | Correspond with D. Barron, L. Despins and D. Mohamed re July monthly operating report (.4); revise monthly operating report (.3) | 0.70 | 1,365.00 | 955.50 |
| | | **Subtotal: B211  Financial Reports (Monthly Operating Reports)** | **3.60** | | **4,772.00** |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                                    Page 17
Kwok
50687-00001
Invoice No. 2429376

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B310** | | **Claims Administration and Objections** | | | |
| 08/15/2024 | AB21 | Correspond with D. Barron regarding bar date notice | 0.10 | 1,850.00 | 185.00 |
| | | **Subtotal: B310  Claims Administration and Objections** | **0.10** | | **185.00** |
| | **Total** | | **122.30** | | **122,269.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 10.40 | 1,975.00 | 20,540.00 |
| NAB | Nicholas A. Bassett | Partner | 5.50 | 1,835.00 | 10,092.50 |
| AB21 | Alex Bongartz | Of Counsel | 4.90 | 1,850.00 | 9,065.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 0.90 | 1,120.00 | 1,008.00 |
| DEB4 | Douglass E. Barron | Associate | 4.80 | 1,395.00 | 6,696.00 |
| TS21 | Tess Sadler | Associate | 7.50 | 1,365.00 | 10,237.50 |
| ECS1 | Ezra C. Sutton | Associate | 19.30 | 1,270.00 | 24,511.00 |
| LS26 | Luyi Song | Associate | 2.70 | 985.00 | 2,659.50 |
| ML30 | Mat Laskowski | Paralegal | 11.90 | 565.00 | 6,723.50 |
| DM26 | David Mohamed | Paralegal | 54.40 | 565.00 | 30,736.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/05/2024 | Photocopy Charges | 80.00 | 0.08 | 6.40 |
| 08/12/2024 | Photocopy Charges | 340.00 | 0.08 | 27.20 |
| 08/13/2024 | Photocopy Charges | 200.00 | 0.08 | 16.00 |
| 08/23/2024 | Photocopy Charges | 800.00 | 0.08 | 64.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429376

Page 18

| | | |
|---|---|---|
| 02/20/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 02/20/2024; c/o CT Corporation System; Pillsbury Winthrop Shaw Pittman; 1015 15th St. NW; WASHINGTON, DC 20005 ; 775245827213 (MAN) | 21.09 |
| 02/23/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 02/23/2024; Joe Halbardier; Shaylen Music LLC; 1900 Ave of the Stars 25th Fl; LOS ANGELES, CA 90067 ; 775294570268 (MAN) | 21.64 |
| 02/27/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 02/27/2024; George Gobble; Jamestown Associates LLC; 6770 E Edgemont St; TUCSON, AZ 85710 ; 775335192699 (MAN) | 28.87 |
| 02/29/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 02/29/2024; OFFICER MANAGING OR GENERAL AGENT; O.S.C. Orbit II Service Company; 101 MERRITT 7; NORWALK, CT 06851 ; 271568018250 (MAN) | 21.09 |
| 02/29/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 02/29/2024; AARON A. MITCHELL; Lawall & Mitchell LLC; 55 MADISON AVE STE 400; MORRISTOWN, NJ 07960 ; 271569819884 (MAN) | 43.59 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Officer Managing or General Agent; OSC Orbit Service Company LLC; 101 Merritt 7 Corporate Place; NORWALK, CT 06851 ; 271630284040 (MAN) | 21.09 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Marcum LLP Goodwin Square; c/o Corporation Service Company; 225 Asylum 20th Fl.; HARTFORD, CT 06103 ; 271634271755 (MAN) | 21.09 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 19

| | | |
|---|---|---|
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Cirrus Design Corporation; c/o Registered Agent Solutions; 100 Wilburn Rd Ste 100; SUN PRAIRIE, WI 53590 ; 271632210224 (MAN) | 21.09 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Officer Managing or General Agent; Marcum LLP; 10 Melville Park Rd; MELVILLE, NY 11747 ; 271633159240 (MAN) | 21.09 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Nicholas Paindiris; OSC Orbit Service Company LLC; 2252 Main Street; GLASTONBURY, CT 06033 ; 271634432570 (MAN) | 21.09 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Officer Managing or General Agent; Cirrus Design Corporation; 4515 Taylor Circle; DULUTH, MN 55811 ; 271627419684 (MAN) | 21.09 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Cirrus Design Corporation; c/o Registered Agent Solutions; 222 S. 9th Street Suite 450; MINNEAPOLIS, MN 55402 ; 271631969825 (MAN) | 21.09 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Robert E. Molloy; Sedgwick Realty Corp.; 525 W Homer #401; CHICAGO, IL 60622 ; 271635204629 (MAN) | 21.09 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Jocelyn Kuo; Paul Hastings; 200 Park Avenue; NEW YORK, NY 10166 ; 580016412314 (MAN) | 21.14 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429376

Page 20

| | | |
|---|---|---|
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; ; Cayuse Government Services LL; 112 North Curry Street; CARSON CITY, NV 89703 ; 271631647855 (MAN) | 21.64 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Officer Managing or General Agent; 9 East 40th Street LLC c/o Woh; 10 East 40th Street 3203; NEW YORK CITY, NY 10016 ; 271626234318 (MAN) | 23.42 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Sedgwick Realty Corp.; c/o C T Corporation System; 28 Liberty St.; NEW YORK, NY 10005 ; 271635045976 (MAN) | 23.42 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Officer Managing or General Agent; Petrillo Klein & Boxer LLP; 655 Third Avenue 22nd Floor; NEW YORK, NY 10017 ; 271630516077 (MAN) | 23.42 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Officer Managing or General Agent; Marcum LLP; 730 3rd Avenue 11th floor; NEW YORK, NY 10017 ; 271629769852 (MAN) | 23.42 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Brune Law PC c/o CT Corp Systems; 28 Liberty St.; NEW YORK, NY 10005 ; 271631405544 (MAN) | 23.42 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Officer Managing or General Agent; Brune Law PC; 450 Park Avenue Suite 1901; NEW YORK, NY 10022 ; 271626649150 (MAN) | 23.42 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 21

| | | |
|---|---|---|
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Dawn Hagen; Cayuse Government Services LL; 72632 COYOTE RD; PENDLETON, OR 97801 ; 271626954411 (MAN) | 23.97 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; OSC Orbit Service Company LLC; c/o Registered Agents Inc.; 418 Broadway Ste R; ALBANY, NY 12207 ; 271634875985 (MAN) | 25.85 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Daiho Zhou; Cirrus Design Corporation; 8504 Gaither Hollow Ct.; ELLICOTT CITY, MD 21043 ; 271627948170 (MAN) | 28.32 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Tao Zheng; 3760 Bird Rd Unit 704; MIAMI, FL 33146 ; 271631063292 (MAN) | 28.32 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Officer Managing or General Agent; Gypsy Mei Food Services LLC; 600 Mamaroneck Avenue #400; HARRISON, NY 10528 ; 271628841227 (MAN) | 28.32 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Tao Zheng; 1200 Frank E Rodgers Blvd S; HARRISON, NJ 07029 ; 271635381001 (MAN) | 28.32 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Gypsy Mei Food Services LLC; c/o Corporate Creations Network; 600 Mamaroneck Avenue #400; HARRISON, NY 10528 ; 271632409903 (MAN) | 28.32 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429376

Page 22

| | | |
|---|---|---|
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Jason Miller; 2305 N. Lincoln Street; ARLINGTON, VA 22207 ; 271629271848 (MAN) | 28.32 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Officer Managing or General Agent; Sedgwick Realty Corp.; 15 Close Rd; GREENWICH, CT 06831 ; 271630807313 (MAN) | 28.32 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Nicholas Paindiris; OSC Orbit Service Company LLC; 119 Butler Drive; GLASTONBURY, CT 06033 ; 271634680603 (MAN) | 28.32 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Feng Yi; 157 Rajkovich Way; SAN JOSE, CA 95120 ; 271628387626 (MAN) | 28.87 |
| 03/01/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/01/2024; Mei Guo; 492 Broome St Apt 3; NEW YORK, NY 10013 ; 271629936205 (MAN) | 31.76 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Jocelyn Kuo; Paul Hastings LLP; 200 Park Avenue; NEW YORK, NY 10166 ; 775408755130 (MAN) | 18.42 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Officer Managing or General Agent; NAV Consulting Inc.; 1 Trans Am Pla a Drive Suite; VILLA PARK, IL 60181 ; 271721148220 (MAN) | 21.00 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; River Valley Operations LLC; c/o Registered Agents Inc; 5534 Saint Joe Road; FORT WAYNE, IN 46835 ; 271719752550 (MAN) | 21.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 23

50687-00001

Invoice No. 2429376

---

| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Officer Managing or General Agent; Flying Colours Corp; 525 Turbine Ave; CHESTERFIELD, MO 63005 ; 271719057299 (MAN) | 21.00 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Gettr USA Inc. Corp. Trust Ce; c/o The Corporation Trust Company; 1209 Orange Street; WILMINGTON, DE 19801 ; 271723480934 (MAN) | 21.00 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Jared Scott Thomson; River Valley Operations LLC; 1851 West Henri De Tonti Blvd; SPRINGDALE, AR 72762 ; 271722501653 (MAN) | 21.00 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; return; paul hastings 200; 200 park avenue; NEW YORK, NY 10166 ; 653687408846 (MAN) | 21.05 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Officer Managing or General Agent; WA & HF LLC; 1621 114 Avenue SE Suite 105; BELLEVUE, WA 98004 ; 271717683359 (MAN) | 21.55 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Top California Beach Corp.; 7940 Garvey Ave Ste 202; ROSEMEAD, CA 91770 ; 271720082661 (MAN) | 21.55 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Gary Kurt; Dark Shadows LLC; 30101 Agoura Ct #118; AGOURA HILLS, CA 91301 ; 271722041057 (MAN) | 21.55 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 24

| | | |
|---|---|---|
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; MARCUM LLP; C/O CORPORATION SERVICE COMPANY; 80 STATE ST; ALBANY, NY 12207 ; 713409278240 (MAN) | 21.90 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Officer Managing or General Agent; Quick-Equip LLC; 1410 Broadway Suite 1202; NEW YORK, NY 10018 ; 271721567190 (MAN) | 23.32 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Gettr USA Inc.; c/o C T Corporation System; 28 Liberty Street; NEW YORK, NY 10005 ; 271723107771 (MAN) | 23.32 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Haipeng Xu; Wang's Realty Management Service; 160 Middle Road; SOUTHBOROUGH, MA 01772 ; 271720336189 (MAN) | 28.20 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Chris Lee; Top California Beach Corp.; 2436 Park Blvd; UPLAND, CA 91784 ; 271722777723 (MAN) | 28.75 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Antonio Forteleoni; Curiosity Corp. LLC; 1344 Belfast Dr.; WEST HOLLYWOOD, CA 90069 ; 271718419362 (MAN) | 28.75 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Duoyue Wang; WA & HF LLC; 7419 W Mercer Way; MERCER ISLAND, WA 98040 ; 271721762172 (MAN) | 28.75 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 25

50687-00001

Invoice No. 2429376

| | | |
|---|---|---|
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Anthony DiBattista; 45 Park Hill Drive; HOPEWELL JUNCTION, NY 12533 ; 271718147445 (MAN) | 31.63 |
| 03/04/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/04/2024; Officer Managing or General Agent; Gettr USA Inc.; 3 COLUMBUS CIRCLE 20TH; NEW YORK, NY 10019 ; 271720564622 (MAN) | 45.82 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Lexington Property and Staffin; c/o Corporation Service Compan; 251 Little Falls Drive; WILMINGTON, DE 19808 ; 271782035252 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; HCHK Property Management Inc.; c/o The Corporation Trust Comp; 1209 Orange Street; WILMINGTON, DE 19805 ; 271781130875 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; HCHK Property Management Inc.; c/o Corporation Service Compan; 80 State Street; ALBANY, NY 12207 ; 271769212455 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; GF Italy LLC Corp. Trust Cente; c/o The Corporation Trust Comp; 1209 Orange St; WILMINGTON, DE 19801 ; 271771246203 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Hayman Hong Kong Opportunitie; Opportunities Onshore Fund LP; 251 Little Falls Drive; WILMINGTON, DE 19808 ; 271779358726 (MAN) | 21.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 26

50687-00001

Invoice No. 2429376

| | | |
|---|---|---|
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; c/o Registered Agents Inc; Rule of Law Society IV Inc.; 1717 N Street NW Suite 1; WASHINGTON, DC 20036 ; 271783268863 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Llija Pavlovic; Crocker Mansion Estate LLC; 19 Spear Road Suite 306; RAMSEY, NJ 07446 ; 271778536960 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; HCHK Property Management Inc; Princeton South Corporate Cent; 100 Charles Ewing Blvd Suite 1; TRENTON, NJ 08628 ; 271780697346 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; c/o The Corporation Trust Comp; GFNY Inc; 1209 N ORANGE ST; WILMINGTON, DE 19801 ; 271784692280 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Himalaya New World Inc.; 12587 Fair Lakes Circle Suite; FAIRFAX, VA 22033 ; 271762567076 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Lamp Capital LLC; c/o C T Corporation System; 820 Bear Tavern Road; TRENTON, NJ 08628 ; 271767721575 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Lexington Property and Staffin; c/o Corporation Service Compan; 80 State Street; ALBANY, NY 12207 ; 271781772293 (MAN) | 21.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 27

50687-00001

Invoice No. 2429376

| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Crocker Mansion Estate LLC; 17 Spear Road; RAMSEY, NJ 07446 ; 271765717639 (MAN) | 21.00 |
|---|---|---|
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Yanming Wang Spices Inc.; Omicron Nutraceutical LLC; 82 Wendel Ave Ste 100; PITTSFIELD, MA 01201 ; 271777129489 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; HCHK Technologies Inc; c/o Corporation Service Compan; 80 State Street; ALBANY, NY 12207 ; 271769050370 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; James Moriarty c/o Zeisler & Z; Leading Shine NY Ltd.; 10 Middle Street Floor 15; BRIDGEPORT, CT 06604 ; 271783883149 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Leading Shine NY Ltd.; c/o Corporate Creations Networ; 3411 Silverside Road Suite 10; WILMINGTON, DE 19810 ; 271782856789 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; c/o The Corporation Trust Comp; Rule of Law Society IV Inc.; 1209 Orange St; WILMINGTON, DE 19801 ; 271783869075 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Mountains of Spices Inc.; 8 The Green Suite A; DOVER, DE 19901 ; 271762093665 (MAN) | 21.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                                    Page 28
Kwok
50687-00001
Invoice No. 2429376

| | | |
|---|---|---|
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Mountains of Spices Inc.; c/o A Registered Agent Inc.; 8 The Green Ste A; DOVER, DE 19901 ; 271776931613 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Omicron Nutraceutical LLC; 82 Wendel Avenue Suite 100; PITTSFIELD, MA 01201 ; 271762242512 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; HCHK Technologies Inc.; c/o Corporation Service Compan; 251 Little Falls Drive; WILMINGTON, DE 19808 ; 271780345785 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; James Moriarty Hudson Diamond; NY LLC / Zeisler & Zeisler P.; 10 Middle Street Floor 15; BRIDGEPORT, CT 06604 ; 271782539137 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; G Club Holdco I Corp Trust Cen; c/o The Corporation Trust Comp; 1209 Orange St; WILMINGTON, DE 19801 ; 271775992413 (MAN) | 21.00 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; c/o The Corporation Trust Comp; Rule of Law Foundation III Inc; 1209 Orange St.; WILMINGTON, DE 19801 ; 271782860233 (MAN) | 21.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 29

---

| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Stuart Smith Hayman Hong; Kong Opportunities Onshore Fun; 3889 Maple Avenue 6th Floor; DALLAS, TX 75219 ; 271767414277 (MAN) | 21.00 |

| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; MOS Himalaya Foundation Inc.; 1129 Northern Blvd.  Suite 404; MANHASSET, NY 11030 ; 271763475582 (MAN) | 21.00 |

| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Lura Barua; Taurus Fund LLC / GG Internat; 6628 Sky Pointe Dr. Ste 129; LAS VEGAS, NV 89131 ; 271778850365 (MAN) | 21.55 |

| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Taurus Fund LLC; 6628 Sky Pointe Drive Ste 129; LAS VEGAS, NV 89131 ; 271766103584 (MAN) | 21.55 |

| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; c/o Greenberg Traurig LLP; GFNY Inc.; 1840 CENTURY PARK E STE 1900; LOS ANGELES, CA 90067 ; 271785128208 (MAN) | 21.55 |

| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Golden Spring (New York) Limi; c/o C T Corporation System; 28 Liberty St.; NEW YORK, NY 10005 ; 271779747237 (MAN) | 23.32 |

| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; GFNY Inc.; 3 Columbus Cir.  Floor 20; NEW YORK, NY 10019 ; 271770956387 (MAN) | 23.32 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

50687-00001

Invoice No. 2429376

Page 30

| | | |
|---|---|---|
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Xuebing Wang Victor Cerda; Rule of Law Foundation III Inc; 57 W 57th St Ste 400; NEW YORK, NY 10019 ; 271782413259 (MAN) | 23.32 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Anthony DiBattista; Lexington Property and Staffin; 750 Lexington Ave. 8th Fl; NEW YORK, NY 10022 ; 271769370303 (MAN) | 23.32 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Manuel An aldua; HCHK Technologies Inc.; 750 Lexington Avenue; NEW YORK, NY 10022 ; 271780163907 (MAN) | 23.32 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Rule of Law Society IV Inc.; 57 West 57th Street Suite 400; NEW YORK, NY 10019 ; 271784179360 (MAN) | 23.32 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Rule of Law Foundation III Inc; 57 West 57th Street Suite 400; NEW YORK, NY 10019 ; 271783085702 (MAN) | 23.32 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Scott Barnett; Taurus Fund LLC; 218 Elsie Avenue; MERRICK, NY 11566 ; 271778998616 (MAN) | 28.20 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Greenwich Land LLC; 169 Rockingstone Avenue; LARCHMONT, NY 10538 ; 271779972601 (MAN) | 28.20 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429376

Page 31

| | | |
|---|---|---|
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Himalaya Shanghai Farm LLC; 12 Lara Lane; WILMINGTON, DE 19808 ; 271763075180 (MAN) | 28.20 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Hing Chi Ngok; Greenwich Land LLC; 373 Taconic Road; GREENWICH, CT 06831 ; 271768736313 (MAN) | 28.20 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Bingshang Jiao Spices Inc.; Himalaya New World Inc.; 2901 Brians Hill Ln; OAKTON, VA 22124 ; 271777530759 (MAN) | 28.20 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Zhang Xianhong Spices Inc.; Himalaya Boston Mayflower LLC; 3513 NE 171 ST; NORTH MIAMI BEACH, FL 33160 ; 271777346075 (MAN) | 28.20 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Himalaya New York Rock; 301 West Street Apt 8E; NEW YORK CITY, NY 10025 ; 271762910332 (MAN) | 28.20 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Himalaya Boston Mayflower LLC; 3513 NE 171 Street; NORTH MIAMI BEACH, FL 33160 ; 271762420970 (MAN) | 28.20 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Xiaohong Peng; Himalaya Shanghai Farm LLC; 12 Lara Lane; WILMINGTON, DE 19808 ; 271778147337 (MAN) | 28.20 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429376

Page 32

| | | |
|---|---|---|
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Himalaya New York Rock; 301 W 110 Street Apt 8E; NEW YORK CITY, NY 10026 ; 271777930164 (MAN) | 28.20 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Fanggui Zhu; None; 2717 Cedar St. Unite B; EVERETT, WA 98201 ; 271766800985 (MAN) | 28.75 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Weihua Li; None; 2377 Clubhouse Dr; ROCKLIN, CA 95765 ; 271766338996 (MAN) | 28.75 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; G Club Three; 800 N. Harper Avenue; LOS ANGELES, CA 90046 ; 271761869596 (MAN) | 28.75 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Leanne Li; G Club Three; 800 N Harper Ave; LOS ANGELES, CA 90046 ; 271776424765 (MAN) | 28.75 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Shiying Li; None; 1128 Curtner Ave; SAN JOSE, CA 95125 ; 271766994054 (MAN) | 28.75 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; c/o Mei Guo; Leading Shine NY Ltd.; 492 Broome St Apt 3; NEW YORK, NY 10013 ; 271783681482 (MAN) | 31.63 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; c/o Mei Guo; Hudson Diamond NY LLC; 492 Broome St Apt 3; NEW YORK, NY 10013 ; 271782309507 (MAN) | 31.63 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 33

50687-00001

Invoice No. 2429376

| | | |
|---|---|---|
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Lamp Capital LLC; 667 MADISON AVENUE 4TH FL; NEW YORK, NY 10065 ; 271779536635 (MAN) | 43.50 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Hudson Diamond NY LLC; 1 COLUMBUS CIRCLE; NEW YORK, NY 10019 ; 271769577645 (MAN) | 45.82 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Yanping Wang; Golden Spring (New York) Limit; 57 WEST 57TH STREET SUITE 400; NEW YORK, NY 10019 ; 271768061040 (MAN) | 45.82 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; [Adv. Proc. No. 24-05275]; GFNY Inc; 1 COLUMBUS CIRCLE; NEW YORK, NY 10019 ; 271784370932 (MAN) | 45.82 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; G Club Holdco I LLC; 1 COLUMBUS CIRCLE; NEW YORK, NY 10019 ; 271761527341 (MAN) | 45.82 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Leading Shine NY Ltd.; 57 WEST 57TH STREET SUITE 400; NEW YORK, NY 10019 ; 271783094270 (MAN) | 45.82 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Rule of Law Society IV Inc.; 57 WEST 57TH STREET SUITE 400; NEW YORK, NY 10019 ; 271770739481 (MAN) | 45.82 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 34

| | | |
|---|---|---|
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Saraca Media Group Inc.; 1 COLUMBUS CIRCLE; NEW YORK, NY 10019 ; 271771579177 (MAN) | 45.82 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Ping Tang or Michael Baranowit; Rule of Law Society IV Inc; 1 COLUMBUS CIRCLE; NEW YORK, NY 10019 ; 271783569798 (MAN) | 45.82 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Leading Shine NY Ltd.; 1 COLUMBUS CIRCLE; NEW YORK, NY 10019 ; 271769744465 (MAN) | 45.82 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; G Fashion Media Group Inc.; 1 COLUMBUS CIRCLE; NEW YORK, NY 10019 ; 271770329230 (MAN) | 45.82 |
| 03/05/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/05/2024; Officer Managing or General Agent; Rule of Law Foundation III Inc; 57 WEST 57TH STREET SUITE 400; NEW YORK, NY 10019 ; 271770539144 (MAN) | 45.82 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; jocelyn kuo; paul hastings; 200 park ave; NEW YORK, NY 10166 ; 775436863782 (MAN) | 19.11 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; GF Italy LLC Corp. Trust Cent; c/o The Corporation Trust Comp; 1209 Orange St.; WILMINGTON, DE 19801 ; 271817408269 (MAN) | 21.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 35

50687-00001

Invoice No. 2429376

| | | |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; O.S.C. ORBIT SERVICE COMPANY L; 7 Corporate Place 3rd Floor; NORWALK, CT 06851 ; 271828654867 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Victor Cerda; Victor Cerda; 411 Theodore Fremd Avenue Sui; RYE, NY 10580 ; 271834292120 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; HUDSON DIAMOND NY LLC; 162 East 64th Street; NEW YORK, NY 10065 ; 271823585953 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; GETTR USA INC. Corp. Trust Ce; c/o The Corporation Trust Comp; 1209 Orange St; WILMINGTON, DE 19801 ; 271816371342 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Nicholas Paindiris; O.S.C. ORBIT SERVICE COMPANY L; 2252 Main Street; GLASTONBURY, CT 06033 ; 271828418050 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; GFASHION MEDIA GROUP INC.; 162 East 64th Street; NEW YORK, NY 10065 ; 271818170994 (MAN) | 21.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00001
Invoice No. 2429376

Page 36

| | | |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o The Corporation Trust Comp; RULE OF LAW SOCIETY IV INC; 1209 Orange St.; WILMINGTON, DE 19801 ; 271830481270 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o The Corporation Trust Comp; RULE OF LAW FOUNDATION III IN; 1209 Orange St.; WILMINGTON, DE 19801 ; 271829497378 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o REGISTERED AGENTS INC.; RULE OF LAW SOCIETY IV INC.; 1717 N STREET NW SUITE 1; WASHINGTON, DC 20036 ; 271831233062 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; GYPSY MEI FOOD SERVICES LLC; c/o Corporate Creation Network; 1521 Concord Pike Suite 201; WILMINGTON, DE 19803 ; 271821854489 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Yongbing Zhang; Yongbing Zhang; 67 East Madison Street Suite; CHICAGO, IL 60603 ; 271834644552 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; HCHK PROPERTY MANAGEMENT INC.; c/o The Corporation Trust Comp; 1209 Orange Street; WILMINGTON, DE 19808 ; 271822506945 (MAN) | 21.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 37

| | | |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; GTV MEDIA GROUP INC.; 162 East 64th Street; NEW YORK, NY 10065 ; 271820697939 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Alex Hadjicharalambous; INFORMATION NOT SUPPLIED; 2318 28th Street; LONG ISLAND CITY, NY 11105 ; 271810656868 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; GS SECURITY SOLUTIONS INC; c/o Registered Agents Inc.; 5 Greentree Centre 525 Route 7; MARLTON, NJ 08053 ; 271820487634 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Registered Agents Inc.; O.S.C. ORBIT SERVICE COMPANY L; 418 Broadway Ste R; ALBANY, NY 12207 ; 271828868630 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; G Music LLC; c/o Corporation Service Compan; 251 Little Falls Dr.; WILMINGTON, DE 19808 ; 271814850301 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; SARACA MEDIA GROUP INC.; SARACA MEDIA GROUP INC.; 162 E 64th St; NEW YORK, NY 10065 ; 271831506674 (MAN) | 21.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429376

Page 38

| | | |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; GFNY INC. Corporation Trust C; c/o The Corporation Trust Comp; 1209 Orange St; WILMINGTON, DE 19801 ; 271818782799 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; HUDSON DIAMOND HOLDINGS LLC; c/o Corporate Creations Networ; 1521 Concord Pike Suite 201; WILMINGTON, DE 19803 ; 271823012108 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Corporation Service Compan; LEXINGTON PROPERTY AND STAFFIN; 251 Little Falls Drive; WILMINGTON, DE 19808 ; 271824766592 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; G Club US Operations LLC G Mus; c/o Corporation Service Compan; 251 Little Falls Drive; WILMINGTON, DE 19808 ; 271815646880 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; GF IP LLC Corp. Trust Center; c/o The Corporation Trust Comp; 1209 Orange St.; WILMINGTON, DE 19801 ; 271817287654 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Yanping Yvette Wang; Carl Gulliver Law LLC; 470 James Street Suite 007; NEW HAVEN, CT 06513 ; 271834812622 (MAN) | 21.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 39
50687-00001
Invoice No. 2429376

| | | |
|---|---|---:|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Crane Advisory Group L.L.C.; United States Corporation Agen; 7014 13th Avenue Suite 202; BROOKLYN, NY 11228 ; 271812555265 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; HUDSON DIAMOND HOLDINGS LLC; 162 East 64th Street; NEW YORK, NY 10065 ; 271823426024 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Aaron Mitchell; INFORMATION NOT SUPPLIED; 55 Madison Avenue 4th Floor; MORRISTOWN, NJ 07960 ; 271809948371 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o The Corporation Trust Comp; SEVEN MISSION GROUP LLC; 1209 Orange St.; WILMINGTON, DE 19801 ; 271832428124 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; James Moriarty; c/o Zeisler & Zeisler P.C.; 10 Middle Street Floor 15; BRIDGEPORT, CT 06604 ; 271826932364 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Yongbing Zhang; Yongbing Zhang; 223 West Jackson Blvd.  Suite; CHICAGO, IL 60603 ; 271834424820 (MAN) | 21.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 40

| | | |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; GNEWS MEDIA GROUP INC. GFNY I; c/o Corporate Creation Network; 1521 Concord Pike Suite 201; WILMINGTON, DE 19803 ; 271819450633 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Chunguang Han; INFORMATION NOT SUPPLIED; 920 Belmont Avenue Apt 3104; HALEDON, NJ 07508 ; 271811656809 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; James Moriarty; LEADING SHINE NY LTD.; 10 Middle Street Floor 15; BRIDGEPORT, CT 06604 ; 271824527052 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Corporation Service Compan; LEXINGTON PROPERTY AND STAFFIN; 80 State Street; ALBANY, NY 12207 ; 271824974975 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; LAWALL & MITCHELL LLC; 55 Madison Avenue 4th Floor; MORRISTOWN, NJ 07960 ; 271823301110 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; HCHK TECHNOLOGIES INC.; c/o Corporation Service Compan; 251 Little Falls Drive; WILMINGTON, DE 19808 ; 271822652936 (MAN) | 21.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 41

| | | |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; LEADING SHINE NY LTD.; 162 East 64th Street; NEW YORK, NY 10065 ; 271823831079 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; James Moriarty; HUDSON DIAMOND NY LLC; 10 Middle Street Floor 15; BRIDGEPORT, CT 06604 ; 271821962766 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Registered Agents Inc.; RULE OF LAW FOUNDATION III IN; 1717 N ST NW STE 1; WASHINGTON, DC 20036 ; 271830273130 (MAN) | 21.00 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Howard Steinberg GFNY INC.; c/o Greenberg Traurig LLP.; 1840 Century Park East Suite; LOS ANGELES, CA 90067 ; 271819142144 (MAN) | 21.55 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Lura Barua; TAURUS FUND LLC; 6628 SKY POINTE DR STE 129; LAS VEGAS, NV 89131 ; 271833752568 (MAN) | 21.55 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; GFASHION MEDIA GROUP INC.; c/o Corporate Creations Networ; 5901 W. Century Blvd. #750; LOS ANGELES, CA 90045 ; 271818451379 (MAN) | 21.55 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                        Page 42
Kwok
50687-00001
Invoice No. 2429376

| | | |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Howard Steinberg G Music LLC; c/o Greenberg Traurig LLP; 1840 Century Park East Suite; LOS ANGELES, CA 90067 ; 271815021240 (MAN) | 21.55 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; G Fashion (CA); c/o Summer Bridges; 1245 Factory Place; LOS ANGELES, CA 90013 ; 271814447473 (MAN) | 21.55 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; TAURUS MANAGEMENT LLC; 6628 SKY POINTE DR; LAS VEGAS, NV 89131 ; 271833015071 (MAN) | 21.55 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; G Fashion (CA); 1245 Factory Place; LOS ANGELES, CA 90013 ; 271814322823 (MAN) | 21.55 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Aaron Mitchell; GETTR USA INC c/o Weddle Law; 37 West 20th Street Suite 120; NEW YORK CITY, NY 10011 ; 271816919642 (MAN) | 23.32 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; RULE OF LAW SOCIETY IV INC.; 57 W 57TH ST; NEW YORK, NY 10019 ; 271830736952 (MAN) | 23.32 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 43

| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; RULE OF LAW FOUNDATION III INC; 57 West 57th Street Suite 400; NEW YORK, NY 10019 ; 271829743310 (MAN) | 23.32 |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Louis M. Freeman; MAX KRASNER; 75 Maiden Lane Suite 503; NEW YORK CITY, NY 10038 ; 271826501445 (MAN) | 23.32 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; G Fashion (CA); 590 Madison Ave; NEW YORK, NY 10022 ; 271814652684 (MAN) | 23.32 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Anthony DiBattista; LEXINGTON PROPERTY AND STAFFIN; 750 Lexington Ave. 8TH FL; NEW YORK, NY 10022 ; 271825163251 (MAN) | 23.32 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Corporation Service Compan; TAURUS MANAGEMENT LLC; 110 E BROADWAY ST; HOBBS, NM 88240 ; 271832760905 (MAN) | 23.32 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; G Club US Operations LLC; 590 Madison Avenue; NEW YORK, NY 10022 ; 271815898449 (MAN) | 23.32 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; GETTR USA INC.; c/o CT Corporation System; 28 Liberty Street; NEW YORK, NY 10005 ; 271816075052 (MAN) | 23.32 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 44

| | | |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; Crane Advisory Group L.L.C; One World Trade Center 85th F; NEW YORK, NY 10007 ; 271811967804 (MAN) | 23.32 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Hing Chi Ngok GFNY INC.; GREENWICH LAND LLC; 373 Taconic Road; GREENWICH, CT 06831 ; 271819716522 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Scott Barnett; Scott Barnett; 218 ELSIE AVE; MERRICK, NY 11566 ; 271832256357 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; RULE OF LAW SOCIETY IV INC.; 800 5TH AVENUE STE 21F; NEW YORK, NY 10065 ; 271830911921 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Hing Chi Ngok; INFORMATION NOT SUPPLIED; 373 Taconic Road; GREENWICH, CT 06831 ; 271822851328 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Max Krasner; Max Krasner; 20 Stacey Ln; STATEN ISLAND, NY 10306 ; 271826277338 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Scott Barnett; TAURUS FUND LLC; 218 ELSIE AVE; MERRICK, NY 11566 ; 271833936008 (MAN) | 28.20 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 45

| | | |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; ; RULE OF LAW FOUNDATION III IN; 800 5TH AVE APT 21F; NEW YORK, NY 10065 ; 271829941806 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Haitham Khaled; INFORMATION NOT SUPPLIED; 16 Princeton Drive; HUNTINGTON STATION, NY 11746 ; 271822279070 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Nicholas Savio; Nicholas Savio; 63 New Jersey Ave.; OCEAN GROVE, NJ 07756 ; 271827353443 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; SAVIO LAW LLC; 3 DALE CT; HAZLET, NJ 07730 ; 271831871552 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; LEADING SHINE NY LTD.; 800 5th Avenue Suite 21F; NEW YORK, NY 10065 ; 271824061948 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Karin Maistrello; Karin Maistrello; 17 Gifford Ave Apt 5F; JERSEY CITY, NJ 07304 ; 271822842724 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; GS SECURITY SOLUTIONS INC; 218 Elsie Avenue; MERRICK, NY 11566 ; 271820281620 (MAN) | 28.20 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 46

| | | |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Qidong Xia; Qidong Xia; 40 Brompton Rd; GREAT NECK, NY 11021 ; 271829069506 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Beile Li; INFORMATION NOT SUPPLIED; 4312 Hunter St.  Apt 310; LONG ISLAND CITY, NY 11101 ; 271811356720 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Max Krasner; Max Krasner; 6 Thornley Pl; HOLMDEL, NJ 07733 ; 271825610836 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Chunguang Han; INFORMATION NOT SUPPLIED; 373 Taconic Road; GREENWICH, CT 06831 ; 271811792648 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Beile Li; INFORMATION NOT SUPPLIED; 3616 Lincoln Terrace; NORTH BERGEN, NJ 07047 ; 271811522896 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Haitham Khaled; Crane Advisory Group L.L.C.; 16 Princeton Drive; HUNTINGTON STATION, NY 11746 ; 271812299108 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Victor Cerda; Victor Cerda; 17 Jean St; RYE, NY 10580 ; 271834094984 (MAN) | 28.20 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                    Page 47
50687-00001
Invoice No. 2429376

| | | |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Max Krasner; Max Krasner; 25 Summit Pl; STATEN ISLAND, NY 10312 ; 271825990636 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Gladys Chow GFNY INC.; c/o Greenberg Traurig LLP.; 102-21 63rd Rd Apt. 64A; FLUSHING, NY 11375 ; 271819270114 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Officer Managing or General Agent; SAVIO LAW LLC; 63 New Jersey Ave.; OCEAN GROVE, NJ 07756 ; 271832047666 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Qidong Xia; Qidong Xia; 7552 113th St. Apt 2F; FLUSHING, NY 11375 ; 271829234459 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Yongbing Zhang; None; 83 Fabish Ct; BUFFALO GROVE, IL 60089 ; 271825618425 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Nicholas Savio; Nicholas Savio; 3 Dale Court; HAZLET, NJ 07730 ; 271827136147 (MAN) | 28.20 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Scott Barnett; TAURUS MANAGEMENT LLC; 218 ELSIE AVE; MERRICK, NY 11566 ; 271833362752 (MAN) | 28.20 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 48

50687-00001

Invoice No. 2429376

| Date | Description | Amount |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Jessica Mastrogiovanni; INFORMATION NOT SUPPLIED; 3 SHERIDAN SQ APT 10C; NEW YORK CITY, NY 10014 ; 271822308828 (MAN) | 31.63 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Aaron Mitchell; GTV MEDIA GROUP INC.; 21 Willow Dr.; CHESTER, NJ 07930 ; 271821705926 (MAN) | 31.63 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Mei Guo; GYPSY MEI FOOD SERVICES LLC; 492 Broome St Apt. 3; NEW YORK, NY 10013 ; 271822063032 (MAN) | 31.63 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Jessica Mastrogiovanni; Jessica Mastrogiovanni; 504 Grand St. Apt H31; NEW YORK, NY 10002 ; 271822495360 (MAN) | 31.63 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Mei Guo; LEADING SHINE NY LTD.; 492 Broome St. Apt 3; NEW YORK, NY 10013 ; 271824310717 (MAN) | 31.63 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Aaron Mitchell; INFORMATION NOT SUPPLIED; 21 Willow Dr.; CHESTER, NJ 07930 ; 271809804667 (MAN) | 31.63 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Mei Guo; Mei Guo; 492 Broome St Apt. 3; NEW YORK, NY 10013 ; 271826690510 (MAN) | 31.63 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                    Page 49
50687-00001
Invoice No. 2429376

| | | |
|---|---|---|
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Anthony Dibattista; INFORMATION NOT SUPPLIED; 45 Park Hill Drive; HOPEWELL JUNCTION, NY 12533 ; 271811241345 (MAN) | 31.63 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Aaron Mitchell; GETTR USA INC.; 21 Willow Dr.; CHESTER, NJ 07930 ; 271816711495 (MAN) | 31.63 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Mei Guo; HUDSON DIAMOND NY LLC; 492 Broome St.  Apt 3; NEW YORK, NY 10013 ; 271823789461 (MAN) | 31.63 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; c/o Aaron Mitchell; LAWALL & MITCHELL LLC; 55 MADISON AVE STE 400; MORRISTOWN, NJ 07960 ; 271823056302 (MAN) | 43.50 |
| 03/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/06/2024; Max Krasner; Max Krasner; 6THORNLEY PL; HOLMDEL, NJ 07733 ; 271825803211 (MAN) | 50.70 |
| 03/07/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/07/2024; Jocelyn Kuo; Paul Hastings LLP; 200 Park Avenue; NEW YORK, NY 10166 ; 623281446282 (MAN) | 19.11 |
| 03/07/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 843401798; 03/07/2024; Jocelyn Kuo; Paul Hastings LLP; 200 Park Avenue; NEW YORK, NY 10166 ; 623281446293 (MAN) | 19.11 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                           Page 50
Kwok
50687-00001
Invoice No. 2429376

| | | |
|---|---|---:|
| 04/08/2024 | UPS/Courier Service - Federal Express, Invoice# 8-463-11058 Dated 04/08/24, FedEx courier services; Overgoods Miami, FL 33130 | 18.16 |
| 08/01/2024 | Westlaw | 27.38 |
| 08/01/2024 | Westlaw | 82.15 |
| 08/01/2024 | Computer Search (Other) | 13.86 |
| 08/02/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-100 dated 08/11/2024; Douglass Barron; Dinner; Restaurant: Evergreen on 38; Number of People: 1; Location: New York; Kwok; Order # 999026975774947 dated 08/02/2024 | 22.35 |
| 08/02/2024 | Westlaw | 118.47 |
| 08/02/2024 | Computer Search (Other) | 37.98 |
| 08/03/2024 | Westlaw | 172.64 |
| 08/03/2024 | Computer Search (Other) | 6.30 |
| 08/04/2024 | Westlaw | 182.17 |
| 08/04/2024 | Computer Search (Other) | 5.40 |
| 08/05/2024 | Westlaw | 27.38 |
| 08/05/2024 | Westlaw | 27.38 |
| 08/05/2024 | Computer Search (Other) | 25.38 |
| 08/06/2024 | Postage/Express Mail - First Class - US; | 27.00 |
| 08/06/2024 | Postage/Express Mail - International; | 6.30 |
| 08/06/2024 | Computer Search (Other) | 49.77 |
| 08/07/2024 | Computer Search (Other) | 9.27 |
| 08/08/2024 | Computer Search (Other) | 18.00 |
| 08/09/2024 | Computer Search (Other) | 6.12 |
| 08/10/2024 | Computer Search (Other) | 7.74 |
| 08/11/2024 | Computer Search (Other) | 3.96 |
| 08/12/2024 | Postage/Express Mail - First Class - US; | 33.63 |
| 08/12/2024 | Postage/Express Mail - International; | 4.48 |
| 08/12/2024 | Computer Search (Other) | 10.62 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429376

Page 51

| | | |
|---|---|---:|
| 08/13/2024 | Postage/Express Mail - First Class - US; | 33.63 |
| 08/13/2024 | Postage/Express Mail - International; | 4.48 |
| 08/13/2024 | Computer Search (Other) | 59.22 |
| 08/14/2024 | Westlaw | 109.54 |
| 08/14/2024 | Computer Search (Other) | 15.48 |
| 08/16/2024 | Computer Search (Other) | 12.42 |
| 08/17/2024 | Computer Search (Other) | 16.29 |
| 08/18/2024 | Westlaw | 27.42 |
| 08/18/2024 | Computer Search (Other) | 6.66 |
| 08/19/2024 | Computer Search (Other) | 10.35 |
| 08/20/2024 | Westlaw | 27.38 |
| 08/20/2024 | Computer Search (Other) | 9.90 |
| 08/21/2024 | Computer Search (Other) | 89.28 |
| 08/22/2024 | Computer Search (Other) | 17.10 |
| 08/23/2024 | Postage/Express Mail - International; | 14.22 |
| 08/23/2024 | Postage/Express Mail - First Class - US; | 41.58 |
| 08/23/2024 | Westlaw | 27.38 |
| 08/23/2024 | Computer Search (Other) | 21.24 |
| 08/24/2024 | Computer Search (Other) | 0.36 |
| 08/27/2024 | Westlaw | 27.38 |
| 08/28/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-102 dated 09/08/2024; Douglass Barron; Location: New York; Kwok; Order # 801027237575743 dated 08/28/2024 | 17.72 |
| 08/28/2024 | Postage/Express Mail - Express Mail; | 30.45 |
| 08/28/2024 | Computer Search (Other) | 6.66 |
| **Total Costs incurred and advanced** | | **$7,263.20** |
| | **Current Fees and Costs** | **$129,532.20** |
| | **Total Balance Due - Due Upon Receipt** | **$129,532.20** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429377

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $220,884.00 |
| Costs incurred and advanced | 99,321.78 |
| **Current Fees and Costs Due** | **$320,205.78** |
| **Total Balance Due - Due Upon Receipt** | **$320,205.78** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429377

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

#### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $220,884.00 |
| Costs incurred and advanced | 99,321.78 |
| **Current Fees and Costs Due** | **$320,205.78** |
| **Total Balance Due - Due Upon Receipt** | **$320,205.78** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429377

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

## Asset Recovery Investigation and Litigation                    $220,884.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 08/01/2024 | DM26 | Review returned mail from service of documents | 0.30 | 565.00 | 169.50 |
| 08/01/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.2); correspond with E. Ring (Ancillary) regarding same (.2); correspond with K. Mitchell (NPM) regarding same (.2) | 0.60 | 1,270.00 | 762.00 |
| 08/02/2024 | DM26 | Update appeals tracking chart | 0.30 | 565.00 | 169.50 |
| 08/02/2024 | DEB4 | Review draft response to Cerda motion to dismiss (0.5); correspond with P. Linsey regarding same (0.3); correspond with L. Song regarding entity transfers (0.1); analyze NYCDL reply in support of amicus filing (0.5); correspond with N. Bassett regarding same (0.4) | 1.80 | 1,395.00 | 2,511.00 |
| 08/02/2024 | ECS1 | Review issues related to service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429377

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/02/2024 | NAB | Correspond with W. Farmer regarding automatic stay issues and state court litigation | 0.20 | 1,835.00 | 367.00 |
| 08/03/2024 | DEB4 | Correspond and conference with P. Linsey (NPM) and A. Lomas (Kroll) regarding intersection of alter ego and avoidance transfer issues (0.8); correspond with L. Song regarding documents related to potential alter egos (0.4) | 1.20 | 1,395.00 | 1,674.00 |
| 08/03/2024 | NAB | Review draft stipulation for stay of state court litigation against Taurus Fund (.3); correspond with W. Farmer regarding same (.1) | 0.40 | 1,835.00 | 734.00 |
| 08/06/2024 | DM26 | Review and update tracker regarding returned mail relating to service of documents | 0.40 | 565.00 | 226.00 |
| 08/06/2024 | ECS1 | Review issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.1); correspond with E. Ring (Ancillary) regarding same (.1); correspond with K. Mitchell (NPM) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 08/08/2024 | ECS1 | Review issue regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.1); correspond with E. Ring (Ancillary) regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/09/2024 | AB21 | Correspond with L. Despins regarding tolling stipulation for ▬▬▬ (0.4); correspond with ▬▬▬ regarding ▬ same (0.2) | 0.60 | 1,850.00 | 1,110.00 |
| 08/09/2024 | DM26 | Prepare spreadsheet regarding defendants in certain adversary proceedings related to the debtor (1.1); update appeals tracking chart (.3) | 1.40 | 565.00 | 791.00 |
| 08/09/2024 | DEB4 | Correspond with A. Lomas and J. Lazarus regarding new alter egos (0.4); correspond with L. Song regarding same (0.1) | 0.50 | 1,395.00 | 697.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok           Page 3
Kwok
50687-00002
Invoice No. 2429377

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/12/2024 | AB21 | Correspond with ███████████ and L. Despins regarding tolling agreement | 0.10 | 1,850.00 | 185.00 |
| 08/12/2024 | ECS1 | Review issue regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.1); correspond with E. Ring (Ancillary) regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/12/2024 | KC27 | Correspond with D. Barron regarding case findings re personal jurisdiction | 0.10 | 1,185.00 | 118.50 |
| 08/13/2024 | AB21 | Correspond with P. Linsey (NPM) regarding ████████ tolling agreement (0.1); call with E. Sutton regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 08/15/2024 | AB21 | Correspond with A. Thorp (Harneys Legal) regarding monitoring BVI entities (0.3); prepare related list (0.2); call with D. Barron regarding list of Cayman Island entities (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 08/15/2024 | DEB4 | Conference with A. Bongartz regarding potential Cayman insolvency filing | 0.10 | 1,395.00 | 139.50 |
| 08/15/2024 | DEB4 | Correspond with K. Liu regarding Hong Kong company information | 0.20 | 1,395.00 | 279.00 |
| 08/15/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings | 0.50 | 1,270.00 | 635.00 |
| 08/16/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding upcoming filings (0.1); correspond with E. Sutton regarding litigation issues/task list (0.1); correspond with L. Song regarding evidentiary issues (0.2) | 0.40 | 1,395.00 | 558.00 |
| 08/16/2024 | ECS1 | Analyze service of foreign defendants in RICO and omnibus alter ego proceedings (.5); correspond with N. Bassett, W. Farmer and P. Linsey (NPM) regarding same (.3) | 0.80 | 1,270.00 | 1,016.00 |
| 08/19/2024 | DM26 | Update appeals tracking chart | 0.30 | 565.00 | 169.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429377

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/19/2024 | ECS1 | Analyze service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.4); correspond with E. Ring (Ancillary) regarding same (.2); correspond with K. Mitchell (NPM) regarding same (.1) | 0.70 | 1,270.00 | 889.00 |
| 08/19/2024 | NAB | Review appellate brief in discovery sanctions appeal | 0.30 | 1,835.00 | 550.50 |
| 08/20/2024 | AB21 | Correspond with ███████████ ███████ regarding tolling stipulation | 0.10 | 1,850.00 | 185.00 |
| 08/20/2024 | ECS1 | Analyze service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.4); correspond with E. Ring (Ancillary) regarding same (.1); correspond with P. Linsey (NPM) and K. Mitchell (NPM) regarding same (.4); correspond with D. Mohamed regarding same (.2) | 1.10 | 1,270.00 | 1,397.00 |
| 08/22/2024 | DEB4 | Correspond with A. Thorp (Harneys Legal) regarding BVI issues (0.1); correspond with N. Bassett and P. Linsey (NPM) regarding motions for default judgment (0.4); analyze documents related to same (0.5) | 1.00 | 1,395.00 | 1,395.00 |
| 08/23/2024 | DEB4 | Correspond with A. Thorp regarding BVI filings (0.1); correspond with L. Despins regarding jurisdiction issues (0.3) | 0.40 | 1,395.00 | 558.00 |
| 08/23/2024 | KC27 | Correspond with D. Barron re personal jurisdiction issues | 1.50 | 1,185.00 | 1,777.50 |
| 08/24/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding upcoming deadlines (0.1); correspond with L. Despins regarding Mishcon de Reya (0.1); correspond with N. Bassett regarding alter ego issues (0.2); correspond with P. Linsey regarding same (0.1) | 0.50 | 1,395.00 | 697.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429377

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/26/2024 | ECS1 | Analyze ▮▮▮▮▮▮▮▮ (1.7); summarize findings for N. Bassett re same (.4) | 2.10 | 1,270.00 | 2,667.00 |
| 08/26/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions (.3); analyze authority regarding same (.5); correspond with A. Thorpe (Harneys Legal) regarding service in St. Kitts (.2) | 1.00 | 1,270.00 | 1,270.00 |
| 08/26/2024 | KC27 | Call with P. Linsey (NPM) regarding Harcus Parker proceeding | 0.20 | 1,185.00 | 237.00 |
| 08/26/2024 | KC27 | Review emails from P. Linsey (NPM) re personal jurisdiction (.1); review Harcus Parker complaint (.5) | 0.60 | 1,185.00 | 711.00 |
| 08/26/2024 | NAB | Correspond with litigation defendants regarding discovery and next steps | 0.30 | 1,835.00 | 550.50 |
| 08/27/2024 | ECS1 | Review issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.2); correspond with K. Mitchell (NPM) regarding same (.2) | 0.40 | 1,270.00 | 508.00 |
| 08/27/2024 | NAB | Correspond with P. Linsey (NPM) regarding litigation scheduling issues | 0.20 | 1,835.00 | 367.00 |
| 08/28/2024 | DEB4 | Correspond with A. Thorp (Harneys Legal) regarding BVI court filings (0.1); correspond with E. Sutton regarding service issues (0.1); conference with L. Despins regarding auditing firms (0.2) | 0.40 | 1,395.00 | 558.00 |
| 08/28/2024 | ECS1 | Conduct factual analysis relating to service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.7); correspond with E. Ring (Ancillary) regarding same (.1); correspond with D. Barron and K. Mitchell (NPM) regarding same (.4) | 1.20 | 1,270.00 | 1,524.00 |
| 08/28/2024 | NAB | Review third-party complaint against Paul Hastings | 0.20 | 1,835.00 | 367.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 6
50687-00002
Invoice No. 2429377

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/29/2024 | DEB4 | Correspond with E. Sutton regarding UK service issues (0.4); correspond with L. Despins regarding same (0.1) | 0.50 | 1,395.00 | 697.50 |
| 08/29/2024 | ECS1 | Analyze service of omnibus alter ego defendants and related UK rules of civil procedure (.3); correspond with D. Barron regarding same (.3); correspond with G. Selva regarding same (.3) | 0.90 | 1,270.00 | 1,143.00 |
| 08/29/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions and omnibus alter ego proceedings (.5); correspond with E. Ring (Ancillary) regarding same (.2); correspond with K. Mitchell (NPM) regarding same (.2); correspond with G. Selva regarding same (.3) | 1.20 | 1,270.00 | 1,524.00 |
| 08/30/2024 | ECS1 | Review issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings | 0.10 | 1,270.00 | 127.00 |
| 08/30/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.3); correspond with Ancillary Legal regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| | | **Subtotal: B191  General Litigation** | **27.10** | | **35,016.50** |

**B195    Non-Working Travel**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/28/2024 | NAB | Travel to and from New York for Rule 2004 deposition and PH meeting regarding case developments and strategy (bill at 1/2 rate) | 4.00 | 917.50 | 3,670.00 |
| | | **Subtotal: B195  Non-Working Travel** | **4.00** | | **3,670.00** |

**B261    Investigations**

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok          Page 7
50687-00002
Invoice No. 2429377

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/01/2024 | DM26 | Research certain targets and their corporate and service information | 0.80 | 565.00 | 452.00 |
| 08/01/2024 | DEB4 | Participate in financial investigation update call with Kroll, N. Bassett, and L. Song | 1.00 | 1,395.00 | 1,395.00 |
| 08/01/2024 | ECS1 | Correspond with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee | 0.20 | 1,270.00 | 254.00 |
| 08/01/2024 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.40 | 1,270.00 | 508.00 |
| 08/01/2024 | ECS1 | Review production documents in connection with Ross Heinemeyer Rule 2004 deposition (.7); prepare timeline, topic list for same (.1) | 0.80 | 1,270.00 | 1,016.00 |
| 08/01/2024 | IC | Research regarding ACASS USA | 0.30 | 420.00 | 126.00 |
| 08/01/2024 | KL12 | Research Hong Kong company records for two companies for L. Song | 1.50 | 420.00 | 630.00 |
| 08/01/2024 | LS26 | Correspond with N. Bassett regarding review of criminal trial exhibits (0.2); continue to review criminal trial documents and exhibits in support of Trustee claims (0.5) | 0.70 | 985.00 | 689.50 |
| 08/01/2024 | LS26 | Meeting with N. Bassett, D. Barron, K. Mitchell (NPM), P. Linsey (NPM) and Kroll regarding investigation update (1.0); analyze facts re potential alter ego targets (0.6); correspond with A. Lomas (Kroll) regarding vehicle investigation (0.2); correspond with N. Bassett re informant correspondence (0.1) | 1.90 | 985.00 | 1,871.50 |
| 08/01/2024 | NAB | Call with D. Barron, L. Song, P. Linsey (NPM) and Kroll regarding investigation updates and strategy (1.0); review documents relating to same (.2); correspond with L. Song regarding next steps in device review (.1) | 1.30 | 1,835.00 | 2,385.50 |
| 08/02/2024 | DEB4 | Correspond with L. Song regarding Swiss-related documents (0.4); analyze same (0.8) | 1.20 | 1,395.00 | 1,674.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 8
Kwok
50687-00002
Invoice No. 2429377

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/02/2024 | ECS1 | Review documents produced by law firms who represented Debtor alter egos (.1); correspond with P. Linsey (NPM) regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/02/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.20 | 1,270.00 | 254.00 |
| 08/02/2024 | ECS1 | Review production documents in connection with Ross Heinemeyer Rule 2004 deposition (.1); prepare deposition timeline, topic list and key documents in connection with same (.1); correspond with L. Song regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 08/02/2024 | LS26 | Analyze corporate records regarding potential alter ego targets (3.0); correspond with P. Linsey (NPM) regarding vehicles (0.2); correspond with D. Barron re investigation of potential assets (0.4); review documents regarding same (0.2) | 3.80 | 985.00 | 3,743.00 |
| 08/02/2024 | NAB | Correspond with Kroll regarding investigation findings | 0.20 | 1,835.00 | 367.00 |
| 08/03/2024 | NAB | Review Kroll investigation findings (.2); correspond with D. Barron regarding same (.2) | 0.40 | 1,835.00 | 734.00 |
| 08/04/2024 | DEB4 | Analyze documents related to potential new alter egos (6.2); call with L. Song regarding same (0.2) | 6.40 | 1,395.00 | 8,928.00 |
| 08/04/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,270.00 | 127.00 |
| 08/04/2024 | LS26 | Analyze facts regarding potential alter ego targets (2.3); call with D. Barron regarding same (0.2); correspond with D. Barron regarding same (0.5); call and correspond with P. Linsey regarding criminal superseding indictment (0.1) | 3.10 | 985.00 | 3,053.50 |
| 08/05/2024 | AC40 | Analyze Hong Kong law to determine course of action regarding the assets of a dissolved company | 2.00 | 985.00 | 1,970.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429377

Page 9

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/05/2024 | DM26 | Review certain media presentations received from local counsel and correspond with D. Barron re same | 0.20 | 565.00 | 113.00 |
| 08/05/2024 | DEB4 | Correspond with A. Bongartz regarding Swiss law firm | 0.10 | 1,395.00 | 139.50 |
| 08/05/2024 | DEB4 | Correspond with A. Chan regarding Hong Kong company issues (0.1); correspond with A. Thorp regarding same (0.1); review and consider responses from A. Chan and A. Thorp regarding Hong Kong company issues (0.2); correspond with L. Song regarding alter ego jurisdictions and related information (0.4); correspond with A. Thorp regarding BVI discovery (0.1); correspond with A. Bongartz regarding same (0.1) | 1.00 | 1,395.00 | 1,395.00 |
| 08/05/2024 | LS26 | Correspond with A. Lomas (Kroll) re bank statements (0.1); correspond with D. Barron re potential alter ego target analysis (0.4); analyze facts regarding potential alter ego targets (4.1); review external information sources re same (0.2) | 4.80 | 985.00 | 4,728.00 |
| 08/05/2024 | LS26 | Review Debtor criminal trial exhibits in connection with Trustee claims | 2.90 | 985.00 | 2,856.50 |
| 08/05/2024 | NAB | Correspond with L. Song regarding discovery issues | 0.10 | 1,835.00 | 183.50 |
| 08/06/2024 | JPK1 | Correspond with J. Bach regarding Rule 2004 deposition of M. Francis (.1); correspond with N. Bassett regarding the same (.1) | 0.20 | 1,185.00 | 237.00 |
| 08/06/2024 | LS26 | Continue to analyze criminal trial exhibits in connection with Trustee claims | 1.50 | 985.00 | 1,477.50 |
| 08/06/2024 | LS26 | Continue to analyze documents related to potential alter ego targets (0.6); draft email to P. Linsey (NPM) about bank discovery (0.2) | 0.80 | 985.00 | 788.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429377

Page 10

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/06/2024 | NAB | Correspond with J. Kosciewicz regarding rule 2004 depositions and discovery issues (.2); review revised privilege log in connection with same (.1) | 0.30 | 1,835.00 | 550.50 |
| 08/07/2024 | DEB4 | Correspond with A. Thorp regarding BVI discovery (0.1); correspond with N. Bassett regarding criminal trial exhibits (0.1); conference with L. Song regarding same and alter ego analysis (0.3); analyze same (0.5); correspond with L. Song regarding Hong Kong corporate documents (0.2); correspond with P. Linsey (NPM) regarding Cyprus documents (0.1) | 1.30 | 1,395.00 | 1,813.50 |
| 08/07/2024 | LS26 | Call with D. Barron regarding alter ego analysis (0.3); correspond with D. Barron regarding same (0.6); continue to analyze facts regarding potential alter ego targets (4.6); correspond with K. Mitchell (NPM) regarding bank discovery (0.2); draft email to A. Lomas (Kroll) re bank statements (0.1) | 5.80 | 985.00 | 5,713.00 |
| 08/07/2024 | LS26 | Continue to review criminal trial exhibits in connection with Trustee claims (1.4); correspond with D. Barron regarding same (0.2) | 1.60 | 985.00 | 1,576.00 |
| 08/07/2024 | NAB | Correspond with L. Song regarding Rule 2004 deposition preparations | 0.20 | 1,835.00 | 367.00 |
| 08/08/2024 | AB21 | Correspond with D. Barron regarding tolling stipulation | 0.10 | 1,850.00 | 185.00 |
| 08/08/2024 | DEB4 | Participate in financial investigation update call with Kroll | 0.80 | 1,395.00 | 1,116.00 |
| 08/08/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.30 | 1,270.00 | 381.00 |
| 08/08/2024 | ECS1 | Correspond with N. Bassett and ▮▮▮▮ regarding ▮▮ | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429377

Page 11

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/08/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee (1.1); prepare summary and update tracker regarding same (.2); correspond with D. Barron regarding same (.2) | 1.50 | 1,270.00 | 1,905.00 |
| 08/08/2024 | ECS1 | Review email from J. Moran (Moritt Hock) re Raiche Ende Malter production (.1); correspond with UnitedLex regarding same (.2) | 0.30 | 1,270.00 | 381.00 |
| 08/08/2024 | LS26 | Continue to review criminal trial exhibits in connection with Trustee claims | 1.40 | 985.00 | 1,379.00 |
| 08/08/2024 | LS26 | Continue to analyze documents on potential omnibus alter ego targets | 2.30 | 985.00 | 2,265.50 |
| 08/08/2024 | NAB | Correspond with L. Song regarding device review issues | 0.20 | 1,835.00 | 367.00 |
| 08/09/2024 | ECS1 | Call with ▮▮▮▮▮▮ regarding ▮▮▮▮▮▮ and actions and discovery relating to him (.4); follow up analysis of actions against ▮▮▮▮▮▮ (.4); correspond with N. Bassett and P. Linsey (NPM) regarding avoidance actions related to ▮▮▮▮ (.4) | 1.20 | 1,270.00 | 1,524.00 |
| 08/09/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.30 | 1,270.00 | 381.00 |
| 08/09/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee (.1); prepare summary and update tracker regarding same (.2); correspond with D. Barron regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 08/10/2024 | LS26 | Correspond with D. Barron re potential alter ego targets (0.3); review documents regarding same (0.3) | 0.60 | 985.00 | 591.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 12

50687-00002
Invoice No. 2429377

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/12/2024 | DM26 | Research certain corporate documents regarding HGA entities for L. Song | 0.30 | 565.00 | 169.50 |
| 08/12/2024 | ECS1 | Correspond with P. Linsey (NPM) regarding 16th omnibus rule 2004 motion | 0.20 | 1,270.00 | 254.00 |
| 08/12/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee (.4); correspond with D. Barron regarding same (.3) | 0.70 | 1,270.00 | 889.00 |
| 08/12/2024 | ECS1 | Correspond with UnitedLex regarding re-designated Raich Ende Malter production | 0.20 | 1,270.00 | 254.00 |
| 08/12/2024 | ECS1 | Review Dontzin production of Ace Decade client files | 0.30 | 1,270.00 | 381.00 |
| 08/12/2024 | LS26 | Continue to review documents regarding alter ego targets (0.4); correspond with K. Mitchell (NPM) and P. Linsey (NPM) regarding rule 2004 discovery (0.1); correspond with K. Mitchell and D. Barron regarding involvement of certain law firms (0.1); correspond with N. Bassett and D. Barron regarding correspondence with informants (0.2) | 0.80 | 985.00 | 788.00 |
| 08/12/2024 | NAB | Correspond with L. Song regarding discovery issues (.1); review draft Rule 2004 motion and email with P. Linsey regarding same (.2) | 0.30 | 1,835.00 | 550.50 |
| 08/13/2024 | DEB4 | Correspond with L. Song regarding Kwok criminal trial exhibits and pleadings (0.2); conference with L. Song regarding same (0.3); analyze same (1.2); correspond with L. Despins regarding Mother Jones article (0.2) | 1.90 | 1,395.00 | 2,650.50 |
| 08/13/2024 | ECS1 | Review and prepare summary of Raich Ende Malter new production for UnitedLex, P. Parizek (Kroll), and P. Linsey (NPM) | 0.40 | 1,270.00 | 508.00 |
| 08/13/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee | 0.50 | 1,270.00 | 635.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429377

Page 13

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/13/2024 | LS26 | Call with D. Barron regarding potential alter ego entities and criminal case proceedings (0.3); correspond with D. Barron regarding same (0.2); correspond with informant regarding information relating to Debtor (0.3); review public information relating to Debtor and his associates (0.5) | 1.30 | 985.00 | 1,280.50 |
| 08/14/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.20 | 1,270.00 | 254.00 |
| 08/14/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee | 0.30 | 1,270.00 | 381.00 |
| 08/14/2024 | LS26 | Draft email to A. Thorp (Harneys Legal) regarding certain BVI entities (0.2); review documents relating to Hamilton Capital Holding (0.2) | 0.40 | 985.00 | 394.00 |
| 08/15/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding Headwater vehicles | 0.20 | 1,395.00 | 279.00 |
| 08/15/2024 | ECS1 | Review email from ▮▮▮▮ regarding ▮▮▮▮ | 0.20 | 1,270.00 | 254.00 |
| 08/15/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.20 | 1,270.00 | 254.00 |
| 08/15/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee (.3); update tracker summarizing same (.3) | 0.60 | 1,270.00 | 762.00 |
| 08/15/2024 | KL12 | Research annual returns of 11 Hong Kong companies for L. Song | 0.80 | 420.00 | 336.00 |
| 08/15/2024 | LS26 | Review informant correspondence and public information about the Debtor | 2.00 | 985.00 | 1,970.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 14
50687-00002
Invoice No. 2429377

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/16/2024 | LS26 | Continue to review public information about the Debtor (2.2); draft email to L. Despins, N. Bassett and D. Barron regarding same (0.5) | 2.70 | 985.00 | 2,659.50 |
| 08/18/2024 | LS26 | Prepare outline for Ross Heinemeyer Rule 2004 deposition | 3.80 | 985.00 | 3,743.00 |
| 08/19/2024 | DEB4 | Correspond with E. Sutton regarding documents from law firms (0.3); correspond with P. Linsey (NPM) regarding ▮▮▮▮ services (0.1); correspond with P. Linsey regarding conflicted parties (0.1) | 0.50 | 1,395.00 | 697.50 |
| 08/19/2024 | ECS1 | Review issues and notes in preparation for call with Chris Major (Meister) regarding production of Meister's documents (.1); correspond with D. Barron regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/19/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee (.3); correspond with D. Barron regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 08/19/2024 | IC | Research regarding Q. Ju | 0.20 | 420.00 | 84.00 |
| 08/19/2024 | JPK1 | Correspond with J. Bach regarding M. Francis Rule 2004 subpoena | 0.10 | 1,185.00 | 118.50 |
| 08/19/2024 | LS26 | Continue to prepare outline for Ross Heinemeyer rule 2004 deposition | 7.50 | 985.00 | 7,387.50 |
| 08/19/2024 | NAB | Correspond with L. Song regarding deposition preparations | 0.10 | 1,835.00 | 183.50 |
| 08/20/2024 | DEB4 | Conference with L. Song regarding investigation documents (0.4); correspond with L. Song regarding Ross Heinemeyer deposition (0.4); correspond with L. Despins regarding Greenwich Land bank accounts (0.1); correspond with N. Bassett regarding documents from law firms (0.2); conference with E. Sutton regarding same (0.1); conference with L. Song regarding same (0.1) | 1.30 | 1,395.00 | 1,813.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 15

50687-00002
Invoice No. 2429377

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/20/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee (.2); conference with D. Barron regarding same (.1); correspond with D. Barron and L. Song regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 08/20/2024 | ECS1 | Correspond with D. Barron and N. Bassett regarding Chris Major (Meister) production of Meister's documents | 0.30 | 1,270.00 | 381.00 |
| 08/20/2024 | JPK1 | Correspond with counsel for M. Francis regarding Rule 2004 deposition (.2); correspond with N. Bassett regarding the same (.1) | 0.30 | 1,185.00 | 355.50 |
| 08/20/2024 | LS26 | Call and correspond with P. Linsey (NPM) re Lexus vehicle found in Taconic home | 0.30 | 985.00 | 295.50 |
| 08/20/2024 | LS26 | Review documents produced by law firms retained by debtor alter ego entities (0.4); conference with D. Barron regarding same (0.1); correspond with D. Barron and E. Sutton regarding same (0.2) | 0.70 | 985.00 | 689.50 |
| 08/20/2024 | LS26 | Continue to draft Ross Heinemeyer rule 2004 deposition outline | 4.70 | 985.00 | 4,629.50 |
| 08/20/2024 | LS26 | Review documents regarding P. Patel (0.3); conference with D. Barron regarding same and additional investigation documents (0.4) | 0.70 | 985.00 | 689.50 |
| 08/20/2024 | NAB | Correspond with L. Song regarding Rule 2004 deposition (.1); prepare topics for same (.3); correspond with L. Despins and D. Barron regarding discovery issues and analysis of same (.3); review revised A. Mitchell privilege log (.2); correspond with J. Kosciewicz regarding same (.1) | 1.00 | 1,835.00 | 1,835.00 |
| 08/21/2024 | DEB4 | Correspond with N. Bassett and L. Despins regarding law firm documents (0.3); correspond with E. Sutton regarding same (0.2) | 0.50 | 1,395.00 | 697.50 |
| 08/21/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding ▮▮▮▮ (0.1); correspond with L. Song regarding informant (0.1) | 0.20 | 1,395.00 | 279.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 16
50687-00002
Invoice No. 2429377

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/21/2024 | ECS1 | Correspond with D. Barron regarding call with Chris Major (Meister) regarding production of Meister's documents | 0.10 | 1,270.00 | 127.00 |
| 08/21/2024 | JPK1 | Attend meet and confer with J. Bach, counsel for M. Francis, and N. Bassett regarding Rule 2004 deposition (.3); correspond with L. Song regarding the same (.2); correspond with N. Bassett regarding the same (.1) | 0.60 | 1,185.00 | 711.00 |
| 08/21/2024 | LS26 | Analyze payments to M. Francis (0.6); analyze documents relating to the ██████████ vehicle (0.6); review public information relating to the Debtor and Debtor-related entities (0.3) | 1.50 | 985.00 | 1,477.50 |
| 08/21/2024 | NAB | Correspond with D. Barron and L. Despins regarding discovery issues (.2); correspond with L. Song regarding same (.2); call with counsel to M. Francis and J. Kosciewicz regarding Rule 2004 deposition issues (.3); prepare notes for same (.1); correspond with E. Sutton regarding same (.2); review outline and related documents in preparation for Rule 2004 depositions (.5) | 1.50 | 1,835.00 | 2,752.50 |
| 08/22/2024 | DEB4 | Correspond with J. Barker regarding headwater services (0.2); review issues regarding same (0.1); participate in financial analysis update call with Kroll, L. Despins, N. Bassett, and L. Song (0.7) | 1.00 | 1,395.00 | 1,395.00 |
| 08/22/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.30 | 1,270.00 | 381.00 |
| 08/22/2024 | ECS1 | Call with Chris Major (Meister) regarding production of Meister's documents (.2); prepare notes regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 08/22/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee (.2); correspond with D. Barron regarding same (.1) | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 17

50687-00002
Invoice No. 2429377

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/22/2024 | JPK1 | Analyze A. Mitchell privilege log regarding entries for which Genever Holdings is listed as a common interest party (.3); correspond with N. Bassett regarding the same (.2); correspond with A. Mitchell regarding the same (.1) | 0.60 | 1,185.00 | 711.00 |
| 08/22/2024 | LAD4 | Handle Kroll weekly call with D. Barron, N. Bassett, L. Song | 0.70 | 1,975.00 | 1,382.50 |
| 08/22/2024 | LS26 | Conference with L. Despins, N. Bassett, D. Barron, P. Linsey (NPM), K. Mitchell (NPM), and Kroll regarding investigation update (0.7); review public information about the Debtor (0.3) | 1.00 | 985.00 | 985.00 |
| 08/22/2024 | NAB | Review and revise draft Rule 2004 deposition outline (1.4); review exhibits in connection with same (.7); correspond with L. Despins and L. Song regarding same (.1); participate in call with L. Despins, D. Barron, P. Linsey (NPM), L. Song and Kroll regarding case/financial analyses updates and strategy (.7); review discovery issues related to device data extraction (.2); correspond with J. Kosciewicz regarding privilege log issues (.1) | 3.20 | 1,835.00 | 5,872.00 |
| 08/23/2024 | DEB4 | Conferences with E. Sutton regarding documents from law firms (0.3); conference with E. Sutton and law firm attorney regarding same (0.4); review issues regarding same (0.1) | 0.80 | 1,395.00 | 1,116.00 |
| 08/23/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee (.1); conference with D. Barron regarding same (.2); call with J. Swergold (Yankwitt) and D. Barron regarding Victor Cerda's production of alter ego documents (.4); review and prepare summary of information regarding Victor Cerda in connection with same (.4); follow up call with D. Barron regarding same (.1) | 1.20 | 1,270.00 | 1,524.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429377

Page 18

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/23/2024 | NAB | Correspond with L. Song regarding deposition and discovery issues | 0.20 | 1,835.00 | 367.00 |
| 08/24/2024 | NAB | Review and comment on outline for Rule 2004 depositions (0.9); correspond with L. Song and D. Barron regarding discovery issues (0.2) | 1.10 | 1,835.00 | 2,018.50 |
| 08/25/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.20 | 1,270.00 | 254.00 |
| 08/25/2024 | LS26 | Review and revise Ross Heinemeyer deposition outline (0.7); review exhibits for same (0.3) | 1.00 | 985.00 | 985.00 |
| 08/25/2024 | NAB | Review and revise rule 2004 deposition outline (1.3); review exhibits and documents in connection with the same (0.5); correspond with L. Song regarding the same (0.2) | 2.00 | 1,835.00 | 3,670.00 |
| 08/26/2024 | DEB4 | Correspond with W. Farmer regarding ██████████ | 0.10 | 1,395.00 | 139.50 |
| 08/26/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee (.2); update tracker summarizing same (.2); correspond with N. Bassett regarding Victor Cerda's production of documents (.2) | 0.60 | 1,270.00 | 762.00 |
| 08/26/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corproate information | 0.60 | 1,270.00 | 762.00 |
| 08/26/2024 | LS26 | Call with N. Bassett re Ross Heinemeyer deposition (0.3); correspond with N. Bassett regarding same (0.5); continue preparing outline for Ross Heinemeyer deposition (1.7) | 2.50 | 985.00 | 2,462.50 |
| 08/26/2024 | NAB | Review documents and supplement outline for Rule 2004 depositions (0.6); telephone conference with L. Song regarding the same (0.3) | 0.90 | 1,835.00 | 1,651.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429377

Page 19

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/27/2024 | DEB4 | Correspond with L. Song regarding William Je documents (0.1); correspond with E. Sutton regarding documents form law firms (0.2) | 0.30 | 1,395.00 | 418.50 |
| 08/27/2024 | ECS1 | Review and comment on new production documents from Ansell Grimm & Aaron PC (.7); correspond with UnitedLex regarding same (.1) | 0.80 | 1,270.00 | 1,016.00 |
| 08/27/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee (.2); update tracker summarizing same (.2) | 0.40 | 1,270.00 | 508.00 |
| 08/27/2024 | ECS1 | Review email from N. Bassett to ▮▮▮▮▮ regarding ▮▮▮▮▮▮▮▮▮ | 0.10 | 1,270.00 | 127.00 |
| 08/27/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.20 | 1,270.00 | 254.00 |
| 08/27/2024 | ECS1 | Call with M. Levine (Elliott Kwok Levine Jaraslow) regarding turnover of alter ego entity documents (.3); review issues and notes in preparation for same (.1); correspond with D. Barron regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 08/27/2024 | ECS1 | Correspond with L. Song re deposition of Ross Heinemeyer and protective order in connection with same | 0.30 | 1,270.00 | 381.00 |
| 08/27/2024 | LS26 | Review K Legacy disclosure documents (0.3); review documents and legal issues in preparing outline for R. Heinemeyer rule 2004 deposition (6.3); call with N. Bassett regarding same (0.5); review and revise R. Heinemeyer deposition outline (1.4) | 8.50 | 985.00 | 8,372.50 |
| 08/27/2024 | NAB | Telephone conference with L. Song regarding preparations for Rule 2004 deposition (0.5); review and comment on outline and documents relating to the same (0.8) | 1.30 | 1,835.00 | 2,385.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 20

50687-00002

Invoice No. 2429377

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/28/2024 | DEB4 | Conference with N. Bassett and L. Song regarding discovery and upcoming rule 2004 depositions | 0.30 | 1,395.00 | 418.50 |
| 08/28/2024 | LAD4 | T/c N. Bassett, L. Song re: discovery & rule 2004 deposition | 0.20 | 1,975.00 | 395.00 |
| 08/28/2024 | LS26 | Correspond with D. Barron re Hamilton Capital Holding (0.3); review documents regarding same (0.4); call with P. Linsey re investigation update (0.2) | 0.90 | 985.00 | 886.50 |
| 08/28/2024 | LS26 | Meeting with N. Bassett in prep for rule 2004 deposition (0.6); conduct R. Heinemeyer rule 2004 deposition (3.6); review documents, legal issues, and outline in preparation for deposition (2.6); conference with L. Despins, N. Bassett, re R. Heinemeyer deposition (0.2); conference with N. Bassett and D. Barron regarding same (0.3) | 7.30 | 985.00 | 7,190.50 |
| 08/28/2024 | NAB | Meet with L. Song regarding preparation for Rule 2004 deposition (0.6); participate in the same (3.6); conference with L. Despins and L. Song regarding the same (0.2); conference with D. Barron and L. Song regarding discovery issues (0.3) | 4.70 | 1,835.00 | 8,624.50 |
| 08/29/2024 | DEB4 | Conference with L. Song regarding upcoming rule 2004 depositions and informant interview (0.2); correspond with L. Song regarding same (0.2) | 0.40 | 1,395.00 | 558.00 |
| 08/29/2024 | DEB4 | Correspond with L. Song regarding BVI documents | 0.20 | 1,395.00 | 279.00 |
| 08/29/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee (.1); update tracker summarizing same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/29/2024 | ECS1 | Review email from N. Bassett to ▮▮▮ regarding ▮▮▮▮▮▮▮ | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                                Page 21
50687-00002
Invoice No. 2429377

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/29/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information (.1); call with P. Linsey (NPM) re schedule of parties in interest (.1); correspond with L. Despins and P. Linsey (NPM) re same (.1) | 0.30 | 1,270.00 | 381.00 |
| 08/29/2024 | JPK1 | Correspond with A. Mitchell regarding production of non-privilege documents from privilege log | 0.20 | 1,185.00 | 237.00 |
| 08/29/2024 | LS26 | Review documents relating to potential Debtor assets | 2.50 | 985.00 | 2,462.50 |
| 08/29/2024 | LS26 | Review and revise potential interview topics (1.0); conference with D. Barron regarding same (0.2); draft email to N. Bassett and D. Barron regarding additional documents for asset investigation (0.3); correspond with potential informant regarding meeting (0.4) | 1.90 | 985.00 | 1,871.50 |
| 08/29/2024 | NAB | Correspond with L. Song regarding discovery issues (.6); analyze potential discovery requests and strategy in connection with same (.7); correspond with ▮▮▮▮▮▮ regarding same (.3) | 1.60 | 1,835.00 | 2,936.00 |
| 08/30/2024 | DEB4 | Correspond with L. Despins and P. Linsey (NPM) regarding Chinese contractor prepetition litigation documents (0.3); correspond with P. Linsey regarding Rui Ma prepetition litigation (0.1) | 0.40 | 1,395.00 | 558.00 |
| 08/30/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee | 0.10 | 1,270.00 | 127.00 |
| 08/30/2024 | LS26 | Review documents regarding potential Debtor assets | 2.70 | 985.00 | 2,659.50 |
| 08/31/2024 | DEB4 | Review and consider correspondence from L. Song regarding Mileson | 0.50 | 1,395.00 | 697.50 |
| | | **Subtotal: B261 Investigations** | **154.20** | | **182,197.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                     Page 22
50687-00002
Invoice No. 2429377

| Date | Initials | Description | | Hours | Rate | Amount |
|------|----------|-------------|--|-------|------|--------|
| | **Total** | | | **185.30** | | **220,884.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 0.90 | 1,975.00 | 1,777.50 |
| NAB | Nicholas A. Bassett | Partner | 22.20 | 1,835.00 | 40,737.00 |
| NAB | Nicholas A. Bassett | Partner | 4.00 | 917.50 | 3,670.00 |
| AB21 | Alex Bongartz | Of Counsel | 1.70 | 1,850.00 | 3,145.00 |
| DEB4 | Douglass E. Barron | Associate | 27.40 | 1,395.00 | 38,223.00 |
| ECS1 | Ezra C. Sutton | Associate | 30.00 | 1,270.00 | 38,100.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 2.00 | 1,185.00 | 2,370.00 |
| KC27 | Kristin Catalano | Associate | 2.40 | 1,185.00 | 2,844.00 |
| AC40 | Alex Chan | Associate | 2.00 | 985.00 | 1,970.00 |
| LS26 | Luyi Song | Associate | 85.90 | 985.00 | 84,611.50 |
| DM26 | David Mohamed | Paralegal | 4.00 | 565.00 | 2,260.00 |
| IC | Irene Chang | Other Timekeeper | 0.50 | 420.00 | 210.00 |
| KL12 | Kelly Liu | Other Timekeeper | 2.30 | 420.00 | 966.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/20/2024 | Photocopy Charges | 120.00 | 0.08 | 9.60 |
| 08/26/2024 | Photocopy Charges (Color) | 290.00 | 0.20 | 58.00 |
| 08/27/2024 | Photocopy Charges (Color) | 2,400.00 | 0.20 | 480.00 |
| 04/30/2024 | UnitedLex Invoices - Unitedlex Corp, Invoice# 097552 Dated 04/30/24, UnitedLex – DSAI April 2024 Charges – Outside Professional Services | | | 25,889.21 |
| 05/31/2024 | UnitedLex Invoices - Unitedlex Corp, Invoice# 098546 Dated 05/31/24, UnitedLex – DSAI May 2024 Charges – Outside Professional Services | | | 19,411.91 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429377

Page 23

| | | |
|---|---|---|
| 07/15/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-99 dated 07/28/2024; Douglass Barron; Dinner; Restaurant: Thai V Express; Number of People: 1; Location: New York; Kwok; Order # 163326807820393 dated 07/15/2024 | 19.66 |
| 07/23/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 857236192; 07/23/2024; Sharon Jones Santiago Rodrique; East West Bank; 135 N LOS ROBLES AVE; PASADENA, CA 91101 ; 277416976223 (MAN) | 20.34 |
| 07/28/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-99 dated 07/28/2024; Douglass Barron; Dinner; Restaurant: Evergreen on 38; Number of People 1; Location: New York; Kwok; Order # 227226930594325 dated 07/28/2024 | 22.35 |
| 07/31/2024 | Vendor Expense - David Mohamed; 07/25/2024; Purchase of Status report from DE-SOS for $20; Merchant: Delaware Corp & Tax Web Location: 302-739-3073, DE 19901-0000, Statement Date: 07/31/2024, Post Date: 07/26/2024 | 20.00 |
| 07/31/2024 | Vendor Expense - David Mohamed; 07/26/2024; Purchase of corporate documents from United Corporate Services for $222.11; Merchant: United Corp Services Location: 914-949-9188, NY 10606-0000, Statement Date: 07/31/2024, Post Date: 07/29/2024 | 222.11 |
| 07/31/2024 | Lexis/On Line Search - Courtlink Use - Charges for July, 2024 | 0.51 |
| 08/01/2024 | UnitedLex Invoices - Unitedlex Corp, Invoice# 104001665 Dated 08/01/24, Services between June 3-30, 2024 | 23,555.36 |
| 08/01/2024 | Lexis/On Line Search | 165.38 |
| 08/01/2024 | Lexis/On Line Search | 33.83 |
| 08/01/2024 | Westlaw | 136.92 |
| 08/01/2024 | Westlaw | 54.77 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429377

Page 24

| | | |
|---|---|---|
| 08/01/2024 | Computer Search (Other) | 1.44 |
| 08/02/2024 | Lexis/On Line Search | 48.69 |
| 08/02/2024 | Westlaw | 164.31 |
| 08/04/2024 | Westlaw | 82.15 |
| 08/06/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 858749722; 08/06/2024; Kevin Lynn; 211 Rod Cir; MIDDLETOWN, MD 21769; 277972990275 (MAN) | 33.01 |
| 08/06/2024 | Computer Search (Other) | 3.51 |
| 08/07/2024 | Local - Meals - Shlomo Maza; 07/31/2024; Restaurant: Crazy Meat; City: Jamaica; Dinner; Number of people: 1; Late Work Dinner | 40.00 |
| 08/07/2024 | Lexis/On Line Search | 40.32 |
| 08/07/2024 | Westlaw | 27.38 |
| 08/09/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-100 dated 08/11/2024; Douglass Barron; Dinner; Restaurant: Emperor's Dim Sum; Number of People: 1; Location: New York; Kwok; Order # 20227059681723 dated 08/09/2024 | 21.98 |
| 08/10/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-100 dated 08/11/2024; Douglass Barron; Dinner; Restaurant: Evergreen on 38; Number of People: 1; Location: New York; Kwok; Order # 211227064855234 dated 08/10/2024 | 16.57 |
| 08/10/2024 | Computer Search (Other) | 1.26 |
| 08/11/2024 | Westlaw | 19.55 |
| 08/12/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-101 dated 08/25/2024; Douglass Barron; Restaurant: Noodle Shop; Number of People: 1; Dinner; Location: New York; Kwok; Order # 886927085367995 dated 08/12/2024 | 20.98 |
| 08/13/2024 | Computer Search (Other) | 14.22 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 25

50687-00002

Invoice No. 2429377

| | | |
|---|---|---|
| 08/15/2024 | UnitedLex Invoices - Unitedlex Corp, Invoice# 104002428 Dated 08/15/24, UnitedLex – DSAI July 2024 Charges – Outside Professional Services | 26,436.71 |
| 08/15/2024 | Postage/Express Mail - International; International Express Mail | 81.00 |
| 08/19/2024 | Lexis/On Line Search | 42.37 |
| 08/20/2024 | Westlaw | 108.94 |
| 08/21/2024 | Westlaw | 54.77 |
| 08/21/2024 | Westlaw | 565.97 |
| 08/22/2024 | Local - Meals - Ezra Sutton; 08/14/2024; Restaurant: Hummus Kitchen ; City: New York ; Dinner; Number of people: 1; Working late night | 17.21 |
| 08/22/2024 | Local - Taxi - Ezra Sutton; 08/14/2024; From/To: Office/Home ; Service Type: Uber; Time: 21:45; Working late night | 49.13 |
| 08/22/2024 | Westlaw | 54.77 |
| 08/23/2024 | Westlaw | 27.38 |
| 08/26/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 860803072; 08/26/2024; MEI GUO; 492 BROOM STREET; NEW YORK, NY 10013; 278735545999 (MAN) | 84.34 |
| 08/26/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-102 dated 09/08/2024; Douglass Barron; Restaurant: Evergreen on 38; Lunch; Number of People: 1; Location: New York; Kwok; Order # 864027210228448 dated 08/26/2024 | 22.28 |
| 08/26/2024 | Lexis/On Line Search | 16.83 |
| 08/26/2024 | Postage/Express Mail - Registered Mail; | 125.84 |
| 08/26/2024 | Postage/Express Mail - First Class - US; | 2.59 |
| 08/26/2024 | Postage/Express Mail - First Class - US; | 2.59 |
| 08/26/2024 | Westlaw | 129.09 |
| 08/26/2024 | Westlaw | 136.92 |
| 08/26/2024 | Computer Search (Other) | 7.74 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 26

Kwok
50687-00002
Invoice No. 2429377

| | | |
|---|---|---:|
| 08/27/2024 | UPS/Courier Service - Federal Express, Invoice# 2-304-78941 Dated 08/27/24, Recipient - Officer, Managing or General Immobiliare Barbara 2000 SRL Via Stresa 6 Milan 20125 IT | 20.20 |
| 08/27/2024 | UPS/Courier Service - Federal Express, Invoice# 2-304-78941 Dated 08/27/24, Recipient -Maurizio Azzi Immobiliare Barbara 2000 SIRL Via Bologna, 8/D, Segrate, MI 20054 IT | 20.20 |
| 08/27/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-102 dated 09/08/2024; Douglass Barron; Restaurant: Evergreen on 38; Number of People: 1; Dinner; Location: New York; Kwok; Order # 548227226932585 dated 08/27/2024 | 22.28 |
| 08/27/2024 | Local - Taxi - Luc Despins; 08/21/2024; From/To: Office/Meeting ; Service Type: Uber; Time: 09:34; Car from office to meeting | 18.92 |
| 08/27/2024 | Postage/Express Mail - Priority Mail; | 9.50 |
| 08/27/2024 | Westlaw | 27.38 |
| 08/27/2024 | Westlaw | 27.38 |
| 08/27/2024 | Westlaw | 54.77 |
| 08/28/2024 | Westlaw | 164.31 |
| 08/29/2024 | Search Fee - Companies Registry, Invoice# 20240829PT Dated 08/29/24, company search fee on 15 August 2024; requested by D. Barron | 2.05 |
| 08/29/2024 | Search Fee - Companies Registry, Invoice# 20240829PT Dated 08/29/24, company search fee on 15 August 2024 for 10 companies; requested by L. Song | 20.51 |
| 08/29/2024 | Search Fee - Companies Registry, Invoice# 20240829PT Dated 08/29/24, company search fee on 1 August 2024; requested by L. Song | 203.97 |
| 08/29/2024 | Westlaw | 54.77 |
| 08/30/2024 | Electronic Document Retrieval - David Mohamed; 08/12/2024; Purchase of Corporate Documents from NJ-Dept. of Treasury, Div of Revenue for $0.30; Merchant: NJ business services | 0.30 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00002

Invoice No. 2429377

Page 27

| | | |
|---|---|---:|
| 08/30/2024 | Electronic Document Retrieval - David Mohamed; 08/19/2024; Purchase of status report from DE-SOS for $10 – Zendesk, Inc.; Merchant: Delaware corp & tax web | 10.00 |
| 08/30/2024 | Electronic Document Retrieval - David Mohamed; 08/19/2024; Purchase of status report from DE-SOS for $20 – Zendesk, Inc.; Merchant: Delaware corp & tax web | 20.00 |
| 08/30/2024 | Vendor Expense - David Mohamed; 08/01/2024; Purchase of Status report from DE-SOS for $10 – ACASS U.S.A. Inc.; Merchant: Delaware Corp & Tax Web Location: 302-739-3073, DE 19901-0000, Statement Date: 08/30/2024, Post Date: 08/02/2024 | 10.00 |
| 08/30/2024 | Vendor Expense - David Mohamed; 08/01/2024; Purchase of status report & cert of formation from NJ-Dept. of Treasury, Div of Revenue for $6.35 – Headwater Service LLC; Merchant: NJ Business Services Location: Egov.Com, NJ 08608-0000, Statement Date: 08/30/2024, Post Date: 08/02/2024 | 6.35 |
| 08/30/2024 | Lexis/On Line Search - Courtlink Use - Charges for August, 2024 | 2.35 |
| 08/31/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-102 dated 09/08/2024; Douglass Barron; Restaurant: Aki Chinese; Number of People: 1; Lunch; Location: New York; Kwok; Order # 372127266755037 dated 08/31/2024 | 24.75 |

| | |
|---|---:|
| **Total Costs incurred and advanced** | **$99,321.78** |
| **Current Fees and Costs** | **$320,205.78** |
| **Total Balance Due - Due Upon Receipt** | **$320,205.78** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429378

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $3,279.50 |
| Costs incurred and advanced | 4.05 |
| **Current Fees and Costs Due** | **$3,283.55** |
| **Total Balance Due - Due Upon Receipt** | **$3,283.55** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429378

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $3,279.50 |
| Costs incurred and advanced | 4.05 |
| **Current Fees and Costs Due** | **$3,283.55** |
| **Total Balance Due - Due Upon Receipt** | **$3,283.55** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429378

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

### Other Litigation

$3,279.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 08/16/2024 | NAB | Review criminal case filings | 0.10 | 1,835.00 | 183.50 |
| 08/17/2024 | NAB | Correspond with L. Despins regarding criminal case issues | 0.20 | 1,835.00 | 367.00 |
| 08/21/2024 | NAB | Analyze criminal trial issues (.1); correspond with L. Despins regarding same (.1) | 0.20 | 1,835.00 | 367.00 |
| 08/23/2024 | SM29 | Reply to email from L. Despins re criminal case issues (.2); review criminal case docket re same (.2) | 0.40 | 1,850.00 | 740.00 |
| 08/26/2024 | NAB | Correspond with L. Despins regarding criminal case issues | 0.10 | 1,835.00 | 183.50 |
| 08/27/2024 | LAD4 | T/c N. Bassett re: government and criminal trial issues | 0.30 | 1,975.00 | 592.50 |
| 08/27/2024 | NAB | Telephone conference with L. Despins regarding government and criminal trial issues | 0.30 | 1,835.00 | 550.50 |
| 08/29/2024 | LS26 | Review Debtor's criminal case docket update (0.2); review Debtor's recent criminal case filings (0.1) | 0.30 | 985.00 | 295.50 |
| | **Subtotal: B191  General Litigation** | | **1.90** | | **3,279.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                     Page 2
Kwok
50687-00003
Invoice No. 2429378

| Date | Initials | Description | | Hours | Rate | Amount |
|------|----------|-------------|--|-------|------|--------|
| | **Total** | | | **1.90** | | **3,279.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 0.30 | 1,975.00 | 592.50 |
| NAB | Nicholas A. Bassett | Partner | 0.90 | 1,835.00 | 1,651.50 |
| SM29 | Shlomo Maza | Of Counsel | 0.40 | 1,850.00 | 740.00 |
| LS26 | Luyi Song | Associate | 0.30 | 985.00 | 295.50 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/25/2024 | Computer Search (Other) | | | 4.05 |
| **Total Costs incurred and advanced** | | | | **$4.05** |

| | | |
|--|--|--|
| **Current Fees and Costs** | | **$3,283.55** |
| **Total Balance Due - Due Upon Receipt** | | **$3,283.55** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429379

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Sales Process**
PH LLP Client/Matter # 50687-00005
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending August 31, 2024 | $9,720.00 |
| **Current Fees and Costs Due** | **$9,720.00** |
| **Total Balance Due - Due Upon Receipt** | **$9,720.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429379

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Sales Process**
PH LLP Client/Matter # 50687-00005
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $9,720.00 |
| **Current Fees and Costs Due** | **$9,720.00** |
| **Total Balance Due - Due Upon Receipt** | **$9,720.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com


Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429379

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

### Sales Process                                                  $9,720.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B131** | **Sale of Real Estate** | | | | |
| 08/02/2024 | ECS1 | Analyze issues regarding purchase of Taconic property | 0.10 | 1,270.00 | 127.00 |
| 08/20/2024 | ECS1 | Call with W. Sherman (NPM) and L. Despins regarding transition of Taconic property and real estate broker retention (.2); correspond with L. Despins and W. Sherman (NPM) regarding same (.2) | 0.40 | 1,270.00 | 508.00 |
| 08/20/2024 | LAD4 | Meeting with broker at 373 Taconic re: game plan (2.10); review/comment on transition issues with W. Sherman (NPM) (.20); t/c W. Sherman and E. Sutton re: same (.20) | 2.50 | 1,975.00 | 4,937.50 |
| 08/22/2024 | LAD4 | Continue to review/comment on transition/sale issues | 2.10 | 1,975.00 | 4,147.50 |
| | | **Subtotal: B131  Sale of Real Estate** | **5.10** | | **9,720.00** |
| | **Total** | | **5.10** | | **9,720.00** |

**Timekeeper Summary**

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 2
Kwok
50687-00005
Invoice No. 2429379

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 4.60 | 1,975.00 | 9,085.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.50 | 1,270.00 | 635.00 |

**Current Fees and Costs** $9,720.00

**Total Balance Due - Due Upon Receipt** $9,720.00



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429380

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Tax Issues**
PH LLP Client/Matter # 50687-00006
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $4,589.00 |
| **Current Fees and Costs Due** | **$4,589.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,589.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429380

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Tax Issues**
PH LLP Client/Matter # 50687-00006
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2024

|  | |
|---|---:|
| | $4,589.00 |
| **Current Fees and Costs Due** | **$4,589.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,589.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429380

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

**Tax Issues**                                                                    **$4,589.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B240** | **Tax Issues** | | | | |
| 08/07/2024 | AB21 | Prepare insert for tax return (0.9); call with E. Sutton regarding additional background documents (0.1) | 1.00 | 1,850.00 | 1,850.00 |
| 08/07/2024 | ECS1 | Review records related to Lady May purchase price and escrowed funds (.5); call with A. Bongartz regarding same (.1); correspond with A. Bongartz re same (.1) | 0.70 | 1,270.00 | 889.00 |
| 08/08/2024 | AB21 | Revise insert for tax return (0.2); correspond with J. Lindenberg (EA Group) regarding same (0.2) | 0.40 | 1,850.00 | 740.00 |
| 08/09/2024 | AB21 | Correspond with A. Calascibetta (EA Group) regarding tax returns | 0.10 | 1,850.00 | 185.00 |
| 08/22/2024 | AB21 | Call with J. Lindenberg (EA Group) regarding preparation of tax returns | 0.50 | 1,850.00 | 925.00 |
| | | **Subtotal: B240  Tax Issues** | **2.70** | | **4,589.00** |
| | **Total** | | **2.70** | | **4,589.00** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00006

Invoice No. 2429380

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 2.00 | 1,850.00 | 3,700.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.70 | 1,270.00 | 889.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$4,589.00** |
| **Total Balance Due - Due Upon Receipt** | | **$4,589.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429381

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Foreign Law Issues**
PH LLP Client/Matter # 50687-00007
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $420.00 |
| **Current Fees and Costs Due** | **$420.00** |
| **Total Balance Due - Due Upon Receipt** | **$420.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429381

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Foreign Law Issues**
PH LLP Client/Matter # 50687-00007
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $420.00 |
| **Current Fees and Costs Due** | **$420.00** |
| **Total Balance Due - Due Upon Receipt** | **$420.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: *https://paywithtranch.com/paulhastings* |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429381

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

**Foreign Law Issues**                                                                 $420.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 08/28/2024 | CT16 | Research regarding UK service information for E. Sutton | 1.00 | 420.00 | 420.00 |
| | | **Subtotal: B191 General Litigation** | **1.00** | | **420.00** |
| | **Total** | | **1.00** | | **420.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| CT16 | Caroline Timoney | Other Timekeeper | 1.00 | 420.00 | 420.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$420.00** |
| **Total Balance Due - Due Upon Receipt** | **$420.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429382

PH LLP Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending August 31, 2024 | $15,110.50 |
| **Current Fees and Costs Due** | **$15,110.50** |
| **Total Balance Due - Due Upon Receipt** | **$15,110.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429382

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $15,110.50 |
| **Current Fees and Costs Due** | **$15,110.50** |
| **Total Balance Due - Due Upon Receipt** | **$15,110.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429382

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

## Genever US

$15,110.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B131** | **Sale of Real Estate** | | | | |
| 08/07/2024 | AB21 | Correspond with S. Boardman (Sothebys) and M. Bazo (Sothebys) regarding sale process | 0.10 | 1,850.00 | 185.00 |
| 08/21/2024 | LAD4 | Visit SN apartment and discussion with broker re: next steps | 1.70 | 1,975.00 | 3,357.50 |
| 08/22/2024 | LAD4 | T/c Judge Cyganowski (sale officer) re: sale price of apartment (.30); emails to Serana Boardman (Sothebys) re: same (.20) | 0.50 | 1,975.00 | 987.50 |
| 08/28/2024 | AB21 | Correspond with L. Despins regarding sale stipulations | 0.20 | 1,850.00 | 370.00 |
| 08/29/2024 | AB21 | Correspond with S. Millman (Hogan Lovells) regarding sale stipulations | 0.10 | 1,850.00 | 185.00 |
| | **Subtotal: B131  Sale of Real Estate** | | **2.60** | | **5,085.00** |

**B195   Non-Working Travel**

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2
50687-00010
Invoice No. 2429382

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/12/2024 | AB21 | Travel from office to SN apartment for walk-through and meeting with architect and Sciame (bill at 1/2 rate) | 0.60 | 925.00 | 555.00 |
| 08/15/2024 | AB21 | Travel from office to SN apartment and back (bill at 1/2 rate) | 0.60 | 925.00 | 555.00 |
| | | **Subtotal: B195  Non-Working Travel** | **1.20** | | **1,110.00** |

**B210    Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/06/2024 | AB21 | Calls with D. Acheson (architect) regarding completion of remediation project (0.2); correspond with L. Despins regarding same (0.2) | 0.40 | 1,850.00 | 740.00 |
| 08/07/2024 | AB21 | Call with S. Millman (Hogan Lovells) regarding remediation update and sale process (0.4); correspond with L. Despins regarding same (0.2) | 0.60 | 1,850.00 | 1,110.00 |
| 08/08/2024 | AB21 | Correspond with D. Acheson (architect) regarding outstanding invoices | 0.10 | 1,850.00 | 185.00 |
| 08/12/2024 | AB21 | Meeting with B. Snyder (Acheson Doyle) and Sciame regarding update on remediation projects (0.7); correspond with L. Despins regarding same (0.4) | 1.10 | 1,850.00 | 2,035.00 |
| 08/13/2024 | AB21 | Revise notice of Acheson Doyle invoices (0.1); correspond with D. Mohamed regarding filing and service of same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 08/13/2024 | AB21 | Correspond with T. Sadler regarding SN remediation-related invoice (0.1); correspond with R. Bordon (Sherry Netherland) regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 08/14/2024 | AB21 | Call and correspond with D. Acheson (architect) regarding update on remediation projects (0.1); correspond with L. Despins regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 3
50687-00010
Invoice No. 2429382

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/15/2024 | AB21 | Meeting with D. Acheson (architect) regarding completing remediation project (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,850.00 | 740.00 |
| 08/22/2024 | LAD4 | T/c J. Panico (AAGL) re: size of insurance claim | 0.50 | 1,975.00 | 987.50 |
| 08/26/2024 | AB21 | Correspond with L. Despins regarding outstanding DIP balance (0.1); correspond with T. Sadler regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 08/26/2024 | TS21 | Correspond with A. Bongartz re Genever DIP payments | 1.20 | 1,365.00 | 1,638.00 |
| | | **Subtotal: B210  Business Operations** | **5.10** | | **8,915.50** |

|  |  | **Total** | **8.90** | | **15,110.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 2.70 | 1,975.00 | 5,332.50 |
| AB21 | Alex Bongartz | Of Counsel | 3.80 | 1,850.00 | 7,030.00 |
| AB21 | Alex Bongartz | Of Counsel | 1.20 | 925.00 | 1,110.00 |
| TS21 | Tess Sadler | Associate | 1.20 | 1,365.00 | 1,638.00 |

| **Current Fees and Costs** | **$15,110.50** |
|---|---|
| **Total Balance Due - Due Upon Receipt** | **$15,110.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429383

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Genever BVI**
PH LLP Client/Matter # 50687-00011
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $7,385.50 |
| **Current Fees and Costs Due** | **$7,385.50** |
| **Total Balance Due - Due Upon Receipt** | **$7,385.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*__TO PROTECT AGAINST FRAUD__, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429383

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Genever BVI**
PH LLP Client/Matter # 50687-00011
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $7,385.50 |
| **Current Fees and Costs Due** | **$7,385.50** |
| **Total Balance Due - Due Upon Receipt** | **$7,385.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429383 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

### Genever BVI $7,385.50

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B231** | **Security Document Analysis** | | | | |
| 08/13/2024 | AB21 | Analyze company filing regarding lien releases (1.3); call with L. Song regarding related loan documents (0.1); correspond with G. Weston (Harneys Legal) regarding same (0.5) | 1.90 | 1,850.00 | 3,515.00 |
| 08/13/2024 | LS26 | Review documents relating to Alzarro loan arrangement (0.8); call with A. Bongartz re same (0.1); correspond with D. Barron re same (0.4) | 1.30 | 985.00 | 1,280.50 |
| 08/15/2024 | AB21 | Analyze issues related to release of charge against Genever BVI (1.0); correspond with L. Despins regarding same (0.1); correspond with G. Weston (Harneys Legal) regarding same (0.2) | 1.30 | 1,850.00 | 2,405.00 |
| 08/20/2024 | AB21 | Correspond with G. Weston (Harneys Legal) regarding lien release | 0.10 | 1,850.00 | 185.00 |
| | **Subtotal: B231  Security Document Analysis** | | **4.60** | | **7,385.50** |
| **Total** | | | **4.60** | | **7,385.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00011
Invoice No. 2429383

Page 2

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|------------|-------|----------|----------|
| AB21 | Alex Bongartz | Of Counsel | 3.30 | 1,850.00 | 6,105.00 |
| LS26 | Luyi Song | Associate | 1.30 | 985.00 | 1,280.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$7,385.50** |
| **Total Balance Due - Due Upon Receipt** | **$7,385.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429384

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Mahwah Adversary Proceeding
PH LLP Client/Matter # 50687-00012
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $208,702.50 |
| Costs incurred and advanced | 126.26 |
| **Current Fees and Costs Due** | **$208,828.76** |
| **Total Balance Due - Due Upon Receipt** | **$208,828.76** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD****, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429384

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Mahwah Adversary Proceeding**
PH LLP Client/Matter # 50687-00012
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending August 31, 2024 | $208,702.50 |
| Costs incurred and advanced | 126.26 |
| **Current Fees and Costs Due** | **$208,828.76** |
| **Total Balance Due - Due Upon Receipt** | **$208,828.76** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429384

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

## Mahwah Adversary Proceeding                                          $208,702.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 08/05/2024 | LAD4 | Review/edit request for Mahwah hearing | 0.40 | 1,975.00 | 790.00 |
| 08/06/2024 | LAD4 | Review cost issues & prepare notes for hearing (.40); handle hearing re: Mahwah costs (.50) | 0.90 | 1,975.00 | 1,777.50 |
| 08/08/2024 | DEB4 | Correspond with N. Bassett regarding status conference | 0.10 | 1,395.00 | 139.50 |
| 08/13/2024 | NAB | Review issues and prepare notes for status conference (.3); participate in same and hearing on motion to authorize payment of expenditures (.5) | 0.80 | 1,835.00 | 1,468.00 |
| | | **Subtotal: B155  Court Hearings** | **2.20** | | **4,175.00** |
| **B191** | **General Litigation** | | | | |
| 08/01/2024 | DM26 | Review and file via the Court's CM/ECF system notice of termination of stay regarding Adversary Proceeding No. 23-5017 | 0.20 | 565.00 | 113.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 2
50687-00012
Invoice No. 2429384

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/01/2024 | DEB4 | Correspond with N. Bassett and L. Despins regarding Taurus authority issues | 0.30 | 1,395.00 | 418.50 |
| 08/01/2024 | LS26 | Prepare notice of stay termination (1.0); correspond with D. Mohamed regarding filing of same (.1); review defendant's amended preliminary injunction response filing (0.3); correspond with N. Bassett, L. Despins, D. Barron and P. Linsey (NPM) re same (0.1); call and correspond with P. Linsey re same (0.2) | 1.70 | 985.00 | 1,674.50 |
| 08/02/2024 | NAB | Analyze litigation next steps and summary judgment issues | 0.30 | 1,835.00 | 550.50 |
| 08/02/2024 | WCF | Draft stipulation to stay New Jersey state court mechanics' lien lawsuit against Taurus Fund and Mahwah property (Fania Roofing) (1.2); correspond with N. Bassett regarding revisions to same (.1) | 1.30 | 1,390.00 | 1,807.00 |
| 08/04/2024 | NAB | Analyze next steps in adversary proceeding and reply to defendants' response to court order requiring disclosure of decision-makers (.3); correspond with L. Despins and P. Linsey (NPM) regarding same (.6); review pleadings and court orders in connection with same (.3) | 1.20 | 1,835.00 | 2,202.00 |
| 08/05/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding Mahwah emergency motion (0.1); call with S. Maza regarding motion for summary judgment (0.3) | 0.40 | 1,395.00 | 558.00 |
| 08/05/2024 | LS26 | Call and correspond with P. Linsey (NPM) regarding trustee's objection to defendant's response | 0.20 | 985.00 | 197.00 |
| 08/05/2024 | NAB | Review and revise draft reply to response to Court order requiring filing of notice and certain disclosures by defendant (.7); correspond with L. Despins and P. Linsey (NPM) regarding same (.3); further analyze and outline litigation strategy and next steps for adversary proceeding (.5) | 1.50 | 1,835.00 | 2,752.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                   Page 3
50687-00012
Invoice No. 2429384

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/05/2024 | SM29 | Call with D. Barron re summary judgment motion | 0.30 | 1,850.00 | 555.00 |
| 08/05/2024 | WCF | Revise stipulation regarding Fania Roofing state court mechanics' lien action (.4); correspond with M. Starr and M. Conway (opposing counsel) regarding same (.1); review Mahwah case docket regarding same (.3) | 0.80 | 1,390.00 | 1,112.00 |
| 08/06/2024 | DEB4 | Correspond with N. Bassett regarding Mahwah motion for summary judgment | 0.10 | 1,395.00 | 139.50 |
| 08/06/2024 | NAB | Email with P. Linsey (NPM) and W. Farmer regarding next steps in adversary proceeding and motion to extend answer deadlines (.3); analyze issues related to same (.3) | 0.60 | 1,835.00 | 1,101.00 |
| 08/06/2024 | WCF | Review prior document productions and discovery status in Mahwah AP regarding motion for summary judgment and outstanding requests before criminal stay (.6); correspond with vendor, UnitedLex, P. Linsey (local), and N. Bassett regarding same (.2) | 0.80 | 1,390.00 | 1,112.00 |
| 08/07/2024 | LAD4 | Review/edit motion to approve payment of expense (.80); emails to P. Linsey (NPM) re: same (.30); t/c P. Linsey re: same (.20) | 1.30 | 1,975.00 | 2,567.50 |
| 08/07/2024 | NAB | Email with M. Conway (defense counsel) regarding proposed schedule for litigation (.2); analyze authority regarding summary judgment strategy (.7); email with W. Farmer regarding litigation issues relating to same (.2) | 1.10 | 1,835.00 | 2,018.50 |
| 08/08/2024 | LS26 | Prepare request for status conference re scheduling | 1.50 | 985.00 | 1,477.50 |
| 08/08/2024 | NAB | Prepare parts of summary judgment motion (.8); email with M. Conway (defense counsel) regarding litigation schedule (.2); email with L. Song regarding same (.2); review and revise draft request for status conference (.2) | 1.40 | 1,835.00 | 2,569.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 4
50687-00012
Invoice No. 2429384

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/09/2024 | DEB4 | Correspond with N. Bassett regarding motion for summary judgment | 0.20 | 1,395.00 | 279.00 |
| 08/09/2024 | DEB4 | Correspond with N. Bassett regarding Taurus motion to withdraw the reference (0.2); analyze same (0.6) | 0.80 | 1,395.00 | 1,116.00 |
| 08/09/2024 | LS26 | Review Taurus motion to withdraw the reference | 0.40 | 985.00 | 394.00 |
| 08/09/2024 | NAB | Review motion to withdraw the reference (.3); correspond with P. Linsey (NPM) regarding same (.3); analyze summary judgment issues and related authority (.4) | 1.00 | 1,835.00 | 1,835.00 |
| 08/11/2024 | NAB | Further analyze motion to withdraw the reference and related adversary proceeding scheduling issues | 0.50 | 1,835.00 | 917.50 |
| 08/12/2024 | LS26 | Review criminal trial exhibits relating to Mahwah Mansion (0.3); correspond with D. Barron regarding same (0.1) | 0.40 | 985.00 | 394.00 |
| 08/12/2024 | NAB | Analyze motion to withdraw reference (.3); email with S. Sarnoff (OMM) regarding same (.2); review defendants' response to motion to authorize payment of expenditures (.3) | 0.80 | 1,835.00 | 1,468.00 |
| 08/13/2024 | LS26 | Analyze facts for summary judgment motion | 3.70 | 985.00 | 3,644.50 |
| 08/14/2024 | DEB4 | Correspond with L. Despins and N. Bassett regarding Conway email | 0.20 | 1,395.00 | 279.00 |
| 08/19/2024 | DEB4 | Conference and correspond with L. Song regarding Mahwah summary judgment motion (0.4); analyze documents related to Mahwah motion for summary judgment (0.9) | 1.30 | 1,395.00 | 1,813.50 |
| 08/19/2024 | LS26 | Call and correspond with D. Barron regarding Mahwah summary judgment motion (0.4); correspond with P. Linsey (NPM) and D. Barron regarding Mahwah Mansion (0.1); analyze facts in connection with summary judgment motion (0.4) | 0.90 | 985.00 | 886.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok    Page 5
50687-00012
Invoice No. 2429384

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/20/2024 | DEB4 | Analyze documents related to Mahwah summary judgment motion | 1.20 | 1,395.00 | 1,674.00 |
| 08/20/2024 | DEB4 | Correspond with N. Bassett regarding Mahwah evidentiary issues (0.2); correspond with L. Song regarding same (0.1) | 0.30 | 1,395.00 | 418.50 |
| 08/20/2024 | NAB | Correspond with D. Barron regarding summary judgment issues (.3); analyze litigation strategy (.2) | 0.50 | 1,835.00 | 917.50 |
| 08/21/2024 | DEB4 | Conference with P. Linsey (NPM) regarding Taurus motion to withdraw the reference (0.1); conference with N. Bassett and M. Conway regarding next steps (0.5); follow up call with N. Bassett regarding same and summary judgment motion (0.2); conference with N. Bassett and L. Despins regarding motion for summary judgment (0.3); prepare motion for summary judgment (2.9) | 4.00 | 1,395.00 | 5,580.00 |
| 08/21/2024 | LAD4 | T/c D. Barron and N. Bassett re: summary judgment | 0.30 | 1,975.00 | 592.50 |
| 08/21/2024 | LS26 | Analyze facts and documents in connection with summary judgment motion | 4.80 | 985.00 | 4,728.00 |
| 08/21/2024 | NAB | Call with D. Barron and M. Conway (defense counsel) regarding potential resolution of litigation (.5); follow-up call with D. Barron regarding same and summary judgment motion (.2); call with D. Barron and L. Despins regarding same (.3) | 1.00 | 1,835.00 | 1,835.00 |
| 08/22/2024 | DEB4 | Correspond with N. Bassett regarding objection to motion to withdraw the reference (0.1); correspond with S. Maza regarding same (0.2); correspond with L. Song and N. Bassett regarding Conway issues (0.1); call with N. Bassett regarding summary judgment motion and strategy (0.2); correspond with N. Bassett and P. Linsey regarding Taurus standing issues (0.1) | 0.70 | 1,395.00 | 976.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok    Page 6
50687-00012
Invoice No. 2429384

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/22/2024 | DEB4 | Analyze documents related to summary judgment motion | 4.50 | 1,395.00 | 6,277.50 |
| 08/22/2024 | ECS1 | Call with L. Song re Mahwah AP discovery | 0.10 | 1,270.00 | 127.00 |
| 08/22/2024 | LS26 | Continue to analyze facts and documents in connection with summary judgment motion (3.6); call with E. Sutton regarding same (0.1) | 3.70 | 985.00 | 3,644.50 |
| 08/22/2024 | NAB | Call with D. Barron regarding Mahwah summary judgment issues and related strategy (.2); analyze caselaw relating to same (.4); correspond with D. Barron regarding same (.1); review email from L. Song regarding documents from criminal trial (.1) | 0.80 | 1,835.00 | 1,468.00 |
| 08/23/2024 | DEB4 | Prepare summary judgment memo (6.7); call with E. Sutton regarding related issue (0.1) | 6.80 | 1,395.00 | 9,486.00 |
| 08/23/2024 | ECS1 | Analyze standing, default, and legality of Nevada LLC (1.9); correspond with D. Barron regarding same (.3); call with D. Barron regarding same (.1) | 2.30 | 1,270.00 | 2,921.00 |
| 08/23/2024 | LS26 | Prepare summary judgment motion (3.9); analyze documents in connection with same (1.4) | 5.30 | 985.00 | 5,220.50 |
| 08/24/2024 | DEB4 | Continue preparing summary judgment memo | 12.50 | 1,395.00 | 17,437.50 |
| 08/24/2024 | LS26 | Continue preparing summary judgment motion | 4.50 | 985.00 | 4,432.50 |
| 08/25/2024 | DEB4 | Prepare motion for summary judgment memo | 12.30 | 1,395.00 | 17,158.50 |
| 08/25/2024 | LS26 | Continue to review facts and prepare summary judgment motion | 4.90 | 985.00 | 4,826.50 |
| 08/25/2024 | SM29 | Review motion to withdraw the reference | 0.50 | 1,850.00 | 925.00 |
| 08/26/2024 | DEB4 | Continue preparing motion for summary judgment memo | 6.40 | 1,395.00 | 8,928.00 |
| 08/26/2024 | LS26 | Continue to prepare summary judgment motion | 4.00 | 985.00 | 3,940.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 7

50687-00012
Invoice No. 2429384

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/26/2024 | SM29 | Prepare objection to motion to withdraw the reference | 7.80 | 1,850.00 | 14,430.00 |
| 08/27/2024 | AD20 | Conference with E. Sutton regarding legal and factual citations in draft brief | 0.20 | 445.00 | 89.00 |
| 08/27/2024 | ECS1 | Prepare parts of objection to withdrawal of the reference re the Mahwah Mansion adversary proceeding (1.2); call with S. Maza regarding same (.1); correspond with S. Maza regarding same (.3); conference with A. Dougherty regarding same (.2) | 1.80 | 1,270.00 | 2,286.00 |
| 08/27/2024 | NAB | Review and revise draft response to motion to withdraw the reference (1.5); correspond with S. Maza regarding the same (0.1); analyze issues and caselaw relating to the same (0.2); review and revise draft summary judgment brief (0.6) | 2.40 | 1,835.00 | 4,404.00 |
| 08/27/2024 | SM29 | Revise objection to motion to withdraw the reference (.5); correspond with D. Barron re same (.1); call with E. Sutton re same (.1); email N. Bassett re same (.1) | 0.80 | 1,850.00 | 1,480.00 |
| 08/28/2024 | AD20 | Review and revise legal and factual citations in objection brief and prepare for filing | 5.70 | 445.00 | 2,536.50 |
| 08/28/2024 | DEB4 | Conference with S. Maza regarding objection to motion to withdraw the reference (0.3); correspond with S. Maza regarding same (0.4); correspond with N. Bassett regarding Mahwah flow of funds (0.1); conference with S. Maza regarding same (0.2) | 1.00 | 1,395.00 | 1,395.00 |
| 08/28/2024 | ECS1 | Continue preparing objection to withdrawal of the reference re the Mahwah Mansion adversary proceeding (1.5); correspond with S. Maza regarding same (.3); correspond with P. Linsey and K. Mitchell (NPM) regarding same (.2) | 2.00 | 1,270.00 | 2,540.00 |
| 08/28/2024 | LAD4 | Review/edit our objection to Taurus motion to withdraw the reference | 0.80 | 1,975.00 | 1,580.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 8
50687-00012
Invoice No. 2429384

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/28/2024 | NAB | Review and revise updated draft response to motion to withdraw the reference (0.5); telephone conference with S. Maza regarding the same (0.3) | 0.80 | 1,835.00 | 1,468.00 |
| 08/28/2024 | SM29 | Call with D. Barron re objection to motion to withdraw the reference (.3); revise same (1.3); further revise objection to incorporate comments from N. Bassett (.2); email P. Linsey (NPM) re same and district court assignment (.1); revise objection to motion to withdraw the reference to incorporate L. Despins' comments (.7) | 2.60 | 1,850.00 | 4,810.00 |
| 08/28/2024 | SM29 | Call with N. Bassett re property of estate and fraud (.3); call with D. Barron re same (.2); analyze caselaw and statutory authority re same (3.0) | 3.50 | 1,850.00 | 6,475.00 |
| 08/29/2024 | DEB4 | Review memo from E. Sutton regarding Taurus standing issues (0.5); correspond with L. Song regarding Taurus summary judgment exhibits and preparation of same (0.2); conference with P. Linsey regarding court procedures related to summary judgment motion (0.2); correspond with M. Laskowski regarding filing objection to motion to withdraw the reference (0.1); correspond with N. Bassett regarding page extension motion (0.1); correspond with J. Kosciewicz regarding same (0.1); correspond with N. Bassett regarding summary judgment motion (0.2); analyze documents related to same (0.8) | 2.20 | 1,395.00 | 3,069.00 |
| 08/29/2024 | ECS1 | Continue preparing objection to withdrawal of the reference re the Mahwah Mansion adversary proceeding (1.9); correspond with S. Maza regarding same (.4); correspond with M. Laskowski regarding preparation of notices of appearance in connection with same (.2) | 2.50 | 1,270.00 | 3,175.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok    Page 9
50687-00012
Invoice No. 2429384

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/29/2024 | ECS1 | Review correspondence from D. Barron and J. Kosciewicz re motion to expand page limit for summary judgment motion | 0.10 | 1,270.00 | 127.00 |
| 08/29/2024 | JPK1 | Draft motion for leave to exceed page limit for memorandum of law in support of motion for summary judgment and Local Rule 56(a)(1) statement of facts (2.5); correspond with E. Sutton regarding the same (.1); correspond with D. Barron regarding the same (.1) | 2.70 | 1,185.00 | 3,199.50 |
| 08/29/2024 | ML30 | Correspond with E. Sutton re pleadings to be filed in Taurus litigation | 0.30 | 565.00 | 169.50 |
| 08/29/2024 | NAB | Review revised summary judgment brief (1.8); correspond with D. Barron regarding same (.3); correspond with S. Maza regarding response to motion to withdraw the reference (.2); review same (.3) | 2.60 | 1,835.00 | 4,771.00 |
| 08/29/2024 | SM29 | Correspond with L. Despins and N. Bassett re objection to motion to withdraw the reference and summary judgment motion (.2); revise objection to motion to withdraw the reference (.4); review changes to same from E. Sutton (.3); analyze caselaw re same (.4); correspond with E. Sutton re filing prep for objection to motion to withdraw the reference (.1) | 1.40 | 1,850.00 | 2,590.00 |
| 08/30/2024 | DEB4 | Revise page limit motion (0.4); correspond with N. Bassett regarding same (0.1); correspond with K. Mitchell (NPM) regarding same (0.1) | 0.60 | 1,395.00 | 837.00 |
| 08/30/2024 | ECS1 | Prepare objection to withdrawal of the reference re the Mahwah Mansion adversary proceeding (.2); correspond with S. Maza and K. Mitchell (NPM) regarding same (.2) | 0.40 | 1,270.00 | 508.00 |
| 08/30/2024 | LS26 | Review and revise summary judgment motion | 1.30 | 985.00 | 1,280.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 10

50687-00012
Invoice No. 2429384

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/30/2024 | NAB | Correspond with D. Barron regarding motion for summary judgment issues (.3); correspond with S. Maza and L. Despins regarding response to motion to withdraw the reference (.1); review revised response (.2) | 0.60 | 1,835.00 | 1,101.00 |
| 08/30/2024 | SM29 | Review filing version of objection to motion to withdraw the reference | 0.40 | 1,850.00 | 740.00 |
| | | **Subtotal: B191 General Litigation** | **151.10** | | **204,527.50** |

| | | **Total** | **153.30** | | **208,702.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 3.70 | 1,975.00 | 7,307.50 |
| NAB | Nicholas A. Bassett | Partner | 17.90 | 1,835.00 | 32,846.50 |
| SM29 | Shlomo Maza | Of Counsel | 17.30 | 1,850.00 | 32,005.00 |
| DEB4 | Douglass E. Barron | Associate | 55.90 | 1,395.00 | 77,980.50 |
| WCF | Will C. Farmer | Associate | 2.90 | 1,390.00 | 4,031.00 |
| ECS1 | Ezra C. Sutton | Associate | 9.20 | 1,270.00 | 11,684.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 2.70 | 1,185.00 | 3,199.50 |
| LS26 | Luyi Song | Associate | 37.30 | 985.00 | 36,740.50 |
| ML30 | Mat Laskowski | Paralegal | 0.30 | 565.00 | 169.50 |
| DM26 | David Mohamed | Paralegal | 0.20 | 565.00 | 113.00 |
| AD20 | Allison Doherty | Paralegal | 5.90 | 445.00 | 2,625.50 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/02/2024 | Computer Search (Other) | | | 1.17 |
| 08/23/2024 | Westlaw | | | 54.77 |
| 08/28/2024 | Lexis/On Line Search | | | 47.52 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 11
Kwok
50687-00012
Invoice No. 2429384

| | |
|---|---:|
| 08/29/2024  Lexis/On Line Search | 22.80 |
| **Total Costs incurred and advanced** | **$126.26** |
| **Current Fees and Costs** | **$208,828.76** |
| **Total Balance Due - Due Upon Receipt** | **$208,828.76** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429386

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### HCHK Adversary Proceeding
PH LLP Client/Matter # 50687-00014
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $2,698.50 |
| **Current Fees and Costs Due** | **$2,698.50** |
| **Total Balance Due - Due Upon Receipt** | **$2,698.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429386

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### HCHK Adversary Proceeding
PH LLP Client/Matter # 50687-00014
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $2,698.50 |
| **Current Fees and Costs Due** | **$2,698.50** |
| **Total Balance Due - Due Upon Receipt** | **$2,698.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                February 7, 2025
200 Park Avenue                                                                           Please Refer to
New York, NY 10166                                                                   Invoice Number: 2429386

Attn: Luc Despins                                                                          PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

## HCHK Adversary Proceeding                                                                      $2,698.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 08/02/2024 | LS26 | Review information regarding certain HCHK devices in connection with forensic analysis | 0.20 | 985.00 | 197.00 |
| 08/05/2024 | LS26 | Call and correspond with J. Whippen (ULX) regarding forensic analysis of certain HCHK devices | 0.30 | 985.00 | 295.50 |
| 08/06/2024 | LS26 | Correspond with UnitedLex regarding device analysis (0.5); draft email to N. Bassett and D. Barron regarding same (0.3) | 0.80 | 985.00 | 788.00 |
| 08/07/2024 | LS26 | Correspond with J. Whippen (ULX) re analysis of HCHK devices | 0.40 | 985.00 | 394.00 |
| 08/29/2024 | DEB4 | Correspond with N. Bassett and L. Song regarding intervenor appeal | 0.20 | 1,395.00 | 279.00 |
| 08/29/2024 | JPK1 | Correspond with E. Sutton and L. Song regarding proposed intervenor appeal | 0.20 | 1,185.00 | 237.00 |
| | | **Subtotal: B191 General Litigation** | **2.10** | | **2,190.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2

50687-00014

Invoice No. 2429386

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B210** | **Business Operations** | | | | |
| 08/30/2024 | ECS1 | Correspond with N. Shanahan (Cole Schotz) and D. Barron regarding HCHK Entities' administration and employees | 0.40 | 1,270.00 | 508.00 |
| | | **Subtotal: B210  Business Operations** | **0.40** | | **508.00** |
| | **Total** | | **2.50** | | **2,698.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DEB4 | Douglass E. Barron | Associate | 0.20 | 1,395.00 | 279.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.40 | 1,270.00 | 508.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 0.20 | 1,185.00 | 237.00 |
| LS26 | Luyi Song | Associate | 1.70 | 985.00 | 1,674.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$2,698.50** |
| **Total Balance Due - Due Upon Receipt** | | **$2,698.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429387

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### HK USA Adversary Proceeding
PH LLP Client/Matter # 50687-00017
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending August 31, 2024 | $13,362.50 |
| **Current Fees and Costs Due** | **$13,362.50** |
| **Total Balance Due - Due Upon Receipt** | **$13,362.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429387

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

### HK USA Adversary Proceeding
PH LLP Client/Matter # 50687-00017
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $13,362.50 |
| **Current Fees and Costs Due** | **$13,362.50** |
| **Total Balance Due - Due Upon Receipt** | **$13,362.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*__TO PROTECT AGAINST FRAUD__, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
|---|---|
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429387 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

## HK USA Adversary Proceeding $13,362.50

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 08/22/2024 | SM29 | Review District Court opinion on appeal | 0.40 | 1,850.00 | 740.00 |
| 08/23/2024 | DEB4 | Review HK USA appellate decision (0.5); correspond with P. Linsey (NPM), N. Bassett, and L. Despins regarding same (0.3); correspond with S. Maza regarding same (0.1) | 0.90 | 1,395.00 | 1,255.50 |
| 08/23/2024 | LAD4 | Review Dooley opinion (.90); emails to N. Bassett, D. Barron, P. Linsey (NPM) re: issues discussed (.30) | 1.20 | 1,975.00 | 2,370.00 |
| 08/23/2024 | NAB | Initial review of decision affirming summary judgment orders (.3); correspond with L. Despins and D. Barron regarding the same (.2) | 0.50 | 1,835.00 | 917.50 |
| 08/23/2024 | WCF | Review District Court decision affirming summary judgment decisions on appeal (.3); correspond with D. Barron and P. Linsey (NPM) regarding same (.1) | 0.40 | 1,390.00 | 556.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00017
Invoice No. 2429387

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/24/2024 | NAB | Further analyze appellate decision affirming summary judgment order (0.9); correspond with L. Despins, D. Barron, and P. Linsey (NPM) regarding the same (0.4); correspond with L. Despins regarding next steps (0.1); correspond with S. Sarnoff (OMM) regarding the same (0.1) | 1.50 | 1,835.00 | 2,752.50 |
| 08/25/2024 | NAB | Review summary judgment briefing and record in connection with next steps in response to appellate ruling (0.7); analyze authority relating to the same (0.5); correspond with L. Despins, D. Barron regarding the same (0.4) | 1.60 | 1,835.00 | 2,936.00 |
| 08/26/2024 | IVT | Conference with N. Bassett regarding potential correction of district court opinion and related strategy | 0.40 | 1,835.00 | 734.00 |
| 08/26/2024 | NAB | Telephone conference with I. Timofeyev regarding appellate issues and options (0.4); analyze the same (0.2) | 0.60 | 1,835.00 | 1,101.00 |
| | | **Subtotal: B191  General Litigation** | **7.50** | | **13,362.50** |
| | | **Total** | **7.50** | | **13,362.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 1.20 | 1,975.00 | 2,370.00 |
| IVT | Igor V. Timofeyev | Partner | 0.40 | 1,835.00 | 734.00 |
| NAB | Nicholas A. Bassett | Partner | 4.20 | 1,835.00 | 7,707.00 |
| SM29 | Shlomo Maza | Of Counsel | 0.40 | 1,850.00 | 740.00 |
| DEB4 | Douglass E. Barron | Associate | 0.90 | 1,395.00 | 1,255.50 |
| WCF | Will C. Farmer | Associate | 0.40 | 1,390.00 | 556.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00017

Invoice No. 2429387

| | |
|---|---|
| **Current Fees and Costs** | **$13,362.50** |
| **Total Balance Due - Due Upon Receipt** | **$13,362.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429388

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Greenwich Land Adversary Proceeding
PH LLP Client/Matter # 50687-00020
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $42,177.00 |
| Costs incurred and advanced | 2.70 |
| **Current Fees and Costs Due** | **$42,179.70** |
| **Total Balance Due - Due Upon Receipt** | **$42,179.70** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429388

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Greenwich Land Adversary Proceeding**
PH LLP Client/Matter # 50687-00020
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $42,177.00 |
| Costs incurred and advanced | 2.70 |
| **Current Fees and Costs Due** | **$42,179.70** |
| **Total Balance Due - Due Upon Receipt** | **$42,179.70** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429388

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

### Greenwich Land Adversary Proceeding

$42,177.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 08/01/2024 | LAD4 | Review/comment on insurance matters for Taconic | 2.10 | 1,975.00 | 4,147.50 |
| 08/01/2024 | NAB | Call and correspond with C. Major (defense counsel) regarding resolution of stay motion (.3); correspond with L. Despins regarding same (.3); prepare parts of proposed order resolving same (.2) | 0.80 | 1,835.00 | 1,468.00 |
| 08/01/2024 | SM29 | Prepare objection to stay pending appeal (1.0); review transcript from P. Linsey (NPM) re same (.7); email N. Bassett re same (.2) | 1.90 | 1,850.00 | 3,515.00 |
| 08/02/2024 | AB21 | Correspond with L. Despins and A. Secchiano (World Insurance Associates) regarding insurance of Taconic property (0.7); call with E. Sutton regarding additional background related to property (0.1); correspond with L. Despins regarding next steps regarding Taconic property (0.2) | 1.00 | 1,850.00 | 1,850.00 |
| 08/02/2024 | ECS1 | Call with A. Bongartz regarding the Taconic property | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2
50687-00020
Invoice No. 2429388

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/02/2024 | LAD4 | Review/comment on Taconic house transition/control issues | 2.40 | 1,975.00 | 4,740.00 |
| 08/02/2024 | NAB | Correspond with C. Major (Greenwich Land counsel) regarding resolution of motion for stay pending appeal (.2); review draft notice to Court in connection with same (.3); correspond with P. Linsey (NPM) regarding same (.2); continue preparing proposed order for resolution of motion for stay pending appeal (.5); correspond with P. Linsey regarding same (.2); correspond with L. Despins regarding strategic issues related to same (.3) | 1.70 | 1,835.00 | 3,119.50 |
| 08/05/2024 | LAD4 | Review/edit (2X) draft stipulation re: Taconic (.60); t/c P. Linsey re: same (.20) | 0.80 | 1,975.00 | 1,580.00 |
| 08/05/2024 | NAB | Review and revise proposed order resolving motion for stay pending appeal (.3); correspond with P. Linsey (NPM) regarding same (.2) | 0.50 | 1,835.00 | 917.50 |
| 08/07/2024 | WCF | Review Greenwich Land designations and adversary proceeding docket (1.3); draft counter-designations for filing on appeal (1.8); correspond with N. Bassett and P. Linsey regarding same (.1) | 3.20 | 1,390.00 | 4,448.00 |
| 08/08/2024 | DEB4 | Correspond with L. Despins regarding Greenwich furnishings (0.3); correspond with L. Song regarding same (0.1) | 0.40 | 1,395.00 | 558.00 |
| 08/08/2024 | LAD4 | Review/handle obtaining insurance for Taconic house (1.10); t/c R. Gonzalez (broker) re: same (.30) | 1.40 | 1,975.00 | 2,765.00 |
| 08/08/2024 | LS26 | Correspond with D. Barron regarding Taconic property (0.1); review documents re same (0.2) | 0.30 | 985.00 | 295.50 |
| 08/08/2024 | NAB | Review comments to draft order on stay motion (.2); revise same (.2); correspond with L. Despins and P. Linsey (NPM) regarding same (.1) | 0.50 | 1,835.00 | 917.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                        Page 3
50687-00020
Invoice No. 2429388

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/09/2024 | NAB | Correspond with C. Major (defense counsel) regarding order resolving summary judgment (.3); correspond with L. Despins regarding same (.1) | 0.40 | 1,835.00 | 734.00 |
| 08/12/2024 | NAB | Further review proposed order resolving summary judgment and correspond with L. Despins regarding same | 0.20 | 1,835.00 | 367.00 |
| 08/13/2024 | AB21 | Call with P. Linsey (NPM) and W. Sherman (NPM) regarding payment related to Taconic property | 0.50 | 1,850.00 | 925.00 |
| 08/14/2024 | JPK1 | Review Greenwich Land documents regarding employment information (.1); correspond with P. Linsey (NPM) regarding the same (.1) | 0.20 | 1,185.00 | 237.00 |
| 08/14/2024 | LS26 | Review issues regarding Greenwich Land employment identification number and draft email to P. Linsey (NPM) regarding same | 0.20 | 985.00 | 197.00 |
| 08/14/2024 | NAB | Correspond with P. Linsey (NPM) regarding stipulation to resolve summary judgment motion (.1); review same (.2) | 0.30 | 1,835.00 | 550.50 |
| 08/15/2024 | LS26 | Review information about new vehicle found at Taconic property | 0.20 | 985.00 | 197.00 |
| 08/16/2024 | NAB | Correspond with M. Honig regarding discovery objections | 0.20 | 1,835.00 | 367.00 |
| 08/16/2024 | NAB | Correspond with L. Despins regarding Greenwich Land walk through and related issues | 0.20 | 1,835.00 | 367.00 |
| 08/19/2024 | LAD4 | Several calls/emails R. Gonzalez (insurance broker) re: Taconic road insurance update | 1.40 | 1,975.00 | 2,765.00 |
| 08/20/2024 | LAD4 | Review/comment on insurance issues with R. Gonzalez (insurance broker) | 1.10 | 1,975.00 | 2,172.50 |
| 08/20/2024 | LS26 | Correspond with L. Despins regarding Taconic property visit | 0.10 | 985.00 | 98.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 4

50687-00020
Invoice No. 2429388

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/21/2024 | LAD4 | Visit to Taconic and interface with Angel (worker) re: painting (.90); various emails to/from W. Sherman re: Taconic to do list (.40) | 1.30 | 1,975.00 | 2,567.50 |
| 08/23/2024 | NAB | Correspond with L. Despins regarding appellate briefing | 0.10 | 1,835.00 | 183.50 |
| | | **Subtotal: B191  General Litigation** | **23.50** | | **42,177.00** |
| | **Total** | | **23.50** | | **42,177.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| LAD4 | Luc A. Despins | Partner | 10.50 | 1,975.00 | 20,737.50 |
| NAB | Nicholas A. Bassett | Partner | 4.90 | 1,835.00 | 8,991.50 |
| AB21 | Alex Bongartz | Of Counsel | 1.50 | 1,850.00 | 2,775.00 |
| SM29 | Shlomo Maza | Of Counsel | 1.90 | 1,850.00 | 3,515.00 |
| DEB4 | Douglass E. Barron | Associate | 0.40 | 1,395.00 | 558.00 |
| WCF | Will C. Farmer | Associate | 3.20 | 1,390.00 | 4,448.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.10 | 1,270.00 | 127.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 0.20 | 1,185.00 | 237.00 |
| LS26 | Luyi Song | Associate | 0.80 | 985.00 | 788.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 08/07/2024 | Computer Search (Other) | | | 2.70 |
| **Total Costs incurred and advanced** | | | | **$2.70** |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$42,179.70** |
| **Total Balance Due - Due Upon Receipt** | | **$42,179.70** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429389

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Lamp Capital Adversary**
PH LLP Client/Matter # 50687-00024
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $12,610.50 |
| **Current Fees and Costs Due** | **$12,610.50** |
| **Total Balance Due - Due Upon Receipt** | **$12,610.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429389

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Lamp Capital Adversary**
PH LLP Client/Matter # 50687-00024
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending August 31, 2024 | $12,610.50 |
| **Current Fees and Costs Due** | **$12,610.50** |
| **Total Balance Due - Due Upon Receipt** | **$12,610.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429389 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

## Lamp Capital Adversary                                              $12,610.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 08/03/2024 | NAB | Review additional draft Hudson Diamond alter ego complaint | 0.40 | 1,835.00 | 734.00 |
| 08/05/2024 | NAB | Review and revise draft Hudson Diamond alter ego complaint | 0.90 | 1,835.00 | 1,651.50 |
| 08/06/2024 | NAB | Further review and revise draft Hudson Diamond complaint and related documents | 0.90 | 1,835.00 | 1,651.50 |
| 08/07/2024 | NAB | Further review and revise Hudson Diamond complaint (1.5); correspond with D. Barron regarding same (.2); review documents relating to same (.8) | 2.50 | 1,835.00 | 4,587.50 |
| 08/23/2024 | DEB4 | Revise summary judgment motion memo (1.2); correspond with L. Despins regarding same (0.1) | 1.30 | 1,395.00 | 1,813.50 |
| 08/23/2024 | LAD4 | Review/edit SJ draft re: Hudson Diamond/Leading Shine | 1.10 | 1,975.00 | 2,172.50 |
| | | **Subtotal: B191 General Litigation** | **7.10** | | **12,610.50** |
| | **Total** | | **7.10** | | **12,610.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00024

Invoice No. 2429389

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|---------------------|-----------|-------|----------|----------|
| LAD4 | Luc A. Despins | Partner | 1.10 | 1,975.00 | 2,172.50 |
| NAB | Nicholas A. Bassett | Partner | 4.70 | 1,835.00 | 8,624.50 |
| DEB4 | Douglass E. Barron | Associate | 1.30 | 1,395.00 | 1,813.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$12,610.50** |
| **Total Balance Due - Due Upon Receipt** | | **$12,610.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429391

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Ace Decade Adversary Proceeding**
PH LLP Client/Matter # 50687-00026
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $24,399.50 |
| Costs incurred and advanced | 278.26 |
| **Current Fees and Costs Due** | **$24,677.76** |
| **Total Balance Due – Due Upon Receipt** | **$24,677.76** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429391

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Ace Decade Adversary Proceeding**
PH LLP Client/Matter # 50687-00026
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $24,399.50 |
| Costs incurred and advanced | 278.26 |
| **Current Fees and Costs Due** | **$24,677.76** |
| **Total Balance Due - Due Upon Receipt** | **$24,677.76** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429391 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

## Ace Decade Adversary Proceeding                                   $24,399.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 08/01/2024 | AB21 | Correspond with L. Despins and N. Bassett regarding service of default judgment motion and related scheduling order | 0.50 | 1,850.00 | 925.00 |
| 08/01/2024 | ECS1 | Analyze caselaw regarding automatic stay and exclusive jurisdiction in connection with letter to BVI law firm regarding Ace Decade and Dawn State (2.4); correspond with S. Maza re same (.2); calls with S. Maza re same (.2) | 2.80 | 1,270.00 | 3,556.00 |
| 08/01/2024 | NAB | Correspond with L. Despins and A. Bongartz regarding default judgment motion (.2); analyze issue relating to same (.1) | 0.30 | 1,835.00 | 550.50 |
| 08/01/2024 | SM29 | Correspond with L. Despins re stay violation letter (.2); revise same (.2); correspond with E. Sutton re caselaw on same (.4); calls with E. Sutton re same (.2) | 1.00 | 1,850.00 | 1,850.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                Page 2
50687-00026
Invoice No. 2429391

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/02/2024 | AB21 | Review certificate for service for default judgment motion and related scheduling order (0.2); correspond with N. Bassett and P. Linsey (NPM) regarding same (0.1) | 0.30 | 1,850.00 | 555.00 |
| 08/02/2024 | ECS1 | Continue analyzing caselaw regarding automatic stay and exclusive jurisdiction in connection with letter to BVI law firm regarding Ace Decade and Dawn State (1.8); correspond with S. Maza re same (.3) | 2.10 | 1,270.00 | 2,667.00 |
| 08/02/2024 | NAB | Correspond with A. Bongartz regarding certificate of service for motion for default judgment | 0.10 | 1,835.00 | 183.50 |
| 08/02/2024 | SM29 | Correspond with L. Despins re stay violation letter (.2); review case findings from E. Sutton re same (.4); analyze cases re stay violation (1.1); revise letter (.2) | 1.90 | 1,850.00 | 3,515.00 |
| 08/08/2024 | AB21 | Calls with L. Despins regarding letter to Walkers re stay violation and BVI skeleton argument (0.4); revise same (1.4); correspond with A. Thorp (Harneys Legal) regarding same (0.4); correspond with S. Maza regarding Walkers letter (0.1) | 2.30 | 1,850.00 | 4,255.00 |
| 08/08/2024 | LAD4 | Detailed review/edit of letter to Walkers (.40); calls with A. Bongartz re: same (.40); detailed review/edit of skeleton argument to be filed by A. Thorp (Harneys Legal) (1.10) | 1.90 | 1,975.00 | 3,752.50 |
| 08/09/2024 | AB21 | Finalize letter to Walkers regarding stay violation (0.4); correspond with L. Despins regarding same (0.1); correspond with S. Maza regarding same (0.1); correspond with A. Chissick (Walkers) regarding same (0.1) | 0.70 | 1,850.00 | 1,295.00 |
| 08/11/2024 | AB21 | Review skeleton argument related to BVI liquidator's application to BVI court regarding Ace Decade members' list (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,850.00 | 740.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00026
Invoice No. 2429391

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/20/2024 | AB21 | Correspond with A. Thorp (Harneys Legal) regarding correspondence from Walkers regarding Ace Decade | 0.10 | 1,850.00 | 185.00 |
| 08/23/2024 | AB21 | Correspond with L. Despins regarding response to Walkers letter | 0.20 | 1,850.00 | 370.00 |
| | | **Subtotal: B191 General Litigation** | **14.60** | | **24,399.50** |
| | | **Total** | **14.60** | | **24,399.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 1.90 | 1,975.00 | 3,752.50 |
| NAB | Nicholas A. Bassett | Partner | 0.40 | 1,835.00 | 734.00 |
| AB21 | Alex Bongartz | Of Counsel | 4.50 | 1,850.00 | 8,325.00 |
| SM29 | Shlomo Maza | Of Counsel | 2.90 | 1,850.00 | 5,365.00 |
| ECS1 | Ezra C. Sutton | Associate | 4.90 | 1,270.00 | 6,223.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/01/2024 | Westlaw | | | 27.39 |
| 08/02/2024 | Westlaw | | | 246.46 |
| 08/08/2024 | Computer Search (Other) | | | 3.42 |
| 08/15/2024 | Computer Search (Other) | | | 0.99 |
| **Total Costs incurred and advanced** | | | | **$278.26** |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$24,677.76** |
| **Total Balance Due - Due Upon Receipt** | | **$24,677.76** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429392

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### CAO Adversary Proceeding
PH LLP Client/Matter # 50687-00027
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $370.00 |
| **Current Fees and Costs Due** | **$370.00** |
| **Total Balance Due - Due Upon Receipt** | **$370.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429392

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**CAO Adversary Proceeding**
PH LLP Client/Matter # 50687-00027
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending August 31, 2024 | $370.00 |
| **Current Fees and Costs Due** | **$370.00** |
| **Total Balance Due - Due Upon Receipt** | **$370.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429392

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

## CAO Adversary Proceeding

$370.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 08/22/2024 | SM29 | Correspond with E. Sutton re D. Cao assets (.1); reply to email from L. Despins re same (.1) | 0.20 | 1,850.00 | 370.00 |
| | | **Subtotal: B191 General Litigation** | **0.20** | | **370.00** |
| | **Total** | | **0.20** | | **370.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| SM29 | Shlomo Maza | Of Counsel | 0.20 | 1,850.00 | 370.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$370.00** |
| **Total Balance Due - Due Upon Receipt** | **$370.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com


Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429393

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Omnibus Alter Ego Adversary Proceeding
PH LLP Client/Matter # 50687-00028
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $127,997.00 |
| **Current Fees and Costs Due** | **$127,997.00** |
| **Total Balance Due - Due Upon Receipt** | **$127,997.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429393

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Omnibus Alter Ego Adversary Proceeding**
PH LLP Client/Matter # 50687-00028
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $127,997.00 |
| **Current Fees and Costs Due** | **$127,997.00** |
| **Total Balance Due - Due Upon Receipt** | **$127,997.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429393

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

## Omnibus Alter Ego Adversary Proceeding                         $127,997.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 08/27/2024 | NAB | Prepare outline for hearing on motion for entry of default judgement (0.6); participate in hearing on default judgment motion (0.5) | 1.10 | 1,835.00 | 2,018.50 |
| | | **Subtotal: B155  Court Hearings** | **1.10** | | **2,018.50** |
| **B191** | **General Litigation** | | | | |
| 08/01/2024 | ECS1 | Review records in connection with service of G Fashion (CA) in omnibus alter ego action (.1); correspond with K. Mitchell (NPM) regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/01/2024 | NAB | Review criminal trial exhibits and documents in connection with potential complaint amendments | 0.50 | 1,835.00 | 917.50 |
| 08/03/2024 | DEB4 | Prepare second omnibus alter ego complaint | 4.50 | 1,395.00 | 6,277.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                      Page 2
50687-00028
Invoice No. 2429393

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/06/2024 | DEB4 | Analyze issues related to new new alter egos (0.8); call with S. Maza regarding same (0.4); correspond with N. Bassett and L.. Despins regarding same (0.8) | 2.00 | 1,395.00 | 2,790.00 |
| 08/06/2024 | ECS1 | Correspond with D. Barron regarding omnibus alter ego complaint | 0.10 | 1,270.00 | 127.00 |
| 08/06/2024 | SM29 | Correspond with N. Bassett re alter ego litigation issues (.4); call with D. Barron re same (.4); review motion to dismiss re same (.4) | 1.20 | 1,850.00 | 2,220.00 |
| 08/07/2024 | DEB4 | Conference with J. Kosciewicz and E. Sutton regarding confidentiality issues with omnibus alter ego complaint (0.3); correspond with E. Sutton and J. Kosciewicz regarding same (0.2) | 0.50 | 1,395.00 | 697.50 |
| 08/07/2024 | DEB4 | Correspond with N. Bassett and L. Despins regarding new alter egos (0.4); call with N. Bassett regarding new alter ego complaint (0.4) | 0.80 | 1,395.00 | 1,116.00 |
| 08/07/2024 | ECS1 | Prepare partially redacted version of omnibus alter ego complaint for select defendants (.9); review documents in connection with same (1.8); call with D. Barron and J. Kosciewicz regarding same (.3) | 3.00 | 1,270.00 | 3,810.00 |
| 08/07/2024 | JPK1 | Telephone call with D. Barron and E. Sutton regarding the unredacted omnibus alter ego complaint and the unredacted civil RICO complaint (.3); review protective order (.1); correspond with D. Barron regarding the same (.1) | 0.50 | 1,185.00 | 592.50 |
| 08/07/2024 | NAB | Call with D. Barron regarding second alter ego complaint issues (.4); analyze same and related authority (.5); correspond with D. Barron regarding same (.3) | 1.20 | 1,835.00 | 2,202.00 |
| 08/08/2024 | DEB4 | Call with L. Song regarding Kwok criminal trial exhibits and new omnibus alter ego complaint (0.3); review same (0.5) | 0.80 | 1,395.00 | 1,116.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00028

Invoice No. 2429393

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/08/2024 | LS26 | Prepare fact inserts for second omnibus alter ego complaint (0.7); call with D. Barron re same (0.3); correspond with D. Barron re same (0.2) | 1.20 | 985.00 | 1,182.00 |
| 08/09/2024 | DEB4 | Continue preparing second omnibus alter ego complaint | 4.80 | 1,395.00 | 6,696.00 |
| 08/09/2024 | LS26 | Correspond with D. Barron re second omnibus alter ego complaint | 0.40 | 985.00 | 394.00 |
| 08/10/2024 | DEB4 | Further prepare omnibus alter ego complaint | 7.60 | 1,395.00 | 10,602.00 |
| 08/11/2024 | DEB4 | Continue preparing omnibus alter ego complaint | 8.20 | 1,395.00 | 11,439.00 |
| 08/11/2024 | LS26 | Correspond with D. Barron re second omnibus alter ego complaint | 0.10 | 985.00 | 98.50 |
| 08/12/2024 | DEB4 | Prepare parts of omnibus alter ego complaint (9.9); call with L. Song regarding facts and related documents for same (0.3) | 10.20 | 1,395.00 | 14,229.00 |
| 08/12/2024 | LS26 | Revise and supplement draft omnibus alter ego complaint (3.7); call with D. Barron regarding same and related document review (0.3); correspond with D. Barron regarding same (0.4) | 4.40 | 985.00 | 4,334.00 |
| 08/13/2024 | DEB4 | Revise omnibus alter ego complaint | 3.80 | 1,395.00 | 5,301.00 |
| 08/13/2024 | LS26 | Review and correspond with D. Barron regarding second omnibus alter ego complaint (0.4); review criminal case filings re Y. Wang's guilty plea in connection with same (0.4) | 0.80 | 985.00 | 788.00 |
| 08/13/2024 | NAB | Correspond with D. Barron regarding alter ego complaint | 0.10 | 1,835.00 | 183.50 |
| 08/14/2024 | DEB4 | Continue preparing omnibus alter ego complaint (2.9); call with L. Song regarding information for same (0.3) | 3.20 | 1,395.00 | 4,464.00 |
| 08/14/2024 | ECS1 | Prepare parts of second omnibus alter ego complaint (2.6); correspond with D. Barron regarding same (.2) | 2.80 | 1,270.00 | 3,556.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok          Page 4
50687-00028
Invoice No. 2429393

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/14/2024 | LAD4 | Extensive review/edit of draft alter ego Part II complaint | 3.50 | 1,975.00 | 6,912.50 |
| 08/14/2024 | LS26 | Revise and supplement second omnibus alter ego complaint (4.7); review Hong Kong corporate document issues in connection with same (0.3); call with D. Barron regarding second omnibus alter ego complaint and Hamilton entities (0.3); correspond with D. Barron regarding same (0.5) | 5.80 | 985.00 | 5,713.00 |
| 08/15/2024 | DEB4 | Correspond with N. Bassett and P. Linsey (NPM) regarding appearances in first omnibus alter ego action (0.2); conference with A. Lomas (Kroll) regarding new alter ego data (1.1); prepare second alter ego complaint and exhibit thereto (4.3) | 5.60 | 1,395.00 | 7,812.00 |
| 08/15/2024 | LAD4 | Review/edit re-draft of alter ego Part II complaint (1.20); t/c N. Bassett re: same (.10); analyze risks of same (.80) | 2.10 | 1,975.00 | 4,147.50 |
| 08/15/2024 | LS26 | Revise and supplement second omnibus alter ego complaint | 3.30 | 985.00 | 3,250.50 |
| 08/15/2024 | NAB | Correspond with M. Conway (opposing counsel) regarding omnibus alter ego complaint and answer deadlines | 0.30 | 1,835.00 | 550.50 |
| 08/15/2024 | NAB | Review and revise draft second omnibus alter ego complaint (1.6); correspond with D. Barron and L. Despins regarding same (.2); review exhibits to same (.2); call with L. Despins regarding same (.1) | 2.10 | 1,835.00 | 3,853.50 |
| 08/16/2024 | DEB4 | Correspond with S. Sarnoff (OMM) regarding second omnibus alter ego complaint (0.1); correspond with N. Bassett regarding Conway appearance in first omnibus alter ego AP (0.2) | 0.30 | 1,395.00 | 418.50 |
| 08/16/2024 | ECS1 | Prepare parts of second omnibus alter ego complaint | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok 50687-00028
Invoice No. 2429393

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/16/2024 | NAB | Correspond with D. Barron regarding next steps on second omnibus alter ego complaint (.2); correspond with E. Sutton regarding negotiations with potential litigation defendants (.1); correspond with P. Linsey (NPM) regarding complaint extension requests (.2); correspond with W. Farmer regarding same (.2); correspond with M. Conway (opposing counsel) regarding same (.3); review notice of appearance in connection with same (.2) | 1.20 | 1,835.00 | 2,202.00 |
| 08/17/2024 | DEB4 | Conference with N. Bassett regarding omnibus alter ego complaint | 0.20 | 1,395.00 | 279.00 |
| 08/17/2024 | NAB | Call with D. Barron regarding second omnibus alter ego complaint analysis (.2); correspond with D. Barron regarding same (.1) | 0.30 | 1,835.00 | 550.50 |
| 08/18/2024 | DEB4 | Correspond with S. Sarnoff (OMM) regarding second omnibus alter ego complaint | 0.10 | 1,395.00 | 139.50 |
| 08/19/2024 | NAB | Correspond with P. Linsey (NPM) regarding litigation scheduling issues | 0.20 | 1,835.00 | 367.00 |
| 08/20/2024 | DEB4 | Revise omnibus alter ego complaint | 0.50 | 1,395.00 | 697.50 |
| 08/26/2024 | ECS1 | Revise redacted omnibus alter ego complaint for UK court (.4); correspond with D. Barron regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 08/26/2024 | NAB | Review K Legacy default judgment motion and related papers (0.5); correspond with E. Sutton regarding the same (0.2); prepare outline for hearing regarding the same (0.5) | 1.20 | 1,835.00 | 2,202.00 |
| 08/26/2024 | NAB | Review draft motion for entry of default (0.3); correspond with P. Linsey (NPM) regarding the same (0.1) | 0.40 | 1,835.00 | 734.00 |
| | **Subtotal: B191 General Litigation** | | **90.60** | | **125,978.50** |
| | **Total** | | **91.70** | | **127,997.00** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00028
Invoice No. 2429393

Page 6

---

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 5.60 | 1,975.00 | 11,060.00 |
| NAB | Nicholas A. Bassett | Partner | 8.60 | 1,835.00 | 15,781.00 |
| SM29 | Shlomo Maza | Of Counsel | 1.20 | 1,850.00 | 2,220.00 |
| DEB4 | Douglass E. Barron | Associate | 53.10 | 1,395.00 | 74,074.50 |
| ECS1 | Ezra C. Sutton | Associate | 6.70 | 1,270.00 | 8,509.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 0.50 | 1,185.00 | 592.50 |
| LS26 | Luyi Song | Associate | 16.00 | 985.00 | 15,760.00 |

|  |  |
|---|---|
| **Current Fees and Costs** | **$127,997.00** |
| **Total Balance Due - Due Upon Receipt** | **$127,997.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429394

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Avoidance Actions**
PH LLP Client/Matter # 50687-00029
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $270,508.50 |
| Costs incurred and advanced | 10,883.91 |
| **Current Fees and Costs Due** | **$281,392.41** |
| **Total Balance Due - Due Upon Receipt** | **$281,392.41** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429394

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Avoidance Actions**
PH LLP Client/Matter # 50687-00029
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2024

$270,508.50

Costs incurred and advanced

10,883.91

**Current Fees and Costs Due**

**$281,392.41**

**Total Balance Due - Due Upon Receipt**

**$281,392.41**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429394

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

**Avoidance Actions**

**$270,508.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 08/11/2024 | NAB | Review submissions and caselaw to prepare for hearing on tolling motion (1.8); correspond with L. Song regarding same (.2); correspond with L. Despins regarding same (.2) | 2.20 | 1,835.00 | 4,037.00 |
| 08/12/2024 | NAB | Review issues and supplement outline for hearing on limitations deadline extension motion (.4); correspond with L. Despins regarding same (.3) | 0.70 | 1,835.00 | 1,284.50 |
| 08/13/2024 | LAD4 | Review issues and prepare notes for deadline extension hearing (1.30); handle hearing on August 15 deadline extension (2.30); t/c N. Bassett re: prep of testimony (.30) | 3.90 | 1,975.00 | 7,702.50 |
| 08/13/2024 | NAB | Analyze caselaw and supplement outline for hearing on limitations deadline extension motion (2.5); calls with L. Despins regarding same (.3); participate in hearing on motion to extend deadline (2.3) | 5.10 | 1,835.00 | 9,358.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429394

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/13/2024 | SM29 | Attend part of hearing on first supplemental tolling motion | 1.50 | 1,850.00 | 2,775.00 |
| | | **Subtotal: B155  Court Hearings** | **13.40** | | **25,157.50** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/01/2024 | ECS1 | Correspond with P. Linsey (NPM), K. Mitchel (NPM) and E. Ring (Ancillary) regarding avoidance action defendant ASAP SRL and service of same | 0.20 | 1,270.00 | 254.00 |
| 08/01/2024 | ECS1 | Prepare revised settlement agreement with ▮ (.3); correspond with L. Despins regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 08/01/2024 | ECS1 | Correspond with D. Fleissig and ▮ , L. Despins and N. Bassett regarding settlement discussions with ▮ | 0.40 | 1,270.00 | 508.00 |
| 08/01/2024 | ECS1 | Correspond with ▮ L. Despins, and N. Bassett re settlement discussions related to ▮ transfers | 0.10 | 1,270.00 | 127.00 |
| 08/01/2024 | ECS1 | Review transfer records and prepare summary of same in connection with settlement discussions with ▮ (.9); correspond with L. Despins regarding same (.2) | 1.10 | 1,270.00 | 1,397.00 |
| 08/01/2024 | ECS1 | Correspond with ▮ regarding settlement agreement with ▮ | 0.10 | 1,270.00 | 127.00 |
| 08/01/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos regarding settlement discussions relating to Trustee's claims | 0.10 | 1,270.00 | 127.00 |
| 08/01/2024 | NAB | Email with ▮ regarding potential settlement of claims | 0.20 | 1,835.00 | 367.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429394

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/02/2024 | AB21 | Correspond with E. Sutton regarding update on settlement discussions regarding law firm claims | 0.10 | 1,850.00 | 185.00 |
| 08/02/2024 | ECS1 | Participate in settlement discussions with ▮▮▮▮▮ L. Despins, and N. Bassett regarding transfers (.3); review open issues regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 08/02/2024 | ECS1 | Call with ▮▮▮▮▮ regarding settlement discussions with ▮▮ | 0.10 | 1,270.00 | 127.00 |
| 08/02/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos regarding settlement discussions related to Trustee claims (.3); prepare summary and update tracker regarding same (.4); correspond with L. Despins and A. Bongartz regarding same (.2) | 0.90 | 1,270.00 | 1,143.00 |
| 08/02/2024 | JPK1 | Correspond with L. Despins regarding memorandum of law for judgment on pleadings (.1); incorporate L. Despins' edits to the same (.1); correspond with N. Bassett regarding the same (.2); revise memorandum of law and motion for judgment on the pleadings (.2); correspond with ▮▮ regarding filing the same (.1) | 0.70 | 1,185.00 | 829.50 |
| 08/02/2024 | LAD4 | Review issues and prepare notes for ▮▮ call (.20); handle call with ▮▮ with N. Bassett and E. Sutton re: avoidance claims (.30); t/c & email N. Bassett re: same (.20); review/edit motion for judgment on the pleadings for Z&Z (.40); t/c ▮▮ re: ▮ settlement (.30) | 1.40 | 1,975.00 | 2,765.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                Page 4
Kwok
50687-00029
Invoice No. 2429394

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/02/2024 | NAB | Call with D. Skalka (NPM) and P. Linsey (NPM) regarding adversary proceeding settlement discussions (.2); correspond with D. Skalka and L. Despins regarding same (.1); review and revise draft response to Weddle motion to dismiss (.7); correspond with P. Linsey (NPM) regarding same (.1); final review of Zeisler motion for judgement on pleadings (.2); correspond and voicemail with counsel for avoidance action defendant McLaren regarding complaint (.3); review settlement offer from avoidance action defendant and correspond with L. Despins regarding same (.2) | 1.80 | 1,835.00 | 3,303.00 |
| 08/02/2024 | NAB | Call with potential avoidance action defendant, L. Despins, and E. Sutton regarding settlement possibilities (.3); call and correspond with L. Despins regarding same and related issues (.2) | 0.50 | 1,835.00 | 917.50 |
| 08/03/2024 | NAB | Review reply in support of motion to file amicus brief (.3); email with D. Barron regarding same (.1) | 0.40 | 1,835.00 | 734.00 |
| 08/04/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos regarding settlement discussions (.1); correspond with L. Despins and A. Bongartz regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/05/2024 | AB21 | Correspond with █████████ regarding transfers | 0.10 | 1,850.00 | 185.00 |
| 08/05/2024 | DEB4 | Correspond with D. Mohamed regarding adversary proceeding filings (0.1); correspond with P. Linsey regarding transferees (0.5); correspond with N. Bassett regarding alternative avoidance theories (0.2) | 0.80 | 1,395.00 | 1,116.00 |
| 08/05/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos regarding settlement discussions related to Trustee claims (.5); correspond with L. Despins and A. Bongartz regarding same (.4) | 0.90 | 1,270.00 | 1,143.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429394

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/05/2024 | ECS1 | Correspond with ▓▓▓▓▓▓▓▓▓ regarding settlement discussions (.1); correspond with L. Despins regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/05/2024 | ECS1 | Prepare summary email to L. Despins and N. Bassett regarding settlement discussions with ▓▓▓▓▓▓▓▓▓ | 0.40 | 1,270.00 | 508.00 |
| 08/05/2024 | ECS1 | Conduct factual analysis of transfers in preparation for settlement discussions with ▓▓▓▓ | 0.50 | 1,270.00 | 635.00 |
| 08/05/2024 | JPK1 | Correspond with A. Mitchell regarding revised privilege log | 0.10 | 1,185.00 | 118.50 |
| 08/05/2024 | LAD4 | T/c M. Dore of ▓▓▓▓ re: ▓ settlement | 0.30 | 1,975.00 | 592.50 |
| 08/05/2024 | NAB | Analyze Weddle reply brief in support of motion to dismiss (.6); email with McLaren counsel regarding draft stipulation to extend answer deadline and review same (.1) | 0.70 | 1,835.00 | 1,284.50 |
| 08/06/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding G Fashion related transfers (0.1); correspond with L. Despins regarding ▓▓▓▓ (0.1); correspond with P. Linsey regarding same (0.2) | 0.40 | 1,395.00 | 558.00 |
| 08/06/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos regarding settlement discussions related to Trustee claims | 0.10 | 1,270.00 | 127.00 |
| 08/06/2024 | ECS1 | Call with ▓▓▓▓▓▓▓▓ L. Despins, and N. Bassett regarding transfers to ▓▓▓ and settlement of Trustee claims (.4); follow up correspondence with L. Despins and N. Bassett regarding same (.1); further call with ▓▓▓▓▓▓▓▓ regarding same (.1) | 0.60 | 1,270.00 | 762.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429394

Page 6

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/06/2024 | ECS1 | Call with ▮▮▮ L. Despins, and N. Bassett regarding transfers to ▮▮ and potential settlement of claims relating thereto (.4); review open issues in preparation for same (.1) | 0.50 | 1,270.00 | 635.00 |
| 08/06/2024 | ECS1 | Call with ▮▮▮, L. Despins, and N. Bassett regarding settlement discussions related to Debtor or alter ego transfers to ▮▮ (.5); analyze caselaw regarding joint and several liability in connection with same (1.1); correspond with N. Bassett and L. Despins regarding same (.4) | 2.00 | 1,270.00 | 2,540.00 |
| 08/06/2024 | ECS1 | Correspond with L. Despins re draft settlement agreement | 0.10 | 1,270.00 | 127.00 |
| 08/06/2024 | ECS1 | Correspond with S. Maza, D. Mohamed, and P. Linsey (NPM) re objections to first supplemental tolling motion | 0.30 | 1,270.00 | 381.00 |
| 08/06/2024 | JPK1 | Correspond with N. Bassett regarding A. Mitchell privilege log | 0.10 | 1,185.00 | 118.50 |
| 08/06/2024 | LAD4 | Review issues and prepare notes for ▮▮ call (.20); handle call with ▮▮ and E. Sutton, N. Bassett re: claims (.40); handle call with ▮▮ and E. Sutton, N. Bassett re: claims (.40); t/c N. Bassett re: alternative theory of claims re: fraudulent transfer (.40) | 1.40 | 1,975.00 | 2,765.00 |
| 08/06/2024 | LAD4 | Review issues/notes to prepare for ▮▮ call (.20); handle call with ▮▮ and N. Bassett, E. Sutton re: avoidance claims (.50) | 0.70 | 1,975.00 | 1,382.50 |
| 08/06/2024 | LS26 | Analyze documents relating to avoidance defendants (1.5); correspond with P. Linsey (NPM) regarding same (0.1) | 1.60 | 985.00 | 1,576.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                         Page 7
Kwok
50687-00029
Invoice No. 2429394

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/06/2024 | NAB | Calls with L. Despins, E. Sutton, and potential avoidance action defendants regarding nature of claims and settlement possibilities (1.3); analyze settlement offers (.3); correspond with L. Despins and P. Linsey (NPM) regarding same (.1); review avoidance action settlement agreements (.3); correspond with L. Despins and P. Linsey (NPM) regarding revisions to same (.2); correspond with P. Linsey (NPM) regarding additional avoidance action settlement analyses (.2); call with L. Despins regarding fraudulent transfer claims (.4) | 2.80 | 1,835.00 | 5,138.00 |
| 08/06/2024 | NAB | Correspond and call with P. Linsey (NPM) regarding hearing on motion to extend avoidance action filing deadline | 0.20 | 1,835.00 | 367.00 |
| 08/07/2024 | DM26 | Review and redline objections to Trustee's first supplemental motion | 0.20 | 565.00 | 113.00 |
| 08/07/2024 | DEB4 | Correspond with N. Bassett and P. Linsey (NPM) regarding section 548(c) issues (0.3); correspond with E. McDaniel regarding Gladys Chow action (0.2); correspond with N. Bassett regarding same (0.1); correspond with S. Maza regarding Post Oak action (0.1); conference with P. Linsey regarding new avoidance actions (0.3); analyze documents related to same (1.2); correspond with P. Linsey regarding documents related to new avoidance actions (0.3); correspond with P. Linsey regarding Amazon Web Services (0.1) | 2.60 | 1,395.00 | 3,627.00 |
| 08/07/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos regarding settlement discussions related to Trustee claims (.5); prepare summary and update tracker regarding same (.2); correspond with L. Despins and A. Bongartz regarding same (.1) | 0.80 | 1,270.00 | 1,016.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429394

Page 8

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/07/2024 | ECS1 | Review objections to first supplemental tolling motion (.7); correspond with D. Mohamed regarding same (.3); correspond with S. Maza and P. Linsey (NPM) regarding same and related analysis (.4) | 1.40 | 1,270.00 | 1,778.00 |
| 08/07/2024 | JPK1 | Review A. Mitchell revised privilege log and compare to original privilege log (.3); correspond with A. Mitchell regarding the same (.1); correspond with N. Bassett regarding the same (.1); review A. Mitchell's second revised privilege log (.2); analyze Trustee privilege issues (.6); correspond with N. Bassett regarding the same (.2) | 1.50 | 1,185.00 | 1,777.50 |
| 08/07/2024 | KC27 | Correspond with S. Maza regarding tolling (.1); review case law regarding same (.2) | 0.30 | 1,185.00 | 355.50 |
| 08/07/2024 | LAD4 | Review issues/notes to prepare for ▮▮▮▮ call (.20); handle call with ▮▮▮▮ law firm and N. Bassett re: avoidance claims (.50) | 0.70 | 1,975.00 | 1,382.50 |
| 08/07/2024 | NAB | Correspond with P. Linsey (NPM) regarding avoidance action issues and settlement negotiations (.2); call with ▮▮▮▮ ▮▮▮▮▮▮ and L. Despins regarding settlement discussions (.5); correspond with L. Despins and P. Linsey regarding same (.2); call with P. Linsey (NPM) regarding same (.1) | 1.00 | 1,835.00 | 1,835.00 |
| 08/07/2024 | SM29 | Prepare reply in support of supplemental tolling motion | 6.20 | 1,850.00 | 11,470.00 |
| 08/08/2024 | DM26 | Research regarding Trustee's first supplemental motion and notice of hearing for parties served | 0.20 | 565.00 | 113.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 9
50687-00029
Invoice No. 2429394

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/08/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding Savio transfers (0.1); correspond with P. Linsey regarding Gettr issues (0.2); conference with L. Despins and P. Linsey regarding new avoidance actions and NPM filings (0.9); correspond with E. Sutton and J. Kosciewicz regarding unredacted complaint issues (0.3); correspond with P. Linsey regarding tolling agreement (0.1); correspond with P. Linsey regarding vehicle transfers (0.1); correspond with A. Bongartz regarding tolling agreement with Genever (0.3); correspond with L. Song and J. Barker (Kroll) regarding vehicle transfers (0.2); analyze documents related to same (0.9); correspond with P. Linsey regarding refund transferees (0.3); correspond with P. Linsey regarding Golden Spring transfer (0.1) | 3.50 | 1,395.00 | 4,882.50 |
| 08/08/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions | 0.50 | 1,270.00 | 635.00 |
| 08/08/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos regarding settlement discussions | 0.20 | 1,270.00 | 254.00 |
| 08/08/2024 | ECS1 | Prepare summary for L. Despins and N. Bassett of call with ▮▮▮▮▮▮▮ regarding potential avoidance action settlement | 0.70 | 1,270.00 | 889.00 |
| 08/08/2024 | ECS1 | Prepare reply to objections to first supplemental tolling motion (2.3); call with S. Maza regarding same (.1); correspond with S. Maza regarding same (.2) | 2.60 | 1,270.00 | 3,302.00 |
| 08/08/2024 | LAD4 | Call P. Linsey (NPM) and D. Barron re: new potential claims to be filed by August 15 (.90); analyze/comment on same (.60) | 1.50 | 1,975.00 | 2,962.50 |
| 08/08/2024 | LS26 | Call with N. Bassett regarding avoidance claims and Post Oak (0.2); review documents regarding same (0.5); correspond with P. Linsey (NPM) and N. Bassett regarding same (0.3) | 1.00 | 985.00 | 985.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 10

50687-00029

Invoice No. 2429394

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/08/2024 | LS26 | Correspond with D. Barron, J. Barker (Kroll) regarding vehicle investigation | 0.30 | 985.00 | 295.50 |
| 08/08/2024 | NAB | Call with M. Neiburg (Young Conaway) and R. Finkel (DOJ) regarding avoidance action against Post Oak (.4); follow-up call with M. Neiburg regarding same (.2); follow-up call with P. Linsey regarding same (.2); call with L. Song regarding same and related case law questions (.2); correspond with L. Despins regarding same (.1) | 1.10 | 1,835.00 | 2,018.50 |
| 08/08/2024 | NAB | Review responses to second limitations period tolling motion (.6); review and revise draft reply brief (.5); correspond with S. Maza regarding same (.2); review and revise draft motion concerning hearing on same (.1) | 1.40 | 1,835.00 | 2,569.00 |
| 08/08/2024 | SM29 | Correspond with E. Sutton, N. Bassett, and P. Linsey (NPM) re reply in support of supplemental tolling motion and proposed order and service (.6); call with E. Sutton re same (.1); revise same to incorporate comments from N. Bassett (.2); email L. Despins re same (.2) | 1.10 | 1,850.00 | 2,035.00 |
| 08/09/2024 | DEB4 | Correspond with P. Linsey and N. Bassett regarding ▮▮▮▮▮▮ (0.1); correspond with L. Despins regarding ▮▮▮▮ settlement issues (0.2); correspond with D. Mohamed regarding same (0.1); analyze documents related to same (0.5); correspond with ▮▮▮▮▮▮ regarding same (0.1) | 1.00 | 1,395.00 | 1,395.00 |
| 08/09/2024 | DEB4 | Correspond and conference with P. Linsey (NPM) regarding reply in support of supplemental tolling motion | 0.80 | 1,395.00 | 1,116.00 |
| 08/09/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos regarding settlement discussions (.4); correspond with L. Despins and N. Bassett regarding same (.2) | 0.60 | 1,270.00 | 762.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429394

Page 11

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/09/2024 | ECS1 | Correspond with N. Bassett and ▇ regarding transfers to ▇ and related actions (.2); call with ▇ regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 08/09/2024 | ECS1 | Call with ▇ ▇, L. Despins, and N. Bassett regarding transfers to firms, potential actions relating to same, and tolling of such actions (.5); conduct factual analysis regarding ruling by the court on the Rule of Law entities, discussions of the Rule of Law entities in the Debtor's criminal trial, and court rulings on alter ego entities (1.1); prepare follow up email to ▇ ▇ regarding same (.4); correspond with L. Despins and N. Bassett regarding same (.2) | 2.20 | 1,270.00 | 2,794.00 |
| 08/09/2024 | ECS1 | Prepare reply to objections to first supplemental tolling motion (.5); correspond with S. Maza and P. Linsey (NPM) regarding same (.2) | 0.70 | 1,270.00 | 889.00 |
| 08/09/2024 | LAD4 | Review issues/notes to prepare for ▇ call (.20); handle call with ▇ firm and N. Bassett, E. Sutton re: avoidance claims (.50) | 0.70 | 1,975.00 | 1,382.50 |
| 08/09/2024 | LAD4 | Review/edit August 15 deadline extension reply brief | 1.20 | 1,975.00 | 2,370.00 |
| 08/09/2024 | LS26 | Analyze issues and related caselaw regarding value defense related to fraudulent transfer claims | 3.00 | 985.00 | 2,955.00 |
| 08/09/2024 | NAB | Call with potential defendant, L. Despins, and E. Sutton regarding avoidance claims and potential resolution of same (.5); call with separate potential defendant regarding same (.2); review documents related to same (.4); analyze legal arguments and avoidance claims (.3); correspond with E. Sutton regarding same (.1) | 1.50 | 1,835.00 | 2,752.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429394

Page 12

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/09/2024 | NAB | Review revised equitable tolling motion reply and email with L. Despins and S. Maza regarding same | 0.20 | 1,835.00 | 367.00 |
| 08/09/2024 | SM29 | Correspond with L. Despins and N. Bassett re reply in support of supplemental tolling motion (.2); correspond with D. Barron and E. Sutton re same (.2); correspond with P. Linsey re same (.1); revise same (.2); review filing version of supplemental tolling motion (.3) | 1.00 | 1,850.00 | 1,850.00 |
| 08/11/2024 | ECS1 | Conduct factual analysis of documents and records in preparation for hearing on supplemental avoidance action extension motion (.4); correspond with N. Bassett regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 08/11/2024 | LS26 | Review post-petition transfers (0.2); correspond with P. Linsey (NPM) and A. Lomas (Kroll) regarding post-petition transfer claims (0.1); correspond with L. Despins and D. Barron regarding same (0.2) | 0.50 | 985.00 | 492.50 |
| 08/11/2024 | LS26 | Prepare parts of outline for equitable tolling motion hearing | 0.50 | 985.00 | 492.50 |
| 08/11/2024 | NAB | Correspond with L. Despins regarding strategy relating to settlement of avoidance claims | 0.30 | 1,835.00 | 550.50 |
| 08/12/2024 | ECS1 | Call with ▮▮▮▮▮▮▮ and L. Despins, N. Bassett regarding transfers and potential settlement (.2); prepare summary for L. Despins of background facts and documents relating to same (.3); analyze same (.2); correspond with L. Despins, N. Bassett and P. Linsey (NPM) regarding same (.3) | 1.00 | 1,270.00 | 1,270.00 |
| 08/12/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos regarding settlement discussions (.6); correspond with L. Despins, N. Bassett and P. Linsey (NPM) regarding same (.4) | 1.00 | 1,270.00 | 1,270.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429394

Page 13

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/12/2024 | ECS1 | Correspond with ░░░░░░░ regarding tolling agreement with the firm (.2); draft tolling agreement with ░░░░ (.5); correspond with L. Despins and N. Bassett regarding same (.2) | 0.90 | 1,270.00 | 1,143.00 |
| 08/12/2024 | ECS1 | Correspond with K. Mitchell (NPM) regarding certain avoidance actions and law firm settlement discussions (.6); review issue related to same (.1); call with P. Linsey (NPM) regarding same (.1) | 0.80 | 1,270.00 | 1,016.00 |
| 08/12/2024 | ECS1 | Read email from L. Despins regarding ░░░░░░ settlement agreement | 0.10 | 1,270.00 | 127.00 |
| 08/12/2024 | LAD4 | Call with potential defendant law firm ░░░░, E. Sutton and N. Bassett re: avoidance claims (.20); review issues and prepare notes for same (.20); emails to/from N. Bassett re: same (.20) | 0.60 | 1,975.00 | 1,185.00 |
| 08/12/2024 | NAB | Correspond with L. Despins regarding potential avoidance claims and analysis of same (.2); call with prospective avoidance action defendant, L. Despins, and E. Sutton regarding settlement discussions (.2); email defense counsel regarding same (.1) | 0.50 | 1,835.00 | 917.50 |
| 08/13/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos regarding settlement discussions | 0.40 | 1,270.00 | 508.00 |
| 08/13/2024 | ECS1 | Prepare settlement agreement with ░░░░ (.8); correspond with L. Despins, N. Bassett, A. Bongartz, P. Linsey (NPM) and ░░░░ regarding same (.3); call with P. Linsey regarding same (.1); call with A. Bongartz regarding same (.1) | 1.30 | 1,270.00 | 1,651.00 |
| 08/13/2024 | ECS1 | Prepare ░░░░ tolling agreement (.4); correspond with ░░░░ and L. Despins regarding same (.1); correspond with P. Linsey (NPM) and D. Skalka (NPM) regarding same (.1) | 0.60 | 1,270.00 | 762.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429394

Page 14

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/13/2024 | ECS1 | Prepare tolling agreement with ███████ (.4); correspond with ███████ regarding same (.1); review correspondence from L. Despins regarding same (.1) | 0.60 | 1,270.00 | 762.00 |
| 08/13/2024 | ECS1 | Follow up call with ███████ and L. Despins, N. Bassett regarding transfers and tolling agreement (.2); review and prepare summary of call for L. Despins (.3); prepare tolling agreement related to same (.2) | 0.70 | 1,270.00 | 889.00 |
| 08/13/2024 | ECS1 | Prepare ███████ tolling agreement (.2); correspond with ███████ regarding same (.1); correspond with P. Linsey (NPM) and D. Skalka (NPM) regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 08/13/2024 | ECS1 | Correspond with P. Linsey (NPM) and K. Mitchell (NPM) regarding ongoing law firm settlement and tolling discussions and new avoidance actions | 0.30 | 1,270.00 | 381.00 |
| 08/13/2024 | LAD4 | Call with ███████ and E. Sutton, N. Bassett re: avoidance claims | 0.20 | 1,975.00 | 395.00 |
| 08/13/2024 | LS26 | Correspond with P. Linsey (NPM), D. Barron, and E. Sutton re certain avoidance action defendant | 0.10 | 985.00 | 98.50 |
| 08/13/2024 | LS26 | Review objections to Trustee's motion to extend deadline (0.3); correspond with L. Despins regarding same (0.2) | 0.50 | 985.00 | 492.50 |
| 08/13/2024 | NAB | Attend call with L. Despins, E. Sutton, and potential avoidance action defendant regarding settlement possibilities (.2); correspond with D. Skalka (NPM) regarding settlement negotiations (.1) | 0.30 | 1,835.00 | 550.50 |
| 08/14/2024 | DM26 | Research certain avoidance action complaints per attorney request | 0.40 | 565.00 | 226.00 |
| 08/14/2024 | DEB4 | Conference with P. Linsey (NPM) regarding avoidance issues | 0.20 | 1,395.00 | 279.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429394

Page 15

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/14/2024 | DEB4 | Correspond with S. Maza regarding tolling issues | 0.10 | 1,395.00 | 139.50 |
| 08/14/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos regarding settlement discussions (.3); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 08/14/2024 | ECS1 | Prepare tolling agreement with ███ (.1); correspond with ███ regarding same (.1); correspond with L. Despins and P. Linsey (NPM) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 08/14/2024 | ECS1 | Correspond with ███ regarding ███ tolling agreement | 0.10 | 1,270.00 | 127.00 |
| 08/14/2024 | ECS1 | Prepare settlement agreement and tolling agreement related to transfers to ███ (.3); correspond with L. Despins, N. Bassett, P. Linsey, K. Mitchell, and D. Skalka regarding same (.2); call with ███ regarding same (.1); correspond with ███ regarding same (.2) | 0.80 | 1,270.00 | 1,016.00 |
| 08/14/2024 | LS26 | Analyze documents relating to new avoidance defendant | 0.50 | 985.00 | 492.50 |
| 08/15/2024 | DEB4 | Analyze issues related to potential avoidance actions against certain alter egos (1.5); conference with P. Linsey regarding avoidance action procedures (0.2); correspond with P. Linsey and K. Mitchell regarding ███ avoidance action (0.1) | 1.80 | 1,395.00 | 2,511.00 |
| 08/15/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos regarding settlement discussions (.4); correspond with P. Linsey, D. Skalka, and K. Mitchell regarding same (.2); correspond with L. Despins regarding same (.2); prepare settlement agreements related to same (.3) | 1.10 | 1,270.00 | 1,397.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429394

Page 16

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/15/2024 | ECS1 | Review executed copy of settlement agreement with ▉ (.1); calls and correspond with ▉ regarding same (.2) | 0.30 | 1,270.00 | 381.00 |
| 08/15/2024 | ECS1 | Correspond with ▉ , P. Linsey and D. Skalka regarding tolling agreement with ▉ | 0.20 | 1,270.00 | 254.00 |
| 08/15/2024 | LW16 | Research regarding registered agent and service information for New Zealand Finance and Accounting Limited for E. Sutton | 0.20 | 420.00 | 84.00 |
| 08/15/2024 | NAB | Correspond with P. Linsey (NPM) regarding avoidance action motions to dismiss and related issues (.3); review order granting further extension of time to file avoidance actions (.2) | 0.50 | 1,835.00 | 917.50 |
| 08/15/2024 | SM29 | Review court order re first supplemental tolling motion (.2); review email from P. Linsey (NPM) re same (.1) | 0.30 | 1,850.00 | 555.00 |
| 08/16/2024 | ECS1 | Call with ▉ regarding claims related to transfers to ▉ (.3); review documents and analyze facts/transfers in preparation for same (.3); follow up correspondence with ▉ , L. Despins, and N. Bassett re same (.3) | 0.90 | 1,270.00 | 1,143.00 |
| 08/16/2024 | ECS1 | Correspond with ▉ regarding tolling agreement with ▉ | 0.10 | 1,270.00 | 127.00 |
| 08/16/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims | 0.10 | 1,270.00 | 127.00 |
| 08/17/2024 | KC27 | Review correspondence from N. Bassett re personal jurisdiction questions | 0.40 | 1,185.00 | 474.00 |
| 08/17/2024 | NAB | Analyze caselaw related to motion to dismiss arguments and personal jurisdiction (1.4); correspond with P. Linsey (NPM) regarding same (.2) | 1.60 | 1,835.00 | 2,936.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429394

Page 17

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/18/2024 | DEB4 | Correspond with L. Song regarding documents (0.1); correspond with N. Bassett regarding same (0.1); correspond with N. Bassett regarding personal jurisdiction issues (0.1); correspond with K. Catalano regarding same (0.1); correspond with L. Despins regarding same (0.1); correspond with P. Linsey regarding █ (0.3) | 0.80 | 1,395.00 | 1,116.00 |
| 08/18/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims | 0.20 | 1,270.00 | 254.00 |
| 08/18/2024 | LS26 | Continue to analyze issues and caselaw relating to section 548(c) value defense (2.7); draft summary of findings for N. Bassett (.4) | 3.10 | 985.00 | 3,053.50 |
| 08/18/2024 | NAB | Correspond with P. Linsey regarding avoidance action settlement agreements (.2); correspond with D. Barron regarding avoidance action settlement analyses (.1) | 0.30 | 1,835.00 | 550.50 |
| 08/19/2024 | DM26 | Research regarding service information for certain avoidance action targets | 1.50 | 565.00 | 847.50 |
| 08/19/2024 | DEB4 | Conference with P. Linsey and K. Catalano regarding personal jurisdiction issues (0.5); analyze documents related to same (0.5); correspond with P. Linsey and N. Bassett regarding Gettr (0.1); correspond with N. Bassett regarding █ e issues (0.3) | 1.40 | 1,395.00 | 1,953.00 |
| 08/19/2024 | ECS1 | Call and correspond with █ regarding settlement of claims against █ (.3); prepare settlement agreement related to same (.4); correspond with L. Despins regarding same (.2) | 0.90 | 1,270.00 | 1,143.00 |
| 08/19/2024 | ECS1 | Review correspondence with █ regarding transfers to the firm and potential settlement (.2); correspond with L. Despins and N. Bassett regarding same (.3) | 0.50 | 1,270.00 | 635.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 18

50687-00029
Invoice No. 2429394

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/19/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.7); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.2) | 0.90 | 1,270.00 | 1,143.00 |
| 08/19/2024 | IC | Research regarding Italian company Immobiliare Barbara 2000 SRL | 0.30 | 420.00 | 126.00 |
| 08/19/2024 | KC27 | Analyze case law regarding personal jurisdiction (3.5); conference with D. Barron and P. Linsey regarding same (.5) | 4.00 | 1,185.00 | 4,740.00 |
| 08/19/2024 | NAB | Review updated summary of avoidance action settlement discussions (.3); correspond with P. Linsey (NPM) and E. Sutton regarding same (.2); analyze caselaw relating to avoidance action defendants' motion to dismiss arguments (.3); review settlement offers and analyze potential counter (.3); correspond with L. Despins regarding same (.2) | 1.30 | 1,835.00 | 2,385.50 |
| 08/20/2024 | DM26 | Prepare and effectuate service of summons, complaint, and applicability notice to avoidance defendant Immobiliara Barbara 2000 SRL | 0.30 | 565.00 | 169.50 |
| 08/20/2024 | DEB4 | Conference with P. Linsey regarding ▮▮▮▮ (0.1); correspond with N. Bassett regarding same (0.1); analyze documents related to section 548(c) issues (2.3); correspond with N. Bassett regarding "test case" issue (0.1) | 2.60 | 1,395.00 | 3,627.00 |
| 08/20/2024 | ECS1 | Correspond with ▮▮▮▮▮▮▮▮ regarding settlement discussions related to avoidance claims (.3); correspond with L. Despins regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 08/20/2024 | ECS1 | Conduct factual analysis related to transfers and avoidance claims | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429394

Page 19

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/20/2024 | ECS1 | Call and correspond with ████████ ████████ regarding settlement agreement with ████████ (.1); correspond with L. Despins regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/20/2024 | ECS1 | Analyze transfers and avoidance claims against ████ in preparation for call with ████ regarding ████████ settlement discussions (.5); correspond with N. Bassett and P. Linsey (NPM) regarding same (.1) | 0.60 | 1,270.00 | 762.00 |
| 08/20/2024 | JPK1 | Correspond with N. Bassett regarding Zeisler judgment on the pleadings reply brief | 0.10 | 1,185.00 | 118.50 |
| 08/20/2024 | KC27 | Analyze secondary sources re personal jurisdiction | 2.00 | 1,185.00 | 2,370.00 |
| 08/20/2024 | NAB | Correspond with defense counsel regarding litigation scheduling issues (.2); correspond with P. Linsey regarding draft notice of dismissal (.1) | 0.30 | 1,835.00 | 550.50 |
| 08/21/2024 | DM26 | Email K. Mitchell regarding sealed avoidance complaints | 0.10 | 565.00 | 56.50 |
| 08/21/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding Francis adversary proceeding (0.2); conference with P. Linsey regarding avoidance action issues (0.3); correspond with N. Bassett regarding statute of limitations (0.1); correspond with L. Despins regarding jurisdiction issues (0.1) | 0.70 | 1,395.00 | 976.50 |
| 08/21/2024 | ECS1 | Analyze avoidance claims in connection with ████ settlement discussions (.4); call with L. Despins, N. Bassett and ████ regarding same (.4) | 0.80 | 1,270.00 | 1,016.00 |
| 08/21/2024 | ECS1 | Call with ████████ and P. Linsey (NPM) re avoidance actions, avoidance defendants, potential settlements, and law firm ████ (.8); review certain transfers in preparation for re same (.1) | 0.90 | 1,270.00 | 1,143.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429394

Page 20

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/21/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.3); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 08/21/2024 | ECS1 | Revise settlement agreement with ▬ (.1); correspond with ▬ ▬ re same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/21/2024 | KC27 | Analyze case law regarding personal jurisdiction (4.2); summarize findings re same (2.1); analyze precedent re same (1.5) | 7.80 | 1,185.00 | 9,243.00 |
| 08/21/2024 | LAD4 | Review transfers and related documents to prepare for ▬ call (.10); handle call with ▬ and N. Bassett and E. Sutton re: avoidance claims (.40) | 0.50 | 1,975.00 | 987.50 |
| 08/21/2024 | NAB | Call with potential avoidance action defense counsel, L. Despins, and E. Sutton regarding settlement possibilities (.4); prepare notes for same (.1); correspond with E. Sutton regarding settlement discussions (.1); review and revise stipulation regarding extension of briefing deadline and correspond with S. Kindseth (Zeisler) regarding same (.2) | 0.80 | 1,835.00 | 1,468.00 |
| 08/22/2024 | DEB4 | Analyze memo and documents from K. Catalano regarding jurisdiction issues (1.2); correspond with K. Catalano regarding same (0.3) | 1.50 | 1,395.00 | 2,092.50 |
| 08/22/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.2); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429394

Page 21

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/22/2024 | KC27 | Analyze case law regarding bankruptcy court jurisdiction over property of the estate (3.6); analyze case law and secondary sources regarding minimum contacts test (2.9); summarize findings on same (1.5); correspond with D. Barron regarding same (.3) | 8.30 | 1,185.00 | 9,835.50 |
| 08/22/2024 | NAB | Call with prospective defendant in avoidance action regarding settlement discussions (.3); correspond with L. Despins regarding same (.1) | 0.40 | 1,835.00 | 734.00 |
| 08/23/2024 | ECS1 | Conduct fact analysis in connection with avoidance actions (.1); review correspondence from avoidance action defendants regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/23/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions (.1); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/23/2024 | LAD4 | Call ██████████ re: ██ issues | 0.40 | 1,975.00 | 790.00 |
| 08/25/2024 | NAB | Review draft response to motion to dismiss (0.4); correspond with P. Linsey (NPM) regarding the same (0.2) | 0.60 | 1,835.00 | 1,101.00 |
| 08/26/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding Harcus Parker | 0.10 | 1,395.00 | 139.50 |
| 08/26/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions (.3); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 08/26/2024 | NAB | Review updates on settlement proposals and responses to the same (0.3); further review draft response to motion to dismiss (0.3); correspond with P. Linsey (NPM) regarding the same (0.2); telephone conference with P. Linsey (NPM) regarding personal jurisdiction issues (0.2); analyze caselaw regarding the same (0.4) | 1.40 | 1,835.00 | 2,569.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429394

Page 22

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/26/2024 | NAB | Review and revise stipulation concerning tolling order appeal | 0.20 | 1,835.00 | 367.00 |
| 08/27/2024 | DEB4 | Conference with N. Bassett, K. Catalano, and P. Linsey (NPM) on jurisdiction issues (0.6); correspond with L. Despins regarding actual fraudulent transfer analysis (0.3); conference with S. Maza regarding same (0.3); analyze case law regarding same (1.1); correspond with L. Despins and N. Bassett regarding section 548(c) issues (0.3); correspond with P. Linsey regarding Enriquez adversary proceeding (0.1); correspond with P. Linsey regarding alter ego issues (0.1); correspond with P. Linsey regarding Fox adversary proceeding (0.1); correspond with P. Linsey regarding Vision Knight transfers (0.1) | 3.00 | 1,395.00 | 4,185.00 |
| 08/27/2024 | ECS1 | Analyze transfers in preparation for call with █████████████████████ regarding Trustee claims | 0.40 | 1,270.00 | 508.00 |
| 08/27/2024 | ECS1 | Analyze transfers in preparation for call with ████████████ (.5); correspond with L. Despins regarding same (.1) | 0.60 | 1,270.00 | 762.00 |
| 08/27/2024 | ECS1 | Review correspondence between L. Despins and ████████████████ regarding tolling agreement and settlement discussions (.1); correspond with L. Despins regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 08/27/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.3); update tracker summarizing same (.4) | 0.70 | 1,270.00 | 889.00 |
| 08/27/2024 | KC27 | Attend meeting with N. Bassett, P. Linsey (NPM) and D. Barron re personal jurisdiction | 0.60 | 1,185.00 | 711.00 |
| 08/27/2024 | KC27 | Analyze case law regarding personal jurisdiction | 1.10 | 1,185.00 | 1,303.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429394

Page 23

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/27/2024 | NAB | Telephone conference with P. Linsey (NPM), D. Barron, and K. Catalano regarding motion to dismiss arguments (0.6); analyze caselaw relating to the same (0.3); telephone conference with P. Linsey (NPM) and avoidance action defendant regarding potential claims and settlement possibilities (0.5); follow-up telephone conference with P. Linsey (NPM) regarding issues related to the same (0.1) | 1.50 | 1,835.00 | 2,752.50 |
| 08/27/2024 | SM29 | Call with D. Barron re fraudulent transfer issues (.3); analyze caselaw re same (.8) | 1.10 | 1,850.00 | 2,035.00 |
| 08/28/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding avoidance action issues | 0.30 | 1,395.00 | 418.50 |
| 08/28/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.1); update tracker summarizing same (.1); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 08/28/2024 | ECS1 | Call with L. Despins and ███████ regarding fraudulent transfers made to the firm (.5); analyze documents regarding the transfers (.2); correspond with L. Despins regarding same (.2); prepare follow up correspondence wit ███████ regarding same (.5) | 1.40 | 1,270.00 | 1,778.00 |
| 08/28/2024 | ECS1 | Call with L. Despins and ███████ regarding transfers and settlement (.5); follow up correspondence with ██████ regarding same (.2) | 0.70 | 1,270.00 | 889.00 |
| 08/28/2024 | ECS1 | Review correspondence with L. Despins and ███████ regarding tolling agreement and transfers to the firm | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429394

Page 24

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/28/2024 | ECS1 | Prepare settlement agreement with ▇▇▇ (.8); correspond with L. Despins and ▇▇▇ regarding same (.2) | 1.00 | 1,270.00 | 1,270.00 |
| 08/28/2024 | ECS1 | Review and comment on service of Bouillor complaint (.1); correspond with D. Barron regarding same (.1); prepare unredacted version of Bouillor complaint for defendants counsel (.3); review protective orders in the case in connection with same (.4); correspond with D. Barron and P. Linsey (NPM) regarding same (.2) | 1.10 | 1,270.00 | 1,397.00 |
| 08/28/2024 | KC27 | Analyze case law regarding personal jurisdiction re avoidance actions | 0.60 | 1,185.00 | 711.00 |
| 08/28/2024 | LAD4 | Call with potential defendant law firm ▇▇▇ and E. Sutton re: avoidance claims (.50); call with potential defendant law firm ▇▇▇ and E. Sutton re: avoidance claims (.50) | 1.00 | 1,975.00 | 1,975.00 |
| 08/28/2024 | LAD4 | Review/edit ▇▇ agreement | 2.20 | 1,975.00 | 4,345.00 |
| 08/28/2024 | NAB | Correspond with P. Linsey (NPM) regarding avoidance action settlement proposals and litigation issues | 0.30 | 1,835.00 | 550.50 |
| 08/28/2024 | SM29 | Review ▇▇ settlement agreement (2.1); conference with D. Barron re same and related mediation order (0.3) | 2.40 | 1,850.00 | 4,440.00 |
| 08/29/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions (.2); update tracker summarizing same (.2); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.1); analyze Rule 6004(h) in connection with law firm settlement agreements (.3); correspond with S. Maza re same (.2) | 1.00 | 1,270.00 | 1,270.00 |
| 08/29/2024 | ECS1 | Review correspondence between L. Despins and ▇▇▇ regarding transfers to the firm and claims relating thereto | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429394

Page 25

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/29/2024 | ECS1 | Prepare settlement agreement with ▮▮ (.3); correspond with L. Despins and N. Bassett regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 08/29/2024 | KC27 | Analyze precedent regarding personal jurisdiction | 0.10 | 1,185.00 | 118.50 |
| 08/29/2024 | LAD4 | Review/comment on additional claims against law firms not yet sued | 1.30 | 1,975.00 | 2,567.50 |
| 08/29/2024 | NAB | Calls with ▮▮ regarding settlement discussions (.2); correspond with ▮▮ regarding settlement discussions (.2) | 0.40 | 1,835.00 | 734.00 |
| 08/29/2024 | SM29 | Revise and supplement ▮▮ settlement agreement | 5.00 | 1,850.00 | 9,250.00 |
| 08/30/2024 | DEB4 | Conference with L. Despins regarding ▮▮ claims (0.2); correspond with L. Despins regarding same (0.2) | 0.40 | 1,395.00 | 558.00 |
| 08/30/2024 | ECS1 | Prepare settlement agreement with ▮▮ (.7); correspond with ▮▮ and L. Despins regarding same (.2) | 0.90 | 1,270.00 | 1,143.00 |
| 08/30/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with claim settlement discussions (.4); update tracker summarizing same (.1); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.1) | 0.60 | 1,270.00 | 762.00 |
| 08/30/2024 | LAD4 | Review and edit ▮▮ complaint drafted by NPM (1.10); t/c D. Barron re: same (.20) | 1.30 | 1,975.00 | 2,567.50 |
| 08/30/2024 | LS26 | Correspond with P. Linsey (NPM) and D. Skalka (NPM) regarding avoidance actions (0.1); correspond with avoidance defendant regarding G Club transfers (0.2) | 0.30 | 985.00 | 295.50 |
| 08/31/2024 | LAD4 | Review/edit ▮▮ mark-up | 1.10 | 1,975.00 | 2,172.50 |
| | | **Subtotal: B191 General Litigation** | **170.20** | | **245,351.00** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok           Page 26
50687-00029
Invoice No. 2429394

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | **Total** | | **183.60** | | **270,508.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 20.40 | 1,975.00 | 40,290.00 |
| NAB | Nicholas A. Bassett | Partner | 30.50 | 1,835.00 | 55,967.50 |
| AB21 | Alex Bongartz | Of Counsel | 0.20 | 1,850.00 | 370.00 |
| SM29 | Shlomo Maza | Of Counsel | 18.60 | 1,850.00 | 34,410.00 |
| DEB4 | Douglass E. Barron | Associate | 22.00 | 1,395.00 | 30,690.00 |
| ECS1 | Ezra C. Sutton | Associate | 49.60 | 1,270.00 | 62,992.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 2.50 | 1,185.00 | 2,962.50 |
| KC27 | Kristin Catalano | Associate | 25.20 | 1,185.00 | 29,862.00 |
| LS26 | Luyi Song | Associate | 11.40 | 985.00 | 11,229.00 |
| DM26 | David Mohamed | Paralegal | 2.70 | 565.00 | 1,525.50 |
| IC | Irene Chang | Other Timekeeper | 0.30 | 420.00 | 126.00 |
| LW16 | Lauren Wortman | Other Timekeeper | 0.20 | 420.00 | 84.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/30/2024 | Photocopy Charges | 416.00 | 0.08 | 33.28 |
| 07/17/2024 | Attorney Service - Ancillary Legal Corporation, Invoice# 1957 Dated 07/17/24, Service of Process to certain companies and individuals; Mail Service Taiwan; 2; Mail Service Spain: 3; Mail Service Canada: 2; Mail Service Italy: 18; Address Verifications: 8 | | | 10,568.00 |
| 08/06/2024 | Westlaw | | | 109.54 |
| 08/09/2024 | Lexis/On Line Search | | | 20.16 |
| 08/09/2024 | Computer Search (Other) | | | 0.63 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429394

Page 27

| | | |
|---|---|---:|
| 08/30/2024 | Copies of Documents - Liz Elliott; 08/20/2024; International transaction for document retrieval requested by E. Sutton - Italian entity search; Merchant: International transaction | 0.08 |
| 08/30/2024 | Copies of Documents - Liz Elliott; 08/20/2024; Document retrieval requested by E. Sutton - Italian entity search; Merchant: Www.registroimprese.it; Orig Curr: EUR, Rate: 1.11, Orig Amt: 5.00 | 5.54 |
| 08/30/2024 | Postage/Express Mail - Registered Mail; | 146.68 |
| **Total Costs incurred and advanced** | | **$10,883.91** |
| | **Current Fees and Costs** | **$281,392.41** |
| | **Total Balance Due - Due Upon Receipt** | **$281,392.41** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429395

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Mediation
PH LLP Client/Matter # 50687-00030
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending August 31, 2024 | $53,358.00 |
| **Current Fees and Costs Due** | **$53,358.00** |
| **Total Balance Due - Due Upon Receipt** | **$53,358.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429395

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Mediation**
PH LLP Client/Matter # 50687-00030
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $53,358.00 |
| **Current Fees and Costs Due** | **$53,358.00** |
| **Total Balance Due - Due Upon Receipt** | **$53,358.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429395

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

**Mediation**                                                                       **$53,358.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 08/01/2024 | DEB4 | Conference with Groups 4 and 5 regarding mediation responses (1.5); review presentation related to same (0.4); call and correspond with N. Bassett regarding same (0.1); analyze case law regarding same (2.2) | 4.20 | 1,395.00 | 5,859.00 |
| 08/01/2024 | NAB | Review mediation presentation for buckets 4 and 5 (.3); review case law relating to same (.4); call and email with D. Barron regarding same (.1); attend mediation presentation session (1.5); follow-up correspondence with L. Despins regarding same (.1); email with various avoidance action counsel regarding next steps in mediation process (.2) | 2.60 | 1,835.00 | 4,771.00 |
| 08/02/2024 | NAB | Correspond with L. Despins regarding mediation issues | 0.10 | 1,835.00 | 183.50 |
| 08/05/2024 | DEB4 | Prepare mediation issue outline for Judge Tancredi (4.3); call with L. Despins regarding same (0.2) | 4.50 | 1,395.00 | 6,277.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00030

Invoice No. 2429395

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/05/2024 | LAD4 | Review/edit list of issues ruled on by Judge Manning for Judge Tancredi (1.10); t/c D. Barron re: same (.20) | 1.30 | 1,975.00 | 2,567.50 |
| 08/05/2024 | NAB | Email with D. Barron regarding mediation submission (.2); review and provide comments to same (.5) | 0.70 | 1,835.00 | 1,284.50 |
| 08/06/2024 | DEB4 | Revise Judge Tancredi issues list (1.6); correspond with S. Sarnoff (OMM) regarding same (0.1); correspond with Judge Tancredi chambers regarding same (0.1) | 1.80 | 1,395.00 | 2,511.00 |
| 08/06/2024 | LAD4 | Call with N. Bassett and Judge Tancredi re: mediation progress and next steps (.70); post-mortem with N. Bassett (.20); review/comment on issues raised (Plan B) (1.10) | 2.00 | 1,975.00 | 3,950.00 |
| 08/06/2024 | NAB | Call with L. Despins and Judge Tancredi regarding mediation progress and next steps (.7); follow up discussion with L. Despins regarding same (.2); analyze case law relating to avoidance action alter ego arguments (.6); correspond with P. Linsey regarding same (.2); draft email to Judge Tancredi regarding same (.3) | 2.00 | 1,835.00 | 3,670.00 |
| 08/11/2024 | NAB | Review draft motion to modify mediation procedures (.3); correspond with P. Linsey (NPM) regarding same (.2) | 0.50 | 1,835.00 | 917.50 |
| 08/12/2024 | NAB | Correspond with P. Linsey (NPM) regarding motion to modify mediation procedures | 0.10 | 1,835.00 | 183.50 |
| 08/18/2024 | ECS1 | Prepare summary of information regarding law firms, additional avoidance action defendants, and potential defendants and settlement negotiations with same (1.9); correspond with N. Bassett, A. Bongartz, and P. Linsey (NPM) regarding same (.3); call with P. Linsey regarding same (.1) | 2.30 | 1,270.00 | 2,921.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00030

Invoice No. 2429395

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/18/2024 | NAB | Correspond with E. Sutton and P. Linsey (NPM) regarding mediation meeting preparations (.5); call and further correspond with P. Linsey regarding same (.3) | 0.80 | 1,835.00 | 1,468.00 |
| 08/19/2024 | ECS1 | Continue preparing summary of information regarding law firms, additional defendants, and potential defendants and settlement negotiations with same (.8); correspond with N. Bassett, A. Bongartz, and P. Linsey (NPM) regarding same (.2); call with P. Linsey regarding same (.1) | 1.10 | 1,270.00 | 1,397.00 |
| 08/19/2024 | NAB | Review mediation procedures and email with L. Despins regarding same | 0.10 | 1,835.00 | 183.50 |
| 08/20/2024 | ECS1 | Further prepare summary of information regarding law firms, additional avoidance action defendants, and potential defendants and settlement negotiations with same (1.0); correspond with N. Bassett, A. Bongartz, and P. Linsey (NPM) regarding same (.2) | 1.20 | 1,270.00 | 1,524.00 |
| 08/20/2024 | LAD4 | Review certain issues & prepare notes for call with Judge Tancredi (.30); handle call Judge Tancredi (.50); t/c N. Bassett re: mediation discussion with ▮▮▮▮▮ (.10) | 0.90 | 1,975.00 | 1,777.50 |
| 08/20/2024 | NAB | Review and revise charts summarizing mediation (.4); correspond with P. Linsey (NPM) and E. Sutton regarding same (.2); review open issues and prepare notes for mediation call (.2); call with P. Linsey (NPM) and ▮▮▮▮▮ regarding mediation and litigation next steps (.5); follow-up call with P. Linsey regarding same (.2); call with L. Despins regarding same (.1) | 1.60 | 1,835.00 | 2,936.00 |
| 08/21/2024 | LAD4 | T/c N. Bassett re: discussions with ▮▮▮▮▮ and mediation prep (.20); call with Judge Tancredi and N. Bassett re: mediation (.60); review issues raised (.40) | 1.20 | 1,975.00 | 2,370.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00030
Invoice No. 2429395

Page 4

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/21/2024 | NAB | Review issues and prepare notes for call with ███████████████ regarding avoidance action mediation and scheduling (.2); participate in call with ██████ and P. Linsey (NPM) regarding avoidance action mediation and scheduling (.8); follow-up call with P. Linsey regarding same (.2); call with L. Despins regarding same and preparations for call with mediator (.2); review summary chart of settlement discussions and claim documents in connection with same (.3); participate in call with J. Tancredi (mediator) and L. Despins regarding next steps in mediation process (.6) | 2.30 | 1,835.00 | 4,220.50 |
| 08/22/2024 | NAB | Correspond with P. Linsey (NPM) regarding mediation issues for avoidance actions | 0.20 | 1,835.00 | 367.00 |
| 08/27/2024 | NAB | Correspond with J. Tancredi (mediator) regarding district court appeal decision | 0.30 | 1,835.00 | 550.50 |
| 08/28/2024 | NAB | Compose email to mediator regarding contingency claims | 0.30 | 1,835.00 | 550.50 |
| 08/29/2024 | NAB | Email with mediator regarding potential alternative claims (.4); correspond with L. Despins regarding same (.1) | 0.50 | 1,835.00 | 917.50 |
| | | **Subtotal: B191  General Litigation** | **32.60** | | **53,358.00** |
| | | | | | |
| | **Total** | | **32.60** | | **53,358.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 5.40 | 1,975.00 | 10,665.00 |
| NAB | Nicholas A. Bassett | Partner | 12.10 | 1,835.00 | 22,203.50 |
| DEB4 | Douglass E. Barron | Associate | 10.50 | 1,395.00 | 14,647.50 |
| ECS1 | Ezra C. Sutton | Associate | 4.60 | 1,270.00 | 5,842.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 5

50687-00030

Invoice No. 2429395

| | |
|---|---|
| **Current Fees and Costs** | **$53,358.00** |
| **Total Balance Due - Due Upon Receipt** | **$53,358.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429396

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Forfeiture Issues**
PH LLP Client/Matter # 50687-00031
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending August 31, 2024 | $105,347.00 |
| **Current Fees and Costs Due** | **$105,347.00** |
| **Total Balance Due - Due Upon Receipt** | **$105,347.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429396

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Forfeiture Issues**
PH LLP Client/Matter # 50687-00031
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2024

$105,347.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$105,347.00** |
| **Total Balance Due - Due Upon Receipt** | **$105,347.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429396 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

**Forfeiture Issues**                                                    **$105,347.00**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 08/06/2024 | LT9 | Review forfeiture PowerPoint (.7); telephone conference with S. Maza on forfeiture issues (.8) | 1.50 | 1,775.00 | 2,662.50 |
| 08/06/2024 | SM29 | Call with L. Tsao re forfeiture issues (.8); analyze caselaw and statutory authority re same (2.0); email L. Tsao re same (.1) | 2.90 | 1,850.00 | 5,365.00 |
| 08/08/2024 | NAB | Review draft presentation for meeting with DOJ (.4); correspond with S. Maza regarding same (.2) | 0.60 | 1,835.00 | 1,101.00 |
| 08/08/2024 | SM29 | Revise presentation re cooperation agreement to incorporate comments from L. Tsao | 6.80 | 1,850.00 | 12,580.00 |
| 08/09/2024 | LAD4 | Review/edit forfeiture power point (2.30); t/c S. Maza & N. Bassett re: same (.10); t/c S. Maza re: same (.30) | 2.70 | 1,975.00 | 5,332.50 |
| 08/09/2024 | NAB | Review revised power point on forfeiture issues (.5); call with L. Despins and S. Maza regarding same (.1) | 0.60 | 1,835.00 | 1,101.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00031
Invoice No. 2429396

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/09/2024 | SM29 | Call with N. Bassett and L. Despins re forfeiture issues (.1); follow-up call with L. Despins re same (.3); email A. Bongartz re same (.1); revise forfeiture presentation to incorporate comments from L. Despins and N. Bassett (1.9) | 2.40 | 1,850.00 | 4,440.00 |
| 08/10/2024 | SM29 | Reply to email from L. Despins re forfeiture issues (.3); revise presentation to DOJ re same (.6) | 0.90 | 1,850.00 | 1,665.00 |
| 08/11/2024 | ECS1 | Analyze forfeiture cases in connection with substitute assets and the relation back doctrine (.4); call with S. Maza regarding same (.2) | 0.60 | 1,270.00 | 762.00 |
| 08/11/2024 | SM29 | Call with E. Sutton re forfeiture (.2); review comments from L. Tsao on forfeiture presentation (.2); analyze authority re forfeiture issues (1.3); correspond with L. Tsao re same (.4) | 2.10 | 1,850.00 | 3,885.00 |
| 08/12/2024 | LT9 | Review forfeiture PowerPoint | 0.70 | 1,775.00 | 1,242.50 |
| 08/12/2024 | LT9 | Prepare comments on forfeiture presentation for L. Despins and S. Maza | 0.40 | 1,775.00 | 710.00 |
| 08/12/2024 | LT9 | Telephone conference with S. Maza on forfeiture presentation | 0.90 | 1,775.00 | 1,597.50 |
| 08/12/2024 | LAD4 | Analyze/comment on forfeiture issues | 1.70 | 1,975.00 | 3,357.50 |
| 08/12/2024 | SM29 | Call with L. Tsao re forfeiture presentation (.9); analyze additional authority re same (1.9) | 2.80 | 1,850.00 | 5,180.00 |
| 08/13/2024 | DEB4 | Correspond with L. Despins regarding forfeiture issues (0.3); call with S. Maza regarding same and forfeiture presentation (0.6) | 0.90 | 1,395.00 | 1,255.50 |
| 08/13/2024 | LT9 | Telephone conference with S. Maza on forfeiture presentation | 0.60 | 1,775.00 | 1,065.00 |
| 08/13/2024 | LT9 | Analyze authority on jurisdiction over ancillary proceedings | 0.20 | 1,775.00 | 355.00 |
| 08/13/2024 | LT9 | Review issues related to forfeiture and bankruptcy | 0.50 | 1,775.00 | 887.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00031
Invoice No. 2429396

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/13/2024 | LAD4 | Review/edit second draft of forfeiture power point (.70); t/c S. Maza re: same (.20) | 0.90 | 1,975.00 | 1,777.50 |
| 08/13/2024 | SM29 | Calls with L. Despins re forfeiture (.2); call with L. Tsao re same (.6); revise forfeiture presentation to incorporate L. Despins' comments (.7); call with D. Barron re same (.6); correspond with L. Tsao re same (.7); correspond with L. Despins re forfeiture issues (.4); analyze same and related authority (1.0) | 4.20 | 1,850.00 | 7,770.00 |
| 08/14/2024 | LT9 | Telephone conference with S. Maza on forfeiture analysis and presentation | 1.00 | 1,775.00 | 1,775.00 |
| 08/14/2024 | LS26 | Draft email to S. Maza regarding forfeiture allegations in criminal case | 0.20 | 985.00 | 197.00 |
| 08/14/2024 | SM29 | Call with L. Tsao re forfeiture analysis (1.0); reply to email from L. Tsao re same (.3); correspond with L. Song re forfeiture assets (.2); revise forfeiture analysis (1.1) | 2.60 | 1,850.00 | 4,810.00 |
| 08/15/2024 | SM29 | Analyze secondary sources re forfeiture issues | 1.00 | 1,850.00 | 1,850.00 |
| 08/16/2024 | ECS1 | Prepare presentation to DOJ in connection with forfeited assets (.4); conduct factual analysis regarding same (1.0); correspond with D. Mohamed regarding same (.1); call and correspond with P. Linsey (NPM) regarding same (.3) | 1.80 | 1,270.00 | 2,286.00 |
| 08/16/2024 | LAD4 | T/c S. Maza re: forfeiture power point | 0.40 | 1,975.00 | 790.00 |
| 08/16/2024 | LS26 | Review Wang preliminary forfeiture order | 0.20 | 985.00 | 197.00 |
| 08/16/2024 | SM29 | Call with L. Despins re forfeiture (.4); revise presentation re same (2.7); email E. Sutton re same (.1); correspond with L. Despins re guilty plea and forfeiture (.3) | 3.50 | 1,850.00 | 6,475.00 |
| 08/18/2024 | ECS1 | Conduct factual analysis regarding presentation to DOJ related to forfeited assets (.5); correspond with S. Maza regarding same (.2) | 0.70 | 1,270.00 | 889.00 |
| 08/18/2024 | LT9 | Review and revise coordination agreement presentation | 0.70 | 1,775.00 | 1,242.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 4

50687-00031

Invoice No. 2429396

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/18/2024 | LT9 | Telephone conference with S. Maza on edits to coordination agreement presentation | 0.30 | 1,775.00 | 532.50 |
| 08/18/2024 | LAD4 | Review/edit forfeiture power point | 1.30 | 1,975.00 | 2,567.50 |
| 08/18/2024 | SM29 | Call with L. Tsao re comments on forfeiture presentation (.3); revise same to incorporate comments from L. Despins and L. Tsao (3.6) | 3.90 | 1,850.00 | 7,215.00 |
| 08/19/2024 | ECS1 | Review precedent case filings in connection with forfeiture related issues | 0.30 | 1,270.00 | 381.00 |
| 08/19/2024 | LAD4 | Review forfeiture issues in prep for DOJ call (.40); handle call with DOJ and N. Bassett re: Wang forfeiture (.50); post-mortem N. Bassett (.20) | 1.10 | 1,975.00 | 2,172.50 |
| 08/19/2024 | NAB | Call with L. Despins and DOJ regarding forfeiture issues (.5); follow-up call with L. Despins regarding same (.2) | 0.70 | 1,835.00 | 1,284.50 |
| 08/19/2024 | SM29 | Correspond with K. Pasquale re forfeiture issues (.1); call with K. Pasquale re forfeiture issues (.4); correspond with L. Despins re same (.2) | 0.70 | 1,850.00 | 1,295.00 |
| 08/21/2024 | NAB | Correspond with L. Despins regarding forfeiture and distribution issues (.2); analyze same (.1) | 0.30 | 1,835.00 | 550.50 |
| 08/22/2024 | LT9 | Telephone conference with L. Despins on forfeiture analysis and SDNY meeting | 0.40 | 1,775.00 | 710.00 |
| 08/22/2024 | LAD4 | Further refinements re: forfeiture power point for DOJ (.80); t/c L. Tsao re: same (.40) | 1.20 | 1,975.00 | 2,370.00 |
| 08/23/2024 | SM29 | Email L. Despins re forfeiture issues | 0.10 | 1,850.00 | 185.00 |
| 08/25/2024 | SM29 | Reply to email from L. Despins re criminal rules and forfeiture (.4); analyze same (.4) | 0.80 | 1,850.00 | 1,480.00 |
| **Subtotal: B191  General Litigation** | | | **58.10** | | **105,347.00** |

| | | | | | |
|------|----------|-------------|-------|------|--------|
| **Total** | | | **58.10** | | **105,347.00** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 5

50687-00031

Invoice No. 2429396

---

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 9.30 | 1,975.00 | 18,367.50 |
| NAB | Nicholas A. Bassett | Partner | 2.20 | 1,835.00 | 4,037.00 |
| LT9 | Leo Tsao | Partner | 7.20 | 1,775.00 | 12,780.00 |
| SM29 | Shlomo Maza | Of Counsel | 34.70 | 1,850.00 | 64,195.00 |
| DEB4 | Douglass E. Barron | Associate | 0.90 | 1,395.00 | 1,255.50 |
| ECS1 | Ezra C. Sutton | Associate | 3.40 | 1,270.00 | 4,318.00 |
| LS26 | Luyi Song | Associate | 0.40 | 985.00 | 394.00 |

| **Current Fees and Costs** | **$105,347.00** |
|----------------------------|-----------------|
| **Total Balance Due - Due Upon Receipt** | **$105,347.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429397

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**K Legacy**
PH LLP Client/Matter # 50687-00032
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $4,660.00 |
| **Current Fees and Costs Due** | **$4,660.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,660.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429397

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**K Legacy**
PH LLP Client/Matter # 50687-00032
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2024

|  |  |
|---|---|
|  | $4,660.00 |
| **Current Fees and Costs Due** | **$4,660.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,660.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429397

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

**K Legacy**                                                                                           **$4,660.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 08/27/2024 | DEB4 | Correspond with Harneys and A. Bongartz regarding BVI documents (0.2); correspond with L. Song regarding same (0.1); analyze same (1.2) | 1.50 | 1,395.00 | 2,092.50 |
| 08/27/2024 | LAD4 | T/c S. Nicolas (London) re: update on K Legacy (.40); review/comment on same (.90) | 1.30 | 1,975.00 | 2,567.50 |
| | | **Subtotal: B191  General Litigation** | **2.80** | | **4,660.00** |
| | **Total** | | **2.80** | | **4,660.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 1.30 | 1,975.00 | 2,567.50 |
| DEB4 | Douglass E. Barron | Associate | 1.50 | 1,395.00 | 2,092.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00032

Invoice No. 2429397

Page 2

| | |
|---|---|
| **Current Fees and Costs** | **$4,660.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,660.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429398

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Cyprus Proceedings**
PH LLP Client/Matter # 50687-00034
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $23,363.00 |
| **Current Fees and Costs Due** | **$23,363.00** |
| **Total Balance Due - Due Upon Receipt** | **$23,363.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429398

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Cyprus Proceedings**
PH LLP Client/Matter # 50687-00034
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $23,363.00 |
| **Current Fees and Costs Due** | **$23,363.00** |
| **Total Balance Due - Due Upon Receipt** | **$23,363.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429398

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

## Cyprus Proceedings                                                          $23,363.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 08/13/2024 | DEB4 | Revise Cyprus complaint | 0.40 | 1,395.00 | 558.00 |
| 08/14/2024 | DEB4 | Prepare Cyprus complaint | 1.20 | 1,395.00 | 1,674.00 |
| 08/14/2024 | LAD4 | Review/edit Bouillor (Cyprus) draft complaint | 1.20 | 1,975.00 | 2,370.00 |
| 08/15/2024 | DEB4 | Correspond with G. Middleton (CP Law) regarding Cyprus complaint (0.1); prepare Cyprus complaint (3.3) | 3.40 | 1,395.00 | 4,743.00 |
| 08/15/2024 | ECS1 | Prepare motion to seal Cyprus complaint (.8); correspond with D. Barron and L. Song regarding same (.2) | 1.00 | 1,270.00 | 1,270.00 |
| 08/15/2024 | LAD4 | Review/edit Cyprus/Bouillor complaint redraft | 1.50 | 1,975.00 | 2,962.50 |
| 08/15/2024 | LS26 | Revise and supplement Bouillor complaint and motion to seal | 3.50 | 985.00 | 3,447.50 |
| 08/20/2024 | DEB4 | Conference with G. Middleton (CP Law) regarding Cyprus next steps (0.4); correspond with L. Despins regarding same (0.2); correspond with L. Song regarding Cyprus adversary proceeding (0.1) | 0.70 | 1,395.00 | 976.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2
50687-00034
Invoice No. 2429398

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/21/2024 | DEB4 | Conference with G. Middleton (CP Law) and L. Despins regarding Cyprus claims and next steps (0.2); correspond with L. Despins regarding same (0.1); correspond with A. Thorp regarding BVI documents related to same (0.1) | 0.40 | 1,395.00 | 558.00 |
| 08/21/2024 | LAD4 | Call with G. Middleton (CP Law) and D. Barron re: Cyprus claims | 0.20 | 1,975.00 | 395.00 |
| 08/22/2024 | DEB4 | Correspond with E. Sutton and P. Linsey (NPM) regarding Cyprus complaint (0.5); correspond with G. Middleton (CP Law) regarding Cyprus issues (0.2) | 0.70 | 1,395.00 | 976.50 |
| 08/26/2024 | ECS1 | Review and comment on service of Bouillor complaint (.3); correspond with D. Barron regarding same (.3); review service issues and service information in connection with Bouillor complaint (.4); call and correspond with Williams Lea regarding same (.3); correspond with P. Linsey (NPM) regarding Bouillor summons and service (.1) | 1.40 | 1,270.00 | 1,778.00 |
| 08/26/2024 | ML30 | Correspond with E. Sutton re Bouillor complaint (.1); correspond with parties re Bouillor complaint (.2) | 0.30 | 565.00 | 169.50 |
| 08/27/2024 | ECS1 | Further review and comment on service of Bouillor complaint (.2); correspond with D. Barron regarding same (.2) | 0.40 | 1,270.00 | 508.00 |
| 08/28/2024 | DEB4 | Correspond with G. Middleton (CP Law) regarding Cyprus issues (0.3); correspond with E. Sutton regarding Cyprus complaint issues (0.2) | 0.50 | 1,395.00 | 697.50 |
| 08/29/2024 | DEB4 | Correspond with G. Middleton (CP Law) regarding Cyprus service | 0.20 | 1,395.00 | 279.00 |
| | | **Subtotal: B191  General Litigation** | **17.00** | | **23,363.00** |
| | **Total** | | **17.00** | | **23,363.00** |

**Timekeeper Summary**

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                Page 3
50687-00034
Invoice No. 2429398

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 2.90 | 1,975.00 | 5,727.50 |
| DEB4 | Douglass E. Barron | Associate | 7.50 | 1,395.00 | 10,462.50 |
| ECS1 | Ezra C. Sutton | Associate | 2.80 | 1,270.00 | 3,556.00 |
| LS26 | Luyi Song | Associate | 3.50 | 985.00 | 3,447.50 |
| ML30 | Mat Laskowski | Paralegal | 0.30 | 565.00 | 169.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$23,363.00** |
| **Total Balance Due - Due Upon Receipt** | | **$23,363.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429399

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Mauritius Proceedings**
PH LLP Client/Matter # 50687-00035
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2024 ............................................... $2,511.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$2,511.00** |
| **Total Balance Due - Due Upon Receipt** | **$2,511.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429399

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Mauritius Proceedings**
PH LLP Client/Matter # 50687-00035
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending August 31, 2024 | $2,511.00 |
| **Current Fees and Costs Due** | **$2,511.00** |
| **Total Balance Due - Due Upon Receipt** | **$2,511.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429399

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

## Mauritius Proceedings $2,511.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 08/29/2024 | DEB4 | Correspond with L. Despins regarding Mauritius hearing (0.2); correspond with potential Mauritius counsel (0.5); conference with Mushtaw Namdarkjan regarding same (0.2) | 0.90 | 1,395.00 | 1,255.50 |
| 08/30/2024 | DEB4 | Correspond with potential Mauritius counsel (0.5) | 0.50 | 1,395.00 | 697.50 |
| 08/31/2024 | DEB4 | Correspond with Mauritius counsel regarding September 2 hearing (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,395.00 | 558.00 |
| | | **Subtotal: B191 General Litigation** | **1.80** | | **2,511.00** |
| | **Total** | | **1.80** | | **2,511.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 2
Kwok
50687-00035
Invoice No. 2429399

| DEB4 | Douglass E. Barron | Associate | 1.80 | 1,395.00 | 2,511.00 |
|------|--------------------|-----------|------|----------|----------|
| | **Current Fees and Costs** | | | | **$2,511.00** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$2,511.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429400

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Hamilton UK Administration**
PH LLP Client/Matter # 50687-00037
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2024 | $58,349.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$58,349.00** |
| **Total Balance Due - Due Upon Receipt** | **$58,349.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429400

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Hamilton UK Administration**
PH LLP Client/Matter # 50687-00037
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $58,349.00 |
| **Current Fees and Costs Due** | **$58,349.00** |
| **Total Balance Due - Due Upon Receipt** | **$58,349.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429400

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

### Hamilton UK Administration

**$58,349.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 08/14/2024 | DEB4 | Analyze documents related to Hamilton UK filing (0.6); correspond with L. Despins and L. Song regarding same (0.4) | 1.00 | 1,395.00 | 1,395.00 |
| 08/21/2024 | DEB4 | Correspond with L. Despins and L. Song regarding Hamilton UK filing (0.3); review same (0.5) | 0.80 | 1,395.00 | 1,116.00 |
| 08/21/2024 | IC | Research insolvency proceedings of Hamilton Capital Holding Ltd. for L. Song | 0.40 | 420.00 | 168.00 |
| 08/22/2024 | CT16 | Further research regarding bankruptcy of Hamilton Capital Holding Ltd. | 0.50 | 420.00 | 210.00 |
| 08/23/2024 | DEB4 | Analyze UK Hamilton filings (1.0); correspond with L. Despins regarding same (0.5); conference with L. Song regarding same (0.2) | 1.70 | 1,395.00 | 2,371.50 |
| 08/23/2024 | LAD4 | Analyze/comment all day on Hamilton UK filing issues | 2.40 | 1,975.00 | 4,740.00 |
| 08/23/2024 | LS26 | Analyze documents relating to Hamilton Capital Holding (1.0); call with D. Barron regarding same (0.2); correspond with D. Barron regarding same (0.5) | 1.70 | 985.00 | 1,674.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00037
Invoice No. 2429400

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/24/2024 | DEB4 | Correspond with N. Bassett regarding UK administrator filings | 0.20 | 1,395.00 | 279.00 |
| 08/24/2024 | NAB | Review documents related to Hamilton application in UK to modify worldwide injunction (0.5); correspond with L. Despins regarding the same (0.2) | 0.70 | 1,835.00 | 1,284.50 |
| 08/26/2024 | DEB4 | Correspond with L. Despins and A. de Quincey (Pallas) regarding UK administrators (0.2); correspond with E. Sutton regarding documents for UK administrators (0.1); correspond with L. Despins regarding same (0.2) | 0.50 | 1,395.00 | 697.50 |
| 08/26/2024 | LAD4 | Continue analysis of Hamilton UK proceeding | 3.20 | 1,975.00 | 6,320.00 |
| 08/27/2024 | DEB4 | Correspond with L. Despins regarding Hamilton UK administration (0.1); analyze documents relevant to Hamilton/Himalaya UK administration (4.3) | 4.40 | 1,395.00 | 6,138.00 |
| 08/27/2024 | LAD4 | Various emails to D. Barron & N. Bassett re: next steps on Hamilton UK case (1.20); t/c ███████████ re: same (.20); t/c R. Finkel, J. Murray (DOJ) re: Hamilton (.20) | 1.60 | 1,975.00 | 3,160.00 |
| 08/28/2024 | DEB4 | Conference with L. Despins, Paul Wright, and A. de Quincey (Pallas) regarding Hamilton proceeding (0.5); correspond with Paul Wright and A. de Quincey regarding Hamilton (0.3); correspond with L. Song regarding Hamilton (0.3); prepare memo for UK counsel regarding Hamilton/Himalaya (4.2); revise letter to Hamilton administrators (0.5) | 5.80 | 1,395.00 | 8,091.00 |
| 08/28/2024 | LAD4 | Call with P. Wright (barrister), A. de Quincey (Pallas), and D. Barron re: Hamilton next steps | 0.50 | 1,975.00 | 987.50 |
| 08/29/2024 | DEB4 | Revise letter to Hamilton Capital administrators (2.8); revise report for UK counsel re: Hamilton/Himalaya (0.8) | 3.60 | 1,395.00 | 5,022.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00037
Invoice No. 2429400

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/29/2024 | LAD4 | Review/edit letter to administrators (UK Hamilton) | 1.70 | 1,975.00 | 3,357.50 |
| 08/29/2024 | LS26 | Review documents relating to Himalaya Exchange and Hamilton Capital Holding (0.6); correspond with D. Barron regarding same (0.2) | 0.80 | 985.00 | 788.00 |
| 08/30/2024 | DEB4 | Correspond with L. Despins regarding Hamilton/Himalaya background (0.1); correspond with A. de Quincey (Pallas) regarding same (0.1) | 0.20 | 1,395.00 | 279.00 |
| 08/30/2024 | LAD4 | Review/comment on Hamilton issues all day (3.10); review/comment on Himalaya Mauritius case (finding counsel, related case issues) (2.10) | 5.20 | 1,975.00 | 10,270.00 |
| | | **Subtotal: B191  General Litigation** | **36.90** | | **58,349.00** |
| | | **Total** | **36.90** | | **58,349.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 14.60 | 1,975.00 | 28,835.00 |
| NAB | Nicholas A. Bassett | Partner | 0.70 | 1,835.00 | 1,284.50 |
| DEB4 | Douglass E. Barron | Associate | 18.20 | 1,395.00 | 25,389.00 |
| LS26 | Luyi Song | Associate | 2.50 | 985.00 | 2,462.50 |
| IC | Irene Chang | Other Timekeeper | 0.40 | 420.00 | 168.00 |
| CT16 | Caroline Timoney | Other Timekeeper | 0.50 | 420.00 | 210.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$58,349.00** |
| **Total Balance Due - Due Upon Receipt** | | **$58,349.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429590

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Swiss Proceedings**
PH LLP Client/Matter # 50687-00033
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2024 | $567.00 |
| **Current Fees and Costs Due** | **$567.00** |
| **Total Balance Due - Due Upon Receipt** | **$567.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD****, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429590

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Swiss Proceedings**
PH LLP Client/Matter # 50687-00033
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2024

$567.00

| | |
|---|---|
| **Current Fees and Costs Due** | **$567.00** |
| **Total Balance Due - Due Upon Receipt** | **$567.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429590

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2024

**Swiss Proceedings**                                                                                    **$567.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B261** | **Investigations** | | | | |
| 08/15/2024 | AB21 | Call with L. Song regarding review of Swiss-related documents | 0.20 | 1,850.00 | 370.00 |
| 08/15/2024 | LS26 | Call with A. Bongartz re Switzerland investigation | 0.20 | 985.00 | 197.00 |
| | | **Subtotal: B261 Investigations** | **0.40** | | **567.00** |
| | **Total** | | **0.40** | | **567.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 0.20 | 1,850.00 | 370.00 |
| LS26 | Luyi Song | Associate | 0.20 | 985.00 | 197.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$567.00** |
| **Total Balance Due - Due Upon Receipt** | | **$567.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan February 7, 2025
Kwok
200 Park Avenue                                    Please Refer to
New York, NY 10166                                 Invoice Number: 2429401

Attn: Luc Despins                                  PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $203,056.50 |
| Costs incurred and advanced | 4,016.20 |
| **Current Fees and Costs Due** | **$207,072.70** |
| **Total Balance Due – Due Upon Receipt** | **$207,072.70** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan February 7, 2025
Kwok
200 Park Avenue                                      Please Refer to
New York, NY 10166                                   Invoice Number: 2429401

Attn: Luc Despins                                    PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $203,056.50 |
| Costs incurred and advanced | 4,016.20 |
| **Current Fees and Costs Due** | **$207,072.70** |
| **Total Balance Due - Due Upon Receipt** | **$207,072.70** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok   February 7, 2025

200 Park Avenue                              Please Refer to
New York, NY 10166                           Invoice Number: 2429401

Attn: Luc Despins                            PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## General Chapter 11 Trustee Representation                  $203,056.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 09/02/2024 | AB21 | Update list of open issues and workstreams | 0.30 | 1,850.00 | 555.00 |
| 09/03/2024 | DM26 | Update critical dates calendar and send outlook reminders (.7); review upcoming filing deadlines and update working group re same (.2) | 0.90 | 565.00 | 508.50 |
| 09/03/2024 | ML30 | Correspond with E. Sutton re case calendaring (.1); complete same (.1) | 0.20 | 565.00 | 113.00 |
| 09/04/2024 | AB21 | Meeting with L. Despins regarding updates in Kwok case, open workstreams, and next steps (0.6); update list of open issues and workstreams (0.1) | 0.70 | 1,850.00 | 1,295.00 |
| 09/04/2024 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.3) | 0.80 | 565.00 | 452.00 |
| 09/04/2024 | DEB4 | Participate in case litigation and update call with P. Linsey (NPM), L. Despins, N. Bassett, and L. Song | 1.50 | 1,395.00 | 2,092.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429401

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/04/2024 | LAD4 | Handle NPM weekly call with L. Song, D. Barron, N. Bassett (1.50); further call with N. Bassett re: same (.10); meeting with A. Bongartz re: case matters, workstreams, and next steps (.60) | 2.20 | 1,975.00 | 4,345.00 |
| 09/04/2024 | LS26 | Call with L. Despins, N. Bassett, D. Barron, P. Linsey (NPM) and D. Skalka (NPM) regarding pending and upcoming case matters | 1.50 | 985.00 | 1,477.50 |
| 09/04/2024 | NAB | Call with L. Despins, D. Barron, L. Song, P. Linsey (NPM), and D. Skalka (NPM) regarding case updates and strategy (1.5); further call with L. Despins regarding same (.1) | 1.60 | 1,835.00 | 2,936.00 |
| 09/05/2024 | AB21 | Update list of open matters and workstreams | 0.10 | 1,850.00 | 185.00 |
| 09/05/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2) | 0.80 | 565.00 | 452.00 |
| 09/05/2024 | ECS1 | Correspond with D. Mohamed and P. Linsey (NPM) regarding pending case matters and deadlines | 0.30 | 1,270.00 | 381.00 |
| 09/06/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 09/06/2024 | DM26 | Update critical dates calendar and send outlook reminders (1.6); review upcoming filing deadlines and update working group re same (.3) | 1.90 | 565.00 | 1,073.50 |
| 09/08/2024 | LS26 | Prepare case issue/task list | 2.00 | 985.00 | 1,970.00 |
| 09/09/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 09/09/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.3) | 0.90 | 565.00 | 508.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                      Page 3
50687-00001
Invoice No. 2429401

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/09/2024 | DEB4 | Participate in call with NPM, L. Despins, N. Bassett, and L. Song regarding pending and upcoming case matters (0.7); correspond with L. Despins and N. Bassett regarding case law discussed in connection with same (0.6) | 1.30 | 1,395.00 | 1,813.50 |
| 09/09/2024 | ECS1 | Correspond with D. Mohamed, W. Farmer and P. Linsey (NPM) regarding pending case matters and related deadlines (.2); review and update issues/task list (.3) | 0.50 | 1,270.00 | 635.00 |
| 09/09/2024 | LAD4 | Handle weekly NPM call with N. Bassett, L. Song, D. Barron | 0.70 | 1,975.00 | 1,382.50 |
| 09/09/2024 | LS26 | Call with L. Despins, N. Bassett, D. Barron, P. Linsey (NPM) and D. Skalka (NPM) regarding pending and upcoming case matters (0.7); continue preparing case issues/task list (2.4) | 3.10 | 985.00 | 3,053.50 |
| 09/09/2024 | NAB | Call with L. Despins, P. Linsey (NPM), D. Barron and L. Song regarding case strategy and updates | 0.70 | 1,835.00 | 1,284.50 |
| 09/10/2024 | AB21 | Meeting with L. Despins regarding update on workstreams and next steps in case | 0.40 | 1,850.00 | 740.00 |
| 09/10/2024 | DM26 | Update critical dates calendar and send outlook reminders (.8); review upcoming filing deadlines and update working group re same (.2) | 1.00 | 565.00 | 565.00 |
| 09/10/2024 | LAD4 | Meeting with A. Bongartz re: pending matters | 0.40 | 1,975.00 | 790.00 |
| 09/10/2024 | NAB | Review pending motions, upcoming matters, and related deadlines | 0.20 | 1,835.00 | 367.00 |
| 09/11/2024 | AB21 | Update list of workstreams and global task list | 0.30 | 1,850.00 | 555.00 |
| 09/11/2024 | DM26 | Update critical dates calendar and send outlook reminders | 0.50 | 565.00 | 282.50 |
| 09/11/2024 | DEB4 | Correspond with L. Song regarding case issues/task list | 0.10 | 1,395.00 | 139.50 |
| 09/11/2024 | LS26 | Update case issues/task list | 0.90 | 985.00 | 886.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                                     Page 4
Kwok
50687-00001
Invoice No. 2429401

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/11/2024 | SM29 | Review case issues and related task list (.5); correspond with L. Song and A. Bongartz re same (.1) | 0.60 | 1,850.00 | 1,110.00 |
| 09/12/2024 | JPK1 | Correspond with L. Song regarding Kwok issues/task list | 0.10 | 1,185.00 | 118.50 |
| 09/12/2024 | NAB | Review and comment on global issues/task list (.5); correspond with L. Song regarding same (.1) | 0.60 | 1,835.00 | 1,101.00 |
| 09/13/2024 | LS26 | Update case issues/task list (1.3); correspond with E. Sutton and P. Linsey (NPM) regarding same (0.2) | 1.50 | 985.00 | 1,477.50 |
| 09/13/2024 | ML30 | Review upcoming deadlines and update working group re same | 0.20 | 565.00 | 113.00 |
| 09/14/2024 | ML30 | Update case calendars (.1); review upcoming deadlines and update working group re same (.2) | 0.30 | 565.00 | 169.50 |
| 09/16/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 09/17/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2) | 0.80 | 565.00 | 452.00 |
| 09/17/2024 | ECS1 | Correspond with D. Mohamed, W. Farmer and P. Linsey (NPM) regarding pending case matters and upcoming deadlines | 0.10 | 1,270.00 | 127.00 |
| 09/17/2024 | ML30 | Update case calendars (.2); review upcoming deadlines and update working group re same (.2) | 0.40 | 565.00 | 226.00 |
| 09/18/2024 | DM26 | Update critical dates calendar and send outlook reminders (1.2); review upcoming filing deadlines and update working group re same (.2) | 1.40 | 565.00 | 791.00 |
| 09/19/2024 | DM26 | Review recent case documents and prepare same for attorney review (.3); update critical dates calendar and send outlook reminders (1.6); review upcoming filing deadlines and update working group re same (.2) | 2.10 | 565.00 | 1,186.50 |
| 09/19/2024 | LS26 | Review and revise issues/task list | 0.20 | 985.00 | 197.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                         Page 5
50687-00001
Invoice No. 2429401

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/20/2024 | AB21 | Participate in portion of update calls with L. Despins, PH team, P. Linsey (NPM) regarding issues/task list and next steps | 2.50 | 1,850.00 | 4,625.00 |
| 09/20/2024 | DM26 | Update critical dates calendar and send outlook reminders (1.1); review upcoming filing deadlines and update working group re same (.3) | 1.40 | 565.00 | 791.00 |
| 09/20/2024 | DEB4 | Calls with L. Despins, PH team, and NPM regarding pending and upcoming case matters and related work streams | 2.90 | 1,395.00 | 4,045.50 |
| 09/20/2024 | JPK1 | Attend meetings with L. Despins, PH team, and P. Linsey (NPM) regarding chapter 11 case issues/tasks and upcoming investigations and litigation | 2.90 | 1,185.00 | 3,436.50 |
| 09/20/2024 | KC27 | Attend meetings with L. Despins, PH team, and P. Linsey regarding case updates and work streams | 2.90 | 1,185.00 | 3,436.50 |
| 09/20/2024 | LAD4 | Handle all hands calls with PH team (N. Bassett, A. Bongartz, S. Maza, D. Barron, K. Catalano, W. Farmer, L. Song, J. Kosciewicz) (2 calls) re: pending and upcoming matters | 2.90 | 1,975.00 | 5,727.50 |
| 09/20/2024 | LS26 | Participate in case management calls with L. Despins, PH team, and P. Linsey (NPM) | 2.90 | 985.00 | 2,856.50 |
| 09/20/2024 | NAB | Calls with L. Despins and PH team regarding strategy, open issues, tasks, dates, and deadlines (2.9); correspond with H. Claiborn regarding estate property issues (.1) | 3.00 | 1,835.00 | 5,505.00 |
| 09/20/2024 | SM29 | Calls with L. Despins and PH team re task list and open issues | 2.90 | 1,850.00 | 5,365.00 |
| 09/20/2024 | WCF | Calls with L. Despins and PH team regarding case issues/task list and next steps for research, investigation, and litigation | 2.90 | 1,390.00 | 4,031.00 |
| 09/22/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                  Page 6
50687-00001
Invoice No. 2429401

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/23/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2) | 0.80 | 565.00 | 452.00 |
| 09/23/2024 | LAD4 | Handle weekly NPM meeting with L. Song, N. Bassett | 0.70 | 1,975.00 | 1,382.50 |
| 09/23/2024 | LS26 | Review and revise case issues/task list | 0.50 | 985.00 | 492.50 |
| 09/23/2024 | LS26 | Participate in case update and management call with P. Linsey (NPM), D. Skalka (NPM), L. Despins, N. Bassett | 0.70 | 985.00 | 689.50 |
| 09/23/2024 | NAB | Call with L. Despins, L. Song, and P. Linsey (NPM) regarding case strategy and developments | 0.70 | 1,835.00 | 1,284.50 |
| 09/24/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2) | 0.80 | 565.00 | 452.00 |
| 09/24/2024 | ECS1 | Correspond with L. Song and D. Mohamed regarding pending and upcoming case matters and related deadlines | 0.20 | 1,270.00 | 254.00 |
| 09/25/2024 | DM26 | Update critical dates calendar and send outlook reminders (.9); review upcoming filing deadlines and update working group re same (.2) | 1.10 | 565.00 | 621.50 |
| 09/26/2024 | DM26 | Update critical dates calendar and send outlook reminders (1.0); review upcoming filing deadlines and update working group re same (.2) | 1.20 | 565.00 | 678.00 |
| 09/27/2024 | DM26 | Update critical dates calendar and send outlook reminders (.4); review upcoming filing deadlines and update working group re same (.2); revise notices of appearance for PH attorneys regarding District Court Case Nos. 24mc91 and 24mc92 (.8); file same via the Court's CM/ECF system (.7) | 2.10 | 565.00 | 1,186.50 |
| 09/27/2024 | LAD4 | Draft two lengthy common interest email updates to O'Melveny & committee counsel re: several case matters | 1.20 | 1,975.00 | 2,370.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok      Page 7
Kwok
50687-00001
Invoice No. 2429401

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/30/2024 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2) | 0.70 | 565.00 | 395.50 |
| 09/30/2024 | DEB4 | Conference with L. Song regarding case issues and related action items | 0.20 | 1,395.00 | 279.00 |
| 09/30/2024 | ECS1 | Correspond with L. Song regarding pending litigation and related deadlines | 0.10 | 1,270.00 | 127.00 |
| 09/30/2024 | LAD4 | Handle NPM weekly call with N. Bassett and L. Song | 0.30 | 1,975.00 | 592.50 |
| 09/30/2024 | LS26 | Call with L. Despins, N. Bassett, P. Linsey (NPM) and D. Skalka (NPM) regarding pending and upcoming case matters and litigation | 0.30 | 985.00 | 295.50 |
| 09/30/2024 | LS26 | Call with D. Barron regarding case issues and related work streams (0.2); follow up correspondence with D. Barron regarding same (0.2) | 0.40 | 985.00 | 394.00 |
| 09/30/2024 | NAB | Call with L. Despins, L. Song, and NPM regarding case issues, tasks, and strategy | 0.30 | 1,835.00 | 550.50 |
| | | **Subtotal: B110  Case Administration** | **74.40** | | **91,704.50** |

**B113  Pleadings Review**

| | | | | | |
|---|---|---|---|---|---|
| 09/03/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.9); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 2.30 | 565.00 | 1,299.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 8

50687-00001

Invoice No. 2429401

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/04/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.0); review related case dockets regarding recent filings (.5); review certain recent case documents and prepare same for attorney review (.4) | 2.30 | 565.00 | 1,299.50 |
| 09/05/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.5) | 2.20 | 565.00 | 1,243.00 |
| 09/06/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.8); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.5); review related case dockets regarding recent filings (.6); research certain case documents per attorney request (.6) | 3.50 | 565.00 | 1,977.50 |
| 09/09/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.8); review recent filings in certain adversary proceedings and district court cases and update working group re same (.9); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 2.60 | 565.00 | 1,469.00 |
| 09/10/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.9); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.6); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 3.30 | 565.00 | 1,864.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 9

50687-00001

Invoice No. 2429401

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/11/2024 | DM26 | Research regarding status report for Golden Spring (New York) Ltd. | 0.20 | 565.00 | 113.00 |
| 09/13/2024 | ML30 | Monitor open case dockets (.5); review recent filings and update working group re same (.4) | 0.90 | 565.00 | 508.50 |
| 09/14/2024 | ML30 | Monitor open case dockets (.8); review recent filings and update working group re same (.2) | 1.00 | 565.00 | 565.00 |
| 09/17/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.9); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.20 | 565.00 | 1,243.00 |
| 09/17/2024 | ML30 | Monitor open case dockets (.6); review recent filings and update working group re same (.4) | 1.00 | 565.00 | 565.00 |
| 09/18/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.8); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.4); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 3.10 | 565.00 | 1,751.50 |
| 09/19/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.9); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.3); review related case dockets regarding recent filings (.6); research certain case documents per attorney request (.6) | 3.40 | 565.00 | 1,921.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429401

Page 10

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/20/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.7); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.3); review related case dockets regarding recent filings (.6); research certain case documents per attorney request (.4) | 3.00 | 565.00 | 1,695.00 |
| 09/23/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.7); review recent filings in certain adversary proceedings and district court cases and update working group re same (.8); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.30 | 565.00 | 1,299.50 |
| 09/24/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.00 | 565.00 | 1,130.00 |
| 09/25/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.6); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.1); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 2.40 | 565.00 | 1,356.00 |
| 09/26/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.7); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5) | 1.90 | 565.00 | 1,073.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429401

Page 11

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/27/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.6); review recent filings in certain adversary proceedings and district court cases and update working group re same (.4); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 1.90 | 565.00 | 1,073.50 |
| 09/30/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.9); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 2.40 | 565.00 | 1,356.00 |
| | | **Subtotal: B113  Pleadings Review** | **43.90** | | **24,803.50** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/02/2024 | ECS1 | Review and revise agenda for 9/3 court hearing (.1); correspond with L. Despins regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 09/03/2024 | AB21 | Correspond with L. Despins regarding preparation for hearing on Compass retention application | 0.20 | 1,850.00 | 370.00 |
| 09/03/2024 | ECS1 | Correspond with L. Despins and M. Laskowski regarding 9/3 court hearing | 0.10 | 1,270.00 | 127.00 |
| 09/06/2024 | DM26 | Prepare agenda for 9/10/24 hearing | 0.70 | 565.00 | 395.50 |
| 09/06/2024 | ECS1 | Review and revise agenda for 9/10 court hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 09/09/2024 | NAB | Review pending matters and prepare outline for 9/10 hearing and status conference | 0.30 | 1,835.00 | 550.50 |
| 09/23/2024 | DM26 | Prepare agenda for 9/24/24 status conference | 0.50 | 565.00 | 282.50 |
| | | **Subtotal: B155  Court Hearings** | **2.20** | | **2,233.50** |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429401

Page 12

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|

**B160    Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/04/2024 | KAT2 | Prepare parts of sixth interim fee application (.5); correspond with C. Edge regarding same (.1) | 0.60 | 1,120.00 | 672.00 |
| 09/06/2024 | KAT2 | Prepare parts of sixth interim fee application, exhibits, and proposed order | 1.30 | 1,120.00 | 1,456.00 |
| 09/09/2024 | KAT2 | Correspond with C. Edge regarding information for sixth interim fee application | 0.20 | 1,120.00 | 224.00 |
| 09/10/2024 | AB21 | Call with C. Edge regarding finalizing PH April and May fee statements | 0.20 | 1,850.00 | 370.00 |
| 09/16/2024 | AB21 | Finalize PH April fee statement (0.9); finalize PH May fee statement (0.9); correspond with M. Laskowski regarding filing of same (0.1); correspond with notice parties regarding same (0.1); correspond with T. Goffredo regarding interim PH fee order (0.2) | 2.20 | 1,850.00 | 4,070.00 |
| 09/16/2024 | KAT2 | Review August fee matters and correspond with A. Bongartz regarding same | 0.30 | 1,120.00 | 336.00 |
| 09/16/2024 | ML30 | Correspond with A. Bongartz re monthly fee statements to be finalized and e-filed (.2); prepare two monthly fee statements to be e-filed (.4); review and e-file same (.3) | 0.90 | 565.00 | 508.50 |
| 09/23/2024 | KAT2 | Prepare parts of sixth interim fee application, exhibits, and proposed order (1.5); review and incorporate information from C. Edge regarding same (.2) | 1.70 | 1,120.00 | 1,904.00 |
| 09/26/2024 | AB21 | Call with E. Sutton regarding updates to parties in interest list | 0.10 | 1,850.00 | 185.00 |
| 09/26/2024 | ECS1 | Call with A. Bongartz regarding additional interested parties and disinterestedness | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429401

Page 13

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/27/2024 | ECS1 | Review emails and documents related to Trustee's and Paul Hastings' disinterestedness (.2); correspond with A. Bongartz regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 09/30/2024 | AB21 | Review PH June 2024 fee statement | 0.60 | 1,850.00 | 1,110.00 |
| 09/30/2024 | KAT2 | Prepare parts of sixth interim fee application, exhibits, and proposed order (1.1); prepare UST Appendix B information for August services and sixth interim fee application (.4); correspond with A. Bongartz regarding sixth interim fee application (.1) | 1.60 | 1,120.00 | 1,792.00 |
| | | **Subtotal: B160  Fee/Employment Applications** | **10.10** | | **13,135.50** |

**B165     Fee/Employment Applications for Other Professionals**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/03/2024 | AB21 | Correspond with L. Despins regarding retention of Cyprus counsel (0.2); review engagement letter (0.2); correspond with G. Middleton (CP Law) regarding same (0.2); call with E. Sutton regarding related retention application (0.1); revise same (0.1) | 0.80 | 1,850.00 | 1,480.00 |
| 09/03/2024 | ECS1 | Prepare retention application for Cypriot counsel (.5); call with A. Bongartz regarding same (.1); correspond with A. Bongartz regarding same (.1) | 0.70 | 1,270.00 | 889.00 |
| 09/04/2024 | AB21 | Correspond with G. Middleton (CP Law) regarding engagement letter (0.2); call with G. Middleton regarding same (0.2); correspond with L. Despins regarding same (0.1) | 0.50 | 1,850.00 | 925.00 |
| 09/04/2024 | AB21 | Call with E. Sutton regarding retention of Mauritius counsel | 0.10 | 1,850.00 | 185.00 |
| 09/04/2024 | ECS1 | Prepare retention application and declaration for Mauritius counsel (1.9); call with A. Bongartz regarding same (.1) | 2.00 | 1,270.00 | 2,540.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00001
Invoice No. 2429401

Page 14

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/05/2024 | AB21 | Correspond with B. Sewraj (GGBS) regarding potential Mauritius counsel (0.4); correspond with L. Despins regarding same (0.2); call with D. Barron regarding same (0.1); revise engagement letter (0.5); correspond with L. Despins regarding same (0.1); call with E. Sutton regarding preparing retention application (0.1) | 1.40 | 1,850.00 | 2,590.00 |
| 09/05/2024 | AB21 | Correspond with L. Despins and G. Middleton (CP Law) regarding CP Law engagement letter | 0.20 | 1,850.00 | 370.00 |
| 09/05/2024 | DEB4 | Call with A. Bongartz regarding documents for Mauritius counsel | 0.10 | 1,395.00 | 139.50 |
| 09/05/2024 | ECS1 | Prepare notice of Eisner rate increase (.2); call with A. Bongartz regarding Mauritius retention application and Eisner rate increase (.1) | 0.30 | 1,270.00 | 381.00 |
| 09/05/2024 | ECS1 | Prepare retention application for Mauritius counsel (1.0); correspond with A. Bongartz regarding same (.1) | 1.10 | 1,270.00 | 1,397.00 |
| 09/06/2024 | AB21 | Revise EA Group notice of rate increase | 0.20 | 1,850.00 | 370.00 |
| 09/06/2024 | ECS1 | Prepare notice of Eisner rate increase (.1); correspond with A. Bongartz regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 09/07/2024 | AB21 | Revise application to retain Mauritius counsel (0.4); correspond with L. Despins regarding same (0.1) | 0.50 | 1,850.00 | 925.00 |
| 09/07/2024 | AB21 | Correspond with L. Despins regarding notice of rate increase for EA Group | 0.10 | 1,850.00 | 185.00 |
| 09/09/2024 | DEB4 | Correspond with L. Despins regarding Mauritius counsel retention (0.1); correspond with Patrice Doger regarding same (0.2) | 0.30 | 1,395.00 | 418.50 |
| 09/09/2024 | DEB4 | Correspond with Cyprus counsel regarding Cyprus application issues (0.5); correspond with E. Sutton regarding same (0.2); revise Cyprus affidavit (2.4) | 3.10 | 1,395.00 | 4,324.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429401

Page 15

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/10/2024 | AB21 | Finalize EA Group notice of rate increase and correspond with D. Mohamed regarding filing | 0.10 | 1,850.00 | 185.00 |
| 09/10/2024 | DM26 | File via the Court's CM/ECF system notice of change in hourly rates of Eisner Advisory Group (.2); prepare and effectuate service regarding same (.3) | 0.50 | 565.00 | 282.50 |
| 09/11/2024 | AB21 | Review draft retention application (Winne Banta) (0.1); correspond with P. Linsey (NPM) regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 09/11/2024 | AB21 | Correspond with M. Reilly (Sotheby's) regarding updated engagement letter (0.1); revise same (0.6); correspond with L. Despins regarding same (0.1); call with E. Sutton regarding amendment to retention order (0.1) | 0.90 | 1,850.00 | 1,665.00 |
| 09/11/2024 | ECS1 | Prepare motion to amend Sotheby's retention order (2.0); call with A. Bongartz regarding same (.1) | 2.10 | 1,270.00 | 2,667.00 |
| 09/12/2024 | AB21 | Call and correspond with E. Sutton regarding motion to amend Sotheby's retention order | 0.10 | 1,850.00 | 185.00 |
| 09/12/2024 | ECS1 | Prepare motion to amend Sotheby's retention order (.7); call and correspond with A. Bongartz regarding same (.1) | 0.80 | 1,270.00 | 1,016.00 |
| 09/16/2024 | AB21 | Correspond with M. Ghesquire (Sotheby's) regarding engagement letter (0.1); correspond with M. Cyganowski (sales officer) regarding same (0.1); correspond with S. Boardman (Sotheby's) regarding same (0.1); revise motion to amend Sotheby's retention order (0.8); correspond with M. Augustine (counsel to Sotheby's) regarding same (0.1) | 1.20 | 1,850.00 | 2,220.00 |
| 09/16/2024 | AB21 | Correspond with L. Despins regarding retention of Cyprus counsel (0.1); call with D. Barron regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429401

Page 16

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/16/2024 | DEB4 | Review and comment on ENS Africa engagement letter (0.7); correspond with T. Koenig regarding same (0.3); correspond with L. Despins regarding same (0.3); conference with A. Bongartz regarding same (0.1) | 1.40 | 1,395.00 | 1,953.00 |
| 09/17/2024 | AB21 | Finalize Sotheby's engagement letter and related documents (0.3); correspond with M. Cyganowski (sales officer) regarding same (0.1); correspond with M. Ghesquire (Sotheby's) and M. Augustine (counsel to Sotheby's) regarding same (0.2); revise related retention application (0.1) | 0.70 | 1,850.00 | 1,295.00 |
| 09/17/2024 | AB21 | Revise ENS engagement letter (0.5); calls with D. Barron regarding same (0.2); correspond with T. Koenig (ENS) regarding same (0.2); call with E. Sutton regarding related retention application (0.1) | 1.00 | 1,850.00 | 1,850.00 |
| 09/17/2024 | DEB4 | Correspond with A. Bongartz regarding foreign counsel retention issues (0.1); calls with A. Bongartz regarding same (0.2); correspond with E. Sutton regarding confidentiality issues (0.2); correspond with L. Despins regarding same (0.1); correspond with Cyprus counsel regarding same (0.1) | 0.70 | 1,395.00 | 976.50 |
| 09/17/2024 | ECS1 | Prepare retention application for Mauritius counsel (1.2); call with A. Bongartz regarding same (.1); correspond with A. Bongartz regarding same (.1) | 1.40 | 1,270.00 | 1,778.00 |
| 09/18/2024 | AB21 | Revise ENS engagement letter (0.2); correspond with L. Despins and T. Koenig (ENS) regarding same (0.2); revise related retention application (0.3) | 0.70 | 1,850.00 | 1,295.00 |
| 09/18/2024 | AB21 | Finalize motion to amend Sotheby's retention order (0.1); correspond with D. Mohamed regarding filing of same (0.1) | 0.20 | 1,850.00 | 370.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

50687-00001

Invoice No. 2429401

Page 17

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/18/2024 | DM26 | Revise and file via the Court's CM/ECF system Genever US motion amending Sotheby's retention order (.3); prepare and effectuate service regarding same (.3) | 0.60 | 565.00 | 339.00 |
| 09/19/2024 | AB21 | Review revised draft of ENS retention application (0.1); correspond with T. Koenig (ENS) regarding same and engagement letter (0.1); correspond with G. Middleton (CP Law) regarding CP law retention application (0.1); revise same (0.1) | 0.40 | 1,850.00 | 740.00 |
| 09/22/2024 | AB21 | Correspond with P. Doger de Speville (De Speville) regarding engagement letter and retention | 0.30 | 1,850.00 | 555.00 |
| 09/23/2024 | AB21 | Finalize CP Law retention application (0.1); correspond with D. Mohamed regarding filing and service of same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 09/23/2024 | DM26 | File via the Court's CM/ECF system application to employ Chryssafinis & Polyviou (.2); prepare and effectuate service regarding same (.3) | 0.50 | 565.00 | 282.50 |
| 09/25/2024 | AB21 | Join in portion of call with L. Despins and De Speville-Desvaux regarding engagement letter | 0.20 | 1,850.00 | 370.00 |
| 09/25/2024 | LAD4 | Call with A. Bongartz (portion) and De Speville-Desvaux (Mauritius counsel) re: retention issues | 0.30 | 1,975.00 | 592.50 |
| 09/26/2024 | AB21 | Revise De Speville-Desvaux engagement letter (0.1); correspond with P. de Speville regarding same (0.1); correspond with L. Despins regarding related retention application (0.1) | 0.30 | 1,850.00 | 555.00 |
| 09/26/2024 | AB21 | Prepare Kroll August fee statement notice (0.1); review related invoice (0.3); correspond with D. Mohamed regarding filing of same (0.1); correspond with notice parties regarding same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 09/26/2024 | AB21 | Prepare notice of Acheson invoice (0.2); correspond with D. Mohamed regarding filing of same (0.1) | 0.30 | 1,850.00 | 555.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429401

Page 18

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/26/2024 | DM26 | File via the Court's CM/ECF system invoices of Acheson Doyle Partners for August 2024 (.2); prepare and effectuate service regarding same (.3); file via the Court's CM/ECF system Kroll's monthly fee statement for August 2024 (.2 | 0.70 | 565.00 | 395.50 |
| 09/27/2024 | AB21 | Call with E. Sutton regarding Mauritius counsel retention applications (0.1); correspond with E. Sutton regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 09/27/2024 | ECS1 | Prepare retention applications for Mauritius attorneys and Mauritius barristers (2.3); call with A. Bongartz regarding same (.1); correspond with A. Bongartz regarding same (.1) | 2.50 | 1,270.00 | 3,175.00 |
| 09/28/2024 | AB21 | Revise retention applications and related declarations for Mauritius counsel and barristers | 0.70 | 1,850.00 | 1,295.00 |
| 09/29/2024 | AB21 | Correspond with T. Koenig (ENS) regarding ENS retention application (0.3); correspond with P. Doger de Speville regarding barrister retention application (0.3) | 0.60 | 1,850.00 | 1,110.00 |
| 09/30/2024 | AB21 | Correspond with T. Koenig (ENS) regarding ENS retention application | 0.20 | 1,850.00 | 370.00 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **32.40** | | **48,036.00** |

**B195    Non-Working Travel**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/11/2024 | NAB | Non-working travel from New York to D.C. after meeting (bill at 1/2 rate) | 1.50 | 917.50 | 1,376.25 |
| 09/24/2024 | LAD4 | Travel to and from Bridgeport court (bill at 1/2 rate) | 1.00 | 987.50 | 987.50 |
| 09/26/2024 | NAB | Non-working return travel from New York to DC (bill at 1/2 rate) | 2.50 | 917.50 | 2,293.75 |
| | | **Subtotal: B195  Non-Working Travel** | **5.00** | | **4,657.50** |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 19

50687-00001

Invoice No. 2429401

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B210** | **Business Operations** | | | | |
| 09/03/2024 | AB21 | Correspond with T. Sadler regarding next round of wire transfers | 0.10 | 1,850.00 | 185.00 |
| 09/03/2024 | DM26 | Prepare draft wire transfers for certain service providers of the Trustee | 0.60 | 565.00 | 339.00 |
| 09/03/2024 | TS21 | Correspond with D. Mohamed and A. Bongartz re wire transfers | 0.40 | 1,365.00 | 546.00 |
| 09/04/2024 | AB21 | Correspond with T. Sadler regarding wire transfer to Prager | 0.10 | 1,850.00 | 185.00 |
| 09/04/2024 | TS21 | Review and revise wire transfer forms (.5); correspond with L. Despins and East West Bank re same (.2) | 0.70 | 1,365.00 | 955.50 |
| 09/09/2024 | AB21 | Correspond with T. Sadler regarding wire transfers | 0.20 | 1,850.00 | 370.00 |
| 09/09/2024 | DM26 | Prepare draft wire transfer for Hawkeye | 0.10 | 565.00 | 56.50 |
| 09/09/2024 | TS21 | Correspond with D. Mohamed and A. Bongartz re wire transfers | 0.40 | 1,365.00 | 546.00 |
| 09/10/2024 | DM26 | Prepare draft wire transfers for certain vendors on behalf of Trustee | 0.60 | 565.00 | 339.00 |
| 09/10/2024 | TS21 | Review and revise wire, ACH, and check payments (1.6); correspond with L. Despins and W. Sherman (NPM) re same (.5) | 2.10 | 1,365.00 | 2,866.50 |
| 09/16/2024 | AB21 | Correspond with T. Sadler regarding next round of wire transfers | 0.10 | 1,850.00 | 185.00 |
| 09/17/2024 | TS21 | Review and revise wire transfer forms (.5); correspond with L. Despins, A. Bongartz and East West Bank re same (.3) | 0.80 | 1,365.00 | 1,092.00 |
| 09/18/2024 | TS21 | Correspond with East West Bank re wire transfer forms and monthly statements | 0.40 | 1,365.00 | 546.00 |
| 09/23/2024 | DM26 | Prepare draft wire transfers for certain vendors of the Trustee | 0.30 | 565.00 | 169.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429401

Page 20

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/24/2024 | TS21 | Review wire transfer forms (.2); correspond with L. Despins and D. Mohamed re same (.2) | 0.40 | 1,365.00 | 546.00 |
| 09/26/2024 | AB21 | Correspond with T. Sadler regarding new wire transfers | 0.30 | 1,850.00 | 555.00 |
| 09/27/2024 | AB21 | Correspond with L. Despins regarding wire transfer to Cyprus (0.1); correspond with T. Sadler regarding same (0.1); correspond with G. Middleton (CP Law) regarding same (0.1) | 0.30 | 1,850.00 | 555.00 |
| 09/27/2024 | DM26 | Prepare draft wire transfers for certain vendors and retained professionals on behalf of the Trustee | 0.80 | 565.00 | 452.00 |
| 09/27/2024 | TS21 | Correspond with D. Mohamed re wires for Hawk Eye and Cyprus | 0.20 | 1,365.00 | 273.00 |
| | | **Subtotal: B210  Business Operations** | **8.90** | | **10,762.00** |

**B211    Financial Reports (Monthly Operating Reports)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/20/2024 | DEB4 | Correspond with T. Sadler regarding MORs | 0.20 | 1,395.00 | 279.00 |
| 09/20/2024 | TS21 | Draft August monthly operating report (2.1); correspond with D. Barron re same (.3) | 2.40 | 1,365.00 | 3,276.00 |
| 09/22/2024 | DEB4 | Analyze documents related to MOR (0.5); correspond with T. Sadler regarding same (0.2); correspond with P. Linsey (NPM) regarding same (0.2) | 0.90 | 1,395.00 | 1,255.50 |
| 09/23/2024 | DM26 | File via the Court's CM/ECF system monthly operating report for 8/31/24 on behalf of the Trustee | 0.20 | 565.00 | 113.00 |
| 09/23/2024 | DEB4 | Correspond with D. Skalka (NPM) regarding MOR | 0.10 | 1,395.00 | 139.50 |
| 09/23/2024 | TS21 | Correspond with D. Barron and L. Despins regarding August monthly operating report | 0.50 | 1,365.00 | 682.50 |
| | | **Subtotal: B211  Financial Reports (Monthly Operating Reports)** | **4.30** | | **5,745.50** |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 21

50687-00001

Invoice No. 2429401

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B310** | | **Claims Administration and Objections** | | | |
| 09/08/2024 | DEB4 | Correspond with L. Song regarding claimant inquiry | 0.20 | 1,395.00 | 279.00 |
| 09/08/2024 | LS26 | Respond to email inquiries re proof of claim filing (0.4); correspond with D. Barron regarding same (0.2) | 0.60 | 985.00 | 591.00 |
| 09/23/2024 | DEB4 | Correspond with L. Song regarding claimant inquiry | 0.20 | 1,395.00 | 279.00 |
| | | **Subtotal: B310  Claims Administration and Objections** | **1.00** | | **1,149.00** |
| **B320** | | **Plan and Disclosure Statement (including Business Plan)** | | | |
| 09/30/2024 | KC27 | Analyze disclosure statement and plan precedent | 0.70 | 1,185.00 | 829.50 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **0.70** | | **829.50** |
| | **Total** | | **182.90** | | **203,056.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 8.70 | 1,975.00 | 17,182.50 |
| LAD4 | Luc A. Despins | Partner | 1.00 | 987.50 | 987.50 |
| NAB | Nicholas A. Bassett | Partner | 7.40 | 1,835.00 | 13,579.00 |
| NAB | Nicholas A. Bassett | Partner | 4.00 | 917.50 | 3,670.00 |
| AB21 | Alex Bongartz | Of Counsel | 22.60 | 1,850.00 | 41,810.00 |
| SM29 | Shlomo Maza | Of Counsel | 3.50 | 1,850.00 | 6,475.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 5.70 | 1,120.00 | 6,384.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429401

Page 22

| DEB4 | Douglass E. Barron | Associate | 13.20 | 1,395.00 | 18,414.00 |
| WCF | Will C. Farmer | Associate | 2.90 | 1,390.00 | 4,031.00 |
| TS21 | Tess Sadler | Associate | 8.30 | 1,365.00 | 11,329.50 |
| ECS1 | Ezra C. Sutton | Associate | 13.20 | 1,270.00 | 16,764.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 3.00 | 1,185.00 | 3,555.00 |
| KC27 | Kristin Catalano | Associate | 3.60 | 1,185.00 | 4,266.00 |
| LS26 | Luyi Song | Associate | 14.60 | 985.00 | 14,381.00 |
| ML30 | Mat Laskowski | Paralegal | 4.90 | 565.00 | 2,768.50 |
| DM26 | David Mohamed | Paralegal | 66.30 | 565.00 | 37,459.50 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/04/2024 | Photocopy Charges | 120.00 | 0.08 | 9.60 |
| 09/10/2024 | Photocopy Charges | 60.00 | 0.08 | 4.80 |
| 09/18/2024 | Photocopy Charges | 340.00 | 0.08 | 27.20 |
| 09/23/2024 | Photocopy Charges | 920.00 | 0.08 | 73.60 |
| 09/26/2024 | Photocopy Charges | 200.00 | 0.08 | 16.00 |
| 09/03/2024 | Computer Search (Other) | | | 20.43 |
| 09/04/2024 | Westlaw | | | 90.56 |
| 09/04/2024 | Computer Search (Other) | | | 12.69 |
| 09/05/2024 | Postage/Express Mail - First Class - US; | | | 27.00 |
| 09/05/2024 | Postage/Express Mail - International; | | | 6.30 |
| 09/05/2024 | Computer Search (Other) | | | 16.20 |
| 09/06/2024 | Computer Search (Other) | | | 61.29 |
| 09/07/2024 | Westlaw | | | 51.74 |
| 09/07/2024 | Computer Search (Other) | | | 9.00 |
| 09/08/2024 | Computer Search (Other) | | | 1.98 |
| 09/09/2024 | Computer Search (Other) | | | 25.02 |
| 09/10/2024 | Airfare - Nick Bassett; 08/26/2024; From/To: DCA/LGA; Airfare Class: Economy; Travel to New York in preparation for a settlement meeting. | | | 726.95 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                                   Page 23
Kwok
50687-00001
Invoice No. 2429401

| | | |
|---|---|---|
| 09/10/2024 | Travel Expense - Meals - Nick Bassett; 08/28/2024; Restaurant: Peets Coffee; City: New York; Breakfast; Number of people: 1; Travel to New York in preparation for a settlement meeting. | 8.15 |
| 09/10/2024 | Taxi/Ground Transportation - Nick Bassett; 08/28/2024; From/To: PH NY/LGA; Service Type: Uber; Time: 17:33; Travel to New York in preparation for a settlement meeting. | 103.12 |
| 09/10/2024 | Taxi/Ground Transportation - Nick Bassett; 08/28/2024; From/To: home/airport; Service Type: Uber; Time: 06:05; Travel to New York in preparation for a settlement meeting. | 29.38 |
| 09/10/2024 | Taxi/Ground Transportation - Nick Bassett; 08/28/2024; From/To: Airport/Home; Service Type: Uber; Time: 22:37; Travel to New York in preparation for a settlement meeting. | 39.55 |
| 09/10/2024 | Taxi/Ground Transportation - Skyline Credit Ride, Inc. (USD) (JPMSUA); Invoice # 6161729 dated 09/30/2024; Service Type: Car; From/To: M, 200 Park Avenue/home; Passenger David Mohamed; Ticket # 227121 dated 09/10/2024 00:06 | 57.67 |
| 09/10/2024 | Taxi/Ground Transportation - Nick Bassett; 08/28/2024; From/To: LGA/PH NY; Service Type: Uber; Time: 08:30; Travel to New York in preparation for a settlement meeting. | 92.90 |
| 09/10/2024 | Postage/Express Mail - First Class - US; | 27.00 |
| 09/10/2024 | Postage/Express Mail - International; | 6.30 |
| 09/10/2024 | Computer Search (Other) | 54.36 |
| 09/11/2024 | Westlaw | 181.13 |
| 09/11/2024 | Computer Search (Other) | 0.27 |
| 09/12/2024 | Westlaw | 30.19 |
| 09/12/2024 | Computer Search (Other) | 12.60 |
| 09/13/2024 | Westlaw | 181.13 |
| 09/13/2024 | Computer Search (Other) | 4.05 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429401

Page 24

| | | |
|---|---|---|
| 09/14/2024 | Taxi/Ground Transportation - Leo Tsao; 09/11/2024; From/To: hotel/airport; Service Type: Uber; Time: 15:32; Uber expense for New York travel regarding Ho Wan Kwok matters | 118.32 |
| 09/14/2024 | Taxi/Ground Transportation - Leo Tsao; 09/11/2024; From/To: airport/home; Service Type: Uber; Time: 18:34; Uber expense for New York travel regarding Ho Wan Kwok matters | 69.97 |
| 09/16/2024 | Westlaw | 30.19 |
| 09/17/2024 | Computer Search (Other) | 11.97 |
| 09/18/2024 | Postage/Express Mail - First Class - US; | 31.86 |
| 09/18/2024 | Postage/Express Mail - International; | 8.96 |
| 09/18/2024 | Westlaw | 30.19 |
| 09/18/2024 | Computer Search (Other) | 33.39 |
| 09/19/2024 | Westlaw | 60.37 |
| 09/19/2024 | Computer Search (Other) | 21.06 |
| 09/20/2024 | Airfare - Leo Tsao; 09/08/2024; From/To: DCA/LGA; Airfare Class: Economy; Travel related expenses to New York regarding Ho Wan Kwok matters | 491.94 |
| 09/20/2024 | Lodging - Leo Tsao; 09/11/2024; Hotel: Residence Inn; _New York; Check-in date: 09/10/2024; Check-out date: 09/11/2024; Travel related expenses to New York regarding Ho Wan Kwok matters | 675.64 |
| 09/20/2024 | Taxi/Ground Transportation - Leo Tsao; 09/10/2024; From/To: home/airport; Service Type: Uber; Time: 21:04; Travel related expenses to New York regarding Ho Wan Kwok matters | 54.26 |
| 09/20/2024 | Taxi/Ground Transportation - Leo Tsao; 09/10/2024; From/To: airport/hotel; Service Type: Uber; Time: 23:30; Travel related expenses to New York regarding Ho Wan Kwok matters | 73.86 |
| 09/20/2024 | Computer Search (Other) | 20.88 |
| 09/22/2024 | Computer Search (Other) | 10.62 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 25

50687-00001

Invoice No. 2429401

| | | |
|---|---|---|
| 09/23/2024 | Postage/Express Mail - International; | 14.22 |
| 09/23/2024 | Postage/Express Mail - First Class - US; | 41.58 |
| 09/23/2024 | Computer Search (Other) | 9.90 |
| 09/24/2024 | Computer Search (Other) | 10.53 |
| 09/25/2024 | Computer Search (Other) | 20.34 |
| 09/26/2024 | Postage/Express Mail - First Class - US; | 31.86 |
| 09/26/2024 | Postage/Express Mail - International; | 8.96 |
| 09/26/2024 | Computer Search (Other) | 0.18 |
| 09/26/2024 | Computer Search (Other) | 14.31 |
| 09/27/2024 | Computer Search (Other) | 20.88 |
| 09/28/2024 | Computer Search (Other) | 44.82 |
| 09/29/2024 | Computer Search (Other) | 24.03 |
| 09/30/2024 | Computer Search (Other) | 22.95 |
| **Total Costs incurred and advanced** | | **$4,016.20** |
| | **Current Fees and Costs** | **$207,072.70** |
| | **Total Balance Due - Due Upon Receipt** | **$207,072.70** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429402

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $221,738.00 |
| Costs incurred and advanced | 36,107.12 |
| **Current Fees and Costs Due** | **$257,845.12** |
| **Total Balance Due – Due Upon Receipt** | **$257,845.12** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*__TO PROTECT AGAINST FRAUD__, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429402

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $221,738.00 |
| Costs incurred and advanced | 36,107.12 |
| **Current Fees and Costs Due** | **$257,845.12** |
| **Total Balance Due - Due Upon Receipt** | **$257,845.12** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429402

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## Asset Recovery Investigation and Litigation

$221,738.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 09/03/2024 | DEB4 | Correspond with E. Sutton regarding service issues (0.1); analyze correspondence from P. Linsey (NPM) regarding jurisdiction issues (0.2) | 0.30 | 1,395.00 | 418.50 |
| 09/04/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.3); correspond with N. Bassett regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 09/04/2024 | NAB | Review SEC action filing regarding William Je | 0.10 | 1,835.00 | 183.50 |
| 09/05/2024 | KC27 | Analyze case law regarding personal jurisdiction (4.0); summarize findings on same (.9); correspond with P. Linsey regarding same (.1) | 5.00 | 1,185.00 | 5,925.00 |
| 09/06/2024 | DEB4 | Correspond with E. Sutton, K. Catalano, and J. Kosciewicz regarding FRCP issues (0.1); analyze same (0.5); correspond with N. Bassett regarding same (0.3) | 0.90 | 1,395.00 | 1,255.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 2
50687-00002
Invoice No. 2429402

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/06/2024 | ECS1 | Review issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.1); correspond with E. Ring (Ancillary) regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 09/06/2024 | KC27 | Analyze case law regarding minimum contacts (4.2); summarize findings on same (1.5); correspond with N. Bassett and P. Linsey regarding same (.1) | 5.80 | 1,185.00 | 6,873.00 |
| 09/08/2024 | DM26 | Update appeals tracking chart | 0.80 | 565.00 | 452.00 |
| 09/09/2024 | ECS1 | Review issue regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings | 0.10 | 1,270.00 | 127.00 |
| 09/09/2024 | NAB | Correspond with P. Linsey (NPM) regarding case procedural issues | 0.20 | 1,835.00 | 367.00 |
| 09/10/2024 | DEB4 | Correspond with Herve Duval regarding potential Mauritius representation | 0.20 | 1,395.00 | 279.00 |
| 09/10/2024 | DEB4 | Correspond with A. de Quincey regarding William Je UK filings (0.1); correspond with L. Despins regarding same (0.1) | 0.20 | 1,395.00 | 279.00 |
| 09/10/2024 | ECS1 | Review issue related to service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.1); correspond with K. Mitchell (NPM) regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 09/11/2024 | DEB4 | Correspond with A. de Quincey and P. Linsey (NPM) regarding UK airplane issues (0.2); correspond with E. Sutton regarding motorcycle (0.1); correspond with L. Song regarding government exhibits (0.2) | 0.50 | 1,395.00 | 697.50 |
| 09/11/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.3); correspond with K. Mitchell (NPM) regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 09/11/2024 | ECS1 | Correspond with L. Despins and D. Barron regarding transfer of title of estate property to Debtor alter ego or new estate entity | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok     Page 3
50687-00002
Invoice No. 2429402

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/11/2024 | NAB | Prepare proposed orders for motions for default judgment following status conference (.3); correspond with P. Linsey (NPM) regarding same (.1) | 0.40 | 1,835.00 | 734.00 |
| 09/12/2024 | JPK1 | Correspond with E. Sutton regarding foreign UK order regarding recognition of Trustee | 0.20 | 1,185.00 | 237.00 |
| 09/13/2024 | ECS1 | Review issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.2); correspond with K. Mitchell (NPM) and D. Barron regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 09/13/2024 | ECS1 | Review and comment on transfer of Ducati title to Debtor's estate (.1); review documents in connection with same (.1); call with Anthony (NY Tag & Title) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 09/13/2024 | NAB | Call with L. Despins, D. Barron, P. Linsey (NPM) and UK counsel regarding UK litigation efforts | 0.50 | 1,835.00 | 917.50 |
| 09/16/2024 | DEB4 | Prepare memo regarding foreign pleadings | 2.30 | 1,395.00 | 3,208.50 |
| 09/16/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.2); correspond with E. Ring (Ancillary) regarding same (.2); correspond with L. Song and K. Mitchell (NPM) regarding same (.2) | 0.60 | 1,270.00 | 762.00 |
| 09/17/2024 | NAB | Correspond with UK counsel regarding legal issues related to aircraft recovery (.3); correspond with S. Maza regarding property of the estate recovery issues and updates (.1) | 0.40 | 1,835.00 | 734.00 |
| 09/20/2024 | DEB4 | Correspond with N. Bassett regarding third party complaint (0.2); correspond with P. Linsey (NPM) regarding stipulation (0.1); correspond with L. Despins regarding nominee agreement (0.1) | 0.40 | 1,395.00 | 558.00 |
| 09/22/2024 | DM26 | Update appeals tracking chart | 1.50 | 565.00 | 847.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429402

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/22/2024 | KC27 | Correspond with S. Maza regarding authority on right to jury trial | 0.10 | 1,185.00 | 118.50 |
| 09/24/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.3); correspond with M. Sanchez (Ancillary) regarding same (.1); correspond with K. Mitchell (NPM) regarding same (.2); correspond with M. Rubinfeld and G. Selva regarding same (.2); correspond with N. Bassett and D. Barron regarding service of foreign defendant and related service information (.2); analyze authority regarding same (.3) | 1.30 | 1,270.00 | 1,651.00 |
| 09/24/2024 | GS12 | Review and comment on service packets for UK defendants in Trustee actions | 1.00 | 565.00 | 565.00 |
| 09/25/2024 | DEB4 | Conference with E. Sutton regarding service issues (0.3); correspond with E. Sutton and N. Bassett regarding same (0.4); correspond with A. Bongartz regarding same (0.3) | 1.00 | 1,395.00 | 1,395.00 |
| 09/25/2024 | ECS1 | Analyze issues relating to ███████ ███████ (1.2); call with D. Barron regarding same (.3); correspond with D. Barron, N. Bassett and L. Despins regarding same (.4) | 1.90 | 1,270.00 | 2,413.00 |
| 09/26/2024 | DEB4 | Correspond with L. Despins regarding Haoran He (0.2); correspond with P. Linsey (NPM) regarding privilege issues (0.2); correspond with E. Sutton regarding service issues (0.2) | 0.60 | 1,395.00 | 837.00 |
| 09/26/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.2); correspond with K. Mitchell (NPM) regarding same (.1); correspond with M. Rubinfeld regarding same (.2) | 0.50 | 1,270.00 | 635.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429402

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/26/2024 | ECS1 | Correspond with Pallas Partners regarding ▆▆▆▆ (.9); correspond with D. Barron regarding same (.2) | 1.10 | 1,270.00 | 1,397.00 |
| 09/26/2024 | ECS1 | Meeting with ▆▆▆▆ and N. Bassett regarding ▆▆▆▆ (3.0); conference with N. Bassett regarding prep for same (.3); review documents in prep for meeting (.5); post-meeting discussion with N. Bassett regarding certain RICO claims (.2) | 4.00 | 1,270.00 | 5,080.00 |
| 09/27/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding Hamilton (0.1); correspond with E. Sutton and P. Linsey regarding G Club (0.2) | 0.30 | 1,395.00 | 418.50 |
| 09/27/2024 | ECS1 | Correspond with Pallas Partners regarding service of parties whose country of residence may have changed (.1); correspond with L. Song regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 09/29/2024 | DM26 | Update appeals tracking chart | 0.70 | 565.00 | 395.50 |
| 09/30/2024 | ECS1 | Review service of foreign defendants in avoidance actions (.1); correspond with E. Ring (Ancillary) regarding same (.1); correspond with K. Mitchell (NPM) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 09/30/2024 | NAB | Correspond with P. Linsey (NPM) regarding upcoming hearing (.1); review notes from meeting with defense counsel (.2) | 0.30 | 1,835.00 | 550.50 |
| 09/30/2024 | NAB | Review Judge Dooley decision in preliminary injunction appeal (.5); correspond with L. Despins regarding same (.1) | 0.60 | 1,835.00 | 1,101.00 |
| | | **Subtotal: B191  General Litigation** | **36.30** | | **44,587.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 6

50687-00002
Invoice No. 2429402

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B195** | **Non-Working Travel** | | | | |
| 09/10/2024 | NAB | Travel to New York for meeting with informant (bill at 1/2 rate) | 2.80 | 917.50 | 2,569.00 |
| 09/26/2024 | ECS1 | Travel to and from meeting with Hecker Fink regarding A. Hadjicharalambous (bill at 1/2 rate) | 0.90 | 635.00 | 571.50 |
| | | **Subtotal: B195  Non-Working Travel** | **3.70** | | **3,140.50** |
| **B261** | **Investigations** | | | | |
| 09/02/2024 | LS26 | Correspond with D. Barron re investigation issues and workstreams | 0.20 | 985.00 | 197.00 |
| 09/03/2024 | DEB4 | Correspond with L. Song regarding Mileson/Wiliam Je documents (0.3); correspond with L. Song regarding informant (0.1) | 0.40 | 1,395.00 | 558.00 |
| 09/03/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.30 | 1,270.00 | 381.00 |
| 09/03/2024 | ECS1 | Prepare outline and documents for ███████████ (.9); review filings, transcripts, and documents in connection with same (1.0); correspond with D. Barron regarding same (.1); correspond with L. Song and S. Kim regarding same (.2) | 2.20 | 1,270.00 | 2,794.00 |
| 09/03/2024 | LS26 | Review public information about the Debtor (0.5); correspond with S. Kim regarding ███████████ (0.1) | 0.60 | 985.00 | 591.00 |
| 09/03/2024 | NAB | Correspond with J. Bach (M. Francis counsel) regarding Rule 2004 depositions and scheduling of same | 0.40 | 1,835.00 | 734.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429402

Page 7

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/03/2024 | SK35 | Correspond with L. Song and E. Sutton regarding ▇▇▇▇ | 0.40 | 985.00 | 394.00 |
| 09/04/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee | 0.10 | 1,270.00 | 127.00 |
| 09/04/2024 | ECS1 | Continue preparing outline and documents for ▇▇▇▇ (.4); review filings, transcripts, and documents in connection with same (.5) | 0.90 | 1,270.00 | 1,143.00 |
| 09/04/2024 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.50 | 1,270.00 | 635.00 |
| 09/04/2024 | ECS1 | Prepare documents relating to transfer of title of Ducati motorcycle to Trustee (.7); correspond with L. Despins and D. Barron regarding same (.2) | 0.90 | 1,270.00 | 1,143.00 |
| 09/04/2024 | NAB | Review pending discovery matters | 0.20 | 1,835.00 | 367.00 |
| 09/05/2024 | AB21 | Call with S. Thorp (Harneys Legal) regarding update on BVI investigation and related matters (0.7); analyze issues for same (0.2) | 0.90 | 1,850.00 | 1,665.00 |
| 09/05/2024 | DEB4 | Participate in weekly call with Kroll, L. Despins, N. Bassett, and L. Song regarding financial investigation (0.7); correspond with P. Linsey (NPM) regarding bank information (0.4); correspond with N. Bassett regarding Cirrus jet (0.2); correspond with A. Lomas regarding HCHK finances (0.1) | 1.40 | 1,395.00 | 1,953.00 |
| 09/05/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429402

Page 8

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/05/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee (.3); update tracker summarizing same (.1); correspond with D. Barron regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 09/05/2024 | ECS1 | Review documents related to ▮▮▮▮▮ | 0.10 | 1,270.00 | 127.00 |
| 09/05/2024 | LAD4 | Handle weekly Kroll investigation update call with L. Song, D. Barron, N. Bassett | 0.70 | 1,975.00 | 1,382.50 |
| 09/05/2024 | LS26 | Conference with L. Despins, N. Bassett, D. Barron, P. Linsey (NPM), and Kroll regarding investigation update (0.7); call and correspond with P. Linsey regarding HK restraint order (0.3) | 1.00 | 985.00 | 985.00 |
| 09/05/2024 | NAB | Call with L. Despins, D. Barron, L. Song, P. Linsey (NPPM), and Kroll regarding investigation updates and strategy (.7); follow-up emails with Kroll regarding same (.1); correspond with L. Song regarding discovery updates and data from devices collected in Rule 2004 discovery (.2) | 1.00 | 1,835.00 | 1,835.00 |
| 09/08/2024 | DEB4 | Correspond with L. Despins and L. Song regarding potential Kwok supporter (0.2); analyze documents related to same (0.4); correspond with L. Despins regarding ▮▮▮▮▮ (0.2) | 0.80 | 1,395.00 | 1,116.00 |
| 09/09/2024 | DM26 | Email United Corporate Services and E. Sutton regarding Golden Spring (New York) Ltd.'s corporate documents | 0.20 | 565.00 | 113.00 |
| 09/09/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding litigation funding agreements (0.3); analyze documents related to same (0.5) | 0.80 | 1,395.00 | 1,116.00 |
| 09/09/2024 | DEB4 | Correspond with L. Song regarding investigation issues/task list | 0.50 | 1,395.00 | 697.50 |
| 09/09/2024 | ECS1 | Summarize discussions with ▮▮▮▮▮ regarding ▮▮▮▮▮ for W. Farmer | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 9

50687-00002
Invoice No. 2429402

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/09/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.10 | 1,270.00 | 127.00 |
| 09/09/2024 | ECS1 | Review ████████ production and correspondence for confidentiality (.4); correspond with P. Linsey (NPM) re same (.1) | 0.50 | 1,270.00 | 635.00 |
| 09/09/2024 | ECS1 | Review and advise on transfer of Ducati title to Debtor's estate via DMV expediting service (.5); correspond with D. Barron and L. Despins regarding same (.2); review documents in connection with same (.3) | 1.00 | 1,270.00 | 1,270.00 |
| 09/09/2024 | JPK1 | Correspond with N. Bassett regarding M. Francis Rule 2004 deposition | 0.10 | 1,185.00 | 118.50 |
| 09/09/2024 | NAB | Prepare topics for Rule 2004 depositions and email with J. Kosciewicz regarding same | 0.20 | 1,835.00 | 367.00 |
| 09/10/2024 | AB21 | Correspond with L. Despins regarding BVI disclosure application (0.1); correspond with J. Stewart (Harneys Legal) regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 09/10/2024 | DM26 | Correspond with E. Sutton regarding Golden Spring (New York) Ltd.'s corporate documents | 0.10 | 565.00 | 56.50 |
| 09/10/2024 | DEB4 | Correspond with E. Sutton regarding ROLS documents (0.1); correspond with J. Barker regarding vehicle documents (0.2) | 0.30 | 1,395.00 | 418.50 |
| 09/10/2024 | DEB4 | Conference with L. Song regarding ████████ (0.4); review documents related to same (0.1) | 0.50 | 1,395.00 | 697.50 |
| 09/10/2024 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.60 | 1,270.00 | 762.00 |
| 09/10/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 10

50687-00002
Invoice No. 2429402

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/10/2024 | ECS1 | Review new production documents from Elliott Kwok Levine firm (.1); correspond with UnitedLex regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 09/10/2024 | ECS1 | Review and comment on transfer of Ducati title to Debtor's estate via DMV expediting service (.2); review documents regarding same (.2); discussions with B. Kelly regarding same (.2); call with D. Skalka (NPM) regarding same (.1); correspond with D. Barron regarding same (.2) | 0.90 | 1,270.00 | 1,143.00 |
| 09/10/2024 | LS26 | Prepare interview outline for informant (1.2); discussion with D. Barron regarding same (0.4); correspond with informant regarding interview (0.1) | 1.70 | 985.00 | 1,674.50 |
| 09/10/2024 | LS26 | Correspond with A. Bongartz regarding BVI entities and Qiang Guo (0.2); review documents regarding same (0.2); review documents relating to transfers from Hamilton Opportunity Fund (0.3) | 0.70 | 985.00 | 689.50 |
| 09/10/2024 | NAB | Review documents and topics to prepare for meeting with informant | 0.40 | 1,835.00 | 734.00 |
| 09/11/2024 | DEB4 | Analyze documents related to ███ ███ (0.3); attend interview with same, N. Bassett, and L. Song (2.1); follow up conference with L. Despins, N. Bassett, and L. Song regarding same (0.3) | 2.70 | 1,395.00 | 3,766.50 |
| 09/11/2024 | DEB4 | Correspond with I. McNaughton and E. Sutton regarding BVI exhibit bundle documents | 0.30 | 1,395.00 | 418.50 |
| 09/11/2024 | ECS1 | Call with ███████████ regarding turnover of firm documents to the Trustee | 0.20 | 1,270.00 | 254.00 |
| 09/11/2024 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.40 | 1,270.00 | 508.00 |
| 09/11/2024 | ECS1 | Analyze process of transferring Ducati title to Debtor's estate (.4); correspond with D. Barron regarding same (.1); call with DMV expediting service regarding same (.2) | 0.70 | 1,270.00 | 889.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 11

50687-00002
Invoice No. 2429402

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/11/2024 | LAD4 | T/c N. Bassett, D. Barron, and L. Song regarding informant interview and takeaways | 0.30 | 1,975.00 | 592.50 |
| 09/11/2024 | LS26 | Meeting with N. Bassett, D. Barron and informant on information relating to Debtor's financial affairs (2.1); review documents relating to informant and correspond with N. Bassett. L. Despins, and D. Barron regarding same (0.5); discussion with N. Bassett, D. Barron and L. Despins regarding meeting with informant (0.3) | 2.90 | 985.00 | 2,856.50 |
| 09/11/2024 | LS26 | Review and summarize public information about financial affairs relating to the Debtor and his associates/relatives (1.3); correspond with D. Barron and P. Linsey (NPM) regarding same (0.3) | 1.60 | 985.00 | 1,576.00 |
| 09/11/2024 | NAB | Meet with potential cooperating witness and D. Barron, L. Song regarding information for investigation (2.1); review documents and prepare topic outline for same (.3); conference with L. Despins, L. Song, and D. Barron regarding same (.3) | 2.70 | 1,835.00 | 4,954.50 |
| 09/12/2024 | ECS1 | Review and advise on transfer of Ducati title to Debtor's estate via DMV expediting service (.1); review documents related to same (.1) | 0.20 | 1,270.00 | 254.00 |
| 09/12/2024 | ECS1 | Correspond with J. Moran (Moritt Hock) re Raich Ende Malter's production | 0.30 | 1,270.00 | 381.00 |
| 09/12/2024 | JPK1 | Correspond with L. Song regarding M. Francis Rule 2004 deposition | 0.10 | 1,185.00 | 118.50 |
| 09/12/2024 | LAD4 | Review and comment on recovery of UK stranded jet | 1.40 | 1,975.00 | 2,765.00 |
| 09/12/2024 | LS26 | Review public information about the Debtor and Debtor-related entities | 0.70 | 985.00 | 689.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429402

Page 12

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/12/2024 | LS26 | Correspond with N. Bassett and J. Kosciewicz regarding M. Francis rule 2004 deposition (0.2); review documents regarding same (0.2); review email from K. Mitchell (NPM) regarding bank production (0.2) | 0.60 | 985.00 | 591.00 |
| 09/12/2024 | NAB | Correspond with L. Song regarding additional investigation steps and requests for documents (.3); correspond with L. Song regarding Rule 2004 deposition preparations (.2); call with potential counsel regarding UAE investigation and litigation (.3); call and correspond with L. Despins regarding same (.1) | 0.90 | 1,835.00 | 1,651.50 |
| 09/13/2024 | AB21 | Correspond with L. Despins regarding supplement to BVI application (0.1); review same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 09/13/2024 | DEB4 | Correspond with E. Sutton and L. Song regarding discovery documents (0.4); analyze same (0.5) | 0.90 | 1,395.00 | 1,255.50 |
| 09/13/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee | 0.50 | 1,270.00 | 635.00 |
| 09/13/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.30 | 1,270.00 | 381.00 |
| 09/13/2024 | ECS1 | Call with J. Moran (Morritt Hock) re Raich Ende Malter production (.2); correspond with D. Barron and K. Mitchell (NPM) regarding same (.2) | 0.40 | 1,270.00 | 508.00 |
| 09/13/2024 | LAD4 | Call with A. de Quincy (Pallas Partners), N. Bassett, and D. Barron, P. Linsey re: UK based jet (.50); review issues re: same (1.50) | 2.00 | 1,975.00 | 3,950.00 |
| 09/13/2024 | LAD4 | Long email to N. Bassett, D. Barron re: UK jet | 0.90 | 1,975.00 | 1,777.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                   Page 13
50687-00002
Invoice No. 2429402

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/13/2024 | NAB | Correspond with L. Despins regarding UAE litigation and investigation efforts (.2); review email from L. Song and associated documents in connection with investigation efforts and government document requests (.6); call with L. Song regarding same (.6); correspond with L. Song regarding Rule 2004 depositions (.2) | 1.60 | 1,835.00 | 2,936.00 |
| 09/16/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets and their connections to Kwok | 0.20 | 1,270.00 | 254.00 |
| 09/16/2024 | ECS1 | Review and comment on transfer of Ducati title to Debtor's estate via DMV expediting service (.1); prepare documents related to same (.1) | 0.20 | 1,270.00 | 254.00 |
| 09/16/2024 | JPK1 | Continue drafting Rule 2004 deposition outline for M. Francis | 1.60 | 1,185.00 | 1,896.00 |
| 09/16/2024 | LS26 | Correspond with A. Bongartz regarding informants (0.3); review and summarize public information relating to Debtor and his assets (2.5) | 2.80 | 985.00 | 2,758.00 |
| 09/16/2024 | NAB | Correspond with L. Song regarding discovery and diligence issues (.3); correspond with L. Despins and potential counsel regarding UAE litigation and investigation (.2) | 0.50 | 1,835.00 | 917.50 |
| 09/17/2024 | DEB4 | Correspond with L. Song regarding Kobre and Kim documents (0.1); analyze same (0.3); correspond with L. Despins regarding same (0.1) | 0.50 | 1,395.00 | 697.50 |
| 09/17/2024 | DEB4 | Conference with J. Kosciewicz regarding M. Francis deposition | 0.40 | 1,395.00 | 558.00 |
| 09/17/2024 | DEB4 | Correspond with E. Sutton regarding EIN number (0.1); correspond with L. Song regarding sealed filings (0.3) | 0.40 | 1,395.00 | 558.00 |
| 09/17/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.60 | 1,270.00 | 762.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                         Page 14
50687-00002
Invoice No. 2429402

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/17/2024 | ECS1 | Review and comment on transfer of Ducati title to Debtor's estate (.2); prepare documents in connection with same (.7); correspond with A. Raimo (NY Tag and Title) regarding same (.4); correspond with L. Despins regarding same (.2) | 1.50 | 1,270.00 | 1,905.00 |
| 09/17/2024 | JPK1 | Telephone conference with D. Barron regarding M. Francis Rule 2004 deposition outline (.4); correspond with D. Barron regarding the same (.1) | 0.50 | 1,185.00 | 592.50 |
| 09/17/2024 | JPK1 | Draft parts of M. Francis Rule 2004 deposition outline (2.4); review M. Francis documents regarding the same (2.5) | 4.90 | 1,185.00 | 5,806.50 |
| 09/17/2024 | LS26 | Review information regarding S. Jing relating to Lexus vehicle (0.6); review documents about Kobre & Kim (0.2) | 0.80 | 985.00 | 788.00 |
| 09/17/2024 | NAB | Analyze discovery issues and criminal investigation documents relating to same (.7); correspond with L. Song regarding same and potential requests for government exhibits (.4); correspond with L. Despins regarding same (.1); analyze issues related to potential investigation and litigation in the UAE (.3); correspond with L. Despins regarding same (.1) | 1.60 | 1,835.00 | 2,936.00 |
| 09/17/2024 | NAB | Correspond with L. Despins regarding UAE investigation and legal issues and issues relating to potential retention of counsel (.2); investigate issues related to same (.3) | 0.50 | 1,835.00 | 917.50 |
| 09/18/2024 | DEB4 | Correspond with P. Linsey regading ▮▮▮▮▮▮▮ (0.1); analyze same (0.2); correspond with E. Sutton regarding protective order (0.1) | 0.40 | 1,395.00 | 558.00 |
| 09/18/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok or other affiliates, and their corporate information | 0.60 | 1,270.00 | 762.00 |
| 09/18/2024 | ECS1 | Review new production documents | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429402

Page 15

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/18/2024 | ECS1 | Comment on transfer of Ducati title to Debtor's estate (.4); review documents in connection with same (.5); call with A. Raimo (NY Tag & Title) regarding same (.3) | 1.20 | 1,270.00 | 1,524.00 |
| 09/18/2024 | JPK1 | Review and comment on M. Francis Rule 2004 deposition and ▮▮▮▮▮ | 0.30 | 1,185.00 | 355.50 |
| 09/18/2024 | LAD4 | T/c P. Linsey (NPM) re: update on FX London and additional targets | 0.20 | 1,975.00 | 395.00 |
| 09/19/2024 | DEB4 | Correspond with L. Despins regarding Herbert Smith (0.2); analyze documents regarding same (0.1); correspond with M. Snyder regarding same (0.1) | 0.40 | 1,395.00 | 558.00 |
| 09/19/2024 | JPK1 | Revise and supplement Rule 2004 deposition outline for Melissa Francis (3.9); review documents regarding the same (2.1); correspond with L. Song regarding the same (.2) | 6.20 | 1,185.00 | 7,347.00 |
| 09/19/2024 | LAD4 | Handle weekly Kroll investigation update call with L. Song, N. Bassett (.60); interview Kobre & Kim re: UAE with N. Bassett (.90) | 1.50 | 1,975.00 | 2,962.50 |
| 09/19/2024 | LS26 | Review and revise M. Francis deposition outline (0.8); correspond with J. Kosciewicz regarding same (0.1) | 0.90 | 985.00 | 886.50 |
| 09/19/2024 | LS26 | Call with L. Despins, N. Bassett, P. Linsey (NPM), and Kroll regarding investigation update (0.6); review Debtor's livestream videos about Trustee (0.6); draft email to L. Despins regarding same (0.3) | 1.50 | 985.00 | 1,477.50 |
| 09/19/2024 | NAB | Review issues and prepare outline for call with Kobre & Kim (potential UAE counsel) (.6); call with Kobre & Kim and L. Despins regarding investigation and litigation issues (.9); call with L. Despins, L. Song, and Kroll regarding financial investigation update and strategy (.6) | 2.10 | 1,835.00 | 3,853.50 |
| 09/20/2024 | DEB4 | Correspond with A. Lomas (Kroll) regarding alter ego transfers | 0.20 | 1,395.00 | 279.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429402

Page 16

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/20/2024 | JPK1 | Revise and supplement draft outline for M. Francis Rule 2004 deposition (2.0); correspond with N. Bassett regarding the same (.1) | 2.10 | 1,185.00 | 2,488.50 |
| 09/22/2024 | LS26 | Correspond with D. Barron and P. Linsey (NPM) regarding UAE investigation | 0.10 | 985.00 | 98.50 |
| 09/22/2024 | NAB | Review and comment on topics and related documents for Rule 2004 deposition (.5); correspond with D. Barron regarding UAE investigation and litigation issues (.4) | 0.90 | 1,835.00 | 1,651.50 |
| 09/23/2024 | DM26 | Research information re ████████ (.4); correspond with L. Song re same (.1) | 0.50 | 565.00 | 282.50 |
| 09/23/2024 | DEB4 | Analyze investigation documents | 2.20 | 1,395.00 | 3,069.00 |
| 09/23/2024 | DEB4 | Correspond with N. Bassett regarding UAE issues (0.1); correspond with L. Song regarding UK assets (0.1); correspond with A. de Quincey (Pallas Partners) regarding same (0.1) | 0.30 | 1,395.00 | 418.50 |
| 09/23/2024 | LS26 | Review documents and information relating to ████████ (0.4); correspond with P. Linsey (NPM) regarding same (0.2); correspond with D. Barron regarding luxury vehicles in UK (0.2); draft email to S. Jing regarding Lexus vehicle (0.1); review information regarding S. Jing (0.4); correspond with P. Linsey regarding ████████ (0.1) | 1.40 | 985.00 | 1,379.00 |
| 09/23/2024 | LS26 | Correspond with N. Bassett and J. Kosciewicz re M. Francis deposition | 0.20 | 985.00 | 197.00 |
| 09/23/2024 | LS26 | Review and analyze criminal case filings regarding Haoran He | 0.80 | 985.00 | 788.00 |
| 09/23/2024 | NAB | Review and comment on Rule 2004 deposition outline and exhibits (2.3); correspond with J. Kosciewicz and S. Liang regarding same (.2) | 2.50 | 1,835.00 | 4,587.50 |
| 09/24/2024 | DEB4 | Correspond with A. Lomas regarding alter egos | 0.20 | 1,395.00 | 279.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429402

Page 17

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/24/2024 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.50 | 1,270.00 | 635.00 |
| 09/24/2024 | ECS1 | Correspond with D. Skalka and S. Maza regarding transfer of title of estate vehicles to Trustee (.3); call with Premier Auto Tag Services regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 09/24/2024 | JPK1 | Review revised draft of M. Fancis Rule 2004 deposition outline (.2); correspond with L. Song regarding the same (.1) | 0.30 | 1,185.00 | 355.50 |
| 09/24/2024 | LS26 | Review documents and exhibits and prepare parts of outline for M. Francis rule 2004 deposition | 3.30 | 985.00 | 3,250.50 |
| 09/24/2024 | NAB | Review legal issues and topics in preparation for deposition (1.2); correspond with L. Song regarding same (.1); review exhibits and outline in connection with same (.8) | 2.10 | 1,835.00 | 3,853.50 |
| 09/25/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information (.4); correspond with L. Song regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 09/25/2024 | ECS1 | Correspond with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee (.2); review documents related to transfer to Barnes firm (.2); update tracker summarizing same (.2) | 0.60 | 1,270.00 | 762.00 |
| 09/25/2024 | ECS1 | Review certain documents and prepare notes for discussion with              regarding              (.2); review correspondence from N. Bassett to              regarding same (.1); correspond with N. Bassett and L. Song regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 09/25/2024 | ECS1 | Review new production documents | 0.10 | 1,270.00 | 127.00 |
| 09/25/2024 | JPK1 | Correspond with L. Song regarding M. Francis Rule 2004 deposition | 0.20 | 1,185.00 | 237.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429402

Page 18

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/25/2024 | LS26 | Review documents and supplement outline for M. Francis deposition (0.4); conferences with N. Bassett regarding same (0.7); attend M. Francis deposition (1.0) | 2.10 | 985.00 | 2,068.50 |
| 09/25/2024 | LS26 | Call with D. Barron regarding UAE investigation (0.5); correspond with D. Barron regarding same (0.4) | 0.90 | 985.00 | 886.50 |
| 09/25/2024 | LS26 | Review documents relating to ███████████ | 3.70 | 985.00 | 3,644.50 |
| 09/25/2024 | NAB | Analyze legal issues and additional documents and supplement outline for Rule 2004 deposition (3.5); conferences with L. Song regarding same (.7) | 4.20 | 1,835.00 | 7,707.00 |
| 09/26/2024 | DEB4 | Call with Kroll, L. Despins, N. Bassett, and L. Song regarding financial investigation updates (0.6); analyze investigation documents (1.3) | 1.90 | 1,395.00 | 2,650.50 |
| 09/26/2024 | DEB4 | Correspond with L. Song regarding UAE issues | 0.20 | 1,395.00 | 279.00 |
| 09/26/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.40 | 1,270.00 | 508.00 |
| 09/26/2024 | LAD4 | Handle weekly Kroll investigation update call with N. Bassett, D. Barron, L. Song (.60); handle call with Swiss counsel, A. Bongartz, and L. Song re: marching order for next steps (.90) | 1.50 | 1,975.00 | 2,962.50 |
| 09/26/2024 | LS26 | Review documents related to UAE asset investigation (3.4); correspond with D. Barron regarding same (0.3) | 3.70 | 985.00 | 3,644.50 |
| 09/26/2024 | LS26 | Meeting with L. Despins, N. Bassett, D. Barron, P. Linsey (NPM), K. Mitchell (NPM), and Kroll regarding ongoing financial investigation | 0.60 | 985.00 | 591.00 |
| 09/26/2024 | NAB | Call with L. Despins, D. Barron, L. Song, P. Linsey (NPM) and Kroll regarding investigation updates and strategy | 0.60 | 1,835.00 | 1,101.00 |
| 09/27/2024 | DEB4 | Correspond with A. Lomas regarding Crane | 0.20 | 1,395.00 | 279.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429402

Page 19

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/27/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee | 0.10 | 1,270.00 | 127.00 |
| 09/27/2024 | ECS1 | Call and correspond with Premiere Auto Title regarding transfer of vehicle title in Connecticut to Trustee | 0.20 | 1,270.00 | 254.00 |
| 09/27/2024 | ECS1 | Prepare memorandum regarding meeting with ███ regarding ███ | 1.80 | 1,270.00 | 2,286.00 |
| 09/27/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.30 | 1,270.00 | 381.00 |
| 09/27/2024 | LS26 | Review documents related to UAE asset investigation | 1.90 | 985.00 | 1,871.50 |
| 09/27/2024 | LS26 | Review ███ (0.5); review documents from informant related to Debtor (1.8); correspond with D. Barron regarding same (0.2) | 2.50 | 985.00 | 2,462.50 |
| 09/27/2024 | LS26 | Review documents relating to law firm involvement with debtor | 0.40 | 985.00 | 394.00 |
| 09/30/2024 | AB21 | Analyze Swiss law on ███ (1.0); correspond with L. Despins regarding same (0.4) | 1.40 | 1,850.00 | 2,590.00 |
| 09/30/2024 | DEB4 | Correspond with N. Bassett regarding UAE investigation | 1.00 | 1,395.00 | 1,395.00 |
| 09/30/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.60 | 1,270.00 | 762.00 |
| 09/30/2024 | ECS1 | Correspond with Premiere Auto Title regarding transfer of vehicles in Connecticut to Trustee | 0.20 | 1,270.00 | 254.00 |
| 09/30/2024 | ECS1 | Review Ducati title transfer documents (.1); call with A. Raimo (NY Tag & Title) re same (.1) | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                   Page 20
50687-00002
Invoice No. 2429402

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/30/2024 | LS26 | Draft email to L. Despins regarding furniture in storage | 0.30 | 985.00 | 295.50 |
| 09/30/2024 | LS26 | Review documents relating to potential alter ego entities (0.4); correspond with E. Sutton regarding same (0.2) | 0.60 | 985.00 | 591.00 |
| | | **Subtotal: B261 Investigations** | **129.70** | | **174,010.00** |
| | **Total** | | **169.70** | | **221,738.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 8.50 | 1,975.00 | 16,787.50 |
| NAB | Nicholas A. Bassett | Partner | 24.90 | 1,835.00 | 45,691.50 |
| NAB | Nicholas A. Bassett | Partner | 2.80 | 917.50 | 2,569.00 |
| AB21 | Alex Bongartz | Of Counsel | 2.70 | 1,850.00 | 4,995.00 |
| DEB4 | Douglass E. Barron | Associate | 23.60 | 1,395.00 | 32,922.00 |
| ECS1 | Ezra C. Sutton | Associate | 35.20 | 1,270.00 | 44,704.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.90 | 635.00 | 571.50 |
| JPK1 | Jon P. Kosciewicz | Associate | 16.50 | 1,185.00 | 19,552.50 |
| KC27 | Kristin Catalano | Associate | 10.90 | 1,185.00 | 12,916.50 |
| SK35 | Sarah Kim | Associate | 0.40 | 985.00 | 394.00 |
| LS26 | Luyi Song | Associate | 38.50 | 985.00 | 37,922.50 |
| GS12 | Gianmarco Selva | Associate | 1.00 | 565.00 | 565.00 |
| DM26 | David Mohamed | Paralegal | 3.80 | 565.00 | 2,147.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/24/2024 | Photocopy Charges | 1,968.00 | 0.08 | 157.44 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 21
Kwok
50687-00002
Invoice No. 2429402

| | | |
|---|---|---|
| 09/01/2024 | Electronic Document Retrieval - TransUnion Risk and Alternative Data Solutions, Inc., Invoice# 1047352-202408-1 Dated 09/01/24, TLO Charges for August 01, 2024, to August 31, 2024 - Trulookup – Person Search – Advanced, Comprehensive Report | 25.00 |
| 09/02/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-102 dated 09/08/2024; Douglass Barron; Restaurant: Aki Chinese; Number of People: 1; Dinner; Location: New York; Kwok; Order # 563327286700480 dated 09/02/2024 | 24.75 |
| 09/02/2024 | UnitedLex Invoices - Unitedlex Corp, Invoice# 104003274 Dated 09/02/24, UnitedLex – DSAI August 2024 Charges – Outside Professional Services | 24,886.17 |
| 09/03/2024 | UPS/Courier Service - Federal Express, Invoice# 2-306-95660 Dated 09/03/24, Qiang Guo, 1053 Great West Road, Brentford, MI TW8 98W GB | 20.20 |
| 09/03/2024 | UPS/Courier Service - Federal Express, Invoice# 2-306-95660 Qiang Guo, 5 Princes Gate, Flat 6, London LO, SW7 1QJ GB | 41.25 |
| 09/03/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-102 dated 09/08/2024; Douglass Barron; Dinner; Restaurant: Thai Chella; Number of People: 1; Location: New York; Kwok; Order # 331927309670497 dated 09/03/2024 | 24.90 |
| 09/03/2024 | Local - Meals - Shlomo Maza; 08/28/2024; Restaurant: Uber Eats; City: New York; Dinner; Number of people: 1; Dinner while working late on Kwok matters | 40.00 |
| 09/03/2024 | Electronic Document Retrieval - Restructuring Concepts LLC, Invoice# 138035 Dated 09/03/24, Chapter 11 Dockets download requested by E. Sutton. | 13.96 |
| 09/03/2024 | Westlaw | 60.38 |
| 09/04/2024 | Computer Search (Other) | 14.13 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 22

50687-00002

Invoice No. 2429402

| | | |
|---|---|---|
| 09/05/2024 | Westlaw | 120.75 |
| 09/05/2024 | Westlaw | 130.60 |
| 09/06/2024 | Local - Meals - Shlomo Maza; 08/26/2024; Restaurant: Mikihana Sushi and Poke; City: New York; Dinner; Number of people: 1; meal expense incurred regarding late night work on client matters | 40.00 |
| 09/06/2024 | Westlaw | 90.56 |
| 09/08/2024 | Westlaw | 870.86 |
| 09/09/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-103 dated 09/22/2024; Douglass Barron; Restaurant: Aki Chinese; Number of People 1; Dinner; Location: New York; Kwok; Order # 42827352345468 dated 09/09/2024 | 24.75 |
| 09/09/2024 | Westlaw | 60.38 |
| 09/09/2024 | Westlaw | 81.92 |
| 09/10/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 862100893; 09/10/2024; Alarm Ordinance Administrator; Greenwich Police Department; 11 BRUCE PL; GREENWICH, CT 06830 ; 279337257320 (MAN) | 19.97 |
| 09/10/2024 | UPS/Courier Service - Federal Express, Invoice# 2-308-92786 Dated 09/10/24, Officer, Managing Or General Agent New Dynamic Development Limited, 20-22 South Bay Road, Repulse Bay Road, Repulse Bay, Hong Kong, HK | 21.05 |
| 09/10/2024 | Postage/Express Mail - Priority Mail; | 58.80 |
| 09/10/2024 | Westlaw | 572.15 |
| 09/11/2024 | Westlaw | 271.69 |
| 09/13/2024 | Westlaw | 60.38 |
| 09/14/2024 | Westlaw | 150.94 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429402

Page 23

| Date | Description | Amount |
|---|---|---|
| 09/15/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-103 dated 09/22/2024; Douglass Barron; Restaurant: China Cottage; Number of People: 1; Dinner; Location: New York; kwok; Order # 482127429470351 dated 09/15/2024 | 22.64 |
| 09/15/2024 | Westlaw | 30.19 |
| 09/15/2024 | Westlaw | 60.38 |
| 09/16/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-103 dated 09/22/2024; Douglass Barron; Restaurant: Mitchell Place Natural Food; Number of People: 1; Dinner; Location: New York; Kwok; Order # 716727425272188 dated 09/16/2024 | 28.53 |
| 09/16/2024 | Westlaw | 120.75 |
| 09/17/2024 | Court Reporting Services - Esquire Deposition Solutions, LLC, Invoice# INV2899506 Dated 09/17/24, Deposition of Ross Heinemeyer in re Ho Wan Kwok. | 1,670.30 |
| 09/17/2024 | Court Reporting Services - Esquire Deposition Solutions, LLC, Invoice# INV2899175 Dated 09/17/24, Deposition of Ross Heinemeyer in re Ho Wan Kwok. | 985.00 |
| 09/17/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-103 dated 09/22/2024; Douglass Barron; Restaurant: Thai V Express; Number of People: 1; Dinner; Location: New York; Kwok; Order # 798627431811308 dated 09/17/2024 | 20.98 |
| 09/17/2024 | Computer Search (Other) | 1.35 |
| 09/18/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 863614693; 09/18/2024; Attn: Anthony Raimo; NY Tag & Title ToGo; 1218 Central Avenue; ALBANY, NY 12205 ; 279646858314 (MAN) | 25.48 |
| 09/18/2024 | Westlaw | 181.13 |
| 09/18/2024 | Westlaw | 240.85 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 24

Kwok
50687-00002
Invoice No. 2429402

| | | |
|---|---|---|
| 09/18/2024 | Westlaw | 246.97 |
| 09/18/2024 | Westlaw | 69.45 |
| 09/19/2024 | Lexis/On Line Search | 16.23 |
| 09/19/2024 | Westlaw | 211.32 |
| 09/19/2024 | Westlaw | 241.50 |
| 09/19/2024 | Westlaw | 418.15 |
| 09/20/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-103 dated 09/22/2024; Douglass Barron; Restaurant: Anago Sushi; Number of People: 1; Dinner; Location: New York; Kwok; Order # 222027466761513 dated 09/20/2024 | 24.84 |
| 09/20/2024 | Local - Meals - Shlomo Maza; 09/09/2024; Restaurant: Pizza Professor ; City: Jamaica ; Dinner; Number of people: 1; dinner working late on client matter | 40.00 |
| 09/20/2024 | Westlaw | 112.11 |
| 09/20/2024 | Westlaw | 112.11 |
| 09/21/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-103 dated 09/22/2024; Douglass Barron; Restaurant: NY Grill and Deli; Number of People: 1; Dinner; Location: New York; Kwok; Order # 684927488028122 dated 09/21/2024 | 28.16 |
| 09/21/2024 | Local - Meals - Shlomo Maza; 09/10/2024; Restaurant: Sunflower Cafe; City: Jamaica ; Dinner; Number of people: 1; Dinner regarding late night work on client matters | 40.00 |
| 09/21/2024 | Westlaw | 30.19 |
| 09/22/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-103 dated 09/22/2024; Douglass Barron; Restaurant: Aki Chinese; Number of People: 1; Dinner; Location: New York; Kwok; Order # 876227489582472 dated 09/22/2024 | 23.88 |
| 09/22/2024 | Westlaw | 315.99 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 25

50687-00002
Invoice No. 2429402

| | | |
|---|---|---|
| 09/22/2024 | Westlaw | 474.37 |
| 09/22/2024 | Computer Search (Other) | 9.90 |
| 09/23/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-104 dated 10/06/2024; Douglass Barron; Restaurant: NY Grill and Deli; Number of People: 1; Dinner Location: New York; Kwok; Order # 62027495512409 dated 09/23/2024 | 35.84 |
| 09/23/2024 | Westlaw | 30.19 |
| 09/23/2024 | Computer Search (Other) | 16.74 |
| 09/24/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-104 dated 10/06/2024; Douglass Barron; Restaurant: NY Grill and Deli; Number of People: 1; Dinner; Location: New York; Kwok; Order # 86727517431170 dated 09/24/2024 | 30.22 |
| 09/24/2024 | Westlaw | 137.92 |
| 09/24/2024 | Westlaw | 30.19 |
| 09/24/2024 | Westlaw | 30.19 |
| 09/24/2024 | Computer Search (Other) | 0.63 |
| 09/25/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 864321505; 09/25/2024; Side Jobs Coordinator; Greenwich Police Department; 11 BRUCE PL; GREENWICH, CT 06830 ; 279927826631 (MAN) | 15.94 |
| 09/25/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 864321505; 09/25/2024; Atko Bros Landscaping LLC; 21 SPEZZANO DR; RIVERSIDE, CT 06878 ; 279927658068 (MAN) | 31.10 |
| 09/25/2024 | Local - Meals - Ezra Sutton; 09/12/2024; Restaurant: Koshe Poke; City: New York; Dinner; Number of people: 1; late night dinner while working on client matter | 38.04 |
| 09/25/2024 | Lexis/On Line Search | 81.15 |
| 09/25/2024 | Lexis/On Line Search | 9.05 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429402

Page 26

| | | |
|---|---|---:|
| 09/25/2024 | Postage/Express Mail - Priority Mail; | 9.85 |
| 09/25/2024 | Computer Search (Other) | 7.92 |
| 09/26/2024 | Local - Meals - Shlomo Maza; 09/18/2024; Restaurant: Uber Eats ; City: New York; Dinner; Number of people: 1; working late on matter | 40.00 |
| 09/26/2024 | Westlaw | 262.39 |
| 09/26/2024 | Westlaw | 332.07 |
| 09/27/2024 | Local - Meals - Shlomo Maza; 09/19/2024; Restaurant: Wasserman Supermarket ; City: Flushing; Dinner; Number of people: 1; Dinner while working late on client matters | 18.81 |
| 09/27/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-104 dated 10/06/2024; Douglass Barron; Restaurant: NY Grill and Deli; Number of People: 1; Dinner; Location: New York; Kwok; Order # 444827539955767 dated 09/27/2024 | 35.84 |
| 09/27/2024 | Vendor Expense - Ezra Sutton; 09/18/2024; Transfer Title Fee related to transfer of Ducati motorcycle to Luc Despins, as Chapter 11 Trustee | 156.30 |
| 09/27/2024 | Westlaw | 90.56 |
| 09/28/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-104 dated 10/06/2024; Douglass Barron; Restaurant: Aki Chinese; Number of People: 1; Dinner; Location: New York; Kwok; Order # 271127541073644 dated 09/28/2024 | 23.88 |
| 09/29/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-104 dated 10/06/2024; Douglass Barron; Restaurant: NY Grill and Deli; Number of People: 1; Dinner; Location: New York; Kwok; Order # 61027552858074 dated 09/29/2024 | 30.22 |
| 09/29/2024 | Westlaw | 181.13 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429402

Page 27

| | | |
|---|---|---:|
| 09/30/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-104 dated 10/06/2024; Douglass Barron; Restaurant: NY Grill and Deli; Number of People: 1; Dinner; Location: New York; Kwok; Order # 253227565207227 dated 09/30/2024 | 35.84 |
| 09/30/2024 | Vendor Expense - David Mohamed; 09/11/2024; Purchase of 1 status report from the DE-SOS.; Merchant: Delaware Corp & Tax Web Location: 302-739-3073, DE 19901-0000 , Statement Date: 09/30/2024, Post Date: 09/12/2024; Service Charge | 20.00 |
| 09/30/2024 | Vendor Expense - David Mohamed; 09/11/2024; Purchase of corporate documents from United Corporate Services for Golden Spring (New York) Ltd.; Merchant: United Corp Services Location: 914-949-9188, NY 10606-0000 , Statement Date: 09/30/2024, Post Date: 09/12/2024; Service Charge | 382.15 |
| 09/30/2024 | Lexis/On Line Search - Courtlink Use - Charges for September, 2024 | 8.48 |
| 09/30/2024 | Westlaw | 190.97 |
| 09/30/2024 | Westlaw | 30.19 |
| 09/30/2024 | Westlaw | 70.21 |
| 09/30/2024 | Computer Search (Other) | 7.38 |
| **Total Costs incurred and advanced** | | **$36,107.12** |
| | **Current Fees and Costs** | **$257,845.12** |
| | **Total Balance Due - Due Upon Receipt** | **$257,845.12** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429403

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $11,810.00 |
| **Current Fees and Costs Due** | **$11,810.00** |
| **Total Balance Due - Due Upon Receipt** | **$11,810.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429403

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $11,810.00 |
| **Current Fees and Costs Due** | **$11,810.00** |
| **Total Balance Due - Due Upon Receipt** | **$11,810.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429403 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

### Other Litigation                                     $11,810.00

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B113** | **Pleadings Review** | | | | |
| 09/02/2024 | ML30 | Correspond with L. Despins and N. Bassett regarding pleading from USA v. Kwok SDNY criminal matter (.1); correspond with L. Despins re related filings (.2); review the docket re same (.2); update L. Despins re same (.1) | 0.60 | 565.00 | 339.00 |
| 09/08/2024 | DM26 | Research re recently docketed pleading regarding USA v. Kwok case no. 23cr118 | 0.10 | 565.00 | 56.50 |
| | | **Subtotal: B113  Pleadings Review** | **0.70** | | **395.50** |
| **B191** | **General Litigation** | | | | |
| 09/02/2024 | NAB | Review certain criminal case filings and email with L. Despins regarding same | 0.10 | 1,835.00 | 183.50 |
| 09/12/2024 | LS26 | Review criminal case documents and prepare document requests to DOJ | 1.70 | 985.00 | 1,674.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00003
Invoice No. 2429403

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/13/2024 | LS26 | Call with N. Bassett regarding document requests to DOJ (0.6); correspond with N. Bassett regarding same (0.2); continue preparing document requests (1.8) | 2.60 | 985.00 | 2,561.00 |
| 09/15/2024 | LS26 | Review criminal trial documents and draft requests for documents to DOJ | 3.90 | 985.00 | 3,841.50 |
| 09/16/2024 | LS26 | Review and revise document requests to DOJ (1.3); email N. Bassett regarding same (0.3) | 1.60 | 985.00 | 1,576.00 |
| 09/17/2024 | LS26 | Review document requests to DOJ (0.3); correspond with N. Bassett regarding same (0.1) | 0.40 | 985.00 | 394.00 |
| 09/30/2024 | LAD4 | Review Judge Dooley opinion on PI | 0.40 | 1,975.00 | 790.00 |
| 09/30/2024 | LS26 | Review District Court decision on preliminary injunction order appeal | 0.40 | 985.00 | 394.00 |
| | | **Subtotal: B191  General Litigation** | **11.10** | | **11,414.50** |
| | | **Total** | **11.80** | | **11,810.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 0.40 | 1,975.00 | 790.00 |
| NAB | Nicholas A. Bassett | Partner | 0.10 | 1,835.00 | 183.50 |
| LS26 | Luyi Song | Associate | 10.60 | 985.00 | 10,441.00 |
| ML30 | Mat Laskowski | Paralegal | 0.60 | 565.00 | 339.00 |
| DM26 | David Mohamed | Paralegal | 0.10 | 565.00 | 56.50 |

|  | |
|---|---|
| **Current Fees and Costs** | **$11,810.00** |
| **Total Balance Due - Due Upon Receipt** | **$11,810.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429404

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Sales Process**
PH LLP Client/Matter # 50687-00005
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $13,812.50 |
| **Current Fees and Costs Due** | **$13,812.50** |
| **Total Balance Due - Due Upon Receipt** | **$13,812.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429404

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Sales Process**
PH LLP Client/Matter # 50687-00005
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $13,812.50 |
| **Current Fees and Costs Due** | **$13,812.50** |
| **Total Balance Due - Due Upon Receipt** | **$13,812.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429404 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

**Sales Process**                                                    **$13,812.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B131** | **Sale of Real Estate** | | | | |
| 09/01/2024 | LAD4 | Call with prospective buyer (.50); t/c J. Burke (Sotheby's) re: same (.50); review/edit Compass declaration and revised order (.80) | 1.80 | 1,975.00 | 3,555.00 |
| 09/04/2024 | LAD4 | T/c J. Burke (Sotheby's) re: next steps (.40); t/c W. Sherman (NPM) re: same (.40) | 0.80 | 1,975.00 | 1,580.00 |
| 09/23/2024 | AB21 | Correspond with W. Sherman (NPM) regarding contract to sell Taconic property | 0.10 | 1,850.00 | 185.00 |
| 09/23/2024 | LAD4 | Discussion with broker re: bidding process | 0.80 | 1,975.00 | 1,580.00 |
| 09/23/2024 | LAD4 | Review/edit bidding process | 1.10 | 1,975.00 | 2,172.50 |
| 09/26/2024 | LAD4 | Review/edit several turns of PSA (1.50); t/c (3x) W. Sherman re: same (.90) | 2.40 | 1,975.00 | 4,740.00 |
| | | **Subtotal: B131  Sale of Real Estate** | **7.00** | | **13,812.50** |
| | **Total** | | **7.00** | | **13,812.50** |

**Timekeeper Summary**

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
Page 2

50687-00005
Invoice No. 2429404

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| LAD4 | Luc A. Despins | Partner | 6.90 | 1,975.00 | 13,627.50 |
| AB21 | Alex Bongartz | Of Counsel | 0.10 | 1,850.00 | 185.00 |
| | **Current Fees and Costs** | | | | **$13,812.50** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$13,812.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429405

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Tax Issues**
PH LLP Client/Matter # 50687-00006
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024

$6,475.00

Costs incurred and advanced

68.15

**Current Fees and Costs Due**

**$6,543.15**

**Total Balance Due - Due Upon Receipt**

**$6,543.15**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429405

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Tax Issues**
PH LLP Client/Matter # 50687-00006
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $6,475.00 |
| Costs incurred and advanced | 68.15 |
| **Current Fees and Costs Due** | **$6,543.15** |
| **Total Balance Due - Due Upon Receipt** | **$6,543.15** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429405

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

**Tax Issues**          **$6,475.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B240** | **Tax Issues** | | | | |
| 09/05/2024 | AB21 | Review draft tax returns for Kwok estate (0.6); correspond with J. Lindenberg (EA Group) and D. Gibson (EA Group) regarding same (0.2) | 0.80 | 1,850.00 | 1,480.00 |
| 09/09/2024 | AB21 | Call with T. Calascibetta (EA Group) and J. Lindenberg (EA Group) regarding Kwok tax returns | 0.50 | 1,850.00 | 925.00 |
| 09/10/2024 | AB21 | Correspond with J. Lindenberg (EA Group) regarding tax returns for Kwok estate (0.1); review same (0.2) | 0.30 | 1,850.00 | 555.00 |
| 09/20/2024 | AB21 | Call with A. Iyengar (EA Group) regarding filing estate tax returns | 0.20 | 1,850.00 | 370.00 |
| 09/26/2024 | AB21 | Final review of Kwok estate tax returns for 2022 and 2023 (0.9); calls with J. Lindenberg (EA Group) regarding same (0.3); call with A. Iyengar (EA Group) regarding same (0.1); correspond with L. Despins regarding same (0.1); conferences with D. Dalbon regarding finalizing tax return documents/packages (0.3) | 1.70 | 1,850.00 | 3,145.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 2
Kwok
50687-00006
Invoice No. 2429405

| Date | Initials | Description | | Hours | Rate | Amount |
|------|----------|-------------|---|-------|------|--------|
| | **Subtotal: B240 Tax Issues** | | | **3.50** | | **6,475.00** |
| | **Total** | | | **3.50** | | **6,475.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 3.50 | 1,850.00 | 6,475.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/26/2024 | Postage/Express Mail - Certified -- Return receipt; | | | 11.26 |
| 09/26/2024 | Postage/Express Mail - Certified -- Return receipt; | | | 11.83 |
| 09/26/2024 | Postage/Express Mail - Certified -- Return receipt; | | | 21.98 |
| 09/26/2024 | Postage/Express Mail - Certified -- Return receipt; | | | 23.08 |
| **Total Costs incurred and advanced** | | | | **$68.15** |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$6,543.15** |
| **Total Balance Due - Due Upon Receipt** | | **$6,543.15** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429406

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Foreign Law Issues**
PH LLP Client/Matter # 50687-00007
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024

|  |  |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $873.50 |
| **Current Fees and Costs Due** | **$873.50** |
| **Total Balance Due - Due Upon Receipt** | **$873.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429406

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Foreign Law Issues**
PH LLP Client/Matter # 50687-00007
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $873.50 |
| **Current Fees and Costs Due** | **$873.50** |
| **Total Balance Due - Due Upon Receipt** | **$873.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429406

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## Foreign Law Issues                                    $873.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 09/12/2024 | NAB | Review jurisdictional arguments in foreign jurisdiction enforcement memorandum (.3); call with D. Barron regarding same (.1) | 0.40 | 1,835.00 | 734.00 |
| 09/14/2024 | DEB4 | Correspond with L. Despins regarding foreign recognition issues | 0.10 | 1,395.00 | 139.50 |
| | | **Subtotal: B191 General Litigation** | **0.50** | | **873.50** |
| | **Total** | | **0.50** | | **873.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 0.40 | 1,835.00 | 734.00 |
| DEB4 | Douglass E. Barron | Associate | 0.10 | 1,395.00 | 139.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00007
Invoice No. 2429406

| | |
|---|---|
| **Current Fees and Costs** | **$873.50** |
| **Total Balance Due - Due Upon Receipt** | **$873.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429407

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $6,484.50 |
| **Current Fees and Costs Due** | **$6,484.50** |
| **Total Balance Due - Due Upon Receipt** | **$6,484.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*


**PAUL HASTINGS**

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429407

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024                    $6,484.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$6,484.50** |
| **Total Balance Due - Due Upon Receipt** | **$6,484.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429407

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

### Genever US

**$6,484.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B131** | **Sale of Real Estate** | | | | |
| 09/10/2024 | AB21 | Call with S. Boardman (Sotheby's) and M. Bazo (Sotheby's) regarding sale process and next steps | 0.30 | 1,850.00 | 555.00 |
| 09/11/2024 | AB21 | Call with J. Feeney (Otterburg) regarding update on sale process | 0.20 | 1,850.00 | 370.00 |
| 09/12/2024 | AB21 | Correspond with S. Boardman (Sotheby's) regarding engagement agreement (0.1); correspond with M. Cyganowski (sales officer) regarding same (0.2) | 0.30 | 1,850.00 | 555.00 |
| 09/17/2024 | AB21 | Calls with S. Millman (Hogan) regarding update on sale process | 0.20 | 1,850.00 | 370.00 |
| 09/18/2024 | AB21 | Call and correspond with L. Despins regarding update on listing (0.1); correspond with Sotheby's regarding same (0.1); correspond with S. Millman (Hogan) and M. Cyganowski (sales officer) regarding same (0.1) | 0.30 | 1,850.00 | 555.00 |
| | **Subtotal: B131  Sale of Real Estate** | | **1.30** | | **2,405.00** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok           Page 2
50687-00010
Invoice No. 2429407

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B165** | **Fee/Employment Applications for Other Professionals** | | | | |
| 09/13/2024 | AB21 | Correspond with L. Despins regarding Sotheby's revised engagement letter (0.1); correspond with M. Ghesquiere (Sotheby's) regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **0.20** | | **370.00** |
| **B210** | **Business Operations** | | | | |
| 09/04/2024 | AB21 | Call with D. Acheson (architect) regarding status update on remediation (0.1); prepare status report regarding same (0.3); correspond with L. Despins and S. Millman (Hogan Lovells) regarding same (0.1); correspond with D. Mohamed regarding filing of same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 09/04/2024 | DM26 | File status report regarding remediation at the Sherry Netherland apartment via the CM/ECF system (.2); prepare and effectuate service regarding same (.3) | 0.50 | 565.00 | 282.50 |
| 09/06/2024 | AB21 | Correspond with D. Acheson (architect) regarding painter's proposal (0.1); correspond with L. Despins regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 09/10/2024 | AB21 | Review painter's proposal and correspond with L. Despins regarding same (0.1); correspond with L. Despins regarding DKI invoice (0.1); review same (0.1) | 0.30 | 1,850.00 | 555.00 |
| 09/11/2024 | AB21 | Correspond with consultation parties regarding soot cleaning invoice (0.1); call with D. Acheson (architect) regarding painter bids (0.1) | 0.20 | 1,850.00 | 370.00 |
| 09/26/2024 | AB21 | Correspond with L. Despins regarding monthly maintenance of SN apartment | 0.10 | 1,850.00 | 185.00 |
| | | **Subtotal: B210  Business Operations** | **1.90** | | **2,872.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00010
Invoice No. 2429407

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B211** | | **Financial Reports (Monthly Operating Reports)** | | | |
| 09/03/2024 | DEB4 | Correspond with D. Skalka (NPM) regarding MOR | 0.20 | 1,395.00 | 279.00 |
| 09/06/2024 | DEB4 | Correspond with J. Skalka (NPM) regarding MOR | 0.20 | 1,395.00 | 279.00 |
| 09/24/2024 | DEB4 | Correspond with D. Skalka (NPM) regarding MOR | 0.20 | 1,395.00 | 279.00 |
| | | **Subtotal: B211  Financial Reports (Monthly Operating Reports)** | **0.60** | | **837.00** |
| | **Total** | | **4.00** | | **6,484.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 2.90 | 1,850.00 | 5,365.00 |
| DEB4 | Douglass E. Barron | Associate | 0.60 | 1,395.00 | 837.00 |
| DM26 | David Mohamed | Paralegal | 0.50 | 565.00 | 282.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$6,484.50** |
| **Total Balance Due - Due Upon Receipt** | | **$6,484.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429408

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Genever BVI**
PH LLP Client/Matter # 50687-00011
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $2,405.00 |
| **Current Fees and Costs Due** | **$2,405.00** |
| **Total Balance Due - Due Upon Receipt** | **$2,405.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429408

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Genever BVI**
PH LLP Client/Matter # 50687-00011
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024

|  |  |
|---|---|
|  | $2,405.00 |
| **Current Fees and Costs Due** | **$2,405.00** |
| **Total Balance Due - Due Upon Receipt** | **$2,405.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429408 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

**Genever BVI**                                                                                    **$2,405.00**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B231** | | **Security Document Analysis** | | | |
| 09/03/2024 | AB21 | Correspond with G. Weston (Harneys Legal) regarding lien release | 1.00 | 1,850.00 | 1,850.00 |
| 09/11/2024 | AB21 | Review letter to Walkers regarding lien release (0.1); correspond with R. Brown (Harneys Legal) regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 09/22/2024 | AB21 | Correspond with G. Weston (Harneys Legal) regarding lien release | 0.10 | 1,850.00 | 185.00 |
| | | **Subtotal: B231 Security Document Analysis** | **1.30** | | **2,405.00** |
| | **Total** | | **1.30** | | **2,405.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| AB21 | Alex Bongartz | Of Counsel | 1.30 | 1,850.00 | 2,405.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00011
Invoice No. 2429408

Page 2

| | |
|---|---|
| **Current Fees and Costs** | **$2,405.00** |
| **Total Balance Due - Due Upon Receipt** | **$2,405.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429409

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Mahwah Adversary Proceeding
PH LLP Client/Matter # 50687-00012
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending September 30, 2024 | $166,140.50 |
| Costs incurred and advanced | 417.93 |
| **Current Fees and Costs Due** | **$166,558.43** |
| **Total Balance Due - Due Upon Receipt** | **$166,558.43** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429409

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Mahwah Adversary Proceeding
PH LLP Client/Matter # 50687-00012
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024

$166,140.50

Costs incurred and advanced

417.93

**Current Fees and Costs Due**

**$166,558.43**

**Total Balance Due - Due Upon Receipt**

**$166,558.43**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429409

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## Mahwah Adversary Proceeding

**$166,140.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 09/01/2024 | NAB | Analyze issues and arguments related to motion for summary judgment (2.2); review and revise draft memorandum of law (1.5); review evidence and exhibits in connection with same (.9) | 4.60 | 1,835.00 | 8,441.00 |
| 09/02/2024 | NAB | Further review and revise draft summary judgment papers | 2.80 | 1,835.00 | 5,138.00 |
| 09/03/2024 | DEB4 | Conference and correspond with N. Bassett regarding Mahwah memorandum of law (0.4); analyze case law related to same (2.2); conference with L. Song regarding Mahwah evidence (0.4) | 3.00 | 1,395.00 | 4,185.00 |
| 09/03/2024 | LS26 | Correspond with N. Bassett and D. Barron regarding evidence and exhibits for summary judgment motion (0.3); call with D. Barron re summary judgment evidence (0.4); review and revise draft memorandum of law (0.5) | 1.20 | 985.00 | 1,182.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00012
Invoice No. 2429409

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/03/2024 | NAB | Further review and revise draft summary judgment briefing (1.7); correspond and call with D. Barron regarding same (.4); correspond with L. Song and D. Barron regarding exhibits and evidentiary issues for same (.4) | 2.50 | 1,835.00 | 4,587.50 |
| 09/04/2024 | DEB4 | Conference with L. Song regarding statement of undisputed facts for summary judgment motion (0.2); correspond with L. Song regarding same (0.2); revise memorandum of law (2.3); review draft statement of undisputed facts (1.2) | 3.90 | 1,395.00 | 5,440.50 |
| 09/04/2024 | LS26 | Review and revise memorandum of law for summary judgment motion (1.1); conference with D. Barron regarding statement of undisputed facts (0.2); draft statement of undisputed facts for summary judgment motion (4.4) | 5.70 | 985.00 | 5,614.50 |
| 09/05/2024 | DEB4 | Prepare Mahwah summary judgment pleadings | 6.20 | 1,395.00 | 8,649.00 |
| 09/05/2024 | LS26 | Review and revise memorandum of law for summary judgment motion (1.5); prepare statement of undisputed facts in connection with summary judgment motion (6.4); prepare exhibits in connection with the same (2.7) | 10.60 | 985.00 | 10,441.00 |
| 09/05/2024 | NAB | Review and revise revised draft summary judgment brief (1.1); correspond with D. Barron and L. Song regarding same (.3) | 1.40 | 1,835.00 | 2,569.00 |
| 09/06/2024 | DM26 | Conference with L. Song regarding filing of summary judgment motion | 0.20 | 565.00 | 113.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                      Page 3
50687-00012
Invoice No. 2429409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/06/2024 | DEB4 | Conference with E. Sutton and J. Kosciewicz regarding summary judgment filings (0.4); conference with L. Despins and N. Bassett regarding same (0.3); correspond with L. Despins, N. Bassett, and P. Linsey regarding page extension motion (0.3); analyze government exhibits and related documents (2.2); correspond with L. Despins regarding lease document (0.3); correspond with L. Despins, N. Bassett, and P. Linsey regarding page extension order (0.1); correspond with N. Bassett regarding evidentiary issues (0.2) | 3.80 | 1,395.00 | 5,301.00 |
| 09/06/2024 | ECS1 | Call with D. Barron and J. Kosciewicz regarding motion for summary judgment (.4); prepare parts of statement of undisputed facts in connection with motion for summary judgment (2.2); correspond with D. Barron, J. Kosciewicz, and L. Song regarding same (.1) | 2.70 | 1,270.00 | 3,429.00 |
| 09/06/2024 | JPK1 | Telephone conference with D. Barron and E. Sutton regarding Mahwah motion for summary judgment | 0.40 | 1,185.00 | 474.00 |
| 09/06/2024 | JPK1 | Draft motion to seal for Mahwah summary judgment motion | 1.20 | 1,185.00 | 1,422.00 |
| 09/06/2024 | LAD4 | Review/edit motion for SJ (1.10); t/c D. Barron and N. Bassett re: same (.30) | 1.40 | 1,975.00 | 2,765.00 |
| 09/06/2024 | LS26 | Prepare statement of undisputed facts for summary judgment motion (4.7); review criminal trial exhibits in connection with same (1.5); prepare transmittal declaration and exhibits for summary judgment motion (3.5); conference with D. Mohamed regarding filing of summary judgment motion (.2) | 9.90 | 985.00 | 9,751.50 |
| 09/06/2024 | NAB | Review comments to draft motion for summary judgment (.3); call with D. Barron and L. Despins regarding same (.3); review S. Maza email regarding further case findings (.3) | 0.90 | 1,835.00 | 1,651.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 4

50687-00012
Invoice No. 2429409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/08/2024 | DEB4 | Conferences with L. Song regarding summary judgment evidence (0.6); revise and supplement summary judgment motion (2.3) | 2.90 | 1,395.00 | 4,045.50 |
| 09/08/2024 | LS26 | Review, comment on, and prepare summary judgment filings and exhibits (3.4); conferences with D. Barron regarding evidence and exhibits for summary judgment motion (0.6) | 4.00 | 985.00 | 3,940.00 |
| 09/09/2024 | DM26 | Prepare exhibits to summary judgment motion regarding Mahwah AP (4.8); correspond with L. Song regarding same (.5) | 5.30 | 565.00 | 2,994.50 |
| 09/09/2024 | DEB4 | Prepare summary judgment filings | 1.30 | 1,395.00 | 1,813.50 |
| 09/09/2024 | ECS1 | Review and prepare exhibits in connection with summary judgment motion (1.1); correspond with L. Song regarding same (.2) | 1.30 | 1,270.00 | 1,651.00 |
| 09/09/2024 | JPK1 | Prepare exhibits 34 through 135 for Mahwah motion for summary judgment (1.3); correspond with L. Song regarding the same (.2) | 1.50 | 1,185.00 | 1,777.50 |
| 09/09/2024 | LAD4 | Review/edit re-draft of SJ motion | 0.70 | 1,975.00 | 1,382.50 |
| 09/09/2024 | LS26 | Review and revise summary judgment filings and prepare exhibits for same (8.1); correspond with E. Sutton and J. Kosciewicz regarding same (0.2) | 8.30 | 985.00 | 8,175.50 |
| 09/09/2024 | NAB | Review draft statement of facts in support of summary judgment (.5); correspond with D. Barron regarding same (.2) | 0.70 | 1,835.00 | 1,284.50 |
| 09/10/2024 | DEB4 | Correspond with L. Song regarding finalizing summary judgment motion filings (0.8); revise sealing motion (0.4); revise summary judgment pleadings before filing (1.2); conference with P. Linsey regarding same (0.3); correspond with J. Kosciewicz regarding sealing issues (0.1); conference with L. Song regarding same (0.2) | 3.00 | 1,395.00 | 4,185.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 5

50687-00012

Invoice No. 2429409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/10/2024 | ECS1 | Prepare summary judgment motion and related filings | 0.70 | 1,270.00 | 889.00 |
| 09/10/2024 | LS26 | Continue to review and revise summary judgment filings and prepare exhibits for same (5.8); conference with D. Barron regarding related motion to seal (0.2) | 6.00 | 985.00 | 5,910.00 |
| 09/11/2024 | AME | Prepare video and audio file for Court filing | 0.50 | 440.00 | 220.00 |
| 09/11/2024 | DEB4 | Correspond with L. Song regarding summary judgment motion (0.4); revise documents related to same (0.5) | 0.90 | 1,395.00 | 1,255.50 |
| 09/11/2024 | LS26 | Review and prepare summary judgment briefs and exhibits for filing | 0.60 | 985.00 | 591.00 |
| 09/12/2024 | LS26 | Review digital exhibits and advise on delivery to court clerk (0.3); correspond with court clerk regarding same (0.2) | 0.50 | 985.00 | 492.50 |
| 09/14/2024 | NAB | Review reply in support of motion to withdraw the reference (.3); correspond with P. Linsey (NPM) regarding same (.1) | 0.40 | 1,835.00 | 734.00 |
| 09/15/2024 | DEB4 | Correspond with L. Despins and N. Bassett regarding motion to withdraw the reference | 0.50 | 1,395.00 | 697.50 |
| 09/16/2024 | NAB | Correspond with P. Linsey (NPM) regarding motion to withdraw the reference issues | 0.10 | 1,835.00 | 183.50 |
| 09/17/2024 | LS26 | Correspond with E. Sutton regarding protective order (0.2); daft email to M. Conway (LPGM) regarding protective order, unredacted summary judgment filings, and sealed exhibits (0.3); correspond with D. Barron regarding same (0.2) | 0.70 | 985.00 | 689.50 |
| 09/17/2024 | NAB | Correspond with L. Song regarding motion issues and related action items | 0.20 | 1,835.00 | 367.00 |
| 09/18/2024 | DEB4 | Correspond with L. Song regarding confidentiality issues (0.3); correspond with M. Conway regarding same (0.1) | 0.40 | 1,395.00 | 558.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                  Page 6
50687-00012
Invoice No. 2429409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/18/2024 | LS26 | Review and prepare unredacted filings and sealed exhibits to be transmitted to M. Conway (LPGM) (0.2); correspond with M. Conway regarding unredacted filings and sealed exhibits (0.2); correspond with D. Barron and P. Linsey (NPM) regarding same (0.2) | 0.60 | 985.00 | 591.00 |
| 09/18/2024 | NAB | Correspond with L. Despins regarding potential property sale (.1); correspond with L. Despins and M. Conway (defense counsel) regarding same (.2); correspond with W. Farmer regarding summary judgment issues (.1) | 0.40 | 1,835.00 | 734.00 |
| 09/19/2024 | NAB | Correspond with L. Despins regarding Mahwah litigation strategy | 0.20 | 1,835.00 | 367.00 |
| 09/20/2024 | LAD4 | Call M. Conway & N. Bassett re: extension and sale | 0.40 | 1,975.00 | 790.00 |
| 09/20/2024 | NAB | Call with M. Conway (Taurus Fund counsel) and L. Despins regarding sale proposal and briefing issues | 0.40 | 1,835.00 | 734.00 |
| 09/23/2024 | LAD4 | T/c M. Conway re: potential sale | 0.40 | 1,975.00 | 790.00 |
| 09/25/2024 | DEB4 | Correspond with N. Bassett regarding summary judgment issues in Mahwah action | 0.30 | 1,395.00 | 418.50 |
| 09/25/2024 | NAB | Correspond with L. Despins regarding potential stipulation to sell Mahwah mansion | 0.40 | 1,835.00 | 734.00 |
| 09/26/2024 | LS26 | Correspond with P. Linsey (NPM) re Mahwah summary judgment filings | 0.20 | 985.00 | 197.00 |
| 09/27/2024 | AB21 | Call with L. Despins regarding motion to authorize Trustee to sell Mahwah mansion (0.3); review background documents regarding same (0.7); call with P. Linsey (NPM) regarding same (0.2) | 1.20 | 1,850.00 | 2,220.00 |
| 09/27/2024 | LAD4 | Various emails to N. Bassett re: sale of Mahwah mansion (.50); t/c A. Bongartz re: same (.30); review/comment on issues re: same (2.50) | 3.30 | 1,975.00 | 6,517.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00012
Invoice No. 2429409

Page 7

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/28/2024 | AB21 | Review Mahwah background related to preliminary injunction | 1.40 | 1,850.00 | 2,590.00 |
| 09/29/2024 | AB21 | Prepare motion to authorize Trustee to sell Mahwah mansion | 6.00 | 1,850.00 | 11,100.00 |
| 09/30/2024 | AB21 | Revise motion to authorize Trustee to sell mansion and prepare related exhibits (2.6); calls with L. Despins regarding same (0.4); correspond with N. Bassett regarding same (0.1); call with L. Song regarding same (0.1); prepare related motion to expedite (0.6); call with P. Linsey (NPM) regarding same (0.1) | 3.90 | 1,850.00 | 7,215.00 |
| 09/30/2024 | LAD4 | Review/edit motion to authorize sale of Mahwah mansion (1.20); t/c A. Bongartz (3X) re: same (.40); t/c N. Bassett re: same (.20) | 1.80 | 1,975.00 | 3,555.00 |
| 09/30/2024 | LS26 | Call with A. Bongartz re documents relating to Mahwah Mansion expenses (0.1); prepare documents regarding same (0.3) | 0.40 | 985.00 | 394.00 |
| 09/30/2024 | NAB | Review and revise draft motion for authorization to sell property (.9); call with L. Despins regarding same (.2); review draft motion to expedite in connection with same (.1) | 1.20 | 1,835.00 | 2,202.00 |
| | | **Subtotal: B191  General Litigation** | **125.40** | | **166,140.50** |
| | | **Total** | **125.40** | | **166,140.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 8.00 | 1,975.00 | 15,800.00 |
| NAB | Nicholas A. Bassett | Partner | 16.20 | 1,835.00 | 29,727.00 |
| AB21 | Alex Bongartz | Of Counsel | 12.50 | 1,850.00 | 23,125.00 |
| DEB4 | Douglass E. Barron | Associate | 26.20 | 1,395.00 | 36,549.00 |
| ECS1 | Ezra C. Sutton | Associate | 4.70 | 1,270.00 | 5,969.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 8
Kwok
50687-00012
Invoice No. 2429409

| JPK1 | Jon P. Kosciewicz | Associate | 3.10 | 1,185.00 | 3,673.50 |
| LS26 | Luyi Song | Associate | 48.70 | 985.00 | 47,969.50 |
| DM26 | David Mohamed | Paralegal | 5.50 | 565.00 | 3,107.50 |
| AME | Amy M. Ecklund | Other Timekeeper | 0.50 | 440.00 | 220.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/05/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-102 dated 09/08/2024; Luyi Song; Dinner; Restaurant: Hunan Village; Number of People: 1; Location: New York; after-hour dinner while working on Kwok matters; Order # 809427310044957 dated 09/05/2024 | | | 38.68 |
| 09/07/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-102 dated 09/08/2024; Douglass Barron; Dinner; Restaurant: Aki Chinese; Number of People: 1; Location: New York; Kwok; Order # 475027331871301 dated 09/07/2024 | | | 24.75 |
| 09/12/2024 | Messenger - Requested by Luvi Song; City Expeditor Inc. (USD)(JPMSUA); Invoice # 101886 dated 09/15/2024; From: Paul Hastings LLP; To: U.S. Bankruptcy Court For The District Of Connecticut 915 Lafayette Blvd. Bridgeport Ct 06604; Order # 1620665 dated 9/12/2024 10:20 | | | 354.50 |

| **Total Costs incurred and advanced** | **$417.93** |
|---|---|

| **Current Fees and Costs** | **$166,558.43** |
|---|---|
| **Total Balance Due - Due Upon Receipt** | **$166,558.43** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429410

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### HCHK Adversary Proceeding
PH LLP Client/Matter # 50687-00014
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $3,979.00 |
| **Current Fees and Costs Due** | **$3,979.00** |
| **Total Balance Due - Due Upon Receipt** | **$3,979.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | *https://paywithtranch.com/paulhastings* |
| 787 W. 5th Street | Los Angeles, CA | |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429410

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### HCHK Adversary Proceeding
PH LLP Client/Matter # 50687-00014
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $3,979.00 |
| **Current Fees and Costs Due** | **$3,979.00** |
| **Total Balance Due - Due Upon Receipt** | **$3,979.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429410

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## HCHK Adversary Proceeding

$3,979.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 09/10/2024 | DEB4 | Correspond with L. Despins and N. Bassett regarding counsel withdrawal | 0.10 | 1,395.00 | 139.50 |
| 09/10/2024 | NAB | Correspond with L. Despins regarding withdrawal of counsel and implications for appeal | 0.20 | 1,835.00 | 367.00 |
| 09/12/2024 | NAB | Analyze appellate strategy and related authority (.4); correspond with P. Linsey (NPM) regarding same (.2) | 0.60 | 1,835.00 | 1,101.00 |
| | | **Subtotal: B191  General Litigation** | **0.90** | | **1,607.50** |
| **B210** | **Business Operations** | | | | |
| 09/03/2024 | ECS1 | Correspond with former HCHK Entities employees regarding payroll history | 0.30 | 1,270.00 | 381.00 |
| 09/09/2024 | ECS1 | Review correspondence from HCHK employee regarding history with the company and ADP request | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                Page 2
Kwok
50687-00014
Invoice No. 2429410

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/10/2024 | ECS1 | Correspond with D. Mohamed regarding administration of the HCHK Entities and related ADP and former employee requests | 0.30 | 1,270.00 | 381.00 |
| 09/11/2024 | ECS1 | Review correspondence with former HCHK employee re administrative issues and ADP | 0.10 | 1,270.00 | 127.00 |
| 09/12/2024 | ECS1 | Review correspondence with former HCHK employee re administrative issues and ADP | 0.10 | 1,270.00 | 127.00 |
| 09/17/2024 | DM26 | Research regarding employer identification number for HCHK Property (.3); call and email ADP, Inc. regarding employee tax and payroll information for HCHK Property Management (1.2) | 1.50 | 565.00 | 847.50 |
| 09/17/2024 | ECS1 | Correspond with former HCHK employee re administrative issues and ADP (.1); review correspondence from D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 09/18/2024 | ECS1 | Review correspondence with former HCHK employee re administrative issues and ADP | 0.10 | 1,270.00 | 127.00 |
| | | **Subtotal: B210  Business Operations** | **2.70** | | **2,371.50** |
| | | **Total** | **3.60** | | **3,979.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 0.80 | 1,835.00 | 1,468.00 |
| DEB4 | Douglass E. Barron | Associate | 0.10 | 1,395.00 | 139.50 |
| ECS1 | Ezra C. Sutton | Associate | 1.20 | 1,270.00 | 1,524.00 |
| DM26 | David Mohamed | Paralegal | 1.50 | 565.00 | 847.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00014
Invoice No. 2429410

Page 3

| | |
|---|---|
| **Current Fees and Costs** | **$3,979.00** |
| **Total Balance Due - Due Upon Receipt** | **$3,979.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429411

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Interpleader Adversary Proceeding
PH LLP Client/Matter # 50687-00015
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $1,101.00 |
| **Current Fees and Costs Due** | **$1,101.00** |
| **Total Balance Due - Due Upon Receipt** | **$1,101.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429411

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Interpleader Adversary Proceeding
PH LLP Client/Matter # 50687-00015
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024 $1,101.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$1,101.00** |
| **Total Balance Due - Due Upon Receipt** | **$1,101.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429411

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## Interpleader Adversary Proceeding                                        $1,101.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 09/04/2024 | NAB | Evaluate next steps in interpleader appeal in response to district court order | 0.30 | 1,835.00 | 550.50 |
| 09/06/2024 | NAB | Review interpleader status report and email with opposing counsel regarding same | 0.30 | 1,835.00 | 550.50 |
| | | **Subtotal: B191 General Litigation** | **0.60** | | **1,101.00** |
| | **Total** | | **0.60** | | **1,101.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 0.60 | 1,835.00 | 1,101.00 |

**Current Fees and Costs**                                        **$1,101.00**

**Total Balance Due - Due Upon Receipt**                          **$1,101.00**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429412

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Mei Guo Adversary Proceeding**
PH LLP Client/Matter # 50687-00016
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $8,044.50 |
| **Current Fees and Costs Due** | **$8,044.50** |
| **Total Balance Due - Due Upon Receipt** | **$8,044.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429412

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Mei Guo Adversary Proceeding**
PH LLP Client/Matter # 50687-00016
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024 | $8,044.50

| | |
|---|---|
| **Current Fees and Costs Due** | **$8,044.50** |
| **Total Balance Due - Due Upon Receipt** | **$8,044.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429412 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## Mei Guo Adversary Proceeding                                   $8,044.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 09/05/2024 | NAB | Analyze appellate brief in aircraft proceeds appeal (.5); call with P. Linsey (NPM) regarding same (.3) | 0.80 | 1,835.00 | 1,468.00 |
| 09/10/2024 | NAB | Review and revise draft appellate brief | 0.70 | 1,835.00 | 1,284.50 |
| 09/11/2024 | NAB | Further review and revise draft appellate brief (1.1); correspond with P. Linsey (NPM) regarding same (.1) | 1.20 | 1,835.00 | 2,202.00 |
| 09/12/2024 | LAD4 | Review/edit our appeal brief in Bombardier AP | 1.10 | 1,975.00 | 2,172.50 |
| 09/12/2024 | NAB | Review and comment on revised draft appellate brief (.4); correspond with L. Despins regarding same (.1) | 0.50 | 1,835.00 | 917.50 |
| | **Subtotal: B191  General Litigation** | | **4.30** | | **8,044.50** |
| | **Total** | | **4.30** | | **8,044.50** |

**Timekeeper Summary**

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                              Page 2
Kwok
50687-00016
Invoice No. 2429412

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| LAD4 | Luc A. Despins | Partner | 1.10 | 1,975.00 | 2,172.50 |
| NAB | Nicholas A. Bassett | Partner | 3.20 | 1,835.00 | 5,872.00 |

| | | | | |
|---|---|---|---|---|
| **Current Fees and Costs** | | | | **$8,044.50** |
| **Total Balance Due - Due Upon Receipt** | | | | **$8,044.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429414

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Greenwich Land Adversary Proceeding**
PH LLP Client/Matter # 50687-00020
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending September 30, 2024 | $14,220.00 |
| **Current Fees and Costs Due** | **$14,220.00** |
| **Total Balance Due - Due Upon Receipt** | **$14,220.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429414

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Greenwich Land Adversary Proceeding**
PH LLP Client/Matter # 50687-00020
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $14,220.00 |
| **Current Fees and Costs Due** | **$14,220.00** |
| **Total Balance Due - Due Upon Receipt** | **$14,220.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429414

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## Greenwich Land Adversary Proceeding                    $14,220.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 09/03/2024 | LAD4 | Review submissions & prepare outline for court hearing (.80); handle Compass court hearing by zoom (.70); post-mortem J. Burke (Sotheby's) re: same (.50) | 2.00 | 1,975.00 | 3,950.00 |
| | | **Subtotal: B155  Court Hearings** | **2.00** | | **3,950.00** |
| **B191** | **General Litigation** | | | | |
| 09/28/2024 | LAD4 | Review/edit motion to sell Taconic property | 1.20 | 1,975.00 | 2,370.00 |
| 09/29/2024 | LAD4 | Review/edit motion to expedite Taconic sale | 0.80 | 1,975.00 | 1,580.00 |
| 09/30/2024 | LAD4 | Final review/edit of motions to sell and expedite sale of Taconic property (1.20); t/c and texts to P. Linsey (NPM) re: same (.40); numerous texts to broker re: same (.40) | 2.00 | 1,975.00 | 3,950.00 |
| | | **Subtotal: B191  General Litigation** | **4.00** | | **7,900.00** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2
50687-00020
Invoice No. 2429414

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B210** | **Business Operations** | | | | |
| 09/06/2024 | LAD4 | Visit Taconic house to inspect work done | 1.20 | 1,975.00 | 2,370.00 |
| | | **Subtotal: B210  Business Operations** | **1.20** | | **2,370.00** |
| | **Total** | | **7.20** | | **14,220.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 7.20 | 1,975.00 | 14,220.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$14,220.00** |
| **Total Balance Due - Due Upon Receipt** | | **$14,220.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429415

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Lamp Capital Adversary**
PH LLP Client/Matter # 50687-00024
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $45,656.50 |
| **Current Fees and Costs Due** | **$45,656.50** |
| **Total Balance Due - Due Upon Receipt** | **$45,656.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429415

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Lamp Capital Adversary**
PH LLP Client/Matter # 50687-00024
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024                    $45,656.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$45,656.50** |
| **Total Balance Due - Due Upon Receipt** | **$45,656.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429415 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## Lamp Capital Adversary                                                                    $45,656.50

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 09/17/2024 | DEB4 | Correspond with L. Despins regarding motion for summary judgment (0.1); conferences with L. Song regarding exhibits related to same (0.8); correspond with P. Linsey (NPM) regarding filing of same (0.1); prepare summary judgment motion filings (3.2); analyze documents related to same (3.6) | 7.80 | 1,395.00 | 10,881.00 |
| 09/17/2024 | LS26 | Conferences with D. Barron regarding exhibits for summary judgment motion (0.8); prepare summary judgment filings and exhibits (7.8) | 8.60 | 985.00 | 8,471.00 |
| 09/18/2024 | DEB4 | Prepare summary judgment motion filings | 2.20 | 1,395.00 | 3,069.00 |
| 09/18/2024 | LS26 | Continue preparing summary judgment briefs and exhibits | 12.90 | 985.00 | 12,706.50 |
| 09/18/2024 | NAB | Correspond with D. Barron regarding motion for summary judgment (.2); review and revise draft statement of facts for same (.2) | 0.40 | 1,835.00 | 734.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2
50687-00024
Invoice No. 2429415

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/19/2024 | DEB4 | Finalize pleadings related to summary judgment motion (1.1); correspond with N. Bassett and P. Linsey (NPM) regarding sealing motion (0.3); conference with N. Bassett regarding same (0.1); conferences with P. Linsey regarding same (0.5); analyze documents related to same (0.3); correspond with M. Conway regarding same (0.1) | 2.40 | 1,395.00 | 3,348.00 |
| 09/19/2024 | LS26 | Review and revise summary judgment briefs and review exhibits for filing (5.4); correspond with K. Ahumada (NPM) and P. Linsey (NPM) regarding filing of same (0.2); correspond with D. Barron regarding sealed exhibits for same (0.2) | 5.80 | 985.00 | 5,713.00 |
| 09/19/2024 | NAB | Review emails from D. Barron regarding motion to seal (.2); call with D. Barron regarding same (.1); correspond with J. Moriarty (Zeisler) regarding same (.1) | 0.40 | 1,835.00 | 734.00 |
| **Subtotal: B191  General Litigation** | | | **40.50** | | **45,656.50** |
| **Total** | | | **40.50** | | **45,656.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 0.80 | 1,835.00 | 1,468.00 |
| DEB4 | Douglass E. Barron | Associate | 12.40 | 1,395.00 | 17,298.00 |
| LS26 | Luyi Song | Associate | 27.30 | 985.00 | 26,890.50 |

| **Current Fees and Costs** | **$45,656.50** |
|----------------------------|----------------|
| **Total Balance Due - Due Upon Receipt** | **$45,656.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429417

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Ace Decade Adversary Proceeding**
PH LLP Client/Matter # 50687-00026
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $6,737.50 |
| **Current Fees and Costs Due** | **$6,737.50** |
| **Total Balance Due - Due Upon Receipt** | **$6,737.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429417

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Ace Decade Adversary Proceeding**
PH LLP Client/Matter # 50687-00026
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024

$6,737.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$6,737.50** |
| **Total Balance Due - Due Upon Receipt** | **$6,737.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429417

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

<u>**Ace Decade Adversary Proceeding**</u>

**$6,737.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 09/10/2024 | AB21 | Attend hearing on default judgment motion and status conference regarding K Legacy default judgment order | 0.80 | 1,850.00 | 1,480.00 |
| 09/10/2024 | DEB4 | Monitor hearing on motions for default judgments in omnibus alter ego and Ace Decade adversary proceedings (0.8); follow up review of issues discussed (0.2) | 1.00 | 1,395.00 | 1,395.00 |
| 09/10/2024 | NAB | Review submissions to prepare for hearing on R. Hao motion for default judgment | 0.60 | 1,835.00 | 1,101.00 |
| 09/10/2024 | NAB | Attend hearing and status conference on motions for default judgment in certain adversary proceedings | 0.80 | 1,835.00 | 1,468.00 |
| | | **Subtotal: B155  Court Hearings** | **3.20** | | **5,444.00** |
| **B191** | **General Litigation** | | | | |
| 09/04/2024 | AB21 | Call with N. Bassett regarding Rui Hao default judgment motion | 0.10 | 1,850.00 | 185.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00026

Invoice No. 2429417

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/04/2024 | NAB | Call with A. Bongartz regarding Rui Hao default judgment motion | 0.10 | 1,835.00 | 183.50 |
| 09/06/2024 | AB21 | Correspond with N. Bassett regarding default judgment motion (Rui Hao) | 0.10 | 1,850.00 | 185.00 |
| 09/09/2024 | AB21 | Review draft letter to Walkers regarding Ace Decade BVI liquidation proceedings | 0.20 | 1,850.00 | 370.00 |
| 09/10/2024 | AB21 | Correspond with A. Thorp (Harneys Legal) and J. Stewart (Harneys Legal) regarding update on Ace Decade liquidation proceedings | 0.20 | 1,850.00 | 370.00 |
| | | **Subtotal: B191  General Litigation** | **0.70** | | **1,293.50** |
| | | **Total** | **3.90** | | **6,737.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 1.50 | 1,835.00 | 2,752.50 |
| AB21 | Alex Bongartz | Of Counsel | 1.40 | 1,850.00 | 2,590.00 |
| DEB4 | Douglass E. Barron | Associate | 1.00 | 1,395.00 | 1,395.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$6,737.50** |
| **Total Balance Due - Due Upon Receipt** | | **$6,737.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429418

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### CAO Adversary Proceeding
PH LLP Client/Matter # 50687-00027
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $12,789.50 |
| Costs incurred and advanced | 27.77 |
| **Current Fees and Costs Due** | **$12,817.27** |
| **Total Balance Due - Due Upon Receipt** | **$12,817.27** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429418

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### CAO Adversary Proceeding
PH LLP Client/Matter # 50687-00027
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $12,789.50 |
| Costs incurred and advanced | 27.77 |
| **Current Fees and Costs Due** | **$12,817.27** |
| **Total Balance Due - Due Upon Receipt** | **$12,817.27** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429418

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## CAO Adversary Proceeding                                    $12,789.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 09/09/2024 | DEB4 | Review decision issued on motion for judgment on the pleadings (0.5); correspond with N. Bassett regarding motorcycle (0.1); correspond with E. Sutton regarding same (0.1) | 0.70 | 1,395.00 | 976.50 |
| 09/09/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) regarding transfer of motorcycles to Trustee | 0.30 | 1,270.00 | 381.00 |
| 09/09/2024 | LS26 | Review court's decision on motion for judgment on pleadings | 0.20 | 985.00 | 197.00 |
| 09/09/2024 | NAB | Review decision granting motion for judgment on pleadings (.4); correspond with L. Despins regarding same (.1) | 0.50 | 1,835.00 | 917.50 |
| 09/09/2024 | SM29 | Review court's ruling on motion for judgment on the pleadings | 0.30 | 1,850.00 | 555.00 |
| 09/10/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) regarding transfer of motorcycles to Trustee (.2); analyze process of transferring title of motor vehicles in New Jersey (.5) | 0.70 | 1,270.00 | 889.00 |
| 09/11/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) regarding transfer of motorcycles to Trustee | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                   Page 2
50687-00027
Invoice No. 2429418

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/11/2024 | ECS1 | Correspond with S. Maza regarding next steps in Cao AP (.3); review pleadings and documents in connection with same (.4) | 0.70 | 1,270.00 | 889.00 |
| 09/11/2024 | SM29 | Correspond with E. Sutton re next steps in Cao adversary proceeding | 0.30 | 1,850.00 | 555.00 |
| 09/12/2024 | ECS1 | Correspond and call with DMV Expediting Service regarding transfer of title of motorcycles to Trustee | 0.10 | 1,270.00 | 127.00 |
| 09/12/2024 | ECS1 | Discussion with N. Bassett and S. Maza regarding litigation and discovery strategy and next steps (.2); correspond with A. Lomas (Kroll) re information regarding Cao's vehicles in connection with same (.5) | 0.70 | 1,270.00 | 889.00 |
| 09/12/2024 | NAB | Call with S. Maza and E. Sutton regarding litigation strategy | 0.20 | 1,835.00 | 367.00 |
| 09/12/2024 | SM29 | Call with N. Bassett and E. Sutton regarding litigation strategy and related action items | 0.20 | 1,850.00 | 370.00 |
| 09/13/2024 | LS26 | Review documents regarding two vehicles mentioned in complaint (0.2); correspond with E. Sutton re same (0.1) | 0.30 | 985.00 | 295.50 |
| 09/16/2024 | ECS1 | Correspond with K. Mateo (Olshan) regarding Defeng Cao's transfer of title to the Trustee | 0.10 | 1,270.00 | 127.00 |
| 09/16/2024 | ECS1 | Correspond with A. Lomas (Kroll) regarding investigation into Defeng Cao cars | 0.10 | 1,270.00 | 127.00 |
| 09/17/2024 | ECS1 | Correspond with A. Lomas and S. Maza regarding D. Cao cars | 0.10 | 1,270.00 | 127.00 |
| 09/17/2024 | ECS1 | Correspond with S. Maza, N. Bassett and L. Despins regarding transfer of Cao motorcycles to Trustee (.2); prepare email to U.S. Trustee regarding same (.3) | 0.50 | 1,270.00 | 635.00 |
| 09/19/2024 | SM29 | Email N. Bassett re motorcycle title | 0.10 | 1,850.00 | 185.00 |
| 09/20/2024 | SM29 | Revise email to U.S. Trustee re title to vehicles | 0.20 | 1,850.00 | 370.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 3
50687-00027
Invoice No. 2429418

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/24/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) regarding transfer of motorcycles to Trustee (.5); analyze authority regarding process for same (.7); correspond with S. Maza re same (.2); calls with New Jersey Motor Vehicle Commission (MVC) regarding same (.3); call with J. Toth (MVC expediter) regarding same (.3) | 2.00 | 1,270.00 | 2,540.00 |
| 09/25/2024 | ECS1 | Call with A. Friedman (Olshan Frome) regarding transfer of motorcycles to Trustee (.1); review issues regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 09/26/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) regarding transfer of motorcycles to Trustee (.4); prepare title documents in connection with same (.1) | 0.50 | 1,270.00 | 635.00 |
| 09/27/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) regarding transfer of motorcycles to Trustee | 0.10 | 1,270.00 | 127.00 |
| | | **Subtotal: B191  General Litigation** | **9.30** | | **12,789.50** |
| | | **Total** | **9.30** | | **12,789.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|------|
| NAB | Nicholas A. Bassett | Partner | 0.70 | 1,835.00 | 1,284.50 |
| SM29 | Shlomo Maza | Of Counsel | 1.10 | 1,850.00 | 2,035.00 |
| DEB4 | Douglass E. Barron | Associate | 0.70 | 1,395.00 | 976.50 |
| ECS1 | Ezra C. Sutton | Associate | 6.30 | 1,270.00 | 8,001.00 |
| LS26 | Luyi Song | Associate | 0.50 | 985.00 | 492.50 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00027
Invoice No. 2429418

Page 4

| | | |
|---|---|---|
| 09/26/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 864321505; 09/26/2024; Attn: Katherine E. Mateo; Olshan Frome Wolosky LLP; 1325 Avenue of the Americas; NEW YORK, NY 10019 ; 279971442780 (MAN) | 27.77 |
| **Total Costs incurred and advanced** | | **$27.77** |
| | **Current Fees and Costs** | **$12,817.27** |
| | **Total Balance Due - Due Upon Receipt** | **$12,817.27** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429419

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Omnibus Alter Ego Adversary Proceeding**
PH LLP Client/Matter # 50687-00028
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024

| | |
|---|---:|
| | $17,138.50 |
| **Current Fees and Costs Due** | **$17,138.50** |
| **Total Balance Due - Due Upon Receipt** | **$17,138.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429419

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Omnibus Alter Ego Adversary Proceeding
PH LLP Client/Matter # 50687-00028
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $17,138.50 |
| **Current Fees and Costs Due** | **$17,138.50** |
| **Total Balance Due - Due Upon Receipt** | **$17,138.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429419

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## Omnibus Alter Ego Adversary Proceeding                                $17,138.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 09/03/2024 | DEB4 | Conference with L. Despins regarding UK administrators (0.4); analyze documents related to same (1.2); correspond with Alessia de Quincey (Pallas) regarding same (0.3) | 1.90 | 1,395.00 | 2,650.50 |
| 09/03/2024 | LAD4 | T/c D. Barron re: Hamilton London issues (.40); review/comment on same (.70) | 1.10 | 1,975.00 | 2,172.50 |
| 09/07/2024 | NAB | Review case findings regarding Rule 54(b) and email with D. Barron regarding same | 0.20 | 1,835.00 | 367.00 |
| 09/11/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding default judgment orders in omnibus alter ego action | 0.20 | 1,395.00 | 279.00 |
| 09/14/2024 | LAD4 | Review/comment on London issues | 1.20 | 1,975.00 | 2,370.00 |
| 09/16/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding 54(b) issues | 0.40 | 1,395.00 | 558.00 |
| 09/16/2024 | NAB | Correspond with P. Linsey (NPM) and D. Barron regarding intervention request and related issues | 0.20 | 1,835.00 | 367.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00028
Invoice No. 2429419

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/18/2024 | DEB4 | Review motions to dismiss in connection with RICO and omnibus alter ego actions (1.8); correspond with L. Despins and N. Bassett regarding same (0.6); conference with P. Linsey (NPM) regarding same (0.4) | 2.80 | 1,395.00 | 3,906.00 |
| 09/19/2024 | LS26 | Review motions to dismiss and prepare summary chart of same | 0.40 | 985.00 | 394.00 |
| 09/19/2024 | NAB | Correspond with D. Barron regarding answers to complaint and related issues (.2); conduct preliminary analysis of same (.2) | 0.40 | 1,835.00 | 734.00 |
| 09/20/2024 | DEB4 | Correspond with S. Maza regarding alter ego law (0.1); prepare tracker for omnibus alter ego complaint (0.5) | 0.60 | 1,395.00 | 837.00 |
| 09/20/2024 | NAB | Review summary of motions to dismiss and analyze next steps | 0.30 | 1,835.00 | 550.50 |
| 09/22/2024 | DEB4 | Correspond with Belynjohn R. Delos Reyes (Jones & Associates) regarding requested extension to respond to alter ego complaint | 0.10 | 1,395.00 | 139.50 |
| 09/23/2024 | DEB4 | Correspond with N. Bassett regarding alter ego complaint | 0.80 | 1,395.00 | 1,116.00 |
| 09/25/2024 | DEB4 | Correspond with P. Linsey regarding entry of default in omnibus alter ego action | 0.20 | 1,395.00 | 279.00 |
| 09/27/2024 | DEB4 | Correspond with L. Despins regarding default judgments in omnibus alter ego actions | 0.30 | 1,395.00 | 418.50 |
| | | **Subtotal: B191  General Litigation** | **11.10** | | **17,138.50** |
| | | **Total** | **11.10** | | **17,138.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 2.30 | 1,975.00 | 4,542.50 |
| NAB | Nicholas A. Bassett | Partner | 1.10 | 1,835.00 | 2,018.50 |
| DEB4 | Douglass E. Barron | Associate | 7.30 | 1,395.00 | 10,183.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
Page 3

50687-00028

Invoice No. 2429419

| LS26 | Luyi Song | Associate | 0.40 | 985.00 | 394.00 |
|------|-----------|-----------|------|--------|--------|
| | **Current Fees and Costs** | | | | **$17,138.50** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$17,138.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429421

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Avoidance Actions**
PH LLP Client/Matter # 50687-00029
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $298,348.50 |
| Costs incurred and advanced | 3,699.71 |
| **Current Fees and Costs Due** | **$302,048.21** |
| **Total Balance Due – Due Upon Receipt** | **$302,048.21** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429421

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Avoidance Actions**
PH LLP Client/Matter # 50687-00029
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $298,348.50 |
| Costs incurred and advanced | 3,699.71 |
| **Current Fees and Costs Due** | **$302,048.21** |
| **Total Balance Due - Due Upon Receipt** | **$302,048.21** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429421 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

**Avoidance Actions**                                                                                    **$298,348.50**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B113** | **Pleadings Review** | | | | |
| 09/11/2024 | DM26 | Research recent pleadings relating to certain avoidance actions and update working group re same | 0.40 | 565.00 | 226.00 |
| | | **Subtotal: B113  Pleadings Review** | **0.40** | | **226.00** |
| **B155** | **Court Hearings** | | | | |
| 09/05/2024 | NAB | Review issues and notes in preparation for status conference in tolling order appeals (.2); call with P. Lindsey (NPM) and appellants' counsel regarding same (.3); follow-up call with P. Lindsey (NPM) regarding same (.2); correspond with L. Despins regarding issues related to status conference (.2) | 0.90 | 1,835.00 | 1,651.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00029
Invoice No. 2429421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/06/2024 | NAB | Prepare outline for status conference on avoidance action extension order appeals (.3); call with P. Lindsey (NPM) regarding same (.2); participate in status conference (.4); correspond with L. Despins regarding same (.1) | 1.00 | 1,835.00 | 1,835.00 |
| 09/21/2024 | LAD4 | T/c N. Bassett re: prep for status conference and avoidance action strategy | 0.20 | 1,975.00 | 395.00 |
| 09/21/2024 | NAB | Correspond with L. Despins and P. Lindsey (NPM) regarding status conference preparations and avoidance action strategy (.3); call with L. Despins regarding same (.2); correspond with opposing counsel regarding same (.3) | 0.80 | 1,835.00 | 1,468.00 |
| 09/23/2024 | NAB | Correspond with L. Despins and P. Lindsey (NPM) regarding avoidance action status conference (.6); further correspond with L. Despins regarding same (.5) | 1.10 | 1,835.00 | 2,018.50 |
| 09/24/2024 | LAD4 | Handle conference call with defendants' lawyers in preparation for court status conference re: common issues (.90); handle same in person court conference (1.60); t/c N. Bassett and P. Lindsey re: same and scheduling order (.50); separate call with N. Bassett and P. Lindsey re: same (.40) | 3.40 | 1,975.00 | 6,715.00 |
| 09/24/2024 | NAB | Call with L. Despins and P. Lindsey (NPM) regarding hearing and proposed scheduling order (.5); follow-up call with L. Despins and P. Lindsey regarding same (.4) | 0.90 | 1,835.00 | 1,651.50 |
| | | **Subtotal: B155  Court Hearings** | **8.30** | | **15,734.50** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/01/2024 | SM29 | Correspond with L. Despins re ▮ settlement (.2); review issues re same (.2) | 0.40 | 1,850.00 | 740.00 |
| 09/02/2024 | MR22 | Prepare service letters related to avoidance actions to be served in the UK | 4.30 | 565.00 | 2,429.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok       Page 3
50687-00029
Invoice No. 2429421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/03/2024 | DEB4 | Conference with S. Maza regarding fraud proceeds issues | 0.30 | 1,395.00 | 418.50 |
| 09/03/2024 | DEB4 | Correspond with N. Bassett regarding motion to dismiss by FFP | 0.10 | 1,395.00 | 139.50 |
| 09/03/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.2); correspond with L. Despins, N. Bassett, and P. Lindsey (NPM) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 09/03/2024 | ECS1 | Review transfers and prepare notes for call with &#9608;&#9608;&#9608;&#9608; regarding Trustee claims (.2); correspond with L. Despins and N. Bassett regarding same (.2) | 0.40 | 1,270.00 | 508.00 |
| 09/03/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.4); correspond with E. Ring (Ancillary) regarding same (.3) | 0.70 | 1,270.00 | 889.00 |
| 09/03/2024 | LAD4 | T/c N. Bassett, S. Maza re: asset recovery and related defenses | 0.40 | 1,975.00 | 790.00 |
| 09/03/2024 | MR22 | Prepare service letters relating to avoidance actions to be served in the UK | 0.60 | 565.00 | 339.00 |
| 09/03/2024 | NAB | Analyze case law regarding legal issues related to defenses to asset recovery actions (1.1); call with S. Maza regarding same (.4); calls with L. Despins and S. Maza regarding same (.4) | 1.90 | 1,835.00 | 3,486.50 |
| 09/03/2024 | SM29 | Revise &#9608;&#9608;&#9608; settlement agreement (1.1); email P. Lindsey (NPM) re same (.1) | 1.20 | 1,850.00 | 2,220.00 |
| 09/03/2024 | SM29 | Email N. Bassett re fraud proceeds issues and caselaw (.9); call with N. Bassett re same (.4); call with N. Bassett and L. Despins re same (.3); analyze additional caselaw re fraud proceeds issues (3.4); call with D. Barron re same (.3); further call with L. Despins and N. Bassett re same (.1); further correspond with L. Despins and N. Bassett re same (.2) | 5.60 | 1,850.00 | 10,360.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429421

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/04/2024 | ECS1 | Conduct factual analysis in connection with avoidance actions (.2); correspond with P. Lindsey (NPM) and L. Song regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 09/04/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.2); correspond with L. Despins, N. Bassett, and P. Lindsey (NPM) regarding same (.2) | 0.40 | 1,270.00 | 508.00 |
| 09/04/2024 | ECS1 | Call with ▮▮▮▮ with L. Despins and N. Bassett regarding claims related to transfers to ▮▮▮▮ (.4); review documents and issues in preparation for same (.2); follow up investigation regarding role of ▮▮▮▮ (.4); follow up correspondence with ▮▮▮▮ regarding same (.2) | 1.20 | 1,270.00 | 1,524.00 |
| 09/04/2024 | LAD4 | Call with potential defendant law firm ▮▮▮▮, E. Sutton and N. Bassett re: avoidance claims | 0.40 | 1,975.00 | 790.00 |
| 09/04/2024 | MR22 | Update service letters relating to avoidance actions to be served in the UK | 0.80 | 565.00 | 452.00 |
| 09/04/2024 | NAB | Correspond and call with P. Lindsey (NPM) regarding district court status conference request in tolling extension order appeals (.2); analyze appellate standing issues and related caselaw (.6); correspond with L. Despins regarding same (.2); call with opposing avoidance action counsel, L. Despins, and E. Sutton regarding settlement possibilities (.4); review issues and authorities in prep for same (.2); call with different avoidance action counsel regarding answer deadline (.2); correspond with P. Lindsey regarding same (.1); analyze jurisdictional arguments (.4); correspond with P. Lindsey regarding same (.2) | 2.50 | 1,835.00 | 4,587.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429421

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/05/2024 | DEB4 | Conference with S. Maza regarding fraud issues (0.2); review same (0.1); correspond with L. Song regarding same and related caselaw (0.2); correspond with N. Bassett regarding fraud issues (0.1); correspond with L. Despins regarding same (0.1) | 0.70 | 1,395.00 | 976.50 |
| 09/05/2024 | ECS1 | Call with ███████████, L. Despins, and N. Bassett regarding transfers to the firm (.5); follow up analysis of documents and financial records in connection with the same (1.1); correspond with ██████████, L. Despins, and N. Bassett regarding the same (.2) | 1.80 | 1,270.00 | 2,286.00 |
| 09/05/2024 | ECS1 | Prepare settlement agreement with ███████████ (.4); correspond with ████ and L. Despins ██████ regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 09/05/2024 | ECS1 | Conduct factual analysis regarding certain avoidance actions (.2); correspond with avoidance action defendants regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 09/05/2024 | LAD4 | Call with potential defendant law firm ██████████, E. Sutton and N. Bassett re: avoidance claims | 0.50 | 1,975.00 | 987.50 |
| 09/05/2024 | LS26 | Draft email to avoidance defendant re meet and confer (0.1); correspond with E. Sutton re same (0.1) | 0.20 | 985.00 | 197.00 |
| 09/05/2024 | MR22 | Update service letters relating to avoidance actions to be served in the UK | 1.30 | 565.00 | 734.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429421

Page 6

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/05/2024 | NAB | Correspond with P. Lindsey (NPM) and K. Catalano regarding caselaw related to avoidance action issues (.1); call with avoidance defendant, L. Despins, and E. Sutton regarding settlement discussions (.5); call with N. Biale (Enriquez counsel) regarding adversary proceeding and possible resolution of same (.4); call with P. Lindsey regarding same (.1); correspond with D. Skalka (NPM) regarding avoidance action litigation schedule (.2) | 1.30 | 1,835.00 | 2,385.50 |
| 09/05/2024 | SM29 | Analyze caselaw and statutory authority re fraud proceeds and constructive trust (6.1); email L. Despins and N. Bassett re same (.8); conference with D. Barron re same (.2) | 7.10 | 1,850.00 | 13,135.00 |
| 09/06/2024 | DEB4 | Correspond with P. Lindsey regarding comments to Harcus Parker brief (1.0); correspond with N. Bassett, L. Despins, and P. Lindsey regarding Zeisler objection to motion for judgment on the pleadings and related issues (0.8) | 1.80 | 1,395.00 | 2,511.00 |
| 09/06/2024 | DEB4 | Conference with S. Maza regarding fraud issues (1.1); conference with P. Lindsey regarding motion to dismiss issues (0.1); correspond with J. Kosciewicz regarding same (0.1) | 1.30 | 1,395.00 | 1,813.50 |
| 09/06/2024 | ECS1 | Zoom call with ▮▮▮▮ and L. Despins regarding transfers to ▮▮▮▮ (.5); prepare summary of ▮▮▮▮ transfers and previous discussions with firm (.4); follow up correspondence with L. Despins regarding same (.1) | 1.00 | 1,270.00 | 1,270.00 |
| 09/06/2024 | ECS1 | Prepare settlement agreement with ▮▮▮▮ (.9); correspond with L. Despins regarding same (.2); correspond with ▮▮▮▮ regarding same (.1) | 1.20 | 1,270.00 | 1,524.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429421

Page 7

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/06/2024 | ECS1 | Prepare settlement agreement with ▮ (.8); correspond with N. Bassett regarding same (.2) | 1.00 | 1,270.00 | 1,270.00 |
| 09/06/2024 | LAD4 | Review transfers and avoidance claims in prep for ▮ call (.90); handle call re: same with ▮, E. Sutton (.50) | 1.40 | 1,975.00 | 2,765.00 |
| 09/06/2024 | LAD4 | Review claims, issues re: Harcus Parker (.50); negotiate terms of stipulation with ▮ re: common issues (.60) | 1.10 | 1,975.00 | 2,172.50 |
| 09/06/2024 | LAD4 | T/c ▮ re: ▮ seal issues | 0.30 | 1,975.00 | 592.50 |
| 09/06/2024 | NAB | Review and revise draft response to Harcus Parker motion to dismiss (.7); correspond with P. Lindsey (NPM) regarding same (.1); correspond with ▮ regarding settlement and draft agreement for same (.1); correspond with avoidance action defense counsel and L. Despins regarding potential settlement (.2) | 1.10 | 1,835.00 | 2,018.50 |
| 09/06/2024 | SM29 | Correspond with N. Bassett re fraud proceeds questions (.3); analyze additional caselaw re same (1.0); call with D. Barron re same (1.1) | 2.40 | 1,850.00 | 4,440.00 |
| 09/07/2024 | DEB4 | Correspond with N. Bassett regarding Zeisler AP | 0.30 | 1,395.00 | 418.50 |
| 09/07/2024 | NAB | Review Zeisler response to motion for judgment on the pleadings (.2); correspond with D. Barron regarding same (.2) | 0.40 | 1,835.00 | 734.00 |
| 09/07/2024 | SM29 | Review updated ▮ settlement agreement (.3); email L. Despins re same (.1) | 0.40 | 1,850.00 | 740.00 |
| 09/08/2024 | DEB4 | Correspond with P. Lindsey (NPM) regarding Harcus Parker exhibits | 0.30 | 1,395.00 | 418.50 |
| 09/08/2024 | ECS1 | Review records related to transfers from ▮ to law firm ▮ (.3); correspond with ▮ regarding same (.1) | 0.40 | 1,270.00 | 508.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok        Page 8
50687-00029
Invoice No. 2429421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/08/2024 | NAB | Further review and revise draft response to Harcus Parker motion to dismiss (.9); correspond with P. Lindsey regarding same (.2) | 1.10 | 1,835.00 | 2,018.50 |
| 09/08/2024 | SM29 | Correspond with L. Despins and P. Lindsey (NPM) re ▮▮▮ settlement | 0.20 | 1,850.00 | 370.00 |
| 09/09/2024 | DEB4 | Conference with S. Maza regarding fraud and property of the estate issues | 0.50 | 1,395.00 | 697.50 |
| 09/09/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims | 0.10 | 1,270.00 | 127.00 |
| 09/09/2024 | ECS1 | Correspond with P. Lindsey (NPM) regarding Rule 9019 motions for approval of settlement agreements and mediation of same agreements | 0.30 | 1,270.00 | 381.00 |
| 09/09/2024 | ECS1 | Conduct factual analysis related to Trustee avoidance claims | 0.10 | 1,270.00 | 127.00 |
| 09/09/2024 | ECS1 | Prepare settlement agreement with ▮▮▮ ▮▮▮ (.1); correspond with L. Despins regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 09/09/2024 | ECS1 | Analyze financial records related to transfers to ▮▮▮ (.2); correspond with P. Lindsey (NPM) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 09/09/2024 | LAD4 | Review/edit objection to MTD by Harcus Parker | 0.70 | 1,975.00 | 1,382.50 |
| 09/09/2024 | NAB | Analyze jurisdictional issues and related caselaw for responses to motions to dismiss (.8); review and revise updated draft response to motion to dismiss (.6); correspond with L. Despins regarding same (.4) | 1.80 | 1,835.00 | 3,303.00 |
| 09/09/2024 | SM29 | Analyze fraud and property of estate issues and related caselaw (4.4); conference with D. Barron re same (.5) | 4.90 | 1,850.00 | 9,065.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429421

Page 9

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/10/2024 | DEB4 | Correspond with L. Despins regarding law firm transferee issues (0.4); correspond with L. Song regarding same (0.1); analyze documents related to same (0.3) | 0.80 | 1,395.00 | 1,116.00 |
| 09/10/2024 | ECS1 | Prepare settlement agreement with ▮▮▮ (.1); correspond with L. Despins regarding same (.1); call and correspond with P. Lindsey (NPM) regarding same (.1); correspond with ▮▮▮ regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 09/10/2024 | ECS1 | Conduct factual analysis related to avoidance claims (.3); correspond with avoidance action defendants regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 09/10/2024 | ECS1 | Analyze documents and issues related to transfers to ▮▮▮ (.2); correspond with P. Lindsey (NPM) and K. Mitchell (NPM) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 09/10/2024 | ECS1 | Call and correspond with P. Lindsey (NPM) regarding Rule 9019 motion for approval of settlement agreements and mediation of same agreements | 0.50 | 1,270.00 | 635.00 |
| 09/10/2024 | LAD4 | Review/comment on Weedlake counterclaim | 0.60 | 1,975.00 | 1,185.00 |
| 09/10/2024 | LAD4 | T/c ▮▮▮ and P. Lindsey (NPM) re: ▮▮▮ and open issues | 0.40 | 1,975.00 | 790.00 |
| 09/10/2024 | MR22 | Review and confirm delivery status of complaints served on UK defendants (.1); review and handle returned service letters (.2) | 0.30 | 565.00 | 169.50 |
| 09/10/2024 | NAB | Review memorandum and cited authority from S. Maza regarding avoidance action defenses (.3); review correspondence from opposing counsel regarding answer date extension request (.1) | 0.40 | 1,835.00 | 734.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 10

50687-00029

Invoice No. 2429421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/10/2024 | SM29 | Continue analyzing fraud and property of estate issues and related authority (2.2); prepare memorandum to N. Bassett re same (1.0) | 3.20 | 1,850.00 | 5,920.00 |
| 09/11/2024 | ECS1 | Analyze documents and authorities related to avoidance claims (.2); correspond with avoidance action defendants regarding same (.2) | 0.40 | 1,270.00 | 508.00 |
| 09/11/2024 | ECS1 | Prepare settlement agreement with ▇ ▇ (.1); correspond with L. Despins and R. Lupo regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 09/11/2024 | ECS1 | Analyze transfers to ▇ (.1); correspond with K. Mitchell (NPM) regarding same (.1); correspond with ▇ ▇ regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 09/11/2024 | LS26 | Draft email to A. Lomas (Kroll) regarding ▇ transfers and confidentiality designation of supporting documents | 0.30 | 985.00 | 295.50 |
| 09/11/2024 | MR22 | Review and handle returned service letters relating to UK avoidance actions (.4); update delivery tracker and E. Sutton regarding same (.7) | 1.10 | 565.00 | 621.50 |
| 09/11/2024 | NAB | Correspond with P. Lindsey (NPM) regarding B. Enriquez adversary proceeding | 0.10 | 1,835.00 | 183.50 |
| 09/12/2024 | ECS1 | Review authorities related to avoidance claims | 0.10 | 1,270.00 | 127.00 |
| 09/12/2024 | ECS1 | Correspond with P. Lindsey (NPM) regarding Rule 9019 motion for approval of settlement agreements and mediation of same agreements (.2); review settlement agreements in connection with same (.1) | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 11

50687-00029
Invoice No. 2429421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/12/2024 | ECS1 | Call with ▇▇▇▇▇▇▇▇▇▇, L. Despins and N. Bassett regarding transfers to ▇▇▇▇▇▇ and settlement of claims relating thereto (.3); prepare summary of ▇▇▇▇▇▇▇▇ transfers and claims for L. Despins in preparation for call (.5); review facts and documents regarding same (.2); correspond with K. Mitchell (NPM) and A. Lomas (Kroll) regarding same (.2); prepare tolling agreement in connection with ▇▇▇▇▇▇▇ claims (.2); correspond with D. Skalka (NPM) regarding same (.1) | 1.50 | 1,270.00 | 1,905.00 |
| 09/12/2024 | JPK1 | Review motion for judgment on pleadings in Zeisler avoidance action (.4); analyze Zeisler response and opposition to motion for judgment on the pleadings (.8); draft reply in support of motion for judgment on the pleadings (4.0); analyze Trustee's standing to assert alter ego claims on behalf of creditors (1.2) | 6.40 | 1,185.00 | 7,584.00 |
| 09/12/2024 | LAD4 | Call with potential defendant ▇▇▇▇▇▇, E. Sutton and N. Bassett re: avoidance claims | 0.30 | 1,975.00 | 592.50 |
| 09/12/2024 | LS26 | Call with defendant Qun Ju regarding avoidance action (0.2); correspond with P. Lindsey (NPM) and E. Sutton regarding same (0.1) | 0.30 | 985.00 | 295.50 |
| 09/12/2024 | NAB | Review documents from E. Sutton regarding avoidance claims (.2); call with L. Despins, E. Sutton and opposing counsel regarding same (.3) | 0.50 | 1,835.00 | 917.50 |
| 09/12/2024 | SM29 | Analyze and comment on fraud issues | 0.40 | 1,850.00 | 740.00 |
| 09/13/2024 | DEB4 | Conference with Pallas, L. Despins, N. Bassett, and P. Linsey (NPM) regarding UK aircraft (0.5); follow up correspondence with L. Despins regarding same (0.2) | 0.70 | 1,395.00 | 976.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429421

Page 12

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/13/2024 | ECS1 | Conduct factual analysis related to avoidance claims (.3); correspond with K. Mitchell (NPM) and L. Song regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 09/13/2024 | ECS1 | Prepare settlement agreement with ███ (.2); correspond with ███ regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 09/13/2024 | ECS1 | Review issues related to transfers to ███ (.2); correspond with ███ regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 09/13/2024 | ECS1 | Correspond and call with P. Lindsey (NPM) regarding Rule 9019 motion for approval of settlement agreements and mediation of same agreements (.2); correspond with settlement counter parties regarding same (.4); correspond with N. Bassett regarding same (.2); correspond with L. Despins regarding same (.1) | 0.90 | 1,270.00 | 1,143.00 |
| 09/13/2024 | ECS1 | Analyze issues regarding service of foreign avoidance action defendants (.5); correspond with L. Song regarding same (.2) | 0.70 | 1,270.00 | 889.00 |
| 09/13/2024 | LAD4 | Call with Versace landlord counsel and P. Lindsey (NPM) re: avoidance claims (.30); review transfers, issues to prepare for same (.80) | 1.10 | 1,975.00 | 2,172.50 |
| 09/13/2024 | NAB | Correspond with E. Sutton regarding avoidance action settlement motions | 0.10 | 1,835.00 | 183.50 |
| 09/14/2024 | JPK1 | Continue drafting reply in support of motion for default judgment in Zeisler avoidance action (1.2); analyze law of the case doctrine in connection with same (.7) | 1.90 | 1,185.00 | 2,251.50 |
| 09/14/2024 | NAB | Correspond with P. Lindsey (NPM) regarding avoidance actions and related scheduling issues | 0.20 | 1,835.00 | 367.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429421

Page 13

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/15/2024 | JPK1 | Continue drafting reply in support of motion for default judgment in Zeisler avoidance action (1.1); analyze caselaw regarding the same (.7) | 1.80 | 1,185.00 | 2,133.00 |
| 09/15/2024 | NAB | Begin review of Liberty Jets motion to dismiss and draft response to same | 0.30 | 1,835.00 | 550.50 |
| 09/16/2024 | DEB4 | Correspond with N. Bassett, S. Maza, and L. Despins regarding NY UVTA (0.5); correspond with N. Bassett and P. Lindsey regarding avoidance action defendants seeking to intervene in other APs (0.3) | 0.80 | 1,395.00 | 1,116.00 |
| 09/16/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.4); update tracker summarizing same (.2); analyze ▮▮▮▮▮ ▮▮▮▮▮▮ (1.0); call with L. Song regarding same (.2); correspond with L. Despins regarding same (.3) | 2.10 | 1,270.00 | 2,667.00 |
| 09/16/2024 | JPK1 | Draft preliminary statement for reply in support of motion for default judgment (1.2); revise reply (1.0); correspond with N. Bassett regarding the same (.1); correspond with M. Laskowski regarding the same (.1) | 2.40 | 1,185.00 | 2,844.00 |
| 09/16/2024 | LAD4 | Meet & confer with ▮▮▮▮▮ and others (with N. Bassett and P. Lindsey) re: common issues briefing & related scheduling (.30); review same (.30) | 0.60 | 1,975.00 | 1,185.00 |
| 09/16/2024 | LS26 | Analyze documents relating to avoidance defendant Qun Ju (0.8); correspond with E. Sutton and P. Lindsey (NPM) regarding same (0.4); correspond with avoidance defendant NZFA regarding avoidance action and meeting (0.1); correspond with P. Lindsey regarding Liberty Jet (0.1); conference with E. Sutton regarding ▮▮▮▮▮▮▮▮▮ (.2) | 1.60 | 985.00 | 1,576.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                                                         Page 14
50687-00029
Invoice No. 2429421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/16/2024 | NAB | Review and revise draft response to Liberty Jet motion to dismiss (.5); analyze legal issues related to same (.4); correspond with P. Lindsey (NPM) and D. Barron regarding same (.3); review Zeisler opposition to motion for judgment on pleadings and draft response to same (.5); review and revise draft rule 9019 motion for approval of settlement (.3); correspond with P. Lindsey regarding same (.2); correspond with P. Lindsey (NPM) and L. Despins regarding settlement strategy (.2); meet and confer with avoidance action defendants and L. Despins regarding request for status conference and related scheduling issues (.3); prepare notes for same (.1); correspond with E. Sutton regarding settlement discussions and evaluation of merits of claims in connection with same (.2); correspond with P. Lindsey regarding ACASS Canada motion to dismiss (.2) | 3.20 | 1,835.00 | 5,872.00 |
| 09/17/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims | 0.20 | 1,270.00 | 254.00 |
| 09/17/2024 | JPK1 | Correspond with M. Laskowski regarding reply in support of our motion for default judgment in Zeisler avoidance action | 0.10 | 1,185.00 | 118.50 |
| 09/17/2024 | JPK1 | Correspond with N. Bassett regarding reply in support of our motion for default judgment in Zeisler avoidance action | 0.20 | 1,185.00 | 237.00 |
| 09/17/2024 | LAD4 | Review UK jet issue (1.70); t/c P. Linsey (NPM) re: same (.30); email to N. Bassett, D. Barron & UK counsel re: same (.30) | 2.30 | 1,975.00 | 4,542.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429421

Page 15

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/17/2024 | NAB | Correspond with P. Lindsey (NPM) regarding avoidance action strategy and process issues (.5); correspond with opposing avoidance action counsel regarding same (.1); prepare parts of motion for judgment on the pleadings reply brief in Zeisler AP (.7); correspond with J. Kosciewicz regarding same (.2); correspond with L. Despins regarding same (.2); correspond with P. Lindsey (NPM) regarding settlement agreement language (.2); review same (.2); correspond with E. Sutton regarding settlement agreements and review same (.3) | 2.40 | 1,835.00 | 4,404.00 |
| 09/18/2024 | DEB4 | Correspond With P. Lindsey (NPM) regarding | 0.10 | 1,395.00 | 139.50 |
| 09/18/2024 | ECS1 | Correspond with ⬛ regarding tolling agreement with ⬛ | 0.10 | 1,270.00 | 127.00 |
| 09/18/2024 | ECS1 | Revise settlement agreement with Smees (.3); correspond with N. Bassett regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 09/18/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.6); correspond with L. Despins, N. Bassett, and P. Lindsey (NPM) regarding same (.1) | 0.70 | 1,270.00 | 889.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok          Page 16
50687-00029
Invoice No. 2429421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/18/2024 | NAB | Correspond with E. Sutton regarding settlement agreements, mediation, and related issues (.5); review and revise reply in support of motion for judgment on the pleadings in Zeisler adversary proceeding (1.8); analyze authorities regarding same (1.9); correspond with J. Kosciewicz regarding same (.2); call with S. Maza regarding same (.3); correspond with ▇▇▇ regarding answer date and next steps (.1); review revised draft of settlement agreement (.2); correspond with defense counsel regarding same (.1) | 5.10 | 1,835.00 | 9,358.50 |
| 09/18/2024 | SM29 | Call with N. Bassett re reply in support of judgment on the pleadings and standing (.3); analyze standing issues and related caselaw (3.2) | 3.50 | 1,850.00 | 6,475.00 |
| 09/19/2024 | DEB4 | Conferences with S. Maza regarding section 544 issues (0.5); conferences with S. Maza regarding section 549 case law (0.6); correspond with L. Despins regarding recent case in connection with same (0.1); analyze case law related to same (1.6) | 2.80 | 1,395.00 | 3,906.00 |
| 09/19/2024 | JPK1 | Incorporate N. Bassett's edits into reply in support of motion for judgment on pleadings in Zeisler avoidance action (.2); further revise reply (.2); analyze case law concerning law of the case doctrine (.6); review revised reply (.3); correspond with L. Despins regarding the same (.1); correspond with ▇▇▇ regarding the same (.1) | 1.50 | 1,185.00 | 1,777.50 |
| 09/19/2024 | LS26 | Meeting with P. Lindsey (NPM) and ▇▇▇ regarding avoidance action (0.5); review documents relating to ▇▇▇ (0.6); call and correspond with P. Lindsey regarding same (0.2); correspond with ▇▇▇ regarding provision of documents (0.1) | 1.40 | 985.00 | 1,379.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429421

Page 17

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/19/2024 | NAB | Review settlement agreement and rule 9019 filings (.3); correspond with P. Lindsey (NPM) regarding same (.2); prepare parts of reply in support of motion for judgment on the pleadings in Zeisler AP (.8); analyze case law regarding issues related to same (.5); call with S. Maza regarding same (.2) | 2.00 | 1,835.00 | 3,670.00 |
| 09/19/2024 | SM29 | Correspond with L. Despins re section 549 issues (.2); analyze same and related caselaw (1.7); conferences with D. Barron re same (.6) | 2.50 | 1,850.00 | 4,625.00 |
| 09/19/2024 | SM29 | Review reply in support of motion for judgment on the pleadings (.4); analyze caselaw and statutory authority re standing (3.5); conference with D. Barron re section 544 issues and related caselaw (.5); call with N. Bassett re same (.2); prepare insert for reply in support of motion for judgment on the pleadings (.9) | 5.50 | 1,850.00 | 10,175.00 |
| 09/20/2024 | AD20 | Review and comment on legal and factual citations in reply in support of motion for judgment on pleadings (Zeisler) and file with the court | 2.10 | 445.00 | 934.50 |
| 09/20/2024 | DEB4 | Call with S. Maza regarding █████ settlement email | 0.20 | 1,395.00 | 279.00 |
| 09/20/2024 | JPK1 | Incorporate edits from N. Bassett, L. Despins, and S. Maza to reply in support of motion for judgment on the pleadings in Zeisler avoidance action (1.3); correspond with A. Doherty regarding the same (.1) | 1.40 | 1,185.00 | 1,659.00 |
| 09/20/2024 | LAD4 | Review/edit our response to Z&Z's opposition to motion for judgment on the pleadings | 0.80 | 1,975.00 | 1,580.00 |
| 09/20/2024 | LS26 | Correspond with S. Maza regarding motions to withdraw the reference (0.1); correspond with █████ regarding document provision (0.1) | 0.20 | 985.00 | 197.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 18
50687-00029
Invoice No. 2429421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/20/2024 | NAB | Further review and revise draft reply in support of motion for judgment on the pleadings in Zeisler AP (1.1); correspond with J. Kosciewicz and S. Maza regarding same (.4); correspond with L. Despins regarding same (.2) | 1.70 | 1,835.00 | 3,119.50 |
| 09/20/2024 | SM29 | Call with D. Barron re settlement email from ▓▓▓▓▓▓▓ (.2); email L. Despins re same (.1) | 0.30 | 1,850.00 | 555.00 |
| 09/20/2024 | SM29 | Revise reply in support of motion for judgment on the pleadings in Zeisler AP | 1.10 | 1,850.00 | 2,035.00 |
| 09/21/2024 | NAB | Correspond with E. Sutton regarding approval of settlement agreements | 0.10 | 1,835.00 | 183.50 |
| 09/22/2024 | DEB4 | Conference with S. Maza regarding withdrawal of the reference issues (0.4); correspond with S. Maza regarding same (0.2) | 0.60 | 1,395.00 | 837.00 |
| 09/22/2024 | NAB | Correspond with L. Despins and S. Maza regarding issues relating to motions to withdraw the reference | 0.20 | 1,835.00 | 367.00 |
| 09/22/2024 | SM29 | Analyze bankruptcy court authority (3.1); review Lawall & Mitchell motions to withdraw the reference (1.0); conference with D. Barron re same (.4); analyze arguments and authority re same (2.2); correspond with L. Despins and N. Bassett re same (.8) | 7.50 | 1,850.00 | 13,875.00 |
| 09/23/2024 | DEB4 | Correspond with S. Maza regarding section 549 issues and article (0.1); conference with S. Maza regarding same (0.3); correspond with P. Lindsey (NPM) regarding withdrawal of the reference issues (0.1); correspond with M. Conway regarding protective order (0.1); correspond with P. Lindsey regarding section 549 issues (0.1); conference with P. Lindsey regarding section 549 issues (0.2); analyze same (0.3) | 1.20 | 1,395.00 | 1,674.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429421

Page 19

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/23/2024 | JPK1 | Review defendants' motion to withdraw the reference in Lawall and Mitchell and Aaron Mitchell avoidance actions (1.0); correspond with S. Maza regarding the same (.2) | 1.20 | 1,185.00 | 1,422.00 |
| 09/23/2024 | JPK1 | Review M. Francis document productions and privilege logs (.2); correspond with N. Bassett regarding the same (.1); correspond with L. Song regarding the same (.2) | 0.50 | 1,185.00 | 592.50 |
| 09/23/2024 | LAD4 | T/c P. Lindsey re: ▓▓▓ claims and review same | 0.70 | 1,975.00 | 1,382.50 |
| 09/23/2024 | NAB | Call with S. Maza regarding response to motions to withdraw the reference (.2); correspond with P. Lindsey (NPM) regarding same and related scheduling (.2) | 0.40 | 1,835.00 | 734.00 |
| 09/23/2024 | SM29 | Prepare objection to Lawall & Mitchell motion to withdraw the reference (5.6); call with N. Bassett re same (.2); call with D. Barron re same (.3); email J. Kosciewicz re same (.2); correspond with L. Despins, N. Bassett, and P. Lindsey (NPM) re same and motion to extend time (.2) | 6.50 | 1,850.00 | 12,025.00 |
| 09/23/2024 | WCF | Review designation of appeal items for consolidated appeals (six) of supplemental avoidance action deadline tolling motion (.8); review main case docket and adversary dockets (Meta, Apple, G Clubs, FFP, Ogier) regarding same (1.4); draft consolidated counter-designation of items for consolidated appeal (.4) | 2.60 | 1,390.00 | 3,614.00 |
| 09/24/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.2); correspond with L. Despins, N. Bassett, and P. Lindsey (NPM) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429421

Page 20

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/24/2024 | JPK1 | Analyze case law regarding implied consent to bankruptcy court jurisdiction for response to A. Mitchell's motion to withdraw the reference (2.6); correspond with S. Maza regarding the same (.1) | 2.70 | 1,185.00 | 3,199.50 |
| 09/24/2024 | LAD4 | Review claims and prepare notes for call re: BR settlement (.40); handle call with ▮ and P. Lindsey (NPM) re: ▮ settlement (.90) | 1.30 | 1,975.00 | 2,567.50 |
| 09/24/2024 | LS26 | Draft email to ▮ regarding document provision (0.1); correspond with E. Sutton regarding same (0.1) | 0.20 | 985.00 | 197.00 |
| 09/24/2024 | WCF | Revise consolidated counter-designations for filing in supplemental avoidance action tolling order appeal | 0.30 | 1,390.00 | 417.00 |
| 09/25/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (1.4); update tracker summarizing same (.5); correspond with L. Despins, N. Bassett, and P. Lindsey (NPM) regarding same (.4); call with P. Lindsey (NPM) regarding same (.3); call with ▮ regarding Trustee claims (.1); review transfers and prepare notes re same for ▮ call (.4); follow up correspondence with D. Skalka (NPM) regarding tolling agreement with ▮ (.2) | 3.30 | 1,270.00 | 4,191.00 |
| 09/25/2024 | ECS1 | Correspond with N. Bassett and L. Despins regarding transfers to ▮ and settlement and/or tolling of related claims | 0.70 | 1,270.00 | 889.00 |
| 09/25/2024 | ECS1 | Conduct fact analysis regarding certain avoidance actions (.1); correspond with K. Mitchell (NPM), L. Song, and avoidance action defendants regarding same (.1) | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429421

Page 21

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/25/2024 | ECS1 | Correspond with P. Lindsey (NPM) regarding Rule 9019 motion for approval of settlement agreements and mediation of same | 0.10 | 1,270.00 | 127.00 |
| 09/25/2024 | NAB | Call with ▮▮▮▮ regarding potential avoidance action settlement (.2); correspond with L. Despins regarding same (.2); call with S. Maza regarding withdrawal of the reference (.2) | 0.60 | 1,835.00 | 1,101.00 |
| 09/25/2024 | SM29 | Review email from J. Kosciewicz re withdrawal of the reference (.4); conference with N. Bassett re same (.2) | 0.60 | 1,850.00 | 1,110.00 |
| 09/26/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.4); update tracker summarizing same (.1); correspond with L. Despins, N. Bassett, and P. Lindsey (NPM) regarding same (.1) | 0.60 | 1,270.00 | 762.00 |
| 09/26/2024 | ECS1 | Prepare tolling agreement with ▮▮▮▮ ▮▮▮▮ (1.3); correspond with N. Bassett and L. Despins regarding same (.5) | 1.80 | 1,270.00 | 2,286.00 |
| 09/26/2024 | ECS1 | Correspond with P. Lindsey (NPM) regarding certain avoidance action defendants | 0.10 | 1,270.00 | 127.00 |
| 09/26/2024 | LAD4 | Review seal issues w/r/t settlements (.90); t/c (2X) H. Claiborn (UST) re: same (.30) | 1.20 | 1,975.00 | 2,370.00 |
| 09/26/2024 | NAB | Correspond with E. Sutton regarding tolling agreements and settlement discussion issues | 0.50 | 1,835.00 | 917.50 |
| 09/27/2024 | DEB4 | Correspond with P. Lindsey (NPM) regarding A. Mitchell issues in connection with avoidance actions | 0.30 | 1,395.00 | 418.50 |
| 09/27/2024 | ECS1 | Correspond with L. Despins and N. Bassett regarding tolling agreement with ▮▮▮▮ ▮▮▮▮ | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429421

Page 22

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/27/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.3); update tracker summarizing same (.1); correspond with L. Despins, N. Bassett, and P. Lindsey (NPM) regarding same (.2) | 0.60 | 1,270.00 | 762.00 |
| 09/27/2024 | LAD4 | T/c N. Bassett and P. Lindsey (NPM) re: settlement and rule 9019 motions | 0.70 | 1,975.00 | 1,382.50 |
| 09/27/2024 | LAD4 | T/c H. Claiborn (UST) re: seal issues | 0.50 | 1,975.00 | 987.50 |
| 09/27/2024 | NAB | Call with L. Despins and P. Lindsey (NPM) regarding settlement and rule 9019 motion issues (.7); draft proposed response to motion to stay discovery (.6); correspond with L. Despins and P. Lindsey regarding same (.2); call with prospective defendant's counsel regarding settlement discussions (.3) | 1.80 | 1,835.00 | 3,303.00 |
| 09/28/2024 | ECS1 | Review and analyze documents and emails in connection with parties who entered into tolling agreements with the Trustee (.5); updated tracking chart in connection with same (.3); correspondence with Doug Skalka and Pat Lindsey (NPM) regarding same (.2) | 1.00 | 1,270.00 | 1,270.00 |
| 09/30/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.7); correspond with L. Despins regarding same (.4) | 1.10 | 1,270.00 | 1,397.00 |
| 09/30/2024 | ECS1 | Prepare tolling agreement with ██████ (.3); correspond with ██████ ██████, N. Bassett, and D. Skalka (NPM) regarding same (.4) | 0.70 | 1,270.00 | 889.00 |
| 09/30/2024 | ECS1 | Conduct factual analysis related to avoidance actions (.2); correspond with ██████ ██████ regarding same (.3) | 0.50 | 1,270.00 | 635.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 23
50687-00029
Invoice No. 2429421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/30/2024 | LS26 | Meeting with P. Lindsey (NPM) to discuss avoidance action defendants (0.4); analyze documents relating to ▮▮▮▮ (1.1) | 1.50 | 985.00 | 1,477.50 |
| 09/30/2024 | NAB | Review draft tolling agreement (.2); correspond with E. Sutton regarding same (.1); correspond with P. Lindsey (NPM) regarding avoidance action strategy (.2) | 0.50 | 1,835.00 | 917.50 |
| | | **Subtotal: B191  General Litigation** | **183.20** | | **282,388.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Total** | | | **191.90** | | **298,348.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 18.90 | 1,975.00 | 37,327.50 |
| NAB | Nicholas A. Bassett | Partner | 34.90 | 1,835.00 | 64,041.50 |
| SM29 | Shlomo Maza | Of Counsel | 53.30 | 1,850.00 | 98,605.00 |
| DEB4 | Douglass E. Barron | Associate | 12.80 | 1,395.00 | 17,856.00 |
| WCF | Will C. Farmer | Associate | 2.90 | 1,390.00 | 4,031.00 |
| ECS1 | Ezra C. Sutton | Associate | 32.40 | 1,270.00 | 41,148.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 20.10 | 1,185.00 | 23,818.50 |
| LS26 | Luyi Song | Associate | 5.70 | 985.00 | 5,614.50 |
| MR22 | Mila Rubinfeld | Associate | 8.40 | 565.00 | 4,746.00 |
| DM26 | David Mohamed | Paralegal | 0.40 | 565.00 | 226.00 |
| AD20 | Allison Doherty | Paralegal | 2.10 | 445.00 | 934.50 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/26/2024 | Photocopy Charges | 254.00 | 0.08 | 20.32 |
| 09/26/2024 | Photocopy Charges (Color) | 388.00 | 0.20 | 77.60 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00029

Invoice No. 2429421

Page 24

| | | |
|---|---|---|
| 09/03/2024 | UPS/Courier Service - Federal Express, Invoice# 2-306-95660 Dated 09/03/24, Express, Invoice# 2-306-95660 Dated 09/03/24, Delivered: 09/02/24; Officer, Managing or General Agent Haitong International Securities 189 Des Voeux Road, 22nd Floor, Lipo Chub Building, Hong Kong, HK26463262 | 21.05 |
| 09/03/2024 | UPS/Courier Service - Federal Express, Invoice# 2-306-95660 Dated 09/03/24, Delivered 09/02/24; Officer, Managing or General Agent Haitong International Securities 189 Des Voeux Road, 22nd Floor, Lipo Chub Building, Hong Kong, HK | 27.04 |
| 09/06/2024 | Outside Professional Services - Ancillary Legal Corporation, Invoice# 2029 Dated 09/06/24, Process servers, out of country for The Golden Sealine Limited, St. Kitts/Nevis Hague Service Birchstone Capital, Switzerland, Translations to German. | 3,479.50 |
| 09/10/2024 | UPS/Courier Service - Federal Express, Invoice# 2-308-92786 Dated 09/10/24; Delivered 09/04/2024; Qiu Yue Shou 289 Bungarribee Road, Blacktown NS 2148 AU | 37.10 |
| 09/10/2024 | UPS/Courier Service - Federal Express, Invoice# 2-308-92786 Dated 09/10/24, Qiu Yue Shou 289 Bungarribee Road, Blacktown NS 2148 AU | 37.10 |
| **Total Costs incurred and advanced** | | **$3,699.71** |
| | **Current Fees and Costs** | **$302,048.21** |
| | **Total Balance Due - Due Upon Receipt** | **$302,048.21** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429422

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Mediation**
PH LLP Client/Matter # 50687-00030
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending September 30, 2024 | $21,730.50 |
| **Current Fees and Costs Due** | **$21,730.50** |
| **Total Balance Due - Due Upon Receipt** | **$21,730.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com


Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429422

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Mediation**
PH LLP Client/Matter # 50687-00030
Luc A. Despins


| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $21,730.50 |
| **Current Fees and Costs Due** | **$21,730.50** |
| **Total Balance Due - Due Upon Receipt** | **$21,730.50** |


We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429422

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

**Mediation**                                                                                    **$21,730.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 09/04/2024 | LAD4 | T/c N. Bassett re: prep for mediator call (.10); call with Judge Tancredi and N. Bassett re: mediation next steps (.80); review/comment on same (.50); post-mortem with N. Bassett (.20) | 1.60 | 1,975.00 | 3,160.00 |
| 09/04/2024 | NAB | Review open issues and notes to prepare for mediator call (.2); call with L. Despins regarding same (.1); participate in video call with L. Despins and mediator regarding mediation issues and next steps (.8); follow-up call with L. Despins regarding same (.2) | 1.30 | 1,835.00 | 2,385.50 |
| 09/17/2024 | ECS1 | Correspond with P. Linsey (NPM) and N. Bassett regarding mediator's review of settlement agreements | 0.20 | 1,270.00 | 254.00 |
| 09/17/2024 | ECS1 | Correspond with P. Linsey (NPM) regarding Rule 9019 motion for approval of settlement agreements and mediation of same agreements | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 2
50687-00030
Invoice No. 2429422

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/18/2024 | ECS1 | Prepare language regarding rationale for settlement agreements for mediator (.9); correspond with N. Bassett and P. Linsey (NPM) regarding same (.3) | 1.20 | 1,270.00 | 1,524.00 |
| 09/18/2024 | ECS1 | Prepare emails to settlement counterparties regarding review by Judge Tancredi of settlement agreements (1.9); correspond with N. Bassett and P. Linsey (NPM) regarding same (.3) | 2.20 | 1,270.00 | 2,794.00 |
| 09/18/2024 | LAD4 | T/c D. Skalka & P. Linsey (NPM) re: call with Judge Tancredi (.30); call N. Bassett re: same (.20) | 0.50 | 1,975.00 | 987.50 |
| 09/18/2024 | NAB | Call with L. Despins regarding mediation issues | 0.20 | 1,835.00 | 367.00 |
| 09/19/2024 | LAD4 | T/c N. Bassett re: open mediation legal issues (.40); outline same for call with Judge Tancredi (.40); handle call with Judge Tancredi & N. Bassett re: mediation (1.00); review cases on section 549 and benefit to the estate (.90) | 2.70 | 1,975.00 | 5,332.50 |
| 09/19/2024 | NAB | Call with L. Despins regarding mediation and avoidance action strategy (.4); analyze case law in connection with same (.3); call with L. Despins and mediator regarding same (1.0); correspond with E. Sutton regarding communications to mediator (.1) | 1.80 | 1,835.00 | 3,303.00 |
| 09/22/2024 | ECS1 | Correspond with N. Bassett and P. Linsey (NPM) regarding settlement agreements with law firms, mediation of settlement agreements, and correspondence with Judge Tancredi regarding same | 0.50 | 1,270.00 | 635.00 |
| 09/22/2024 | NAB | Review and revise mediator email regarding settlements | 0.40 | 1,835.00 | 734.00 |
| | | **Subtotal: B191  General Litigation** | **12.80** | | **21,730.50** |
| | **Total** | | **12.80** | | **21,730.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00030

Invoice No. 2429422

Page 3

---

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 4.80 | 1,975.00 | 9,480.00 |
| NAB | Nicholas A. Bassett | Partner | 3.70 | 1,835.00 | 6,789.50 |
| ECS1 | Ezra C. Sutton | Associate | 4.30 | 1,270.00 | 5,461.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$21,730.50** |
| **Total Balance Due - Due Upon Receipt** | | **$21,730.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429423

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Forfeiture Issues**
PH LLP Client/Matter # 50687-00031
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $192,423.00 |
| Costs incurred and advanced | 138.66 |
| **Current Fees and Costs Due** | **$192,561.66** |
| **Total Balance Due – Due Upon Receipt** | **$192,561.66** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429423

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Forfeiture Issues**
PH LLP Client/Matter # 50687-00031
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024                           $192,423.00

Costs incurred and advanced                                            138.66

**Current Fees and Costs Due**                                     **$192,561.66**

**Total Balance Due – Due Upon Receipt**                           **$192,561.66**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429423

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

**Forfeiture Issues** $192,423.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 09/03/2024 | ECS1 | Review issue regarding precedent forfeiture filings | 0.10 | 1,270.00 | 127.00 |
| 09/04/2024 | LT9 | Review forfeiture documents | 0.70 | 1,775.00 | 1,242.50 |
| 09/04/2024 | LT9 | Telephone conference with S. Maza on forfeiture documents | 0.90 | 1,775.00 | 1,597.50 |
| 09/04/2024 | LAD4 | T/c S. Maza & N. Bassett re: forfeiture issues for DOJ presentation | 0.40 | 1,975.00 | 790.00 |
| 09/04/2024 | NAB | Review comments to presentation regarding receivership (.3); call with L. Despins and S. Maza regarding same (.4) | 0.70 | 1,835.00 | 1,284.50 |
| 09/04/2024 | SM29 | Review forfeiture comments from O'Melveny (.9); email L. Despins, L. Tsao, and N. Bassett re same (.1); call with L. Tsao re same (.9); call with N. Bassett and L. Despins re same (.4); analyze caselaw related to O'Melveny forfeiture comments (.8); revise forfeiture presentation (1.3) | 4.40 | 1,850.00 | 8,140.00 |
| 09/05/2024 | SM29 | Revise presentation to incorporate L. Despins comments | 0.70 | 1,850.00 | 1,295.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                           Page 2
50687-00031
Invoice No. 2429423

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/08/2024 | DEB4 | Conference with S. Maza regarding forfeiture presentation | 0.30 | 1,395.00 | 418.50 |
| 09/08/2024 | SM29 | Prepare parts of presentation re forfeiture issues (1.7); conference with D. Barron re same (.3) | 2.00 | 1,850.00 | 3,700.00 |
| 09/09/2024 | LT9 | Conference with L. Despins on forfeiture and related presentation for DOJ | 0.20 | 1,775.00 | 355.00 |
| 09/09/2024 | LAD4 | T/c L. Tsao re: DOJ meeting (.20); review/edit presentation for same (.50); t/c S. Maza re: same (.40) | 1.10 | 1,975.00 | 2,172.50 |
| 09/09/2024 | SM29 | Analyze forfeiture issues and supplement related presentation (2.6); correspond with L. Tsao re same (.2); conference with L. Despins re same (.4) | 3.20 | 1,850.00 | 5,920.00 |
| 09/10/2024 | LT9 | Telephone conferences with L. Despins and S. Maza regarding DOJ meeting on forfeiture issues | 0.40 | 1,775.00 | 710.00 |
| 09/10/2024 | LT9 | Review certain case documents to prepare for meeting with DOJ on forfeiture issues | 1.30 | 1,775.00 | 2,307.50 |
| 09/10/2024 | LAD4 | T/c S. Maza, L. Tsao re: forfeiture presentation (.40); review/edit same (1.30) | 1.70 | 1,975.00 | 3,357.50 |
| 09/10/2024 | LS26 | Review criminal case docket update and correspond with L. Despins, N. Bassett, S. Maza and D. Barron regarding same (0.2); prepare documents for meeting with DOJ (0.4) | 0.60 | 985.00 | 591.00 |
| 09/10/2024 | NAB | Correspond with L. Despins regarding forfeiture issues | 0.10 | 1,835.00 | 183.50 |
| 09/10/2024 | SM29 | Analyze forfeiture issues and supplement related presentation (4.1); call with L. Despins and L. Tsao re same (.4) | 4.50 | 1,850.00 | 8,325.00 |
| 09/11/2024 | DEB4 | Correspond with L. Despins, N. Bassett, and S. Maza regarding forfeiture and transfer issues (0.3); call with S. Maza regarding same (0.2) | 0.50 | 1,395.00 | 697.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 3
50687-00031
Invoice No. 2429423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/11/2024 | LT9 | Meeting with L. Despins and N. Bassett to prepare for DOJ meeting (.7); post-meeting conference with L. Despins and N. Bassett regarding same and next steps (.2) | 0.90 | 1,775.00 | 1,597.50 |
| 09/11/2024 | LT9 | Meeting with DOJ, L. Despins, and N. Bassett on forfeiture issues | 1.10 | 1,775.00 | 1,952.50 |
| 09/11/2024 | LT9 | Review certain case documents and PowerPoint deck to prepare for meeting with DOJ on forfeiture | 2.10 | 1,775.00 | 3,727.50 |
| 09/11/2024 | LAD4 | Review/comment on ██████████ ██████ | 1.00 | 1,975.00 | 1,975.00 |
| 09/11/2024 | LAD4 | Review issues and prepare for forfeiture meeting with DOJ with N. Bassett and L. Tsao (.70); handle same with N. Bassett and L. Tsao (1.10); post-mortem N. Bassett and L. Tsao (.20); t/c S. Maza re: DOJ meeting (.30) | 2.30 | 1,975.00 | 4,542.50 |
| 09/11/2024 | NAB | Review forfeiture issues and related authority in prep for meeting with DOJ (.3); meet with L. Despins and L. Tsao regarding coordination with DOJ on forfeiture (.7); attend meeting with DOJ, L. Despins, and L. Tsao regarding forfeiture (1.1); follow up conference with L. Despins and L. Tsao regarding same (.2) | 2.30 | 1,835.00 | 4,220.50 |
| 09/11/2024 | SM29 | Call with L. Despins re meeting with DOJ (.3); further analyze statute of limitations issues and related caselaw (1.5); email L. Despins re same (.4) | 2.20 | 1,850.00 | 4,070.00 |
| 09/11/2024 | SM29 | Correspond with L. Despins, D. Barron, and N. Bassett re forfeiture issues and seized funds (.3); analyze caselaw re same and statute of limitations (2.2); call with D. Barron re same (.2) | 2.70 | 1,850.00 | 4,995.00 |
| 09/12/2024 | DEB4 | Conference with S. Maza regarding forfeiture issues | 0.30 | 1,395.00 | 418.50 |
| 09/12/2024 | SM29 | Conference with D. Barron re forfeiture issues | 0.30 | 1,850.00 | 555.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 4

50687-00031
Invoice No. 2429423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/13/2024 | LT9 | Correspond with L. Despins on forfeiture issues (0.2); draft correspondence to SDNY regarding same (0.2) | 0.40 | 1,775.00 | 710.00 |
| 09/13/2024 | NAB | Correspond with D. Barron and L. Song regarding &#9608;&#9608;&#9608; forfeiture issues | 0.10 | 1,835.00 | 183.50 |
| 09/13/2024 | SM29 | Correspond with L. Despins re term sheet (.1); correspond with A. Bongartz re precedent (.1); review same from A. Bongartz (.2); review additional term sheet precedent (.5) | 0.90 | 1,850.00 | 1,665.00 |
| 09/16/2024 | SM29 | Prepare term sheet re forfeiture | 4.70 | 1,850.00 | 8,695.00 |
| 09/17/2024 | ECS1 | Analyze &#9608;&#9608;&#9608; case, claims approval, and objection process by chapter 11 trustee managing creditor and victim restitution (1.4); correspond with S. Maza regarding same (.6) | 2.00 | 1,270.00 | 2,540.00 |
| 09/17/2024 | LT9 | Telephone conference with T. LaMorte (DOJ) on forfeiture issues (0.3); telephone conference with L. Despins on same (0.2); telephone conference with S. Maza on coordination agreement (0.3); draft correspondence to L. Despins on call with SDNY regarding same (0.4) | 1.20 | 1,775.00 | 2,130.00 |
| 09/17/2024 | LAD4 | Review/edit forfeiture term sheet (1.10); t/c L. Tsao re: same and DOJ call (.20) | 1.30 | 1,975.00 | 2,567.50 |
| 09/17/2024 | SM29 | Correspond with L. Despins re forfeiture questions (.3); revise term sheet to incorporate L. Despins' comments (.7); correspond with L. Tsao re same (.2); call with L. Tsao re same (.3); further revise forfeiture term sheet (.5) | 2.00 | 1,850.00 | 3,700.00 |
| 09/18/2024 | DEB4 | Correspond with S. Maza regarding forfeiture issues | 0.30 | 1,395.00 | 418.50 |
| 09/20/2024 | LT9 | Review and supplement correspondence to DOJ regarding forfeiture | 0.20 | 1,775.00 | 355.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 5

50687-00031

Invoice No. 2429423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/23/2024 | LT9 | Videoconference with T. LaMorte (SDNY) and L. Despins regarding forfeiture (.5); prepare notes regarding follow up issues (.1); telephone conference with L. Despins and N. Bassett regarding same (.2) | 0.80 | 1,775.00 | 1,420.00 |
| 09/23/2024 | LAD4 | Call with T. La Morte (DOJ) & L. Tsao re: open forfeiture issues (.50); t/c N. Bassett and L. Tsao re: same (.20); review same (.10) | 0.80 | 1,975.00 | 1,580.00 |
| 09/23/2024 | NAB | Call with L. Despins and L. Tsao regarding DOJ forfeiture discussions developments | 0.20 | 1,835.00 | 367.00 |
| 09/24/2024 | LT9 | Telephone conference with L. Despins and S. Maza on forfeiture issues | 0.20 | 1,775.00 | 355.00 |
| 09/24/2024 | LAD4 | T/c S. Maza and L. Tsao re: forfeiture | 0.20 | 1,975.00 | 395.00 |
| 09/24/2024 | SM29 | Call with L. Despins and L. Tsao re forfeiture issues (.2); analyze same and related authority (2.7); email L. Despins re same (.2) | 3.10 | 1,850.00 | 5,735.00 |
| 09/25/2024 | DEB4 | Analyze and comment on forfeiture issues | 0.60 | 1,395.00 | 837.00 |
| 09/25/2024 | DEB4 | Attend call on forfeiture issues with DOJ, L. Despins, N. Bassett, L. Tsao, S. Maza, and L. Song (.5); follow up conference with L. Despins, S. Maza, L. Tsao, L. Song and N. Bassett regarding same (.7) | 1.20 | 1,395.00 | 1,674.00 |
| 09/25/2024 | LT9 | Videoconference with DOJ, L. Despins, N. Bassett, S. Maza, D. Barron, L. Song on forfeiture issues (0.5); videoconference with L. Despins, N. Bassett, S. Maza, D. Barron, and L. Song on forfeiture issues (0.7); telephone conference with S. Kim on forfeiture questions and caselaw (0.2); review remission documents (0.4); draft correspondence to L. Despins and N. Bassett on coordination agreements (0.2) | 2.00 | 1,775.00 | 3,550.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok          Page 6
50687-00031
Invoice No. 2429423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/25/2024 | LAD4 | Review forfeiture issues & notes in prep for DOJ call (.60); handle call with DOJ re: forfeiture with N. Bassett, L. Tsao, S. Maza, D. Barron, and L. Song (.50); follow-up review re: same (.40); post-mortem with N. Bassett, S. Maza, L. Tsao, D. Barron and L. Song (.70) | 2.20 | 1,975.00 | 4,345.00 |
| 09/25/2024 | LS26 | Attend meeting with DOJ, L. Despins, N. Bassett, S. Maza, D. Barron, and L. Tsao to discuss forfeiture issues (0.5); participate in meeting with L. Despins, S. Maza, N. Bassett, D. Barron, and L. Tsao re forfeiture issues (0.7) | 1.20 | 985.00 | 1,182.00 |
| 09/25/2024 | NAB | Participate in meeting with L. Despins, L. Tsao, S. Maza, D. Barron, and L. Song and DOJ regarding potential coordination agreement on forfeiture issues (.5); follow up conference with L. Despins, S. Maza, L. Tsao, D. Barron and L. Song regarding same (.7); correspond with L. Despins and L. Tsao regarding same (.1) | 1.30 | 1,835.00 | 2,385.50 |
| 09/25/2024 | SK35 | Conference with L. Tsao regarding issue of compensable losses | 0.20 | 985.00 | 197.00 |
| 09/25/2024 | SM29 | Call with DOJ, L. Despins, N. Bassett, L. Tsao, D. Barron, and L. Song re forfeiture issues (.5); follow-up call with L. Despins, N. Bassett, L. Tsao, D. Barron, and L. Song re same (.7); conference with K. Pasquale re forfeiture (.1); review remission petitions from K. Pasquale (.6); email K. Pasquale re same (.1); review authority and precedent re remission petitions (1.0) | 3.00 | 1,850.00 | 5,550.00 |
| 09/26/2024 | DEB4 | Correspond with S. Maza regarding forfeiture issues | 0.30 | 1,395.00 | 418.50 |
| 09/26/2024 | SM29 | Correspond with L. Despins re remission petition (.2); analyze additional authority and precedent re same (2.1); prepare remission petition (1.9) | 4.20 | 1,850.00 | 7,770.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 7

50687-00031
Invoice No. 2429423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/27/2024 | SK35 | Analyze third superseding indictment concerning schemes alleged (1.4); prepare parts of primer on forfeiture and compensable losses (1.2) | 2.60 | 985.00 | 2,561.00 |
| 09/27/2024 | SM29 | Continue preparing remission petition | 5.00 | 1,850.00 | 9,250.00 |
| 09/29/2024 | LAD4 | Review/edit draft remission petition (1.60); t/c S. Maza re: same (.10) | 1.70 | 1,975.00 | 3,357.50 |
| 09/29/2024 | SK35 | Prepare primer on forfeiture and compensable losses | 3.30 | 985.00 | 3,250.50 |
| 09/29/2024 | SM29 | Continue preparing remission petition (5.4); call with L. Despins re same (.1); revise remission petition to incorporate L. Despins' comments (.9) | 6.40 | 1,850.00 | 11,840.00 |
| 09/30/2024 | DEB4 | Conferences with S. Maza regarding forfeiture issues (0.9); correspond with S. Maza regarding same (0.3) | 1.20 | 1,395.00 | 1,674.00 |
| 09/30/2024 | LT9 | Review and revise forfeiture memo (1.0); telephone conference with S. Kim regarding same (0.2); telephone conference with L. Despins, S. Maza, and S. Kim regarding forfeiture issues and remission petition (0.5); review and revise draft petition for remission (1.1) | 2.80 | 1,775.00 | 4,970.00 |
| 09/30/2024 | LAD4 | Zoom call with S. Kim, L. Tsao and S. Maza re: forfeiture technical rules (.50); review/edit remission draft petition (1.80) | 2.30 | 1,975.00 | 4,542.50 |
| 09/30/2024 | NAB | Review and revise draft petition for remission (1.5); correspond with S. Maza regarding same (.2) | 1.70 | 1,835.00 | 3,119.50 |
| 09/30/2024 | SK35 | Continue preparing memorandum on forfeiture and compensable losses (3.2); conference with L. Tsao regarding comments on the same (0.2); conference with L. Despins, L. Tsao, and S. Maza regarding forfeiture issues and draft remission petition (0.5); analyze additional issues regarding forfeiture and related authority (1.1); review draft remission petition (0.4) | 5.40 | 985.00 | 5,319.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                     Page 8
50687-00031
Invoice No. 2429423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/30/2024 | SM29 | Calls with D. Barron re remission petition (.9); revise same (1.2); email L. Despins re same (.3); review memo from S. Kim re remission and forfeiture (.4); call with L. Despins, L. Tsao, and S. Kim re same (.5); further revise remission petition (1.5); correspond with L. Despins re same (.2); revise remission petition to incorporate further comments from L. Despins (.5); further correspond with L. Despins re same (.2) | 5.70 | 1,850.00 | 10,545.00 |
| **Subtotal: B191  General Litigation** | | | **111.70** | | **192,423.00** |
| **Total** | | | **111.70** | | **192,423.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 15.00 | 1,975.00 | 29,625.00 |
| NAB | Nicholas A. Bassett | Partner | 6.40 | 1,835.00 | 11,744.00 |
| LT9 | Leo Tsao | Partner | 15.20 | 1,775.00 | 26,980.00 |
| SM29 | Shlomo Maza | Of Counsel | 55.00 | 1,850.00 | 101,750.00 |
| DEB4 | Douglass E. Barron | Associate | 4.70 | 1,395.00 | 6,556.50 |
| ECS1 | Ezra C. Sutton | Associate | 2.10 | 1,270.00 | 2,667.00 |
| SK35 | Sarah Kim | Associate | 11.50 | 985.00 | 11,327.50 |
| LS26 | Luyi Song | Associate | 1.80 | 985.00 | 1,773.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/10/2024 | Photocopy Charges (Color) | 552.00 | 0.20 | 110.40 |
| 09/17/2024 | Computer Search (Other) | | | 28.26 |
| **Total Costs incurred and advanced** | | | | **$138.66** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00031
Invoice No. 2429423

Page 9

| | |
|---|---|
| **Current Fees and Costs** | **$192,561.66** |
| **Total Balance Due - Due Upon Receipt** | **$192,561.66** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429424

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**K Legacy**
PH LLP Client/Matter # 50687-00032
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $56,078.50 |
| **Current Fees and Costs Due** | **$56,078.50** |
| **Total Balance Due - Due Upon Receipt** | **$56,078.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429424

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**K Legacy**
PH LLP Client/Matter # 50687-00032
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $56,078.50 |
| **Current Fees and Costs Due** | **$56,078.50** |
| **Total Balance Due - Due Upon Receipt** | **$56,078.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429424

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## K Legacy

$56,078.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 09/07/2024 | AB21 | Revise BVI affidavit related to K Legacy | 1.00 | 1,850.00 | 1,850.00 |
| 09/09/2024 | AB21 | Revise BVI application regarding K Legacy migration (1.4); call with A. Thorp (Harneys Legal) regarding same (0.3); correspond with A. Thorp regarding same (0.1); correspond with L. Despins regarding same (0.1); call with D. Barron regarding related questions (0.2); call with E. Sutton regarding Q. Guo service (0.2) | 2.30 | 1,850.00 | 4,255.00 |
| 09/09/2024 | DEB4 | Analyze legal memo to Swiss court (0.8); call with A. Bongartz regarding same (0.2) | 1.00 | 1,395.00 | 1,395.00 |
| 09/09/2024 | ECS1 | Prepare ▮▮▮▮▮ (.5); review documents in connection with same (.6); call with A. Bongartz regarding same (.2) | 1.30 | 1,270.00 | 1,651.00 |
| 09/10/2024 | AB21 | Revise BVI application regarding K Legacy migration (1.3); correspond with L. Despins regarding same (0.2); call with J. Stewart (Harneys) regarding same (0.6); correspond with J. Stewart regarding same (0.2) | 2.30 | 1,850.00 | 4,255.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00032
Invoice No. 2429424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/10/2024 | LAD4 | Review/edit my affidavit in BVI K Legacy | 1.10 | 1,975.00 | 2,172.50 |
| 09/10/2024 | NAB | Analyze application of Rule 54(b) and related caselaw in prep for status conference on K Legacy default judgment motion (1.2); correspond with D. Barron regarding same (.3); correspond with L. Despins regarding same (.2) | 1.70 | 1,835.00 | 3,119.50 |
| 09/11/2024 | LAD4 | Meeting A. Bongartz re: K Legacy affidavit (.20); t/c A. Bongartz re: same (.20) | 0.40 | 1,975.00 | 790.00 |
| 09/12/2024 | LAD4 | Review/edit BVI papers re: K Legacy change of domicile to Marshall Islands | 0.70 | 1,975.00 | 1,382.50 |
| 09/13/2024 | DEB4 | Correspond with A. Thorp and A. de Quincy regarding K Legacy default judgment | 0.10 | 1,395.00 | 139.50 |
| 09/16/2024 | LAD4 | Review/edit BVI skeleton argument re: K Legacy "migration" issue | 1.40 | 1,975.00 | 2,765.00 |
| 09/19/2024 | LAD4 | Review/edit Point of Claim (BVI) re: K Legacy | 0.80 | 1,975.00 | 1,580.00 |
| 09/19/2024 | LAD4 | Call with A. Bongartz re: K Legacy | 0.30 | 1,975.00 | 592.50 |
| 09/24/2024 | DEB4 | Correspond with N. Bassett and L. Despins regarding ▒▒▒▒▒▒ (0.4); correspond with A. Thorp (Harneys Legal) regarding same (0.2); correspond with Paul Wright regarding statutes of limitation (0.2); correspond with A. Thorp (Harneys Legal) regarding legal issues in connection with BVI filing (0.5); revise BVI points of claim (1.2) | 2.50 | 1,395.00 | 3,487.50 |
| 09/27/2024 | DEB4 | Correspond with L. Despins regarding K Legacy (0.1); revise BVI pleading (1.2) | 1.30 | 1,395.00 | 1,813.50 |
| 09/30/2024 | DEB4 | Analyze documents related to BVI filings | 1.80 | 1,395.00 | 2,511.00 |
| 09/30/2024 | ECS1 | Review documents and prepare exhibits for BVI filing (3.0); correspond with D. Barron regarding same (.1); correspond with J. Stewart (Harneys) and D. Barron regarding same (.5); correspond with L. Song regarding same (.2) | 3.80 | 1,270.00 | 4,826.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00032
Invoice No. 2429424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | **Subtotal: B191  General Litigation** | **23.80** | | **38,585.50** |

**B261    Investigations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/11/2024 | AB21 | Review K Legacy application and related documents (0.5); meeting with L. Despins regarding same (0.2); call with L. Despins regarding same (0.2); call with J. Stewart (Harneys Legal) regarding same (0.4); correspond with J. Stewart regarding same (0.1); call with A. Thorp (Harneys Legal) regarding same and next steps (0.3); correspond with A. Thorp regarding next steps (0.1); call with S. Nicolas regarding next steps (0.3); correspond with S. Nicolas regarding same (0.1) | 2.20 | 1,850.00 | 4,070.00 |
| 09/12/2024 | AB21 | Correspond with J. Stewart (Harneys Legal) regarding BVI application related to K Legacy (0.2); correspond with L. Despins regarding signing and notarizing same (0.1); correspond with J. Stewart regarding additional bankruptcy court orders (0.1) | 0.40 | 1,850.00 | 740.00 |
| 09/16/2024 | AB21 | Correspond with J. Stewart (Harneys Legal) regarding supplement to BVI application (0.1); review draft of related skeleton argument (0.5); call with J. Stewart regarding same (0.3); correspond with L. Despins regarding same (0.1) | 1.00 | 1,850.00 | 1,850.00 |
| 09/17/2024 | AB21 | Review draft BVI statement of claim (0.3); correspond with J. Stewart (Harneys Legal) regarding same (0.1); call with D. Barron regarding same (0.1) | 0.50 | 1,850.00 | 925.00 |
| 09/17/2024 | DEB4 | Call with A. Bongartz regarding BVI filings | 0.10 | 1,395.00 | 139.50 |
| 09/18/2024 | AB21 | Call with A. Thorp (Harneys Legal) and J. Stewart (Harneys Legal) regarding BVI statement of claim (0.4); correspond with A. Thorp and J. Stewart regarding same (0.1) | 0.50 | 1,850.00 | 925.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 4

50687-00032

Invoice No. 2429424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/19/2024 | AB21 | Call with L. Despins regarding BVI originating application (K Legacy) (0.3); correspond with J. Stewart (Harneys) regarding same (0.1); call with J. Stewart regarding same (0.2); review same (0.2) | 0.80 | 1,850.00 | 1,480.00 |
| 09/20/2024 | AB21 | Call with D. Barron regarding BVI originating application (K Legacy) (0.2); revise same (0.3); correspond with L. Despins and D. Barron regarding same (0.3); correspond with A. Thorp (Harneys Legal) and J. Stewart (Harneys Legal) regarding same (0.3); review related documents (0.2) | 1.30 | 1,850.00 | 2,405.00 |
| 09/20/2024 | DEB4 | Conference with A. Bongartz regarding BVI application issues (0.2); correspond with A. Bongartz regarding same (0.1); review and comment on same (0.8); correspond with A. Bongartz and A. Thorp (Harneys) regarding UK case law (0.2) | 1.30 | 1,395.00 | 1,813.50 |
| 09/25/2024 | AB21 | Correspond with L. Despins and D. Barron regarding BVI application (K Legacy) | 0.50 | 1,850.00 | 925.00 |
| 09/30/2024 | AB21 | Review documents related to K Legacy share ownership (0.7); correspond with L. Despins regarding same (0.3); correspond with A. Thorp (Harneys Legal) and J. Stewart (Harneys Legal) regarding same (0.2) | 1.20 | 1,850.00 | 2,220.00 |
| **Subtotal: B261 Investigations** | | | **9.80** | | **17,493.00** |
| **Total** | | | **33.60** | | **56,078.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 4.70 | 1,975.00 | 9,282.50 |
| NAB | Nicholas A. Bassett | Partner | 1.70 | 1,835.00 | 3,119.50 |
| AB21 | Alex Bongartz | Of Counsel | 14.00 | 1,850.00 | 25,900.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00032
Invoice No. 2429424

Page 5

| DEB4 | Douglass E. Barron | Associate | 8.10 | 1,395.00 | 11,299.50 |
| ECS1 | Ezra C. Sutton | Associate | 5.10 | 1,270.00 | 6,477.00 |
| | **Current Fees and Costs** | | | | **$56,078.50** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$56,078.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429425

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Swiss Proceedings**
PH LLP Client/Matter # 50687-00033
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $47,166.00 |
| **Current Fees and Costs Due** | **$47,166.00** |
| **Total Balance Due - Due Upon Receipt** | **$47,166.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429425

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Swiss Proceedings**
PH LLP Client/Matter # 50687-00033
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $47,166.00 |
| **Current Fees and Costs Due** | **$47,166.00** |
| **Total Balance Due - Due Upon Receipt** | **$47,166.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | *https://paywithtranch.com/paulhastings* |
| 787 W. 5th Street | Los Angeles, CA | |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429425

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

**Swiss Proceedings**                                                    **$47,166.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B261** | **Investigations** | | | | |
| 09/02/2024 | DEB4 | Call with L. Song regarding ▮▮▮▮▮ ▮▮▮▮ | 0.30 | 1,395.00 | 418.50 |
| 09/02/2024 | LS26 | Review documents relating to potential assets in Switzerland and prepare memo regarding same | 4.20 | 985.00 | 4,137.00 |
| 09/02/2024 | LS26 | Call with D. Barron re Switzerland bank documents (0.3); draft email to L. Despins, N. Bassett and D. Barron regarding same (0.4) | 0.70 | 985.00 | 689.50 |
| 09/03/2024 | LS26 | Continue to review documents relating to potential assets in Switzerland and prepare memo regarding same | 8.60 | 985.00 | 8,471.00 |
| 09/03/2024 | LS26 | Draft email to A. Lomas (Kroll) regarding Switzerland bank documents (0.2); review criminal trial exhibits relating to potential assets in foreign jurisdiction (0.9) | 1.10 | 985.00 | 1,083.50 |
| 09/04/2024 | AB21 | Call with L. Song regarding update on review of Swiss documents | 0.10 | 1,850.00 | 185.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 2
50687-00033
Invoice No. 2429425

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/04/2024 | DEB4 | Analyze memo from L. Song regarding Swiss assets (0.9); analyze UK documents (0.4); correspond with L. Song regarding informant/claimant email (0.1); review correspondence from P. Linsey regarding ███████ documents (0.2); review Bernardo Enriquez documents (0.2) | 1.80 | 1,395.00 | 2,511.00 |
| 09/04/2024 | LS26 | Prepare summary regarding potential assets in Switzerland (1.5); call with A. Bongartz regarding same (0.1); correspond with A. Bongartz regarding same (0.1); correspond with D. Barron regarding same (0.2) | 1.90 | 985.00 | 1,871.50 |
| 09/16/2024 | AB21 | Correspond with L. Song regarding Swiss investigation update | 0.10 | 1,850.00 | 185.00 |
| 09/16/2024 | LS26 | Review and revise memo about assets in Switzerland (0.2); correspond with A. Bongartz and L. Despins regarding same (0.1); review ███████ production (0.2) | 0.50 | 985.00 | 492.50 |
| 09/17/2024 | AB21 | Correspond with D. Hayek (Prager) regarding update on ███████ | 0.10 | 1,850.00 | 185.00 |
| 09/19/2024 | AB21 | Review memo on Swiss documents and connections (0.9); conference with L. Song regarding same (0.3); correspond with L. Despins regarding next steps on Swiss investigation (0.1); correspond with D. Hayek (Prager) regarding same (0.1); call with L. Song regarding same (0.1) | 1.50 | 1,850.00 | 2,775.00 |
| 09/19/2024 | LS26 | Meeting with A. Bongartz regarding Switzerland investigation (0.3); review and revise Switzerland investigation memo (0.9); further conference with A. Bongartz regarding same (0.1) | 1.30 | 985.00 | 1,280.50 |
| 09/20/2024 | LS26 | Revise and supplement Swiss assets investigation memo | 2.80 | 985.00 | 2,758.00 |
| 09/22/2024 | AB21 | Revise and supplement memo on Swiss assets (2.1); call with L. Song regarding same (0.2); correspond with L. Despins and L. Song regarding same (0.2) | 2.50 | 1,850.00 | 4,625.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00033

Invoice No. 2429425

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/22/2024 | LAD4 | Review/edit Swiss assets memo | 2.10 | 1,975.00 | 4,147.50 |
| 09/22/2024 | LS26 | Revise and supplement Swiss assets memorandum (4.0); correspond with D. Barron and P. Linsey (NPM) regarding UAE investigation (0.1) | 4.20 | 985.00 | 4,137.00 |
| 09/23/2024 | AB21 | Finalize memo on Swiss assets and connections (0.2); call with L. Despins regarding same (0.3); correspond with D. Hayek (Prager) and M. Meili (Prager) regarding same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 09/23/2024 | LAD4 | Review revised Swiss memo (.40); t/c A. Bongartz re: same & Swiss order (.30) | 0.70 | 1,975.00 | 1,382.50 |
| 09/23/2024 | LS26 | Review and revise memo re assets in Switzerland (0.5); correspond with L. Despins and A. Bongartz regarding same (0.1); correspond with M. Meili (Prager) and D. Hayek (Prager) re exhibits to memorandum (0.1) | 0.70 | 985.00 | 689.50 |
| 09/26/2024 | AB21 | Call with L. Despins, L. Song, D. Hayek (Prager) and M. Meili (Prager) regarding next steps in Swiss investigation | 0.90 | 1,850.00 | 1,665.00 |
| 09/26/2024 | LS26 | Meeting with L. Despins, A. Bongartz, D. Hayek (Prager), and M. Meili (Prager) regarding investigation in Switzerland | 0.90 | 985.00 | 886.50 |
| 09/27/2024 | AB21 | Correspond with L. Despins regarding Swiss investigation | 0.10 | 1,850.00 | 185.00 |
| 09/28/2024 | AB21 | Analyze issues related to Swiss investigation and trustee authority | 0.30 | 1,850.00 | 555.00 |
| 09/28/2024 | AB21 | Analyze authority regarding trustee rights in Switzerland | 0.40 | 1,850.00 | 740.00 |
| **Subtotal: B261 Investigations** | | | **38.40** | | **47,166.00** |
| **Total** | | | **38.40** | | **47,166.00** |

**Timekeeper Summary**

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 4

50687-00033

Invoice No. 2429425

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 2.80 | 1,975.00 | 5,530.00 |
| AB21 | Alex Bongartz | Of Counsel | 6.60 | 1,850.00 | 12,210.00 |
| DEB4 | Douglass E. Barron | Associate | 2.10 | 1,395.00 | 2,929.50 |
| LS26 | Luyi Song | Associate | 26.90 | 985.00 | 26,496.50 |

| | | | |
|---|---|---|---|
| **Current Fees and Costs** | | | **$47,166.00** |
| **Total Balance Due - Due Upon Receipt** | | | **$47,166.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429426

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Cyprus Proceedings**
PH LLP Client/Matter # 50687-00034
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $49,753.50 |
| **Current Fees and Costs Due** | **$49,753.50** |
| **Total Balance Due - Due Upon Receipt** | **$49,753.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*__TO PROTECT AGAINST FRAUD__, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429426

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Cyprus Proceedings**
PH LLP Client/Matter # 50687-00034
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024

|  |  |
|---|---:|
| | $49,753.50 |
| **Current Fees and Costs Due** | **$49,753.50** |
| **Total Balance Due - Due Upon Receipt** | **$49,753.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429426

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

**Cyprus Proceedings**                                                    **$49,753.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 09/03/2024 | DEB4 | Correspond with G. Middleton (CP Law) regarding Cyprus action | 0.20 | 1,395.00 | 279.00 |
| 09/03/2024 | ECS1 | Calls with FedEx in connection with service of Bouillor complaint | 0.20 | 1,270.00 | 254.00 |
| 09/04/2024 | DEB4 | Review correspondence from Cyprus counsel regarding Cyprus documents | 0.20 | 1,395.00 | 279.00 |
| 09/04/2024 | ECS1 | Review and advise regarding service of Bouillor complaint | 0.10 | 1,270.00 | 127.00 |
| 09/05/2024 | AB21 | Call and correspond with E. Sutton regarding service on Bouillor | 0.10 | 1,850.00 | 185.00 |
| 09/05/2024 | DEB4 | Correspond with G. Middleton (CP Law) regarding Cyprus action | 0.10 | 1,395.00 | 139.50 |
| 09/05/2024 | ECS1 | Review service of foreign defendants in Cyprus Bouillor action | 0.10 | 1,270.00 | 127.00 |
| 09/05/2024 | ECS1 | Correspond with A. Bongartz and D. Barron regarding service of Bouillor complaint on Bouillor in Cyprus | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 2
Kwok
50687-00034
Invoice No. 2429426

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/06/2024 | ECS1 | Prepare service letter related to Cyprus service of Bouillon complaint (.3); correspond with D. Barron and G. Middleton (CP Law) regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 09/09/2024 | ECS1 | Correspond with D. Barron regarding service of Bouillon complaint in Cyprus | 0.40 | 1,270.00 | 508.00 |
| 09/09/2024 | ECS1 | Review and revise Cypriot injunction application (.2); analyze issues regarding same (.2); correspond with D. Barron regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 09/10/2024 | DEB4 | Conference with G. Middleton and C. Ioannou (CP Law) regarding Cyprus filings (0.5); correspond with E. Sutton and L. Song regarding confidentiality issues related to same (0.4); revise Cyprus filings (0.8); correspond with L. Despins regarding same (0.2) | 1.90 | 1,395.00 | 2,650.50 |
| 09/10/2024 | ECS1 | Correspond with D. Barron and C. Ioannou (CP Law) regarding documents produced by CGV (.2); review documents related to same (.2); correspond with D. Barron, L. Song, and W. Farmer regarding Raich Ende Malter's production in connection with Cyprus preliminary injunction (.3) | 0.70 | 1,270.00 | 889.00 |
| 09/10/2024 | LS26 | Correspond with D. Barron regarding Bouillor complaint (0.2); review redacted portions of the complaint and underlying documents (0.4) | 0.60 | 985.00 | 591.00 |
| 09/11/2024 | ECS1 | Correspond with D. Barron and C. Ioannou (CP Law) regarding Cyprus injunction and documents produced by CGV | 0.40 | 1,270.00 | 508.00 |
| 09/12/2024 | DEB4 | Correspond with E. Sutton regarding documents for Cyprus exhibits (0.3); conference with L. Despins regarding Cyprus filings (0.2); prepare same (5.4) | 5.90 | 1,395.00 | 8,230.50 |
| 09/12/2024 | DEB4 | Conference with E. Sutton regarding document confidentiality issues (0.2); correspond with E. Sutton and N. Bassett regarding same (0.2) | 0.40 | 1,395.00 | 558.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 3
50687-00034
Invoice No. 2429426

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/12/2024 | ECS1 | Correspond with D. Barron and C. Ioannou (CP Law) regarding the Cyprus injunction (.3); review documents in connection with preparing for the Cyprus injunction (2.1) | 2.40 | 1,270.00 | 3,048.00 |
| 09/12/2024 | ECS1 | Review designated documents regarding Cyprus injunction (.5); conference with D. Barron regarding document confidentiality (.2); prepare emails to producing parties regarding waiver of confidentiality in connection with same (.2); call and correspond with K. Mitchell and P. Linsey (NPM) regarding same (.2) | 1.10 | 1,270.00 | 1,397.00 |
| 09/12/2024 | LAD4 | Review/comment all day on Cyprus issues (1.80); review/edit draft Cyprus pleadings (.90); t/c D. Barron re: same (.20) | 2.90 | 1,975.00 | 5,727.50 |
| 09/13/2024 | DEB4 | Revise legal opinion memo for Cyprus counsel (0.8); correspond with L. Despins regarding same (0.1); correspond with Cyprus counsel regarding injunction application filing (0.1) | 1.00 | 1,395.00 | 1,395.00 |
| 09/13/2024 | ECS1 | Correspond with D. Barron and C. Ioannou (CP Law) regarding injunction application and related affidavit (.3); prepare documents regarding same (.3) | 0.60 | 1,270.00 | 762.00 |
| 09/13/2024 | ECS1 | Review designated documents in connection with Cyprus injunction | 0.20 | 1,270.00 | 254.00 |
| 09/13/2024 | LS26 | Correspond with D. Barron regarding Bouillor adversary proceeding (0.2); review documents regarding same (0.4) | 0.60 | 985.00 | 591.00 |
| 09/15/2024 | DEB4 | Revise Cyprus filings (0.4); correspond with Cyprus counsel regarding same (0.1) | 0.50 | 1,395.00 | 697.50 |
| 09/16/2024 | DEB4 | Conference with S. Maza regarding memo for Cyprus counsel (0.3); conference with E. Sutton regarding confidentiality issues for Cyprus filings (0.2); correspond with Cyprus counsel regarding same (0.2) | 0.70 | 1,395.00 | 976.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 4
50687-00034
Invoice No. 2429426

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/16/2024 | ECS1 | Correspond with D. Barron and C. Ioannou (CP Law) regarding Cypriot injunction (.7); analyze documents related to same (.4); call with D. Barron regarding injunction, underlying confidential documents, and confidentiality waivers (.2); correspond with J. Moran (Moritt Hock) regarding same (.2); correspond with K. Mitchell (NPM) regarding same (.2) | 1.70 | 1,270.00 | 2,159.00 |
| 09/16/2024 | SM29 | Conference with D. Barron re Cyprus analysis and memo for counsel | 0.30 | 1,850.00 | 555.00 |
| 09/17/2024 | ECS1 | Prepare partially unredacted version of Bouillor complaint in connection with Cypriot injunction (.6); correspond with D. Barron and L. Song regarding same (.2) | 0.80 | 1,270.00 | 1,016.00 |
| 09/17/2024 | ECS1 | Correspond with D. Barron and C. Ioannou (CP Law) regarding Cypriot injunction application | 0.20 | 1,270.00 | 254.00 |
| 09/18/2024 | DEB4 | Conference with Cyprus counsel regarding application (0.5); revise Cyprus injunction filings (1.8); correspond with L. Despins regarding same (0.2); correspond with E. Sutton regarding documents related to same (0.1) | 2.60 | 1,395.00 | 3,627.00 |
| 09/18/2024 | ECS1 | Correspond with D. Barron and C. Ioannou (CP Law) regarding Cypriot injunction (.5); correspond with J. Moran (Morritt Hock) regarding same (.1); correspond with K. Mitchell (NPM) regarding same (.2) | 0.80 | 1,270.00 | 1,016.00 |
| 09/18/2024 | LAD4 | Review/edit revised Cyprus filing | 0.80 | 1,975.00 | 1,580.00 |
| 09/19/2024 | DEB4 | Conference with Cyprus counsel regarding filing issues (0.4); correspond with L. Despins regarding same (0.1); revise Cyprus pleadings (1.0); correspond with A. Bongartz regarding same (0.1) | 1.60 | 1,395.00 | 2,232.00 |
| 09/19/2024 | SM29 | Review PH opinion letter re Trustee authority to foreign court in connection with Cyprus litigation | 0.20 | 1,850.00 | 370.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 5
50687-00034
Invoice No. 2429426

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/20/2024 | DEB4 | Correspond with Cyprus counsel regarding hearing | 0.10 | 1,395.00 | 139.50 |
| 09/23/2024 | DEB4 | Call with L. Despins and Cyprus counsel regarding hearing | 0.50 | 1,395.00 | 697.50 |
| 09/23/2024 | LAD4 | T/c D. Barron and Cyprus counsel re: hearing | 0.50 | 1,975.00 | 987.50 |
| 09/24/2024 | DM26 | Review and comment on translated document from Cypriot Law Counsel | 0.30 | 565.00 | 169.50 |
| 09/24/2024 | DEB4 | Correspond with L. Despins regarding Cyprus translation | 0.20 | 1,395.00 | 279.00 |
| 09/24/2024 | ECS1 | Correspond with D. Barron, K. Mitchell (NPM) and C. Ioannou (CP Law) regarding Cypriot injunction | 0.20 | 1,270.00 | 254.00 |
| 09/25/2024 | DEB4 | Conference with Cyprus counsel regarding injunction | 0.40 | 1,395.00 | 558.00 |
| 09/26/2024 | DEB4 | Correspond with G. Middleton (CP Law) regarding Cyprus filings (0.4); correspond with P. Linsey (NPM) regarding documents related to same (0.2) | 0.60 | 1,395.00 | 837.00 |
| 09/27/2024 | DEB4 | Correspond with L. Despins regarding Cyprus injunction | 0.10 | 1,395.00 | 139.50 |
| 09/27/2024 | LAD4 | Review/comment on Cyprus matter (.30); several emails to counsel re: hearing results (.30) | 0.60 | 1,975.00 | 1,185.00 |
| | | **Subtotal: B191  General Litigation** | **35.00** | | **49,753.50** |
| | | **Total** | **35.00** | | **49,753.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 4.80 | 1,975.00 | 9,480.00 |
| AB21 | Alex Bongartz | Of Counsel | 0.10 | 1,850.00 | 185.00 |
| SM29 | Shlomo Maza | Of Counsel | 0.50 | 1,850.00 | 925.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 6
Kwok
50687-00034
Invoice No. 2429426

| DEB4 | Douglass E. Barron | Associate | 17.00 | 1,395.00 | 23,715.00 |
|------|--------------------|-----------|-------|----------|-----------|
| ECS1 | Ezra C. Sutton | Associate | 11.10 | 1,270.00 | 14,097.00 |
| LS26 | Luyi Song | Associate | 1.20 | 985.00 | 1,182.00 |
| DM26 | David Mohamed | Paralegal | 0.30 | 565.00 | 169.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$49,753.50** |
| **Total Balance Due - Due Upon Receipt** | | **$49,753.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429427

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Mauritius Proceedings**
PH LLP Client/Matter # 50687-00035
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $13,936.00 |
| **Current Fees and Costs Due** | **$13,936.00** |
| **Total Balance Due - Due Upon Receipt** | **$13,936.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429427

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Mauritius Proceedings**
PH LLP Client/Matter # 50687-00035
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $13,936.00 |
| **Current Fees and Costs Due** | **$13,936.00** |
| **Total Balance Due - Due Upon Receipt** | **$13,936.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: *https://paywithtranch.com/paulhastings* |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*


**PAUL HASTINGS**

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429427

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## Mauritius Proceedings $13,936.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 09/01/2024 | DEB4 | Conference with L. Despins, G. Gloper, and R. Sewraj regarding Mauritius proceeding and hearing (0.6); correspond with L. Despins regarding same (0.2); prepare instruction letter regarding same (1.3) | 2.10 | 1,395.00 | 2,929.50 |
| 09/01/2024 | LAD4 | T/c D. Barron and Mauritius counsel re: Himalaya proceeding and hearing (.60); review issues re: same (.40) | 1.00 | 1,975.00 | 1,975.00 |
| 09/11/2024 | DEB4 | Conference with P. Doger de Speville regarding Himalaya Clearing application to release funds (0.5); correspond with P. Doger de Speville regarding documents related to Himalaya Clearing (0.3) | 0.80 | 1,395.00 | 1,116.00 |
| 09/11/2024 | LAD4 | Call with Mauritius counsel re: recognition application | 0.40 | 1,975.00 | 790.00 |
| 09/16/2024 | DEB4 | Correspond with Patrice Doger regarding Mauritius deadlines | 0.20 | 1,395.00 | 279.00 |
| 09/17/2024 | DEB4 | Call with Mauritius counsel and L. Despins regarding Himalayan matters | 0.50 | 1,395.00 | 697.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00035

Invoice No. 2429427

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/17/2024 | LAD4 | Call with Mauritius counsel and D. Barron re: Himalayan Bank deposit | 0.50 | 1,975.00 | 987.50 |
| 09/25/2024 | DEB4 | Correspond with L. Despins and Mauritius counsel regarding recognition (0.2); draft Mauritius facts document (2.3); correspond with A. Lomas regarding alter ego issues (0.4); call with L. Song regarding UAE issues (0.5); correspond with P. Linsey regarding protective order issues (0.3) | 3.70 | 1,395.00 | 5,161.50 |
| | | **Subtotal: B191  General Litigation** | **9.20** | | **13,936.00** |
| | | **Total** | **9.20** | | **13,936.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 1.90 | 1,975.00 | 3,752.50 |
| DEB4 | Douglass E. Barron | Associate | 7.30 | 1,395.00 | 10,183.50 |
| | **Current Fees and Costs** | | | | **$13,936.00** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$13,936.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429428

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Hamilton UK Administration
PH LLP Client/Matter # 50687-00037
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2024 | $6,264.50 |
| **Current Fees and Costs Due** | **$6,264.50** |
| **Total Balance Due - Due Upon Receipt** | **$6,264.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429428

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Hamilton UK Administration**
PH LLP Client/Matter # 50687-00037
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2024                              $6,264.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$6,264.50** |
| **Total Balance Due - Due Upon Receipt** | **$6,264.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429428 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2024

## Hamilton UK Administration $6,264.50

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 09/03/2024 | ECS1 | Call and correspond with D. Barron regarding service of Hamilton Capital Holdings Limited (.2); review documents related to same (.3) | 0.50 | 1,270.00 | 635.00 |
| 09/03/2024 | NAB | Review correspondence from D. Barron and UK counsel regarding Hamilton liquidation proceeding and related issues (.5); correspond with L. Despins regarding same (.2) | 0.70 | 1,835.00 | 1,284.50 |
| 09/17/2024 | LAD4 | Review/comment on Hamilton UK proceeding | 2.20 | 1,975.00 | 4,345.00 |
| | | **Subtotal: B191 General Litigation** | **3.40** | | **6,264.50** |
| | **Total** | | **3.40** | | **6,264.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Page 2
Kwok
50687-00037
Invoice No. 2429428

| LAD4 | Luc A. Despins | Partner | 2.20 | 1,975.00 | 4,345.00 |
|------|----------------|---------|------|----------|----------|
| NAB | Nicholas A. Bassett | Partner | 0.70 | 1,835.00 | 1,284.50 |
| ECS1 | Ezra C. Sutton | Associate | 0.50 | 1,270.00 | 635.00 |
| | **Current Fees and Costs** | | | | **$6,264.50** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$6,264.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan February 7, 2025
Kwok
200 Park Avenue                                   Please Refer to
New York, NY 10166                                Invoice Number: 2429432

Attn: Luc Despins                                 PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $211,647.25 |
| Costs incurred and advanced | 5,190.52 |
| **Current Fees and Costs Due** | **$216,837.77** |
| **Total Balance Due – Due Upon Receipt** | **$216,837.77** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**      **Remittance Address:**      **Pay by Tranch:**
Citibank                              Paul Hastings LLP             You can now pay your invoices online via
ABA # 322271724                       Lockbox 4803                 real-time bank payments, credit cards or
SWIFT Address: CITIUS33               PO Box 894803                in installments:
787 W. 5th Street                     Los Angeles, CA              *https://paywithtranch.com/paulhastings*
Los Angeles, CA 90071                 90189-4803
Account Number: 206628380
Account Name: Paul Hastings LLP

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan February 7, 2025
Kwok
200 Park Avenue
New York, NY 10166

Please Refer to
Invoice Number: 2429432

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $211,647.25 |
| Costs incurred and advanced | 5,190.52 |
| **Current Fees and Costs Due** | **$216,837.77** |
| **Total Balance Due - Due Upon Receipt** | **$216,837.77** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | *https://paywithtranch.com/paulhastings* |
| 787 W. 5th Street | Los Angeles, CA | |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan February 7, 2025
Kwok
200 Park Avenue                          Please Refer to
New York, NY 10166                       Invoice Number: 2429432

Attn: Luc Despins                        PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

## General Chapter 11 Trustee Representation                    $211,647.25

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 10/01/2024 | DM26 | Review certain case documents and prepare same for attorney review/access (.4); update critical dates calendar and send outlook reminders (.9); review upcoming filing deadlines and update working group re same (.3) | 1.60 | 565.00 | 904.00 |
| 10/01/2024 | ECS1 | Correspond with D. Mohamed regarding pending case motions and upcoming deadlines | 0.10 | 1,270.00 | 127.00 |
| 10/02/2024 | AB21 | Update list of open issues and workstreams (0.2); correspond with L. Despins regarding same (0.2) | 0.40 | 1,850.00 | 740.00 |
| 10/02/2024 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.3) | 0.80 | 565.00 | 452.00 |
| 10/03/2024 | DM26 | Update critical dates calendar and send outlook reminders (.8); review upcoming filing deadlines and update working group re same (.2) | 1.00 | 565.00 | 565.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                        Page 2
50687-00001
Invoice No. 2429432

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/04/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2) | 0.80 | 565.00 | 452.00 |
| 10/06/2024 | LS26 | Update list of open issues and work streams | 1.00 | 985.00 | 985.00 |
| 10/06/2024 | NAB | Correspond with L. Despins regarding general case strategic considerations | 0.40 | 1,835.00 | 734.00 |
| 10/07/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 10/07/2024 | DM26 | Update critical dates calendar and send outlook reminders (.4); review upcoming filing deadlines and update working group re same (.2) | 0.60 | 565.00 | 339.00 |
| 10/07/2024 | DEB4 | Participate in case update call with NPM, L. Despins, N. Bassett, and L. Song | 1.10 | 1,395.00 | 1,534.50 |
| 10/07/2024 | ECS1 | Correspond with D. Mohamed, W. Farmer and P. Linsey (NPM) regarding pending case motions and deadlines | 0.10 | 1,270.00 | 127.00 |
| 10/07/2024 | LAD4 | Handle NPM weekly sync call with D. Barron, L. Song, N. Bassett (1.10); t/c N. Bassett re: case issues & strategy (.20) | 1.30 | 1,975.00 | 2,567.50 |
| 10/07/2024 | LS26 | Call with L. Despins, N. Bassett, D. Barron, P. Linsey (NPM), D. Skalka (NPM) regarding litigation and investigation update | 1.10 | 985.00 | 1,083.50 |
| 10/07/2024 | NAB | Telephone conference with L. Despins, P. Linsey (NPM), D. Barron, and L. Song regarding case updates and strategy (1.1); telephone conference with L. Despins regarding case issues and strategies (0.2) | 1.30 | 1,835.00 | 2,385.50 |
| 10/08/2024 | DM26 | Update critical dates calendar and send outlook reminders (1.0); review upcoming filing deadlines and update working group re same (.2) | 1.20 | 565.00 | 678.00 |
| 10/08/2024 | LS26 | Update list of open issues and work streams | 0.20 | 985.00 | 197.00 |
| 10/09/2024 | DM26 | Update critical dates calendar and send outlook reminders (.8); review upcoming filing deadlines and update working group re same (.2) | 1.00 | 565.00 | 565.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                    Page 3
50687-00001
Invoice No. 2429432

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/10/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 10/10/2024 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2) | 0.70 | 565.00 | 395.50 |
| 10/11/2024 | DM26 | Update critical dates calendar and send outlook reminders (1.6); review upcoming filing deadlines and update working group re same (.3); review certain case documents and prepare same for attorney review (.2) | 2.10 | 565.00 | 1,186.50 |
| 10/13/2024 | AB21 | Update list of open issues and workstreams | 0.30 | 1,850.00 | 555.00 |
| 10/13/2024 | DM26 | Research and update list of parties-in-interest in Kwok case | 1.50 | 565.00 | 847.50 |
| 10/14/2024 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2) | 0.70 | 565.00 | 395.50 |
| 10/14/2024 | DM26 | Further research and update list of parties-in-interest in Kwok case | 0.30 | 565.00 | 169.50 |
| 10/14/2024 | DM26 | Draft notice of appearance for N. Bassett in Second Circuit case no. 24-2504 | 0.20 | 565.00 | 113.00 |
| 10/14/2024 | ECS1 | Correspond with D. Mohamed, W. Farmer and P. Linsey (NPM) regarding pending and upcoming case matters and deadlines | 0.60 | 1,270.00 | 762.00 |
| 10/15/2024 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2) | 0.70 | 565.00 | 395.50 |
| 10/15/2024 | LS26 | Update open issues and task list | 0.90 | 985.00 | 886.50 |
| 10/16/2024 | DM26 | Update critical dates calendar and send outlook reminders (1.1); review upcoming filing deadlines and update working group re same (.2); file via the Court's CM/ECF system notice of appearance for N. Bassett in Second Circuit case no. 24-2504 (.2) | 1.50 | 565.00 | 847.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                      Page 4
50687-00001
Invoice No. 2429432

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/16/2024 | DEB4 | Case and litigation update call with P. Linsey (NPM), L. Despins, N. Bassett and L. Song (0.5); follow up review of certain matters discussed (0.3) | 0.80 | 1,395.00 | 1,116.00 |
| 10/16/2024 | LAD4 | Handle NPM sync call with N. Bassett, L. Song, D. Barron | 0.50 | 1,975.00 | 987.50 |
| 10/16/2024 | LS26 | Case update call with L. Despins, N. Bassett, D. Barron, P. Linsey (NPM), and D. Skalka (NPM) | 0.50 | 985.00 | 492.50 |
| 10/16/2024 | NAB | Telephone conference with L. Despins, D. Barron, L. Song, and P. Linsey (NPM) regarding general case updates, deadlines, and strategy | 0.50 | 1,835.00 | 917.50 |
| 10/17/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 10/17/2024 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2) | 0.70 | 565.00 | 395.50 |
| 10/17/2024 | LAD4 | T/c S. Sarnoff, P. Friedman re: update on case | 0.50 | 1,975.00 | 987.50 |
| 10/17/2024 | NAB | Correspond with D. Barron regarding certain case issues | 0.20 | 1,835.00 | 367.00 |
| 10/20/2024 | LS26 | Update list of open issues and work streams | 0.70 | 985.00 | 689.50 |
| 10/21/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2) | 0.80 | 565.00 | 452.00 |
| 10/21/2024 | ECS1 | Review upcoming case deadlines and tasks | 0.20 | 1,270.00 | 254.00 |
| 10/22/2024 | AB21 | Revise list of open issues and workstreams (0.2); correspond with L. Despins regarding same (0.1) | 0.30 | 1,850.00 | 555.00 |
| 10/22/2024 | DM26 | Update critical dates calendar and send outlook reminders (.9); review upcoming filing deadlines and update working group re same (.2) | 1.10 | 565.00 | 621.50 |
| 10/22/2024 | ECS1 | Review recent case filings and upcoming case deadlines | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429432

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/23/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.3) | 0.90 | 565.00 | 508.50 |
| 10/24/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2) | 0.80 | 565.00 | 452.00 |
| 10/25/2024 | DM26 | Update critical dates calendar and send outlook reminders (.7); review upcoming filing deadlines and update working group re same (.3); update client documents with recent case documents (.4) | 1.40 | 565.00 | 791.00 |
| 10/25/2024 | LAD4 | Telephone conference with S. Sarnoff (OMM) regarding general case update | 0.50 | 1,975.00 | 987.50 |
| 10/27/2024 | NAB | Correspond with L. Despins regarding asset recovery strategy and foreign jurisdiction issues | 0.40 | 1,835.00 | 734.00 |
| 10/28/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 10/28/2024 | DEB4 | Call with NPM, L. Despins, N. Bassett and L. Song re: NPM's role in pending and upcoming case matters | 0.70 | 1,395.00 | 976.50 |
| 10/28/2024 | LAD4 | Handle NPM weekly sync call with N. Bassett, L. Song, D. Barron | 0.70 | 1,975.00 | 1,382.50 |
| 10/28/2024 | LS26 | Investigation and litigation update call with L. Despins, N. Bassett, D. Barron, P. Linsey (NPM), and D. Skalka (NPM) (0.7); follow-up call with P. Linsey re same (0.2) | 0.90 | 985.00 | 886.50 |
| 10/28/2024 | ML30 | Review upcoming filing deadlines and update working group re same | 0.10 | 565.00 | 56.50 |
| 10/28/2024 | NAB | Call with P. Linsey (NPM), L. Despins, D. Barron, and L. Song regarding case strategy and developments (.7); correspond and call with P. Linsey regarding same (.3) | 1.00 | 1,835.00 | 1,835.00 |
| 10/29/2024 | ECS1 | Review recent case filings and upcoming case deadlines | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                                          Page 6
Kwok
50687-00001
Invoice No. 2429432

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/29/2024 | ML30 | Review upcoming deadlines and update working group re same | 0.10 | 565.00 | 56.50 |
| 10/30/2024 | ECS1 | Update list of parties-in-interest in connection with the case | 0.20 | 1,270.00 | 254.00 |
| 10/30/2024 | ECS1 | Correspond with M. Laskowski regarding pending case matters and related deadlines (.1); review recent case filings and upcoming deadlines (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/30/2024 | ML30 | Review upcoming deadlines and update working group re same | 0.10 | 565.00 | 56.50 |
| 10/31/2024 | ML30 | Review upcoming deadlines and update working group re same | 0.10 | 565.00 | 56.50 |
| 10/31/2024 | NAB | Review pending and upcoming case matters and issues | 0.20 | 1,835.00 | 367.00 |
| | | **Subtotal: B110  Case Administration** | **39.70** | | **40,341.00** |

**B113    Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/01/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (1.0); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5) | 2.20 | 565.00 | 1,243.00 |
| 10/02/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (1.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.5); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.80 | 565.00 | 1,582.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                      Page 7
50687-00001
Invoice No. 2429432

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/03/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.8); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); research certain case documents per attorney request (.3); review debtor related case dockets regarding recent filings (.5) | 2.30 | 565.00 | 1,299.50 |
| 10/04/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review debtor related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 1.90 | 565.00 | 1,073.50 |
| 10/07/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.7); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.10 | 565.00 | 1,186.50 |
| 10/08/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.6); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.1); review related case dockets regarding recent filings (.5) | 2.20 | 565.00 | 1,243.00 |
| 10/08/2024 | DM26 | Research certain case documents per attorney request (.4); research case docket regarding Dong v. GTV, Index No. 652190/2021 for pleadings filed on behalf of Wengui Guo (.5); correspond with E. Sutton re same (.1) | 1.00 | 565.00 | 565.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 8

50687-00001
Invoice No. 2429432

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/09/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.8); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 2.30 | 565.00 | 1,299.50 |
| 10/10/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.6); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.4) | 1.70 | 565.00 | 960.50 |
| 10/11/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.7); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.0); review related case dockets regarding recent filings (.5) | 2.20 | 565.00 | 1,243.00 |
| 10/14/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.2); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 2.60 | 565.00 | 1,469.00 |
| 10/15/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.7); review recent filings in certain adversary proceedings and district court cases and update working group re same (.9); review related case dockets regarding recent filings (.5) | 2.10 | 565.00 | 1,186.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429432

Page 9

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/16/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.8); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.0); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.60 | 565.00 | 1,469.00 |
| 10/17/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.6); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.10 | 565.00 | 1,186.50 |
| 10/18/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.8); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 2.20 | 565.00 | 1,243.00 |
| 10/18/2024 | DM26 | Review recent filings in certain adversary proceedings and district court cases and update working group re same | 0.80 | 565.00 | 452.00 |
| 10/21/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.7); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5) | 1.80 | 565.00 | 1,017.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00001
Invoice No. 2429432

Page 10

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/22/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.8); review recent filings in certain adversary proceedings and district court cases and update working group re same (.5); review related case dockets regarding recent filings (.4); research certain case documents per attorney request (.3) | 2.00 | 565.00 | 1,130.00 |
| 10/23/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.0); review related case dockets regarding recent filings (.5) | 2.00 | 565.00 | 1,130.00 |
| 10/24/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.00 | 565.00 | 1,130.00 |
| 10/25/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.6); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5) | 1.70 | 565.00 | 960.50 |
| 10/28/2024 | ML30 | Monitor open case dockets (.5); review recent filings and update working group re same (.6); update case calendars re same (.2) | 1.30 | 565.00 | 734.50 |
| 10/29/2024 | ML30 | Monitor open case dockets (.5); review recent filings and update working group re same (.4); update case calendars re same (.2) | 1.10 | 565.00 | 621.50 |
| 10/30/2024 | ML30 | Monitor open case dockets (.5); review recent filings and update working group re same (.5); update case calendars re same (.2) | 1.20 | 565.00 | 678.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                          Page 11
50687-00001
Invoice No. 2429432

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/31/2024 | ML30 | Monitor open case dockets (.5); review recent filings and update working group re same (.4); update case calendars re same (.2) | 1.10 | 565.00 | 621.50 |
| | | **Subtotal: B113  Pleadings Review** | **47.30** | | **26,724.50** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/04/2024 | DM26 | Prepare draft agenda for 10/8/24 hearing | 0.80 | 565.00 | 452.00 |
| 10/06/2024 | AB21 | Correspond with L. Despins regarding preparation for October 8 hearing | 0.20 | 1,850.00 | 370.00 |
| 10/06/2024 | ECS1 | Review and revise agenda for 10/8/24 court hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/07/2024 | AB21 | Prepare hearing notes for hearing on CP Law retention and Sotheby's retention order (0.6); correspond with L. Despins regarding same (0.1) | 0.70 | 1,850.00 | 1,295.00 |
| 10/08/2024 | LAD4 | Review open issues and submissions in prep for hearing (.70); handle hearing by zoom (.70) | 1.40 | 1,975.00 | 2,765.00 |
| 10/11/2024 | DM26 | Draft agenda for 10/15/24 hearing | 1.20 | 565.00 | 678.00 |
| 10/13/2024 | ECS1 | Review and revise agenda for 10/15 court hearing (.2); correspond with D. Mohamed regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 10/15/2024 | LAD4 | T/c N. Bassett re: status conference and sale hearing | 0.30 | 1,975.00 | 592.50 |
| 10/15/2024 | NAB | Attend hearing on status conferences, sale motion, and additional matters (1.5); follow-up discussions with L. Despins regarding the same (0.3) | 1.80 | 1,835.00 | 3,303.00 |
| 10/18/2024 | DM26 | Draft agenda for 10/22/24 hearing | 0.70 | 565.00 | 395.50 |
| 10/20/2024 | ECS1 | Review and revise agenda for 10/22/24 court hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                         Page 12
Kwok
50687-00001
Invoice No. 2429432

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/21/2024 | AB21 | Prepare hearing notes for L. Despins regarding Mauritius counsel retention applications (0.5); correspond with L. Despins regarding same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 10/21/2024 | DM26 | Update agenda for 10/22/24 hearing | 0.20 | 565.00 | 113.00 |
| 10/22/2024 | AB21 | Call and correspond with L. Despins regarding hearing on Mauritius counsel retention applications | 0.10 | 1,850.00 | 185.00 |
| 10/28/2024 | ECS1 | Prepare agenda for 10/29 virtual court hearing (.4); correspond with L. Despins and his counsel regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| | | **Subtotal: B155  Court Hearings** | **9.20** | | **12,783.00** |

**B160    Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/01/2024 | AB21 | Review PH June 2024 fee statement | 0.60 | 1,850.00 | 1,110.00 |
| 10/02/2024 | AB21 | Call with L. Song regarding next interim fee application (0.2); meeting with L. Song regarding same (0.1); revise PH July fee statement (0.3); revise PH June fee statement (0.2) | 0.80 | 1,850.00 | 1,480.00 |
| 10/02/2024 | LS26 | Call and meeting with A. Bongartz regarding PH interim fee application (0.3); review prior interim fee applications (0.6) | 0.90 | 985.00 | 886.50 |
| 10/03/2024 | AB21 | Correspond with L. Despins and N. Bassett regarding update on June and July PH fee statements (0.5); revise same (0.1); correspond with C. Edge regarding same (0.1) | 0.70 | 1,850.00 | 1,295.00 |
| 10/07/2024 | AB21 | Call with E. Sutton regarding additional interested parties | 0.10 | 1,850.00 | 185.00 |
| 10/07/2024 | ECS1 | Review emails and documents regarding additional interested parties and Trustee's and Paul Hastings' disinterestedness (.3); call with A. Bongartz regarding same (.1); correspond with PH Conflicts Dept. regarding same (.2) | 0.60 | 1,270.00 | 762.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00001
Invoice No. 2429432

Page 13

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/08/2024 | DEB4 | Correspond with K. Traxler regarding September fee matters | 0.30 | 1,395.00 | 418.50 |
| 10/09/2024 | AB21 | Review and comment on PH June and July fee statements (0.5); correspond with L. Despins regarding update on fee application (0.3) | 0.80 | 1,850.00 | 1,480.00 |
| 10/09/2024 | LS26 | Prepare PH interim fee application | 2.60 | 985.00 | 2,561.00 |
| 10/10/2024 | AB21 | Finalize PH June and July fee statements (0.2); correspond with notice parties regarding same (0.1) | 0.30 | 1,850.00 | 555.00 |
| 10/10/2024 | DM26 | File via the Court's CM/ECF system PH's monthly fee statements for June and July 2024 services | 0.30 | 565.00 | 169.50 |
| 10/10/2024 | ECS1 | Prepare Trustee supplemental declaration (.9); review emails and documents in connection with same (.2); correspond with D. Mohamed regarding same (.1) | 1.20 | 1,270.00 | 1,524.00 |
| 10/10/2024 | KAT2 | Prepare parts of sixth interim fee application (.8); correspond with A. Bongartz and C. Edge regarding same (.1); correspond with L. Song regarding same (.1) | 1.00 | 1,120.00 | 1,120.00 |
| 10/10/2024 | LS26 | Continue to prepare PH interim fee application | 2.90 | 985.00 | 2,856.50 |
| 10/11/2024 | AB21 | Call and correspond with L. Song regarding update on PH fee application | 0.10 | 1,850.00 | 185.00 |
| 10/11/2024 | ECS1 | Correspond with D. Mohamed regarding revisions and additions to parties in interest list in connection with Trustee's supplemental declaration | 0.30 | 1,270.00 | 381.00 |
| 10/11/2024 | LS26 | Call and correspond with A. Bongartz regarding PH interim fee application (0.1); continue to prepare PH interim fee application (7.5); correspond with C. Edge regarding same (0.2) | 7.80 | 985.00 | 7,683.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429432

Page 14

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/12/2024 | AB21 | Revise PH sixth interim fee application (3.9); call with L. Song regarding same (0.2); correspond with C. Edge regarding same (0.1) | 4.20 | 1,850.00 | 7,770.00 |
| 10/12/2024 | LS26 | Call with A. Bongartz re PH interim fee application (0.2); correspond with A. Bongartz re same (0.2); continue to prepare and revise PH interim fee application (5.2) | 5.60 | 985.00 | 5,516.00 |
| 10/13/2024 | AB21 | Revise PH sixth interim fee application (1.0); correspond with L. Despins regarding same and fee process (0.4) | 1.40 | 1,850.00 | 2,590.00 |
| 10/14/2024 | AB21 | Call and correspond with L. Despins regarding fee process (0.1); correspond with N. Bassett regarding PH fee application (0.1); call with L. Song regarding same (0.1); call with C. Edge regarding same (0.1); analyze issues regarding same (0.1) | 0.50 | 1,850.00 | 925.00 |
| 10/14/2024 | AB21 | Calls with E. Sutton regarding supplemental PH declaration | 0.20 | 1,850.00 | 370.00 |
| 10/14/2024 | ECS1 | Prepare supplemental declaration of disinterestedness (.6); review documents and updated list of interested parties in connection with same (.3); calls with A. Bongartz regarding same (.2) | 1.10 | 1,270.00 | 1,397.00 |
| 10/14/2024 | LS26 | Call with A. Bongartz re PH fee application (0.1); review and revise PH fee application (1.3) | 1.40 | 985.00 | 1,379.00 |
| 10/14/2024 | NAB | Review parts of PH draft fee application (0.5); correspond with A. Bongartz regarding the same (0.1) | 0.60 | 1,835.00 | 1,101.00 |
| 10/15/2024 | AB21 | Finalize PH interim fee application (0.3); correspond with L. Despins regarding same (0.2); correspond with D. Mohamed regarding filing of same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 10/15/2024 | ECS1 | Prepare Trustee's supplemental declaration (.7); correspond with D. Mohamed and A. Bongartz regarding same (.2) | 0.90 | 1,270.00 | 1,143.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429432

Page 15

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/15/2024 | NAB | Review and revise PH draft fee application (0.5); correspond with A. Bongartz relating to the same (0.1) | 0.60 | 1,835.00 | 1,101.00 |
| 10/16/2024 | AB21 | Review draft supplemental declaration of disinterestedness (0.2); call with E. Sutton regarding same (0.1); correspond with L. Despins regarding same (0.2); correspond with D. Mohamed regarding filing of same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 10/16/2024 | DM26 | File via the Court's CM/ECF system Trustee's supplemental declaration | 0.20 | 565.00 | 113.00 |
| 10/16/2024 | ECS1 | Call with A. Bongartz regarding Trustee's tenth supplemental declaration (.1); correspond with A. Bongartz regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/17/2024 | AB21 | Correspond with H. Claiborn (U.S. Trustee) regarding support for PH interim fee application | 0.10 | 1,850.00 | 185.00 |
| 10/23/2024 | KAT2 | Prepare UST Appendix B info for September services | 0.20 | 1,120.00 | 224.00 |
| 10/24/2024 | AB21 | Correspond with H. Claiborn (U.S. Trustee) regarding PH fee application | 0.10 | 1,850.00 | 185.00 |
| 10/28/2024 | AB21 | Review PH August fee statement | 0.60 | 1,850.00 | 1,110.00 |
| 10/30/2024 | AB21 | Correspond with L. Despins regarding comments from H. Claiborn on PH sixth interim fee application | 0.30 | 1,850.00 | 555.00 |
| 10/31/2024 | AB21 | Correspond with L. Despins regarding PH sixth interim fee application | 0.50 | 1,850.00 | 925.00 |
| | | **Subtotal: B160  Fee/Employment Applications** | **41.20** | | **53,715.00** |

**B165     Fee/Employment Applications for Other Professionals**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/01/2024 | AB21 | Review comments to Mauritius barrister retention application (0.2); prepare email to W. de Robillard (barrister) regarding same (0.2) | 0.40 | 1,850.00 | 740.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00001
Invoice No. 2429432

Page 16

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/02/2024 | AB21 | Finalize ENS retention application for filing (0.2); correspond with L. Despins regarding same (0.1); correspond with D. Mohamed regarding filing of same (0.1); correspond with W. de Robillard (Mauritius barrister) regarding barrister application and related declaration (0.2) | 0.60 | 1,850.00 | 1,110.00 |
| 10/02/2024 | DM26 | File via the Court's CM/ECF system Trustee's retention application of ENSafrica (Mauritius) (.2); prepare and effectuate service regarding same (.3); file via the Court's CM/ECF system Prager's monthly fee statement 8.1.24 to 9.30.24 (.2) | 0.70 | 565.00 | 395.50 |
| 10/04/2024 | AB21 | Prepare notice of move to new chambers (Paul Wright) (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,850.00 | 740.00 |
| 10/06/2024 | AB21 | Correspond with P. de Speville and W. de Robillard (Mauritius barristers) regarding retention application | 0.10 | 1,850.00 | 185.00 |
| 10/07/2024 | AB21 | Correspond with D. Mohamed regarding filing of notice regarding Paul Wright (UK barrister) | 0.10 | 1,850.00 | 185.00 |
| 10/07/2024 | AB21 | Finalize application to retain Mauritius barrister (0.2); correspond with D. Mohamed regarding filing of same (0.1) | 0.30 | 1,850.00 | 555.00 |
| 10/07/2024 | DM26 | File via the Court's CM/ECF system notice of move by Paul Wright, UK Barristers, and Trustee's retention application of Mauritius Barristers (.3); prepare and effectuate service of same (.3) | 0.60 | 565.00 | 339.00 |
| 10/08/2024 | AB21 | Call with L. Despins regarding motion to amend Sotheby's retention order (0.3); revise same (0.3); correspond with courtroom deputy regarding same (0.2) | 0.80 | 1,850.00 | 1,480.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                    Page 17
50687-00001
Invoice No. 2429432

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/08/2024 | AB21 | Prepare OMJB fee application (0.7); correspond with M. McCormack (OMJB) regarding same (0.1); prepare Prager fee application (0.6); correspond with D. Hayek (Prager) regarding same (0.1); call with E. Sutton regarding additional fee applications (0.2); revise Pallas fee application (0.2); correspond with A. de Quincey (Pallas) regarding same (0.1); revise Harneys Legal fee application (0.2); correspond with A. Thorp (Harneys Legal) regarding same (0.1); revise EA Group fee application (0.2); correspond with A. Calascibetta (EA Group) regarding same (0.1) | 2.60 | 1,850.00 | 4,810.00 |
| 10/08/2024 | AB21 | Correspond with A. Thorp (Harneys Legal) regarding retention of BVI barrister (0.1); correspond and call with E. Sutton regarding related retention application (0.1) | 0.20 | 1,850.00 | 370.00 |
| 10/08/2024 | AB21 | Correspond with H. Claiborn (U.S. Trustee) regarding ENS retention application | 0.10 | 1,850.00 | 185.00 |
| 10/08/2024 | ECS1 | Prepare retention application for BVI barrister (.1); call and correspond with A. Bongartz regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/08/2024 | ECS1 | Prepare fee applications of Pallas Partners, Harneys, and Eisner (2.3); call with A. Bongartz regarding same (.2) | 2.50 | 1,270.00 | 3,175.00 |
| 10/08/2024 | LAD4 | T/c A. Bongartz re: Sotheby's retention | 0.30 | 1,975.00 | 592.50 |
| 10/09/2024 | AB21 | Correspond with T. Koenig (ENS) and P. de Speville (barrister) regarding inquiry from H. Claiborn (U.S. Trustee) regarding retention application (0.1); call with E. Sutton regarding supplemental filing for same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 10/09/2024 | DM26 | File via the Court's CM/ECF system supplement to retention application of ENSafrica (Mauritius) (.2); prepare and effectuate service regarding same (.3) | 0.50 | 565.00 | 282.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00001
Invoice No. 2429432

Page 18

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/09/2024 | ECS1 | Prepare notice of supplement to ENS retention application (.2); call with A. Bongartz regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 10/09/2024 | ECS1 | Prepare fee application for BVI barrister | 0.20 | 1,270.00 | 254.00 |
| 10/10/2024 | AB21 | Prepare Kroll interim fee application (0.8); correspond with P. Parizek (Kroll) regarding same (0.1); correspond with P. Parizek regarding corrected notice of rate adjustment and Kroll fee statement (0.2); correspond with L. Despins regarding same (0.1); prepare fee application (0.4) | 1.60 | 1,850.00 | 2,960.00 |
| 10/10/2024 | AB21 | Correspond with L. Despins regarding U.S. Trustee comments to ENS retention application (0.7); correspond with T. Koenig (ENS) regarding same (0.4) | 1.10 | 1,850.00 | 2,035.00 |
| 10/10/2024 | ECS1 | Prepare fee application for BVI Barrister (1.7); correspond with A. Bongartz regarding same (.1) | 1.80 | 1,270.00 | 2,286.00 |
| 10/11/2024 | AB21 | Correspond with T. Koenig (ENS) regarding comments from U.S. Trustee to ENS retention application (0.6); correspond with L. Despins regarding same (0.1); correspond with H. Claiborn (U.S. Trustee) regarding same (0.4) | 1.10 | 1,850.00 | 2,035.00 |
| 10/11/2024 | AB21 | Finalize Kroll notice of rate change and August fee statement (0.4); correspond and call with P. Parizek (Kroll) regarding same (0.1); correspond with D. Mohamed regarding filing of same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 10/11/2024 | AB21 | Review revised Eisner retention application (0.2); correspond with A. Calascibetta (EA Group) regarding same (0.1); revise Harneys Legal fee application (0.4); correspond with A. Thorp (Harneys Legal) regarding same (0.1) | 0.80 | 1,850.00 | 1,480.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429432

Page 19

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/11/2024 | DM26 | File via the Court's CM/ECF system corrected notice of change in hourly rates of Kroll, LLC (.2); prepare and effectuate service regarding same (.3); file via the Court's CM/ECF system Kroll's corrected fee statement for August 2024 services (.2) | 0.70 | 565.00 | 395.50 |
| 10/13/2024 | AB21 | Revise draft Kroll fee application (0.2); correspond with P. Parizek (Kroll) regarding same (0.1); revise OMJB fee application (0.1); revise draft OMJB fee application (0.3); correspond with M. McCormack (OMJB) regarding same (0.2) | 0.90 | 1,850.00 | 1,665.00 |
| 10/13/2024 | AB21 | Revise retention application for James Morgan KC (0.2); correspond with A. Thorp (Harneys Legal) regarding same (0.1) | 0.30 | 1,850.00 | 555.00 |
| 10/14/2024 | AB21 | Finalize Harneys fee application (0.5); correspond with A. Thorp (Harneys Legal) regarding same (0.1); finalize Kroll fee application (0.3); correspond with P. Parizek (Kroll) regarding same (0.1); finalize Prager fee application (0.1); finalize OMJB fee application (0.1); correspond with M. McCormack (OMJB) regarding same (0.1); finalize EA Group fee application (0.1); correspond with A. deQuincey (Pallas) regarding Pallas fee application (0.1); review NPM August fee statement (0.6); correspond with P. Linsey (NPM) regarding same (0.1) | 2.20 | 1,850.00 | 4,070.00 |
| 10/14/2024 | AB21 | Revise J. Morgan (BVI barrister) retention application (0.2); correspond with A. Thorp (Harneys Legal) regarding same (0.1); correspond with L. Despins regarding same (0.1) | 0.40 | 1,850.00 | 740.00 |
| 10/14/2024 | AB21 | Correspond with V. Babooa (ENS) and T. Koenig (ENS) regarding ENS retention application | 0.40 | 1,850.00 | 740.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429432

Page 20

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/14/2024 | DM26 | File via the Court's CM/ECF system invoices of Acheson Doyle for September 2024 services (.2); prepare and effectuate service regarding same (.3) | 0.50 | 565.00 | 282.50 |
| 10/15/2024 | AB21 | Finalize Pallas fee application (0.2); correspond with A. de Quincey (Pallas) regarding same (0.1); correspond with D. Mohamed regarding filing of fee applications (0.3); review NPM fee application (0.4); correspond with P. Linsey (NPM) regarding same (0.1) | 1.10 | 1,850.00 | 2,035.00 |
| 10/15/2024 | DM26 | File retention application of James Morgan and interim fee applications of Paul Hastings and other professionals on behalf of the Trustee | 1.50 | 565.00 | 847.50 |
| 10/16/2024 | AB21 | Correspond with estate professionals regarding update on fee application process | 0.30 | 1,850.00 | 555.00 |
| 10/16/2024 | DM26 | Prepare and effectuate service regarding retention application of James Morgan and interim fee applications of Paul Hastings and other professionals | 0.50 | 565.00 | 282.50 |
| 10/17/2024 | NAB | Correspond with potential UAE counsel regarding retention issues and initial tasks | 0.20 | 1,835.00 | 367.00 |
| 10/21/2024 | AB21 | Finalize ENS retention order and related notice (0.3); correspond with D. Mohamed regarding filing and service of same (0.1) | 0.40 | 1,850.00 | 740.00 |
| 10/21/2024 | DM26 | Revise and file via the Court's CM/ECF system notice of revised proposed retention order of ENSafrica (Mauritius) (.3); prepare and effectuate service regarding same (.2) | 0.50 | 565.00 | 282.50 |
| 10/21/2024 | NAB | Correspond with prospective UAE counsel regarding engagement details (.2); correspond with L. Despins regarding same (.1) | 0.30 | 1,835.00 | 550.50 |
| 10/29/2024 | AB21 | Correspond with P. Parizek (Kroll) regarding Kroll September fee statement | 0.10 | 1,850.00 | 185.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

50687-00001

Invoice No. 2429432

Page 21

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/30/2024 | AB21 | Revise engagement letter for UAE counsel (0.8); correspond with N. Bassett regarding same (0.4); correspond with P. Hughes (Kobre & Kim) regarding same (0.3); call and correspond with E. Sutton regarding preparing related retention application (0.1) | 1.60 | 1,850.00 | 2,960.00 |
| 10/30/2024 | AB21 | Finalize Kroll September fee statement (0.2); correspond with notice parties regarding same (0.1); correspond with H. Claiborn (U.S. Trustee) regarding same (0.1) | 0.40 | 1,850.00 | 740.00 |
| 10/30/2024 | ECS1 | Prepare retention application for Kobre & Kim as UAE counsel (.1); call and correspond with A. Bongartz regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/30/2024 | ML30 | Correspond with E. Sutton re Kroll monthly fee statement to be filed (.2); review and prepare fee statement for filing (.2); e-file same (.1); correspond with E. Sutton re same (.1) | 0.60 | 565.00 | 339.00 |
| 10/30/2024 | NAB | Review and revise draft Kobre & Kim engagement letter (.2); correspond with A. Bongartz and L. Despins regarding same (.3) | 0.50 | 1,835.00 | 917.50 |
| 10/31/2024 | AB21 | Correspond with V. Babooa (ENS) regarding fee process | 0.20 | 1,850.00 | 370.00 |
| 10/31/2024 | AB21 | Call with P. Hughes (Kobre & Kim) regarding Kobre & Kim retention (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,850.00 | 740.00 |
| 10/31/2024 | ECS1 | Prepare retention application for Kobre & Kim as UAE counsel (1.4); correspond with A. Bongartz regarding same (.1) | 1.50 | 1,270.00 | 1,905.00 |
| 10/31/2024 | NAB | Correspond with A. Bongartz and L. Despins regarding potential UAE counsel engagement | 0.20 | 1,835.00 | 367.00 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **34.00** | | **51,195.00** |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 22

50687-00001

Invoice No. 2429432

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 10/24/2024 | AB21 | Correspond with P. Linsey (NPM) regarding draft motion to extend removal deadline | 0.10 | 1,850.00 | 185.00 |
| | | **Subtotal: B191  General Litigation** | **0.10** | | **185.00** |
| **B195** | **Non-Working Travel** | | | | |
| 10/15/2024 | NAB | Non-working travel to and from Connecticut for status conference (bill at 1/2 rate) | 4.90 | 917.50 | 4,495.75 |
| | | **Subtotal: B195  Non-Working Travel** | **4.90** | | **4,495.75** |
| **B210** | **Business Operations** | | | | |
| 10/01/2024 | AB21 | Correspond with T. Sadler regarding wire transfer information | 0.10 | 1,850.00 | 185.00 |
| 10/01/2024 | TS21 | Review wire transfer forms (.4); correspond with D. Mohamed, L. Despins and A. Bongartz re same (.2); correspond with W. Sherman and P. Linsey re Mahwah disbursements (.8) | 1.40 | 1,365.00 | 1,911.00 |
| 10/03/2024 | TS21 | Review wires and checks re professional fees and Hawk Eye security (.7); correspond with L. Despins and East West Bank re same (.2) | 0.90 | 1,365.00 | 1,228.50 |
| 10/04/2024 | TS21 | Correspond with L. Despins and East West Bank re payments | 0.70 | 1,365.00 | 955.50 |
| 10/07/2024 | AB21 | Correspond with D. Skalka (NPM) regarding wire info for trustee account | 0.10 | 1,850.00 | 185.00 |
| 10/07/2024 | AB21 | Correspond with T. Sadler regarding next wire transfers | 0.10 | 1,850.00 | 185.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429432

Page 23

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/08/2024 | DM26 | Prepare draft wire transfers for certain vendors on behalf of Trustee | 0.80 | 565.00 | 452.00 |
| 10/08/2024 | TS21 | Review wire transfer forms for Hawk Eye and Paramount (.3); correspond with L. Despins and East West Bank re same (.2) | 0.50 | 1,365.00 | 682.50 |
| 10/09/2024 | AB21 | Correspond with T. Sadler regarding wires | 0.20 | 1,850.00 | 370.00 |
| 10/09/2024 | DM26 | Prepare draft wire transfer for NPM's July 2024 fee statement | 0.10 | 565.00 | 56.50 |
| 10/10/2024 | AB21 | Correspond with T. Sadler regarding update on wire transfers | 0.10 | 1,850.00 | 185.00 |
| 10/10/2024 | TS21 | Review wire transfer form to Cyprus bank (.2); correspond with L. Despins, A. Bongartz and East West Bank re same (.2) | 0.40 | 1,365.00 | 546.00 |
| 10/14/2024 | AB21 | Correspond with T. Sadler regarding next round of wire transfers | 0.20 | 1,850.00 | 370.00 |
| 10/14/2024 | DM26 | Prepare draft wire transfer for Acheson Doyle's Invoices for August 2024 services | 0.10 | 565.00 | 56.50 |
| 10/16/2024 | AB21 | Call and meeting with T. Sadler regarding wire transfers and deposits into trust account | 0.20 | 1,850.00 | 370.00 |
| 10/16/2024 | TS21 | Call and meeting with A. Bongartz regarding wire transfers and deposits into trust account (.2); review invoices and additional documents regarding same (.3) | 0.50 | 1,365.00 | 682.50 |
| 10/17/2024 | AB21 | Correspond with T. Sadler regarding upcoming wire transfers (0.1); call with T. Sadler regarding same (0.1); review bank statements (0.1) | 0.30 | 1,850.00 | 555.00 |
| 10/17/2024 | TS21 | Review documents and prepare payment ledger (1.8); call with A. Bongartz regarding wire transfers (.1); correspond with A. Bongartz re invoices (.2) | 2.10 | 1,365.00 | 2,866.50 |
| 10/22/2024 | LS26 | Correspond with P. Linsey regarding incoming deposit to estate (0.1); correspond with A. Bongartz regarding same (0.1) | 0.20 | 985.00 | 197.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429432

Page 24

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/23/2024 | TS21 | Review wire to Hawk Eye Security (.2); correspond with L. Despins and East West Bank re same (.2) | 0.40 | 1,365.00 | 546.00 |
| 10/24/2024 | AB21 | Correspond with T. Sadler regarding next round of wire transfers | 0.20 | 1,850.00 | 370.00 |
| 10/24/2024 | DM26 | Prepare draft wire transfers for certain professionals and vendors on behalf of the Trustee | 0.50 | 565.00 | 282.50 |
| 10/24/2024 | TS21 | Review wire transfer forms (.4); correspond with L. Despins, D. Mohamed and A. Bongartz re same (.3) | 0.70 | 1,365.00 | 955.50 |
| 10/25/2024 | TS21 | Correspond with L. Despins and East West Bank re wire payments (.2); review and comment on payments for Greenwich and New Jersey properties (.5) | 0.70 | 1,365.00 | 955.50 |
| 10/28/2024 | AB21 | Correspond with T. Sadler regarding wire transfers | 0.10 | 1,850.00 | 185.00 |
| 10/28/2024 | TS21 | Correspond with D. Mohamed and A. Bongartz re wire transfers | 0.20 | 1,365.00 | 273.00 |
| 10/29/2024 | AB21 | Call and correspond with T. Sadler regarding next round of wire transfers | 0.10 | 1,850.00 | 185.00 |
| 10/29/2024 | TS21 | Review and revise wire transfer forms and checks (.8); call and correspond with A. Bongartz re same (.1); correspond with W. Sherman, L. Despins, and East West Bank re same (.4) | 1.30 | 1,365.00 | 1,774.50 |
| | | **Subtotal: B210  Business Operations** | **13.20** | | **17,566.50** |

**B211    Financial Reports (Monthly Operating Reports)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/16/2024 | DEB4 | Correspond with T. Sadler regarding MOR (0.4); correspond with P. Linsey and D. Skalka (NPM) regarding same (0.1) | 0.50 | 1,395.00 | 697.50 |
| 10/16/2024 | TS21 | Prepare monthly operating report (2.1); correspond with D. Barron and L. Despins re same (.4) | 2.50 | 1,365.00 | 3,412.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 25
50687-00001
Invoice No. 2429432

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/20/2024 | DEB4 | Correspond with M. Gonzalez (OMM) regarding MOR data | 0.30 | 1,395.00 | 418.50 |
| 10/21/2024 | DM26 | File via the Court's CM/ECF system monthly operating report for period ended 09/30/24 on behalf of the Trustee | 0.20 | 565.00 | 113.00 |
| | | **Subtotal: B211  Financial Reports (Monthly Operating Reports)** | **3.50** | | **4,641.50** |

| | | | | |
|---|---|---|---|---|
| **Total** | | | **193.10** | **211,647.25** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 5.50 | 1,975.00 | 10,862.50 |
| NAB | Nicholas A. Bassett | Partner | 8.20 | 1,835.00 | 15,047.00 |
| NAB | Nicholas A. Bassett | Partner | 4.90 | 917.50 | 4,495.75 |
| AB21 | Alex Bongartz | Of Counsel | 37.40 | 1,850.00 | 69,190.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 1.20 | 1,120.00 | 1,344.00 |
| DEB4 | Douglass E. Barron | Associate | 3.70 | 1,395.00 | 5,161.50 |
| TS21 | Tess Sadler | Associate | 12.30 | 1,365.00 | 16,789.50 |
| ECS1 | Ezra C. Sutton | Associate | 13.90 | 1,270.00 | 17,653.00 |
| LS26 | Luyi Song | Associate | 26.70 | 985.00 | 26,299.50 |
| ML30 | Mat Laskowski | Paralegal | 5.70 | 565.00 | 3,220.50 |
| DM26 | David Mohamed | Paralegal | 73.60 | 565.00 | 41,584.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 10/02/2024 | Photocopy Charges | 820.00 | 0.08 | 65.60 |
| 10/07/2024 | Photocopy Charges | 740.00 | 0.08 | 59.20 |
| 10/09/2024 | Photocopy Charges | 180.00 | 0.08 | 14.40 |
| 10/11/2024 | Photocopy Charges | 80.00 | 0.08 | 6.40 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                           Page 26
Kwok
50687-00001
Invoice No. 2429432

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 10/14/2024 | Photocopy Charges | 220.00 | 0.08 | 17.60 |
| 10/16/2024 | Photocopy Charges | 7,160.00 | 0.08 | 572.80 |
| 10/21/2024 | Photocopy Charges | 260.00 | 0.08 | 20.80 |
| 10/01/2024 | Computer Search (Other) | | | 20.34 |
| 10/02/2024 | Postage/Express Mail - International; | | | 14.22 |
| 10/02/2024 | Postage/Express Mail - First Class - US; | | | 41.58 |
| 10/02/2024 | Computer Search (Other) | | | 8.01 |
| 10/03/2024 | Computer Search (Other) | | | 41.67 |
| 10/04/2024 | Computer Search (Other) | | | 32.58 |
| 10/05/2024 | Computer Search (Other) | | | 45.63 |
| 10/07/2024 | Postage/Express Mail - International; | | | 14.22 |
| 10/07/2024 | Postage/Express Mail - First Class - US; | | | 41.58 |
| 10/07/2024 | Computer Search (Other) | | | 10.80 |
| 10/08/2024 | Westlaw | | | 29.14 |
| 10/08/2024 | Computer Search (Other) | | | 34.11 |
| 10/09/2024 | Postage/Express Mail - First Class - US; | | | 31.86 |
| 10/09/2024 | Postage/Express Mail - International; | | | 8.96 |
| 10/09/2024 | Westlaw | | | 87.42 |
| 10/09/2024 | Computer Search (Other) | | | 9.90 |
| 10/10/2024 | Lexis/On Line Search | | | 43.74 |
| 10/10/2024 | Computer Search (Other) | | | 11.88 |
| 10/10/2024 | Computer Search (Other) | | | 7.11 |
| 10/11/2024 | Postage/Express Mail - First Class - US; | | | 27.00 |
| 10/11/2024 | Postage/Express Mail - International; | | | 6.30 |
| 10/11/2024 | Computer Search (Other) | | | 21.24 |
| 10/12/2024 | Airfare - Nick Bassett; 09/06/2024; From/To: Omaha/LGA; Airfare Class: Economy; Travel to New York to attend Kwok hearing | | | 338.48 |
| 10/12/2024 | Airfare - Nick Bassett; 09/06/2024; From/To: LGA/DCA; Airfare Class: Economy; Travel to New York to attend Kwok hearing | | | 343.48 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429432

Page 27

| | | |
|---|---|---|
| 10/12/2024 | Travel Expense - Meals - Nick Bassett; 09/11/2024; Restaurant: Yolos Tacos; City: New York; Lunch; Number of people: 1; Travel to New York to attend Kwok hearing | 15.79 |
| 10/12/2024 | Travel Expense - Meals - Nick Bassett; 09/11/2024; Restaurant: Black Seed Bagels; City: New York; Breakfast; Number of people: 1; Travel to New York to attend Kwok hearing | 17.24 |
| 10/12/2024 | Travel Expense - Meals - Nick Bassett; 09/10/2024; Restaurant: Adham Halal Food; City: New York; Dinner; Number of people: 1; Travel to New York to attend Kwok hearing | 17.47 |
| 10/12/2024 | Lodging - Nick Bassett; 09/11/2024; Hotel: Hyatt; Check-in date: 09/10/2024; Check-out date: 09/11/2024; New York; Travel to New York to attend Kwok hearing | 753.96 |
| 10/12/2024 | Taxi/Ground Transportation - Nick Bassett; 09/11/2024; From/To: meeting/LGA; Service Type: Uber; Time: 15:45; Travel to New York to attend Kwok hearing | 103.21 |
| 10/12/2024 | Taxi/Ground Transportation - Nick Bassett; 09/10/2024; From/To: airport/hotel; Service Type: Uber; Time: 21:06; Travel to New York to attend Kwok hearing | 77.78 |
| 10/12/2024 | Vendor Expense - Nick Bassett; 09/10/2024; Travel to New York to attend Kwok hearing; Inflight Wi-Fi | 15.95 |
| 10/12/2024 | Vendor Expense - Nick Bassett; 09/11/2024; Travel to New York to attend Kwok hearing; Inflight Wi-Fi | 6.49 |
| 10/12/2024 | Computer Search (Other) | 8.10 |
| 10/13/2024 | Computer Search (Other) | 2.16 |
| 10/14/2024 | Computer Search (Other) | 97.83 |
| 10/15/2024 | Taxi/Ground Transportation - Nick Bassett; 09/11/2024; From/To: DCA/home; Service Type: Uber; Time: 18:26; Travel to New York to attend Kwok hearing | 34.34 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429432

Page 28

| | | |
|---|---|---|
| 10/15/2024 | Postage/Express Mail - Certified -- Return receipt; | 22.52 |
| 10/15/2024 | Postage/Express Mail - First Class - US | 31.86 |
| 10/15/2024 | Postage/Express Mail - Certified -- Return receipt; | 46.16 |
| 10/15/2024 | Postage/Express Mail - International | 8.96 |
| 10/15/2024 | Computer Search (Other) | 27.63 |
| 10/16/2024 | Airfare - Nick Bassett; 09/19/2024; From/To: DCA/LGA; Airfare Class: Economy; Travel to NY for meeting with Kwok team and hearing | 683.95 |
| 10/16/2024 | Travel Expense - Meals - Nick Bassett; 09/25/2024; Restaurant: Black Seed Bagels; City: New York; Breakfast; Number of people: 1; Travel to NY for meeting with Kwok team and hearing | 10.74 |
| 10/16/2024 | Travel Expense - Meals - Nick Bassett; 09/26/2024; Restaurant: Black Seed Bagels; City: New York; Lunch; Number of people: 1; Travel to NY for meeting with Kwok team and hearing | 17.24 |
| 10/16/2024 | Travel Expense - Meals - Nick Bassett; 09/25/2024; Restaurant: Val Cafe; City: New York; coffee; Number of people: 1; Travel to NY for meeting with Kwok team and hearing | 4.30 |
| 10/16/2024 | Travel Expense - Meals - Nick Bassett; 09/26/2024; Restaurant: Siren57845; City: New York; coffee; Number of people: 1; Travel to NY for meeting with Kwok team and hearing | 4.63 |
| 10/16/2024 | Taxi/Ground Transportation - Nick Bassett; 09/26/2024; From/To: meeting/LGA; Service Type: Uber; Time: 15:14; Travel to NY for meeting with Kwok team and hearing | 110.20 |
| 10/16/2024 | Taxi/Ground Transportation - Nick Bassett; 09/24/2024; From/To: Airport/Hotel; Service Type: Uber; Time: 09:15; Travel to NY for meeting with Kwok team and hearing | 128.06 |
| 10/16/2024 | Taxi/Ground Transportation - Nick Bassett; 09/26/2024; From/To: DCA/Home; Service Type: Uber; Time: 18:34; Travel to NY for meeting with Kwok team and hearing | 30.50 |
| 10/16/2024 | Postage/Express Mail - First Class - US; | 107.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429432

Page 29

| | | |
|---|---|---:|
| 10/16/2024 | Postage/Express Mail - First Class - US; | 11.40 |
| 10/16/2024 | Postage/Express Mail - First Class - US; | 12.90 |
| 10/16/2024 | Postage/Express Mail - First Class - US; | 49.05 |
| 10/16/2024 | Postage/Express Mail - First Class - US; | 56.85 |
| 10/16/2024 | Postage/Express Mail - International; | 64.70 |
| 10/16/2024 | Postage/Express Mail - International; | 65.55 |
| 10/16/2024 | Computer Search (Other) | 15.12 |
| 10/17/2024 | Computer Search (Other) | 13.77 |
| 10/18/2024 | Computer Search (Other) | 23.22 |
| 10/20/2024 | Westlaw | 174.84 |
| 10/21/2024 | Westlaw | 29.13 |
| 10/21/2024 | Computer Search (Other) | 16.47 |
| 10/22/2024 | Postage/Express Mail - First Class - US; | 31.86 |
| 10/22/2024 | Postage/Express Mail - First Class - US; | 8.96 |
| 10/22/2024 | Westlaw | 58.28 |
| 10/22/2024 | Computer Search (Other) | 9.27 |
| 10/23/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 866371592; 10/23/2024; Attn: Anthony Raimo; NY Tag & Title ToGo; 1218 Central Avenue; ALBANY, NY 12205 ; 280984699150 (MAN) | 25.58 |
| 10/23/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 866371592; 10/23/2024; Jon Bowling; CSC; 59 DOGWOOD RD; WETHERSFIELD, CT 06109 ; 280992038583 (MAN) | 29.54 |
| 10/23/2024 | Computer Search (Other) | 23.04 |
| 10/24/2024 | Computer Search (Other) | 20.79 |
| 10/30/2024 | Local - Parking - Luc Despins; 10/15/2024; Parking Receipt | 6.00 |
| 10/31/2024 | Lexis/On Line Search - Courtlink Use - Charges for October, 2024 | 1.22 |
| 10/31/2024 | Westlaw | 30.36 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

50687-00001

Invoice No. 2429432

Page 30

| | |
|---|---|
| **Total Costs incurred and advanced** | **$5,190.52** |
| **Current Fees and Costs** | **$216,837.77** |
| **Total Balance Due - Due Upon Receipt** | **$216,837.77** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429433

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending October 31, 2024 | $194,566.75 |
| Costs incurred and advanced | 34,272.46 |
| **Current Fees and Costs Due** | **$228,839.21** |
| **Total Balance Due - Due Upon Receipt** | **$228,839.21** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429433

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $194,566.75 |
| Costs incurred and advanced | 34,272.46 |
| **Current Fees and Costs Due** | **$228,839.21** |
| **Total Balance Due - Due Upon Receipt** | **$228,839.21** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429433

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

## Asset Recovery Investigation and Litigation          $194,566.75

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 10/01/2024 | DEB4 | Correspond with BVI counsel regarding service issues | 0.20 | 1,395.00 | 279.00 |
| 10/01/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions | 0.10 | 1,270.00 | 127.00 |
| 10/01/2024 | ECS1 | Call and correspond with P. Linsey (NPM) regarding new title and transferring title to Trustee of vehicle titled in New York | 0.40 | 1,270.00 | 508.00 |
| 10/01/2024 | MR22 | Correspond with E. Sutton and K. Mitchell (NPM) regarding service affidavits (.2); draft parts of affidavits confirming service on UK-based defendants (.7) | 0.90 | 565.00 | 508.50 |
| 10/02/2024 | AB21 | Correspond with L. Despins and N. Bassett regarding UK cost order | 0.30 | 1,850.00 | 555.00 |
| 10/02/2024 | DEB4 | Review and respond to correspondence from A. de Quincey (Pallas) regarding service issues (0.1); review correspondence from E. Sutton regarding Ducati title (0.1); review correspondence from N. Bassett regarding G Club (0.1) | 0.30 | 1,395.00 | 418.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429433

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/02/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions (.2); correspond with E. Ring (Ancillary) regarding same (.1); correspond with K. Mitchell (NPM) regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 10/02/2024 | MR22 | Prepare affidavits confirming service on 16 UK-based defendants | 1.80 | 565.00 | 1,017.00 |
| 10/03/2024 | MR22 | Continue preparing affidavits confirming service on 16 UK-based defendants | 1.20 | 565.00 | 678.00 |
| 10/06/2024 | DM26 | Update appeals tracking chart | 0.50 | 565.00 | 282.50 |
| 10/06/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions | 0.10 | 1,270.00 | 127.00 |
| 10/07/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.2); correspond with E. Ring (Ancillary) regarding same (.1); correspond with K. Mitchell (NPM) regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 10/07/2024 | ECS1 | Analyze authority regarding transfer of title of estate property (including vehicles) to Trustee | 0.20 | 1,270.00 | 254.00 |
| 10/07/2024 | ECS1 | Review correspondence with Pallas Partners regarding █████████████████ | 0.10 | 1,270.00 | 127.00 |
| 10/08/2024 | ECS1 | Analyze issues related to service of foreign defendants in avoidance actions and omnibus alter ego proceedings (.3); correspond with D. Barron regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 10/08/2024 | ECS1 | Review correspondence with Pallas Partners regarding service of UK party and related delivery issue | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429433

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/08/2024 | NAB | Telephone conference with P. Linsey regarding discovery issues and hearing outcome (0.3); correspond with J. Kosciewicz regarding discovery issues (0.2); review privilege logs in connection with the same (0.2); review draft subpoena for rule 2004 deposition (0.2); correspond with P. Linsey regarding the same (0.1); review criminal trial records in connection with potential litigation to recover transfers (0.3); correspond with P. Linsey regarding the same (0.1) | 1.40 | 1,835.00 | 2,569.00 |
| 10/09/2024 | ECS1 | Review correspondence with Pallas Partners regarding ▬▬▬▬▬▬▬ | 0.10 | 1,270.00 | 127.00 |
| 10/09/2024 | LS26 | Review transcripts of Kwok deposition and Kwok written declaration | 0.30 | 985.00 | 295.50 |
| 10/10/2024 | DEB4 | Correspond with E. Sutton regarding service issues | 0.20 | 1,395.00 | 279.00 |
| 10/10/2024 | DEB4 | Correspond with W. Farmer regarding efforts to move funds (0.3); analyze documents related to same (1.2) | 1.50 | 1,395.00 | 2,092.50 |
| 10/10/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions and omnibus alter ego proceedings (.3); correspond with E. Ring (Ancillary) regarding same (.1); correspond with P. Linsey (NPM), L. Song, and K. Mitchell (NPM) regarding same (.2) | 0.60 | 1,270.00 | 762.00 |
| 10/13/2024 | DM26 | Update Kwok appeals tracking chart | 0.50 | 565.00 | 282.50 |
| 10/15/2024 | DEB4 | Correspond with L. Song regarding Geaney order (0.1); correspond with E. Sutton regarding service issues (0.2); correspond with A. de Quincey (Pallas) regarding same (0.1); correspond with P. Linsey regarding litigation issues (0.1) | 0.50 | 1,395.00 | 697.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                 Page 4
50687-00002
Invoice No. 2429433

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/15/2024 | ECS1 | Analyze issues relating to service of adversary proceeding, RICO, and omnibus alter ego complaints on defendants located in the United Kingdom (.7); correspond with D. Barron regarding same (.3) | 1.00 | 1,270.00 | 1,270.00 |
| 10/16/2024 | ECS1 | Review procedure and prepare document for transfer of title of estate property to Trustee | 0.20 | 1,270.00 | 254.00 |
| 10/16/2024 | ECS1 | Analyze issues related to service of foreign defendants in avoidance actions and omnibus alter ego proceedings (.3); correspond with L. Song, P. Linsey (NPM) and K. Mitchell (NPM) regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 10/17/2024 | DEB4 | Correspond with P. Linsey regarding service issues (0.2); correspond with N. Bassett regarding Conway representations (0.1); correspond with E. Sutton regarding service issues (0.1) | 0.40 | 1,395.00 | 558.00 |
| 10/18/2024 | DM26 | Update appeals tracking chart | 0.50 | 565.00 | 282.50 |
| 10/21/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions and omnibus alter ego proceedings (.8); correspond with L. Song, P. Linsey (NPM) and K. Mitchell (NPM) regarding same (.3) | 1.10 | 1,270.00 | 1,397.00 |
| 10/22/2024 | DEB4 | Conference with A. de Quincey (Pallas) and L. Despins regarding HCHK UK administration (1.0); correspond with A. de Quincey regarding same (0.1) | 1.10 | 1,395.00 | 1,534.50 |
| 10/22/2024 | ECS1 | Review issues regarding service of adversary proceeding and omnibus alter ego complaints on defendants located in the United Kingdom | 0.10 | 1,270.00 | 127.00 |
| 10/23/2024 | ECS1 | Review issue regarding service of foreign defendants in avoidance actions and omnibus alter ego proceedings (.1); correspond with K. Mitchell (NPM) regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/23/2024 | MR22 | Correspond with E. Sutton regarding service letters | 0.20 | 565.00 | 113.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 5
50687-00002
Invoice No. 2429433

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/25/2024 | DM26 | Update appeals tracking chart | 0.40 | 565.00 | 226.00 |
| 10/25/2024 | NAB | Correspond with D. Carnelli (NPM) regarding appellate issues | 0.20 | 1,835.00 | 367.00 |
| 10/28/2024 | DEB4 | Correspond with P. Linsey, N. Bassett, and L. Despins regarding UK issues | 0.20 | 1,395.00 | 279.00 |
| 10/28/2024 | ECS1 | Review issues related to service of foreign defendants in avoidance actions and omnibus alter ego proceedings (.2); correspond with D. Barron regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 10/29/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions and omnibus alter ego proceedings (.1); correspond with M. Rubinfeld regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/29/2024 | LS26 | Correspond with L. Despins, N. Bassett and D. Barron regarding Yvette Wang (0.2); review documents regarding same (0.5); correspond with D. Barron regarding same (0.1) | 0.80 | 985.00 | 788.00 |
| 10/30/2024 | ECS1 | Review issue with service of adversary proceedings and omnibus alter ego complaints on defendants located in the United Kingdom | 0.10 | 1,270.00 | 127.00 |
| 10/31/2024 | ECS1 | Analyze issues regarding service of adversary proceedings and omnibus alter ego complaints on defendants located in the United Kingdom (.5); correspond with D. Barron and C. Timoney regarding same (.5); further correspond with D. Barron regarding same (.2) | 1.20 | 1,270.00 | 1,524.00 |
| | | **Subtotal: B191  General Litigation** | **21.20** | | **24,008.50** |

**B195    Non-Working Travel**

| | | | | | |
|------|----------|-------------|-------|------|--------|
| 10/22/2024 | NAB | Non-working travel to and from New York / WDC for hearing (bill at 1/2 rate) | 4.50 | 917.50 | 4,128.75 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok      Page 6
50687-00002
Invoice No. 2429433

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | **Subtotal: B195  Non-Working Travel** | **4.50** | | **4,128.75** |

**B261    Investigations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/01/2024 | AB21 | Correspond with A. Thorp (Harneys Legal) regarding K Legacy shares | 0.10 | 1,850.00 | 185.00 |
| 10/01/2024 | DEB4 | Review correspondence from L. Song regarding informant information | 0.30 | 1,395.00 | 418.50 |
| 10/01/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.20 | 1,270.00 | 254.00 |
| 10/01/2024 | LS26 | Analyze documents relating to Himalaya Exchange | 1.50 | 985.00 | 1,477.50 |
| 10/01/2024 | LS26 | Review documents relating to Hong Kong property (0.2); review documents and information relating to Qiang Guo (0.6); review public documents relating to potential alter ego entities (0.6); review public information relating to the Debtor's financial affairs (0.9); correspond with D. Barron regarding same (0.2) | 2.50 | 985.00 | 2,462.50 |
| 10/02/2024 | DEB4 | Correspond with L. Song regarding informant communication | 0.20 | 1,395.00 | 279.00 |
| 10/02/2024 | DEB4 | Conference with L. Song regarding Hamilton (0.2); analyze findings from L. Song regarding same (0.5); conference with L. Song regarding informant (0.1) | 0.80 | 1,395.00 | 1,116.00 |
| 10/02/2024 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.50 | 1,270.00 | 635.00 |
| 10/02/2024 | LAD4 | Call with L. Song, D. Barron, N. Bassett, and P. Linsey re: UAE investigation | 0.50 | 1,975.00 | 987.50 |
| 10/02/2024 | LS26 | Review phone message and correspondence from potential informants (0.5); discussion with D. Barron regarding same (0.1) | 0.60 | 985.00 | 591.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429433

Page 7

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/03/2024 | DEB4 | Participate in weekly conference with Kroll, L. Despins, N. Bassett, and L. Song regarding financial investigation updates | 0.80 | 1,395.00 | 1,116.00 |
| 10/03/2024 | LAD4 | Handle Kroll weekly update call with L. Song, D. Barron, N. Bassett | 0.80 | 1,975.00 | 1,580.00 |
| 10/03/2024 | LS26 | Review public documents relating to Debtor-related entities in the UK (1.6); review criminal trial exhibits relating to G-series entities (1.7) | 3.30 | 985.00 | 3,250.50 |
| 10/03/2024 | LS26 | Conference with L. Despins, N. Bassett, D. Barron, P. Linsey (NPM) and Kroll regarding financial investigation update (0.8); draft email to P. Linsey and K. Mitchell (NPM) regarding rule 2004 investigation (0.2); review and revise UAE information chart (0.2) | 1.20 | 985.00 | 1,182.00 |
| 10/03/2024 | NAB | Telephone conference with L. Despins, D. Barron, L. Song, P. Linsey (NPM) and Kroll regarding investigation updates and strategy (0.8); correspond with Kroll regarding the same (0.2) | 1.00 | 1,835.00 | 1,835.00 |
| 10/04/2024 | DEB4 | Correspond with N. Bassett regarding Mei Guo alter egos | 0.10 | 1,395.00 | 139.50 |
| 10/05/2024 | DEB4 | Prepare documents for foreign filings on Himalaya Exchange | 6.70 | 1,395.00 | 9,346.50 |
| 10/06/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.20 | 1,270.00 | 254.00 |
| 10/07/2024 | DEB4 | Correspond with L. Song regarding ███ ███ claims (0.1); analyze documents related to G Club claim issues (0.8) | 0.90 | 1,395.00 | 1,255.50 |
| 10/07/2024 | JPK1 | Review ███████ privilege logs (.2); correspond with D. Barron regarding the same (.1) | 0.30 | 1,185.00 | 355.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429433

Page 8

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/07/2024 | LS26 | Review Bofang Investment motion to quash (0.2); draft email about Bofang Investment and connection with Debtor (0.9); correspond with N. Bassett regarding document request to DOJ (0.2) | 1.30 | 985.00 | 1,280.50 |
| 10/08/2024 | DEB4 | Call with informant and L. Song regarding Kwok information (0.4); correspond with L. Song regarding G Club documents (0.1); analyze same (0.5); correspond with L. Despins and L. Song regarding Epic documents (0.1); correspond with A. Lomas regarding intercompany transfers (0.1); correspond with L. Song regarding Citizens bank documents (0.2); analyze same (0.3); correspond with N. Bassett regarding ▮ (0.1) | 1.80 | 1,395.00 | 2,511.00 |
| 10/08/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.30 | 1,270.00 | 381.00 |
| 10/08/2024 | JPK1 | Review ▮ revised privilege log (.2); review correspondence from N. Bassett and J. Moriarty regarding the same (.2); correspond with N. Bassett regarding the same (.1) | 0.50 | 1,185.00 | 592.50 |
| 10/08/2024 | LAD4 | T/c P. Linsey re: G Club discovery | 0.30 | 1,975.00 | 592.50 |
| 10/08/2024 | LS26 | Call with informant and D. Barron regarding case evidence (0.4); review bank Rule 2004 production (0.3) | 0.70 | 985.00 | 689.50 |
| 10/09/2024 | DEB4 | Correspond with N. Bassett regarding ▮ | 0.10 | 1,395.00 | 139.50 |
| 10/09/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.50 | 1,270.00 | 635.00 |
| 10/09/2024 | ECS1 | Correspond with D. Barron and N. Bassett regarding ▮ and his information | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429433

Page 9

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/09/2024 | LS26 | Correspond with N. Bassett, D. Barron and P. Linsey (NPM) regarding ▮▮▮ (0.1); correspond with N. Bassett re document request to DOJ (0.1) | 0.20 | 985.00 | 197.00 |
| 10/09/2024 | NAB | Review ▮▮▮ and prepare notes for call in connection with the same (0.7); correspond with L. Song regarding discovery issues (0.2); review and revise G Club subpoena (0.2); correspond with P. Linsey (NPM) regarding the same (0.1); assess plan and next steps related to rule 2004 depositions and discovery (0.3) | 1.50 | 1,835.00 | 2,752.50 |
| 10/10/2024 | DEB4 | Participate in financial investigation update call with Kroll, L. Despins, N. Bassett and L. Song | 0.80 | 1,395.00 | 1,116.00 |
| 10/10/2024 | DEB4 | Conference with ▮▮▮ , N. Bassett, E. Sutton regarding ▮▮▮ (0.4); conference with L. Song regarding informant (0.2) | 0.60 | 1,395.00 | 837.00 |
| 10/10/2024 | DEB4 | Correspond with L. Song regarding ▮▮▮ (0.1); correspond with L. Song regarding Cirrus purchase (0.2) | 0.30 | 1,395.00 | 418.50 |
| 10/10/2024 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.40 | 1,270.00 | 508.00 |
| 10/10/2024 | ECS1 | Call with ▮▮▮ , N. Bassett and D. Barron regarding ▮▮▮ and potential resolution of claims (.4); analyze same (.2) | 0.60 | 1,270.00 | 762.00 |
| 10/10/2024 | LAD4 | Prepare issues list for Kroll call (.30); handle weekly Kroll call with N. Bassett, D. Barron & L. Song (.80) | 1.10 | 1,975.00 | 2,172.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                Page 10
50687-00002
Invoice No. 2429433

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/10/2024 | LS26 | Financial investigation update call with L. Despins, N. Bassett, D. Barron, P. Linsey (NPM) and Kroll (0.8); phone call with informant regarding case evidence (0.4); discussion with D. Barron regarding same (0.2); correspond with N. Bassett regarding document request to DOJ (0.1) | 1.50 | 985.00 | 1,477.50 |
| 10/10/2024 | LS26 | Correspond with Kroll regarding ▓▓▓ (0.1); review documents regarding same (0.2) | 0.30 | 985.00 | 295.50 |
| 10/10/2024 | NAB | Telephone conference with L. Despins, D. Barron, L. Song, P. Linsey (NPM) and Kroll regarding investigation updates and strategy (0.8); review documents and prepare notes for the same (0.2); review meeting notes and prepare topic outline for call with potential Rule 2004 deposition witness (0.8); telephone conference with P. Linsey (NPM) and potential witness regarding the same (0.3); follow-up telephone conference with P. Linsey regarding the same (0.1); correspond with L. Despins regarding the same (0.2); correspond with L. Song regarding document requests for ongoing investigation (0.3) | 2.70 | 1,835.00 | 4,954.50 |
| 10/11/2024 | DEB4 | Correspond with L. Song regarding informant issues | 0.30 | 1,395.00 | 418.50 |
| 10/11/2024 | DEB4 | Analyze documents related to potential alter ego targets (2.5); correspond with N. Bassett regarding same (0.8) | 3.30 | 1,395.00 | 4,603.50 |
| 10/11/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.40 | 1,270.00 | 508.00 |
| 10/11/2024 | ECS1 | Review new production and litigation documents | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429433

Page 11

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/11/2024 | NAB | Telephone conference with P. Linsey and J. Sklarz (G Club counsel) regarding rule 2004 subpoena and related issues (0.5); review correspondence with L. Despins regarding discovery issues (0.1) | 0.60 | 1,835.00 | 1,101.00 |
| 10/14/2024 | DEB4 | Correspond with E. Sutton regarding ▮ ▮ (0.2); analyze documents related to same (0.3) | 0.50 | 1,395.00 | 697.50 |
| 10/14/2024 | DEB4 | Analyze database documents regarding alter egos | 2.30 | 1,395.00 | 3,208.50 |
| 10/14/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.20 | 1,270.00 | 254.00 |
| 10/14/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee | 0.20 | 1,270.00 | 254.00 |
| 10/14/2024 | ECS1 | Prepare proposed outline of ▮ ▮ regarding Debtor's businesses, assets, and affiliates | 2.80 | 1,270.00 | 3,556.00 |
| 10/14/2024 | LS26 | Review Kroll email re ▮ ▮ (0.4); correspond with N. Bassett regarding same (0.1); analyze additional information about ▮ ▮ (0.7) | 1.20 | 985.00 | 1,182.00 |
| 10/14/2024 | NAB | Review Kroll investigation findings (0.3); correspond with L. Song and Kroll regarding the same (0.2); review rule 2004 documents and authority relating to the same (0.4); correspond with L. Despins and P. Linsey (NPM) regarding G Club Rule 2004 discovery issues (0.3) | 1.20 | 1,835.00 | 2,202.00 |
| 10/15/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,270.00 | 127.00 |
| 10/15/2024 | ECS1 | Continue drafting outline of ▮ ▮ in connection with Debtor's bankruptcy case and his knowledge of Debtor's assets and affiliates | 1.40 | 1,270.00 | 1,778.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429433

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/15/2024 | LS26 | Correspond with D. Barron regarding ▇ (0.4); review documents regarding same (0.2); correspond with N. Bassett, D. Barron and Kroll regarding same (0.2); review documents relating to Brentford property (0.2) | 1.00 | 985.00 | 985.00 |
| 10/15/2024 | LS26 | Review public information about ROLF/ROLS and G Fashion (0.3); correspond with L. Despins and N. Bassett regarding same (0.1) | 0.40 | 985.00 | 394.00 |
| 10/15/2024 | LS26 | Review public filings and information re: UK entities related to Debtor (0.3); correspond with D. Barron regarding same (0.1) | 0.40 | 985.00 | 394.00 |
| 10/15/2024 | NAB | Correspond with Kroll regarding investigation update and potential asset issues (0.3); analyze the same (0.2) | 0.50 | 1,835.00 | 917.50 |
| 10/16/2024 | DEB4 | Correspond with L. Song regarding investigation documents (0.2); analyze same (0.8); correspond with P. Linsey regarding reply in support of rule 2004 motion (0.1); conference with ▇ regarding ▇ (0.2) | 1.30 | 1,395.00 | 1,813.50 |
| 10/16/2024 | ECS1 | Outline affidavit of ▇ in connection with Debtor's bankruptcy case and knowledge of Debtor's assets and affiliates | 1.90 | 1,270.00 | 2,413.00 |
| 10/16/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.40 | 1,270.00 | 508.00 |
| 10/16/2024 | LS26 | Review documents relating to ▇ (1.0); draft email to D. Barron regarding same (0.2); correspond with D. Barron regarding same (0.3) | 1.50 | 985.00 | 1,477.50 |
| 10/17/2024 | DEB4 | Participate in financial investigation update call with Kroll, L. Despins, N. Bassett and L. Song | 0.80 | 1,395.00 | 1,116.00 |
| 10/17/2024 | LAD4 | Handle weekly Kroll call with L. Song, N. Bassett, D. Barron | 0.80 | 1,975.00 | 1,580.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 13

50687-00002
Invoice No. 2429433

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/17/2024 | LS26 | Update call with Kroll, L. Despins, N. Bassett, D. Barron and P. Linsey (NPM) regarding financial analyses and investigation | 0.80 | 985.00 | 788.00 |
| 10/17/2024 | LS26 | Review ███████ of ROLF and ROLS (1.5); prepare comments and draft email regarding same (0.6); draft email to P. Linsey regarding confidentiality designation of documents relating to █████ investment (0.4) | 2.50 | 985.00 | 2,462.50 |
| 10/17/2024 | NAB | Call with L. Despins, D. Barron, L. Song, P. Linsey (NPM) and Kroll regarding investigation updates and strategy (.8); correspond with L. Song regarding investigation findings and strategy (.4) | 1.20 | 1,835.00 | 2,202.00 |
| 10/18/2024 | LS26 | Review documents relating to William Je (0.7); draft email to D. Barron re same (0.3) | 1.00 | 985.00 | 985.00 |
| 10/18/2024 | LS26 | Call with P. Linsey (NPM) and R. Flynn (NPM) about response to Bofang motion to quash (0.3); analyze documents and draft email relating to same (2.2) | 2.50 | 985.00 | 2,462.50 |
| 10/18/2024 | LS26 | Review public information about Debtor (0.7); draft email to L. Despins and D. Barron regarding same (0.3) | 1.00 | 985.00 | 985.00 |
| 10/18/2024 | NAB | Analyze new investigation findings and next steps in Rule 2004 discovery (.7); call with P. Linsey (NPM) regarding same (.3); correspond with L. Despins regarding same (.2); correspond with Kroll regarding UAE investigation issues (.1) | 1.30 | 1,835.00 | 2,385.50 |
| 10/20/2024 | DEB4 | Correspond with L. Song regarding BVI entities | 0.40 | 1,395.00 | 558.00 |
| 10/20/2024 | LS26 | Review public information about Debtor (0.5); draft summary of same for L. Despins, N. Bassett and D. Barron (0.1) | 0.60 | 985.00 | 591.00 |
| 10/20/2024 | NAB | Review email from L. Song regarding investigation findings and potential use of same | 0.20 | 1,835.00 | 367.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429433

Page 14

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/21/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.20 | 1,270.00 | 254.00 |
| 10/21/2024 | NAB | Call with P. Linsey (NPM) and J. Sklarz (G Club counsel) regarding Rule 2004 motion (.4); further call with P. Linsey regarding same (.2); correspond with L. Despins regarding same (.2) | 0.80 | 1,835.00 | 1,468.00 |
| 10/22/2024 | DEB4 | Analyze government exhibits from DOJ | 1.00 | 1,395.00 | 1,395.00 |
| 10/22/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,270.00 | 127.00 |
| 10/22/2024 | ECS1 | Review and follow up correspondence with ███████████ regarding turnover of ████████████ documents to the Trustee | 0.10 | 1,270.00 | 127.00 |
| 10/22/2024 | LS26 | Review documents from DOJ | 0.20 | 985.00 | 197.00 |
| 10/22/2024 | LS26 | Review objection to Golden Eagle's and River Valley's motion to quash (0.6); correspond with P. Linsey regarding same (0.2) | 0.80 | 985.00 | 788.00 |
| 10/22/2024 | LS26 | Correspond with E. Sutton regarding Lexus vehicle license plate number | 0.10 | 985.00 | 98.50 |
| 10/22/2024 | NAB | Correspond with J. Sklarz regarding Rule 2004 deposition issues (.1); correspond with L. Despins regarding same (.1) | 0.20 | 1,835.00 | 367.00 |
| 10/22/2024 | WCF | Review recent rule 2004 motions for law firm parties and non-omnibus rule 2004 request (.4); correspond with P. Linsey and E. Sutton regarding same (.2) | 0.60 | 1,390.00 | 834.00 |
| 10/23/2024 | ECS1 | Correspond with W. Farmer re background of Schulman Bhattacharya in connection with Rule 2004 motion | 0.40 | 1,270.00 | 508.00 |
| 10/23/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 15

50687-00002

Invoice No. 2429433

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/23/2024 | LS26 | Review and comment on vehicle title documents | 0.20 | 985.00 | 197.00 |
| 10/23/2024 | NAB | Correspond with J. Sklarz (G Club counsel) regarding rule 2004 deposition (.2); correspond with L. Despins regarding same (.1); review and revise draft response to motion to quash Rule 2004 subpoena (.4); review motion and related documents in connection with same (.1); correspond with P. Linsey (NPM) regarding same (.1) | 0.90 | 1,835.00 | 1,651.50 |
| 10/24/2024 | DEB4 | Conferences with L. Despins, N. Bassett, and L. Song regarding ████████ (0.5); correspond with L. Despins regarding Fiesta documents (0.1); conference with L. Song on Fiesta issues (0.3) | 0.90 | 1,395.00 | 1,255.50 |
| 10/24/2024 | DEB4 | Participate in financial investigation update call with Kroll, L. Despins, N. Bassett and L. Song (0.3); follow up review of certain investigation issues (0.3) | 0.60 | 1,395.00 | 837.00 |
| 10/24/2024 | JPK1 | Review and revise Rule 2004 motion for S. Bhattacharya (.6); correspond with W. Farmer regarding the same (.1) | 0.70 | 1,185.00 | 829.50 |
| 10/24/2024 | LAD4 | Handle Kroll update call with N. Bassett, D. Barron, L. Song | 0.30 | 1,975.00 | 592.50 |
| 10/24/2024 | LAD4 | Calls ████████, T. Keya and N. Bassett (portion) re: assets abroad and review issues re: same (1.9); t/c (2x) N. Bassett, D. Barron, L. Song re: same (.50) | 2.40 | 1,975.00 | 4,740.00 |
| 10/24/2024 | LS26 | Email W. Farmer regarding Schulman rule 2004 motion (0.3); review and revise Schulman rule 2004 motion (0.3) | 0.60 | 985.00 | 591.00 |
| 10/24/2024 | LS26 | Financial investigation update call with L. Despins, N. Bassett, D. Barron, P. Linsey (NPM), and Kroll | 0.30 | 985.00 | 295.50 |
| 10/24/2024 | LS26 | Analyze documents relating to asset in foreign jurisdiction (0.8); call with L. Despins, N. Bassett and D. Barron about investigation update (0.3) | 1.10 | 985.00 | 1,083.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429433

Page 16

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/24/2024 | LS26 | Review documents from DOJ (0.5); correspond with N. Bassett regarding same (0.1) | 0.60 | 985.00 | 591.00 |
| 10/24/2024 | LS26 | Follow up call with L. Despins, N. Bassett, and D. Barron regarding asset investigation (0.2); post-call follow up analysis of issues discussed (0.7); call with D. Barron on same (0.3) | 1.20 | 985.00 | 1,182.00 |
| 10/24/2024 | NAB | Correspond with L. Despins regarding investigation tip on foreign assets (.1); call with L. Despins, D. Barron, and L. Song regarding same (.3); call (portion) with L. Despins and informants regarding same (.3); follow-up call with L. Despins, D. Barron, and L. Song regarding same (.2); call with L. Despins, D. Barron, L. Song, P. Linsey (NPM) and Kroll regarding investigation updates and strategy (.3); correspond with P. Linsey (NPM) and J. Sklarz regarding proposed Rule 2004 deposition (.4); review and revise draft motion for Rule 2004 discovery from law firm (.9); correspond with W. Farmer regarding same (.3); review documents provided in discovery and correspond with L. Song in connection with same (.3) | 3.10 | 1,835.00 | 5,688.50 |
| 10/24/2024 | WCF | Analyze investigation documents regarding ▮▮▮▮ and role in Debtor's financial affairs (.6); draft Rule 2004 motion and proposed order regarding ▮▮▮▮ (3.3); correspond with N. Bassett, J. Kosciewicz, L. Song regarding same (.1); revise Schulman Rule 2004 motion (.9) | 4.90 | 1,390.00 | 6,811.00 |
| 10/25/2024 | LS26 | Correspond with W. Farmer re rule 2004 motion for Schulman law firm | 0.20 | 985.00 | 197.00 |
| 10/25/2024 | LS26 | Email N. Bassett and D. Barron regarding Himalaya International Financial Group | 0.20 | 985.00 | 197.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 17
50687-00002
Invoice No. 2429433

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/25/2024 | NAB | Review and revise draft Rule 2004 motion (1.0); call with W. Farmer regarding same (.2); correspond with J. Sklarz (opposing counsel) regarding Rule 2004 motion (.1) | 1.30 | 1,835.00 | 2,385.50 |
| 10/25/2024 | WCF | Draft requests for production and subpoena in connection with Schulman Rule 2004 motion (.8); revise Schulman Rule 2004 motion (.7); call with N. Bassett regarding same (.2) | 1.70 | 1,390.00 | 2,363.00 |
| 10/26/2024 | DEB4 | Conferences with L. Song, N. Bassett, and L. Despins regarding informant issues (0.9); analyze documents regarding same (0.3) | 1.20 | 1,395.00 | 1,674.00 |
| 10/26/2024 | LAD4 | Calls B. Wu and T. Keya re: assets abroad (2.10); telephone conference (2x) with N. Bassett, D. Barron, L. Song re: same (.90) | 3.00 | 1,975.00 | 5,925.00 |
| 10/26/2024 | LS26 | Review corporate documents of certain ▮▮▮▮▮▮ (0.7); correspond with L. Despins, N. Bassett and D. Barron regarding same (0.2) | 0.90 | 985.00 | 886.50 |
| 10/26/2024 | LS26 | Calls with L. Despins, N. Bassett, and D. Barron regarding ▮▮▮▮▮▮ | 0.90 | 985.00 | 886.50 |
| 10/26/2024 | LS26 | Review and revise Rule 2004 motion to Schulman law firm | 0.90 | 985.00 | 886.50 |
| 10/26/2024 | NAB | Further review and revise draft Rule 2004 motion (.4); review documents related to same (.2); calls with L. Despins, D. Barron, and L. Song regarding informant conversation (.9) | 1.50 | 1,835.00 | 2,752.50 |
| 10/27/2024 | DEB4 | Correspond with L. Despins regarding ▮▮▮▮▮▮ issues | 0.20 | 1,395.00 | 279.00 |
| 10/27/2024 | LAD4 | Calls T. Keya re: assets abroad (1.10); email to P. Wright re: same (.30); review draft rule 2004 of Shulman (.30) | 1.70 | 1,975.00 | 3,357.50 |
| 10/27/2024 | LS26 | Review and revise Schulman rule 2004 motion and requests for document production | 0.90 | 985.00 | 886.50 |
| 10/27/2024 | NAB | Revise draft Rule 2004 motion (.3); review draft subpoena regarding same (.2) | 0.50 | 1,835.00 | 917.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429433

Page 18

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/28/2024 | DEB4 | Correspond with ███████████ regarding █████████ | 0.30 | 1,395.00 | 418.50 |
| 10/28/2024 | ECS1 | Review new production documents from ███████ | 0.30 | 1,270.00 | 381.00 |
| 10/28/2024 | ECS1 | Correspond with ████████ regarding turnover of firm documents to the Trustee | 0.20 | 1,270.00 | 254.00 |
| 10/28/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,270.00 | 127.00 |
| 10/28/2024 | LAD4 | Telephone conference with P. Parizek (Kroll) regarding surveillance | 0.30 | 1,975.00 | 592.50 |
| 10/28/2024 | LS26 | Revise Schulman Rule 2004 motion and prepare for filing | 1.10 | 985.00 | 1,083.50 |
| 10/29/2024 | AB21 | Correspond with L. Despins regarding ████████ tolling stipulation (0.1); correspond with C. Abrehart regarding same (0.2) | 0.30 | 1,850.00 | 555.00 |
| 10/29/2024 | AB21 | Correspond with D. Barron regarding next steps for Cayman Island investigation | 0.10 | 1,850.00 | 185.00 |
| 10/29/2024 | DEB4 | Correspond with A. Lomas regarding Hamilton entities (0.1); correspond with L. Despins regarding ██████ (0.1); conference with L. Despins and ██████ ) regarding same (0.3) | 0.50 | 1,395.00 | 697.50 |
| 10/29/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee | 0.10 | 1,270.00 | 127.00 |
| 10/29/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,270.00 | 127.00 |
| 10/29/2024 | ECS1 | Review and comment on new production documents from ██████ | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429433

Page 19

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/29/2024 | LAD4 | T/c ▮▮▮▮▮ & D. Barron re: ▮▮▮▮▮ | 0.30 | 1,975.00 | 592.50 |
| 10/29/2024 | LS26 | Correspond with A. Lomas (Kroll) regarding Hamilton and Himalaya entities | 0.20 | 985.00 | 197.00 |
| 10/29/2024 | LS26 | Call and correspond with P. Linsey regarding Schulman rule 2004 motion | 0.20 | 985.00 | 197.00 |
| 10/29/2024 | NAB | Correspond with J. Sklarz (opposing counsel) regarding motion to quash and hearing on same | 0.30 | 1,835.00 | 550.50 |
| 10/30/2024 | AB21 | Revise stipulation extending tolling as to claims against ▮▮▮▮ (0.2); correspond with ▮▮▮▮ regarding same (0.1); correspond with E. Sutton regarding same (0.1) | 0.40 | 1,850.00 | 740.00 |
| 10/30/2024 | DEB4 | Correspond with L. Song regarding Hamilton entities | 0.40 | 1,395.00 | 558.00 |
| 10/30/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.20 | 1,270.00 | 254.00 |
| 10/30/2024 | LAD4 | Telephone conference with T. Keya regarding update | 0.30 | 1,975.00 | 592.50 |
| 10/30/2024 | LS26 | Review public information regarding Debtor and his assets (0.9); correspond with D. Barron regarding same (0.1) | 1.00 | 985.00 | 985.00 |
| 10/30/2024 | LS26 | Analyze documents relating to compensation disclosures | 1.20 | 985.00 | 1,182.00 |
| 10/30/2024 | LS26 | Review and revise response to Bofang motion to quash rule 2004 motion (0.9); call with P. Linsey regarding same (0.3) | 1.20 | 985.00 | 1,182.00 |
| 10/30/2024 | LS26 | Review informant correspondence regarding Debtor and his assets | 0.20 | 985.00 | 197.00 |
| 10/31/2024 | AB21 | Correspond with P. Linsey (NPM) regarding filing of ▮▮▮▮ tolling stipulation | 0.10 | 1,850.00 | 185.00 |
| 10/31/2024 | ECS1 | Review and comment on ▮▮▮▮ production documents | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 20
50687-00002
Invoice No. 2429433

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/31/2024 | ECS1 | Review and follow up correspondence with law firms connected to Debtor alter egos regarding turnover of firm documents to the Trustee | 0.10 | 1,270.00 | 127.00 |
| 10/31/2024 | LS26 | Review informant correspondence and public information relating to Debtor and his assets (0.4); correspond with L. Despins regarding same (0.2) | 0.60 | 985.00 | 591.00 |
| 10/31/2024 | LS26 | Draft email to A. Lomas (Kroll) and P. Linsey (NPM) regarding bank record analysis | 0.20 | 985.00 | 197.00 |
| | | **Subtotal: B261 Investigations** | **121.60** | | **166,429.50** |
| | | **Total** | **147.30** | | **194,566.75** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| LAD4 | Luc A. Despins | Partner | 11.80 | 1,975.00 | 23,305.00 |
| NAB | Nicholas A. Bassett | Partner | 20.40 | 1,835.00 | 37,434.00 |
| NAB | Nicholas A. Bassett | Partner | 4.50 | 917.50 | 4,128.75 |
| AB21 | Alex Bongartz | Of Counsel | 1.30 | 1,850.00 | 2,405.00 |
| DEB4 | Douglass E. Barron | Associate | 31.80 | 1,395.00 | 44,361.00 |
| WCF | Will C. Farmer | Associate | 7.20 | 1,390.00 | 10,008.00 |
| ECS1 | Ezra C. Sutton | Associate | 20.70 | 1,270.00 | 26,289.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 1.50 | 1,185.00 | 1,777.50 |
| LS26 | Luyi Song | Associate | 42.10 | 985.00 | 41,468.50 |
| MR22 | Mila Rubinfeld | Associate | 4.10 | 565.00 | 2,316.50 |
| DM26 | David Mohamed | Paralegal | 1.90 | 565.00 | 1,073.50 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 21
50687-00002
Invoice No. 2429433

| | | |
|---|---|---:|
| 10/01/2024 | Local - Taxi - Ezra Sutton; 09/18/2024; From/To: Office/Home; Service Type: Uber; Time: 21:12; Uber expense incurred while working late on client matters | 34.08 |
| 10/01/2024 | Westlaw | 287.17 |
| 10/01/2024 | Computer Search (Other) | 1.53 |
| 10/02/2024 | UnitedLex Invoices - Unitedlex Corp, Invoice# 104004582 Dated 10/02/24, UnitedLex – DSAI September 2024 Charges – Outside Professional Services | 29,136.23 |
| 10/02/2024 | Westlaw | 49.94 |
| 10/02/2024 | Computer Search (Other) | 1.08 |
| 10/03/2024 | Postage/Express Mail - Priority Mail; | 9.85 |
| 10/03/2024 | Computer Search (Other) | 2.97 |
| 10/05/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-104 dated 10/06/2024; Douglass Barron; Restaurant: Evergreen on 38; Number of People: 1; Dinner; Location: New York; Kwok; Order # 376527614127991 dated 10/05/2024 | 23.67 |
| 10/05/2024 | Local - Taxi - Ezra Sutton; 09/26/2024; From/To: office/meeting; Service Type: Uber; Time: 11:34; Uber for N. Bassett and E. Sutton to the office of ███████ | 20.14 |
| 10/06/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-104 dated 10/06/2024; Douglass Barron; Restaurant: Morning Star Cafe: Number of People: 1; Dinner; Location: New York; Kwok; Order # 542127624719948 dated 10/06/2024 | 27.55 |
| 10/06/2024 | Computer Search (Other) | 7.65 |
| 10/07/2024 | Computer Search (Other) | 3.78 |
| 10/08/2024 | Westlaw | 58.28 |
| 10/08/2024 | Computer Search (Other) | 44.91 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 22
50687-00002
Invoice No. 2429433

| | | |
|---|---|---:|
| 10/09/2024 | Local - Meals - Ezra Sutton; 09/26/2024; Restaurant: Uber Eats ; City: New York; Dinner; Number of people: 1; late night working meal | 34.58 |
| 10/09/2024 | Westlaw | 29.14 |
| 10/10/2024 | Postage/Express Mail - Priority Mail; | 10.45 |
| 10/10/2024 | Westlaw | 87.42 |
| 10/10/2024 | Computer Search (Other) | 7.20 |
| 10/11/2024 | Computer Search (Other) | 20.79 |
| 10/13/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-105 dated 10/20/2024; Douglass Barron; Number of People: 1: Dinner: Restaurant: Morning Star Cafe; Location: New York; Kwok; Order # 703427691936573 dated 10/13/2024 | 27.55 |
| 10/13/2024 | Computer Search (Other) | 2.16 |
| 10/14/2024 | Westlaw | 320.53 |
| 10/15/2024 | Computer Search (Other) | 4.41 |
| 10/16/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 866371592; 10/16/2024; Sharon Jones Santiago Rodrique; East West Bank; 135 N LOS ROBLES AVE; PASADENA, CA 91101 ; 280728761598 (MAN) | 20.22 |
| 10/16/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 866371592; 10/16/2024; ; Atko Bros Landscaping LLC; 21 SPEZZANO DR; RIVERSIDE, CT 06878 ; 280729060213 (MAN) | 23.11 |
| 10/16/2024 | Postage/Express Mail - Express Mail; | 96.00 |
| 10/16/2024 | Westlaw | 116.56 |
| 10/16/2024 | Westlaw | 58.28 |
| 10/16/2024 | Computer Search (Other) | 5.49 |
| 10/17/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 866371592; 10/17/2024; Charlene Sati; CSC; 19 W 44TH ST; NEW YORK, NY 10036 ; 280751065835 (MAN) | 91.85 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429433

Page 23

| | | |
|---|---|---|
| 10/17/2024 | Westlaw | 58.28 |
| 10/17/2024 | Computer Search (Other) | 10.26 |
| 10/18/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-105 dated 10/20/2024; Douglass Barron; Dinner; Number of People: 1; Restaurant: NY Grill and Deli; Location: New York; Kwok; Order # 927127751763194 dated 10/18/2024 | 35.84 |
| 10/18/2024 | Westlaw | 464.96 |
| 10/20/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-105 dated 10/20/2024; Douglass Barron; Number of People: 1; Dinner; Restaurant: Morning Star Cafe; Location: New York; Kwok; Order # 519527764853648 dated 10/20/2024 | 27.55 |
| 10/21/2024 | Westlaw | 149.81 |
| 10/21/2024 | Westlaw | 349.67 |
| 10/22/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-106 dated 11/03/2024; Douglass Barron; Number of People: 1; Dinner; Restaurant: Aki Chinese; Location: New York; Kwok; Order # 951427780547693 dated 10/22/2024 | 23.88 |
| 10/23/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-106 dated 11/03/2024; Douglass Barron; Number of People: 1; Dinner; Restaurant: NY Grill and Deli; Location: New York; Kwok; Order # 79827801691737 dated 10/23/2024 | 35.84 |
| 10/23/2024 | Westlaw | 74.75 |
| 10/23/2024 | Computer Search (Other) | 10.80 |
| 10/24/2024 | Local - Meals - Shlomo Maza; 10/08/2024; Restaurant: Soysauce Glatt Kosher Chinese; City: New York: Shlomo Maza; Dinner; Number of people: 1; working late dinner | 40.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429433

Page 24

| | | |
|---|---|---|
| 10/25/2024 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(US); Invoice # 81117214632 dated 2024-10-25; Luc A. Despins Document Retrieval - Additional Documents NY Disbursement/cost | 10.00 |
| 10/25/2024 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(US); Invoice # 81117214632 dated 2024-10-25; Luc A. Despins Document Retrieval - Additional Documents NY Service Fee - Authentication - County/local | 133.00 |
| 10/25/2024 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(US); Invoice # 81117214632 dated 2024-10-25; Luc A. Despins Document Retrieval - Additional Documents NY Messenger Service | 202.00 |
| 10/25/2024 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(US); Invoice # 81117214632 dated 2024-10-25; Luc A. Despins Document Retrieval - Additional Documents NY County Fee Disbursement | 3.00 |
| 10/25/2024 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(US); Invoice # 81117214632 dated 2024-10-25; Luc A. Despins Document Retrieval - Additional Documents NY Overnight Delivery | 37.00 |
| 10/25/2024 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(US); Invoice # 81117216718 dated 2024-10-25; Paulhastings Llc Document Retrieval - Additional Documents CT Overnight Delivery | 37.00 |
| 10/25/2024 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(US); Invoice # 81117216718 dated 2024-10-25; Paulhastings Llc Document Retrieval - Additional Documents CT Disbursement/cost | 90.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429433

Page 25

| Date | Description | Amount |
|---|---|---|
| 10/25/2024 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(US); Invoice # 81117214632 dated 2024-10-25; Luc A. Despins Document Retrieval - Additional Documents NY Service Fee - Apostille/authentication State | 98.00 |
| 10/25/2024 | CSC/LexisNexis Document Solutions - Requested by Terrence G. Boyle; Corporation Service Company (USD)(US); Invoice # 81117216718 dated 2024-10-25; Paulhastings Llc Document Retrieval - Additional Documents CT Service Fee - Apostille/authentication State | 98.00 |
| 10/25/2024 | Computer Search (Other) | 3.96 |
| 10/26/2024 | Computer Search (Other) | 1.17 |
| 10/27/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-106 dated 11/03/2024; Douglass Barron; Number of People: 1; Dinner; Restaurant: NY Grill and Deli; Location: New York; Kwok; Order # 220127849982914 dated 10/27/2024 | 35.84 |
| 10/27/2024 | Westlaw | 369.10 |
| 10/28/2024 | Westlaw | 29.14 |
| 10/28/2024 | Westlaw | 58.28 |
| 10/29/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 867076474; 10/29/2024; Montvale Moving Services; Montvale Moving Services LLC; 4 ROBIN HOOD CT; MONTVALE, NJ 07645 ; 281204914446 (MAN) | 32.26 |
| 10/29/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-106 dated 11/03/2024; Douglass Barron; Number of People: 1; Dinner; Restaurant: Aki Chinese; Location: New York; Kwok; Order # 386527852001830 dated 10/29/2024 | 23.88 |
| 10/29/2024 | Vendor Expense - Luyi Song; 10/29/2024; Obtain corporate documents from ███████████ ███████ ; Orig Curr: EUR, Rate: 1.08, Orig Amt: 27.00 | 29.21 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 26
Kwok
50687-00002
Invoice No. 2429433

| | | |
|---|---|---:|
| 10/29/2024 | Postage/Express Mail - Priority Mail; | 31.35 |
| 10/29/2024 | Westlaw | 29.14 |
| 10/29/2024 | Westlaw | 49.94 |
| 10/29/2024 | Westlaw | 87.42 |
| 10/30/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-106 dated 11/03/2024; Douglass Barron; Number of People: 1; Dinner; Restaurant: Mitchell Place Natural Food; Location: New York; Kwok; Order # 713227864226174 dated 10/30/2024 | 35.96 |
| 10/30/2024 | Westlaw | 116.56 |
| 10/30/2024 | Westlaw | 315.68 |
| 10/31/2024 | Lexis/On Line Search - Courtlink Use - Charges for October, 2024 | 10.83 |
| 10/31/2024 | Westlaw | 358.53 |
| **Total Costs incurred and advanced** | | **$34,272.46** |
| | **Current Fees and Costs** | **$228,839.21** |
| | **Total Balance Due - Due Upon Receipt** | **$228,839.21** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429434

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $689.50 |
| **Current Fees and Costs Due** | **$689.50** |
| **Total Balance Due - Due Upon Receipt** | **$689.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*__TO PROTECT AGAINST FRAUD__, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429434

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $689.50 |
| **Current Fees and Costs Due** | **$689.50** |
| **Total Balance Due - Due Upon Receipt** | **$689.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429434 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

**Other Litigation**                                                        **$689.50**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 10/07/2024 | LS26 | Review Wang sentencing memorandum | 0.40 | 985.00 | 394.00 |
| 10/10/2024 | LS26 | Review updates of criminal case docket | 0.10 | 985.00 | 98.50 |
| 10/16/2024 | LS26 | Review criminal case update and correspond with L. Despins, N. Bassett, S. Maza, and D. Barron re same | 0.20 | 985.00 | 197.00 |
| | | **Subtotal: B191 General Litigation** | **0.70** | | **689.50** |
| | **Total** | | **0.70** | | **689.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| LS26 | Luyi Song | Associate | 0.70 | 985.00 | 689.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$689.50** |
| **Total Balance Due - Due Upon Receipt** | **$689.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429435

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Sales Process**
PH LLP Client/Matter # 50687-00005
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $75,967.00 |
| **Current Fees and Costs Due** | **$75,967.00** |
| **Total Balance Due - Due Upon Receipt** | **$75,967.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429435

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Sales Process**
PH LLP Client/Matter # 50687-00005
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $75,967.00 |
| **Current Fees and Costs Due** | **$75,967.00** |
| **Total Balance Due - Due Upon Receipt** | **$75,967.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429435

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

**Sales Process**                                                  $75,967.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B130** | **Asset Disposition** | | | | |
| 10/28/2024 | ECS1 | Correspond with A. Raimo (NY Tag & Title) and L. Song regarding transfer of vehicle titles to the Trustee (.2); correspond with D. Skalka regarding same and retention of Hamilton in connection with sale of vehicles (.3); correspond with J. Barker (Kroll) regarding same vehicles (.2) | 0.70 | 1,270.00 | 889.00 |
| 10/29/2024 | DEB4 | Correspond with J. Barker (Kroll) regarding vehicles | 0.10 | 1,395.00 | 139.50 |
| 10/29/2024 | ECS1 | Correspond with J. Barker (Kroll) L. Song, and D. Skalka (NPM) regarding transfer of vehicle titles to the Trustee | 0.10 | 1,270.00 | 127.00 |
| 10/31/2024 | ECS1 | Correspond with D. Skalka regarding transfer of vehicle titles to the Trustee | 0.10 | 1,270.00 | 127.00 |
| | | **Subtotal: B130  Asset Disposition** | **1.00** | | **1,282.50** |

**B131    Sale of Real Estate**

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00005
Invoice No. 2429435

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/01/2024 | AB21 | Finalize motion to authorize trustee to sell Mahwah mansion and related motion expedite (0.7); calls with P. Linsey (NPM) regarding filing of same (0.3); correspond with L. Despins and P. Linsey regarding same (0.2) | 1.20 | 1,850.00 | 2,220.00 |
| 10/01/2024 | LAD4 | Review/edit all day motion to sell Mahwah and related matters | 3.10 | 1,975.00 | 6,122.50 |
| 10/02/2024 | LAD4 | T/c broker for bidder #2 (.40); analyze sale strategy re: same (1.30) | 1.70 | 1,975.00 | 3,357.50 |
| 10/03/2024 | AB21 | Correspond with L. Despins regarding scheduling order on motion to authorize trustee to sell Mahwah mansion | 0.10 | 1,850.00 | 185.00 |
| 10/09/2024 | AB21 | Correspond with L. Despins regarding comments from U.S. Trustee regarding motion to authorize trustee to sell Mahwah mansion | 0.30 | 1,850.00 | 555.00 |
| 10/17/2024 | LAD4 | T/c M. Conway (Taurus counsel) re: escrow agreement issues | 0.20 | 1,975.00 | 395.00 |
| 10/18/2024 | AB21 | Correspond with N. Bassett regarding proposed Mahwah order regarding sale authorization | 0.10 | 1,850.00 | 185.00 |
| 10/18/2024 | LAD4 | Review/comment on stipulation re: sale with M. Conway, N. Bassett | 1.90 | 1,975.00 | 3,752.50 |
| 10/19/2024 | AB21 | Revise proposed order regarding sale authorization (0.2); correspond with L. Despins and N. Bassett regarding same (0.1) | 0.30 | 1,850.00 | 555.00 |
| 10/19/2024 | NAB | Revise proposed sale order (.3); correspond with L. Despins, A. Bongartz and opposing counsel regarding same (.3) | 0.60 | 1,835.00 | 1,101.00 |
| 10/20/2024 | AB21 | Revise proposed order regarding Mahwah sale motion (0.2); correspond with L. Despins and N. Bassett regarding same (0.2) | 0.40 | 1,850.00 | 740.00 |
| 10/20/2024 | NAB | Review revisions to proposed sale order and correspond with L. Despins regarding same | 0.30 | 1,835.00 | 550.50 |
| 10/21/2024 | DEB4 | Correspond with N. Bassett regarding Taurus sale objection | 0.30 | 1,395.00 | 418.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok      Page 3
50687-00005
Invoice No. 2429435

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/22/2024 | AB21 | Correspond with L. Despins and N. Bassett regarding Mahwah sale order (0.3); revise same (0.2); calls with L. Despins regarding same (0.2); correspond with M. Conway (Taurus counsel) regarding same (0.1) | 0.80 | 1,850.00 | 1,480.00 |
| 10/22/2024 | LAD4 | T/c A. Bongartz re: sale order | 0.20 | 1,975.00 | 395.00 |
| 10/22/2024 | LS26 | Correspond with L. Despins about real estate agents for Mahwah mansion | 0.30 | 985.00 | 295.50 |
| 10/22/2024 | NAB | Conferences with M. Conway regarding proposed sale order (.4); revise draft sale order (.4) | 0.80 | 1,835.00 | 1,468.00 |
| 10/23/2024 | LAD4 | Review and handle sale process and identify and begin interviewing brokers | 2.60 | 1,975.00 | 5,135.00 |
| 10/23/2024 | LAD4 | T/c N. Bassett re: sale order | 0.10 | 1,975.00 | 197.50 |
| 10/23/2024 | NAB | Correspond with M. Conway (defendants' counsel) regarding proposed order on motion to sell property (.2); call with L. Despins regarding same (.1); draft submission to Court regarding same (.4) | 0.70 | 1,835.00 | 1,284.50 |
| 10/25/2024 | LAD4 | Telephone conference with W. Sherman regarding broker selection (.30); review & handle same (.90) | 1.20 | 1,975.00 | 2,370.00 |
| 10/28/2024 | LAD4 | Telephone conference with P Linsey, W. Sherman regarding report on broker visits and sale open issues | 0.40 | 1,975.00 | 790.00 |
| 10/30/2024 | LAD4 | Conduct interviews of potential brokers and review their submitted materials (3.90); telephone conference with W. Sherman regarding roof repair issue (.30) | 4.20 | 1,975.00 | 8,295.00 |
| 10/31/2024 | LAD4 | Continue interviewing brokers and calls w/ same re: marketing plan (2.80); draft long email to Conway regarding same (.70) | 3.50 | 1,975.00 | 6,912.50 |
| | | **Subtotal: B131  Sale of Real Estate** | **25.30** | | **48,760.50** |

**B155    Court Hearings**

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00005
Invoice No. 2429435

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/17/2024 | LAD4 | T/c N. Bassett re: sale hearing prep | 0.30 | 1,975.00 | 592.50 |
| 10/17/2024 | NAB | Call with L. Despins regarding sale hearing and preparations for same | 0.30 | 1,835.00 | 550.50 |
| 10/18/2024 | NAB | Review sale motion submissions in prep for sale hearing | 0.80 | 1,835.00 | 1,468.00 |
| 10/20/2024 | NAB | Prepare outline for sale motion hearing | 0.70 | 1,835.00 | 1,284.50 |
| 10/21/2024 | NAB | Review authority regarding sale of Mahwah mansion in prep for sale hearing (.9); correspond with L. Despins regarding same (.4) | 1.30 | 1,835.00 | 2,385.50 |
| 10/22/2024 | LAD4 | Review submissions and prepare outline for court hearing (.60); pre-hearing meeting with M. Conway and N. Bassett (.60); handle hearing (1.50) | 2.70 | 1,975.00 | 5,332.50 |
| 10/22/2024 | NAB | Further review submissions and supplement outline for hearing on motion to begin sale process for Mahwah mansion (2.2); conference with L. Despins and M. Conway (opposing counsel) regarding same (.6); participate in part of sale hearing (.5) | 3.30 | 1,835.00 | 6,055.50 |
| 10/29/2024 | LAD4 | Outline open issues re: sale process in prep for status conference (.40); handle court status conference regarding Mahwah sale process (.40) | 0.80 | 1,975.00 | 1,580.00 |
| 10/29/2024 | NAB | Review issues and outline in preparation for continued hearing/status conference on motion to sell Mahwah mansion (.4); participate in status conference (.4) | 0.80 | 1,835.00 | 1,468.00 |
| | | **Subtotal: B155  Court Hearings** | **11.00** | | **20,717.00** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/21/2024 | ECS1 | Analyze issues regarding transfer of vehicle title to the Trustee (.2); review and prepare documents in connection with same (.3) | 0.50 | 1,270.00 | 635.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 5
Kwok
50687-00005
Invoice No. 2429435

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/21/2024 | ECS1 | Correspond with D. Skalka regarding application to retain Hamilton as auctioneer for estate vehicles | 0.30 | 1,270.00 | 381.00 |
| 10/22/2024 | ECS1 | Review issues relating to transfer of vehicle title to the Trustee (.3); prepare documents for the transfer of vehicle title to the Trustee (2.2); correspond with L. Despins, L. Song, and D. Skalka regarding same (.3); correspond with A. Raimo (NY Tag & Title) regarding same (.3) | 3.10 | 1,270.00 | 3,937.00 |
| 10/23/2024 | ECS1 | Prepare documents for the transfer of vehicle title to the Trustee (.1); correspond with L. Song regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| | | **Subtotal: B191  General Litigation** | **4.10** | | **5,207.00** |
| | **Total** | | **41.40** | | **75,967.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 22.90 | 1,975.00 | 45,227.50 |
| NAB | Nicholas A. Bassett | Partner | 9.60 | 1,835.00 | 17,616.00 |
| AB21 | Alex Bongartz | Of Counsel | 3.20 | 1,850.00 | 5,920.00 |
| DEB4 | Douglass E. Barron | Associate | 0.40 | 1,395.00 | 558.00 |
| ECS1 | Ezra C. Sutton | Associate | 5.00 | 1,270.00 | 6,350.00 |
| LS26 | Luyi Song | Associate | 0.30 | 985.00 | 295.50 |

| | | | |
|---|---|---|---|
| **Current Fees and Costs** | | | **$75,967.00** |
| **Total Balance Due - Due Upon Receipt** | | | **$75,967.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429436

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Tax Issues**
PH LLP Client/Matter # 50687-00006
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $9,435.00 |
| **Current Fees and Costs Due** | **$9,435.00** |
| **Total Balance Due - Due Upon Receipt** | **$9,435.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429436

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Tax Issues**
PH LLP Client/Matter # 50687-00006
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $9,435.00 |
| **Current Fees and Costs Due** | **$9,435.00** |
| **Total Balance Due - Due Upon Receipt** | **$9,435.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429436

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

**Tax Issues**                                                                                           **$9,435.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B240** | **Tax Issues** | | | | |
| 10/01/2024 | AB21 | Review and comment on tax issues, forms, and disclosures related to Genever US (1.6); correspond with L. Despins regarding same (0.1); correspond with J. Lindenberg (EA Group) regarding next steps (0.1) | 1.80 | 1,850.00 | 3,330.00 |
| 10/02/2024 | AB21 | Call with A. Calascibetta (EA Group) and J. Lindenberg (EA Group) regarding update on tax return prep (0.5); correspond with A. Calascibetta and J. Lindenberg regarding same (0.2) | 0.70 | 1,850.00 | 1,295.00 |
| 10/06/2024 | AB21 | Correspond with J. Lindenberg (EA Group) regarding update on Genever tax return (0.1); correspond with L. Despins regarding same (0.3) | 0.40 | 1,850.00 | 740.00 |
| 10/10/2024 | AB21 | Review draft Genever 2023 tax return (0.5); call with J. Lindenberg regarding same (0.5) | 1.00 | 1,850.00 | 1,850.00 |
| 10/13/2024 | AB21 | Review Genever tax returns | 0.40 | 1,850.00 | 740.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00006

Invoice No. 2429436

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/14/2024 | AB21 | Call with J. Lindenberg (EA Group) regarding Genever tax returns (0.1); review same (0.3); correspond with L. Despins regarding same (0.1) | 0.50 | 1,850.00 | 925.00 |
| 10/15/2024 | AB21 | Finalize Genever tax returns for mailing to tax authorities | 0.30 | 1,850.00 | 555.00 |
| | **Subtotal: B240 Tax Issues** | | **5.10** | | **9,435.00** |
| | **Total** | | **5.10** | | **9,435.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 5.10 | 1,850.00 | 9,435.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$9,435.00** |
| **Total Balance Due – Due Upon Receipt** | | **$9,435.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429437

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $12,841.00 |
| **Current Fees and Costs Due** | **$12,841.00** |
| **Total Balance Due - Due Upon Receipt** | **$12,841.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429437

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $12,841.00 |
| **Current Fees and Costs Due** | **$12,841.00** |
| **Total Balance Due - Due Upon Receipt** | **$12,841.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD****, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429437

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

**Genever US**                                                                                   $12,841.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B131** | **Sale of Real Estate** | | | | |
| 10/24/2024 | AB21 | Call with L. Despins and S. Millman (Hogan Lovells) regarding update on sale process (0.5); correspond with L. Despins regarding same (0.2); correspond with K. Schmidt (Sotheby's) regarding same (0.1); review sale process settlement (0.4); calls with L. Despins regarding same (0.1); analyze issues regarding SN security deposit (0.3); correspond with L. Despins regarding same (0.1); correspond with M. Cyganowski (sale officer) and S. Sarnoff (OMM) regarding sale extension (0.1) | 1.80 | 1,850.00 | 3,330.00 |
| 10/24/2024 | LAD4 | T/c S. Millman (counsel to SN) and A. Bongartz re: update on sale process (.50); emails to/from A. Bongartz re: same (.10); t/c A. Bongartz re: same (.10) | 0.70 | 1,975.00 | 1,382.50 |
| 10/25/2024 | AB21 | Call with L. Despins and S. Boardman (Sotheby's) regarding marketing of SN apartment (0.3); correspond with M. Cyganowski (sales officer) regarding same (0.1) | 0.40 | 1,850.00 | 740.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                   Page 2
50687-00010
Invoice No. 2429437

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/25/2024 | LAD4 | Telephone conference with A. Bongartz & S. Boardman (Sotheby's) regarding marketing plan for #1801 (.30); telephone conference with S. Millman (SN counsel) regarding update on AIG (.40); telephone conference with S. Sarnoff regarding new listing price (.30) | 1.00 | 1,975.00 | 1,975.00 |
| | | **Subtotal: B131  Sale of Real Estate** | **3.90** | | **7,427.50** |

**B165     Fee/Employment Applications for Other Professionals**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/14/2024 | AB21 | Prepare notice of Acheson Doyle invoices (September 2024) (0.2); correspond with D. Mohamed regarding filing and service of same (0.1) | 0.30 | 1,850.00 | 555.00 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **0.30** | | **555.00** |

**B210     Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/03/2024 | DEB4 | Correspond with T. Sadler regarding insurance | 0.10 | 1,395.00 | 139.50 |
| 10/08/2024 | AB21 | Correspond with L. Despins regarding finalizing remediation project (0.2); correspond with S. Millman regarding same (0.1) | 0.30 | 1,850.00 | 555.00 |
| 10/09/2024 | AB21 | Call with S. Millman (Hogan Lovells) regarding update on remediation (0.3); call with D. Acheson (architect) regarding same (0.2); correspond with S. Millman regarding same (0.1); correspond with L. Despins regarding same (0.1) | 0.70 | 1,850.00 | 1,295.00 |
| 10/16/2024 | AB21 | Correspond with D. Acheson (architect) regarding remaining items related to remediation project (0.1); call with D. Acheson regarding same (0.2) | 0.30 | 1,850.00 | 555.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00010
Invoice No. 2429437

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/18/2024 | AB21 | Analyze remediation invoices and related proposals (0.8); correspond with D. Acheson (architect) regarding same (0.3) | 1.10 | 1,850.00 | 2,035.00 |
| | | **Subtotal: B210  Business Operations** | **2.50** | | **4,579.50** |

**B211    Financial Reports (Monthly Operating Reports)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/10/2024 | DEB4 | Correspond with D. Skalka regarding MORs (0.1); conference with P. Linsey regarding same (0.1) | 0.20 | 1,395.00 | 279.00 |
| | | **Subtotal: B211  Financial Reports (Monthly Operating Reports)** | **0.20** | | **279.00** |

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Total** | | | **6.90** | | **12,841.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 1.70 | 1,975.00 | 3,357.50 |
| AB21 | Alex Bongartz | Of Counsel | 4.90 | 1,850.00 | 9,065.00 |
| DEB4 | Douglass E. Barron | Associate | 0.30 | 1,395.00 | 418.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$12,841.00** |
| **Total Balance Due - Due Upon Receipt** | **$12,841.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429438

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Genever BVI**
PH LLP Client/Matter # 50687-00011
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $1,504.00 |
| **Current Fees and Costs Due** | **$1,504.00** |
| **Total Balance Due - Due Upon Receipt** | **$1,504.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429438

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Genever BVI**
PH LLP Client/Matter # 50687-00011
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $1,504.00 |
| **Current Fees and Costs Due** | **$1,504.00** |
| **Total Balance Due - Due Upon Receipt** | **$1,504.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429438

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

## Genever BVI                                                                $1,504.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B231** | **Security Document Analysis** | | | | |
| 10/03/2024 | AB21 | Correspond with R. Brown (Harneys Legal) regarding update on lien release | 0.20 | 1,850.00 | 370.00 |
| 10/07/2024 | AB21 | Correspond with R. Brown (Harneys Legal) regarding lien release | 0.10 | 1,850.00 | 185.00 |
| | | **Subtotal: B231 Security Document Analysis** | **0.30** | | **555.00** |
| **B261** | **Investigations** | | | | |
| 10/06/2024 | AB21 | Correspond with N. Bassett and L. Song regarding Genever BVI transfers | 0.20 | 1,850.00 | 370.00 |
| 10/06/2024 | LS26 | Correspond with A. Lomas (Kroll) and D. Barron regarding Genever BVI bank accounts and transfers | 0.20 | 985.00 | 197.00 |
| 10/08/2024 | AB21 | Correspond with L. Song regarding avoidance action analysis | 0.10 | 1,850.00 | 185.00 |
| 10/08/2024 | LS26 | Correspond with A. Bongartz regarding transfers to/from Genever BVI | 0.20 | 985.00 | 197.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                      Page 2
50687-00011
Invoice No. 2429438

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Subtotal: B261 Investigations | 0.70 | | 949.00 |
| | | **Total** | **1.00** | | **1,504.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 0.60 | 1,850.00 | 1,110.00 |
| LS26 | Luyi Song | Associate | 0.40 | 985.00 | 394.00 |

| | | | |
|---|---|---|---|
| **Current Fees and Costs** | | | **$1,504.00** |
| **Total Balance Due - Due Upon Receipt** | | | **$1,504.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429439

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Mahwah Adversary Proceeding
PH LLP Client/Matter # 50687-00012
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $85,709.50 |
| Costs incurred and advanced | 1,291.88 |
| **Current Fees and Costs Due** | **$87,001.38** |
| **Total Balance Due - Due Upon Receipt** | **$87,001.38** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*


**PAUL HASTINGS**

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429439

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Mahwah Adversary Proceeding
PH LLP Client/Matter # 50687-00012
Luc A. Despins

Legal fees for professional services
for the period ending October 31, 2024                    $85,709.50

Costs incurred and advanced                                   1,291.88

**Current Fees and Costs Due**                          **$87,001.38**

**Total Balance Due – Due Upon Receipt**               **$87,001.38**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429439

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

## Mahwah Adversary Proceeding

$85,709.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 10/07/2024 | NAB | Review motion to increase expense cap | 0.20 | 1,835.00 | 367.00 |
| 10/15/2024 | DM26 | Review certain exhibits to complaint in Mahwah case no. 23-5017 for E. Sutton | 0.40 | 565.00 | 226.00 |
| 10/17/2024 | DEB4 | Correspond with N. Bassett and W. Farmer regarding motion for summary judgment objection evidentiary issues (0.3); correspond with L. Song regarding Barnett testimony (0.1); conference with L. Song regarding Conway filings (0.4); analyze same (0.3); correspond with N. Bassett and P. Linsey regarding same (0.1) | 1.20 | 1,395.00 | 1,674.00 |
| 10/17/2024 | JPK1 | Review correspondence related to response to opposing counsel's requests for admission (.1); correspond with D. Barron regarding the same (.1); correspond with L. Song regarding the same (.1) | 0.30 | 1,185.00 | 355.50 |
| 10/17/2024 | LS26 | Correspond with N. Bassett and D. Barron regarding Barnett testimony (0.2); review issue related to defendants' request for admission (0.2) | 0.40 | 985.00 | 394.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2
50687-00012
Invoice No. 2429439

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/17/2024 | LS26 | Review defendants response to summary judgment (1.0); call and correspond with P. Linsey regarding same (0.2); call with D. Barron regarding same (0.4); draft email to N. Bassett, D. Barron and P. Linsey regarding same (0.4) | 2.00 | 985.00 | 1,970.00 |
| 10/17/2024 | NAB | Analyze summary judgment response papers (1.5); correspond with D. Barron regarding same (.3); review discovery documents and correspondence in connection with same (.6); prepare portion of reply argument (.9); correspond with L. Despins, D. Barron regarding same (.3) | 3.60 | 1,835.00 | 6,606.00 |
| 10/18/2024 | DEB4 | Conference with N. Bassett, L. Song, W. Farmer, and J. Kosciewicz regarding objection to summary judgment motion (1.3); analyze documents related to same (1.3) | 2.60 | 1,395.00 | 3,627.00 |
| 10/18/2024 | DEB4 | Conference with L. Song regarding objection to summary judgment motion | 0.20 | 1,395.00 | 279.00 |
| 10/18/2024 | JPK1 | Attend teleconference with N. Bassett, D. Barron, W. Farmer, and L. Song regarding reply in support of motion for summary judgment (1.3); correspond with W. Farmer regarding the same (.2) | 1.50 | 1,185.00 | 1,777.50 |
| 10/18/2024 | LS26 | Conference with N. Bassett, D. Barron, W. Farmer, and J. Kosciewicz regarding reply in support of summary judgment motion (1.3); call with D. Barron regarding same (0.2); review defendant summary judgment briefs (0.3); analyze defendant response to discovery requests (0.4) | 2.20 | 985.00 | 2,167.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00012
Invoice No. 2429439

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/18/2024 | NAB | Further review summary judgment opposition papers (.8); analyze strategy considerations and caselaw in connection with same (1.5); review criminal trial transcripts in connection with same (.4); call with D. Barron, L. Song, J. Kosciewicz and W. Farmer regarding summary judgment opposition (1.3); review and revise proposed sale order (.3); correspond with L. Despins regarding same (.2) | 4.50 | 1,835.00 | 8,257.50 |
| 10/18/2024 | WCF | Review opposition to summary judgment motion filed by defendants, proffered evidence, prior discovery, and correspondence with M. Conway (1.8); attend call with N. Bassett, L. Song, D. Barron, and J. Kosciewicz regarding response to Mahwah summary judgment motion (1.3) | 3.10 | 1,390.00 | 4,309.00 |
| 10/21/2024 | DEB4 | Conference with S. Maza regarding joint motion to dismiss certain avoidance actions and Mahwah summary judgment issues | 0.90 | 1,395.00 | 1,255.50 |
| 10/21/2024 | LS26 | Review docket update regarding Mahwah summary judgment and sale | 0.10 | 985.00 | 98.50 |
| 10/21/2024 | NAB | Analyze issues and case findings regarding reply to summary judgment opposition (.7); review objection to sale motion (.3); correspond with D. Barron regarding same (.2) | 1.20 | 1,835.00 | 2,202.00 |
| 10/21/2024 | SM29 | Review opposition to summary judgment motion (.6); call with D. Barron re same and joint motion to dismiss avoidance actions (.9); analyze caselaw re summary judgment opposition and response (1.9) | 3.40 | 1,850.00 | 6,290.00 |
| 10/23/2024 | DEB4 | Prepare sections of reply in support of summary judgment motion | 2.40 | 1,395.00 | 3,348.00 |
| 10/23/2024 | ECS1 | Call with L. Song re Mahwah AP and service of subpoenas on certain parties related to same | 0.20 | 1,270.00 | 254.00 |
| 10/23/2024 | LS26 | Email D. Barron regarding Taurus Fund | 0.20 | 985.00 | 197.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 4

50687-00012

Invoice No. 2429439

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/23/2024 | LS26 | Review documents relating to real estate broker re Mahwah mansion purchase (0.3); call with E. Sutton regarding same and subpoena issues (0.2); correspond with L. Despins regarding same (0.2) | 0.70 | 985.00 | 689.50 |
| 10/23/2024 | LS26 | Review contracts for purchase of Mahwah mansion and deed documents (0.4); correspond with D. Barron regarding same (0.2); correspond with L. Despins regarding same (0.2) | 0.80 | 985.00 | 788.00 |
| 10/23/2024 | LS26 | Review documents relating to furniture and items in the Mahwah mansion (0.8); correspond with L. Despins regarding same (0.2) | 1.00 | 985.00 | 985.00 |
| 10/25/2024 | DEB4 | Prepare sections of summary judgment reply brief | 6.40 | 1,395.00 | 8,928.00 |
| 10/25/2024 | JPK1 | Review previous Rule 2004 motions for Schulman subpoena (.6); review alter ego dockets regarding Schulman appearance on behalf of alter ego (.6) | 1.20 | 1,185.00 | 1,422.00 |
| 10/26/2024 | JPK1 | Review summary judgment briefing and opposition briefing | 1.50 | 1,185.00 | 1,777.50 |
| 10/27/2024 | JPK1 | Draft request for admission arguments for Mahwah summary judgment reply | 2.10 | 1,185.00 | 2,488.50 |
| 10/28/2024 | JPK1 | Correspond with W. Farmer regarding reply in support of summary judgment (.1); correspond with P. Linsey regarding the same (.1) | 0.20 | 1,185.00 | 237.00 |
| 10/28/2024 | JPK1 | Continue drafting reply in support of summary judgment (2.1); analyze initial disclosures and related authority (1.1) | 3.20 | 1,185.00 | 3,792.00 |
| 10/29/2024 | DEB4 | Conference with W. Farmer and J. Kosciewicz regarding reply in support of summary judgment motion | 0.40 | 1,395.00 | 558.00 |
| 10/29/2024 | JPK1 | Draft legal argument for Mahwah summary judgment reply concerning Mohamed declaration (2.4); analyze caselaw regarding the same (.6) | 3.00 | 1,185.00 | 3,555.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 5

50687-00012

Invoice No. 2429439

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/29/2024 | JPK1 | Attend teleconference with W. Farmer and D. Barron regarding reply in support of summary judgment | 0.40 | 1,185.00 | 474.00 |
| 10/29/2024 | WCF | Call with J. Kosciewicz and D. Barron regarding Mahwah summary judgment reply papers and evidentiary issues | 0.40 | 1,390.00 | 556.00 |
| 10/30/2024 | JPK1 | Draft motion for extension of page limit for Mahwah summary judgment reply (1.0); correspond with N. Bassett regarding the same (.1); correspond with P. Linsey regarding the same (.1) | 1.20 | 1,185.00 | 1,422.00 |
| 10/30/2024 | JPK1 | Correspond with N. Bassett regarding Mahwah reply in support of summary judgment | 0.10 | 1,185.00 | 118.50 |
| 10/30/2024 | NAB | Review and revise draft reply in support of summary judgment (1.4); correspond with J. Kosciewicz and P. Linsey (NPM) regarding same (.3); review and revise draft motion to increase page limit (.1); correspond with P. Linsey (NPM) regarding same (.1); further revise draft reply in support of summary judgment (.5) | 2.40 | 1,835.00 | 4,404.00 |
| 10/31/2024 | DEB4 | Correspond with W. Farmer regarding summary judgment reply | 0.10 | 1,395.00 | 139.50 |
| 10/31/2024 | LS26 | Correspond with L. Despins regarding Mahwah Mansion purchase | 0.20 | 985.00 | 197.00 |
| 10/31/2024 | NAB | Review and revise reply brief in support of summary judgment (2.4); review pleadings and legal authorities in connection with same (.6); correspond with W. Farmer relating to same (.3); further review and revise draft reply brief in support of summary judgment (.8) | 4.10 | 1,835.00 | 7,523.50 |
| | | **Subtotal: B191  General Litigation** | **60.00** | | **85,709.50** |
| | **Total** | | **60.00** | | **85,709.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 6
Kwok
50687-00012
Invoice No. 2429439

---

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 16.00 | 1,835.00 | 29,360.00 |
| SM29 | Shlomo Maza | Of Counsel | 3.40 | 1,850.00 | 6,290.00 |
| DEB4 | Douglass E. Barron | Associate | 14.20 | 1,395.00 | 19,809.00 |
| WCF | Will C. Farmer | Associate | 3.50 | 1,390.00 | 4,865.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.20 | 1,270.00 | 254.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 14.70 | 1,185.00 | 17,419.50 |
| LS26 | Luyi Song | Associate | 7.60 | 985.00 | 7,486.00 |
| DM26 | David Mohamed | Paralegal | 0.40 | 565.00 | 226.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 10/31/2024 | Airfare - Nick Bassett; 10/21/2024; From/To: DCA/LGA; Airfare Class: Economy; Travel to NY for meeting with Kwok Team and Hearing | | | 843.95 |
| 10/31/2024 | Travel Expense - Meals - Nick Bassett; 10/22/2024; Restaurant: Airport Mart; City: New York; Beverage and refreshments; Number of people: 1; Travel to NY for meeting with Kwok Team and Hearing | | | 10.83 |
| 10/31/2024 | Travel Expense - Meals - Nick Bassett; 10/22/2024; Restaurant: LGA Brooklyn Diner; City: Flushing; Breakfast; Number of people: 1; Travel to NY for meeting with Kwok Team and Hearing | | | 28.29 |
| 10/31/2024 | Travel Expense - Meals - Nick Bassett; 10/22/2024; Restaurant: Veganish Cafe; City: Bridgeport; Lunch; Number of people: 1; Travel to NY for meeting with Kwok Team and Hearing | | | 30.06 |
| 10/31/2024 | Travel Expense - Meals - Nick Bassett; 10/22/2024; Restaurant: Peets Coffee; City: Doral; coffee; Number of people: 1; Travel to NY for meeting with Kwok Team and Hearing | | | 7.17 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan           Page 7
Kwok
50687-00012
Invoice No. 2429439

| | | |
|---|---|---:|
| 10/31/2024 | Taxi/Ground Transportation - Nick Bassett; 10/22/2024; From/To: Bridgeport/Airport; Service Type: Uber; Travel to NY for meeting with Kwok Team and Hearing | 101.03 |
| 10/31/2024 | Taxi/Ground Transportation - Nick Bassett; 10/22/2024; From/To: home/airport; Service Type: Uber; Travel to NY for meeting with Kwok Team and Hearing | 21.07 |
| 10/31/2024 | Taxi/Ground Transportation - Nick Bassett; 10/22/2024; From/To: LGA/Bridgeport; Service Type: Uber; Travel to NY for meeting with Kwok Team and Hearing | 216.06 |
| 10/31/2024 | Taxi/Ground Transportation - Nick Bassett; 10/22/2024; From/To: airport/home; Service Type: Uber; Travel to NY for meeting with Kwok Team and Hearing | 33.42 |
| **Total Costs incurred and advanced** | | **$1,291.88** |
| | **Current Fees and Costs** | **$87,001.38** |
| | **Total Balance Due - Due Upon Receipt** | **$87,001.38** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429440

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**HCHK Adversary Proceeding**
PH LLP Client/Matter # 50687-00014
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $4,325.00 |
| **Current Fees and Costs Due** | **$4,325.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,325.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429440

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**HCHK Adversary Proceeding**
PH LLP Client/Matter # 50687-00014
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending October 31, 2024 | $4,325.00 |
| **Current Fees and Costs Due** | **$4,325.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,325.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429440

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

## HCHK Adversary Proceeding

**$4,325.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 10/02/2024 | LAD4 | Review submissions and prepare notes for hearing (.50); handle hearing before Judge Dooley (.30) | 0.80 | 1,975.00 | 1,580.00 |
| | | **Subtotal: B155  Court Hearings** | **0.80** | | **1,580.00** |
| **B191** | **General Litigation** | | | | |
| 10/02/2024 | DEB4 | Correspond with L. Despins regarding Dooley decision | 0.40 | 1,395.00 | 558.00 |
| 10/13/2024 | NAB | Review correspondence with D. Carnelli (NPM) regarding Second Circuit appeal and forms relating to the same | 0.20 | 1,835.00 | 367.00 |
| | | **Subtotal: B191  General Litigation** | **0.60** | | **925.00** |

**B195    Non-Working Travel**

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2
50687-00014
Invoice No. 2429440

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/02/2024 | LAD4 | Travel to and from Bridgeport for Judge Dooley hearing (bill at 1/2 rate) | 1.20 | 987.50 | 1,185.00 |
| | | **Subtotal: B195  Non-Working Travel** | **1.20** | | **1,185.00** |

**B210     Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/07/2024 | ECS1 | Review Paramount moving invoices in connection with move of HCHK Entities' property from Columbus Circle offices (.3); correspond with N. Shanahan (Cole Schotz) regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| | | **Subtotal: B210  Business Operations** | **0.50** | | **635.00** |
| | | **Total** | **3.10** | | **4,325.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 0.80 | 1,975.00 | 1,580.00 |
| LAD4 | Luc A. Despins | Partner | 1.20 | 987.50 | 1,185.00 |
| NAB | Nicholas A. Bassett | Partner | 0.20 | 1,835.00 | 367.00 |
| DEB4 | Douglass E. Barron | Associate | 0.40 | 1,395.00 | 558.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.50 | 1,270.00 | 635.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$4,325.00** |
| **Total Balance Due - Due Upon Receipt** | | **$4,325.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429441

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Mei Guo Adversary Proceeding
PH LLP Client/Matter # 50687-00016
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending October 31, 2024 | $4,771.00 |
| **Current Fees and Costs Due** | **$4,771.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,771.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429441

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Mei Guo Adversary Proceeding**
PH LLP Client/Matter # 50687-00016
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $4,771.00 |
| **Current Fees and Costs Due** | **$4,771.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,771.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429441

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

## Mei Guo Adversary Proceeding                                                          $4,771.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 10/08/2024 | NAB | Analyze issues relating to potential asset freeze orders (0.2); correspond with L. Despins regarding the same (0.1) | 0.30 | 1,835.00 | 550.50 |
| 10/23/2024 | NAB | Correspond with L. Despins regarding potential asset freeze order (.2); analyze issues regarding same (.2) | 0.40 | 1,835.00 | 734.00 |
| 10/24/2024 | NAB | Correspond with A. Lomas (Kroll) and P. Linsey (NPM) regarding potential motion to enforce preliminary injunction | 0.30 | 1,835.00 | 550.50 |
| 10/29/2024 | NAB | Analyze issues related to potential motion to enforce preliminary injunction (.2); review injunction and documents related to same (.3); call with P. Linsey (NPM) regarding same (.2) | 0.70 | 1,835.00 | 1,284.50 |
| 10/30/2024 | NAB | Analyze bank account activity and potential motion to enforce preliminary injunction (.5); correspond with A. Lomas (Kroll) regarding same (.1); correspond with W. Farmer regarding same (.3) | 0.90 | 1,835.00 | 1,651.50 |
| | | **Subtotal: B191  General Litigation** | **2.60** | | **4,771.00** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00016

Invoice No. 2429441

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | **Total** | | **2.60** | | **4,771.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|-----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 2.60 | 1,835.00 | 4,771.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$4,771.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,771.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429442

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Greenwich Land Adversary Proceeding
PH LLP Client/Matter # 50687-00020
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $26,067.25 |
| **Current Fees and Costs Due** | **$26,067.25** |
| **Total Balance Due - Due Upon Receipt** | **$26,067.25** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429442

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Greenwich Land Adversary Proceeding**
PH LLP Client/Matter # 50687-00020
Luc A. Despins

Legal fees for professional services
for the period ending October 31, 2024

|  |  |
|---|---|
|  | $26,067.25 |
| **Current Fees and Costs Due** | **$26,067.25** |
| **Total Balance Due - Due Upon Receipt** | **$26,067.25** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: *https://paywithtranch.com/paulhastings* |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429442 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

## Greenwich Land Adversary Proceeding                                   $26,067.25

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B131** | **Sale of Real Estate** | | | | |
| 10/07/2024 | LAD4 | Several calls R. Murray (counsel to bidder #2) re: counter | 0.50 | 1,975.00 | 987.50 |
| 10/11/2024 | LAD4 | Review, comment on, negotiate all day competing bids from bidder #1 and bidder #2, several calls with both bidders' counsel, and review/comment on changed contracts, sale documents (6.20); exchange emails with C. Major re: form of sale order (.50) | 6.70 | 1,975.00 | 13,232.50 |
| 10/13/2024 | LAD4 | Continue to review, discuss, & comment on terms of the order & sale documents with counsel to bidder #2 | 1.70 | 1,975.00 | 3,357.50 |
| 10/14/2024 | LAD4 | Final review/edits of updated sale motion and revised order | 1.10 | 1,975.00 | 2,172.50 |
| | | **Subtotal: B131  Sale of Real Estate** | **10.00** | | **19,750.00** |

**B155    Court Hearings**

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00020
Invoice No. 2429442

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/15/2024 | LAD4 | Review submissions/prepare outline for Taconic sale hearing (.60); handle hearing re: Taconic sale (1.50) | 2.10 | 1,975.00 | 4,147.50 |
| | | **Subtotal: B155 Court Hearings** | **2.10** | | **4,147.50** |

**B195    Non-Working Travel**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/15/2024 | LAD4 | Travel to/from Bridgeport for Taconic sale hearing (bill at 1/2 rate) | 1.10 | 987.50 | 1,086.25 |
| | | **Subtotal: B195 Non-Working Travel** | **1.10** | | **1,086.25** |

**B210    Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/04/2024 | LS26 | Review furniture inventory list (0.5); correspond with L. Despins regarding same (0.1) | 0.60 | 985.00 | 591.00 |
| 10/07/2024 | LS26 | Correspond with W. Sherman (NPM) regarding moving and storage service | 0.20 | 985.00 | 197.00 |
| 10/16/2024 | LS26 | Call and correspond with W. Sherman re moving furniture | 0.30 | 985.00 | 295.50 |
| | | **Subtotal: B210 Business Operations** | **1.10** | | **1,083.50** |

| | **Total** | | **14.30** | | **26,067.25** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 12.10 | 1,975.00 | 23,897.50 |
| LAD4 | Luc A. Despins | Partner | 1.10 | 987.50 | 1,086.25 |
| LS26 | Luyi Song | Associate | 1.10 | 985.00 | 1,083.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00020

Invoice No. 2429442

| | |
|---|---|
| **Current Fees and Costs** | **$26,067.25** |
| **Total Balance Due - Due Upon Receipt** | **$26,067.25** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429443

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Lamp Capital Adversary**
PH LLP Client/Matter # 50687-00024
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $13,417.50 |
| **Current Fees and Costs Due** | **$13,417.50** |
| **Total Balance Due - Due Upon Receipt** | **$13,417.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429443

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Lamp Capital Adversary**
PH LLP Client/Matter # 50687-00024
Luc A. Despins

Legal fees for professional services
for the period ending October 31, 2024

$13,417.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$13,417.50** |
| **Total Balance Due - Due Upon Receipt** | **$13,417.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429443

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

**Lamp Capital Adversary**                                            **$13,417.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 10/01/2024 | DEB4 | Review correspondence from Moriarty regarding litigation and confidentiality issues | 0.20 | 1,395.00 | 279.00 |
| 10/02/2024 | DEB4 | Correspond with J. Moriarty regarding sealed documents | 0.20 | 1,395.00 | 279.00 |
| 10/02/2024 | NAB | Correspond with J. Moriarty (Zeisler) regarding litigation schedule and confidentiality issues | 0.20 | 1,835.00 | 367.00 |
| 10/10/2024 | NAB | Review default judgment motion and related papers (1.1); correspond with L. Despins regarding the same (0.4) | 1.50 | 1,835.00 | 2,752.50 |
| 10/21/2024 | NAB | Call and correspond with J. Moriarty (defense counsel) regarding summary judgment briefing (.3); correspond with L. Despins regarding same (.2) | 0.50 | 1,835.00 | 917.50 |
| 10/24/2024 | DEB4 | Correspond with P. Linsey and N. Bassett regarding objection to summary judgment motion (0.1); correspond with J. Moriarty (Zeisler) regarding same (0.1) | 0.20 | 1,395.00 | 279.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2
50687-00024
Invoice No. 2429443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/24/2024 | LS26 | Correspond with D. Barron regarding defendant response to summary judgment motion | 0.10 | 985.00 | 98.50 |
| 10/30/2024 | DEB4 | Conferences with L. Song regarding evidentiary issues related to reply in support of summary judgment (0.8); analyze same and related caselaw (1.8) | 2.60 | 1,395.00 | 3,627.00 |
| 10/30/2024 | LS26 | Call with D. Barron regarding defendants' response brief to summary judgment motion (0.3); analyze defendants' response brief to summary judgment motion (1.8) | 2.10 | 985.00 | 2,068.50 |
| 10/30/2024 | LS26 | Call with D. Barron regarding our reply to defendants' response brief to summary judgment motion (0.5); correspond with D. Barron regarding same (0.4) | 0.90 | 985.00 | 886.50 |
| 10/31/2024 | DEB4 | Analyze issues related to summary judgment reply (0.5); conference with L. Song regarding same (0.2) | 0.70 | 1,395.00 | 976.50 |
| 10/31/2024 | LS26 | Review defendants' response to summary judgment motion (0.2); draft email to J. Kosciewicz and W. Farmer regarding same (0.5); call with D. Barron regarding same (0.2) | 0.90 | 985.00 | 886.50 |
| | | **Subtotal: B191  General Litigation** | **10.10** | | **13,417.50** |
| | | **Total** | **10.10** | | **13,417.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 2.20 | 1,835.00 | 4,037.00 |
| DEB4 | Douglass E. Barron | Associate | 3.90 | 1,395.00 | 5,440.50 |
| LS26 | Luyi Song | Associate | 4.00 | 985.00 | 3,940.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                        Page 3
Kwok
50687-00024
Invoice No. 2429443

| | |
|---|---|
| **Current Fees and Costs** | **$13,417.50** |
| **Total Balance Due - Due Upon Receipt** | **$13,417.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429445

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Ace Decade Adversary Proceeding
PH LLP Client/Matter # 50687-00026
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $8,856.50 |
| **Current Fees and Costs Due** | **$8,856.50** |
| **Total Balance Due - Due Upon Receipt** | **$8,856.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429445

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Ace Decade Adversary Proceeding**
PH LLP Client/Matter # 50687-00026
Luc A. Despins

Legal fees for professional services
for the period ending October 31, 2024                                                     $8,856.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$8,856.50** |
| **Total Balance Due - Due Upon Receipt** | **$8,856.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429445

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

**Ace Decade Adversary Proceeding**                                    **$8,856.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 10/08/2024 | AB21 | Review correspondence from J. Stewart (Harneys Legal) regarding next steps with respect to Ace Decade liquidation (0.4); call with L. Despins regarding same (0.1) | 0.50 | 1,850.00 | 925.00 |
| 10/08/2024 | LAD4 | T/c A. Bongartz re: Ace Decade liquidation | 0.10 | 1,975.00 | 197.50 |
| 10/23/2024 | AB21 | Correspond with A. Thorp (Harneys) regarding update on Ace Decade proceedings in BVI | 0.10 | 1,850.00 | 185.00 |
| 10/24/2024 | AB21 | Correspond with J. Stewart (Harneys Legal) regardinge exhibits related to Ace Decade related orders | 1.00 | 1,850.00 | 1,850.00 |
| 10/24/2024 | DEB4 | Correspond with A. Bongartz regarding Ace Decade documents | 0.20 | 1,395.00 | 279.00 |
| 10/25/2024 | AB21 | Call with D. Barron regarding hearing exhibits related to Ace Decade contempt hearing (0.2); review same (0.3); correspond with J. Stewart (Harneys Legal) regarding same (0.2); call with J. Stewart regarding same (0.2); call with L. Song regarding same (0.1) | 1.00 | 1,850.00 | 1,850.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                          Page 2
50687-00026
Invoice No. 2429445

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/25/2024 | DEB4 | Conference with A. Bongartz regarding Ace Decade evidence (0.2); correspond and conference with P. Linsey regarding same (0.1); analyze documents related to same (0.2) | 0.50 | 1,395.00 | 697.50 |
| 10/25/2024 | JPK1 | Correspond with D. Barron regarding Ace Decade contempt hearing exhibits | 0.20 | 1,185.00 | 237.00 |
| 10/25/2024 | LS26 | Review documents relating to Yvette Wang (1.3); call with A. Bongartz regarding same (0.1); draft email to A. Bongartz regarding same (0.4) | 1.80 | 985.00 | 1,773.00 |
| 10/29/2024 | AB21 | Correspond with J. Stewart (Harneys Legal) regarding additional documents related to Yvette Wang | 0.20 | 1,850.00 | 370.00 |
| 10/29/2024 | LS26 | Draft email to A. Bongartz regarding Yvette Wang | 0.50 | 985.00 | 492.50 |
| | | **Subtotal: B191 General Litigation** | **6.10** | | **8,856.50** |
| | | **Total** | **6.10** | | **8,856.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 0.10 | 1,975.00 | 197.50 |
| AB21 | Alex Bongartz | Of Counsel | 2.80 | 1,850.00 | 5,180.00 |
| DEB4 | Douglass E. Barron | Associate | 0.70 | 1,395.00 | 976.50 |
| JPK1 | Jon P. Kosciewicz | Associate | 0.20 | 1,185.00 | 237.00 |
| LS26 | Luyi Song | Associate | 2.30 | 985.00 | 2,265.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$8,856.50** |
| **Total Balance Due - Due Upon Receipt** | **$8,856.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429446

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### CAO Adversary Proceeding
PH LLP Client/Matter # 50687-00027
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $24,710.50 |
| **Current Fees and Costs Due** | **$24,710.50** |
| **Total Balance Due - Due Upon Receipt** | **$24,710.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429446

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**CAO Adversary Proceeding**
PH LLP Client/Matter # 50687-00027
Luc A. Despins

Legal fees for professional services
for the period ending October 31, 2024

| | |
|---|---:|
| | $24,710.50 |
| **Current Fees and Costs Due** | **$24,710.50** |
| **Total Balance Due - Due Upon Receipt** | **$24,710.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429446

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

**CAO Adversary Proceeding**                                                          **$24,710.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 10/01/2024 | SM29 | Review email from A. Lomas (Kroll) re investigation and wire transfers analysis (.3); reply to same (.1); correspond with E. Sutton re same (.1); correspond with N. Bassett re same (.2) | 0.70 | 1,850.00 | 1,295.00 |
| 10/02/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) regarding transfer of motorcycles to Trustee | 0.10 | 1,270.00 | 127.00 |
| 10/02/2024 | ECS1 | Call with S. Maza regarding next steps in Cao AP (.2); correspond with L. Despins and S. Maza regarding same (.4); correspond with Kroll regarding Defeng Cao's cars and their ownership history (.3) | 0.90 | 1,270.00 | 1,143.00 |
| 10/02/2024 | SM29 | Call with E. Sutton re next steps in D. Cao AP (.2); reply to email from L. Despins re same (.1) | 0.30 | 1,850.00 | 555.00 |
| 10/07/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) regarding transfer of motorcycles to Trustee | 0.10 | 1,270.00 | 127.00 |
| 10/07/2024 | ECS1 | Correspond with S. Maza regarding next steps in Cao AP (.1); correspond with K. Mateo (Olshan Frome) regarding same (.1) | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00027
Invoice No. 2429446

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/08/2024 | SM29 | Correspond with N. Bassett and L. Despins re section 107 issues (.6); analyze same and related caselaw (5.2); prepare analysis of same for N. Bassett and L. Despins (2.0) | 7.80 | 1,850.00 | 14,430.00 |
| 10/09/2024 | ECS1 | Call with S. Maza regarding next steps in Cao AP and upcoming discussion with Cao's counsel (.2); call with K. Mateo (Olshan Frome) and S. Maza regarding outstanding claims against Cao and potential settlement (.4); analyze facts and documents in connection with same (.3) | 0.90 | 1,270.00 | 1,143.00 |
| 10/09/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) regarding transfer of motorcycles to Trustee | 0.10 | 1,270.00 | 127.00 |
| 10/09/2024 | SM29 | Call with E. Sutton in advance of call with opposing counsel re Trustee claims and potential settlement (.2); call with opposing counsel and E. Sutton re same (.4) | 0.60 | 1,850.00 | 1,110.00 |
| 10/10/2024 | NAB | Correspond with S. Maza regarding litigation strategy | 0.10 | 1,835.00 | 183.50 |
| 10/10/2024 | SM29 | Correspond with N. Bassett and E. Sutton re settlement proposals and values | 0.30 | 1,850.00 | 555.00 |
| 10/11/2024 | ECS1 | Review correspondence between S. Maza and L. Despins regarding outstanding claims against Cao and potential settlement | 0.10 | 1,270.00 | 127.00 |
| 10/11/2024 | SM29 | Correspond with L. Despins re settlement proposals | 0.10 | 1,850.00 | 185.00 |
| 10/14/2024 | ECS1 | Call with S. Maza regarding next steps in Cao AP and potential settlement agreement (.1); correspond with S. Maza regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/14/2024 | SM29 | Email L. Despins and N. Bassett re settlement proposal (.1); call with E. Sutton re same (.1); review email from E. Sutton re same (.1) | 0.30 | 1,850.00 | 555.00 |
| 10/15/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) regarding transfer of motorcycles to Trustee (.1); review issues regarding same (.1) | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00027
Invoice No. 2429446

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/15/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) and S. Maza regarding potential settlement related to D. Cao's cars | 0.60 | 1,270.00 | 762.00 |
| 10/16/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) regarding transfer of motorcycles to Trustee | 0.10 | 1,270.00 | 127.00 |
| 10/21/2024 | ECS1 | Prepare documents for transfer of vehicle title from Defeng Cao to the Trustee | 0.50 | 1,270.00 | 635.00 |
| 10/22/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) regarding transfer of motorcycles to Trustee (.2); review process regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 10/28/2024 | ECS1 | Correspond with K. Mateo (Olshan Frome) and S. Maza regarding potential settlement agreement with Defeng Cao | 0.10 | 1,270.00 | 127.00 |
| 10/28/2024 | ECS1 | Correspond with D. Skalka (NPM) in connection with transfer of motorcycles to Trustee and sale thereof | 0.10 | 1,270.00 | 127.00 |
| 10/29/2024 | ECS1 | Correspond with D. Skalka (NPM) in connection with transfer of motorcycles to Trustee | 0.10 | 1,270.00 | 127.00 |
| **Subtotal: B191  General Litigation** | | | **14.80** | | **24,710.50** |
| **Total** | | | **14.80** | | **24,710.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 0.10 | 1,835.00 | 183.50 |
| SM29 | Shlomo Maza | Of Counsel | 10.10 | 1,850.00 | 18,685.00 |
| ECS1 | Ezra C. Sutton | Associate | 4.60 | 1,270.00 | 5,842.00 |

| | | | |
|---|---|---|---|
| **Current Fees and Costs** | | | **$24,710.50** |
| **Total Balance Due - Due Upon Receipt** | | | **$24,710.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429447

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Omnibus Alter Ego Adversary Proceeding
PH LLP Client/Matter # 50687-00028
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $246,873.00 |
| Costs incurred and advanced | 1,592.31 |
| **Current Fees and Costs Due** | **$248,465.31** |
| **Total Balance Due - Due Upon Receipt** | **$248,465.31** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429447

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Omnibus Alter Ego Adversary Proceeding**
PH LLP Client/Matter # 50687-00028
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $246,873.00 |
| Costs incurred and advanced | 1,592.31 |
| **Current Fees and Costs Due** | **$248,465.31** |
| **Total Balance Due – Due Upon Receipt** | **$248,465.31** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                     February 7, 2025
200 Park Avenue                                                                   Please Refer to
New York, NY 10166                                                                Invoice Number: 2429447

Attn: Luc Despins                                                                 PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

## Omnibus Alter Ego Adversary Proceeding                        $246,873.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 10/14/2024 | NAB | Review submissions in preparation for status conference (0.7); analyze issues and authority relating to the same (0.6); correspond with L. Song and W. Farmer regarding the same (0.4); review complaint responses and related documents in connection with the status conference (0.6) | 2.30 | 1,835.00 | 4,220.50 |
| | | **Subtotal: B155  Court Hearings** | **2.30** | | **4,220.50** |
| **B191** | **General Litigation** | | | | |
| 10/02/2024 | DEB4 | Conference with N. Bassett and L. Song regarding motion to dismiss and alter ego allegations | 0.30 | 1,395.00 | 418.50 |
| 10/02/2024 | LS26 | Call with N. Bassett and D. Barron regarding case updates (0.3); review open issues and update issues/task list (1.6); draft email to N. Bassett regarding motions to dismiss and related issues/task list (0.2) | 2.10 | 985.00 | 2,068.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00028

Invoice No. 2429447

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/02/2024 | NAB | Telephone conference with D. Barron and L. Song regarding motions to dismiss and strategy regarding the same (0.3); analyze related issues and authority (0.9); correspond with D. Barron regarding the same (0.2) | 1.40 | 1,835.00 | 2,569.00 |
| 10/03/2024 | DEB4 | Correspond with L. Song regarding second omnibus alter ego complaint (0.2); analyze documents related to same (1.2) | 1.40 | 1,395.00 | 1,953.00 |
| 10/03/2024 | LS26 | Review and revise draft of second omnibus alter ego complaint | 0.50 | 985.00 | 492.50 |
| 10/03/2024 | NAB | Analyze default judgment and complaint amendment issues (0.9); correspond with P. Linsey (NPM), L. Despins regarding the same (0.4); review motion to dismiss chart (0.1) | 1.40 | 1,835.00 | 2,569.00 |
| 10/04/2024 | DEB4 | Correspond with L. Song regarding alter ego complaint | 0.20 | 1,395.00 | 279.00 |
| 10/04/2024 | LS26 | Review defendants' motions to dismiss | 0.40 | 985.00 | 394.00 |
| 10/04/2024 | NAB | Analyze caselaw related to complaint dismissal arguments and default judgment issues | 1.90 | 1,835.00 | 3,486.50 |
| 10/07/2024 | DEB4 | Correspond with P. Linsey regarding notice and service issues (0.2); conference with E. Sutton regarding same (0.2) | 0.40 | 1,395.00 | 558.00 |
| 10/07/2024 | ECS1 | Call with D. Barron regarding service of omnibus alter ego complaint against defendants and Qiang Guo (.2); analyze issues related to same (.2) | 0.40 | 1,270.00 | 508.00 |
| 10/07/2024 | KL12 | Research certain HK corporate records for L. Song | 0.60 | 420.00 | 252.00 |
| 10/07/2024 | LS26 | Review and revise draft second omnibus alter ego complaint | 2.80 | 985.00 | 2,758.00 |
| 10/07/2024 | NAB | Analyze personal jurisdiction issues | 0.30 | 1,835.00 | 550.50 |
| 10/07/2024 | SM29 | Analyze application of section 108 and related caselaw (2.9); review related precedent (1.1) | 4.00 | 1,850.00 | 7,400.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00028
Invoice No. 2429447

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/08/2024 | DEB4 | Correspond with N. Bassett regarding K. Maistrello claims | 0.20 | 1,395.00 | 279.00 |
| 10/08/2024 | DEB4 | Correspond with L. Song and S. Maza regarding jurisdictional issues (0.3); conference with S. Maza regarding same (0.3) | 0.60 | 1,395.00 | 837.00 |
| 10/08/2024 | LS26 | Continue to prepare facts chart re omnibus alter ego defendants (1.4); review corporate documents regarding Anton Development and Eastern Profit (0.2); correspond with N. Bassett and D. Barron regarding same (0.3); correspond with D. Barron regarding personal jurisdiction questions (0.2) | 2.10 | 985.00 | 2,068.50 |
| 10/08/2024 | SM29 | Conference with D. Barron re jurisdiction issues (.3); review emails from D. Barron re same (.4); analyze same and related caselaw (1.5) | 2.20 | 1,850.00 | 4,070.00 |
| 10/09/2024 | DEB4 | Conference with J. Lemkin (Stark and Stark) regarding K. Maistrello claims (0.2); correspond with L. Song regarding same (0.1); correspond with N. Bassett regarding same (0.1); correspond with N. Bassett regarding defendant U.S. connections (0.3) | 0.70 | 1,395.00 | 976.50 |
| 10/09/2024 | DEB4 | Correspond with N. Bassett and S. Maza regarding jurisdictional issues (0.1); review related caselaw (0.2); conference with S. Maza regarding same (0.8); conference with N. Bassett regarding same (0.3) | 1.40 | 1,395.00 | 1,953.00 |
| 10/09/2024 | LS26 | Review documents re Alfa Global (0.3); correspond with D. Barron re same (0.2); continue to prepare facts chart regarding omnibus alter ego defendants (2.0) | 2.50 | 985.00 | 2,462.50 |
| 10/09/2024 | NAB | Call with D. Barron regarding jurisdictional issues | 0.30 | 1,835.00 | 550.50 |
| 10/09/2024 | SM29 | Call with D. Barron re motion to dismiss and authority re jurisdiction (.8); review motion to dismiss (.5); outline open issues (.7); analyze caselaw re same (1.4) | 3.40 | 1,850.00 | 6,290.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 4

50687-00028
Invoice No. 2429447

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/10/2024 | DEB4 | Correspond with S. Maza regarding jurisdictional issues (0.5); analyze documents related to same (0.8) | 1.30 | 1,395.00 | 1,813.50 |
| 10/10/2024 | ECS1 | Analyze public policy and court's choice of law related to jurisdiction (.9); correspond with N. Bassett and D. Barron regarding same (.1) | 1.00 | 1,270.00 | 1,270.00 |
| 10/10/2024 | LS26 | Correspond with D. Barron regarding second omnibus alter ego complaint | 0.30 | 985.00 | 295.50 |
| 10/13/2024 | DEB4 | Correspond with A. Thorp (Harneys) regarding beneficial ownership claims (0.5); analyze documents related to same (0.7) | 1.20 | 1,395.00 | 1,674.00 |
| 10/13/2024 | DEB4 | Conference with P. Linsey, W. Farmer, N. Bassett, and L. Despins regarding upcoming status conferences and alter ego AP (0.7); review issues regarding same (0.4); correspond with N. Bassett regarding same (0.2) | 1.30 | 1,395.00 | 1,813.50 |
| 10/13/2024 | LAD4 | Call with N. Bassett, D. Barron, W. Farmer re: next steps in alter ego AP | 0.70 | 1,975.00 | 1,382.50 |
| 10/13/2024 | NAB | Correspond with L. Despins, P. Linsey (NPM) regarding status conference preparations (0.4); analyze issues relating to the same (0.2); telephone conference with L. Despins, P. Linsey, D. Barron, and W. Farmer regarding the same (0.7) | 1.30 | 1,835.00 | 2,385.50 |
| 10/13/2024 | WCF | Call with L. Despins, N. Bassett, P. Linsey, and D. Barron regarding upcoming status conference, alter ego AP, civil RICO timing, and civil RICO motions to dismiss | 0.70 | 1,390.00 | 973.00 |
| 10/14/2024 | DEB4 | Correspond with L. Song regarding amended complaint issues (0.3); correspond with N. Bassett regarding same (0.2); analyze documents related to same (1.2) | 1.70 | 1,395.00 | 2,371.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 5
50687-00028
Invoice No. 2429447

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/14/2024 | LS26 | Update tracker chart re response to complaint (1.0); correspond with N. Bassett regarding same (0.1); review defendants motions to dismiss (0.4); draft email to D. Barron regarding Major Lead (0.3); draft email to D. Barron regarding William Je (0.3); correspond with D. Barron regarding Hudson Diamond entity (0.1) | 2.20 | 985.00 | 2,167.00 |
| 10/14/2024 | LS26 | Analyze original complaint and allegations | 0.80 | 985.00 | 788.00 |
| 10/14/2024 | LS26 | Review information regarding second omnibus alter ego complaint defendants and prepare schedules of same | 1.50 | 985.00 | 1,477.50 |
| 10/14/2024 | WCF | Review and revise response tracker regarding omnibus alter ego defendants, other alter ego defendants, and new motions to dismiss and motion to withdraw the reference filings | 0.60 | 1,390.00 | 834.00 |
| 10/15/2024 | DEB4 | Call with L. Song regarding Himalaya Exchange transactions (0.3); analyze documents related to same (0.8) | 1.10 | 1,395.00 | 1,534.50 |
| 10/15/2024 | DEB4 | Correspond with W. Farmer regarding alter ego claims (0.1); correspond with N. Bassett regarding same (0.3) | 0.40 | 1,395.00 | 558.00 |
| 10/15/2024 | DEB4 | Conference with N. Bassett regarding alter ego issues (0.4); conference with S. Maza regarding jurisdictional issues (0.1); conference with S. Maza and T. Simon regarding same (0.8); call with L. Song regarding amended complaint (0.6) | 1.90 | 1,395.00 | 2,650.50 |
| 10/15/2024 | ECS1 | Correspond with D. Barron and L. Song regarding omnibus alter ego complaint | 0.10 | 1,270.00 | 127.00 |
| 10/15/2024 | LS26 | Call with D. Barron regarding Himalaya/Hamilton entities (0.3); draft email to A. Lomas (Kroll) and J. Lazarus (Kroll) regarding same (0.4); review prior Kroll analysis of same (0.3) | 1.00 | 985.00 | 985.00 |
| 10/15/2024 | LS26 | Conference with D. Barron regarding amended complaint (0.6); correspond with D. Barron regarding same (0.2) | 0.80 | 985.00 | 788.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00028
Invoice No. 2429447

Page 6

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/15/2024 | NAB | Telephone conference with D. Barron regarding litigation next steps (0.4); correspond with D. Barron regarding issues relating to the same (0.2) | 0.60 | 1,835.00 | 1,101.00 |
| 10/15/2024 | SM29 | Call with D. Barron and T. Simon re jurisdiction issues (.8); follow up call with D. Barron re same (.1) | 0.90 | 1,850.00 | 1,665.00 |
| 10/15/2024 | TSS1 | Call with S. Maza and D. Barron regarding jurisdiction issues | 0.80 | 795.00 | 636.00 |
| 10/15/2024 | TSS1 | Analyze issues regarding personal jurisdiction and related caselaw and statutory authority | 3.30 | 795.00 | 2,623.50 |
| 10/15/2024 | WCF | Analyze authorities regarding Rule 21 severance in multi-defendant actions with defaulting defendants (3.1); draft summary of findings (.2); correspond with N. Bassett, P. Linsey regarding same (.1) | 3.40 | 1,390.00 | 4,726.00 |
| 10/16/2024 | DEB4 | Correspond with N. Bassett and L. Despins regarding BVI law issues (0.2); analyze documents related to same (0.5); conference with N. Bassett regarding Mei Guo issues and amended complaint (0.2); conference with N. Bassett and J. Moriarty regarding same (0.2); correspond with N. Bassett regarding UAE issues (0.2); correspond with J. Lemkin regarding K. Maistrello claims (0.2) | 1.50 | 1,395.00 | 2,092.50 |
| 10/16/2024 | LS26 | Prepare proposed scheduling order | 1.20 | 985.00 | 1,182.00 |
| 10/16/2024 | NAB | Correspond with D. Barron regarding amended complaint strategy and related issues (0.5); telephone conference with D. Barron regarding the same (0.2); telephone conference with D. Barron and J. Moriarty (M. Guo counsel) regarding the same (0.2); further analyze complaint amendment and severance issues (0.6); correspond with L. Song regarding preparation of proposed order (0.3); correspond with M. Conway (Taurus counsel) regarding the same (0.2) | 2.00 | 1,835.00 | 3,670.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00028
Invoice No. 2429447

Page 7

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/16/2024 | NAB | Correspond with L. Despins regarding personal jurisdiction issues (0.1); analyze the same (0.2) | 0.30 | 1,835.00 | 550.50 |
| 10/16/2024 | TSS1 | Analyze issues regarding personal jurisdiction and related caselaw and statutory authority | 4.40 | 795.00 | 3,498.00 |
| 10/17/2024 | DM26 | Review certain documents in AP No. 24-5249 and prepare same for D. Barron | 0.10 | 565.00 | 56.50 |
| 10/17/2024 | KC27 | Correspond with T. Simon re personal jurisdiction issues (.3); analyze case law regarding severance of proceedings (3.5); call with W. Farmer regarding same (.2) | 4.00 | 1,185.00 | 4,740.00 |
| 10/17/2024 | LS26 | Continue to draft proposed scheduling order (2.9); correspond with W. Farmer regarding same (0.2) | 3.10 | 985.00 | 3,053.50 |
| 10/17/2024 | LS26 | Correspond with D. Barron regarding amended complaint | 0.20 | 985.00 | 197.00 |
| 10/17/2024 | NAB | Correspond with L. Song regarding draft proposed order for amended complaint and briefing (.2); review and revise same (.3); call with W. Farmer regarding draft proposed order for amended complaint and briefing (.2); correspond with W. Farmer regarding same (.1); correspond with opposing counsel regarding same (.2) | 1.00 | 1,835.00 | 1,835.00 |
| 10/17/2024 | TSS1 | Continue analyzing issues regarding personal jurisdiction and related caselaw and statutory authority | 7.20 | 795.00 | 5,724.00 |
| 10/17/2024 | WCF | Call with N. Bassett regarding proposed order for amended complaint (.2); call with K. Catalano regarding Rule 21 analysis and precedent (.2); review and revise proposed order severing omnibus alter ego actions (.8); analyze authorities regarding rule 21 orders in default cases (1.2) | 2.40 | 1,390.00 | 3,336.00 |
| 10/18/2024 | LS26 | Review Kroll analysis regarding Hamilton/Himalaya entities (0.2); correspond with D. Barron regarding same (0.1) | 0.30 | 985.00 | 295.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 8

50687-00028

Invoice No. 2429447

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/18/2024 | NAB | Review motion to dismiss from Celestial and other entities and correspond with D. Barron regarding same (.3); correspond with P. Linsey regarding revised scheduling order (.1) | 0.40 | 1,835.00 | 734.00 |
| 10/18/2024 | TSS1 | Further analyze issues regarding personal jurisdiction and related caselaw and statutory authority | 4.70 | 795.00 | 3,736.50 |
| 10/20/2024 | DEB4 | Prepare stipulated judgment motion for K. Maistrello | 4.40 | 1,395.00 | 6,138.00 |
| 10/20/2024 | LS26 | Correspond with D. Barron re Alfa Global (0.3); prepare parts of amended complaint (1.1); correspond with D. Barron regarding amended complaint (0.3) | 1.70 | 985.00 | 1,674.50 |
| 10/21/2024 | DEB4 | Correspond with L. Song regarding severance order | 0.30 | 1,395.00 | 418.50 |
| 10/21/2024 | LS26 | Prepare parts of amended complaint | 5.90 | 985.00 | 5,811.50 |
| 10/21/2024 | TSS1 | Analyze personal jurisdiction issues and related caselaw and statutory authority | 2.40 | 795.00 | 1,908.00 |
| 10/22/2024 | DEB4 | Correspond with W. Farmer regarding severance issues (0.3); analyze documents related to Mei Guo claims (0.5) | 0.80 | 1,395.00 | 1,116.00 |
| 10/22/2024 | LS26 | Correspond with D. Barron regarding amended complaint (0.7); continue preparing amended complaint (0.5) | 1.20 | 985.00 | 1,182.00 |
| 10/22/2024 | NAB | Correspond with W. Farmer and D. Barron regarding scheduling and severance order | 0.10 | 1,835.00 | 183.50 |
| 10/23/2024 | DEB4 | Correspond with N. Bassett regarding motion for stipulated default (0.1); revise same (0.3); correspond with J. Lemkin (Stark and Stark) regarding same (0.1) | 0.50 | 1,395.00 | 697.50 |
| 10/23/2024 | LS26 | Continue to prepare amended complaint | 3.30 | 985.00 | 3,250.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 9
50687-00028
Invoice No. 2429447

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/23/2024 | NAB | Review and revise draft stipulation to resolve claims against K. Maistrello (.2); correspond with D. Barron regarding same (.1); correspond with P. Linsey (NPM) regarding default judgment issues (.2); analyze same and related authority (.4) | 0.90 | 1,835.00 | 1,651.50 |
| 10/24/2024 | LS26 | Correspond with D. Barron regarding amended complaint (0.3); continue preparing amended complaint (3.2) | 3.50 | 985.00 | 3,447.50 |
| 10/25/2024 | DEB4 | Correspond with L. Song regarding omnibus alter ego complaint (0.4); analyze documents related to same (1.8) | 2.20 | 1,395.00 | 3,069.00 |
| 10/25/2024 | LS26 | Prepare amended complaint | 8.20 | 985.00 | 8,077.00 |
| 10/26/2024 | DEB4 | Prepare parts of omnibus alter ego complaint (3.7); call with L. Song regarding same (0.2) | 3.90 | 1,395.00 | 5,440.50 |
| 10/26/2024 | LS26 | Call with D. Barron regarding amended complaint (0.2); correspond with D. Barron regarding same (0.1); continue preparing amended complaint (0.4) | 0.70 | 985.00 | 689.50 |
| 10/27/2024 | DEB4 | Prepare parts of omnibus alter ego complaint (4.6); call with L. Song regarding same (0.6) | 5.20 | 1,395.00 | 7,254.00 |
| 10/27/2024 | LS26 | Continue to preparing amended complaint (5.5); call with D. Barron regarding same (0.6) | 6.10 | 985.00 | 6,008.50 |
| 10/28/2024 | DEB4 | Revise and supplement draft omnibus alter ego complaint (6.4); analyze documents related to same (3.8) | 10.20 | 1,395.00 | 14,229.00 |
| 10/28/2024 | LS26 | Continue to prepare amended omnibus alter ego complaint | 5.10 | 985.00 | 5,023.50 |
| 10/28/2024 | NAB | Review and revise draft amended alter ego complaint (1.3); correspond with D. Barron and L. Song regarding same (.3) | 1.60 | 1,835.00 | 2,936.00 |
| 10/29/2024 | DEB4 | Prepare parts of amended omnibus alter ego complaint (12.1); call and correspond with L. Song and E. Sutton regarding same (.2) | 12.30 | 1,395.00 | 17,158.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00028

Invoice No. 2429447

Page 10

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/29/2024 | ECS1 | Review amended omnibus alter ego complaint (1.3); call and correspond with L. Song and D. Barron regarding same (.2); prepare motion to seal related to same (1.2) | 2.70 | 1,270.00 | 3,429.00 |
| 10/29/2024 | JPK1 | Correspond with E. Sutton regarding master unsealing chart for omnibus alter ego complaint and civil RICO complaint | 0.20 | 1,185.00 | 237.00 |
| 10/29/2024 | LAD4 | Review/edit amended complaint | 1.10 | 1,975.00 | 2,172.50 |
| 10/29/2024 | LS26 | Review and revise amended alter ego complaint and prepare exhibits for filing (10.8); call and correspond with D. Barron and E. Sutton regarding same (0.2) | 11.00 | 985.00 | 10,835.00 |
| 10/29/2024 | NAB | Review and revise draft amended alter ego complaint (1.7); correspond with L. Despins, D. Barron and L. Song regarding same (.5); review and revise revised draft amended complaint (.6) | 2.80 | 1,835.00 | 5,138.00 |
| 10/30/2024 | DEB4 | Correspond with P. Linsey regarding confidentiality issues related to alter ego complaint (0.1); correspond with L. Despins regarding target entities (0.1) | 0.20 | 1,395.00 | 279.00 |
| 10/31/2024 | DEB4 | Conference with L. Song and E. Sutton regarding confidentiality issues related to alter ego complaint (0.3); correspond with E. Sutton regarding same (0.2); conference with P. Linsey regarding same (0.2) | 0.70 | 1,395.00 | 976.50 |
| 10/31/2024 | ECS1 | Review and prepare documents in connection with sealing and redaction of amended omnibus alter ego complaint (1.9); call with L. Song and D. Barron regarding same (.3); further call with L. Song regarding same (.2) | 2.40 | 1,270.00 | 3,048.00 |
| 10/31/2024 | JPK1 | Correspond with E. Sutton regarding G Club documents cited in amended omnibus alter ego complaint | 0.10 | 1,185.00 | 118.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                  Page 11
50687-00028
Invoice No. 2429447

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/31/2024 | LS26 | Call with D. Barron and E. Sutton regarding unredacted versions of amended alter ego complaint (0.3); further call with E. Sutton regarding same (0.2); correspond with E. Sutton regarding same (0.2); prepare unredacted versions of amended alter ego complaint (1.3) | 2.00 | 985.00 | 1,970.00 |
| | | **Subtotal: B191 General Litigation** | **196.90** | | **242,652.50** |
| | | **Total** | **199.20** | | **246,873.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 1.80 | 1,975.00 | 3,555.00 |
| NAB | Nicholas A. Bassett | Partner | 18.60 | 1,835.00 | 34,131.00 |
| SM29 | Shlomo Maza | Of Counsel | 10.50 | 1,850.00 | 19,425.00 |
| DEB4 | Douglass E. Barron | Associate | 56.30 | 1,395.00 | 78,538.50 |
| WCF | Will C. Farmer | Associate | 7.10 | 1,390.00 | 9,869.00 |
| ECS1 | Ezra C. Sutton | Associate | 6.60 | 1,270.00 | 8,382.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 0.30 | 1,185.00 | 355.50 |
| KC27 | Kristin Catalano | Associate | 4.00 | 1,185.00 | 4,740.00 |
| LS26 | Luyi Song | Associate | 70.50 | 985.00 | 69,442.50 |
| TSS1 | Tori S. Simon | Associate | 22.80 | 795.00 | 18,126.00 |
| DM26 | David Mohamed | Paralegal | 0.10 | 565.00 | 56.50 |
| KL12 | Kelly Liu | Other Timekeeper | 0.60 | 420.00 | 252.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 10/16/2024 | Westlaw | | | 58.28 |
| 10/17/2024 | Westlaw | | | 145.70 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00028
Invoice No. 2429447

Page 12

| | | |
|---|---|---|
| 10/17/2024 | Westlaw | 182.97 |
| 10/17/2024 | Computer Search (Other) | 17.01 |
| 10/18/2024 | Westlaw | 145.70 |
| 10/21/2024 | Lexis/On Line Search | 22.79 |
| 10/21/2024 | Westlaw | 279.25 |
| 10/29/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-106 dated 11/03/2024; Luyi Song; Number of People: 1; Restaurant: Mala Kitchen; Dinner; Location: New York; after-hour dinner while working on Kwok matters; Order # 975427857578588 dated 10/29/2024 | 36.34 |
| 10/30/2024 | Westlaw | 689.62 |
| 10/30/2024 | Computer Search (Other) | 12.60 |
| 10/31/2024 | Search Fee - Companies Registry, Invoice# 20241031cl Dated 10/31/24, company search fee on 7 October 2024 for Anton Development Limited and Eastern Profit Corporation Limited; requested by Luyi Song | 2.05 |

| | |
|---|---|
| **Total Costs incurred and advanced** | **$1,592.31** |
| **Current Fees and Costs** | **$248,465.31** |
| **Total Balance Due - Due Upon Receipt** | **$248,465.31** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429448

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Avoidance Actions**
PH LLP Client/Matter # 50687-00029
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $358,324.00 |
| Costs incurred and advanced | 541.45 |
| **Current Fees and Costs Due** | **$358,865.45** |
| **Total Balance Due - Due Upon Receipt** | **$358,865.45** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429448

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Avoidance Actions**
PH LLP Client/Matter # 50687-00029
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $358,324.00 |
| Costs incurred and advanced | 541.45 |
| **Current Fees and Costs Due** | **$358,865.45** |
| **Total Balance Due - Due Upon Receipt** | **$358,865.45** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429448 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

## FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

### Avoidance Actions

**$358,324.00**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 10/01/2024 | DEB4 | Correspond with L. Song regarding Mileson emails | 0.10 | 1,395.00 | 139.50 |
| 10/01/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (1.0); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.3) | 1.30 | 1,270.00 | 1,651.00 |
| 10/01/2024 | ECS1 | Call with        re transfers to firm (.2); review transfer information in preparation for same (.1); follow up correspondence with L. Despins, N. Bassett and     regarding same (.4) | 0.70 | 1,270.00 | 889.00 |
| 10/01/2024 | ECS1 | Call with      and L. Despins re transfers to    (.2); prepare summary of call (.1); analyze transfers at issue (.2); prepare tolling agreement (.7); follow up correspondence with      regarding same (.1) | 1.30 | 1,270.00 | 1,651.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429448

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/01/2024 | ECS1 | Call with D. Zolkin and ███████████, L. Despins regarding transfers to firm (.4); prepare summary of call (.2); review transfer documents and related issues (.3); follow up correspondence with ███████ and ███ re same (.2) | 1.10 | 1,270.00 | 1,397.00 |
| 10/01/2024 | ECS1 | Correspond with P. Linsey (NPM) regarding settlement agreements with law firm parties | 0.10 | 1,270.00 | 127.00 |
| 10/01/2024 | LAD4 | Call with potential defendant law firm ███ ████ and E. Sutton re: avoidance claims (.20); call with potential defendant law firm ████ and E. Sutton re: same (.40) | 0.60 | 1,975.00 | 1,185.00 |
| 10/01/2024 | LS26 | Review ██████████████████ documents (1.4); draft email to P. Linsey (NPM) regarding same (0.4); call with avoidance defendant Qun Ju regarding claims (0.1) | 1.90 | 985.00 | 1,871.50 |
| 10/02/2024 | DEB4 | Correspond with L. Despins, L. Song, and N. Bassett regarding Mileson | 0.20 | 1,395.00 | 279.00 |
| 10/02/2024 | DEB4 | Conference with P. Linsey regarding default judgment issues | 0.20 | 1,395.00 | 279.00 |
| 10/02/2024 | ECS1 | Follow up review of transfers to ███ ███████████ | 0.10 | 1,270.00 | 127.00 |
| 10/02/2024 | ECS1 | Conduct factual review and analysis related to certain avoidance claims (.2); correspond with L. Song regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 10/02/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.5); update tracker summarizing same (.3); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.2) | 1.00 | 1,270.00 | 1,270.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok           Page 3
50687-00029
Invoice No. 2429448

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/02/2024 | ECS1 | Correspond with P. Linsey (NPM) regarding Rule 9019 motion for approval of settlement agreements and mediation of same | 0.20 | 1,270.00 | 254.00 |
| 10/03/2024 | LAD4 | T/c H. Claiborn re: seal issues | 0.30 | 1,975.00 | 592.50 |
| 10/03/2024 | NAB | Telephone conference with P. Brejcha regarding Wedlake Bell claims | 0.20 | 1,835.00 | 367.00 |
| 10/03/2024 | NAB | Telephone conference with P. Linsey regarding potential litigation settlement and issues related to the same (0.2); analyze legal issues and arguments related to the same (0.9); correspond with L. Despins and P. Linsey regarding the same (0.3); further correspond with L. Despins regarding the same (0.1); review privileges order in connection with potential settlements (.3) | 1.80 | 1,835.00 | 3,303.00 |
| 10/04/2024 | LAD4 | Call with ▇▇▇▇▇ and P. Linsey re: seal issues | 0.70 | 1,975.00 | 1,382.50 |
| 10/04/2024 | LS26 | Review order further amending avoidance action procedures | 0.20 | 985.00 | 197.00 |
| 10/04/2024 | NAB | Telephone conference with P. Linsey (NPM) and Harcus Parker counsel regarding issues relating to avoidance complaint (0.3); telephone conference with P. Linsey (NPM) regarding motions to seal settlements and related issues (0.2); analyze sealing issues (.8); telephone conference with P. Linsey regarding the same (0.4); correspond with avoidance action defense counsel regarding scheduling and claim issues (0.2); further analyze issues related to Wedlake Bell motion to dismiss (0.5); analyze law firm avoidance claims (0.2); correspond with S. Sarnoff (OMM) regarding the same (0.2) | 2.80 | 1,835.00 | 5,138.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429448

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/05/2024 | NAB | Review correspondence and analysis from D. Carnelli (NPM) regarding default judgment and related strategic considerations (0.3); correspond with A. Bongartz regarding issues related to the same and claims against Q. Guo (0.3) | 0.60 | 1,835.00 | 1,101.00 |
| 10/06/2024 | DEB4 | Correspond with L. Despins and N. Bassett regarding Mileson judgments and claims (0.5); correspond with N. Bassett regarding Mileson transfers (0.1); call with L. Song regarding same (0.4) | 1.00 | 1,395.00 | 1,395.00 |
| 10/06/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims | 0.10 | 1,270.00 | 127.00 |
| 10/06/2024 | LAD4 | Review/edit ███ 's mark-up of ███ settlement draft | 0.60 | 1,975.00 | 1,185.00 |
| 10/06/2024 | LS26 | Review avoidance complaint and analyze fraudulent transfers to Mileson (0.7); call with D. Barron regarding same (0.4) | 1.10 | 985.00 | 1,083.50 |
| 10/06/2024 | NAB | Prepare default judgment against Q. Guo (0.8); review orders, past pleadings, and documents relating to the same (0.7); correspond with L. Despins regarding the same (0.5) | 2.00 | 1,835.00 | 3,670.00 |
| 10/06/2024 | SM29 | Analyze section 107 issues and related caselaw | 1.00 | 1,850.00 | 1,850.00 |
| 10/07/2024 | DEB4 | Correspond with L. Song and A. Lomas (Kroll) regarding transfer information (0.3); correspond with L. Despins regarding Mileson claims (0.1) | 0.40 | 1,395.00 | 558.00 |
| 10/07/2024 | ECS1 | Call with ███ L. Despins and N. Bassett regarding Trustee claims (.4); analyze transfers and related issues in preparation for same (.5) | 0.90 | 1,270.00 | 1,143.00 |
| 10/07/2024 | ECS1 | Prepare summary of information regarding ███ and transfers made to ███ firm | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429448

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/07/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.5); update tracker summarizing same (.1); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.4) | 1.00 | 1,270.00 | 1,270.00 |
| 10/07/2024 | ECS1 | Correspond with L. Despins and P. Linsey (NPM) regarding approval of ▮▮▮▮ ▮▮▮▮▮▮ settlement agreements and mediation of same | 0.40 | 1,270.00 | 508.00 |
| 10/07/2024 | ECS1 | Conduct factual review and analysis regarding certain avoidance actions (.1); correspond with L. Song regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/07/2024 | LAD4 | T/c ▮▮▮▮▮ re: update on ▮▮▮ settlement | 0.20 | 1,975.00 | 395.00 |
| 10/07/2024 | LAD4 | T/c H. Claiborn (UST) re: seal issues | 0.30 | 1,975.00 | 592.50 |
| 10/07/2024 | LAD4 | Call with potential defendant law firm ▮▮▮▮▮▮ and E. Sutton and N. Bassett re: avoidance claims (.40); follow up call N. Bassett re: same (.20) | 0.60 | 1,975.00 | 1,185.00 |
| 10/07/2024 | LS26 | Call and correspond with P. Linsey regarding avoidance actions and next steps | 0.50 | 985.00 | 492.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429448

Page 6

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/07/2024 | NAB | Telephone conference with L. Despins, E. Sutton, and avoidance action defendant regarding potential settlement (0.4); follow-up telephone conference with L. Despins regarding same (0.2); prepare parts of default judgment motion against Q. Guo (1.6); correspond with W. Farmer regarding the same (0.2); analyze authority relating to the same (0.4); correspond with W. Farmer regarding the same (0.1); correspond with P. Linsey (NPM) regarding avoidance action settlement stipulation (0.2); correspond with P. Linsey and L. Despins regarding confidentiality and sealing of motions to approve settlements (0.4); review and revise draft response to objection to motion to shorten notice (0.2); correspond and call with P. Linsey regarding the same and related issues (0.2) | 3.90 | 1,835.00 | 7,156.50 |
| 10/07/2024 | NAB | Review draft settlement agreement for estate claims against prospective defendant (0.7); correspond with P. Linsey and L. Despins regarding the same (0.2); review status of discovery relating to the same (0.3) | 1.20 | 1,835.00 | 2,202.00 |
| 10/08/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.4); update tracker summarizing same (.2); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.2) | 0.80 | 1,270.00 | 1,016.00 |
| 10/08/2024 | ECS1 | Correspond with ▮▮▮▮▮▮▮ regarding tolling agreement with ▮▮ | 0.10 | 1,270.00 | 127.00 |
| 10/08/2024 | ECS1 | Prepare tolling agreement with ▮▮ (.4); correspond with ▮▮ regarding same (.1) | 0.50 | 1,270.00 | 635.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429448

Page 7

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/08/2024 | ECS1 | Call with M. Rosen and ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮, L. Despins regarding transfers to ▮▮▮▮▮▮ (.4); analyze transfers and transfer documents and summarize findings (1.0); correspond with N. Bassett re same (.1) | 1.50 | 1,270.00 | 1,905.00 |
| 10/08/2024 | ECS1 | Call with ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮, L. Despins and N. Bassett regarding transfers to firm (.3); review transfers and related documents in prep for same (.5) | 0.80 | 1,270.00 | 1,016.00 |
| 10/08/2024 | ECS1 | Prepare tolling agreement with ▮▮▮▮ ▮▮▮▮▮ (.3); review correspondence from L. Despins and ▮▮▮▮▮▮ regarding settlement discussions (.1); correspond with ▮▮▮▮▮ regarding tolling agreement (.1) | 0.50 | 1,270.00 | 635.00 |
| 10/08/2024 | LAD4 | Call with potential defendant law firm ▮▮▮▮▮ and N. Bassett and E. Sutton re: avoidance claims | 0.30 | 1,975.00 | 592.50 |
| 10/08/2024 | LAD4 | T/c N. Bassett re: potential settlement and open issues (.10); call with potential defendant law firm ▮▮▮▮▮ and E. Sutton re: avoidance claims (.40) | 0.50 | 1,975.00 | 987.50 |
| 10/08/2024 | LS26 | Review and advise on service of avoidance action package to ▮▮▮▮ (0.4); correspond with E. Sutton and P. Linsey regarding same (0.2); correspond with N. Bassett and P. Linsey regarding ▮▮▮▮▮ (0.3); correspond with P. Linsey and D. Barron regarding UK avoidance defendant (0.1) | 1.00 | 985.00 | 985.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429448

Page 8

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/08/2024 | NAB | Analyze response to Wedlake Bell motion to dismiss (0.9); review documents and authority relating to the same (0.3); correspond with L. Song regarding avoidance action strategy for certain defendants (0.3); review and revise draft motion to stay discovery (0.9); correspond with P. Linsey (NPM) regarding the same (0.2); analyze sealing issues (0.7); correspond with L. Despins regarding the same (0.2); telephone conference with P. Linsey regarding the same (0.1); telephone conference with avoidance defendants, L. Despins, and E. Sutton regarding potential settlements (0.3); follow-up telephone conference with L. Despins regarding the same (0.1); review status conference transcript regarding motion to dismiss arguments (0.3) | 4.30 | 1,835.00 | 7,890.50 |
| 10/09/2024 | AB21 | Correspond with P. Linsey (NPM) regarding update on tolling stipulations | 0.10 | 1,850.00 | 185.00 |
| 10/09/2024 | DEB4 | Correspond with W. Farmer regarding Mileson allegations and documents | 0.40 | 1,395.00 | 558.00 |
| 10/09/2024 | ECS1 | Call with ▮▮▮▮ L. Despins and N. Bassett re transfers to ▮▮▮▮ (.2); call with L. Despins regarding avoidance action against ▮▮▮▮ (.1); correspond with P. Linsey (NPM) regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 10/09/2024 | ECS1 | Prepare tolling agreement with ▮▮▮▮ | 0.50 | 1,270.00 | 635.00 |
| 10/09/2024 | ECS1 | Review parties whose tolling deadline expires shortly (.3); correspond with D. Skalka and P. Linsey (NPM) regarding same (.3) | 0.60 | 1,270.00 | 762.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429448

Page 9

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/09/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.4); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 10/09/2024 | ECS1 | Prepare tolling agreement with █████ (.3); correspond with █████ regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 10/09/2024 | ECS1 | Prepare tolling agreement with █████ (.4); correspond with L. Despins and █████ regarding same (.2) | 0.60 | 1,270.00 | 762.00 |
| 10/09/2024 | ECS1 | Call with █████ regarding transfers to Hecker Fink (.4); prepare summary of background and previous discussions regarding same (.3); prepare tolling agreement in connection with same (.3); follow up correspondence with █████ regarding same (.2) | 1.20 | 1,270.00 | 1,524.00 |
| 10/09/2024 | ECS1 | Call with █████ L. Despins, and N. Bassett re transfers to █████ (.6); review transfers and related documents in prep for same (.6); prepare tolling agreement with █████ (.3); correspond with █████ re same (.2) | 1.70 | 1,270.00 | 2,159.00 |
| 10/09/2024 | LAD4 | Call █████ and P. Linsey re: █████ | 0.30 | 1,975.00 | 592.50 |
| 10/09/2024 | LAD4 | Call with potential defendant law firm █████ and E. Sutton and N. Bassett re: avoidance claims (.20); t/c E. Sutton re: same and next steps (.10); call with potential defendant law firm █████ and E. Sutton and N. Bassett re: same (.60) | 0.90 | 1,975.00 | 1,777.50 |
| 10/09/2024 | LAD4 | Review/edit motion for default judgment against Mileson | 0.70 | 1,975.00 | 1,382.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                        Page 10
50687-00029
Invoice No. 2429448

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/09/2024 | LS26 | Correspond with P. Linsey (NPM) regarding avoidance action defendants (0.2); correspond with W. Farmer re Mileson default judgment motion (0.3); correspond with W. Farmer, N. Bassett and P. Linsey (NPM) regarding transfers to Mileson (0.2); review and prepare exhibits for Mileson default judgment motion (0.6) | 1.30 | 985.00 | 1,280.50 |
| 10/09/2024 | NAB | Telephone conferences with L. Despins, E. Sutton, and potential avoidance action defendants regarding settlement possibilities (0.8); correspond with L. Despins and E. Sutton regarding the same (0.1); review and revise Q. Guo default judgment motion (0.6); correspond with W. Farmer regarding the same (0.1); correspond with L. Despins regarding the same (0.2); correspond with P. Linsey (NPM) regarding avoidance action issues and strategy (0.3) | 2.10 | 1,835.00 | 3,853.50 |
| 10/09/2024 | NAB | Telephone conference with S. Maza regarding sealing issues (0.4); analyze same (0.5) | 0.90 | 1,835.00 | 1,651.50 |
| 10/09/2024 | SM29 | Call with N. Bassett re section 107 issues (.4); review U.S. Trustee objection re same (.3) | 0.70 | 1,850.00 | 1,295.00 |
| 10/09/2024 | WCF | Draft motion and proposed order regarding default judgment against Q. Guo in connection with Lamp Capital transfers (1.4); review and revise supporting memorandum of law regarding same (2.3); analyze authorities in support of motion for default judgment (.6); draft Linsey declaration in support of motion for default judgment (.6) | 4.90 | 1,390.00 | 6,811.00 |
| 10/10/2024 | ECS1 | Correspond with D. Skalka and P. Linsey (NPM) regarding expiring tolling agreements and extensions thereof | 0.30 | 1,270.00 | 381.00 |
| 10/10/2024 | ECS1 | Prepare tolling agreement with ▮▮▮ (.1); correspond with ▮▮▮ regarding same (.1) | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429448

Page 11

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/10/2024 | ECS1 | Prepare tolling agreement with ▮▮▮ (.1); correspond with ▮▮▮ regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/10/2024 | ECS1 | Prepare tolling agreement with ▮▮▮ re transfers to the firm (.3); correspond with ▮▮▮ and N. Bassett regarding same (.3) | 0.60 | 1,270.00 | 762.00 |
| 10/10/2024 | ECS1 | Correspond with ▮▮▮ and N. Bassett re transfers to ▮▮▮ and tolling of related deadlines | 0.30 | 1,270.00 | 381.00 |
| 10/10/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.1); update tracker summarizing same (.1); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 10/10/2024 | ECS1 | Correspond with ▮▮▮ regarding transfers to ▮▮▮ and tolling of related deadlines | 0.10 | 1,270.00 | 127.00 |
| 10/10/2024 | LAD4 | Review and comment on numerous pending avoidance action settlements (2.20); t/c N. Bassett re: same (.10) | 2.30 | 1,975.00 | 4,542.50 |
| 10/10/2024 | LS26 | Call and correspond with P. Linsey regarding proposed stay of certain avoidance action (0.2); prepare draft email to defendant Ju regarding same (0.1); correspond with defendant Ju regarding avoidance action (0.1) | 0.40 | 985.00 | 394.00 |
| 10/10/2024 | LS26 | Prepare motion to expedite re Mileson default judgment motion (3.0); incorporate comments from N. Bassett to motion to expedite (0.3); revise transmittal declaration and memorandum of law in support of Mileson motion for default judgment (0.7); correspond with N. Bassett regarding same (0.1); correspond with N. Bassett, W. Farmer, and P. Linsey (NPM) regarding Arethusa Forsyth (0.2) | 4.30 | 985.00 | 4,235.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429448

Page 12

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/10/2024 | NAB | Review correspondence from P. Linsey (NPM) and transfer documents in advance of telephone conference with avoidance action defense counsel regarding preliminary settlement discussions (0.6); telephone conference with P. Linsey (NPM) and defense counsel regarding the same (0.3); follow-up telephone conference with P. Linsey regarding the same (0.2); correspond with L. Despins regarding the same (0.2); telephone conference with avoidance action defendant counsel regarding settlement discussions (0.3); follow-up telephone conference with L. Despins regarding the same (0.1); telephone conference with defense counsel regarding the same (0.3); correspond with E. Sutton regarding tolling agreement revisions (0.2); correspond with defense counsel regarding the same (0.2); correspond with A. Lomas (Kroll) regarding support for avoidance action claims (0.2) | 2.60 | 1,835.00 | 4,771.00 |
| 10/10/2024 | WCF | Further review and revise motion for default judgment against Qiang Guo (Lamp Capital transfers) (1.3); correspond with L. Song, P. Linsey, N. Bassett, and L. Despins regarding same (.3) | 1.60 | 1,390.00 | 2,224.00 |
| 10/11/2024 | DEB4 | Correspond with D. Skalka (NPM) regarding avoidance target | 0.30 | 1,395.00 | 418.50 |
| 10/11/2024 | ECS1 | Correspond with D. Skalka and P. Linsey (NPM) regarding expiring tolling agreements and tolling extensions | 0.30 | 1,270.00 | 381.00 |
| 10/11/2024 | ECS1 | Prepare tolling agreement with ▮▮▮ (.2); correspond with L. Despins, N. Bassett and ▮▮▮ re same (.3) | 0.50 | 1,270.00 | 635.00 |
| 10/11/2024 | ECS1 | Review documents received from ▮▮▮ | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 13

50687-00029

Invoice No. 2429448

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/11/2024 | ECS1 | Conduct factual analysis in connection with avoidance actions | 0.20 | 1,270.00 | 254.00 |
| 10/11/2024 | ECS1 | Prepare tolling agreement with ▮▮▮, (.3); correspond with ▮▮▮ and N. Bassett regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 10/11/2024 | ECS1 | Prepare tolling agreement with ▮▮▮ (.2); calls to ▮▮▮ regarding same (.2); correspond with ▮▮▮, N. Bassett and L. Despins regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 10/11/2024 | ECS1 | Review correspondence with ▮▮▮ regarding settlement offer (.1); correspond with N. Bassett and P. Linsey (NPM) regarding litigation against ▮▮▮ (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/11/2024 | LAD4 | Review/edit revised memo of law re: ▮▮▮ | 0.90 | 1,975.00 | 1,777.50 |
| 10/11/2024 | LS26 | Call with N. Bassett re ▮▮▮ (0.1); review information and documents re transfer to ▮▮▮ (0.8); correspond with N. Bassett regarding additional ▮▮▮ (0.4); correspond with D. Barron regarding same (0.3); correspond with A. Lomas (Kroll) regarding same (0.1) | 1.70 | 985.00 | 1,674.50 |
| 10/11/2024 | LS26 | Revise Mileson default judgment filings (0.8); correspond with W. Farmer regarding same (0.2); review and prepare Mileson default judgment papers for filing (0.5); correspond with K. Ahumada (NPM) regarding filing default judgment papers (0.2) | 1.70 | 985.00 | 1,674.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 14
Kwok
50687-00029
Invoice No. 2429448

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/11/2024 | NAB | Review draft response to motion to dismiss (0.9); correspond with P. Linsey (NPM) regarding the same (0.2); correspond with L. Despins regarding sealing issues (0.1); correspond with E. Sutton regarding tolling agreements (0.3); correspond with opposing counsel regarding the same (0.1); telephone conference with ▇▇▇▇ regarding potential resolution of claims (0.4); telephone conference with L. Song regarding the same (0.1); correspond with L. Song regarding the same (0.2); review rule 2004 discovery in connection with the same (0.2); correspond with S. Maza regarding sealing issues (0.2); telephone conference with ▇▇▇▇ regarding settlement discussions (0.1); correspond with L. Despins regarding the same (0.1) | 2.90 | 1,835.00 | 5,321.50 |
| 10/11/2024 | SM29 | Analyze settlement procedures, sealing issues, and related authority (2.2); email N. Bassett and L. Despins re findings and analysis (.4); reply to further email from N. Bassett re same (.7) | 3.30 | 1,850.00 | 6,105.00 |
| 10/12/2024 | NAB | Correspond with P. Linsey (NPM) and L. Despins regarding tolling agreement revisions and next steps | 0.30 | 1,835.00 | 550.50 |
| 10/14/2024 | ECS1 | Correspond with D. Skalka, P. Linsey (NPM) and L. Despins regarding tolling agreement parties and extended tolling agreements | 0.20 | 1,270.00 | 254.00 |
| 10/14/2024 | ECS1 | Correspond with D. Skalka (NPM) regarding avoidance action targets ▇▇▇▇ ▇▇▇▇ and services they provided to Debtor and his affiliates | 0.50 | 1,270.00 | 635.00 |
| 10/14/2024 | ECS1 | Prepare tolling agreement with ▇▇▇▇ (.3); correspond with P. Linsey (NPM) regarding same (.2); correspond with ▇▇▇▇ regarding same (.2) | 0.70 | 1,270.00 | 889.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429448

Page 15

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/14/2024 | LS26 | Call with defendant Qun Ju regarding avoidance action (0.1); correspond with E. Sutton and P. Linsey (NPM) regarding service to Premiere Accounting Solutions (0.1) | 0.20 | 985.00 | 197.00 |
| 10/14/2024 | NAB | Telephone conferences with P. Linsey (NPM) and ▮▮▮▮▮ regarding avoidance action tolling agreement and litigation issues (0.4); correspond and telephone conference with P. Linsey regarding the same (0.1); prepare new complaints and review related issue (0.3); correspond with ▮▮▮▮▮ regarding the same (0.1) | 0.90 | 1,835.00 | 1,651.50 |
| 10/14/2024 | NAB | Correspond with S. Maza regarding motion to seal issues | 0.10 | 1,835.00 | 183.50 |
| 10/14/2024 | SM29 | Correspond with N. Bassett re reply in support of sealing | 0.10 | 1,850.00 | 185.00 |
| 10/15/2024 | ECS1 | Prepare settlement agreement with ▮▮▮▮ (.9); correspond with N. Bassett regarding same (.2) | 1.10 | 1,270.00 | 1,397.00 |
| 10/15/2024 | ECS1 | Correspond with D. Skalka and P. Linsey (NPM) regarding tolling agreements with certain avoidance defendants | 0.10 | 1,270.00 | 127.00 |
| 10/15/2024 | ECS1 | Correspond with P. Linsey (NPM) regarding ▮▮▮▮▮ and ▮▮▮ and their services to Debtor and his affiliates (.2); review court filings regarding the same (.2) | 0.40 | 1,270.00 | 508.00 |
| 10/15/2024 | ECS1 | Conduct factual analysis in connection with avoidance actions (.3); correspond with avoidance action defendants regarding same (.3) | 0.60 | 1,270.00 | 762.00 |
| 10/15/2024 | JPK1 | Analyze case law concerning law of the case doctrine for motion to withdraw objection to A. Mitchell avoidance action adversary proceeding (1.5); prepare motion to withdraw objection (.3); correspond with S. Maza regarding the same (.2) | 2.00 | 1,185.00 | 2,370.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                   Page 16
50687-00029
Invoice No. 2429448

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/15/2024 | LAD4 | Review/comment on ▆ settlement agreement issues | 0.90 | 1,975.00 | 1,777.50 |
| 10/15/2024 | NAB | Correspond with opposing counsel and E. Sutton regarding settlement agreement and preparation of the same | 0.20 | 1,835.00 | 367.00 |
| 10/15/2024 | SM29 | Revise objection to withdrawal of the reference (.8); correspond with J. Kosciewicz re same (.2) | 1.00 | 1,850.00 | 1,850.00 |
| 10/16/2024 | LS26 | Call with P. Linsey (NPM) regarding avoidance actions | 0.30 | 985.00 | 295.50 |
| 10/16/2024 | LS26 | Correspond with P. Linsey (NPM) regarding ▆▆▆ (0.1); correspond with L. Despins, N. Bassett, D. Barron and P. Linsey (NPM) regarding service of default judgment motion against Q. Guo (0.2); correspond with D. Barron regarding service issues (0.2); draft email to A. Forsyth regarding service of default judgment motion against Q. Guo (0.2); review and comment on service of same (0.6) | 1.30 | 985.00 | 1,280.50 |
| 10/16/2024 | NAB | Review Liberty Jet motion to dismiss reply brief (0.3); correspond with P. Linsey (NPM) regarding the same (0.1); review draft settlement agreement from E. Sutton (0.3); correspond with L. Despins regarding the same (0.1); correspond and telephone conference with P. Linsey (NPM) regarding sealing issues (0.2); correspond with J. Sklarz (opposing counsel) regarding the same (0.1) | 1.10 | 1,835.00 | 2,018.50 |
| 10/16/2024 | SM29 | Analyze arguments and caselaw related to reply in support of sealing (5.1); prepare outline of same (2.0); correspond with L. Despins and N. Bassett re related schedule (.1) | 7.20 | 1,850.00 | 13,320.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok     Page 17
50687-00029
Invoice No. 2429448

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/17/2024 | JPK1 | Continue preparing motion to withdraw objection to A. Mitchell avoidance action adversary proceeding (2.0); correspond with N. Bassett regarding the same (.1); correspond with A. Doherty regarding the same (.1) | 2.20 | 1,185.00 | 2,607.00 |
| 10/18/2024 | AD20 | Correspond with J. Kosciewicz regarding upcoming filings | 0.30 | 445.00 | 133.50 |
| 10/18/2024 | DEB4 | Correspond with N. Bassett and L. Song regarding Mileson default judgment | 0.20 | 1,395.00 | 279.00 |
| 10/18/2024 | JPK1 | Continue preparing motion to withdraw objection to A. Mitchell avoidance action adversary proceeding (2.0); correspond with N. Bassett regarding the same (.1); correspond with ▮▮▮▮ regarding the same (.1) | 2.20 | 1,185.00 | 2,607.00 |
| 10/18/2024 | KC27 | Review omnibus motion to dismiss avoidance actions | 0.50 | 1,185.00 | 592.50 |
| 10/18/2024 | LS26 | Review court order in Q. Guo avoidance action (0.1); correspond with N. Bassett, P. Linsey (NPM), W. Farmer, and D. Barron regarding same (0.2); draft email to P. Linsey (NPM) regarding service on Q. Guo (0.2) | 0.50 | 985.00 | 492.50 |
| 10/18/2024 | LS26 | Review joint defendants' omnibus memorandum in support of motion to dismiss or judgment on the pleadings | 0.20 | 985.00 | 197.00 |
| 10/18/2024 | NAB | Correspond with L. Song regarding default judgment issues (.3); correspond with P. Linsey (NPM) regarding settlement discussions and strategy (.4) | 0.70 | 1,835.00 | 1,284.50 |
| 10/20/2024 | LS26 | Prepare consent motion to stay avoidance action as against Qun Ju (1.7); correspond with E. Sutton regarding service issues (0.1); review documents regarding G4S and correspond with D. Barron regarding same (0.2) | 2.00 | 985.00 | 1,970.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                                                Page 18
50687-00029
Invoice No. 2429448

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/20/2024 | LS26 | Correspond with Premiere Accounting Solutions re avoidance action (0.1); correspond with ███████ re document provision (0.1) | 0.20 | 985.00 | 197.00 |
| 10/20/2024 | NAB | Review update on settlement negotiations (.3); review and revise draft response to G4S motion to dismiss (.6); correspond with P. Linsey (NPM) regarding same (.1) | 1.00 | 1,835.00 | 1,835.00 |
| 10/20/2024 | SM29 | Review joint defendants' motion to dismiss | 1.10 | 1,850.00 | 2,035.00 |
| 10/20/2024 | SM29 | Review emails with T. Simon and D. Barron re jurisdiction analysis | 0.60 | 1,850.00 | 1,110.00 |
| 10/21/2024 | DEB4 | Correspond with N. Bassett regarding joint dismissal motion same (0.1); analyze same (0.8); correspond with P. Linsey regarding G4s claims (0.2); correspond with N. Bassett and L. Despins regarding same (0.2) | 1.30 | 1,395.00 | 1,813.50 |
| 10/21/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (1.1); update tracker summarizing same (.4); prepare analysis of certain Trustee claims (.3); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.2) | 2.00 | 1,270.00 | 2,540.00 |
| 10/21/2024 | ECS1 | Conduct factual analysis regarding Immobiliara Barbara 2000 S.R.L avoidance action (.3); correspond with D. Pesce (Studio Avv. Daria Pesce) regarding same (.3) | 0.60 | 1,270.00 | 762.00 |
| 10/21/2024 | JPK1 | Correspond with S. Maza regarding response to Lawall and Mitchell and Aaron MItchell motions to withdraw the reference | 0.20 | 1,185.00 | 237.00 |
| 10/21/2024 | LS26 | Email A. Lomas (Kroll) and J. Lazarus (Kroll) about ███████████████ | 0.30 | 985.00 | 295.50 |
| 10/21/2024 | LS26 | Correspond with P. Linsey (NPM) regarding Qiang Guo avoidance action | 0.20 | 985.00 | 197.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429448

Page 19

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/21/2024 | NAB | Review and revise draft response to motion to withdraw the reference (1.9); review motion to withdraw the reference and related documents in connection with same (.7); further revise draft response to same (.8); correspond with S. Maza regarding same (.2); correspond with ▮▮▮ (defense counsel) regarding settlement discussions and diligence related to same (.3) | 3.90 | 1,835.00 | 7,156.50 |
| 10/21/2024 | NAB | Correspond with ▮▮▮ regarding settlement agreement with ▮▮▮ and next steps | 0.10 | 1,835.00 | 183.50 |
| 10/21/2024 | SM29 | Analyze caselaw and prepare objection to motions to withdraw the reference in Mitchell APs (3.7); correspond with J. Kosciewicz and N. Bassett re same (.3); email L. Despins re same (.2) | 4.20 | 1,850.00 | 7,770.00 |
| 10/21/2024 | SM29 | Email T. Simon re jurisdiction questions (.4); review cases from T. Simon re same (.7) | 1.10 | 1,850.00 | 2,035.00 |
| 10/22/2024 | AD20 | Review and revise legal and factual citations included in objections to withdraw the reference in AP 5199 and AP 5110 | 4.30 | 445.00 | 1,913.50 |
| 10/22/2024 | DEB4 | Conference with N. Bassett, S. Maza, K. Catalano, L. Song regarding joint motion to dismiss response (0.8); analyze arguments regarding same (0.6) | 1.40 | 1,395.00 | 1,953.00 |
| 10/22/2024 | DEB4 | Conference with S. Maza regarding alter ego issues | 0.40 | 1,395.00 | 558.00 |
| 10/22/2024 | ECS1 | Continue factual analysis regarding Immobiliara Barbara 2000 S.R.L. avoidance action (.2); correspond with D. Pesce (Avvocato Daria Pesce), counsel to Immobiliara Barbara 2000 S.R.L., regarding same (.2) | 0.40 | 1,270.00 | 508.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429448

Page 20

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/22/2024 | ECS1 | Prepare settlement agreement with ▮▮▮▮ ▮▮▮▮ (.2); correspond with ▮▮ and N. Bassett regarding same (.2) | 0.40 | 1,270.00 | 508.00 |
| 10/22/2024 | ECS1 | Prepare revised settlement agreement templates for avoidance action settlements | 0.10 | 1,270.00 | 127.00 |
| 10/22/2024 | KC27 | Attend meeting with N. Bassett, S. Maza, D. Barron, L. Song, P. Linsey re joint motion to dismiss (.8); review joint motion to prepare for same (.6); correspond with S. Maza re same (.1) | 1.50 | 1,185.00 | 1,777.50 |
| 10/22/2024 | LS26 | Call with N. Bassett, D. Barron, S. Maza, K. Catalano, and P. Linsey (NPM) regarding response to joint motion to dismiss (0.8); prepare follow up notes regarding same (0.1) | 0.90 | 985.00 | 886.50 |
| 10/22/2024 | NAB | Analyze joint motion to dismiss (.4); call with D. Barron, S. Maza, K. Catalano, L. Song, P. Linsey (NPM) regarding response to same (.8) | 1.20 | 1,835.00 | 2,202.00 |
| 10/22/2024 | NAB | Correspond with E. Sutton regarding revised settlement agreement with ▮▮▮▮ and review same | 0.10 | 1,835.00 | 183.50 |
| 10/22/2024 | SM29 | Call with D. Barron re joint defendants' motion to dismiss (.4); call with D. Barron, L. Song, K. Catalano, N. Bassett, P. Linsey (NPM) re same (.8); review brief from P. Linsey re same (.4); review joint defendants' motion to dismiss (.5); correspond with K. Catalano re same (.1) | 2.20 | 1,850.00 | 4,070.00 |
| 10/23/2024 | AD20 | Review and revise objections to withdraw the reference in AP 5199 and AP 5110 | 4.00 | 445.00 | 1,780.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429448

Page 21

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/23/2024 | DEB4 | Conferences with S. Maza regarding alter ego issues (1.2); conference with P. Linsey regarding avoidance actions (0.3); correspond with L. Despins regarding action against Qiang Guo (0.1); correspond with L. Song regarding Aaron Mitchell related allegations (0.2); correspond with K. Catalano regarding alter ego case law (0.2) | 2.00 | 1,395.00 | 2,790.00 |
| 10/23/2024 | ECS1 | Conduct factual analysis in connection with avoidance actions (.1); correspond with avoidance action defendants regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/23/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims | 0.10 | 1,270.00 | 127.00 |
| 10/23/2024 | ECS1 | Prepare ▮▮▮▮ settlement agreement (.2); correspond with N. Bassett regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 10/23/2024 | JPK1 | Correspond with S. Maza regarding response to Lawall and Mitchell and Aaron Mitchell motions to withdraw the reference (.3); review and revise response to Aaron Mitchell motion to withdraw the reference (.4) | 0.70 | 1,185.00 | 829.50 |
| 10/23/2024 | KC27 | Review prior case analysis re nunc pro tunc issue (.4); correspond with S. Maza and D. Barron re same (.1) | 0.50 | 1,185.00 | 592.50 |
| 10/23/2024 | LAD4 | Review/edit our 2 briefs in opposition to Lawall motion to withdraw the reference | 1.10 | 1,975.00 | 2,172.50 |
| 10/23/2024 | LS26 | Review ▮▮▮▮ ▮▮▮▮▮ (0.4); correspond with E. Sutton regarding same (0.1); correspond with A. Bongartz re same (0.5) | 1.00 | 985.00 | 985.00 |
| 10/23/2024 | LS26 | Review and revise motion to stay Qun Ju adversary proceeding | 0.40 | 985.00 | 394.00 |
| 10/23/2024 | LS26 | Review email from A. Lomas (Kroll) on bank statement analysis | 0.20 | 985.00 | 197.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429448

Page 22

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/23/2024 | NAB | Correspond with E. Sutton regarding defendants' comments to draft settlement agreement (.1); review and revise same (.3); correspond with ███████ regarding same (.1); review responses to motions to withdraw the reference (.5); correspond with S. Maza regarding same (.2); review draft motion to stay avoidance action (.3); correspond with L. Song and P. Linsey (NPM) regarding same (.1); analyze legal issues related to response to joint motion to dismiss brief and related case law (.5); correspond with L. Despins regarding same (.1) | 2.20 | 1,835.00 | 4,037.00 |
| 10/23/2024 | SM29 | Revise and supplement objection to motions to withdraw the reference in Lawall APs | 5.30 | 1,850.00 | 9,805.00 |
| 10/23/2024 | SM29 | Calls with D. Barron re alter ego issues (1.2); analyze caselaw re same (1.0) | 2.20 | 1,850.00 | 4,070.00 |
| 10/24/2024 | DEB4 | Correspond with K. Catalano regarding alter ego issues (0.1); analyze case law related to same (0.4) | 0.50 | 1,395.00 | 697.50 |
| 10/24/2024 | KC27 | Analyze case law and related pleadings re substantive consolidation nunc pro tunc issue (.3); correspond with N. Bassett re same (.1); review email from D. Barron re joint motions to dismiss (.1) | 0.50 | 1,185.00 | 592.50 |
| 10/24/2024 | NAB | Correspond with L. Despins regarding Q. Guo default judgment and enforcement issues (.1); analyze authority relating to same (.5); correspond with P. Linsey (NPM) and L. Despins regarding same (.1); analyze caselaw regarding response to joint motion to dismiss brief (.4); correspond with D. Barron regarding same (.1); correspond with P. Linsey regarding Harcus Parker privilege stipulation (.1) | 1.30 | 1,835.00 | 2,385.50 |
| 10/25/2024 | DEB4 | Correspond with P. Linsey regarding law firm issues | 0.30 | 1,395.00 | 418.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429448

Page 23

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/25/2024 | NAB | Continue analyzing motion to dismiss response arguments and related authority | 1.40 | 1,835.00 | 2,569.00 |
| 10/25/2024 | NAB | Correspond with P. Linsey regarding default judgment issues re Q. Guo | 0.30 | 1,835.00 | 550.50 |
| 10/26/2024 | LAD4 | Review/edit Cirrus/Mileson default motion | 0.70 | 1,975.00 | 1,382.50 |
| 10/26/2024 | NAB | Review and revise draft default judgment papers for Q. Guo (.4); correspond with P. Linsey (NPM) and L. Despins regarding same (.1) | 0.50 | 1,835.00 | 917.50 |
| 10/27/2024 | KC27 | Review emails from N. Bassett and S. Maza re omnibus motions to dismiss | 0.20 | 1,185.00 | 237.00 |
| 10/27/2024 | NAB | Further analyze joint motion to dismiss brief (.6); analyze case law in connection with same (.4); correspond with S. Maza regarding same (.3); correspond with ▓▓▓ ▓▓▓▓▓ (avoidance action defense counsel) regarding update on discussions (.1) | 1.40 | 1,835.00 | 2,569.00 |
| 10/27/2024 | NAB | Correspond with P. Linsey (NPM) regarding Q. Guo default judgment issues | 0.20 | 1,835.00 | 367.00 |
| 10/27/2024 | SM29 | Correspond with N. Bassett re objection to joint motion to dismiss (.8); analyze caselaw and statutory authority re same (6.5) | 7.30 | 1,850.00 | 13,505.00 |
| 10/28/2024 | ECS1 | Review documents and emails with parties in tolling agreements with the Trustee (.5); update tracker regarding same (.3); correspond with D. Skalka and P. Linsey (NPM) regarding same (.2) | 1.00 | 1,270.00 | 1,270.00 |
| 10/28/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.1); update tracker summarizing same (.2); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 10/28/2024 | ECS1 | Review and update settlement agreement with ▓▓▓ | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429448

Page 24

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/28/2024 | ECS1 | Conduct factual analysis of avoidance claims (.1); correspond with avoidance action defendants regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/28/2024 | KC27 | Review correspondence from S. Maza and N. Bassett re case law on alter ego (.4); analyze case law discussed in same (.6) | 1.00 | 1,185.00 | 1,185.00 |
| 10/28/2024 | LAD4 | Telephone conference with ████ regarding settlement of claim (.30); review issues in prep for same and draft email with final offer (.90) | 1.20 | 1,975.00 | 2,370.00 |
| 10/28/2024 | NAB | Correspond with S. Maza regarding response to joint motion to dismiss brief (.4); correspond with ████ ████ regarding related discussions (.1) | 0.50 | 1,835.00 | 917.50 |
| 10/28/2024 | SM29 | Review N. Bassett email re objection to joint motion to dismiss (.2); prepare outline of same (1.0) | 1.20 | 1,850.00 | 2,220.00 |
| 10/29/2024 | DEB4 | Conferences with S. Maza regarding joint motion to dismiss issues | 0.70 | 1,395.00 | 976.50 |
| 10/29/2024 | ECS1 | Review documents and emails with parties who entered into tolling agreements with the Trustee (.2); update tracking chart regarding same (.1); correspond with P. Linsey (NPM) regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 10/29/2024 | ECS1 | Correspond with L. Despins regarding settlement agreement with ████ | 0.10 | 1,270.00 | 127.00 |
| 10/29/2024 | ECS1 | Correspond with L. Despins regarding analysis of ████ potential claims and settlement thereof | 0.30 | 1,270.00 | 381.00 |
| 10/29/2024 | ECS1 | Correspond with D. Pesce, counsel to Immobiliara Barbara 2000 SRL, regarding Immobiliara Barbara 2000 SRL's avoidance action | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429448

Page 25

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/29/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.1); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/29/2024 | ECS1 | Analyze caselaw related to issues raised in joint defendants' motion to dismiss (.4); correspond with S. Maza regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 10/29/2024 | KC27 | Correspond with S. Maza re objection to omnibus motion to dismiss (.1); call with S. Maza re same (.2); analyze case law regarding reverse veil piercing (2.2) | 2.50 | 1,185.00 | 2,962.50 |
| 10/29/2024 | LAD4 | Call [ ] and P. Linsey regarding terms of [ ] settlement agreement | 0.30 | 1,975.00 | 592.50 |
| 10/29/2024 | SM29 | Prepare objection to joint motion to dismiss (4.0); call with K. Catalano re same (.2); email K. Catalano re same (.1) | 4.30 | 1,850.00 | 7,955.00 |
| 10/29/2024 | SM29 | Call with D. Barron re joint motion to dismiss | 0.70 | 1,850.00 | 1,295.00 |
| 10/30/2024 | DEB4 | Conference with S. Maza regarding issues related to objection to joint motion to dismiss (0.4); correspond with L. Song regarding objection to joint motion to dismiss (0.1) | 0.50 | 1,395.00 | 697.50 |
| 10/30/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.2); update tracker summarizing same (.2); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.2) | 0.60 | 1,270.00 | 762.00 |
| 10/30/2024 | ECS1 | Prepare parts of objection to defendants' joint motion to dismiss (2.6); analyze arguments in joint motion and related caselaw (1.5); correspond with S. Maza regarding same (.3) | 4.40 | 1,270.00 | 5,588.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429448

Page 26

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/30/2024 | ECS1 | Correspond with A. Bongartz re precedent for further tolling agreement | 0.10 | 1,270.00 | 127.00 |
| 10/30/2024 | KC27 | Analyze case law regarding reverse veil piercing (6.1); prepare outline for objection to omnibus motions to dismiss (1.8); correspond with S. Maza regarding same (.1) | 8.00 | 1,185.00 | 9,480.00 |
| 10/30/2024 | LS26 | Correspond with S. Maza and K. Catalano regarding joint defendants' motion to dismiss | 0.20 | 985.00 | 197.00 |
| 10/30/2024 | SM29 | Prepare objection to joint motion to dismiss | 7.40 | 1,850.00 | 13,690.00 |
| 10/30/2024 | SM29 | Call with D. Barron re objection to joint motion to dismiss | 0.40 | 1,850.00 | 740.00 |
| 10/31/2024 | DEB4 | Conferences with S. Maza re: legal theories related to objection to joint motion to dismiss (1.4); analyze case law related to same (1.1); correspond with S. Maza regarding same (0.2) | 2.70 | 1,395.00 | 3,766.50 |
| 10/31/2024 | ECS1 | Call with D. Pesce, counsel to Immobiliara Barbara, regarding avoidance action against it (.3); review transfer claims in preparation for same (.3); follow up correspondence with D. Pesce regarding same (.4) | 1.00 | 1,270.00 | 1,270.00 |
| 10/31/2024 | ECS1 | Analyze issues and related caselaw for objection to joint defendants' motion to dismiss (1.9); correspond with S. Maza regarding same (.4) | 2.30 | 1,270.00 | 2,921.00 |
| 10/31/2024 | ECS1 | Review correspondence from ▮▮▮▮▮ ▮▮▮ regarding settlement agreement with ▮ | 0.10 | 1,270.00 | 127.00 |
| 10/31/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims | 0.20 | 1,270.00 | 254.00 |
| 10/31/2024 | ECS1 | Review and summarize information regarding law firms that received transfers from Debtor alter egos (.4); correspond with P. Linsey (NPM) regarding same (.1) | 0.50 | 1,270.00 | 635.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 27

50687-00029

Invoice No. 2429448

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/31/2024 | KC27 | Prepare argument for objection to omnibus motion to dismiss (5.2); correspond with S. Maza re same (.2); analyze case law regarding reverse veil piercing factors (2.1) | 7.50 | 1,185.00 | 8,887.50 |
| 10/31/2024 | NAB | Correspond with E. Sutton regarding settlement discussions (.1); correspond with ▬▬▬▬ regarding settlement agreement (.1) | 0.20 | 1,835.00 | 367.00 |
| 10/31/2024 | SM29 | Continue preparing objection to joint motion to dismiss | 6.90 | 1,850.00 | 12,765.00 |
| 10/31/2024 | SM29 | Calls with D. Barron re objection to joint motion to dismiss | 1.40 | 1,850.00 | 2,590.00 |
| | | **Subtotal: B191 General Litigation** | **239.00** | | **358,324.00** |
| | | **Total** | **239.00** | | **358,324.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 13.40 | 1,975.00 | 26,465.00 |
| NAB | Nicholas A. Bassett | Partner | 42.90 | 1,835.00 | 78,721.50 |
| AB21 | Alex Bongartz | Of Counsel | 0.10 | 1,850.00 | 185.00 |
| SM29 | Shlomo Maza | Of Counsel | 59.60 | 1,850.00 | 110,260.00 |
| DEB4 | Douglass E. Barron | Associate | 12.60 | 1,395.00 | 17,577.00 |
| WCF | Will C. Farmer | Associate | 6.50 | 1,390.00 | 9,035.00 |
| ECS1 | Ezra C. Sutton | Associate | 43.80 | 1,270.00 | 55,626.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 7.30 | 1,185.00 | 8,650.50 |
| KC27 | Kristin Catalano | Associate | 22.20 | 1,185.00 | 26,307.00 |
| LS26 | Luyi Song | Associate | 22.00 | 985.00 | 21,670.00 |
| AD20 | Allison Doherty | Paralegal | 8.60 | 445.00 | 3,827.00 |

**Costs incurred and advanced**

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00029

Invoice No. 2429448

Page 28

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 10/08/2024 | Photocopy Charges | 66.00 | 0.08 | 5.28 |
| 10/16/2024 | Photocopy Charges | 180.00 | 0.08 | 14.40 |
| 10/01/2024 | Local - Meals - Ezra Sutton; 09/18/2024; Restaurant: Kosher Deluxe ; City: New York ; Dinner; Number of people: 1; Meal expense incurred while working late on client matters | | | 9.63 |
| 10/01/2024 | Local - Taxi - Ezra Sutton; 09/18/2024; From/To: Office/Home; Service Type: Uber; Time: 21:12; Car expense incurred while working late on client matters | | | 34.09 |
| 10/08/2024 | Postage/Express Mail - Registered Mail; | | | 31.46 |
| 10/09/2024 | Computer Search (Other) | | | 6.30 |
| 10/15/2024 | UPS/Courier Service - Federal Express, Invoice# 2-319-93820 Dated 10/15/24, Package from Karen Mcintyre to Celina Hong & Luyi Song to New Zealand finance. | | | 27.66 |
| 10/22/2024 | UPS/Courier Service - Federal Express, Invoice# 2-322-03447 Dated 10/22/24, Package to: Qiang Guo - Princes Gate, 5 Princes Gate, Flat 6, London LO SW7 1QJ GB | | | 21.89 |
| 10/23/2024 | Computer Search (Other) | | | 2.70 |
| 10/24/2024 | Computer Search (Other) | | | 11.34 |
| 10/31/2024 | Westlaw | | | 367.41 |
| 10/31/2024 | Westlaw | | | 9.29 |
| **Total Costs incurred and advanced** | | | | **$541.45** |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$358,865.45** |
| **Total Balance Due - Due Upon Receipt** | | **$358,865.45** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429449

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Mediation**
PH LLP Client/Matter # 50687-00030
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $11,786.50 |
| **Current Fees and Costs Due** | **$11,786.50** |
| **Total Balance Due - Due Upon Receipt** | **$11,786.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429449

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Mediation**
PH LLP Client/Matter # 50687-00030
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending October 31, 2024 | $11,786.50 |
| **Current Fees and Costs Due** | **$11,786.50** |
| **Total Balance Due - Due Upon Receipt** | **$11,786.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429449

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

## Mediation                                                                     $11,786.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 10/01/2024 | ECS1 | Correspond and call with P. Linsey (NPM) regarding correspondence with mediator regarding approval of settlement agreements and mediation of same | 0.10 | 1,270.00 | 127.00 |
| 10/03/2024 | LAD4 | Review issues and notes in prep for call with Judge Tancredi re: ▮ (.70); handle same with P. Linsey (.70) | 1.40 | 1,975.00 | 2,765.00 |
| 10/04/2024 | NAB | Correspond with Judge Tancredi regarding avoidance action settlement issues | 0.30 | 1,835.00 | 550.50 |
| 10/09/2024 | LAD4 | Review issues and authority in prep for Amex call with Judge Tancredi (.50); handle call with ▮ and Judge Tancredi (.20) | 0.70 | 1,975.00 | 1,382.50 |
| 10/10/2024 | ECS1 | Correspond with P. Linsey (NPM) regarding settlement agreements and mediation of same | 0.10 | 1,270.00 | 127.00 |
| 10/10/2024 | SM29 | Analyze authority and precedent re mediation and settlement procedures in connection with settlement and sealing motions | 3.00 | 1,850.00 | 5,550.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok       Page 2
50687-00030
Invoice No. 2429449

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/23/2024 | NAB | Prepare explanations of recent avoidance action settlements for mediator (.6); correspond with mediator regarding same (.1) | 0.70 | 1,835.00 | 1,284.50 |
| | | **Subtotal: B191  General Litigation** | **6.30** | | **11,786.50** |
| | **Total** | | **6.30** | | **11,786.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 2.10 | 1,975.00 | 4,147.50 |
| NAB | Nicholas A. Bassett | Partner | 1.00 | 1,835.00 | 1,835.00 |
| SM29 | Shlomo Maza | Of Counsel | 3.00 | 1,850.00 | 5,550.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.20 | 1,270.00 | 254.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$11,786.50** |
| **Total Balance Due - Due Upon Receipt** | | **$11,786.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429450

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Forfeiture Issues**
PH LLP Client/Matter # 50687-00031
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending October 31, 2024 | $36,643.00 |
| **Current Fees and Costs Due** | **$36,643.00** |
| **Total Balance Due - Due Upon Receipt** | **$36,643.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429450

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Forfeiture Issues**
PH LLP Client/Matter # 50687-00031
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending October 31, 2024 | $36,643.00 |
| **Current Fees and Costs Due** | **$36,643.00** |
| **Total Balance Due - Due Upon Receipt** | **$36,643.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429450

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

**Forfeiture Issues**                                                    **$36,643.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 10/01/2024 | LT9 | Review and revise correspondence to L. Despins, N. Bassett, S. Maza on DOJ forfeiture issues (0.3); telephone conference with S. Maza regarding same (.1); telephone conferences with L. Despins regarding same (.2); review draft submission to DOJ (0.6) | 1.20 | 1,775.00 | 2,130.00 |
| 10/01/2024 | LAD4 | Review & edit petition for remission (2.60); t/c L. Tsao re: same (.20); t/c S. Maza re: same (.40) | 3.20 | 1,975.00 | 6,320.00 |
| 10/01/2024 | LS26 | Review and revise draft petition for remission (0.5); correspond with L. Despins regarding same (0.1) | 0.60 | 985.00 | 591.00 |
| 10/01/2024 | SM29 | Review comments from L. Tsao and N. Bassett and revise remission petition to reflect same (.7); email L. Despins re same (.2); further revise remission petition (2.0); correspond with L. Despins re same (.3); calls with L. Despins re same (.4); call with L. Tsao re same (.1) | 3.70 | 1,850.00 | 6,845.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2
50687-00031
Invoice No. 2429450

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/04/2024 | LT9 | Review and revise correspondence to L. Despins and N. Bassett on Guo victims | 0.20 | 1,775.00 | 355.00 |
| 10/08/2024 | LT9 | Correspond with L. Despins on DOJ reachout | 0.10 | 1,775.00 | 177.50 |
| 10/11/2024 | LT9 | Correspond with L. Despins on DOJ reachout | 0.30 | 1,775.00 | 532.50 |
| 10/15/2024 | LT9 | Draft correspondence to T. LaMorte, J. Bickford and DOJ team regarding petition for remission | 0.20 | 1,775.00 | 355.00 |
| 10/15/2024 | NAB | Correspond with L. Tsao regarding forfeiture issues | 0.10 | 1,835.00 | 183.50 |
| 10/16/2024 | LT9 | Correspond with L. Despins on forfeiture issues | 0.10 | 1,775.00 | 177.50 |
| 10/17/2024 | LT9 | Draft correspondence to T. LaMorte and L. Despins regarding meeting to discuss forfeiture questions | 0.10 | 1,775.00 | 177.50 |
| 10/21/2024 | LT9 | Videoconference with T. LaMorte on forfeiture issues | 0.20 | 1,775.00 | 355.00 |
| 10/21/2024 | LT9 | Telephone conference with L. Despins on forfeiture call with DOJ | 1.00 | 1,775.00 | 1,775.00 |
| 10/21/2024 | LAD4 | T/c L. Tsao re: remission issues & call with DOJ | 1.00 | 1,975.00 | 1,975.00 |
| 10/23/2024 | LT9 | Telephone conference with L. Despins regarding remission issues | 0.20 | 1,775.00 | 355.00 |
| 10/23/2024 | LT9 | Review and draft correspondence with L. Despins about DOJ meeting | 0.40 | 1,775.00 | 710.00 |
| 10/23/2024 | LT9 | Review and draft correspondence to M. Colon (DOJ) on DOJ forfeiture questions | 0.10 | 1,775.00 | 177.50 |
| 10/23/2024 | LAD4 | Review & comment on remission open issues (.40); t/c L. Tsao re: same (.20) | 0.60 | 1,975.00 | 1,185.00 |
| 10/23/2024 | NAB | Correspond with L. Despins and L. Tsao regarding forfeiture discussions | 0.20 | 1,835.00 | 367.00 |
| 10/29/2024 | LT9 | Correspond with L. Despins on DOJ questions | 0.10 | 1,775.00 | 177.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                      Page 3
50687-00031
Invoice No. 2429450

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/29/2024 | LT9 | Telephone conference with DOJ, L. Despins, N. Bassett, and S. Maza on forfeiture questions | 0.50 | 1,775.00 | 887.50 |
| 10/29/2024 | LAD4 | Call with DOJ team and N. Bassett, L. Tsao, S. Maza regarding open issues re: forfeiture (.50); follow up call with N. Bassett & S. Maza re: same (.20) | 0.70 | 1,975.00 | 1,382.50 |
| 10/29/2024 | NAB | Correspond with L. Despins regarding call with DOJ regarding forfeiture order (.1); review issues and prepare notes for same (.3); participate in call with L. Despins, L. Tsao, S. Maza, and DOJ regarding same (.5); follow-up call with S. Maza and L. Despins regarding same (.2); correspond with S. Maza regarding same (.2) | 1.30 | 1,835.00 | 2,385.50 |
| 10/29/2024 | SM29 | Call with L. Tsao, L. Despins, N. Bassett, and DOJ re forfeiture issues (.5); correspond with L. Despins in prep for same (.2); follow up call with L. Despins and N. Bassett re forfeiture issues (.2); email L. Despins, N. Bassett, L. Tsao re same (.7) | 1.60 | 1,850.00 | 2,960.00 |
| 10/31/2024 | LS26 | Review draft petition for remission (0.3); call with S. Maza regarding same (0.1); review documents relating to remission petition and correspond with S. Maza regarding same (0.2) | 0.60 | 985.00 | 591.00 |
| 10/31/2024 | SM29 | Correspond with L. Despins re revised remission petition (.1); call with L. Song re same (.1); revise remission petition (1.0); prepare email to DOJ re remission petition (.4); correspond with L. Despins and L. Tsao re same (.3) | 1.90 | 1,850.00 | 3,515.00 |
| | | **Subtotal: B191  General Litigation** | **20.20** | | **36,643.00** |
| | **Total** | | **20.20** | | **36,643.00** |

**Timekeeper Summary**

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 4

50687-00031

Invoice No. 2429450

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| LAD4 | Luc A. Despins | Partner | 5.50 | 1,975.00 | 10,862.50 |
| NAB | Nicholas A. Bassett | Partner | 1.60 | 1,835.00 | 2,936.00 |
| LT9 | Leo Tsao | Partner | 4.70 | 1,775.00 | 8,342.50 |
| SM29 | Shlomo Maza | Of Counsel | 7.20 | 1,850.00 | 13,320.00 |
| LS26 | Luyi Song | Associate | 1.20 | 985.00 | 1,182.00 |

| **Current Fees and Costs** | **$36,643.00** |
|---|---|
| **Total Balance Due - Due Upon Receipt** | **$36,643.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429451

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**K Legacy**
PH LLP Client/Matter # 50687-00032
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $24,583.00 |
| **Current Fees and Costs Due** | **$24,583.00** |
| **Total Balance Due - Due Upon Receipt** | **$24,583.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
https://paywithtranch.com/paulhastings

For wires, please reference the invoice, client and matter number(s) being paid
For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox
Please refer all questions to billing@paulhastings.com



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429451

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**K Legacy**
PH LLP Client/Matter # 50687-00032
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $24,583.00 |
| **Current Fees and Costs Due** | **$24,583.00** |
| **Total Balance Due - Due Upon Receipt** | **$24,583.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429451

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

**K Legacy**                                                                    **$24,583.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 10/01/2024 | DEB4 | Review and comment on BVI affidavit (1.2); correspond with E. Sutton regarding confidentiality issues related to same (0.2) | 1.40 | 1,395.00 | 1,953.00 |
| 10/01/2024 | ECS1 | Review and prepare documents as exhibits for BVI filing (.6); correspond with J. Stewart (Harneys) and D. Barron regarding same (.2); correspond with L. Song regarding same (.1) | 0.90 | 1,270.00 | 1,143.00 |
| 10/03/2024 | DEB4 | Correspond with L. Song regarding BVI filings | 0.20 | 1,395.00 | 279.00 |
| 10/09/2024 | AB21 | Call with D. Barron regarding update on K Legacy BVI issues | 0.10 | 1,850.00 | 185.00 |
| 10/09/2024 | DEB4 | Correspond with J. Stewart regarding BVI affidavits (0.3); correspond with L. Despins regarding freeholder counsel communications (0.4); correspond with A. de Quincey (Pallas) regarding letter to Hamilton administrator counsel (0.4) | 1.10 | 1,395.00 | 1,534.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00032
Invoice No. 2429451

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/09/2024 | DEB4 | Conference with A. Thorp regarding BVI law issues (0.4); call with A. Bongartz regarding Rubin issues (0.1) | 0.50 | 1,395.00 | 697.50 |
| 10/14/2024 | AB21 | Correspond with A. de Quincey (Pallas) regarding update on BVI proceedings related to K Legacy | 0.20 | 1,850.00 | 370.00 |
| 10/15/2024 | AB21 | Correspond with L. Despins regarding declaration filed in BVI proceedings (0.1); review same (0.2) | 0.30 | 1,850.00 | 555.00 |
| 10/15/2024 | ECS1 | Correspond with J. Stewart (Harneys) re BVI injunction (.1); prepare documents in connection with same (.3) | 0.40 | 1,270.00 | 508.00 |
| 10/16/2024 | DEB4 | Correspond with L. Despins regarding 2016 sale (0.2); correspond with Kroll regarding same (0.1); correspond with Paul Wright regarding Rubin issues (0.3); revise BVI filings (2.2) | 2.80 | 1,395.00 | 3,906.00 |
| 10/16/2024 | ECS1 | Correspond with J. Stewart (Harneys) re BVI injunction | 0.10 | 1,270.00 | 127.00 |
| 10/16/2024 | LAD4 | Review/edit my third affidavit in BVI court | 0.80 | 1,975.00 | 1,580.00 |
| 10/16/2024 | LS26 | Analyze issues relating to purchase of Princes Gate apartment | 0.30 | 985.00 | 295.50 |
| 10/17/2024 | DEB4 | Correspond with L. Song regarding K Legacy issues (0.3); revise BVI affidavit (1.8) | 2.10 | 1,395.00 | 2,929.50 |
| 10/17/2024 | LS26 | Review documents and information about purchase of Princes Gate apartment (1.2); correspond with L. Despins regarding same (0.1); draft email to L. Despins and D. Barron regarding purchase of Princes Gate apartment (0.2) | 1.50 | 985.00 | 1,477.50 |
| 10/18/2024 | DEB4 | Correspond with J. Stewart regarding BVI affidavit | 0.30 | 1,395.00 | 418.50 |
| 10/22/2024 | DEB4 | Correspond with L. Despins regarding BVI injunction | 0.20 | 1,395.00 | 279.00 |
| 10/23/2024 | LAD4 | Emails to/from BVI counsel re: next steps/open issues | 1.10 | 1,975.00 | 2,172.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
Page 3
50687-00032
Invoice No. 2429451

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/25/2024 | DEB4 | Revise UK affidavit (1.2); correspond with L. Despins regarding same (0.1); correspond with Pallas regarding same (0.2) | 1.50 | 1,395.00 | 2,092.50 |
| 10/30/2024 | LAD4 | Review/edit BVI counsel directions | 0.70 | 1,975.00 | 1,382.50 |
| 10/31/2024 | DEB4 | Revise letter to Ogier regarding case matters and direction | 0.50 | 1,395.00 | 697.50 |
| | | **Subtotal: B191 General Litigation** | **17.00** | | **24,583.00** |
| | | **Total** | **17.00** | | **24,583.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 2.60 | 1,975.00 | 5,135.00 |
| AB21 | Alex Bongartz | Of Counsel | 0.60 | 1,850.00 | 1,110.00 |
| DEB4 | Douglass E. Barron | Associate | 10.60 | 1,395.00 | 14,787.00 |
| ECS1 | Ezra C. Sutton | Associate | 1.40 | 1,270.00 | 1,778.00 |
| LS26 | Luyi Song | Associate | 1.80 | 985.00 | 1,773.00 |

**Current Fees and Costs** $24,583.00

**Total Balance Due - Due Upon Receipt** $24,583.00



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429452

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Swiss Proceedings
PH LLP Client/Matter # 50687-00033
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $81,969.50 |
| **Current Fees and Costs Due** | **$81,969.50** |
| **Total Balance Due - Due Upon Receipt** | **$81,969.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429452

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Swiss Proceedings**
PH LLP Client/Matter # 50687-00033
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $81,969.50 |
| **Current Fees and Costs Due** | **$81,969.50** |
| **Total Balance Due - Due Upon Receipt** | **$81,969.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429452

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

### Swiss Proceedings

**$81,969.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B261** | **Investigations** | | | | |
| 10/02/2024 | AB21 | Correspond with L. Despins and D. Hayek (Prager) regarding update on Swiss investigation | 0.10 | 1,850.00 | 185.00 |
| 10/03/2024 | AB21 | Revise Swiss letter to bank (1.1); conference with L. Despins regarding same (0.2); correspond with D. Hayek (Prager) regarding same (0.8) | 2.10 | 1,850.00 | 3,885.00 |
| 10/03/2024 | LAD4 | Review/edit letters to Swiss banks (.90); meeting A. Bongartz re: same (.20) | 1.10 | 1,975.00 | 2,172.50 |
| 10/03/2024 | LS26 | Review documents relating to Swiss bank accounts (1.0); correspond with A. Bongartz regarding same (.1); review foreign proceeding orders and prepare summary of same (1.2) | 2.30 | 985.00 | 2,265.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00033
Invoice No. 2429452

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/04/2024 | AB21 | Call with L. Despins and D. Hayek (Prager) regarding next steps for Swiss investigation (0.7); review revised letter to bank (0.2); correspond with O. Jany (Prager) regarding same (0.1); call with L. Song regarding claims related to ▓▓▓ (0.1); analyze same (0.2) | 1.30 | 1,850.00 | 2,405.00 |
| 10/04/2024 | LAD4 | T/c A. Bongartz & D. Hayek re: next steps in Switzerland | 0.70 | 1,975.00 | 1,382.50 |
| 10/04/2024 | LS26 | Prepare chart of legal actions involving ▓▓▓ (3.4); call with A. Bongartz regarding same (0.1) | 3.50 | 985.00 | 3,447.50 |
| 10/05/2024 | AB21 | Revise chart of claims related to ▓▓▓ (1.6); calls with L. Song regarding same (0.2); call with D. Barron regarding same (0.1); correspond with L. Song regarding same (0.1); correspond with L. Despins regarding same (0.3); correspond with L. Despins regarding Swiss investigation (0.2) | 2.50 | 1,850.00 | 4,625.00 |
| 10/05/2024 | DEB4 | Call with A. Bongartz regarding claims related to ▓▓▓ | 0.10 | 1,395.00 | 139.50 |
| 10/05/2024 | LAD4 | Review/comment on ▓▓▓ issues | 0.70 | 1,975.00 | 1,382.50 |
| 10/05/2024 | LS26 | Review and revise chart of lawsuits involving ▓▓▓ (2.0); calls with A. Bongartz regarding same (0.2) | 2.20 | 985.00 | 2,167.00 |
| 10/06/2024 | LAD4 | Emails to N. Bassett, A. Bongartz, and D. Barron re: claims against ▓▓▓ and procedural hurdles | 0.80 | 1,975.00 | 1,580.00 |
| 10/07/2024 | AB21 | Correspond with L. Despins regarding claims against ▓▓▓ | 0.10 | 1,850.00 | 185.00 |
| 10/07/2024 | AB21 | Correspond with O. Jany (Prager) regarding update on RFI letters | 0.10 | 1,850.00 | 185.00 |
| 10/08/2024 | AB21 | Correspond with O. Jany (Prager) regarding RFI letters (0.2); review same (0.2); correspond with L. Despins regarding same (0.4); call with L. Despins regarding same (0.1); correspond with D. Hayek (Prager) regarding same (0.1) | 1.00 | 1,850.00 | 1,850.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00033
Invoice No. 2429452

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/08/2024 | LAD4 | T/c A. Bongartz re: RFI letters | 0.10 | 1,975.00 | 197.50 |
| 10/09/2024 | AB21 | Correspond with J. Oliver (Prager) regarding RFI letters (0.1); revise same (0.7); call with L. Song regarding same (0.1) | 0.90 | 1,850.00 | 1,665.00 |
| 10/09/2024 | LS26 | Analyze documents relating to transfers of funds to ▮▮▮▮ Swiss bank accounts (0.6); call with A. Bongartz regarding same (0.1); correspond with A. Bongartz regarding same (0.4); correspond with A. Lomas (Kroll) regarding Swiss bank accounts (0.1) | 1.20 | 985.00 | 1,182.00 |
| 10/10/2024 | DEB4 | Correspond with L. Song regarding ▮▮▮▮ transfers | 0.20 | 1,395.00 | 279.00 |
| 10/15/2024 | AB21 | Correspond with O. Jany (Prager) regarding question on RFI letters | 0.30 | 1,850.00 | 555.00 |
| 10/15/2024 | LS26 | Correspond with L. Despins and A. Bongartz regarding Swiss bank accounts | 0.10 | 985.00 | 98.50 |
| 10/16/2024 | LAD4 | Review memo from Swiss counsel re: ▮▮▮▮ of certain types of judgments | 0.70 | 1,975.00 | 1,382.50 |
| 10/16/2024 | LS26 | Review Swiss law memorandum regarding ▮▮▮▮ & ▮▮▮▮ | 0.30 | 985.00 | 295.50 |
| 10/17/2024 | AB21 | Review Prager memo on ▮▮▮▮ & ▮▮▮▮ | 0.40 | 1,850.00 | 740.00 |
| 10/18/2024 | AB21 | Analyze memo regarding ▮▮▮▮ (1.0); correspond with L. Despins regarding same (0.9); correspond with O. Jany (Prager) regarding follow-up on same (0.1); call with L. Song regarding service of process in UK (0.1); correspond with L. Song regarding same (0.1) | 2.20 | 1,850.00 | 4,070.00 |
| 10/18/2024 | LS26 | Correspond with A. Bongartz regarding rule 2004 investigation involving ▮▮▮▮ (0.1); analyze same (0.3) | 0.40 | 985.00 | 394.00 |
| 10/18/2024 | LS26 | Call with A. Bongartz regarding ▮▮▮▮ (0.1); review service of process in ▮▮▮▮ (0.3) | 0.40 | 985.00 | 394.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00033

Invoice No. 2429452

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/19/2024 | AB21 | Correspond with D. Hayek (Prager) and O. Jany (Prager) regarding memo on ▮▮▮ | 0.50 | 1,850.00 | 925.00 |
| 10/21/2024 | AB21 | Prepare outline for call with Swiss counsel regarding ▮▮▮ (0.2); call with L. Despins and D. Hayek (Prager) regarding same (0.9) | 1.10 | 1,850.00 | 2,035.00 |
| 10/21/2024 | LAD4 | Handle call with D. Hayek and A. Bongartz regarding ▮▮▮ (.90); analyze/comment on same (1.20) | 2.10 | 1,975.00 | 4,147.50 |
| 10/22/2024 | AB21 | Review ▮▮▮ (0.4); calls with L. Song regarding same (0.3); review summary of same (0.5); correspond with D. Barron regarding same (0.1); correspond with L. Despins regarding same (0.3); call with O. Jany (Prager) regarding same (0.2) | 1.80 | 1,850.00 | 3,330.00 |
| 10/22/2024 | DEB4 | Analyze Swiss bank production (1.6); conference with L. Song regarding same (0.2) | 1.80 | 1,395.00 | 2,511.00 |
| 10/22/2024 | LS26 | Review Swiss bank documents and prepare summary chart of same (6.7); calls with A. Bongartz regarding same (0.3); call with D. Barron regarding same (0.2) | 7.20 | 985.00 | 7,092.00 |
| 10/22/2024 | NAB | Review Swiss discovery documents (.3); correspond with L. Song regarding same (.2) | 0.50 | 1,835.00 | 917.50 |
| 10/23/2024 | AB21 | Correspond with L. Despins regarding follow-up questions to ▮▮▮ (0.7); correspond with D. Hayek (Prager) regarding same (0.2); calls with L. Song regarding same and Swiss investigation (0.2) | 1.10 | 1,850.00 | 2,035.00 |
| 10/23/2024 | LAD4 | Review bank production | 1.10 | 1,975.00 | 2,172.50 |
| 10/23/2024 | LS26 | Correspond with A. Lomas (Kroll) regarding Swiss bank documents (0.1); calls with A. Bongartz on Swiss bank documents (0.2); correspond with L. Despins regarding same (0.1) | 0.40 | 985.00 | 394.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00033
Invoice No. 2429452

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/23/2024 | LS26 | Draft email to A. Lomas (Kroll), P. Parizek (Kroll), J. Barker (Kroll), and J. Lazarus (Kroll) regarding Swiss bank documents | 0.20 | 985.00 | 197.00 |
| 10/24/2024 | AB21 | Prepare notes and questions for call with Prager regarding Swiss investigation update and next steps (0.1); call with L. Despins and D. Hayek (Prager) regarding same (0.3) | 0.40 | 1,850.00 | 740.00 |
| 10/24/2024 | LAD4 | T/c D. Hayek, A. Bongartz re: Swiss investigation | 0.30 | 1,975.00 | 592.50 |
| 10/24/2024 | LS26 | Analyze information relating to potential assets in Switzerland | 0.30 | 985.00 | 295.50 |
| 10/29/2024 | AB21 | Review draft letters to Swiss banks (0.5); correspond with L. Despins regarding same (0.1); correspond with D. Hayek (Prager) and M. Meili (Prager) regarding same and issues related to bank productions (0.2) | 0.80 | 1,850.00 | 1,480.00 |
| 10/29/2024 | DEB4 | Correspond with A. Bongartz regarding Swiss documents | 0.10 | 1,395.00 | 139.50 |
| 10/29/2024 | LAD4 | Analyze/comment on Swiss issues re: discovery and surveillance | 1.60 | 1,975.00 | 3,160.00 |
| 10/30/2024 | AB21 | Revise letter to Swiss bank (1.8); correspond with L. Despins regarding same (0.1); calls with L. Song regarding same (0.2); correspond with D. Hayek (Prager) regarding same (0.2); call with P. Linsey (NPM) regarding alter ego complaints (0.1) | 2.40 | 1,850.00 | 4,440.00 |
| 10/30/2024 | LS26 | Calls with A. Bongartz regarding ▮ transfers (0.2); correspond with A. Bongartz regarding same (0.1) | 0.30 | 985.00 | 295.50 |
| 10/31/2024 | AB21 | Review letters to Swiss banks (0.4); calls with L. Despins regarding same (0.2); correspond with M. Meili (Prager) and O. Jany (Prager) regarding same (0.2); review Prager memo on ▮ ▮ (0.3); conference with L. Despins regarding same (0.2) | 1.30 | 1,850.00 | 2,405.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 6

50687-00033

Invoice No. 2429452

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/31/2024 | LAD4 | Review memo from Swiss counsel and draft open issues list (1.40); t/c A. Bongartz re: same (.20); t/c A. Bongartz re: letters to Swiss banks (.20) | 1.80 | 1,975.00 | 3,555.00 |
| | | **Subtotal: B261  Investigations** | **52.90** | | **81,969.50** |
| | | **Total** | **52.90** | | **81,969.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 11.00 | 1,975.00 | 21,725.00 |
| NAB | Nicholas A. Bassett | Partner | 0.50 | 1,835.00 | 917.50 |
| AB21 | Alex Bongartz | Of Counsel | 20.40 | 1,850.00 | 37,740.00 |
| DEB4 | Douglass E. Barron | Associate | 2.20 | 1,395.00 | 3,069.00 |
| LS26 | Luyi Song | Associate | 18.80 | 985.00 | 18,518.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$81,969.50** |
| **Total Balance Due - Due Upon Receipt** | | **$81,969.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429453

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Cyprus Proceedings**
PH LLP Client/Matter # 50687-00034
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $8,403.50 |
| **Current Fees and Costs Due** | **$8,403.50** |
| **Total Balance Due - Due Upon Receipt** | **$8,403.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429453

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Cyprus Proceedings**
PH LLP Client/Matter # 50687-00034
Luc A. Despins

Legal fees for professional services
for the period ending October 31, 2024 | $8,403.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$8,403.50** |
| **Total Balance Due - Due Upon Receipt** | **$8,403.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429453

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

## Cyprus Proceedings $8,403.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 10/16/2024 | DEB4 | Correspond with A. Bongartz regarding Cyprus hearing | 0.20 | 1,395.00 | 279.00 |
| | | **Subtotal: B155  Court Hearings** | **0.20** | | **279.00** |
| **B191** | **General Litigation** | | | | |
| 10/01/2024 | DEB4 | Correspond with Cyprus and L. Despins regarding service application (0.4); correspond further with Cyprus counsel and L. Despins regarding service application (0.3); correspond further with Cyprus counsel regarding same and related documents (0.3) | 1.00 | 1,395.00 | 1,395.00 |
| 10/02/2024 | DM26 | Review and comment on document translated from Greek to English (Form No. 34: Application from District Court in Limassol) | 0.30 | 565.00 | 169.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2
50687-00034
Invoice No. 2429453

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/02/2024 | DEB4 | Review and comment on Cyprus service affidavit (0.8); correspond with L. Despins regarding exhibits in connection with same (0.4) | 1.20 | 1,395.00 | 1,674.00 |
| 10/02/2024 | DEB4 | Correspond with Cyprus counsel regarding service application | 0.40 | 1,395.00 | 558.00 |
| 10/03/2024 | DEB4 | Correspond with Cyprus counsel regarding injunction issues | 0.30 | 1,395.00 | 418.50 |
| 10/04/2024 | DEB4 | Correspond with Cyprus counsel regarding translation of filing | 0.20 | 1,395.00 | 279.00 |
| 10/06/2024 | ECS1 | Review affidavit of service in connection with service of Bouillor complaint on Bouillor | 0.10 | 1,270.00 | 127.00 |
| 10/08/2024 | DEB4 | Revise Cyprus filings | 1.20 | 1,395.00 | 1,674.00 |
| 10/17/2024 | DM26 | Review and comment on translation of Greek affidavit of service to respondent in the Bouillor matter | 0.20 | 565.00 | 113.00 |
| 10/17/2024 | DEB4 | Correspond with D. Mohamed regarding Cyprus documents and translation of same (0.1); analyze same (0.3); correspond with G. Middleton regarding same (0.1) | 0.50 | 1,395.00 | 697.50 |
| 10/24/2024 | DEB4 | Correspond with G. Middleton regarding Cyprus relief | 0.20 | 1,395.00 | 279.00 |
| | | **Subtotal: B191  General Litigation** | **5.60** | | **7,384.50** |

**B210    Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/08/2024 | AB21 | Correspond with T. Sadler regarding wire transfer to Cyprus | 0.10 | 1,850.00 | 185.00 |
| 10/16/2024 | AB21 | Correspond with L. Despins regarding Cyprus wire transfer (0.1); review wire form regarding same (0.1); correspond with G. Middleton (CP Law) regarding same (0.1) | 0.30 | 1,850.00 | 555.00 |
| | | **Subtotal: B210  Business Operations** | **0.40** | | **740.00** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                Page 3
50687-00034
Invoice No. 2429453

| Date | Initials | Description | | Hours | Rate | Amount |
|------|----------|-------------|--|-------|------|--------|
| | **Total** | | | **6.20** | | **8,403.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 0.40 | 1,850.00 | 740.00 |
| DEB4 | Douglass E. Barron | Associate | 5.20 | 1,395.00 | 7,254.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.10 | 1,270.00 | 127.00 |
| DM26 | David Mohamed | Paralegal | 0.50 | 565.00 | 282.50 |

| | | |
|--|--|--|
| **Current Fees and Costs** | | **$8,403.50** |
| **Total Balance Due - Due Upon Receipt** | | **$8,403.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429454

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Mauritius Proceedings
PH LLP Client/Matter # 50687-00035
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $31,800.50 |
| **Current Fees and Costs Due** | **$31,800.50** |
| **Total Balance Due - Due Upon Receipt** | **$31,800.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: *https://paywithtranch.com/paulhastings* |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429454

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Mauritius Proceedings**
PH LLP Client/Matter # 50687-00035
Luc A. Despins

Legal fees for professional services
for the period ending October 31, 2024

| | |
|---|---:|
| | $31,800.50 |
| **Current Fees and Costs Due** | **$31,800.50** |
| **Total Balance Due - Due Upon Receipt** | **$31,800.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429454

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

## Mauritius Proceedings

$31,800.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 10/01/2024 | DEB4 | Correspond with L. Despins regarding Mauritius filing | 0.10 | 1,395.00 | 139.50 |
| 10/03/2024 | AB21 | Revise declaration in support of Mauritius recognition application (1.1); correspond with V. Babooa (ENS) regarding same (0.6); correspond with L. Song regarding annex for same (0.1); correspond with P. Linsey (NPM) regarding certified originals of bankruptcy court orders (0.1) | 1.90 | 1,850.00 | 3,515.00 |
| 10/03/2024 | DEB4 | Correspond with Mauritius counsel regarding affidavit issues (1.0); correspond with D. Cairns regarding same (0.2); correspond with A. Bongartz regarding same (0.2) | 1.40 | 1,395.00 | 1,953.00 |
| 10/03/2024 | LAD4 | Review Mauritius applications | 0.70 | 1,975.00 | 1,382.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok          Page 2
50687-00035
Invoice No. 2429454

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/04/2024 | AB21 | Review revised declaration in support of Mauritius recognition application (0.2); correspond with V. Babooa (ENS) regarding same (0.2); call with B. Babooa regarding same (0.2); correspond with L. Despins regarding same (0.4); calls with P. Linsey (NPM) regarding certified copies of bankruptcy court order (0.2); correspond with P. Linsey regarding same (0.1) | 1.30 | 1,850.00 | 2,405.00 |
| 10/04/2024 | LAD4 | Review and comment on parts of applications in Mauritius and sworn to declarations | 1.20 | 1,975.00 | 2,370.00 |
| 10/07/2024 | AB21 | Correspond with T. Koenig (ENS) and V. Babooa (ENS) regarding Mauritius recognition application (0.1); review latest draft application (0.1) | 0.20 | 1,850.00 | 370.00 |
| 10/08/2024 | AB21 | Correspond with V. Babooa (ENS) regarding Mauritius recognition application and related declarations (0.3); review declarations (0.7); correspond with L. Despins regarding same (0.1) | 1.10 | 1,850.00 | 2,035.00 |
| 10/08/2024 | AB21 | Final review of Despins declaration in support of Mauritius recognition application (0.4); correspond with L. Despins regarding same (0.1) | 0.50 | 1,850.00 | 925.00 |
| 10/09/2024 | AB21 | Finalize declaration and exhibits with respect to Mauritius recognition application (1.0); meeting with notary regarding same (0.1); conferences with R. Lupo regarding same (0.1) | 1.20 | 1,850.00 | 2,220.00 |
| 10/09/2024 | LAD4 | Review/comment on notary/apostille issues for Mauritius | 0.40 | 1,975.00 | 790.00 |
| 10/13/2024 | AB21 | Correspond with L. Despins and B. Babooa (ENS) regarding Mauritius recognition application | 0.20 | 1,850.00 | 370.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00035
Invoice No. 2429454

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/14/2024 | AB21 | Correspond with V. Babooa (ENS) regarding declaration for Mauritius recognition application (0.3); correspond with L. Despins regarding same (0.2); correspond with P. Linsey (NPM) regarding exhibits for same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 10/14/2024 | LAD4 | Review/edit intervention application for Mauritius (.80); email to Mauritius counsel re: same (.30) | 1.10 | 1,975.00 | 2,172.50 |
| 10/16/2024 | AB21 | Review Mauritius declaration (0.5); call with P. Risi regarding notarization of same (0.1); call and correspond with T. Boyle regarding apostille for same (0.1) | 0.70 | 1,850.00 | 1,295.00 |
| 10/16/2024 | TGB2 | Call and correspond with A. Bongartz regarding Mauritius apostille (.1); correspond with R. Lupo regarding same (.1); review issues regarding same (.4); correspond with CSC to have document apostilled for Mauritius (1.4) | 2.00 | 565.00 | 1,130.00 |
| 10/17/2024 | AB21 | Revise draft affidavit for intervention motion (Mauritius) (0.5); call with L. Song regarding same (0.1); correspond with V. Babooa (ENS) regarding same (0.3); correspond with L. Despins regarding same (0.1) | 1.00 | 1,850.00 | 1,850.00 |
| 10/17/2024 | DEB4 | Correspond with Mauritius counsel regarding Hamilton issues | 0.10 | 1,395.00 | 139.50 |
| 10/17/2024 | LS26 | Call with A. Bongartz regarding Himalaya International Clearing (0.1); correspond with A. Bongartz regarding same (0.1) | 0.20 | 985.00 | 197.00 |
| 10/18/2024 | AB21 | Correspond with L. Despins and T. Koenig (ENS) regarding intervention application (Mauritius) | 0.20 | 1,850.00 | 370.00 |
| 10/18/2024 | TGB2 | Review and respond to CSC regarding apostille and delivery instructions | 0.30 | 565.00 | 169.50 |
| 10/22/2024 | AB21 | Finalize Mauritius intervention declaration (0.5); correspond with L. Despins regarding same (0.3); correspond with V. Babooa (ENS) regarding same (0.3) | 1.10 | 1,850.00 | 2,035.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 4

50687-00035

Invoice No. 2429454

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/22/2024 | TGB2 | Correspond with A. Bongartz regarding Mauritius apostille | 0.50 | 565.00 | 282.50 |
| 10/23/2024 | AB21 | Correspond with T. Boyle regarding apostille for Mauritius declaration (0.1); call with T. Boyle regarding same (0.1); call and correspond with R. Lupo regarding same (0.1) | 0.30 | 1,850.00 | 555.00 |
| 10/23/2024 | TGB2 | Review and respond to emails from A. Bongartz, R. Lupo and CSC regarding apostille for document originating in Connecticut (.9); telephone conference with A. Bongartz regarding same (.1) | 1.00 | 565.00 | 565.00 |
| 10/24/2024 | AB21 | Correspond with T. Boyle regarding update on apostille for Mauritius declaration | 0.10 | 1,850.00 | 185.00 |
| 10/24/2024 | TGB2 | Review and respond to emails from A. Bongartz and CSC regarding Mauritius documents | 1.00 | 565.00 | 565.00 |
| 10/28/2024 | DEB4 | Correspond with Mauritius counsel regarding potential property in Mauritius | 0.10 | 1,395.00 | 139.50 |
| 10/29/2024 | TGB2 | Review and respond to emails from A. Bongartz, CSC and Williams Lea regarding Mauritius documents (.6); review and comment on same and delivery of apostilled document to A. Bongartz (.4) | 1.00 | 565.00 | 565.00 |
| | | **Subtotal: B191  General Litigation** | **21.50** | | **31,800.50** |
| | | **Total** | **21.50** | | **31,800.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|------------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 3.40 | 1,975.00 | 6,715.00 |
| AB21 | Alex Bongartz | Of Counsel | 10.40 | 1,850.00 | 19,240.00 |
| DEB4 | Douglass E. Barron | Associate | 1.70 | 1,395.00 | 2,371.50 |
| LS26 | Luyi Song | Associate | 0.20 | 985.00 | 197.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 5
50687-00035
Invoice No. 2429454

| TGB2 | Terrence G. Boyle | Paralegal | 5.80 | 565.00 | 3,277.00 |
|------|-------------------|-----------|------|--------|----------|
| | **Current Fees and Costs** | | | | **$31,800.50** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$31,800.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429455

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**UAE**
PH LLP Client/Matter # 50687-00036
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending October 31, 2024 | $14,439.00 |
| **Current Fees and Costs Due** | **$14,439.00** |
| **Total Balance Due - Due Upon Receipt** | **$14,439.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429455

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**UAE**
PH LLP Client/Matter # 50687-00036
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $14,439.00 |
| **Current Fees and Costs Due** | **$14,439.00** |
| **Total Balance Due - Due Upon Receipt** | **$14,439.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429455 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

**UAE**                                                                                     **$14,439.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B261** | **Investigations** | | | | |
| 10/02/2024 | DEB4 | Conference with L. Despins, N. Bassett, and L. Song regarding UAE | 0.50 | 1,395.00 | 697.50 |
| 10/02/2024 | LS26 | Call with L. Despins, N. Bassett, D. Barron and P. Linsey (NPM) regarding UAE investigation (0.5); review information relating to potential assets in UAE (0.2); continue to analyze documents relating to Himalaya Exchange (3.5); call with D. Barron regarding same (0.2) | 4.40 | 985.00 | 4,334.00 |
| 10/02/2024 | NAB | Participate in telephone conference with L. Despins, D. Barron, L. Song, and P. Linsey regarding UAE issues and strategy (0.5); analyze same and related authority in preparation for the call (0.6) | 1.10 | 1,835.00 | 2,018.50 |
| 10/03/2024 | DEB4 | Conference with L. Song regarding same and UAE investigation (0.1); correspond with Kroll regarding UAE Issues (0.1); correspond with N. Bassett regarding same (0.1) | 0.30 | 1,395.00 | 418.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                        Page 2
50687-00036
Invoice No. 2429455

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/03/2024 | LS26 | Call with D. Barron regarding same and UAE investigation | 0.10 | 985.00 | 98.50 |
| 10/03/2024 | NAB | Telephone conference with potential UAE counsel regarding UAE strategy (0.5); correspond with D. Barron regarding the same (0.1) | 0.60 | 1,835.00 | 1,101.00 |
| 10/04/2024 | NAB | Review documents from potential UAE counsel | 0.50 | 1,835.00 | 917.50 |
| 10/11/2024 | NAB | Telephone conference with prospective UAE counsel regarding legal issues and strategy (0.5); review documents relating to the same (0.2) | 0.70 | 1,835.00 | 1,284.50 |
| 10/17/2024 | DEB4 | Conference with N. Bassett and Kroll regarding UAE issues | 0.50 | 1,395.00 | 697.50 |
| 10/17/2024 | NAB | Call with Kroll and D. Barron regarding UAE issues (.5); correspond with P. Parizek (Kroll) regarding same (.2) | 0.70 | 1,835.00 | 1,284.50 |
| 10/22/2024 | DEB4 | Conference with L. Song regarding UAE related documents | 0.30 | 1,395.00 | 418.50 |
| 10/22/2024 | LS26 | Analyze documents in connection with Debtor-related entities and persons in the UAE (0.5); conference with D. Barron regarding same (0.3) | 0.80 | 985.00 | 788.00 |
| 10/23/2024 | LS26 | Correspond with Kroll about UAE investigation | 0.20 | 985.00 | 197.00 |
| 10/23/2024 | NAB | Correspond with proposed UAE counsel re Kwok issues | 0.10 | 1,835.00 | 183.50 |
| | | **Subtotal: B261  Investigations** | **10.80** | | **14,439.00** |
| | | **Total** | **10.80** | | **14,439.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 3.70 | 1,835.00 | 6,789.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 3
Kwok
50687-00036
Invoice No. 2429455

| | | | | | |
|------|-------------------|-----------|------|----------|----------|
| DEB4 | Douglass E. Barron | Associate | 1.60 | 1,395.00 | 2,232.00 |
| LS26 | Luyi Song | Associate | 5.50 | 985.00 | 5,417.50 |
| | **Current Fees and Costs** | | | | **$14,439.00** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$14,439.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429456

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Hamilton UK Administration**
PH LLP Client/Matter # 50687-00037
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2024 | $49,453.50 |
| **Current Fees and Costs Due** | **$49,453.50** |
| **Total Balance Due - Due Upon Receipt** | **$49,453.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429456

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Hamilton UK Administration**
PH LLP Client/Matter # 50687-00037
Luc A. Despins

Legal fees for professional services
for the period ending October 31, 2024                                     $49,453.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$49,453.50** |
| **Total Balance Due - Due Upon Receipt** | **$49,453.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*


**PAUL
HASTINGS**

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429456

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2024

**Hamilton UK Administration**                                    **$49,453.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 10/02/2024 | DEB4 | Correspond with L. Despins regarding UK statute of limitations issues | 0.20 | 1,395.00 | 279.00 |
| 10/03/2024 | DEB4 | Correspond with UK counsel regarding Hamilton administration issues (0.5); correspond with L. Despins regarding same (0.2); analyze documents and authorities related to same (2.8); correspond with N. Bassett regarding UK statutes of limitations (0.2) | 3.70 | 1,395.00 | 5,161.50 |
| 10/03/2024 | LAD4 | Review Hamilton UK "plan" documents | 1.10 | 1,975.00 | 2,172.50 |
| 10/04/2024 | DEB4 | Correspond with A. de Quincey (Pallas) regarding Hamilton administration issues (0.2); review same (0.3); call with UK counsel and L. Despins related to same (0.5); correspond with A. Bongartz regarding UK barrister (0.1); correspond with A. de Quincey regarding information for letter to administrators (0.3) | 1.40 | 1,395.00 | 1,953.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00037

Invoice No. 2429456

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/04/2024 | LAD4 | Call with A. De Quincey, P. Wright and D. Barron re: Hamilton's UK case (.50); review issues re: same (.90) | 1.40 | 1,975.00 | 2,765.00 |
| 10/07/2024 | DEB4 | Correspond with A. de Quincey (Pallas) regarding revisions to letter to administrators (1.2); conferences with A. de Quincey regarding same (0.4); correspond with L. Despins regarding letter to administrators (0.1) | 1.70 | 1,395.00 | 2,371.50 |
| 10/07/2024 | LAD4 | Review/edit draft letter from Pallas re: Hamilton UK case | 0.50 | 1,975.00 | 987.50 |
| 10/07/2024 | LS26 | Review and revise letter to Hamilton Capital Holding and prepare exhibits for same | 1.70 | 985.00 | 1,674.50 |
| 10/08/2024 | DEB4 | Revise UK letter (0.8); analyze documents related to same (0.5) | 1.30 | 1,395.00 | 1,813.50 |
| 10/16/2024 | LAD4 | Review Hamilton UK pleadings | 0.90 | 1,975.00 | 1,777.50 |
| 10/16/2024 | LS26 | Review Hamilton Capital Holding affidavit (0.4); review documents relating to Hamilton and Himalaya Exchange (0.8); correspond with D. Barron regarding same (0.3) | 1.50 | 985.00 | 1,477.50 |
| 10/17/2024 | DEB4 | Conference with L. Despins and Pallas regarding Hamilton issues (0.5); correspond with D. Mohamed regarding Hamilton documents (0.1); correspond with A. de Quincey (Pallas) regarding same (0.1); review issue regarding same (0.1) | 0.80 | 1,395.00 | 1,116.00 |
| 10/17/2024 | LAD4 | Zoom call with A. De Quincey, P. Wright and D. Barron re: Hamilton injunction | 0.50 | 1,975.00 | 987.50 |
| 10/18/2024 | LAD4 | Review Hamilton UK issues re: injunction/challenge to UK insolvency proceeding (1.30); emails to/from Pallas re: same (.40) | 1.70 | 1,975.00 | 3,357.50 |
| 10/21/2024 | DEB4 | Correspond with L. Song regarding Hamilton documents | 0.40 | 1,395.00 | 558.00 |
| 10/22/2024 | LAD4 | Handle call with KC Peter, P. Wright, A. De Quincey, D. Barron re: Hamilton UK strategy | 1.00 | 1,975.00 | 1,975.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok 50687-00037
Invoice No. 2429456

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/22/2024 | LAD4 | Continue to review & comment on Hamilton UK issues | 0.90 | 1,975.00 | 1,777.50 |
| 10/23/2024 | DEB4 | Revise UK affidavit (2.5); correspond with A. de Quincey (Pallas) regarding same (0.2); call with E. Sutton regarding exhibits to same (0.2); analyze documents related to same (0.4) | 3.30 | 1,395.00 | 4,603.50 |
| 10/23/2024 | ECS1 | Prepare documents related to Trustee's witness statement in support of application for joint administration of Hamilton Capital Holding Ltd. (2.2); call with D. Barron regarding same (.2); correspond with D. Barron regarding same (.3) | 2.70 | 1,270.00 | 3,429.00 |
| 10/24/2024 | DEB4 | Revise UK affidavit (2.9); correspond with A. de Quincey (Pallas) regarding same (0.5); call with J. White and M. Ateen (Pallas) regarding same (0.8) | 4.20 | 1,395.00 | 5,859.00 |
| 10/25/2024 | LAD4 | Review/edit my final affidavit for Hamilton UK | 1.70 | 1,975.00 | 3,357.50 |
| **Subtotal: B191 General Litigation** | | | **32.60** | | **49,453.50** |
| **Total** | | | **32.60** | | **49,453.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 9.70 | 1,975.00 | 19,157.50 |
| DEB4 | Douglass E. Barron | Associate | 17.00 | 1,395.00 | 23,715.00 |
| ECS1 | Ezra C. Sutton | Associate | 2.70 | 1,270.00 | 3,429.00 |
| LS26 | Luyi Song | Associate | 3.20 | 985.00 | 3,152.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$49,453.50** |
| **Total Balance Due - Due Upon Receipt** | **$49,453.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429462

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $132,857.00 |
| Costs incurred and advanced | 2,427.54 |
| **Current Fees and Costs Due** | **$135,284.54** |
| **Total Balance Due - Due Upon Receipt** | **$135,284.54** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan    February 7, 2025
Kwok
200 Park Avenue                                    Please Refer to
New York, NY 10166                                 Invoice Number: 2429462

Attn: Luc Despins                                  PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $132,857.00 |
| Costs incurred and advanced | 2,427.54 |
| **Current Fees and Costs Due** | **$135,284.54** |
| **Total Balance Due - Due Upon Receipt** | **$135,284.54** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan February 7, 2025
Kwok
200 Park Avenue                          Please Refer to
New York, NY 10166                       Invoice Number: 2429462

Attn: Luc Despins                        PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

**General Chapter 11 Trustee Representation**              **$132,857.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 11/01/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 11/01/2024 | ECS1 | Correspond with M. Laskowski regarding pending case motions and related deadlines | 0.10 | 1,270.00 | 127.00 |
| 11/01/2024 | ML30 | Review upcoming deadlines and update working group re same | 0.10 | 565.00 | 56.50 |
| 11/01/2024 | NAB | Correspond with L. Despins regarding case strategy issues | 0.20 | 1,835.00 | 367.00 |
| 11/04/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 11/04/2024 | DM26 | Update critical dates calendar and send outlook reminders (.8); review upcoming filing deadlines and update working group re same (.2) | 1.00 | 565.00 | 565.00 |
| 11/04/2024 | ECS1 | Correspond with D. Mohamed, W. Farmer and P. Linsey (NPM) regarding pending case matters and related deadlines | 0.10 | 1,270.00 | 127.00 |
| 11/04/2024 | NAB | Correspond and telephone conference with P. Linsey (NPM) regarding general case strategy (0.3); correspond with L. Despins regarding the same (0.2) | 0.50 | 1,835.00 | 917.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                                                     Page 2
50687-00001
Invoice No. 2429462

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/05/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2); review and prepare recent case documents for attorney review (.4) | 1.20 | 565.00 | 678.00 |
| 11/06/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 11/06/2024 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2) | 0.70 | 565.00 | 395.50 |
| 11/06/2024 | ECS1 | Correspond with D. Mohamed and P. Linsey (NPM) regarding case filings and related deadlines | 0.10 | 1,270.00 | 127.00 |
| 11/07/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2) | 0.80 | 565.00 | 452.00 |
| 11/07/2024 | ECS1 | Call with L. Song regarding case developments and issues/task list | 0.20 | 1,270.00 | 254.00 |
| 11/07/2024 | LS26 | Prepare updated issues/task list (2.5); call with E. Sutton regarding same (0.2); correspond with D. Barron regarding same (0.2); call with P. Linsey (NPM) regarding same (0.1); draft email to L. Despins and N. Bassett regarding updated issues/task list (0.2) | 3.20 | 985.00 | 3,152.00 |
| 11/08/2024 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2) | 0.70 | 565.00 | 395.50 |
| 11/08/2024 | ECS1 | Correspond with D. Mohamed and P. Linsey (NPM) regarding upcoming matters and related deadlines | 0.10 | 1,270.00 | 127.00 |
| 11/11/2024 | DM26 | Update critical dates calendar and send outlook reminders (.7); review upcoming filing deadlines and update working group re same (.2) | 0.90 | 565.00 | 508.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                    Page 3
50687-00001
Invoice No. 2429462

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/11/2024 | DM26 | Research Court rules for NYSCEF regarding notice of appearance filing | 0.20 | 565.00 | 113.00 |
| 11/11/2024 | DEB4 | Participate in case and litigation update call with P. Linsey (NPM), L. Despins, N. Bassett, and L. Song | 0.50 | 1,395.00 | 697.50 |
| 11/11/2024 | ECS1 | Correspond with D. Mohamed regarding pending case matters and related deadlines | 0.10 | 1,270.00 | 127.00 |
| 11/11/2024 | LAD4 | Handle weekly NPM call with N. Bassett, D. Barron, L. Song | 0.50 | 1,975.00 | 987.50 |
| 11/11/2024 | LS26 | Call with L. Despins, N. Bassett, D. Barron, and P. Linsey (NPM) about investigation and litigation update | 0.50 | 985.00 | 492.50 |
| 11/11/2024 | NAB | Telephone conference with L. Despins, D. Barron, L. Song, P. Linsey (NPM) regarding case developments, tasks, and strategy | 0.50 | 1,835.00 | 917.50 |
| 11/12/2024 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2); review certain case documents and prepare same for attorney access and review (.2) | 0.90 | 565.00 | 508.50 |
| 11/12/2024 | DM26 | File via the Court's CM/ECF system notices of appearances regarding adversary proceeding case no. 24-5200 | 0.40 | 565.00 | 226.00 |
| 11/13/2024 | DM26 | Update critical dates calendar and send outlook reminders (.7); review upcoming filing deadlines and update working group re same (.2) | 0.90 | 565.00 | 508.50 |
| 11/13/2024 | ECS1 | Correspond with D. Mohamed regarding pending and upcoming case matters and related deadlines (.1); review recent case filings and upcoming case deadlines (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/13/2024 | LAD4 | T/c H. Claiborn (UST) re: update on case | 0.30 | 1,975.00 | 592.50 |
| 11/14/2024 | DM26 | Update critical dates calendar and send outlook reminders (.4); review upcoming filing deadlines and update working group re same (.2) | 0.60 | 565.00 | 339.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                     Page 4
50687-00001
Invoice No. 2429462

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/14/2024 | ECS1 | Correspond with D. Mohamed, W. Farmer and P. Linsey (NPM) regarding case matters and related deadlines (.1); review recent case filings and upcoming case deadlines (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/15/2024 | DM26 | Update critical dates calendar and send outlook reminders (.7); review upcoming filing deadlines and update working group re same (.2); review certain new documents and prepare same for attorney access/review (.3) | 1.20 | 565.00 | 678.00 |
| 11/15/2024 | ECS1 | Correspond with D. Mohamed, D. Barron, and P. Linsey (NPM) regarding case issues, pending matters, and deadlines (.1); review recent case filings and upcoming case deadlines (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/18/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2); review and prepare certain case documents for attorney review (.4) | 1.20 | 565.00 | 678.00 |
| 11/18/2024 | LS26 | Correspond with E. Sutton regarding interested parties in Kwok cases | 0.10 | 985.00 | 98.50 |
| 11/19/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 11/19/2024 | DM26 | Update critical dates calendar and send outlook reminders (1.3); review upcoming filing deadlines and update working group re same (.2) | 1.50 | 565.00 | 847.50 |
| 11/19/2024 | ECS1 | Review recent case filings and upcoming case deadlines | 0.10 | 1,270.00 | 127.00 |
| 11/20/2024 | AB21 | Update list of open issues and workstreams | 0.10 | 1,850.00 | 185.00 |
| 11/20/2024 | DM26 | Update critical dates calendar and send outlook reminders (1.0); review upcoming filing deadlines and update working group re same (.2) | 1.20 | 565.00 | 678.00 |
| 11/20/2024 | LAD4 | Handle NPM weekly call with L. Song, N. Bassett | 0.50 | 1,975.00 | 987.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                        Page 5
50687-00001
Invoice No. 2429462

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/20/2024 | LS26 | Call with L. Despins, N. Bassett, P. Linsey (NPM) and about investigation and litigation update (0.5); prepare follow up notes regarding same (0.2) | 0.70 | 985.00 | 689.50 |
| 11/20/2024 | NAB | Participate in call with L. Despins, P. Linsey (NPM), D. Skalka (NPM), and L. Song regarding case updates and strategy | 0.50 | 1,835.00 | 917.50 |
| 11/21/2024 | DM26 | Update critical dates calendar and send outlook reminders (.8); review upcoming filing deadlines and update working group re same (.3) | 1.10 | 565.00 | 621.50 |
| 11/21/2024 | ECS1 | Correspond with D. Mohamed and P. Linsey (NPM) regarding pending case matters and related deadlines (.1); review recent case filings and upcoming case deadlines (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/22/2024 | AB21 | Update list of open issues and workstreams | 0.20 | 1,850.00 | 370.00 |
| 11/22/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2) | 0.80 | 565.00 | 452.00 |
| 11/22/2024 | ECS1 | Review recent case filings and upcoming case deadlines | 0.10 | 1,270.00 | 127.00 |
| 11/22/2024 | LS26 | Update list of open issues and work streams (1.3); correspond with N. Bassett regarding same (0.2) | 1.50 | 985.00 | 1,477.50 |
| 11/25/2024 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2) | 0.80 | 565.00 | 452.00 |
| 11/25/2024 | DEB4 | Conference with L. Despins, N. Bassett, L. Song, and P. Linsey (NPM) regarding pending and upcoming case matters | 0.40 | 1,395.00 | 558.00 |
| 11/25/2024 | LAD4 | T/c S. Sarnoff (PAX) re: update on case | 0.40 | 1,975.00 | 790.00 |
| 11/25/2024 | LAD4 | Handle weekly NPM call with L. Song, D. Barron, and N. Bassett | 0.40 | 1,975.00 | 790.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                       Page 6
50687-00001
Invoice No. 2429462

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/25/2024 | LS26 | Call with L. Despins, N. Bassett, D. Barron, and P. Linsey (NPM) about investigation and litigation update | 0.40 | 985.00 | 394.00 |
| 11/25/2024 | NAB | Call with P. Linsey (NPM), L. Despins, D. Barron, and L. Song regarding case updates and strategy | 0.40 | 1,835.00 | 734.00 |
| 11/26/2024 | DM26 | Update critical dates calendar and send outlook reminders (1.4); review upcoming filing deadlines and update working group re same (.3) | 1.70 | 565.00 | 960.50 |
| 11/27/2024 | DM26 | Update critical dates calendar and send outlook reminders (1.0); review upcoming filing deadlines and update working group re same (.2) | 1.20 | 565.00 | 678.00 |
| | | **Subtotal: B110  Case Administration** | **33.40** | | **30,546.00** |

**B113    Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/01/2024 | ECS1 | Review recent case filings and upcoming case deadlines | 0.20 | 1,270.00 | 254.00 |
| 11/01/2024 | ML30 | Monitor open case dockets (.3); review recent filings and update working group re same (.3) | 0.60 | 565.00 | 339.00 |
| 11/04/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (1.1); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 2.50 | 565.00 | 1,412.50 |
| 11/04/2024 | ECS1 | Review recent case filings and upcoming case deadlines | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429462

Page 7

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/05/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5) | 1.60 | 565.00 | 904.00 |
| 11/06/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (.5); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 1.70 | 565.00 | 960.50 |
| 11/06/2024 | ECS1 | Review recent case filings and upcoming case deadlines | 0.10 | 1,270.00 | 127.00 |
| 11/07/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3); research case docket and pleadings regarding NYS small claims court case no. SC-000790-24 (.3) | 2.20 | 565.00 | 1,243.00 |
| 11/07/2024 | ECS1 | Review recent case filings and upcoming case deadlines | 0.10 | 1,270.00 | 127.00 |
| 11/08/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 2.00 | 565.00 | 1,130.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 8
50687-00001
Invoice No. 2429462

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/11/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.9); review related case dockets regarding recent filings (.6); research certain case documents per attorney request (.7) | 2.70 | 565.00 | 1,525.50 |
| 11/11/2024 | ECS1 | Review recent case filings and upcoming case deadlines | 0.10 | 1,270.00 | 127.00 |
| 11/12/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (.4); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 1.70 | 565.00 | 960.50 |
| 11/13/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.8); review recent filings in certain adversary proceedings and district court cases and update working group re same (.5); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.5) | 2.30 | 565.00 | 1,299.50 |
| 11/14/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.3); review recent filings in certain adversary proceedings and district court cases and update working group re same (.4); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 1.60 | 565.00 | 904.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429462

Page 9

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/15/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 1.90 | 565.00 | 1,073.50 |
| 11/18/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.6); review recent filings in certain adversary proceedings and district court cases and update working group re same (.8); review related case dockets regarding recent filings (.5) | 1.90 | 565.00 | 1,073.50 |
| 11/19/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.1); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.40 | 565.00 | 1,356.00 |
| 11/20/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.7); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.4); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.5) | 3.10 | 565.00 | 1,751.50 |
| 11/21/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.7); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.0); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.50 | 565.00 | 1,412.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429462

Page 10

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/22/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (.9); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 2.00 | 565.00 | 1,130.00 |
| 11/25/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 1.90 | 565.00 | 1,073.50 |
| 11/26/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.6); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.2); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 2.50 | 565.00 | 1,412.50 |
| 11/27/2024 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 1.80 | 565.00 | 1,017.00 |
| **Subtotal: B113  Pleadings Review** | | | **39.50** | | **22,740.50** |

**B155    Court Hearings**

| | | | | | |
|------|----------|-------------|-------|------|--------|
| 11/01/2024 | ECS1 | Review and revise agenda for 11/5 court hearing (.3); correspond with M. Laskowski regarding same (.1) | 0.40 | 1,270.00 | 508.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                          Page 11
50687-00001
Invoice No. 2429462

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/01/2024 | ML30 | Correspond with E. Sutton re agenda for 11.5 hearing (.3); draft agenda for 11.5 hearing (.5); further correspond with E. Sutton re same (.1); revise draft agenda (.3) | 1.20 | 565.00 | 678.00 |
| 11/04/2024 | AB21 | Prepare hearing notes for L. Despins for November 5 hearing (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,850.00 | 740.00 |
| 11/04/2024 | DM26 | Update agenda for 11/5/24 hearing (.4); prepare agenda for 11/6/24 hearing (.3) | 0.70 | 565.00 | 395.50 |
| 11/04/2024 | ECS1 | Review and revise agenda for 11/5 court hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/05/2024 | ECS1 | Review and revise agenda for 11/6 court hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/06/2024 | ECS1 | Review and revise agenda for 11/6 court hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/11/2024 | ECS1 | Correspond with D. Mohamed regarding canceled 11/12 hearing | 0.10 | 1,270.00 | 127.00 |
| 11/15/2024 | DM26 | Prepare draft agendas for 11/18/24 and 11/19/24 hearings | 1.90 | 565.00 | 1,073.50 |
| 11/15/2024 | ECS1 | Review and revise agenda for 11/18 court hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/16/2024 | ECS1 | Review and revise agenda for 11/19 court hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| | | **Subtotal: B155  Court Hearings** | **5.70** | | **4,792.00** |

**B160     Fee/Employment Applications**

| 11/04/2024 | AB21 | Review PH August fee statement | 0.90 | 1,850.00 | 1,665.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429462

Page 12

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/07/2024 | AB21 | Prepare PH interim fee order and related notice (0.5); correspond with H. Claiborn (U.S. Trustee) regarding same (0.2); correspond with D. Mohamed regarding filing of same (0.1) | 0.80 | 1,850.00 | 1,480.00 |
| 11/07/2024 | DM26 | File via the Court's CM/ECF system Paul Hastings revised proposed fee order (.2); prepare and effectuate service regarding same (.3) | 0.50 | 565.00 | 282.50 |
| 11/20/2024 | AB21 | Review PH September fee statement | 0.90 | 1,850.00 | 1,665.00 |
| 11/25/2024 | KAT2 | Prepare UST Appendix B info related to October services | 0.30 | 1,120.00 | 336.00 |
| | | **Subtotal: B160  Fee/Employment Applications** | **3.40** | | **5,428.50** |

**B165    Fee/Employment Applications for Other Professionals**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/01/2024 | AB21 | Revise Kobre & Kim retention application (0.4); correspond with L. Despins and N. Bassett regarding same (0.2); correspond with P. Hughes (Kobre & Kim) regarding same (0.1); revise notice of Prager October fee statement (0.2); correspond with L. Despins regarding same (0.2) | 1.10 | 1,850.00 | 2,035.00 |
| 11/01/2024 | ECS1 | Prepare retention application for Kobre & Kim as UAE counsel (.7); correspond with A. Bongartz regarding same (.1) | 0.80 | 1,270.00 | 1,016.00 |
| 11/01/2024 | NAB | Correspond with A. Bongartz regarding retention of UAE counsel | 0.20 | 1,835.00 | 367.00 |
| 11/04/2024 | AB21 | Correspond with P. Hughes (Kobre) and N. Bassett regarding Kobre retention application | 0.10 | 1,850.00 | 185.00 |
| 11/04/2024 | AB21 | Revise proposed BVI barrister retention order and related notice (0.3); correspond with D. Mohamed regarding filing and service of same (0.1) | 0.40 | 1,850.00 | 740.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                    Page 13
50687-00001
Invoice No. 2429462

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/04/2024 | AB21 | Revise Prager October fee statement (0.3); correspond with D. Mohamed regarding filing of same (0.1); review and comment on serving fee statement on notice parties (0.1) | 0.50 | 1,850.00 | 925.00 |
| 11/04/2024 | DM26 | File via the Court's CM/ECF system notice of revised proposed retention order of James Morgan (.2); prepare and effectuate service regarding same (.3); file via the Court's CM/ECF system Prager's monthly fee statement for October 2024 (.2) | 0.70 | 565.00 | 395.50 |
| 11/04/2024 | ECS1 | Prepare insert relating to Cao adversary proceeding and motorcycles in connection with auctioneer retention application (.4); correspond with D. Skalka (NPM) regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 11/05/2024 | AB21 | Call with P. Hughes (Kobre & Kim) regarding Kobre & Kim retention (0.2); correspond with L. Despins and N. Bassett regarding same (0.1) | 0.30 | 1,850.00 | 555.00 |
| 11/06/2024 | ECS1 | Prepare application for retention of Compass as sales broker for Mahwah Mansion (.8); correspond with A. Bongartz regarding same (.2); call with W. Sherman (NPM) regarding same (.1) | 1.10 | 1,270.00 | 1,397.00 |
| 11/07/2024 | AB21 | Correspond with L. Despins regarding retention of Compass for Mahwah mansion sale (0.1); call with E. Sutton regarding same (0.1); correspond with E. Sutton regarding same (0.2) | 0.40 | 1,850.00 | 740.00 |
| 11/07/2024 | AB21 | Correspond with N. Bassett regarding retention of Kobre & Kim (0.1); review correspondence from P. Hughes (Kobre & Kim) regarding same (0.1); call with E. Sutton regarding revisions to retention application (0.1) | 0.30 | 1,850.00 | 555.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429462

Page 14

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/07/2024 | ECS1 | Prepare retention application for Compass as sales broker for Mahwah Mansion sale (3.1); call with A. Bongartz regarding same (.1); correspond with A. Bongartz regarding same (.1); call and correspond with W. Sherman (NPM) regarding same (.3) | 3.60 | 1,270.00 | 4,572.00 |
| 11/07/2024 | ECS1 | Prepare retention application for Kobre & Kim as UAE counsel (.8); call with A. Bongartz regarding same (.1) | 0.90 | 1,270.00 | 1,143.00 |
| 11/07/2024 | LAD4 | Call W. Sherman re: brokerage agreement and review/comment on same | 0.60 | 1,975.00 | 1,185.00 |
| 11/08/2024 | AB21 | Call with E. Sutton regarding Compass retention (0.1); call with W. Sherman (NPM) and E. Sutton regarding same (0.2); review draft supporting declarations (0.2) | 0.50 | 1,850.00 | 925.00 |
| 11/08/2024 | AB21 | Revise proposed Eisner fee order (0.2); prepare related notice (0.1); correspond with D. Mohamed regarding filing and service of same (0.1) | 0.40 | 1,850.00 | 740.00 |
| 11/08/2024 | ECS1 | Prepare declarations in support of application for retention of Compass as sales broker for Mahwah Mansion sale (.7); call with A. Bongartz and W. Sherman (NPM) regarding same (.2); call with A. Bongartz regarding same (.1) | 1.00 | 1,270.00 | 1,270.00 |
| 11/11/2024 | AB21 | Revise Kobre & Kim retention application and related declaration (0.5); call with E. Sutton regarding same (0.2); correspond with P. Hughes (Kobre & Kim) regarding same (0.1); call with L. Despins and N. Bassett regarding same (0.1) | 0.90 | 1,850.00 | 1,665.00 |
| 11/11/2024 | AB21 | Revise declarations in support of Compass retention (0.7); call with E. Sutton regarding same (0.1); correspond with Compass regarding same (0.4); call with L. Despins regarding same (0.1) | 1.30 | 1,850.00 | 2,405.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                    Page 15
50687-00001
Invoice No. 2429462

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/11/2024 | ECS1 | Prepare declarations in connection with retention of Compass as sales broker for Mahwah Mansion sale (1.4); call with A. Bongartz regarding same (.1); correspond with A. Bongartz regarding same (.3) | 1.80 | 1,270.00 | 2,286.00 |
| 11/11/2024 | ECS1 | Analyze application of sections 327(e) and 329(a) in connection with retention application for Kobre & Kim as UAE counsel (.4); call with A. Bongartz regarding same (.2); correspond with A. Bongartz regarding same (.1) | 0.70 | 1,270.00 | 889.00 |
| 11/11/2024 | LAD4 | Call A. Bongartz re: Compass retention (.10); call with A. Bongartz, N. Bassett re: Kobre & Kim retention (.10) | 0.20 | 1,975.00 | 395.00 |
| 11/11/2024 | NAB | Call with A. Bongartz and L. Despins regarding UAE counsel retention (.1); correspond with A. Bongartz and L. Despins regarding same (.1) | 0.20 | 1,835.00 | 367.00 |
| 11/12/2024 | AB21 | Correspond with L. Despins regarding Compass retention application for Mahwah mansion (0.1); call with D. Cookson (Compass) regarding same (0.2); call with E. Sutton regarding related retention application (0.1) | 0.40 | 1,850.00 | 740.00 |
| 11/12/2024 | AB21 | Correspond with P. Hughes (Kobre & Kim) regarding engagement letter and declaration (0.1); review same (0.2); correspond with N. Bassett regarding same (0.1) | 0.40 | 1,850.00 | 740.00 |
| 11/12/2024 | ECS1 | Prepare application for retention of Compass as sales broker for Mahwah Mansion sale (.6); call with A. Bongartz regarding same (.1) | 0.70 | 1,270.00 | 889.00 |
| 11/13/2024 | AB21 | Correspond with P. Hughes (Kobre and Kim) regarding engagement letter and retention application (0.2); correspond with L. Despins regarding same (0.1); revise same (0.2) | 0.50 | 1,850.00 | 925.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00001
Invoice No. 2429462

Page 16

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/13/2024 | AB21 | Revise application to retain P. Shaw (as UK barrister) (0.3); call with D. Barron regarding same (0.2); correspond with D. Barron and E. Sutton regarding same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 11/13/2024 | DEB4 | Conference with A. Bongartz regarding UK investigation and P. Shaw retention (0.2); conference with E. Sutton regarding same (0.1); analyze documents related to same (0.5); correspond with Paul Wright regarding same (0.2) | 1.00 | 1,395.00 | 1,395.00 |
| 11/13/2024 | ECS1 | Prepare retention application for Peter Shaw as barrister in the United Kingdom (1.8); call with D. Barron regarding same (.1) | 1.90 | 1,270.00 | 2,413.00 |
| 11/14/2024 | AB21 | Revise Compass retention application (0.2); correspond with L. Despins regarding Compass retention (0.1) | 0.30 | 1,850.00 | 555.00 |
| 11/15/2024 | AB21 | Correspond with G. Shukrun (Compass) regarding Compass retention | 0.10 | 1,850.00 | 185.00 |
| 11/18/2024 | AB21 | Correspond with G. Shukrun (Compass) regarding Compass retention (0.3); revise supporting declarations for same (0.5); calls with E. Sutton regarding same (0.2); correspond with Compass regarding same (0.4); correspond with L. Despins regarding same (0.1) | 1.50 | 1,850.00 | 2,775.00 |
| 11/18/2024 | ECS1 | Prepare declarations related to retention of Compass as sales broker for Mahwah Mansion sale (1.1); review documents from Compass agents in connection with same (.4); calls with A. Bongartz regarding same (.2); correspond with A. Bongartz regarding same (.1) | 1.80 | 1,270.00 | 2,286.00 |
| 11/19/2024 | AB21 | Correspond with P. Linsey (NPM) regarding NPM fee order (0.1); review same (0.1); correspond with L. Despins and T. Sadler regarding related wire transfer (0.2) | 0.40 | 1,850.00 | 740.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                     Page 17
Kwok
50687-00001
Invoice No. 2429462

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/19/2024 | AB21 | Revise Compass declarations in support of retention (0.3); correspond with W. Sherman (NPM) and Compass regarding same (0.2) | 0.50 | 1,850.00 | 925.00 |
| 11/19/2024 | ECS1 | Review issue regarding retention of Compass as sales broker for Mahwah Mansion sale | 0.10 | 1,270.00 | 127.00 |
| 11/20/2024 | AB21 | Correspond with W. Sherman (NPM) regarding update on Compass retention (0.1); correspond with M. Fox (Compass) regarding supporting declaration (0.1) | 0.20 | 1,850.00 | 370.00 |
| 11/21/2024 | AB21 | Update supporting declaration for Compass retention application (0.2); correspond with Compass regarding same (0.2); call with W. Sherman regarding Compass retention (0.1); correspond with W. Sherman regarding same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 11/22/2024 | AB21 | Correspond with L. Despins regarding Compass retention application and related declarations (0.2); revise same (0.3); correspond with Compass regarding same (0.5); call and correspond with W. Sherman (Prager) regarding same (0.1) | 1.10 | 1,850.00 | 2,035.00 |
| 11/25/2024 | AB21 | Review NPM October fee statement | 0.70 | 1,850.00 | 1,295.00 |
| 11/25/2024 | AB21 | Correspond with Compass regarding remaining supplemental declarations | 0.30 | 1,850.00 | 555.00 |
| 11/25/2024 | AB21 | Revise P. Shaw retention application (0.2); call with D. Barron regarding same (0.1) | 0.30 | 1,850.00 | 555.00 |
| 11/25/2024 | DM26 | Review and file via the Court's CM/ECF system retention application of Peter Shaw (.3); prepare and effectuate service regarding same (.3) | 0.60 | 565.00 | 339.00 |
| 11/25/2024 | DEB4 | Conference with A. Bongartz regarding UK investigation and P. Shaw retention (0.1); correspond with A. Connors (Selborne Chambers) regarding same (0.1); correspond further with A. Bongartz regarding same (0.3); correspond with D. Mohamed regarding same (0.2) | 0.70 | 1,395.00 | 976.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 18

50687-00001

Invoice No. 2429462

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/26/2024 | AB21 | Finalize Compass retention application (0.4); call with W. Sherman (NPM) regarding same (0.1); correspond with W. Sherman regarding same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 11/26/2024 | DM26 | File via the Court's CM/ECF system retention application of Compass New Jersey, LLC in both the main case and adversary proceeding no. 23-5017 (.3); prepare and effectuate service regarding same (.3) | 0.60 | 565.00 | 339.00 |
| 11/27/2024 | AB21 | Revise Kroll October fee statement (0.3); correspond with P. Parizek and J. Lazarus (Kroll) regarding same (0.2); correspond with D. Mohamed regarding filing of same (0.1); review and handle service of fee statement on notice parties (0.1) | 0.70 | 1,850.00 | 1,295.00 |
| 11/27/2024 | DM26 | File via the Court's CM/ECF system Kroll's monthly fee statement for October 2024 | 0.20 | 565.00 | 113.00 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **35.30** | | **53,285.00** |

**B210**     **Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/04/2024 | AB21 | Correspond with T. Sadler regarding inquiry with respect to trustee accounts | 0.10 | 1,850.00 | 185.00 |
| 11/05/2024 | TS21 | Correspond with L. Despins and East West Bank regarding wire transfer to Hawk Eye Security | 0.30 | 1,365.00 | 409.50 |
| 11/06/2024 | DM26 | Prepare draft Paul Hastings wire transfer per T. Sadler | 0.10 | 565.00 | 56.50 |
| 11/07/2024 | DM26 | Prepare draft wire transfers for certain vendors | 0.30 | 565.00 | 169.50 |
| 11/11/2024 | AB21 | Correspond with T. Sadler regarding next wire transfers | 0.10 | 1,850.00 | 185.00 |
| 11/11/2024 | DM26 | Prepare draft wire transfers for certain vendors of the Trustee | 0.30 | 565.00 | 169.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                    Page 19
50687-00001
Invoice No. 2429462

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/12/2024 | AB21 | Correspond with T. Sadler regarding wire transfers | 0.10 | 1,850.00 | 185.00 |
| 11/12/2024 | AB21 | Correspond with B. Snyder (Acheson) regarding Burham invoice (0.1); correspond with L. Despins regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 11/12/2024 | DM26 | Prepare draft wire transfers for certain vendors | 0.30 | 565.00 | 169.50 |
| 11/13/2024 | AB21 | Correspond with T. Sadler regarding wires for estate professionals | 0.30 | 1,850.00 | 555.00 |
| 11/13/2024 | TS21 | Review wires and checks for invoices and fee statements (.7); correspond with L. Despins, W. Sherman, A. Bongartz and East West Bank re same (.4) | 1.10 | 1,365.00 | 1,501.50 |
| 11/14/2024 | DM26 | Prepare draft wire transfers regarding professionals | 0.60 | 565.00 | 339.00 |
| 11/15/2024 | DM26 | Prepare draft wire transfers regarding certain Trustee professionals | 0.30 | 565.00 | 169.50 |
| 11/15/2024 | TS21 | Review and revise wire transfer payments (.7); correspond with L. Despins and A. Bongartz re same (.3) | 1.00 | 1,365.00 | 1,365.00 |
| 11/16/2024 | AB21 | Correspond with L. Despins regarding wire transfers as per fee orders (0.5); correspond with P. Linsey (NPM) regarding same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 11/18/2024 | AB21 | Correspond with T. Sadler regarding wire transfer | 0.10 | 1,850.00 | 185.00 |
| 11/18/2024 | DM26 | Prepare draft wire transfer regarding Hawk Eye Security | 0.10 | 565.00 | 56.50 |
| 11/19/2024 | TS21 | Correspond with L. Despins, A. Bongartz and East West Bank re wire transfers | 0.40 | 1,365.00 | 546.00 |
| 11/20/2024 | AB21 | Correspond with T. Sadler regarding update on wire transfers | 0.10 | 1,850.00 | 185.00 |
| 11/20/2024 | DM26 | Prepare draft wire transfer for P&C's fifth interim fee application | 0.10 | 565.00 | 56.50 |
| 11/20/2024 | TS21 | Correspond with East West Bank, A. Bongartz and L. Despins regarding wire transfers | 0.40 | 1,365.00 | 546.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                    Page 20
50687-00001
Invoice No. 2429462

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/25/2024 | AB21 | Correspond with T. Sadler regarding wire transfers | 0.10 | 1,850.00 | 185.00 |
| 11/26/2024 | TS21 | Correspond with L. Despins, A. Bongartz and East West Bank re bank account debits (.7); review accounts for unauthorized payments (.4) | 1.10 | 1,365.00 | 1,501.50 |
| 11/27/2024 | TS21 | Correspond with L. Despins and East West Bank re wire transfers | 0.20 | 1,365.00 | 273.00 |
| 11/28/2024 | AB21 | Correspond with T. Sadler regarding next round of wires for professional fees | 0.30 | 1,850.00 | 555.00 |
| | | **Subtotal: B210  Business Operations** | **8.60** | | **11,029.00** |

**B211    Financial Reports (Monthly Operating Reports)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/15/2024 | DEB4 | Correspond with T. Sadler, P. Linsey (NPM) and D. Skalka (NPM) regarding MOR | 0.30 | 1,395.00 | 418.50 |
| 11/18/2024 | TS21 | Draft monthly operating report (3.0); correspond with D. Barron and L. Despins re same (.3) | 3.30 | 1,365.00 | 4,504.50 |
| 11/21/2024 | DM26 | File via the Court's CM/ECF system monthly operating report for period ended 10/31/24 | 0.20 | 565.00 | 113.00 |
| | | **Subtotal: B211  Financial Reports (Monthly Operating Reports)** | **3.80** | | **5,036.00** |

| | | **Total** | **129.70** | | **132,857.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 2.90 | 1,975.00 | 5,727.50 |
| NAB | Nicholas A. Bassett | Partner | 2.50 | 1,835.00 | 4,587.50 |
| AB21 | Alex Bongartz | Of Counsel | 21.50 | 1,850.00 | 39,775.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                    Page 21
50687-00001
Invoice No. 2429462

| KAT2 | Katherine A. Traxler | Of Counsel | 0.30 | 1,120.00 | 336.00 |
| DEB4 | Douglass E. Barron | Associate | 2.90 | 1,395.00 | 4,045.50 |
| TS21 | Tess Sadler | Associate | 7.80 | 1,365.00 | 10,647.00 |
| ECS1 | Ezra C. Sutton | Associate | 18.70 | 1,270.00 | 23,749.00 |
| LS26 | Luyi Song | Associate | 6.40 | 985.00 | 6,304.00 |
| ML30 | Mat Laskowski | Paralegal | 1.90 | 565.00 | 1,073.50 |
| DM26 | David Mohamed | Paralegal | 64.80 | 565.00 | 36,612.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 11/04/2024 | Photocopy Charges | 220.00 | 0.08 | 17.60 |
| 11/07/2024 | Photocopy Charges | 220.00 | 0.08 | 17.60 |
| 11/07/2024 | Photocopy Charges | 120.00 | 0.08 | 9.60 |
| 11/08/2024 | Photocopy Charges | 180.00 | 0.08 | 14.40 |
| 11/13/2024 | Photocopy Charges | 120.00 | 0.08 | 9.60 |
| 11/25/2024 | Photocopy Charges | 660.00 | 0.08 | 52.80 |
| 11/26/2024 | Photocopy Charges | 2,180.00 | 0.08 | 174.40 |
| 11/01/2024 | Vendor Expense - Luc Despins; 09/10/2024; Court filing and DHL Shipment | | | 137.00 |
| 11/01/2024 | Vendor Expense - Luc Despins; 09/10/2024; Court filing and DHL Shipment | | | 59.00 |
| 11/03/2024 | Westlaw | | | 266.37 |
| 11/04/2024 | Postage/Express Mail - First Class - US; | | | 31.86 |
| 11/04/2024 | Postage/Express Mail - International; | | | 8.96 |
| 11/06/2024 | Westlaw | | | 29.14 |
| 11/07/2024 | Local - Parking - Luc Despins; 10/22/2024; parking at courthouse in Bridgeport, CT | | | 8.00 |
| 11/07/2024 | Postage/Express Mail - First Class - US; | | | 31.86 |
| 11/07/2024 | Postage/Express Mail - International; | | | 8.96 |
| 11/08/2024 | Postage/Express Mail - International; | | | 17.92 |
| 11/08/2024 | Postage/Express Mail - First Class - US; | | | 24.78 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2429462

Page 22

| | | |
|---|---|---:|
| 11/08/2024 | Postage/Express Mail - First Class - US; | 33.00 |
| 11/09/2024 | Westlaw | 58.28 |
| 11/11/2024 | Lexis/On Line Search | 91.15 |
| 11/11/2024 | Westlaw | 145.70 |
| 11/13/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 868461599; 11/13/2024; Nicole Wilson; Saraca Media Group Inc.; 401 Federal Street Townsend Bu; DOVER, DE 19901 ; 281769454528 (MAN) | 21.95 |
| 11/13/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 868461599; 11/13/2024; Seven Mission Group LLC; c/o The Corporation Trust Comp; 1209 Orange Street; WILMINGTON, DE 19801 ; 281769610031 (MAN) | 21.95 |
| 11/13/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 868461599; 11/13/2024; ; SARACA MEDIA GROUP INC.; 162 E 64th St; NEW YORK, NY 10065 ; 281769178940 (MAN) | 21.95 |
| 11/13/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 868461599; 11/13/2024; Howard Steinberg GFNY INC.; c/o Greenberg Traurig LLP.; 1840 Century Park East Suite; LOS ANGELES, CA 90067 ; 281769001590 (MAN) | 22.49 |
| 11/13/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 868461599; 11/13/2024; Karin Maistrello; INFORMATION NOT SUPPLIED; 17 GIFFORD AVE APT 5F; JERSEY CITY, NJ 07304 ; 281768741313 (MAN) | 29.07 |
| 11/13/2024 | Postage/Express Mail - Priority Mail; | 223.50 |
| 11/13/2024 | Postage/Express Mail - First Class - US; | 33.00 |
| 11/13/2024 | Postage/Express Mail - International; | 6.30 |
| 11/13/2024 | Postage/Express Mail - Express Mail; | 64.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2429462

Page 23

| | | |
|---|---|---|
| 11/18/2024 | Taxi/Ground Transportation - Luyi Song; 11/15/2024; Taxi expense for travel from NJ back to NY after meeting with auctioneer | 11.20 |
| 11/18/2024 | Taxi/Ground Transportation - Luyi Song; 11/15/2024; From/To: NY/NJ; Service Type: Uber; Time: 09:46; Travel from New York to New Jersey for meeting with auctioneer at warehouse facility | 184.68 |
| 11/21/2024 | Vendor Expense - Dennis Cairns; 11/13/2024; Car fare to the New York Small Claims Court | 5.80 |
| 11/21/2024 | Westlaw | 145.70 |
| 11/24/2024 | Lexis/On Line Search | 21.87 |
| 11/24/2024 | Westlaw | 117.72 |
| 11/25/2024 | Postage/Express Mail - International; | 14.22 |
| 11/25/2024 | Postage/Express Mail - First Class - US; | 39.27 |
| 11/25/2024 | Westlaw | 8.76 |
| 11/26/2024 | Postage/Express Mail - International; | 29.84 |
| 11/26/2024 | Postage/Express Mail - International; | 29.84 |
| 11/26/2024 | Postage/Express Mail - First Class - US; | 68.17 |
| 11/27/2024 | Westlaw | 58.28 |
| **Total Costs incurred and advanced** | | **$2,427.54** |
| | **Current Fees and Costs** | **$135,284.54** |
| | **Total Balance Due - Due Upon Receipt** | **$135,284.54** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429463

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $155,267.75 |
| Costs incurred and advanced | 5,101.72 |
| **Current Fees and Costs Due** | **$160,369.47** |
| **Total Balance Due - Due Upon Receipt** | **$160,369.47** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429463

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

Legal fees for professional services
for the period ending November 30, 2024 | $155,267.75

Costs incurred and advanced | 5,101.72

**Current Fees and Costs Due** | **$160,369.47**

**Total Balance Due - Due Upon Receipt** | **$160,369.47**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429463

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

## Asset Recovery Investigation and Litigation

$155,267.75

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 11/05/2024 | LAD4 | Review submissions, notes in prep for hearing (.20); t/c N. Bassett re: same (.20); attend hearing on rule 2004 motion, default judgment, motion to stay discovery (2.00); post-mortem N. Bassett (.10) | 2.50 | 1,975.00 | 4,937.50 |
| 11/05/2024 | NAB | Telephone conference with L. Despins regarding preparations for hearing on rule 2004 motion, default judgment, motion to stay discovery (0.2); correspond with P. Linsey regarding the same (0.2); telephone conference with L. Despins regarding outcome of hearing (0.1) | 0.50 | 1,835.00 | 917.50 |
| 11/06/2024 | LAD4 | T/c N. Bassett re: hearing prep | 0.30 | 1,975.00 | 592.50 |
| 11/06/2024 | LS26 | Attend hearing on G Club's motion to quash Rule 2004 motion | 1.00 | 985.00 | 985.00 |
| 11/06/2024 | NAB | Review submissions and open issues in prep for hearing on G Club Rule 2004 motion (1.2); telephone conferences with L. Despins regarding the same (0.3); participate in hearing (1.0) | 2.50 | 1,835.00 | 4,587.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429463

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/14/2024 | LAD4 | T/c N. Bassett re: hearing prep | 0.20 | 1,975.00 | 395.00 |
| 11/14/2024 | NAB | Call with L. Despins regarding preparation for hearing on G Club Rule 2004 motion (.2); review issues and prepare notes for same (.1) | 0.30 | 1,835.00 | 550.50 |
| 11/15/2024 | NAB | Review submissions and authority in preparation for hearing on G Club Rule 2004 motion | 0.30 | 1,835.00 | 550.50 |
| 11/17/2024 | NAB | Continue reviewing submissions and authority in prep for G Club Rule 2004 motion hearing (.3); correspond with L. Song regarding same (.1) | 0.40 | 1,835.00 | 734.00 |
| 11/18/2024 | LAD4 | Review issues, notes in prep for status conference (.20); handle status conference re: G Club discovery (.40) | 0.60 | 1,975.00 | 1,185.00 |
| 11/18/2024 | NAB | Prepare outline for continued G Club Rule 2004 motion hearing (.4); correspond with L. Song regarding same (.1); participate in hearing on G Club Rule 2004 motion (.4) | 0.90 | 1,835.00 | 1,651.50 |
| | | **Subtotal: B155  Court Hearings** | **9.50** | | **17,086.50** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/01/2024 | ECS1 | Analyze issues regarding service of adversary proceeding, RICO, and omnibus alter ego complaints on defendants located in the United Kingdom (.9); prepare correspondence to L. Despins and N. Bassett regarding same (.4); correspond with D. Barron regarding same (.1) | 1.40 | 1,270.00 | 1,778.00 |
| 11/05/2024 | ECS1 | Review and comment on service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings | 0.40 | 1,270.00 | 508.00 |
| 11/05/2024 | NAB | Correspond with S. Maza regarding pending litigation issues | 0.10 | 1,835.00 | 183.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2429463

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/06/2024 | DEB4 | Correspond with L. Despins on UK issues (0.1); correspond with A. de Quincey regarding same (0.3) | 0.40 | 1,395.00 | 558.00 |
| 11/06/2024 | ECS1 | Review and comment on service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings | 0.10 | 1,270.00 | 127.00 |
| 11/14/2024 | ECS1 | Analyze ███████ and ███████ (.5); correspond with D. Barron regarding same (.3) | 0.80 | 1,270.00 | 1,016.00 |
| 11/14/2024 | ECS1 | Correspond with K. Mitchell and P. Linsey (NPM) regarding service of foreign defendants in avoidance actions | 0.20 | 1,270.00 | 254.00 |
| 11/17/2024 | DM26 | Update appeals tracking chart | 1.10 | 565.00 | 621.50 |
| 11/18/2024 | ECS1 | Continue analyzing ███████ and ███████ | 0.70 | 1,270.00 | 889.00 |
| 11/18/2024 | WCF | Analyze appellate dockets regarding Greenwich Land appeal brief, HK USA Second Circuit appeal, and withdrawal of reference in civil RICO district court matter (.4); call with with P. Linsey regarding same (.1); correspond with J. Kosciewicz regarding same (.1) | 0.60 | 1,390.00 | 834.00 |
| 11/19/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.6); correspond with E. Ring (Ancillary) regarding same (.2); correspond with K. Mitchell (NPM) regarding same (.2) | 1.00 | 1,270.00 | 1,270.00 |
| 11/19/2024 | ECS1 | Further analyze ███████ and ███████ | 0.10 | 1,270.00 | 127.00 |
| 11/20/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings (.1); correspond with E. Ring (Ancillary) regarding same (.1); correspond with K. Mitchell (NPM) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429463

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/21/2024 | ECS1 | Correspond with K. Mitchell (NPM) regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings | 0.10 | 1,270.00 | 127.00 |
| 11/22/2024 | DM26 | Update appeals tracking chart | 0.60 | 565.00 | 339.00 |
| 11/22/2024 | ECS1 | Analyze ███████ and ███████ | 0.10 | 1,270.00 | 127.00 |
| 11/22/2024 | ECS1 | Review issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings | 0.10 | 1,270.00 | 127.00 |
| 11/25/2024 | LS26 | Correspond with D. Barron regarding pending and upcoming litigation and open issues | 0.30 | 985.00 | 295.50 |
| 11/25/2024 | LS26 | Call with P. Linsey (NPM) regarding pending and upcoming litigation and open issues | 0.40 | 985.00 | 394.00 |
| | | **Subtotal: B191  General Litigation** | **8.80** | | **9,956.50** |

**B195     Non-Working Travel**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/05/2024 | LAD4 | Travel to and from Bridgeport for court hearing (bill at 1/2 rate) | 1.10 | 987.50 | 1,086.25 |
| | | **Subtotal: B195  Non-Working Travel** | **1.10** | | **1,086.25** |

**B261     Investigations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/01/2024 | ECS1 | Review new production documents from Raich Ende Malter (.2); correspond with UnitedLex regarding same (.2) | 0.40 | 1,270.00 | 508.00 |
| 11/01/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,270.00 | 127.00 |
| 11/01/2024 | LS26 | Review Kroll analysis on transfers relating to Debtor-related individuals and entity | 0.40 | 985.00 | 394.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok     Page 5
Kwok
50687-00002
Invoice No. 2429463

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/01/2024 | NAB | Prepare draft response to G Club motion to quash subpoena (1.6); review pleadings and additional documents in connection with the same (0.4); correspond with P. Linsey (NPM) regarding same (0.4); review revised draft response to G Club motion to quash (0.2) | 2.60 | 1,835.00 | 4,771.00 |
| 11/04/2024 | LAD4 | T/c ███████████ (.40); review issues re: same (1.10) | 1.50 | 1,975.00 | 2,962.50 |
| 11/05/2024 | DEB4 | Correspond with L. Despins regarding ██████████ | 0.10 | 1,395.00 | 139.50 |
| 11/05/2024 | LS26 | Correspond with L. Despins, D. Barron regarding London property | 0.10 | 985.00 | 98.50 |
| 11/05/2024 | LS26 | Review public information and informant correspondence relating to Debtor and his financial affairs | 1.10 | 985.00 | 1,083.50 |
| 11/06/2024 | DEB4 | Correspond with L. Despins regarding Himalaya Exchange (0.2); correspond with L. Despins and N. Bassett regarding G Club documents (0.2); analyze same (0.5) | 0.90 | 1,395.00 | 1,255.50 |
| 11/06/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,270.00 | 127.00 |
| 11/06/2024 | LS26 | Review G Club document production (0.6); correspond with D. Barron regarding same (0.3); correspond with L. Despins, N. Bassett, P. Linsey (NPM) and D. Barron regarding same (0.1) | 1.00 | 985.00 | 985.00 |
| 11/06/2024 | LS26 | Review informant correspondence regarding information relating to Debtor entities (0.2); correspond with L. Despins regarding same (0.2); follow-up email with informant regarding same (0.1) | 0.50 | 985.00 | 492.50 |
| 11/06/2024 | LS26 | Review information about Himalaya Exchange (0.2); correspond with D. Barron regarding same (0.1) | 0.30 | 985.00 | 295.50 |
| 11/07/2024 | AB21 | Correspond with L. Bauer (National Marine Suppliers) regarding storage questions | 0.20 | 1,850.00 | 370.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                       Page 6
50687-00002
Invoice No. 2429463

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/07/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,270.00 | 127.00 |
| 11/07/2024 | LS26 | Continue to review public information and informant correspondence relating to Debtor and his financial affairs (0.9); prepare email to L. Despins, N. Bassett and D. Barron regarding same (1.2) | 2.10 | 985.00 | 2,068.50 |
| 11/08/2024 | LAD4 | T/c T. Keya re: investigation (.40); analyze findings and issues re: same (.50) | 0.90 | 1,975.00 | 1,777.50 |
| 11/08/2024 | NAB | Correspond with J. Sklarz (G Club counsel), L. Despins regarding discovery | 0.30 | 1,835.00 | 550.50 |
| 11/11/2024 | DEB4 | Correspond with E. Sutton regarding bank account discovery (0.1); correspond with P. Linsey regarding same (0.1); correspond with L. Song regarding G Club documents (0.2); analyze same (0.7); analyze additional discovery documents related to same (1.0) | 2.10 | 1,395.00 | 2,929.50 |
| 11/11/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.20 | 1,270.00 | 254.00 |
| 11/11/2024 | LS26 | Review document production from G Club (1.6); correspond with D. Barron regarding same (0.4); draft email to L. Despins, N. Bassett, D. Barron and P. Linsey (NPM) regarding same (0.4) | 2.40 | 985.00 | 2,364.00 |
| 11/11/2024 | NAB | Review G Club discovery responses (0.3); correspond with L. Despins regarding the same (0.2) | 0.50 | 1,835.00 | 917.50 |
| 11/12/2024 | AB21 | Call with D. Barron regarding UK investigation | 0.10 | 1,850.00 | 185.00 |
| 11/12/2024 | DEB4 | Conference with A. Bongartz regarding UK investigation (0.1); review issues regarding same (0.1); correspond with Paul Wright regarding same (0.1) | 0.30 | 1,395.00 | 418.50 |
| 11/12/2024 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.40 | 1,270.00 | 508.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429463

Page 7

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/12/2024 | LAD4 | T/c ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 | 1,975.00 | 395.00 |
| 11/12/2024 | LS26 | Review documents regarding Mileson issues (0.2); correspond with Kroll, N. Bassett and D. Barron regarding Mileson vehicle (0.1) | 0.30 | 985.00 | 295.50 |
| 11/12/2024 | SH31 | Review the bylaws for ▮▮▮ (.4); study correspondence from ▮▮▮ re ▮▮▮ (.2); correspond with L. Despins re the same (.2) | 0.80 | 1,395.00 | 1,116.00 |
| 11/13/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,270.00 | 127.00 |
| 11/13/2024 | NAB | Review and revise draft discovery sanctions appeal brief (2.2); review record in connection with the same (0.6); correspond with D. Carnelli (NPM) regarding same (0.2); correspond and telephone conference with P. Linsey regarding Schulman rule 2004 order (0.2); correspond with P. Hughes (Kobre & Kim) regarding next steps in UAE investigation (0.1) | 3.30 | 1,835.00 | 6,055.50 |
| 11/14/2024 | DEB4 | Participate in call with Kroll, L. Despins, N. Bassett, and L. Song regarding ongoing financial analyses (1.0); conference with L. Song regarding G Club documents (0.2); correspond with A. Lomas (Kroll) regarding same (0.2); analyze G Club and Hamilton related documents (0.8); correspond with Paul Wright regarding UK investigation (0.1) | 2.30 | 1,395.00 | 3,208.50 |
| 11/14/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,270.00 | 127.00 |
| 11/14/2024 | LAD4 | Review/edit our Second Circuit brief re: sanctions against opposing counsel | 0.60 | 1,975.00 | 1,185.00 |
| 11/14/2024 | LAD4 | T/c Kroll, N. Bassett, D. Barron, L. Song re: financial update | 1.00 | 1,975.00 | 1,975.00 |
| 11/14/2024 | LS26 | Investigation update call with L. Despins, N. Bassett, A. Lomas (Kroll), J. Barker (Kroll), D. Barron and P. Linsey (NPM) | 1.00 | 985.00 | 985.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429463

Page 8

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/14/2024 | LS26 | Review public information about Debtor and London apartment | 0.30 | 985.00 | 295.50 |
| 11/14/2024 | LS26 | Review email from A. Lomas (Kroll) on G Club transactions (0.3); call with D. Barron regarding same (0.2) | 0.50 | 985.00 | 492.50 |
| 11/14/2024 | NAB | Call with P. Linsey (NPM) regarding Schulman Rule 2004 discovery (.1); call with Kroll, L. Despins, D. Barron, L. Song, and P. Linsey (NPM) regarding investigation updates and strategy (1.0) | 1.10 | 1,835.00 | 2,018.50 |
| 11/15/2024 | LS26 | Call and correspond with P. Linsey (NPM) regarding Schulman rule 2004 discovery | 0.30 | 985.00 | 295.50 |
| 11/15/2024 | NAB | Correspond with J. Sklarz (G Club counsel) regarding Rule 2004 motion (.1); correspond with L. Song regarding same (.1); call with P. Linsey regarding Schulman Rule 2004 motion (.1); call with Kobre & Kim, L. Despins, A. Bongartz, and D. Barron regarding initial UAE strategy (1.0) | 1.30 | 1,835.00 | 2,385.50 |
| 11/17/2024 | LS26 | Prepare fact summary on Haoran He (1.2); correspond with D. Barron regarding same (0.1) | 1.30 | 985.00 | 1,280.50 |
| 11/18/2024 | DEB4 | Conferences with L. Song regarding G Club deposition (2.1); analyze documents regarding same (0.8); correspond with Paul Wright and Archie Connors regarding UK investigation (0.1); correspond with L. Song and L. Despins regarding informant issues (0.3) | 3.30 | 1,395.00 | 4,603.50 |
| 11/18/2024 | LS26 | Correspond with A. Bongartz and E. Sutton regarding Mei Guo information | 0.20 | 985.00 | 197.00 |
| 11/18/2024 | LS26 | Review issues in prep for G Club deposition (0.7); review documents and prepare G Club deposition outline with D. Barron (2.1) | 2.80 | 985.00 | 2,758.00 |
| 11/18/2024 | LS26 | Draft email to L. Despins, N. Bassett, D. Barron, and P. Linsey (NPM) regarding rule 2004 discovery | 0.20 | 985.00 | 197.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 9
Kwok
50687-00002
Invoice No. 2429463

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/18/2024 | NAB | Meet and confer with J. Sklarz (G Club counsel) regarding G Club Rule 2004 motion (.2); review issues/topics for deposition (.2); correspond with L. Despins regarding same (.1) | 0.50 | 1,835.00 | 917.50 |
| 11/19/2024 | DEB4 | Conferences with L. Song regarding G Club issues | 0.80 | 1,395.00 | 1,116.00 |
| 11/19/2024 | DEB4 | Correspond with L. Song regarding G Club deposition | 0.50 | 1,395.00 | 697.50 |
| 11/19/2024 | DEB4 | Correspond with P. Parizek regarding Kroll investigation (0.1); correspond with L. Despins regarding same (0.1); further correspond with L. Song regarding G Club investigation (0.5) | 0.70 | 1,395.00 | 976.50 |
| 11/19/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,270.00 | 127.00 |
| 11/19/2024 | LS26 | Continue to prepare G Club deposition outline (5.2); conference with D. Barron regarding same and G Club issues (0.8) | 6.00 | 985.00 | 5,910.00 |
| 11/19/2024 | NAB | Review documents and legal issues in prep for G Club Rule 2004 deposition (1.9); review and supplement outline and exhibits in connection with same (1.4); correspond with L. Song regarding same (.3) | 3.60 | 1,835.00 | 6,606.00 |
| 11/20/2024 | DEB4 | Correspond with L. Song regarding Berkeley Rowe documents (0.1); correspond with P. Linsey (NPM) regarding Qiang Guo documents (0.1); participate in G Club deposition (4.4); conference with L. Song regarding same (0.3); conference with P. Linsey regarding G Club accounts (0.2); review issues regarding same (0.1); correspond with L. Despins regarding G Club funds (0.1); conference with L. Song regarding informant issues (0.2); correspond with N. Bassett and L. Despins regarding same (0.1) | 5.60 | 1,395.00 | 7,812.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429463

Page 10

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/20/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.20 | 1,270.00 | 254.00 |
| 11/20/2024 | LW16 | Research regarding annual returns for certain entities for L. Song | 0.70 | 420.00 | 294.00 |
| 11/20/2024 | LAD4 | Review depo outline for G Club representative (.40); t/c N. Bassett re: same (.20); listen to portion of same (1.70); post-mortem with N. Bassett re: same (.10) | 2.40 | 1,975.00 | 4,740.00 |
| 11/20/2024 | LS26 | Attend rule 2004 deposition of G Club/A. Childe | 4.40 | 985.00 | 4,334.00 |
| 11/20/2024 | LS26 | Continue to review documents and prepare G Club deposition outline (2.8); conferences with D. Barron regarding same and informant issues (0.5) | 3.30 | 985.00 | 3,250.50 |
| 11/20/2024 | LS26 | Correspond with D. Barron regarding correspondence from rule 2004 target (0.1); draft response email regarding same (0.2) | 0.30 | 985.00 | 295.50 |
| 11/20/2024 | NAB | Continue to review documents, issues, and outline in prep for G Club Rule 2004 deposition (1.5); call with L. Despins regarding same (.2); participate in deposition (4.4); follow-up call with L. Despins regarding same (.1); correspond with L. Despins, P. Linsey (NPM), L. Song and D. Barron regarding other Rule 2004 discovery issues (.2) | 6.40 | 1,835.00 | 11,744.00 |
| 11/21/2024 | DEB4 | Correspond with Paul Wright regarding UK investigation (0.1); review correspondence from P. Linsey regarding bank investigation (0.2); correspond with L. Despins regarding ███████ (0.1); review issues regarding same (0.2) | 0.60 | 1,395.00 | 837.00 |
| 11/21/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                                   Page 11
50687-00002
Invoice No. 2429463

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/21/2024 | FW2 | Review and respond to L. Wortman's research request (.1); conduct company research regarding certain entities with the HK Companies Registry (.4) | 0.50 | 685.00 | 342.50 |
| 11/21/2024 | LS26 | Review corporate records of Hong Kong entity connected to Debtor | 0.20 | 985.00 | 197.00 |
| 11/21/2024 | LS26 | Correspond with L. Despins, N. Bassett and D. Barron regarding foreign entities | 0.20 | 985.00 | 197.00 |
| 11/22/2024 | DEB4 | Correspond with N. Bassett regarding Schulman firm issues (0.1); correspond with Paul Wright regarding UK investigation (0.1); correspond with P. Linsey (NPM) regarding Hamilton issues (0.5) | 0.70 | 1,395.00 | 976.50 |
| 11/22/2024 | ECS1 | Review information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.20 | 1,270.00 | 254.00 |
| 11/22/2024 | LS26 | Correspond with A. Bongartz regarding certain interested parties (0.2); review documents relating to same (0.2) | 0.40 | 985.00 | 394.00 |
| 11/22/2024 | NAB | Call with P. Linsey (NPM) regarding Schulman Rule 2004 discovery (.2); call with J. Gavenman (Schuman) and P. Linsey regarding same (.5); call with P. Linsey regarding same (.1); correspond with L. Despins regarding same (.3) | 1.10 | 1,835.00 | 2,018.50 |
| 11/25/2024 | DEB4 | Correspond with L. Song regarding G Club documents | 0.20 | 1,395.00 | 279.00 |
| 11/25/2024 | LS26 | Call and correspond with P. Linsey (NPM) and K. Mitchell (NPM) regarding bank discovery | 0.20 | 985.00 | 197.00 |
| 11/25/2024 | LS26 | Draft follow-up G Club documents requests (0.3); correspond with N. Bassett and D. Barron regarding same (0.1) | 0.40 | 985.00 | 394.00 |
| 11/25/2024 | LS26 | Review email from informant (0.1); correspond with D. Barron, P. Linsey (NPM) and N. Bassett regarding same (0.1) | 0.20 | 985.00 | 197.00 |
| 11/25/2024 | NAB | Correspond with D. Barron and L. Song regarding discovery issues | 0.20 | 1,835.00 | 367.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2429463

Page 12

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/26/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding Schulman documents | 0.20 | 1,395.00 | 279.00 |
| 11/26/2024 | DEB4 | Correspond with P. Parizek regarding Kroll investigation updates | 0.20 | 1,395.00 | 279.00 |
| 11/26/2024 | DEB4 | Analyze discovery documents | 2.20 | 1,395.00 | 3,069.00 |
| 11/26/2024 | LS26 | Correspond with K. Mitchell (NPM) and P. Linsey (NPM) regarding bank production | 0.20 | 985.00 | 197.00 |
| 11/26/2024 | NAB | Correspond with D. Barron and L. Song regarding follow-up discovery requests to G Club (.2); correspond with J. Sklarz (opposing counsel) regarding same (.2) | 0.40 | 1,835.00 | 734.00 |
| 11/27/2024 | DEB4 | Participate in financial investigation update call with Kroll, L. Despins, N. Bassett, and L. Song (0.5); follow up review of Kroll issues and documents (0.3); correspond with Paul Wright regarding UK investigation issues (0.2); correspond with L. Song regarding Brad Geyer (0.1); analyze documents related to same (0.5); correspond with S. Maza regarding UK investigation (0.1) | 1.70 | 1,395.00 | 2,371.50 |
| 11/27/2024 | LAD4 | Handle weekly financial investigation call with Kroll and N. Bassett, L. Song, D. Barron | 0.50 | 1,975.00 | 987.50 |
| 11/27/2024 | LS26 | Review public information related to Debtor | 0.20 | 985.00 | 197.00 |
| 11/27/2024 | LS26 | Call with L. Despins, N. Bassett, D. Barron, P. Linsey (NPM), K. Mitchell (NPM) and Kroll regarding investigation update | 0.50 | 985.00 | 492.50 |
| 11/27/2024 | NAB | Call with L. Despins, D. Barron, L. Song, P. Linsey, and Kroll regarding general case updates and strategy | 0.50 | 1,835.00 | 917.50 |
| 11/28/2024 | DEB4 | Correspond with A. de Quincey regarding UK investigation (0.1); analyze documents related to same (0.8); correspond with L. Song regarding trust documents (0.1); analyze same (0.4); correspond with Paul Wright regarding same (0.1) | 1.50 | 1,395.00 | 2,092.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 13
50687-00002
Invoice No. 2429463

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/28/2024 | LS26 | Review declarations of trust documents | 0.30 | 985.00 | 295.50 |
| 11/29/2024 | DEB4 | Analyze investigation documents | 2.40 | 1,395.00 | 3,348.00 |
| 11/29/2024 | LS26 | Continue reviewing declarations of trust documents | 0.20 | 985.00 | 197.00 |
| | | **Subtotal: B261 Investigations** | **91.50** | | **127,138.50** |

| | Total | | 110.90 | | 155,267.75 |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 10.70 | 1,975.00 | 21,132.50 |
| LAD4 | Luc A. Despins | Partner | 1.10 | 987.50 | 1,086.25 |
| NAB | Nicholas A. Bassett | Partner | 26.80 | 1,835.00 | 49,178.00 |
| AB21 | Alex Bongartz | Of Counsel | 0.30 | 1,850.00 | 555.00 |
| DEB4 | Douglass E. Barron | Associate | 26.70 | 1,395.00 | 37,246.50 |
| SH31 | Sabine Houben | Associate | 0.80 | 1,395.00 | 1,116.00 |
| WCF | Will C. Farmer | Associate | 0.60 | 1,390.00 | 834.00 |
| ECS1 | Ezra C. Sutton | Associate | 7.50 | 1,270.00 | 9,525.00 |
| LS26 | Luyi Song | Associate | 33.50 | 985.00 | 32,997.50 |
| DM26 | David Mohamed | Paralegal | 1.70 | 565.00 | 960.50 |
| FW2 | Fanny Wong | Other Timekeeper | 0.50 | 685.00 | 342.50 |
| LW16 | Lauren Wortman | Other Timekeeper | 0.70 | 420.00 | 294.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 11/01/2024 | Westlaw | | | 87.42 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                                    Page 14
Kwok
50687-00002
Invoice No. 2429463

| | | |
|---|---|---|
| 11/02/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-106 dated 11/03/2024; Douglass Barron; Number of People: 1; Dinner; Restaurant: NY Grill and Deli; Location: New York; Kwok; Order # 10427895409964 dated 11/02/2024 | 35.84 |
| 11/03/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-106 dated 11/03/2024; Douglass Barron; Number of People: 1; Dinner; Restaurant: Morning Star Cafe; Location: New York; Kwok; Order # 819027907305502 dated 11/03/2024 . | 27.55 |
| 11/03/2024 | Westlaw | 1,133.90 |
| 11/03/2024 | Westlaw | 116.56 |
| 11/04/2024 | Westlaw | 58.28 |
| 11/05/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-107 dated 11/17/2024; Douglass Barron; Number of People: 1; Dinner; Restaurant: Aki Chinese; Location: New York; Kwok; Order # 261727936959502 dated 11/05/2024 | 23.88 |
| 11/06/2024 | Westlaw | 87.42 |
| 11/07/2024 | Westlaw | 116.56 |
| 11/07/2024 | Westlaw | 29.14 |
| 11/11/2024 | Lexis/On Line Search | 174.94 |
| 11/11/2024 | Lexis/On Line Search | 22.79 |
| 11/11/2024 | Westlaw | 29.14 |
| 11/12/2024 | Westlaw | 87.42 |
| 11/13/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 869259408; 11/13/2024; Side Jobs Coordinator; Greenwich Police Department; 11 BRUCE PL; GREENWICH, CT 06830 ; 281771169820 (MAN) | 17.10 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 15

50687-00002

Invoice No. 2429463

| | | |
|---|---|---:|
| 11/13/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 869259408; 11/13/2024; JL Holdings; JL Holdings Inc; 407 WINTHROP RD; TEANECK, NJ 07666 ; 281770637204 (MAN) | 24.22 |
| 11/13/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 869259408; 11/13/2024; Kyle Davis Lawn Care; Kyle Davis Lawn Care LLC; 336A Forest Road; MAHWAH, NJ 07430 ; 281770453168 (MAN) | 24.22 |
| 11/13/2024 | Lexis/On Line Search | 22.79 |
| 11/13/2024 | Postage/Express Mail - Priority Mail; | 10.45 |
| 11/13/2024 | Westlaw | 174.84 |
| 11/15/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-107 dated 11/17/2024; Douglass Barron; Dinner; Number of People: 1; Restaurant: NY Grill and Deli; Location: New York; Kwok; Order # 132528029551295 dated 11/15/2024 | 37.10 |
| 11/15/2024 | Westlaw | 29.14 |
| 11/16/2024 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-107 dated 11/17/2024; Douglass Barron; Dinner; Number of People: 1; Restaurant: Noodles 28; Location: New York; Kwok; Order # 637128032883610 dated 11/16/2024 | 21.21 |
| 11/16/2024 | Westlaw | 87.42 |
| 11/19/2024 | Vendor Expense - Ezra Sutton; 11/01/2024; Invoice related to transferring title for 5 vehicles (one car and four motorcycles) to Luc Despins, as Chapter 11 Trustee in the Kwok case; Title Transfers | 650.30 |
| 11/19/2024 | Westlaw | 283.05 |
| 11/20/2024 | Lexis/On Line Search | 45.58 |
| 11/20/2024 | Lexis/On Line Search | 68.37 |
| 11/20/2024 | Westlaw | 58.28 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 16
Kwok
50687-00002
Invoice No. 2429463

| | | |
|---|---|---|
| 11/20/2024 | Westlaw | 604.01 |
| 11/20/2024 | Westlaw | 87.42 |
| 11/22/2024 | Westlaw | 96.92 |
| 11/25/2024 | Westlaw | 203.98 |
| 11/25/2024 | Westlaw | 87.42 |
| 11/26/2024 | Westlaw | 29.14 |
| 11/27/2024 | Westlaw | 145.66 |
| 11/27/2024 | Westlaw | 174.84 |
| 11/29/2024 | Westlaw | 87.42 |
| **Total Costs incurred and advanced** | | **$5,101.72** |
| **Current Fees and Costs** | | **$160,369.47** |
| **Total Balance Due - Due Upon Receipt** | | **$160,369.47** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429464

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $26,835.50 |
| **Current Fees and Costs Due** | **$26,835.50** |
| **Total Balance Due - Due Upon Receipt** | **$26,835.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429464

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

Legal fees for professional services
for the period ending November 30, 2024                                     $26,835.50

| | |
|---|---|
| **Current Fees and Costs Due** | **$26,835.50** |
| **Total Balance Due - Due Upon Receipt** | **$26,835.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429464

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

**Other Litigation**                                                                  **$26,835.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 11/06/2024 | KC27 | Review precedent suggestion of bankruptcy notices (.9); prepare same (1.4); correspond with W. Farmer re same (.3); further correspond with W. Farmer and N. Bassett re same (.1) | 2.70 | 1,185.00 | 3,199.50 |
| 11/07/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding Queens court filings (0.2); analyze same (0.3); correspond with D. Bowman (Weightman's) regarding trial exhibits (0.3) | 0.80 | 1,395.00 | 1,116.00 |
| 11/07/2024 | KC27 | Analyze New York state court rules for non party filings (1.0); correspond with D. Mohamed re same (.2); correspond with N. Bassett re same (.1) | 1.30 | 1,185.00 | 1,540.50 |
| 11/07/2024 | NAB | Correspond with W. Farmer and K. Catalano regarding suggestions of bankruptcy in state court litigations (0.2); review of drafts of the same (0.1) | 0.30 | 1,835.00 | 550.50 |
| 11/08/2024 | DM26 | Email N. Bassett, K. Catalano regarding state court filing | 0.20 | 565.00 | 113.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok     Page 2
50687-00003
Invoice No. 2429464

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/08/2024 | KC27 | Correspond with state court clerks re notice of bankruptcy (.8); review state local rules for same (.5); correspond with D. Mohamed re same (.5); correspond with N. Bassett re same (.2) | 2.00 | 1,185.00 | 2,370.00 |
| 11/08/2024 | NAB | Correspond with K. Catalano regarding suggestions of bankruptcy | 0.10 | 1,835.00 | 183.50 |
| 11/10/2024 | DEB4 | Correspond with L. Song regarding criminal case pleadings | 0.30 | 1,395.00 | 418.50 |
| 11/10/2024 | LS26 | Review Wang's brief in criminal case (.3); correspond with L. Despins, N. Bassett and D. Barron regarding same (.1) | 0.40 | 985.00 | 394.00 |
| 11/11/2024 | DEB4 | Correspond with K. Catalano regarding filing of suggestion of bankruptcy in state court actions | 0.30 | 1,395.00 | 418.50 |
| 11/11/2024 | KC27 | Revise notice of bankruptcy and automatic stay (.3); correspond with D. Cairns re same (.1); correspond with D. Mohamed re filing notices of bankruptcy and automatic stay (.6); correspond with S. Maza re same (.2); correspond with D. Barron re same (.1); correspond with N. Bassett re same (.1) | 1.40 | 1,185.00 | 1,659.00 |
| 11/11/2024 | NAB | Correspond with K. Catalano regarding notices of bankruptcy in state court litigation | 0.30 | 1,835.00 | 550.50 |
| 11/11/2024 | PF1 | Electronically file notice of Kwok bankruptcy and automatic stay | 1.00 | 580.00 | 580.00 |
| 11/11/2024 | PF1 | File notice of Kwok bankruptcy and automatic stay | 1.80 | 580.00 | 1,044.00 |
| 11/12/2024 | KC27 | Revise notice of automatic stay and bankruptcy in small claims matter (.6); correspond with D. Cairns re same (.4) | 1.00 | 1,185.00 | 1,185.00 |
| 11/12/2024 | LS26 | Review criminal case docket update | 0.10 | 985.00 | 98.50 |
| 11/13/2024 | DMC | Review and submit notice of bankruptcy and automatic stay in the New York County Small Claims Court | 1.50 | 405.00 | 607.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 3
50687-00003
Invoice No. 2429464

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/13/2024 | KC27 | Correspond with D. Cairns re notice of bankruptcy and automatic stay in small claims matter | 0.30 | 1,185.00 | 355.50 |
| 11/19/2024 | KC27 | Correspond with B. Ha re automatic stay (.3); attend meeting with B. Ha and W. Farmer re same (.3); correspond with W. Farmer re same (.1); review documents from B. Ha re same (.4) | 1.10 | 1,185.00 | 1,303.50 |
| 11/19/2024 | WCF | Analyze Arizona complaint and NY state complaint and docket filings regarding class action claims against Rule of Law entities and debtor (stayed) (1.7); call with K. Catalano and B. Ha (counsel to ROL entities) regarding automatic stay issues (.3); draft analysis of state court actions and automatic stay regarding same (.7); correspond with N. Bassett, P. Linsey (NPM), K. Catalano regarding same (.2) | 2.90 | 1,390.00 | 4,031.00 |
| 11/22/2024 | LAD4 | Review DOJ's criminal trial brief on sentencing of Wang | 0.40 | 1,975.00 | 790.00 |
| 11/22/2024 | NAB | Review criminal case filings, sentencing briefing | 0.30 | 1,835.00 | 550.50 |
| 11/23/2024 | LS26 | Review sentencing memorandum as to Yvette Wang | 0.40 | 985.00 | 394.00 |
| 11/24/2024 | LS26 | Further review sentencing memorandum as to Yvette Wang | 0.40 | 985.00 | 394.00 |
| 11/25/2024 | DEB4 | Analyze documents related to sentencing memoranda | 1.00 | 1,395.00 | 1,395.00 |
| 11/25/2024 | LS26 | Correspond with D. Barron on criminal case documents (0.2); review criminal case documents (0.2) | 0.40 | 985.00 | 394.00 |
| 11/25/2024 | NAB | Review criminal case filings (.5); correspond with L. Despins regarding same (.1) | 0.60 | 1,835.00 | 1,101.00 |
| 11/27/2024 | LS26 | Correspond with D. Barron regarding criminal case filing | 0.10 | 985.00 | 98.50 |
| | | **Subtotal: B191  General Litigation** | **23.40** | | **26,835.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                 Page 4
50687-00003
Invoice No. 2429464

| Date | Initials | Description | | Hours | Rate | Amount |
|------|----------|-------------|--|-------|------|--------|
| | **Total** | | | **23.40** | | **26,835.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 0.40 | 1,975.00 | 790.00 |
| NAB | Nicholas A. Bassett | Partner | 1.60 | 1,835.00 | 2,936.00 |
| DEB4 | Douglass E. Barron | Associate | 2.40 | 1,395.00 | 3,348.00 |
| WCF | Will C. Farmer | Associate | 2.90 | 1,390.00 | 4,031.00 |
| KC27 | Kristin Catalano | Associate | 9.80 | 1,185.00 | 11,613.00 |
| LS26 | Luyi Song | Associate | 1.80 | 985.00 | 1,773.00 |
| PF1 | Priscilla Fernandez | Paralegal | 2.80 | 580.00 | 1,624.00 |
| DM26 | David Mohamed | Paralegal | 0.20 | 565.00 | 113.00 |
| DMC | Dennis M. Cairns | Other Timekeeper | 1.50 | 405.00 | 607.50 |

| | |
|--|--|
| **Current Fees and Costs** | **$26,835.50** |
| **Total Balance Due - Due Upon Receipt** | **$26,835.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429465

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Sales Process**
PH LLP Client/Matter # 50687-00005
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $16,583.75 |
| **Current Fees and Costs Due** | **$16,583.75** |
| **Total Balance Due - Due Upon Receipt** | **$16,583.75** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429465

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Sales Process**
PH LLP Client/Matter # 50687-00005
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending November 30, 2024 | $16,583.75 |
| **Current Fees and Costs Due** | **$16,583.75** |
| **Total Balance Due - Due Upon Receipt** | **$16,583.75** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429465

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

**Sales Process**                                                                    **$16,583.75**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B130** | **Asset Disposition** | | | | |
| 11/05/2024 | AB21 | Call with L. Song regarding next steps for auctioning of furniture (0.2); correspond with L. Song regarding same (0.1) | 0.30 | 1,850.00 | 555.00 |
| 11/05/2024 | LS26 | Call with A. Bongartz regarding furniture auction | 0.20 | 985.00 | 197.00 |
| 11/05/2024 | LS26 | Review auction proposals and correspondence with auctioneers (0.2); prepare long email to A. Bongartz regarding auctioneer and auction proposals (0.7) | 0.90 | 985.00 | 886.50 |
| 11/05/2024 | LS26 | Prepare long email to L. Despins and A. Bongartz about proposed plan for furniture auction | 0.90 | 985.00 | 886.50 |
| 11/05/2024 | LS26 | Call and correspond with D. Skalka (NPM) regarding vehicle auction | 0.20 | 985.00 | 197.00 |
| 11/06/2024 | AB21 | Conference with L. Song regarding sale of furniture (0.2); call with L. Song and M. Knudsen (Hamilton) regarding same (0.2) | 0.40 | 1,850.00 | 740.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                     Page 2
50687-00005
Invoice No. 2429465

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/06/2024 | LS26 | Call with M. Davis (Paramount Facility Management) regarding visit by auctioneer (0.3); call with A. Bongartz regarding sale of furniture (0.2); call with A. Bongartz and M. Knudsen (Hamilton Group) regarding auction proposal (0.2) | 0.70 | 985.00 | 689.50 |
| 11/07/2024 | LS26 | Call and correspond with M. Knudsen (Hamilton Group) regarding visit to storage facility (0.2); call with M. Davis (Paramount) regarding same (0.1) | 0.30 | 985.00 | 295.50 |
| 11/07/2024 | LS26 | Correspond with A. Bongartz regarding updates on furniture auction | 0.10 | 985.00 | 98.50 |
| 11/12/2024 | AB21 | Conference with L. Song regarding sale of furniture | 0.20 | 1,850.00 | 370.00 |
| 11/12/2024 | LS26 | Call with A. Bongartz regarding furniture auction | 0.20 | 985.00 | 197.00 |
| 11/13/2024 | LS26 | Correspond with D. Skalka (NPM) and E. Sutton regarding motorcycle auction and furniture auction | 0.20 | 985.00 | 197.00 |
| 11/14/2024 | LS26 | Correspond with auctioneer and warehouse facility regarding visit to warehouse | 0.10 | 985.00 | 98.50 |
| 11/15/2024 | LS26 | Meeting with R. Glass (Hamilton Group) and M. Davis (Paramount facility) regarding furniture auction | 1.50 | 985.00 | 1,477.50 |
| 11/22/2024 | AB21 | Call with L. Song regarding update on auction proposal | 0.10 | 1,850.00 | 185.00 |
| 11/22/2024 | LS26 | Correspond with M. Davis (Paramount facility) and Hamilton Group regarding furniture auction | 0.10 | 985.00 | 98.50 |
| 11/22/2024 | LS26 | Call with A. Bongartz regarding furniture auction | 0.10 | 985.00 | 98.50 |
| 11/25/2024 | LS26 | Correspond with M. Knudsen (Hamilton Group) regarding furniture auction | 0.20 | 985.00 | 197.00 |
| **Subtotal: B130 Asset Disposition** | | | **6.70** | | **7,464.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                         Page 3
50687-00005
Invoice No. 2429465

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B131** | **Sale of Real Estate** | | | | |
| 11/01/2024 | LAD4 | Handle call with Compass re: sale of mansion and strategy re: same | 1.20 | 1,975.00 | 2,370.00 |
| 11/03/2024 | LAD4 | T/c G. Golub (Compass) re: changes to marketing plan | 0.40 | 1,975.00 | 790.00 |
| 11/06/2024 | AB21 | Conference with L. Despins regarding sale of Mahwah mansion (0.1); call with E. Sutton regarding same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 11/06/2024 | ECS1 | Call with A. Bongartz regarding Mahwah Mansion sale | 0.10 | 1,270.00 | 127.00 |
| 11/06/2024 | LAD4 | T/c A. Bongartz re: Mahwah Mansion sale | 0.10 | 1,975.00 | 197.50 |
| 11/06/2024 | LAD4 | T/c G. Golub (Compass) re: marketing budget (.40); finalize same (.60); t/c M. Conway re: details on retention/listing price (.40) | 1.40 | 1,975.00 | 2,765.00 |
| 11/18/2024 | WCF | Call with N. Bassett and J. Kosciewicz regarding Mahwah summary judgment issue (.2); analyze authorities regarding admissibility and corporate record declarant issue (.5) | 0.70 | 1,390.00 | 973.00 |
| | | **Subtotal: B131  Sale of Real Estate** | **4.10** | | **7,592.50** |
| | | | | | |
| **B195** | **Non-Working Travel** | | | | |
| 11/15/2024 | LS26 | Travel from New York to New Jersey for meeting with auctioneer (bill at 1/2 rate) | 1.50 | 492.50 | 738.75 |
| 11/15/2024 | LS26 | Travel from New Jersey back to New York after meeting with auctioneer (bill at 1/2 rate) | 1.60 | 492.50 | 788.00 |
| | | **Subtotal: B195  Non-Working Travel** | **3.10** | | **1,526.75** |
| | | | | | |
| | **Total** | | **13.90** | | **16,583.75** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00005
Invoice No. 2429465

Page 4

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|------------------|-------------|-------|----------|----------|
| LAD4 | Luc A. Despins | Partner | 3.10 | 1,975.00 | 6,122.50 |
| AB21 | Alex Bongartz | Of Counsel | 1.20 | 1,850.00 | 2,220.00 |
| WCF | Will C. Farmer | Associate | 0.70 | 1,390.00 | 973.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.10 | 1,270.00 | 127.00 |
| LS26 | Luyi Song | Associate | 5.70 | 985.00 | 5,614.50 |
| LS26 | Luyi Song | Associate | 3.10 | 492.50 | 1,526.75 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$16,583.75** |
| **Total Balance Due - Due Upon Receipt** | | **$16,583.75** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429467

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

Legal fees for professional services
for the period ending November 30, 2024

|  |  |
|---|---|
|  | $4,638.00 |
| **Current Fees and Costs Due** | **$4,638.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,638.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429467

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

Legal fees for professional services
for the period ending November 30, 2024

|  |  |
|---|---|
| Legal fees for professional services for the period ending November 30, 2024 | $4,638.00 |
| **Current Fees and Costs Due** | **$4,638.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,638.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429467

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

### Genever US                                                                      $4,638.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 11/08/2024 | DM26 | File via the Court's CM/ECF system Genever US monthly status report and revised proposed order regarding Eisner's second interim fee application (.3); prepare and effectuate service regarding same (.3) | 0.60 | 565.00 | 339.00 |
| | | **Subtotal: B110  Case Administration** | **0.60** | | **339.00** |
| **B131** | **Sale of Real Estate** | | | | |
| 11/26/2024 | LAD4 | T/c S. Millman (Hogan Lovells) re: update on sale etc. | 0.30 | 1,975.00 | 592.50 |
| | | **Subtotal: B131  Sale of Real Estate** | **0.30** | | **592.50** |
| **B210** | **Business Operations** | | | | |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                     Page 2
50687-00010
Invoice No. 2429467

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/06/2024 | AB21 | Call with D. Acheson (architect) regarding open issues related to apartment remediation | 0.10 | 1,850.00 | 185.00 |
| 11/07/2024 | AB21 | Analyze status of remediation project and security deposit (0.5); correspond with L. Despins regarding same (0.4); correspond with S. Millman (Hogan Lovells) regarding same (0.2) | 1.10 | 1,850.00 | 2,035.00 |
| 11/08/2024 | AB21 | Finalize Sherry Netherland remediation status report (0.1); correspond with D. Mohamed regarding filing and service of same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 11/13/2024 | AB21 | Revise notice of Acheson Doyle invoice (0.1); correspond with D. Mohamed regarding filing and service of same (0.1) | 0.20 | 1,850.00 | 370.00 |
| 11/13/2024 | DM26 | File via the Court's CM/ECF system invoices of Acheson Doyle for October 2024 (.2); prepare and effectuate service regarding same (.3) | 0.50 | 565.00 | 282.50 |
| 11/18/2024 | AB21 | Correspond with R. Hetiene (Burnham) regarding DOB documents for SN remediation | 0.10 | 1,850.00 | 185.00 |
| | | **Subtotal: B210  Business Operations** | **2.20** | | **3,427.50** |

**B211     Financial Reports (Monthly Operating Reports)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/20/2024 | DEB4 | Correspond with D. Skalka regarding MOR | 0.20 | 1,395.00 | 279.00 |
| | | **Subtotal: B211  Financial Reports (Monthly Operating Reports)** | **0.20** | | **279.00** |

| | | **Total** | **3.30** | | **4,638.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00010

Invoice No. 2429467

| LAD4 | Luc A. Despins | Partner | 0.30 | 1,975.00 | 592.50 |
|------|----------------|---------|------|----------|--------|
| AB21 | Alex Bongartz | Of Counsel | 1.70 | 1,850.00 | 3,145.00 |
| DEB4 | Douglass E. Barron | Associate | 0.20 | 1,395.00 | 279.00 |
| DM26 | David Mohamed | Paralegal | 1.10 | 565.00 | 621.50 |

| **Current Fees and Costs** | **$4,638.00** |
|----------------------------|---------------|
| **Total Balance Due - Due Upon Receipt** | **$4,638.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429468

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Mahwah Adversary Proceeding
PH LLP Client/Matter # 50687-00012
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $196,974.00 |
| **Current Fees and Costs Due** | **$196,974.00** |
| **Total Balance Due - Due Upon Receipt** | **$196,974.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429468

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Mahwah Adversary Proceeding**
PH LLP Client/Matter # 50687-00012
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $196,974.00 |
| **Current Fees and Costs Due** | **$196,974.00** |
| **Total Balance Due - Due Upon Receipt** | **$196,974.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429468

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

## Mahwah Adversary Proceeding                            $196,974.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 11/04/2024 | LS26 | Correspond with N. Bassett, J. Kosciewicz, D. Barron, W. Farmer regarding Mahwah summary judgment hearing | 0.10 | 985.00 | 98.50 |
| 11/09/2024 | DEB4 | Correspond with L. Song regarding summary judgment hearing demonstratives | 0.30 | 1,395.00 | 418.50 |
| 11/09/2024 | NAB | Correspond with D. Barron and L. Despins regarding preparations for summary judgment hearing (0.2); analyze evidentiary issues (0.3); correspond with W. Farmer regarding the same (0.2) | 0.70 | 1,835.00 | 1,284.50 |
| 11/12/2024 | DEB4 | Conference with L. Song regarding summary judgment hearing (0.6); correspond with J. Kosciewicz and W. Farmer regarding same (0.1) | 0.70 | 1,395.00 | 976.50 |
| 11/12/2024 | JPK1 | Correspond with D. Barron regarding summary judgment hearing preparation | 0.10 | 1,185.00 | 118.50 |
| 11/12/2024 | LS26 | Conference with D. Barron regarding Mahwah summary judgment hearing and demonstratives for same (0.6); prepare hearing demonstratives (1.3) | 1.90 | 985.00 | 1,871.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 2
50687-00012
Invoice No. 2429468

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/13/2024 | DEB4 | Correspond with L. Song regarding demonstratives for summary judgment hearing (0.5); analyze documents related to upcoming hearing (1.5) | 2.00 | 1,395.00 | 2,790.00 |
| 11/13/2024 | LS26 | Prepare documents and demonstratives for summary judgment hearing | 3.90 | 985.00 | 3,841.50 |
| 11/13/2024 | NAB | Correspond with L. Song and D. Barron regarding preparation for summary judgment argument (0.2); analyze issues related to the same (0.2) | 0.40 | 1,835.00 | 734.00 |
| 11/14/2024 | DEB4 | Conference with L. Song regarding demonstratives and summary judgment hearing prep (0.9); conference with L. Song and N. Bassett regarding same (1.0); analyze documents related to same (0.8) | 2.70 | 1,395.00 | 3,766.50 |
| 11/14/2024 | LS26 | Prepare documents and demonstratives for summary judgment hearing | 1.70 | 985.00 | 1,674.50 |
| 11/14/2024 | LS26 | Conference with N. Bassett and D. Barron regarding summary judgment hearing preparation | 1.00 | 985.00 | 985.00 |
| 11/14/2024 | LS26 | Conference with D. Barron regarding summary judgment hearing preparation | 0.90 | 985.00 | 886.50 |
| 11/14/2024 | NAB | Correspond with L. Despins regarding preparation for summary judgment hearing (.1); prepare plan for same (.4); call with D. Barron and L. Song regarding same (1.0) | 1.50 | 1,835.00 | 2,752.50 |
| 11/15/2024 | DEB4 | Analyze summary judgment hearing documents and pleadings | 2.70 | 1,395.00 | 3,766.50 |
| 11/15/2024 | LS26 | Prepare demonstratives for Mahwah summary judgment hearing | 4.00 | 985.00 | 3,940.00 |
| 11/15/2024 | NAB | Review submissions and caselaw in prep for summary judgment hearing | 1.20 | 1,835.00 | 2,202.00 |
| 11/16/2024 | DEB4 | Revise demonstratives for summary judgment hearing (6.4); conferences with L. Song regarding hearing prep (1.2); analyze documents related to same (2.5) | 10.10 | 1,395.00 | 14,089.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 3
50687-00012
Invoice No. 2429468

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/16/2024 | LS26 | Conferences with D. Barron regarding Mahwah summary judgment hearing prep and hearing demonstratives (1.2); prepare demonstratives for summary judgment hearing (6.5) | 7.70 | 985.00 | 7,584.50 |
| 11/16/2024 | NAB | Prepare outline for summary judgment hearing | 0.40 | 1,835.00 | 734.00 |
| 11/17/2024 | DEB4 | Conference with L. Song regarding rebuttal demonstratives for summary judgment hearing (0.3); revise same (1.8); analyze documents related to same (0.8) | 2.90 | 1,395.00 | 4,045.50 |
| 11/17/2024 | LS26 | Conference with D. Barron regarding rebuttal demonstratives for Mahwah summary judgment hearing (0.3); continue preparing demonstratives for summary judgment hearing (2.2) | 2.50 | 985.00 | 2,462.50 |
| 11/17/2024 | NAB | Review and supplement evidence slide deck for summary judgment hearing (1.7); correspond with D. Barron and L. Song regarding same (.4) | 2.10 | 1,835.00 | 3,853.50 |
| 11/18/2024 | DEB4 | Review pleadings, legal issues, and evidentiary issues in prep for summary judgment hearing | 2.40 | 1,395.00 | 3,348.00 |
| 11/18/2024 | DEB4 | Conference with L. Song and N. Bassett regarding demonstratives for summary judgment hearing (0.8); analyze evidentiary issues for same (4.0) | 4.80 | 1,395.00 | 6,696.00 |
| 11/18/2024 | LS26 | Review and prepare reference materials and demonstratives for summary judgment hearing (4.3); call with N. Bassett and D. Barron regarding same (0.8) | 5.10 | 985.00 | 5,023.50 |
| 11/18/2024 | NAB | Review case law and pleadings and prepare outline for summary judgment hearing | 3.30 | 1,835.00 | 6,055.50 |
| 11/18/2024 | NAB | Review evidence slide deck for summary judgment hearing and comment on same (1.5); call with D. Barron and L. Song regarding same (.8) | 2.30 | 1,835.00 | 4,220.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 4

50687-00012

Invoice No. 2429468

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/19/2024 | DEB4 | Conference with N. Bassett regarding Mahwah exhibits for summary judgment hearing (0.3); correspond with N. Bassett regarding same (0.2); conference with L. Song regarding same and hearing prep (0.2); revise annotated exhibit list (3.3); participate in hearing on summary judgment (2.8); follow up conference with N. Bassett and L. Despins regarding same (0.2) | 7.00 | 1,395.00 | 9,765.00 |
| 11/19/2024 | LAD4 | Review and edit power point slides for hearing (.60); attend SJ hearing (2.80); post-mortem with N. Bassett, D. Barron re: same (.20) | 3.60 | 1,975.00 | 7,110.00 |
| 11/19/2024 | LS26 | Call with D. Barron regarding preparation for summary judgment hearing (0.2); correspond with D. Barron regarding same (1.1) | 1.30 | 985.00 | 1,280.50 |
| 11/19/2024 | LS26 | Continue to prepare reference materials and demonstratives for summary judgment hearing | 1.30 | 985.00 | 1,280.50 |
| 11/19/2024 | LS26 | Attend court hearing on summary judgment | 2.80 | 985.00 | 2,758.00 |
| 11/19/2024 | NAB | Further review evidence slide deck and authority and supplement outline for summary judgment argument (2.1); call with D. Barron regarding same (.3); participate in summary judgment hearing (2.8); follow-up call with L. Despins, D. Barron regarding same (.2); correspond with W. Farmer regarding same (.1) | 5.50 | 1,835.00 | 10,092.50 |
| **Subtotal: B155 Court Hearings** | | | **90.90** | | **122,506.50** |

**B191    General Litigation**

| | | | | | |
|------|----------|-------------|-------|------|--------|
| 11/02/2024 | JPK1 | Draft reply to defendants' Local Rule 56(a)(2) statement of facts | 1.10 | 1,185.00 | 1,303.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 5

50687-00012

Invoice No. 2429468

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/02/2024 | WCF | Review Mahwah defendant requests for admission served January 2024 (.3); draft responses and objections regarding same (2.1) | 2.40 | 1,390.00 | 3,336.00 |
| 11/03/2024 | DEB4 | Correspond with W. Farmer and J. Kosciewicz regarding standing caselaw | 0.10 | 1,395.00 | 139.50 |
| 11/03/2024 | JPK1 | Incorporate N. Bassett's edits into reply in support of summary judgment (2.5); correspond with D. Barron regarding the same (.1); correspond with W. Farmer regarding the same (.1) | 2.70 | 1,185.00 | 3,199.50 |
| 11/03/2024 | JPK1 | Continue drafting reply in support of statement of facts (2.1); correspond with N. Bassett regarding the same (.1); correspond with D. Barron regarding the same (.1); call and correspond with L. Song regarding the same (.4) | 2.70 | 1,185.00 | 3,199.50 |
| 11/03/2024 | LS26 | Call and correspond with J. Kosciewicz regarding our response to defendants' reply to summary judgment motion | 0.40 | 985.00 | 394.00 |
| 11/03/2024 | NAB | Correspond with J. Kosciewicz regarding summary judgment briefing | 0.30 | 1,835.00 | 550.50 |
| 11/03/2024 | WCF | Analyze Mahwah complaint, motion for summary judgment, and statement of undisputed facts regarding responses to defendants' requests for admission (.9); revise responses and objections to requests for admission (.7) | 1.60 | 1,390.00 | 2,224.00 |
| 11/04/2024 | DEB4 | Correspond with W. Farmer and J. Kosciewicz regarding summary judgment reply issues (0.2); analyze same (0.8); conference with L. Song regarding same (0.2); conference with J. Kosciewicz regarding same (0.4) | 1.60 | 1,395.00 | 2,232.00 |
| 11/04/2024 | JPK1 | Continue drafting reply in support of summary judgment (4.6); correspond with N. Bassett regarding the same (.1) | 4.70 | 1,185.00 | 5,569.50 |
| 11/04/2024 | JPK1 | Telephone call with D. Barron regarding reply in support of summary judgment | 0.40 | 1,185.00 | 474.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                              Page 6
Kwok
50687-00012
Invoice No. 2429468

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/04/2024 | LS26 | Review draft reply brief to defendants' response to summary judgment motion | 0.40 | 985.00 | 394.00 |
| 11/04/2024 | LS26 | Call with D. Barron regarding reply to defendants' response to Mahwah summary judgment motion (.2); correspond with D. Barron regarding same (.2) | 0.40 | 985.00 | 394.00 |
| 11/04/2024 | LS26 | Analyze documents for reply to defendants' response to summary judgment motion (0.5); draft email to J. Kosciewicz regarding same (0.3); review application of Connecticut local rules in connection with same (0.2) | 1.00 | 985.00 | 985.00 |
| 11/04/2024 | NAB | Review and revise draft RFA responses (0.6); correspond with W. Farmer regarding the same and draft summary judgment reply brief (0.3) | 0.90 | 1,835.00 | 1,651.50 |
| 11/05/2024 | AD20 | Review legal and factual citations included in summary judgment reply brief and prepare edits for attorney review | 2.10 | 445.00 | 934.50 |
| 11/05/2024 | DEB4 | Correspond with K. Catalano regarding requests for admission (0.1); analyze documents related to same (0.5); call with L. Song regarding same (0.1) | 0.70 | 1,395.00 | 976.50 |
| 11/05/2024 | JPK1 | Correspond with A. Doherty regarding reply in support of motion for summary judgment | 0.10 | 1,185.00 | 118.50 |
| 11/05/2024 | KC27 | Prepare responses to requests for admission (4.6); correspond with W. Farmer re same (.4); correspond with D. Barron re same (.2) | 5.20 | 1,185.00 | 6,162.00 |
| 11/05/2024 | LS26 | Correspond with P. Linsey (NPM), W. Farmer, D. Barron, and J. Kosciewicz regarding summary judgment filing | 0.10 | 985.00 | 98.50 |
| 11/05/2024 | LS26 | Analyze issues about vehicle record and reply to defendants' response to summary judgment motion (0.2); draft email to W. Farmer and J. Kosciewicz about same (0.1); correspond with D. Barron regarding same (0.1) | 0.40 | 985.00 | 394.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 7
50687-00012
Invoice No. 2429468

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/05/2024 | LS26 | Review documents regarding response to requests for admission (0.4); call with D. Barron regarding same (0.1); correspond with K. Catalano regarding same (0.1) | 0.60 | 985.00 | 591.00 |
| 11/05/2024 | NAB | Correspond with D. Barron, W. Farmer regarding reply in support of summary judgment and request for admission responses | 0.30 | 1,835.00 | 550.50 |
| 11/05/2024 | WCF | Review and revise reply brief in support of motion for summary judgment (.4); revise responses and objections to Mahwah defendants' requests for admission (.5) | 0.90 | 1,390.00 | 1,251.00 |
| 11/06/2024 | AD20 | Prepare summary judgment reply brief for filing and file with the Court | 3.90 | 445.00 | 1,735.50 |
| 11/06/2024 | DEB4 | Correspond with W. Farmer regarding exhibits in support of summary judgment reply | 0.40 | 1,395.00 | 558.00 |
| 11/06/2024 | JPK1 | Draft Bassett declaration in support of motion for summary judgment (.8); correspond with N. Bassett regarding the same (.1); revise the same (.1) | 1.00 | 1,185.00 | 1,185.00 |
| 11/06/2024 | JPK1 | Incorporate N. Bassett's edits into reply in support of motion for summary judgment (1.2); incorporate D. Barron's edits into the same (.5); incorporate L. Song's edits to the same (.4); revise reply and Bassett declaration to incorporate motorcycle title exhibits (.5); prepare exhibits for Bassett declaration (.3); correspond with W. Farmer regarding summary judgment reply brief (.1); telephone call with L. Song regarding reply brief (.2); correspond with L. Despins regarding the same (.2); correspond with A. Doherty regarding the same (.5); review and comment on reply brief and Bassett declaration (1.1) | 5.00 | 1,185.00 | 5,925.00 |
| 11/06/2024 | KC27 | Revise responses to requests for admission (1.7); correspond with W. Farmer re same (.7) | 2.40 | 1,185.00 | 2,844.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 8

50687-00012
Invoice No. 2429468

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/06/2024 | LAD4 | Review/edit our reply on our summary judgment | 0.90 | 1,975.00 | 1,777.50 |
| 11/06/2024 | LS26 | Review and revise reply to defendants' response to summary judgment motion | 1.50 | 985.00 | 1,477.50 |
| 11/06/2024 | LS26 | Correspond with J. Kosciewicz regarding reply to defendants' response to summary judgment motion (0.2); call with J. Kosciewicz regarding same (0.2) | 0.40 | 985.00 | 394.00 |
| 11/06/2024 | NAB | Telephone conference with W. Farmer regarding summary judgment reply brief and request for admission responses (0.3); review and revise draft reply brief (2.5); correspond with W. Farmer, J. Kosciewicz regarding the same (0.4); review draft declaration and ancillary documents regarding the same (0.7); review and revise draft RFA responses (0.9); correspond with W. Farmer regarding the same (0.2) | 5.00 | 1,835.00 | 9,175.00 |
| 11/06/2024 | WCF | Review and revise summary judgment reply in advance of filing deadline (1.1); call with N. Bassett regarding same and revisions to requests for admission (.3); analyze summary judgment brief, Mahwah complaint, and alter ego complaint regarding revisions to responses and objections to RFAs (.8); revise responses and objections to defendants' Mahwah RFAs for filing with reply brief (1.6) | 3.80 | 1,390.00 | 5,282.00 |
| 11/08/2024 | DEB4 | Call and correspond with L. Song regarding NAV document (0.2); analyze same (0.2); correspond with N. Bassett and W. Farmer regarding same (0.2) | 0.60 | 1,395.00 | 837.00 |
| 11/08/2024 | LS26 | Analyze issues re: Taurus Fund SP (0.7); call and correspond with D. Barron regarding same (0.2) | 0.90 | 985.00 | 886.50 |
| 11/09/2024 | DEB4 | Correspond with W. Farmer and N. Bassett regarding NAV document | 0.10 | 1,395.00 | 139.50 |
| 11/09/2024 | JPK1 | Correspond with W. Farmer regarding NAV production cover letter | 0.10 | 1,185.00 | 118.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 9
50687-00012
Invoice No. 2429468

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/11/2024 | WCF | Call with counsel to NAV Consulting regarding Mahwah summary judgment evidence and documents in support (.2); correspond with N. Bassett regarding same (.2) | 0.40 | 1,390.00 | 556.00 |
| 11/12/2024 | DEB4 | Correspond with L. Despins regarding Agape Ministries | 0.10 | 1,395.00 | 139.50 |
| 11/18/2024 | DM26 | Research certain cited cases in summary judgment briefs in Mahwah AP | 1.10 | 565.00 | 621.50 |
| 11/18/2024 | DEB4 | Correspond with N. Bassett regarding insider exception to Wagoner rule | 0.10 | 1,395.00 | 139.50 |
| 11/18/2024 | JPK1 | Telephone call with W. Farmer and N. Bassett regarding Mahwah summary judgment declarations (.2); analyze Second Circuit case law regarding personal knowledge requirement of declarations filed in support of or opposition to summary judgment (.6) | 0.80 | 1,185.00 | 948.00 |
| 11/18/2024 | NAB | Analyze evidentiary issues and related caselaw in connection with summary judgment (.4); call with W. Farmer and J. Kosciewicz regarding same (.2) | 0.60 | 1,835.00 | 1,101.00 |
| 11/18/2024 | SM29 | Email N. Bassett re prior proceeds of fraud case analysis | 0.60 | 1,850.00 | 1,110.00 |
| 11/26/2024 | LS26 | Correspond with A. Bongartz regarding Mahwah sale motion (0.1); correspond with N. Bassett regarding same (0.1); email A. Bongartz regarding same (0.2) | 0.40 | 985.00 | 394.00 |
| **Subtotal: B191  General Litigation** | | | **61.20** | | **74,467.50** |

|  |  |  | **152.10** | | **196,974.00** |
|------|----------|-------------|-------|------|--------|
| **Total** | | | | | |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 4.50 | 1,975.00 | 8,887.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 10

50687-00012

Invoice No. 2429468

| NAB | Nicholas A. Bassett | Partner | 24.50 | 1,835.00 | 44,957.50 |
|------|---------------------|------------|-------|----------|-----------|
| SM29 | Shlomo Maza | Of Counsel | 0.60 | 1,850.00 | 1,110.00 |
| DEB4 | Douglass E. Barron | Associate | 39.30 | 1,395.00 | 54,823.50 |
| WCF | Will C. Farmer | Associate | 9.10 | 1,390.00 | 12,649.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 18.70 | 1,185.00 | 22,159.50 |
| KC27 | Kristin Catalano | Associate | 7.60 | 1,185.00 | 9,006.00 |
| LS26 | Luyi Song | Associate | 40.70 | 985.00 | 40,089.50 |
| DM26 | David Mohamed | Paralegal | 1.10 | 565.00 | 621.50 |
| AD20 | Allison Doherty | Paralegal | 6.00 | 445.00 | 2,670.00 |

|  |  |
|---|---|
| **Current Fees and Costs** | **$196,974.00** |
| **Total Balance Due - Due Upon Receipt** | **$196,974.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429469

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Mei Guo Adversary Proceeding**
PH LLP Client/Matter # 50687-00016
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $26,307.50 |
| **Current Fees and Costs Due** | **$26,307.50** |
| **Total Balance Due - Due Upon Receipt** | **$26,307.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429469

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Mei Guo Adversary Proceeding**
PH LLP Client/Matter # 50687-00016
Luc A. Despins

Legal fees for professional services
for the period ending November 30, 2024 | $26,307.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$26,307.50** |
| **Total Balance Due - Due Upon Receipt** | **$26,307.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429469

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

**Mei Guo Adversary Proceeding**         **$26,307.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 11/08/2024 | KC27 | Prepare motion to enforce injunction against Mei Guo (1.6); correspond with W. Farmer re same (.1) | 1.70 | 1,185.00 | 2,014.50 |
| 11/09/2024 | KC27 | Prepare motion to enforce injunction against Mei Guo | 5.50 | 1,185.00 | 6,517.50 |
| 11/10/2024 | KC27 | Continue preparing motion to enforce preliminary injunction against Mei Guo | 1.50 | 1,185.00 | 1,777.50 |
| 11/11/2024 | KC27 | Review email from W. Farmer re motion to enforce preliminary injunction against Mei Guo (.1); review and revise motion to enforce preliminary injunction against Mei Guo (1.4) | 1.50 | 1,185.00 | 1,777.50 |
| 11/11/2024 | WCF | Review and revise draft motion to enforce preliminary injunction regarding asset transfers (.8); correspond with K. Catalano regarding same (.1) | 0.90 | 1,390.00 | 1,251.00 |
| 11/12/2024 | KC27 | Attend meeting with N. Bassett and W. Farmer re motion to enforce preliminary injunction | 0.30 | 1,185.00 | 355.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                      Page 2
50687-00016
Invoice No. 2429469

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/12/2024 | NAB | Telephone conference with W. Farmer and K. Catalano regarding motion to enforce Mei Guo preliminary injunction (0.3); analyze issues relating to the same (0.3); correspond with W. Farmer and K. Catalano regarding the same (0.2) | 0.80 | 1,835.00 | 1,468.00 |
| 11/12/2024 | WCF | Call with N. Bassett and K. Catalano regarding revisions to Mei Guo motion to enforce preliminary injunction | 0.30 | 1,390.00 | 417.00 |
| 11/13/2024 | KC27 | Review emails from N. Bassett re motion to enforce preliminary injunction (.4); correspond with W. Farmer re same (.2) | 0.60 | 1,185.00 | 711.00 |
| 11/14/2024 | KC27 | Revise motion to enforce preliminary injunction (.7); correspond with W. Farmer re same (.2) | 0.90 | 1,185.00 | 1,066.50 |
| 11/14/2024 | WCF | Continue preparing Mei Guo enforcement of preliminary injunction motion | 1.10 | 1,390.00 | 1,529.00 |
| 11/15/2024 | KC27 | Review precedent for proposed order on motion to enforce preliminary injunction (.4); prepare proposed order on motion to enforce injunction (.6) | 1.00 | 1,185.00 | 1,185.00 |
| 11/16/2024 | KC27 | Correspond with W. Farmer re motion to enforce preliminary injunction | 0.10 | 1,185.00 | 118.50 |
| 11/18/2024 | KC27 | Correspond with W. Farmer re proposed order for motion to enforce preliminary injunction (.1); correspond with N. Bassett re same (.1) | 0.20 | 1,185.00 | 237.00 |
| 11/18/2024 | WCF | Review and revise proposed order granting motion to enforce preliminary injunction against Mei Guo | 0.10 | 1,390.00 | 139.00 |
| 11/23/2024 | NAB | Correspond with L. Despins regarding motion to enforce preliminary injunction (.1); analyze issues related to same (.2) | 0.30 | 1,835.00 | 550.50 |
| 11/24/2024 | NAB | Review and revise draft motion to enforce preliminary injunction (.8); correspond with K. Catalano regarding same (.2) | 1.00 | 1,835.00 | 1,835.00 |
| 11/26/2024 | LAD4 | Review memo from UK barrister re: enforcement issues | 0.50 | 1,975.00 | 987.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                   Page 3
50687-00016
Invoice No. 2429469

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/30/2024 | KC27 | Revise motion for contempt for violating preliminary injunction | 2.00 | 1,185.00 | 2,370.00 |
| | | **Subtotal: B191  General Litigation** | **20.30** | | **26,307.50** |
| | | **Total** | **20.30** | | **26,307.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 0.50 | 1,975.00 | 987.50 |
| NAB | Nicholas A. Bassett | Partner | 2.10 | 1,835.00 | 3,853.50 |
| WCF | Will C. Farmer | Associate | 2.40 | 1,390.00 | 3,336.00 |
| KC27 | Kristin Catalano | Associate | 15.30 | 1,185.00 | 18,130.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$26,307.50** |
| **Total Balance Due - Due Upon Receipt** | | **$26,307.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429470

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### HK USA Adversary Proceeding
PH LLP Client/Matter # 50687-00017
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $1,835.00 |
| **Current Fees and Costs Due** | **$1,835.00** |
| **Total Balance Due - Due Upon Receipt** | **$1,835.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: *https://paywithtranch.com/paulhastings* |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429470

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**HK USA Adversary Proceeding**
PH LLP Client/Matter # 50687-00017
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $1,835.00 |
| **Current Fees and Costs Due** | **$1,835.00** |
| **Total Balance Due - Due Upon Receipt** | **$1,835.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429470

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

## HK USA Adversary Proceeding                                    $1,835.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 11/12/2024 | NAB | Review and revise draft appellate brief in HK USA discovery sanctions appeal (0.6); review opening brief and ancillary documents in connection with the same (0.4) | 1.00 | 1,835.00 | 1,835.00 |
| | | **Subtotal: B191 General Litigation** | **1.00** | | **1,835.00** |
| | **Total** | | **1.00** | | **1,835.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 1.00 | 1,835.00 | 1,835.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$1,835.00** |
| **Total Balance Due - Due Upon Receipt** | **$1,835.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429471

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Greenwich Land Adversary Proceeding
PH LLP Client/Matter # 50687-00020
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $98.50 |
| **Current Fees and Costs Due** | **$98.50** |
| **Total Balance Due - Due Upon Receipt** | **$98.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429471

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Greenwich Land Adversary Proceeding**
PH LLP Client/Matter # 50687-00020
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending November 30, 2024 | $98.50 |
| **Current Fees and Costs Due** | **$98.50** |
| **Total Balance Due - Due Upon Receipt** | **$98.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*__TO PROTECT AGAINST FRAUD__, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429471

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

**Greenwich Land Adversary Proceeding**                                    **$98.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B210** | **Business Operations** | | | | |
| 11/05/2024 | LS26 | Correspond with W. Sherman (NPM) regarding furniture from Taconic property | 0.10 | 985.00 | 98.50 |
| | | **Subtotal: B210 Business Operations** | **0.10** | | **98.50** |
| | **Total** | | **0.10** | | **98.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| LS26 | Luyi Song | Associate | 0.10 | 985.00 | 98.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$98.50** |
| **Total Balance Due - Due Upon Receipt** | | **$98.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429473

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Lamp Capital Adversary**
PH LLP Client/Matter # 50687-00024
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending November 30, 2024 | $41,395.00 |
| Costs incurred and advanced | 25.27 |
| **Current Fees and Costs Due** | **$41,420.27** |
| **Total Balance Due – Due Upon Receipt** | **$41,420.27** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429473

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Lamp Capital Adversary**
PH LLP Client/Matter # 50687-00024
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending November 30, 2024 | $41,395.00 |
| Costs incurred and advanced | 25.27 |
| **Current Fees and Costs Due** | **$41,420.27** |
| **Total Balance Due - Due Upon Receipt** | **$41,420.27** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429473

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

**Lamp Capital Adversary**          **$41,395.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 11/03/2024 | DEB4 | Conference with L. Song regarding responding to defendants' statement of facts | 0.10 | 1,395.00 | 139.50 |
| 11/03/2024 | DEB4 | Prepare reply in support of summary judgment motion | 9.20 | 1,395.00 | 12,834.00 |
| 11/03/2024 | ECS1 | Correspond with D. Barron and K. Catalano regarding law of the case doctrine in connection with reply in support of motion for summary judgment (.4); review previous case analysis related to same (.4) | 0.80 | 1,270.00 | 1,016.00 |
| 11/03/2024 | LS26 | Conference with D. Barron regarding reply to defendant's statement of facts (.1); prepare reply in support of summary judgment motion regarding same (.7) | 0.80 | 985.00 | 788.00 |
| 11/04/2024 | DEB4 | Conferences with S. Maza regarding reply in support of summary judgment motion (0.4); conferences with L. Song regarding summary judgment reply issues (1.1); prepare parts of reply in support of summary judgment motion (2.2) | 3.70 | 1,395.00 | 5,161.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 2
Kwok
50687-00024
Invoice No. 2429473

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/04/2024 | LS26 | Prepare reply to defendants' response to summary judgment motion (4.0); calls with D. Barron regarding same (1.1) | 5.10 | 985.00 | 5,023.50 |
| 11/04/2024 | SM29 | Calls with D. Barron re reply in support of summary judgment motion (.4); review same (.4) | 0.80 | 1,850.00 | 1,480.00 |
| 11/05/2024 | NAB | Review and revise draft reply in support of summary judgment | 0.80 | 1,835.00 | 1,468.00 |
| 11/06/2024 | DEB4 | Conference with S. Maza regarding preclusion issues (0.4); prepare parts of reply in support of summary judgment motion (3.8) | 4.20 | 1,395.00 | 5,859.00 |
| 11/06/2024 | LS26 | Continue preparing reply to defendants' response to summary judgment motion | 5.50 | 985.00 | 5,417.50 |
| 11/06/2024 | NAB | Review revised reply brief in support of summary judgment (0.5); correspond with L. Despins, D. Barron, and L. Song regarding the same (0.3) | 0.80 | 1,835.00 | 1,468.00 |
| 11/06/2024 | SM29 | Call with D. Barron re preclusion issues | 0.40 | 1,850.00 | 740.00 |
| | | **Subtotal: B191 General Litigation** | **32.20** | | **41,395.00** |

|       |        | **Total** | **32.20** | | **41,395.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 1.60 | 1,835.00 | 2,936.00 |
| SM29 | Shlomo Maza | Of Counsel | 1.20 | 1,850.00 | 2,220.00 |
| DEB4 | Douglass E. Barron | Associate | 17.20 | 1,395.00 | 23,994.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.80 | 1,270.00 | 1,016.00 |
| LS26 | Luyi Song | Associate | 11.40 | 985.00 | 11,229.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok       Page 3

50687-00024

Invoice No. 2429473

| | | |
|---|---|---|
| 11/18/2024 | Taxi/Ground Transportation - Luyi Song; 11/06/2024; From/To: office/home; Service Type: Lyft; Travel home from office after late work on Kwok matters   Carrie, please move to matter 2 | 25.27 |
| **Total Costs incurred and advanced** | | **$25.27** |
| | **Current Fees and Costs** | **$41,420.27** |
| | **Total Balance Due - Due Upon Receipt** | **$41,420.27** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429475

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Ace Decade Adversary Proceeding**
PH LLP Client/Matter # 50687-00026
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $24,155.00 |
| **Current Fees and Costs Due** | **$24,155.00** |
| **Total Balance Due - Due Upon Receipt** | **$24,155.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429475

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Ace Decade Adversary Proceeding**
PH LLP Client/Matter # 50687-00026
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $24,155.00 |
| **Current Fees and Costs Due** | **$24,155.00** |
| **Total Balance Due - Due Upon Receipt** | **$24,155.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | _https://paywithtranch.com/paulhastings_ |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429475

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

## Ace Decade Adversary Proceeding                            $24,155.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 11/02/2024 | DEB4 | Review correspondence from L. Despins regarding Ace Decade liquidation | 0.20 | 1,395.00 | 279.00 |
| 11/02/2024 | LAD4 | Review/edit my first affidavit in support of ownership claim | 0.90 | 1,975.00 | 1,777.50 |
| 11/04/2024 | AB21 | Review affidavit for BVI proceedings regarding Ace Decade (1.1); correspond with J. Stewart (Harneys) regarding same (0.9); call with J. Stewart regarding same (0.4); correspond with D. Barron regarding same (0.1); call and correspond with S. Maza regarding same (0.1); call and correspond with L. Song regarding same (0.1) | 2.70 | 1,850.00 | 4,995.00 |
| 11/04/2024 | DEB4 | Call with L. Song regarding Ace Decade BVI litigation | 0.20 | 1,395.00 | 279.00 |
| 11/04/2024 | DEB4 | Correspond with A. Bongartz regarding BVI pleadings | 0.30 | 1,395.00 | 418.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00026

Invoice No. 2429475

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/04/2024 | LS26 | Analyze issues regarding our opposition to joint liquidator's motion (.3); call and correspond with A. Bongartz regarding same (.1) | 0.40 | 985.00 | 394.00 |
| 11/04/2024 | LS26 | Call with D. Barron regarding Ace Decade BVI litigation (0.2); correspond with D. Barron regarding same (0.5); review documents regarding same (0.2) | 0.90 | 985.00 | 886.50 |
| 11/04/2024 | LS26 | Correspond with A. Bongartz on government filings regarding Yvette Wang (0.3); review documents regarding same (0.2) | 0.50 | 985.00 | 492.50 |
| 11/04/2024 | SM29 | Call and correspond with A. Bongartz re foreign law affidavit (.1); prepare insert for same (.5) | 0.60 | 1,850.00 | 1,110.00 |
| 11/07/2024 | LAD4 | Review/edit first affidavit BVI | 0.50 | 1,975.00 | 987.50 |
| 11/13/2024 | AB21 | Correspond with J. Stewart (Harneys) regarding Ace Decade default orders (0.2); correspond with A. Thorp (Harneys) regarding Ace Decade points of claim (0.3) | 0.50 | 1,850.00 | 925.00 |
| 11/19/2024 | AB21 | Review correspondence between L. Despins and A. Thorp (Harneys) regarding update on Ace Decade proceedings and next steps | 0.10 | 1,850.00 | 185.00 |
| 11/20/2024 | AB21 | Review draft points of claim and related documents for BVI proceedings (0.5); review issues regarding same (0.2); call with K. Catalano regarding authority re same (0.3) | 1.00 | 1,850.00 | 1,850.00 |
| 11/20/2024 | KC27 | Call with A. Bongartz re automatic stay issues | 0.30 | 1,185.00 | 355.50 |
| 11/21/2024 | AB21 | Revise draft points of claim (0.3); call with L. Song regarding background questions regarding same (0.1); analyze Dawn State issues (0.3); call with J. Stewart (Harneys Legal) regarding same (0.1); call with K. Catalano regarding related questions (0.1) | 0.90 | 1,850.00 | 1,665.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                        Page 3
50687-00026
Invoice No. 2429475

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/21/2024 | DEB4 | Correspond with A. Bongartz regarding Yvette Wang evidence | 0.20 | 1,395.00 | 279.00 |
| 11/21/2024 | KC27 | Analyze case law regarding automatic stay (.9); call with A. Bongartz re same (.1) | 1.00 | 1,185.00 | 1,185.00 |
| 11/21/2024 | LS26 | Review documents relating to Rui Hao (1.3); call with A. Bongartz regarding same (0.1) | 1.40 | 985.00 | 1,379.00 |
| 11/24/2024 | KC27 | Analyze case law regarding automatic stay violation | 2.40 | 1,185.00 | 2,844.00 |
| 11/25/2024 | AB21 | Review correspondence from D. Barron and L. Song regarding Y. Wang in connection with Ace Decade proceedings in BVI | 0.30 | 1,850.00 | 555.00 |
| 11/25/2024 | DEB4 | Correspond with BVI counsel regarding Y. Wang evidence | 0.80 | 1,395.00 | 1,116.00 |
| 11/25/2024 | LS26 | Draft email to A. Bongartz regarding Yvette Wang | 0.20 | 985.00 | 197.00 |
| | | **Subtotal: B191 General Litigation** | **16.30** | | **24,155.00** |
| | | **Total** | **16.30** | | **24,155.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 1.40 | 1,975.00 | 2,765.00 |
| AB21 | Alex Bongartz | Of Counsel | 5.50 | 1,850.00 | 10,175.00 |
| SM29 | Shlomo Maza | Of Counsel | 0.60 | 1,850.00 | 1,110.00 |
| DEB4 | Douglass E. Barron | Associate | 1.70 | 1,395.00 | 2,371.50 |
| KC27 | Kristin Catalano | Associate | 3.70 | 1,185.00 | 4,384.50 |
| LS26 | Luyi Song | Associate | 3.40 | 985.00 | 3,349.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 4
Kwok
50687-00026
Invoice No. 2429475

| | |
|---|---|
| **Current Fees and Costs** | **$24,155.00** |
| **Total Balance Due - Due Upon Receipt** | **$24,155.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429476

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**CAO Adversary Proceeding**
PH LLP Client/Matter # 50687-00027
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $2,783.00 |
| **Current Fees and Costs Due** | **$2,783.00** |
| **Total Balance Due - Due Upon Receipt** | **$2,783.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429476

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**CAO Adversary Proceeding**
PH LLP Client/Matter # 50687-00027
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $2,783.00 |
| **Current Fees and Costs Due** | **$2,783.00** |
| **Total Balance Due - Due Upon Receipt** | **$2,783.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429476 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

## CAO Adversary Proceeding $2,783.00

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 11/01/2024 | ECS1 | Correspond with A. Raimo (NY Tag & Title) regarding transfer of vehicle titles to the Trustee (.2); review and comment on payment issues related to same (.1) | 0.30 | 1,270.00 | 381.00 |
| 11/04/2024 | ECS1 | Correspond with D. Skalka regarding transfer of vehicle titles to the Trustee | 0.10 | 1,270.00 | 127.00 |
| 11/05/2024 | ECS1 | Correspond with S. Maza regarding potential settlement with Defeng Cao (.2); review correspondence with K. Mateo (Olshan Frome) regarding same (.1); review correspondence with L. Despins and N. Bassett regarding same (.1); correspond with P. Linsey and D. Skalka (NPM) summarizing Cao AP case history, investigation and findings regarding his cars, and settlement discussions (.4) | 0.80 | 1,270.00 | 1,016.00 |
| 11/05/2024 | SM29 | Correspond with L. Despins, E. Sutton, N. Bassett re D. Cao AP plan | 0.20 | 1,850.00 | 370.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00027
Invoice No. 2429476

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/06/2024 | ECS1 | Correspond with S. Maza and P. Linsey (NPM) regarding Defeng Cao adversary proceeding and going forward plan | 0.10 | 1,270.00 | 127.00 |
| 11/11/2024 | ECS1 | Correspond with P. Linsey and D. Skalka (NPM) regarding Defeng Cao adversary proceeding and next steps | 0.20 | 1,270.00 | 254.00 |
| 11/13/2024 | ECS1 | Correspond with L. Song and D. Skalka (NPM) regarding Debtor's motorcycles and auctioneer access thereto | 0.20 | 1,270.00 | 254.00 |
| 11/15/2024 | ECS1 | Correspond with P. Linsey (NPM) regarding NPM assumption of Defeng Cao adversary proceeding | 0.20 | 1,270.00 | 254.00 |
| **Subtotal: B191  General Litigation** | | | **2.10** | | **2,783.00** |
| **Total** | | | **2.10** | | **2,783.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| SM29 | Shlomo Maza | Of Counsel | 0.20 | 1,850.00 | 370.00 |
| ECS1 | Ezra C. Sutton | Associate | 1.90 | 1,270.00 | 2,413.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$2,783.00** |
| **Total Balance Due - Due Upon Receipt** | | **$2,783.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429477

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Omnibus Alter Ego Adversary Proceeding
PH LLP Client/Matter # 50687-00028
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending November 30, 2024 | $139,043.50 |
| Costs incurred and advanced | 407.42 |
| **Current Fees and Costs Due** | **$139,450.92** |
| **Total Balance Due - Due Upon Receipt** | **$139,450.92** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429477

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Omnibus Alter Ego Adversary Proceeding
PH LLP Client/Matter # 50687-00028
Luc A. Despins

Legal fees for professional services
for the period ending November 30, 2024

$139,043.50

Costs incurred and advanced

407.42

**Current Fees and Costs Due**

**$139,450.92**

**Total Balance Due - Due Upon Receipt**

**$139,450.92**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429477

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

## Omnibus Alter Ego Adversary Proceeding $139,043.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 11/01/2024 | DEB4 | Review redacted complaint (0.3); correspond with opposing counsel regarding same (0.2); correspond with J. Lemkin regarding stipulated judgment (0.3) | 0.80 | 1,395.00 | 1,116.00 |
| 11/01/2024 | ECS1 | Correspond with L. Song and D. Barron regarding amended omnibus alter ego complaint | 0.10 | 1,270.00 | 127.00 |
| 11/01/2024 | LS26 | Prepare certificate of service (0.3); prepare unredacted version of amended complaint (1.2) | 1.50 | 985.00 | 1,477.50 |
| 11/06/2024 | LAD4 | Review/edit Leading Shine reply | 0.50 | 1,975.00 | 987.50 |
| 11/06/2024 | LS26 | Correspond with D. Barron regarding litigation plan | 0.20 | 985.00 | 197.00 |
| 11/07/2024 | DEB4 | Correspond with N. Bassett regarding Maistrello stipulation (0.3); correspond with J. Lemkin regarding same (0.3); correspond with J. Moriarty regarding litigation documents and redlines (0.1) | 0.70 | 1,395.00 | 976.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00028
Invoice No. 2429477

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/12/2024 | DM26 | File via the Court's CM/ECF system Trustee's motion for stipulated judgment regarding K. Maistrello (.2); prepare and effectuate service regarding same (.6) | 0.80 | 565.00 | 452.00 |
| 11/12/2024 | DEB4 | Correspond with E. Sutton regarding filing of Maistrello stipulated judgment (0.3); correspond with D. Mohamed regarding same (0.1); correspond with P. Linsey regarding same (0.1); review Maistrello stipulated judgment (0.3); correspond with J. Lemkin regarding same (0.2) | 1.00 | 1,395.00 | 1,395.00 |
| 11/12/2024 | ECS1 | Review documents and prepare service information related to motion and stipulated judgment (.5); correspond with D. Barron regarding same (.1); correspond with D. Mohamed regarding same (.3) | 0.90 | 1,270.00 | 1,143.00 |
| 11/13/2024 | DM26 | Research regarding service of stipulated judgment (1.6); prepare draft certificate of service regarding stipulated judgment with K. Maistrello (.2); correspond with E. Sutton regarding same (.1) | 1.90 | 565.00 | 1,073.50 |
| 11/13/2024 | DEB4 | Correspond with J. Lemkin regarding stipulated judgment motion | 0.20 | 1,395.00 | 279.00 |
| 11/13/2024 | ECS1 | Review and revise certificate of service related to service of motion in severed omnibus alter ego adversary proceeding (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/14/2024 | DM26 | Revise and file via the Court's CM/ECF certificate of service regarding stipulated judgment as per K. Maistrello | 0.30 | 565.00 | 169.50 |
| 11/14/2024 | DEB4 | Correspond with E. Sutton and D. Mohamed regarding stipulated judgment motion | 0.10 | 1,395.00 | 139.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00028

Invoice No. 2429477

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/14/2024 | DEB4 | Conference with S. Maza regarding upcoming issues related to motions to dismiss (0.4); call with E. Sutton regarding same (0.1); analyze documents related to same (1.0); call with L. Song regarding default judgment (0.2); call with E. Sutton regarding motions for default judgment (0.1); conference with P. Linsey regarding same (0.2); correspond with P. Linsey regarding Agora (0.1) | 2.10 | 1,395.00 | 2,929.50 |
| 11/14/2024 | ECS1 | Review severed omnibus alter ego adversary proceeding case filings (.2); correspond with D. Barron and D. Mohamed regarding service of same (.1) | 0.30 | 1,270.00 | 381.00 |
| 11/14/2024 | ECS1 | Correspond with D. Mohamed regarding service of motion and stipulated judgment on default defendants | 0.10 | 1,270.00 | 127.00 |
| 11/14/2024 | ECS1 | Prepare motion for default judgment and memorandum of law related thereto regarding omnibus alter ego defendants in severed omnibus alter ego adversary proceeding (2.8); calls with D. Barron regarding same (.2) | 3.00 | 1,270.00 | 3,810.00 |
| 11/14/2024 | LS26 | Call with D. Barron regarding default judgment | 0.20 | 985.00 | 197.00 |
| 11/14/2024 | SM29 | Conference with D. Barron re omnibus alter ego complaint | 0.40 | 1,850.00 | 740.00 |
| 11/15/2024 | ECS1 | Prepare memorandum of law and related declaration in connection with motion for default judgment against omnibus alter ego defendants in severed omnibus alter ego adversary proceeding (4.7); correspond with D. Barron regarding same (.2) | 4.90 | 1,270.00 | 6,223.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00028

Invoice No. 2429477

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/18/2024 | DEB4 | Correspond with N. Bassett and P. Linsey regarding Maistrello stipulated judgment motion (0.2); correspond with J. Lemkin regarding same (0.1); call with E. Sutton regarding same (0.1); correspond with E. Sutton regarding same (0.1); correspond with L. Song and S. Maza regarding motions to dismiss (0.1); call with S. Maza regarding same (0.1); review issues regarding Lamp Capital answer (0.4) | 1.10 | 1,395.00 | 1,534.50 |
| 11/18/2024 | ECS1 | Review past court orders related to Rule 56(b) and rulings as to specific parties in adversary proceeding (.4); correspond with D. Barron summarizing findings regarding same (.2); call with D. Barron regarding same (.1) | 0.70 | 1,270.00 | 889.00 |
| 11/18/2024 | ECS1 | Prepare motion for default judgment and memorandum of law related thereto regarding omnibus alter ego defendants in severed omnibus alter ego adversary proceeding | 0.10 | 1,270.00 | 127.00 |
| 11/18/2024 | LS26 | Correspond with D. Barron and S. Maza regarding scheduling order | 0.10 | 985.00 | 98.50 |
| 11/18/2024 | SM29 | Review chart from L. Song re alter ego defendants and motions to dismiss (.6); analyze issues and caselaw re same (2.0); call with D. Barron re same (.1) | 2.70 | 1,850.00 | 4,995.00 |
| 11/19/2024 | DEB4 | Conference with S. Maza regarding reply brief related to alter ego motions to dismiss | 0.30 | 1,395.00 | 418.50 |
| 11/19/2024 | DEB4 | Conference with J. Lemkin regarding Maistrello claim (0.2); correspond with J. Lemkin regarding stipulation (0.1); correspond with N. Bassett, L. Despins, and L. Song regarding Alfa Global (0.2); correspond with W. Farmer regarding alter egos (0.1) | 0.60 | 1,395.00 | 837.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 5
Kwok
50687-00028
Invoice No. 2429477

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/19/2024 | ECS1 | Review past court orders and transcripts related to Rule 56(b) and rulings as to specific parties in adversary proceeding (.2); correspond with D. Barron regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 11/19/2024 | LS26 | Correspond with D. Barron regarding Alfa Global | 0.20 | 985.00 | 197.00 |
| 11/19/2024 | SM29 | Conference with D. Barron re alter ego motions to dismiss (.3); correspond with L. Song re same (.1) | 0.40 | 1,850.00 | 740.00 |
| 11/20/2024 | DEB4 | Conference with S. Maza regarding motion to dismiss (0.3); correspond with S. Maza regarding BVI law issues (0.1); correspond with E. Sutton regarding motion to dismiss (0.1) | 0.50 | 1,395.00 | 697.50 |
| 11/20/2024 | ECS1 | Review motion to dismiss amended omnibus alter ego complaint (.2); review previous motions to dismiss (.2); correspond with N. Bassett, D. Barron and S. Maza regarding same (.2); correspond with S. Maza regarding same motion to dismiss (.2) | 0.80 | 1,270.00 | 1,016.00 |
| 11/20/2024 | SM29 | Review joint motion to dismiss (1.8); conference with D. Barron re same (.3); analyze issues and caselaw re same (4.4) | 6.50 | 1,850.00 | 12,025.00 |
| 11/21/2024 | DEB4 | Conference with P. Linsey (NPM) regarding Rule 54(b) issues (0.1); conference with S. Maza regarding motion to dismiss (1.0) | 1.10 | 1,395.00 | 1,534.50 |
| 11/21/2024 | DEB4 | Correspond with L. Song regarding motion to dismiss issues (0.2); correspond with N. Bassett regarding motion to extend time (0.2); conference with P. Linsey (NPM) regarding same (0.1); correspond with L. Song regarding G Club entities (0.2); correspond with S. Maza regarding Hong Kong law (0.1); correspond with N. Bassett regarding Maistrello stipulated judgment (0.3); correspond with J. Lemkin regarding same (0.1) | 1.20 | 1,395.00 | 1,674.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00028
Invoice No. 2429477

Page 6

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/21/2024 | SM29 | Call with D. Barron re joint motion to dismiss (1.0); prepare issues list re same (.6); review email from D. Barron re Hong Kong law (.5) | 2.10 | 1,850.00 | 3,885.00 |
| 11/22/2024 | DEB4 | Correspond with S. Maza regarding reply brief (0.1); analyze issues related to same (1.0); correspond with P. Linsey regarding same (0.2); correspond with P. Linsey regarding Maistrello stipulated judgment (0.1); correspond with N. Bassett regarding same (0.1); correspond with J. Lemkin regarding same (0.1); correspond with Chambers regarding same (0.3) | 1.90 | 1,395.00 | 2,650.50 |
| 11/22/2024 | KC27 | Attend meeting with S. Maza and T. Simon re objection to motion to dismiss (.6); review email and issues from S. Maza on same (.4) | 1.00 | 1,185.00 | 1,185.00 |
| 11/22/2024 | SM29 | Prepare outline and issues list re objection to joint motion to dismiss (.7); call with K. Catalano and T. Simon re objection to joint motion to dismiss (.6) | 1.30 | 1,850.00 | 2,405.00 |
| 11/22/2024 | TSS1 | Call with S. Maza and K. Catalano regarding motion to dismiss amended complaint | 0.60 | 795.00 | 477.00 |
| 11/22/2024 | TSS1 | Analyze issues and caselaw relating to personal jurisdiction | 3.30 | 795.00 | 2,623.50 |
| 11/25/2024 | DEB4 | Conference with S. Maza regarding response re joint motion to dismiss (0.9); correspond with L. Song regarding same (0.2) | 1.10 | 1,395.00 | 1,534.50 |
| 11/25/2024 | KC27 | Analyze case law regarding judicial notice | 0.60 | 1,185.00 | 711.00 |
| 11/25/2024 | LS26 | Correspond with S. Maza regarding motions to dismiss (0.1); review amended complaint and prepare summary chart of factual allegations (1.1) | 1.20 | 985.00 | 1,182.00 |
| 11/25/2024 | SM29 | Review Sklarz joint motion to dismiss (1.0); call with D. Barron re same (.9) | 1.90 | 1,850.00 | 3,515.00 |
| 11/25/2024 | TSS1 | Analyze caselaw regarding personal jurisdiction | 0.50 | 795.00 | 397.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 7
50687-00028
Invoice No. 2429477

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/26/2024 | DEB4 | Correspond with J. Lemkin regarding K. Maistrello stipulation (0.2); conferences with S. Maza regarding objection to motions to dismiss (0.8) | 1.00 | 1,395.00 | 1,395.00 |
| 11/26/2024 | DEB4 | Analyze case law related to motions to dismiss | 2.40 | 1,395.00 | 3,348.00 |
| 11/26/2024 | LS26 | Prepare summary chart of factual allegations related to amended complaint | 2.60 | 985.00 | 2,561.00 |
| 11/26/2024 | SM29 | Analyze alter ego choice of law and related caselaw (2.7); conferences with D. Barron re: same (.8); review motions to dismiss alter ego complaints (1.5); review case summaries from T. Simon (.6) | 5.60 | 1,850.00 | 10,360.00 |
| 11/26/2024 | TSS1 | Analyze caselaw regarding personal jurisdiction and theories of liability | 6.00 | 795.00 | 4,770.00 |
| 11/27/2024 | DEB4 | Analyze case law and issues related to motions to dismiss (5.1); conference with S. Maza regarding same (1.2) | 6.30 | 1,395.00 | 8,788.50 |
| 11/27/2024 | LS26 | Continue to prepare factual allegation chart related to amended complaint | 3.10 | 985.00 | 3,053.50 |
| 11/27/2024 | SM29 | Prepare outline for consolidated objection to joint motions to dismiss (2.9); call with D. Barron re same (1.2); analyze caselaw re same (1.1) | 5.20 | 1,850.00 | 9,620.00 |
| 11/27/2024 | TSS1 | Analyze caselaw and statutory authority regarding personal jurisdiction and theories of liability | 4.90 | 795.00 | 3,895.50 |
| 11/28/2024 | SM29 | Review memo on UK law (.5); review memorandum from T. Simon on jurisdiction and liability issues (.7) | 1.20 | 1,850.00 | 2,220.00 |
| 11/29/2024 | DEB4 | Correspond with T. Simon, S. Maza, and K. Catalano regarding motion to dismiss issues (1.3); analyze documents and issues related to same (2.2); correspond with N. Bassett regarding motion to dismiss (0.2) | 3.70 | 1,395.00 | 5,161.50 |
| 11/30/2024 | DEB4 | Draft objection brief to motions to dismiss | 8.30 | 1,395.00 | 11,578.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok    Page 8
50687-00028
Invoice No. 2429477

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/30/2024 | NAB | Correspond with D. Barron regarding response to motions to dismiss | 0.20 | 1,835.00 | 367.00 |
| | | **Subtotal: B191 General Litigation** | **102.80** | | **139,043.50** |

| | | | | | |
|------|----------|-------------|-------|------|--------|
| **Total** | | | **102.80** | | **139,043.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 0.50 | 1,975.00 | 987.50 |
| NAB | Nicholas A. Bassett | Partner | 0.20 | 1,835.00 | 367.00 |
| SM29 | Shlomo Maza | Of Counsel | 27.30 | 1,850.00 | 50,505.00 |
| DEB4 | Douglass E. Barron | Associate | 34.40 | 1,395.00 | 47,988.00 |
| ECS1 | Ezra C. Sutton | Associate | 11.40 | 1,270.00 | 14,478.00 |
| KC27 | Kristin Catalano | Associate | 1.60 | 1,185.00 | 1,896.00 |
| LS26 | Luyi Song | Associate | 9.10 | 985.00 | 8,963.50 |
| TSS1 | Tori S. Simon | Associate | 15.30 | 795.00 | 12,163.50 |
| DM26 | David Mohamed | Paralegal | 3.00 | 565.00 | 1,695.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 11/04/2024 | Taxi/Ground Transportation - Luyi Song; 10/30/2024; From/To: office/home; Service Type: Lyft; After hour ride from office to home | | | 26.87 |
| 11/22/2024 | Lexis/On Line Search | | | 68.36 |
| 11/25/2024 | Westlaw | | | 58.27 |
| 11/26/2024 | Westlaw | | | 116.56 |
| 11/27/2024 | Westlaw | | | 137.36 |
| **Total Costs incurred and advanced** | | | | **$407.42** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                              Page 9
Kwok
50687-00028
Invoice No. 2429477

| **Current Fees and Costs** | **$139,450.92** |
|---|---|
| **Total Balance Due - Due Upon Receipt** | **$139,450.92** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429478

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Avoidance Actions**
PH LLP Client/Matter # 50687-00029
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $308,399.00 |
| Costs incurred and advanced | 1,842.03 |
| **Current Fees and Costs Due** | **$310,241.03** |
| **Total Balance Due - Due Upon Receipt** | **$310,241.03** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*__TO PROTECT AGAINST FRAUD__, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429478

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Avoidance Actions**
PH LLP Client/Matter # 50687-00029
Luc A. Despins

Legal fees for professional services
for the period ending November 30, 2024

$308,399.00

Costs incurred and advanced

1,842.03

**Current Fees and Costs Due**

**$310,241.03**

**Total Balance Due - Due Upon Receipt**

**$310,241.03**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429478 |
| | |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

**Avoidance Actions**                                                                 **$308,399.00**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 11/15/2024 | DM26 | File via the Court's CM/ECF system notices of appearance for certain Paul Hastings attorneys regarding Despins v. Cirrus Design Corp. case no. 24-5225 | 0.40 | 565.00 | 226.00 |
| | | **Subtotal: B110  Case Administration** | **0.40** | | **226.00** |
| **B155** | **Court Hearings** | | | | |
| 11/19/2024 | NAB | Review outline regarding Cirrus adversary proceeding default judgment motion and additional documents in prep for hearing (.3); participate in hearing on default judgment motion (.4) | 0.70 | 1,835.00 | 1,284.50 |
| 11/19/2024 | SM29 | Participate in Court hearing on default judgment motion and additional case matters | 1.00 | 1,850.00 | 1,850.00 |
| | | **Subtotal: B155  Court Hearings** | **1.70** | | **3,134.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00029
Invoice No. 2429478

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 11/01/2024 | DEB4 | Analyze issues related to Wolf case (0.8); correspond with S. Maza regarding same (0.4) | 1.20 | 1,395.00 | 1,674.00 |
| 11/01/2024 | ECS1 | Review settlement agreement with ███ ████ | 0.10 | 1,270.00 | 127.00 |
| 11/01/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.5); update tracker summarizing same (.2); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.3) | 1.00 | 1,270.00 | 1,270.00 |
| 11/01/2024 | KC27 | Analyze secondary sources re reverse veil piercing (3.2); review precedent re same (1.1); review draft objection to omnibus motion to dismiss (.7); prepare argument for objection to omnibus motion to dismiss (1.6); correspond with S. Maza re same (.3); review chart prepare by L. Song re parties in avoidance action proceedings (.3) | 7.20 | 1,185.00 | 8,532.00 |
| 11/01/2024 | LS26 | Prepare fact chart for response to joint motion to dismiss | 1.90 | 985.00 | 1,871.50 |
| 11/01/2024 | NAB | Correspond with S. Maza regarding response to joint motion to dismiss (0.3); review case law for the same (0.5) | 0.80 | 1,835.00 | 1,468.00 |
| 11/01/2024 | SM29 | Correspond K. Catalano re objection to joint motion to dismiss (.2); correspond with N. Bassett re same (.2); prepare same (5.0) | 5.40 | 1,850.00 | 9,990.00 |
| 11/03/2024 | DEB4 | Correspond with S. Maza regarding standing issues | 0.20 | 1,395.00 | 279.00 |
| 11/03/2024 | DEB4 | Correspond with S. Maza and N. Bassett regarding court transcript (0.1); call with S. Maza and K. Catalano regarding alter ego case law and joint motion to dismiss (0.4); correspond with S. Maza regarding same (0.5) | 1.00 | 1,395.00 | 1,395.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                Page 3
50687-00029
Invoice No. 2429478

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/03/2024 | KC27 | Analyze case law regarding alter ego ruling (2.9); correspond with S. Maza re same (.2); analyze case law regarding third party standing (3.8); call with S. Maza and D. Barron regarding same (.4) | 7.30 | 1,185.00 | 8,650.50 |
| 11/03/2024 | LS26 | Prepare fact chart for response to joint motion to dismiss | 0.50 | 985.00 | 492.50 |
| 11/03/2024 | NAB | Correspond with S. Maza regarding response to joint motion to dismiss brief | 0.30 | 1,835.00 | 550.50 |
| 11/03/2024 | SM29 | Prepare objection to joint motion to dismiss | 3.00 | 1,850.00 | 5,550.00 |
| 11/03/2024 | SM29 | Call with K. Catalano and D. Barron re issues in connection with joint motion to dismiss | 0.40 | 1,850.00 | 740.00 |
| 11/04/2024 | DEB4 | Conferences with S. Maza regarding objection to joint motion to dismiss | 1.10 | 1,395.00 | 1,534.50 |
| 11/04/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.2); update tracker summarizing same (.1); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 11/04/2024 | ECS1 | Correspond with L. Despins and R. Lupo regarding settlement agreement with █████████ | 0.20 | 1,270.00 | 254.00 |
| 11/04/2024 | ECS1 | Review correspondence with D. Pesce, counsel to Immobiliara Barbara, regarding the avoidance action against Immobiliara Barbara | 0.10 | 1,270.00 | 127.00 |
| 11/04/2024 | ECS1 | Analyze caselaw related to objection to joint defendants' motion to dismiss (2.7); correspond with S. Maza regarding same (.1) | 2.80 | 1,270.00 | 3,556.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429478

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/04/2024 | KC27 | Prepare argument for objection to omnibus motion to dismiss (2.8); correspond with S. Maza re same (.1); analyze case law regarding alter ego standards (1.9); correspond with S. Maza re same (.1); analyze case law regarding substantive consolidation and alter ego (2.3) | 7.20 | 1,185.00 | 8,532.00 |
| 11/04/2024 | NAB | Correspond with S. Maza regarding response to joint motion to dismiss | 0.20 | 1,835.00 | 367.00 |
| 11/04/2024 | SM29 | Prepare objection to joint motion to dismiss | 3.50 | 1,850.00 | 6,475.00 |
| 11/04/2024 | SM29 | Calls with D. Barron re joint motion to dismiss issues | 1.10 | 1,850.00 | 2,035.00 |
| 11/05/2024 | AB21 | Call with L. Despins regarding proposed order for default judgment against Mileson (0.5); revise same (0.5); calls with E. Sutton regarding related service issues (0.2); correspond with E. Sutton and L. Despins regarding same (0.3); correspond with A. de Quincey (Pallas) and P. Wright (barrister) regarding same (0.2) | 1.70 | 1,850.00 | 3,145.00 |
| 11/05/2024 | DEB4 | Analyze issues related to objection to joint motion to dismiss (0.5); conference with S. Maza regarding same (0.3) | 0.80 | 1,395.00 | 1,116.00 |
| 11/05/2024 | ECS1 | Analyze ████████ (1.4); correspond with L. Despins regarding same (.2); calls with A. Bongartz regarding same (.2); correspond with A. Bongartz regarding same (.2) | 2.00 | 1,270.00 | 2,540.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                Page 5
Kwok
50687-00029
Invoice No. 2429478

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/05/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.2); update tracker summarizing same (.1); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 11/05/2024 | ECS1 | Analyze issues and caselaw related to objection to joint defendants' motion to dismiss (2.1); correspond with S. Maza regarding same (.2) | 2.30 | 1,270.00 | 2,921.00 |
| 11/05/2024 | ECS1 | Correspond with N. Kinsella (NPM) regarding Immobiliara Barbara avoidance action | 0.10 | 1,270.00 | 127.00 |
| 11/05/2024 | KC27 | Analyze case law regarding third party standing | 1.90 | 1,185.00 | 2,251.50 |
| 11/05/2024 | LAD4 | Call ▮▮▮▮▮▮▮▮▮ re: settlement discussion (.30); analyze/comment on counter (1.20) | 1.50 | 1,975.00 | 2,962.50 |
| 11/05/2024 | LAD4 | Call A. Bongartz re: Mileson default order (.50); review same (.30) | 0.80 | 1,975.00 | 1,580.00 |
| 11/05/2024 | LS26 | Review and revise fact chart relating to response to joint defendants' motion to dismiss | 1.30 | 985.00 | 1,280.50 |
| 11/05/2024 | SM29 | Prepare objection to joint motion to dismiss | 4.80 | 1,850.00 | 8,880.00 |
| 11/05/2024 | SM29 | Correspond with E. Sutton re caselaw analysis for objection to joint motion to dismiss | 0.30 | 1,850.00 | 555.00 |
| 11/05/2024 | SM29 | Call with D. Barron re objection to joint motion to dismiss | 0.30 | 1,850.00 | 555.00 |
| 11/06/2024 | AB21 | Correspond with L. Despins regarding follow-up on proposed order for default judgment against Mileson | 0.50 | 1,850.00 | 925.00 |
| 11/06/2024 | AD20 | Correspond with S. Maza regarding upcoming filing | 0.20 | 445.00 | 89.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429478

Page 6

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/06/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.1); update tracker summarizing same (.1); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 11/06/2024 | ECS1 | Review documents and emails in connection with parties who entered into tolling agreements with the Trustee (.2); update tracking chart regarding same (.2); call and correspond with P. Linsey (NPM) regarding same (.2) | 0.60 | 1,270.00 | 762.00 |
| 11/06/2024 | ECS1 | Correspond with A. Bongartz regarding ▮▮▮▮▮▮ | 0.20 | 1,270.00 | 254.00 |
| 11/06/2024 | ECS1 | Prepare tolling agreement with ▮▮▮ (.3); correspond with L. Despins and N. Bassett regarding same (.1); correspond with ▮▮▮ regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 11/06/2024 | ECS1 | Prepare tolling agreement with ▮▮▮ (.3); correspond with L. Despins and ▮▮▮ regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 11/06/2024 | ECS1 | Call with ▮▮▮ and L. Despins regarding settlement of claims related to transfers to the firm (.3); correspond with L. Despins and N. Bassett in preparation for same (.4); follow up correspondence with ▮▮▮ regarding same (.1); prepare tolling stipulation with ▮▮▮ (.2); call with P. Linsey (NPM) regarding same (.1) | 1.10 | 1,270.00 | 1,397.00 |
| 11/06/2024 | ECS1 | Prepare parts of objection to joint defendants' motion to dismiss (2.5); analyze caselaw regarding veil piercing in connection with same (.9); correspond with S. Maza regarding same (.2) | 3.60 | 1,270.00 | 4,572.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429478

Page 7

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/06/2024 | ECS1 | Correspond with P. Linsey and N. Kinsella (NPM) regarding avoidance action defendant Immobiliara Barbara | 0.10 | 1,270.00 | 127.00 |
| 11/06/2024 | KC27 | Analyze case law regarding dismissal standard (1.1); correspond with S. Maza regarding same (.1) | 1.20 | 1,185.00 | 1,422.00 |
| 11/06/2024 | LAD4 | Call with potential defendant law firm and E. Sutton re: avoidance claims | 0.30 | 1,975.00 | 592.50 |
| 11/06/2024 | SM29 | Analyze arguments and caselaw in preparing objection to joint motion to dismiss | 5.30 | 1,850.00 | 9,805.00 |
| 11/06/2024 | SM29 | Analyze issues re foreign law and alter ego | 1.00 | 1,850.00 | 1,850.00 |
| 11/07/2024 | DEB4 | Analyze draft objection to joint motion to dismiss (0.5); analyze case law related to same (1.3); conference with S. Maza regarding same (0.5) | 2.30 | 1,395.00 | 3,208.50 |
| 11/07/2024 | ECS1 | Correspond with L. Despins and ▮▮▮ regarding tolling agreement with ▮▮▮ (.1); prepare tolling agreement (.3); correspond with D. Skalka (NPM) regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 11/07/2024 | ECS1 | Prepare settlement agreement with Smees and GPS Legal (.3); correspond with L. Despins and R. Lupo regarding same (.1); correspond with J. Hollembeak (Baird Holm), counsel to GPS Legal, regarding same (.2) | 0.60 | 1,270.00 | 762.00 |
| 11/07/2024 | ECS1 | Call with ▮▮▮ and ▮▮▮ and L. Despins, N. Bassett regarding transfers to the firm and settlement of claims relating thereto (.4); prepare email to L. Despins and N. Bassett summarizing info and past discussions regarding same (.3) | 0.70 | 1,270.00 | 889.00 |
| 11/07/2024 | ECS1 | Prepare parts of objection to joint defendants' motion to dismiss (1.8); analyze caselaw related to same (.2); correspond with S. Maza regarding same (.2) | 2.20 | 1,270.00 | 2,794.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429478

Page 8

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/07/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims | 0.10 | 1,270.00 | 127.00 |
| 11/07/2024 | ECS1 | Correspond with ▇▇▇▇▇ and D. Skalka (NPM) regarding tolling agreement with ▇▇▇▇ | 0.10 | 1,270.00 | 127.00 |
| 11/07/2024 | ECS1 | Review documents and emails in connection with parties who entered into tolling agreements with the Trustee (.1); correspond with D. Skalka and P. Linsey (NPM) regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/07/2024 | KC27 | Review and revise objection to joint defendants' omnibus motion to dismiss | 3.90 | 1,185.00 | 4,621.50 |
| 11/07/2024 | LAD4 | Call with potential defendant law firm ▇▇▇▇ and E. Sutton and N. Bassett re: avoidance claims | 0.40 | 1,975.00 | 790.00 |
| 11/07/2024 | NAB | Analyze arguments in opposition to joint motion to dismiss brief (1.5); review and revise draft opposition brief (3.2); correspond with S. Maza and K. Catalano regarding the same (0.2); further revise draft opposition brief (0.5); telephone conference with avoidance action defense counsel and L. Despins, E. Sutton regarding potential settlement (0.4); correspond with ▇▇▇ ▇▇▇▇ regarding information exchange (0.1) | 5.90 | 1,835.00 | 10,826.50 |
| 11/07/2024 | SM29 | Correspond with N. Bassett re objection to joint motion to dismiss (.3); correspond with K. Catalano re same (.2) | 0.50 | 1,850.00 | 925.00 |
| 11/07/2024 | SM29 | Call with D. Barron re objection to joint motion to dismiss | 0.50 | 1,850.00 | 925.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                 Page 9
Kwok
50687-00029
Invoice No. 2429478

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/08/2024 | AB21 | Correspond with L. Despins regarding insert for response to joint defendants' motion to dismiss (0.6); prepare same (0.2); review draft response to joint motion to dismiss (0.4); calls with S. Maza regarding same (0.3); correspond with S. Maza regarding same (0.1) | 1.60 | 1,850.00 | 2,960.00 |
| 11/08/2024 | AD20 | Prepare for filing and file objections to omnibus motion to dismiss | 1.50 | 445.00 | 667.50 |
| 11/08/2024 | DEB4 | Conferences with S. Maza regarding objection to joint motion to dismiss (0.6); conference with S. Maza and K. Catalano regarding same (0.2); correspond with L. Song regarding same (0.2); correspond with L. Song regarding ▓▓▓▓▓▓ counterclaim (0.2); correspond with N. Bassett and L. Despins regarding same (0.3); correspond with P. Linsey regarding ACASS arguments (0.2) | 1.70 | 1,395.00 | 2,371.50 |
| 11/08/2024 | ECS1 | Prepare parts of objection to joint defendants' motion to dismiss (1.4); correspond with K. Catalano regarding same (.4); call with K. Catalano regarding same (.1) | 1.90 | 1,270.00 | 2,413.00 |
| 11/08/2024 | ECS1 | Review documents and emails in connection with parties who entered into tolling agreements with the Trustee (.1); update tracking chart regarding same (.2); correspond with D. Skalka and P. Linsey (NPM) regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 11/08/2024 | ECS1 | Review correspondence from settlement counterparties related to avoidance action settlement agreements | 0.10 | 1,270.00 | 127.00 |
| 11/08/2024 | ECS1 | Correspond with D. Pesce regarding Immobiliara Barbara avoidance action | 0.10 | 1,270.00 | 127.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 10

50687-00029
Invoice No. 2429478

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/08/2024 | KC27 | Prepare objection to joint motion to dismiss (2.9); call with S. Maza and D. Barron re same (.2); call with E. Sutton re same (.1); correspond with S. Maza re same (.6); correspond with E. Sutton re same (.4) | 4.20 | 1,185.00 | 4,977.00 |
| 11/08/2024 | LAD4 | Review/edit common issues brief (2x) (1.60); t/c S. Maza re: same (.20) | 1.80 | 1,975.00 | 3,555.00 |
| 11/08/2024 | LS26 | Correspond with S. Maza and D. Barron regarding objection to joint motion to dismiss | 0.30 | 985.00 | 295.50 |
| 11/08/2024 | LS26 | Correspond with L. Despins, N. Bassett and D. Barron regarding reply to third party counterclaim | 0.10 | 985.00 | 98.50 |
| 11/08/2024 | LS26 | Correspond with K. Catalano regarding exhibits to objection to joint motion to dismiss | 0.20 | 985.00 | 197.00 |
| 11/08/2024 | LS26 | Correspond with D. Barron regarding third party counterclaim brief | 0.10 | 985.00 | 98.50 |
| 11/08/2024 | NAB | Prepare draft response to Wedlake Bell third party complaint (0.8); correspond with D. Barron regarding the same (0.2); review and revise draft response to joint motion to dismiss (2.4); telephone conference with S. Maza regarding the same (0.2) | 3.60 | 1,835.00 | 6,606.00 |
| 11/08/2024 | SM29 | Call with L. Despins re objection to joint motion to dismiss (.2); email K. Catalano re same (.1); correspond with N. Bassett, L. Despins, and K. Catalano re same (.7); calls with A. Bongartz re same (.3); revise objection to joint motion to dismiss (3.0); finalize same for filing (.5); call with N. Bassett re same (.2) | 5.00 | 1,850.00 | 9,250.00 |
| 11/08/2024 | SM29 | Calls with D. Barron re joint motion to dismiss (.6); call with D. Barron and K. Catalano re same (.2) | 0.80 | 1,850.00 | 1,480.00 |
| 11/09/2024 | AB21 | Correspond with L. Despins and D. Barron regarding Wedlake Bell wire transfer | 0.30 | 1,850.00 | 555.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 11
50687-00029
Invoice No. 2429478

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/09/2024 | DEB4 | Prepare motion to dismiss Wedlake Bell third party complaint | 6.30 | 1,395.00 | 8,788.50 |
| 11/09/2024 | NAB | Correspond with L. Despins, D. Barron regarding Wedlake Bell third party complaint | 0.30 | 1,835.00 | 550.50 |
| 11/10/2024 | DEB4 | Prepare motion to dismiss Wedlake Bell third party complaint | 1.80 | 1,395.00 | 2,511.00 |
| 11/10/2024 | NAB | Review ACASS motion to dismiss (0.4); review and revise draft response brief (0.5) | 0.90 | 1,835.00 | 1,651.50 |
| 11/11/2024 | AB21 | Analyze Wedlake Bell transfers (0.4); correspond with D. Barron regarding same (0.3); call with D. Barron regarding same (0.1) | 0.80 | 1,850.00 | 1,480.00 |
| 11/11/2024 | DEB4 | Revise motion to dismiss Wedlake Bell third party complaint (1.2); call with A. Bongartz regarding same (0.1); correspond with P. Linsey (NPM) regarding procedural issues related to same (0.2); correspond with D. Mohamed regarding same (0.1) | 1.60 | 1,395.00 | 2,232.00 |
| 11/11/2024 | ECS1 | Summarize arguments in objection to sealed ▮▮ rule 9019 motion (1.8); review and summarize past filings in connection with sealed ▮▮ rule 9019 motion (.5); call with S. Maza regarding same (.1); correspond with S. Maza regarding same (.4) | 2.80 | 1,270.00 | 3,556.00 |
| 11/11/2024 | ECS1 | Review documents and emails in connection with parties who entered into tolling agreements with the Trustee | 0.30 | 1,270.00 | 381.00 |
| 11/11/2024 | ECS1 | Correspond with ▮▮▮▮▮ regarding transfers to the firm and settlement of claims relating thereto | 0.20 | 1,270.00 | 254.00 |
| 11/11/2024 | LAD4 | Review/edit our motion to dismiss Wedlake Bell claim against PH | 0.50 | 1,975.00 | 987.50 |
| 11/11/2024 | LS26 | Correspond with P. Linsey regarding response to joint motion to dismiss | 0.10 | 985.00 | 98.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429478

Page 12

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/11/2024 | NAB | Correspond with P. Linsey (NPM) regarding rule 9019 motions and scheduling issues | 0.10 | 1,835.00 | 183.50 |
| 11/11/2024 | NAB | Review and revise draft response to ACASS motion to dismiss (0.7); analyze authority regarding the same (0.4); correspond and telephone conference with P. Linsey (NPM) regarding the same (0.3); review and revise draft motion to dismiss Wedlake Bell third party complaint (0.5); correspond with D. Barron regarding the same (0.2) | 2.10 | 1,835.00 | 3,853.50 |
| 11/11/2024 | SM29 | Correspond with N. Bassett re sealing orders briefing (.1); call with E. Sutton re same (.1); reply to email from P. Linsey (NPM) re joint motion to dismiss (.2) | 0.40 | 1,850.00 | 740.00 |
| 11/12/2024 | DM26 | File via the Court's CM/ECF system Paul Hastings motion to dismiss third party complaint and brief in support | 0.30 | 565.00 | 169.50 |
| 11/12/2024 | DEB4 | Conference with S. Maza regarding section 548 issues (0.3); correspond and conference with P. Linsey (NPM) regarding same (0.3); revise motion to dismiss Wedlake Bell third party complaint (0.5); conference with E. Sutton regarding same (0.2); correspond with Paul Wright and A. De Quincey regarding same (0.2); correspond with N. Bassett and L. Despins regarding same (0.2); correspond with D. Mohamed regarding same (0.1) | 1.80 | 1,395.00 | 2,511.00 |
| 11/12/2024 | ECS1 | Conduct factual analysis regarding avoidance claims (.2); correspond with avoidance action defendants regarding same (.1); correspond with N. Kinsella and K. Mitchell regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 11/12/2024 | ECS1 | Correspond with N. Bassett and P. Linsey (NPM) regarding ███████████ settlement agreements | 0.50 | 1,270.00 | 635.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429478

Page 13

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/12/2024 | ECS1 | Correspond with N. Bassett and P. Linsey (NPM) regarding mediator's report and Rule 9019 motions related to settlement agreements with law firms (.3); review documents and emails in connection with same (.1) | 0.40 | 1,270.00 | 508.00 |
| 11/12/2024 | ECS1 | Prepare motion to dismiss and memorandum of law in connection with Wedlake Bell third party claim (.8); correspond with D. Barron and D. Mohamed regarding same (.2); call with D. Barron regarding same (.2) | 1.20 | 1,270.00 | 1,524.00 |
| 11/12/2024 | ECS1 | Follow up correspondence with ▮ regarding tolling agreement related to transfers to ▮ | 0.10 | 1,270.00 | 127.00 |
| 11/12/2024 | ECS1 | Correspond with ▮ regarding transfers to the firm and settlement of claims relating thereto (.2); correspond with L. Despins and N. Bassett regarding same (.2); further correspond with L. Despins regarding same (.1); prepare settlement agreement with ▮ (.3); prepare tolling agreement with ▮ (.3) | 1.10 | 1,270.00 | 1,397.00 |
| 11/12/2024 | ECS1 | Review documents and emails in connection with parties who entered into tolling agreements with the Trustee (.1); call and correspond with D. Skalka and P. Linsey (NPM) regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/12/2024 | LAD4 | Review NPM's opposition to Meta (.90); t/c P. Linsey (NPM) re: same (.20) | 1.10 | 1,975.00 | 2,172.50 |
| 11/12/2024 | LAD4 | Review/edit our objection to Acass motion to dismiss (.90); t/c P. Linsey (NPM) re: same (.20) | 1.10 | 1,975.00 | 2,172.50 |
| 11/12/2024 | LAD4 | T/c ▮ re: ▮ with P. Linsey (NPM) | 0.30 | 1,975.00 | 592.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                          Page 14
50687-00029
Invoice No. 2429478

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/12/2024 | NAB | Correspond with L. Despins, E. Sutton regarding avoidance action settlement agreements and related discussions (0.4); review and revise draft response to Wedlake Bell third party complaint (0.5); correspond with D. Barron regarding the same (0.1); correspond with S. Maza regarding avoidance action issues (0.3); correspond with ███████████████ regarding claims (0.1) | 1.40 | 1,835.00 | 2,569.00 |
| 11/12/2024 | SM29 | Analyze caselaw re avoidance actions and property of the estate (.9); email P. Linsey (NPM) re same (.2); call with D. Barron re same (.3) | 1.40 | 1,850.00 | 2,590.00 |
| 11/13/2024 | DEB4 | Conference with S. Maza regarding sealing issues (0.3); correspond with S. Maza regarding settlement agreements (0.1) | 0.40 | 1,395.00 | 558.00 |
| 11/13/2024 | ECS1 | Correspond and call with ███████ ████████████ regarding tolling agreement related to transfers to ██████████ (.2); correspond with D. Skalka and P. Linsey (NPM) regarding same (.2) | 0.40 | 1,270.00 | 508.00 |
| 11/13/2024 | ECS1 | Correspond with D. Skalka regarding ████████████ tolling motion | 0.10 | 1,270.00 | 127.00 |
| 11/13/2024 | ECS1 | Prepare tolling agreement with law firm regarding transferred funds from Debtor alter ego (.3); review documents and emails related to parties who entered into tolling agreements with the Trustee (.2); correspond with D. Skalka and P. Linsey (NPM) regarding same (.1) | 0.60 | 1,270.00 | 762.00 |
| 11/13/2024 | ECS1 | Review correspondence among N. Bassett, L. Despins and P. Linsey regarding terms of settlement agreement with parties receiving funds transferred by Debtor alter egos | 0.20 | 1,270.00 | 254.00 |
| 11/13/2024 | ECS1 | Correspond with S. Maza regarding reply in support of sealed rule 9019 motion related to ██████ settlement (.1); analyze issues regarding same (.2) | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429478

Page 15

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/13/2024 | LAD4 | Analyze/comment on final offer to ▆▆▆▆ firm | 1.20 | 1,975.00 | 2,370.00 |
| 11/13/2024 | LS26 | Call with P. Linsey (NPM) regarding settlement negotiations | 0.20 | 985.00 | 197.00 |
| 11/13/2024 | NAB | Review draft settlement agreement summaries (0.3); correspond with E. Sutton regarding the same (0.2); correspond with L. Despins regarding revisions to draft settlement agreements (0.3); analyze and draft parts of the settlement agreements (0.5); correspond with P. Linsey (NPM) regarding settlement negotiations (0.2) | 1.50 | 1,835.00 | 2,752.50 |
| 11/13/2024 | SM29 | Correspond with L. Despins and N. Bassett re sealing orders briefing (.4); review objections re same (.8); call with D. Barron re same (.3); analyze caselaw and statutory authority re same (4.3) | 5.80 | 1,850.00 | 10,730.00 |
| 11/14/2024 | ECS1 | Conduct factual analysis of avoidance claims | 0.10 | 1,270.00 | 127.00 |
| 11/14/2024 | ECS1 | Review ▆▆▆▆▆▆▆▆▆▆ tolling agreement and Rule 2004 subpoena related to potential avoidance action | 0.10 | 1,270.00 | 127.00 |
| 11/14/2024 | ECS1 | Discussion with S. Maza regarding sealed ▆▆▆ rule 9019 motion, objections thereto, and reply in support of the motion (.4); correspond with K. Ahumada (NPM) regarding same (.1); correspond with S. Maza and D. Mohamed regarding issues related to same (.1) | 0.60 | 1,270.00 | 762.00 |
| 11/14/2024 | ECS1 | Review documents and emails relating to parties who entered into tolling agreements with the Trustee (.8); update tracking chart regarding same (.3); call and correspond with D. Skalka and P. Linsey (NPM) regarding same (.5) | 1.60 | 1,270.00 | 2,032.00 |
| 11/14/2024 | ECS1 | Correspond with ▆▆▆▆▆▆ and L. Despins regarding follow up settlement discussions with ▆▆▆▆ | 0.20 | 1,270.00 | 254.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2429478

Page 16

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/14/2024 | ECS1 | Review tolling agreement and notes of past meeting with ███████████████ in connection with potential settlement of claims against the firm | 0.20 | 1,270.00 | 254.00 |
| 11/14/2024 | NAB | Review issues and notes in preparation for call with ████████ regarding ████████ claims (.2); call with ████████ regarding same (.4); call with counsel for tolled law firm party and P. Linsey (NPM) regarding settlement discussions and further tolling agreement (.3); review issues and notes in preparation for same (.2); follow-up call with P. Linsey (NPM) regarding same (.2) | 1.30 | 1,835.00 | 2,385.50 |
| 11/14/2024 | SM29 | Conference with E. Sutton re sealing order briefing (.4); email E. Sutton re same (.1); analyze authority and precedent re same (1.6); prepare sealing order briefing (5.9) | 8.00 | 1,850.00 | 14,800.00 |
| 11/15/2024 | DM26 | Research regarding precedent rule 9019 motions to seal settlement agreements | 1.50 | 565.00 | 847.50 |
| 11/15/2024 | ECS1 | Correspond with ████████████ and L. Despins regarding follow up settlement discussions with ████████ on Trustee claims | 0.10 | 1,270.00 | 127.00 |
| 11/15/2024 | SM29 | Prepare reply in support of sealing order (4.4); correspond with L. Despins and N. Bassett re same (.3) | 4.70 | 1,850.00 | 8,695.00 |
| 11/16/2024 | ECS1 | Review motion and order precedent regarding reply in support of sealed rule 9019 motion re ████ settlement (.4); correspond with D. Mohamed regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 11/17/2024 | DM26 | Research regarding precedent oppositions to rule 9019 motions to seal settlement agreements | 0.50 | 565.00 | 282.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429478

Page 17

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/17/2024 | ECS1 | Review motion and order precedent relating to reply in support of sealed rule 9019 motion re     settlement (.2); correspond with S. Maza regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 11/17/2024 | SM29 | Review sealing order and motion precedent from E. Sutton | 1.20 | 1,850.00 | 2,220.00 |
| 11/18/2024 | ECS1 | Review documents and emails relating to parties who entered into tolling agreements with the Trustee | 0.10 | 1,270.00 | 127.00 |
| 11/18/2024 | ECS1 | Prepare amended settlement agreement with    (.4); correspond with N. Bassett regarding same (.1) | 0.50 | 1,270.00 | 635.00 |
| 11/18/2024 | ECS1 | Correspond with    and L. Despins regarding follow up settlement discussions with    related to Trustee claims | 0.10 | 1,270.00 | 127.00 |
| 11/18/2024 | ECS1 | Follow up correspondence regarding settlement agreement with law firm parties (.1); correspond with N. Bassett regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/18/2024 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions (.8); correspond with E. Ring (Ancillary) regarding same (.2); correspond with K. Mitchell (NPM) regarding same (.5) | 1.50 | 1,270.00 | 1,905.00 |
| 11/18/2024 | IC | Research service information for certain non-U.S. entities | 0.30 | 420.00 | 126.00 |
| 11/19/2024 | DEB4 | Correspond with S. Maza regarding Qiang Guo default judgment | 0.10 | 1,395.00 | 139.50 |
| 11/19/2024 | ECS1 | Call with    regarding settlement agreement with    (.1); review transfer information in preparation for same (.1); correspond with N. Bassett regarding same (.1) | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429478

Page 18

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/19/2024 | ECS1 | Correspond with ███████████████ and L. Despins regarding follow up settlement discussions with █████ | 0.30 | 1,270.00 | 381.00 |
| 11/19/2024 | ECS1 | Review documents and emails related to parties who entered into tolling agreements with the Trustee (.2); update tracking chart regarding same (.2); correspond with D. Mohamed and N. Bassett regarding same (.2) | 0.60 | 1,270.00 | 762.00 |
| 11/19/2024 | ECS1 | Follow up correspondence with N. Bassett and L. Despins regarding settlement agreements with law firms and other settling parties | 0.20 | 1,270.00 | 254.00 |
| 11/19/2024 | ECS1 | Correspond with N. Bassett regarding amended settlement agreement with ███████████ | 0.10 | 1,270.00 | 127.00 |
| 11/19/2024 | ECS1 | Conduct factual analysis of avoidance claims (.2); correspond with K. Mitchell (NPM) regarding outstanding service of certain avoidance action defendants (.3); review and comment on service of avoidance actions on foreign defendants (.1); correspond with N. Kinsella and K. Mitchell (NPM) regarding avoidance action defendant Immobiliara Barbara (.1) | 0.70 | 1,270.00 | 889.00 |
| 11/19/2024 | IC | Research regarding ██████████████ information for Himalaya Australia Pty Ltd. | 0.20 | 420.00 | 84.00 |
| 11/19/2024 | LAD4 | Review/edit ███ settlement agreement | 0.60 | 1,975.00 | 1,185.00 |
| 11/19/2024 | NAB | Correspond with E. Sutton regarding avoidance action defendant settlement discussions | 0.10 | 1,835.00 | 183.50 |
| 11/20/2024 | DEB4 | Correspond with L. Despins regarding judgment in Cirrus action | 0.10 | 1,395.00 | 139.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429478

Page 19

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/20/2024 | ECS1 | Conduct factual analysis of avoidance claims (.3); review and comment on service of avoidance actions on foreign defendants (.1); call with P. Rigney (Troutman Pepper), counsel to U.K. based avoidance action defendant Clear Treasury, regarding transfers thereto (.1); review transfer information and documents related to Clear Treasury avoidance action (.2); correspond with N. Bassett and P. Linsey (NPM) regarding same (.2) | 0.90 | 1,270.00 | 1,143.00 |
| 11/20/2024 | ECS1 | Prepare amended settlement agreement with ▓▓▓▓▓▓ (.3); correspond with N. Bassett regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 11/20/2024 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.1); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/20/2024 | ECS1 | Review documents and emails regarding parties who entered into tolling agreements with the Trustee | 0.10 | 1,270.00 | 127.00 |
| 11/20/2024 | ECS1 | Correspond with ▓▓▓▓▓▓▓▓▓ regarding settlement agreement and related rule 9019 motion | 0.10 | 1,270.00 | 127.00 |
| 11/20/2024 | NAB | Review revised settlement agreement with avoidance action defendant (.2); correspond with E. Sutton regarding same (.1) | 0.30 | 1,835.00 | 550.50 |
| 11/21/2024 | DEB4 | Correspond with P. Linsey (NPM) regarding motion to withdraw the reference | 0.10 | 1,395.00 | 139.50 |
| 11/21/2024 | ECS1 | Call with ▓▓▓▓▓▓ and L. Despins, N. Bassett regarding transfers to ▓▓▓▓▓ and settlement discussions related thereto (.3); prepare summary of information re the firm and transfers for L. Despins and N. Bassett (.4) | 0.70 | 1,270.00 | 889.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429478

Page 20

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/21/2024 | ECS1 | Prepare amended settlement agreement with ███████ (.1); correspond with L. Despins regarding same (.1); correspond with R. Lupo regarding same (.1); correspond with N. Bassett and L. Despins regarding same (.2) | 0.50 | 1,270.00 | 635.00 |
| 11/21/2024 | ECS1 | Conduct factual analysis related to avoidance claims (.3); correspond with K. Mitchell (NPM) regarding outstanding service related to certain avoidance action defendants (.1) | 0.40 | 1,270.00 | 508.00 |
| 11/21/2024 | ECS1 | Review certificate of service from German Central Authority regarding service of avoidance action defendant RM Auctions Deutschland GmbH (.3); correspond with K. Mitchell regarding same (.2); correspond with Ancillary regarding same (.1) | 0.60 | 1,270.00 | 762.00 |
| 11/21/2024 | LAD4 | Call with potential defendant law firm ███████ and N. Bassett re: avoidance claims (.30); call with potential defendant law firm ███████ and E. Sutton and N. Bassett re: avoidance claims (.30) | 0.60 | 1,975.00 | 1,185.00 |
| 11/21/2024 | NAB | Call with L. Despins and counsel to potential avoidance action defendant law firm regarding settlement possibilities (.3); review claims and prepare notes for same (.2); call with L. Despins, E. Sutton, P. Linsey (NPM) and separate law firm avoidance action defendant regarding same issues (.3); review transfer information related to same (.1); correspond with L. Despins and P. Linsey (NPM) regarding settlement strategy (.2) | 1.10 | 1,835.00 | 2,018.50 |
| 11/22/2024 | DEB4 | Correspond with L. Despins, N. Bassett, and S. Maza regarding joint reply brief (0.1); analyze same (0.5) | 0.60 | 1,395.00 | 837.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2429478

Page 21

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/22/2024 | ECS1 | Review documents and emails in connection with parties who entered into tolling agreements with the Trustee (.1); update tracking chart regarding same (.1); call and correspond with K. Mitchell, D. Skalka and P. Linsey (NPM) regarding same (.1) | 0.30 | 1,270.00 | 381.00 |
| 11/22/2024 | ECS1 | Correspond with K. Mitchell regarding RM Auctions Deutschland GmbH avoidance action | 0.10 | 1,270.00 | 127.00 |
| 11/22/2024 | ECS1 | Call with P. Linsey (NPM) regarding Clear Treasury avoidance action (.1); correspond with P. Rigney (Troutman) regarding same (.2) | 0.30 | 1,270.00 | 381.00 |
| 11/22/2024 | LAD4 | Call with P. Linsey re: ▮ settlement agreement | 0.30 | 1,975.00 | 592.50 |
| 11/22/2024 | NAB | Review draft settlement agreement for estate claims (.3); correspond with L. Despins and P. Linsey (NPM) regarding same (.1) | 0.40 | 1,835.00 | 734.00 |
| 11/23/2024 | NAB | Correspond with L. Despins and P. Linsey (NPM) regarding settlement agreement issues | 0.20 | 1,835.00 | 367.00 |
| 11/25/2024 | LAD4 | Review/edit our reply to the joint brief (1.00); t/c N. Bassett re: same (.10) | 1.10 | 1,975.00 | 2,172.50 |
| 11/25/2024 | LAD4 | Review/edit further version of ▮ settlement agreement | 0.50 | 1,975.00 | 987.50 |
| 11/25/2024 | NAB | Review reply brief in support of joint motion to dismiss (.6); call with L. Despins regarding same (.1) | 0.70 | 1,835.00 | 1,284.50 |
| 11/25/2024 | SM29 | Review joint defendants' reply in support of joint motion to dismiss | 0.60 | 1,850.00 | 1,110.00 |
| 11/26/2024 | NAB | Correspond with P. Linsey (NPM) regarding settlement agreement issues | 0.10 | 1,835.00 | 183.50 |
| 11/27/2024 | SM29 | Correspond with L Despins re sealing proposal from U.S. Trustee | 0.20 | 1,850.00 | 370.00 |
| **Subtotal: B191  General Litigation** | | | **200.90** | | **305,038.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                Page 22
50687-00029
Invoice No. 2429478

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | **Total** | | **203.00** | | **308,399.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 12.10 | 1,975.00 | 23,897.50 |
| NAB | Nicholas A. Bassett | Partner | 22.00 | 1,835.00 | 40,370.00 |
| AB21 | Alex Bongartz | Of Counsel | 4.90 | 1,850.00 | 9,065.00 |
| SM29 | Shlomo Maza | Of Counsel | 55.20 | 1,850.00 | 102,120.00 |
| DEB4 | Douglass E. Barron | Associate | 21.10 | 1,395.00 | 29,434.50 |
| ECS1 | Ezra C. Sutton | Associate | 45.20 | 1,270.00 | 57,404.00 |
| KC27 | Kristin Catalano | Associate | 32.90 | 1,185.00 | 38,986.50 |
| LS26 | Luyi Song | Associate | 4.70 | 985.00 | 4,629.50 |
| DM26 | David Mohamed | Paralegal | 2.70 | 565.00 | 1,525.50 |
| AD20 | Allison Doherty | Paralegal | 1.70 | 445.00 | 756.50 |
| IC | Irene Chang | Other Timekeeper | 0.50 | 420.00 | 210.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 11/20/2024 | Photocopy Charges | 608.00 | 0.08 | 48.64 |
| 11/01/2024 | Westlaw | | | 146.12 |
| 11/03/2024 | Westlaw | | | 242.62 |
| 11/04/2024 | Lexis/On Line Search | | | 68.36 |
| 11/04/2024 | Westlaw | | | 29.13 |
| 11/04/2024 | Westlaw | | | 353.79 |
| 11/05/2024 | UPS/Courier Service - Federal Express, Invoice# 2-326-39013 Dated 11/05/24, Package from L. Song to Qiang Guo | | | 21.89 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00029

Invoice No. 2429478

Page 23

| | | |
|---|---|---|
| 11/05/2024 | Lexis/On Line Search | 22.79 |
| 11/05/2024 | Westlaw | 116.56 |
| 11/05/2024 | Westlaw | 29.14 |
| 11/06/2024 | Westlaw | 29.14 |
| 11/06/2024 | Westlaw | 87.42 |
| 11/07/2024 | Westlaw | 29.14 |
| 11/12/2024 | UPS/Courier Service - Federal Express, Invoice# 2-328-55623 Dated 11/12/24, Package from: Paul Harrison to Luyi Song - Paul Hastings 200 Park Avenue, New York, NY 10166 | 210.62 |
| 11/13/2024 | Westlaw | 145.70 |
| 11/15/2024 | Computer Search (Other) | 52.20 |
| 11/17/2024 | Computer Search (Other) | 34.20 |
| 11/20/2024 | Postage/Express Mail - Registered Mail; | 131.70 |
| 11/20/2024 | Postage/Express Mail - Registered Mail; | 36.26 |
| 11/29/2024 | Articles and Publications - Liz Elliott; 11/20/2024; International transaction for article retrieval requested by E. Sutton - HIMALAYA AUSTRALIA PTY LTD ACN; Merchant: International transaction | 0.10 |
| 11/29/2024 | Articles and Publications - Liz Elliott; 11/20/2024; Article retrieval requested by E. Sutton - HIMALAYA AUSTRALIA PTY LTD ACN; Merchant: Asic; Orig Curr: AUD, Rate: 0.65, Orig Amt: 10.00 | 6.51 |
| **Total Costs incurred and advanced** | | **$1,842.03** |
| | **Current Fees and Costs** | **$310,241.03** |
| | **Total Balance Due - Due Upon Receipt** | **$310,241.03** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429479

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Mediation
PH LLP Client/Matter # 50687-00030
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $25,767.00 |
| **Current Fees and Costs Due** | **$25,767.00** |
| **Total Balance Due - Due Upon Receipt** | **$25,767.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429479

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Mediation**
PH LLP Client/Matter # 50687-00030
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $25,767.00 |
| **Current Fees and Costs Due** | **$25,767.00** |
| **Total Balance Due - Due Upon Receipt** | **$25,767.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429479

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

**Mediation**                                                                   **$25,767.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 11/10/2024 | LAD4 | Call N. Bassett and P. Linsey (NPM) re: upcoming mediation session | 0.40 | 1,975.00 | 790.00 |
| 11/10/2024 | NAB | Telephone conference with L. Despins and P. Linsey (NPM) regarding preparation for mediation sessions (0.4); correspond with P. Linsey regarding the same (0.2) | 0.60 | 1,835.00 | 1,101.00 |
| 11/12/2024 | LAD4 | Call with defendant ____, Judge Tancredi, and N. Bassett re: claims (1.00); separate call with Judge Tancredi re: claims (.40); post mortem N. Bassett re: same (.10) | 1.50 | 1,975.00 | 2,962.50 |
| 11/12/2024 | NAB | Review claims, settlement issues, and notes in prep for mediation session (0.4); participate in mediation with L. Despins (1.0); telephone conference with L. Despins regarding the same (0.1) | 1.50 | 1,835.00 | 2,752.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00030
Invoice No. 2429479

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/13/2024 | ECS1 | Correspond with N. Bassett and P. Linsey (NPM) regarding mediator's report and Rule 9019 motions related to settlement agreements with law firms (.7); review documents and emails related to same (.3); prepare emails to Judge Tancredi regarding ███████ settlement agreements (.9); analyze case documents and transfers related to same (.5); prepare emails to settling law firms regarding mediator's reports and motion for settlement approval (.4); correspond with N. Bassett regarding same (.1) | 2.90 | 1,270.00 | 3,683.00 |
| 11/14/2024 | ECS1 | Correspond with ████████ regarding ██ settlement agreement and mediation relating thereto | 0.10 | 1,270.00 | 127.00 |
| 11/14/2024 | ECS1 | Call with P. Linsey (NPM) regarding mediator's report and Rule 9019 motions related to settlement agreements with law firms (.1); review documents and emails in connection with same (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/15/2024 | ECS1 | Correspond with Judge Tancredi, N. Bassett and P. Linsey (NPM) regarding mediation relating to settlement agreements with █████ and with █████ (.3); review documents and emails in connection with same (.2) | 0.50 | 1,270.00 | 635.00 |
| 11/15/2024 | ECS1 | Correspond with settlement parties regarding mediator's reports relating to settlements and motion to approve settlements (.6); correspond with N. Bassett regarding same (.2) | 0.80 | 1,270.00 | 1,016.00 |
| 11/15/2024 | NAB | Correspond with E. Sutton regarding settlement agreements and related mediator communications (.4); correspond with mediation team regarding same (.2) | 0.60 | 1,835.00 | 1,101.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00030
Invoice No. 2429479

Page 3

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/18/2024 | LAD4 | Review transfers and claims re ███████ in prep for mediation (.60); handle same with Judge Tancredi and N. Bassett (.90); post-mortem with N. Bassett (.20); review Judge Tancredi's post-mortem email and review/edit response to same (.40) | 2.10 | 1,975.00 | 4,147.50 |
| 11/18/2024 | NAB | Review claims and prepare notes for mediation session (.2); participate in mediation session (.9); follow-up call with L. Despins regarding same (.2); correspond with E. Sutton regarding settlement agreement and related issues (.2) | 1.50 | 1,835.00 | 2,752.50 |
| 11/20/2024 | ECS1 | Correspond with N. Bassett and L. Despins regarding mediator's report and Rule 9019 motions relating to settlement agreements with law firms (.1); review documents and emails related to same (.1) | 0.20 | 1,270.00 | 254.00 |
| 11/25/2024 | LAD4 | Review documents and claim issues in prep for mini mediation session with ██████████, Judge Tancredi and N. Bassett (.20); handle same (.80); post-mortem N. Bassett re: same (.10) | 1.10 | 1,975.00 | 2,172.50 |
| 11/25/2024 | NAB | Review transfer documents and claims in preparation for mediation call with J. Tancredi (mediator) (.2); participate in mediation call with J. Tancredi, L. Despins and opposing counsel regarding same (.8); follow-up call with L. Despins regarding same (.1) | 1.10 | 1,835.00 | 2,018.50 |
| **Subtotal: B191  General Litigation** | | | **15.10** | | **25,767.00** |
| **Total** | | | **15.10** | | **25,767.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 5.10 | 1,975.00 | 10,072.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                Page 4
Kwok
50687-00030
Invoice No. 2429479

| NAB | Nicholas A. Bassett | Partner | 5.30 | 1,835.00 | 9,725.50 |
| ECS1 | Ezra C. Sutton | Associate | 4.70 | 1,270.00 | 5,969.00 |
| | **Current Fees and Costs** | | | | **$25,767.00** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$25,767.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429480

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Forfeiture Issues**
PH LLP Client/Matter # 50687-00031
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $37,831.50 |
| **Current Fees and Costs Due** | **$37,831.50** |
| **Total Balance Due - Due Upon Receipt** | **$37,831.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429480

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Forfeiture Issues**
PH LLP Client/Matter # 50687-00031
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $37,831.50 |
| **Current Fees and Costs Due** | **$37,831.50** |
| **Total Balance Due - Due Upon Receipt** | **$37,831.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429480 |
| | |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

**Forfeiture Issues**                                                        **$37,831.50**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 11/01/2024 | LT9 | Telephone conference with N. Bassett and S. Maza on remission and remission petition | 0.40 | 1,775.00 | 710.00 |
| 11/01/2024 | LT9 | Review and revise Guo remission documents | 1.40 | 1,775.00 | 2,485.00 |
| 11/01/2024 | NAB | Review revised draft remission petition (0.4); correspond with S. Maza and L. Tsao regarding the same (0.2); call with S. Maza and L. Tsao regarding the same (0.4) | 1.00 | 1,835.00 | 1,835.00 |
| 11/01/2024 | SM29 | Correspond with L. Despins re revised remission petition (.1); call with L. Tsao and N. Bassett re same (.4); revise email to DOJ and remission petition to incorporate their comments (.5) | 1.00 | 1,850.00 | 1,850.00 |
| 11/02/2024 | LT9 | Correspond with L. Despins on remission questions (.2); review remission issues (.2) | 0.40 | 1,775.00 | 710.00 |
| 11/02/2024 | LT9 | Review case documents on payment of fees | 0.20 | 1,775.00 | 355.00 |
| 11/02/2024 | NAB | Review revised draft email to DOJ regarding remission petition (0.2); correspond with L. Despins, L. Tsao, and S. Maza regarding the same (0.2) | 0.40 | 1,835.00 | 734.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2
Kwok
50687-00031
Invoice No. 2429480

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/02/2024 | SM29 | Correspond with L. Despins, L. Tsao, and N. Bassett re remission petition (.3); email L. Despins, L. Tsao, and N. Bassett re precedent re same (.6) | 0.90 | 1,850.00 | 1,665.00 |
| 11/02/2024 | SM29 | Analyze forfeiture issues, related authority, and remission petition (2.6); correspond with L. Despins re same (.5); further email L. Despins and L. Tsao re same and email to DOJ (.5) | 3.60 | 1,850.00 | 6,660.00 |
| 11/03/2024 | LT9 | Correspond with L. Despins on remission questions | 0.30 | 1,775.00 | 532.50 |
| 11/03/2024 | LT9 | Review and draft correspondence to DOJ on remission | 0.80 | 1,775.00 | 1,420.00 |
| 11/03/2024 | LAD4 | Analyze forfeiture open issues | 0.80 | 1,975.00 | 1,580.00 |
| 11/03/2024 | SM29 | Analyze forfeiture issues and related caselaw and statutory authority (2.7); correspond with L. Despins re same (.4); further correspond with L. Despins and L. Tsao re same and email with DOJ (.5) | 3.60 | 1,850.00 | 6,660.00 |
| 11/04/2024 | ECS1 | Review ████████ regarding pleadings and caselaw regarding forfeiture | 0.10 | 1,270.00 | 127.00 |
| 11/04/2024 | LAD4 | Finalize letter to DOJ re: proposal | 0.40 | 1,975.00 | 790.00 |
| 11/10/2024 | LT9 | Correspond with L. Despins and S. Maza on forfeiture issues (.2); review same (.5) | 0.70 | 1,775.00 | 1,242.50 |
| 11/10/2024 | LT9 | Further correspond with L. Despins on forfeiture issues | 0.20 | 1,775.00 | 355.00 |
| 11/10/2024 | SM29 | Correspond with L. Despins and L. Tsao re forfeiture order issues | 0.20 | 1,850.00 | 370.00 |
| 11/14/2024 | LT9 | Videoconference with T. LaMorte and L. Despins on forfeiture issues | 0.30 | 1,775.00 | 532.50 |
| 11/14/2024 | LT9 | Correspond with L. Despins on forfeiture issues | 0.30 | 1,775.00 | 532.50 |
| 11/14/2024 | LAD4 | Call L. Tsao and T. Lamorte (DOJ) re: next steps | 0.30 | 1,975.00 | 592.50 |
| 11/20/2024 | LT9 | Correspond with L. Despins on forfeiture issues | 0.20 | 1,775.00 | 355.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                          Page 3
50687-00031
Invoice No. 2429480

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/25/2024 | DEB4 | Correspond with S. Maza regarding forfeiture issues | 0.40 | 1,395.00 | 558.00 |
| 11/25/2024 | SM29 | Correspond with L. Despins re forfeiture issues (.3); review petition by Himalaya re same (.5); analyze forfeiture issues and related authority (1.4); correspond with D. Barron re same (.2); email L. Despins re same (.4) | 2.80 | 1,850.00 | 5,180.00 |
| | | **Subtotal: B191  General Litigation** | **20.70** | | **37,831.50** |
| | | **Total** | **20.70** | | **37,831.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 1.50 | 1,975.00 | 2,962.50 |
| NAB | Nicholas A. Bassett | Partner | 1.40 | 1,835.00 | 2,569.00 |
| LT9 | Leo Tsao | Partner | 5.20 | 1,775.00 | 9,230.00 |
| SM29 | Shlomo Maza | Of Counsel | 12.10 | 1,850.00 | 22,385.00 |
| DEB4 | Douglass E. Barron | Associate | 0.40 | 1,395.00 | 558.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.10 | 1,270.00 | 127.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$37,831.50** |
| **Total Balance Due - Due Upon Receipt** | **$37,831.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429482

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**K Legacy**
PH LLP Client/Matter # 50687-00032
Luc A. Despins

Legal fees for professional services
for the period ending November 30, 2024                                    $20,725.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$20,725.50** |
| **Total Balance Due - Due Upon Receipt** | **$20,725.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429482

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**K Legacy**
PH LLP Client/Matter # 50687-00032
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $20,725.50 |
| **Current Fees and Costs Due** | **$20,725.50** |
| **Total Balance Due - Due Upon Receipt** | **$20,725.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | February 7, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2429482 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

**K Legacy**                                                                                  $20,725.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 11/11/2024 | AB21 | Review draft letter to Ogier regarding K Legacy proceedings in BVI (0.2); call with I. McNaught (Harneys) regarding same (0.2); review correspondence from L. Despins and J. Stewart (Harneys) regarding same (0.1) | 0.50 | 1,850.00 | 925.00 |
| 11/14/2024 | AB21 | Revise and supplement skeleton argument for K Legacy BVI hearing (1.9); meeting with L. Despins regarding same (0.2); correspond with J. Stewart (Harneys) regarding same (0.3); correspond with L. Song regarding same (0.1) | 2.50 | 1,850.00 | 4,625.00 |
| 11/14/2024 | LAD4 | T/c with London broker re: role of Debtor (.50); review/edit skeleton argument for K. Legacy BVI hearing (.90); meeting A. Bongartz re: same (.20) | 1.60 | 1,975.00 | 3,160.00 |
| 11/18/2024 | AB21 | Review correspondence from J. Stewart (Harneys) regarding K Legacy hearing | 0.20 | 1,850.00 | 370.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                   Page 2
50687-00032
Invoice No. 2429482

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/21/2024 | AB21 | Call with L. Despins, D. Barron, J. Morgan (barrister), and A. Thorp (Harneys Legal) regarding next steps with respect to BVI proceedings (1.9); prepare notes for same (0.1) | 2.00 | 1,850.00 | 3,700.00 |
| 11/21/2024 | DEB4 | Conference with BVI counsel, L. Despins, and A. Bongartz regarding litigation strategy | 1.90 | 1,395.00 | 2,650.50 |
| 11/21/2024 | LAD4 | Review issues and prepare outline for call (.50); handle call with A. Bongartz, D. Barron, and BVI barrister (J. Morgan) and Harneys re: next steps (1.90) | 2.40 | 1,975.00 | 4,740.00 |
| 11/28/2024 | AB21 | Correspond with L. Despins, D. Barron and P. Wright (barrister) regarding K Legacy documents | 0.30 | 1,850.00 | 555.00 |
| | | **Subtotal: B191  General Litigation** | **11.40** | | **20,725.50** |
| | **Total** | | **11.40** | | **20,725.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 4.00 | 1,975.00 | 7,900.00 |
| AB21 | Alex Bongartz | Of Counsel | 5.50 | 1,850.00 | 10,175.00 |
| DEB4 | Douglass E. Barron | Associate | 1.90 | 1,395.00 | 2,650.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$20,725.50** |
| **Total Balance Due - Due Upon Receipt** | | **$20,725.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429483

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Swiss Proceedings**
PH LLP Client/Matter # 50687-00033
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending November 30, 2024 | $68,762.50 |
| **Current Fees and Costs Due** | **$68,762.50** |
| **Total Balance Due - Due Upon Receipt** | **$68,762.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429483

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Swiss Proceedings**
PH LLP Client/Matter # 50687-00033
Luc A. Despins

Legal fees for professional services
for the period ending November 30, 2024

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $68,762.50 |
| **Current Fees and Costs Due** | **$68,762.50** |
| **Total Balance Due - Due Upon Receipt** | **$68,762.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429483

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

**Swiss Proceedings**                                                                 **$68,762.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B261** | **Investigations** | | | | |
| 11/01/2024 | AB21 | Analyze Swiss memo on ▬▬▬▬ (0.8); correspond with L. Despins regarding same (0.8); correspond with D. Hayek (Prager) regarding same (0.1); correspond with O. Jany (Prager) regarding update on Swiss investigation and correspondence from banks (0.5) | 2.20 | 1,850.00 | 4,070.00 |
| 11/01/2024 | LAD4 | Review and comment on Swiss investigation, memos from Swiss counsel | 1.40 | 1,975.00 | 2,765.00 |
| 11/05/2024 | AB21 | Revise draft letter to Swiss bank (0.2); correspond with L. Despins regarding same (0.1); correspond with O. Jany (Prager) regarding same (0.1) | 0.40 | 1,850.00 | 740.00 |
| 11/06/2024 | AB21 | Revise follow-up letter to Swiss bank (1.2); call with M. Meili (Prager) regarding same (0.1); conference with L. Despins regarding same (0.1); correspond with M. Meili regarding same (0.1) | 1.50 | 1,850.00 | 2,775.00 |
| 11/06/2024 | LAD4 | T/c A. Bongartz re: letter to Swiss bank | 0.10 | 1,975.00 | 197.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00033
Invoice No. 2429483

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/07/2024 | AB21 | Review draft letters to Swiss banks (0.2); call with O. Jany (Prager) regarding same (0.2); correspond with O. Jany regarding same (0.1) | 0.50 | 1,850.00 | 925.00 |
| 11/11/2024 | AB21 | Review supplemental document production from Swiss bank (1.8); calls with L. Song regarding same (0.4); call with L. Despins regarding same (0.2); correspond with L. Despins regarding same (0.1); correspond with O. Jany (Prager) regarding same (0.7); review revised ▮▮▮▮▮▮▮ memo (0.3); call with L. Despins regarding same (0.1) | 3.60 | 1,850.00 | 6,660.00 |
| 11/11/2024 | LAD4 | Review revised memo from Swiss counsel re: enforcement (.40); review additional docs produced by Swiss bank (.90) | 1.30 | 1,975.00 | 2,567.50 |
| 11/11/2024 | LAD4 | Calls (x2) A. Bongartz re: new documents produced and ▮▮▮▮▮▮▮ memo | 0.30 | 1,975.00 | 592.50 |
| 11/11/2024 | LS26 | Review document production from Swiss bank (2.4); calls with A. Bongartz regarding same (0.4); draft email to A. Lomas (Kroll) regarding same (0.1) | 2.90 | 985.00 | 2,856.50 |
| 11/12/2024 | AB21 | Correspond with L. Song regarding ▮▮▮▮▮ (0.1); review Swiss bank documents related to same (0.3); correspond with O. Jany (Prager) regarding same (0.2); call with L. Song regarding same (0.1); analyze letter to Swiss authorities (0.8); correspond with L. Despins regarding same (0.1); correspond with O. Jany regarding same (0.1); call with D. Barron regarding Swiss investigation (0.2) | 1.90 | 1,850.00 | 3,515.00 |
| 11/12/2024 | DEB4 | Conference with A. Bongartz regarding Swiss investigation | 0.20 | 1,395.00 | 279.00 |
| 11/12/2024 | LAD4 | Call with D. Hayek (Prager) re: open issues | 0.40 | 1,975.00 | 790.00 |
| 11/12/2024 | LS26 | Analyze Swiss bank documents (3.0); correspond with D. Barron regarding same (0.4); call with A. Bongartz regarding same (0.1) | 3.50 | 985.00 | 3,447.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                      Page 3
50687-00033
Invoice No. 2429483

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/12/2024 | LS26 | Review document production from Swiss banks | 0.10 | 985.00 | 98.50 |
| 11/13/2024 | AB21 | Review letter to Swiss authorities (0.2); analyze legal issues and authority regarding Swiss litigation strategy (1.1); correspond with L. Despins regarding same (0.8); call with L. Despins regarding same (0.3) | 2.40 | 1,850.00 | 4,440.00 |
| 11/13/2024 | LAD4 | Several emails to Swiss counsel re: next steps (.80); t/c A. Bongartz re: same (.30) | 1.10 | 1,975.00 | 2,172.50 |
| 11/13/2024 | LS26 | Research re ████████ issues | 2.00 | 985.00 | 1,970.00 |
| 11/13/2024 | LS26 | Correspond with L. Despins and A. Bongartz regarding ████████ issues | 0.10 | 985.00 | 98.50 |
| 11/14/2024 | AB21 | Correspond with L. Despins regarding additional research regarding litigation strategy in Switzerland | 0.40 | 1,850.00 | 740.00 |
| 11/14/2024 | AB21 | Review and revise draft letters to Swiss banks (0.9); correspond with L. Despins regarding same (0.3); correspond with O. Jany (Prager) and M. Meili (Prager) regarding same (0.5) | 1.70 | 1,850.00 | 3,145.00 |
| 11/14/2024 | LS26 | Review documents regarding key assets recovered by estate (0.4); correspond with A. Bongartz regarding same (0.2) | 0.60 | 985.00 | 591.00 |
| 11/14/2024 | LS26 | Correspond with A. Bongartz regarding Swiss research | 0.20 | 985.00 | 197.00 |
| 11/15/2024 | AB21 | Correspond with M. Meili (Prager) regarding next request for information (0.2); review additional letter to Swiss bank (0.5); correspond with O. Jany (Prager) regarding same (0.1); correspond with L. Despins regarding same (0.1) | 0.90 | 1,850.00 | 1,665.00 |
| 11/15/2024 | DEB4 | Call with L. Song regarding Swiss investigation | 0.20 | 1,395.00 | 279.00 |
| 11/15/2024 | LS26 | Email L. Despins regarding Swiss investigation (0.2); call with D. Barron regarding same (0.2) | 0.40 | 985.00 | 394.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                        Page 4
50687-00033
Invoice No. 2429483

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/16/2024 | AB21 | Correspond with L. Song regarding update on Swiss investigation | 0.10 | 1,850.00 | 185.00 |
| 11/16/2024 | LS26 | Review documents relating to Swiss bank account (0.2); correspond with A. Bongartz regarding same (0.1) | 0.30 | 985.00 | 295.50 |
| 11/18/2024 | AB21 | Analyze next steps for Swiss investigation | 0.80 | 1,850.00 | 1,480.00 |
| 11/19/2024 | AB21 | Revise follow-up letter to Swiss bank (1.6); call with L. Despins regarding same (0.1); meeting with L. Despins regarding same (0.1); correspond with D. Hayek (Prager) regarding follow-up letter to Swiss bank (0.2); call with L. Song regarding same (0.1); call with M. Meili (Prager) regarding same (0.2) | 2.30 | 1,850.00 | 4,255.00 |
| 11/19/2024 | LAD4 | Review response from non-complying bank and follow up letter to same (.40); conferences A. Bongartz re: same (.20) | 0.60 | 1,975.00 | 1,185.00 |
| 11/19/2024 | LS26 | Call with A. Bongartz regarding Swiss investigation (0.1); correspond with A. Bongartz regarding same (0.3) | 0.40 | 985.00 | 394.00 |
| 11/20/2024 | AB21 | Review revised letters to/from Swiss banks (0.2); correspond with L. Despins regarding same (0.3); correspond M. Meili (Prager) regarding additional information related to same (0.5) | 1.00 | 1,850.00 | 1,850.00 |
| 11/21/2024 | AB21 | Review additional documents related to G Club (0.6); call with L. Song regarding same (0.1); call with L. Despins and L. Song regarding same (0.1); correspond with L. Despins and L. Song regarding same (0.2); revise follow-up letter to Swiss bank (1.0); conference with L. Despins regarding same (0.2); correspond with L. Despins regarding same (0.2); correspond with M. Meili (Prager) regarding same (0.3) | 2.70 | 1,850.00 | 4,995.00 |
| 11/21/2024 | LAD4 | T/c A. Bongartz and L. Song re: ▮▮▮▮ documents (.10); t/c A. Bongartz re: follow up letter to Swiss bank (.20) | 0.30 | 1,975.00 | 592.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 5

50687-00033
Invoice No. 2429483

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/21/2024 | LS26 | Review documents relating to ▮▮▮▮ (0.7); call with A. Bongartz regarding same (0.1); call with L. Despins and A. Bongartz regarding same (0.1); correspond with M. Meili (Prager) and D. Hayek (Prager) regarding same (0.1) | 1.00 | 985.00 | 985.00 |
| 11/22/2024 | AB21 | Correspond with M. Meili (Prager) regarding letters to Swiss banks (0.2); review same (0.3) | 0.50 | 1,850.00 | 925.00 |
| 11/25/2024 | AB21 | Review follow-up letter to Swiss bank (0.4); analyze additional documents received related to same (0.3); call with L. Song regarding same (0.2); correspond with L. Despins regarding same (0.1); call with M. Meili (Prager) regarding same (0.2); correspond with D. Hayek (Prager) and M. Meili regarding same (0.1) | 1.30 | 1,850.00 | 2,405.00 |
| 11/25/2024 | LS26 | Call with A. Bongartz regarding Swiss bank investigation (0.2); review documents regarding same (0.4) | 0.60 | 985.00 | 591.00 |
| 11/26/2024 | AB21 | Correspond with M. Meili regarding follow-up letter to Swiss bank | 0.10 | 1,850.00 | 185.00 |
| 11/27/2024 | AB21 | Correspond with D. Barron regarding issues related to Swiss investigation (0.1); review correspondence from L. Despins and D. Hayek (Prager) regarding update on Swiss investigation (0.1) | 0.20 | 1,850.00 | 370.00 |
| 11/27/2024 | LS26 | Correspond with A. Bongartz regarding Swiss bank account | 0.10 | 985.00 | 98.50 |
| | | **Subtotal: B261  Investigations** | **42.60** | | **68,762.50** |
| | | **Total** | **42.60** | | **68,762.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 5.50 | 1,975.00 | 10,862.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 6
50687-00033
Invoice No. 2429483

| AB21 | Alex Bongartz | Of Counsel | 24.50 | 1,850.00 | 45,325.00 |
|------|---------------|------------|-------|----------|-----------|
| DEB4 | Douglass E. Barron | Associate | 0.40 | 1,395.00 | 558.00 |
| LS26 | Luyi Song | Associate | 12.20 | 985.00 | 12,017.00 |

|  |  |  |
|---|---|---|
| **Current Fees and Costs** | | **$68,762.50** |
| **Total Balance Due - Due Upon Receipt** | | **$68,762.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429484

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Cyprus Proceedings**
PH LLP Client/Matter # 50687-00034
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending November 30, 2024 | $3,389.50 |
| **Current Fees and Costs Due** | **$3,389.50** |
| **Total Balance Due - Due Upon Receipt** | **$3,389.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*__TO PROTECT AGAINST FRAUD__, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429484

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Cyprus Proceedings**
PH LLP Client/Matter # 50687-00034
Luc A. Despins

Legal fees for professional services
for the period ending November 30, 2024 .................................. $3,389.50

| | |
|---|---|
| **Current Fees and Costs Due** | **$3,389.50** |
| **Total Balance Due - Due Upon Receipt** | **$3,389.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429484

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

## Cyprus Proceedings $3,389.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 11/01/2024 | DEB4 | Correspond with E. Sutton regarding default issues | 0.10 | 1,395.00 | 139.50 |
| 11/01/2024 | ECS1 | Correspond with D. Barron re Bouillor adversary answer and related deadline (.1); review documents regarding same (.2) | 0.30 | 1,270.00 | 381.00 |
| 11/15/2024 | DEB4 | Correspond with E. Sutton regarding default issues | 0.20 | 1,395.00 | 279.00 |
| 11/15/2024 | ECS1 | Correspond with D. Barron regarding Bouillor answer deadline | 0.10 | 1,270.00 | 127.00 |
| 11/19/2024 | AB21 | Correspond with G. Middleton (CP Law) regarding update on Cyprus proceedings | 0.10 | 1,850.00 | 185.00 |
| 11/19/2024 | ECS1 | Correspond with D. Barron and K. Mitchell (NPM) regarding Bouillor AP service and default (.3); review issue related to same (.1) | 0.40 | 1,270.00 | 508.00 |
| 11/21/2024 | ECS1 | Correspond with K. Mitchell (NPM) regarding Bouillor certificate of service (.1); call with P. Linsey (NPM) regarding same (.1); review same certificate of service (.1) | 0.30 | 1,270.00 | 381.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00034
Invoice No. 2429484

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/26/2024 | AB21 | Review Cyprus affidavit regarding cancellation of guaranty (0.4); correspond with D. Barron and L. Despins regarding same (0.1); correspond with G. Middleton (CP Law) regarding same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 11/26/2024 | DEB4 | Correspond with A. Bongartz regarding Cyprus filing | 0.20 | 1,395.00 | 279.00 |
| | | **Subtotal: B191 General Litigation** | **2.30** | | **3,389.50** |
| | **Total** | | **2.30** | | **3,389.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 0.70 | 1,850.00 | 1,295.00 |
| DEB4 | Douglass E. Barron | Associate | 0.50 | 1,395.00 | 697.50 |
| ECS1 | Ezra C. Sutton | Associate | 1.10 | 1,270.00 | 1,397.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$3,389.50** |
| **Total Balance Due - Due Upon Receipt** | | **$3,389.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429485

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Mauritius Proceedings**
PH LLP Client/Matter # 50687-00035
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $1,490.00 |
| **Current Fees and Costs Due** | **$1,490.00** |
| **Total Balance Due - Due Upon Receipt** | **$1,490.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429485

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

### Mauritius Proceedings
PH LLP Client/Matter # 50687-00035
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2024 | $1,490.00 |
| **Current Fees and Costs Due** | **$1,490.00** |
| **Total Balance Due - Due Upon Receipt** | **$1,490.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429485

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

**Mauritius Proceedings**                                                    **$1,490.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 11/06/2024 | TGB2 | Email CSC regarding apostille (.3); review response to same (.5); correspond with A. Bongartz regarding same (.2) | 1.00 | 565.00 | 565.00 |
| 11/19/2024 | AB21 | Correspond with V. Babooa (ENS) regarding update on Mauritius proceedings | 0.10 | 1,850.00 | 185.00 |
| 11/20/2024 | AB21 | Correspond with V. Babooa (ENS) regarding intervention application update | 0.10 | 1,850.00 | 185.00 |
| 11/22/2024 | AB21 | Correspond with V. Babooa (ENS) regarding intervention application | 0.10 | 1,850.00 | 185.00 |
| | | **Subtotal: B191 General Litigation** | **1.30** | | **1,120.00** |
| **B261** | **Investigations** | | | | |
| 11/01/2024 | AB21 | Correspond with Williams Lea regarding Mauritius documents | 0.20 | 1,850.00 | 370.00 |
| | | **Subtotal: B261 Investigations** | **0.20** | | **370.00** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00035

Invoice No. 2429485

| Date | Initials | Description | | Hours | Rate | Amount |
|------|----------|-------------|--|-------|------|--------|
| | **Total** | | | **1.50** | | **1,490.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 0.50 | 1,850.00 | 925.00 |
| TGB2 | Terrence G. Boyle | Paralegal | 1.00 | 565.00 | 565.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$1,490.00** |
| **Total Balance Due - Due Upon Receipt** | | **$1,490.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429486

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**UAE**
PH LLP Client/Matter # 50687-00036
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending November 30, 2024 | $15,861.50 |
| **Current Fees and Costs Due** | **$15,861.50** |
| **Total Balance Due - Due Upon Receipt** | **$15,861.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: *https://paywithtranch.com/paulhastings* |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

February 7, 2025

Please Refer to
Invoice Number: 2429486

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**UAE**
PH LLP Client/Matter # 50687-00036
Luc A. Despins

Legal fees for professional services
for the period ending November 30, 2024

$15,861.50

| | |
|---|---|
| **Current Fees and Costs Due** | **$15,861.50** |
| **Total Balance Due - Due Upon Receipt** | **$15,861.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

February 7, 2025

Please Refer to
Invoice Number: 2429486

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2024

**UAE**                                                                     **$15,861.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B261** | **Investigations** | | | | |
| 11/15/2024 | AB21 | Intro call (portion) with P. Hughes (Kobre), L. Despins, N. Bassett, and D. Barron regarding UAE strategy (0.5); correspond with N. Bassett and D. Barron regarding same (0.1) | 0.60 | 1,850.00 | 1,110.00 |
| 11/15/2024 | DEB4 | Call with N. Bassett, A. Bongartz, L. Despins, and Kobre regarding UAE investigation (1.0); prepare care package for Kobre related to same (1.1); correspond with N. Bassett regarding UAE investigation (0.2) | 2.30 | 1,395.00 | 3,208.50 |
| 11/15/2024 | LAD4 | T/c Kobre & Kim, A. Bongartz, D. Barron, and N. Bassett re: UAE strategy | 1.00 | 1,975.00 | 1,975.00 |
| 11/15/2024 | LS26 | Correspond with D. Barron regarding UAE investigation (0.1); review information regarding ▮▮▮▮▮▮ (0.9) | 1.00 | 985.00 | 985.00 |
| 11/21/2024 | DEB4 | Conference with L. Despins, N. Bassett, and L. Song regarding UAE investigation (0.2); follow up review of issues (0.1) | 0.30 | 1,395.00 | 418.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00036
Invoice No. 2429486

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/21/2024 | LAD4 | T/c Kobre & Kim, N. Bassett, D. Barron and L. Song re: UAE investigation | 0.20 | 1,975.00 | 395.00 |
| 11/21/2024 | LS26 | Call with L. Despins, N. Bassett and D. Barron regarding UAE investigation | 0.20 | 985.00 | 197.00 |
| 11/21/2024 | NAB | Correspond with Kobre & Kim regarding initial investigation steps and related issues (.2); call with L. Despins, D. Barron, and L. Song regarding same (.2) | 0.40 | 1,835.00 | 734.00 |
| 11/27/2024 | AB21 | Correspond with L. Despins and P. Hughes (Kobre) regarding precedent ▇▇▇▇▇▇ ▇▇▇▇▇ | 0.30 | 1,850.00 | 555.00 |
| 11/27/2024 | DEB4 | Participate in UAE investigation call with Kobre & Kim, L. Despins, N. Bassett (1.1); correspond with UAE counsel regarding case documents (0.4) | 1.50 | 1,395.00 | 2,092.50 |
| 11/27/2024 | LAD4 | Long strategy call with Kobre & Kim re: UAE with N. Bassett, D. Barron | 1.10 | 1,975.00 | 2,172.50 |
| 11/27/2024 | NAB | Call with L. Despins, P. Linsey (NPM), D. Barron, and Kobre & Kim regarding UAE strategy | 1.10 | 1,835.00 | 2,018.50 |
| | | **Subtotal: B261  Investigations** | **10.00** | | **15,861.50** |
| | | **Total** | **10.00** | | **15,861.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 2.30 | 1,975.00 | 4,542.50 |
| NAB | Nicholas A. Bassett | Partner | 1.50 | 1,835.00 | 2,752.50 |
| AB21 | Alex Bongartz | Of Counsel | 0.90 | 1,850.00 | 1,665.00 |
| DEB4 | Douglass E. Barron | Associate | 4.10 | 1,395.00 | 5,719.50 |
| LS26 | Luyi Song | Associate | 1.20 | 985.00 | 1,182.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                              Page 3
Kwok
50687-00036
Invoice No. 2429486

| | |
|---|---|
| **Current Fees and Costs** | **$15,861.50** |
| **Total Balance Due - Due Upon Receipt** | **$15,861.50** |

## <u>EXHIBIT G</u>

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-------------------------------------------------------- x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al.*,                                   :    Case No. 22-50073 (JAM)
                                                         :
                Debtors.[1]                              :    Jointly Administered
                                                         :
-------------------------------------------------------- x

### ORDER APPROVING SEVENTH INTERIM FEE APPLICATION OF PAUL HASTINGS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2024 THROUGH NOVEMBER 30, 2024

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Paul Hastings LLP (the "Applicant") filed the

*Seventh Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of*

*Expenses for the Period from August 1, 2024 through November 30, 2024* on February 24, 2025

(the "Application"). After notice and a hearing held on _____, 2025, and no objection to the

Application having been filed by the Office of the United States Trustee, and in the absence of

any other objection to the Application; it is hereby

1.      ORDERED that the Application is granted and compensation in the amount of

$5,542,465.25, and reimbursement of expenses in the amount of $215,048.30, are awarded to

Paul Hastings, subject to final adjustment and disgorgement in the event all administrative

expenses are not paid in full or as provided in the order approving the sale of the Lady May

[ECF No. 1953]; it is further

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2.      ORDERED that nothing herein modifies the Retention Order; it is further

3.      ORDERED that the Debtors' estates are authorized to pay the Trustee and Paul Hastings (a) 80% of the aforementioned fees (minus a credit of $87,292.80 with respect to agreed fee reductions under the Sixth Interim Fee Order), *i.e.*, $4,346,679.40, and (b) 100% of the expense reimbursements (minus a credit of $2,000.00 with respect to agreed expense reductions under the Sixth Interim Fee Order), *i.e.*, $213,048.30) in the aggregate amount of $4,559,727.70, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $1,108,493.05 shall be held back by the Debtors' estates pending further order of this Court; it is further

4.      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

5.      ORDERED that the Trustee and Paul Hastings are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

6.      ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

7.      ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).