# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 25, 2025

In re:
Ho Wan Kwok

Genever Holdings Corporation
Debtor*

Case Number: 22–50073
Chapter: 11

### NOTICE OF HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **March 25, 2025** at **01:00 PM** to consider and act upon the following matter(s):

> **Interim Application for Compensation−Sixth− for September 1, 2024 to December 31, 2024 for Pullman & Comley, LLC, Creditor Comm. Aty, Fee: $25,318.00, Expenses: $256.99, ECF No. 4144, Filed by Pullman & Comley, LLC, Attorney.**

> **Interim Application for Compensation/Fourth Interim Fee Application of O'Sullivan McCormack Jensen & Bliss PC, as Special Insurance Coverage Counsel, for Compensation and Reimbursement of Expenses for Period from September 1, 2024 Through December 31, 2024 for O'Sullivan McCormack Jensen & Bliss PC, Special Counsel, Fee: $35,485.00, Expenses: $2,421.66, ECF No. 4148, Filed by Georg Alexander Bongartz, Attorney.**

> **Interim Application for Compensation/Third Interim Fee Application of Eisner Advisory Group LLC as Tax Advisor to Trustee and Genever Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from September 1, 2024 Through December 31, 2024 for Eisner Advisory Group LLC, Trustee's Attorney, Fee: $31,801.00, Expenses: $0.00, ECF No. 4149, Filed by Georg Alexander Bongartz, Attorney.**

> **Interim Application for Compensation/Fourth Interim Fee Application of Kroll, LLC, as Forensic Investigators, for Compensation and Reimbursement of Expenses for Period from September 1, 2024 Through December 31, 2024 for Kroll, LLC, Other Professional, Fee: $230,190.95, Expenses: $20,227.72, ECF No. 4150, Filed by Georg Alexander Bongartz, Attorney.**

> **Interim Application for Compensation/Fourth Interim Fee Application of Pallas Partners LLP, as Solicitors in United Kingdom, for Compensation and Reimbursement of Expenses for Period from September 1, 2024 Through December 31, 2024 for Pallas Partners LLP, Other Professional, Fee: $189,270.00, Expenses: $753.67, ECF No. 4151, Filed by Georg Alexander Bongartz, Attorney.**

> **Interim Application for Compensation/Second Interim Fee Application of UK Barristers for Compensation for Period from March 1, 2024 through December 31, 2024, ECF No. 4152, Filed by Georg Alexander Bongartz, Attorney.**

**Interim Application for Compensation/First Interim Fee Application of ENSafrica (Mauritius) as Attorneys in Republic of Mauritius, for Compensation and Reimbursement of Expenses for Period from September 17, 2024 Through December 31, 2024 for ENSafrica (Mauritius), Other Professional, Fee: $35,299.24, Expenses: $817.89, ECF No. 4153, Filed by Georg Alexander Bongartz, Attorney.**

**Interim Application for Compensation/Fifth Interim Fee Application of Harney Westwood & Riegels LP, as British Virgin Islands and Cayman Islands Counsel, for Compensation and Reimbursement of Expenses for Period from September 1, 2024 Through December 31, 2024 for Harney Westwood & Riegels LP, Trustee's Attorney, Fee: $836,530.00, Expenses: $18,054.71, ECF No. 4154, Filed by Georg Alexander Bongartz, Attorney.**

**Interim Application for Compensation/First Interim Fee Application of Mauritius Barristers for Compensation for Period from September 11, 2024 Through December 31, 2024 for Patrice Doger de Spville, SC and William de Robillard, Other Professional, Fee: $23,201.25, Expenses: $0.00, ECF No. 4155, Filed by Georg Alexander Bongartz, Attorney.**

**Interim Application for Compensation/First Interim Fee Application of James Morgan as Barrister in British Virgin Islands for Compensation for Period from September 16, 2024 Through December 31, 2024, ECF No. 4156, Filed by Georg Alexander Bongartz, Attorney.**

**Interim Application for Compensation (Seventh Interim) for Paul Hastings LLP, Trustee's Attorney, Fee: $5,542,465.25, Expenses: $215,048.30, ECF No. 4157, Filed by Paul Hastings LLP, Trustee's Attorney.**

**Interim Application for Compensation for Winne, Banta, Basralian & Kahn, P.C., Special Counsel, Fee: $10,037.00, Expenses: $828.93, ECF No. 4158, Filed by Winne, Banta, Basralian & Kahn, P.C., Spec. Counsel.**

**Interim Application for Compensation (Seventh Interim) for Neubert, Pepe & Monteith, P.C., Trustee's Attorney, Fee: $1,075,419.00, Expenses: $30,859.27, ECF No. 4159, Filed by Neubert, Pepe & Monteith, P.C., Trustee's Attorney.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.

**OBJECTION(S) TO THE MOTION SHALL BE FILED ON OR BEFORE: March 20, 2025** before 4:00 PM. Untimely objections may not be considered.

Dated: February 25, 2025

Pietro Cicolini
Clerk of Court

915 Lafayette Boulevard  
Bridgeport, CT 06604

\* Voice Case Information System  
http://www.ctb.uscourts.gov  
Form 112 – lw