# United States Bankruptcy Court

## District of Connecticut

In re:   Ho Wan Kwok, et al.

Debtor(s)

Case Number: 22-50073 (JAM)

Chapter: 7

APPELLANT:
American Express Company

U.S. District Court
Case No:

Filing Fee Status:

[✓] Paid   [ ] Not Paid   [ ] IFP Granted

Regarding:

Notice of Appeal Filed:   February 25, 2025

Notice of Appeal, BKY ECF No.   4161

## Acknowledgement by U.S. District Court

[X]   I hereby acknowledge receipt of the items indicated on the Transmittal Notice referenced above.

*If Notice of Appeal and/or Motion for Leave to Appeal Received:*

**The following U.S. District Court number has been assigned:**   25-cv-00280-AWT

Acknowledged By:   /s/Nick Fanelle                          Date:   2/26/25

Deputy Clerk, U.S. District Court

# United States Bankruptcy Court

## District of Connecticut

In re:   Ho Wan Kwok, et al.

Debtor(s)

APPELLANT:
American Express Company

Case Number: 22-50073 (JAM)

Chapter: 7

U.S. District Court
Case No:

Filing Fee Status:

☑ Paid ☐ Not Paid ☐ IFP Granted

## TRANSMITTAL NOTICE TO U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT REGARDING APPEALS AND APPELLATE DOCUMENTS

### NOTICE OF APPEAL INFORMATION

Notice of Appeal Filed:   February 25, 2025

BKY ECF No.[1] :   4161

Filing Fee Status:   ☑ Paid/ ☐ Not Paid/ ☐ IFP Granted

If Not Paid, Motion to Proceed in *Forma Pauperis* Filed: ☐ Yes, BKY ECF No. _____ / ☐ No

Appellant Name :   American Express Company

Appellant Address :

Appellant's Counsel and Address (Address/Phone/Email):   Ronald I. Chorches (ct08720)
Law Offices of Ronald I. Chorches, LLC
82 Wolcott Hill Road, Suite 203
Wethersfield, CT 06109
Phone: (860) 563-3955/Fax: (860) 513-1577
ronchorcheslaw@sbcglobal.net

and

Darryl S. Laddin (admitted pro hac vice)
Frank N. White
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031
Telephone: (404) 873-8500
Fax: (404) 873-8121
darryl.laddin@agg.com frank.white@agg.com

---

[1]    ECF No(s). citations referenced in this Transmittal Notice refer to docket entries of the U.S. Bankruptcy Court for the case in which the notice of appeal was filed, unless otherwise noted.

Appellee(s) Name :   Luc A. Despins, Chapter 11 Trustee

Appellee(s) Address :

Appellee(s) Counsel and Address (Address/Phone/Email):  Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

and

Nicholas A. Bassett (pro hac vice)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

and

Douglass Barron (pro hac vice)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
douglassbarron@paulhastings.com

Other Interested Party Information:

### *DOCUMENTS TRANSMITTED TO THE DISTRICT COURT*

**Please find the following items attached to this Transmittal Notice:**

☑ Notice of Appeal, BKY ECF No.   4161

☐ Amended Notice of Appeal, BKY ECF No.

☐ Cross Appeal, BKY ECF No.

☐ Motion for Leave to Appeal, BKY ECF No.

☑ Order / Decision being appealed

    Title of Order / Decision:   Order Granting In Part Third Motion For Extension of Deadline for Trustee to File Avoidance Actions

    BKY ECF No.:   4106

    Additional Information (If Any)

☐ Deficiency Notice Issued for Failure to Pay Filing Fee, BKY ECF No.

☐ Motion to Proceed *in Forma Pauperis*, BKY ECF No.

    ☐ Order, BKY ECF No.

    Resolution of Motion:

☐ The Record

    ☐ Appellant's Designation of Items, BKY ECF No.

        ☐ Included in the Electronic Docket Sheet

    ☐ Appellant's Statement of Issues, BKY ECF No.

        ☐ Included in the Electronic Docket Sheet

    ☐ Appellee's Designation of Items, BKY ECF No.

        ☐ Included in the Electronic Docket Sheet

    ☐ Appellee's Statement of Issues, BKY ECF No.

        ☐ Included in the Electronic Docket Sheet

    ☐ Electronic Docket Sheet for Bankruptcy Case Number:

    ☐ Electronic Docket Sheet for Adversary Proceeding Case Number:

    ☐ Transcripts:

    ☐ Sealed Documents:

    Sealed documents will not be transmitted until an order is entered by the U.S. District Court accepting the documents under seal pursuant to Fed. R. Bankr. P. 8009(f).

    ☐ Court Exhibits (Paper Copies):

    ☐ Other Documents:

☐ Other:

Transmitted By:   D.D.                                                                Date:   February 25, 2025

    Deputy Clerk, U.S. Bankruptcy Court