**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>     HO WAN KWOK, *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>                              Plaintiff,<br><br>     v.<br><br>APPLE INC., HING CHI NGOK, ALEX HADJICHARALAMBOUS, BERNARDO ENRIQUEZ, CHUNGUANG HAN, and MEI GUO,<br><br>                              Defendants. | Adv. Proc. No. 24-05060 |

**NOTICE OF APPEAL**

**Part I: Identify the Appellant**

    1.    Name of appellant: Apple Inc.

    2.    Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal: Defendant in the above-captioned adversary proceeding, No. 24-05060 (JAM).

**Part 2: Identify the Subject of This Appeal**

    1.    Describe the judgment—or the appealable order or decree—from which the appeal is taken: *Order Granting In Part Third Motion for Extension of Deadline for Trustee to File*

*Avoidance Actions*, entered in the bankruptcy case (ECF Dkt. No. 4106), a copy of which is attached as **Exhibit 1**.

2. State the date on which the judgment—or the appealable order or decree—was entered: February 14, 2025.

**Part 3: Identify the Other Parties to the Appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys:

| Party | Attorneys |
|---|---|
| Apple Inc.<br><br>*Appellant* | George Angelich (ct27542)<br>Eric Roman (admitted *pro hac vice*)<br>Patrick Feeney (admitted *pro hac vice*)<br>ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>T: 212.457.5423<br>E: george.angelich@afslaw.com<br>    eric.roman@afslaw.com<br>    patrick.feeney@afslaw.com<br><br>- and -<br><br>Jin Yan (admitted *pro hac vice*)<br>ArentFox Schiff LLP<br>1717 K St. NW<br>Washington, DC 20006<br>T: 202.778.6442<br>E: jin.yan@afslaw.com |
| Luc A. Despins, as Chapter 11 Trustee<br><br>*Appellee* | Douglas S. Skalka (ct00616)<br>Patrick R. Linsey (ct29437)<br>Neubert, Pepe & Monteith, P.C.<br>195 Church St., 13th Fl.<br>New Haven, CT 06510<br>T: (203) 821-2000<br>E: dskalka@npmlaw.com<br>    plinsey@npmlaw.com<br><br>- and - |

2

| Party | Attorneys |
|---|---|
| | Douglass Barron (admitted *pro hac vice*) <br> Paul Hastings LLP <br> 200 Park Ave. <br> New York, NY 10166 <br> T: (212) 318-6000 <br> E: douglassbarron@paulhastings.com <br><br> - and - <br><br> Nicholas A. Bassett (admitted *pro hac vice*) <br> Paul Hastings LLP <br> 2050 M St. NW <br> Washington, D.C. 20036 <br> T: (202) 551-1902 <br> E: nicholasbassett@paulhastings.com |

Dated: February 27, 2025
    New York, New York

*/s/ George Angelich*
George Angelich (ct27542)
Eric Roman (admitted *pro hac vice*)
Patrick Feeney (admitted *pro hac vice*)
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
T: 212.457.5423
E: george.angelich@afslaw.com
   eric.roman@afslaw.com
   patrick.feeney@afslaw.com

- and -

Jin Yan (admitted *pro hac vice*)
ArentFox Schiff LLP
1717 K St. NW
Washington, DC 20006
T: 202.778.6442
E: jin.yan@afslaw.com

*Counsel for Apple Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on February 27, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated: New York, New York
       February 27, 2025

                                              */s/ George Angelich*
                                              George Angelich