# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Adv. Proc. No. 24-05117 |

## NOTICE OF APPEAL

**Part I: Identify the Appellant**

1. Name of appellant: Meta Platforms, Inc.

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal: Defendant in the above-captioned adversary proceeding, No. 24-05117 (JAM).

**Part 2: Identify the Subject of This Appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken: *Order Granting In Part Third Motion for Extension of Deadline for Trustee to File Avoidance Actions*, entered in the bankruptcy case (ECF Dkt. No. 4106), a copy of which is attached as **Exhibit 1**.

2. State the date on which the judgment—or the appealable order or decree—was entered: February 14, 2025.

**Part 3: Identify the Other Parties to the Appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys:

| Party | Attorneys |
|---|---|
| Meta Platforms, Inc.<br><br>*Appellant* | George Angelich (ct27542)<br>Eric Roman (admitted *pro hac vice*)<br>Patrick Feeney (admitted *pro hac vice*)<br>ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>T: 212.457.5423<br>E: george.angelich@afslaw.com<br>   eric.roman@afslaw.com<br>   patrick.feeney@afslaw.com<br><br>- and -<br><br>Jin Yan (admitted *pro hac vice*)<br>ArentFox Schiff LLP<br>1717 K St. NW<br>Washington, DC 20006<br>T: 202.778.6442<br><br>E: jin.yan@afslaw.com |
| Luc A. Despins, as Chapter 11 Trustee<br><br>*Appellee* | Douglas S. Skalka (ct00616)<br>Patrick R. Linsey (ct29437)<br>Neubert, Pepe & Monteith, P.C.<br>195 Church St., 13th Fl.<br>New Haven, CT 06510<br>T: (203) 821-2000<br>E: dskalka@npmlaw.com<br>   plinsey@npmlaw.com<br><br>- and -<br><br>Douglass Barron (admitted *pro hac vice*)<br>Paul Hastings LLP<br>200 Park Ave. |

2

| Party | Attorneys |
|---|---|
| | New York, NY 10166<br>T: (212) 318-6000<br>E: douglassbarron@paulhastings.com<br><br>- and -<br><br>Nicholas A. Bassett (admitted *pro hac vice*)<br>Paul Hastings LLP<br>2050 M St. NW<br>Washington, D.C. 20036<br>T: (202) 551-1902<br>E: nicholasbassett@paulhastings.com |

Dated: February 27, 2025　　　*/s/ George Angelich*
　　　New York, New York　　　George Angelich (ct27542)
　　　　　　　　　　　　　　　Eric Roman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　Patrick Feeney (admitted *pro hac vice*)
　　　　　　　　　　　　　　　ArentFox Schiff LLP
　　　　　　　　　　　　　　　1301 Avenue of the Americas, 42nd Floor
　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　T: 212.457.5423
　　　　　　　　　　　　　　　E: george.angelich@afslaw.com
　　　　　　　　　　　　　　　　　eric.roman@afslaw.com
　　　　　　　　　　　　　　　　　patrick.feeney@afslaw.com

　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　Jin Yan (admitted *pro hac vice*)
　　　　　　　　　　　　　　　ArentFox Schiff LLP
　　　　　　　　　　　　　　　1717 K St. NW
　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　T: 202.778.6442
　　　　　　　　　　　　　　　E: jin.yan@afslaw.com

　　　　　　　　　　　　　　　*Counsel for Meta Platforms, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on February 27, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated: New York, New York
February 27, 2025

*/s/ George Angelich*
George Angelich