**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x

In re:

HO WAN KWOK, *et al.*,[1]

      Debtors.

------------------------------------------------------x

Chapter 11

Case No. 22-50073 (JAM)

(Jointly Administered)

RE: ECF No. 4021

**ORDER GRANTING IN PART APPLICATION OF CHAPTER 11 TRUSTEE**
**TO EMPLOY AND APPOINT THE HAMILTON GROUP, LLC AS AUCTIONEER**

UPON CONSIDERATION OF the application (ECF 4021, the "Application")[2] of Luc A. Despins (the "Trustee"), in his capacity as Chapter 11 Trustee for Ho Wan Kwok (the "Individual Debtor") to employ and appoint The Hamilton Group, LLC - as auctioneer; pursuant to 11 U.S.C. §§ 327 and 328 and Local Rule of Bankruptcy Procedure 6005-1 and as more fully set forth in the Application; and upon consideration of the Declaration; and it appearing that said professional is qualified to provide such professional service and does not represent any interest adverse to the estate of the Individual Debtor and good cause having been shown; and after a hearing having been held on February 27, 2025, it is by the Court hereby:

**ORDERED**, that Application is granted in part. The Trustee is hereby authorized to employ The Hamilton Group, LLC (the "Auctioneer") pursuant to 11 U.S.C. §§ 327 and 328 and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application.

Local Rule of Bankruptcy Procedure 6005-1 as auctioneer to sell at auction the First Vehicle Group and the Estate Vehicles, upon the following terms and conditions:

    (a) 15% buyer's premium to be paid by the buyer at auction (the buyer shall pay this buyer's premium directly to Hamilton), for the avoidance of doubt, the Trustee shall not pay any premium to Hamilton; and

    (b) reimbursement of costs and expenses of the auction sale upon application subject to Court approval, including:

       i. a Bidspotter listing fee of $350 per auction,
      ii. a 3% commission to Bidspotter based upon the gross sales price and payable from the proceeds of the sale,
      iii. towing, key replacement and vehicle moving costs (estimated at $8518.80 for the First Vehicle Group),
      iv. cleaning and detailing costs (estimated at $200 for the First Vehicle Group),
      v. advertising costs (estimated at $800 for the First Vehicle Group), and
      vi. costs of the bond (which is $850 for the First Vehicle Group); and it is further

**ORDERED**, that, for the avoidance of doubt, the sale(s) of the First Vehicle Group and the Estate Vehicles are subject to entry of separate order(s) of this Court authorizing such sale(s), upon separate motion by the Trustee and notice upon parties in interest; and it is further

**ORDERED,** that the hearing on the Application with regards to the employment of the Auctoneer to sell Estate Furniture shall be adjourned to the hearing date and time to be scheduled for the forthcoming motion to sell Estate Furniture; and it is further

**ORDERED,** that reports of sale(s) of Estate Vehicles shall be filed within ten (10) days of the completion of each auction and such reports shall include the information required by Rule 6004(f) and the date of the sale; and it is further

**ORDERED**, that the Auctioneer shall file application(s) seeking reimbursement of expenses, and after notice and a hearing, will be awarded reimbursement of reasonable expenses to be determined as set forth in the Local Rules and subject to review and final determination by the Court pursuant to 11 U.S.C. §§ 330 and 331; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated at Bridgeport, Connecticut this 27th day of February, 2025.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut