# United States Bankruptcy Court

## District of Connecticut

In re:   Ho Wan Kwok, et al.,

Debtor(s)

APPELLANT:
Meta Platforms, Inc.

Case Number: 22-50073 (JAM)

Chapter: 11

U.S. District Court
Case No:

Filing Fee Status:

☑ Paid   ☐ Not Paid   ☐ IFP Granted

Regarding:

Notice of Appeal Filed:   February 27, 2025

Notice of Appeal, BKY ECF No.   4176

## Acknowledgement by U.S. District Court

☒   I hereby acknowledge receipt of the items indicated on the Transmittal Notice referenced above.

*If Notice of Appeal and/or Motion for Leave to Appeal Received:*

**The following U.S. District Court number has been assigned:**   25-cv-00297-SRU

Acknowledged By:   /s/Nick Fanelle                    Date:   2/28/2025

Deputy Clerk, U.S. District Court

# United States Bankruptcy Court

## District of Connecticut

In re:   Ho Wan Kwok, et al.,

     Debtor(s)

APPELLANT:
Meta Platforms, Inc.

Case Number: 22-50073 (JAM)

Chapter: 11

U.S. District Court
Case No:

Filing Fee Status:

☑ Paid  ☐ Not Paid  ☐ IFP Granted

### TRANSMITTAL NOTICE TO U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT REGARDING APPEALS AND APPELLATE DOCUMENTS

### <u>NOTICE OF APPEAL INFORMATION</u>

Notice of Appeal Filed:   February 27, 2025

BKY ECF No.[1] :  4176

Filing Fee Status:   ☑ Paid/   ☐ Not Paid/   ☐ IFP Granted

If Not Paid, Motion to Proceed in *Forma Pauperis* Filed: ☐ Yes, BKY ECF No. _____ / ☐ No

Appellant Name :   Meta Platforms, Inc.

Appellant Address :

Appellant's Counsel and Address (Address/Phone/Email): George Angelich
Eric Roman
Patrick Feeney
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
T: 212.457.5423
E: george.angelich@afslaw.com
eric.roman@afslaw.com
patrick.feeney@afslaw.com
- and -
Jin Yan
ArentFox Schiff LLP
1717 K St. NW
Washington, DC 20006
T: 202.778.6442
E: jin.yan@afslaw.com

---

[1]      ECF No(s). citations referenced in this Transmittal Notice refer to docket entries of the U.S. Bankruptcy Court for the case in which the notice of appeal was filed, unless otherwise noted.

Appellee(s) Name ：  Luc A. Despins, as Chapter 11 Trustee _____

Appellee(s) Address ：  _____

Appellee(s) Counsel and Address (Address/Phone/Email):  Douglas S. Skalka
Patrick R. Linsey
Neubert, Pepe & Monteith, P.C.
195 Church St., 13th Fl.
New Haven, CT 06510
T: (203) 821-2000
E: dskalka@npmlaw.com
plinsey@npmlaw.com
- and -
Douglass Barron
Paul Hastings LLP
200 Park Ave.
New York, NY 10166
T: (212) 318-6000
E: douglassbarron@paulhastings.com
- and -
Nicholas A. Bassett
Paul Hastings LLP
2050 M St. NW
Washington, D.C. 20036
T: (202) 551-1902
E: nicholasbassett@paulhastings.com

Other Interested Party Information:  _____

### *DOCUMENTS TRANSMITTED TO THE DISTRICT COURT*

**Please find the following items attached to this Transmittal Notice:**

☑    Notice of Appeal, BKY ECF No.    4176 _____

☐    Amended Notice of Appeal, BKY ECF No.    _____

☐    Cross Appeal, BKY ECF No.    _____

☐    Motion for Leave to Appeal, BKY ECF No.    _____

☑    Order / Decision being appealed

       Title of Order / Decision:   Order Granting In Part Third Motion for Extension of Deadline for Trustee to File Avoidance Actions.

       BKY ECF No.:   4106 _____

       Additional Information (If Any)

       _____

☐    Deficiency Notice Issued for Failure to Pay Filing Fee, BKY ECF No.

☐    Motion to Proceed *in Forma Pauperis*, BKY ECF No.

       ☐    Order, BKY ECF No.    _____

       Resolution of Motion:

       _____

☐    The Record

       ☐    Appellant's Designation of Items, BKY ECF No.    _____

             ☐    Included in the Electronic Docket Sheet

       ☐    Appellant's Statement of Issues, BKY ECF No.    _____

             ☐    Included in the Electronic Docket Sheet

       ☐    Appellee's Designation of Items, BKY ECF No.    _____

             ☐    Included in the Electronic Docket Sheet

       ☐    Appellee's Statement of Issues, BKY ECF No.    _____

             ☐    Included in the Electronic Docket Sheet

       ☐    Electronic Docket Sheet for Bankruptcy Case Number:    _____

       ☐    Electronic Docket Sheet for Adversary Proceeding Case Number:    _____

       ☐    Transcripts:    _____

       ☐    Sealed Documents:    _____

       Sealed documents will not be transmitted until an order is entered by the U.S. District Court accepting the documents under seal pursuant to Fed. R. Bankr. P. 8009(f).

       ☐    Court Exhibits (Paper Copies):    _____

       ☐    Other Documents:

             **PLEASE NOTE: This appeal is appealing the same order (ECF 4106) referenced in Cases: 25-cv-00261;**

☒    Other:   **25-cv-00262; 25-cv-00263; 25-cv-00264; and 25-cv-00280**

Transmitted By:   Karen M. Garofalo _____    Date:   February 27, 2025 _____

       Deputy Clerk, U.S. Bankruptcy Court