UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE:  HO WAN KWOK

AMERICAN EXPRESS COMPANY,  :  CASE NO. 3:25-cv-280 (AWT)

    *Appellant,*

v.

LUC A. DESPINS,
*Chapter 11 Trustee,*

    *Appellee.*

FEB 27 2025 PM 5:54
FILED-USDC-CT-HARTFORD

## ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to the Honorable Sarala V. Nagala.  All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford and bear the docket number 3:25-cv-280 (SVN).

So ordered.

Dated at Hartford, Connecticut, this 27th day of February, 2025.

    /s/ Judge Alvin W. Thompson
    Alvin W. Thompson
    United States District Judge