**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                   :

In re:                                           :     Chapter 11

HO WAN KWOK, *et al.*,[1]          :     Case No. 22-50073 (JAM)

       Debtors.                      :     (Jointly Administered)

---------------------------------------------------------x

**NOTICE OF FILING OF INVOICES OF ACHESON DOYLE PARTNERS
ARCHITECTS, P.C. FOR ARCHITECTURAL SERVICES DURING JANUARY 2025**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Project Order"),[2] attached hereto as **Exhibit A** is Acheson Doyle's invoice, dated February 10, 2025 (the "Remediation Project Invoice"), related to services performed by Acheson Doyle in connection with the Remediation Project during the month of January 2025 (as further detailed in the Remediation Project Invoice).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Remediation Project Order, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Project Order or the Cleaning Project Order (as defined below), as applicable.

Invoices and (b) if no timely objections to the Remediation Project Invoice is filed with the Court, Genever Holdings LLC is authorized to pay such invoice without further Court order.

| | |
|---|---|
| Dated:  March 3, 2025<br>New York, New York | GENEVER HOLDINGS LLC |

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :    Case No. 22-50073 (JAM)
                                                         :
        Debtors.                                         :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    March 3, 2025
          New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

*Counsel for Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## Exhibit A

**Remediation Project Invoice**



**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
info@adparchitects.com
212.414.4500

# INVOICE

| | |
|---|---|
| Genever Holdings LLC | February 10, 2025 |
| c/o Luc A. Despins, as Chapter 11 Trustee for the | Project No:    52302.10 |
| Estate of Ho Wan Kwok | Invoice No:    25489 |
| Paul Hastings LLP | |
| 200 Park Avenue | |
| New York, NY  10166 | |

Project       52302.10          The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -
                                Genever Holdings LLC Apt 1801 - Apartment Stabilization Project

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from January 01, 2025 to January 31, 2025**

Phase          05              Scope of Work Item E: DOB/LPC/Expeditor
**Fee**
  Total Fee                     25,000.00
  Percent Complete                 100.00    Total Earned              25,000.00
                                             Previous Fee Billing      23,750.00
                                             Current Fee Billing        1,250.00
                                             **Total Fee**                              **1,250.00**

                                                         **Total this Phase**         **$1,250.00**

                                                         **Total Due This Invoice**   **$1,250.00**

Thank you for your prompt payment.