**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, et al. | : Case No. 22-50073 (JAM) |
| | : Jointly Administered |
| Debtors.[1] | : |
| | : |
| | : |

**CERTIFICATE OF SERVICE**

I, Kristin B. Mayhew, hereby certify that on February 21, 2025, a true and correct copy of the *Sixth Interim Fee Application Of Pullman & Comley, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred From September 1, 2024 through December 31, 2024* [Doc. ID No. 4144] was filed with the Court and served on all parties that have filed a notice of appearance/requested notice via the Court's CM/ECF electronic filing system.

I further certify that on February 25, 2025, a true and correct copy of the *Notice of Hearing* [Doc. ID. No. 4166] was served on all parties that have filed a notice of appearance/requested notice via the Court's CM/ECF electronic filing system.

I further certify that on March 4, 2025, a true and correct copy of the *Sixth  Interim Fee Application Of Pullman & Comley, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred From September 1, 2024 through December 31, 2024* [Doc. ID No. 4144]  and  *Notice of Hearing* [Doc. ID. No. 4166] (collectively the "Notice and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Application") were served via first class postage prepaid regular mail upon all parties that have

requested notice but are unable to receive electronic filing as indicated on the Notice of Electronic

Filing listed on **Exhibit A**; and

I further certify that on March 4, 2025, a copy of the Notice and Application were served

via electronic transmission upon the members of the Committee listed on **Exhibit B** (addresses

and e-mail addresses are withheld).

Dated: Bridgeport, Connecticut
      March 4, 2025

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**

By:    */s/Kristin B. Mayhew*
       Kristin B. Mayhew (ct20896)
       PULLMAN & COMLEY, LLC
       850 Main Street
       Bridgeport, CT  06601-7006
       (203) 330-2000
       kmayhew@pullcom.com
       Its Attorneys

ACTIVE/83201.1/RMCCOY/20160825v1

# EXHIBIT A

Gaosheng Guo, Yan Zhao
c/o NingYe, Esq.
Law Office of NingYe, Esq.
135-11 8111 Ave. #1A
Flushing, NY 11354

Hong Qi Qu, Nan Tong Si Jian
Jian Gong, Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang and Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler &Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o  Wayne Wei Zhu, Esq.
 41-25 Kissen a Blvd, Suite 112
Flushing, NY 11355

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Golden Spring New York Ltd.
162 E. 64`11 Street
New York, NY 10065-7478

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Chao-Chih Chiu, Huizhen Wang
Yunxia Wu, Keyi Zilkie
c/o Troy Gould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman

Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Edward Moss
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Kevin J. Nash
J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, NY 10017

Diana Perez
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Stuart Sarnoff
O'Melveny & Myers LLP
7 Times Square, 33rd Floor
New York, NY 10036

Daniel Shamah
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

Douglas E. Spelfogel
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaomin g Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, JAPAN 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group, Ltd.
 3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL  33408

J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
1500 Broadway, 22nd Floor
New York, NY  10036


Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT  06830

Richard J. Reding
2600 Eagen Woods Drive, Suite 400
St. Paul, MN  55121

Huizhen Wang
c/o Troy Gould PC
1801 Century Park East, 16th Floor
Attn:  Christopher A. Lilly
Los Angeles, CA  90067-2367

Yunxin Wu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn:  Christopher A. Lilly
Los Angeles, CA  90067-2367

Keyi Zilkie
c/o Troy Gould PC
1801 Century Park East, 16th Floor
Attn:  Christopher A. Lilly
Los Angeles, CA  90067-2367

2

# EXHIBIT B

-3-

Members of the Committee:

Carollynn H.G. Callari
Ning Ye
Samuel Nunberg