**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HO WAN KWOK, *et al.*,[1] | ) | Case No. 22-50073 (JAM) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**<u>NOTICE OF APPEAL</u>**

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 8001 *et seq*., Amazon Web Services, Inc. ("<u>AWS</u>") and Amazon.com, Inc. ("<u>Amazon</u>"), hereby files notice of their appeal from the Bankruptcy Court's *Order Granting in Part Third Motion for Extension of Deadline for Trustee to File Avoidance Actions* [ECF No. 4106] (the "Order") entered on February 14, 2025, which granted the *Second Supplemental Motion of Chapter 11 Trustee To Extend February 15, 2025 Deadline For Trustee To File Avoidance Actions* [ECF No. 4004]. A copy of the Order is attached hereto as <u>Exhibit A</u>.

Nothing in this Notice of Appeal shall be construed to waive any defenses of Amazon and AWS, including as to jurisdiction, venue, or any other rights.

The names of all parties to the Court's Order appealed from and the names, addresses and telephone numbers of their respective attorneys are set forth below.

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

509082484.2

| Party | Attorneys |
|---|---|
| Amazon.com, Inc.<br>Amazon Web Services, Inc.<br><br>*Appellants* | Brian T. Peterson<br>Ruby A. Nagamine<br>K&L Gates LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Phone: (206) 623-7580<br>Fax: (206) 623-7022<br>E-mail: brian.peterson@klgates.com<br>          ruby.nagamine@klgates.com<br><br>Lindsay Sampson Bishop, (ct29990)<br>K&L Gates LLP<br>1 Congress St.<br>Boston, MA 02114<br>Phone: (617) 261-3100<br>Fax: (617) 261-3175<br>E-mail: lindsay.bishop@klgates.com |
| Luc A. Despins, as Chapter 11 Trustee<br><br>*Appellee* | Douglas S. Skalka (ct00616)<br>Patrick R. Linsey (ct 29437)<br>Neubert, Pepe & Monteith, P.C.<br>195 Church St., 13th Fl.<br>New Haven, CT 06510<br>Phone: (203) 821-2000<br>E-mail: dskalka@npmlaw.com<br>          plinsey@npmlaw.com<br><br>*- and -*<br><br>Douglass Barron (admitted *pro hac vice*)<br>Paul Hastings LLP<br>200 Park Ave.<br>New York, NY 10166<br>Phone: (212) 318-6000<br>E-mail: douglassbarron@paulhastings.com<br><br>*- and –*<br><br>Nicholas A. Bassett (admitted *pro hac vice*)<br>Paul Hastings LLP<br>2050 M St. NW<br>Washington, D.C. 20036<br>Phone: (202) 551-1902<br>Email: nicholasbassett@paulhastings.com |

509082484.2

Dated: March 4, 2025

K&L GATES LLP

By: /s/ *Brian T. Peterson*
Brian T. Peterson, *(phv208265)*
Ruby A. Nagamine, *(phv208290)*
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail:  brian.peterson@klgates.com
          ruby.nagamine@klgates.com

Lindsay Sampson Bishop, (ct29990)
K&L Gates LLP
1 Congress St,
Boston, MA  02114
Phone:  (617) 261-3100
Fax:  (617) 261-3175
E-mail:  lindsay.bishop@klgates.com

*Counsel for Amazon.com, Inc. and Amazon Web Services, Inc.*

509082484.2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 4, 2025, I caused a true and correct copy of the foregoing

document to be filed with the Clerk of the Court using the CM/ECF filing system, which will

send notification of such filing to all attorneys of record.

Dated: Seattle, Washington          /s/ *Brian T. Peterson*
       March 4, 2025.             Brian T. Peterson

509082484.2