# United States Bankruptcy Court

## District of Connecticut



| In re: Ho Wan Kwok | Case Number: 22-50073(JAM) |
|---|---|
| | Chapter: 11 |

Debtor(s)

APPELLANT:
Amazon.com, Inc.
Amazon Web Services, Inc.

U.S. District Court
Case No:
Filing Fee Status:
☑ Paid ☐ Not Paid ☐ IFP Granted

---

## TRANSMITTAL NOTICE TO U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT REGARDING APPEALS AND APPELLATE DOCUMENTS

### <u>NOTICE OF APPEAL INFORMATION</u>

Notice of Appeal Filed:   March 4, 2025

BKY ECF No.[1] :   4191

Filing Fee Status:   ☑ Paid/   ☐ Not Paid/   ☐ IFP Granted

If Not Paid, Motion to Proceed in *Forma Pauperis* Filed: ☐ Yes, BKY ECF No. _____ / ☐ No

Appellant Name :   Amazon.com, Inc.
Amazon Web Services, Inc.

Appellant Address :

Appellant's Counsel and Address (Address/Phone/Email):   Brian T. Peterson
Ruby A. Nagamine
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
E-mail: brian.peterson@klgates.com
ruby.nagamine@klgates.com
- and -
Lindsay Sampson Bishop
K&L Gates LLP
1 Congress St.
Boston, MA 02114
Phone: (617) 261-3100
E-mail: lindsay.bishop@klgates.com

---

[1]      ECF No(s). citations referenced in this Transmittal Notice refer to docket entries of the U.S. Bankruptcy Court for the case in which the notice of appeal was filed, unless otherwise noted.

Appellee(s) Name :   Luc A. Despins, as Chapter 11 Trustee

Appellee(s) Address :

Appellee(s) Counsel and Address (Address/Phone/Email):   Douglas S. Skalka
Patrick R. Linsey
Neubert, Pepe & Monteith, P.C.
195 Church St., 13th Fl.
New Haven, CT 06510
Phone: (203) 821-2000
E-mail: dskalka@npmlaw.com
plinsey@npmlaw.com
- and -
Douglass Barron
Paul Hastings LLP
200 Park Ave.
New York, NY 10166
Phone: (212) 318-6000
E-mail: douglassbarron@paulhastings.com
- and –
Nicholas A. Bassett
Paul Hastings LLP
2050 M St. NW
Washington, D.C. 20036
Phone: (202) 551-1902
Email: nicholasbassett@paulhastings.com

Other Interested Party Information:

## *DOCUMENTS TRANSMITTED TO THE DISTRICT COURT*

**Please find the following items attached to this Transmittal Notice:**

☑ Notice of Appeal, BKY ECF No.   4191

☐ Amended Notice of Appeal, BKY ECF No.   _____

☐ Cross Appeal, BKY ECF No.   _____

☐ Motion for Leave to Appeal, BKY ECF No.   _____

☑ Order / Decision being appealed
   Title of Order / Decision:  Order Granting Second Supplemental Motion of Chapter 11 Trustee To Extend
                              February 15, 2025 Deadline For Trustee To File Avoidance Actions.

   BKY ECF No.:  4106

   Additional Information (If Any)

   _____

☐ Deficiency Notice Issued for Failure to Pay Filing Fee, BKY ECF No.

☐ Motion to Proceed *in Forma Pauperis*, BKY ECF No.

   ☐ Order, BKY ECF No.   _____

   Resolution of Motion:

   _____

☐ The Record
   ☐ Appellant's Designation of Items, BKY ECF No.   _____
      ☐ Included in the Electronic Docket Sheet
   ☐ Appellant's Statement of Issues, BKY ECF No.   _____
      ☐ Included in the Electronic Docket Sheet
   ☐ Appellee's Designation of Items, BKY ECF No.   _____
      ☐ Included in the Electronic Docket Sheet
   ☐ Appellee's Statement of Issues, BKY ECF No.   _____
      ☐ Included in the Electronic Docket Sheet
   ☐ Electronic Docket Sheet for Bankruptcy Case Number:   _____
   ☐ Electronic Docket Sheet for Adversary Proceeding Case Number:   _____
   ☐ Transcripts:   _____
   ☐ Sealed Documents:   _____
      Sealed documents will not be transmitted until an order is entered by the U.S. District Court accepting the
      documents under seal pursuant to Fed. R. Bankr. P. 8009(f).
   ☐ Court Exhibits (Paper Copies):   _____
   ☐ Other Documents:   _____

☐ Other:   _____

Transmitted By:  Karen M. Garofalo                              Date:  March 5, 2025
                Deputy Clerk, U.S. Bankruptcy Court

# United States Bankruptcy Court

## District of Connecticut

In re:    Ho Wan Kwok

　　　　　Debtor(s)

Case Number: 22-50073(JAM)

Chapter: 11

U.S. District Court
Case No:
Filing Fee Status:
☑ Paid  ☐ Not Paid  ☐ IFP Granted

APPELLANT:
Amazon.com, Inc.
Amazon Web Services, Inc.

Regarding:

Notice of Appeal Filed:    March 4, 2025

Notice of Appeal, BKY ECF No.  4191

### Acknowledgement by U.S. District Court

☐    I hereby acknowledge receipt of the items indicated on the Transmittal Notice referenced above.

*If Notice of Appeal and/or Motion for Leave to Appeal Received:*

**The following U.S. District Court number has been assigned:** _____

Acknowledged By: _____    Date: _____

　　　　　Deputy Clerk, U.S. District Court