**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                 :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                              :    Case No. 22-50073 (JAM)
:
　　　　　Debtors.                                    :    (Jointly Administered)
:
---------------------------------------------------------x

**NOTICE OF FILING OF (A) INVOICES OF THIRD PARTY VENDORS
WITH RESPECT TO THIRD INTERIM FEE APPLICATION OF PRAGER
DREIFUSS AG, AS SWISS LAW COUNSEL, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 19, 2024
THROUGH DECEMBER 31, 2024 AND (B) RELATED PROPOSED ORDERS**

**PLEASE TAKE NOTICE** that, on January 30, 2025, Prager Dreifuss AG ("Prager"),[2] as Swiss law counsel for Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), filed its application [Docket No. 4018] (the "Fee Application")[3] for interim allowance of compensation and reimbursement of expenses from September 19, 2024 through December 31, 2024.

**PLEASE TAKE FURTHER NOTICE** that, for the reasons stated by the Court at the February 27, 2025 hearing on the Fee Application (the "February 27, 2025 Hearing"), and as set forth in the related fee order, dated February 27, 2025 [Docket No. 4181] (the "Fee Order"), the

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]  Prager's retention as Swiss law counsel to the Trustee was approved by order entered on March 21, 2024 [Docket No. 3034] (the "Retention Order").

[3]  Capitalized terms not otherwise defined herein adopt the definitions set forth in the Fee Application.

Court granted the Fee Application, in part, and awarded Prager compensation in the amount of CHF 277,920.00 and reimbursement of expenses in the amount of CHF 5,558.35 (on account of the 2% flat fee for disbursements), but (a) the Court deferred its ruling as to CHF 8,590.00 in expenses incurred on account of services provided by third party vendors (the "Third Party Vendor Expenses"), (b) the Trustee was instructed to file with the Court, on or before March 7, 2025, a supplement to the Application attaching the invoices for the Third Party Vendor Expenses (which supplement may be filed under seal), and (c) the Court will thereafter rule on the allowance of the Third Party Vendor Expenses.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Fee Order, the Trustee hereby supplements the Fee Application, attaching the three invoices for the Third Party Vendor Expenses in the aggregate amount of CHR 8,590.00, namely:[4]

1. The invoice of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, dated October 15, 2024, attached hereto as **Exhibit A**, in the amount of CHF 8,500.00;

2. The invoice of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, dated October 4, 2024, attached hereto as **Exhibit B**, in the amount of CHF 45.00; and

3. The invoice of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, dated November 19, 2024, attached hereto as **Exhibit C**, in the amount of CHF 45.00.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** is the Trustee's proposed form of order supplementing the Fee Order and awarding Prager CHF 8,590.00 in Third Party Vendor Expenses.

---

[4] In accordance with the Fee Order, the Trustee is filing a redacted version of this Notice on the Court's public docket and submitting to the Court an unredacted version under seal. A copy of the unredacted version is also being provided to the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit E** is the Trustee's proposed a form of order approving the Trustee's requested modification to paragraph 6 of the Retention Application, namely:

> 6. Allowance of any compensation for Prager Dreifuss shall be limited to the extent of services actually performed as Swiss law counsel for the Chapter 11 Trustee Luc A. Despins, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a Chapter 11 trustee without the assistance of an attorney. Notwithstanding Section 4.1 of the Engagement Letter to the contrary, Prager Dreifuss shall also be entitled to (a) a flat fee for disbursements in an amount equal to 2% of total fees charged and (b) reimbursement of reasonable and documented **expenses with respect to services provided by third party vendors, including local process servers, court and other registration fees, local investigators, and** travel expenses (if any).

Dated: March 5, 2025
New Haven, Connecticut

LUC A. DESPINS,
CHAPTER 11 TRUSTEE

By: */s/ Partick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    and

    Luc A. Despins (admitted *pro hac vice*)
    G. Alexander Bongartz (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    lucdespins@paulhastings.com
    alexbongartz@paulhastings.com

    and

3

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*Counsel for Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                        :

In re:                                 :     Chapter 11

HO WAN KWOK, *et al.*,[1]         :     Case No. 22-50073 (JAM)

        Debtors.               :     (Jointly Administered)

---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    March 5, 2025
              New Haven, Connecticut

