## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------------x
:
In re:                                                       :  Chapter 11
:
HO WAN KWOK, *et al.*,                                       :  Case No. 22-50073 (JAM)
:
      Debtors.[1]                                        :  Jointly Administered
:
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KOBRE & KIM (GCC) LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kobre & Kim (GCC) LLP ("Kobre & Kim") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as special counsel in the United Arab Emirates to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from December 1, 2024 through and including December 31, 2024 (the "Fee Period"). By this Monthly Fee Statement, Kobre & Kim respectfully requests payment of 80% of all fees and 100% of all expenses actually and

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

necessarily incurred for services rendered during the Fee Period, in the amounts of $33,096.40 and $3,672.49, respectively.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the position, hours, rate, and total fees earned for each Kobre & Kim individual who provided services during the Fee Period.

2. Attached hereto as <u>Exhibit B</u> is Kobre & Kim's fee statement for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

3. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "<u>Notice Parties</u>").

4. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kobre & Kim (Attn: Paul Hughes (Paul.Hughes@kobrekim.com) and (ii) the Notice Parties by email no later than **April 1, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kobre & Kim 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: March 11, 2025

By: */s/ Paul Hughes*
Paul Hughes
KOBRE & KIM (GCC) LLP

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated: March 11, 2025
New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate USD | Amount USD |
|---|---:|---:|---:|
| Partner | 8.5 | 1,875.00 | 15,937.50 |
| Principal | 5.6 | 1,300.00 | 7,280.00 |
| Associate | 8.7 | 1,050.00 | 9,135.00 |
| Analyst | 14.8 | 585.00 | 8,658.00 |
| Litigation Assistant | 0.8 | 450.00 | 360.00 |
| **TOTAL** | **38.4** | | **41,379.50** |

**Exhibit B**

**Fee Statement**

Luc Despins  
Invoice No. 471237  
January 30, 2025

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

Schedule of Professional Services

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/02/2024 | | | | |
| PRH | Confer Nada Oteifi and review communications Paul Hastings team. | $1,875.00 | 0.3 | $562.50 |
| NAE | Attention to correspondence from client and Kroll. | 1,050.00 | 0.2 | 210.00 |
| 12/03/2024 | | | | |
| PRH | Review further communications Kroll. | 1,875.00 | 0.2 | 375.00 |
| NAE | Respond to Kroll email and liaise with team on timing for client/Kroll call. | 1,050.00 | 0.2 | 210.00 |
| 12/04/2024 | | | | |
| PRH | Prepare for Kroll call and confer Nada Oteifi. | 1,875.00 | 0.5 | 937.50 |
| PRH | Attend Kroll call. | 1,875.00 | 0.5 | 937.50 |
| PRH | Attend internal strategy call regarding immediate next steps. | 1,875.00 | 0.5 | 937.50 |
| ERB | Prepare for and attend call with Kroll and Paul Hastings; follow up correspondence. | 1,300.00 | 0.8 | 1,040.00 |
| ERB | Consider priority action items and next steps following Kroll update. | 1,300.00 | 0.5 | 650.00 |
| NAE | Call with Kroll and client. | 1,050.00 | 0.5 | 525.00 |
| NAE | Team debrief and consider list of deliverables before end of year. | 1,050.00 | 0.7 | 735.00 |
| NAE | Confer with team to obtain ███████████████. | 1,050.00 | 0.2 | 210.00 |
| NRS | Confer with Mike Brasky and Sofia Balestrin regarding ███████████████. | 585.00 | 0.6 | 351.00 |
| SLB | Confer with Nadia Simpson and Michael Brasky regarding instruction for ███████ (0.5). Under attorney supervision, analyse any and all case docket related to main case ███████████ ███████████████████ (1.5). | 585.00 | 2.0 | 1,170.00 |
| SB | Identify and monitor ongoing proceedings for case team attention. | 450.00 | 0.3 | 135.00 |

