**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**APPELLANT AMERICAN EXPRESS COMPANY'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED**

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, appellant American Express Company ("AEC"), by its undersigned counsel, respectfully submits its designation of items to be included in the record on appeal and statement of issues to be presented in connection with its appeal of the United States Bankruptcy Court's February 14, 2025 Order Granting In Part Third Motion For Extension of Deadline for Trustee to File Avoidance Actions (ECF No. 4106).

**I.    Designation of Items to be Included in the Record on Appeal**

AEC hereby designates the following items to be included in the record on appeal, which includes any and all exhibits, documents and addenda attached thereto and filed therewith, and all documents incorporated by reference therein:

1. Second Supplemental Motion to Extend Deadline for Trustee to File Avoidance Actions (ECF No. 4004).

2. Notice of Hearing (ECF No. 4009).

3. G Club Operations, LLC's Objection and Memorandum of Law in Opposition to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025

Deadline for Trustee to File Avoidance Actions (ECF No. 4034).

4.  American Express Company's Objection to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline For Trustee To File Avoidance Actions (ECF No. 4035).

5.  Notice of Joinder in Objections to Motion to Extend The February 15, 2025, Deadline For Trustee To File Avoidance Actions (ECF No. 4039).

6.  Notice of Joinder of AWS and Amazon.com, Inc. (ECF No. 4041).

7.  Miller Motorcars, Inc. Objection to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions (ECF No. 4044).

8.  Ogier's Objection and Memorandum of Law in Opposition to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2015 Deadline for Trustee to File Avoidance Actions (ECF No. 23 in Adv. Pro. No. 24-05012 (JAM)).

9.  FFP (BVI) Limited's Objection and Memorandum of Law in Opposition to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions (ECF No. 36 in Adv. Pro. No. 24-05056 (JAM)).

10.  Apple Inc. Objection to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions (ECF No. 69 in Adv. Pro. No. 24-05060 (JAM)).

11.  Meta Platforms Inc. Objection to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions (ECF No. 44 in Adv. Pro. No. 24-05117 (JAM)).

12.  Weddle Law PLLC's Objection and Memorandum of Law in Opposition to Second

Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2015 Deadline for Trustee to File Avoidance Actions  (ECF No. 52 in Adv. Pro. No. 24-05188 (JAM)).

13. Order Granting In Part Third Motion For Extension of Deadline for Trustee to File Avoidance Actions (ECF No. 4106).

14. Transcript of proceedings held on February 11, 2025, before the Honorable Julie A. Manning.

## II.    <u>Statement of Issues to Be Presented</u>

1.  Did the Bankruptcy Court err in granting the Trustee a third extension of the limitation periods within which the Trustee is required to initiate any avoidance actions under 11 USC §§ 108, 546(a) and/or 549(d).

2.  Does Fed. R. Bank. P. 9006(b), a rule promulgated by the judiciary branch, authorize a Bankruptcy Court – either on its face or consistent with constitutional "separation of powers" principles – to extend or otherwise alter the limitation periods for avoidance actions set forth in 11 USC §§ 546(a) and/or 549(d), which are statutes enacted by Congress.

Respectfully submitted,

LAW OFFICES OF RONALD I. CHORCHES, LLC

/s/ Ronald I. Chorches
Ronald I. Chorches
Fed. Bar No. ct08720
82 Wolcott Hill Road, Suite 203
Wethersfield, CT 06109
Phone: (860) 563-3955
Fax: (860) 513-1577
ronchorcheslaw@sbcglobal.net

/s/ Darryl S. Laddin
ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin (admitted *pro hac vice*)
Frank N. White
171 17th Street, N.W., Suite 2100
Atlanta, GA  30363-1031
Telephone: (404) 873-8500
Fax: (404) 873-8121
darryl.laddin@agg.com
frank.white@agg.com

*Attorneys for American Express Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: March 11, 2025.

LAW OFFICES OF RONALD I. CHORCHES, LLC

/s/ Ronald I. Chorches
Ronald I. Chorches
Fed. Bar No. ct08720
82 Wolcott Hill Road, Suite 203
Wethersfield, CT 06109
Phone: (860) 563-3955
Fax: (860) 513-1577
ronchorcheslaw@sbcglobal.net