**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

```
-----------------------------------------------------------x
                                                           :
In re:                                                     :  Chapter 11
                                                           :
HO WAN KWOK, et al.,                                       :  Case No. 22-50073 (JAM)
                                                           :
         Debtors.¹                                         :  Jointly Administered
                                                           :
-----------------------------------------------------------x
```

**MONTHLY FEE STATEMENT OF PRAGER DREIFUSS AG FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),² Prager Dreifuss AG ("Prager Dreifuss") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Swiss law counsel to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from February 1, 2025 through and including February 28, 2025 (the "Fee Period"). By this Monthly Fee Statement, Prager Dreifuss respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

² Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

services rendered during the Fee Period, in the amounts of CHF 72,595.00 and CHF 1,814.90, respectively.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, hours, rate, and total fees earned for each Prager Dreifuss individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is Prager Dreifuss' fee statement for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

3. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Prager Dreifuss (Attn: Daniel Hayek (daniel.hayek@prager-dreifuss.com) and (ii) the Notice Parties by email no later than **April 3, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Prager Dreifuss 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: March 13, 2025

By: */s/ Daniel Hayek*
Daniel Hayek
PRAGER DREIFUSS AG
Mühlebachstrasse 6
CH-8008 Zürich

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated: March 13, 2025      By: */s/ G. Alexander Bongartz*
         New York, New York            G. Alexander Bongartz (admitted *pro hac vice*)
                                                  PAUL HASTINGS LLP
                                                  200 Park Avenue
                                                  New York, New York 10166
                                                  (212) 318-6000
                                                  alexbongartz@paulhastings.com

                                                  *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate CHF | Amount CHF |
|---|---:|---:|---:|
| Hayek, Daniel | 15.40 | 800.00 | 12,240.00 |
| Jany, Oliver | 123.95 | 425.00 | 52,678.75 |
| Jegher, Gion | 11.20 | 700.00 | 7,840.00 |
| Meili, Mark | 16.50 | 600.00 | 9,900.00 |
| Vomvoris, Eleonora | 26.95 | 300.00 | 8,085.00 |
| **TOTAL** | **193.90** | | **90,743.75** |

**Exhibit B**

**Fee Statement**

## Details of invoice no. 201334-25-05

Invoice period: February 1, 2025 – February 28, 2025

## Legal Fees

| Date | Service | Name | VAT | Hours |
|---|---|---|---|---|
| 03.02.2025 | Research: re | OJY | 0.00% | 3.40 |
| 03.02.2025 | Draft: revised          input PH | OJY | 0.00% | 1.85 |
| 03.02.2025 | conf OJY re | MMA | 0.00% | 0.50 |
| 03.02.2025 | rev. | MMA | 0.00% | 0.70 |
| 03.02.2025 | conf OJY regarding | GJ | 0.00% | 1.50 |
| 03.02.2025 | conf OJY regarding | GJ | 0.00% | 1.00 |
| 04.02.2025 | Draft:                input PH | OJY | 0.00% | 3.35 |
| 04.02.2025 | rev. comments Alex on | MMA | 0.00% | 0.30 |
| 04.02.2025 | Review: new Documents re | OJY | 0.00% | 1.80 |
| 04.02.2025 | conf OJY re additional information on | MMA | 0.00% | 0.30 |
| 04.02.2025 | Draft: Response to | OJY | 0.00% | 1.15 |
| 04.02.2025 | Draft: Email PH re General considerations | OJY | 0.00% | 0.25 |
| 04.02.2025 | Call: Alex B. re | OJY | 0.00% | 0.90 |
| 05.02.2025 | Draft: | OJY | 0.00% | 5.20 |
| 05.02.2025 | rev. comments Alex on | MMA | 0.00% | 0.30 |
| 06.02.2025 | Draft: | OJY | 0.00% | 7.00 |
| 06.02.2025 | rev. emails re | MMA | 0.00% | 0.20 |
| 06.02.2025 | rev.                , rev. e-mail | HA | 0.00% | 1.90 |
| 07.02.2025 | Review: | OJY | 0.00% | 3.25 |
| 07.02.2025 | rev. | MMA | 0.00% | 0.30 |
| 07.02.2025 | conf OJY re update client on | MMA | 0.00% | 0.40 |
| 10.02.2025 | Review: Responses from | OJY | 0.00% | 3.55 |
| 10.02.2025 | E-Mail: to PH re | OJY | 0.00% | 0.35 |
| 10.02.2025 | rev. final draft           Conf. OJY, | HA | 0.00% | 3.00 |
| 10.02.2025 | E-Mail Luc and Alex re: | HA | 0.00% | 0.40 |
| 10.02.2025 | Conf. OJY re | HA | 0.00% | 0.50 |
| 10.02.2025 | conf OJY re | MMA | 0.00% | 0.30 |
| 11.02.2025 | Review: New Documents from Trustee | OJY | 0.00% | 1.30 |
| 11.02.2025 | Research: re | OJY | 0.00% | 0.85 |

