UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :    Case No. 22-50073 (JAM)
                                                         :
         Debtors.                                        :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

## GENEVER HOLDINGS LLC'S FINAL STATUS REPORT REGARDING REMEDIATION AND CLEANING OF SHERRY NETHERLAND APARTMENT

Genever Holdings LLC (the "Debtor" or "Genever US"), by and through its undersigned counsel, hereby files this final status report (the "Final Status Report") in accordance with (a) the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order") and (b) the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Sections 363(b) and 554 and Bankruptcy Rule 6007(a), for Entry of Order (I) Authorizing Genever Holdings LLC to Obtain Services Necessary to Clean Remaining Area of Sherry Netherland Apartment and (II) Granting Other Related Relief* [Docket No. 3168] (the "Cleaning Order").[2]

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Status Report have the meanings ascribed to them in the Remediation Order and the Cleaning Order (as applicable).

# FINAL STATUS REPORT

A. **Remediation Project in Source Area of March 15, 2023 Fire**

1. As noted in the prior status reports, the Remediation Project in the Source Area was substantially completed on August 20, 2024. On February 7, 2025, Genever US received final sign-off from the New York City Department of Buildings with respect to the Remediation Project, such that the Remediation Project is now also formally complete.

2. Through the date of this Final Status Report, Genever US has made the following payments in connection with the Remediation Project:

| Date | Recipient | Description | Amount |
|---|---|---|---|
| August 30, 2023 | Gallagher Bassett Services, Inc. | Asbestos survey and reporting | $3,871.56 |
| October 4, 2023 | Gallagher Bassett Services, Inc. | Asbestos permits | $7,349.06 |
| October 13, 2023 | ABF Environmental, Inc. | Asbestos abatement work | $48,900.00 |
| October 30, 2023 | Acheson Doyle Partners Architects PC | Architectural services | $3,380.86 |
| November 2, 2023 | Genever US | Reimbursement from Sherry Netherland (80% of payments made by Genever US to (i) ABF Environmental on October 13, 2023, and (ii) Gallagher Bassett Services, Inc. on October 4, 2023) | ($44,999.25) |
| November 9, 2023 | Gustav Restoration LLC | 50% deposit for removing fireplace (to prepare for asbestos removal) | $1,226.12 |
| December 1, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $63,720.78 |
| December 1, 2023 | Catalpa Special Inspections | 50% deposit for special inspection services | $2,875.00 |
| December 12, 2023 | Gustav Restoration LLC | Remaining 50% payment for removing fireplace | $1,226.13 |
| December 20, 2023 | Acheson Doyle Partners Architect PC | Architectural services | $74,011.84 |
| January 16, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $27,760.65 |
| February 1, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $29,003.70 |
| February 1, 2024 | Skyline Windows LLC | 50% deposit for window replacement | $60,258.50 |
| February 14, 2024 | Arista Air Conditioning Corp. | Removal of damaged HVAC units in Sherry Netherland apartment | $2,515.01 |
| March 20, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $13,048.86 |

| Date | Recipient | Description | Amount |
|---|---|---|---|
| March 21, 2024 | Burnham Nationwide | Expediting services | $9,398.66 |
| March 27, 2024 | Sciame Homes NY LLC | General contactor | $86,068.25 |
| March 27, 2024 | The Sherry Netherland | Security Deposit (refundable)[3] | $50,000.00 |
| April 12, 2024 | Hillman Consulting LLC | Post-fire smoke damage testing | $16,625.21 |
| April 16, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $5,286.60 |
| May 14, 2024 | Skyline Windows LLC | Survey fee for windows | $190.53 |
| May 15, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $8,883.70 |
| June 5, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $15,381.65 |
| June 28, 2024 | Sciame Homes NY LLC | General contactor | $38,402.81 |
| July 11, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $1,924.31 |
| July 23, 2024 | Skyline Windows LLC | Additional deposit for window installation | $2,141.52 |
| July 30, 2024 | Gustav Restoration LLC | Deposit for terrace cleaning services | $12,263.62 |
| August 7, 2024 | Sciame Homes NY | General contractor | $65,248.86 |
| August 21, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $6,560.00 |
| August 21, 2024 | The Sherry Netherland | Installation of six new HVAC units | $55,526.25 |
| September 4, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $18,880.00 |
| October 16, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $7,280.00 |
| October 25, 2024 | Skyline Windows LLC | 50% remaining payment for window replacement | $60,258.50 |
| October 25, 2024 | Sciame Homes NY LLC | General contactor | $163,083.40 |
| October 29, 2024 | Catalpa Special Inspections Inc. | Inspection services | $2,875.00 |
| October 29, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $1,526.38 |
| November 13, 2024 | Burnham Nationwide, Inc. | Expediting services | $1,145.86 |
| December 10, 2024 | Acheson Doyle Partners Architects PC | Architectural services | $5,320.64 |
| January 22, 2025 | Citiquiet Inc | Window installation | $2,177.50 |

