## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Bankr. No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | Adv. Proc. No. 24-05060 |
| Plaintiff, | |
| v. | |
| APPLE INC., HING CHI NGOK, ALEX HADJICHARALAMBOUS, BERNARDO ENRIQUEZ, CHUNGUANG HAN, and MEI GUO, | |
| Defendants. | |

### APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8009(a), appellant Apple Inc. ("Apple") submits its statement of issues to be presented and designation of items to be included in the record on appeal.

### DESIGNATION OF RECORD

Apple designates the docket sheets in the main bankruptcy case, No. 22-50073 ("BK"), and the related adversary proceeding in which Apple is a defendant, No. 24-05060 ("AP"), and each of the documents below for inclusion in the record on appeal. The following designations include all exhibits attached to and referenced in the designated items.

| No. | Date | Description [Docket No.] |
|---|---|---|
| 1. | 1/18/24 | Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2509] |
| 2. | 2/5/24 | Objection of Mei Guo to Trustee's Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2551] |
| 3. | 2/5/24 | Non-Party Defeng Cao's Memorandum of Law in Opposition to the Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2553] |
| 4. | 2/5/24 | UBS AG's Objection to Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2554] |
| 5. | 2/5/24 | Objection to the Chapter 11 Trustee's Motion for Entry of An Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2557] |
| 6. | 2/5/24 | G Club Operations LLC's Objection and Memorandum of Law in Opposition to Trustee's Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2563] |
| 7. | 2/5/24 | Objection of Non-Parties Rule of Law Foundation III, Inc. and Rule of Law Society IV, Inc. to Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2565] |
| 8. | 2/5/24 | Objection of Third Parties Chris Lee and Qidong Xia to Trustee's Motion for Entry for Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2566] |
| 9. | 2/5/24 | Objection to the Chapter 11 Trustee's Motion for Entry for Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 and Joinder to Objections Filed by Mei Guo (ECF 2551), UBS AG (ECF 2554), Defeng Cao (ECF 2553), Taurus Fund, LLC, Taurus Management, LLC and Scott Barnett (ECF 2557) and G Club Operations LLC (ECF 2563) [BK Dkt. No. 2569] |
| 10. | 2/5/24 | Objection of GS Security Solutions, Inc. to Trustee's Motion to Toll or Enlarge Period to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2571] |
| 11. | 2/7/24 | Objection and Joinder by Yinying Wang to Chapter 11 Trustee's Motion for Order Extending Deadline to File Avoidance Actions Under §§ 108, 546(a), and 549 of the Bankruptcy Code [BK Dkt. No. 2582] |

| No. | Date | Description [Docket No.] |
|-----|------|--------------------------|
| 12. | 2/9/24 | Omnibus Reply of Chapter 11 Trustee (I) in Support of Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549, and (II) in Response to Objections Thereto [BK Dkt. No. 2620] |
| 13. | 2/11/24 | Complaint of Chapter 11 Trustee Seeking Avoidance and Recovery of Fraudulent Transfers and Postpetition Transfers and Related Relief Pursuant to Bankruptcy Code Sections 544, 548, 549, and 550 and New York Debtor & Creditor Law Sections 273, 274, 276, and 277 [AP Dkt. No. 1] |
| 14. | 2/13/24 | Transcript of Hearing on February 13, 2024 [BK Dkt. No. 2947] |
| 15. | 2/15/24 | Memorandum of Decision and Order Granting in Part Motion to Extend Deadlines [BK Dkt. No. 2921] |
| 16. | 6/28/24 | Notice of Appearance of Counsel [AP Dkt. No. 28] |
| 17. | 7/19/24 | First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 3329] |
| 18. | 7/22/24 | Notice of Filing Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions [AP Dkt. No. 42] |
| 19. | 8/6/24 | G Club Operations, LLC's Objection and Memorandum of Law in Opposition to First Supplemental Motion for Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 3374] |
| 20. | 8/6/24 | Notice of Filing of Meta Platform, Inc.'s Objection to Extension of Deadline to File Avoidance Actions [BK Dkt. No. 3375] |
| 21. | 8/6/24 | Apple Inc.'s Objection to Extension of Deadline to File Avoidance Actions [AP Dkt. No. 45] |
| 22. | 8/6/24 | Notice of Filing of Apple Inc.'s Objection to Extension of Deadline to File Avoidance Actions [BK Dkt. No. 3376] |
| 23. | 8/9/24 | Omnibus Reply of Chapter 11 Trustee (I) in Support of First Supplemental Motion for Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions and (II) in Response to the Objections Thereto [BK Dkt. No. 3391] |
| 24. | 8/13/24 | Transcript of Hearing on August 13, 2024 [BK Dkt. No. 3446] |
| 25. | 8/14/24 | Order Granting Second Motion for Extension of Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 3417] |
| 26. | 8/27/24 | Notice of Appeal [BK Dkt. No. 3463] |
| 27. | 9/10/24 | Appellant's Designation of Items to be Included in the Record on Appeal and Statement of Issues [BK Dkt. No. 3523] |

