**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>    HO WAN KWOK, *et al*.,<br><br>                    Debtors. | Chapter 11<br><br>Bankr. No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>                    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>                    Defendant. | Adv. Proc. No. 24-05117 |

**APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED AND**
**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Fed. R. Bankr. P. 8009(a), appellant Meta Platforms, Inc. ("Meta") submits its statement of issues to be presented and designation of items to be included in the record on appeal.

**DESIGNATION OF RECORD**

Meta designates the docket sheets in the main bankruptcy case, No. 22-50073 ("BK"), and the related adversary proceeding in which Meta is a defendant, No. 24-05117 ("AP"), and each of the documents below for inclusion in the record on appeal. The following designations include all exhibits attached to and referenced in the designated items.

| No. | Date | Description [Docket No.] |
|---|---|---|
| 1. | 1/18/24 | Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2509] |
| 2. | 1/31/24 | Omnibus Notice of Service and Publication Notice Pursuant to Order Granting Chapter 11 Trustee's Emergency Motion for Entry of Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing [BK Dkt. No. 2540] |
| 3. | 2/5/24 | Objection of Mei Guo to Trustee's Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2551] |
| 4. | 2/5/24 | Non-Party Defeng Cao's Memorandum of Law in Opposition to the Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2553] |
| 5. | 2/5/24 | UBS AG's Objection to Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2554] |
| 6. | 2/5/24 | Objection to the Chapter 11 Trustee's Motion for Entry of An Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2557] |
| 7. | 2/5/24 | G Club Operations LLC's Objection and Memorandum of Law in Opposition to Trustee's Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2563] |
| 8. | 2/5/24 | Objection of Non-Parties Rule of Law Foundation III, Inc. and Rule of Law Society IV, Inc. to Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2565] |
| 9. | 2/5/24 | Objection of Third Parties Chris Lee and Qidong Xia to Trustee's Motion for Entry for Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2566] |
| 10. | 2/5/24 | Objection to the Chapter 11 Trustee's Motion for Entry for Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 and Joinder to Objections Filed by Mei Guo (ECF 2551), UBS AG (ECF 2554), Defeng Cao (ECF 2553), Taurus Fund, LLC, Taurus Management, LLC and Scott Barnett (ECF 2557) and G Club Operations LLC (ECF 2563) [BK Dkt. No. 2569] |
| 11. | 2/5/24 | Objection of GS Security Solutions, Inc. to Trustee's Motion to Toll or Enlarge Period to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 [BK Dkt. No. 2571] |

| No. | Date | Description [Docket No.] |
|---|---|---|
| 12. | 2/7/24 | Objection and Joinder by Yinying Wang to Chapter 11 Trustee's Motion for Order Extending Deadline to File Avoidance Actions Under §§ 108, 546(a), and 549 of the Bankruptcy Code [BK Dkt. No. 2582] |
| 13. | 2/9/24 | Omnibus Reply of Chapter 11 Trustee (I) in Support of Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549, and (II) in Response to Objections Thereto [BK Dkt. No. 2620] |
| 14. | 2/11/24 | Complaint of Chapter 11 Trustee Seeking Avoidance and Recovery of Fraudulent Transfers and Related Relief Pursuant to Bankruptcy Code Sections 544, 548 and 550 and New York Debtor & Creditor Law Sections 273, 274, and 276 [AP Dkt. No. 1] |
| 15. | 2/13/24 | Transcript of Hearing on February 13, 2024 [BK Dkt. No. 2947] |
| 16. | 2/15/24 | Memorandum of Decision and Order Granting in Part Motion to Extend Deadlines [BK Dkt. No. 2921] |
| 17. | 5/31/24 | Monthly Fee Statement of Neubert, Pepe & Monteith, P.C. for Compensation and Reimbursement of Expenses for Period From February 1, 2024 through February 29, 2024 [BK Dkt. No. 3229] |
| 18. | 6/28/24 | Notice of Appearance of Counsel [AP Dkt. No. 14] |
| 19. | 7/19/24 | First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 3329] |
| 20. | 7/22/24 | Notice of Filing Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions [AP Dkt. No. 25] |
| 21. | 8/6/24 | Meta Platform, Inc.'s Objection to Extension of Deadline to File Avoidance Actions [AP Dkt. No. 28] |
| 22. | 8/6/24 | G Club Operations, LLC's Objection and Memorandum of Law in Opposition to First Supplemental Motion for Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 3374] |
| 23. | 8/6/24 | Notice of Filing of Meta Platform, Inc.'s Objection to Extension of Deadline to File Avoidance Actions [BK Dkt. No. 3375] |
| 24. | 8/6/24 | Notice of Filing of Apple, Inc.'s Objection to Extension of Deadline to File Avoidance Actions [BK Dkt. No. 3376] |
| 25. | 8/7/24 | Notice of Filing Objections to First Supplemental Motion for Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions in Pending Adversary Proceedings [BK Dkt. No. 3379] |
| 26. | 8/9/24 | Omnibus Reply of Chapter 11 Trustee (I) in Support of First Supplemental Motion for Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions and (II) in Response to the Objections Thereto [BK Dkt. No. 3391] |

