AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**

**DUE DATE:**

| | | |
|---|---|---|
| **1. NAME** Patrick R. Linsey | **2. PHONE NUMBER** (203) 781-2847 | **3. DATE** 2/27/2025 |
| **4. DELIVERY ADDRESS OR EMAIL** plinsey@npmlaw.com | **5. CITY** New Haven | **6. STATE** CT   **7. ZIP CODE** 06510 |

| | | | |
|---|---|---|---|
| **8. CASE NUMBER** 22-50073 | **9. JUDGE** Hon. Julie A. Manning | **DATES OF PROCEEDINGS** **10. FROM** 2/27/2025 | **11. TO** 2/27/2025 |
| **12. CASE NAME** Ho Wan Kwok and Genever Holdings LLC | | **LOCATION OF PROCEEDINGS** **13. CITY** Bridgeport | **14. STATE** CT |

**15. ORDER FOR**

- ☐ APPEAL
- ☐ CRIMINAL
- ☐ CRIMINAL JUSTICE ACT
- ☒ BANKRUPTCY
- ☐ NON-APPEAL
- ☐ CIVIL
- ☐ IN FORMA PAUPERIS
- ☐ OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Entire Hearing | 2/27/2025 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☒ | NO. OF COPIES 1 | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL** 0.00

| | |
|---|---|
| **18. SIGNATURE** /s/Patrick R. Linsey | **PROCESSED BY** Lorenzo M. Whitmore |
| **19. DATE** 3/12/2025 | **PHONE NUMBER** 203-579-5808 |
| **TRANSCRIPT TO BE PREPARED BY** Reliable | **COURT ADDRESS** 915 Lafayette Blvd. Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Thursday February 27, 2025

| | | | |
|---|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok | |

**Matter:**  #4018; Interim Application for Compensation

| | | | |
|---|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok | |

**Matter:**  #4021; Application to Employ

# Attorneys that participated in the February 27, 2025 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Annecca H. Smith**
Robinson&Cole LLP
One State Street
Hartford, CT 06103