# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

IN RE: KWOK,
*Debtors*

BANKR. NO. 22-50073 (JAM)
CIVIL NO. 3:23-CV-1514 (KAD)

G CLUB OPERATIONS, LLC,
    *Appellant*,

v.

LUC A. DESPINS,
    *Trustee-Appellee*.

## JUDGMENT

This action having come before the Court on a notice of appeal from Bankruptcy Court before the Honorable Kari A. Dooley, United States District Judge; and the Court having considered the full record of the case including applicable principles of law, and having entered an order on March 11, 2025, affirming the order of the Bankruptcy Court and directing judgment enter in favor of the Trustee; It is therefore;

ORDERED, ADJUGED and DECREED that judgment is entered in favor of the Trustee and the case is closed.

Dated at Bridgeport, Connecticut, this 13th day of March 2025.

DINAH MILTON KINNEY, Clerk
By: /s/ Kristen Gould
Kristen Gould
Deputy Clerk

EOD: 3/13/2025