**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
------------------------------------------------------------x
                                          :
In re:                                    :  Chapter 11
                                          :
HO WAN KWOK, et al.,                      :  Case No. 22-50073 (JAM)
                                          :
            Debtors.¹                     :  Jointly Administered
                                          :
------------------------------------------------------------x
```

**SUPPLEMENTAL ORDER GRANTING THIRD INTERIM FEE APPLICATION**
**OF PRAGER DREIFUSS AG, AS SWISS LAW COUNSEL, FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 19, 2024**
**THROUGH DECEMBER 31, 2024**

Upon consideration of the Application (the "Application") of Prager Dreifuss AG

("Prager"), as Swiss law counsel for Luc A. Despins, in his capacity as the chapter 11 trustee (the

"Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"),[2] for interim

allowance of compensation and reimbursement of expenses from September 19, 2024 through

December 31, 2024; and sufficient notice having been given; and a hearing having been held on

February 27, 2025; and the Court having entered an order granting the Application [Docket No.

4181] (the "Original Fee Order") as to the compensation of fees in the amount of CHF

277,920.00 and reimbursement of expenses in the amount of CHF 5,558.35 (on account of the

2% flat fee for disbursements), but deferring its ruling as to the CHF 8,950.00 in expenses

incurred on account of services provided by third party vendors (the "Third Party Vendor

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
     Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
     Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
     mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
     LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
     (solely for purposes of notices and communications).

[2]  Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

Expenses"); and, in accordance with the Original Fee Order, the Trustee having filed, on March 5, 2025, a supplement to the Fee Application submitting, under seal, copies of the invoices documenting the Third Party Vendor Expenses; and due consideration having been given to any responses to the Application and the objection of the United States Trustee to the Fee Application being overruled; and sufficient cause having been shown for the Fee Application, it is hereby:

1.     ORDERED that the Original Fee Order is hereby supplemented and the Application is granted, pursuant to 11 U.S.C. §§ 330 and 331, to the extent set forth herein, so as to award reimbursement of expenses in the amount of CHF 8,950.00 in Third Party Vendor Expenses to Prager, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full; it is further

2.     ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

3.     ORDERED that the Trustee and Prager are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

4.     ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

5.     ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 17th day of March, 2025.



*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

2