UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x
: 
In re:                                                         : Chapter 11
                                                               : 
HO WAN KWOK, *et al.*,                                         : Case No. 22-50073 (JAM)
                                                               : 
Debtors.[1]                                                    : Jointly Administered
                                                               : 
---------------------------------------------------------------x

**ORDER AMENDING ORDER (A) GRANTING APPLICATION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327, 328, AND 330, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING AND APPROVING RETENTION AND EMPLOYMENT OF <u>PRAGER DREIFUSS AG AS SWISS LAW COUNSEL</u>**

Upon consideration of the oral motion of Luc A. Despins (the "<u>Motion</u>"), in his capacity as the chapter 11 trustee (the "<u>Trustee</u>") appointed in the chapter 11 case of Ho Wan Kwok (the "<u>Debtor</u>"),[2] made at the February 27, 2025 Hearing, to amend the *Amended Order (A) Granting Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Prager Dreifuss AG as Swiss Law Counsel*, dated March 21, 2024 [Docket No. 3034] (the "<u>Retention Order</u>"); and the objection of the United States Trustee to the Motion being overruled; and it appearing that no

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

other or further notice need be given; and a hearing having been held on February 27, 2025; and after due deliberation and sufficient cause appearing therefor, it is hereby

1. ORDERED that the Motion is granted as set forth herein.

2. ORDERED that paragraph 6 of the Retention Order shall be amended and restated in its entirety as follows:

> 6. Allowance of any compensation for Prager Dreifuss shall be limited to the extent of services actually performed as Swiss law counsel for the Chapter 11 Trustee Luc A. Despins, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a Chapter 11 trustee without the assistance of an attorney. Notwithstanding Section 4.1 of the Engagement Letter to the contrary, Prager Dreifuss shall also be entitled to (a) a flat fee for disbursements in an amount equal to 2% of total fees charged and (b) reimbursement of reasonable and documented expenses with respect to services provided by third party vendors, including local process servers, court and other registration fees, local investigators, and travel expenses (if any).

3. ORDERED that, except as provided in this Order, the Retention Order shall not be modified and shall remain in full force and effect; it is further

4. ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

5. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated at Bridgeport, Connecticut this 17th day of March, 2025.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut