**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
                                                            :
In re:                                                      : Chapter 11
                                                            :
HO WAN KWOK, *et al.*,                                      : Case No. 22-50073 (JAM)
                                                            :
        Debtors.[1]                                      : Jointly Administered
                                                            :
------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kroll, LLC ("Kroll") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from February 1, 2025 through and including February 28, 2025 (the "Fee Period"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $72,129.16 and $1,537.19, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period. The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as Exhibit B is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3. Attached hereto as Exhibit C is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4. Attached hereto as Exhibit D is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5. Attached hereto as Exhibit E are Kroll's fee statements for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

6. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn

(holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **April 7, 2025, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: March 17, 2025

By: */s/ Allen Pfeiffer*
Allen Pfeiffer
KROLL, LLC
55 East 52nd Street, Floor 17
New York, New York 10055

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
HO WAN KWOK, *et al.*,[1]           :    Case No. 22-50073 (JAM)
                                    :
            Debtors.                :    (Jointly Administered)
                                    :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF system.

Dated:    March 17, 2025            By: */s/ G. Alexander Bongartz*
          New York, New York            G. Alexander Bongartz (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 318-6000
                                        alexbongartz@paulhastings.com

                                        *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**

**HOURS AND RATES PER PROFESSIONAL**

*Time Period: February 1-28, 2025.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 890 | $ 712 | 4.4 | $ 3,132.80 |
| Barker, James | Associate Managing Director | Forensic Investigations and Intelligence | $ 710 | $ 639 | 6.4 | $ 4,089.60 |
| Jones, Iain | Associate Managing Director | Forensic Investigations and Intelligence | $ 710 | $ 639 | 2.0 | $ 1,278.00 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 16.1 | $ 8,331.75 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 90.7 | $ 46,937.25 |
| Pallas, Xavier | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 20.4 | $ 10,557.00 |
| Casemore, James | Associate | Forensic Investigations and Intelligence | $ 385 | $ 347 | 3.0 | $ 1,039.50 |
| Spier, Tre | Research Analyst | Forensic Investigations and Intelligence | $ 245 | $ 221 | 67.1 | $ 14,795.55 |
| **Total Hours and Fees:** | | | | | **210.1** | **$ 90,161.45** |
| **Blended Hourly Rate:** | | | | | | **$ 429.14** |

1

# EXHIBIT B

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

*Time Period: February 1-28, 2025.*

| U.S. Trustee Task Code and Project Category | | Hours Billed | Fees Billed |
|---|---|---|---|
| B110 | Case Administration | 0.5 | $ 356.00 |
| B113 | Pleadings Review | - | $ - |
| B120 | Asset Analysis and Recovery | 204.6 | $ 87,023.45 |
| B155 | Court Hearings | - | $ - |
| B160 | Fee/Employment Applications | 5.0 | $ 2,782.00 |
| B170 | Fee/Employment Objections | - | $ - |
| B180 | Avoidance Action Analysis | - | $ - |
| B181 | Preference Analysis and Recovery Actions | - | $ - |
| B182 | Post-Petition Transfers and Recovery Actions | - | $ - |
| B190 | Other Contested Matters (excl. assumption/rejections motions) | - | $ - |
| B191 | General Litigation | - | $ - |
| B192 | Lender Litigation | - | $ - |
| B195 | Non-Working Travel | - | $ - |
| B261 | Investigations | - | $ - |
| **TOTAL** | | **210.1** | **$ 90,161.45** |

1

**EXHIBIT C**

**SUMMARY OF COMPENSATION BY MATTER ID**

*Time Period: February 1-28, 2025.*

| Matter ID and Name | | Hours Billed | Fees Billed |
|---|---|---|---|
| 00001 | General Debtor Representation | 5.5 | $ 3,138.00 |
| 00002 | Asset Recovery Investigation and Litigation | 163.7 | $ 71,947.25 |
| 00003 | HK USA Adversary Proceeding | - | $ - |
| 00004 | Bravo Luck Adversary Proceeding | - | $ - |
| 00005 | PAX Adversary Proceeding | - | $ - |
| 00006 | SN Apartment Adversary Proceeding | - | $ - |
| 00007 | Greenwich Land Adversary Proceeding | - | $ - |
| 00008 | AIG Adversary Proceeding | - | $ - |
| 00009 | Mei Guo Adversary Proceeding | 40.6 | $ 14,862.60 |
| 00010 | Interpleader Adversary Proceeding | - | $ - |
| 00011 | HCHK Adversary Proceeding | - | $ - |
| 00012 | Golden Spring Adversary Proceeding | - | $ - |
| 00013 | Mahwah Adversary Proceeding | - | $ - |
| 00014 | RICO Litigation | - | $ - |
| 00015 | Lamp Capital Adversary Proceeding | - | $ - |
| 00016 | G-Club Adversary Proceeding | - | $ - |
| 00017 | Rule of Law Adversary Proceeding | - | $ - |
| 00018 | UAE Asset Recovery Actions | 0.3 | $ 213.60 |
| 00019 | Leading Shine Adversary Proceeding | - | $ - |
| 00020 | Gettr USA Proceeding | - | $ - |
| | | **210.1** | **$ 90,161.45** |

