IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**APPELLANTS AMAZON WEB SERVICES, INC. AND AMAZON.COM, INC.'S STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

In accordance with Federal Rule of Bankruptcy Procedure 8009, appellants Amazon Web Services, Inc. ("AWS") and Amazon.com, Inc. ("Amazon"), by their undersigned counsel, respectfully submit their statement of issues to be presented and designation of items to be included in the record on appeal in connection with their appeal of the *Order Granting In Part Third Motion for Extension of Deadline for Trustee to File Avoidance Actions* (ECF No. 4106), entered on February 14, 2025, by the United States Bankruptcy Court for the District of Connecticut.

**I.    Statement of Issues to Be Presented**

Amazon and AWS hereby state the following issues to be presented on appeal:

1.     Did the Bankruptcy Court err in granting the Trustee a third extension of the limitation periods within which the Trustee is required to initiate any avoidance actions under 11 USC §§ 108, 546(a) and/or 549(d).

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2. Does Fed. R. Bank. P. 9006(b), a rule promulgated by the judiciary branch, authorize a Bankruptcy Court – either on its face or consistent with constitutional "separation of powers" principles – to extend or otherwise alter the limitation periods for avoidance actions set forth in 11 USC §§ 546(a) and/or 549(d), which are statutes enacted by Congress.

II. **Designation of Items to be Included in the Record on Appeal**

Amazon and AWS hereby designate the following items to be included in the record on appeal, which includes any and all exhibits, documents and addenda attached thereto and filed therewith, and all documents incorporated by reference therein:

| ECF No. | Case No. | Date | Description |
|---|---|---|---|
| 2509 | 22-50073 | 01/18/2024 | Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 |
| 2540 | 22-50073 | 01/31/2024 | Omnibus Notice of Service and Publication Notice Pursuant to Order Granting Chapter 11 Trustee's Emergency Motion for Entry of Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing |
| 2551 | 22-50073 | 02/05/2024 | Objection of Mei Guo to Trustee's Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 |
| 2553 | 22-50073 | 02/05/2024 | Non-Party Defeng Cao's Memorandum of Law in Opposition to the Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 |
| 2554 | 22-50073 | 02/05/2024 | UBS AG's Objection to Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 |
| 2557 | 22-50073 | 02/05/2024 | Objection to the Chapter 11 Trustee's Motion for Entry of An Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 |

| 2563 | 22-50073 | 02/05/2024 | G Club Operations LLC's Objection and Memorandum of Law in Opposition to Trustee's Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 |
|---|---|---|---|
| 2565 | 22-50073 | 02/05/2024 | Objection of Non-Parties Rule of Law Foundation III, Inc. and Rule of Law Society IV, Inc. to Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 |
| 2566 | 22-50073 | 02/05/2024 | Objection of Third Parties Chris Lee and Qidong Xia to Trustee's Motion for Entry for Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 |
| 2569 | 22-50073 | 02/05/2024 | Objection to the Chapter 11 Trustee's Motion for Entry for Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 and Joinder to Objections Filed by Mei Guo (ECF 2551), UBS AG (ECF 2554), Defeng Cao (ECF 2553), Taurus Fund, LLC, Taurus Management, LLC and Scott Barnett (ECF 2557) and G Club Operations LLC (ECF 2563) |
| 2571 | 22-50073 | 02/05/2024 | Objection of GS Security Solutions, Inc. to Trustee's Motion to Toll or Enlarge Period to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549 |
| 2582 | 22-50073 | 02/07/2024 | Objection and Joinder by Yinying Wang to Chapter 11 Trustee's Motion for Order Extending Deadline to File Avoidance Actions Under §§ 108, 546(a), and 549 of the Bankruptcy Code |
| 2620 | 22-50073 | 02/09/2024 | Omnibus Reply of Chapter 11 Trustee (I) in Support of Motion for Entry of Order Extending Deadline for Trustee to File Avoidance Actions Under Bankruptcy Code Sections 108, 546(a), and 549, and (II) in Response to Objections Thereto |
| 2947 | 22-50073 | 02/13/2024 | Transcript of Hearing on February 13, 2024 |
| 2921 | 22-50073 | 02/15/2024 | Memorandum of Decision and Order Granting in Part Motion to Extend Deadlines |
| 3329 | 22-50073 | 07/19/2024 | First Supplemental Motion of Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions |

