# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK<br>a/k/a WENGUI GUO<br>a/k/a MILES GUO, | Case No. 22-50073 (JAM) |
| **Debtor.** | |

### UNITED STATES TRUSTEE'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME FOR THE UNITED STATES TRUSTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE A RESPONSE/OBJECTION TO SEVENTH INTERIM FEE APPLICATION OF PAUL HASTINGS, LLP (ECF 4157)

William K. Harrington, the United States Trustee for Region 2 ("United States Trustee"), through counsel, respectfully moves for an extension of time to 4:00 p.m. on Friday, March 21, 2025 to respond and/or object to the Seventh Interim Fee Application of Paul Hastings, LLP (ECF 4157) ("PH Fee Application"). The United States Trustee seeks this extension for both the United States Trustee and the Official Committee of Unsecured Creditors ("Committee") to respond and/or object to the PH Fee Application, and Paul Hastings, LLP ("PH") consents to the requested extension.

The PH Fee Application is currently scheduled for a hearing on March 25, 2025. The deadline to respond to the PH Fee Application is currently March 20, 2025. The United States seeks an extension of time to March 21, 2025 at 4:00 pm for the United States Trustee and the Committee to respond and/or object to the PH Fee Application.

In support of this motion, the United States Trustee advises that the United States Trustee and the Committee have raised certain concerns with PH regarding the PH Fee Application. Additional time to consider the issues would be productive and may provide the opportunity to

reach a consensual resolution.

**WHEREFORE** the United States Trustee and the Committee, with the consent of PH, seek an extension of time to March 21, 2025 at 4:00 pm to respond and/or object to the PH Fee Application.

Dated: March 19, 2025
      New Haven, Connecticut

Respectfully submitted,
WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By:   /s/ Holley L. Claiborn
      Holley L. Claiborn
      Trial Attorney
      Office of the United States Trustee
      Giaimo Federal Building, Room 302
      150 Court Street
      New Haven, CT 06510
      Holley.L.Claiborn@usdoj.gov
      Federal Bar No.: ct17216 (Connecticut)
      (203) 773-2210

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK<br>a/k/a WENGUI GUO<br>a/k/a MILES GUO, | Case No. 22-50073 (JAM) |
| **Debtor.** | |

*PROPOSED*
**ORDER GRANTING UNITED STATES TRUSTEE'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME FOR THE UNITED STATES TRUSTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE A RESPONSE/OBJECTION TO SEVENTH INTERIM FEE APPLICATION OF PAUL HASTINGS, LLP (ECF 4157)**

The United States Trustee having moved for an extension of time to 4:00 p.m. on Friday, March 21, 2025 for the United States Trustee and the Official Committee of Unsecured Creditors ("Committee") to respond and/or object to the Seventh Interim Fee Application of Paul Hastings, LLP (ECF 4157) ("PH Fee Application") and the Court having considered the relief requested and found cause to approve same, it is hereby

**ORDERED** that the deadline for the United States Trustee and the Committee to file responses and/or objections to the PH Fee Application is extended until 4:00 p.m. on March 21, 2025.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served on all appearing parties via the Court's CM/ECF filing system.

          By:    /s/ Holley L. Claiborn
                   Holley L. Claiborn