UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK<br>a/k/a WENGUI GUO<br>a/k/a MILES GUO, | Case No. 22-50073 (JAM)<br><br>Re: ECF No. 4237 |
| Debtor. | |

**ORDER GRANTING UNITED STATES TRUSTEE'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME FOR THE UNITED STATES TRUSTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE A RESPONSE/OBJECTION TO SEVENTH INTERIM FEE APPLICATION OF PAUL HASTINGS, LLP (ECF 4157)**

The United States Trustee having moved for an extension of time to 4:00 p.m. on Friday, March 21, 2025 for the United States Trustee and the Official Committee of Unsecured Creditors ("Committee") to respond and/or object to the Seventh Interim Fee Application of Paul Hastings, LLP (ECF 4157) ("PH Fee Application") and the Court having considered the relief requested and found cause to approve same, it is hereby

**ORDERED** that the deadline for the United States Trustee and the Committee to file responses and/or objections to the PH Fee Application is extended until 4:00 p.m. on March 21, 2025.

Dated at Bridgeport, Connecticut this 20th day of March, 2025.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut