# United States Bankruptcy Court

## District of Connecticut

| | |
|---|---|
| In re: HO WAN KWOK, et al., | Case Number: 22-50073(JAM) |
| Debtor(s) | Chapter: 11 |
| APPELLANT: META PLATFORMS, INC. | U.S. District Court Case No: Filing Fee Status: ☑ Paid ☐ Not Paid ☐ IFP Granted |

Regarding:

Notice of Appeal Filed: March 18, 2025

Notice of Appeal, BKY ECF No. 4229

## Acknowledgement by U.S. District Court

[X] I hereby acknowledge receipt of the items indicated on the Transmittal Notice referenced above.

*If Notice of Appeal and/or Motion for Leave to Appeal Received:*

**The following U.S. District Court number has been assigned:** 3:25CV457 SRU

Acknowledged By: T. Nuzzi *(signature)*    Date: 3/18/2025

Deputy Clerk, U.S. District Court

# United States Bankruptcy Court

### District of Connecticut

In re:   HO WAN KWOK, et al.,

Debtor(s)

APPELLANT:
META PLATFORMS, INC.

Case Number: 22-50073(JAM)

Chapter: 11

U.S. District Court Case No:

Filing Fee Status:

☑ Paid   ☐ Not Paid   ☐ IFP Granted

**TRANSMITTAL NOTICE TO U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT REGARDING APPEALS AND APPELLATE DOCUMENTS**

**NOTICE OF APPEAL INFORMATION**

Notice of Appeal Filed:   March 18, 2025

BKY ECF No.[1] :   4229

Filing Fee Status:   ☑ Paid/   ☐ Not Paid/   ☐ IFP Granted

If Not Paid, Motion to Proceed in *Forma Pauperis* Filed:   ☐ Yes, BKY ECF No. _____ /   ☐ No

Appellant Name :   META PLATFORMS, INC.

Appellant Address :

Appellant's Counsel and Address (Address/Phone/Email):   George Angelich
Eric Roman
Patrick Feeney
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
T: 212.457.5423
E: george.angelich@afslaw.com
eric.roman@afslaw.com
patrick.feeney@afslaw.com
- and -
Jin Yan
ArentFox Schiff LLP
1717 K St. NW
Washington, DC 20006
T: 202.778.6442
E: jin.yan@afslaw.com

---

[1]   ECF No(s). citations referenced in this Transmittal Notice refer to docket entries of the U.S. Bankruptcy Court for the case in which the notice of appeal was filed, unless otherwise noted.

Case 22-50073    Doc 4236    Filed 03/19/25    Entered 03/19/25 16:06:06    Page 2 of 5

Appellee(s) Name : LUC A. DESPINS, CHAPTER 11 TRUSTEE

Appellee(s) Address :

Appellee(s) Counsel and Address (Address/Phone/Email):  Douglas S. Skalka
Patrick R. Linsey
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone: (203) 821-2000
dskalka@npmlaw.com
plinsey@npmlaw.com
- and -
Douglass Barron
Paul Hastings LLP
200 Park Ave.
New York, NY 10166
T: (212) 318-6000
E: douglassbarron@paulhastings.com
- and -
Nicholas A. Bassett
Paul Hastings LLP
2050 M St. NW
Washington, D.C. 20036
T: (202) 551-1902
E: nicholasbassett@paulhastings.com

Other Interested Party Information:

## DOCUMENTS TRANSMITTED TO THE DISTRICT COURT

**Please find the following items attached to this Transmittal Notice:**

- [✓] Notice of Appeal, BKY ECF No. 4229
- [ ] Amended Notice of Appeal, BKY ECF No. _____
- [ ] Cross Appeal, BKY ECF No. _____
- [✓] Motion for Leave to Appeal, BKY ECF No. 4230
- [✓] Order / Decision being appealed

    Title of Order / Decision: Memorandum of Decision and Order (I) Denying Joint Defendants' Motions to Dismiss or for Judgment on the Pleadings; (II) Denying in Part Other Defendants' Motions to Dismiss; and (III) Overruling in Part Zeisler & Zeisler, P.C.'s Objection to the Trustee's Motion for Judgment on the Pleadings

    BKY ECF No.: 4189

    Additional Information (If Any)
    _____

- [ ] Deficiency Notice Issued for Failure to Pay Filing Fee, BKY ECF No.
- [ ] Motion to Proceed *in Forma Pauperis*, BKY ECF No.
    - [ ] Order, BKY ECF No. _____

    Resolution of Motion:
    _____

- [ ] The Record
    - [ ] Appellant's Designation of Items, BKY ECF No. _____
        - [ ] Included in the Electronic Docket Sheet
    - [ ] Appellant's Statement of Issues, BKY ECF No. _____
        - [ ] Included in the Electronic Docket Sheet
    - [ ] Appellee's Designation of Items, BKY ECF No. _____
        - [ ] Included in the Electronic Docket Sheet
    - [ ] Appellee's Statement of Issues, BKY ECF No. _____
        - [ ] Included in the Electronic Docket Sheet
    - [ ] Electronic Docket Sheet for Bankruptcy Case Number: _____
    - [ ] Electronic Docket Sheet for Adversary Proceeding Case Number: _____
    - [ ] Transcripts: _____
    - [ ] Sealed Documents: _____

        Sealed documents will not be transmitted until an order is entered by the U.S. District Court accepting the documents under seal pursuant to Fed. R. Bankr. P. 8009(f).

    - [ ] Court Exhibits (Paper Copies): _____
    - [ ] Other Documents: _____
- [ ] Other: _____

Transmitted By: Karen M. Garofalo                                                   Date: March 19, 2025
Deputy Clerk, U.S. Bankruptcy Court