## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

-------------------------------------------------------------x

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| HO WAN KWOK, *et al*., | : Case No. 22-50073 (JAM) |
|  | : |
| Debtors.[1] | : Jointly Administered |
|  | : |

-------------------------------------------------------------x

### MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JANUARY 1, 2025 THROUGH FEBRUARY 28, 2025

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from January 1, 2025 through and including February 28, 2025 (the "Fee Period"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $582.00 and $530.66 respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## <u>SERVICES RENDERED AND EXPENSES INCURRED</u>

1.      Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period.  The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2.      Attached hereto as <u>Exhibit B</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3.      Attached hereto as <u>Exhibit C</u> is the fee statement of OMJB for services provided during the Fee Period with redactions to protect certain privileged information.

## <u>NOTICE AND OBJECTION PROCEDURES</u>

4.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific

Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **April 9, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6.      If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever (US) shall promptly pay OMJB 80% of the fees and 100% of the expenses as identified in this Monthly Fee Statement.

7.      To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: March 20, 2025
Glastonbury, Connecticut

GENEVER HOLDINGS LLC

By:  _/s/Michael T. McCormack_

Michael T. McCormack (ct13799)
Timothy P. Jensen (ct18888)
Amy E. Markim (ct27974)
O'Sullivan McCormack Jensen & Bliss PC
180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Tel: 860-258-1993
Fax: 860-258-1991
mmccormack@omjblaw.com
tjensen@omjblaw.com
amarkim@omjblaw.com

*Special Insurance Coverage Counsel for*
*Debtor-In-Possession Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
HO WAN KWOK, *et al.*,[1]                              :   Case No. 22-50073 (JAM)
                                                       :
                 Debtors.                              :   (Jointly Administered)
                                                       :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 20, 2025, the foregoing Monthly Fee Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF system.

GENEVER HOLDINGS LLC

By:   */s/Michael T. McCormack*
      Michael T. McCormack (ct13799)
      Timothy P. Jensen (ct18888)
      Amy E. Markim (ct27974)
      O'Sullivan McCormack Jensen & Bliss PC
      180 Glastonbury Boulevard, Suite 210
      Glastonbury, CT 06033
      Tel: 860-258-1993
      Fax: 860-258-1991
      mmccormack@omjblaw.com
      tjensen@omjblaw.com
      amarkim@omjblaw.com
      *Special Insurance Coverage*
      *Counsel for Debtor-In-Possession Genever*
      *Holdings LLC*

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

### EXHIBIT A

### HOURS AND RATES PER TIMEKEEPER

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Michael McCormack | 1993 | $400 | .8 | $320.00 |
| Timothy P. Jensen | 1997 | $450 | .6 | $270.00 |
| Melissa Gambardella | | $125 | 1.1 | $137.50 |
| **Total** | | | | **$727.50** |

## EXHIBIT B

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Expense Category | Amount |
|---|---|
| Fees Advanced to Logikcull (January invoice) | $176.92 |
| Fees Advanced to Logikcull (February Invoice) | $353.74 |
| | |
| **TOTAL** | **$530.66** |

**EXHIBIT C**

**TIME AND EXPENSE DETAIL**



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 28524
Date: 02/10/2025

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

### Services

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 01/17/2025 | MBG | Draft OMJB Fee Application for December 2024 and initial review and redaction of invoice. | 0.40 | $125.00 | $50.00 |
| 01/20/2025 | TPJ | Review fee application | 0.10 | $450.00 | $45.00 |
| 01/21/2025 | MTM | Review, revise and finalize January Interim Fee Application | 0.20 | $400.00 | $80.00 |
| 01/21/2025 | MBG | Attention to further redactions to OMJB December 2024 Invoice, revise and finalize Fee Applications. | 0.30 | $125.00 | $37.50 |
| | | **Services Subtotal** | | | **$212.50** |

### Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 01/06/2025 | Fees advanced to Logikcull INV277216 12/1/2024-12/31/2024 | $176.92 |
| | | **Expenses Subtotal** | **$176.92** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 0.1 | $450.00 | $45.00 |
| Michael McCormack | 0.2 | $400.00 | $80.00 |
| Melissa Gambardella | 0.7 | $125.00 | $87.50 |
| **Invoice Subtotal** | | | **$389.42** |

**Invoice Total    $389.42**

*REDACTED*

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 28524 | 02/10/2025 | $389.42 | $0.00 | $389.42 |
| | | | **Balance Due on All Invoices** | **$25,456.60** |
| | | | **TOTAL AMOUNT DUE** | **$25,456.60** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC    *REDACTED*

Payment is due upon receipt.



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 28618
Date: 03/11/2025

Genever Holdings LLC
c/o Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

### Services

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 02/10/2025 | MBG | Review and redact OMJB January 2025 Invoice and draft of Fee Applications re same. | 0.40 | $125.00 | $50.00 |
| 02/14/2025 | MTM | Telephone conference with L. Despins re *REDACTED*; attention to *REDACTED* and email correspondence to L. Despins re *REDA...* | 0.40 | $400.00 | $160.00 |
| 02/24/2025 | TPJ | Review and comment on quarterly fee filing and communications re same | 0.50 | $450.00 | $225.00 |
| 02/25/2025 | MTM | Telephone conference with T. Garg re *REDACTED* | 0.20 | $400.00 | $80.00 |
| | | **Services Subtotal** | | | **$515.00** |

### Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 02/05/2025 | Fees advanced to Logikcull INV278958 1/1/2025-1/31/2025 | $176.82 |
| Expense | 02/28/2025 | Fees advanced to Logikcull INV280921 2-1-2025 to 2-28-2025 | $176.92 |
| | | **Expenses Subtotal** | **$353.74** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 0.5 | $450.00 | $225.00 |
| Michael McCormack | 0.6 | $400.00 | $240.00 |

| | | | |
|---|---|---|---|
| Melissa Gambardella | 0.4 | $125.00 | $50.00 |

| | |
|---|---|
| **Invoice Subtotal** | **$868.74** |
| **Invoice Total** | **$868.74** |

*REDACTED*

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC        Tax ID#   *REDACTED*

Payment is due upon receipt.