**GENEVER HOLDINGS CORPORATION**
**NOTES TO THE FEBRUARY 2025 OPERATING REPORT**

**PART 2: ASSET AND LIABILITY STATUS:**

| | | |
|---|---|---|
| d. | Total current assets: | Unknown |
| e. | Total assets: | Unknown |

The Debtor's only known asset is its interest in Genever Holdings LLC, and the value of this interest is unknown.

**PART 5(b): PAYMENTS TO INSIDERS AND PROFESSIONALS:**

Fees paid by Luc Despins, Chapter 11 Trustee for the bankruptcy estate of Ho Wan Kwok to Harneys Corporate Services, in the amount of $24,715.00, in February 2025.