UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered)<br><br>Re: ECF No. 4149 |

**ORDER APPROVING THIRD INTERIM FEE APPLICATION OF EISNER ADVISORY GROUP LLC, AS TAX ADVISOR TO TRUSTEE AND GENEVER DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

This matter coming before this Court on the *Third Interim Fee Application of Eisner Advisory Group LLC as Tax Advisors for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from September 1, 2024 through December 31, 2024* [Docket No. 4149] (the "Application")[2] of Eisner Advisory Group LLC ("Eisner") pursuant to sections 330(a) and 331 of the Bankruptcy Code and

Bankruptcy Rule 2016, for an order (i) approving and allowing, on an interim basis, compensation in the amount of $31,801.00 for services rendered from September 1, 2024 through and including December 31, 2024 (the "Compensation Period"); (ii) directing payment of the difference between (a) $31,801.00 and (b) any interim payments made to Eisner with respect to the Compensation

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Order shall have the meanings given to them in the Application.

Period; and (iii) granting related relief all as further described in the Application; and upon consideration of the Application, and the Court having jurisdiction over this matter pursuant 28 U.S.C. §§ 157 and 1334, and notice of the Application was adequate under the circumstances and no further or other notice of the Application is required; and a hearing having been held on March 25, 2025; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to 11 U.S.C. §§ 330 and 331, the Application is GRANTED, as set forth in this Order.

2. Eisner is allowed, on an interim basis, compensation for services rendered during the Compensation Period in the sum of $31,801.00, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full.

3. The Trustee is hereby authorized and directed to pay Eisner the amount of $31,801.00.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated at Bridgeport, Connecticut this 26th day of March, 2025.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut