UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x
:
In re:                                          : Chapter 11
                                                :
HO WAN KWOK, *et al.*,                          : Case No. 22-50073 (JAM)
                                                :
            Debtors.[1]                         : Jointly Administered
                                                :
                                                : Re: ECF No. 4156
---------------------------------------------------------------x

### ORDER GRANTING FIRST INTERIM FEE APPLICATION OF JAMES MORGAN AS BARRISTER IN BRITISH VIRGIN ISLANDS FOR COMPENSATION FOR PERIOD FROM SEPTEMBER 16, 2024 THROUGH DECEMBER 31, 2024

Upon consideration of the Application (the "Application") of James Morgan KC ("Mr. Morgan" or the "Applicant") as barrister in the British Virgin Islands ("BVI") to the Trustee[2] for interim allowance of compensation and reimbursement of expenses from September 16, 2024 through December 31, 2024; and sufficient notice having been given; and a hearing having been held on March 25, 2025 and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

1. ORDERED that the Application is granted and compensation in the amount of £41,865.00 is awarded to the Applicant, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full; it is further

2. ORDERED that nothing herein modified the Retention Order; it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

3. ORDERED that the estate is authorized and directed to pay the Applicant's fees in the amount of £41,865.00, within fourteen days of the date of this Order; it is further

4. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

5. ORDERED that the Debtor's estates and the Applicant is authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

6. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

7. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 26th day of March, 2025.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut