UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------x
:
In re:                                                      : Chapter 11
                                                            :
HO WAN KWOK, *et al.*,                                      : Case No. 22-50073 (JAM)
                                                            :
                                                            : Jointly Administered
        Debtors.[1]                                         :
                                                            : Re: ECF No. 4158
------------------------------------------------------------x

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF WINNE BANTA, BASRALIAN & KAHN, P.C., AS SPECIAL NEW JERSEY REAL ESTATE COUNSEL, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM AUGUST 19, 2024 THROUGH DECEMBER 31, 2024**

Upon consideration of the Application (the "Application") of Winne Banta, Basralian & Kahn, P.C. ("WBBK") as special New Jersey real estate counsel to the Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor") for interim allowance of compensation and reimbursement of expenses from August 19, 2024 through and including December 31, 2024; and sufficient notice having been given; and a hearing having been held on March 25, 2025 and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Application is granted and compensation in the amount of $10,037.50 and reimbursement of expenses in the amount of $828.93 are awarded to WBBK, subject to final

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

adjustment and disgorgement in the event all administrative expenses are not paid in full; it is further

ORDERED that nothing herein shall have modified the Retention Order; it is further

ORDERED that the Trustee is authorized and directed to cause the Debtor's bankruptcy estate to pay WBBK's fees and expenses as allowed herein (less any amounts paid to date pursuant to Monthly Fee Statements), within fourteen days of the date of this Order; it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

ORDERED that the Trustee and WBBK are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 26th day of March, 2025.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut