# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>　　HO WAN KWOK, *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　　　Defendant. | Adv. Proc. No. 24-05117 |

## NOTICE CONCERNING APPEAL AND
## MOTION FOR LEAVE TO PURSUE INTERLOCUTORY APPEAL

**PLEASE TAKE NOTICE** that a *Stipulation to Dismissal of Appeal and Withdrawal of Motion for Leave to Pursue Interlocutory Appeal* has been filed in the United States District Court, District of Connecticut on docket 3:25-cv-00457-MPS [Docket No. 12] concerning the *Notice of Appeal to District Court* [Docket No. 4229] and *Motion for Leave to Pursue Interlocutory Appeal* [Docket No. 4230] and is attached hereto as **Exhibit 1**.

*[Remainder of Page Left Intentionally Blank]*

2

| | |
|---|---|
| Dated:  March 26, 2025<br>New York, New York | */s/ George Angelich*<br>George Angelich (ct27542)<br>ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>T: 212.457.5423<br>E: george.angelich@afslaw.com<br><br>*Counsel for Meta Platforms, Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that on March 26, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated: March 26, 2025
       New York, New York

                                              */s/ George Angelich*
                                              George Angelich