# **<u>EXHIBIT 1</u>**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
HO WAN KWOK, *et al.*,[1]                                 :    Case No. 22-50073 (JAM)
                                                          :
                     Debtors.    :    (Jointly Administered)

---------------------------------------------------------x
LUC A. DESPINS, CHAPTER 11                                :
TRUSTEE,                                                  :
                                                          :
                     Plaintiff,    :
v.                                                        :    Adv. Proceeding No. 24-05117 (JAM)
                                                          :
META PLATFORMS, INC.,                                     :
                                                          :
                     Defendant.    :
---------------------------------------------------------x
META PLATFORMS, INC.,                                     :
                                                          :
                     Appellant,    :
v.                                                        :
                                                          :
LUC A. DESPINS, CHAPTER 11                                :    3:25-cv-00457-MPS
TRUSTEE,                                                  :
                                                          :
                     Appellee.    :
---------------------------------------------------------x

**STIPULATION TO DISMISSAL OF APPEAL AND WITHDRAWAL OF**
**MOTION FOR LEAVE TO PURSUE INTERLOCUTORY APPEAL**

      Meta Platforms, Inc. (the "Appellant"), as appellant with respect to the above-captioned bankruptcy appeal (the "Appeal"), and Luc A. Despins, in his capacity as Chapter 11 Trustee (the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

"Trustee") appointed in the above-captioned chapter 11 case (the "Chapter 11 Case"), appellee in the Appeal, hereby stipulate and agree as follows, pursuant to Fed. R. Bankr. P. 8023(a):

1.  This Appeal may be DISMISSED. The Appellant and the Trustee (collectively, the "Parties") thus respectfully request that the Clerk dismiss this Appeal pursuant to Fed. R. Bankr. P. 8023(a).

2.  The Appellant's *Motion for Leave to Pursue Interlocutory Appeal* [ECF No. 2] is hereby WITHDRAWN.

3.  The Parties shall bear their own costs.

Dated:  March 26, 2025  
       New York, NY

APPELLANT:  
META PLATFORMS, INC.

By: */s/ George Angelich*  
George Angelich (ct27542)  
ARENTFOX SCHIFF LLP  
1301 Avenue of Americas, 42nd Floor  
New York, NY 10019  
(212) 457-5423  
george.angelich@afslaw.com  
*Counsel for Meta Platforms, Inc.*

Dated:  March 26, 2025  
       New Haven, CT

APPELLEE:  
LUC A. DESPINS  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
Patrick R. Linsey (ct29437)  
Robert B. Flynn (ct15803)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com  
rflynn@npmlaw.com  
*Counsel for the Chapter 11 Trustee*

## CERTIFICATION

The undersigned hereby certifies that on March 26, 2025, the foregoing Stipulation was filed electronically. Notice of this filing will be sent by e-mail to all parties appearing in the above-captioned miscellaneous proceeding by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

          */s/ Patrick R. Linsey*
          Patrick R. Linsey (ct29437)
          NEUBERT, PEPE & MONTEITH, P.C.