## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MAR 25 2025 PM1:19
FILED-USDC-CT-HARTFORD

|  |  |
|---|---|
| IN RE:   HO WAN KWOK | : |
| | : |
| LAWALL & MITCHELL, LLC, | :   CASE NO. 3:25-cv-456 (AWT) |
| AARON MITCHELL, | : |
| | : |
| *Appellants,* | : |
| | : |
| v. | : |
| | : |
| LUC A. DESPINS, | : |
| *Chapter 11 Trustee,* | : |
| | : |
| *Appellee.* | : |

### ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to

the <u>Honorable Kari A. Dooley.</u>   All further pleadings or documents in this matter

should be filed with the Clerk's Office in <u>Bridgeport</u> and bear the docket number

<u>3:25-cv-456 (KAD)</u>.

So ordered.

Dated at Hartford, Connecticut, this 25th day of March, 2025.

/s/ Judge Alvin W. Thompson

**Alvin W. Thompson**
**United States District Judge**