ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
DUE DATE:

**Instructions**

| # | Field | Value |
|---|---|---|
| 1 | NAME | Patrick R. Linsey |
| 2 | PHONE NUMBER | (203) 781-2847 |
| 3 | DATE | 3/25/2025 |
| 4 | DELIVERY ADDRESS OR EMAIL | plinsey@npmlaw.com |
| 5 | CITY | New Haven |
| 6 | STATE | CT |
| 7 | ZIP CODE | 06510 |
| 8 | CASE NUMBER | 22-50073 |
| 9 | JUDGE | Hon. Julie A. Manning |
| 10 | FROM | 3/25/2025 |
| 11 | TO | 3/25/2025 |
| 12 | CASE NAME | Ho Wan Kwok and Genever Holdings LLC |
| 13 | CITY | Bridgeport |
| 14 | STATE | CT |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | All matters | 3/25/2025 at 1pm and 2pm |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| 18. SIGNATURE | /s/ Patrick R. Linsey |
|---|---|
| PROCESSED BY | Lorenzo M. Whitmore |
| 19. DATE | 3/25/2025 |
| PHONE NUMBER | 203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY | Reliable |
| COURT ADDRESS | 915 Lafayette Blvd. Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

Print | Save As... | Reset

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

01:00 PM 22-50073  Ho Wan Kwok
        Ch: 11

**Matter:** #4144; Interim Application for Compensation - Sixth - for September 1, 2024 to December 31, 2024 for Pullman & Comley, LLC, Creditor Comm. Aty, Fee: $25,318.00, Expenses: $256.99. Filed by Pullman & Comley, LLC, Attorney

01:00 PM 22-50073  Ho Wan Kwok
        Ch: 11

**Matter:** #4148; Fourth Interim Fee Application of O'Sullivan McCormack Jensen & Bliss PC, as Special Insurance Coverage Counsel, for Compensation and Reimbursement of Expenses for Period from September 1, 2024 Through December 31, 2024 for O'Sullivan McCormack Jensen & Bliss PC, Special Counsel, Fee: $35,485.00, Expenses: $2,421.66. Filed by Georg Alexander Bongartz, Attorney

01:00 PM 22-50073  Ho Wan Kwok
        Ch: 11

**Matter:** #4149; Third Interim Fee Application of Eisner Advisory Group LLC as Tax Advisor to Trustee and Genever Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from September 1, 2024 Through December 31, 2024 for Eisner Advisory Group LLC, Trustee's Attorney, Fee: $31,801.00, Expenses: $0.00. Filed by Georg Alexander Bongartz, Attorney

01:00 PM  22-50073  Ho Wan Kwok
             Ch: 11

**Matter:** #4150; Fourth Interim Fee Application of Kroll, LLC, as Forensic Investigators, for Compensation and Reimbursement of Expenses for Period from September 1, 2024 Through December 31, 2024 for Kroll, LLC, Other Professional, Fee: $230,190.95, Expenses: $20,227.72. Filed by Georg Alexander Bongartz, Attorney

01:00 PM  22-50073  Ho Wan Kwok
             Ch: 11

**Matter:** #4151; Fourth Interim Fee Application of Pallas Partners LLP, as Solicitors in United Kingdom, for Compensation and Reimbursement of Expenses for Period from September 1, 2024 Through December 31, 2024 for Pallas Partners LLP, Other Professional, Fee: $189,270.00, Expenses: $753.67. Filed by Georg Alexander Bongartz, Attorney

01:00 PM  22-50073  Ho Wan Kwok
             Ch: 11

**Matter:** #4152; Second Interim Fee Application of UK Barristers for Compensation for Period from March 1, 2024 through December 31, 2024. Filed by Georg Alexander Bongartz, Attorney.

