# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                    : Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                 : Case No. 22-50073 (JAM)
:
         Debtors.                            : (Jointly Administered)
:
---------------------------------------------------------x
:
LUC A. DESPINS, CHAPTER 11                                :
TRUSTEE,                                                  : Adv. Proceeding No. 24-05225
:
         Plaintiff,                          :
:
v.                                                        :
:
CIRRUS DESIGN CORPORATION and                             :
QIANG GUO,                                                :
:
         Defendants.                         :
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2025, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor") electronically filed the *Motion for Order Authorizing Chapter 11 Trustee to Retain Sage-Popovich, Inc. as Repossession Agent* [Main Case Docket No. 4225; Adv Proc. No. 24-05225 Docket No. 67] (the "Motion") in the Chapter 11 Case and the above-captioned

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

adversary proceeding (the "Adversary Proceeding") using the Court's case management/electronic case files system ("CM/ECF").

On March 19, 2025, the Court entered a *Notice of Hearing* in the Chapter 11 Case [Main Case Docket No. 4233] (the "Main Case Hearing Notice") and a *Notice of Hearing* in the Adversary Proceeding [Adv. Docket No. 71] (the "Adversary Hearing Notice" and, together with the Motion and the Main Case Hearing Notice, collectively, the "Served Documents") using the CM/ECF system.

Notice of the Served Documents was sent at the time of filing to all parties appearing in the applicable proceeding eligible to receive electronic notice via email by operation of CM/ECF.

In addition, on March 24, 2025 the undersigned caused the Motion and the Main Case Hearing Notice to be sent to all appearing parties in the Chapter 11 Case not eligible to receive electronic notice via U.S. Mail to addresses listed below in **Exhibit A** and, with respect to Dundon Advisers, LLC, by manual email to md@dundon.com; ph@dundon.com.

| | |
|---|---|
| Dated:   March 27, 2025<br>         New Haven, Connecticut | LUC A. DESPINS<br>CHAPTER 11 TRUSTEE<br><br>By: */s/ Patrick R. Linsey*<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 781-2847<br>plinsey@npmlaw.com |

## EXHIBIT A

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola, British Virgin Islands

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830

Eisner Advisory Group LLC
111 Wood Avenue South
Iselin, NJ 08830-2700

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 1104

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606
Email: md@dundon.com;
ph@dundon.com
**EMAIL SERVICE ONLY**