# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 27, 2025

In re:

    Ho Wan Kwok

                    Debtor*

Case Number: 22−50073 jam
Chapter: 11

Luc A. Despins

                    Plaintiff(s)

v.

Blueberry Builders, LLC

                    Defendant(s)

Adversary Proceeding
No.: 24−05007 jam

Luc. A. Despins

                    Plaintiff(s)

v.

Versace USA, Inc.

                    Defendant(s)

Adversary Proceeding
No.: 24−05034 jam

Luc. A. Despins

                    Plaintiff(s)

v.

McManimon, Scotland & Baumann, LLC

                    Defendant(s)

Adversary Proceeding
No.: 24−05194 jam

Luc. A. Despins

                    Plaintiff(s)

v.

Georgiou Payne Stewien LLP

                    Defendant(s)

Adversary Proceeding
No.: 24−05213 jam

Luc. A. Despins

                    Plaintiff(s)

v.

Li et al

                    Defendant(s)

Adversary Proceeding
No.: 24−05271 jam

## NOTICE OF HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this adversary proceeding. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **April 29, 2025** at **01:00 PM** to consider and act upon the following matter(s):

**Motion to Approve Settlement Agreement (First Omnibus Motion), ECF No. 4265, Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee.**

**Motion to Approve Settlement Agreement, ECF No. 33, Filed by Patrick R. Linsey on behalf of Luc A. Despins, Plaintiff.**

**Motion to Approve Settlement Agreement, ECF No. 28, Filed by Patrick R. Linsey on behalf of Luc A. Despins, Plaintiff.**

**Motion to Approve Settlement Agreement, ECF No. 25, Filed by Patrick R. Linsey on behalf of Luc A. Despins, Plaintiff.**

**Motion to Approve Settlement Agreement, ECF No. 20, Filed by Patrick R. Linsey on behalf of Luc A. Despins, Plaintiff.**

**Motion to Approve Settlement Agreement, ECF No. 29, Filed by Patrick R. Linsey on behalf of Luc A. Despins, Plaintiff.**

**NOTICE IS FURTHER GIVEN** that the scheduled hearing may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.

**OBJECTION(S) TO THE MOTION SHALL BE FILED ON OR BEFORE:** April 24, 2025 before 5:00 p.m. Untimely objections may not be considered.

Dated: March 27, 2025

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112