**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                               :

In re:                       :     Chapter 11
                              :

HO WAN KWOK, *et al.*,[1]    :     Case No. 22-50073 (JAM)
                              :

        Debtors.         :     (Jointly Administered)
                              :
-------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 25, 2025, the *Nineteenth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery with Respect to Additional Banks, Hospitality Companies, and Additional Entities Associated with and/or Doing Business with Debtor and Debtor-Related Persons* [ECF No. 4252] (including all exhibits, attachments, and associated orders filed therewith, collectively, the "<u>Served Documents</u>") was filed electronically.  Notice of this filing has been sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system ("<u>CM/ECF</u>"), as set forth in **<u>Exhibit A</u>** appended hereto, or by U.S. Mail first-class delivery (sent March 25, 2025) to anyone unable to accept electronic notice pursuant to the Notice of Electronic Filing.  These recipients are specifically set forth in **<u>Exhibit B</u>** appended hereto. Parties may access the Served Documents through the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

With respect to the Notice Parties, as defined in Local Bankr. R. 2004-1, the following parties will receive notice of this filing by CM/ECF: (i) the Debtor; (ii) the Chapter 11 Trustee; (iii) the United States Trustee; (iv) any official committee; and (v) any party that has filed a notice of appearance in the case, provided however, that parties appearing in the case who are unable to receive electronic notice were served via U.S. Mail as set forth above.  With respect to (vi) the proposed witnesses, examinees, or parties producing documents (collectively, the "Examinees"), the Examinees were served via FedEx or UPS overnight delivery (or, with respect to international addresses, expedited delivery), as set forth in **Exhibit C** appended hereto.

The undersigned hereby certifies that the foregoing constitutes service upon all of the Notice Parties.

Dated:      March 28, 2025
            New Haven, Connecticut

By: */s/ Kari A. Mitchell*
Kari A. Mitchell (ct31578)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2884
kmitchell@npmlaw.com

## EXHIBIT A

## PARTIES THAT RECEIVED ELECTRONIC NOTICE VIA CM/ECF

Katherine (Kit) Addleman on behalf of Defendant Hayman Hong Kong Opportunities Onshore
Fund LP
kit.addleman@haynesboone.com.

George Peter Angelich on behalf of Defendant Apple Inc.
george.angelich@afslaw.com,
eric.roman@afslaw.com;james.britton@afslaw.com;patrick.feeney@afslaw.com;lisa.indelicato
@afslaw.com;alyssa.fiorentino@afslaw.com

George Peter Angelich on behalf of Defendant Meta Platforms Inc.
george.angelich@afslaw.com,
eric.roman@afslaw.com;james.britton@afslaw.com;patrick.feeney@afslaw.com;lisa.indelicato
@afslaw.com;alyssa.fiorentino@afslaw.com

George Peter Angelich on behalf of Interested Party Apple Inc.
george.angelich@afslaw.com,
eric.roman@afslaw.com;james.britton@afslaw.com;patrick.feeney@afslaw.com;lisa.indelicato
@afslaw.com;alyssa.fiorentino@afslaw.com

George Peter Angelich on behalf of Interested Party Meta Platforms, Inc.
george.angelich@afslaw.com,
eric.roman@afslaw.com;james.britton@afslaw.com;patrick.feeney@afslaw.com;lisa.indelicato
@afslaw.com;alyssa.fiorentino@afslaw.com

Michelle Amanda Antao on behalf of Defendant ACASS Canada LTD.
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant ACASS U.S.A. Inc.
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant Berkeley Rowe Limited
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant Boies Schiller Flexner LLP
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant Bourne In Time Inc
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant Eficens Systems LLC
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant FFP (BVI) Limited
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant G Club International Limited
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant G Club Operations LLC
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant G-Club Operations LLC
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant G4S Security Systems (Hong Kong) Ltd.
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant Lawall & Mitchell, LLC
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant Ogier
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant Pillsbury Winthrop Shaw Pittman LLP
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant Quinones Law PLLC
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant The Francis Firm PLLC
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant V.X. Cerda & Associates P.A.
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant Weddle Law PLLC
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant Wedlake Bell LLP
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Defendant Aaron Mitchell
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Interested Party FFP (BVI) Limited
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Interested Party G Club Operations, LLC

mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Interested Party Ogier
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Michelle Amanda Antao on behalf of Interested Party Weddle Law PLLC
mantao@gs-lawfirm.com, mantao@ecf.courtdrive.com

Gregory F. Arcaro on behalf of Real Party In Intere G-News Operations, LLC
garcaro@grafsteinlaw.com,
5806@notices.nextchapterbk.com;office@grafsteinlaw.com;ArcaroGR49801@notify.bestcase.com

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Laura Aronsson on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Vincent J. Averaimo on behalf of Defendant Cayuse Government Services, LLC
vaveraimo@bglaw.com,
golah@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;eshishakova@bglaw.com

Vincent J. Averaimo on behalf of Interested Party Cayuse Government Services, LLC
vaveraimo@bglaw.com,
golah@bglaw.com;aiannone@bglaw.com;kpearson@bglaw.com;eshishakova@bglaw.com

Tristan G. Axelrod on behalf of Creditor Brown Rudnick LLP
hcohen@brownrudnick.com

Tristan G. Axelrod on behalf of Creditor Verdolino & Lowey, P.C.
hcohen@brownrudnick.com

Henry P. Baer on behalf of Defendant Fox News Network, LLC
hbaer@fdh.com, csommer@fdh.com

Henry P. Baer on behalf of Defendant Hayman Hong Kong Opportunities Onshore Fund LP
hbaer@fdh.com, csommer@fdh.com

Henry P. Baer on behalf of Defendant Marcum LLP
hbaer@fdh.com, csommer@fdh.com

Henry P. Baer on behalf of Defendant Nardello & Co., LLC

hbaer@fdh.com, csommer@fdh.com

Henry P. Baer on behalf of Defendant Teris-Phoenix, LLC
hbaer@fdh.com, csommer@fdh.com

Henry P. Baer on behalf of Defendant Urban Legend Media, Inc
hbaer@fdh.com, csommer@fdh.com

Henry P. Baer on behalf of Interested Party Fox News Network, LLC
hbaer@fdh.com, csommer@fdh.com

Henry P. Baer on behalf of Interested Party Marcum LLP
hbaer@fdh.com, csommer@fdh.com

Henry P. Baer on behalf of Interested Party Nardello & Co., LLC
hbaer@fdh.com, csommer@fdh.com

Henry P. Baer on behalf of Interested Party Post Oak Motors, LLC
hbaer@fdh.com, csommer@fdh.com

Henry P. Baer on behalf of Interested Party Teris-Phoenix, LLC
hbaer@fdh.com, csommer@fdh.com

William R. Baldiga on behalf of Creditor Brown Rudnick LLP
wbaldiga@brownrudnick.com

William R. Baldiga on behalf of Defendant Kwok Ho Wan
wbaldiga@brownrudnick.com

Kellianne Baranowsky on behalf of 3rd Party Plaintiff Wedlake Bell LLP
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant ACASS Canada LTD.
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant ACASS U.S.A. Inc.
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant Appsflyer Inc
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant Berkeley Rowe Limited
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant Boies Schiller Flexner LLP
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant Bourne In Time Inc
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant Eficens Systems LLC
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant FFP (BVI) Limited
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant G Club International Limited
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant G Club Operations LLC
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant G-Club Operations LLC
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant G4S Security Systems (Hong Kong) Ltd.
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant Lawall & Mitchell, LLC
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant Ogier
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant Pillsbury Winthrop Shaw Pittman LLP
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant Quinones Law PLLC
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant The Clear Creek Group, LLC
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant The Francis Firm PLLC
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant V.X. Cerda & Associates P.A.
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant Weddle Law PLLC
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant Wedlake Bell LLP
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant Aaron Mitchell
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Defendant Weihua Li
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Interested Party BakerHostetler
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Interested Party FFP (BVI) Limited
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Interested Party G Club Operations, LLC
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Interested Party Ogier
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kellianne Baranowsky on behalf of Interested Party Weddle Law PLLC
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Douglass E. Barron on behalf of 3rd Pty Defendant Paul Hastings LLP
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Chapter 11 Trustee Luc A. Despins
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Counter-Claimant Luc A. Despins
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Debtor Genever Holdings Corporation
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Debtor Genever Holdings LLC
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Defendant Despins, Luc A., Chapter 11 Trustee
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Plaintiff Genever Holdings LLC
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Plaintiff Luc A. Despins
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz@paulhastings.com;kristincatalano@paulhastings.com

Nicholas A. Bassett on behalf of 3rd Pty Defendant Paul Hastings LLP
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Nicholas A. Bassett on behalf of Chapter 11 Trustee Luc A. Despins
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Nicholas A. Bassett on behalf of Counter-Claimant Luc A. Despins
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastin

gs.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Nicholas A. Bassett on behalf of Defendant Despins, Luc A., Chapter 11 Trustee
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Nicholas A. Bassett on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Nicholas A. Bassett on behalf of Plaintiff Genever Holdings LLC
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Nicholas A. Bassett on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Nicholas A. Bassett on behalf of Plaintiff Luc A. Despins
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Justin S. Baumgartner on behalf of Creditor On The Spot Home Improvement, Inc.
jbaumgartner@becker.legal

