**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered)<br><br>Re: ECF No. 4283 |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CIRRUS DESIGN CORPORATION and QIANG GUO,<br><br>　　　　　　Defendants. | Adv. Proceeding No. 24-5225 (JAM)<br><br>Re: ECF No. 74 |

**ORDER GRANTING**
**CHAPTER 11 TRUSTEE'S MOTION**
**TO HOLD REMOTE HEARING ON APRIL 1, 2025**

Upon the motion (the "Remote Hearing Motion") of Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), and plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), for entry of an order providing that the hearing (the "Hearing") scheduled for 1:00 p.m. on April 1, 2025, on the Trustee's *Motion to Retain Sage-Popovich, Inc.*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

as Repossession Agent to Repossess SF50 Aircraft* [Main Case ECF No. 4225, Adv. ECF No. 67] (the "Retention Motion"), be held on a remote basis, and good cause appearing therefore, it is hereby

      1.    ORDERED that the Remote Hearing Motion is granted as set forth herein; and it is further

      2.    ORDERED that the Hearing on the Retention Motion shall be held on a remote basis in the Chapter 11 Case and the Adversary Proceeding via the Court's Zoom.gov platform, and appearing parties wishing to attend the Hearing may obtain login instructions to connect to the ZoomGov remote conference by sending an email to the Clerk's office via the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

Dated at Bridgeport, Connecticut this 31st day of March, 2025.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut