**Xia Zhong Trembath**
630 Fernleigh Road
Fernleigh NSW 2479
Australia
**Ph:** +61423612033
**Email:** xia.trembath@gmail.com

**March 15, 2025**

**Bankruptcy Clerk of the Court**
U.S. Bankruptcy Court
District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604


MAR 24 2025 PM 1:24
FILED-USBC-CT-BPT

**Re: Withdrawal of Claim in Bankruptcy Case No. 22-50073 (JAM)**
*– Ho Wan Kwok, et al.*

Dear Bankruptcy Court Clerk,

I am writing to formally request the withdrawal of my claim in the bankruptcy case of *Ho Wan Kwok, et al.*, Case No. 22-50073 (JAM). Unfortunately, I am unable to provide the specific claim number associated with my submission, as the claim was filed through the *Ho Wan Kwok, et al. Claims Processing Center*, c/o Epiq Corporate Restructuring LLC, and I have not received any confirmation letter or email following my submission.

For your reference, I have attached a copy of the claim form I submitted. I kindly request that the claim be withdrawn and removed from the court's records.

Should you require any further information or documentation to facilitate this request, please do not hesitate to contact me at your earliest convenience.

Thank you for your time and attention to this matter. I appreciate your cooperation and assistance.

Sincerely,

Xia Zhong Trembath

**Enclosure:** 1. Withdrawal Of Claim

MAR 24 2025 PM2:19
FILED-USBC-CT-BPT

United States Bankruptcy Court for the District of Connecticut

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Ho Wan Kwok, et al. Case # 22-50073 |
|---|---|
| Creditor Name and Address: | Xia Zhong Trembath<br>630 Fernleigh Road, Fernleigh<br>NSW Australia 2479 |
| Court Claim Number (if known): | |
| Date Claim Filed: | 02/03/2023 |
| Total Amount of Claim Filed: | $100,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 03/15/2025

Print Name: Xia Zhong Trembath

Title (if applicable): _____

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

Fill in this information to identify the case:

Debtor: HO WAN KWOK, et al.

United States Bankruptcy Court for the District of Connecticut

Case number: 22-50073



## Official Form 410
# Proof of Claim
04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Xia Zhong Trembath
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**1A. Election to Keep Name and Contact Information Confidential**
☑ I hereby elect to have my name and contact information kept confidential.

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? ____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Xia Zhong Trembath
Name
630 Fernleigh Road
Number    Street
Fernleigh        NSW        2479
City             State      ZIP Code
Australia
Contact phone  61266878773
Contact email  xia.trembath@gmail.com

Where should payments to the creditor be sent? (if different)
Name
Number    Street
City    State    ZIP Code
Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) ____
Filed on 04/26/2022
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☑ Yes. Who made the earlier filing?  SEC/Part II

Official Form 410    Proof of Claim    page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __5__ __6__ __0__ __1__

7. How much is the claim? $ __100,000__ . Does this amount include interest or other charges?
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.
   __Other basis,    See attached documents__

8A. Alter Ego Claim Against Genever Entities?
   If you assert a claim against Ho Wan Kwok, you may also assert a claim against Genever Holdings Corporation and Genever Holdings LLC on the basis that these entities are *alter egos* of Ho Wan Kwok by checking the following box:
   ☑ Yes.

9. Is all or part of the claim secured?
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.
   
   Nature of property:
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____
   
   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
   
   Value of property: $ _____
   Amount of the claim that is secured: $ _____
   Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)
   
   Amount necessary to cure any default as of the date of the petition: $ _____
   
   Annual Interest Rate (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

11. Is this claim subject to a right of setoff?
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|
| | ☐ Yes. *Check one:* | | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date __02/03/2023__
                    MM / DD / YYYY

*/s/* 
Signature

Print the name of the person who is completing and signing this claim:

| Name | Xia | Zhong | Trembath |
|---|---|---|---|
| | First name | Middle name | Last name |

