**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                     :   Chapter 11
:
HO WAN KWOK, *et al.*,[1]                  :   Case No. 22-50073 (JAM)
:
         Debtors.            :   (Jointly Administered)
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies as follows:

On March 26, 2025, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of the debtor Ho Wan Kwok (the "Debtor"), electronically filed the *Sealed First Omnibus Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Rule 9019, Regarding Settlements with Certain Entities and Individuals* in redacted form (the "Motion") in the Chapter 11 Case and in the adversary proceedings (collectively the "Adversary Proceedings") against Blueberry Builders, LLC, Versace USA, Inc., McManimon, Scotland & Baumann, LLC, GPS Legal LLP (fka Georgiou Payne Stewien LLP and GPS McQuhae LLP), and Cameron Smee and Roger Smee, using the Court's case management/electronic case files system ("CM/ECF"). [Chapter 11 Case ECF No. 4265; Adv. Proc. No. 24-05007 ECF No. 33; Adv. Proc. No. 24-05034 ECF No. 28; Adv. Proc. No. 24-05194

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

ECF No. 25; Adv. Proc. No. 24-05213 ECF No. 20; Adv. Proc. No. 24-05271 ECF No. 29.]  On the same date, the Trustee filed a sealed version of the Motion (the "Sealed Motion") in the Chapter 11 Case and the Adversary Proceedings under seal via CM/ECF.  [Chapter 11 Case ECF No. 4266; Adv. Proc. No. 24-05007 ECF No. 34; Adv. Proc. No. 24-05034 ECF No. 29; Adv. Proc. No. 24-05194 ECF No. 26; Adv. Proc. No. 24-05213 ECF No. 21; Adv. Proc. No. 24-05271 ECF No. 30].

On March 27, 2025, the Court entered the *Notice of Hearing* (the "Hearing Notice" together with the Motion, collectively, the "Served Documents") in the Chapter 11 Case and the Adversary Proceedings using the CM/ECF system.  [Chapter 11 Case ECF No. 4275; Adv. Proc. No. 24-05007 ECF No. 35; Adv. Proc. No. 24-05034 ECF No. 30; Adv. Proc. No. 24-05194 ECF No. 27; Adv. Proc. No. 24-05213 ECF No. 22; Adv. Proc. No. 24-05271 ECF No. 31.]

Notice of the Served Documents was sent at the time of filing to all parties appearing in the Chapter 11 Case or in any of the Adversary Proceedings eligible to receive electronic notice via email by operation of CM/ECF.

On or before March 31, 2025, the undersigned caused the following further service to be made:

The Served Documents were sent to all parties that have appeared or requested notice in the Chapter 11 Case not eligible to receive electronic service via CM/ECF by U.S. Mail (or, as to Dundon Advisers, LLC, by email) as set forth in **Exhibit A**.

As to the settlement counterparties at issue in the Motion, *i.e.*, (i) Baker & Hostetler LLP; (ii) Christopher D. Warren and Christopher D. Warren P.C.; (iii) Cohn Birnbaum & Shea P.C.; (iv) Hodgson Russ LLP; (v) McManimon, Scotland & Baumann, LLC; (vi) GPS Legal LLP (fka Georgiou Payne Stewien LLP and GPS McQuhae LLP); (vii) Cameron Smee and Roger Smee; (viii) Tucker Levin, PLLC; (ix) Versace USA, Inc.; and (x) Blueberry Builders, LLC (collectively,

the "Counterparties"), the Served Documents, and the portion of the Sealed Motion relevant to each Counterparty, were sent via U.S. Mail and via email as set forth in **Exhibit B**.

A copy of the Sealed Motion was sent via email to counsel for the United States Trustee (holley.l.claiborn@usdoj.gov) and counsel for the Official Committee of Unsecured Creditors (igoldman@pullcom.com and kmayhew@pullcom.com). (The foregoing also received notice of the Served Documents via CM/ECF, because they are appearing in the Chapter 11 Case.)

Dated:  April 3, 2025
        New Haven, Connecticut

                                            By: */s/ Patrick R. Linsey*
                                            Patrick R. Linsey (ct29437)
                                            NEUBERT, PEPE & MONTEITH, P.C.
                                            195 Church Street, 13th Floor
                                            New Haven, Connecticut 06510
                                            (203) 781-2847
                                            plinsey@npmlaw.com

**EXHIBIT A**

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola, British Virgin Islands

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830

Eisner Advisory Group LLC
111 Wood Avenue South
Iselin, NJ 08830-2700

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 1104

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606
Email: md@dundon.com;
ph@dundon.com
**EMAIL SERVICE ONLY**

**EXHIBIT B**

Baker & Hostetler LLP:

Andrew Layden
Baker & Hostetler LLP
200 Soth Orange Avenue
Suite 2300
Orlando, FL 32801-3432
alayden@bakerlaw.com

John D. Parker
Baker & Hostetler LLP
KeyTower, 127 Public Square
Suite 2000
Cleveland, OH 44114
jparker@bakerlaw.com

Christopher D. Warren and Christopher D. Warren P.C:

Matthew J. Van Dusen
Clausen Miller P.C.
68 Southfield Avenue
2 Stamford Landing, Suite 100
Stamford, Connecticut 06902
mvandusen@clausen.com
cperri@clausen.com

Christopher D. Warren
Christopher D. Warren, P.C.
519 8th Ave, 25th Floor
New York, New York 10018


Cohn Birnbaum & Shea P.C.:

Melvin A. Simon
Cohn Birnbaum & Shea P.C.
City Place II, 15th Floor
185 Asylum Street
Hartford, CT 06103
msimon@cbshealaw.com
nvegliante@cbshealaw.com

Hodgson Russ LLP:

Kevin Kearney
Hodgson Russ LLP
140 Pearl Street
Suite 100
Buffalo, NY 14202
kkearney@hodgsonruss.com

McManimon, Scotland & Baumann, LLC:

Sari B. Placona
Anthony Sodono, III
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
splacona@msbnj.com

Cameron Smee and Roger Smee:

Derek J. T. Adler
Hughes Hubbard & Reed LLP
One Battery Park Plaza
17th Floor
New York, NY 10004
derek.adler@hugheshubbard.com

Versace USA, Inc.:

Versace USA, Inc.,
11 W. 42nd Street, 23rd Floor
New York, New York 10036
Attn: Stacey Aaron, Esq. VP – Associate General Counsel

Andrew W. Bank
Heath D. Rosenblat
Morrison Cohen LLP
909 Third Avenue, 27th Floor
New York, New York 10022
hrosenblat@morrisoncohen.com

Tucker Levin, PLLC:

Duncan Levin
Tucker Levin, PLLC
The Temple Bar Building
44 Court Street, Suite 905
Brooklyn, New York 11201
dlevin@levinpllc.com

Blueberry Builders LLC:

Jason C. Manfrey
Constantine D. Pourakis
Stevens & Lee P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
jason.manfrey@stevenslee.com
constantine.pourakis@stevenslee.com

GPS Legal LLP (fka Georgiou Payne Stewien LLP and GPS McQuhae LLP):

Jeremy C. Hollembeak
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
jhollembeak@bairdholm.com
jschmidt@bairdholm.com