**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

– – – – – – – – – – – – – – – – – – – – – – – –x
                                 :

In re:                            :      Chapter 11
                                 :

HO WAN KWOK, *et al.*,[1]        :      Case No. 22-50073 (JAM)
                                 :

            Debtors.         :      (Jointly Administered)
                                 :

– – – – – – – – – – – – – – – – – – – – – – – –
                                   x

**APPLICATION OF CHAPTER 11 TRUSTEE AND GENEVER HOLDINGS, LLC FOR ENTRY OF ORDER TO SELL CERTAIN PERSONAL PROPERTY BY PUBLIC AUCTION FREE AND CLEAR OF ALL LIENS CLAIMS AND INTERESTS AND APPROVE FORM OF NOTICE OF SALE**

Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee") of Ho Wan Kwok (the "Individual Debtor"), and Genever Holdings LLC ("Genever US" and, together with the Trustee, the "Applicants") hereby file this application (the "Application") requesting entry of an order, substantially in the form attached as **Exhibit A** hereto (the "Proposed Order"), approving the sale by public auction to be conducted by The Hamilton Group, LLC, as auctioneer ("Hamilton") of certain personal property and motor vehicles as more particularly identified on **Exhibit B** attached hereto, free and clear of all liens, claims and interests; and approving the form of the Notice of Sale of Estate Property substantially in the form attached as **Exhibit C** hereto (the "Notice"). In support of this Application, the Applicants respectfully state as follows:

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# PRELIMINARY STATEMENT[2]

1.    The Trustee has identified certain personal property that belongs to the Individual Debtor's Estate and Genever US's Estate, and which should be sold by public auction for the benefit of the respective Estate's creditors. As it relates to the Individual Debtor's Estate, this property includes:

   a.    a 2022 BMW motorcycle with a VIN number of WB10L4303N6F02046 (the "BMW");

   b.    a 2021 Harley Davidson motorcycle with a VIN number of 1HD1TEH1XMB956441 (the "Harley");

   c.    a 2021 Ducati Diavel motorcycle bearing VIN number ZDMGAHRW5MB005016 (the "Ducati"); and

   d.    a 2017 Lexus NX 200T bearing VIN number JTJBARBZOH2127320 (the "Lexus," and together with the Ducati and the BMW, the "First Vehicle Group").

The First Vehicle Group is currently stored at Hamilton's Clinton, Connecticut facility.

2.    Genever US's principal assets consist of the Sherry Netherland Apartment and certain furniture previously located at that apartment. As the Court may recall, in order to conduct remediation work at the Sherry Netherland Apartment, all furniture and personal property previously located at the Sherry Netherland Apartment (the "Genever US Property")[3] was moved to a secure location. The Genever US Property is currently stored in warehouse facilities in New Jersey (the "New Jersey Storage Facility"), separate from other personal property recovered by the Trustee in these bankruptcy proceedings.[4]

---

[2]    Capitalized terms not defined in the Preliminary Statement shall have the meaning ascribed to them later in the Application.

[3]    The Genever US Property consists of furniture that was originally acquired by Genever US in connection with the purchase of the Sherry Netherland Apartment and additional furniture acquired by the Individual Debtor thereafter. The Trustee and Genever US reserve all rights as to the allocation, as between their respective estates, of the proceeds of the Genever US Property.

[4]    Given that the property of two separate estates are at issue here, the proceeds from the Genever US Property will be kept separate from the proceeds of the other property to be sold.

3.      By this Application, in accordance with the Applicants' statutory duty to maximize value for the Estates' creditors, Genever US and the Trustee seek entry of the Proposed Order, pursuant to Section 363(b) of the Bankruptcy Code, Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 6004-1 and 6005-1 of the District of Connecticut Local Rules of Bankruptcy Procedure (the "Local Bankruptcy Rules "), approving the sale of the First Vehicle Group and the Genever US Property by public online auction conducted by Hamilton, upon the terms set forth herein (the "Auction"), free and clear of liens, claims and interests and approving the form of Notice of Sale of Estate Property.

## JURISDICTION, VENUE, AND STATUTORY BASES

4.      The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended). This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

5.      Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The bases for the relief requested herein is section 363 of title 11 of the United States Code (the "Bankruptcy Code").

## BACKGROUND

### I.      Chapter 11 Cases

7.      On October 12, 2020, Genever US filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court"), thereby commencing case number 20-12411 (JLG) (the "SDNY Bankruptcy Case").

8.      On February 15, 2022 (the "Petition Date"), the Individual Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

9.      On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in the Individual Debtor's chapter 11 case.

10.     On June 15, 2022, the Court entered a memorandum of decision and order [Main case Docket No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Individual Debtor's chapter 11 case. Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Chapter 11 Trustee [Main Case Docket No. 514].

11.     On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Chapter 11 Trustee in the Individual Debtor's chapter 11 case [Main Case Docket No. 523].

12.     On August 10, 2022, the Court entered an order [Main Case Docket No. 717] finding that the Trustee holds all of the Individual Debtor's economic and governance rights with respect to Genever BVI, which, in turn wholly owns Genever US.

13.     On September 30, 2022, the Trustee and Genever US filed a joint motion [Docket No. 211 in Case No. 22-50592] seeking an order from the SDNY Bankruptcy Court transferring the SDNY Bankruptcy Case to the Court. On November 3, 2022, the SDNY Bankruptcy Court entered an order [Docket No. 225 in Case No. 22-50592] granting the motion and the SDNY Bankruptcy Case was transferred to this Court.

14.     On October 11, 2022, Genever Holdings Corporation ("Genever BVI," and together with Genever US, the "Genever Debtors") filed its voluntary chapter 11 petition in this Court.

15.    On November 3, 2022, the SDNY Bankruptcy Court entered an order [Docket No. 225 in Case No. 22-50592] transferring the venue of the SDNY Bankruptcy Case to this Court, which assigned it Case Number 22-50592.

16.    By order dated November 21, 2022 [Main Case Docket No. 1141], the Court approved the joint administration of the chapter 11 cases of Genever US, Genever BVI, and the Individual Debtor.

**II.    <u>Sherry Netherland Apartment and Genever US Property</u>**

17.    Genever US's principal assets consist of the 18th floor apartment and auxiliary units in the Sherry Netherland Hotel located at 781 Fifth Avenue, New York, New York 10022 (collectively, the <u>"Sherry Netherland Apartment"),</u> as well as the Genever US Property. The Sherry Netherland Apartment was purchased by Genever US in 2015 as a fully furnished residence. Since the purchase of the Sherry Netherland Apartment, Genever US added additional furniture and other personal property.

18.    During the SDNY Bankruptcy Case, Bravo Luck Limited <u>("Bravo Luck"),</u> an entity purportedly owned by the Individual Debtor's son, claimed beneficial ownership of the Sherry Netherland Apartment pursuant to a purported trust agreement signed by the Individual Debtor and his son. Shortly after the transfer of the SDNY Bankruptcy Case to this Court, the Trustee commenced an adversary proceeding against Bravo Luck [Adv. Proc. No. 22-05027], alleging, among other things, that the purported trust agreement was a forgery and the Individual Debtor (and now the estate) is the true beneficial owner of the Sherry Netherland Apartment.

19.    On August 30, 2023, the Bankruptcy Court entered an order [Adv. Proc. No. 22-05027, Docket No. 118] approving a settlement agreement by and between the Trustee, Genever US, Genever BVI, Bravo Luck, and the Individual Debtor's son, pursuant to which agreement

Bravo Luck and the Individual Debtor's son agreed, among other things, that (a) Genever US is the full and exclusive owner of the Sherry Netherland Apartment, free and clear of all liens and encumbrances, with the Sherry Netherland Apartment constituting property of the Genever US estate under section 541 of the Bankruptcy Code and (b) Bravo Luck and the Individual Debtor's son will never assert any rights or claims for or related to the Sherry Netherland Apartment or the Genever Debtors, or any other assets related to the foregoing the Trustee asserts are part of the Individual Debtor's or the Genever Debtors' estates.

