**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                               :    Chapter 11
                                                     :
HO WAN KWOK, *et al.*,                               :    Case No. 22-50073 (JAM)
                                                     :
           Debtors.[1]                               :    Jointly Administered
                                                     :
---------------------------------------------------------x

## REQUEST OF CHAPTER 11 TRUSTEE FOR STATUS CONFERENCE

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), hereby requests (this "Request") that the Court schedule a status conference in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). In support of this Request, the Trustee respectfully states the following:

Although the Trustee has regularly apprised the Court as to relevant developments in these Chapter 11 Cases, his last global update at a status conference was in 2024. Accordingly, the Trustee respectfully requests that the Court schedule a status conference on April 22, 2025, at 1 p.m.[2] At that time, the Trustee will advise the Court regarding developments relevant to these Chapter 11 Cases, including, without limitation, developments in other proceedings (*e.g.*, those pending outside the United States) that may impact these cases. The Trustee respectfully requests that the status conference be held in person.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Another matter has been scheduled in these Chapter 11 Cases at that time. [ECF No. 4302.]

WHEREFORE, the Court should grant this Request by entering the proposed order appended hereto and grant such other and further relief as is just and proper.

Dated:   April 9, 2025            LUC A. DESPINS,
         New Haven, Connecticut   CHAPTER 11 TRUSTEE

                                  By: */s/ Patrick R. Linsey*
                                      Patrick R. Linsey (ct29437)
                                      NEUBERT, PEPE & MONTEITH, P.C.
                                      195 Church Street, 13th Floor
                                      New Haven, Connecticut 06510
                                      (203) 781-2847
                                      plinsey@npmlaw.com

                                      *and*

                                      Nicholas A. Bassett (*pro hac vice*)
                                      PAUL HASTINGS LLP
                                      2050 M Street NW
                                      Washington, D.C., 20036
                                      (202) 551-1902
                                      nicholasbassett@paulhastings.com

                                      *and*

                                      Douglass Barron (*pro hac vice*)
                                      PAUL HASTINGS LLP
                                      200 Park Avenue
                                      New York, New York 10166
                                      (212) 318-6690
                                      douglassbarron@paulhastings.com

                                      *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK *et al.*, | : | Case No. 22-50073 (JAM) |
| Debtors. | : | Jointly Administered |

---

**[PROPOSED] ORDER GRANTING**
**REQUEST OF CHAPTER 11 TRUSTEE FOR STATUS CONFERENCE**

Upon the request (the "Request") of Luc A. Despins, as Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the Court to schedule a status conference for the purpose described in the Request, it is hereby:

**ORDERED:** A status conference (the "Status Conference") shall be held in the above-captioned chapter 11 cases at 1:00 p.m. on April 22, 2025, in the United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT, for the Trustee to provide the Court with an update as to developments relevant to these cases.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
HO WAN KWOK *et al.*,                                    :   Case No. 22-50073 (JAM)
                                                         :
            Debtors.                                     :   Jointly Administered
                                                         :
---------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof the foregoing Request was electronically filed using the Court's case management/electronic case files system ("CM/ECF") in the Chapter 11 Case. Notice of this filing will be sent automatically via e-mail by operation of CM/ECF to all appearing parties in the Chapter 11 Case eligible to receive electronic notice.

Dated:   April 9, 2024
         New Haven, Connecticut

                                                By: */s/ Patrick R. Linsey*
                                                    Patrick R. Linsey (ct29437)
                                                    NEUBERT, PEPE & MONTEITH, P.C.
                                                    195 Church Street, 13th Floor
                                                    New Haven, Connecticut 06510
                                                    (203) 781-2847
                                                    plinsey@npmlaw.com

                                                    *Counsel for the Chapter 11 Trustee*