UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x
:
In re:                                      : Chapter 11
:
HO WAN KWOK, *et al.*,                      : Case No. 22-50073 (JAM)
:
        Debtors.[1]                 : Jointly Administered
:
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF WINNE, BANTA, BASRALIAN & KAHN, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JANUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Winne, Banta, Basralian & Kahn, P.C. ("WBB&K") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered as New Jersey real estate counsel to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from January 1, 2025 through and including February 28, 2025 (the "Fee Period"). By this Monthly Fee Statement, WBB&K respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $3,881.60 and $10.80, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

#995051v1 * 11157-00001

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as <u>Exhibit A</u> are WBB&K's fee statements for services provided during the Fee Period along with a timekeeper summary that includes the name, rate, total hours and total fees earned for each WBB&K individual who provided services during the fee period. These fee statements also list the expenses incurred for which WBB&K seeks reimbursement for the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

2.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "<u>Notice Parties</u>").

#995051v1 * 11157-00001

3.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Winne, Banta, Basralian & Kahn, P.C., (Attn: Richard R. Kahn and (ii) the Notice Parties by email no later than **May 2, 2025 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

4.      If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay WBB&K 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

5.      To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

#995051v1 * 11157-00001

Dated: 4/7/25

By: _____
Richard R. Kahn
Winne Banta Basralian & Kahn, PC
Court Plaza South, East Wing Suite 101
21 Main Street
Hackensack, New Jersey 07601

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---------------------------------------------------------x

In re:                                          :    Chapter 11

HO WAN KWOK, et al.,[1]                         :    Case No. 22-50073 (JAM)

           Debtors.                         :    (Jointly Administered)

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated: April 9, 2025
      at New Haven, Connecticut

By: */s/ Nancy Bohan Kinsella*
Nancy Bohan Kinsella (ct12109)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
nkinsella@npmlaw.com

*Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

#995051v1 * 11157-00001

**EXHIBIT A**
Winne, Banta, Basralian & Kahn, P.C. Fee Statement

#995051v1 * 11157-00001



**WINNE BANTA**
**BASRALIAN & KAHN**
ATTORNEYS AT LAW

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-7021

(201) 487-3800
FACSIMILE (201) 487-8529

www.winnebanta.com

Tax ID: 22-3043919

April 4, 2025

Luc A. Despins- Trustee
Paul Hastings, LLC
200 Park Avenue
New York, NY 10166

Invoice #:  259324
Client #:  11157
Matter #:  1
Billing Attorney:  RRK

## INVOICE SUMMARY

For professional services rendered and disbursements advanced through January 31, 2025:

**RE: Local NJ Real Estate Counsel regarding the sale of Crocker Mansion (Mahwah Mansion), located at 675 Ramapo Valley Road, Mahwah, New Jersey**

| | |
|---|---|
| Professional Services | $ 650.00 |
| Total Disbursements Advanced | $ 10.80 |
| **TOTAL THIS INVOICE** | **$ 660.80** |
| Outstanding Balance | $ 748.90 |
| **TOTAL BALANCE DUE** | **$ 1,409.70** |

WBB&K P.C.

Invoice #: 259324          April 4, 2025

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Narrative of Services | Hours |
|---|---|---|---|
| 1/21/25 | RRK | Emails to P. Linsey and W. Sherman Re: lien claimant phone call follow up. | .20 |
| 1/22/25 | RRK | Email from roofer on repair status. | .10 |
| 1/22/25 | RRK | Emails to and from William Sherman re: status of sale efforts. | .10 |
| 1/29/25 | RRK | Call with lien claimant attorney, Mark Blount. | .20 |
| 1/29/25 | RRK | M. Taus emails concerning NJ form of contact. | .10 |
| 1/31/25 | RRK | Call and email with W. Sherman re: brokerage form of contract and New Jersey customs on contract preparation. | .30 |

                    TOTAL PROFESSIONAL SERVICES                 $ 650.00

## TIMEKEEPER SUMMARY

| Name | Rate | Hours | Total |
|---|---|---|---|
| Kahn, Richard R. | 650.00 | 1.00 | 650.00 |
| **TOTALS** | | **1.00** | **$ 650.00** |

