**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
　　　Debtors.[1] : Jointly Administered
:
------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KOBRE & KIM (GCC) LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kobre & Kim (GCC) LLP ("Kobre & Kim") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as special counsel in the United Arab Emirates (the "UAE") to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from January 1, 2025 through and including January 31, 2025 (the "Fee Period"). By this Monthly Fee Statement, Kobre & Kim respectfully requests payment of 80% of all fees and 100% of all expenses actually and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

necessarily incurred for services rendered during the Fee Period, in the amounts of $28,848.40 and $296.68, respectively.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, hours, rate, and total fees earned for each Kobre & Kim individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is Kobre & Kim's fee statement for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

3. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4.        Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kobre & Kim (Attn: Paul Hughes (paul.hughes@kobrekim.com) and (ii) the Notice Parties by email no later than **May 1, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5.        If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kobre & Kim 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6.        To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: April 10, 2025

By: */s/ Paul Hughes*
Paul Hughes
KOBRE & KIM (GCC) LLP
Office 27-01, Level 27
ICD Brookfield DIFC
Dubai, UAE

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated: April 10, 2025  By: */s/ G. Alexander Bongartz*
New York, New York  G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Partner | 7.4 | $1,875.00 | $13,875.00 |
| Principal | 6.8 | $1,300.00 | $8,840.00 |
| Associate | 11.9 | $1,050.00 | $12,495.00 |
| Analyst | 1.3 | $585.00 | $760.50 |
| Litigation Assistant | 0.2 | $450.00 | $90.00 |
|  |  |  |  |
| **TOTAL** | **27.6** |  | **$36,060.50** |

**Exhibit B**

**Fee Statement**

Luc Despins  
Invoice No. 471484  
February 25, 2025

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

Schedule of Professional Services

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| 01/01/2025 | | | | |
| NAE | Attention to client email regarding US trustee's comments on K&K's retention. | $1,050.00 | 0.2 | $210.00 |
| 01/02/2025 | | | | |
| NAE | Attention to recent exchange with client and next steps. | 1,050.00 | 0.2 | 210.00 |
| 01/03/2025 | | | | |
| PRH | Engage in communications with Paul Hastings team regarding Application. | 1,875.00 | 0.3 | 562.50 |
| ERB | Correspondence with client regarding next steps | 1,300.00 | 0.1 | 130.00 |
| NAE | Analyze ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓ | 1,050.00 | 1.1 | 1,155.00 |
| 01/06/2025 | | | | |
| PRH | Review Paul Hastings email regarding Trustee Counsel comments, confer internally and respond. | 1,875.00 | 0.3 | 562.50 |
| NAE | Analyze ▓▓▓▓▓▓▓▓▓▓. | 1,050.00 | 0.8 | 840.00 |
| 01/07/2025 | | | | |
| NAE | Continue reading through and analyze ▓▓▓▓▓▓. | 1,050.00 | 0.4 | 420.00 |
| NAE | Further analysis of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1,050.00 | 0.4 | 420.00 |
| 01/08/2025 | | | | |
| PRH | Review update from Paul Hastings and confer team. | 1,875.00 | 0.2 | 375.00 |
| 01/09/2025 | | | | |
| NAE | Review court order approving K&K's retainer. | 1,050.00 | 0.3 | 315.00 |
| 01/10/2025 | | | | |
| PRH | Review email correspondence Paul Hastings and confer team regarding response, amend and send response. | 1,875.00 | 0.4 | 750.00 |
| PRH | Engage in correspondence with Paul Hastings. | 1,875.00 | 0.2 | 375.00 |
| NAE | Attention to action items and decision points, and draft client email. | 1,050.00 | 0.5 | 525.00 |

