**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
: 
Debtors.[1] : Jointly Administered
: 
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KOBRE & KIM (GCC) LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kobre & Kim (GCC) LLP ("Kobre & Kim") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as special counsel in the United Arab Emirates (the "UAE") to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from February 1, 2025 through and including February 28, 2025 (the "Fee Period"). By this Monthly Fee Statement, Kobre & Kim respectfully requests payment of 80% of all fees and 100% of all expenses actually and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

necessarily incurred for services rendered during the Fee Period, in the amounts of $46,602.40 and $604.18, respectively.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, hours, rate, and total fees earned for each Kobre & Kim individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is Kobre & Kim's fee statement for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

3. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4.  Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kobre & Kim (Attn: Paul Hughes (paul.hughes@kobrekim.com) and (ii) the Notice Parties by email no later than **May 1, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5.  If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kobre & Kim 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6.  To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: April 10, 2025

By: */s/ Paul Hughes*
Paul Hughes
KOBRE & KIM (GCC) LLP
Office 27-01, Level 27
ICD Brookfield DIFC
Dubai, UAE

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated: April 10, 2025  By: */s/ G. Alexander Bongartz*
New York, New York  G. Alexander Bongartz (admitted *pro hac vice*)
  PAUL HASTINGS LLP
  200 Park Avenue
  New York, New York 10166
  (212) 318-6000
  alexbongartz@paulhastings.com

  *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Paul Hughes | 11.3 | $1,875.00 | $21,187.50 |
| Emily Beirne | 16.1 | $1,300.00 | $20,930.00 |
| Associate | 15.2 | $1,050.00 | $15,960.00 |
| Analyst | 0.3 | $585.00 | $175.50 |
| **TOTAL** | **42.9** | | **58,253.00** |

**Exhibit B**

**Fee Statement**

Luc Despins  
Invoice No. 471766  
March 28, 2025

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

Schedule of Professional Services

| Date/Tkpr | | Description of Work | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 02/03/2025 | | | | | |
| | ERB | Attention to ▬▬▬▬▬ | $1,300.00 | 1.3 | $1,690.00 |
| 02/05/2025 | | | | | |
| | PRH | Prepare for call with Luc and Al Tamimi. | 1,875.00 | 0.3 | 562.50 |
| | PRH | Attend call Luc and Al Tamimi. | 1,875.00 | 0.5 | 937.50 |
| | PRH | Update from Paul Hastings regarding ▬▬ and confer Emily. | 1,875.00 | 0.3 | 562.50 |
| | NAE | Call with Tamimi and client followed by debrief with Tamimi and Paul Hughes. | 1,050.00 | 0.6 | 630.00 |
| | NAE | Prepare for call with client and Al Tamimi. | 1,050.00 | 0.3 | 315.00 |
| 02/06/2025 | | | | | |
| | PRH | Review and approve detailed email of instructions Al Tamimi. | 1,875.00 | 0.5 | 937.50 |
| | NAE | Attention to materials to be shared with Tamimi. | 1,050.00 | 0.3 | 315.00 |
| | NAE | Update client on next steps and confer with Paul Hughes. | 1,050.00 | 0.4 | 420.00 |
| | NAE | Draft and send briefing note to Tamimi and liaise with Paul on the same. | 1,050.00 | 0.5 | 525.00 |
| 02/07/2025 | | | | | |
| | NAE | Consider ▬▬▬▬▬▬▬▬▬▬ | ▬▬▬▬ | 0.4 | 420.00 |
| 02/10/2025 | | | | | |
| | PRH | Review query from Paul Hastings and liaise Emily regarding response. | 1,875.00 | 0.2 | 375.00 |
| | PRH | Prepare for call with Al Tamimi. | 1,875.00 | 0.3 | 562.50 |
| | PRH | Review detailed note from Al Tamimi, confer Nada regarding response, amend and approve response. | 1,875.00 | 0.6 | 1,125.00 |
| | PRH | Attend call with Al Tamimi. | 1,875.00 | 0.7 | 1,312.50 |
| | ERB | Attention to ▬▬▬▬▬ | 1,300.00 | 2.8 | 3,640.00 |
| | ERB | Confer Nada and Paul regarding ▬▬▬▬▬▬▬▬▬ | 1,300.00 | 0.2 | 260.00 |

