**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re:                                                                               : Chapter 11
                                                                                        :
HO WAN KWOK, *et al.*,                                                  : Case No. 22-50073 (JAM)
                                                                                        :
        Debtors.[1]                                                          : Jointly Administered
                                                                                        :
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF PRAGER DREIFUSS AG FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM MARCH 1, 2025 THROUGH MARCH 31, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Prager Dreifuss AG ("Prager Dreifuss") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Swiss law counsel to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from March 1, 2025 through and including March 31, 2025 (the "Fee Period"). By this Monthly Fee Statement, Prager Dreifuss respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of CHF 79,386.00 and CHF 2,034.65, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, hours, rate, and total fees earned for each Prager Dreifuss individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is Prager Dreifuss' fee statement for services provided during the Fee Period.

**NOTICE AND OBJECTION PROCEDURES**

3. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Prager Dreifuss (Attn: Daniel Hayek (daniel.hayek@prager-dreifuss.com) and

(ii) the Notice Parties by email no later than **May 1, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5.	If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Prager Dreifuss 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6.	To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  April 10, 2025

By: */s/ Daniel Hayek*
Daniel Hayek
PRAGER DREIFUSS AG
Mühlebachstrasse 6
CH-8008 Zürich

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated: April 10, 2025
New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate CHF | Amount CHF |
|---|---:|---:|---:|
| Hayek, Daniel | 17.30 | 800.00 | 13,840.00 |
| Jany, Oliver | 122.30 | 425.00 | 51,977.50 |
| Jegher, Gion | 1.30 | 700.00 | 910.00 |
| Meili, Mark | 20.55 | 600.00 | 12,330.00 |
| Vomvoris, Eleonora | 67.25 | 300.00 | 20,175.00 |
| **TOTAL** | **228.70** | | **99,232.50** |

**Exhibit B**

**Fee Statement**

## Details of invoice no. 201334-25-06

Invoice period: March 1, 2025 – March 31, 2025

## Legal Fees

| Date | Service | Name | VAT | Hours |
|---|---|---|---|---|
| 03.03.2025 | Review: Email from PH re | OJY | 0.00% | 4.80 |
| 03.03.2025 | Memo re | EVS | 0.00% | 3.10 |
| 03.03.2025 | Draft: | OJY | 0.00% | 2.90 |
| 03.03.2025 | Call: PH re | OJY | 0.00% | 0.30 |
| 03.03.2025 | Draft: Speaking points | OJY | 0.00% | 1.05 |
| 03.03.2025 | rev. email Alex Bongartz re | MMA | 0.00% | 0.70 |
| 03.03.2025 | call Alex Bongartz re | MMA | 0.00% | 0.30 |
| 03.03.2025 | conf HA/OJY re re | MMA | 0.00% | 0.20 |
| 04.03.2025 | Draft: Speaking Points re Call | OJY | 0.00% | 1.80 |
| 04.03.2025 | Memo re | EVS | 0.00% | 2.30 |
| 04.03.2025 | Draft: | OJY | 0.00% | 4.15 |
| 04.03.2025 | conf OJY re call to | MMA | 0.00% | 0.30 |
| 05.03.2025 | Draft: Letter to | OJY | 0.00% | 2.60 |
| 05.03.2025 | Call: With | OJY | 0.00% | 0.35 |
| 05.03.2025 | rev. issues with and call with re: same | HA | 0.00% | 1.10 |
| 05.03.2025 | Review: Draft re | OJY | 0.00% | 2.15 |
| 05.03.2025 | Call: Bankruptcy Office re | OJY | 0.00% | 0.90 |
| 05.03.2025 | Email: re Update attachment to PH | OJY | 0.00% | 1.00 |
| 05.03.2025 | rev. letter to | HA | 0.00% | 0.90 |
| 05.03.2025 | rev. report from and e-mail Luc re: same | HA | 0.00% | 0.70 |
| 05.03.2025 | Internal discussion re Memo with D. Hayek and M.Meili | OJY | 0.00% | 0.95 |
| 05.03.2025 | Draft: | OJY | 0.00% | 0.80 |
| 05.03.2025 | Edit - Memo re | EVS | 0.00% | 0.75 |
| 05.03.2025 | Research re | EVS | 0.00% | 0.45 |
| 05.03.2025 | Call Alex Bongartz re | MMA | 0.00% | 0.30 |
| 05.03.2025 | rev. memo re | MMA | 0.00% | 1.80 |
| 05.03.2025 | conf HA/OJY re | MMA | 0.00% | 0.30 |

