**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION OF THE SHERRY-NETHERLAND, INC. FOR AN ORDER DIRECTING DEBTOR GENEVER HOLDINGS LLC TO IDENTIFY A SOURCE OF FUNDING TO PAY MONTHLY POST-PETITION MAINTENANCE CHARGES**

Upon the Motion filed on April 11, 2025 (ECF No. _____) (the "Motion") by The Sherry-Netherland, Inc., secured creditor of Genever Holdings LLC ("Genever (US)"), one of the debtors in these above-captioned jointly administered cases, for entry of an order, pursuant to section 105(a) of title 11 of the United States Code, directing Genever (US) to identify a source of funding to pay monthly post-petition maintenance charges assessed by the Sherry-Netherland as charges come due for the Genever (US)'s interest in the Apartment[2] by Genever (US) in the Building; due and proper notice of the Motion having been made; the Court having held a hearing and considered any objections to the Motion, and having determined that the Sherry-Netherland has established good and sufficient cause for the relief granted herein, such that the objections should be and are hereby overruled; it is hereby

ORDERED, that the Motion is granted; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

15808118.v2

ORDERED that, on or before _____ Genever (US) shall file a statement identifying the source(s) of funding from which it will pay monthly post-petition maintenance charges asserted by the Sherry-Netherland as charges come due for Genever (US)'s interest in the Apartment for such time as the Chapter 11 case of Genever (US) remains pending.