# **Exhibit 4**

## SECURITY DEPOSIT AGREEMENT

March 6, 2015

The Sherry-Netherland, Inc.
781 Fifth Avenue
New York, NY 10022

Re: Apartment 1801

Ladies and Gentlemen:

In order to induce the Sherry-Netherland, Inc. (the "Corporation") to approve the transfer to GENEVER HOLDINGS LLC, a New York limited liability company (the "Tenant") of the 2,950 shares (the "Shares") of the Corporation allocated to apartment 1801 (the "Apartment") in the cooperative apartment building located at 781 Fifth Avenue, New York, New York 10022 and the lessee's interest in the proprietary lease for the Apartment (the "Lease"), which Lease is appurtenant to said Shares, Tenant is herewith delivering to the Corporation a bank or certified check made payable to the order of the Corporation in the sum of $3,312,850.20 (said check, the proceeds thereof and any interest earned thereon being collectively called the "Deposit"). Tenant agrees to increase the amount of the Deposit, after notice by the Corporation of an increase in the rate of the monthly proprietary rent, so that the amount of the Deposit shall always equal sixty (60) times the then current monthly proprietary rent for the Apartment.

The Deposit is to be held by the Corporation as security for the faithful performance and observance by the Tenant of the terms, provisions and conditions of the Lease with the Corporation, as lessor, during the period commencing on the date hereof and extending until the Tenant assigns or transfers the Tenant's interest in the Lease, with the consent of the Corporation, to a third party, in accordance with the terms of the Lease (the "Tenant's Transfer").

The Deposit shall be maintained by the Corporation in an interest bearing account at a bank hereafter designated by the Corporation, in its sole discretion, it nonetheless being understood that the Corporation shall have no duty to either place the Deposit into an interest bearing account if Tenant does not deliver, with an executed copy of this Agreement and the Deposit, a Form W-9 or W-8, as the bank may require, or to maximize the rate of interest. All interest and/or dividends, if any, accruing on the Deposit (less, at the Corporation's option, up to one percent (1%) per annum of the Deposit, to be retained by the Corporation as an administrative expense in lieu of all other administrative and custodial expenses), shall remain the Tenant's property. The Tenant shall be credited with any and all accrued and unpaid interest earned with respect to the Deposit, but the same shall not be withdrawn but shall be added to the Deposit as earned.

The Corporation shall have no duties or responsibilities with respect to the Deposit except as set forth herein, and shall not be bound by any modification of this Agreement unless same shall be set forth in writing and signed by the Corporation and Tenant.

NY 75563186v4

Any notice, demand or request which the Corporation shall desire to give the Tenant under the terms of the Lease shall be in writing and shall be deemed given when sent to the Tenant at the Apartment.

In the event the Tenant defaults in respect of: (i) any of the terms, provisions and conditions contained in the Lease, including, but not limited to, the payment of any proprietary rent, additional rent or other charges reflected on Tenant's bill for proprietary rent for the Apartment, assessments or other sums or charges due under the Lease, including, but not limited to any sum which the Corporation may reasonably expend or may be required to expend by reason of the Tenant's default in respect of any of the terms, covenants and conditions of the Lease, or amounts otherwise payable to the Corporation; and/or (ii) any amounts due and owing to the Corporation, as Lessor, pursuant to an Agreement and Consent dated March __, 2015 and executed by Tenant (the "Consent Agreement") and/or a Guaranty of such Consent Agreement, dated March 6, 2015 (collectively, the "Defaulted Amount"), the Corporation may, in its sole and absolute discretion, use, apply or retain the whole or any part of the Deposit to the extent required for the payment to the Corporation of such Defaulted Amount, it being understood and agreed that if such withdrawals from the Deposit causes the imposition of fees or penalties, the Tenant shall immediately pay such fees and penalties, and such payments shall be in addition to and not in diminution of the $3,312,850.20 Deposit required hereunder. Upon demand by the Corporation, Tenant will immediately replenish the Deposit in the amount of any sums so expended by reason of Tenant's default so the Deposit shall not be less than an amount equal to sixty (60) times the proprietary rent for the Apartment. The failure by the undersigned to so replenish the Deposit within thirty (30) days after notice to the Tenant, at the Apartment, 781 Fifth Avenue, New York, New York 10022, shall be deemed a default under the Lease. The Deposit or any remaining balance thereof, as the case may be, and any accrued interest thereon shall be returned to Tenant upon the Tenant's Transfer.

The Tenant hereby designates the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 and any member thereof ("Designee") as agent and attorney in fact to accept service of process in any action or proceeding arising under or in connection with this Agreement, it being expressly acknowledged that service of process need only be served upon Designee to be effective against the Lessee, the Occupant and/or any Permitted Occupant, as the same are defined in the Consent Agreement. The foregoing designation is irrevocable and one coupled with an interest.

This Agreement and any document contemplated by or delivered pursuant to or in connection with this Agreement, shall be governed by and construed and enforced in accordance with the laws of the State of New York applicable to contracts made in and to be performed wholly within the State of New York.

In any action on this Agreement, Tenant agrees to waive a trial by jury and the right to assert any counterclaim, other than a compulsory counterclaim.

The parties hereto hereby agree that in any action or proceeding brought upon any matters whatsoever arising out of, relating to or in any way connected with the Shares, the Lease, the Apartment, and/or this Agreement, and/or any document contemplated by, delivered pursuant to, or in connection with this Agreement, the parties hereto, their respective heirs, legal representatives, successors and permitted assigns, shall and do hereby consent to the venue and

NY 75563186v4

jurisdiction of the courts of the State of New York, sitting in the County and City of New York, on behalf of themselves and their respective heirs, legal representatives, successors and permitted assigns.

Tenant shall execute any and all additional and further documents which are necessary, in the Corporation's sole judgment, to effectuate this Agreement and/or induce an FDIC-insured bank to accept the Deposit under the terms hereof.

No modification or revision of this Agreement shall be effective unless in writing and signed by the Corporation and the Tenant.

Very truly yours,

GENEVER HOLDINGS LLC

By: Genever Holdings Corporation, Sole Member

By: _____
Name:  Ira Gilbert
Title:  Authorized Person

RECEIPT OF $3,312,850.20
IS HEREBY ACKNOWLEDGED;
AGREED TO AND ACCEPTED:

The Sherry-Netherland, Inc.
By: _____
Name: MICHAEL J. ULLMAN
Title: EXECUTIVE V.P. & C.O.O.

- 3 -

NY 75563186v4