# **Exhibit 5**



**6** BEDROOMS

**7** FULL BATHROOMS

**2** PARTIAL BATHROOMS

## 781 Fifth Avenue

781 Fifth Avenue, 18th Floor New York, New York, 10022 United States
PROPERTY ID: P23SGH | MLS#: 35228345

**$16,000,000**    FINANCIAL: FLIP TAX: 2% PAID BY BUYER, MT: $83,112, MAX FINANCING: 50%

Perched high atop the prestigious Sherry Netherland Hotel, this exceptional and palatial full-floor residence boasts spectacular terraces, 100 linear feet overlooking Central Park, and mesmerizing 360-degree views of the Manhattan skyline and other celebrated landmarks such as Grand Army Plaza and the historic facade of the iconic Plaza Hotel. This high-floor simplex is bathed in sunlight throughout the day, as are its three large terraces, which enjoy delightfully open exposures to the west, south and north. As evening falls, the skyline unfolds against a dramatic backdrop of city lights.With  ... more using the link below.

sothebysrealty.com/id/P23SGH



**Serena Boardman**, *Senior Global Real Estate Advisor, Associate Broker*
Serena.Boardman@Sothebys.Realty | +1 212.606.7611

Sotheby&apos;s International Realty - East Side Manhattan Brokerage



© 2025 Sotheby's International Realty. All Rights Reserved. The Sotheby's International Realty trademark is licensed and used with permission. Each Sotheby's International Realty office is independently owned and operated, except those operated by Sotheby's International Realty, Inc. The Sotheby's International Realty network fully supports the principles of the Fair Housing Act and the Equal Opportunity Act. This material is based upon information which we consider reliable but because it has been supplied by third parties, we cannot represent that it is accurate or complete and it should not be relied upon as such. All offerings are subject to errors, omissions, changes including price or withdrawal without notice. If your property is listed with a real estate broker, please disregard. It is not our intention to solicit the offerings of other real estate brokers. We are happy to work with them and cooperate fully.

sothebysrealty.com/id/P23SGH

Marketed by Serena Boardman




sothebysrealty.com/id/P23SGH

Marketed by Serena Boardman

## 781 Fifth Avenue, 18th Floor
## Current Floor Plan

