# **Exhibit 6**



This spectacular abode offers a rare opportunity to live in one of New York's finest and most iconic Pre-War cooperatives. Services and amenities offered by The Sherry Netherland include full concierge services, 24-hour doormen and elevator attendants, daily housekeeping, evening turndown services, valet parking, room service provided by the renowned Harry Cipriani, a fitness center, barber shop, and beauty salon.