**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | Jointly Administered |
| | Re: ECF No. 4303 |

---

**ORDER GRANTING**
**REQUEST OF CHAPTER 11 TRUSTEE FOR STATUS CONFERENCE**

Upon the request (the "Request") of Luc A. Despins, as Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the Court to schedule a status conference for the purpose described in the Request, it is hereby:

**ORDERED:** A status conference (the "Status Conference") shall be held in the above-captioned chapter 11 cases at 1:00 p.m. on April 22, 2025, in the United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT, for the Trustee to provide the Court with an update as to developments relevant to these cases.

Dated at Bridgeport, Connecticut this 14th day of April, 2025.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut