**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**MOTION TO PERMIT COUNSEL FOR AMERICAN EXPRESS COMPANY TO APPEAR REMOTELY AT THE HEARING ON APRIL 22, 2025**

American Express Company ("American Express") moves to allow its counsel, Darryl S. Laddin or Frank N. White, to appear remotely via the Court's Zoom platform – solely to listen and monitor any developments -- at the status conference set by Order for April 22, 2025 at 1:00 p.m. E.T. [ECF No. 4317] (the "Status Conference").

1. American Express is the defendant in a separate adversary proceeding brought by chapter 11 trustee Luc A. Despins (the "Trustee"). *See* Adv. Proc. No. 24-05077.

2. In response to the Request of Chapter 11 Trustee for Status Conference asking for a status conference to "advise the Court regarding developments relevant to these Chapter 11 Cases, including, without limitation, developments in other proceedings (e.g., those pending outside the United States) that may impact these cases" [ECF No. 4303], the Court entered an Order [ECF No. 4317] setting the Status Conference.

3. As a defendant in pending litigation, American Express may have an interest in matters to be reported by the Trustee.

4. Mr. Laddin and Mr. White reside and work in Atlanta, Georgia (and Mr. Laddin is currently limited from travel as a result of a calf injury that occurred on April 8). They wish to appear at the Status Conference, but solely to listen into and monitor the proceedings. Given the time and expense needed to travel to Bridgeport, CT, the nature of this proceeding as a status

conference, and Mr. Laddin's injury, they respectfully request that the Court permit them to participate via the Court's Zoom platform.

WHEREFORE, American Express respectfully requests that the Court allow Mr. Laddin and/or Mr. White to participate remotely via the Court's Zoom platform for the April 22, 2025 Status Conference.

Dated: April 15, 2025

ARNALL GOLDEN GREGORY LLP

*/s/ Darryl S. Laddin*
Darryl S. Laddin
Frank N. White
171 17th Street, N.W., Suite 2100
Atlanta, GA  30363-1031
Telephone: (404) 873-8500
Fax: (404) 873-8121
darryl.laddin@agg.com
frank.white@agg.com

LAW OFFICES OF RONALD L. CHORCHES LLC
Ronald L. Chorches
Fed Bar #ct08720
82 Wolcott Hill Road
Wethersfield, CT 06109
Telephone: (860) 563-3955
Fax: (860) 513-1577
roncorcheslaw@sbcglobal.net

*Attorneys for American Express Company*

**Error! Unknown document property name.**

3

**CERTIFICATE OF SERVICE**

I certify that on April 15, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated: April 15, 2025.

<div style="margin-left:40%">

ARNALL GOLDEN GREGORY LLP

*/s/ Darryl S. Laddin*
Darryl S. Laddin

*Attorneys for American Express Company*

</div>

**Error! Unknown document property name.**