**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK, ET AL,[1] | Case No. 22-50073 (JAM) |
| | Jointly Administered |
| Debtors. | |

## MOTION FOR REMOTE APPEARANCE AT APRIL 22, 2025 HEARINGS

William K. Harrington, United States Trustee for Region 2 ("United States Trustee") respectfully requests the Court's permission to have his undersigned counsel, Attorney Holley Claiborn, participate remotely by Zoom at the hearings scheduled for 1:00 pm on April 22, 2025 on Trustee's Motion for Order Increasing Cap on Funding of Expenses of Mahwah Mansion (ECF 4299; "Mahwah Motion") and Status Conference requested by Trustee Despins (ECF 4317) (collectively, "Hearings"). The United States Trustee has no opposition to the Mahwah Motion and has filed a statement of no objection at ECF 1313, and the United States Trustee does not expect to address the Court during the Status Conference. For those reasons, and due to other work obligations, Attorney Claiborn seeks to attend the Hearings remotely.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok as well as numerous other aliases) (last four digits of tax identification number: 9595; case number 22-50073), Genever Holdings LLC (last four digits of tax identification number: 8202; case number 22-50592) and Genever Holdings Corporation (case number 22-50542).

WHEREFORE, the United States Trustee respectfully requests that Attorney Claiborn be authorized to participate in the Hearings on April 22, 2025 by Zoom.

Dated: April 15, 2025  
       New Haven, CT

Respectfully submitted,  
WILLIAM K. HARRINGTON  
United States Trustee for Region 2

By:   <u>/s/ Holley L. Claiborn</u>  
      Holley L. Claiborn  
      Trial Attorney  
      Office of the United States Trustee  
      Giaimo Federal Building, Room 302  
      150 Court Street  
      New Haven, CT 06510  
      Holley.L.Claiborn@usdoj.gov  
      (203) 773-2210  
      Federal Bar No.: ct17216 (Connecticut)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK, ET AL[1] | Case No. 22-50073 (JAM) |
| | Jointly Administered |
| Debtors. | |

### ORDER GRANTING REMOTE APPEARANCE AT APRIL 22, 2025 HEARINGS

William K. Harrington, United States Trustee for Region 2 ("United States Trustee,") having filed a motion to appear remotely on Zoom at the hearings on various matters scheduled for 1:00 pm on April 22, 2025 ("Hearings"), and upon good cause being shown;

IT IS HEREBY ORDERED that the motion to appear remotely is GRANTED and the United States Trustee, through his counsel, is permitted to participate via Zoom at the Hearings.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok as well as numerous other aliases) (last four digits of tax identification number: 9595; case number 22-50073), Genever Holdings LLC (last four digits of tax identification number: 8202; case number 22-50592) and Genever Holdings Corporation (case number 22-50542).

**CERTIFICATE OF SERVICE**

    This certifies that a copy of the foregoing was served via the Electronic Case Filing System maintained by this Court on April 15, 2025.

                                              /s/ Holley L. Claiborn
                                              Holley L. Claiborn