ct260 8/2023

# United States Bankruptcy Court
# District of Connecticut



In re:

Ho Wan Kwok

Case Number: 22-50073

Chapter: 11

Debtor *

## ORDER GRANTING MOTION TO APPEAR REMOTELY

On April 15, 2025, Attorney Darryl S. Laddin, on behalf of creditor American Express Company, Inc., filed a Motion to Appear Remotely (the "Motion," ECF No. 4319) at a Status Conference scheduled to be held on April 22, 2025. The Motion requests that Attorney Laddin or Attorney Frank N. White be allowed to appear remotely solely to listen to and monitor the Status Conference. It appearing the relief requested in the Motion should be granted; it is hereby

**ORDERED:** Attorney Darryl S. Laddin or Attorney Frank N. White, on behalf of creditor American Express Company, are allowed to appear remotely to listen to and monitor the Status Conference; and it is further

**ORDERED:** Darryl S. Laddin shall e-mail the Courtroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection information for the Status Conference.

Dated: April 17, 2025

BY THE COURT

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.