**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
-------------------------------------------------------x

**CERTIFICATION OF SERVICE**

The undersigned hereby certified that on April 8, 2025, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case (the Chapter 11 Case") of Ho Wan Kwok (the Debtor") electronically filed the *Application of Chapter 11 Trustee and Genever Holdings, LLC for Entry of Order to Sell Certain Personal Property by Public Auction Free and Clear of All Liens Claims and Interests and Approve Form of Notice of Sale* (Docket No.4301) in the Chapter 11 Case, using the Court's case management/electronic case file system ("CM/ECF").

On April 11, 2025, the Court entered a *Notice of Hearing* (ECF 4309) and the *Notice of Hearing* was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated:  April 17, 2025  
        New Haven, Connecticut

GENEVER HOLDINGS, LLC AND LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: *Douglas S. Skalka*  
    Douglas S. Skalka (ct00616)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    dskalka@npmlaw.com

    *Counsel for Genever Holdings, LLC and the Chapter 11 Trustee*