UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**MOTION TO PERMIT COUNSEL FOR AMAZON
WEB SERVICES, INC. AND AMAZON.COM, INC. TO APPEAR
REMOTELY AT THE APRIL 22, 2025 STATUS CONFERENCE**

Amazon Web Services, Inc. ("AWS") and Amazon.com, Inc. ("Amazon") move to allow their counsel, Brian T. Peterson to appear remotely via the Court's Zoom platform at the status conference set for April 22, 2025, at 1:00 p.m. ET ("Status Conference").

1. AWS and Amazon are defendants in two separate adversary proceedings brought by chapter 11 trustee Luc A. Despins (the "Trustee"). *See* Adv. Proc. Nos. 24-05006, 24-05057.

2. In response to the *Request of Chapter 11 Trustee for Status Conference* asking for a status conference to "advise the Court regarding developments relevant to these Chapter 11 Cases, including without limitation, developments in other proceedings (e.g., those pending outside of the United States) that may impact these cases" [ECF No. 4303], the Court entered an Order [ECF No. 4317] setting the Status Conference.

3. As defendants in pending adversary proceedings, Amazon and AWS may have an interest in matters to be reported by the Trustee.

4. Mr. Peterson works out of Seattle, Washington, and wishes to appear at and monitor the Status Conference to monitor the proceeding on behalf of AWS and Amazon. Given the time and expense needed to travel to Bridgeport, CT, Amazon and AWS respectfully request that the Court permit Mr. Peterson to participate via the Court's Zoom platform.

509336553.2

WHEREFORE, AWS and Amazon respectfully request that the Court allow Mr. Peterson to attend the Status Conference remotely via the Court's Zoom platform.

Dated: April 21, 2025  **K&L Gates LLP**

By: */s/ Brian T. Peterson*
Brian T. Peterson, (phv208265)
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
E-mail: brian.peterson@klgates.com

Lindsay Sampson Bishop, (ct29990)
K&L Gates LLP
1 Congress St,
Boston, MA 02114
Phone: (617) 261-3100
Fax: (617) 261-3175
E-mail: lindsay.bishop@klgates.com

*Counsel for Amazon Web Services, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on April 21, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| Dated: Seattle, Washington<br>April 21, 2025 | /s/ *Brian T. Peterson*<br>Brian T. Peterson |

509336553.2