# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re: <br><br> HO WAN KWOK, *et al.* <br><br> Debtors. | Chapter 11 Case No. <br><br> 22-50073 (JAM) <br><br> April 21, 2025 |

## MOTION TO PERMIT COUNSEL TO APPEAR REMOTELY
## FOR APRIL 22, 2025 HEARING

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), WA & HF LLC by and thorough its undersigned counsel, respectfully moves (this "Motion") the Court for permission for Attorney Brian Rich of Barclay Damon LLP to appear remotely on behalf of WA & HF LLC, a defendant in Adversary Proceeding 24-05246 at the hearing currently scheduled for Tuesday, April 22, 2025. In support of the Motion, WA & HF LLC respectfully states as follows:

### JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. The statutory bases for the relief sought herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1001.

### BACKGROUND AND REQUESTED RELIEF

2. The Court scheduled a hearing and status conference in the above-captioned case for April 22, 2025 at 1:00 PM (the "Hearing"). WA & HF LLC has not filed papers concerning

any of the matters on the calendar for the Hearing but given the numerous interests in this case, counsel will be in attendance.

3. The Court has permitted the Office of the United States Trustee, as well as defendants in certain related adversary proceedings, to appear remotely. See Dkt. Nos. 424, 425.

4. Counsel to WA & HF LLC respectfully requests permission for counsel to attend the Hearing via the Court's ZOOM.Gov platform for purposes of observation only.

## **CONCLUSION**

WHEREFORE, WA & HF LLC respectfully requests that counsel be permitted to appear remotely before this Court on April 22, 2025 at 1:00 PM.

|  |  |
|---|---|
| Dated: April 21, 2025<br>New Haven, Connecticut | **Barclay Damon LLP.**<br><br>By: */s/ Brian Rich*<br><br>Brian D. Rich (CT No. 420977)<br>**Barclay Damon LLP**<br>545 Long Wharf Drive<br>New Haven, CT  06511<br>Telephone: (203) 672-2670<br>brich@barclaydamon.com |

**CERTIFICATION OF SERVICE**

I hereby certify that on April 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM / ECF.

Dated: April 21, 2025

/s/ *Brian Rich*
Brian Rich
Barclay Damon LLP
*Attorneys for WA & HF LLC*