ct260 8/2023

# United States Bankruptcy Court
# District of Connecticut



In re:

    Ho Wan Kwok

    Debtor *

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING REQUEST TO APPEAR REMOTELY

    Stuart Sarnoff and Annecca Smith on behalf of creditor Pacific Alliance Asia Opportunity Fund L.P. having filed a Motion to Appear Remotely, ECF No. 4327, in connection with Status Conference, ECF No. 4317, it appearing that the relief requested in the Motion to Appear Remotely should be granted for cause shown; it is hereby

    **ORDERED:** Stuart Sarnoff and Annecca Smith on behalf of creditor Pacific Alliance Asia Opportunity Fund L.P., is authorized to attend the hearing on Status Conference, ECF No. 4317, currently scheduled to be heard on April 22, 2025 at 1:00 PM via ZoomGov; and it is further

    **ORDERED:** Stuart Sarnoff and Annecca Smith on behalf of creditor Pacific Alliance Asia Opportunity Fund L.P. shall e-mail the Courtroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection information.

Dated: April 21, 2025

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.