ct260                                                                                                                            8/2023

# United States Bankruptcy Court
## District of Connecticut



In re:

    Ho Wan Kwok

Case Number: 22-50073

Chapter: 11

    Debtor *

## ORDER GRANTING REQUEST TO APPEAR REMOTELY

    Brian Rich on behalf of creditor WA & HF LLC having filed a Motion to Appear Remotely, ECF No. 4330, in connection with Status Conference, ECF No. 4317, it appearing that the relief requested in the Motion to Appear Remotely should be granted for cause shown; it is hereby

    **ORDERED:** Brian Rich on behalf of creditor WA & HF LLC is authorized to attend the hearing on Status Conference, ECF No. 4317, currently scheduled to be heard on April 22, 2025 at 1:00 PM via ZoomGov; and it is further

    **ORDERED:** Brian Rich on behalf of creditor WA & HF LLC shall e-mail the Comiroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection infonnation.

Dated: April 21, 2025

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.