**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                        :
In re:                                                  :     Chapter 11
                                                        :
HO WAN KWOK, *et al.*,[1]                               :     Case No. 22-50073 (JAM)
                                                        :
        Debtors.                                       :     (Jointly Administered)
                                                        :
---------------------------------------------------------x


**CHAPTER 11 TRUSTEE'S MOTION TO PERMIT NICHOLAS A. BASSETT,
COUNSEL TO TRUSTEE, TO APPEAR REMOTELY AT
<u>STATUS CONFERENCE ON APRIL 22, 2025</u>**

Pursuant to section 105(a) of Title 11 of the United States Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "<u>Trustee</u>") in the chapter 11 case of Ho Wan Kwok (the "<u>Chapter 11 Case</u>"), respectfully moves (the "<u>Motion</u>") the Court for permission for Nicholas A. Bassett ("<u>Mr. Bassett</u>"), counsel to the Trustee, to appear remotely at the status conference scheduled for April 22, 2025, at 1 p.m. [ECF Nos. 4303, 4317] (the "<u>Status Conference</u>"). The Trustee and undersigned counsel will attend in person and the Trustee will provide his presentation at the Status Conference.

Given that the Court has already granted the motions of other parties to appear remotely to monitor the hearing and to avoid unnecessary estate expenses, the Trustee respectfully requests that Mr. Bassett be permitted to appear remotely for the purposes of monitoring the Status

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Conference and advancing PowerPoint slides that will accompany the Trustee's presentation.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

-3-

WHEREFORE, for the foregoing reasons, the Trustee requests that the Court grant this Motion and such other and further relief as is just and proper.

Dated: April 21, 2025         LUC A. DESPINS, CHAPTER 11

By: */s/ Patrick R. Linsey*
   Patrick R. Linsey (ct29437)
   NEUBERT, PEPE & MONTEITH, P.C.
   195 Church Street, 13th Floor
   New Haven, Connecticut 06510
   (203) 781-2847
   plinsey@npmlaw.com

   *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                         :    Chapter 11
                                               :
HO WAN KWOK, *et al.*,[1]                      :    Case No. 22-50073 (JAM)
                                               :
Debtors.                                       :    (Jointly Administered)
                                               :
---------------------------------------------------------x

### [PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO PERMIT NICHOLAS A. BASSETT, COUNSEL TO TRUSTEE, TO APPEAR REMOTELY AT STATUS CONFERENCE ON APRIL 22, 2025

Upon the motion (the "Motion") of Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") in the chapter 11 case of Ho Wan Kwok (the "Chapter 11 Case") for entry of an order permitting Mr. Bassett to appear remotely at the status conference scheduled for April 22, 2025 at 1:00 p.m., and good cause appearing therefore, it is hereby

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that Mr. Bassett may appear at the status conference scheduled for April 22, 2025 at 1:00 p.m. via the Court's Zoom.gov platform, by contacting the Clerk's Office for login instructions to connect to the ZoomGov remote conference by sending an email to the Clerk's office via the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                        :

In re:                                        :      Chapter 11

HO WAN KWOK, *et al.*,[1]          :      Case No. 22-50073 (JAM)

         Debtors.               :      (Jointly Administered)

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties able to receive electronic notice by operation of the Court's case management/electronic case files ("CM/ECF"). Parties may access this filing through the Court's CM/ECF system.

Dated: April 21, 2025
        New Haven, Connecticut

                                           */s/ Patrick R. Linsey*
                                           Patrick R. Linsey (ct29437)
                                           NEUBERT, PEPE & MONTEITH, P.C.
                                           195 Church Street, 13th Floor
                                           New Haven, Connecticut 06510
                                           (203) 781-2847
                                           plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).