ct260                                                                                                                    8/2023

# United States Bankruptcy Court
## District of Connecticut



In re:

Ho Wan Kwok

Case Number: 22-50073

Chapter: 11

Debtor *

## ORDER GRANTING MOTION TO APPEAR REMOTELY

On April 15, 2025, Attorney Patrick Linsey, on behalf of Chapter 11 Trustee Luc Despins, filed a Motion for Nicholas A. Bassett, counsel to Trustee Luc Despins, to Appear Remotely (the "Motion," ECF No. 4334) at a Status Conference scheduled to be held on April 22, 2025. The Motion requests that Attorney Nicholas A. Bassett be allowed to appear remotely solely to listen to and monitor the Status Conference. It appearing the relief requested in the Motion should be granted; it is hereby

**ORDERED:** Attorney Nicholas A. Bassett, on behalf of Chapter 11 Trustee Luc Despins, is allowed to appear remotely to listen to and monitor the Status Conference; and it is further

**ORDERED:** Nicholas A. Bassett shall e-mail the Courtroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection information for the Status Conference.

Dated: April 22, 2025

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.