ct260 8/2023

# United States Bankruptcy Court
# District of Connecticut



In re:

　　Ho Wan Kwok

　　Debtor *

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING REQUEST TO APPEAR REMOTELY

　　Michael T. Conway on behalf of interested party Taurus Fund LLC having filed a Motion to Appear Remotely, ECF No. 4335, in connection with Motion for Order Increasing Cap on Funding of Expenses of Mahwah Mansion, ECF No. 4299, and Status Conference, ECF No. 4317, it appearing that the relief requested in the Motion to Appear Remotely should be granted for cause shown; it is hereby

　　**ORDERED:** Michael T. Conway on behalf of interested party Taurus Fund LLC is authorized to attend the hearing on Motion for Order Increasing Cap on Funding of Expenses of Mahwah Mansion and Status Conference, ECF No. 4299, 4317, currently scheduled to be heard on April 22, 2025 at 1:00 PM via ZoomGov; and it is further

　　**ORDERED:** Michael T. Conway on behalf of interested party Taurus Fund LLC shall e-mail the Courtroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection information.

Dated: April 22, 2025

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.