**Exhibit 2**

| | |
|---|---|
| **From:** | Sydney Montgomery[smontgomery@aictitle.com] |
| **Sent:** | Tue 3/5/2024 7:28:58 PM (UTC) |
| **To:** | ops@lonemtn.com[ops@lonemtn.com]; ppolman@lonemtn.com[ppolman@lonemtn.com]; rconington@lonemtn.com[rconington@lonemtn.com]; smontgomery@aictitle.com[smontgomery@aictitle.com]; ukistruehome@gmail.com[ukistruehome@gmail.com]; ravishokar@protonmail.com[ravishokar@protonmail.com]; Shane Ingram[shane@aviationtrust.com]; mike.azlen@carbon-cap.com[mike.azlen@carbon-cap.com]; info@southernaircraft.co.uk[info@southernaircraft.co.uk] |
| **Subject:** | N123VP Escrow - AIC Title Service |

WARNING: This email originated from outside your organization. Use caution when clicking links or opening attachments.

Hello All,

I now have all I need to close escrow on N123VP.  I will send out closing confirmation once closing is complete.

Thank you all for your cooperation throughout this transaction.

**Sydney Montgomery**
Escrow agent
smontgomery@aictitle.com
AIC Title Service 6350 W. Reno Oklahoma City, OK 73127
Tel: 800.288.2519 or 405.948.1811 Fax: 405.948.1869



**We offer Title Insurance, please call for a quote!**

*The content of this message is confidential. If you have received it by mistake, please inform us by an email reply and then delete the message. It is forbidden to copy, forward, or in any way reveal the contents of this message to anyone. The integrity and security of this email cannot be guaranteed over the Internet. Therefore, the sender will not be held liable for any damage caused by the message.*