**Exhibit 3**

Dear Mr and Mrs Bateman:

It is very worrying to hear that you had Covid , I was always worried when I think about the risk of having covid for you. I hope at the time I am sending you this email, you are both fully recovered!!

I m now officially Swiss resident with my cousin Jade who's 13 and starting school next Monday. I really hope I can invite you over here as this place is actually heaven on Earth(please see a



**GOVERNMENT EXHIBIT**

**UK-386**

23 Cr. 118 (AT)



photo attached). I will be flying up and down EU and UK in January but I will be much flexible on Feb. Shall we meet in London or do you prefer me visiting you? We can play majiang although I m very bad at it 😅

Please take care and sending lots of love 🙏🙏🙏

M


On Wed, 4 Jan 2023 at 16:25, Janice Bateman <janice.bateman@icloud.com> wrote:

Good afternoon Mileson,
Lovely to hear from you.
Send our love and best wishes for 2023 to ALL your family.
After 18 months of volunteering as a Covid Marshall, sometimes five sessions a week, 'It' finally struck Janice down on the Friday before her Christmas penultimate concert though she tested negative until five minutes before. I tested negative on the Sunday, Monday and Tuesday though I felt like I had been hit by a train before testing positive on the Wednesday.
Our usual trip to France for Christmas and New Year trip was obviously postponed so Lakeside has been our Grotto since - filled with two Grottees! 😁🧑‍🎄
Christmas and New Year passed with us both only surfacing for hot drinks and a little food but we are on the way up now. We become tired very quickly though are starting to get out and do a little walk as the days allow.
We hope you received the Jacqueline Lawson card wishing you a Happy New Year.
Before Christmas, we started to play Mahjong regularly with a couple of Janice's musicians and are starting again next week. We have also visited George Greenfield, though yesterday he came to our house for some board games.

However, we are taking things a little slowly for the time being so we will keep you informed as to when we are able to travel a little further afield.

We will definitely see you in 2023 but in the meantime - look after yourself and your two best friends! 🦒🦒
Yours, as always,
Chris and Janice.

On 1 Jan 2023, at 21:10, Mileson <ukistruehome@gmail.com> wrote:

Dear Mr and Mrs Bateman:
HAPPY NEW YEAR! I have many wishes but seeing you soon is my top 3 for 2023. I am back and forth from London and Zurich so I'm always not far from you. When will you be in the UK next ? We can make a plan!

Best regards

On Thu, 8 Dec 2022, 10:09 Janice Bateman, <janice.bateman@icloud.com> wrote:

Dear Mileson,
It is lovely to know you too are safe and well, even though, a little tired.
Unfortunately, this is the busiest time of the year for Janice's music playing and hence, there is not a single day, other than packing the car, that we have free. We are sure we will meet up sometime next year so, look after yourself, enjoy Zurich, and when you are not busy but visiting London or Paris drop us a line to see if we can meet up.
Again, send our love and best wishes to the rest of your family.
Chris and Janice.

On 7 Dec 2022, at 19:20, Mileson <ukistruehome@gmail.com> wrote:

Dear Mr and Mrs Bateman:

It is very nice to hear from you and knowing you are well makes me happy.

I have been back and forth between Zurich and London every week for the move. I'm already tired but it's going to be worth it in the end.

Will you be free between now and 21st December?

Best regards

On Mon, 5 Dec 2022 at 17:54, Janice Bateman <janice.bateman@icloud.com> wrote:

Good evening Mileson,
We hope you are still safe and well, wherever you are!
Have you moved to Switzerland yet?
Janice's music concerts are going well and we have booked our tickets for France on the 21st of December and returning at the beginning of January.
We hope you have a good Christmas and hope to see you in 2023.
Send our love and best wishes to your family.
Look after yourselves - we include your three companions! 😊🦒🦒 

Love and best wishes,
Janice and Chris.