**Exhibit 4**

**Sent:** Thur 1/26/2023 12:13:57 PM (UTC)
**To:** Neil Singh <nsingh@mdaviesassociates.com>, Mark Davies <mdavies@mdaviesassociates.com>
**From:** Arethusa Forsyth <arethusaf@proton.me>
**Cc:** Mileson <ukistruehome@gmail.com>
**Subject:** QG Biography

Mr QG Bio 2022 no c.docx

Dear Neil

Please find attached a biography of Mr Qiang Guo detailing his background and business investments. I hope this assists with your KYC process.

I hope very much we are able to move forward and complete the overseas registration. If you are not able to move forward please urgently let me know as I will need to find another firm to do it.

Kind regards

Arethusa

Sent with Proton Mail secure email.

GOVERNMENT EXHIBIT
UK-390
23 Cr. 118 (AT)

Mr Qiang Guo

Apt. 6, 5 Princes Gate, London, SW7 1QJ

**Biography**

Mr Guo was born on 22nd February 1987 in China and is the second generation of the very successful Guo family who have major business interests in manufacturing, finance, real estate and retail. The family businesses have a collective turnover in the billions.

Mr Guo was educated at Royal Holloway in the UK and Bard College in the US. He is a qualified pilot with a keen interest in cars and motor racing. Over the years he has built a collection of rare and collectable cars, including a race winning F1 car and several one of a kind bespoke models.

Mr Guo has recently become a British Citizen, with a UK passport. He has been resident, non domiciled in the United Kingdom since 2015.  He also has a Cypriot passport and a Hong Kong passport.

Mr Guo has from a young age worked to grow and diversify his family's business interests before going on to found his own enterprises.

In 2006, at the age of 19, Mr Guo established Qiang Sheng Investment, a financial brokerage firm and international trading business specialising in information technology in the PRC, the US, and the UK.

Not long after, in 2012, and in his first formal position with the family business group, he was given sole management responsibility for its overseas assets. During this time, he developed strong working relationships with a number of international investments and participated in bulk commodity trading.

2009 saw Mr Guo invested in a media production company move into the entertainment and multimedia industries. The company produced TV series and movies which saw considerable success and revenue around $32m.

Following successful years studying business at prestigious schools in both the UK and USA, Mr Guo went on to found Mileson Investment in 2011 in the city of Beijing. The company established a state of the art warehouse for the importation of luxury goods and the following year it achieved bonded status and partnered with many well known international brands. The initial investment of $2m grew to around $35m.

Through Mileson Investment, Mr Guo partnered with Bugatti and renowned architect Zaha Hadid in 2011 to open Hong Kong's one and only showcase devoted solely to the Bugatti Veyron. The

business was responsible for brand promotion and sales in the Greater China region, and sales in the Asia-Pacific regions. Business was brisk and first year sales topped $20m.

2014 saw him approached by the former CEO of Alibaba, David Wei, to join a recently established fund, Vision Knight Capital. The Hong Kong based fund specialises in retail, B2B, and venture capital funding focusing on high tech industries.

It went on to open offices in Shanghai and prides itself on its openness and transparency, and often welcomes investors at its board meetings.

The fund, and Mr Guo's investment of $3m, saw enormous success, with capital distributions for some projects up to 48%.

Mr Guo was later invited to join Vision Knight Capital Fund II and continues to maintain an equity stake of around $6m.

His most recent investment of $5m in 2017 has been in a New York city based fund, Reverence Capital Fund. The fund is led by former Goldman Sachs banker Milton Berlinski and has seen considerable investment from large institutional investors such as pension, and sovereign wealth funds.

It specialises in middle market financial service companies where it can drive scale and deliver earnings growth.

Mr Guo continues his commitments to the funds he has invested in.

In 2021 Mr Guo founded The Institute for Emerging Technologies and Social Impact (**ITSI**).  ITSI is  a think tank  with a focus on the future of Finance, Energy and Transport.  ITSI's Advisory Board includes Lord Anthony St. John.

In 2022 Mr Guo was delighted to accept the invitation to become a shareholder of Mbaer Merchant Bank in Switzerland.

Mr Guo resides in London, and currently continues his investments which are based in London and the USA, including asset management for his family group and for himself.