**Exhibit 5**

**From:** Simone Boesch <Simone.Boesch@wsm.co.uk>
**To:** "arethusaf@proton.me" <arethusaf@proton.me>; "ukistruehome@gmail.com" <ukistruehome@gmail.com>; "cool_hhr@hotmail.com" <cool_hhr@hotmail.com>
**Cc:** Jamie Stebbing <Jamie.Stebbing@wsm.co.uk>
**Subject:** Outstanding Invoice
**Sent:** Mon 4/3/2023 10:01:30 AM (UTC)

Invoice 100445.pdf

Dear Qiang,

Please find attached a copy of Invoice 100445 of which £1,107.60 remains outstanding. Our payment terms are strictly 14 days so this invoice is now very overdue. Please could you settle this invoice as soon as possible.

We look forward to receiving settlement shortly.

Kind Regards
Simone

Simone Boesch
WSM Advisors Limited
Connect House
133-137 Alexandra Road
Wimbledon
London
SW19 7JY

Tel: +44 (0)20 8545 7600 (Switchboard)
Fax: +44 (0)20 8543 5547

**My current working hours are 8:00am – 4:30pm**





WSM Business Advisory and Accountancy Services is the trading name of WSM Advisors Limited, a firm registered to carry on audit work in the UK by the Institute of Chartered Accountants in England and Wales. WSM Advisors Limited is a limited company registered in England and Wales with registration number 7276016.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not business of my firm shall be understood as neither given nor endorsed by it. My firm has taken all reasonable step message and any files that we have attached here to is free of viruses. However to protect your systems you shou messages received via the internet for viruses before they are opened.

GOVERNMENT EXHIBIT UK-407 23 Cr. 118 (AT)

.



## Fee Invoice

*Invoice No*: 100445
26 January 2023

| **To Professional Services Rendered:** | **£** |
|---|---:|
| Preparation of your Self Assessment Return for the year ended 5 April 2022. Advising you of your overall tax position for 5 April 2022. Submission of the return following approval by you. | 950.00 |
| Fee | 950.00 |
| VAT @ 20% | 190.00 |
| **Total Fee** | **£1,140.00** |

*Please add bank ref when making payment*

**Q Guo**
**5 Princes Gate   LONDON SW7 1QJ**

| | |
|---|---|
| *With Compliments* | VAT registration number: GB215 5239 26 |
| **TERMS: Strictly 14 Days Nett** | Electronic payment details: |
| *Our ref:* GS/GUO-Q | Account:   WSM Partners LLP t/a WSM, |
| | Sort Code:   20-96-89 |
| | Account no:   43421937 |
| | Swift Code:   BUKBGB22 |
| | IBAN:   GB15 BUKB 20968943421937 |
| | Bank ref:   100445 |

WSM Partners LLP Chartered Accountants
Registered Office
Connect House
133-137 Alexandra Road
London SW19 7JY
t: 020 8545 7600

WSM Private Client is a division of WSM Partners LLP, incorporating Marks Bloom Chartered Accountants.
Regulated by the Institute of Chartered Accountants in England and Wales for a range of investment business activities.
WSM Partners LLP is a limited liability partnership registered in England and Wales with registration number OC332941.
A list of partners' names is available at the above address.