**Exhibit 6**

Τέλος €8.54

**Ο ΠΕΡΙ ΕΤΑΙΡΕΙΩΝ ΝΟΜΟΣ,**

**ΚΕΦ. 113**

**HE57**

| Αριθμός Εταιρείας | |
|---|---|
| HE 347987 | |

**Μεταβίβαση μετοχών ιδιωτικής εταιρείας.**

Με βάση το άρθρο 113Λ

| Όνομα Εταιρείας | BOUILLOR HOLDINGS LIMITED |
|---|---|
| | **Κατάλογος παλαιών και νέων μετόχων** |
| Ημερομηνία | 13 / 03 / 2024 |

| Όνομα | PERITAS NOMINEES LIMITED | Αρ. Εγγραφής | HE 447705 |
|---|---|---|---|
| Επώνυμο | | | |
| Όνομα με Λατινικούς χαρακτήρες | Επώνυμο με Λατινικούς χαρακτήρες | | |
| Αρ. Ταυτότητας | Αρ. Διαβατηρίου | | |
| Ημερ. Γεννήσεως | Χώρα Υπηκοότ. | | |
| Επάγγελμα | | | |
| Οδός/Λεωφ. | Αιγαίου | Αρ. | 2 |
| Κτίριο | MEZONETA 9 | Όροφος | Διαμ. |
| Ενορία/Πόλη/Χωριό | Αγλαντζιά | Επαρχία | Λευκωσία |
| Ταχ. Κώδικας | 2103 | Χώρα | Κύπρος |

| Αριθμός και τάξη μετοχών που κατέχονται σήμερα | | Αριθμός και τάξη μετοχών που μεταβιβάζονται | | Ημερομηνία μεταβίβασης | Παρατηρήσεις(που μεταβιβάζονται οι μετοχές) |
|---|---|---|---|---|---|
| Αριθμός | Τάξη | Αριθμός | Τάξη | | |
| | | 1000 | ΣΥΝΗΘΕΙΣ | 13/03/2024 | QIANG GUO |

| Όνομα | QIANG | Αρ. Εγγραφής | |
|---|---|---|---|
| Επώνυμο | GUO | | |
| Όνομα με Λατινικούς χαρακτήρες | Επώνυμο με Λατινικούς χαρακτήρες | | |
| Αρ. Ταυτότητας | 1304864 | Αρ Διαβατηρίου | K00255453 |
| Ημερ. Γεννήσεως | 22 / 02 / 1987 | Χώρα Υπηκοότ. | Κύπρος |
| Επάγγελμα | Επιχειρηματίας | | |
| Οδός/Λεωφ. | Princes Gate | Αρ. | 5 |
| Κτίριο | | Όροφος | Διαμ. | 6 |
| Ενορία/Πόλη/Χωριό | | Επαρχία | London |
| Ταχ. Κώδικας | SW7 1QJ | Χώρα | Ηνωμένο Βασίλειο |

| Αριθμός και τάξη μετοχών που κατέχονται σήμερα | | Αριθμός και τάξη μετοχών που μεταβιβάζονται | | Ημερομηνία μεταβίβασης | Παρατηρήσεις(που μεταβιβάζονται οι μετοχές) |
|---|---|---|---|---|---|
| Αριθμός | Τάξη | Αριθμός | Τάξη | | |
| 1000 | ΣΥΝΗΘΕΙΣ | | | | |

**Όνομα και Διεύθυνση για Αλληλογραφία**

| Όνομα | . MCM ADVOCATES | | |
|---|---|---|---|
| Διεύθυνση | AIGAIOU 2 | | |
| Ταχ. Κώδικας | 2103 | Τηλέφωνο | 22573727 |

