**Exhibit 8**



# Rules & Practice Directions

## PART 6 – SERVICE OF DOCUMENTS

## Service of the claim form where the defendant does not give an address at which the defendant may be served

**6.9**

(1)  This rule applies where –

(a)  rule 6.5(1) (personal service);

(b)  rule 6.7 (service of claim form on solicitor); and

(c)  rule 6.8 (defendant gives address at which the defendant may be served), do not apply and the claimant does not wish to effect personal service under rule 6.5(2).

(2)  Subject to paragraphs (3) to (6), the claim form must be served on the defendant at the place shown in the following table.

(For service out of the jurisdiction see rules 6.40 to 6.47.)

| Nature of defendant to be served | Place of service |
| --- | --- |
| 1. Individual | Usual or last known residence. |
| 2. Individual being sued in the name of a business | Usual or last known residence of the individual; or principal or last known place of business. |
| 3. Individual being sued in the business name of a partnership | Usual or last known residence of the individual; or principal or last known place of business of the partnership. |
| 4. Limited liability partnership | Principal office of the partnership; or any place of business of the partnership within the jurisdiction which has a real connection with the claim. |

| 5. Corporation (other than a company) incorporated in England and Wales | Principal office of the corporation; or any place within the jurisdiction where the corporation carries on its activities and which has a real connection with the claim. |
|---|---|
| 6. Company registered in England and Wales | Principal office of the company; or any place of business of the company within the jurisdiction which has a real connection with the claim. |
| 7. Any other company or corporation | Any place within the jurisdiction where the corporation carries on its activities; or any place of business of the company within the jurisdiction. |

(3) Where a claimant has reason to believe that the address of the defendant referred to in entries 1, 2 or 3 in the table in paragraph (2) is an address at which the defendant no longer resides or carries on business, the claimant must take reasonable steps to ascertain the address of the defendant's current residence or place of business ('current address').

(4) Where, having taken the reasonable steps required by paragraph (3), the claimant –

(a)  ascertains the defendant's current address, the claim form must be served at that address; or

(b)  is unable to ascertain the defendant's current address, the claimant must consider whether there is –

(i)      an alternative place where; or

(ii)     an alternative method by which, service may be effected.

(5) If, under paragraph (4)(b), there is such a place where or a method by which service may be effected, the claimant must make an application under rule 6.15.

(6) Where paragraph (3) applies, the claimant may serve on the defendant's usual or last known address in accordance with the table in paragraph (2) where the claimant –

(a)  cannot ascertain the defendant's current residence or place of business; and

(b) cannot ascertain an alternative place or an alternative method under paragraph (4)(b).