**Exhibit 9**

| | |
|---|---|
| **Sent:** | Mon 3/20/2023 4:58:53 PM (UTC) |
| **Subject:** | Re: Statements |
| **From:** | Mileson <ukistruehome@gmail.com> |
| **To:** | Jan Loser <JLoser@gonet.ch> |

Can you update me ? They deadline is in 3 days

On Fri, 17 Mar 2023 at 17:54, Mileson <ukistruehome@gmail.com> wrote:

> Understood, thank you sir
>
> On Fri, 17 Mar 2023 at 15:34, Jan Loser <JLoser@gonet.ch> wrote:
>
>> Dear Mileson,
>>
>> Yes, I will. I needed to call the tax office because I could not use the IBAN on the bill to pay the invoice manually. The given QR-IBAN is only valid when you actually scan the QR-Code and pay automatically.
>>
>> It will take till Monday.
>>
>> Kind regards
>>
>> Jan
>>
>> **From:** Mileson <ukistruehome@gmail.com>
>> **Sent:** vendredi 17 mars 2023 3:31 PM
>> **To:** Jan Loser <JLoser@gonet.ch>
>> **Subject:** Re: Statements
>>
>> WARNING : this message originated from outside of Gonet & Cie SA
>>
>> Do NOT click on links or open attachments unless you recognize the sender and know the content is safe.
>>
>> Dear Jan,
>>
>> Can you let me know if it's paid ?
>>
>> On Thu, 16 Mar 2023 at 14:26, Mileson <ukistruehome@gmail.com> wrote:
>>
>>> Yes pls

GOVERNMENT EXHIBIT UK-405  23 Cr. 118 (AT)

On Thu, 16 Mar 2023 at 14:26, Jan Loser <JLoser@gonet.ch> wrote:

Dear Mileson,

Thank you. I will pay the invoice accordingly.

In order to proceed, I need to sell an additional 600 Nestle stocks.

Can you please kindly confirm.

Jan

**From:** Mileson <ukistruehome@gmail.com>
**Sent:** jeudi 16 mars 2023 12:07 PM
**To:** Jan Loser <JLoser@gonet.ch>
**Subject:** Re: Statements

WARNING : this message originated from outside of Gonet & Cie SA

Do NOT click on links or open attachments unless you recognize the sender and know the content is safe.



**KANTON LUZERN**
Finanzdepartement

**Regionales Steueramt Weggis**
Greppen, Vitznau, Weggis
Parkstrasse 1
6353 Weggis
Telefon +41 41 392 15 30
Telefax +41 41 392 15 14
steueramt@weggis.lu.ch
www.weggis.ch

PersID: 2255637
Vers/Register-Nr.: 422..8.7.1.000
Domizil-Gde: 099 Weggis

**P.P.** Dienststelle Steuern   Post CH AG
CH-6002 Luzern   **A-PRIORITY**

Herr
Qiang Guo
Rigistrasse 201
6353 Weggis



6353 Weggis, 3. März 2023

**Staats- und Gemeindesteuern 2022**
**Handänderungssteuer / Schlussrechnung**
**1. Mahnung**

Referenz-Nr. 09 90991 60225 56372 20001 09910

Die Kontrolle der Zahlungseingänge hat ergeben, dass Sie Ihre Steuer innert der gesetzlich vorgeschriebenen Frist noch nicht beglichen haben. Wir nehmen an, dass es sich um ein Versehen handelt. Den ausstehenden Betrag von CHF 375000.00 wollen Sie uns bitte mit untenstehendem Einzahlungsschein bis spätestens 23.03.2023 überweisen. Bei einer allfälligen 2. Mahnung müssen wir Ihnen eine Mahngebühr von CHF 40.00 in Rechnung stellen. Allfällige Verzugszinsen werden nach Bezahlung der Steuerrestanz mit separater Abrechnung eingefordert. Um Ihnen weitere Unannehmlichkeiten ersparen zu können, bitten wir Sie, unserer Aufforderung fristgerecht nachzukommen. Vielen Dank.

