AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Patrick R. Linsey | 2. PHONE NUMBER<br>(203) 781-2847 | 3. DATE<br>4/22/2025 |
| 4. DELIVERY ADDRESS OR EMAIL<br>plinsey@npmlaw.com | 5. CITY<br>New Haven | 6. STATE CT  7. ZIP CODE 06510 |
| 8. CASE NUMBER  22-50073 | 9. JUDGE  Hon. Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 4/22/2025   11. TO 4/22/2025 |
| 12. CASE NAME<br>Ho Wan Kwok and Genever Holdings LLC | | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport   14. STATE CT |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Entire Hearing | 4/22/2025 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [x] | NO. OF COPIES 1 | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL    0.00

18. SIGNATURE
/s/Patrick R. Linsey

PROCESSED BY   Lorenzo M. Whitmore

19. DATE
4/22/2025

PHONE NUMBER   203-579-5808

TRANSCRIPT TO BE PREPARED BY
Reliable

COURT ADDRESS
915 Lafayette Blvd.
Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday April 22 2025

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** #4299; Motion for Order Increasing Cap on Funding of Expenses of Mahwah Mansion (Second Increase) Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok |

**Matter:** #4317; Order Setting Status Conference

# Attorneys That Appeared at the April 22, 2025 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103

**Michael T. Conway**
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
Fifth Floor
New York, NY 10017

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Matthew Pesce**
Harris Beach Murtha Cullina PLLC
107 Elm Street
Four Stamford Plaza
Suite 1101
Stamford, CT 06902

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036