**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x

|  |  |
|---|---|
|  | : |
| In re: | : Chapter 11 |
|  | : |
| HO WAN KWOK, *et al*., | : Case No. 22-50073 (JAM) |
|  | : |
| Debtors.[1] | : Jointly Administered |
|  | : |

------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR PERIOD FROM MARCH 1, 2025**
**THROUGH MARCH 31, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kroll, LLC ("Kroll") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from March 1, 2025 through and including March 31, 2025 (the "Fee Period"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $48,665.40 and $35,038.38, respectively.

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1.     Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period.  The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2.     Attached hereto as Exhibit B is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3.     Attached hereto as Exhibit C is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4.     Attached hereto as Exhibit D is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5.     Attached hereto as Exhibit E are Kroll's fee statements for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

6.     Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn

(holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **May 14, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9.      To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: April 23, 2025

By:/s/ Allen Pfeiffer
        Allen Pfeiffer
        KROLL, LLC
        55 East 52nd Street, Floor 17
        New York, New York 10055

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

```
-------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
HO WAN KWOK, et al.,¹                     :    Case No. 22-50073 (JAM)
                                          :
            Debtors.                      :    (Jointly Administered)
                                          :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF system.

Dated:    April 23, 2025              By: */s/ G. Alexander Bongartz*
          New York, New York              G. Alexander Bongartz (admitted *pro hac vice*)
                                          PAUL HASTINGS LLP
                                          200 Park Avenue
                                          New York, New York 10166
                                          (212) 318-6000
                                          alexbongartz@paulhastings.com

                                          *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**<ins>EXHIBIT A</ins>**

**HOURS AND RATES PER PROFESSIONAL**

*Time Period: March 1-31, 2025.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 890 | $ 712 | 3.9 | $ 2,776.80 |
| Barker, James | Associate Managing Director | Forensic Investigations and Intelligence | $ 710 | $ 639 | 20.5 | $ 13,099.50 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 9.9 | $ 5,123.25 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 52.1 | $ 26,961.75 |
| Pallas, Xavier | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 6.5 | $ 3,363.75 |
| Levenson, Patrick | Associate Manager | Forensic Investigations and Intelligence | $ 420 | $ 378 | 10.8 | $ 4,082.40 |
| Spier, Tre | Research Analyst | Forensic Investigations and Intelligence | $ 245 | $ 221 | 24.6 | $ 5,424.30 |
| **Total Hours and Fees:** | | | | | **128.3** | **$ 60,831.75** |
| **Blended Hourly Rate:** | | | | | | **$ 474.14** |

1

**EXHIBIT B**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

*Time Period: March 1-31, 2025.*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B110    Case Administration | 4.2 | $    2,615.90 |
| B113    Pleadings Review | - | $         - |
| B120    Asset Analysis and Recovery | 104.1 | $   47,212.10 |
| B155    Court Hearings | - | $         - |
| B160    Fee/Employment Applications | 4.7 | $    2,587.85 |
| B170    Fee/Employment Objections | - | $         - |
| B180    Avoidance Action Analysis | 15.3 | $    8,415.90 |
| B181    Preference Analysis and Recovery Actions | - | $         - |
| B182    Post-Petition Transfers and Recovery Actions | - | $         - |
| B190    Other Contested Matters (excl. assumption/rejections motions) | - | $         - |
| B191    General Litigation | - | $         - |
| B192    Lender Litigation | - | $         - |
| B195    Non-Working Travel | - | $         - |
| B261    Investigations | - | $         - |
| **TOTAL** | **128.3** | **$   60,831.75** |

1

**EXHIBIT C**

**SUMMARY OF COMPENSATION BY MATTER ID**

*Time Period: March 1-31, 2025.*

| Matter ID and Name | | Hours Billed | Fees Billed | |
|---|---|---|---|---|
| 00001 | General Debtor Representation | 5.4 | $ | 2,950.10 |
| 00002 | Asset Recovery Investigation and Litigation | 108.4 | $ | 49,850.50 |
| 00003 | HK USA Adversary Proceeding | - | $ | - |
