# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| Debtor. | : | April 24, 2025 |

## MOTION FOR ADMISSION PRO HAC VICE OF
## ATTORNEY MICHAEL DORE

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1, Deborah L. Stein, a member of the Bar of this Court and a Partner of the law firm Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), respectfully moves that the Court admit Attorney Michael Dore *pro hac vice* on behalf of Brown Rudnick LLP ("Brown Rudnick") to represent it in the above captioned case and in support represents the following:

1. Attorney Michael Dore is a Partner of the law firm Gibson Dunn. The office address of Michael Dore is: 333 South Grand Avenue, Suite 4600, Los Angeles, CA 90071. Attorney Dore's telephone number is (213) 229-7652. His email address is mdore@gibsondunn.com.

2. Attorney Dore is a member in good standing of all states and jurisdictions set forth in his affidavit, attached as **Exhibit A**.

3. To the best of my knowledge and belief, Attorney Dore is a member in good standing of the courts listed in his affidavit and he has not been denied admission or disciplined

by this Court; no disciplinary proceedings are pending against him; and he has not been denied admission or disciplined by any other court.

4. Service of all papers directed to Gibson Dunn may be made upon the undersigned, pursuant to Rule 83.1(e) of the Local Rules of Civil Procedure.

5. The requisite fee of $200 has been submitted herewith.

WHEREFORE, the Court should grant this motion.

Gibson, Dunn & Crutcher LLP

By:  /s/ Deborah L. Stein
Deborah L. Stein (D. Conn. 22811)
Gibson, Dunn & Crutcher LLP
333 South Grand Ave., Suite 4600
Los Angeles, CA  90071-3197
Tel: (213) 229-7164
Fax: (213) 229-6164
DStein@gibsondunn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated:  April 24, 2025

/s/ Deborah L. Stein