# **Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor. | : | April 17, 2025 |
| | : | |

**DECLARATION OF MICHAEL DORE IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

I, Michael Dore, being over the age of eighteen years and believing in the sanctity of an oath, do hereby depose and say the following of which I have personal knowledge:

1. I submit this declaration in support of the motion for my admission as a visiting attorney as counsel on behalf of Brown Rudnick LLP ("Brown Rudnick"), an interested party in the above captioned matter. I am fully competent to testify as to the matters herein and have personal knowledge of the facts herein. All information in this declaration is true and correct to the best of my knowledge.

2. I am a Partner at the law firm Gibson, Dunn & Crutcher LLP. My office address is: 333 South Grand Avenue, Suite 4600, Los Angeles, CA 90071. My telephone number is 213-229-7652. My fax number is (213) 229-6652. My email address is mdore@gibsondunn.com.

3. Pursuant to Local Rule of the United States District Court for the District of Connecticut 83.1, I certify that I am eligible for admission to this Court, and am admitted to practice, currently practicing, and in good standing as a member of the Bar of the State of California (Bar No. 227442); the Bar of the District of Columbia (Bar No. 1722839); U.S. Court

of Appeals, Ninth Circuit; U.S. Court of Appeals, Fourth Circuit; U.S. District Court, Central District of California; U.S. District Court, Northern District of California; and U.S. District Court, Southern District of California.

4.  I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and I also certify that I am generally familiar with this Court's Local Rules and have reviewed the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the United States Bankruptcy Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

6.  I designate my sponsoring attorney, Deborah L. Stein (D. Conn. Bar No. 22811) as my agent for service of process at the following address: Deborah L. Stein; Gibson, Dunn & Crutcher LLP; 333 South Grand Ave., Suite 4600; Los Angeles, CA 90071-3197. I further designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under D. Conn. L. R. Civ. P. 83(d).

7. Simultaneously with the filing of the Motion, a check in the amount of $200.00 has been submitted to the Clerk of the Court in compliance with D. Conn. L. Civ. R. 83.1(d)(2).

8. I declare under penalty of perjury that the foregoing is true and accurate.

Subscribed and sworn this 24th day of April, 2025 at Los Angeles, California.

                                                                                    s/ Michael Dore
                                                                                    Michael Dore