IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor. | : | **NOTICE OF APPEARANCE** |
| | : | |

**PLEASE TAKE NOTICE**, that the undersigned is admitted to practice in this Court and appears in this case as counsel for Brown Rudnick LLP.

.

        Gibson, Dunn & Crutcher LLP

By:   /s/ Deborah L. Stein
       Deborah L. Stein (D. Conn. 22811)
       Gibson, Dunn & Crutcher LLP
       333 South Grand Ave., Suite 4600
       Los Angeles, CA  90071-3197
       Tel: (213) 229-7164
       Fax: (213) 229-6164
       DStein@gibsondunn.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: April 25, 2025

/s/ Deborah L. Stein