**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

***AMENDED PROPOSED ORDER* FOR MOTION FOR ADMISSION PRO HAC VICE
OF ATTORNEY MICHAEL DORE**

On this __ day of_____, 2025, came on for consideration the Motion for

Admission Pro Hac Vice (the "Motion"), filed by a member of the bar of this Court on behalf of

Michael Dore, Esq. The Court, having determined no reason for denying the application,

accordingly grants the relief requested in the Motion.

IT IS HEREBY ORDERED, that Michael Dore, Esq. is hereby admitted to practice in the

United States District Court for the District of Connecticut in connection with the above

referenced case,

IT IS FURTHER HEREBY ORDERED, that sponsoring attorney Deborah L. Stein, Esq.

(D. Conn. 22811) is excused from attendance in Court and participation in other proceedings

before the Court in this matter.