# United States Bankruptcy Court

## District of Connecticut

In re:  Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING AMENDED MOTION FOR ADMISSION OF VISITING ATTORNEY

On April 25, 2025, an Amended Motion for Admission of Attorney Michael Dore to appear as a Visiting Attorney to represent Brown Rudnick LLP was filed in the Debtor's Chapter 11 Case (the "Motion," ECF No. 4354) by Attorney Deborah L. Stein (the "Sponsoring Attorney"). In the Amended Motion, the Sponsoring Attorney requested to be excused from attendance in court. As the Amended Motion satisfies the requirements set forth in D. Conn. L. Civ. R. 83.1(e), as incorporated by D. Conn. L. Bankr. R. 1001-1(b) and 9083-3; it is hereby

**ORDERED:** Pursuant to D. Conn. L. Civ. R. 83.1(e), Attorney Michael Dore is hereby admitted *pro hac vice* to represent Brown Rudnick LLP in the Debtor's Chapter 11 Case; and it is further

**ORDERED:** The Sponsoring Attorney is excused from attendance in Court and participation in all other proceedings pursuant to D. Conn. L. Civ. R. 83.1(e)(2), but is not relieved of any other obligation of an appearing attorney.

Dated: April 28, 2025

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.