# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## REPLY IN SUPPORT OF MOTION OF THE SHERRY-NETHERLAND, INC. FOR AN ORDER DIRECTING DEBTOR GENEVER HOLDINGS LLC TO IDENTIFY A SOURCE OF FUNDING TO PAY MONTHLY POST-PETITION MAINTENANCE CHARGES

The Sherry-Netherland hereby submits this reply in support of the *Motion of the Sherry-Netherland, Inc. for an Order Directing Debtor Genever Holdings LLC to Identify a Source of Funding to Pay Monthly Post-Petition Maintenance Charges* [Docket No. 4310] (the "Motion"), and in response to the *Response of Genever Holdings LLC and Chapter 11 Trustee to Motion of the Sherry- Netherland, Inc. for an Order Directing Debtor Genever Holdings LLC to Identify a Source of Funding to Pay Monthly Post-Petition Maintenance Charges* [Docket No. 4348] (the "Response").[2] In further support of the Motion, the Sherry-Netherland respectfully states as follows:

1. In the Response, Genever (US) and the Trustee (the "Respondents") state that "*if* the Respondents determine to pay the monthly maintenance charges after the Security Deposit has been exhausted, such payments would be funded through borrowings under the existing DIP

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used herein have the meanings given them in the Motion.

facility, which currently has more than $500,000 in borrowing availability." Response ¶ 4 (emphasis added). Through the Motion, the Sherry-Netherland seeks an Order directing Genever (US) to "identify[] the source(s) of funding *from which it will* pay monthly post-petition maintenance charges asserted by the Sherry-Netherland as charges come due." Docket No. 4310-1 (emphasis added). The Sherry-Netherland also cited authority to support its position that "in the *unusual* case where a debtor-in-possession refuses to meet its obligations, this Court has the authority and the discretion to issue an order directing such compliance where necessary or appropriate to carry out the provisions of the Bankruptcy Code." Motion ¶ 37 (quoting *In re Taub*, 427 B.R. 208, 224 (Bankr. E.D.N.Y. 2010) (internal quotation marks omitted).

2.   The Trustee's refusal to commit to paying the monthly maintenance charges as they come due is the precise reason why the Sherry-Netherland filed the Motion in the first instance. Genever (US) has an obligation to satisfy its current obligations as they come due. Motion ¶ 37. It has the current ability to satisfy the monthly maintenance charges, at least in the short-term. *See* Response ¶ 4 (DIP facility "has more than $500,000 in borrowing availability"). Because Genever (US) is unwilling to commit to paying its current obligations as they come due, this Court should order Genever (US) to do so under the authority and discretion it possesses. The Sherry-Netherland respectfully submits that any other result will only lead to further litigation and distract from the ultimate goal of Genever (US)'s rehabilitative efforts, namely a value-maximizing sale of the Apartment.

3.   For all of the foregoing reasons and for the reasons stated in the Motion, the Sherry-Netherland respectfully requests that the Motion should be granted and that Genever (US) should be directed to identify a source of funding from which it will actually pay the monthly post-petition maintenance charges assessed by the Sherry-Netherland as the charges come due.

Dated:    April 28, 2025

       /s/ Taruna Garg
Taruna Garg (ct28652)
HARRIS BEACH MURTHA CULLINA PLLC
107 Elm Street
Stamford, CT 06902
Telephone:   (203) 653-5400
Facsimile:   (203) 653-5444
Email:          tgarg@harrisbeachmurtha.com

       -and-

Patrick N. Petrocelli*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone:   (212) 918-3000
Facsimile:    (212) 918-3134
Email:           patrick.petrocelli@hoganlovells.com

*Counsel for The Sherry Netherland, Inc.*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/ Taruna Garg
       Taruna Garg

3