UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
: (Jointly Administered)
Debtors. : 
: Re: ECF No. 4355
------------------------------------------------------------ x

**ORDER GRANTING
CHAPTER 11 TRUSTEE'S *EX PARTE* MOTION TO SET OBJECTION AND REPLY
DEADLINES, SCHEDULE HEARING, AND FOR RELATED RELIEF ON MOTION
FOR ENTRY OF ORDER REGARDING SERVICE PROCEDURES**

UPON CONSIDERATION OF the motion (the "Hearing Motion")[2] of Luc A. Despins, Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), filed pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 7(b) of the District of Connecticut Local Civil Rules (the "Local Civil Rules"), and section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"), requesting that the Court set objection and reply deadlines, schedule a hearing, and grant related relief, with respect to the Trustee's *Motion for Entry of Order Regarding Services Procedures* [Main Case ECF No. 4338] (the "Service Motion") filed in the Chapter 11

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined in this order shall adopt the definitions set forth in the Hearing Motion.

Case and certain Adversary Proceedings[3], and it appearing that cause exists for the relief requested in the Hearing Motion to enter, it is hereby:

1. **ORDERED**, that the Hearing Motion is GRANTED, as set forth herein; and it is further

2. **ORDERED**, the Trustee shall serve the Service Motion and this Order on Qiang Guo and shall attest to such service in a Certificate of Service (the "Certificate of Service"), which the Trustee shall file in the Chapter 11 Case and in the Adversary Proceedings; and it is further

3. **ORDERED**, that the deadline to file any response to the Service Motion shall be twenty-one (21) days from the Trustee's filing of the Certificate of Service; and it is further

4. **ORDERED**, that the deadline to file a reply to any response to the Service Motion shall be fourteen (14) days from the filing of any response; and it is further

5. **ORDERED**, that a hearing (the "Hearing") shall be scheduled to consider the relief requested in the Service Motion following the Trustee's filing of the Certificate of Service, which Hearing shall be held at least forty (40) days following such filing; and it is further

6. **ORDERED**, that the Trustee shall publish (a) the Service Motion; (b) this Order; (c) the Certificate of Service; (d) the deadline to file a response to this Motion; and (e) the date, time, and location of the Hearing, on a webpage accessible to the public at the following url: https://dm.epiq11.com/case/kwoktrustee/info/1 (the "Service Motion Webpage"); and it is further

---

[3] *See Despins v. Guo*, Adv. Proc. No. 25-05048 [Docket No. 6]; *Despins v. AA Global Ventures Limited*, et al., Adv. Proc. No. 24-05322 [Docket No. 16]; *Despins v. Bouillor Holdings Limited,* et al., Adv. Proc. No. 24-05311 [Docket No. 17]; *Despins v. RM Auctions Deutsch*land GMBH, et al., Adv. Proc. No. 24-05245 [Docket No. 28]; *Despins v. Guo*, Adv. Proc. No. 24-05238 [Docket No. 31]; *Despins v. Cirrus Design Corporation*, et al., Adv. Proc. No. 24-05225 [Docket No. 78]; *Despins v. Genever Holdings LLC*, Adv. Proc. No. 23-05002 [Docket No. 94]; *Despins v. Alfa Global Ventures Limited*, et al., Adv. Proc. No. 24-05318 [Docket No. 112]; *Despins v. Bravo Luck Limited*, et al., Adv. Proc. No. 22-05027 [Docket No. 133]; *Despins v. ACA Capital Group Ltd*, et al., Adv. Proc. No. 24-05249 [Docket No. 132]; *Despins v. Ngok*, et al., Adv. Proc. No. 24-05273 [Docket No. 148].

7.    **ORDERED**, for the avoidance of doubt, service of the Service Motion shall be accomplished by serving the version of the Service Motion filed in the Chapter 11 Case only, as well as this Order, which shall constitute sufficient service of the Service Motion as pertains to the Chapter 11 Case and the Adversary Proceedings.

Dated at Bridgeport, Connecticut this 1st day of May, 2025.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut