AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1. | NAME | Patrick R. Linsey |
| 2. | PHONE NUMBER | (203) 781-2847 |
| 3. | DATE | 4/29/2025 |
| 4. | DELIVERY ADDRESS OR EMAIL | plinsey@npmlaw.com |
| 5. | CITY | New Haven |
| 6. | STATE | CT |
| 7. | ZIP CODE | 06510 |
| 8. | CASE NUMBER | 22-50073 |
| 9. | JUDGE | Hon. Julie A. Manning |
| 10. | FROM | 4/29/2025 |
| 11. | TO | 4/29/2025 |
| 12. | CASE NAME | Ho Wan Kwok and Genever Holdings LLC |
| 13. | CITY | Bridgeport |
| 14. | STATE | CT |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Entire Hearing | 4/29/2025 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [x] | NO. OF COPIES 1 | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/Patrick R. Linsey

PROCESSED BY: Lorenzo M. Whitmore

19. DATE: 4/29/2025

PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY: Reliable

COURT ADDRESS:
915 Lafayette Blvd.
Bridgeport, CT 06825

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:  COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF CONNECTICUT**

**Honorable Julie A. Manning**

**Tuesday April 29, 2025**

---

01:00 PM  24-05322  Despins v. AA Global Ventured Limited et al

**Matter:** #8; Motion for Entry of Consented to Stipulated Judgment with Respect to Defendants HGA Property Operation LLC, Qin Li, and Feibo Jiang Filed by Douglass E. Barron on behalf of Luc A. Despins, Plaintiff

---

01:00 PM  22-50073  Ho Wan Kwok
Ch: 11

**Matter:** #4298; Motion to Approve Settlement Agreement with Brown Rudnick LLP Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

---

01:00 PM  22-50073  Ho Wan Kwok
Ch: 11

**Matter:** #4265; First Omnibus Motion to Approve Settlement Agreement Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

| 01:00 PM | 24-05007 | Despins v. Blueberry Builders, LLC |

**Matter:** #33; Motion to Approve Settlement Agreement Filed by Patrick R. Linsey on behalf of Despins, Luc A., Chapter 11 Trustee, Plaintiff

| 01:00 PM | 24-05034 | Despins v. Versace USA, Inc. |

**Matter:** #28; Motion to Approve Settlement Agreement Filed by Patrick R. Linsey on behalf of Luc A. Despins, Plaintiff

| 01:00 PM | 24-05194 | Despins v. McManimon, Scotland & Baumann, LLC |

**Matter:** #25; Motion to Approve Settlement Agreement Filed by Patrick R. Linsey on behalf of Despins, Luc A., Chapter 11 Trustee, Plaintiff

| 01:00 PM | 24-05213 | Despins v. Georgiou Payne Stewien LLP |

**Matter:** #20; Motion to Approve Settlement Agreement Filed by Patrick R. Linsey on behalf of Despins, Luc A., Chapter 11 Trustee, Plaintiff

| 01:00 PM | 24-05271 | Despins, Luc A., Chapter 11 Trustee v. Li et al |

**Matter:** #29; Motion to Approve Settlement Agreement Filed by Patrick R. Linsey on behalf of Despins, Luc A., Chapter 11 Trustee, Plaintiff

---

01:00 PM  22-50073 Ch: 11  Ho Wan Kwok

**Matter:** #4310; Motion for Order Directing Debtor Genever Holdings LLC to Identify a Source of Funding to Pay Post-Petition Maintenance Costs Filed by Taruna Garg on behalf of The Sherry-Netherland, Inc., Creditor

---

02:00 PM  24-05060  Despins v. Apple Inc. et al

**Matter:** #32; Motion to Dismiss Adversary Proceeding Filed by George Peter Angelich on behalf of Apple Inc., Defendant

---

02:00 PM  24-05060  Despins v. Apple Inc. et al

**Matter:** #70; Motion to Amend Complaint Filed by Patrick R. Linsey on behalf of Luc A. Despins, Plaintiff

---

02:00 PM  24-05117  Despins v. Meta Platforms Inc.

**Matter:** #18; Motion to Dismiss Adversary Proceeding Filed by George Peter Angelich on behalf of Meta Platforms Inc., Defendant

# Attorneys that Attended the April 29, 2025 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103

**Taruna Garg**
Harris Beach Murtha Cullina PLLC
107 Elm Street
Four Stamford Plaza
Suite 1101
Stamford, CT 06902

**Matthew Van Dusen**
Clausen Miller P.C.
28 Liberty St #3900
New York, NY 10005

**Michael Dore**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Suite 4600
Los Angeles, CA 90071

**Patrick N. Petrocelli**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

**Jin Yan**
ArentFox Schiff LLP
1717 K St. NW
Washington, DC 20006

**Kari A. Mitchell**
Neubert, Pepe & Monteith, P.C.
195 Church Street
13th Floor
New Haven, CT 06510