**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                        :     Chapter 11
                                              :
HO WAN KWOK, *et al.*,[1]                     :     Case No. 22-50073 (JAM)
                                              :
              Debtors.                        :     (Jointly Administered)
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - -x

**APPLICATION OF CHAPTER 11 TRUSTEE FOR**
**ENTRY OF ORDER TO SELL CERTAIN PERSONAL PROPERTY BY PUBLIC**
**AUCTION FREE AND CLEAR OF ALL LIENS CLAIMS AND INTERESTS**

Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee" and "Applicant")

of Ho Wan Kwok (the "Individual Debtor"), hereby files this application (the "Application")

requesting entry of an order, substantially in the form attached as **Exhibit A** hereto (the

"Proposed Order"), approving the sale by public auction to be conducted by The Hamilton

Group, LLC, as auctioneer ("Hamilton") of certain motor vehicles as more particularly

identified on **Exhibit B** attached hereto, free and clear of all liens, claims and interests. In

support of this Application, the Applicant respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## PRELIMINARY STATEMENT

1.      The Trustee has identified certain personal property that belongs to the Individual

Debtor's Estate, and which should be sold by public auction for the benefit of the Estate's creditors.

This property includes:

> i.  a 2021 Harley Davidson motorcycle with a VIN number of
>     1HD1TBH1XMB957197; and
>
> ii. a 2021 Harley Davidson motorcycle with a VIN number of
>     1HD1FBC10MB661233 (collectively, the "Motorcycles").

2.      The Motorcycles are currently stored at Hamilton's Clinton, Connecticut facility.

3.      By *Application of Chapter 11 Trustee and Genever Holdings, LLC For Entry of
Order to Sell Certain Personal Property by Public Auction Free and Clear of All Liens Claims and
Interests and approve form of Notice of Sale* dated April 8, 2025 [ECF No. 4301] (the "First
Application")[1], the Trustee, together with Genever Holdings, LLC ("Genever") sought approval of
the sale of certain personal property.  The Trustee incorporates the First Application herein as if
fully set forth.  The First Application is scheduled for hearing on May 13, 2025 (the "Hearing").

4.      Since the filing of the First Application, the Trustee has recovered and made ready
for auction two (2) additional motorcycles as described herein and seeks to include these
motorcycles in the public auction to be conducted by Hamilton pursuant to the First Application.
The Trustee shall, therefore, file simultaneously herewith a motion to expedite hearing on the
within Application seeking to have this Application heard at the Hearing.

5.      By this Application, in accordance with the Trustee's statutory duty to maximize
value for the Estate's creditors, the Trustee seeks entry of the Proposed Order, pursuant to Section
363(b) of the Bankruptcy Code, Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the First Application.

Procedure (the "Bankruptcy Rules") and Rules 6004-1 and 6005-1 of the District of Connecticut Local Rules of Bankruptcy Procedure (the "Local Bankruptcy Rules "), approving the sale of the Motorcycles by public online auction conducted by Hamilton, upon the terms set forth in the First Application (the "Auction"), free and clear of liens, claims and interests.

## JURISDICTION, VENUE, AND STATUTORY BASES

6.      The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended). This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

7.      Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

8.      The bases for the relief requested herein is § 363 of Title 11 of the United States Cost (the "Bankruptcy Code").

## BACKGROUND

9.      On February 15, 2022 (the "Petition Date"), the Individual Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

10.      On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in the Individual Debtor's chapter 11 case.

11.      On June 15, 2022, the Court entered a memorandum of decision and order [Main case Docket No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Individual Debtor's chapter 11 case. Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Chapter 11 Trustee [Main Case Docket No. 514].

12.     On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Chapter 11 Trustee in the Individual Debtor's chapter 11 case [Main Case Docket No. 523].

13.     The Trustee, working with Hamilton, has prepared the Motorcycles for auction and believes that including the Motorcycles in the online public auction referenced in the First Application would be the most cost efficient and most likely to maximize the value for the benefit of the estate.

14.     On January 31, 2025, the Applicants filed a Motion to Employ and Appoint Hamilton as auctioneer to market and sell the First Vehicle Group, the Genever US Property and other personal property [the "Retention Application" ECF No. 4021].    By Order dated February 27, 2025, [ECF No.  4180] Hamilton has been retained to provide auction services regarding the sale of motor vehicles, including the Motorcycles.[2]

## RELIEF REQUESTED

### A.  Approval of the Sale of the Motorcycles and Conduct of Auction

15.     Based upon their investigation and consultations with auction and as more fully set forth in the First Application, the Trustee has determined that a public auction of the Motorcycles with extensive advertising to expose the assets to the public market is the most likely method to maximize the value of the personal property for the benefit of the Estate.

