**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                                          : Chapter 11
                                                                :
HO WAN KWOK, *et al.*,[1]                                       : Case No. 22-50073 (JAM)
                                                                :
         Debtors.                                            : (Jointly Administered)
                                                                :
---------------------------------------------------------------x

# MOTION OF CHAPTER 11 TRUSTEE TO EXPEDITE HEARING REGARDING APPLICATION OF CHAPTER 11 TRUSTEE FOR ORDER TO SELL CERTAIN PERSONAL PROPERTY BY PUBLIC AUCTION FREE AND CLEAR OF ALL LIENS CLAIMS AND INTERESTS

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), debtor in these above-captioned jointly administered cases (the "Chapter 11 Cases"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby files this motion (the "Motion") requesting entry of an order, substantially in the form attached as **Exhibit 1** hereto, to schedule an expedited hearing to consider and determine *Application of Chapter 11 Trustee for Order to Sell Certain Personal Property by Public Auction Free and Clear of all Liens Claims and*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Interests* (the "Sale Motion").[2] In support of this Motion, the Trustee respectfully states as follows:

## JURISDICTION, VENUE, AND STATUTORY BASIS

1.   The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut.

2.   Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.   The basis for the relief sought by this Motion is Rule 9006(c)(1) of Bankruptcy Rules.

## BACKGROUND

4.   Concurrently herewith, the Trustee filed the Sale Motion seeking entry of an order approving the sale of personal property by public auction free and clear of liens, claims and interests. Specifically, the Sale Motion seeks the sale of two (2) Harley Davidson motorcycles (the "Motorcycles").

5.   For additional background on the Sale Motion and this Motion, the Trustee refers to, and incorporates by reference, the procedural history and summary of facts sections in the *Application of Chapter 11 Trustee and Genever Holdings, LLC For Entry of Order to Sell Certain Personal Property by Public Auction Free and Clear of All Liens Claims and Interests and approve form of Notice of Sale* dated April 8, 2025 [ECF No. 4301] (the "First Application"). A hearing on the First Application is currently scheduled for May 13, 2025 (the "First App Hearing").

---

[2]   Capitalized terms used but not otherwise defined herein have the meanings set forth in the Sale Motion.

## RELIEF REQUESTED

6. By this Motion, the Trustee respectfully requests the Court schedule a hearing with respect to the Sale Motion to be held concurrently with the First App Hearing. Given the proposed expedited schedule, the Trustee proposes setting the response deadline to the Sale Motion at 5:00 p.m. EDT on May 9, 2025.

## BASIS FOR RELIEF REQUESTED

7. Pursuant to Bankruptcy Rule 9006(c)(1), the Court may reduce the notice period when requested by motion where cause is demonstrated. Cause exists to consider and determine the Sale Motion on an expedited basis.

8. As discussed in the Sale Motion, two additional motorcycles owned by the Debtor's estate have now been readied for sale. At the First App Hearing, the Trustee intends to seek approval of an online public auction of personal property, including other motorcycles and motor vehicles (the "Auction"), and a form of notice of sale (the "Notice of Sale"). The Hamilton Group, LLC has been retained as auctioneer to conduct the public online auction of motor vehicles, including the Motorcycles.

9. The Trustee believes that the sale of the Motorcycles in conjunction with the online public auction sale of the other motor vehicles and personal property included in the First Application will be the most efficient and cost-effective method to maximize value for the estate.

## NO PREVIOUS REQUEST

10. No previous request for the relief sought herein has been made by the Trustee to this or any other court.

[*Remainder of page intentionally left blank*]

WHEREFORE, for the foregoing reasons, Trustee requests that the Court enter an order granting the relief requested in this Motion and such other relief as is just and proper.

Dated: May 5, 2025  
      New Haven, Connecticut

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: *Douglas S. Skalka*  
Douglas S. Skalka (ct00616)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor.  
New Haven, Connecticut 06510  
(203) 821-2000  
dskalka@npmlaw.com

*Counsel for the Chapter 11 Trustee*

# **EXHIBIT 1**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------------------------- x
:
In re:                                                                    : Chapter 11
                                                                          :
HO WAN KWOK, *et al.*,[1]                                                 : Case No. 22-50073 (JAM)
                                                                          :
           Debtors.                                              : (Jointly Administered)
                                                                          :
------------------------------------------------------------------------- x

### [PROPOSED] ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE TO EXPEDITE HEARING REGARDING MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER TO SELL CERTAIN PERSONAL PROEPRTY BY PUBLIC AUCTION FREE AND CLEAR OF ALL LIENS CLAIMS AND INTERESTS

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Motion of Chapter 11 Trustee for Entry of an Order to Sell Certain Personal Property by Public Auction Free and Clear of All Liens Claims and Interests* [ECF No. ___] (the "Sale Motion")[2] and good cause appearing, it is hereby

ORDERED, that a hearing on the Sale Motion shall be held on **May 13, 2025 at 1 p.m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Sale Motion.

ORDERED, that the deadline to object to the Sale Motion shall be **May 9, 2025 at 5:00 p.m. EDT**; and it is further

ORDERED, that notice of this Order shall be served upon the United States Trustee, the Individual Debtor, the Committee, and, by electronic filing utilizing the Court's electronic filing ("CM/ECF") system, to all appearing parties who utilize the CM/ECF system.