UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------------- x
: 
In re:                                                                 : Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                              : Case No. 22-50073 (JAM)
:
:  (Jointly Administered)
Debtors.                                                               :
: Re: ECF No. 4380
---------------------------------------------------------------------- x

# ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE TO EXPEDITE HEARING REGARDING MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER TO SELL CERTAIN PERSONAL PROPERTY BY PUBLIC AUCTION FREE AND CLEAR OF ALL LIENS CLAIMS AND INTERESTS

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Motion of Chapter 11 Trustee for Entry of an Order to Sell Certain Personal Property by Public Auction Free and Clear of All Liens Claims and Interests* [ECF No. 4380] (the "Sale Motion")[2] and good cause appearing, it is hereby

ORDERED, that a hearing on the Sale Motion shall be held on **May 13, 2025 at 1 p.m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Sale Motion.

ORDERED, that the deadline to object to the Sale Motion shall be **May 9, 2025 at 5:00 p.m. EDT**; and it is further

ORDERED, that notice of this Order shall be served upon the United States Trustee, the Individual Debtor, the Committee, and, by electronic filing utilizing the Court's electronic filing ("CM/ECF") system, to all appearing parties who utilize the CM/ECF system.

Dated at Bridgeport, Connecticut this 5th day of May, 2025.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut