**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------x
                                                   :
In re:                                             :    Chapter 11
                                                   :
HO WAN KWOK, *et al.*,[1]                          :    Case No. 22-50073 (JAM)
                                                   :
               Debtors.                            :    (Jointly Administered)
                                                   :
---------------------------------------------------x

**CERTIFICATION OF SERVICE**

The undersigned hereby certified that on May 5, 2025, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case (the Chapter 11 Case") of Ho Wan Kwok (the "Individual Debtor") electronically filed the *Application of Chapter 11 Trustee for Entry of Order to Sell Certain Personal Property by Public Auction Free and Clear of All Liens Claims and Interests* (Docket No.4379) and the *Motion of Chapter 11 Trustee to Expedite Hearing Regarding Application of Chapter 11 Trustee for Order to Sell Certain Personal Property by Public Auction Free and Clear of All Liens, Claims and Interests* (Docket No. 4380) in the Chapter 11 Case, using the Court's case management/electronic case file system.

On May 5, 2025, the Court entered a *Notice of Hearing* (ECF 4381) and the *Notice of Hearing* was sent by e-mail to all appearing parties including the Individual Debtor, the United States Trustee and the Official Committee of Unsecured Creditors by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: May 6, 2025          LUC A. DESPINS,
      New Haven, Connecticut    CHAPTER 11 TRUSTEE


By: *Douglas S. Skalka*
    Douglas S. Skalka (ct00616)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com

    *Counsel for Luc A. Despins,*
    *Chapter 11 Trustee*