                                                           By: */s/ Patrick R. Linsey*
                                                                Douglas S. Skalka (ct00616)
                                                                Patrick R. Linsey (ct29437)
                                                               NEUBERT, PEPE & MONTEITH, P.C.
                                                               195 Church Street, 13th Floor
                                                               New Haven, Connecticut 06510
                                                              (203) 781-2847
                                                               dskalka@npmlaw.com
                                                               plinsey@npmlaw.com

                                                               *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

**FILED UNDER SEAL**

**Exhibit B**

**FILED UNDER SEAL**

**<u>Exhibit C</u>**

**FILED UNDER SEAL**

# Exhibit D

**Proposed Supplemental Fee Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                : Chapter 11
:
HO WAN KWOK, *et al.*,                : Case No. 22-50073 (JAM)
:
Debtors.¹                             : Jointly Administered
:
---------------------------------------------------------------x

**SUPPLMENTAL ORDER GRANTING THIRD INTERIM FEE APPLICATION
OF PRAGER DREIFUSS AG, AS SWISS LAW COUNSEL, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 19, 2024
THROUGH DECEMBER 31, 2024**

Upon consideration of the Application (the "Application") of Prager Dreifuss AG ("Prager"), as Swiss law counsel for Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"),² for interim allowance of compensation and reimbursement of expenses from September 19, 2024 through December 31, 2024; and sufficient notice having been given; and a hearing having been held on February 27, 2025; and the Court having entered an order granting the Application [Docket No. 4181] (the "Original Fee Order") as to the compensation of fees in the amount of CHF 277,920.00 and reimbursement of expenses in the amount of CHF 5,558.35 (on account of the 2% flat fee for disbursements), but deferring its ruling as to the CHF 8,950.00 in expenses incurred on account of services provided by third party vendors (the "Third Party Vendor

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

² Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

Expenses"); and, in accordance with the Original Fee Order, the Trustee having filed, on March [5], 2025, a supplement to the Fee Application submitting, under seal, copies of the invoices documenting the Third Party Vendor Expenses; and due consideration having been given to any responses to the Application and the objection of the United States Trustee to the Fee Application being overruled; and sufficient cause having been shown for the Fee Application, it is hereby:

1. ORDERED that the Original Fee Order is hereby supplemented and the Application is granted, pursuant to 11 U.S.C. §§ 330 and 331, to the extent set forth herein, so as to award reimbursement of expenses in the amount of CHF 8,950.00 in Third Party Vendor Expenses to Prager, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full; it is further

2. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

3. ORDERED that the Trustee and Prager are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

4. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

5. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

# Exhibit E

**Proposed Order Amending Retention Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
------------------------------------------------------------x

**ORDER AMENDING ORDER (A) GRANTING APPLICATION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327, 328, AND 330, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING AND APPROVING RETENTION AND EMPLOYMENT OF PRAGER DREIFUSS AG AS SWISS LAW COUNSEL**

Upon consideration of the oral motion of Luc A. Despins (the "Motion"), in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"),[2] made at the February 27, 2025 Hearing, to amend the *Amended Order (A) Granting Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Prager Dreifuss AG as Swiss Law Counsel*, dated March 21, 2024 [Docket No. 3034] (the "Retention Order"); and the objection of the United States Trustee to the Motion being overruled; and it appearing that no

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

other or further notice need be given; and a hearing having been held on February 27, 2025; and after due deliberation and sufficient cause appearing therefor, it is hereby

    1.    ORDERED that the Motion is granted as set forth herein.

    2.    ORDERED that paragraph 6 of the Retention Order shall be amended and restated in its entirety as follows:

> 6.    Allowance of any compensation for Prager Dreifuss shall be limited to the extent of services actually performed as Swiss law counsel for the Chapter 11 Trustee Luc A. Despins, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a Chapter 11 trustee without the assistance of an attorney. Notwithstanding Section 4.1 of the Engagement Letter to the contrary, Prager Dreifuss shall also be entitled to (a) a flat fee for disbursements in an amount equal to 2% of total fees charged and (b) reimbursement of reasonable and documented expenses with respect to services provided by third party vendors, including local process servers, court and other registration fees, local investigators, and travel expenses (if any).

    3.    ORDERED that, except as provided in this Order, the Retention Order shall not be modified and shall remain in full force and effect; it is further

    4.    ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

    5.    ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.