Luc Despins  
Invoice No. 471237  
January 30, 2025

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| 12/06/2024 | | | | |
| PRH | Review and approve email Kroll and review response. | 1,875.00 | 0.3 | 562.50 |
| PRH | Review communications regarding next steps and confer Emily Beirne. | 1,875.00 | 0.3 | 562.50 |
| PRH | Review and approve updates to Paul Hastings team and response. | 1,875.00 | 0.3 | 562.50 |
| ERB | Attention to additional documents and information provided by Kroll. | 1,300.00 | 0.6 | 780.00 |
| ERB | Consider issues of ■■■■■■. | 1,300.00 | 0.8 | 1,040.00 |
| NAE | Correspond with client regarding ■■■■■■ ■■■■■■. | 1,050.00 | 0.3 | 315.00 |
| NAE | Correspond with Kroll on requested documents. | 1,050.00 | 0.3 | 315.00 |
| NAE | Review information and documents received from Kroll. | 1,050.00 | 0.4 | 420.00 |
| NRS | Attention to client documents in relation to ■■■ ■■■ ■■■ ■■■ ■■■ ■■■. | 585.00 | 0.3 | 175.50 |
| SB | Attention to key correspondence and documents to expedite work by legal team. | 450.00 | 0.2 | 90.00 |
| 12/09/2024 | | | | |
| JDC | Confer internally regarding status and next steps. | 1,875.00 | 0.5 | 937.50 |
| NAE | Further review of documents received from Kroll. | 1,050.00 | 0.4 | 420.00 |
| NRS | Attention to client documents in relation to ■■■ ■■■ ■■■ ■■■ ■■■ ■■■. | 585.00 | 0.5 | 292.50 |
| 12/10/2024 | | | | |
| PRH | Review internal communications regarding updated next steps. | 1,875.00 | 0.3 | 562.50 |
| PRH | Update from Kroll and confer team regarding next steps. | 1,875.00 | 0.3 | 562.50 |
| NAE | Review further information and documents received from Kroll and confer with Emily Beirne and Nadia Simpson. | 1,050.00 | 0.6 | 630.00 |
| NRS | Attention to client documents in relation to ■■■ ■■■ ■■■ ■■■ ■■■ ■■■. | 585.00 | 0.5 | 292.50 |

Luc Despins  
Invoice No. 471237  
January 30, 2025

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| 12/11/2024 | | | | |
| PRH | Liaise with Emily Beirne and Nada Oteifi regarding next steps, review and approve email out to client. | 1,875.00 | 0.5 | 937.50 |
| NAE | Liaise with team on next steps and client update. | 1,050.00 | 0.3 | 315.00 |
| NAE | Explore further investigation areas based on Kroll's findings. | 1,050.00 | 0.4 | 420.00 |
| NRS | Attention to ▮▮▮ and prepare table of the same for attorney review. | 585.00 | 0.7 | 409.50 |
| 12/12/2024 | | | | |
| NAE | Attention to ▮▮▮ | 1,050.00 | 0.4 | 420.00 |
| NRS | Attention to ▮▮▮ and prepare table of the same for attorney review. | 585.00 | 0.9 | 526.50 |
| 12/13/2024 | | | | |
| PRH | Finalising and approving detailed client update. | 1,875.00 | 0.3 | 562.50 |
| ERB | Internal discussion regarding next steps; prepare brief update email to client. | 1,300.00 | 0.7 | 910.00 |
| NAE | Review Kroll's findings and draft follow up queries. | 1,050.00 | 0.7 | 735.00 |
| NAE | Confer with team as to ▮▮▮ and agree on next steps. | 1,050.00 | 0.3 | 315.00 |
| 12/16/2024 | | | | |
| PRH | Review and approve external communications with Paul Hastings and confer internally. | 1,875.00 | 0.5 | 937.50 |
| NAE | Brief review of ▮▮▮ and consider ▮▮▮. | 1,050.00 | 0.4 | 420.00 |
| NAE | Attention to update from client as to US actions and confer with Emily Beirne. | 1,050.00 | 0.4 | 420.00 |
| NRS | Attention to ▮▮▮ | 585.00 | 2.8 | 1,638.00 |
| 12/17/2024 | | | | |
| PRH | Prepare for and attend strategy call ahead of call with clients. | 1,875.00 | 0.5 | 937.50 |
| PRH | Review and approve agenda and client update. | 1,875.00 | 0.2 | 375.00 |
| PRH | Strategy call with Luc and team and attend to follow up actions. | 1,875.00 | 1.0 | 1,875.00 |