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 11.02.2025 | conf OJY re | MMA | 0.00% | 0.20 |
| 11.02.2025 | Draft: | OJY | 0.00% | 2.10 |
| 11.02.2025 | Call: re | OJY | 0.00% | 0.25 |
| 11.02.2025 | conf OJY regarding | GJ | 0.00% | 0.40 |
| 12.02.2025 | Review: | OJY | 0.00% | 0.20 |
| 12.02.2025 | Draft: | OJY | 0.00% | 6.30 |
| 12.02.2025 | review of                    ; conf OJY | GJ | 0.00% | 4.50 |
| 12.02.2025 | final review of | MMA | 0.00% | 2.00 |
| 12.02.2025 | Sending of | OJY | 0.00% | 1.20 |
| 12.02.2025 | Discussion: re          internal D. Hayek | OJY | 0.00% | 1.20 |
| 13.02.2025 | Review: Data re | OJY | 0.00% | 0.60 |
| 13.02.2025 | Call: PH re | OJY | 0.00% | 0.60 |
| 13.02.2025 | Discussion: Internal re           with D.Hayek | OJY | 0.00% | 0.75 |
| 13.02.2025 | conf OJY re | MMA | 0.00% | 0.20 |
| 14.02.2025 | Dratf: Information Requests re | OJY | 0.00% | 3.50 |
| 17.02.2025 | Draft: Response letter to | OJY | 0.00% | 7.15 |
| 18.02.2025 | Draft: Response letter to | OJY | 0.00% | 5.20 |
| 18.02.2025 | rev. draft answer letter | MMA | 0.00% | 0.60 |
| 18.02.2025 | Draft: Letters to | OJY | 0.00% | 3.20 |
| 18.02.2025 | conf OJY re draft answer letter | MMA | 0.00% | 0.30 |
| 19.02.2025 | conf HA re draft answer letter | MMA | 0.00% | 0.20 |
| 19.02.2025 | rev. draft letter to | MMA | 0.00% | 1.00 |
| 19.02.2025 | Update Call Alex | MMA | 0.00% | 0.30 |
| 19.02.2025 | Research re | EVS | 0.00% | 0.90 |
| 19.02.2025 | final read           , discuss w. team | HA | 0.00% | 3.10 |
| 20.02.2025 | Draf: Response letters to | OJY | 0.00% | 5.50 |
| 20.02.2025 | Draft: Response letter to | OJY | 0.00% | 2.75 |
| 20.02.2025 | email Alex re | MMA | 0.00% | 0.50 |
| 20.02.2025 | conf OJY re | MMA | 0.00% | 0.20 |
| 20.02.2025 | rev. updated draft letter to | MMA | 0.00% | 0.40 |
| 21.02.2025 | Draft: Letter to | OJY | 0.00% | 4.10 |
| 21.02.2025 | Research: | OJY | 0.00% | 1.25 |
| 21.02.2025 | Draft: | OJY | 0.00% | 3.85 |
| 21.02.2025 | rev. draft letter to | MMA | 0.00% | 0.25 |
| 21.02.2025 | rev. | MMA | 0.00% | 0.70 |
| 21.02.2025 | conf. HA/GJ/OJY re | MMA | 0.00% | 0.40 |
| 21.02.2025 | rev.           and correspondence with | HA | 0.00% | 0.70 |
| 21.02.2025 | Discuss           with Team (MMA, GJ and OJY) | HA | 0.00% | 0.50 |