---

[3] Given the completion of the Remediation Project, the Sherry Netherland is obligated to return the $50,000 security deposit made by Genever US to the Sherry Netherland on March 27, 2024.

| Date | Recipient | Description | Amount |
|---|---|---|---|
| February 24, 2025 | Burnham Nationwide, Inc. | Expediting services | $291.72 |
| March 3, 2025 | Acheson Doyle Partners Architect PC | Architectural services | $1,250.00 |
| TOTAL | | | $932,139.79 |

3.      In addition, Genever US expects to pay (a) the final invoice of Skyline Windows LLC, in the amount of approximately $3,000.00 and (b) the final invoice of its architect (Acheson Doyle), in the amount of $1,250.00, *see* Docket No. 4186, subject to the review procedures set forth in the Remediation Order.  Genever US does not anticipate any further material payments in connection with the Remediation Project.

B.    **Cleaning Project in Remaining Area**

4.      As noted in the prior status report, DKI completed the process of remediating the CBPs above the ceiling in the Remaining Area on August 19, 2024.  Through the date of this Final Status Report, Genever US has made the following payments in connection with the Cleaning Project:

| Date | Recipient | Description | Amount |
|---|---|---|---|
| May 9, 2024 | Cleaning Contractors Corp. | Cleaning furniture (prior to packing and moving furniture into storage) | $2,068.63 |
| May 10, 2024 | The Light Touch | Removal and packaging of light fixtures | $1,750.00 |
| May 14, 2024 | Montvale Moving Services LLC | Packing and moving furniture into storage | $12,450.00 |
| May 15, 2024 | Burnham Nationwide, Inc. | Expediting services | $7,457.42 |
| May 21, 2024 | DryFast DKI | CBP cleaning (1st installment) | $184,756.59 |
| June 5, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $7,000.26 |
| June 25, 2024 | ABF Environmental, Inc. | Asbestos abatement work | $72,400.00 |
| June 28, 2024 | Gallagher Bassett Services, Inc. | Asbestos survey and reporting | $13,783.57 |
| July 11, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $9,526.38 |
| July 30, 2024 | DryFast DKI | CBP cleaning (2nd installment) | $184,756.59 |

4

| Date | Recipient | Description | Amount |
|---|---|---|---|
| August 21, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $9,440.00 |
| September 4, 2024 | Gustav Restoration LLC | Terrace cleaning | $18,395.44 |
| September 4, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $6,800.00 |
| September 10, 2024 | Burnham Nationwide | Expediting services | $1,500.00 |
| September 18, 2024 | DryFast DKI | CBP cleaning (3rd installment) | $184,756.60 |
| September 18, 2024 | Hillman Consulting LLC | Clearance inspection | $12,821.12 |
| October 16, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $6,080.00 |
| October 29, 2024 | Acheson Doyle Partners Architect PC | Architectural services | $1,200.00 |
| March 5, 2025 | Sciame Homes NY LLC | General contactor | $31,384.10 |
| **TOTAL** | | | **$768,326.70** |

5.  Genever US does not anticipate any further material payments in connection with the Cleaning Project.

6.  Finally, as previously noted, Genever US has been marketing the Sherry Netherland Apartment since mid-September 2024.

Dated: March 13, 2025
      New York, New York

By: */s/ G. Alexander Bongartz*
Luc A. Despins (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
lucdespins@paulhastings.com
alexbongartz@paulhastings.com
douglassbarron@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            

NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the date hereof, the foregoing Status Report was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   March 13, 2025
         New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*Counsel for the Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).