| No. | Date | Description [Docket No.] |
|-----|------|--------------------------|
| 28. | 1/24/25 | Second Supplemental Motion for Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 4004] |
| 29. | 1/29/25 | Notice of Filing Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions and Notice of Hearing [AP Dkt. No. 68] |
| 30. | 2/7/25 | Apple Inc. Objection to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions [AP Dkt. No. 69] |
| 31. | 2/7/25 | G Club Operations, LLC's Objection and Memorandum of Law in Opposition to Second Supplemental Motion of the Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 4034] |
| 32. | 2/7/25 | American Express Company's Objection to Second Supplemental Motion of the Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 4035] |
| 33. | 2/7/25 | Notice of Joinder in Objections to Motion to Extend the February 15, 2025 Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 4039] |
| 34. | 2/7/25 | Notice of Filing [BK Dkt. No. 4040] |
| 35. | 2/7/25 | Notice of Filing [BK Dkt. No. 4042] |
| 36. | 2/11/25 | Transcript of Hearing on February 11, 2025 [BK Dkt. No. 4174] |
| 37. | 2/14/25 | Order Granting in Part Third Motion for Extension of Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 4106] |
| 38. | 2/14/25 | Motion of Chapter 11 Trustee for Leave to Amend Complaint [AP Dkt. No. 70] |
| 39. | 2/27/25 | Notice of Appeal [BK Dkt. No. 4175] |
| 40. | 3/7/25 | Apple Inc. Opposition to Chapter 11 Trustee's Motion for Leave to Amend Complaint [AP Dkt. No. 72] |

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Fed. R. Bankr. P. 8009(b)(1), Apple certifies that it is not ordering any transcripts. The relevant transcripts have already been prepared and are listed in the above designation.

## STATEMENT OF ISSUES

1.      The 2-year period for a trustee to commence actions to avoid pre- and post-petition transfers is codified in 11 U.S.C. §§ 546(a) and 549(d).  The Bankruptcy Court relied on Fed. R. Bank. P. 9006(b)—a rule that contains no language authorizing the enlargement of a statute of limitations—to extend the 2-year period.  Is the Bankruptcy Court's extension order an invalid and unenforceable expansion of the limitations period enacted by Congress?

2.      The 2-year period for a trustee to commence actions asserting pre-petition claims based on non-bankruptcy law is codified in 11 U.S.C. § 108(a).  The Bankruptcy Court held that section 108(a) is a statute of limitations and capable of extension under Fed. R. Bankr. P. 9006(b).  Is the Bankruptcy Court's extension order an invalid and unenforceable expansion of the limitations period enacted by Congress?

3.      Did the Bankruptcy Court err in holding that 11 U.S.C. §§ 546(a) and 549(d) govern time limitations for the Trustee to commence actions that are not avoidance actions?

4.      Did the Bankruptcy Court err in authorizing an extension of the Trustee's deadline to amend complaints in pending actions pursuant to Fed. R. Civ. P. 9006(b)?


Dated:  March 13, 2025
        New York, New York

/s/ George Angelich
George Angelich (ct27542)
Eric Roman (admitted *pro hac vice*)
Patrick Feeney (admitted *pro hac vice*)
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
T: 212.457.5423
E: george.angelich@afslaw.com
    eric.roman@afslaw.com
    patrick.feeney@afslaw.com

- and -

Jin Yan (admitted *pro hac vice*)
ArentFox Schiff LLP
1717 K St. NW
Washington, DC 20006
T: 202.778.6442
E: jin.yan@afslaw.com

*Counsel for Apple Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 13, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.


Dated: March 13, 2025
        New York, New York

                                        */s/ George Angelich*
                                        George Angelich