| No. | Date | Description [Docket No.] |
|-----|------|--------------------------|
| 27. | 8/13/24 | Transcript of Hearing on August 13, 2024 [BK Dkt. No. 3446] |
| 28. | 8/14/24 | Order Granting Second Motion for Extension of Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 3417] |
| 29. | 8/27/24 | Notice of Appeal [BK Dkt. No. 3464] |
| 30. | 9/10/24 | Appellant's Designation of Items to be Included in the Record on Appeal and Statement of Issues [BK Dkt. No. 3524] |
| 31. | 1/24/25 | Second Supplemental Motion for Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 4004] |
| 32. | 1/29/25 | Notice of Filing Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions and Notice of Hearing [AP Dkt. No. 43] |
| 33. | 2/7/25 | G Club Operations, LLC's Objection and Memorandum of Law in Opposition to Second Supplemental Motion of the Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 4034] |
| 34. | 2/7/25 | American Express Company's Objection to Second Supplemental Motion of the Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 4035] |
| 35. | 2/7/25 | Notice of Joinder in Objections to Motion to Extend the February 15, 2025 Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 4039] |
| 36. | 2/7/25 | Notice of Filing [BK Dkt. No. 4040] |
| 37. | 2/7/25 | Notice of Joinder of AWS and Amazon.com, Inc. [BK Dkt. No. 4041] |
| 38. | 2/7/25 | Meta Platforms, Inc. Objection to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions [AP Dkt. No. 44] |
| 39. | 2/7/25 | Notice of Filing [BK Dkt. No. 4042] |
| 40. | 2/7/25 | Miller Motorcars, Inc. Objection to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions [Bk Dkt. No. 4044] |
| 41. | 2/11/25 | Transcript of Hearing on February 11, 2025 [BK Dkt. No. 4174] |
| 42. | 2/14/25 | Order Granting in Part Third Motion for Extension of Deadline for Trustee to File Avoidance Actions [BK Dkt. No. 4106] |
| 43. | 2/27/25 | Notice of Appeal [BK Dkt. No. 4176] |

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Fed. R. Bankr. P. 8009(b)(1), Meta certifies that it is not ordering any transcripts. The relevant transcripts have already been prepared and are listed in the above designation.

## STATEMENT OF ISSUES

1. The 2-year period for a trustee to commence actions to avoid pre- and post-petition transfers is codified in 11 U.S.C. §§ 546(a) and 549(d). The Bankruptcy Court relied on Fed. R. Bankr. P. 9006(b)—a rule that contains no language authorizing the enlargement of a statute of limitations—to extend the 2-year period. Is the Bankruptcy Court's extension order an invalid and unenforceable expansion of the limitations period enacted by Congress?

2. The 2-year period for a trustee to commence actions asserting pre-petition claims based on non-bankruptcy law is codified in 11 U.S.C. § 108(a). The Bankruptcy Court held that section 108(a) is a statute of limitations and capable of extension under Fed. R. Bankr. P. 9006(b). Is the Bankruptcy Court's extension order an invalid and unenforceable expansion of the limitations period enacted by Congress?

3. Did the Bankruptcy Court err in holding that 11 U.S.C. §§ 546(a) and 549(d) govern time limitations for the Trustee to commence actions that are not avoidance actions?

4. Did the Bankruptcy Court err in authorizing an extension of the Trustee's deadline to amend complaints in pending actions pursuant to Fed. R. Bankr. P. 9006(b)?

5. The Bankruptcy Court's March 14, 2025 third extension order incorporates by reference its first and second extension orders. Prior to the hearing on first extension order, Trustee was aware of Meta but failed to put Meta on actual notice of the motion. Did the failure to provide Meta notice of the first extension motion wrongfully deprive Meta of due process and an

opportunity to be heard, thus rendering the resulting extension orders invalid and unenforceable against Meta?

| | |
|---|---|
| Dated: March 13, 2025<br>New York, New York | */s/ George Angelich*<br>George Angelich (ct27542)<br>Eric Roman (admitted *pro hac vice*)<br>Patrick Feeney (admitted *pro hac vice*)<br>ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>T: 212.457.5423<br>E: george.angelich@afslaw.com<br>    eric.roman@afslaw.com<br>    patrick.feeney@afslaw.com<br><br>- and -<br><br>Jin Yan (admitted *pro hac vice*)<br>ArentFox Schiff LLP<br>1717 K St. NW<br>Washington, DC 20006<br>T: 202.778.6442<br>E: jin.yan@afslaw.com<br><br>*Counsel for Meta Platforms, Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that on March 13, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated: March 13, 2025
       New York, New York

*/s/ George Angelich*
George Angelich