**EXHIBIT D**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

*Time Period: February 1-28, 2025.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---|
| Database and Research Fees for February | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | $ 621.59 |
| Valid8 Charges | General Debtor Representation | Case Administration | 915.60 |
| **TOTAL** | | | **$ 1,537.19** |

1

**EXHIBIT E**

**FEE DETAIL**

*Time Period: February 1-28, 2025.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Barker, James | 1/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review documents/case materials - transferee list | 1.0 | $ 639.00 |
| Barker, James | 1/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email - with L.Song regarding ▮▮▮ & ▮▮▮ asset search work | 1.3 | $ 830.70 |
| Barker, James | 1/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conduct Investigation - reviewed ▮ ▮▮▮ findings | 2.2 | $ 1,405.80 |
| Casemore, James | 1/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conduct research and analysis on possible ▮▮▮ | 3.0 | $ 1,039.50 |
| Barker, James | 1/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email - internal tasking regarding the ▮▮▮ ▮▮▮ ▮▮▮ | 0.8 | $ 511.20 |
| Pallas, Xavier | 2/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted Relativity research and investigative public record research re ▮▮▮ for ▮▮▮ ▮▮▮ | 4.3 | $ 2,225.25 |
| Lazarus, Jordan | 2/3/2025 | General Debtor Representation | Fee/Employment Applications | Prepare January 2025 monthly fee statement. | 0.5 | $ 258.75 |
| Parizek, Pam | 2/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas summary and related schedule re: ▮▮▮ ▮▮▮ tranche 1 (.2). | 0.2 | $ 142.40 |
| Lomas, Adam | 2/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attention to schedules of ▮▮▮ ▮▮▮ for ▮▮▮ ▮▮▮ compose related email to NPM Law. | 2.8 | $ 1,449.00 |
| Lomas, Adam | 2/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Telephone call with P. Linsey re: data for various ▮▮▮ timing, and other administrative matters. | 0.4 | $ 207.00 |
| Lomas, Adam | 2/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Data work to capture and quantify ▮ ▮▮▮ by ▮▮▮ from ▮▮▮ ▮▮▮ account. | 1.6 | $ 828.00 |
| Spier, Tre | 2/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and source schedules of ▮▮▮ ▮▮▮ for ▮▮▮ ▮▮▮ | 7.2 | $ 1,587.60 |
| Lomas, Adam | 2/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of the nature and mechanics of transfers to certain potential ▮▮▮ ▮▮▮ (location of ▮▮▮ ▮▮▮ use of ▮▮▮ ▮▮▮ etc.); compose related email to NPM Law [P. Linsey]. | 1.3 | $ 672.75 |
| Pallas, Xavier | 2/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted Relativity research and investigative public record research re ▮▮▮ for ▮▮▮ ▮▮▮ | 1.6 | $ 828.00 |