| | | | |
|---|---|---|---|
| 3374 | 22-50073 | 08/06/2024 | G Club Operations, LLC's Objection and Memorandum of Law in Opposition to First Supplemental Motion for Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions |
| 3375 | 22-50073 | 08/06/2024 | Notice of Filing of Meta Platform, Inc.'s Objection to Extension of Deadline to File Avoidance Actions |
| 3376 | 22-50073 | 08/06/2024 | Notice of Filing of Apple, Inc.'s Objection to Extension of Deadline to File Avoidance Actions |
| 3379 | 22-50073 | 08/07/2024 | Notice of Filing Objections to First Supplemental Motion for Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions in Pending Adversary Proceedings |
| 3391 | 22-50073 | 08/09/2024 | Omnibus Reply of Chapter 11 Trustee (I) in Support of First Supplemental Motion for Chapter 11 Trustee to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions and (II) in Response to the Objections Thereto |
| 3446 | 22-50073 | 08/13/2024 | Transcript of Hearing on August 13, 2024 |
| 3417 | 22-50073 | 08/14/2024 | Order Granting Second Motion for Extension of Deadline for Trustee to File Avoidance Actions |
| 4004 | 22-50073 | 01/24/2025 | Second Supplemental Motion to Extend Deadline for Trustee to File Avoidance Actions |
| 4009 | 22-50073 | 01/27/2025 | Notice of Hearing |
| 4034 | 22-50073 | 02/07/2025 | G Club Operations, LLC's Objection and Memorandum of Law in Opposition to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions |
| 4035 | 22-50073 | 02/07/2025 | American Express Company's Objection to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions |
| 4039 | 22-50073 | 02/07/2025 | Notice of Joinder in Objections to Motion to Extend the February 15, 2025, Deadline for Trustee to File Avoidance Actions |
| 4041 | 22-50073 | 02/07/2025 | Notice of Joinder of AWS and Amazon.com, Inc. |
| 4044 | 22-50073 | 02/07/2025 | Miller Motorcars, Inc. Objection to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions |
| 23 | Adv. Pro. No. 24-05012 | 02/07/2025 | Ogier's Objection and Memorandum of Law in Opposition to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2015 Deadline for Trustee to File Avoidance Actions |

| 36 | Adv. Pro. No. 24-05056 | 02/07/2025 | FFP (BVI) Limited's Objection and Memorandum of Law in Opposition to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions |
| --- | --- | --- | --- |
| 69 | Adv. Pro. No. 24-05060 | 02/07/2025 | Apple Inc. Objection to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions |
| 44 | Adv. Pro. No. 24-05117 | 02/07/2025 | Meta Platforms Inc. Objection to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2025 Deadline for Trustee to File Avoidance Actions |
| 52 | Adv. Pro. No. 24-05188 | 02/07/2025 | Weddle Law PLLC's Objection and Memorandum of Law in Opposition to Second Supplemental Motion of Chapter 11 Trustee to Extend February 15, 2015 Deadline for Trustee to File Avoidance Actions |
| 4106 | 22-50073 | 02/14/2025 | Order Granting In Part Third Motion for Extension of Deadline for Trustee to File Avoidance Actions. |
| 4172 | 22-50073 | 02/27/2025 | Transcript of proceedings held on February 11, 2025, before the Honorable Julie A. Manning |

### III. Certification Regarding Transcripts

Pursuant to Federal Rule of Bankruptcy Procedure 8009(b)(1), Amazon and AWS hereby certify that they are not ordering any transcripts. All transcripts have been prepared, are available on the docket, and are designated in the foregoing designation of the record.

### IV. Reservation of Rights

Amazon and AWS reserve and do not waive any of their rights to supplement this statement of issues for appeal and the designation of the record for appeal contained herein. This filing is made expressly subject to, and without waiver of, any and all rights, remedies, challenges and objections.

Dated:  March 18, 2025　　　　　　　　**K&L Gates LLP**

By: */s/ Brian T. Peterson*
Brian T. Peterson, (phv208265)
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
E-mail: brian.peterson@klgates.com

Lindsay Sampson Bishop, (ct29990)
K&L Gates LLP
1 Congress St,
Boston, MA 02114
Phone: (617) 261-3100
Fax: (617) 261-3175
E-mail: lindsay.bishop@klgates.com

*Counsel for Amazon Web Services, Inc. and Amazon.com, Inc.*