01:00 PM  22-50073  Ho Wan Kwok
             Ch: 11

**Matter:** #4153; First Interim Fee Application of ENSafrica (Mauritius) as Attorneys in Republic of Mauritius, for Compensation and Reimbursement of Expenses for Period from September 17, 2024 Through December 31, 2024 for ENSafrica (Mauritius), Other Professional, Fee: $35,299.24, Expenses: $817.89. Filed by Georg Alexander Bongartz, Attorney

01:00 PM 22-50073  Ho Wan Kwok
　　　　　　　　Ch: 11

**Matter:** **#4154; Fifth Interim Fee Application of Harney Westwood & Riegels LP, as British Virgin Islands and Cayman Islands Counsel, for Compensation and Reimbursement of Expenses for Period from September 1, 2024 Through December 31, 2024 for Harney Westwood & Riegels LP, Trustee's Attorney, Fee: $836,530.00, Expenses: $18,054.71. Filed by Georg Alexander Bongartz, Attorney**

01:00 PM 22-50073  Ho Wan Kwok
　　　　　　　　Ch: 11

**Matter:** **#4155; First Interim Fee Application of Mauritius Barristers for Compensation for Period from September 11, 2024 Through December 31, 2024 for Patrice Doger de Spville, SC and William de Robillard, Other Professional, Fee: $23,201.25, Expenses: $0.00. Filed by Georg Alexander Bongartz, Attorney**

01:00 PM 22-50073  Ho Wan Kwok
　　　　　　　　Ch: 11

**Matter:** **#4156; First Interim Fee Application of James Morgan as Barrister in British Virgin Islands for Compensation for Period from September 16, 2024 Through December 31, 2024. Filed by Georg Alexander Bongartz, Attorney**

01:00 PM 22-50073  Ho Wan Kwok
　　　　　　　　Ch: 11

**Matter:** **#4157; Seventh Interim Application for Compensation for Paul Hastings LLP, Trustee's Attorney, Fee: $5,542,465.25, Expenses: $215,048.30. Filed by Paul Hastings LLP, Trustee's Attorney**

01:00 PM  22-50073  Ho Wan Kwok
     Ch: 11

**Matter:** **#4158; Interim Application for Compensation for Winne, Banta, Basralian & Kahn, P.C., Special Counsel, Fee: $10,037.00, Expenses: $828.93. Filed by Winne, Banta, Basralian & Kahn, P.C., Spec. Counsel**

01:00 PM  22-50073  Ho Wan Kwok
     Ch: 11

**Matter:** **#4159; Seventh Interim Application for Compensation for Neubert, Pepe & Monteith, P.C., Trustee's Attorney, Fee: $1,075,419.00, Expenses: $30,859.27. Filed by Neubert, Pepe & Monteith, P.C., Trustee's Attorney**

02:00 PM  22-50073  Ho Wan Kwok
     Ch: 11

**Matter:** **#4247; Order Scheduling Status Conference**

02:00 PM  24-05060  Despins v. Apple Inc. et al

**Matter:** **#74; Motion for Order Confirming Bankruptcy Court Has Not Decided Defendant's Motion to Dismiss Filed by Douglas S. Skalka on behalf of Luc A. Despins, Plaintiff**

02:00 PM  24-05060  Despins v. Apple Inc. et al

**Matter:** **#77; Order Scheduling Status Conference**

02:00 PM  24-05117  Despins v. Meta Platforms Inc.

**Matter:**   **#45; Motion for Order**

02:00 PM  24-05117  Despins v. Meta Platforms Inc.

**Matter:**   **#49; Order Scheduling Status Conference**

02:00 PM  23-05008  Despins, Luc A., Chapter 11 Trustee et al v. Guo

**Matter:**   **#149; Motion for Order Closing the Courtroom for the March 25, 2025 Show Cause Hearing Filed by James M. Moriarty on behalf of Mei Guo, Defendant**

02:00 PM  23-05008  Despins, Luc A., Chapter 11 Trustee et al v. Guo

**Matter:**   **#140; Motion to Enforce Preliminary Injunction and for Order to Show Cause Why Defendant Mei Guo Should Not Be Held in Contempt Filed by Patrick R. Linsey on behalf of Despins, Luc A., Chapter 11 Trustee, Plaintiff**

# Parties that Appeared for the March 25, 2025 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601

**George Peter Angelich**
ArentFox Schiff LLP
1301 Avenue of the Americas
42nd Floor
New York, NY 10019

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604

**Stanley A. Twardy, Jr.**

Day Pitney LLP

One Stamford Plaza

263 Tresser Blvd., 7th Floor

Stamford, CT 06901

**Echo Lim** (Translator)

183 Madison Avenue #146

New York, NY, 10016