Justin S. Baumgartner on behalf of Defendant On the Spot Home Improvement, Inc.
jbaumgartner@becker.legal

Thomas H. Belknap on behalf of Defendant Studio Cataldi Group SRL
thomas.belknap@blankrome.com

Charles R. Bennett, Jr. on behalf of Defendant Cayuse Government Services, LLC
cbennett@murphyking.com

Charles R. Bennett, Jr. on behalf of Interested Party Cayuse Government Services, LLC

cbennett@murphyking.com

Leslie A. Berkoff on behalf of Defendant American Arbitration Association, Inc.
lberkoff@moritthock.com

Richard J Bernard on behalf of Defendant Cirrus Design Corporation
richard.bernard@faegredrinker.com, NORTHEAST-
LitigationDocket@foley.com;cathy.greer@faegredrinker.com

Richard J Bernard on behalf of Interested Party Cirrus Design Corporation d/b/a Cirrus Aircraft
richard.bernard@faegredrinker.com, NORTHEAST-
LitigationDocket@foley.com;cathy.greer@faegredrinker.com

Noam Biale on behalf of Defendant Gladys Chow
nbiale@shertremonte.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Lindsay Sampson Bishop on behalf of Defendant Amazon Web Services, Inc.
lindsay.bishop@klgates.com

Lindsay Sampson Bishop on behalf of Defendant Amazon.com, Inc.
lindsay.bishop@klgates.com

Lindsay Sampson Bishop on behalf of Interested Party Amazon Web Services, Inc.
lindsay.bishop@klgates.com

Lindsay Sampson Bishop on behalf of Interested Party Amazon.com, Inc.
lindsay.bishop@klgates.com

G. Alexander Bongartz on behalf of Chapter 11 Trustee Luc A. Despins
alexbongartz@paulhastings.com

G. Alexander Bongartz on behalf of Plaintiff Luc A. Despins
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Chapter 11 Trustee Luc A. Despins
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Claims/Noticing Agent Epiq Corporate Restructuring, LLC
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Debtor Genever Holdings Corporation
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Debtor Genever Holdings LLC
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Defendant Despins, Luc A., Chapter 11 Trustee
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Other Prof. Chryssafinis & Polyviou LLC
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Other Prof. Eisner Advisory Group LLC
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Plaintiff Genever Holdings LLC
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Plaintiff Luc A. Despins
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Trustee's Attorney Paul Hastings LLP
alexbongartz@paulhastings.com

Trevor L. Bradley on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
tbradley@rc.com

Eric J. Brenner on behalf of Defendant Boies Schiller Flexner LLP
ebrenner@bsfllp.com, eric-brenner-8007@ecf.pacerpro.com

Stephen P Brown, Esq on behalf of Defendant Manhattan Motorcars, Inc.
stephen.brown@wilsonelser.com, Denise.Morgan@wilsonelser.com

Daniel A. Byrd on behalf of Defendant Gypsy Mei Food Services LLC
dbyrd@zeislaw.com, cgregory@zeislaw.com

Daniel A. Byrd on behalf of Defendant Zeisler & Zeisler, P.C.
dbyrd@zeislaw.com, cgregory@zeislaw.com

Daniel A. Byrd on behalf of Defendant Mei Guo
dbyrd@zeislaw.com, cgregory@zeislaw.com

Daniel A. Byrd on behalf of Interested Party Gypsy Mei Food Services LLC
dbyrd@zeislaw.com, cgregory@zeislaw.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

Clinton E. Cameron on behalf of All Harcus Parker, Limited
clinton.cameron@clydeco.us

John C. Cannizzaro on behalf of Defendant Eficens Systems LLC
john.cannizzaro@icemiller.com, Kelli.Bates@icemiller.com

Daniel Cantor on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dcantor@omm.com

John F. Carberry on behalf of Defendant Crocker Mansion Estate LLC
jcarberry@cl-law.com

John F. Carberry on behalf of Defendant Jamestown Associates, LLC
jcarberry@cl-law.com

John F. Carberry on behalf of Defendant Target Enterprises, LLC
jcarberry@cl-law.com

John F. Carberry on behalf of Miscellaneous Proceeding Party Jetlaw LLC
jcarberry@cl-law.com

Michael A. Carbone on behalf of Defendant Defeng Cao
mcarbone@pppclaw.com, vsteele@pppclaw.com

Michael A. Carbone on behalf of Interested Party Defeng Cao
mcarbone@pppclaw.com, vsteele@pppclaw.com

Dennis M. Carnelli on behalf of Chapter 11 Trustee Luc A. Despins

dcarnelli@npmlaw.com

Dennis M. Carnelli on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
dcarnelli@npmlaw.com

Dennis M. Carnelli on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
dcarnelli@npmlaw.com

Dennis M. Carnelli on behalf of Plaintiff Luc A. Despins
dcarnelli@npmlaw.com

John L. Cesaroni on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Counter-Defendant Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Debtor Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

Scott M. Charmoy on behalf of Attorney Charmoy & Charmoy, LLC
scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com

Scott M. Charmoy on behalf of Defendant Law Office of Neil M. Sunkin
scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com

Scott M. Charmoy on behalf of Defendant Name Corp LLC

12

scottcharmoy@charmoy.com, ecf-
3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com

Scott M. Charmoy on behalf of Defendant Putnam's Landscaping LLC
scottcharmoy@charmoy.com, ecf-
3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com

Scott M. Charmoy on behalf of Defendant Structure Design Build LLC
scottcharmoy@charmoy.com, ecf-
3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com

Scott M. Charmoy on behalf of Defendant Shujuan Milne
scottcharmoy@charmoy.com, ecf-
3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com

Scott M. Charmoy on behalf of Interested Party Putnam's Landscaping LLC
scottcharmoy@charmoy.com, ecf-
3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com

Andrea Chase on behalf of Defendant Teris-Phoenix, LLC
achase@spencerfane.com

Ronald Ian Chorches on behalf of Attorney Darryl S. Laddin
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Creditor American Express Company, Inc.
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Defendant 1245 Factory Place, LLC
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Defendant American Express Company
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Defendant Ascentiq Solutions Limited
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Defendant Bannon Strategic Advisors, Inc.
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Defendant CyberApt Recruitment Ltd
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Defendant D&D Solutions LLC
ronchorcheslaw@sbcglobal.net

13

Ronald Ian Chorches on behalf of Defendant Great Lakes Drone Company, LLC
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Defendant Hugga LLC
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Defendant Leicester Hill Infromatices LLC
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Defendant Redis Lab, Inc.
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Defendant Teneo Ltd UK
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Defendant Warroom Broadcasting & Media Communications
LLC
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Defendant Max Krasner
ronchorcheslaw@sbcglobal.net

Ronald Ian Chorches on behalf of Interested Party Leicester Hill Infromatices LLC
ronchorcheslaw@sbcglobal.net

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Holley L. Claiborn on behalf of U.S. Trustee U.S. Trustee
holley.l.claiborn@usdoj.gov

Jared R. Clark on behalf of Defendant Phillips Nizer LLP
jclark@phillipsnizer.com

John J. Clarke, Jr on behalf of Defendant Zeta Global Corp.
john.clarke@us.dlapiper.com, DLAPiper@ecfxmail.com

John J. Clarke, Jr on behalf of Interested Party Zeta Global Corp.
john.clarke@us.dlapiper.com, DLAPiper@ecfxmail.com

Joanna J. Cline on behalf of Defendant Troutman Pepper Hamilton Sanders LLP
joanna.cline@troutman.com

Rahman Connelly on behalf of Defendant ACASS Canada LTD.
rahman.connelly@pillsburylaw.com

14

Rahman Connelly on behalf of Defendant ACASS U.S.A. Inc.
rahman.connelly@pillsburylaw.com

Rahman Connelly on behalf of Defendant Pillsbury Winthrop Shaw Pittman LLP
rahman.connelly@pillsburylaw.com

Rahman Connelly on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP
rahman.connelly@pillsburylaw.com

Michael T. Conway on behalf of Defendant ACA Capital Group Ltd.
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Arri Americas Inc.
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Celestial Tide Limited
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant G Fashion (CA)
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant G Fashion Hold Co A Limited
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant G Fashion Hold Co B Limited
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant G Fashion International Limited
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant GF IP, LLC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant GF Italy, LLC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant GFNY, Inc.
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant GFashion Media Group Inc.,
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Gettr USA, Inc.
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Hamilton Capital Holding Limited

mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Hamilton Digital Assets Fund SP
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Hamilton Investment Management Limited
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Hamilton Opportunity Fund SPC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Hamilton PE Fund SP
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Himalaya Currency Clearing Pty Ltd.
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Himalaya International Clearing Limited
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Himalaya International Clearing Ltd.
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Himalaya International Financial Group Limited
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Himalaya International Payments Limited
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Himalaya International Reserves Limited
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Himalaya Shanghai Farm LLC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Major Lead International Limited
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Omicron Nutraceutical LLC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant River Valley Operations LLC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Taurus Fund LLC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Taurus Management LLC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Wang's Realty Management Service Inc.
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant Scott Barnett
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant William Je
mconway@lpgmlaw.com