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   __630__   __Fernleigh road__
          Number    Street
          __Fernleigh__                        __NSW__   __2479__   __Australia__
          City                                  State     ZIP Code

Contact phone  __61266878773__                Email  __xia.trembath@gmail.com__

Official Form 410                       **Proof of Claim**                       page 3

# Australia Post — International Post

**Add a feature**
You can purchase optional features at any Post Office, including:

**Double check**
Please make sure:

**Post & Track**
You can post your parcel at any Post Office:

† This service is available to most overseas destinations. See the International Post Guide for country specific limitations.
** Estimated delivery time to metro areas of major cities. Excludes any time customs and delay due to reasons outside of Australia Post's control. Co specific delivery times are available online at auspost.com.au

EJ 336 608 428 AU

EMS INTERNATIONAL
CN23

### 1. From (Sender)
- **Name:** X Trembath
- **Email:** xia.trembath@gmail.com
- **Company Name:**
- **Telephone No.:** 61423612033
- **Address:** 630 Fernleigh Rd
- **City / State / Postcode:** Fernleigh NSW 2479
- **Country:** Australia

### 2. To (Receiver)
- **Name:** Bankruptcy court clerk
- **Company Name:** U.S. Bankruptcy court
- **Email:**
- **Telephone No.:** +1(203)7732334
- **Importer's Reference No.:**
- **Address:** U.S. Bankruptcy Court, District of Connecticut, Brien McMahon Federal Building, 915 Lafayette Boulev
- **City / State / Postcode:** Bridgeport, CT 06604
- **Country:** United States

### 3. Customs Declaration

**Category Of Item:** ☑ Documents  ☐ Gift  ☐ Commercial Sample  ☐ Returned Goods  ☐ Merchandise  ☐ Other

**Reason For Export:**

| Full Description Of Goods | No. Of Items | Net Weight (kgs) | Value (AUD$) | HS Tariff No. | Country Of Origin |
|---|---|---|---|---|---|
| Document | 3 | 0.093 | $32 | | |
| | | | $ | | |
| | | | $ | | |
| | | | $ | | |
| **TOTAL** | | | $ | | |

### Instructions
1. Please read the Australia Post Terms and Conditions applying to this service, available at www.auspost.com.au or at a Post Office.
2. Please press firmly with a ballpoint pen - you are making multiple copies.
3. Please write the destination city and country in ENGLISH. If you also wish to address the item in the language of destination, please attach a separate address directly to the package.

### 4. Extra Cover
☐ Extra Cover* (Tick)   *For UPU purposes Extra Cover means Insured Value
Amount Of Cover (AUD$)

### 5. In Case Of Non-Delivery
☑ Return By Most Economical Route   ☐ Treat As Abandoned

### 6. Sender's Authorisation And Signature
The sender acknowledges: • this article may be carried by air and will be subject to aviation security and clearing procedures • carriage of the article is subject to the Australia Post Terms and Conditions available at www.auspost.com.au or at a Post Office • they may be liable for any costs imposed by Customs, including customs or excise duty.
The sender declares: • the information contained in this customs declaration form is true and correct • the article does not contain any explosive or incendiary devices, dangerous goods (other than those permitted) and specifically declared on this form) or items prohibited by legislation or by postal or customs regulations.

**Signature Of Sender:** X [signature]
Articles without this declaration signed will not be delivered.

Australia Post
**Limitations Of Liability**
Australia Post is not a common carrier and accepts no liability as such. The Warsaw Convention may apply to the carriage of goods under this service and exclude or limit Australia Post's liability for losses. See the Australia Post Terms and Conditions at www.auspost.com.au or at a Post Office.

**For goods with a value of $2,000 (AUD) or more

Unless required by law, we do not accept liability for late delivery or any consequential or indirect loss or damage. If your parcel is lost or damaged, compensation of up to $100 and a postage refund may be pa Notwithstanding our limitation of liability, you may have additional rights under applicable laws, including the Australian Consumer Law.

*^ Terms and Conditions

X-RAY SCREEN