20.    On March 15, 2023, a fire broke out in the Sherry Netherland Apartment and caused significant damage to certain portions of the apartment. Following the fire, Genever US undertook to remediate the fire damage and clean the Sherry Netherland Apartment in order to prepare the apartment for sale. On or about May 1 and May 2, 2024, Genever US caused the Genever US Property to be cleaned, packaged, and moved to the New Jersey Storage Facility where it has remained to date.

### III.    Cao Adversary Proceeding, the Harley Motorcycle and the BMW Motorcycle

21.    On February 6, 2024, the Trustee commenced an adversary proceeding against Defeng Cao—long-time boyfriend of the Debtor's daughter, Mei Guo —by filing a Complaint [Adv Proc. No. 24-05001, Docket No.1] (the "Cao Adversary Proceeding") seeking, among other things, an order declaring that the Debtor is the equitable owner of the Harley, the BMW and two other motorcycles[5] (the "Four Motorcycles") nominally held in Mr. Cao's name, (ii) declaring that the Four Motorcycles are property of the Debtor's chapter 11 estate, to be administered by the Trustee, and (iii) ordering Mr. Cao to turn over the Four Motorcycles to the Trustee.

_____

[5]    The two motorcycles were turned over to the Trustee without their electronic keys. The Trustee is in the process of obtaining new sets of keys and intends to seek authority to sell these motor vehicles shortly thereafter.

22.     On April 12, 2024, the Trustee filed a motion for judgment on the pleadings [Adv. Proc. No, 24-05001, Docket No. 19] in connection with his claims regarding the Four Motorcycles in the Cao Adversary Proceeding, which motion was briefed and argued before the Court on May 24, 2024.

23.     On September 9, 2024, the Court granted the Trustee's motion [Adv. Proc. No. 24-05001, Docket No. 33], finding that the Debtor was the beneficial owner of the Four Motorcycles, and ordering the turnover of the Four Motorcycles and transfer of their titles to the Trustee (the "Motorcycle Order"). Soon after the entry of the Motorcycle Order, the Trustee obtained possession of the Four Motorcycles. In January 2025 the Trustee obtained title to the Harley and the BMW.

### IV.     The Ducati Motorcycle

24.     By motion dated May 10, 2024, filed with the consent of the then-registered owner of the Ducati, Scott Barnett [Main Case Docket No. 3177], the Trustee sought entry of a consent order declaring the Ducati to be the property of the Estate and transferring ownership of the Ducati from Scott Barnett to the Individual Debtor's Chapter 11 estate.

25.     On May 28, 2024, the Court entered the *Consent Order Regarding Transfer of Ownership of Ducati Motorcycle to Estate* [Main Docket No. 3220] (the "Ducati Order"), finding that the Ducati is exclusively property of the Debtor's estate to be administered by the Trustee and ordering the turnover of the Ducati to the Trustee, free and clear of all liens, claims, interests and encumbrances. Shortly after entry of the Ducati Order, the Trustee obtained possession of the Ducati and began the process of transferring the title of the Ducati.

26.     In October 2024, the Trustee obtained title to the Ducati.

**V.      Greenwich Land and Turnover of the Lexus**

27.      On March 27, 2023, the Trustee initiated an adversary proceeding by filing a

Complaint [Docket No. 1, in Adv. Proc. No. 23-5005 (the "Greenwich Land A.P.")] against

Greenwich Land, LLC ("Greenwich Land" and Hing Chi Ngok "Ms. Ngok" and, together with

Greenwich Land, collectively, the "Defendants"), seeking, among other things, (i) a ruling

declaring that Greenwich Land is an alter ego of the Debtor and ordering turnover of its assets,

including the real and personal property located at 373 Taconic Road, Greenwich, Connecticut

(the "Greenwich Property"), to the Trustee, and (ii) a ruling declaring that the membership

interest in Greenwich Land is property of the Estate and ordering the surrender of such

membership interest to the Trustee.

28.      On July 2, 2024, for the reasons stated on the record and further set forth in the

Court's Memorandum of Decision and Order Granting Motion for Summary Judgment [Docket

No. 133 in Adv. Proc. No. 23-5005], the Court granted summary judgment in favor of the Trustee

in the Greenwich Land A.P. [Docket No. 134 in Adv. Proc. No. 23-5005] (the "SJ Order"),

finding, among other things, that the Greenwich Property is property of the Estate to be

administered by the Trustee, and ordering the turnover of the Greenwich Property to the Trustee.

29.      On July 10, 2024, the Defendants filed a notice of their appeal (the "Appeal")

with respect to the SJ Order [Docket No. 138 in Adv. Proc. No. 23-5005]. On July 12, 2024, the

Defendants filed a motion for stay pending the Appeal [Docket No. 139 in Adv. Proc. No. 23-

5005] (the "Stay Motion") in the Greenwich Land A.P.

30.      On August 16, 2024, the Court entered its Consent Order Resolving Motion for

Stay Pending Appeal and Enforcing Summary Judgment [Docket No. 166 in Adv. Proc. No.

235005] ("Consent Order"), pursuant to which, on August 20, 2024, (a) the Trustee assumed

possession of the Greenwich Property and its contents for the benefit of the Estate; and (b) the

Defendants withdrew the Stay Motion with prejudice. The Lexus is one of the items of personal

property at the Greenwich Property turned over to the Trustee pursuant to the Consent Order.

31.    In January 2025, the Trustee obtained title to the Lexus.

**VI.    The Auctioneer**

32.    On January 31, 2025, the Applicants filed a Motion to Employ and Appoint

Hamilton as auctioneer to market and sell the First Vehicle Group, the Genever US Property and

other personal property [the "Retention Application" ECF No. 4021]. Hamilton has significant

experience conducting auctions and has been retained to provide auction services to chapter 7

trustees in several bankruptcy cases in this district. By Order dated February 27, 2025, [ECF

4180] Hamilton has been retained to provide auction services regarding the sale of motor

vehicles, including the First Vehicle Group. The balance of the Retention Application, regarding

the sale of other personal property, has been adjourned until the hearing on this Application.

**RELIEF REQUESTED**

**a.    Approval of the Sale of the First Vehicle Group and Genever US Property**
**and Conduct of Auction**

33.    Based upon their investigation and consultations with auction professionals,

Genever US and the Trustee have determined that a public auction of the First Vehicle Group

and Genever US Property with extensive advertising to expose the assets to the public market is

the most likely method to maximize the value of the personal property for the benefit of the

Estates.

34.    Hamilton estimates the value of the Genever US Property (consisting of more

than 150 pieces of personal property) at $25,000.00 and the value of the First Vehicle Group at

$65,000. Hamilton has obtained surety bonds in the aggregate amount of $150,000.00 and provided the original bonds to the Office of the United States Trustee (the "Bonds"). A copy of the Bonds are attached hereto as **Exhibit D**.

35.     The online only Auction will be conducted for fourteen days through Auction Ninja via the URL https://www.auctionninja.com/hamilton-grp/. Based on information obtained from Hamilton, the Applicants believe that the use of Auction Ninja is the appropriate platform for the sale of the First Vehicle Group and Genever US Property. Auction Ninja is a leader in event-based online auctions and notices potential buyers from its own list of auctions, thus increasing the targeted market for the First Vehicle Group and Genever US Property.

36.     Neither the Applicants nor Hamilton has any known connection with the proposed internet auction mechanism or any expected bidder. Each participating bidder at the auction will be required to certify through acceptance of the auction terms on Auction Ninja that it has not engaged and will not engage in any collusion with respect to the bidding or the Auction. Auction Ninja's services shall be limited to access to its automated online service and related customer support. The Applicants believe that there are no rules, policies, procedures, terms or conditions set by Auction Ninja likely to restrict bidding for the First Vehicle Group and Genever US Property. Auction Ninja is seeking a final value fee of 2.35% of the Auction proceeds for its services. In order to prevent "snipping bids" Auction Ninja employs a dynamic closing, allowing additional bidding by extending the auction time for an additional five minutes in the event a bid is placed on a lot or item within the final five minutes of the auction. The Auction ends at its closing time if no bids are placed within the final five minutes.