## DISBURSEMENTS ADVANCED

| Description | Amount |
|---|---|
| Printing | 10.80 |

                    TOTAL DISBURSEMENTS ADVANCED                 $ 10.80

                    TOTAL THIS INVOICE                 $ 660.80

**WBB&K P.C.**

Invoice #: 259324 <span style="float:right">April 4, 2025</span>

## OUTSTANDING INVOICES

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 254872 | 12/18/24 | 9,226.43 | 8,477.53 | 748.90 |

| | |
|---|---|
| Outstanding Balance | $ 748.90 |
| Balance Due This Invoice | $ 660.80 |
| **TOTAL BALANCE DUE** | **$ 1,409.70** |



**WINNE BANTA BASRALIAN & KAHN**
ATTORNEYS AT LAW

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-7021

(201) 487-3800
FACSIMILE (201) 487-8529

www.winnebanta.com

Tax ID: 22-3043919

April 4, 2025

Luc A. Despins- Trustee
Paul Hastings, LLC
200 Park Avenue
New York, NY 10166

Invoice #: 259324
Client #: 11157
Matter #: 1
Billing Attorney: RRK

## REMITTANCE ADVICE

RE: Local NJ Real Estate Counsel regarding the sale of Crocker Mansion (Mahwah Mansion), located at 675 Ramapo Valley Road, Mahwah, New Jersey

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 660.80** |
| Outstanding Balance | $ 748.90 |
| **TOTAL BALANCE DUE** | **$ 1,409.70** |

Please return this advice with payment to:

WBB&K P.C.
ATTN: Accounts Receivable
P.O. Box 647
Hackensack, NJ 07602-0647

## DUE UPON RECEIPT

To Pay By Credit Card (Subject to a 3% Surcharge):

Visa _____    Mastercard _____    Discover _____

Account No.: _____ Expiration Date: ___/___ Security Code: _____

Amount : $ _____ Name on Account: _____

Cardholder Billing Address: _____

Authorization Signature: _____

E-Mail Address: _____



**WINNE BANTA**
**BASRALIAN & KAHN**
ATTORNEYS AT LAW

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-7021

(201) 487-3800
FACSIMILE (201) 487-8529

www.winnebanta.com

Tax ID: 22-3043919

April 4, 2025

Luc A. Despins- Trustee
Paul Hastings, LLC
200 Park Avenue
New York, NY  10166

Invoice #:           259330
Client #:              11157
Matter #:                  1
Billing Attorney:  RRK

# INVOICE SUMMARY

For professional services rendered and disbursements advanced through February 28, 2025:

**RE: Local NJ Real Estate Counsel regarding the sale of Crocker Mansion (Mahwah Mansion), located at 675 Ramapo Valley Road, Mahwah, New Jersey**

| | |
|---|---:|
| Professional Services | $ 4,202.00 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,202.00** |
| Outstanding Balance | $ 1,409.70 |
| **TOTAL BALANCE DUE** | **$ 5,611.70** |

WBB&K P.C.

Invoice #: 259330                                                                                                          April 4, 2025

## PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Narrative of Services | Hours |
|---|---|---|---|
| 2/02/25 | MWT | Review R.Kahn and W. Sherman emails regarding contract, order | .10 |
| 2/03/25 | RRK | Emails from W. Sherman regarding process required to sell the property, developing a form rider and responses to email. | .30 |
| 2/03/25 | MWT | Review of various emails between W. Sherman, Esq. and R. Kahn, Esq. regarding potential sale of Crocker Mansion. | .10 |
| 2/04/25 | RRK | Emails with W. Sherman and M. Taus re: form of residential contract. | .30 |
| 2/04/25 | MWT | Initial cursory review of proposed realtor form contract and rider and email to W. Sherman regarding review and informational inspection | .30 |
| 2/05/25 | RRK | Review letter of intent on sale of Crocker Mansion | .30 |
| 2/05/25 | RRK | Email to W. Sherman. | .10 |
| 2/05/25 | MWT | Commence draft of email to William Sherman, Esq. | .10 |
| 2/05/25 | MWT | Telephone conference with William Sherman, Esq. regarding form of contract, proposed terms, status of purchase offer | .50 |
| 2/05/25 | MWT | Draft Contract of Sale | 1.00 |
| 2/05/25 | MWT | Review realtor form contract and Seller Rider. | .40 |
| 2/05/25 | MWT | Review and analysis of various documents. | .40 |
| 2/05/25 | MWT | Various emails with Michael Pollard, NJ Division of Taxation regarding realty transfer fee exemption for this transaction | .20 |
| 2/06/25 | RRK | Email with W. Sherman re: open contract issues. | .20 |
| 2/06/25 | RRK | Review draft form of contract. | .20 |
| 2/06/25 | RRK | Review W. Sherman email re: CCO. | .10 |
| 2/06/25 | RRK | Review M. Taus email re: smoke detector certificates. | .10 |
| 2/06/25 | MWT | Email to W. Sherman, Esq. regarding disclosure statement and several contract terms; review responsive email | .20 |
| 2/06/25 | MWT | Revisions to and finalize draft of contract and transmittal of same to W. Sherman, Esq. | .50 |
| 2/06/25 | MWT | Emails with W. Sherman, Esq regarding CCO/Smoke Certificate | .10 |
| 2/07/25 | RRK | Review W. Sherman comments to form agreement of sale and specific inquiries regarding wells and insurance. | .50 |
| 2/07/25 | RRK | Review M. Taus response to W. Sherman comments. | .20 |
| 2/18/25 | RRK | Emails with W. Sherman re: applicability of RTF to Trustee conveyance, research and responses. | .30 |