3

Luc Despins  
Invoice No. 471484  
February 25, 2025

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| 01/13/2025 | | | | |
| PRH | Internal strategy discussion ahead of client update. | 1,875.00 | 0.8 | 1,500.00 |
| ERB | Confer team regarding ▮. | 1,300.00 | 0.5 | 650.00 |
| NAE | Confer with team to develop strategy in the UAE. | 1,050.00 | 0.5 | 525.00 |
| NAE | Analyze documents and develop strategies in ADGM and UAE against ▮ | 1,050.00 | 2.8 | 2,940.00 |
| MSB | Strategy discussion with case team and preparation regarding same. | 1,050.00 | 0.9 | 945.00 |
| 01/14/2025 | | | | |
| PRH | Review update on ▮ from Mike Brasky. | 1,875.00 | 0.2 | 375.00 |
| PRH | Review detailed update regarding ▮ and confer team regarding ▮ | 1,875.00 | 0.3 | 562.50 |
| PRH | Review detailed update from Paul Hastings regarding ▮ | 1,875.00 | 0.2 | 375.00 |
| PRH | Review further research from Mike Brasky regarding ▮. | 1,875.00 | 0.2 | 375.00 |
| PRH | Review update from Mike Brasky. | 1,875.00 | 0.1 | 187.50 |
| ERB | Detailed review of ▮ Review ▮ | 1,300.00 | 2.8 | 3,640.00 |
| NAE | Review note on ▮ and consider ▮. | 1,050.00 | 0.7 | 735.00 |
| 01/16/2025 | | | | |
| PRH | Instructions to team regarding next steps and client update. | 1,875.00 | 0.2 | 375.00 |
| AIC | Update client file with key correspondence and documents. | 450.00 | 0.2 | 90.00 |
| 01/17/2025 | | | | |
| PRH | Review, amend and send detailed update to client. | 1,875.00 | 0.6 | 1,125.00 |
| PRH | Review update and attachments from Luc and confer team regarding response. | 1,875.00 | 0.4 | 750.00 |
| ERB | Confer with team regarding status updates, prepare update email to client setting out ▮ ▮ | 1,300.00 | 0.8 | 1,040.00 |

Luc Despins  
Invoice No. 471484  
February 25, 2025

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| NAE | Progress ▮▮▮ and draft client update. | 1,050.00 | 0.6 | 630.00 |
| NAE | Brief review of ▮▮▮. | 1,050.00 | 0.4 | 420.00 |
| 01/20/2025 | | | | |
| PRH | Review amend and approve update to Steve Kobre and further communications. | | 0.3 | Complimentary |
| PRH | Prepare for and attend worklist strategy meeting and attend to follow up items. | 1,875.00 | 1.0 | 1,875.00 |
| NRS | Attention to ▮▮▮. | 585.00 | 0.3 | 175.50 |
| NRS | Prepare template of ▮▮▮ for attorney review. | 585.00 | 0.3 | 175.50 |
| NRS | Confer with Paul Hughes, Nada Oteifi and Emily Beirne on potential strategy on ▮▮▮; prepare list of key points in relation to the same. | 585.00 | 0.7 | 409.50 |
| 01/21/2025 | | | | |
| PRH | Prepare for and attend client meeting and attend to follow up actions. | 1,875.00 | 1.0 | 1,875.00 |
| PRH | Prepare for and attend internal prep call ahead of client meeting. | 1,875.00 | 0.5 | 937.50 |
| ERB | Confer team regarding next steps and client call. | 1,300.00 | 0.7 | 910.00 |
| ERB | Attention to correspondence with client. | 1,300.00 | 0.1 | 130.00 |
| ERB | Prepare for and attend client update call. | 1,300.00 | 0.6 | 780.00 |
| NAE | Prepare for and attend client call. | 1,050.00 | 1.0 | 1,050.00 |
| NAE | Consider strategy in ▮▮▮. | 1,050.00 | 0.7 | 735.00 |
| NRS | Attend client meeting; prepare key next steps for attorney team review. | | 0.7 | Complimentary |
| 01/22/2025 | | | | |
| NAE | Consider ▮▮▮ and other potential avenues against ▮▮▮. | 1,050.00 | 0.4 | 420.00 |
| 01/24/2025 | | | | |
| ERB | Correspondence with Douglass regarding ▮▮▮. | 1,300.00 | 0.1 | 130.00 |

5

Luc Despins  
Invoice No. 471484  
February 25, 2025

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| 01/28/2025 | | | | |
| PRH | Communications with Alex and Luc. | 1,875.00 | 0.2 | 375.00 |
| 01/29/2025 | | | | |
| PRH | Update to team relating to ▮. | 1,875.00 | 0.1 | 187.50 |
| PRH | Call with Luc regarding ▮. | 1,875.00 | 0.2 | 375.00 |
| 01/30/2025 | | | | |
| ERB | Prepare for and attend call with Douglass to discuss ▮ | 1,300.00 | 1.1 | 1,430.00 |
| | **Total Current Fees** | | | **$36,060.50** |

Schedule of Disbursements

| Date | Description | Amount |
|---|---|---:|
| 01/01/2025 | Thomson Reuters - West - Online Database | $235.28 |
| 01/06/2025 | PACER - Court docket access fees | 47.30 |
| 01/06/2025 | PACER - Court docket access fees | 9.50 |
| 01/06/2025 | PACER - Court docket access fees | 0.40 |
| 01/06/2025 | PACER - Court docket access fees | 4.20 |
| | **Total Current Disbursements** | **$296.68** |