Luc Despins  
Invoice No. 471766  
March 28, 2025

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| NAE | Review note from Tamimi and follow up with related queries; confer with Paul Hughes on strategy. | 1,050.00 | 0.8 | 840.00 |
| NAE | Prep for and attend call with Tamimi. | 1,050.00 | 0.7 | 735.00 |
| 02/11/2025 | | | | |
| ERB | Attention to ▮▮▮▮▮ | 1,300.00 | 0.6 | 780.00 |
| 02/13/2025 | | | | |
| PRH | Review queries from Paul Hastings, review amend and approve Emily response. | 1,875.00 | 0.6 | 1,125.00 |
| ERB | Review and comment upon client update email. | 1,300.00 | 0.2 | 260.00 |
| ERB | Review ▮▮▮▮▮; related correspondence with client. | 1,300.00 | 0.3 | 390.00 |
| ERB | Prepare and send correspondence to client regarding ▮▮▮▮▮ | 1,300.00 | 0.4 | 520.00 |
| NAE | Address client's queries regarding ▮▮▮▮▮. | 1,050.00 | 1.8 | 1,890.00 |
| NAE | Further amends to draft email on ▮▮▮▮▮ | 1,050.00 | 0.4 | 420.00 |
| 02/14/2025 | | | | |
| PRH | Review updated advice from local counsel and confer Nada regarding next steps and approve email to clients. | 1,875.00 | 0.4 | 750.00 |
| PRH | Review further queries from Paul Hastings team and review, amend and approve email in response. | 1,875.00 | 0.4 | 750.00 |
| NAE | Address client's follow up queries regarding ▮▮▮▮▮. | 1,050.00 | 0.5 | 525.00 |
| NAE | Review and consider note from Tamimi. | 1,050.00 | 0.5 | 525.00 |
| 02/15/2025 | | | | |
| PRH | Review further queries from Paul Hastings and instructions to team regarding response, review and approve response. | 1,875.00 | 0.4 | 750.00 |
| PRH | Review and approve email update to Luc regarding ▮▮▮▮▮ | 1,875.00 | 0.2 | 375.00 |
| NAE | Attention to Client's further query as to ▮▮▮▮▮ and liaise with team on response. | 1,050.00 | 0.2 | 210.00 |

4

Luc Despins  
Invoice No. 471766  
March 28, 2025

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| 02/18/2025 | | | | |
| ERB | Attention to ▇▇▇ | 1,300.00 | 4.1 | 5,330.00 |
| NAE | Draft query to ▇▇▇ | 1,050.00 | 0.3 | 315.00 |
| NAE | Call with ▇▇▇ | 1,050.00 | 0.3 | 315.00 |
| NRS | Prepare email to ▇▇▇ | 585.00 | 0.3 | 175.50 |
| 02/19/2025 | | | | |
| PRH | Review further queries from Paul Hastings, confer Emily regarding response. | 1,875.00 | 0.3 | 562.50 |
| PRH | Update from Nada regarding ▇▇▇, review amend and approve email out to ▇▇▇ and response from ▇▇▇ and review and amend Emily response to Paul Hastings. | 1,875.00 | 0.7 | 1,312.50 |
| ERB | Attend to ▇▇▇. | 1,300.00 | 2.9 | 3,770.00 |
| NAE | Research on use of ▇▇▇ and consider related challenges. | 1,050.00 | 0.5 | 525.00 |
| NAE | Analyze rules on ▇▇▇ | 1,050.00 | 0.3 | 315.00 |
| NAE | Correspond with team in relation to ▇▇▇ and consider client's additional queries. | 1,050.00 | 0.3 | 315.00 |
| NAE | Attention to registrar's response on ▇▇▇ | 1,050.00 | 0.2 | 210.00 |
| 02/20/2025 | | | | |
| PRH | Detailed review of ▇▇▇, amending and commenting and liaising with Emily. | 1,875.00 | 1.5 | 2,812.50 |
| ERB | Amendments to ▇▇▇ | 1,300.00 | 0.2 | 260.00 |
| NAE | Progress strategies for ▇▇▇; conduct legal research on ▇▇▇ | 1,050.00 | 2.0 | 2,100.00 |