1

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 06.03.2025 | Review: new Information re ▮ | OJY | 0.00% | 0.30 |
| 06.03.2025 | Research ▮ | EVS | 0.00% | 1.35 |
| 06.03.2025 | Conf. OJY, EVS re: ▮ | HA | 0.00% | 0.50 |
| 06.03.2025 | Draft: ▮ | OJY | 0.00% | 1.60 |
| 06.03.2025 | Call: Bankruptcy Office re ▮ | OJY | 0.00% | 0.65 |
| 06.03.2025 | Tel ▮ | HA | 0.00% | 0.30 |
| 06.03.2025 | Email : re Call Bankruptcy Office Update | OJY | 0.00% | 1.10 |
| 06.03.2025 | Research ▮ | EVS | 0.00% | 1.10 |
| 06.03.2025 | Edit - Memo re ▮ | EVS | 0.00% | 3.75 |
| 06.03.2025 | Draft: ▮ | OJY | 0.00% | 3.40 |
| 06.03.2025 | Call ▮ | MMA | 0.00% | 0.40 |
| 06.03.2025 | conf HA/OJY re next steps on ▮ | MMA | 0.00% | 0.30 |
| 06.03.2025 | email to client re ▮ | MMA | 0.00% | 0.30 |
| 06.03.2025 | Draft: ▮ | OJY | 0.00% | 1.35 |
| 06.03.2025 | rev. email Alex Bongartz on ▮ | MMA | 0.00% | 0.30 |
| 07.03.2025 | Internal discussion with D. Hayek re next steps | OJY | 0.00% | 0.35 |
| 07.03.2025 | Draft: Letter to ▮ | OJY | 0.00% | 1.40 |
| 07.03.2025 | Draft: ▮ | OJY | 0.00% | 3.50 |
| 07.03.2025 | Draft: Email to ▮ | OJY | 0.00% | 1.55 |
| 07.03.2025 | call ▮ | MMA | 0.00% | 0.30 |
| 07.03.2025 | rev., comment and sign letter to ▮ | HA | 0.00% | 1.20 |
| 07.03.2025 | Conf. OJY, MMA re: ▮ | HA | 0.00% | 0.50 |
| 07.03.2025 | conf OJY re email to Alex re ▮ | MMA | 0.00% | 0.25 |
| 07.03.2025 | emails Alex re ▮ | MMA | 0.00% | 0.20 |
| 07.03.2025 | Email: to ▮ | OJY | 0.00% | 0.25 |
| 07.03.2025 | Edit memo re ▮ | EVS | 0.00% | 1.15 |
| 07.03.2025 | Email: re ▮ | OJY | 0.00% | 0.25 |
| 07.03.2025 | Email: PH re next steps and call | OJY | 0.00% | 0.30 |
| 07.03.2025 | conf OJY re email to ▮ | MMA | 0.00% | 0.30 |
| 10.03.2025 | Draft: ▮ | OJY | 0.00% | 3.15 |
| 10.03.2025 | Conf OJY re next steps | EVS | 0.00% | 0.20 |
| 10.03.2025 | Discussion: With Nora V. re next steps | OJY | 0.00% | 0.20 |
| 10.03.2025 | emails ▮ | MMA | 0.00% | 0.40 |
| 10.03.2025 | Draft: ▮ | OJY | 0.00% | 2.45 |
| 10.03.2025 | Call: Alex B re Update | OJY | 0.00% | 0.80 |
| 10.03.2025 | Draft: Letter to ▮ | OJY | 0.00% | 0.75 |
| 10.03.2025 | conf OJY re status ▮ | MMA | 0.00% | 0.20 |