**Κατάλογος παλαιών και νέων μετόχων** (συνέχεια)

| Όνομα | Αρ. Εγγραφής |
|---|---|
| Επώνυμο | |
| Όνομα με Λατινικούς χαρακτήρες | Επώνυμο με Λατινικούς χαρακτήρες |
| Αρ. Ταυτότητας | Αρ. Διαβατηρίου |
| Ημερ. Γεννήσεως | Χώρα Υπηκοότ. |
| Επάγγελμα | |
| Οδός/Λεωφ. | Αρ. |
| Κτίριο | Όροφος    Διαμ. |
| Ενορία/Πόλη/Χωριό | Επαρχία |
| Ταχ. Κώδικας | Χώρα |

| Αριθμός και τάξη μετοχών που κατέχονται σήμερα | | Αριθμός και τάξη μετοχών που μεταβιβάζονται | | Ημερομηνία μεταβίβασης | Παρατηρήσεις(που μεταβιβάζονται οι μετοχές) |
|---|---|---|---|---|---|
| Αριθμός | Τάξη | Αριθμός | Τάξη | | |

| Όνομα | Αρ. Εγγραφής |
|---|---|
| Επώνυμο | |
| Όνομα με Λατινικούς χαρακτήρες | Επώνυμο με Λατινικούς χαρακτήρες |
| Αρ. Ταυτότητας | Αρ. Διαβατηρίου |
| Ημερ. Γεννήσεως | Χώρα Υπηκοότ. |
| Επάγγελμα | |
| Οδός/Λεωφ. | Αρ. |
| Κτίριο | Όροφος    Διαμ. |
| Ενορία/Πόλη/Χωριό | Επαρχία |
| Ταχ. Κώδικας | Χώρα |

| Αριθμός και τάξη μετοχών που κατέχονται σήμερα | | Αριθμός και τάξη μετοχών που μεταβιβάζονται | | Ημερομηνία μεταβίβασης | Παρατηρήσεις(που μεταβιβάζονται οι μετοχές) |
|---|---|---|---|---|---|
| Αριθμός | Τάξη | Αριθμός | Τάξη | | |

| Όνομα | Αρ. Εγγραφής |
|---|---|
| Επώνυμο | |
| Όνομα με Λατινικούς χαρακτήρες | Επώνυμο με Λατινικούς χαρακτήρες |
| Αρ. Ταυτότητας | Αρ. Διαβατηρίου |
| Ημερ. Γεννήσεως | Χώρα Υπηκοότ. |
| Επάγγελμα | |
| Οδός/Λεωφ. | Αρ. |
| Κτίριο | Όροφος    Διαμ. |
| Ενορία/Πόλη/Χωριό | Επαρχία |
| Ταχ. Κώδικας | Χώρα |

| Αριθμός και τάξη μετοχών που κατέχονται σήμερα | | Αριθμός και τάξη μετοχών που μεταβιβάζονται | | Ημερομηνία μεταβίβασης | Παρατηρήσεις(που μεταβιβάζονται οι μετοχές) |
|---|---|---|---|---|---|
| Αριθμός | Τάξη | Αριθμός | Τάξη | | |

**Υπογραφή**
(Γραμματέας ή Διευθυντής)                    ημερομηνία    14 / 03 / 2024



STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATION

I, Jacqueline Yorke, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Greek into English translation(s) of the source document(s) listed below are true and accurate:

- Cyprus Corporate Docs

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____
Jacqueline Yorke, Project Manager

Sworn to before me this
Monday, March 17, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

| Fee 8,54 | **THE COMPANIES LAW** | HE57 |
|---|---|---|
| | **CAP. 113** | |

| **Company Number**<br>**HE** 347987 | **Transfer of Shares of a Private Company**<br>According to Article 113A |
|---|---|

| **Company Name** | BOUILLOR HOLDINGS LIMITED |
|---|---|
| | **List of Old and New Shareholders** |
| **Date** | 03/13/2024 |