**Rechtsmittel**
Gegen die Verfügung der Mahngebühr kann innert 30 Tagen seit Zustellung bei der Veranlagungsbehörde zuhanden der zuständigen Einsprachebehörde schriftlich Einsprache erhoben werden. Die Einsprache muss einen bestimmten Antrag und dessen Begründung enthalten. Allfällige Beweisurkunden sind beizulegen.

DB1_MHG_SG16_LU mrt / 18.06.2021

---

**Empfangsschein**

Konto / Zahlbar an
CH34 3077 8140 8566 9200 6
Einwohnergemeinde Weggis
Steueramt
6353 Weggis

Referenz
09 90991 60225 56372 20001 09910

Zahlbar durch
Qiang Guo
Rigistrasse 201
6353 Weggis

Währung   Betrag
CHF   375 000.00

Annahmestelle



103 1/1 X P

**Zahlteil**



Währung   Betrag
CHF   375 000.00

**Konto / Zahlbar an**
CH34 3077 8140 8566 9200 6
Einwohnergemeinde Weggis
Steueramt
6353 Weggis

Referenz
09 90991 60225 56372 20001 09910

Zusätzliche Informationen
1. Mahnung Handänderungssteuer - Schlussrechnung 2022

Zahlbar durch
Qiang Guo
Rigistrasse 201
6353 Weggis

Ok this case please pay for this

Thank you

On Thu, 16 Mar 2023 at 09:21, Jan Loser <JLoser@gonet.ch> wrote:

> This is a UK bank account as well. Only Swiss bank accounts are possible.
>
> Kind regards
>
> Jan
>
> **From:** Mileson <ukistruehome@gmail.com>
> **Sent:** jeudi 16 mars 2023 9:13 AM
> **To:** Jan Loser <JLoser@gonet.ch>
> **Subject:** Re: Statements
>
> WARNING : this message originated from outside of Gonet & Cie SA
>
> Do NOT click on links or open attachments unless you recognize the sender and know the content is safe.

# Swiss Franc

Exchange | Statement | Deactivate

For cross-border transfers only

Share

**Beneficiary**

Qiang Guo

**IBAN**

GB42 REVO 0099 7024 7451 84

**BIC**

REVOGB21

Please use this

On Thu, 16 Mar 2023 at 09:11, Jan Loser <JLoser@gonet.ch> wrote:

> Good Morning Mileson,
>
> I have been informed by our compliance dept. that only CHF to Swiss bank account is possible.
>
> My apologies.
>
> Jan
>
> **From:** Mileson <ukistruehome@gmail.com>
> **Sent:** mercredi 15 mars 2023 4:34 PM
> **To:** Jan Loser <JLoser@gonet.ch>
> **Subject:** Re: Statements
>
> WARNING : this message originated from outside of Gonet & Cie SA
>
> Do NOT click on links or open attachments unless you recognize the sender and know the content is safe.

No, this account is multi currency account Including Swiss franc.

On Wed, 15 Mar 2023 at 16:32, Jan Loser <JLoser@gonet.ch> wrote:

> Dear Mileson,
>
> We just realized that we faced some issues (with the corresp. bank) submitting the transfer to your UK account the last time. Should we transfer the money to your Mbaer account again?
>
> My apologies for the circumstances.
>
> Kind regards
>
> Jan

**From:** Mileson <ukistruehome@gmail.com>
**Sent:** mercredi 15 mars 2023 3:06 PM
**To:** Peter Albert <APeter@gonet.ch>
**Cc:** Jan Loser <JLoser@gonet.ch>
**Subject:** Re: Statements

WARNING : this message originated from outside of Gonet & Cie SA

Do NOT click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Gentleman:

Can you pls send the liquidity to the following account

Qiang guo

 IBAN: GB20 BLFN 0427 0661 7412 97

BIC: BLFNGB21

Thank you again

On Fri, 10 Mar 2023 at 13:11, Peter Albert <APeter@gonet.ch> wrote:

> To be precise, by selling all FX balances, we will end up at around 330 k Swiss Francs.
>
> This money will be available on Monday.
>
> Best
>
> Albert
>
> **From:** Mileson <ukistruehome@gmail.com>
> **Sent:** vendredi 10 mars 2023 12:58 PM
> **To:** Peter Albert <APeter@gonet.ch>
> **Cc:** Jan Loser <JLoser@gonet.ch>
> **Subject:** Re: Statements

WARNING : this message originated from outside of Gonet & Cie SA

Do NOT click on links or open attachments unless you recognize the sender and know the content is safe.