| 00004 | Bravo Luck Adversary Proceeding | - | $ | - |
| 00005 | PAX Adversary Proceeding | - | $ | - |
| 00006 | SN Apartment Adversary Proceeding | - | $ | - |
| 00007 | Greenwich Land Adversary Proceeding | - | $ | - |
| 00008 | AIG Adversary Proceeding | - | $ | - |
| 00009 | Mei Guo Adversary Proceeding | 10.6 | $ | 5,485.50 |
| 00010 | Interpleader Adversary Proceeding | - | $ | - |
| 00011 | HCHK Adversary Proceeding | - | $ | - |
| 00012 | Golden Spring Adversary Proceeding | - | $ | - |
| 00013 | Mahwah Adversary Proceeding | - | $ | - |
| 00014 | RICO Litigation | - | $ | - |
| 00015 | Lamp Capital Adversary Proceeding | - | $ | - |
| 00016 | G-Club Adversary Proceeding | - | $ | - |
| 00017 | Rule of Law Adversary Proceeding | - | $ | - |
| 00018 | UAE Asset Recovery Actions | 3.9 | $ | 2,545.65 |
| 00019 | Leading Shine Adversary Proceeding | - | $ | - |
| 00020 | Gettr USA Proceeding | - | $ | - |
| | | **128.3** | **$** | **60,831.75** |

1

## EXHIBIT D

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

*Time Period: March 1-31, 2025.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---|
| Database and Research Fees for March | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | $    2,351.17 |
| Subcontractor - Expense (Investigative Research in UAE) | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | 32,546.81 |
| Valid8 Charges | General Debtor Representation | Case Administration | 140.40 |
| **TOTAL** | | | **$    35,038.38** |

1

**EXHIBIT E**

**FEE DETAIL**

*Time Period: March 1-31, 2025.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 3/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of [REDACTED] transactions. | 2.4 | $ 1,242.00 |
| Barker, James | 3/3/2025 | Asset Recovery Investigation and Litigation | Case Administration | Call with A. Lomas, J. Lazarus, P. Parizek, I. Jones, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song] and NPM Law [P. Linsey] re: [REDACTED] and [REDACTED] bank accounts, [REDACTED] | 1.0 | $ 639.00 |
| Parizek, Pam | 3/3/2025 | Asset Recovery Investigation and Litigation | Case Administration | Call with A. Lomas, J. Lazarus, J. Barker, I. Jones, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song] and NPM Law [P. Linsey] re: [REDACTED] and [REDACTED] bank accounts, [REDACTED] | 1.0 | $ 712.00 |
| Lazarus, Jordan | 3/3/2025 | Asset Recovery Investigation and Litigation | Case Administration | Call with A. Lomas, J. Barker, P. Parizek, I. Jones, Paul Hastings [L. Despins, N. Bassett, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: [REDACTED] analysis, and related matters. | 1.0 | $ 517.50 |
| Lomas, Adam | 3/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare summary schedules of activity on [REDACTED] | 2.9 | $ 1,500.75 |
| Lazarus, Jordan | 3/3/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Correspondence with K. Mitchell and A. Lomas re: [REDACTED] statements and institutions. | 0.3 | $ 155.25 |
| Lomas, Adam | 3/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting re: [REDACTED] updates, [REDACTED] and [REDACTED] account transactions, and [REDACTED] transactions, with: Paul Hastings [L. Depsins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey and K. Mitchell]; and P. Parizek, I. Jones, J. Barker, and J. Lazarus. | 1.0 | $ 517.50 |
| Pallas, Xavier | 3/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted Relativity research to identify [REDACTED] for [REDACTED] defendants; reported draft findings in writing. | 2.7 | $ 1,397.25 |
| Lazarus, Jordan | 3/4/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Correspondence with K. Mitchell and A. Lomas re: [REDACTED] statements and institutions. | 0.4 | $ 207.00 |
| Lomas, Adam | 3/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: hotel charges on [REDACTED] cards. | 0.2 | $ 103.50 |
| Lazarus, Jordan | 3/4/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review correspondence from Kroll team re: [REDACTED] for avoidance actions. | 0.1 | $ 51.75 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 3/4/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: documents underlying transfers to ███ | 0.3 | $ 155.25 |
| Lomas, Adam | 3/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey] re: ███ charges on ███ cards. | 0.5 | $ 258.75 |
| Lomas, Adam | 3/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continued attention to summary schedules of activity on ███ ███ compose related email to Paul Hastings and NPM Law counsel teams. | 3.0 | $ 1,552.50 |
| Spier, Tre | 3/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Aggregate documents underlying transfers to ███ per request from NPM Law [P. Linsey]. | 0.2 | $ 44.10 |
| Lomas, Adam | 3/4/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: certain individuals who have ███ | 0.6 | $ 310.50 |
| Lazarus, Jordan | 3/5/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review correspondence from Kroll team re: ███ and incorporating financial transaction history. | 0.2 | $ 103.50 |