16.     Hamilton estimates the value of the Motorcycles at $25,000.00. As noted in the First Application, Hamilton has obtained surety bonds in the aggregate amount of $150,000.00 in

---

[2] The Order Approving Retention Application approved Hamilton's retention to sell, inter alia, the First Vehicle Group identified in the Retention Application, as well as additional vehicles identified and recovered by the Applicants in the future.  The balance of the Retention Application, regarding the sale of other personal property, has been adjourned until the hearing on the First Application.

connection with the Auction and has provided or will provide the original bonds, and any

applicable riders, to the Office of the United States Trustee.

17.    The online only Auction will be conducted in the manner and upon the terms as set

forth in the First Application

18.     The Trustee shall notice the proposed Auction of the Motorcycles pursuant to the

form of Notice of Sale of Estate Property as set forth in the First Application

## BASIS FOR RELIEF

### A.  Sale Free and Clear of Liens, Claims and Interests

19.    Section 363(b) of the Bankruptcy Code authorizes the sale of assets other than in

the ordinary course of its business after notice and hearing. Additionally, Bankruptcy Rule 6004(f)

authorizes the sale of estate property outside the ordinary course of business by private sale or

public auction.

20.    Pursuant to section 363(f) of the Bankruptcy Code, a sale may be approved free and

clear of liens if (1) applicable non-bankruptcy law permits sale of such property free and clear of

such interest; (2) such entity consents (3) such interest is a lien and the price at which the property is

sold exceeds the aggregate value of the liens on such property; (4) a bona fide dispute exits or (5)

the entity could be compelled to accept monetary satisfaction of such interest.

21.    A lien search and search of title records has indicated that there are no liens or

encumbrances affecting the Motorcycles.

22.    For the foregoing reasons, the Trustee requests the approval of the sale of the

Motorcycles by public auction free and clear of liens, claims and encumbrances.

## **NOTICE**

23.     Notice of this Motion has been given to the United States Trustee, the Individual Debtor, the Committee, and, by electronic filing utilizing the Court's electronic filing ("CM/ECF") system, to all appearing parties who utilize the CM/ECF system.

WHEREFORE, the Applicant requests that the Court enter an Order, substantially in the form of the Proposed Order filed herewith, granting the Application, and such other relief as the Court deems just and proper.


Dated: May 5, 2025                         LUC A. DESPINS,
            New Haven, Connecticut         CHAPTER 11 TRUSTEE


                                           By: *Douglas S. Skalka*
                                                Douglas S. Skalka (ct00616)
                                                NEUBERT, PEPE & MONTEITH, P.C.
                                                195 Church Street, 13th Floor
                                                New Haven, Connecticut 06510
                                                (203) 781-2847
                                                dskalka@npmlaw.com
                                                *Counsel for Chapter 11 Trustee*


6

**<u>EXHIBIT A</u>**
**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                          :    Chapter 11
                                                :
HO WAN KWOK, *et al.*,[1]                       :    Case No. 22-50073 (JAM)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER APPROVING SALE OF CERTAIN PERSONAL PROPERTY BY PUBLIC
AUCTION FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS**

Upon the application (the "Application") of Luc A. Despins, in his capacity as the chapter

11 trustee (the "Trustee" or "Applicant") of Ho Wan Kwok (the "Debtor"), debtor in these above-

captioned jointly administered cases (the "Chapter 11 Cases" and/or "Estates"), requesting entry

of an order, (this "Order") approving the  sale by public auction of certain personal property as

more particularly identified on **Exhibit B** attached hereto (the "Motorcycles") free and clear of all

liens and encumbrances; and the Court having reviewed the Application and having considered

the statements of counsel before the Court at a hearing held on May 13, 2025 (the "Hearing"); and

the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§

157 and 1334;

---

The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul
Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho
Wan Kwok (solely for purposes of notices and communications).

8

(b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant to 28

U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Application having been

given; and no other or further notice being required; and the Court having determined that the

relief sought in the Application is in the best interest of the Applicant, its estate, creditors, and

all parties in interest, therefor;

IT IS HEREBY ORDERED THAT:

    1.    The Application is approved in all respects;

    2.    The Trustee is authorized to consummate the sale of the Motorcycles free and clear

of all liens, claims and interests pursuant to 11 U.S.C. Sections 363(b) by public auction to be

conducted by The Hamilton Group LLC on the terms and conditions set forth in the Application;

and

    3.    Notice of the sale shall be made pursuant to the terms of the Notice of Sale.

**<u>EXHIBIT B</u>**
**(Motorcycles)**

   i.  a 2021 Harley Davidson motorcycle with a VIN number of 1HD1TBH1XMB957197; and

  ii.  a 2021 Harley Davidson motorcycle with a VIN number of 1HD1FBC10MB661233 (collectively, the "<u>Motorcycles</u>").