Luc Despins  
Invoice No. 471237  
January 30, 2025

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| ERB | Prepare for an attend internal discussion regarding next steps and priority items in ▬▬▬. | 1,300.00 | 0.6 | 780.00 |
| ERB | Prepare for an attend update call to discuss next steps with client. | 1,300.00 | 0.7 | 910.00 |
| NAE | Attend strategy client call and follow up with team on next steps. | 1,050.00 | 0.9 | 945.00 |
| NAE | Consider strategy and prep for client call. | 1,050.00 | 0.5 | 525.00 |
| NRS | Prepare for upcoming client call and prepare agenda on the same for case team review. | 585.00 | 0.5 | 292.50 |
| NRS | Attention to ▬▬▬▬▬. | 585.00 | 2.3 | 1,345.50 |
| NRS | Attend client call and prepare key points for case teams review. | 585.00 | 0.8 | 468.00 |
| 12/18/2024 | | | | |
| ERB | Prepare draft update to client including ▬▬▬▬▬; confer with Nadia Simpson. | 1,300.00 | 0.7 | 910.00 |
| NRS | Prepare client email regarding UAE strategy for attorney review. | 585.00 | 1.8 | 1,053.00 |
| SB | Identify key legal materials to expedite work by legal team. | 450.00 | 0.3 | 135.00 |
| 12/19/2024 | | | | |
| NAE | Review draft client email and liaise with team on potential UAE counsel. | 1,050.00 | 0.3 | 315.00 |
| 12/20/2024 | | | | |
| NRS | Finalise key notes and action items from client call for attorney team review. | 585.00 | 0.6 | 351.00 |
| 12/23/2024 | | | | |
| PRH | Review email from Paul Hastings and confer team. | 1,875.00 | 0.3 | 562.50 |
| PRH | Review, amend and approve client update. | 1,875.00 | 0.3 | 562.50 |
| 12/24/2024 | | | | |
| PRH | Review, amend and approve email Kroll. | 1,875.00 | 0.2 | 375.00 |
| PRH | Review update from Kroll. | 1,875.00 | 0.2 | 375.00 |
| PRH | Review updated communications regarding next steps. | 1,875.00 | 0.3 | 562.50 |

Luc Despins  
Invoice No. 471237  
January 30, 2025

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| NAE | Revise draft email requesting Kroll to conduct targeted investigation. | 1,050.00 | 0.3 | 315.00 |
| NRS | Prepare email to Kroll regarding new and outstanding investigations for attorney review. | 585.00 | 0.5 | 292.50 |
| 12/26/2024 | | | | |
| PRH | Review update Paul Hastings team. | 1,875.00 | 0.2 | 375.00 |
| 12/31/2024 | | | | |
| ERB | Attention to correspondence received. | 1,300.00 | 0.2 | 260.00 |
| | **Total Current Fees** | | | **$41,370.50** |

Schedule of Disbursements

| Date | Description | Amount |
|---|---|---:|
| 12/01/2024 | Thomson Reuters - West - Online Database | $183.70 |
| 12/01/2024 | Thomson Reuters - West - Online Database | 356.62 |
| 12/01/2024 | Thomson Reuters - West - Online Database | 3,132.17 |
| | **Total Current Disbursements** | **$3,672.49** |

**Total Current Fees & Disbursements**     **$45,042.99**

7