2

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 21.02.2025 | E-mails Luc and Alex re: | HA | 0.00% | 0.30 |
| 21.02.2025 | review              ; conf. HA/MMA/OJY re           ; review various emails | GJ | 0.00% | 1.30 |
| 23.02.2025 | Call Luc re: next steps with | HA | 0.00% | 0.50 |
| 24.02.2025 | Discussion: internal re next steps D.Hayek | OJY | 0.00% | 1.75 |
| 24.02.2025 | Conf. OJY re overview of | EVS | 0.00% | 0.90 |
| 24.02.2025 | Review of Documents re | EVS | 0.00% | 3.95 |
| 24.02.2025 | Draft: | OJY | 0.00% | 7.00 |
| 24.02.2025 | Conf. Teams re: | HA | 0.00% | 1.50 |
| 24.02.2025 | conf HA/OJY re | MMA | 0.00% | 0.30 |
| 25.02.2025 | conf HA/OJY re | MMA | 0.00% | 0.25 |
| 25.02.2025 | Call: with | OJY | 0.00% | 0.60 |
| 25.02.2025 | Draft: | OJY | 0.00% | 3.25 |
| 25.02.2025 | Call | MMA | 0.00% | 0.40 |
| 25.02.2025 | Email: to PH re | OJY | 0.00% | 1.00 |
| 25.02.2025 | conf OJY re email to Luc re | MMA | 0.00% | 0.20 |
| 25.02.2025 | Discussion: Internal re next steps with D.Hayek | OJY | 0.00% | 0.85 |
| 25.02.2025 | Internal discussion re next steps: | EVS | 0.00% | 2.55 |
| 25.02.2025 | Call: with PH re | OJY | 0.00% | 0.30 |
| 25.02.2025 | Call Paul Hastings re | MMA | 0.00% | 0.30 |
| 25.02.2025 | Conf OJY re | MMA | 0.00% | 0.30 |
| 25.02.2025 | Research: re | OJY | 0.00% | 2.95 |
| 25.02.2025 | Review of Documents re | EVS | 0.00% | 1.00 |
| 25.02.2025 | Research re | EVS | 0.00% | 1.50 |
| 25.02.2025 | Call                    , E-Mail to Luc re: | HA | 0.00% | 0.50 |
| 25.02.2025 | Call                    , E-Mail to Luc re: | HA | 0.00% | 0.40 |
| 26.02.2025 | Reasearch re | EVS | 0.00% | 2.25 |
| 26.02.2025 | Research: re | OJY | 0.00% | 1.85 |
| 26.02.2025 | Call: re RFIs with PH | OJY | 0.00% | 0.75 |
| 26.02.2025 | Discussion: Internal re         with D.Hayek | OJY | 0.00% | 1.05 |
| 26.02.2025 | Call Luc re: next steps with | HA | 0.00% | 0.70 |
| 26.02.2025 | Memo re | EVS | 0.00% | 2.90 |
| 26.02.2025 | Conf. MMA und OJY re: next steps etc. | HA | 0.00% | 0.40 |
| 26.02.2025 | Draft: | OJY | 0.00% | 3.20 |
| 26.02.2025 | conf OJY/EVS re | MMA | 0.00% | 0.40 |
| 26.02.2025 | E-Mail Luc re | MMA | 0.00% | 0.20 |
| 26.02.2025 | Call Luc re: next steps with | MMA | 0.00% | 0.70 |

| Date | Description | Initials | VAT | Hours |
|---|---|---|---|---|
| 26.02.2025 | Conf. HA/OJY re: next steps | MMA | 0.00% | 0.30 |
| 26.02.2025 | Conf OJY/EVS re | MMA | 0.00% | 0.30 |
| 26.02.2025 | review emails; legal research re ; email to OJY | GJ | 0.00% | 0.50 |
| 27.02.2025 | Draft: | OJY | 0.00% | 8.60 |
| 27.02.2025 | Memo re | EVS | 0.00% | 5.50 |
| 27.02.2025 | conf EVS re | MMA | 0.00% | 0.40 |
| 27.02.2025 | conf OJY re | MMA | 0.00% | 0.20 |
| 27.02.2025 | conf HA/GJ re | MMA | 0.00% | 0.20 |
| 27.02.2025 | conf EVS re | MMA | 0.00% | 0.20 |
| 27.02.2025 | Call Alex re | MMA | 0.00% | 0.30 |
| 27.02.2025 | Call Alex re: advice on | HA | 0.00% | 0.70 |
| 27.02.2025 | Conf. Mark re: Call Alex | HA | 0.00% | 0.20 |
| 28.02.2025 | Memo service of | EVS | 0.00% | 4.45 |
| 28.02.2025 | Draft: | OJY | 0.00% | 4.05 |
| 28.02.2025 | Discussion: Internal re next steps with D.Hayek, M.Meili and G.Jaegher | OJY | 0.00% | 2.85 |
| 28.02.2025 | Conf. OJY re | EVS | 0.00% | 1.05 |
| 28.02.2025 | review law; call with OJA re | GJ | 0.00% | 2.00 |
| 28.02.2025 | emails Luc and Alex re | MMA | 0.00% | 0.60 |
| 28.02.2025 | conf OJY re outreach to | MMA | 0.00% | 0.20 |
| 28.02.2025 | rev. email OJY re | MMA | 0.00% | 0.20 |
| **Total excl. VAT** | | | | **193.90** |

## Expenses

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 12.03.2025 | Disbursements | 0.00% | 1'814.90 |
| **Total excl. VAT** | | | **1'814.90** |

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 15.30 | 800.00 | 12'240.00 |
| Jany, Oliver | 123.95 | 425.00 | 52'678.75 |
| Jegher, Gion | 11.20 | 700.00 | 7'840.00 |
| Meili, Mark | 16.50 | 600.00 | 9'900.00 |

4

| | | | |
|---|---:|---:|---:|
| Vomvoris, Eleonora | 26.95 | 300.00 | 8'085.00 |
| | 193.90 | 468.00 | 90'743.75 |