1

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lazarus, Jordan | 2/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and respond to correspondence with NPM Law re: numerous ▮ updated Schedule A's, ▮ and related matters. | 1.2 | $ 621.00 |
| Spier, Tre | 2/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and source schedules of ▮ ▮ for ▮ ▮. | 7.4 | $ 1,631.70 |
| Lomas, Adam | 2/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of research findings with respect to ▮ information for targets of ▮ related Relativity research; compose related follow-up questions/comments to X. Pallas. | 2.9 | $ 1,500.75 |
| Parizek, Pam | 2/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas summary and related schedule re: ▮ ▮ tranche 2 and payments to ▮ ▮ (.2). Review ▮ ▮ for ▮ mark entities for further inquiry (.1) | 0.3 | $ 213.60 |
| Lomas, Adam | 2/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Data work to capture and quantify ▮ ▮ by ▮ from ▮ ▮ account. | 3.9 | $ 2,018.25 |
| Lomas, Adam | 2/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attention to schedules of ▮ ▮ for ▮ ▮ compose related email to NPM Law. | 3.2 | $ 1,656.00 |
| Lazarus, Jordan | 2/5/2025 | General Debtor Representation | Fee/Employment Applications | Prepare January 2025 monthly fee statement. | 0.5 | $ 258.75 |
| Spier, Tre | 2/5/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and source schedules of ▮ ▮ for ▮ ▮. | 3.5 | $ 771.75 |
| Parizek, Pam | 2/5/2025 | General Debtor Representation | Case Administration | Review staff communications re: staffing, scheduling, ongoing work to meet 2/15 deadline (.5). | 0.5 | $ 356.00 |
| Lomas, Adam | 2/5/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedules of ▮ ▮ for ▮ ▮. | 6.9 | $ 3,570.75 |
| Parizek, Pam | 2/5/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review schedules to complaint in ▮ proceeding (.2). | 0.2 | $ 142.40 |
| Lomas, Adam | 2/5/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to Paul Hastings [L. Song and D. Barron] with questions re: transfers to individual (or individuals) named ▮. | 0.4 | $ 207.00 |
| Lomas, Adam | 2/5/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [D. Skalka] re: transfers to ▮ Inc, ▮ and ▮ related review of transaction data. | 0.3 | $ 155.25 |
| Lazarus, Jordan | 2/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and respond to correspondence with NPM Law re: numerous ▮ updated Schedule A's, ▮ and related matters. | 0.7 | $ 362.25 |

2

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 2/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey] re: transfers from ▮▮▮ related transaction and document review. | 0.7 | $ 362.25 |
| Parizek, Pam | 2/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review Amended Complaints for ▮▮▮ (.2). | 0.2 | $ 142.40 |
| Lomas, Adam | 2/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from Paul Hastings [E. Sutton] re: transfers involving ▮▮▮ related transaction and document review. | 0.7 | $ 362.25 |
| Spier, Tre | 2/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and source schedules of ▮▮▮ for ▮▮▮ | 3.9 | $ 859.95 |
| Lomas, Adam | 2/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continued attention to schedules of ▮▮▮ for ▮▮▮ compose related email to NPM Law. | 4.9 | $ 2,535.75 |
| Lomas, Adam | 2/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis to determine which ▮▮▮ to be filed under seal (based upon confidentiality of documents supporting transfers). | 1.4 | $ 724.50 |
| Lomas, Adam | 2/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Revisions to schedules of ▮▮▮ for ▮▮▮ per request of NPM Law [D. Skalka]; related email to NPM Law. | 0.3 | $ 155.25 |
| Lomas, Adam | 2/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedule of transfers to the ▮▮▮ compose related email to NPM Law [K. Mitchell]. | 0.7 | $ 362.25 |
| Lazarus, Jordan | 2/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and respond to correspondence with NPM Law re: numerous ▮▮▮ updated Schedule A's, ▮▮▮ and related matters. | 0.7 | $ 362.25 |
| Spier, Tre | 2/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedules of transfers to ▮▮▮ agreements. | 1.5 | $ 330.75 |
| Lomas, Adam | 2/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [D. Skalka] re: addresses for transferees for ▮▮▮ | 0.3 | $ 155.25 |
| Lomas, Adam | 2/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedules of transfers to ▮▮▮ LLP, and ▮▮▮ compose related email to NPM Law [P. Linsey]. | 1.4 | $ 724.50 |
| Pallas, Xavier | 2/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted Relativity research and investigative public record research for ▮▮▮ about 33 ▮▮▮ | 1.7 | $ 879.75 |
| Lomas, Adam | 2/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Research with respect to ▮▮▮ accounts at ▮▮▮ and related transfers. | 0.4 | $ 207.00 |