Michael T. Conway on behalf of Interested Party ACA Capital Group Ltd.
mconway@lpgmlaw.com

Michael T. Conway on behalf of Interested Party Gettr USA, Inc.
mconway@lpgmlaw.com

Michael T. Conway on behalf of Interested Party Hamilton Digital Assets Fund SP
mconway@lpgmlaw.com

Michael T. Conway on behalf of Interested Party Hamilton Opportunity Fund SPC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Interested Party Hamilton PE Fund SP
mconway@lpgmlaw.com

Michael T. Conway on behalf of Interested Party Himalaya Currency Clearing Pty Ltd
mconway@lpgmlaw.com

Michael T. Conway on behalf of Interested Party Himalaya International Clearing Ltd.
mconway@lpgmlaw.com

Michael T. Conway on behalf of Interested Party Himalaya International Financial Group
Limited
mconway@lpgmlaw.com

Michael T. Conway on behalf of Interested Party River Valley Operations LLC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Interested Party Taurus Fund LLC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Interested Party Wang's Property Management Services, Inc.
mconway@lpgmlaw.com

Richard Corbi on behalf of Defendant Weddle Law PLLC
rcorbi@corbilaw.com

Richard Corbi on behalf of Interested Party Weddle Law PLLC
rcorbi@corbilaw.com

Keith N. Costa on behalf of Interested Party Leonard Scudder
kcosta@barclaydamon.com, kfrancis@barclaydamon.com

James J. Costello, Jr on behalf of Defendant Flat Rate Movers, Ltd.
jjcostellojr@norris-law.com

James J. Costello, Jr on behalf of Defendant Norris McLaughlin, P.A.
jjcostellojr@norris-law.com

James J. Costello, Jr on behalf of Interested Party Flat Rate Movers, Ltd.
jjcostellojr@norris-law.com

James J. Costello, Jr on behalf of Interested Party Norris McLaughlin PA
jjcostellojr@norris-law.com

James J. Costello, Jr on behalf of Real Party In Intere G-News Operations, LLC
jjcostellojr@norris-law.com

Samuel Bryant Davidoff on behalf of Interested Party Williams & Connolly LLP
sam@davidoffs.com

Sam Della Fera, Jr on behalf of Cross Defendant HK International Funds Investments (USA) Limited, LLC
sdellafera@csglaw.com

Sam Della Fera, Jr on behalf of Defendant HK International Funds Investments (USA) Limited, LLC
sdellafera@csglaw.com

Sam Della Fera, Jr on behalf of Defendant Mei Guo
sdellafera@csglaw.com

Sam Della Fera, Jr on behalf of Interested Party Gypsy Mei Food Services LLC
sdellafera@csglaw.com

Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Luc A. Despins on behalf of 3rd Pty Defendant Paul Hastings LLP
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Luc A. Despins on behalf of Chapter 11 Trustee Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Luc A. Despins on behalf of Debtor Genever Holdings Corporation
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Luc A. Despins on behalf of Debtor Genever Holdings LLC
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Luc A. Despins on behalf of Defendant Despins, Luc A., Chapter 11 Trustee
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Luc A. Despins on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Luc A. Despins on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Luc A. Despins on behalf of Plaintiff Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;shlomomaza@paulhastings.com

Zachary W. Doninger on behalf of Defendant DJD Creative LLC
zdoninger@thestrongfirm.com

Tadhg Dooley on behalf of Defendant Joint Liquidators of Ace Decade Holdings Limited
tdooley@wiggin.com, akalinowski@wiggin.com

London England on behalf of Creditor RV Retailer East, LLC
lengland@grayreed.com, slangley@grayreed.com

London England on behalf of Defendant RV Retailer East, LLC
lengland@grayreed.com, slangley@grayreed.com

Melissa I Falk Wernick on behalf of Counter-Defendant HK International Funds Investments
(USA) Limited, LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Defendant HK International Funds Investments (USA)
Limited, LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Defendant Hudson Diamond Holding LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Defendant Hudson Diamond NY LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Defendant Mei Guo
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Interested Party Gypsy Mei Food Services LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Interested Party Mei Guo
mwernick@csglaw.com

Patrick A. Feeney on behalf of Defendant Apple Inc.
patrick.feeney@afslaw.com

Patrick A. Feeney on behalf of Defendant Meta Platforms Inc.
patrick.feeney@afslaw.com

Barry S. Feigenbaum on behalf of Defendant Moran Yacht Management, Inc.
bfeigenbaum@roginlaw.com

Paul Fenaroli on behalf of Interested Party 1332156 B.C. LTD
pfenaroli@pastore.net

20

Paul Fenaroli on behalf of Interested Party GWGOPNZ Limited
pfenaroli@pastore.net

Paul Fenaroli on behalf of Interested Party Japan Himalaya League, Inc.
pfenaroli@pastore.net

Paul Fenaroli on behalf of Interested Party Jie Zhang
pfenaroli@pastore.net

Paul Fenaroli on behalf of Interested Party Shin Hsin Yu
pfenaroli@pastore.net

Sam Della Fera, Jr. on behalf of Interested Party Gypsy Mei Food Services LLC
sdellafera@csglaw.com

Sam Della Fera, Jr. on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
sdellafera@csglaw.com

Sam Della Fera, Jr. on behalf of Interested Party Mei Guo
sdellafera@csglaw.com

Sabato P. Fiano on behalf of Interested Party RCI Bridgeport, LLC
sfiano@znclaw.com

Ross G. Fingold on behalf of Defendant Cloudflare, Inc.
rfingold@lawssf.com

Ross G. Fingold on behalf of Interested Party Golden Eagles Ventures LLC
rfingold@lawssf.com

Ross G. Fingold on behalf of Interested Party NODAL PARTNERS, LLC
rfingold@lawssf.com

Ross G. Fingold on behalf of Interested Party River Valley Operations LLC
rfingold@lawssf.com

Ross G. Fingold on behalf of Interested Party Yumei Hao
rfingold@lawssf.com

William S. Fish on behalf of Interested Party DBS BANK LTD.
wfish@hinckleyallen.com, jmccarthy@hinckleyallen.com

Robert Belson Flynn on behalf of Plaintiff Luc A. Despins
rflynn@npmlaw.com

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Richard N Freeth on behalf of Defendant Himalaya New World Inc.
rfreeth@freethfirm.com

Richard N Freeth on behalf of Defendant Himalaya New York Rock
rfreeth@freethfirm.com

Richard N Freeth on behalf of Defendant ZYB & Associates, LLC
rfreeth@freethfirm.com

Richard N Freeth on behalf of Defendant Yongbing Zhang
rfreeth@freethfirm.com

Richard N Freeth on behalf of Interested Party Bofang Investment LLC
rfreeth@freethfirm.com

Richard N Freeth on behalf of Interested Party Himalaya Investment LLC
rfreeth@freethfirm.com

Richard N Freeth on behalf of Interested Party Feibo Jiang
rfreeth@freethfirm.com

Richard N Freeth on behalf of Interested Party Jiaming Liu
rfreeth@freethfirm.com

Lisa Fried on behalf of Interested Party UBS AG
lisa.fried@hsf.com, stephanie.morano@hsf.com

Adam Friedman on behalf of Interested Party Defeng Cao
afriedman@olshanlaw.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

R. Victoria Fuller on behalf of Defendant Anthony DiBattista

fullerv@whiteandwilliams.com

Taruna Garg on behalf of Creditor The Sherry-Netherland, Inc.
tgarg@harrisbeachmurtha.com, mgarcia@murthalaw.com

Benjamin O. Gilbert on behalf of Creditor Agora Lab, Inc.
bogilbert@sheppardmullin.com

Benjamin O. Gilbert on behalf of Defendant Agora Lab, Inc.
bogilbert@sheppardmullin.com

Paul N. Gilmore on behalf of Defendant Updike, Kelly & Spellacy, P.C.
pgilmore@uks.com

Irve J. Goldman on behalf of Creditor Pullman & Comley, LLC
igoldman@pullcom.com, rmccoy@pullcom.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Irve J. Goldman on behalf of Defendant Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Eric S. Goldstein on behalf of Creditor Direct Persuasion LLC
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Creditor Federal Express Corporation
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Creditor On The Spot Home Improvement, Inc.
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Creditor RV Retailer East, LLC
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Creditor Sedgwick Realty Corp.
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Defendant Anthem Health Plans, Inc.
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Defendant Anthem HealthChoice Assurance, Inc. f/k/a Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Defendant Art Wolfe, Inc.
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Defendant Direct Persuasion LLC
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Defendant Federal Express Corporation
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Defendant On the Spot Home Improvement, Inc.
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Defendant RV Retailer East, LLC
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Defendant Sedgwick Realty Corp.
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Defendant Triple2 Digital LLC
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Interested Party Anthem Health Plans, Inc.
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric S. Goldstein on behalf of Interested Party Anthem HealthChoice Assurance, Inc. f/k/a Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Mia N. Gonzalez on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Marc Gottridge on behalf of Interested Party UBS AG
marc.gottridge@hsf.com