37.     Consistent with Local Bankruptcy Rule 6004-1, advertising for the Auction will occur for at least fourteen (14) days. Advertising shall be geared to interior decorators, antique

collectors, homeowners, and dealers plus other potential end users and will be marketed on several online sites such as Facebook, Auctionzip.com, and Craigslist as well as other online auction calendars. Direct mailings will be sent to a select list of buyers. In addition, email blasts will be sent to a list of approximately 15,000 potential buyers.

38. In accordance with Local Bankruptcy Rules 6004-1 and 6004-2, the proposed terms of the Auction are as follows:

(a) The Auction will commence fourteen (14) days after the entry of the order approving the Application. A full catalogue and photographs of the items that constitute the First Vehicle Group and the Genever US Property, as noted on **Exhibit B,** will be posted on the Auction website by Hamilton.

(b) Removal of purchased items will be conducted and coordinated by Genever US, the Trustee and Hamilton and will occur within three days of the close of the Auction. A Hamilton representative will be onsite at the New Jersey Storage Facility to assist in the removal of the Genever US Property purchased items. A Hamilton representative will also be available at its Connecticut location to coordinate the removal of the First Vehicle Group purchased items.

(c) The First Vehicle Group and Genever US Property will be sold "as is, where is, with all faults" with no representations or warranties. Genever US or the Trustee may set a reserve price as deemed appropriate for specific items. The reserve price may be disclosed to bidders or set as the starting bid for those items.

(d) Genever US and the Trustee reserve the right to continue the Auction from time to time as necessary.

39. The Trustee requests that his attendance at the closing on any sales from the Auction, to the extent required by the Local Bankruptcy Rules, be excused.

40.      Hamilton will file a report subsequent to the Auction, setting forth the results of
the Auction and such additional information as may be required by Local Bankruptcy Rule 6005-
1. Funds collected from the Auction will be deposited into Hamilton's escrow account at Wells
Fargo Bank or Citizens Bank. These funds will be turned over to the Trustee and Genever US
within five business days of the close of the Auction.

**B.      Approval of the Form of Notice of Sale of Estate Property**

41.      The Trustee seeks to have Hamilton conduct the Auction as soon as practicable
after obtaining an order approving the Application and the balance of the Retention Application.
Genever US and the Trustee have attached a form Notice of Sale of Estate Property (Appendix O
of the Local Bankruptcy Rules) as **Exhibit C** (the "Notice") with details of the proposed Auction
and seek approval the form of the Notice.

**BASIS FOR RELIEF**

**C.      Sale Free and Clear of Liens, Claims and Interests**

42.      Section 363(b) of the Bankruptcy Code authorizes the sale of assets other than in
the ordinary course of its business after notice and hearing. Additionally, Bankruptcy Rule
6004(f) authorizes the sale of estate property outside the ordinary course of business by private
sale or public auction.

43.      The sale of assets outside the ordinary course of business is based upon the sound
business judgment of the trustee. See e.g. *In re Chateaugay Corp.*, 973 F.2d 141 (2d Cir. 1992);
*Comm. of Equity Security Holders v. Lionel Corp. (In re Lionel Corp.),* 772 F.2d 1063, 1071 (2d
Cir. 1983). The Auction of the First Vehicle Group and Genever US Property is a sound
business judgment that will limit storage costs and monetize assets for the benefit of the Estates'

creditors.

44.     Pursuant to section 363(f) of the Bankruptcy Code, a sale may be approved free and clear of liens if (1) applicable non-bankruptcy law permits sale of such property free and clear of such interest; (2) such entity consents (3) such interest is a lien and the price at which the property is sold exceeds the aggregate value of the liens on such property; (4) a bona fide dispute exits or (5) the entity could be compelled to accept monetary satisfaction of such interest.

45.     A lien search and search of title records has indicated that there are no liens or encumbrances affecting the First Vehicle Group and Genever US Property.

46.     For the foregoing reasons, Genever US and the Trustee request the approval of the sale of the First Vehicle Group and Genever US Property by public auction free and clear of liens, claims and encumbrances.

## **NOTICE**

47.     Notice of this Motion has been given to the United States Trustee, the Individual Debtor, the Committee, and, by electronic filing utilizing the Court's electronic filing ("CM/ECF") system, to all appearing parties who utilize the CM/ECF system.

WHEREFORE, the Applicants request that the Court enter an Order, substantially in the form of the Proposed Order filed herewith, granting the Application, and such other relief as the Court deems just and proper.

Dated: April 8, 2025
New Haven, Connecticut

GENEVER HOLDINGS, LLC AND LUC A. DESPINS,
CHAPTER 11 TRUSTEE

By: *Douglas S. Skalka*
Douglas S. Skalka (ct00616)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com

*Counsel for Genever Holdings, LLC and the Chapter 11 Trustee*

**<u>EXHIBIT A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
In re:                                           :        Chapter 11
                                                 :
HO WAN KWOK, *et al.*,[1]                        :        Case No. 22-50073 (JAM)
                                                 :
            Debtors.                             :        (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - -
                                                 x

**ORDER APPROVING SALE OF CERTAIN PERSONAL PROPERTY BY PUBLIC**
**AUCTION FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS AND**
<u>**FORM OF NOTICE OF SALE**</u>

Upon the application (the <u>"Application"</u>) of Luc A. Despins, in his capacity as the chapter

11 trustee (the <u>"Trustee"</u>) of Ho Wan Kwok (the <u>"Debtor"</u>), debtor in these above-captioned

jointly administered cases (the <u>"Chapter 11 Cases"</u> and/or <u>"Estates"</u>), and Genever Holdings, LLC

( <u>"Genever US,"</u> together with the Trustee, the <u>"Applicants"</u>) requesting entry of an order, (this

<u>"Order"</u>) approving (i) the sale by public auction of certain personal property as more particularly

identified on **Exhibit B** attached hereto (the <u>"Genever US Property" and "First Vehicle Group"</u>)

free and clear of all liens and encumbrances; and (ii) the form of the Notice of Sale of Estate

Property substantially in form attached as **Exhibit C** hereto (the <u>"Notice of Sale"</u>); and the Court

having reviewed the Application and having considered the statements of counsel

before the Court at a hearing held on _____ (the <u>"Hearing"</u>); and the Court having

found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Application having been given; and no other or further notice being required; and the Court having determined that the relief sought in the Application is in the best interest of the Applicants, their estates, creditors, and all parties in interest, therefor;

IT IS HEREBY ORDERED THAT:

1.    The Application is approved in all respects;

2.    Genever US and the Trustee are authorized to consummate the sale of the Genever US Property and First Vehicle Group free and clear of all liens, claims and interests pursuant to 11 U.S.C. Sections 363(b) by public auction to be conducted by The Hamilton Group LLC on the terms and conditions set forth in the Application; and

3.    The Notice of Sale is approved.

**<u>EXHIBIT B</u>**
**(see catalog of Genever US Property attached hereto)**

**The Hamilton Group, LLC  Auctioneers & Appraisers**
**36 Killingworth Turnpike**
**Clinton, CT 06413**
**Phone: 203-433-8052  Fax: 203-643-2285**

Ho Wan Kwook Sherry Netherland  3/31/2025

| LOT # | LOT # |
|---|---|

**1**   **De Coene  Black Lacquered Desk with (4)**

Drawers; Scratches on Top plus Ring Marks, De
Front Corner, 30" T x 35" D x 68" W



**2**   **Country French Table with (6) Chairs: (4) Side &**

(2) Arm; Rush Seats, Pine Table, Fruit Wood C
Table: 30" T x 35" D x 79" L with Bread Board
(1) Side Drawer; Normal Wear & Tear & Some



**3**   **French Chest with (2) Drawers & Bow Front, Inlay**

with Ormolu Mounts, Beveled Edge, Marble To
Minor Veneer Damage, 35" T x 25" D x 52"W