**WBB&K P.C.**

Invoice #: 259330                                                                                         April 4, 2025

| Date | Tkpr | Narrative of Services | Hours |
|---|---|---|---|
| 2/18/25 | MWT | Review email from W. Sherman regarding realty transfer fee and possible non-resident withholding; | .10 |
| 2/18/25 | MWT | Email to W. Sherman regarding realty transfer fee and withholding | .10 |
| 2/18/25 | MWT | Review statutory exemptions for realty transfer fee and non-resident exemptions. | .20 |
| 2/19/25 | RRK | Emails with W. Sherman and M. Taus re: GIT/REP 3. | .20 |
| 2/19/25 | MWT | Email to W. Sherman, Esq. advising that the transaction will be exempt. | .10 |
| 2/19/25 | MWT | Email to W. Sherman, Esq. advising exemption status for withholding | .10 |
| 2/19/25 | MWT | Telephone message left for contact at State Regulatory Dept in the NJ Division of Taxation. | .10 |
| 2/19/25 | MWT | Telephone conference with State Regulatory Dept regarding exemption for non-residence status as it applies to this transaction to forego withholding | .20 |
| 2/26/25 | RRK | Respond to W. Sherman regarding recommended auctioneers. | .30 |
| 2/27/25 | RRK | Emails with W. Sherman and staff to secure recommendations on reliable, reputable and quality auctioneers to sell personal property. | .30 |

**TOTAL PROFESSIONAL SERVICES**                                                                 $ 4,202.00

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Total |
|---|---|---|---|
| Kahn, Richard R. | 650.00 | 3.40 | 2,210.00 |
| Taus, Marla Wolfe | 415.00 | 4.80 | 1,992.00 |
| **TOTALS** | | **8.20** | **$ 4,202.00** |

**TOTAL THIS INVOICE**                                                                              $ 4,202.00

3

**WBB&K P.C.**

Invoice #: 259330 April 4, 2025

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 254872 | 12/18/24 | 9,226.43 | 8,477.53 | 748.90 |
| 259324 | 4/04/25 | 660.80 | .00 | 660.80 |

| | |
|---|---|
| Outstanding Balance | $ 1,409.70 |
| Balance Due This Invoice | $ 4,202.00 |
| **TOTAL BALANCE DUE** | **$ 5,611.70** |

4



**WINNE BANTA**
**BASRALIAN & KAHN**
ATTORNEYS AT LAW

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-7021

(201) 487-3800
FACSIMILE (201) 487-8529

www.winnebanta.com

Tax ID: 22-3043919

April 4, 2025

Luc A. Despins- Trustee
Paul Hastings, LLC
200 Park Avenue
New York, NY 10166

Invoice #:       259330
Client #:         11157
Matter #:             1
Billing Attorney:  RRK

## REMITTANCE ADVICE

RE: Local NJ Real Estate Counsel regarding the sale of Crocker Mansion (Mahwah Mansion), located at 675 Ramapo Valley Road, Mahwah, New Jersey

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 4,202.00** |
| Outstanding Balance | $ 1,409.70 |
| **TOTAL BALANCE DUE** | **$ 5,611.70** |

Please return this advice with payment to:

WBB&K P.C.
ATTN: Accounts Receivable
P.O. Box 647
Hackensack, NJ 07602-0647

## DUE UPON RECEIPT

To Pay By Credit Card (Subject to a 3% Surcharge):

Visa _____        Mastercard _____        Discover _____

Account No.: _____ Expiration Date: ____/____ Security Code: _____

Amount : $ _____ Name on Account: _____

Cardholder Billing Address: _____

Authorization Signature: _____

E-Mail Address: _____