5

Luc Despins  
Invoice No. 471766  
March 28, 2025

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| 02/21/2025 | | | | |
| PRH | Review final version of ▓▓▓▓▓▓ ▓▓▓▓ | 1,875.00 | 0.4 | 750.00 |
| ERB | Work on ▓▓▓▓▓▓▓▓▓▓. | 1,300.00 | 1.7 | 2,210.00 |
| ERB | Confer Paul Hughes regarding ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ | 1,300.00 | 0.3 | 390.00 |
| NAE | Progress ▓▓▓▓▓ and consider framework for ▓▓▓▓▓▓. | 1,050.00 | 1.8 | 1,890.00 |
| 02/24/2025 | | | | |
| PRH | Review, amend and approve Nada email to Paul Hastings, discuss approach and review response. | 1,875.00 | 0.5 | 937.50 |
| NAE | Confer with client. | 1,050.00 | 0.2 | 210.00 |
| NAE | Draft client email summarizing the strategy for the UAE and confer with team on the same. | 1,050.00 | 0.5 | 525.00 |
| 02/25/2025 | | | | |
| PRH | Prepare for call on UAE strategy with Luc and team. | 1,875.00 | 0.5 | 937.50 |
| PRH | Review client comments on ▓▓▓▓▓ and confer Emily regarding next steps. | 1,875.00 | 0.3 | 562.50 |
| PRH | Call with Luc and team concerning ▓▓▓▓▓ and next steps. | 1,875.00 | 0.5 | 937.50 |
| PRH | Review comments from Paul Hastings on ▓▓▓ ▓▓▓▓▓ and confer Emily regarding next steps. | 1,875.00 | 0.4 | 750.00 |
| PRH | Attend to follow up items following call with Luc and team concerning ▓▓▓▓▓▓▓▓. | 1,875.00 | 0.3 | 562.50 |
| PRH | Review, amend and approve email to Tamimi. | 1,875.00 | 0.2 | 375.00 |
| NAE | Correspond with Tamimi to ▓▓▓▓▓. | 1,050.00 | 0.3 | 315.00 |
| NAE | Prep for and attend client call. | 1,050.00 | 0.9 | 945.00 |
| 02/26/2025 | | | | |
| ERB | Confer Nada and Paul regarding ▓▓▓▓▓ ▓. | 1,300.00 | 0.4 | 520.00 |
| NAE | Call with Tamimi to agree on ▓▓▓▓▓▓. | 1,050.00 | 0.2 | 210.00 |

6

Luc Despins  
Invoice No. 471766  
March 28, 2025

**PRIVILEGED & CONFIDENTIAL**  
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| 02/27/2025 | | | | |
| ERB | Update ▋▋▋▋▋▋▋▋▋▋ ; review Paul Hasting team comments. | 1,300.00 | 0.5 | 650.00 |
| 02/28/2025 | | | | |
| PRH | Review amend and approve email Emily to Paul Hastings. | 1,875.00 | 0.3 | 562.50 |
| ERB | Correspondence with client. | 1,300.00 | 0.2 | 260.00 |
| | **Total Current Fees** | | | **$58,253.00** |

Schedule of Disbursements

| Date | Description | Amount |
|---|---|---:|
| 02/01/2025 | Thomson Reuters - West - Special Online Database | $229.09 |
| 02/01/2025 | Thomson Reuters - West - Online Database | 375.09 |
| | **Total Current Disbursements** | **$604.18** |

**Total Current Fees & Disbursements**               **$58,857.18**