2

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 11.03.2025 | Memo ███ | EVS | 0.00% | 3.35 |
| 11.03.2025 | Draft: Letter to ███ | OJY | 0.00% | 0.70 |
| 11.03.2025 | Draft: ███ | OJY | 0.00% | 5.65 |
| 11.03.2025 | Call: Bankruptcy Office | OJY | 0.00% | 0.35 |
| 11.03.2025 | ███ documents | EVS | 0.00% | 0.75 |
| 11.03.2025 | Review: ███ | OJY | 0.00% | 0.90 |
| 11.03.2025 | Draft ███ | EVS | 0.00% | 0.50 |
| 11.03.2025 | Email: ███ | OJY | 0.00% | 0.30 |
| 11.03.2025 | Draft: ███ | OJY | 0.00% | 1.35 |
| 11.03.2025 | Review Draft ███ | EVS | 0.00% | 1.20 |
| 11.03.2025 | final review letter to ███ | MMA | 0.00% | 0.25 |
| 12.03.2025 | Review: Email re data re ███ | OJY | 0.00% | 0.95 |
| 12.03.2025 | Review ███ and review/include new files sent by PH | EVS | 0.00% | 7.25 |
| 12.03.2025 | Draft: ███ | OJY | 0.00% | 4.35 |
| 12.03.2025 | Call: ███ | OJY | 0.00% | 0.55 |
| 12.03.2025 | Email: re ███ | OJY | 0.00% | 1.00 |
| 12.03.2025 | Discussion: Internal with Nora re next steps | OJY | 0.00% | 1.70 |
| 12.03.2025 | Email: re ███ and research | OJY | 0.00% | 1.00 |
| 12.03.2025 | Conf. OJY re: ███ | HA | 0.00% | 0.30 |
| 12.03.2025 | ███, also timing of ███ to Luc | HA | 0.00% | 0.50 |
| 12.03.2025 | Call ███ | MMA | 0.00% | 0.40 |
| 12.03.2025 | E-Mail re: ███ | HA | 0.00% | 0.30 |
| 12.03.2025 | E-Mail Luc and Alex re ███ | MMA | 0.00% | 0.30 |
| 12.03.2025 | Review ███ | EVS | 0.00% | 0.40 |
| 13.03.2025 | Draft: ███ | OJY | 0.00% | 3.30 |
| 13.03.2025 | Review ███ | EVS | 0.00% | 0.80 |
| 13.03.2025 | Discussion: internal with Nora V. re next steps | OJY | 0.00% | 0.85 |
| 13.03.2025 | Review new files re ███ and overview | EVS | 0.00% | 2.85 |
| 13.03.2025 | Internal discussion OJY re next steps filing of ███ | EVS | 0.00% | 0.75 |
| 13.03.2025 | Discussion: internal with G. Jegher re ███ | OJY | 0.00% | 0.20 |
| 13.03.2025 | rev. draft ███ | HA | 0.00% | 0.90 |
| 13.03.2025 | Review Draft ███ | EVS | 0.00% | 0.75 |
| 13.03.2025 | Research: ███ | OJY | 0.00% | 1.40 |
| 13.03.2025 | Draft: ███ | OJY | 0.00% | 1.35 |
| 13.03.2025 | Research re ███ | EVS | 0.00% | 0.90 |
| 13.03.2025 | rev. ███ | MMA | 0.00% | 0.50 |
| 13.03.2025 | conf OJY re ███ | MMA | 0.00% | 0.20 |