| Name | PERITAS NOMINEES LIMITED | | Registration Nr. | HE447705 |
|---|---|---|---|---|
| Last Name | | | | |
| Name with Latin characters | | Last name with Latin characters | | |
| ID Number | | Passport Nr. | | |
| Date of Birth | | Nationality Country | | |
| Profession | | | | |
| Street/Ave. | Aigaiou | | Nr. | 2 |
| Building | MEZONETA 9 | Floor | Apartment | |
| Town/City/Village | Aglatzia | District | Nicosia | |
| Postal Code | 2103 | Country | Cyprus | |

| Number and Class of Shares Held Before Transfer | | Number and Class of Shares Transferred | | Date of Transfer | Remarks (on Transferred Shares) |
|---|---|---|---|---|---|
| Number | Class | Number | Class | | |
| | | 1000 | USUAL | 03/13/2024 | QIANG GUO |

| Name | QIANG | | Registration Nr. | |
|---|---|---|---|---|
| Last Name | GUO | | | |
| Name with Latin characters | | Last name with Latin characters | | |
| ID Number | 1304864 | Passport Nr. | K00255453 | |
| Date of Birth | 02/22/1987 | Nationality Country | Cyprus | |
| Profession | Businessman | | | |
| Street/Ave. | Princes Gate | | Nr. | 5 |
| Building | | Floor | Apartment | 6 |
| Town/City/Village | | District | London | |
| Postal Code | SW7 iQJ | Country | United Kingdom | |

| Number and Class of Shares Held Before Transfer | | Number and Class of Shares Transferred | | Date of Transfer | Remarks (on Transferred Shares) |
|---|---|---|---|---|---|
| Number | Class | Number | Class | | |
| 1000 | USUAL | | | | |

**Name and Address for Post**

| Name | . MCM ADVOCATES | | |
|---|---|---|---|
| Address | AIGAIOU 2 | | |
| Postal Code | 2103 | Phone | 22573727 |

**List of Old and New Shareholders** (continuation)

| Name | Registration Nr. | | | |
|---|---|---|---|---|
| Last Name | | | | |
| Name with Latin characters | Last name with Latin characters | | | |
| ID Number | Passport Nr. | | | |
| Date of Birth | Nationality Country | | | |
| Profession | | | | |
| Street/Ave. | Nr. | | | |
| Building | Floor | | Apartment | |
| Town/City/Village | District | | | |
| Postal Code | Country | | | |
| | Number and Class of Shares Held Before Transfer | Number and Class of Shares Transferred | Date of Transfer | Remarks (on Transferred Shares) |
| | Number / Class | Number / Class | | |
| | | | | |

| Name | Registration Nr. | | | |
|---|---|---|---|---|
| Last Name | | | | |
| Name with Latin characters | Last name with Latin characters | | | |
| ID Number | Passport Nr. | | | |
| Date of Birth | Nationality Country | | | |
| Profession | | | | |
| Street/Ave. | Nr. | | | |
| Building | Floor | | Apartment | |
| Town/City/Village | District | | | |
| Postal Code | Country | | | |
| | Number and Class of Shares Held Before Transfer | Number and Class of Shares Transferred | Date of Transfer | Remarks (on Transferred Shares) |
| | Number / Class | Number / Class | | |
| | | | | |

| Name | Registration Nr. | | | |
|---|---|---|---|---|
| Last Name | | | | |
| Name with Latin characters | Last name with Latin characters | | | |
| ID Number | Passport Nr. | | | |
| Date of Birth | Nationality Country | | | |
| Profession | | | | |
| Street/Ave. | Nr. | | | |
| Building | Floor | | Apartment | |
| Town/City/Village | District | | | |
| Postal Code | Country | | | |
| | Number and Class of Shares Held Before Transfer | Number and Class of Shares Transferred | Date of Transfer | Remarks (on Transferred Shares) |
| | Number / Class | Number / Class | | |
| | | | | |

**Signature**
(Secretary or Director)

Date    03/14/2024