What's is the amount you have now and in which currency please ?

On Fri, 10 Mar 2023 at 12:54, Peter Albert <APeter@gonet.ch> wrote:

> Dear Mileson :
>
> Are you talking about Swiss Franc ?
>
> We will need to do some FX transactions as well to get to the desired balance.
>
> Best
>
> Albert
>
> **From:** Mileson <ukistruehome@gmail.com>
> **Sent:** vendredi 10 mars 2023 12:52 PM
> **To:** Jan Loser <JLoser@gonet.ch>
> **Cc:** Peter Albert <APeter@gonet.ch>
> **Subject:** Re: Statements
>
> WARNING : this message originated from outside of Gonet & Cie SA
>
> Do NOT click on links or open attachments unless you recognize the sender and know the content is safe.
>
> Thank you Sir, can I understand that the fund of 350k is available now ?
>
> On Fri, 10 Mar 2023 at 12:51, Jan Loser <JLoser@gonet.ch> wrote:
>
>> Dear Mileson,
>>
>> I hope you are doing fine.

The order has been successfully executed

Kind regards

Jan

**From:** Mileson <ukistruehome@gmail.com>
**Sent:** vendredi 10 mars 2023 11:04 AM
**To:** Jan Loser <JLoser@gonet.ch>; Peter Albert <APeter@gonet.ch>
**Subject:** Re: Statements

WARNING : this message originated from outside of Gonet & Cie SA

Do NOT click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Jan and Albert :

Can you please liquidate 50% Nestle asap for me?

Thank you very very much

On Fri, 16 Dec 2022 at 14:55, Mileson <ukistruehome@gmail.com> wrote:

> Pls go Head
>
> Thank you
>
> On Fri, 16 Dec 2022, 13:54 Jan Loser, <JLoser@gonet.ch> wrote:
>
>> Dear Mileson,
>>
>> The amount is 4 mio. CHF.
>>
>> We need a wire transfer instruction mentioning the below to proceed.

Amount: 4.0 mio. CHF

Beneficiary: Mr. Rüber Percy Scott

Banque Pictet & Cie SA

[Bahnhofstrasse 32](Bahnhofstrasse 32)

[8001 Zurich](8001 Zurich)

IBAN: CH19 0875 5060 9808 0010 0

SWIFT: PICTCHGG

Purpose: Purchase of Movables and assets in/on property cadastre no. 1045 Weggis

Thank you in advance.

Kind regards

Jan

**From:** Mileson <ukistruehome@gmail.com>
**Sent:** vendredi 16 décembre 2022 2:42 PM
**To:** Jan Loser <JLoser@gonet.ch>
**Subject:** Re: Statements

WARNING : this message originated from outside of Gonet & Cie SA

Do NOT click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Jan:

Please receive and let me know how much you are sending.

Thank you

Banque Pictet & Cie SA

[Bahnhofstrasse 32](Bahnhofstrasse 32)

[8001 Zurich](8001 Zurich)

IBAN: CH10 0875 5060 9808 0010 0

SWIFT: PICTCHGG

Percy Scott Rueber

On Thu, 15 Dec 2022 at 13:53, Jan Loser <JLoser@gonet.ch> wrote:

Dear Mileson,

Please find attached the requested statements.

Kind regards

Jan

This email has been scanned by Checkpoint

This email has been scanned by Checkpoint

This email has been scanned by Checkpoint

This email has been scanned by Checkpoint

This email has been scanned by Checkpoint

This email has been scanned by Checkpoint

This email has been scanned by Checkpoint

This email has been scanned by Checkpoint

This email has been scanned by Checkpoint