| Lomas, Adam | 3/5/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ███ LLP. | 0.1 | $ 51.75 |
| Spier, Tre | 3/5/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of certain bank account transactions ███ ███ related updates to master transaction file. | 4.3 | $ 948.15 |
| Lomas, Adam | 3/5/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to T. Spier re: analysis of certain bank account transactions ███ related ongoing staff supervision. | 0.8 | $ 414.00 |
| Lomas, Adam | 3/5/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: postpetition transfers to ███ | 0.8 | $ 414.00 |
| Lomas, Adam | 3/5/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: calculation with respect to additional identified transfers to ███ | 0.3 | $ 155.25 |
| Barker, James | 3/5/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence/email with X. Pallas about ███ | 0.8 | $ 511.20 |
| Lomas, Adam | 3/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supplemental document production from ███ with respect to ███ account/cards; related email correspondence with NPM Law [P. Linsey]. | 0.8 | $ 414.00 |
| Pallas, Xavier | 3/6/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Conducted Relativity research to identify ███ for ███ defendants; reported draft findings in writing. | 3.8 | $ 1,966.50 |
| Lomas, Adam | 3/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence and coordination with J. Barker re: research with respect to apparent ███ ███ | 0.3 | $ 155.25 |
| Barker, James | 3/6/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence/email with X. Pallas about ███ | 0.2 | $ 127.80 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Levenson, Patrick | 3/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | █████████ attribution research. | 0.5 | $ 189.00 |
| Lomas, Adam | 3/6/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: support for specific transfers to ███████ related call with P. Linsey. | 1.3 | $ 672.75 |
| Spier, Tre | 3/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of certain bank account transactions ████ ██████ related updates to master transaction file. | 3.8 | $ 837.90 |
| Barker, James | 3/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email with P. Levenson and L. Despins re: ██████ ██████ tracking. | 1.3 | $ 830.70 |
| Lazarus, Jordan | 3/6/2025 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare February 2025 monthly fee statement. | 1.0 | $ 517.50 |
| Lomas, Adam | 3/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey] re: ████ related transaction review and preparation of schedule summarizing transfers. | 2.7 | $ 1,397.25 |
| Barker, James | 3/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email with R. Phelps re: ██████ tracking. | 0.2 | $ 127.80 |
| Lomas, Adam | 3/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compiled documents with respect to transfers to ██████ ████ from other alter egos. | 0.9 | $ 465.75 |
| Barker, James | 3/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email with P. Levenson and L. Despins re: ██████ ██████ tracking. | 1.1 | $ 702.90 |
| Barker, James | 3/7/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence/email with X. Pallas about ██████ | 2.3 | $ 1,469.70 |
| Lazarus, Jordan | 3/7/2025 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare February 2025 monthly fee statement. | 1.0 | $ 517.50 |
| Lomas, Adam | 3/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Continued compilation of bank records with respect to transfers to ██████ ██████ from other alter egos; compose related email to NPM Law [P. Linsey]. | 0.6 | $ 310.50 |
| Lazarus, Jordan | 3/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of all transfers to ██████ | 0.3 | $ 155.25 |
| Lomas, Adam | 3/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from Paul Hastings [L. Song] re: specific ██████ transfer to ██████ related Relativity document review. | 0.5 | $ 258.75 |
| Lomas, Adam | 3/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey and K. Mitchell] re: documents in ██████ and new banks to add to next Rule 2004 motion. | 0.8 | $ 414.00 |
| Barker, James | 3/10/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence/email with E. Sutton re: ██████ | 0.8 | $ 511.20 |
| Lazarus, Jordan | 3/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review correspondence with L. Despins and Kroll team re: ██████ ██████ investigative workstreams, and related matters. | 0.2 | $ 103.50 |

3

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Barker, James | 3/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email with R. Phelps re: [redacted] tracking. | 0.3 | $ 191.70 |
| Lomas, Adam | 3/10/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from Paul Hastings [L. Song] re: transfers to [redacted] subject to avoidance actions; prepare related schedule. | 0.9 | $ 465.75 |