3

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 2/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to T. Spier re: review of documents with respect to identifying transfers to the ▮▮▮. | 0.2 | $ 103.50 |
| Spier, Tre | 2/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮ account checks; related updates to master transaction file. | 1.4 | $ 308.70 |
| Lomas, Adam | 2/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare additional schedules of ▮▮▮ for new and ▮▮▮ per request from NPM Law. | 1.7 | $ 879.75 |
| Pallas, Xavier | 2/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted Relativity research and investigative public record research re ▮▮▮ for ▮▮▮. | 5.4 | $ 2,794.50 |
| Pallas, Xavier | 2/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted Relativity research and investigative public record research re ▮▮▮ for ▮▮▮. | 0.9 | $ 465.75 |
| Lomas, Adam | 2/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare additional schedules of ▮▮▮ for new and ▮▮▮ per request from NPM Law; compose related email to NPM Lay [D. Skalka]. | 1.4 | $ 724.50 |
| Lomas, Adam | 2/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from Paul Hastings [L. Song] re: transaction counts; related calculations and analyses. | 0.5 | $ 258.75 |
| Parizek, Pam | 2/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review updated schedules re new and reveised avoidance complaints (.2). | 0.2 | $ 142.40 |
| Lomas, Adam | 2/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Reconciliation of identified transfers with respect to certain ▮▮▮. | 2.9 | $ 1,500.75 |
| Lomas, Adam | 2/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Revisions and continued attention to schedules of ▮▮▮ for ▮▮▮ compose related emails to NPM Law [D. Skalka and P. Linsey]. | 3.0 | $ 1,552.50 |
| Lazarus, Jordan | 2/10/2025 | General Debtor Representation | Fee/Employment Applications | Prepare January 2025 monthly fee statement. | 1.0 | $ 517.50 |
| Pallas, Xavier | 2/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted Relativity research and investigative public record research for ▮▮▮ about 33 ▮▮▮. | 1.3 | $ 672.75 |
| Lazarus, Jordan | 2/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and respond to correspondence with NPM Law re: numerous ▮▮▮ updated Schedule A's, ▮▮▮ and related matters. | 0.4 | $ 207.00 |
| Lomas, Adam | 2/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ▮▮▮ and ▮▮▮ Inc. | 0.6 | $ 310.50 |
| Lomas, Adam | 2/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of certain transfers to ▮▮▮. | 0.7 | $ 362.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lazarus, Jordan | 2/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and respond to correspondence with NPM Law re: numerous ▮▮ updated Schedule A's, ▮▮ and related matters. | 0.7 | $ 362.25 |
| Lomas, Adam | 2/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of certain transfers to ▮▮ | 2.6 | $ 1,345.50 |
| Lazarus, Jordan | 2/11/2025 | General Debtor Representation | Fee/Employment Applications | Prepare January 2025 monthly fee statement. | 0.5 | $ 258.75 |
| Spier, Tre | 2/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮ account checks; related updates to master transaction file. | 4.0 | $ 882.00 |
| Lomas, Adam | 2/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Revisions and continued attention to schedules of ▮▮ for ▮▮ compose related emails to NPM Law [D. Skalka and P. Linsey]. | 0.6 | $ 310.50 |
| Lomas, Adam | 2/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey] re: updated transfer totals for certain avoidance defendants. | 0.8 | $ 414.00 |
| Lomas, Adam | 2/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of certain transfers to ▮▮ | 1.0 | $ 517.50 |
| Pallas, Xavier | 2/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted Relativity research and investigative public record research for ▮▮ about 4 ▮▮ | 0.5 | $ 258.75 |
| Lomas, Adam | 2/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [D. Skalka] re: clarification of transferor of certain transfers to ▮▮ | 0.1 | $ 51.75 |
| Lomas, Adam | 2/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of transfers with respect to possible ▮▮ (individuals) ▮▮ compose related email to NPM Law [P. Linsey and D. Skalka]. | 1.4 | $ 724.50 |
| Lomas, Adam | 2/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey] re: source bank accounts of certain transfers to ▮▮ | 0.2 | $ 103.50 |
| Spier, Tre | 2/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮ account checks; related updates to master transaction file. | 5.6 | $ 1,234.80 |
| Parizek, Pam | 2/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review comments re: ▮▮ (.3). | 0.3 | $ 213.60 |
| Lomas, Adam | 2/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [D. Skalka] re: ▮▮ for certain ▮▮ | 0.7 | $ 362.25 |