James C. Graham on behalf of Chapter 11 Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Defendant Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Plaintiff Luc A Despins, Chapter 11 Trustee
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Plaintiff Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Robert J. Grand on behalf of Defendant GS Security Solutions Inc.
rgrand@laxneville.com

Robert J. Grand on behalf of Defendant Infinity Treasury Management Inc.
rgrand@laxneville.com

Robert J. Grand on behalf of Defendant Lamp Capital LLC
rgrand@laxneville.com

Robert J. Grand on behalf of Defendant Scott Barnett
rgrand@laxneville.com

Robert J. Grand on behalf of Interested Party GS Security Solutions, Inc.
rgrand@laxneville.com

Robert J. Grand on behalf of Interested Party Infinity Treasury Management Inc.
rgrand@laxneville.com

Robert J. Grand on behalf of Interested Party Lamp Capital LLC

rgrand@laxneville.com

Gary J. Greene on behalf of Defendant J Tan Jewelry Design, Inc.
bankruptcy@greenelawpc.com, greene.garyb116292@notify.bestcase.com

Gary J. Greene on behalf of Defendant Style Eyes Inc. d/b/a Ginger Finds
bankruptcy@greenelawpc.com, greene.garyb116292@notify.bestcase.com

Gary J. Greene on behalf of Defendant TD Avenue (The Diamond Avenue)
bankruptcy@greenelawpc.com, greene.garyb116292@notify.bestcase.com

Gary J. Greene on behalf of Defendant Tavares Cutting Inc.
bankruptcy@greenelawpc.com, greene.garyb116292@notify.bestcase.com

Gary J. Greene on behalf of Defendant VFT Solutions Inc.
bankruptcy@greenelawpc.com, greene.garyb116292@notify.bestcase.com

Lawrence S. Grossman on behalf of Interested Party BakerHostetler
LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com;ngolino@gs-
lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-
lawfirm.com;eross@gs-lawfirm.com

Michael John Grudberg on behalf of Interested Party Yinying Wang
mgrudberg@tarterkrinsky.com

Carl T. Gulliver on behalf of Defendant Yangping Wang
carlgulliver@cgulliverlaw.com, CarlGulliverLawLLC@jubileebk.net

Carl T. Gulliver on behalf of Defendant Yanping "Yvette" Wang
carlgulliver@cgulliverlaw.com, CarlGulliverLawLLC@jubileebk.net

Bryan Ha on behalf of Defendant Rule of Law Foundation III Inc.
bhanyc@gmail.com

Bryan Ha on behalf of Defendant Rule of Law Foundation III, Inc.
bhanyc@gmail.com

Bryan Ha on behalf of Defendant Rule of Law Society IV Inc.
bhanyc@gmail.com

Bryan Ha on behalf of Defendant Rule of Law Society IV, Inc.
bhanyc@gmail.com

Bryan Ha on behalf of Interested Party Rule of Law Foundation III, Inc.
bhanyc@gmail.com

Bryan Ha on behalf of Interested Party Rule of Law Society IV, Inc.
bhanyc@gmail.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund
L.P.
dharbach@omm.com

David V. Harbach, II on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

David H. Hartheimer on behalf of Defendant Wedlake Bell LLP
david@mhlaw-ny.com

Elise Kyla Haverman on behalf of Defendant AIG Property Casualty Company
Ehaverman@steptoe.com

James J. Healy on behalf of Interested Party Williams & Connolly LLP
jhealy@cmandh.com

Jeffrey Hellman on behalf of Defendant Ohtzar Shlomo Solomon Treasure LLC
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman on behalf of Defendant Ho Wan Kwok
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman on behalf of Defendant Jason Miller
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman on behalf of Defendant Mark Gunderson
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman on behalf of Interested Party Ohtzar Solomon Treasure LLC
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman on behalf of Interested Party Jason Miller
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Eric A. Henzy on behalf of Debtor Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Mei Guo
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Interested Party HK International Funds Investments (USA) Limited,
LLC
ehenzy@zeislaw.com, cjervey@zeislaw.com

Frederick Hyman on behalf of Defendant Mercantile Bank International Corp.
fhyman@crowell.com

Frederick Hyman on behalf of Defendant Yieldesta L.P.
fhyman@crowell.com

Frederick Hyman on behalf of Interested Party Mercantile Bank International Corp.
fhyman@crowell.com

Frederick Hyman on behalf of Interested Party Yieldesta LP
fhyman@crowell.com

Zachary A. Intrater on behalf of Defendant Hing Chi Ngok
zintrater@braflaw.com

Ryan T. Jareck on behalf of Interested Party HCHK Property Management, Inc.
rjareck@coleschotz.com

Ryan T. Jareck on behalf of Interested Party HCHK Technologies, Inc.
rjareck@coleschotz.com

Ryan T. Jareck on behalf of Interested Party Lexington Property and Staffing, Inc.
rjareck@coleschotz.com

Timothy P. Jensen on behalf of Debtor Genever Holdings LLC
tjensen@omjblaw.com

Timothy P. Jensen on behalf of Plaintiff Genever Holdings LLC
tjensen@omjblaw.com

Julie Johnston-Ahlen on behalf of Defendant Berkeley Rowe Limited
jja@atllp.com, mbianchi@atllp.com

Robert E. Kaelin on behalf of Defendant 3 Columbus Circle LLC
rkaelin@harrisbeachmurtha.com

Robert E. Kaelin on behalf of Defendant Bering Yachts, LLC
rkaelin@harrisbeachmurtha.com

Robert E. Kaelin on behalf of Defendant Mercedes-Benz Manhattan, Inc.
rkaelin@harrisbeachmurtha.com

Robert E. Kaelin on behalf of Defendant ModSquad Inc.
rkaelin@harrisbeachmurtha.com

Robert E. Kaelin on behalf of Defendant Phillips Nizer LLP
rkaelin@harrisbeachmurtha.com

Robert E. Kaelin on behalf of Interested Party 3 COLUMBUS CIRCLE LLC
rkaelin@harrisbeachmurtha.com

Jonathan Kaplan on behalf of Creditor Pullman & Comley, LLC
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Andrew J. Kelly on behalf of Defendant Structure Design Build LLC
akelly@kbtlaw.com

Patrick Kennell on behalf of Defendant Brune Law PC
pkennell@kaufmandolowich.com

Patrick Kennell on behalf of Defendant Ganfer Shore Leeds & Zauderer, LLP
pkennell@kaufmandolowich.com

Patrick Kennell on behalf of Defendant Petrillo Klein & Boxer LLP
pkennell@kaufmandolowich.com

Patrick Kennell on behalf of Defendant Yankwitt LLP
pkennell@kaufmandolowich.com

Scott M. Kessler on behalf of Defendant B&H Foto & Electronics Corp.
scott.kessler@akerman.com, masterdocketlit@akerman.com

Scott M. Kessler on behalf of Interested Party B&H Foto & Electronics Corp.
scott.kessler@akerman.com, masterdocketlit@akerman.com

Austin D Kim on behalf of Defendant Greenwich Land LLC
adk@msf-law.com

Austin D Kim on behalf of Defendant Greenwich Land, LLC
adk@msf-law.com

Austin D Kim on behalf of Defendant HING CHI NGOK,

adk@msf-law.com

Austin D Kim on behalf of Defendant Hing Chi Ngok
adk@msf-law.com

Austin D Kim on behalf of Interested Party Greenwich Land, LLC
adk@msf-law.com

Austin D Kim on behalf of Interested Party Hing Chi Ngok
adk@msf-law.com

Stephen M. Kindseth on behalf of Debtor Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Defendant Gypsy Mei Food Services LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Defendant Hudson Diamond Holding LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Defendant Hudson Diamond Holdings LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Defendant Hudson Diamond NY LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Defendant Leading Shine NY Ltd.
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Defendant Zeisler & Zeisler, P.C.
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Defendant HING CHI NGOK,
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Defendant Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Defendant Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Gypsy Mei Food Services LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC

skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Nancy Bohan Kinsella on behalf of Chapter 11 Trustee Luc A. Despins
nkinsella@npmlaw.com,
moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com

Nancy Bohan Kinsella on behalf of Plaintiff Luc A. Despins
nkinsella@npmlaw.com,
moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com

Nancy Bohan Kinsella on behalf of Plaintiff-Intervenor Luc A. Despins
nkinsella@npmlaw.com,
moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com

C. Kevin Kobbe on behalf of Defendant Zeta Global Corp.
kevin.kobbe@us.dlapiper.com

Stuart Kossar on behalf of Defendant Flat Rate Movers, Ltd.
slkossar@norris-law.com

Stuart Kossar on behalf of Defendant Norris McLaughlin, P.A.
slkossar@norris-law.com

Stuart Kossar on behalf of Interested Party Flat Rate Movers, Ltd.
slkossar@norris-law.com

Stuart Kossar on behalf of Interested Party Norris McLaughlin PA
slkossar@norris-law.com

Elizabeth Norris Krasnow on behalf of Defendant Indium Software Inc.
kdwbankruptcydepartment@kelleydrye.com

Elizabeth Norris Krasnow on behalf of Interested Party Indium Software Inc.
kdwbankruptcydepartment@kelleydrye.com