**4**   **French Commode with (2) Drawers, Inlay with**

Ormolu Mounts, Bow Front, Minor Veneer Da
Right & Left Side Cracking, 34" T x 22" D x 38



**5**   **Drop Front Side Table With Brass Rim & Brass**

Throughout & Bronze Feet, Pair of Dolphin on
Base, Scratches Throughout, 28" T x 14" D x 25



**6**   **Alabaster Urn, White, Stained & Chipped, 15.5'' T**

x 11" D



**7**   **Avery Boardman Hide-A-Bed Sofa, Gold Upholstery,**

(3) Cushions, Mattress, 32" T to back of crest x
38" D



**8**   **Sofa with (2) Cushions, Gold & Brown Upholstery &**

Fringe Bottom (some damage), 33" T to back of
80" W x 37" D



**9**   **Sofa with Tufted Arms, Fringe to Base, Missing**

(2) Buttons, Salmon Colored Upholstery with S
Wear & Tear, 38" T to back of crest x 39" D x 7



**10**   **Loveseat, Striped Upholstery with Sun Bleached &**

Stains, 31" T to top of crest x 34" D x 61" W



**11**   **Victoria Sofa with Black Walnut Frame, Upholstery**

Stained & Worn, 38" T to top of crest x 25" D x



**The Hamilton Group, LLC Auctioneers & Appraisers**

**Ho Wan Kwook Sherry Netherland 3/31/2025**

| LOT # | | LOT # | |
|---|---|---|---|

**12  Pair of French Style Side Chairs with Caine Seat**

& Back 39" T to crest & 18" floor to seat



**13  Renew Tables Herman Miller Computer Desk with**

Chrome Feet 26.5" T x 29" D x 58" W; Power S Loose on Bottom



**14  Rowenta Master Valet Steamer Roll & Press;**

Condition Unknown, 62" T, Some Staining



**15  Headboard with Caine Back & Carved Flower to**

Crest; 52" T x 78" W rail to rail



**16  Pair of French Style Arm Chairs with Upholstery**

(Worn & Faded); 29" T to back of crest x 37"



**17  Ceiling Light Flush Mount, Ribbed Glass Globe &**

Brass Rim, 17" Diameter x 5" Deep with (4) Lig



**18  Ceiling Light Flush Mount, Ribbed Glass Globe &**

Brass Rim, 17" Diameter x 5" Deep with (4) Lig



**19  Ceiling Light Flush Mount, Ribbed Glass Globe &**

Brass Rim, 17" Diameter x 5" Deep with (4) Lig



**20  Ceiling Light Flush Mount, Ribbed Glass Globe &**

Brass Rim, 17" Diameter x 5" Deep with (4) Lig



**21  Ceiling Light Flush Mount, Ribbed Glass Globe &**

Brass Rim, 17" Diameter x 5" Deep with (4) Lig



**22  Carved Wall Sconces, Wooden, Figural, (2) Lights,**

25" L x 12" W x 5.5" D



**23  Flush Mount Light with (2) Lights, Ribbed Glass**

Dome with Brass, (4) Rosettes & Floral Shade 16" Diameter x 5.5" Deep



**24  Flush Mount Light with (2) Lights, Ribbed Glass**

Dome with Brass, (4) Rosettes & Floral Shade 16" Diameter x 5.5" Deep



**25  Flush Mount Light with (2) Lights, Ribbed Glass**

Dome with Brass, (4) Rosettes & Floral Shade 16" Diameter x 5.5" Deep



The Hamilton Group, LLC  Auctioneers & Appraisers



Ho Wan Kwook Sherry Netherland  3/31/2025

| LOT # | | LOT # | |
|---|---|---|---|

**26**  **Flush Mount Light with (2) Lights, Ribbed Glass**

Dome with Brass, (4) Rosettes & Floral Shade
11.5" Diameter x 5" Deep

**33**  **Pail, Oriental China, 6.5" T x 5.5" Diameter**



**27**  **Heart Sculpture, Gold Acrylic & Signed, 11" T**

with 8"x5.5" Base



**34**  **Lot of (4) Assorted Glass Vases from 7.5" T to**

11" T



**28**  **Reproduction Chinese Vase, Blue & White, 14" T**



**35**  **Brass Candle Lights, (3) Arms, Green Tin Shades,**

25" T , Electrified



**29**  **Bust of Child, Clay, Signed on Reverse, Some**

Chipping & Finish Damage, 11.5" T



**36**  **Pair of Candelabras with (3) Arms, Bronze, (6)**

Shades: All Discolored, 27" T x 13" W x 8.5" D



**30**  **Bust of Man, White Metal, 17" T; Black Finish**

with Scratches & Paint Loss

**37**  **Pair of Candelabras with (3) Arms, Bronze, (6)**

Shades: All Discolored, 27" T x 13" W x 8.5" D



**31**  **Statue of Carved Wooden Eagle, Painted, 16" T x**

25" Wingspan



**38**  **Lot of Assorted Glass, Some Baccarat, Including**

Ashtrays Tumblers & Vases; Damage to Tumbl
Chips

**32**  **Pair of Door Stops; Cats, Metal, 6" L x 4" T**



**39**  **Lalique Compote: 3" T x 5.5" Diameter & (4)**

Lalique Water Glasses



**The Hamilton Group, LLC  Auctioneers & Appraisers**

Ho Wan Kwook Sherry Netherland  3/31/2025

---

**LOT #**

**40**  Lot of (6) Paintings, Landscape, By J. Lewis, 8"

x12" with 1" Frame



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**41**  Mahogany Side Table with Pull Out Coaster, Reeded

Legs, Some Staining to Top, 28" T with 11" Sq



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**42**  Mahogany Side Table on Rollers, Poor Condition

with Staining to Top & Lower Shelf, 31" T with Square Top



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**43**  Lot of (2) Paintings: Warrior, Signed Front &

Village Scene, Signed Reverse; Warrior Frame i
Condition with Damage: Separation, Lifting &
Missing



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**44**  Brass Rolling Cart with 3-Tiers, 23" T x

19"x12.5" Top



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**45**  Mahogany End Table with Glass Top, One Drawer,

Ball & Claw Feet, Minor Scratches, 24"T x 26" W



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**46**  Mahogany End Table; Poor Condition with

Scratches, Dents, Gauges & Paint Loss, 22" T x 21" W



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**LOT #**

**47**  Round Gold Coffee Table with Glass Top But Glass

Doesn't Sit Perfectly Into Frame, Gold Metal Ba
Small Chips in Several Places 17" T x 36" Diam



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**48**  Pair of Wing Back Chairs, Upholstery Torn &

Stained, Golf Paint Flaking & Chipping 33" Wi



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**49**  Round End Table with Glass Top, Star Design on

Top, Glass Scratches, Paint Los to Red Star, Me
Base, 17" T x 25.5" Diameter



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**50**  ARRI Set of Stage Lights with Case 28" x 16" x

13" T



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**51**  Mahogany End Table with One Drawer, Leatherette

Top, Scratches on Top, Small Dents Along Top
32"T x 23" Octagon Top



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**52**  French Side Chair with Needlepoint Seat & Back

with Gold Frame; Gold Paint Worn & Flaking,
Back of Crest & 19" to Seat



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Hamilton Group, LLC  Auctioneers & Appraisers

Ho Wan Kwook Sherry Netherland  3/31/2025

| LOT # | | LOT # |
|---|---|---|

**53    Pair of Hampers 23'' T**



**54    Gentleman's Armchair: Poor Condition & Worn with**

Walnut Frame Missing Back Crest, Leather Mis Damaged, 47" to Back of Crest



**55    Staples Paper Shedder Professional Series, 23'' T**



**56    French Style Stool: Upholstery in Poor Condition,**

Worn Wooden Frame, 18" T x 24" x 17"