3

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 13.03.2025 | review of law re ▮ | MMA | 0.00% | 0.20 |
| 14.03.2025 | Overview ▮ | EVS | 0.00% | 2.80 |
| 14.03.2025 | Draft: ▮ | OJY | 0.00% | 3.55 |
| 14.03.2025 | Research: re next procedural steps | OJY | 0.00% | 1.20 |
| 14.03.2025 | Email: re ▮ | OJY | 0.00% | 0.40 |
| 14.03.2025 | Edit Draft ▮ | EVS | 0.00% | 2.10 |
| 14.03.2025 | Draft: re ▮ | OJY | 0.00% | 2.20 |
| 14.03.2025 | Call: Alex re next steps | OJY | 0.00% | 0.30 |
| 14.03.2025 | Email: re ▮ | OJY | 0.00% | 1.55 |
| 14.03.2025 | conf HA/OJY re ▮ | MMA | 0.00% | 0.30 |
| 14.03.2025 | conf OJY re ▮ | MMA | 0.00% | 0.40 |
| 14.03.2025 | Emails Luc/Alex re ▮ | MMA | 0.00% | 0.50 |
| 17.03.2025 | Draft: Agenda re Call | OJY | 0.00% | 0.25 |
| 17.03.2025 | Review: Draft attachment re ▮ | OJY | 0.00% | 4.35 |
| 17.03.2025 | Discussion: re call with D. Hayek, M. Meili | OJY | 0.00% | 0.40 |
| 17.03.2025 | Internal discussion OJY re ▮ | EVS | 0.00% | 0.20 |
| 17.03.2025 | Call: re Update with PH | OJY | 0.00% | 0.35 |
| 17.03.2025 | rev. ▮ | HA | 0.00% | 3.90 |
| 17.03.2025 | Update call with Luc and Alex on ▮ | HA | 0.00% | 0.70 |
| 17.03.2025 | Email to PH re ▮ | OJY | 0.00% | 0.40 |
| 17.03.2025 | Call Luc/Alex re status ▮ | MMA | 0.00% | 0.40 |
| 17.03.2025 | conf HA/OJY re status ▮ | MMA | 0.00% | 0.30 |
| 17.03.2025 | rev. ▮ | MMA | 0.00% | 1.80 |
| 17.03.2025 | conf OJY re ▮ | MMA | 0.00% | 0.20 |
| 17.03.2025 | rev. ▮ | MMA | 0.00% | 0.30 |
| 18.03.2025 | Edit ▮ | EVS | 0.00% | 7.70 |
| 18.03.2025 | Internal discussion with Nora re ▮ | OJY | 0.00% | 2.15 |
| 18.03.2025 | Draft: ▮ | OJY | 0.00% | 0.85 |
| 18.03.2025 | Research: re ▮ | OJY | 0.00% | 2.15 |
| 18.03.2025 | Internal discussion with Gion Jaegher re ▮ | OJY | 0.00% | 0.35 |
| 18.03.2025 | rev. ▮ rev. ▮ | HA | 0.00% | 1.70 |
| 18.03.2025 | Draft: Email re ▮ | OJY | 0.00% | 0.70 |
| 18.03.2025 | conf OJY re ▮ | MMA | 0.00% | 0.40 |
| 19.03.2025 | Draft: ▮ | OJY | 0.00% | 0.60 |
| 19.03.2025 | review draft ▮ | EVS | 0.00% | 1.00 |
| 19.03.2025 | conf OJY re ▮ | MMA | 0.00% | 0.20 |
| 20.03.2025 | Email: re ▮ | OJY | 0.00% | 0.50 |
| 20.03.2025 | Prep call with Alex and Luyi, ▮ | EVS | 0.00% | 5.05 |

4

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 20.03.2025 | Preparation re Call re ▮▮▮ | OJY | 0.00% | 2.95 |
| 20.03.2025 | call with Paul Hastings (Alex and Luyi) re ▮▮▮ | EVS | 0.00% | 0.50 |
| 20.03.2025 | recap with Oli re call with Alex and Luyi re ▮▮▮ | EVS | 0.00% | 0.65 |
| 20.03.2025 | edit ▮▮▮ | EVS | 0.00% | 0.75 |
| 20.03.2025 | prep. call Paul Hastings re ▮▮▮ | MMA | 0.00% | 0.30 |
| 20.03.2025 | Call Paul Hastings (Alex, Luyi) re ▮▮▮ | MMA | 0.00% | 0.50 |
| 20.03.2025 | conf OJY/EVS re ▮▮▮ | MMA | 0.00% | 0.20 |
| 21.03.2025 | Review: ▮▮▮ | OJY | 0.00% | 2.20 |
| 21.03.2025 | review e-mail ▮▮▮ | EVS | 0.00% | 0.85 |
| 21.03.2025 | rev. email and ▮▮▮ | MMA | 0.00% | 0.30 |
| 24.03.2025 | Draft: ▮▮▮ | OJY | 0.00% | 4.20 |
| 24.03.2025 | finish editing memo re ▮▮▮ | EVS | 0.00% | 2.30 |
| 24.03.2025 | Email to PH: re ▮▮▮ | OJY | 0.00% | 0.60 |
| 24.03.2025 | final review of ▮▮▮ | MMA | 0.00% | 0.80 |
| 24.03.2025 | conf OJY re ▮▮▮ | MMA | 0.00% | 0.30 |
| 24.03.2025 | conf OJY re ▮▮▮ | EVS | 0.00% | 0.25 |
| 24.03.2025 | review e-mail Alex re ▮▮▮ , reasearch ▮▮▮ | EVS | 0.00% | 1.00 |
| 24.03.2025 | Call: Alex re ▮▮▮ | OJY | 0.00% | 0.25 |
| 24.03.2025 | Discussion: Internal with D. Hayek re ▮▮▮ and call | OJY | 0.00% | 0.50 |
| 24.03.2025 | rev. draft ▮▮▮ | HA | 0.00% | 2.30 |
| 25.03.2025 | Discussion: with Nora V. re next steps re ▮▮▮ | OJY | 0.00% | 0.70 |
| 25.03.2025 | Discussion with OJY re next steps ▮▮▮ | EVS | 0.00% | 0.70 |
| 25.03.2025 | ▮▮▮ - applicable law | EVS | 0.00% | 1.50 |
| 25.03.2025 | Research: re ▮▮▮ | OJY | 0.00% | 1.50 |
| 25.03.2025 | Review: ▮▮▮ | OJY | 0.00% | 1.30 |
| 25.03.2025 | conf HA/OJY re ▮▮▮ | MMA | 0.00% | 0.25 |
| 25.03.2025 | emails to ▮▮▮ | MMA | 0.00% | 0.30 |
| 26.03.2025 | Speaking Points re Call with ▮▮▮ | OJY | 0.00% | 1.30 |
| 26.03.2025 | Call: ▮▮▮ | OJY | 0.00% | 0.65 |
| 26.03.2025 | Draft: Email re ▮▮▮ | OJY | 0.00% | 1.25 |
| 26.03.2025 | prep. meeting with ▮▮▮ | HA | 0.00% | 0.50 |
| 26.03.2025 | Call ▮▮▮ | HA | 0.00% | 0.50 |
| 26.03.2025 | Call ▮▮▮ | MMA | 0.00% | 0.60 |
| 26.03.2025 | Conf HA/OJY re ▮▮▮ | MMA | 0.00% | 0.30 |