| Parizek, Pam | 3/11/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Review update re: [redacted] searches. | 0.1 | $ 71.20 |
| Barker, James | 3/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email with I. Hamilton-Sanchez re: [redacted] tracking. | 0.2 | $ 127.80 |
| Barker, James | 3/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email with L. Despins re: [redacted] tracking. | 0.5 | $ 319.50 |
| Barker, James | 3/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Internal team meeting discussion with P. Parizek. | 0.3 | $ 191.70 |
| Lazarus, Jordan | 3/11/2025 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare February 2025 monthly fee statement. | 0.6 | $ 310.50 |
| Lomas, Adam | 3/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to internal Kroll team re: [redacted] spending data on [redacted] and [redacted] account. | 0.3 | $ 155.25 |
| Levenson, Patrick | 3/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Internal Kroll team meeting re: matter update and proposed next steps with P. Parizek, J. Barker, J. Lazarus, and A. Lomas. | 0.7 | $ 264.60 |
| Lomas, Adam | 3/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Internal Kroll team meeting re: matter update and proposed next steps with P. Parizek, J. Barker, J. Lazarus, and P. Levenson. | 0.7 | $ 362.25 |
| Barker, James | 3/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Internal Kroll team meeting re: matter update and proposed next steps with P. Parizek, P. Levenson, J. Lazarus, and A. Lomas. | 0.7 | $ 447.30 |
| Parizek, Pam | 3/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Internal Kroll team meeting re: matter update and proposed next steps with J. Barker, P. Levenson, J. Lazarus, and A. Lomas. | 0.7 | $ 498.40 |
| Lazarus, Jordan | 3/12/2025 | General Debtor Representation | Asset Analysis and Recovery | Phone call with Kroll team [P. Parizek, A. Lomas, J. Barker, and P. Levenson] re: financial analysis and intelligence workstream updates and related matters. | 0.7 | $ 362.25 |
| Barker, James | 3/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email with L. Song re: [redacted] and pictures. | 0.5 | $ 319.50 |
| Parizek, Pam | 3/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review list of [redacted] | 0.1 | $ 71.20 |
| Lazarus, Jordan | 3/13/2025 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare February 2025 monthly fee statement. | 1.3 | $ 672.75 |
| Lomas, Adam | 3/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare list of identified/suspected accounts held with [redacted]; compose related correspondence to NPM Law [P. Linsey]. | 0.6 | $ 310.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Spier, Tre | 3/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of certain bank account transactions ███████ █████ related updates to master transaction file. | 4.6 | $ 1,014.30 |
| Barker, James | 3/13/2025 | Asset Recovery Investigation and Litigation | Case Administration | Call with A. Lomas, J. Lazarus, P. Parizek, I. Jones, Paul Hastings [L. Despins, D. Barron, L. Song] and NPM Law [P. Linsey] re: Rule 2004 discovery, ████████ ████████ travel. | 0.4 | $ 255.60 |
| Lomas, Adam | 3/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare list of identified ███████ █████ related document and transaction review; compose related email to Paul Hastings and NPM Law counsel teams. | 1.8 | $ 931.50 |
| Barker, James | 3/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email with A.Lomas re: | 4.0 | $ 2,556.00 |
| Parizek, Pam | 3/13/2025 | Asset Recovery Investigation and Litigation | Case Administration | Call with A. Lomas, J. Lazarus, J. Barker, I. Jones, Paul Hastings [L. Despins, D. Barron, L. Song] and NPM Law [P. Linsey] re: Rule 2004 discovery, ███████ █████ travel. | 0.4 | $ 284.80 |
| Lazarus, Jordan | 3/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with Kroll team re: possible ███████ and related matters. | 0.2 | $ 103.50 |
| Barker, James | 3/13/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Correspondence/email with I. Jones and P. Parizek re: ███████ | 0.3 | $ 191.70 |
| Lazarus, Jordan | 3/13/2025 | Asset Recovery Investigation and Litigation | Case Administration | Call with A. Lomas, J. Barker, P. Parizek, Paul Hastings [L. Despins, D. Barron, L. Song], and NPM Law [P. Linsey and K. Mitchell] re: | 0.4 | $ 207.00 |
| Lomas, Adam | 3/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting re: litigation updates, possible ███████████ and ████ travel, with: Paul Hastings [L. Despins, D. Barron, and L. Song]; NPM Law [P. Linsey and K. Mitchell]; and P. Parizek, J. Barker, and J. Lazarus. | 0.4 | $ 207.00 |
| Spier, Tre | 3/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of certain bank account transactions ███████ █████ related updates to master transaction file. | 7.1 | $ 1,565.55 |