5

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 2/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare additional schedules of transfers for additional ▮▮▮▮ related research as to ▮▮▮▮ of targets; compose related email to NPM Law [D. Skalka and P. Linsey]. | 1.9 | $ 983.25 |
| Lomas, Adam | 2/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare revised schedules of ▮▮▮▮ compose related email to NPM Law [P. Linsey]. | 0.4 | $ 207.00 |
| Parizek, Pam | 2/12/2025 | General Debtor Representation | Fee/Employment Applications | Review draft Fee Statement for January 2025 (.5) | 0.5 | $ 356.00 |
| Lazarus, Jordan | 2/12/2025 | General Debtor Representation | Fee/Employment Applications | Prepare January 2025 monthly fee statement. | 1.5 | $ 776.25 |
| Lomas, Adam | 2/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review documents produced by The ▮▮▮▮ related update of inventory of Debtor-related bank accounts. | 1.4 | $ 724.50 |
| Lomas, Adam | 2/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review research results for ▮▮▮▮ with respect to certain ▮▮▮▮ compose related email to Paul Hastings [E. Sutton]. | 0.6 | $ 310.50 |
| Lomas, Adam | 2/12/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Various email correspondence with Paul Hastings [L. Song] re: documents produced by The ▮▮▮▮ and certain ▮▮▮▮ account statements and documents. | 0.9 | $ 465.75 |
| Lomas, Adam | 2/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Additional attention/revisions to schedules of transfers to ▮▮▮▮ compose related email to NPM Law [P. Linsey]. | 0.4 | $ 207.00 |
| Lomas, Adam | 2/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Revisions to ▮▮▮▮ transfers per inquiry/request from NPM Law [N. Kinella]. | 0.2 | $ 103.50 |
| Lomas, Adam | 2/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Data work with respect to the creation of a new schedule/table of itemized transfers to ▮▮▮▮ for attachment to avoidance complaint (▮▮▮▮ transfers). | 5.2 | $ 2,691.00 |
| Lazarus, Jordan | 2/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and respond to correspondence with NPM Law re: numerous ▮▮▮▮ updated Schedule A's, ▮▮▮▮ and related matters. | 0.2 | $ 103.50 |
| Lomas, Adam | 2/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare additional schedules of transfers for additional ▮▮▮▮ related research as to ▮▮▮▮ of targets; compose related email to NPM Law [P. Linsey]. | 1.8 | $ 931.50 |
| Spier, Tre | 2/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of document productions from ▮▮▮▮ related updates to inventory of Debtor-related bank accounts. | 1.3 | $ 286.65 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Spier, Tre | 2/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮ and ▮▮▮ bank account transactions; related updates to master transaction file. | 0.9 | $ 198.45 |
| Lomas, Adam | 2/13/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Respond to inquiry from Paul Hastings [L. Song] re: ▮▮▮ LLC payroll records; related review of ▮▮▮ | 2.8 | $ 1,449.00 |
| Lomas, Adam | 2/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Telephone conversation with P. Linsey re: certain transfers from ▮▮▮ accounts. | 0.2 | $ 103.50 |
| Lomas, Adam | 2/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [D. Skalka] re: transfers to ▮▮▮ Inc ▮▮▮; prepare related schedule of transfers. | 0.5 | $ 258.75 |
| Lazarus, Jordan | 2/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review ▮▮▮ document productions for seal markings; correspondence with Kroll team and NPM Law re: related matters. | 0.8 | $ 414.00 |
| Spier, Tre | 2/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮ and ▮▮▮ bank account transactions; related updates to master transaction file. | 3.8 | $ 837.90 |
| Lomas, Adam | 2/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Coordinate response to inquiry from NPM Law [D. Skalka] re: confidentiality of documents underlying transfers to ▮▮▮ Inc ▮▮▮ with J. Lazarus. | 0.2 | $ 103.50 |
| Parizek, Pam | 2/19/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review communications re: ▮▮▮ accounts (.1). | 1.0 | $ 712.00 |
| Lomas, Adam | 2/19/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey] re: additional identified transfers to ▮▮▮ LLP; prepare related schedule and analysis. | 1.8 | $ 931.50 |
| Lomas, Adam | 2/19/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to T. Spier for capture of transaction activity in ▮▮▮ with ▮▮▮. | 0.2 | $ 103.50 |
| Spier, Tre | 2/19/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review and analysis of ▮▮▮ bank account transactions. | 6.7 | $ 1,477.35 |
| Lazarus, Jordan | 2/19/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Analysis of ▮▮▮ with ▮▮▮ and related correspondence with Kroll team. | 0.6 | $ 310.50 |
| Lazarus, Jordan | 2/19/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and respond to correspondence with NPM Law re: numerous ▮▮▮ updated Schedule A's, ▮▮▮ and related matters. | 0.7 | $ 362.25 |
| Parizek, Pam | 2/19/2025 | General Debtor Representation | Fee/Employment Applications | Review/approve final exhibits and redactions to monthly Fee Statement for January 2025 (.5). | 0.5 | $ 356.00 |
| Spier, Tre | 2/20/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review and analysis of ▮▮▮ bank account transactions. | 7.8 | $ 1,719.90 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 2/21/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Meeting with Paul Hastings [L. Song and D. Barron] re: documents in recent ▇▇▇▇▇▇ and requested analysis with respect to activity after ▇▇▇▇▇▇ date. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 2/21/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Phone call with L. Song and A. Lomas re: ▇▇▇▇▇▇ and related matters. | 0.4 | $ 207.00 |
| Spier, Tre | 2/21/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review and analysis of ▇▇▇ bank account transactions. | 6.2 | $ 1,367.10 |
| Lomas, Adam | 2/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.3 | $ 155.25 |
| Lomas, Adam | 2/21/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review and analysis of ▇▇▇▇▇▇ transactions; related updates to master transaction file. | 4.6 | $ 2,380.50 |
| Lomas, Adam | 2/24/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review and analysis of ▇▇▇▇▇▇ transactions; related updates to master transaction file. | 3.7 | $ 1,914.75 |
| Lomas, Adam | 2/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from Paul Hastings [S. Maza] re: funds ▇▇▇▇▇▇ bank accounts. | 1.1 | $ 569.25 |
| Lazarus, Jordan | 2/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of correspondence from A. Lomas re: closure of ▇▇▇▇▇▇ accounts and related ▇▇▇▇▇▇ | 0.2 | $ 103.50 |
| Lomas, Adam | 2/24/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Prepare schedules summarizing active ▇▇▇▇▇▇ and transaction activity post ▇▇▇▇▇▇ compose related email to Paul Hastings [L. Song]. | 4.1 | $ 2,121.75 |
| Lazarus, Jordan | 2/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Preparation of updated ▇▇▇▇▇▇ transactional analysis; correspondence with P. Linsey and A. Lomas re: related matters. | 2.9 | $ 1,500.75 |
| Lazarus, Jordan | 2/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▇▇▇▇▇▇ in preparation of ▇▇▇▇▇▇ correspondence with A. Lomas and L. Song re: related matters. | 0.8 | $ 414.00 |
| Lazarus, Jordan | 2/25/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of ▇▇▇▇▇▇ filed. | 0.3 | $ 155.25 |
| Spier, Tre | 2/26/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▇▇▇▇▇▇ bank account transactions; related updates to master transaction file. | 2.0 | $ 441.00 |
| Lomas, Adam | 2/26/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▇▇▇▇▇▇ bank account transactions into master transaction file for review/analysis. | 0.5 | $ 258.75 |
| Lomas, Adam | 2/26/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Respond to inquiry from Paul Hastings [L. Song] re: certain ▇▇▇▇▇▇ related document and transaction review. | 2.4 | $ 1,242.00 |
| Lazarus, Jordan | 2/26/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▇▇▇▇▇▇ in preparation of ▇▇▇▇▇▇ correspondence with A. Lomas and L. Song re: related matters. | 0.4 | $ 207.00 |