Mark M. Kratter on behalf of Defendant Quick-Equip LLC
laws4ct@aol.com

John Joseph Kuster on behalf of Interested Party DBS BANK LTD.
jkuster@sidley.com

Kathleen M. LaManna on behalf of Plaintiff U.S. Bank National Association, as escrow agent
klamanna@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Ivan J. Ladd-Smith on behalf of Defendant Beile Li
ladd-smith@spearsmanning.com

Darryl S. Laddin
darryl.laddin@agg.com

Darryl Scott Laddin on behalf of Creditor American Express Company, Inc.
darryl.laddin@agg.com

Darryl Scott Laddin on behalf of Defendant American Express Company
darryl.laddin@agg.com

Nicole Lapenta on behalf of Defendant Federal Express Corporation
nlapenta@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Nicole Lapenta on behalf of Defendant RV Retailer East, LLC
nlapenta@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Nicole Lapenta on behalf of Defendant Triple2 Digital LLC
nlapenta@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Julie A Lavoie on behalf of Creditor The Sherry-Netherland, Inc.
jlavoie@harrisbeachmurtha.com

Francis J. Lawall on behalf of Defendant Troutman Pepper Hamilton Sanders LLP
francis.lawall@troutman.com, susan.henry@troutman.com;marcy.smith@troutman.com

Barry R Lax on behalf of Defendant GS Security Solutions Inc.
blax@laxneville.com

Barry R Lax on behalf of Defendant Infinity Treasury Management Inc.
blax@laxneville.com

Barry R Lax on behalf of Defendant Lamp Capital LLC
blax@laxneville.com

Barry R Lax on behalf of Defendant Scott Barnett
blax@laxneville.com

Barry R Lax on behalf of Interested Party GS Security Solutions, Inc.
blax@laxneville.com

Barry R Lax on behalf of Interested Party Infinity Treasury Management Inc.
blax@laxneville.com

Barry R Lax on behalf of Interested Party Lamp Capital LLC
blax@laxneville.com

Andrew V. Layden on behalf of Interested Party BakerHostetler
alayden@bakerlaw.com

Scott A. Lessne on behalf of Interested Party Mercantile Bank International Corp.
slessne@crowell.com, scott-lessne-2280@ecf.pacerpro.com

Scott A. Lessne on behalf of Interested Party Yieldesta LP
slessne@crowell.com, scott-lessne-2280@ecf.pacerpro.com

Jeffrey I.D. Lewis on behalf of Defendant Foley Hoag LLP
jidlewis@foleyhoag.com,
jteoh@foleyhoag.com;mrosen@foleyhoag.com;docketing@foleyhoag.com;edalmani@foleyhoag
.com

Brian David Linder on behalf of Defendant Clayman Rosenberg Kirshner & Linder LLP
linder@clayro.com

Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Claims/Noticing Agent Epiq Corporate Restructuring, LLC
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Counter-Claimant Luc A. Despins
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Cross-Claimant Despins, Luc A., Chapter 11 Trustee
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Debtor Genever Holdings Corporation
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Debtor Genever Holdings LLC

plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Debtor's Attorney Paul Hastings LLP
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Defendant Despins, Luc A., Chapter 11 Trustee
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Defendant Luc A. Despins
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Plaintiff Genever Holdings Corporation
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Plaintiff Genever Holdings LLC
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Plaintiff Luc A Despins, Chapter 11 Trustee
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins
plinsey@npmlaw.com,

34

sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Plaintiff-Intervenor Luc A. Despins
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Spec. Counsel Winne, Banta, Basralian & Kahn, P.C.
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Trustee Luc A. Despins
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

Patrick R. Linsey on behalf of Trustee's Attorney Neubert, Pepe & Monteith, P.C.
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;kahumada@npmlaw.com;spier
ce@npmlaw.com

David Litterine-Kaufman on behalf of Defendant Joint Liquidators of Ace Decade Holdings
Limited
dlitterinekaufman@orrick.com

John Magliery on behalf of Defendant Great Bowery Inc. D/B/A Camilla Lowther Management
johnmagliery@dwt.com, nycdocket@dwt.com;laurendorsett@dwt.com

Christopher J. Major on behalf of Defendant Greenwich Land LLC
cjm@msf-law.com

Christopher J. Major on behalf of Defendant Greenwich Land, LLC
cjm@msf-law.com

Christopher J. Major on behalf of Defendant HING CHI NGOK,
cjm@msf-law.com

Christopher J. Major on behalf of Defendant Hing Chi Ngok
cjm@msf-law.com

Christopher J. Major on behalf of Interested Party Greenwich Land, LLC
cjm@msf-law.com

Christopher J. Major on behalf of Interested Party Hing Chi Ngok
cjm@msf-law.com

Bonnie C. Mangan on behalf of Defendant HCHK Property Management, Inc.
bonnie.mangan@manganlaw.com,
becky.avery@manganlaw.com;adam.lyford@manganlaw.com;julissa.bustamante@manganlaw.c
om

Bonnie C. Mangan on behalf of Defendant Brian Hofmeister
bonnie.mangan@manganlaw.com,
becky.avery@manganlaw.com;adam.lyford@manganlaw.com;julissa.bustamante@manganlaw.c
om

Bonnie C. Mangan on behalf of Requested Notice Bonnie C. Mangan
Trusteemangan@yahoo.com,
ct19@ecfcbis.com;becky.avery@manganlaw.com;adam.lyford@manganlaw.com;julissa.bustam
ante@manganlaw.com

Bonnie C. Mangan on behalf of Requested Notice Bonnie C. Mangan
bonnie.mangan@manganlaw.com,
becky.avery@manganlaw.com;adam.lyford@manganlaw.com;julissa.bustamante@manganlaw.c
om

Anthony J. Marchese on behalf of Attorney Lee Vartan
amarchese@csglaw.com

Anthony J. Marchese on behalf of Defendant Chiesa Shahinian & Giantomasi PC
amarchese@csglaw.com

Anthony J. Marchese on behalf of Interested Party Chiesa Shahinian & Giantomasi PC
amarchese@csglaw.com

Vincent M. Marino on behalf of Defendant Blueberry Builders, LLC
vmarino@marinolawct.com

Vincent M. Marino on behalf of Interested Party Blueberry Builders, LLC
vmarino@marinolawct.com

Amy E. Markim on behalf of Debtor Genever Holdings LLC
amarkim@omjblaw.com

Amy E. Markim on behalf of Plaintiff Genever Holdings LLC

amarkim@omjblaw.com

Ilan Markus on behalf of Defendant Conservative Campaign Technology, LLC
imarkus@barclaydamon.com,
docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-
4670@ecf.pacerpro.com

Ilan Markus on behalf of Interested Party Conservative Campaign Technology LLC
imarkus@barclaydamon.com,
docketing@barclaydamon.com;mcenkus@barclaydamon.com;ilan-markus-
4670@ecf.pacerpro.com

Joseph W. Martini on behalf of Defendant Beile Li
jmartini@spearsmanning.com

Louis Joseph Martocchio, III on behalf of Defendant DJD Creative LLC
lou@mo-lawfirm.com

Louis Joseph Martocchio, III on behalf of Interested Party DJD Creative LLC
lou@mo-lawfirm.com

Katherine E. Mateo on behalf of Defendant Defeng Cao
kmateo@olshanlaw.com

Katherine E. Mateo on behalf of Interested Party Defeng Cao
kmateo@olshanlaw.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@pullcom.com, rmccoy@pullcom.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@pullcom.com, rmccoy@pullcom.com

Kristin B. Mayhew on behalf of Creditor Committee Official Committee of Unsecured Creditors
kmayhew@pullcom.com, rmccoy@pullcom.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@pullcom.com, rmccoy@pullcom.com

Kristin B. Mayhew on behalf of Defendant Official Committee of Unsecured Creditors
kmayhew@pullcom.com, rmccoy@pullcom.com

Kristin B. Mayhew on behalf of Plaintiff Boxun Inc.
kmayhew@pullcom.com, rmccoy@pullcom.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma

kmayhew@pullcom.com, rmccoy@pullcom.com

Kristin B. Mayhew on behalf of Plaintiff Weican (Watson) Meng
kmayhew@pullcom.com, rmccoy@pullcom.com

Kristin B. Mayhew on behalf of Plaintiff Yang Lan
kmayhew@pullcom.com, rmccoy@pullcom.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@pullcom.com, rmccoy@pullcom.com

Shlomo Maza on behalf of Chapter 11 Trustee Luc A. Despins
shlomomaza@paulhastings.com

Shlomo Maza on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
shlomomaza@paulhastings.com

Melissa Rose McClammy on behalf of Interested Party 1332156 B.C. LTD
mmcclammy@pastore.net

Melissa Rose McClammy on behalf of Interested Party GWGOPNZ Limited
mmcclammy@pastore.net

Melissa Rose McClammy on behalf of Interested Party Japan Himalaya League, Inc.
mmcclammy@pastore.net

Melissa Rose McClammy on behalf of Interested Party Shin Hsin Yu
mmcclammy@pastore.net

Michael T. McCormack on behalf of Debtor Genever Holdings LLC
mmccormack@omjblaw.com, mgambardella@omjblaw.com

Michael T. McCormack on behalf of Plaintiff Genever Holdings LLC
mmccormack@omjblaw.com, mgambardella@omjblaw.com