**57    Barrell Back Arm Chair, Upholstered Orange, 29''**

T, White Legs, Upholstery Worn, Legs with Chi



**58    2017 Cannon Copier F170402, No Power Cord &**

Condition Unknown



**59    Pair of Mahogany Ralph Lauren End Table with (1)**

Drawer; Scratches, Chipps & Stains Throughout Stuck On, 27" T x 19" D x 30" W



**60    Pair of Mahogony Arm Chairs Upholstered with**

Bees, Worn & Stained, Frame with Scratched & 32" to Crest & 25" W



**61    Brass Framed Mahogany End Table on Wheels with**

Lower Shelf; Stained with Paper & Glass Rings 29" T x 24"



**62    Bench with Leather Top; Damaged & Worn with**

Cracks, Frame Scratched, 19" T x 38" x 16"



**63    Pair of Barrell Back Arm Chairs, Green Upholstery**

with Stains, Fading & Worn, Swivel Chairs, 34" Crest, 31" W



**64    Floor Lamp, Fluorescent, 51'' T  with Shade:**

8"x15.5"



**65    Arm Chair with Button Back, Floral Upholstery;**

Stains & Worn, 38" to Back of Crest & 32" W



**66    Samsung's Smart AirDresser  M: DFG0R8200DG, 72''**

T x 17.5"W x  24"D



The Hamilton Group, LLC  Auctioneers & Appraisers

**Ho Wan Kwook Sherry Netherland   3/31/2025**

| LOT # | | LOT # | |
|---|---|---|---|

**67**   **Drop Front Desk with One Drawer, Lower Cupboard,**

Veneer with Brass Mounts, Key Doesn't Work, Front Locked, Scratches Throughout, 57" T x 3 W x 16" D



**73**   **Mahogany End Tables with (2) Drawers; Damage with**

Stains, Scratches & Missing Handle, No Glass 27.5" T x 24" W x 16" D



**68**   **Fancy Wall Mirror with Etched Glass; Urn & Fruit**

Finial, Side Panels of Mirror Cracked, Missing Rosette, Imperfections Throughout



**74**   **Pair of Mahogany End Tables with 1-Drawer, Glass**

Top, Lower Cupboard, by Councill with Damag Scratches Throughout



**69**   **6-Drawer Chest with Bow Front & Marble Top; No**

Key & Two Drawers Locked, Two Missing Han Veneer Damaged Throughout, French 3 Over 3 Marble Top Crest, 36" T x 28" D x 54" W



**75**   **Tip Top Marble Table with Octagon Top & Brass**

Frame, Light Scratches Throughout, On Casters, 26.5" W



**70**   **Oil Painting of Floral Still Life Signed Lower**

Right Anderson, Stained Back of Canvas, Paint Missing Mounding Throughout



**76**   **French Style Arm Chair with Green Upholstery,**

Worn & Stained, 39" to Back of Crest & 30" W



**71**   **Pier Table with Mirrored Back & Dolphin Supports,**

Missing Rosettes, Poor Condition, 29.5" T x 31" 18" D



**77**   **8-Panel Gold Chandelier 34" T x 24" W x 4 Lights**



**78**   **8-Panel Gold Chandelier, 35" T x 20" W x 3 Lights**



**72**   **Mahogany Side Table with Metal Base 25" T x 20" D**

x 30" W



**79**   **8-Panel Gold Chandelier, 28" Tx 20.5" W x 3**

Lights



The Hamilton Group, LLC  Auctioneers & Appraisers

Ho Wan Kwook Sherry Netherland  3/31/2025

**LOT #**

**LOT #**

**80    8-Panel Gold Chandelier, 36" T x 20.5" W x 3**

Lights



**81    Multi Arm Chandelier with Glass Prisms,**

12-Lights, 38" T x 28" W



**82    Chandelier with (6) Lights, Clear & Amber Glass**

Prisms, 36" T x 27" W



**83    Chandelier with (12) Lights with Ram Heads,**

Alabaster Cracked, 30" T x 20"D



**84    Chandelier, Egg Style with Murano Style Glass**

Drops, 32" T x 25" D



**85    Chandelier, Egg Style with Murano Style Glass**

Drops, Minor Chips Around Center



**86    Bronze (30) Light Chandelier with (4) Cut Out**

Semi Circle Around Center, Some Chips, 32" T



**87    Pair of Table Lamps, Glass & Floral Pedals,**

Prisms Currently Wrapped In Paper, 46" T x 41



**88    Pair of Table Lamps, Bronze, 30" T**



**89    Table Lamp, Blue with Shade, 27" T x 9" Diameter**

Base



**90    Lot of (3) Carved Figures 3.5" x 5.5" T**



**91    Lot of (5) Sonos, Model Connect Amps**



**92    Misc. Lot of Ashtrays, Paperweights, Telephone**



**93    Gold Wall Mirror with Floral Crest, Missing**

Paint, Chips, Bug Holes, Silver Wearing Off Mi
Throughout, Crest Broken & Repaired in Severa
Places, 33: T x 19.5" W

**The Hamilton Group, LLC  Auctioneers & Appraisers**

Ho Wan Kwook Sherry Netherland  3/31/2025

| LOT # | | LOT # | |
|---|---|---|---|

**94    Pair of Wall Sconces; Iron & Crystal, Two Lights**

Each, 25" T x 10" W x 5" D, Minor Imperfectio



**95    Pair of Wall Sconces; Leaf & Flower with Twisted,**

Minor Imperfections, 19" T x 12" W x 5" D



**96    Lot of (2) Books: Guilielmi Estii, Vellum Bound,**

14" T x 9.5" x 2" Think



**97    Lot of (4) Books: Roberti Bellarmini, Vellum**

Bound



**98    Breville Brew & Grind Coffee Maker; Condition**

Unknown, 16.5" T x 9" W x 12" D



**99    Nespresso Vertuoline Espresso Coffee Maker;**

Condition Unknown



**100    Red Kitchen Aid Professional 600 Mixer; Condition**

Unknown



**101    Krups Waffle Maker; Condition Unknown**



**102    NW-JX10 Zajirushi Rice Cooker; Condition Unknown**



**103    Dirt Devil; Condition Unknown**



**104    Print, Head of Young Woman, Framed, 14.5"x10.5"**

with 3" Matt & Frame



**105    Group of Legos, Tree House, Trike & Building**



**106    Table Mirror, Miroir Brot, Brass Frame, (3)**

Mirrors, 15" Tx 10.5" W when closed with 6" D Base; 29.5" When Open



**107    Pair of Brass 3-Arm Wall Sconces with Twisted Bow**

& Finial 23" T x 10" W x 6" D



**108    Misc. Lot of Microphone, Dog, Panda, Damaged**

Vase, Piggy Bank, Cookie Jar



**The Hamilton Group, LLC Auctioneers & Appraisers**

Ho Wan Kwook Sherry Netherland  3/31/2025

**LOT #**

**109    Breville Expresso, Condition Unknown, 16'' Tx 12''**

W x 12'' D, Minor Scratches



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**110    Venus Et Fleur, Some Flowers Smashed, 16'' T x 16''**

Diameter



**111    French Style Arm Chair with Upholstery Worn,**

Faded & Stained with Wood Frame Cracked, 37 of Crest



**112    Bench with Upholstered Top & Painted Gold Base;**

Dirty & Stained, Gold base with Chips, Scratch Worn, 17.5''T x 23'' x 16'' to seat



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**113    French Marble Top Writing Desk with 3-Drawers,**

Brass Mounts, Folding Top (Cracked), 36''T x 2 29'' W



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**114    Lot of (3) Stools with Brown Top; Frame Loose &**

Damage, Scratches, 20'' T x 17.5'' x  12''



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**115    French Style Arm Chair with Cane back, Poor**

Condition: Upholstery Worn with Paint Painted Throughout, Chair Frame Cracked In Multiple P 35'' to Back of Crest, 25'' W



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**LOT #**

**116    Boston Speaker 15'' T with Sub Woofer 15'' T**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**117    Flat Screen TV; Condition Unknown; 55''**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**118    Wall Mounting TV Bracket; Condition Unknown, 47''**

x 21''



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**119    Samsung TV; Condition Unknown, 48''**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**120    Pier Table with Half Round Marble Top & Gold**

Drape Design; Paint Loss & Chipping througho Scratches, 36.5'' T x 42.5'' W x 17'' D