| Date | Text | | Initials | VAT | Amount |
|---|---|---|---|---|---|
| 26.03.2025 | emails | | MMA | 0.00% | 0.30 |
| 27.03.2025 | Review: | | OJY | 0.00% | 1.75 |
| 27.03.2025 | Review: | | EVS | 0.00% | 1.00 |
| 27.03.2025 | Research: | | OJY | 0.00% | 2.30 |
| 27.03.2025 | rev. | | MMA | 0.00% | 0.30 |
| 27.03.2025 | conf HA/OJY re | | MMA | 0.00% | 0.60 |
| 28.03.2025 | Conf. MMA re: amend e-mail to Luc | | HA | 0.00% | 0.50 |
| 28.03.2025 | conf HA re | | MMA | 0.00% | 0.20 |
| 28.03.2025 | draft email to client re | | MMA | 0.00% | 0.30 |
| 28.03.2025 | Review E-Mail from Luyi (PH) | | EVS | 0.00% | 0.40 |
| 28.03.2025 | prepare E-Mail to Luyi re | | EVS | 0.00% | 1.00 |
| 28.03.2025 | conf EVS re | | MMA | 0.00% | 0.40 |
| 31.03.2025 | Internal Discussion re next steps with Eleonora V. | | OJY | 0.00% | 0.35 |
| 31.03.2025 | E-mail re | | OJY | 0.00% | 0.40 |
| 31.03.2025 | Internal Discussion OJY re next steps | | EVS | 0.00% | 0.55 |
| 31.03.2025 | Call: Re | | OJY | 0.00% | 0.50 |
| 31.03.2025 | Call: | | OJY | 0.00% | 0.60 |
| 31.03.2025 | Research re | | EVS | 0.00% | 2.00 |
| 31.03.2025 | Research: re | | OJY | 0.00% | 2.10 |
| 31.03.2025 | conf Gion Jegher and Oliver Jany | | EVS | 0.00% | 1.30 |
| 31.03.2025 | Call: internal discussion re next steps | | OJY | 0.00% | 1.65 |
| 31.03.2025 | conf with OJY and EVS regarding | | GJ | 0.00% | 1.30 |
| 31.03.2025 | call bankruptcy office re | | MMA | 0.00% | 0.30 |
| 31.03.2025 | conf OJY re | | MMA | 0.00% | 0.50 |
| 31.03.2025 | email | | MMA | 0.00% | 0.30 |
| **Total excl. VAT** | | | | | **228.70** |

## Expenses

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 11.03.2025 | Payment to | 0.00% | 50.00 |
| 03.04.2025 | Disbursements | 0.00% | 1'984.65 |
| **Total excl. VAT** | | | **2'034.65** |

6

| Provider | Hours | Rate CHF | Amount CHF |
|---|---:|---:|---:|
| Hayek, Daniel | 17.30 | 800.00 | 13'840.00 |
| Jany, Oliver | 122.30 | 425.00 | 51'977.50 |
| Jegher, Gion | 1.30 | 700.00 | 910.00 |
| Meili, Mark | 20.55 | 600.00 | 12'330.00 |
| Vomvoris, Eleonora | 67.25 | 300.00 | 20'175.00 |
|  | 228.70 | 433.90 | 99'232.50 |