| Parizek, Pam | 3/14/2025 | General Debtor Representation | Fee/Employment Applications | Review, revise February Fee Statement. | 0.5 | $ 356.00 |
| Parizek, Pam | 3/17/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Review update from I. Jones re: ██████ new entities of interest. | 0.1 | $ 71.20 |
| Spier, Tre | 3/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of document productions from █████ and ███████ related updates to inventory of Debtor-related bank accounts. | 1.9 | $ 418.95 |
| Lazarus, Jordan | 3/17/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Analysis of various bank statements ███████ | 0.4 | $ 207.00 |
| Barker, James | 3/17/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Review documents/case materials from ███████ | 1.2 | $ 766.80 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 3/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to T. Spier re: review of new bank document productions. | 0.2 | $ 103.50 |
| Lomas, Adam | 3/17/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Incorporate ███████ transactions transactions into master transaction file for review/analysis. | 0.5 | $ 258.75 |
| Parizek, Pam | 3/17/2025 | General Debtor Representation | Fee/Employment Applications | Review redactions to February Fee Statement, approve for filing. | 0.3 | $ 213.60 |
| Lomas, Adam | 3/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.4 | $ 207.00 |
| Levenson, Patrick | 3/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted ████ research; Targeted ████ Internal meeting to discuss findings and strategy. | 2.0 | $ 756.00 |
| Spier, Tre | 3/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████ account transactions; related updates to master transaction file. | 1.2 | $ 264.60 |
| Barker, James | 3/18/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Review documents/case materials from ████ | 0.6 | $ 383.40 |
| Spier, Tre | 3/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████ bank account transactions; related updates to master transaction file. | 1.5 | $ 330.75 |
| Lazarus, Jordan | 3/18/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Review correspondence re: ████ next steps, and related matters. | 0.1 | $ 51.75 |
| Parizek, Pam | 3/18/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Email exchange with Paul Hastings re: ████ travel, email exchange with I. Jones, J. Barker re: same. | 0.1 | $ 71.20 |
| Lomas, Adam | 3/18/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Update of schedules summarizing bank transaction activity for ████ compose related email to Paul Hastings [L. Song]. | 2.2 | $ 1,138.50 |
| Lazarus, Jordan | 3/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review correspondence from K. Mitchell re: account information request for ████ and related matters. | 0.2 | $ 103.50 |
| Levenson, Patrick | 3/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted ████ research; Targeted ████ Internal meeting to discuss findings and strategy. | 1.0 | $ 378.00 |
| Lomas, Adam | 3/18/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review of additional ████ related analysis of ████ account transactions; related updates to master transaction file. | 1.8 | $ 931.50 |
| Lomas, Adam | 3/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: known/suspected accounts held at ████ | 0.3 | $ 155.25 |
| Barker, James | 3/19/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email with L. Song re: ████ research. | 1.8 | $ 1,150.20 |
| Parizek, Pam | 3/19/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Review ████ re: ████ email exchange with J. Barker, I. Jones re: same. | 0.2 | $ 142.40 |
| Lomas, Adam | 3/19/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Updates to bank subpoena tracker; related document and transaction review. | 1.8 | $ 931.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Levenson, Patrick | 3/19/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted ███████ research; Targeted ██████████ Internal meeting to discuss findings and strategy. | 0.3 | $ 113.40 |
| Barker, James | 3/19/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Internal team meeting with P. Levenson re: ████████ investigation. | 0.4 | $ 255.60 |
| Parizek, Pam | 3/20/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Email exchange with Paul Hastings re: ███████ | 0.1 | $ 71.20 |
| Lomas, Adam | 3/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Telephone call with NPM Law [P. Linsey] re: █████████ identified bank account and transaction counts. | 0.1 | $ 51.75 |
| Lazarus, Jordan | 3/21/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review of ██████████ and related updates to financial analysis schedules. | 0.6 | $ 310.50 |
| Barker, James | 3/21/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Review documents/case materials from ███████ | 0.8 | $ 511.20 |