8

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Pallas, Xavier | 2/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted Relativity research to identify new ▮▮▮▮▮ for 6 previously researched defendants; reported draft findings in writing. | 1.2 | $ 621.00 |
| Lazarus, Jordan | 2/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review correspondence with K. Mitchell and A. Lomas re: review of ▮ transactional data and related matters. | 0.2 | $ 103.50 |
| Lazarus, Jordan | 2/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▮▮▮▮▮ transactions. | 0.9 | $ 465.75 |
| Spier, Tre | 2/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮▮▮ related updates to master transaction file. | 3.9 | $ 859.95 |
| Jones, Iain | 2/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email with Kroll team re: ▮ related maters. | 2.0 | $ 1,278.00 |
| Lomas, Adam | 2/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: ▮ | 0.3 | $ 155.25 |
| Lomas, Adam | 2/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮ bank account transactions; related updates to master transaction file. | 1.3 | $ 672.75 |
| Lomas, Adam | 2/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▮ Amex ▮ transactions into master transaction file for review/analysis. | 0.6 | $ 310.50 |
| Parizek, Pam | 2/28/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Review commuinications re: ▮ revised memo, request additional information (.3). | 0.3 | $ 213.60 |
| Parizek, Pam | 2/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review status updates re: ▮ and ▮ bank accounts (.2). | 0.2 | $ 142.40 |
| Barker, James | 2/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email with I.Jones regarding ▮ | 1.1 | $ 702.90 |
| Pallas, Xavier | 2/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted Relativity research to identify new ▮ for 6 previously researched defendants; reported draft findings in writing. | 3.5 | $ 1,811.25 |
| **Total Hours and Amount:** | | | | | **210.1** | **$ 90,161.45** |