Jason E. Meade on behalf of Defendant AIG Property Casualty Company
jmeade@steptoe.com

Eilis A Meagher on behalf of Defendant Marcum LLP
emeagher@fdh.com

Eilis A Meagher on behalf of Defendant Nardello & Co., LLC
emeagher@fdh.com

Eilis A Meagher on behalf of Defendant Teris-Phoenix, LLC
emeagher@fdh.com

Eilis A Meagher on behalf of Defendant Urban Legend Media, Inc
emeagher@fdh.com

Eilis A Meagher on behalf of Interested Party Nardello & Co., LLC
emeagher@fdh.com

Danielle L. Merola on behalf of Interested Party BakerHostetler
dmerola@bakerlaw.com

James Edward Miller on behalf of Defendant UK Import Services Limited
jemiller@millershah.com, pleadings@millershah.com

Robert Rush Miller on behalf of Defendant GS Security Solutions Inc.
rmiller@laxneville.com

Robert Rush Miller on behalf of Defendant Infinity Treasury Management Inc.
rmiller@laxneville.com

Robert Rush Miller on behalf of Defendant Lamp Capital LLC
rmiller@laxneville.com

Robert Rush Miller on behalf of Defendant Scott Barnett
rmiller@laxneville.com

Robert Rush Miller on behalf of Interested Party GS Security Solutions, Inc.
rmiller@laxneville.com

Robert Rush Miller on behalf of Interested Party Infinity Treasury Management Inc.
rmiller@laxneville.com

Robert Rush Miller on behalf of Interested Party Lamp Capital LLC
rmiller@laxneville.com

Sherry J. Millman on behalf of Creditor The Sherry-Netherland, Inc.
sherry.millman@hoganlovells.com, sherry-millman-9484@ecf.pacerpro.com

Benjamin Mintz on behalf of Creditor Direct Persuasion LLC
benjamin.mintz@arnoldporter.com

Benjamin Mintz on behalf of Defendant Direct Persuasion LLC
benjamin.mintz@arnoldporter.com

Aaron A Mitchell on behalf of Debtor Ho Wan Kwok
aaron@lmesq.com

Aaron A Mitchell on behalf of Debtor's Attorney Lawall & Mitchell, LLC
aaron@lmesq.com

Aaron A Mitchell on behalf of Defendant Lawall & Mitchell, LLC
aaron@lmesq.com

Aaron A Mitchell on behalf of Defendant Aaron Mitchell
aaron@lmesq.com

Aaron A Mitchell on behalf of Defendant Ho Wan Kwok
aaron@lmesq.com

Kari A. Mitchell on behalf of Chapter 11 Trustee Luc A. Despins
kmitchell@npmlaw.com

Kari A. Mitchell on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
kmitchell@npmlaw.com

Kari A. Mitchell on behalf of Plaintiff Luc A Despins, Chapter 11 Trustee
kmitchell@npmlaw.com

Kari A. Mitchell on behalf of Plaintiff Luc A. Despins
kmitchell@npmlaw.com

Kari A. Mitchell on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
kmitchell@npmlaw.com

Rowena A. Moffett on behalf of Defendant Morvillo Abramowitz Grand Iason & Anello P.C.
rmoffett@bswlaw.com, psperling@bswlaw.com

James M. Moriarty on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Counter-Defendant Mei Guo
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Debtor Ho Wan Kwok
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Defendant Gypsy Mei Food Services LLC
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Defendant HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Defendant Hudson Diamond Holding LLC
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Defendant Hudson Diamond Holdings LLC
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Defendant Hudson Diamond NY LLC
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Defendant Leading Shine NY Ltd.
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Defendant Zeisler & Zeisler, P.C.
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Defendant HING CHI NGOK,
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Defendant Mei Guo
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Interested Party Gypsy Mei Food Services LLC
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Interested Party Hudson Diamond Holding LLC
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Interested Party Hudson Diamond NY LLC
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Interested Party Leading Shine NY Ltd.
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Interested Party Mei Guo
jmoriarty@zeislaw.com, aberns@zeislaw.com

James M. Moriarty on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, aberns@zeislaw.com

Bennet J. Moskowitz on behalf of Defendant Clear Treasury (UK Trading) Limited
bennet.moskowitz@troutman.com

Ruby A. Nagamine on behalf of Interested Party Amazon Web Services, Inc.
ruby.nagamine@klgates.com

Ruby A. Nagamine on behalf of Interested Party Amazon.com, Inc.
ruby.nagamine@klgates.com

James Edward Nealon on behalf of Defendant ZYB & Associates, LLC
james.nealon@nealon-law.com

James Edward Nealon on behalf of Defendant Kamel Debeche
james.nealon@nealon-law.com

James Edward Nealon on behalf of Defendant Yongbing Zhang
james.nealon@nealon-law.com

James Edward Nealon on behalf of Interested Party Yongbing Zhang
james.nealon@nealon-law.com

Peter C. Netburn on behalf of All Harcus Parker, Limited
peter.netburn@clydeco.us, michelle.green@clydeco.us

Peter C. Netburn on behalf of Defendant Harcus Parker Limited
peter.netburn@clydeco.us, michelle.green@clydeco.us

Jon P. Newton on behalf of Defendant Rule of Law Foundation III Inc.
jnewton@reidandriege.com, umongrain@rrlawpc.com

Jon P. Newton on behalf of Defendant Rule of Law Foundation III, Inc.
jnewton@reidandriege.com, umongrain@rrlawpc.com

Jon P. Newton on behalf of Defendant Rule of Law Society IV Inc.
jnewton@reidandriege.com, umongrain@rrlawpc.com

Jon P. Newton on behalf of Defendant Rule of Law Society IV, Inc.
jnewton@reidandriege.com, umongrain@rrlawpc.com

Jon P. Newton on behalf of Interested Party Rule of Law Foundation III, Inc.
jnewton@reidandriege.com, umongrain@rrlawpc.com

Jon P. Newton on behalf of Interested Party Rule of Law Society IV, Inc.
jnewton@reidandriege.com, umongrain@rrlawpc.com

Jon P. Newton on behalf of Interested Party Chris Lee
jnewton@reidandriege.com, umongrain@rrlawpc.com

Jon P. Newton on behalf of Interested Party Qidong Xia
jnewton@reidandriege.com, umongrain@rrlawpc.com

Amy M. Oden on behalf of Defendant Blueberry Builders, LLC
aoden@pashmanstein.com

Amy M. Oden on behalf of Interested Party Blueberry Builders, LLC
aoden@pashmanstein.com

Frank A. Oswald on behalf of Interested Party Clayman Rosenberg Kirshner & Linder LLP
frankoswald@teamtogut.com, dperson@teamtogut.com;gquist@teamtogut.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Joseph M. Pastore, III on behalf of Interested Party 1332156 B.C. LTD
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party 1332156 B.C. LTD
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party GWGOPNZ Limited
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party GWGOPNZ Limited
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party Japan Himalaya League, Inc.
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party Jie Zhang
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party Shin Hsin Yu
jpastore@pastore.net

Joseph M. Pastore, III on behalf of Interested Party Shin Hsin Yu
jpastore@pastore.net

Marc A. Pergament on behalf of Interested Party Manhattan Motorcars, Inc.
mpergament@wgplaw.com

Mark A Pergament on behalf of Defendant Manhattan Motorcars, Inc.
mpergament@wgplaw.com

Matthew Pesce on behalf of Defendant 3 Columbus Circle LLC
mpesce@harrisbeachmurtha.com, mgarcia@murthalaw.com

Matthew Pesce on behalf of Defendant Bering Yachts, LLC
mpesce@harrisbeachmurtha.com, mgarcia@murthalaw.com

Matthew Pesce on behalf of Defendant Mercedes-Benz Manhattan, Inc.
mpesce@harrisbeachmurtha.com, mgarcia@murthalaw.com

Matthew Pesce on behalf of Defendant ModSquad Inc.
mpesce@harrisbeachmurtha.com, mgarcia@murthalaw.com

Matthew Pesce on behalf of Defendant Phillips Nizer LLP
mpesce@harrisbeachmurtha.com, mgarcia@murthalaw.com

Matthew Pesce on behalf of Interested Party 3 COLUMBUS CIRCLE LLC
mpesce@harrisbeachmurtha.com, mgarcia@murthalaw.com

Matthew Pesce on behalf of Interested Party Phillips Nizer LLP
mpesce@harrisbeachmurtha.com, mgarcia@murthalaw.com

Brian T. Peterson on behalf of Defendant Amazon Web Services, Inc.
brian.peterson@klgates.com

Brian T. Peterson on behalf of Defendant Amazon.com, Inc.
brian.peterson@klgates.com

Brian T. Peterson on behalf of Interested Party Amazon Web Services, Inc.
brian.peterson@klgates.com

Brian T. Peterson on behalf of Interested Party Amazon.com, Inc.
brian.peterson@klgates.com

Albena Petrakov on behalf of Defendant Rilievi Group S.R.L.
apetrakov@offitkurman.com

Patrick N. Petrocelli on behalf of Creditor The Sherry-Netherland, Inc.
ppetrocelli@stroock.com

Sari B. Placona on behalf of Interested Party HCHK Property Management, Inc.