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**121    Round Brass End Table with Marble Top & Lower**

Dish, 26.5'' T x 21'' Diameter



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**122    Lot of Shirts & Table Clothes**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**123    Lot of Stereo Equipment: Philips DVD Player,**

Marantz 5-Disc Player



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Hamilton Group, LLC  Auctioneers & Appraisers  Page: 10

Ho Wan Kwook Sherry Netherland  3/31/2025

| LOT # | | LOT # | |

**124    Lot of (3) Boston Speakers**



**125    Black Metro Rack, 72'' T x 35'' W x 16''D**



**126    Sony Bravia 54'' TV; Condition Unknown**



**127    Print of Brooklyn Bridge; Poor Condition, Wavy**



**128    3-Sectional Sofa; "L" Shaped Gold Upholstery in**

Poor Condition with Center Section Missing Le
8' x 35'' D & 30'' T



**129    Rope Style Coffee Table with Glass Top, Minor**

Scratches, 17'' T x 36'' x 52''



**130    Lot of Garment Bags**



**131    Console Table with Gold Base; Poor Condition;**

Frame Loose & Unstable with Scratches/ Stains
Marble Top, 35.5'' T x 53'' W x 18.5'' D



**132    Cabinet with 1-Drawer & Marble Top: Figural Post,**

One Door Detached, Black Marble Top with Scr
Veneer with Scratches/ Chipping/ Stained



**133    Dining Table with Dolphin Base, (6) Chairs: (3)**

Arm & (5) Side Chairs; Chairs with Brass Inlay,
Dolphin Base in Poor Condition with Missing P
Mounding & Veneer; Table Top Badly Stained
Scratched; (3) 28'' Leaves In Poor Condition wit
Missing Veneer & damage; Chairs in poor cond
with Scratches & Stained; Table: 29'' T x 61''
Diameter; Chair: 34.5'' to Back of Crest



**134    Pair of Bronze Wall Sconces, 3-Arm, Electrified;**

19'' T x 12'' W x 5'' D



**135    Mahogany 6-Drawer Partners Desk; Leatherette  Top**

In Poor Condition with Scratches & Staines; 29.
59'' W x 27.5'' D



**136    Mahogany 10-Drawer Credenza; Poor Condition in**

Veneer Damage & Scratches, 31.5'' T x 7' W x



**137    Half Round Hall Table with Mirrored Top; Painted**

Gold Base with Scratches & Paint Loss; 32.5'' T
W x 20'' D



**The Hamilton Group, LLC  Auctioneers & Appraisers**

Ho Wan Kwook Sherry Netherland  3/31/2025

| LOT # | | LOT # | |
|---|---|---|---|

**138    Mahogany Queen Size Bed with Carved Shell Crest,**

Scratches, 63" T x 65" W



**145    Large Oriental Rug with Geometric Pattern, Worn &**

Rips; Overall Poor Condition, 10'x 12.5'



**139    Queen Size Headboard, Decorated with Deer &**

Flowers, Paint Loss to Top & Edges, Scratches, Discoloration, Max Kuehn Style, Headboard: 59 79" W x 1.5"Think



**146    Large Persian Rug: 14'4"x24'**



**147    Large Lot of Stemware**



**140    Sony Flatscreen 48" TV, Condition Unknown**



**148    Large Lot of Stemware, China & Glassware**



**141    2-Cushion Love Seat, Black & White, Upholstery in**

Poor Condition with Stains & Fading



**149    Sony 55" TV; Condition Unknown**



**142    French Style Arm Chair with Leg Detached;**

Upholstery in Poor Condition, 40" to Back of Cr



**150    Lot of (2) Small Trash Cans**



**143    Large Room Sized Rug; Persian, 11'x16', Florals**

in Browns & Red, Worn Spots (Mostly in Cente



**151    Chinese Style Large Gold Wall Mirror; Damage to**

Glass, Cracked & Pieces Broken Off: Missing P Mirror, Broken Lower Flower, Missing part of Filigree



**144    Blanket Chest, Pine, Lift Top, 3-Medalions**

Applied to Crest, Poor Condition with Gauges Holes, Missing Part of Frame, 22" T x 62" W x



**152    Brass Light Fixture with Missing Original Shade,**

8 Lights, 19" Diameter & White Shade 15.5" Di



Ho Wan Kwook Sherry Netherland  3/31/2025

The Hamilton Group, LLC  Auctioneers & Appraisers

**LOT #**

153   **Lot of (4) Silk Embroidered Pictures, Framed, One**

with Broken Glass, 21"x46" Overall



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

154   **Lot of 92) Shadow Box with Oriental Items 24"x22"**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

155   **Lot of Misc Oriental Items, (2) Figurer with**

Damage & Broken Pig



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

156   **Triptych, Frame, Fish, Shell & Coral;**

Contemporary  Piece, 15"x29.5"



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## <u>EXHIBIT C</u>

**NOTICE OF SALE OF ESTATE PROPERTY**
**(draft Appendix O attached hereto)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, et al.,<br><br>            Debtors.<br><br>                                        Debtor(s). | CASE NO:  22-50073<br><br>CHAPTER: **11** |
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address:<br><br>Douglas S. Skalka<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br><br>☒ *Attorney for:*  Luc Despins, Chapter 11 Trustee and<br>            Genever Holdings, LLC<br>☐ *Individual appearing without attorney* | **NOTICE OF ORDER GRANTING MOTION FOR PUBLIC SALE OF ESTATE PROPERTY**<br><br>**D. CONN. BANKR. L. R. 6004-1(b)** |

**INSTRUCTIONS FOR COMPLETING AND FILING THIS NOTICE**This Notice shall be completed in accordance with Fed. R. Bankr. P. 6004(c) and (f) and D. Conn. Bankr. L. R. 6004-1(b).This Notice shall be completed and filed only after a hearing on a Motion to Sell Estate Property, Motion to Sell Estate Property Free and Clear of Liens, and/or Motion to Approve Procedures to Sell Estate Property is held by the Court.

**Description of property to be sold:**

1.        One hundred and fifty-eight items of furniture and other personal property which had been located at the property owned by Genever Holdings, LLC at the Sherry Netherland Hotel, at 781 Fifth Avenue, New York, New York 10022, and are described in the catalog prepared by the Auctioneer. The catalog can be obtained by contacting the Auctioneer.
2.        The following four motor vehicles:

The following four  motor vehicles:

2022 BMW motorcycle;
2021 Ducati motorcycle;
2017 Lexus NX 200T; and
2021 Harley Davidson.

**Public Sale/Auction Information:**

| | | |
|---|---|---|
| Date of Public Sale/Auction: | 5/15/25-6/5/25 | Time of Public Sale/Auction: |
| Location of Public Sale/Auction: | Online auction via www.auctionninja.com/hamilton-grp/ | |

**NOTE: The Public Sale/Auction may be conducted telephonically, remotely using ZoomGov, and/or by other remote technology platform or medium.**

**Objection/Overbid Deadline and Hearing Information:**

Last date to file Objections or to submit
Overbids to Public Sale/Auction:        _____

Hearing Date and Time regarding
Public Sale/Auction:        _____  at  _____

Location of hearing:

Pursuant to D. Conn. Bankr. L.R. 6004-1(b), this form is mandatory. It has been approved for use in the
United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.

Public Sale/Auction opening bid: [                    ]

Terms and conditions of Public Sale/Auction, including whether the proposed sale/auction is to be free and clear of liens pursuant to 11 U.S.C. §363(f), and including information about how to register as a bidder:

Register as a bidder via the internet at www.auctionninja.com/hamilton-grp/with a valid credit card.
No deposit is required.
All items are being sold "as is."
Form of payment:  cash, bank check or wire transfer to the Auctioneer.

Genever Holdings, LLC or the Trustee may set a reserve price as deemed appropriate for specific items in the auction. The reserve price may be disclosed to bidders or set as the starting bid for those items.