| Lomas, Adam | 3/21/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Revisions to schedules summarizing ██████████ activity ███████ related email correspondence with Paul Hastings [L. Song]; respond to related follow up inquiries from Paul Hastings [L. Song] | 1.3 | $ 672.75 |
| Lomas, Adam | 3/21/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Meeting with Paul Hastings [L. Song] re: edits to schedules summarizing ██████████ activity ██████ | 0.4 | $ 207.00 |
| Lomas, Adam | 3/22/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Respond to inquiry from Paul Hastings [L. Song] re: ████████ questions/comments re: ███████ accounts; related document and transaction review. | 1.4 | $ 724.50 |
| Lazarus, Jordan | 3/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compilation of transfers to ████████ and supporting documentation; correspondence with L. Song re: related matters. | 0.7 | $ 362.25 |
| Lomas, Adam | 3/24/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from Paul Hastings [L. Song] re: bank documents supporting transfers to ███████ subject to avoidance actions; related Relativity document review. | 1.7 | $ 879.75 |
| Lomas, Adam | 3/24/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Additional revisions to chart of ██████ ████████ bank account activity; compose related email to Paul Hastings [L. Song]. | 0.3 | $ 155.25 |
| Lomas, Adam | 3/25/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Updates to bank subpoena tracker; related document and transaction review and account reconciliation. | 3.8 | $ 1,966.50 |
| Levenson, Patrick | 3/25/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted ██████████████ | 1.0 | $ 378.00 |
| Lomas, Adam | 3/25/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Respond to inquiries from Paul Hastings [L. Song and N. Bassett] re: objections from opposing counsel on ████████ account activity chart. | 0.9 | $ 465.75 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Levenson, Patrick | 3/26/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted ███████████ ████████ | 1.0 | $ 378.00 |
| Lomas, Adam | 3/26/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Updates to bank subpoena tracker; related document and transaction review and account reconciliation; compose related email to NPM Law [K. Mitchell and P. Linsey]. | 4.2 | $ 2,173.50 |
| Lomas, Adam | 3/26/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 103.50 |
| Lomas, Adam | 3/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to Paul Hastings and NPM counsel teams re: weekly matter update in lieu of meeting [progress on bank subpoena tracker]. | 0.4 | $ 207.00 |
| Lomas, Adam | 3/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: questions with respect to ███████████ and ██████████ document productions; related Relativity document review. | 0.6 | $ 310.50 |
| Levenson, Patrick | 3/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted ████████████ ████████ | 2.3 | $ 869.40 |
| Barker, James | 3/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email with P. Parizek re: investigative updates. | 0.3 | $ 191.70 |
| Lomas, Adam | 3/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████████ bank account transactions; related updates to master transaction file. | 0.4 | $ 207.00 |
| Parizek, Pam | 3/27/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Review Rule 2004 subpoena tracker. | 0.3 | $ 213.60 |
| Levenson, Patrick | 3/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted ██████████ ████████ | 2.0 | $ 756.00 |
| Barker, James | 3/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email P.Levenson re: investigative updates. | 0.5 | $ 319.50 |
| Lomas, Adam | 3/31/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of ██████████ document production; related update of inventory of Debtor-related bank accounts; compose related email to NPM Law [K. Mitchell and P. Linsey] re: follow-up requests. | 1.3 | $ 672.75 |
| Lazarus, Jordan | 3/31/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with L. Song and A. Lomas re: financial analysis and related matters. | 0.2 | $ 103.50 |
| Lomas, Adam | 3/31/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from Paul Hastings [L. Song] re: ███████ ██████ ██████████ in schedule of transfers to | 0.3 | $ 155.25 |
| Lomas, Adam | 3/31/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review and analysis of ████████ ████ bank account transactions; related updates to master transaction file. | 0.5 | $ 258.75 |
| Lomas, Adam | 3/31/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of ██████ document production; related update of inventory of Debtor-related bank accounts. | 0.7 | $ 362.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 3/31/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from Paul Hastings [L. Song] re: transfers to ███████ ███████ related Relativity document review and research. | 0.9 | $              465.75 |
| **Total Hours and Amount:** | | | | | **128.3** | **$         60,831.75** |