44

splacona@msbnj.com

Sari B. Placona on behalf of Interested Party HCHK Technologies, Inc.
splacona@msbnj.com

Sari B. Placona on behalf of Interested Party Lexington Property and Staffing, Inc.
splacona@msbnj.com

Sari Blair Placona on behalf of Defendant McManimon, Scotland & Baumann, LLC
splacona@msbnj.com

Sari Blair Placona on behalf of Interested Party HCHK Property Management, Inc.
splacona@msbnj.com

Sari Blair Placona on behalf of Interested Party HCHK Technologies, Inc.
splacona@msbnj.com

Sari Blair Placona on behalf of Interested Party Lexington Property and Staffing, Inc.
splacona@msbnj.com

Nicholas Poli on behalf of Defendant Joint Liquidators of Ace Decade Holdings Limited
npoli@orrick.com

Jon T. Powers on behalf of Defendant Anthony DiBattista
powerst@whiteandwilliams.com

Anthony J. Proscia on behalf of Defendant Brune Law PC
AProscia@kaufmandolowich.com

Anthony J. Proscia on behalf of Defendant Ganfer Shore Leeds & Zauderer, LLP
AProscia@kaufmandolowich.com

Anthony J. Proscia on behalf of Defendant Petrillo Klein & Boxer LLP
AProscia@kaufmandolowich.com

Anthony J. Proscia on behalf of Defendant Yankwitt LLP
AProscia@kaufmandolowich.com

Brian D. Rich on behalf of Interested Party WA & HF LLC
brich@barclaydamon.com, kfrancis@barclaydamon.com

Lucas Bennett Rocklin on behalf of Chapter 11 Trustee Luc A. Despins
lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net

Holly G. Rogers on behalf of Defendant Marini Pietrantoni Muniz LLC
hrogers@melicklaw.com, nliberatore@melicklaw.com

Eric Roman on behalf of Defendant Apple Inc.
eric.roman@afslaw.com

Eric Roman on behalf of Defendant Meta Platforms Inc.
eric.roman@afslaw.com

Aaron Romney on behalf of Defendant GS Security Solutions, Inc.
aromney@laxneville.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Scott Barnett
aromney@laxneville.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party GS Security Solutions, Inc.
aromney@laxneville.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Aaron A. Romney
aromney@laxneville.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Scott Barnett
aromney@laxneville.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com, msullivan@cbshealaw.com;akuhn@cbshealaw.com

David Roth on behalf of Defendant Joint Liquidators of Ace Decade Holdings Limited
droth@wiggin.com, akalinowski@wiggin.com

Tyler W. Rutherford on behalf of Interested Party 1332156 B.C. LTD
trutherford@pastore.net

Tyler W. Rutherford on behalf of Interested Party GWGOPNZ Limited
trutherford@pastore.net

Tyler W. Rutherford on behalf of Interested Party Jie Zhang
trutherford@pastore.net

Tyler W. Rutherford on behalf of Interested Party Shin Hsin Yu
trutherford@pastore.net

Thomas J. Sansone on behalf of Attorney Michael S. Weinstein
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Xiaodan Wang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Matthew J. Schenker on behalf of Interested Party Microsoft Corporation
mschenker@foxrothschild.com

Eric T. Schmitt on behalf of Interested Party Chris Lee
eschmitt@quinlanfirm.com

Eric T. Schmitt on behalf of Interested Party Qidong Xia
eschmitt@quinlanfirm.com

Jordan W. Schur on behalf of Defendant Infinity Treasury Management Inc.
jschur@houser-law.com

Jordan W. Schur on behalf of Defendant Lamp Capital LLC
jschur@houser-law.com

Jordan W. Schur on behalf of Interested Party GS Security Solutions, Inc.
jschur@houser-law.com

Eric Seltzer on behalf of Defendant Miller Motorcars Inc.
ehs@gtlslaw.com

Eric Seltzer on behalf of Interested Party Miller Motorcars Inc.
ehs@gtlslaw.com

Robert N. Sensale on behalf of Defendant 270 W. 39th St. Co., LLC

RNS@bvmlaw.com, melissa@bvmlaw.com;maria@bvmlaw.com

David M.S. Shaiken on behalf of Defendant Reach Manufacturing, LLC
david@shipmanlawct.com

David M.S. Shaiken on behalf of Defendant Troutman Pepper Hamilton Sanders LLP
david@shipmanlawct.com

Virginia T Shea on behalf of 20 Largest Creditor Rui Ma
vshea@mdmc-law.com

Virginia T Shea on behalf of 20 Largest Creditor Weican Meng
vshea@mdmc-law.com

Virginia T Shea on behalf of Creditor Zheng Wu
vshea@mdmc-law.com

Virginia T Shea on behalf of Plaintiff Rui Ma
vshea@mdmc-law.com

Virginia T Shea on behalf of Plaintiff Weican (Watson) Meng
vshea@mdmc-law.com

Virginia T Shea on behalf of Plaintiff Zheng Wu
vshea@mdmc-law.com

Michael A. Siedband on behalf of Creditor Federal Express Corporation
michael.siedband@fedex.com

Michael A. Siedband on behalf of Defendant Federal Express Corporation
michael.siedband@fedex.com

Jessica Signor on behalf of Creditor Federal Express Corporation
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Defendant Anthem Health Plans, Inc.
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Defendant Anthem HealthChoice Assurance, Inc. f/k/a Empire
HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Defendant Art Wolfe, Inc.
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Defendant Direct Persuasion LLC

jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Defendant Federal Express Corporation
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Defendant Sedgwick Realty Corp.
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Interested Party Anthem Health Plans, Inc.
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Interested Party Anthem HealthChoice Assurance, Inc. f/k/a Empire
HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Jessica Signor on behalf of Interested Party Art Wolfe, Inc.
jsignor@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Douglas S. Skalka on behalf of Chapter 11 Trustee Luc A. Despins
dskalka@npmlaw.com,
tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;spierce@npmlaw.com

Douglas S. Skalka on behalf of Counter-Claimant Luc A. Despins
dskalka@npmlaw.com,
tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;spierce@npmlaw.com

Douglas S. Skalka on behalf of Debtor Genever Holdings Corporation
dskalka@npmlaw.com,
tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;spierce@npmlaw.com

Douglas S. Skalka on behalf of Debtor Genever Holdings LLC
dskalka@npmlaw.com,
tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;spierce@npmlaw.com

Douglas S. Skalka on behalf of Defendant Despins, Luc A., Chapter 11 Trustee
dskalka@npmlaw.com,
tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;spierce@npmlaw.com

Douglas S. Skalka on behalf of Defendant Luc A. Despins
dskalka@npmlaw.com,
tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;spierce@npmlaw.com

Douglas S. Skalka on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
dskalka@npmlaw.com,
tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;spierce@npmlaw.com

Douglas S. Skalka on behalf of Plaintiff Genever Holdings LLC
dskalka@npmlaw.com,
tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;spierce@npmlaw.com

Douglas S. Skalka on behalf of Plaintiff Luc A Despins, Chapter 11 Trustee
dskalka@npmlaw.com,
tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;spierce@npmlaw.com

Douglas S. Skalka on behalf of Plaintiff Luc A. Despins
dskalka@npmlaw.com,
tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;spierce@npmlaw.com

Douglas S. Skalka on behalf of Plaintiff Luc A. Despins, Chapter 11 Trustee
dskalka@npmlaw.com,
tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;spierce@npmlaw.com

Douglas S. Skalka on behalf of Plaintiff-Intervenor Luc A. Despins
dskalka@npmlaw.com,
tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;spierce@npmlaw.com

Douglas S. Skalka on behalf of Trustee's Attorney Neubert, Pepe & Monteith, P.C.
dskalka@npmlaw.com,
tjones@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net;spierce@npmlaw.com

Jeffrey M. Sklarz on behalf of Defendant ACASS Canada LTD.
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant ACASS U.S.A. Inc.
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant Appsflyer Inc
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant Berkeley Rowe Limited
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant Boies Schiller Flexner LLP
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant Eficens Systems LLC
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-

lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant FFP (BVI) Limited
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant G Club International Limited
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant G Club Operations LLC
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant G-Club Operations LLC
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant G4S Security Systems (Hong Kong) Ltd.
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant Lawall & Mitchell, LLC
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant Ogier
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant Pillsbury Winthrop Shaw Pittman LLP
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant Quinones Law PLLC
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant The Clear Creek Group, LLC
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant The Francis Firm PLLC
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant V.X. Cerda & Associates P.A.
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant Weddle Law PLLC
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant Wedlake Bell LLP
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant Aaron Mitchell
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Defendant Weihua Li
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Interested Party BakerHostetler
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Interested Party FFP (BVI) Limited
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Interested Party G Club Operations, LLC
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Interested Party Weddle Law PLLC
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Michael B. Sloan on behalf of Defendant Greenwich Land, LLC
msloan@msf-law.com

Michael B. Sloan on behalf of Defendant Hing Chi Ngok
msloan@msf-law.com

Russell Gary Small on behalf of Defendant Shalyen Music LLC
Russell@rgsmall.com, small.russellr122962@notify.bestcase.com,