Public Sale/Auction overbid procedure, including bid increments (if any):

Contact person for potential bidders or potential higher offers (*include name, address, telephone, fax and/or email address*):

The Hamilton Group, LLC
36 Killingworth Turnpike
Clinton, Connecticut 06413
Phone: 860 552-4609
Attn. Michael Knudson
(the "Auctioneer")

Date: [                    ]

---

Pursuant to D. Conn. Bankr. L.R. 6004-1(b), this form is mandatory. It has been approved for use in the
United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.

**CERTIFICATE OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Douglas S. Skalka
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th FL
New Haven, CT 06510

A true and correct copy of the foregoing document entitled **NOTICE OF ORDER GRANTING MOTION FOR PUBLIC SALE OF ESTATE PROPERTY** was served in the manner stated below:

1. **SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to this Court's Administrative Procedures for Electronic Case Filing (Appendix A), the foregoing document will be served using the Court's CM/ECF system via NEF with an embedded hyperlink to the document. On (date) _____, I will confirm the CM/ECF docket for this bankruptcy case or adversary proceeding and will confirm that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____         _____         _____
Date                    Printed Name            Signature

Pursuant to D. Conn. Bankr. L.R. 6004-1(b), this form is mandatory. It has been approved for use in the United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.

# EXHIBIT D

**COPIES OF BONDS**

Bond Number: 0862842

### AUCTIONEER BOND

**KNOW ALL MEN BY THESE PRESENTS** that we, THE HAMILTON GROUP, LLC (hereinafter called Principal), as Principal, and the HARCO NATIONAL INSURANCE COMPANY, its home office in Raleigh, Nc 27605 (hereinafter called Surety), as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA (hereinafter called Obligee), in the full and just sum of SEVENTY FIVE THOUSAND  AND NO/100 ($75,000.00) Dollars, for the payment of which, well and truly to be made, the Principal and Surety hereby bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**NOW THEREFORE**, the condition of this obligation is such that if the said Principal shall faithfully account for all money, assets and effects of bankruptcy case, HO WAN KWOK,ET AL; CASE #22-50073JAM , in which the Principal is serving as auctioneer, then this obligation to be void; otherwise to remain in full force in effect.

The liability of the Surety hereunder shall not exceed the aggregate sum of SEVENTY FIVE THOUSAND  AND NO/100 ($75,000.00) Dollars, for all claims asserted against this bond.

This bond shall remain in full force and effect from JANUARY 16, 2025 to APRIL 16, 2025.  This bond may not be cancelled or terminated without sixty (60) days notice being given to the clerk and the United States Trustee.

 **SIGNED AND SEALED THIS 16TH day of JANUARY, 2025.**


THE HAMILTON GROUP, LLC

By:_____


HARCO NATIONAL INSURANCE COMPANY

By: _____
   CATHERINE C. KEHOE, ATTORNEY-IN-FACT

# POWER OF ATTORNEY

## HARCO NATIONAL INSURANCE COMPANY
## INTERNATIONAL FIDELITY INSURANCE COMPANY

**Member companies of IAT Insurance Group, Headquartered: 4200 Six Forks Rd, Suite 1400, Raleigh, NC 27609**

**KNOW ALL MEN BY THESE PRESENTS**: That **HARCO NATIONAL INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of Illinois, and **INTERNATIONAL FIDELITY INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of New Jersey, and having their principal offices located respectively in the cities of Rolling Meadows, Illinois and Newark, New Jersey, do hereby constitute and appoint

SARA S. DEJARNETTE, CONWAY C. MARSHALL, STEPHEN BEAHM, ELIZABETH SCHOTT, DAVID C. JOSEPH, JESSICA PALMERI, KELLI R. CROSS, AMANDA RIEDL, ANDRE AUTIN, VICTORIA SCRUGGS, CLARK P. FITZ-HUGH, CATHERINE C. KEHOE, KRISTINE DONOVAN

New Orleans, LA.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said **HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY**, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** and is granted under and by authority of the following resolution adopted by the Board of Directors of **INTERNATIONAL FIDELITY INSURANCE COMPANY** at a meeting held on the 13th day of   December, 2018   and by the Board of Directors of **HARCO NATIONAL INSURANCE COMPANY** at a meeting held on the  13th   day of  December, 2018.

"**RESOLVED**, that (1) the Chief Executive Officer, President, Executive Vice President, Senior Vice President, Vice President, or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto;  and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** have each executed and attested these presents on this  31st  day of  December, 2024



STATE OF NEW JERSEY
County of Essex

STATE OF ILLINOIS
County of Cook

Michael F. Zurcher
Executive Vice President, Harco National Insurance Company
and International Fidelity Insurance Company

On this  31st  day of  December, 2024          , before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is  the  therein described and authorized officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.



IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

Cathy Cruz       a Notary Public of New Jersey
My Commission Expires  April 16, 2029

## CERTIFICATION

I, the undersigned officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**  do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power  of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand on this day,    January 16, 2025

A00586

Irene Martins, Assistant Secretary

Bond Number: 0866857

## AUCTIONEER BOND

**KNOW ALL MEN BY THESE PRESENTS** that we, THE HAMILTON GROUP, LLC (hereinafter called Principal), as Principal, and the HARCO NATIONAL INSURANCE COMPANY, its home office in Raleigh, Nc  27605 (hereinafter called Surety), as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA (hereinafter called Obligee), in the full and just sum of TWENTY THOUSAND  AND NO/100 ($20,000.00) Dollars, for the payment of which, well and truly to be made, the Principal and Surety hereby bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**NOW THEREFORE**, the condition of this obligation is such that if the said Principal shall faithfully account for all money, assets and effects of bankruptcy case, HO WAN KWOK, ET AL; CASE  22-50073JAM TO AUCTION 2017 LEXUS NX 200T, in which the Principal is serving as auctioneer, then this obligation to be void; otherwise to remain in full force in effect.

The liability of the Surety hereunder shall not exceed the aggregate sum of TWENTY THOUSAND  AND NO/100 ($20,000.00) Dollars, for all claims asserted against this bond.

This bond shall remain in full force and effect from JANUARY 24, 2025 to APRIL 24, 2025. This bond may not be cancelled or terminated without sixty (60) days notice being given to the clerk and the United States Trustee.

   **SIGNED AND SEALED THIS 24TH day of JANUARY, 2025.**

THE HAMILTON GROUP, LLC

By: _____

HARCO NATIONAL INSURANCE COMPANY

By: _____
   CATHERINE C. KEHOE, ATTORNEY-IN-FACT

# POWER OF ATTORNEY
## HARCO NATIONAL INSURANCE COMPANY
## INTERNATIONAL FIDELITY INSURANCE COMPANY
**Member companies of IAT Insurance Group, Headquartered: 4200 Six Forks Rd, Suite 1400, Raleigh, NC 27609**

**KNOW ALL MEN BY THESE PRESENTS**: That **HARCO NATIONAL INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of Illinois, and **INTERNATIONAL FIDELITY INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of New Jersey, and having their principal offices located respectively in the cities of Rolling Meadows, Illinois and Newark, New Jersey, do hereby constitute and appoint

SARA S. DEJARNETTE, CONWAY C. MARSHALL, STEPHEN BEAHM, ELIZABETH SCHOTT, DAVID C. JOSEPH, JESSICA PALMERI, KELLI R. CROSS, AMANDA RIEDL, ANDRE AUTIN, VICTORIA SCRUGGS, CLARK P. FITZ-HUGH, CATHERINE C. KEHOE, KRISTINE DONOVAN

New Orleans, LA.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said **HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY**, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** and is granted under and by authority of the following resolution adopted by the Board of Directors of **INTERNATIONAL FIDELITY INSURANCE COMPANY** at a meeting duly held on the 13th day of December, 2018  and by the Board of Directors of **HARCO NATIONAL INSURANCE COMPANY** at a meeting held on the  13th  day of December, 2018.