Sarah Smeriglio on behalf of Plaintiff Luc A. Despins
ssmeriglio@npmlaw.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Anthony Sodono, III on behalf of Interested Party HCHK Property Management, Inc.
asodono@msbnj.com

Anthony Sodono, III on behalf of Interested Party HCHK Technologies, Inc.
asodono@msbnj.com

Anthony Sodono, III on behalf of Interested Party Lexington Property and Staffing, Inc.
asodono@msbnj.com

Heidi J. Sorvino on behalf of Defendant Anthony DiBattista
sorvinoh@whiteandwilliams.com

Heather Spaide on behalf of Interested Party Blueberry Builders, LLC
hspaide@mzslaw.com

Lindsay C. Stone on behalf of Defendant Agora Lab, Inc.
lstone@sheppardmullin.com

Sabrina L. Streusand on behalf of Defendant Cloudflare, Inc.
streusand@slollp.com

Suzanne B. Sutton on behalf of Defendant Spears & Imes, LLP
ssutton@cohenandwolf.com

Michael P. Thompson on behalf of Defendant AIG Property Casualty Company
mpthompson@grsm.com, tbernier@grsm.com

Michael P. Thompson on behalf of Defendant Restoration Hardware, Inc.
mpthompson@grsm.com, tbernier@grsm.com

Patrick Tomasiewicz on behalf of Defendant Liberty Jet Management Corp.
pt@ftlawct.com, mdimock@ftlawct.com

Ryan M. Trombley on behalf of Creditor Direct Persuasion LLC

ryan.trombley@arnoldporter.com

Ryan M. Trombley on behalf of Defendant Direct Persuasion LLC
ryan.trombley@arnoldporter.com

Andrew M. Troop on behalf of Defendant Pillsbury Winthrop Shaw Pittman LLP
andrew.troop@pillsburylaw.com

Andrew M. Troop on behalf of Interested Party Pillsbury Winthrop Shaw Pittman LLP
andrew.troop@pillsburylaw.com

John Troy on behalf of Interested Party Troy Law, PLLC
johntroy@troypllc.com

Tiffany Troy on behalf of Creditor Troy Law, PLLC
troylegalpllc@gmail.com, troylaw@troypllc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Matthew D. Valauri on behalf of Defendant Clayman Rosenberg Kirshner & Linder LLP
matthew.valauri@wilsonelser.com

Matthew D. Valauri on behalf of Defendant Manhattan Motorcars, Inc.
matthew.valauri@wilsonelser.com

Matthew D. Valauri on behalf of Interested Party Clayman Rosenberg Kirshner & Linder LLP
matthew.valauri@wilsonelser.com

Matthew D. Valauri on behalf of Interested Party Manhattan Motorcars, Inc.
matthew.valauri@wilsonelser.com

Lee Vartan on behalf of Attorney Lee Vartan
lvartan@csglaw.com

Lee Vartan on behalf of Counter-Defendant HK International Funds Investments (USA) Limited,
LLC
lvartan@csglaw.com

Lee Vartan on behalf of Cross Defendant HK International Funds Investments (USA) Limited,
LLC
lvartan@csglaw.com

Lee Vartan on behalf of Defendant HK International Funds Investments (USA) Limited, LLC
lvartan@csglaw.com

Lee Vartan on behalf of Defendant Leading Shine NY Ltd.
lvartan@csglaw.com

Lee Vartan on behalf of Defendant Leading Shine NY Ltd.
lvartan@csglaw.com

Lee Vartan on behalf of Defendant Mei Guo
lvartan@csglaw.com

Lee Vartan on behalf of Interested Party Chiesa Shahinian & Giantomasi PC
lvartan@csglaw.com

Lee Vartan on behalf of Interested Party Gypsy Mei Food Services LLC
lvartan@csglaw.com

Lee Vartan on behalf of Interested Party Gypsy Mei Food Services LLC
lvartan@csglaw.com

Lee Vartan on behalf of Interested Party Hudson Diamond Holding LLC
lvartan@csglaw.com

Nicholas P. Vegliante on behalf of Defendant GroCyber, LLC
nvegliante@cbshealaw.com, msullivan@cbshealaw.com;akuhn@cbshealaw.com

Nicholas P. Vegliante on behalf of Interested Party GroCyber, LLC
nvegliante@cbshealaw.com, msullivan@cbshealaw.com;akuhn@cbshealaw.com

Gregory F. Vizza on behalf of Defendant Studio Cataldi Group SRL
gregory.vizza@blankrome.com

Thomas M. Walsh on behalf of Interested Party Gypsy Mei Food Services LLC
twalsh@csglaw.com

Thomas M. Walsh on behalf of Interested Party Leading Shine NY Ltd.
twalsh@csglaw.com

David H. Wander on behalf of Interested Party Yinying Wang
dhw@dhclegal.com

Genevieve G. Weiner on behalf of Interested Party DBS BANK LTD.
gweiner@sidley.com

Michael S. Weinstein on behalf of Creditor Chong Shen Raphanella
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Rong Zhang

55

mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Xiaodan Wang
mweinstein@golenbock.com

Melissa F. Wernick on behalf of Defendant Leading Shine NY Ltd.
mwernick@csglaw.com

Melissa F. Wernick on behalf of Interested Party Gypsy Mei Food Services LLC
mwernick@csglaw.com

Latonia C. Williams on behalf of Plaintiff U.S. Bank National Association, as escrow agent
lwilliams@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Tracy Ellis Williams on behalf of Defendant B&H Foto & Electronics Corp.
tewilliams@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Tracy Ellis Williams on behalf of Interested Party B&H Foto & Electronics Corp.
tewilliams@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric R Wilson on behalf of Defendant Indium Software Inc.
ewilson@kelleydrye.com, tburns@kelleydrye.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Russell Marc Yankwitt on behalf of Defendant Victor Cerda
russell@yankwitt.com

David B. Zabel on behalf of Defendant Blueberry Builders, LLC
dzabel@mzslaw.com, dbzabel@gmail.com

David B. Zabel on behalf of Defendant Mary Fashion S.p.A.
dzabel@mzslaw.com, dbzabel@gmail.com

David B. Zabel on behalf of Defendant Rilievi Group S.R.L.
dzabel@mzslaw.com, dbzabel@gmail.com

David B. Zabel on behalf of Interested Party Blueberry Builders, LLC
dzabel@mzslaw.com, dbzabel@gmail.com

David B. Zabel on behalf of Interested Party Mary Fashion S.p.A.
dzabel@mzslaw.com, dbzabel@gmail.com

David B. Zabel on behalf of Interested Party Rilievi Group S.R.L.
dzabel@mzslaw.com, dbzabel@gmail.com

Kara Anne Zarchin on behalf of Defendant Jamestown Associates, LLC
kzarchin@cl-law.com

Kara Anne Zarchin on behalf of Defendant Target Enterprises, LLC
kzarchin@cl-law.com

## EXHIBIT B

## PARTIES SERVED VIA U.S. MAIL

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business
Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola, British Virgin Islands

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th
Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Corporate Creations Network,
Inc.
801 US Highway 1
North Palm Beach, FL 33408

Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830

Eisner Advisory Group LLC
111 Wood Avenue South
Iselin, NJ 08830-2700

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group,
Ltd.
3000 Marcus Avenue, Suite
3W3
Lake Success, NY 1104

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606
Email: md@dundon.com;
ph@dundon.com
**EMAIL SERVICE ONLY**

## EXHIBIT C

### EXAMINEES SERVED VIA FEDEX

| Discovery Party | Address |
|---|---|
| **Bankwell Bank** | 2704 Dixwell Avenue<br>Hamden, CT 06518 |
| **Avidia Bank** | **Principal Office**<br>42 Main Street<br>Hudson, MA 01749 |
| **Uber Technologies, Inc.** | **Registered Agent**<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **Marriot International, Inc.** | **Registered Agent**<br>Corporation Service Company<br>Goodwin Square<br>225 Asylum Street, 20th Floor<br>Hartford, CT 06103 |
| **Wyndham Hotels & Resorts** | **Principal Office**<br>22 Sylvan Way<br>Parsippany, NJ 07054 |
| **Choice Hotels International, Inc.** | **Resident Agent**<br>The United States Corporation Company<br>7 St. Paul St., Ste. 820<br>Baltimore, MD 21202 |

| Discovery Party | Address |
|---|---|
| **Joseph Rocco** | 50 Wrights Mill Road<br>Armonk, NY 10504<br><br>c/o Antoinette Violi, Esq.<br>78 East Putnam Avenue<br>Cos Cob, CT 06807 |
| **Michael Rocco, Jr.** | 627 North Street<br>Greenwich, CT 06830<br><br>c/o Antoinette Violi, Esq.<br>78 East Putnam Avenue<br>Cos Cob, CT 06807 |
| **Frank Rocco** | 55 Wrights Mill Road<br>Armonk, NY 10504<br><br>c/o Antoinette Violi, Esq.<br>78 East Putnam Avenue<br>Cos Cob, CT 06807 |
| **The Royale Condominium, By its Board of Managers** | 188 East 64th Street<br>New York, NY 10065 |
| **Barclays PLC** | 745 Seventh Avenue<br>New York, NY 10019 |