"**RESOLVED**, that (1) the Chief Executive Officer, President, Executive Vice President, Senior Vice President, Vice President, or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto;  and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** have each executed and attested these presents
on this  31st  day of  December, 2024



STATE OF NEW JERSEY
County of Essex

STATE OF ILLINOIS
County of Cook

Michael F. Zurcher
Executive Vice President, Harco National Insurance Company
and International Fidelity Insurance Company

On this  31st  day of  December, 2024            , before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the  therein described and authorized officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.



IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

Cathy Cruz      a Notary Public of New Jersey
My Commission Expires  April 16, 2029

## CERTIFICATION

I, the undersigned officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**  do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power  of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand on this day,    January 24, 2025

A00586

Irene Martins, Assistant Secretary

Bond Number: 0866884

### AUCTIONEER BOND

**KNOW ALL MEN BY THESE PRESENTS** that we, THE HAMILTON GROUP, LLC (hereinafter called Principal), as Principal, and the HARCO NATIONAL INSURANCE COMPANY, its home office in Raleigh, Nc  27605 (hereinafter called Surety), as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA (hereinafter called Obligee), in the full and just sum of TWENTY THOUSAND  AND NO/100 ($20,000.00) Dollars, for the payment of which, well and truly to be made, the Principal and Surety hereby bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**NOW THEREFORE**, the condition of this obligation is such that if the said Principal shall faithfully account for all money, assets and effects of bankruptcy case, HO WAN KWOK, ET AL; CASE #22-50073JAM TO AUCTION 2021 DUCATI DIAVEL, in which the Principal is serving as auctioneer, then this obligation to be void; otherwise to remain in full force in effect.

The liability of the Surety hereunder shall not exceed the aggregate sum of TWENTY THOUSAND  AND NO/100 ($20,000.00) Dollars, for all claims asserted against this bond.

This bond shall remain in full force and effect from JANUARY 30, 2025 to APRIL 30, 2025.This bond may not be cancelled or terminated without sixty(60) days notice being given to the clerk and the United States Trustee.

   **SIGNED AND SEALED THIS 30TH day of JANUARY, 2025.**


          THE HAMILTON GROUP, LLC

          By: _____


          HARCO NATIONAL INSURANCE COMPANY

          By: _____
          CATHERINE C. KEHOE, ATTORNEY-IN-FACT

# POWER OF ATTORNEY
## HARCO NATIONAL INSURANCE COMPANY
## INTERNATIONAL FIDELITY INSURANCE COMPANY
**Member companies of IAT Insurance Group, Headquartered: 4200 Six Forks Rd, Suite 1400, Raleigh, NC 27609**

**KNOW ALL MEN BY THESE PRESENTS**: That **HARCO NATIONAL INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of Illinois, and **INTERNATIONAL FIDELITY INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of New Jersey, and having their principal offices located respectively in the cities of Rolling Meadows, Illinois and Newark, New Jersey, do hereby constitute and appoint

SARA S. DEJARNETTE, CONWAY C. MARSHALL, STEPHEN BEAHM, ELIZABETH SCHOTT, DAVID C. JOSEPH, JESSICA PALMERI, KELLI R. CROSS, AMANDA RIEDL, ANDRE AUTIN, VICTORIA SCRUGGS, CLARK P. FITZ-HUGH, CATHERINE C. KEHOE, KRISTINE DONOVAN

New Orleans, LA.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said **HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY**, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** and is granted under and by authority of the following resolution adopted by the Board of Directors of **INTERNATIONAL FIDELITY INSURANCE COMPANY** at a meeting duly held on the 13th day of December, 2018 and by the Board of Directors of **HARCO NATIONAL INSURANCE COMPANY** at a meeting held on the 13th day of December, 2018.

"**RESOLVED**, that (1) the Chief Executive Officer, President, Executive Vice President, Senior Vice President, Vice President, or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** have each executed and attested these presents on this 31st day of December, 2024



STATE OF NEW JERSEY
County of Essex

STATE OF ILLINOIS
County of Cook

Michael F. Zurcher
Executive Vice President, Harco National Insurance Company
and International Fidelity Insurance Company

On this 31st day of December, 2024 , before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.



IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

Cathy Cruz       a Notary Public of New Jersey
My Commission Expires April 16, 2029

## CERTIFICATION

I, the undersigned officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand on this day, January 30, 2025

Irene Martins, Assistant Secretary

A00586

Bond Number: 0867090

## AUCTIONEER BOND

**KNOW ALL MEN BY THESE PRESENTS** that we, THE HAMILTON GROUP, LLC (hereinafter called Principal), as Principal, and the HARCO NATIONAL INSURANCE COMPANY, its home office in Raleigh, Nc 27605 (hereinafter called Surety), as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA (hereinafter called Obligee), in the full and just sum of THIRTY FIVE THOUSAND AND NO/100 ($35,000.00) Dollars, for the payment of which, well and truly to be made, the Principal and Surety hereby bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**NOW THEREFORE**, the condition of this obligation is such that if the said Principal shall faithfully account for all money, assets and effects of bankruptcy case, HO WAN KWOK; CASE #22-50073 (JAM)(SHERRY NETHERLAND AUCTION) , in which the Principal is serving as auctioneer, then this obligation to be void; otherwise to remain in full force in effect.

The liability of the Surety hereunder shall not exceed the aggregate sum of THIRTY FIVE THOUSAND AND NO/100 ($35,000.00) Dollars, for all claims asserted against this bond.

This bond shall remain in full force and effect from MARCH 24, 2025 to JUNE 24, 2025. This bond may not be cancelled or terminated without sixty(60) days notice being given to the clerk and the United States Trustee.

SIGNED AND SEALED THIS 24TH day of MARCH, 2025.

THE HAMILTON GROUP, LLC

By: _____

HARCO NATIONAL INSURANCE COMPANY

By: _____
    CATHERINE C. KEHOE, ATTORNEY-IN-FACT

## POWER OF ATTORNEY
### HARCO NATIONAL INSURANCE COMPANY
### INTERNATIONAL FIDELITY INSURANCE COMPANY
Member companies of IAT Insurance Group, Headquartered: 4200 Six Forks Rd, Suite 1400, Raleigh, NC 27609

**KNOW ALL MEN BY THESE PRESENTS**: That **HARCO NATIONAL INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of Illinois, and **INTERNATIONAL FIDELITY INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of New Jersey, and having their principal offices located respectively in the cities of Rolling Meadows, Illinois and Newark, New Jersey, do hereby constitute and appoint

SARA S. DEJARNETTE, CONWAY C. MARSHALL, STEPHEN BEAHM, ELIZABETH SCHOTT, DAVID C. JOSEPH, JESSICA PALMERI, KELLI R. CROSS, AMANDA RIEDL, ANDRE AUTIN, VICTORIA SCRUGGS, CLARK P. FITZ-HUGH, CATHERINE C. KEHOE, KRISTINE DONOVAN

New Orleans, LA.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said **HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY**, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of **HARCO NATIONAL INSURANCE COMPANY and INTERNATIONAL FIDELITY INSURANCE COMPANY** and is granted under and by authority of the following resolution adopted by the Board of Directors of **INTERNATIONAL FIDELITY INSURANCE COMPANY** at a meeting duly held on the 13th day of  December, 2018   and by the Board of Directors of **HARCO NATIONAL INSURANCE COMPANY** at a meeting held on the 13th  day of  December, 2018.

"RESOLVED, that (1) the Chief Executive Officer, President, Executive Vice President, Senior Vice President, Vice President, or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY** have each executed and attested these presents
on this  31st  day of   December, 2024

STATE OF NEW JERSEY                                    STATE OF ILLINOIS
County of Essex                                        County of Cook

Michael F. Zurcher
Executive Vice President, Harco National Insurance Company
and International Fidelity Insurance Company

On this  31st  day of  December, 2024           , before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the  therein described and authorized officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.



IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark,
New Jersey the day and year first above written.

Cathy Cruz
Cathy Cruz     a Notary Public of New Jersey
My Commission Expires  April 16, 2029

### CERTIFICATION

I, the undersigned officer of **HARCO NATIONAL INSURANCE COMPANY** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**  do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand on this day,   March 24, 2025

A00586

Irene Martins, Assistant Secretary