**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                     :

In re:                           :    Chapter 11
                                 :

HO WAN KWOK, *et al.*,        :    Case No. 22-50073 (JAM)
                                 :

        Debtors.[1]         :    Jointly Administered
                                 :
-------------------------------------------------------x

**APPLICATION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327 AND 330, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING AND APPROVING RETENTION AND EMPLOYMENT OF <u>MARXER & PARTNER RECHTSANWÄLTE AS LIECHTENSTEIN LAW COUNSEL</u>**

Mr. Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "<u>Chapter 11 Trustee</u>") appointed in the above-captioned chapter 11 case (the "<u>Chapter 11 Case</u>") of Ho Wan Kwok (the "<u>Debtor</u>"), pursuant to sections 327 and 330 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Procedure (the "<u>Local Bankruptcy Rules</u>") for the United States Bankruptcy Court for the District of Connecticut (the "<u>Court</u>"), files this application (the "<u>Application</u>") requesting entry of an order, substantially in the form attached hereto as **<u>Exhibit A</u>** (the "<u>Proposed Order</u>") approving the Chapter 11 Trustee's employment of Marxer & Partner Rechtsanwälte ("<u>Marxer</u>") as Liechtenstein law counsel, effective as of March 26, 2025, on the terms set forth in the

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

engagement letter attached hereto as **Exhibit B** (the "Engagement Letter").  In support of this Application, the Chapter 11 Trustee submits the *Declaration of Jochen Schreiber in Support of Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327 and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Marxer & Partner Rechtsanwälte as Liechtenstein Law Counsel* (the "Schreiber Declaration"), attached as **Exhibit C**, which is incorporated herein by reference.  In further support of this Application, the Chapter 11 Trustee respectfully states as follows:

### RELIEF REQUESTED

1.      In the course of the Trustee's investigation in Switzerland (including as to assets nominally owned by his son), the Trustee has learned that certain assets may also be located in Liechtenstein.[2]  The Trustee seeks to retain a Liechtenstein law firm to further investigate these matters and to potentially seek relief in Liechtenstein court in this regard.  The Chapter 11 Trustee selected Marxer as his counsel based on Marxer's familiarity with financial investigations and litigation in Lichtenstein.

2.      By this Application, the Chapter 11 Trustee seeks entry of the Proposed Order, authorizing and approving the retention and employment of Marxer as the Chapter 11 Trustee's Liechtenstein law counsel, effective as of March 26, 2025, on the terms set forth in the Engagement Letter.

---

[2]    In the interest of maintain confidentiality regarding the ongoing investigation and litigation efforts, the Trustee will not disclose further details regarding the assets at issue.

## JURISDICTION, VENUE, AND STATUTORY BASES

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

4.      Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      The statutory bases for the relief requested herein are sections 327(a) and 330 of the Bankruptcy Code, and, to the extent applicable, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1.

## BACKGROUND

6.      On February 15, 2022 (the "Petition Date"), the Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

7.      On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in the Debtor's Chapter 11 Case.

8.      On June 15, 2022, the Court entered a memorandum of decision and order [Docket No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Chapter 11 Case.  Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Chapter 11 Trustee [Docket No. 514].

9.      On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Chapter 11 Trustee in the Chapter 11 Case [Docket No. 523].

## MARXER'S QUALIFICATIONS

10.      Marxer is a law firm located Heiligkreuz 6, 9490 Vaduz, Liechtenstein.  Marxer is a well-regarded Liechtenstein law firm which practices in a range of commercial and business

law areas.  The firm currently employs approximately 30 lawyers, who are assisted by paralegals and support staff.

11.     Marxer has expertise in practice areas including corporate law, insolvency, as well as complex commercial litigation and arbitration.  Marxer's broad law practices span a range of legal services in Liechtenstein.

## ANTICIPATED SERVICES

12.     The Chapter 11 Trustee anticipates that Marxer will assist him with his efforts to investigate and potentially seize assets in Liechtenstein.  Due to the specialized nature of Marxer role as Liechtenstein law counsel, there will be no duplication of services arising from Marxer's retention.

## COMPENSATION OF MARXER

13.     Marxer intends to apply to the Court for compensation for professional services rendered and for reimbursement of expenses incurred in connection with this Chapter 11 Case pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and any other applicable rules and orders with respect to this Chapter 11 Case, including the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (as such order may be amended, the "Interim Compensation Order").

14.     Marxer will charge the Debtor for its legal services on an hourly basis at its regularly applicable hourly rates in connection with the services required in connection with the Trustee's investigations.

15.     At present, the 2025 hourly rates of Marxer are between CHF 450 and CHF 625 for associates (which, at current exchange rates, converts into approximately $525 to $730) and

4

CHF 700 for partners (which, at current exchange rates, converts into approximately $815). Marxer will also charge a flat fee for internal administrative expense equal to 2% of the total hourly fees charged.[3]  Notwithstanding the foregoing, Marxer will bill separately for expenses with respect to services provided by third party vendors, including local process servers, court and other registration fees, local investigators, travel expenses, and courier fees, will be charged separately.

16.    Marxer has requested, and the Chapter 11 Trustee hereby seeks authorization, that Marxer be allowed to invoice its fees and expenses in Swiss Francs (CHF) and to have such fees and expenses paid in Swiss Francs (CHF), subject to the terms of the Interim Compensation Order.

17.    The Debtor submits that Marxer's hourly rates are reasonable, comparable to Marxer's hourly rates for other engagements, and within the range of rates charged by comparably skilled professionals who offer the same services.

18.    While all matters related to the payment and allowance of Marxer's fees and expenses will be determined by the Bankruptcy Court, as detailed in the Engagement Letter, disputes arising from or in connection with, the Engagement Letter will be resolved by the courts of Liechtenstein pursuant to Liechtenstein substantive law under exclusion of provisions of International Private Law.

## MARXER IS DISINTERESTED

19.    To the best of the Chapter 11 Trustee's knowledge in reliance upon the Schreiber Declaration, and except as disclosed therein, Marxer does not have any relationships with the

---

[3]    Marxer does not maintain internal processes that would allow it to track its administrative expenses, such as photocopying, printing, etc.

Debtor, its creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

20.     More specifically, upon the basis of the Schreiber Declaration, and except as disclosed therein, the Chapter 11 Trustee believes that: (a) Marxer has no connection with the Debtor, his creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any other party with an actual or potential interest in the Debtor or his respective attorneys or accountants; and (b) Marxer and its employees (i) are not a creditors, equity security holders, or insiders of the Debtor or his affiliates, (ii) have not been, within two years before the Petition Date, a director, officer, or employee of the Debtor or his affiliates, and (iii) has not had any interest materially adverse to the interests of the Debtor's estate or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.  Therefore, the Chapter 11 Trustee believes that Marxer is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b).

21.     Based on the Schreiber Declaration, the Chapter 11 Trustee believes that Marxer does not represent any adverse interest to unsecured creditors in connection with the Chapter 11 Case.

## BASIS FOR RELIEF REQUESTED

22.     The Chapter 11 Trustee requests to retain and employ Marxer as his Liechtenstein counsel pursuant to section 327(a) of the Bankruptcy Code, which provides that a trustee, subject to the approval of the Court, may employ professional persons "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."

23.     Bankruptcy Rule 2014(a) provides that an application for retention include:

> specific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee.

24.     The Chapter 11 Trustee requires the services of counsel in Liechtenstein to exercise his responsibilities.  Marxer will endeavor to avoid the duplication of efforts and provide services as efficiently as possible.

25.     Accordingly, the employment of Marxer as the Chapter 11 Trustee's Liechtenstein counsel, upon the terms set forth herein and in the Proposed Order, is reasonable and in the best interest of the Debtor's estate.

26.     The Chapter 11 Trustee submits that Marxer's rates are reasonable, comparable to rates for other engagements, and within the range of rates charged by comparably skilled professionals who offer the same services.

27.     Local Bankruptcy Rule 2014-1 provides that if "an application to employ a professional is filed within thirty (30) days after the commencement of services provided by that professional, the application shall be deemed contemporaneously filed unless the Court orders otherwise."  Accordingly, the Chapter 11 Trustee requests authority to retain and employ Marxer effective as of March 26, 2025, which was the date that Marxer began providing services to the Chapter 11 Trustee.[4]

---

[4]     While March 26, 2025 is 41 days prior to the filing of this Application, the Trustee requests that the Court approve the retention as of such date.

## **NOTICE**

28.    Notice of this Application has been given to the United States Trustee, the Debtor,

the Committee, and, by electronic filing utilizing the Court's electronic filing ("CM/ECF")

system, to all appearing parties who utilize the CM/ECF system.

## **NO PRIOR REQUEST**

29.    No previous application for the relief requested herein has been made to this or any

other Court.

[*Remainder of page intentionally left blank.*]

## CONCLUSION

WHEREFORE, for the foregoing reasons, Luc A. Despins, the Chapter 11 Trustee, requests that the Court enter an Order, substantially in the form of the Proposed Order filed herewith, granting the Application, and authorizing the Chapter 11 Trustee's employment of Marxer as Liechtenstein law counsel, and order such other and further relief as the Court deems just and proper.

Dated:   May 6, 2025

Chapter 11 Trustee in Chapter 11 Case of Ho Wan Kwok

*/s/ Luc A. Despins*
Luc A. Despins

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
                                                      :
In re:                                                :    Chapter 11
                                                      :
HO WAN KWOK, *et al.*,                                :    Case No. 22-50073 (JAM)
                                                      :
           Debtors.[5]                                :    Jointly Administered
                                                      :
------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the date hereof, the foregoing Motion was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system.  Parties may access this filing through the Court's CM/ECF system.

Dated:     May 6, 2025
           New York, New York

                                   By: */s/ G. Alexander Bongartz*
                                        G. Alexander Bongartz (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 318-6000
                                        alexbongartz@paulhastings.com

                                        *Counsel for the Chapter 11 Trustee*

---

[5]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

```
-------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
HO WAN KWOK, et al.,                          :    Case No. 22-50073 (JAM)
                                              :
            Debtors.¹                         :    Jointly Administered
                                              :
-------------------------------------------------------x
```

**[PROPOSED] ORDER (A) GRANTING APPLICATION OF CHAPTER 11 TRUSTEE
FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327 AND
330, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL BANKRUPTCY RULES
2014-1 AND 2016-1, AUTHORIZING AND APPROVING RETENTION AND
EMPLOYMENT OF MARXER & PARTNER RECHTSANWÄLTE AS
LIECHTENSTEIN LAW COUNSEL**

Upon the application (the "Application")² of Chapter 11 Trustee Luc A. Despins (the

"Chapter 11 Trustee") in the above-captioned chapter 11 case (the "Chapter 11 Case"), for

authority to retain and employ Marxer & Partner Rechtsanwälte ("Marxer"), as Liechtenstein law

counsel, effective as of March 26, 2025, pursuant to sections 327 and 330 of title 11 of the

United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and  Rules 2014-1 and 2016-1 of the Local

Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of

Connecticut (the "Local Bankruptcy Rules"), all as more fully set forth in the Application; and

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
       Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
       Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
       mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
       LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
       (solely for purposes of notices and communications).

[2]    Capitalized terms used but not otherwise defined have the meanings set forth in the Application or the Schreiber
       Declaration

upon consideration of the Application and the Schreiber Declaration; and this Court having

jurisdiction to consider the Application and the relief requested therein in accordance with 28

U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District

Court for the District of Connecticut; and consideration of the Application and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that

(i) the relief requested in the Application is in the best interest of the Debtor's estate, its

creditors, and all parties-in-interest, (ii) the legal and factual bases set forth in the Application

and the Schreiber Declaration, and the record of any hearing on the Application before this Court

establish just cause for the relief granted herein, (iii) Marxer is a "disinterested person," as

defined in section 101(14) of the Bankruptcy Code, and (iv) Marxer does not hold or represent

an interest adverse to the Debtor's estate; and due and sufficient notice of the Application having

been given under the particular circumstances; and it appearing that no other or further notice

need be given; and upon all of the proceedings had before this Court including a hearing held on

_____ 2025; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED THAT:

1.      The Application is granted as set forth herein.

2.      The Chapter 11 Trustee is authorized to retain and employ Marxer as his

Liechtenstein law counsel pursuant to sections 327(a) and 330 of the Bankruptcy Code, effective

as of March 26, 2025 on the terms set forth in the Application and the Schreiber Declaration.

3.      Marxer is authorized to act as the Chapter 11 Trustee's Liechtenstein law counsel,

and to perform those services described in the Application.

2

4.     The Estate shall be responsible for Marxer's compensation and reimbursement of expenses with respect to the engagement.

5.     The allowance of any compensation to be paid to Marxer shall be determined in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.  Any disputes regarding compensation shall be determined solely by this Court.

6.     Allowance of any compensation for Marxer shall be limited to the extent of services actually performed as counsel for the Chapter 11 Trustee Luc A. Despins, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a chapter 11 trustee without the assistance of counsel.  Marxer shall also be entitled to (a) a flat fee for disbursements in an amount equal to 2% of total fees charged and (b) reimbursement of reasonable and documented expenses with respect to services provided by third party vendors, including local process servers, court and other registration fees, local investigators, travel expenses, and courier fees (if any).

7.     Marxer is authorized to invoice its fees and expenses in Swiss Francs (CHF) and to have such fees and expenses paid in Swiss Francs (CHF), subject to the terms of the Interim Compensation Order. The payment in Swiss Francs (CHF) shall be converted from US Dollars into Swiss Francs (CHF) at the exchange rate prevailing on the date of payment.

8.     For the avoidance of doubt, all matters related to the payment and allowance of Marxer's fees and expenses shall be decided by the Bankruptcy Court in accordance with the Bankruptcy Code.  All other disputes that may arise out of the Chapter 11 Trustee's engagement are to be governed by Liechtenstein substantive law, under exclusion of provisions of

International Private Law, and to be determined in accordance with section 11 of the General Terms and Conditions to Marxer's Engagement Letter.

9.      Marxer shall provide no less than ten business days' notice to the Chapter 11 Trustee, the United States Trustee, and counsel to any official committee before any increases in the rates it charges are implemented and shall file such notice with the Court.

10.      The Chapter 11 Trustee is authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

11.      The requirements of the Local Bankruptcy Rules are satisfied by the contents of the Application.

12.      To the extent the Application, the Schreiber Declaration, and the Engagement Letter are inconsistent with this Order, the terms of this Order shall govern.

13.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

14.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit B

**Engagement Letter**

MARXER & PARTNER

RECHTSANWÄLTE

**VIA E-MAIL**

Luc A. Despins,
solely in his capacity as the chapter 11 trustee
for the estate of Ho Wan Kwok
c/o Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Vaduz, 17 April 2025

**Engagement Letter**

Dear Client,

We thank you, Luc A. Despins in your capacity as the chapter 11 trustee for the estate of Ho Wan Kwok (the "**Client**"), for engaging our firm. As agreed, we provide you below with our terms of engagement.

This letter and our General Terms of Business, which are attached hereto, are intended to set out the basis on which we will act on your behalf and will govern the arrangements between us.

In the event of any inconsistency between our General Terms of Business and this letter, the terms of this letter shall prevail.

Partner:
Dr. Johannes Michael Burger
Dr. Robert Schneider (†)
Dr. Michael Grabher, LL.M.
Dr. Michael Oberhuber, LL.M.
Dr. Stefan Wenaweser, LL.M.
Dr. Markus Summer, LL.M., MBA
Dr. Armin Dobler, LL.M.
Dr. Mario A. König, LL.M.
Mag. Jochen Schreiber
Dr. Florian Marxer, LL.M.
Dr. Daniel Damjanovic, LL.M.
Dr. Hasan Inetas, LL.M.
Mag. Sonja Schwaighofer, LL.M.
Mag. Franziska Goop-Monauni, LL.M.
Dr. Christian Ritzberger, M.A. HSG

Konsulent:
lic. iur. Jesús Cortés, M.B.L.-HSG

Juristische Mitarbeiter:
Laura Negele-Vogt, MLaw
Mag. Martin Pardeller
Dr. Thomas Feurstein
lic. iur. Dieter Roth, CAS
Dr. Edgar Seipelt, M.Sc.
Dr. Maximilian Dejaco
Mag. Rudolf Kitz, LL.M.
Dr. Sascha Brunner
Mag. Robert Ofensberger
Mag. Florian Zerz
Katharina Hasler, MLaw
Mag. Antonia Wittwer-Tschohl
Dr. Dominique Seger, LL.M.
Dr. Julia Köpf
Dr. Michael Pierzl, BSc LL.B.
Mag. Felix Vogt
Dr. Lukas Burger
Mag. Fabio Chesani

Of Counsel:
Dr. Peter Goop
Dr. Peter Marxer, LL.M.
Dr. Herbert Oberhuber

MARXER & PARTNER
RECHTSANWÄLTE

## 1. Purpose of this Letter

This letter sets out the terms of our engagement for this matter and incorporates our General Terms of Business.

## 2. Scope of Engagement

You have been appointed as the Chapter 11 trustee (the "**Chapter 11 Trustee**") for the estate of the principal debtor, Ho Wan Kwok (alias "Wengui Guo" alias "Miles Guo") (the "**Debtor**"). In your capacity as the Chapter 11 Trustee, 

To secure possible assets located in Liechtenstein ▮▮▮▮▮▮. In addition, the Trustee may discover other assets located in Liechtenstein which the Trustee may seek to recover for the benefit of the Debtor's creditors. For these reasons and purpose, you wish us to render legal advice and court representation as far as Liechtenstein law and Liechtenstein courts are concerned.

We will assist you, as set out below:

MARXER & PARTNER
RECHTSANWÄLTE

### 2.1    Preparation and filing of a seizure application

We will review the facts and evidence available and prepare and submit 

We will further review and advise whether ███ ███████ ██ ███████ █ ███████ ███████
████████████████████████████████████████████████.

### 2.2    Justification proceedings

We will prepare and file ████ ██ ██████ ██ ███████ ██████████ ████ █
███████████ █████.

### 2.3    Other proceedings

We will prepare and file other actions related to potential other assets located in Liechtenstein owned by the Debtor ████████████████████████████████████████.

### 2.4    Related advice

We will render advice according to your instructions related to the above.

## 3.  Conflict Clearance

On the basis of the facts known to us we have run a conflict-of-interest check and confirm that there is at present, to our knowledge, no conflict of interest. Should such conflict of interest arise at a later stage, or should such conflict become apparent in the course of our relationship because of facts not properly foreseeable at this point in time, we shall consult with you in order to find a mutually and ethically acceptable solution.

## 4.  Responsibility for our Engagement

Your primary contact for this matter will be Mag. Jochen Schreiber, partner of our firm and head of the litigation team. He will be supported by Dr. Edgar Seipelt, as well as other lawyers of appropriate seniority.

## 5. Fees, Disbursements

Based on the scope of engagement and the assumptions listed above, any work will be charged at the following hourly rates:

| Partner | CHF 700 |
|---|---|
| Senior Associates | CHF 625 |
| Mid-Level Associates | CHF 550 |
| Junior Associates | CHF 450 |
| Trainees, Paralegals | CHF 250 |

The hourly rates include secretaries' work.

Ordinary minor and ongoing internal administrative expenses, e.g. for communication, our files, insurance etc., will be covered by a flat 2 % surcharge. Other reasonable and documented expenses with respect to services provided by third party vendors, including local process servers, court and other registration fees, local investigators, travel expenses, and courier fees, will be charged separately.

Our fees are generally subject to Liechtenstein value-added tax at a rate of currently 8.1%. Value-added tax does, however, not apply when invoicing to a jurisdiction outside of Liechtenstein or Switzerland.

Once we know the details of the submissions, particularly the value in dispute, we will advise on the possibility to agree on alternative fees based on the Liechtenstein legal tariff. Any costs awards issued by the courts in your favour will be calculated pursuant to this tariff.

## 6. Bankruptcy Matters

Our firm's engagement is subject to the approval thereof by the Bankruptcy Court.

Notwithstanding anything herein or the Terms of Business to the contrary, (a) payment of any fees and expenses in connection with this engagement shall be made in such

MARXER & PARTNER
RECHTSANWÄLTE

amounts as may be allowed by the Bankruptcy Court on proper applications in accordance with the procedures set forth in section 330 and 331 of Title 11 of the United States Code (the "**Bankruptcy Code**") and the procedures established by the Bankruptcy Court, (b) time spent travelling shall be charged at 50% of the prevailing hourly rates, and (c) all matters related to the payment and allowance of fees and expenses in connection with this engagement, including any disputes regarding compensation, shall be decided by the Bankruptcy Court. There shall be no retainer or advancement of fees or expenses in connection with this engagement.

Notwithstanding anything in Section 7 of the Terms of Business to the contrary, our liability for any damages caused in connection with our services provided is limited to the amount of CHF 5,000,000 (in words: five million Swiss francs).

For the avoidance of doubt, neither Mr. Despins, in his personal capacity, nor Paul Hastings LLP shall be liable for compensation for services rendered or reimbursement of expenses.

Notwithstanding anything herein (including the Terms of Business) to the contrary, the Firm agrees not to take on engagements that would render it no longer disinterested under section 327(e) of the Bankruptcy Code.

## 7. Terms of Business and Power of Attorney

The attached Terms of Business form an integral part of this engagement letter.

Furthermore, please find enclosed hereto our standard power of attorney which shall be signed by the Client which will authorize us to act on behalf of the Client before court.

We hope to have comprehensively set out the terms of engagement. Your continued instructions constitute acceptance of these terms, but it would help our records if you would kindly date, initial (each page), sign and return the attached copy of this letter.

MARXER & PARTNER
RECHTSANWÄLTE

Should you have any further questions, please do not hesitate to contact us.

We thank you for your trust in us and are looking forward to a successful cooperation.

Yours sincerely
Marxer & Partner Attorneys-at-Law

_____

Mag. Jochen Schreiber

We hereby agree to the terms of the letter set out above:

Place: _____    Date: *April 17, 2025*

**Luc A. Despins, solely in his capacity as the chapter 11 trustee for the estate of Ho Wan Kwok**

_____

signature

## Exhibit C

**Schreiber Declaration**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

```
------------------------------------------------------x
                                      :
In re:                                :    Chapter 11
                                      :
HO WAN KWOK, et al.,                  :    Case No. 22-50073 (JAM)
                                      :
              Debtors.¹               :    Jointly Administered
                                      :
------------------------------------------------------x
```

**DECLARATION OF JOCHEN SCHREIBER IN SUPPORT OF APPLICATION OF
CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY
CODE SECTIONS 327 AND 330, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL
BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING AND APPROVING
RETENTION AND EMPLOYMENT OF
MARXER & PARTNER RECHTSANWÄLTE AS LIECHTENSTEIN LAW COUNSEL**

I, Jochen Schreiber, being duly sworn, do depose and say:

        1.        I am a qualified lawyer under Liechtenstein law and enrolled before the

Liechtenstein bar as a licensed attorney.  I am a Partner at Marxer & Partner Rechtsanwälte

("Marxer"), which is a law firm that maintains its office at Heiligkreuz 6, 9490 Vaduz,

Liechtenstein, and I make this declaration (the "Declaration") in support of the *Application of

Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327 and 330,

Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing

and Approving Retention and Employment of Marxer & Partner Rechtsanwälte as Liechtenstein*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) Genever Holdings
LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing
address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200
Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for
purposes of notices and communications).

*Law Counsel* (the "Application")[2] in connection with Marxer's retention as Liechtenstein law counsel, and related matters (the "Engagement").

2.     In relation to the Engagement, Marxer's professional client is the estate (the "Estate") of Ho Wan Kwok (the "Debtor") in his above-captioned chapter 11 case (the "Chapter 11 Case").  In relation to the Engagement, Marxer will seek to recover Marxer's fees from the Estate, and I will file fee applications in the Chapter 11 Case on Marxer's behalf.

3.     I attended the University of Salzburg where I received my degree in law in 1997. I passed the bar exam in Austria in 2003 and in Liechtenstein in 2006.  I was made a Partner at Marxer in 2009.  Additionally, since August 2024 I am heading the litigation team.  My experience encompasses, among other things, corporate matters, insolvency, as well as complex commercial litigation and arbitration, including a wide experience in enforcement of securities.

4.     Marxer will file applications for compensation of professional services rendered and for reimbursement of expenses incurred in connection with the Engagement pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and any other applicable rules and orders with respect to this Chapter 11 Case.

5.     Marxer will charge our hourly billing rates in connection with the Engagement. At present, the the 2025 hourly rate of Marxer are between CHF 450 and CHF 625 for associates (which, at current exchange rates, converts into approximately $525 to $730) and CHF 700 for partners (which, at current exchange rates, converts into approximately $815).  Marxer will also charge a flat fee for disbursements made on behalf of the Trustee, which flat fee amounts will be equal to 3% of the total fees charged.  As is the practice for most Liechtenstein law firms, Marxer does not have internal processes in place for tracking administrative expenses made on

---

[2]    Capitalized terms used but not otherwise defined have the meanings set forth in the Application.

behalf of the Trustee, such as photocopying, postage, and package deliveries. Therefore, Marxer will instead charge a flat fee for disbursements, which flat fee will be equal to 3% of the total fees charged in connection with its legal services. Marxer will also bill separately certain other expenses made on behalf of the Trustee, including courier fees.

6. To the best of my knowledge and belief after due inquiry, Marxer is a "disinterested person" within the meaning of section 101(14) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in that Marxer and its employees:

 a. are not creditors, equity security holders, or insiders of the Debtor;

 b. are not, and were not within two years before the date of filing of the Debtor's petition, directors, officers, or employees of the Debtor; and

 c. do not have an interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

7. I attach to this Declaration, as <u>Schedule 1</u>, a consolidated list of parties in interest in connection with the Chapter 11 Case (the "<u>Interested Parties</u>") that has been produced by Paul Hastings and provided to Marxer before my signing this Declaration that I am informed includes:

 a. parties listed as creditors, executory contract counterparties, and co-debtors on the Debtor's Schedules D, F, G, and H [Docket No. 78];

 b. parties listed on the Debtor's Statement of Financial Affairs ("<u>SOFA</u>") [Docket No. 77], including (i) as recipients of payments within 90 days prior to the filing of the Chapter 11 Case (SOFA Part 3, Question 6); (ii) parties involved in litigation in which the Debtor is a party (SOFA Part 4,

Docusign Envelope ID: 19E297C6-3EB6-451B-8D58-7C89871-3DF83

Question 9); and businesses owned by the Debtor (SOFA Part 11,

Question 27).

c.    parties and counsel filing notice of appearances in the Chapter 11 Case;

d.    the Court and personnel of the office of the United States Trustee; and

e.    other parties in interest that I have become aware of as a result of the

Chapter 11 Trustee's ongoing investigation of the Debtor's assets.

8.    Marxer has conducted reasonable checks of the Interested Parties against our records and data, and has determined that to the best of our knowledge and belief, Marxer does not have any relationship or connection with the Interested Parties, subject to the exceptions mentioned in **Schedule 2**.  Marxer confirms that the connections mentioned in Schedule 2 were and are unrelated to the Debtor, Qiang Guo (a.k.a Mileson Guo) or the Chapter 11 Case.

9.    While Marxer has made a diligent effort to ascertain the identity of any connections or potential conflicts with the Interested Parties, to the extent that any additional information comes to light, Marxer will review, disclose, and resolve any conflict or adverse interests that may appear.

10.    Based on the foregoing, insofar as I have been able to ascertain based on the information currently available to me: (a) Marxer has no connection with the Debtor, his creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any other party with an actual or potential interest in the Debtor or his respective attorneys or accountants; and (b) (i) neither Marxer nor its employees are creditors, equity security holders, or insiders of the Debtor or his affiliates, (ii) neither Marxer nor its employees have been, within two years before the Petition Date, a director, officer, or employee of the Debtor or his affiliates, and (iii) neither Marxer nor its employees have any interest materially adverse to the interests of the

Debtor's estate or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason. Therefore, I understand from my discussions with Paul Hastings that this means Marxer is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b).

11.    I further understand from such discussions that Appendix B of the U.S. Trustee Guidelines (the "Larger Case Guidelines") does not apply in this Chapter 11 Case, because the Debtor's petition does not list $50 million or more in assets and $50 million or more in liabilities. In particular, I am informed that the Debtor estimated the value of his assets between $50,001 and $100,000.

12.    In the interest of providing maximum disclosure, and notwithstanding my position concerning the inapplicability of the Larger Case Guidelines, I provide the following response on behalf of Marxer to the request for information set forth in Paragraph D.1. of the Larger Case Guidelines:

> Question:  Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?
>
> Answer:  No.
>
> Question:  Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?
>
> Answer:  No.
>
> Question:  If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

5

Docusign Envelope ID: 19E79766-3EB6-451B-8D58-7C898713DE83

> Answer:    Not applicable.  Marxer has not previously represented the Chapter 11 Trustee.
>
> Question:  Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?
>
> Answer:    Not applicable.

13.    Marxer has neither shared nor agreed to share with any other person compensation received in connection with the Engagement, except as is permitted by §504(b)(1) of the Bankruptcy Code.

14.    I consent that the following language may be included in any order by the Court approving the Chapter 11 Trustee's application in connection with my instruction in connection with the Engagement.

> Allowance of any compensation for Marxer shall be limited to the extent of services actually performed, and expenses actually incurred, as counsel instructed to act on behalf of the Chapter 11 Trustee Luc A. Despins, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a Chapter 11 trustee without the assistance of an attorney.

15.    As is standard for engagement of Liechtenstein law firms, any disputes and claims arising from or in connection with the engagement letter between the Trustee and Marxer in connection with Marxer's retention, including the validity, invalidity, breach or termination thereof, will be subject to Liechtenstein substantive law under exclusion of provisions of International Private Law; provided, however, that all matters related to the payment and allowance of Marxer's fees and expenses shall  be determined by the bankruptcy court.

Docusign Envelope ID: 19E79756-3EB6-451B-8D58-7C898713DE83

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Dated: May 2, 2025, at Vaduz, Liechtenstein

Signiert von:

*J. Schreber*

7A35ADC64E8843C...

Jochen Schreiber

7

## Schedule 1

### SCHEDULE OF PARTIES IN INTEREST – IN RE KWOK

**20 LARGEST UNSECURED CREDITORS**
PACIFIC ALLIANCE ASIA OPPORTUNITY
GOLDEN SPRING NEW YORK
RUI MA
CHENG JIAN WU JIAN SHE
NING YE
GUO BAOSHENG
YAN LAN & WU ZHENG
HONG QI QU
NAN TONG SI JIAN
JIAN GONG
YAN ZHAO
YUA HUA ZHUANG SHI
LIEHONG ZHUANG/XIAO YAN ZHU
WEICAN MENG/BOXUN INC.
SAMUEL NUNBERG
LAMP CAPITAL LLC
JUN CHEN AKA JONATHAN HO
YUE HUA ZHU SHI
XIONG XIAN WEI YE
HUIZEN WANG

**DEBTOR, FAMILY MEMBERS, AND CERTAIN RELATED ENTITIES**
HO WAN KWOK (A.K.A MILES GWOK, MILES GUO AND WENGUI GUO)
HING CH NGOK/YUE QINGZHI
QIANG GUO (A.K.A. MILESON GUO)
MEI GUO/MEI GUI
HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC
BRAVO LUCK LIMITED
GENEVER HOLDINGS CORPORATION
GENEVER HOLDINGS LLC

**BANKRUPTCY JUDGE AND U.S. TRUSTEE PERSONNEL**
HONORABLE JULIE A. MANNING
WILLIAM HARRINGTON
KIM L. MCCABE
HOLLEY CLAIBORN
JOSEPH H. FLAMINI
ERIN HOGAN
STEVEN MACKEY
FRANK MARINO
JENNIFER J. MOREY
NICOLE NEELY
SHARON WARNER
JOHN GERVAIS

**OTHER INTERESTED PARTIES**

1245 FACTORY PLACE, LLC
12476517 CANADA SOCIETY
1322089 B.C. LTD.
1332156 B.C. LTD
17 MILES, LLC
2 B PACKING LLC
270 W. 39TH ST. CO., LLC
2LAWRENCE RIVER
3 COLUMBUS CIRCLE LLC
5780 SAGUARO LLC
5IVETECH LIMITED
7 NOD HILL LLC,
7 STAR EAST NY LLC
9 EAST 40TH STREET LLC
A.Z. BIGIOTTERIE S.A.S. DI ZANUTTO
GABRIELE & C.
AAGV LIMITED
AARON A. MITCHELL
AARON A. ROMNEY
ABRAMS FENSTERMAN, LLP
ACA CAPITAL GROUP LIMITED
ACA CAPITAL LIMITED
ACA INVESTMENT FUND
ACA INVESTMENT MANAGEMENT LTD.
ACASS CANADA LTD.
ACASS U.S.A. INC.
ACE DECADE HOLDINGS LIMITED
ADAM CHEN NI
AFFILIATED ADJUSTMENT GROUP, LTD.
AGORA LAB, INC.
AI GROUP HOLDINGS INC.,
AIG PROPERTY CASUALTY COMPANY
AKERMAN LLP
ALEX HADJICHARALAMBOUS
ALFA GLOBAL VENTURES LIMITED
ALFONSO GLOBAL LIMITED
ALFONSO GLOBAL VENTURES LIMITED
ALLIANCE BANK OF ARIZONA (A DIVISION
OF WESTERN ALLIANCE BANK)
ALLIED CAPITAL GLOBAL LIMITED
ALPINE FIDUCIARIES SA
AMAZING SKY AVIATION LIMITED
AMAZON WEB SERVICES LLC
AMAZON WEB SERVICES, INC.
AMAZON.COM INC.
AMERICAN ARBITRATION ASSOCIATION,
INC.
AMERICAN EXPRESS COMPANY
AMY BUCK
AN HONG
ANA C. IZQUIERDO-HENN

ANDREA VOLPE
ANDREW CHILDE
ANDREW SULNER/FORENSIC DOCUMENT
EXAMINATIONS, LLC
ANN MARIE LEE
ANTHEM HEALTH PLANS, INC.
ANTHONY DIBATTISTA
ANTON DEVELOPMENT LIMITED
APPLE INC.
APPSFLYER INC
APSLEY YACHTS LIMITED
ARETHUSA FORSYTH
ARI CASPER
ARNALL GOLDEN GREGORY LLP
ARNOLD & PORTER KAYE SCHOLER LLP
ARRI AMERICAS INC.
ART WOLFE, INC.
ASAP SRL
ASCENTIQ SOLUTIONS LIMITED
ASSETS SINO LIMITED
AUSPICIOUS COAST LIMITED
AVIATION E LLP
AVIATION TRUST COMPANY LLC
AVIVA PLC
AXOS BANK
AXOS FINANCIAL, INC.
B&H FOTO & ELECTRONICS CORP.
BAC CAPITAL LLC
BAIQIAO TANG A/K/A TANG BAIQIAO
BAKER HOSTETLER LLP
BANCO POPULAR DE PUERTORICO
BANK OF AMERICA
BANK OF CHINA – NEW YORK BRANCH
AND/OR BANK OF CHINA LIMITED
BANK OF MONTREAL
BANK OF THE WEST
BANNON STRATEGIC ADVISORS, INC.
BARCLAY DAMON LLP
BARCLAYS BANK PLC
BEIJING BI HAI GE LIN YUAN LIN LU HUA,
LTD.
BEIJING CHENG JIAN WU JIAN SHE GROUP,
LTD.
BEIJING FU LE HONG MA JIAN ZHU ZHUANG
SHI GONG CHENG, LTD.
BEIJING PANGU INVESTMENT CO.
BEIJING ZENITH HOLDINGS CO.
BEIJING ZHONG XIAN WEI YE STAINLESS
DECORATION CENTER
BEILE LI
BELLERIVE ATTORNEYS AT LAW

BENHAR OFFICE INTERIORS LLC
BENTO TECHNOLOGIES, INC.
BERING YACHTS, LLC
BERKELEY ROWE LIMITED
BERNARDO ENRIQUEZ
BESTVIEW1 PTY LTD
BINGNAN CUI
BINGSHANG JIAO
BIRCHSTONE CAPITAL AG
BLACKTHORN FINANCEN INC.
BLUE CAPITAL
BLUEBERRY BUILDERS, LLC
BNY MELLON, N.A.
BOARDWALK MOTOR IMPORTS, LLC
BOFANG INVESTMENT LLC
BOHONNON LAW FIRM
BOIES SCHILLER FLEXNER LLP
BONNIE C. MANGAN
BOOMING SAIL NEW YORK LLC
BOUILLOR HOLDINGS LIMITED
BOXUN INC.
BRANCH
BRAVO LUCK LIMITED
BRENT PETRO INC.
BRIAN HOFMEISTER
BROWN HARRIS STEVENS
BROWN RUDNICK, LLP
BRUNE LAW PC
BSA STRATEGIC FUND
BSA STRATEGIC FUND I
BSI GROUP LLC
BUCK, ESQ. LLC
BURNETTE SHUTT AND MCDANIEL PA
CAHILL GORDON & REINDEL LLP
CAIYAN LING
CALLSIGN LTD
CAMERON SMEE
CANADIAN IMPERIAL BANK OF COMMERCE
CAPITAL ONE BANK
CAPITAL ONE, NA
CARIBE CONDADO, LLC
CARMODY TORRANCE SANDAK & HENNESSEY LLP
CAYUSE GOVERNMENT SERVICES, LLC
CEDRIC DUPONT ANTIQUES
CELESTIAL TIDE LIMITED
CESARE ATTOLINI NY LLC
CFG GLOBAL LIMITED
CHAO KANG SUN
CHAO-CHIH CHIU
CHARLES SCHWAB
CHARMOY & CHARMOY LLC

CHASE BANK
CHEN XIN XIN
CHENGLONG WANG
CHENXI WANG
CHI WAI KWOK
CHIESA SHAHINIAN & GIANTOMASI PC
CHINA CITIC BANK INT'L
CHINA GOLDEN SPRING GROUP (HONG KONG) LIMITED
CHOICE FINANCIAL BANK
CHONG SHEN RAPHANELLA
CHRIS LEE (A/K/A NAN LI, CHRIS LI, MEI GUO XIAO LI)
CHRISTIE'S INTERNATIONAL REAL ESTATE NEW
CHRISTINE CHEN
CHRISTINE FROSINI
CHRISTODOULOS G. VASSILIADES & CO. LLC
CHUAN LING YANG
CHUANG XIN LTD.
CHUI KUK WU
CHUNFENG XIA
CHUNGUANG HAN
CHUNHUI SONG
CI CHEN
CIBC INC. (D/B/A CIBC)
CIMB BANK BERHAD A/K/A CIMB ISLAMIC BANK BERHAD
CINDY ZHANG
CIRRUS DESIGN CORPORATION (D/B/A CIRRUS AIRCRAFT)
CIRRUS INDUSTRIES, INC.
CITIBANK
CITIZENS FINANCIAL GROUP, INC.
CITY NATIONAL BANK
CLARK HILL PLC
CLAYMAN & ROSENBERG LLP
CLAYMAN ROSENBERG KIRSHNER & LINDER LLP
CLEAR TREASURY (UK TRADING) LIMITED
CLEAR TREASURY LIMITED
CLOUDFLARE, INC.
COHN BIRNBAUM & SHEA P.C.
COLDWELL BANKER
COLE SCHOTZ P. C.
COMERICA INCORPORATED (D/B/A COMERICA BANK)
COMMUNITY FEDERAL SAVINGS BANK
COMPASS, INC.
CONSERVATIVE CAMPAIGN TECHNOLOGY, LLC
COTTON CRAFT TEXTILES INTL TRADING

3

COUNSEL PRESS INC.
COWDERY, MURPHY & HEALY, LLC
CRANE ADVISORY GROUP LLC
CREATIVE APEX INVESTMENTS LIMITED
CREDIT AGRICOLE CIB CORP.
CROCKER MANSION ESTATE LLC
CROWELL & MORING LLP
CRYSTAL BREEZE INVESTMENTS LIMITED
CUI ZHU LI
CUMMINGS & LOCKWOOD, LLC
CURIOSITY CORP. LLC
CYBERAPT RECRUITMENT LTD
D&D SOLUTIONS LLC
D.P. TEXTILE & APPAREL, INC.
D4ZERO S.R.L.
DAIHO ZHOU
DANIEL PODHASKIE
DANIEL S. ALTER
DANYU LIN
DARK SHADOWS LLC
DAVID FALLON
DAWN STATE LIMITED
DBS BANK LTD.
DEAN M. RABIDEAU
DEDHAM SAVINGS
DEFENG CAO
DELTEC BANK & TRUST LIMITED
DENG LI
DENG QIAN
DEUTSCHE BANK TRUST COMPANY
AMERICA
DEUTSCHE HANDELSBANKEN AG
DIME COMMUNITY BANK
DING "IVAN" LIN
DING G. WANG A/K/A DINGGANG WANG
DING QIANG SHEN
DIRECT PERSUASION LLC
DJD CREATIVE LLC
DLA PIPER LLP (US)
DNM BEAUTY DISTRIBUTION
DOAA DASHOUSH
DONGNA FANG
DREAM PROJECTS LLC
DU JIAN YI
DWF LLP
E.L.J.M. CONSULTING LLC
EAST WEST BANCORP, INC.
EAST WEST BANK
EASTERN PROFIT CORPORATION LIMITED
EDDY AQUINO (AKA EDDY I SANCHEZ
AQUINO)
EDMISTON AND COMPANY LIMITED

EDUARDO EURNEKIAN
EFICENS SYSTEMS LLC
EHSAN MASUD
EISNER ADVISORY GROUP LLC
ELITE WELL GLOBAL LIMITED
ELIXIR TECHNICAL CONSULTING LLC
ELLIOTT KWOK LEVINE & JAROSLAW LLP
EMILE P DE NEREE
EMPIRE BLUE CROSS BLUE SHIELD
EMPIRE GROWTH HOLDINGS
ENGINEERING OPERATIONS AND
CERTIFICATION SERVICES, LLC
EPIC IT LTD
EPIQ CORPORATE RESTRUCTURING, LLC
ERIC GOLDSMITH MD, LLC
ERNST & YOUNG LLP
EVAN CRAMER
EVOLVE BANK AND TRUST
FAEGRE DRINKER BIDDLE & REATH LLP
FAM UNITED LLC
FAN BINGBING
FAN JING
FANGGUI ZHU
FANIA ROOFING COMPANY
FARHAD ZABETI
FARRANT GROUP LIMITED
FAY YE
FEDERAL CORPORATION
FEDERAL EXPRESS CORPORATION
FEIBO JIANG
FEIFEI MA
FENG PENG RELLOS
FENG YI
FENG ZHU
FENGGUO LI
FENGJIE MA
FFP (BVI) LIMITED
FIESTA INVESTMENT LTD. F/K/A FIESTA
PROPERTY DEVEL
FIFTH THIRD BANK, N.A.
FINN DIXON & HERLING LLP
FIONA YU
FIRST ABU DHABI BANK
FIRST BANK (F/K/A MALVERN BANK)
FIRST COUNTY BANK
FIRST FIDELITY BANK
FIRST REPUBLIC BANK
FIRSTBANK PUERTO RICO
FLAGSTAR BANK, N.A.
FLAT RATE MOVERS, LTD.
FLYING COLOURS CORP
FOLEY HOAG LLP

FORBES HARE
FORBES HARE LLP
FORTNUM INFORMATION SECURITY
LIMITED
FOX NEWS NETWORK, LLC
FREEDOM MEDIA VENTURES LIMITED
FUNGWAN TRADING INC.
FUNING ZHANG
FUNKY FOUNDATIONS, INC.
FV BANK INTERNATIONAL INC.
G CLUB HOLDCO I LLC
G CLUB INTERNATIONAL LIMITED
G CLUB ONE
G CLUB OPERATIONS LLC
G CLUB THREE
G CLUB TWO
G CLUB US OPERATIONS INC.
G CLUB US OPERATIONS LLC
G CLUBTHREE
G FASHION
G FASHION (CA)
G FASHION HOLD CO A LIMITED
G FASHION HOLD CO B LIMITED
G FASHION INTERNATIONAL LIMITED
G FASHION LLC
G FASHION MEDIA GROUP INC.
G FASHION US OPERATIONS INC.
G LIVE, LLC
G MUSIC LLC
G NEWS LLC,
G TRANSLATORS PTY LTD
G4S SECURITY SYSTEMS (HONG KONG) LTD.
GALAXY LTD
GANFER SHORE LEEDS & ZAUDERER, LLP
GAO BINGCHEN
GBROADCAST, LLC
G-CLUB
G-CLUB INVESTMENTS LIMITED
GCP INVESTMENT ADVISORS SL
G-EDU INC.
GEORGE L. SU
GEORGIOU PAYNE STEWIEN LLP
GETTR USA, INC.
GF IP, LLC
GF ITALY LLC
GFASHION MEDIA GROUP INC.
GFNY INC.
GINNEL ASSOCIATES, INC. (D/B/A GINNEL
REAL ESTATE)
GLADYS CHOW
GLENN MELLOR
GLOBAL GROUP LIMITED

GLOBALIST INTERNATIONAL LIMITED
GM 27 LLC
GMUSIC
GNEWS LLC
GNEWS MEDIA GROUP INC.
G-NEWS OPERATIONS, LLC
GOLD LEAF CONSULTING LIMITED
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
GOLDEN GATE HIMALAYA FARM LLC
GOLDEN SPRING (NEW YORK) LIMITED
GOLDFARB & HUCK ROTH RIOJAS, PLLC
GOLDFIELDS MONEY (A DIVISION OF BNK
CORPORATION LIMITED)
GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP
GONET & CIE SA
GONG JIANFEN
GOODMAN MASSON LTD
GORDON & REES SCULLY MANSUKHANI LLP
GPOSTS LLC
GPP SRL
GREAT BOWERY INC. D/B/A CAMILLA
LOWTHER MANAGEMENT
GREAT LAKES DRONE COMPANY, LLC
GREEN & SKLARZ LLC
GREENBERG TRAURIG, LLP
GREENWICH LAND LLC
GROCYBER, LLC
GS SECURITY SOLUTIONS INC.
G-SERVICE LLC
G-TRANSLATORS PTY LTD
GTV MEDIA GROUP, INC.
GUI LIN GAO
GUO LIJIE
GUO MEDIA
GUO WENOUN
GUO WENPING
GUOFENG WAN
GUY PETRILLO
GWGOPNZ LIMITED
GYPSY MEI FOOD SERVICES LLC
GYPSY MEI PRODUCTIONS LLC
H SHAW ENTERPRISES LLC
H.R. OWEN DEALERSHIPS LIMITED
H.R. OWEN PLC
HAA GROUP PTY LTD.
HAI YAO
HAIDONG
HAIHONG WANG
HAILING SHENG
HAISONG PENG
HAITHAM KHALED

HAITONG INTERNATIONAL SECURITIES
HALLEY CHEN CPA PROFESSIONAL
CORPORATION
HAMILTON CAPITAL HOLDING LIMITED
HAMILTON CAPITAL HOLDINGS INC
HAMILTON DIGITAL ASSETS FUND SP
HAMILTON INVESTMENT MANAGEMENT
LIMITED
HAMILTON M&A FUND SP
HAMILTON OPPORTUNITY FUND SPC
HAMILTON PE FUND SP
HAN CHUNGUANG
HANCOCK WHITNEY BANK
HANQIANG LIN
HAO HAIDONG
HAO LI
HAO ZHANG
HAORAN HE
HAOYU WANG
HARCUS PARKER LIMITED
HARNEY WESTWOOD AND RIEGELS LP
HAYASHI MEIOU
HAYMAN HONG KONG OPPORTUNITIES
ONSHORE FUND LP
HAYS SPECIALIST RECRUITMENT LIMITED
HCHK PROPERTY MANAGEMENT INC.
HCHK TECHNOLOGIES INC.
HCHK TECHNOLOGIES, LLC
HE BEI YUE HUA ZHUANG SHI GONG CHENG
LTD.
HEAD WIN GROUP LIMITED
HEADWATER SERVICE, LLC
HELEN MANIS
HENAN YUDA
HERBERT SMITH FREEHILLS NEW YORK LLP
HERO GRAND LIMITED
HGA PROPERTY MANAGEMENT
HHS CAPITAL INC.
HIBERNIA NATIONAL BANK
HIDETOSHI FUJIWARA
HILTON MANAGEMENT, LLC
HIMALAYA AUSTRALIA ATHENA FARM INC.
HIMALAYA AUSTRALIA PTY LTD.
HIMALAYA BOSTON MAYFLOWER LLC
HIMALAYA CURRENCY CLEARING PTY LTD.
HIMALAYA EMBASSY
HIMALAYA EXCHANGE
HIMALAYA FEDERAL RESERVE
HIMALAYA INTERNATIONAL CLEARING
LIMITED
HIMALAYA INTERNATIONAL FINANCIAL
GROUP LIMITED

HIMALAYA INTERNATIONAL PAYMENTS
LIMITED
HIMALAYA INTERNATIONAL RESERVES
LIMITED
HIMALAYA INVESTMENT LLC
HIMALAYA NEW WORLD INC.
HIMALAYA NEW YORK ROCK
HIMALAYA SHANGHAI FARM LLC
HIMALAYA SUPERVISORY ORGANIZATION
HIMALAYA UK CLUB
HIMALAYA VENTURES LLC
HIMALAYA WORLDWIDE LS
HINCKLEY, ALLEN
HING CHI NGOK
HIU LAAM HAAM
HIU SING CHAN
HML VANCOUVER SAILING FARM LTD.
HODGSON RUSS
HOGAN LOVELLS INTERNATIONAL LLP
HOLY CITY HONG KONG VENTURES, LTD.
HONG KONG INTERNATIONAL FUNDS
INVESTMENTS LIMITED
HONG QI QU JIAN SHE GROUP, LTD.
HONG QIU
HONG ZENG
HONGWEI FU
HONGXIA XU
HONGXIN ASH
HOU YUAN CHAN
HOUSER & ALLISON, APC
HOUSTON LITSTAR LLC
HP INC UK LIMITED
HSBC BANK USA,
HSIN SHIH YU
HUA AN XIE
HUANG YAO
HUDSON DIAMOND HOLDING INC.
HUDSON DIAMOND HOLDING LLC
HUDSON DIAMOND LLC
HUDSON DIAMOND NY LLC
HUGGA LLC
HUGHES FEDERAL CREDIT UNION
HUI JIN
HUK TRADING INC.
I.COM SOLUTIONS LIMITED
ICE24 SRO
IHOTRY LTD
IMMOBILIARA BARBARA 2000 SRL
IMPERIUS INTL. TRADE CO. LTD.
INDIUM SOFTWARE INC.
INFINITE INCREASE LIMITED
INFINITUM DEVELOPMENTS LIMITED

INFINITY TREASURY MANAGEMENT INC.
INSIGHT CAPITAL
INSIGHT PHOENIX FUND
INSIGHT TITLE SERVICES LLC
INTERNATIONAL TREASURE GROUP LLC
INTESA SANPAOLO SPA
INVESTORS BANK
ISRAEL DISCOUNT BANK OF NEW YORK
IVEY, BARNUM & O'MARA LLC
IVY CAPITAL ADVISOR LIMITED
IW GROUP SERVICES UK LTD
J TAN JEWELRY DESIGN, INC.
JACK S. LIPSON
JAMES PIZZARUSO
JAMESTOWN ASSOCIATES, LLC
JANCO SRL
JANOVER LLC
JAPAN HIMALAYA LEAGUE, INC.
JASON MILLER
JDM STAFFING CORP.
JENNER & BLOCK LLP
JENNIFER FANGFANG DING
JENNIFER MERCURIO
JENNY LI
JERSEY, INC.
JESSE BROWN
JESSICA MASTROGIOVANNI
JETLAW LLC
JIA LI WANG
JIA YANG
JIA YANG LI
JIAHUI LIU
JIALIN QIN
JIAMEI LU
JIAMING LIU
JIAN FAN
JIAN HUA ZHANG
JIAN ZHONG HU
JIANG SU PROVINCE JIAN GONG GROUP LTD
BEIJING BRANCH
JIANG YUNFU BE
JIANHAI JIAO
JIANHU YI
JIANHUA ZHENG
JIANMIN HE
JIANSHENGXIE AND JIEFU ZHENG
JIANXIAO CHEN
JIAYAO G
JIE ZHANG
JINFENG WU
JING GENG
JING WU

JINLAN YAN
JIRONG ZHANG
JK CHEF COLLECTIONS LLC
JM BULLION INC.
JNFX LTD.
JOHN B. BERRYHILL
JOHN P. MORGAN
JOHN S LAU
JONATHAN YOUNG
JOSEPH CHEN
JOSHUA I. SHERMAN
JOVIAL CENTURY INTERNATIONAL LIMITED
JOYORD SPORTSWEAR LIMITED
JPMORGAN CHASE BANK, N.A.
JUMBO CENTURY LIMITED
JUN CHEN
JUN LIU
JUN QIAO
JUN YUN ZHANG
JUNE SHI
JUNJIE JIANG
K LEGACY LTD.
K&L GATES LLP
KAEN LIU
KAIXIN HONG
KALIXUN TRADING LIMITED
KAMEL DEBECHE
KAN CHAN
KARIN MAISTRELLO
KATHLEEN SLOANE
KEARNY BANK
KERCSMAR FELTUS & COLLINS PLLC
KEYI ZIKLIE
KHALED ASHAFY
KIM THONG LEE
KIN MING JE
KIN MING JE/WILLIAM JE
KIONASOFT LLC
KIRKLAND & ELLIS LLP
KOPPLE, KLINGER & ELBAZ, LLP
KROLL, LLC
KUI CHENG
KYLE BASS
KYRGYZ-SWISS BANK CJSC
LA INTERNATIONAL FOUNDATION
LABARBIERA CUSTOM HOMES
LAI LAU
LAKE CITY BANK
LALIVE SA
LAMP CAPITAL LLC
LAN GU
LAN LIN

LAO JIANG
LAW FIRM OF CALLARI PARTNERS, LLC
LAW OFFICE OF RICHARD E. SIGNORELLI
LAW OFFICES OF RONALD I. CHORCHES, LLC
LAWALL & MITCHELL, LLC
LAX & NEVILLE LLP
LAZARE POTTER GIACOVAS & MOYLE
LEADING SHINE LIMITED
LEADING SHINE NY LTD
LEE CHU
LEE VARTAN
LEEWAYHERTZ TECHNOLOGIES
LEGENDS OWO, LLC
LEICESTER HILL INFROMATICES LLC
LEONARD SCUDDER
LEXINGTON PROPERTY AND STAFFING INC.
LI LIU
LI LONG
LI SHO YO
LI TANG
LI ZHANG
LIANG LIU
LIANYING SU
LIAPULL S.R.L.
LIBERTY JET MANAGEMENT CORP.
LIEHONG ZHUANG
LIHONG "SARA" WEI LAFRENZ
LIHONG WEI LAFRENZ (AKA SARA WEI)
LIMARIE REYES
LIMARIE REYES MOLINARIS
LIN DANG
LIN XIN
LINDA HE CHEUNG
LINWAN "IRENE" FENG
LIU DONGFANG
LLC STZ FUND NO. 1
LLOYDS BANK PLC
LOBEL MODERN NYC
LOGAN CHENG (F/K/A SHUIYAN CHENG)
LONG GATE LIMITED
LORO PIANA S.P.A.
LUKASZ LASOTA
LUMINESCENCE CO. LTD
LUXURY CLEANING, INC.
LYZON ENTERPRISES CORPORATION
M&T BANK
MA XINGCHAO
MACARON LIMITED
MACDONALD
MAJOR LEAD INTERNATIONAL LIMITED
MAKAYLA RANDALL
MANDELLI USA, INC.

MANHATTAN MOTORCARS, INC.
MANUEL MARTINEZ ANZALDUA
MANUFACTURERS AND TRADERS TRUST
COMPANY
MAR-A-LAGO
MAR-A-LAGO CLUB LLC
MARCELLA MONICA FALCIANI
MARCUM LLP
MARINI PIETRANTONI MUNIZ LLC
MARINO, ZABEL & SCHELLENBERG, PLLC
MARK GUNDERSON
MARTHA JEFFERY
MARY DOWDLE (A/K/A MUFFIN DOWDLE)
MARY FASHION S.P.A.
MARY JIANG
MAUNAKAI CAPITAL
MAX FEI
MAX KRASNER
MAYA FAWAZ
MAYWIND TRADING LLC
MCDONNELL & WHITAKER LLC
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
MCLAREN RACING LIMITED
MCMANIMON, SCOTLAND & BAUMANN, LLC
MEDICAL SUPPLY SYSTEM INTERNATIONAL
LLC
MEDICI BANK INTERNATIONAL LLC
MEI KUEN KWOK
MEIEN KIKUCHI
MEISTER SEELIG & FEIN PLLC
MELISSA FRANCIS
MELISSA MENDEZ
MENGYAO HE
MERCANTILE BANK INTERNATIONAL CORP.
MERCANTILE GLOBAL HOLDINGS, INC.
MERCEDES-BENZ MANHATTAN, INC.
META PLATFORMS INC.
METRO BANK PLC
METRO CREDIT UNION
METROPOLITAN COMMERCIAL BANK
AND/OR METROPOLITAN BANK HOLDING
CORP.
MF19 INC.
MI KYUNG YANG
MICHAEL BARANOWITZ
MICHAEL LI & CO.
MICHAEL S. WEINSTEIN
MICROSOFT CORPORATION
MIDFIRST BANK
MIHO NISHIMURA
MILES GUO

MILES GWOK
MILLER MOTORCARS INC.
MIMAII NZ LIMITED
MIN YANG
MINDY WECHSLER
MING NI
MING WU
MINGHUA ZHANG
MINGRUI ZHAO
MINTZ & GOLD LLP
MISHCON DE REYA LLP
MOA-FU
MODSQUAD INC.
MORAN YACHT MANAGEMENT, INC.
MORGAN STANLEY
MORITT HOCK & HAMROFF
MORRISON COHEN LLP
MORVILLO ABRAMOWITZ GRAND IASON &
ANELLO P.C.
MORVILLO ABRAMOWITZ GRAND IASON &
ANELLO PC
MOS HIMALAYA FOUNDATION INC.
MOSAICON SHOES SRL
MOUNTAINS OF SPICES INC.
MURTHA CULLINA LLP
MZC FINANCIAL INC.
N.A.R. ENTERPRISES INC.
N87 INC.
NADEEM AKBAR
NAME CORP LLC
NARDELLO & CO., LLC
NATIONAL AUSTRALIA BANK LIMITED
NATIONAL BANK OF ARIZONA (A DIVISION
OF ZIONS BANCORPORATION NA)
NATIONAL SWEEPSTAKES COMPANY, LLC
NAV CONSULTING INC.
NAV FUND SERVICES (CAYMAN) LTD.
NEALON LAW LLC
NEW DYNAMIC DEVELOPMENT LIMITED
NEW FEDERAL STATE OF CHINA
NEW MULBERRY PTE LTD.
NEW TREASURE LLC
NEW YORK MOS HIMALAYA LLC
NEXBANK
NEXT TYCOON INVESTMENTS LIMITED
NICHOLAS F. SAVIO
NING LI
NING ZHAO
NIUM, INC.
NOBLE FAME GLOBAL LIMITED
NODAL PARTNERS, LLC
NORRIS MCLAUGHLIN, P.A.

NOVELTY HILL LTD.
NRT NEW ENGLAND LLC (D/B/A COLDWELL
BANKER RESIDENTIAL BROKERAGE)
NUOXI LIU
NYC DEPT OF FINANCE
O.S.C. ORBIT II SERVICE COMPANY LLC
O.S.C. ORBIT SERVICE COMPANY LLC
O'MELVENY & MYERS LLP
O'NEAL WEBSTER
OASIS TECH LIMITED
OCORIAN CONSULTING LTD
OFFENSIVE SHIELD LTD
OGIER
OHTZAR SHLOMO SOLOMON TREASURE LLC
OLD NATIONAL BANK
OLINA CLEMENS
OLSHAN FROME WOLOSKY LLP
OMICRON NUTRACEUTICAL LLC
ON THE SPOT HOME IMPROVEMENT, INC.
OPEN BANK
ORIENTAL BANK
ORO MONT ALPI SRL
OSC ORBIT SERVICE COMPANY LLC
O'SULLIVAN MCCORMACK JENSEN & BLISS
PC
OXFORD VISIONARY LTD.
PACIFIC ALLIANCE ASIA OPPORTUNITY
FUND L.P.
PAK SIU LEUNG
PALLAS PARTNER LLP
PARRETT PORTO PARESE & COLWELL, P.C.
PASTORE LLC
PAUL WEISS
PAYRNET LIMITED
PEILUN HU
PEIRU LUO
PELLETTIERI DI PARMA SRL
PENGCHENG ZHANG
PETRILLO KLEIN & BOXER LLP
PHAROS CAPITAL LTD.
PHILLIPS NIZER LLP
PHOENIX CREW IC LIMITED
PICK & ZABICKI LLP
PILLSBURY WINTHROP SHAW PITTMAN LLP
PIXSHOW FILM INC.
PNC BANK
PNC BANK FINANCIAL SERVICES GROUP, INC.
PNC FINANCIAL SERVICES GROUP, INC.
POST OAK MOTOR CARS LLC
POST OAK MOTORS, LLC
PRAGER DREIFUSS AG
PREMIERE ACCOUNTING SOLUTIONS LTD

PRIME TRUST LLC
PROMEMORIA USA INC.
PROMINENT PROPERTIES SOTHEBY'S
PULLMAN & COMLEY, LLC
PUTNAM'S LANDSCAPING LLC
QI YONG
QIANG CHENG
QIANG FU
QIANG GUO
QIANG HU
QIDONG XIA
QIN YU
QING "SERENA" CAI
QINGTIAN YUAN
QIONG BIN FU
QIONGGUI YAN
QIQHUA FAN
QIU YU
QIU YUE SHOU
QIURIA LI
QU GUOJIAO
QUICK-EQUIP LLC
QUIJU JIA
QUINONES LAW PLLC
QUN JU
RAICH ENDE MALTER CO. LLP (AKA RAICH
ENDE MALTER & COMPANY)
RANDAZZA LEGAL GROUP, PLLC
RBB BANCORP AND/OR ROYAL BUSINESS
BANK
REACH MANUFACTURING, LLC
RED TEAM PARTNERS
REDFIN CORPORATION
REDIS LAB, INC.
REID AND RIEGE PC
REINHARD PLANK S.R.L.
RENFENG SHI
RESTORATION HARDWARE, INC
REVERENCE CAPITAL PARTNERS
OPPORTUNITIES FUND I
REVOLUT LTD.
RICHARD LEAHY
RICHARD N. FREETH
RICHMOND STRATEGIC ADVISORS, LLC
RIDWAN MAMODE SAIB
RILIEVI GROUP S.R.L.
RISING SUN CAPITAL LTD.
RIVER VALLEY OPERATIONS LLC
RM AUCTIONS DEUTSCHLAND GMBH
RM SOTHEBY'S AND/OR RM AUCTIONS 2022
ROADWAY MOVING AND STORAGE, INC.
AND/OR ROADWAY MOVING INC.

ROBINSON & COLE LLP
ROCKLAND TRUST COMPANY
ROGER SMEE
RONG HU
RONG JIANG
RONG ZHANG
RONGLIANG STARKS
RONGRONG LI
ROSCALITAR2
ROSS HEINEMEYER
ROSY ACME VENTURES LIMITED
ROY D. SIMON
RUI HAO
RUIZHENG AN
RULE OF LAW FOUNDATION III INC.
RULE OF LAW SOCIETY IV INC
RUQUIN WANG
RV RETAILER EAST, LLC
RYAN CHENGRAN ZHANG
SAIL VICTORY LIMITED
SAMUEL DAN NUNBERG
SANTANDER BANK, N. A.
SARA WEI (A/K/A LIHONG WEI LAFRENZ)
SARACA MEDIA GROUP INC.
SAVIO LAW LLC
SAXE DOERNBERGER & VITA, P.C.
SCARABAEUS WEALTH MANAGEMENT AG
SCHULMAN BHATTACHARYA, LLC
SCOTT BARNETT
SEACOAST NATIONAL BANK
SEAN LYNCH
SEDGWICK REALTY CORP.
SELAS MONTBRIAL AVOCATS
SEVEN MISSION GROUP LLC
SGB PACKAGING GROUP, INC.
SHALOM B. LLC D/B/A ASHER FABRIC
CONCEPTS
SHALYEN MUSIC LLC
SHANE D SHOOK
SHAO HONG CHIU
SHAOBING LI
SHAPIRO ARATO BACH LLP
SHAPIRO, DORRY, & MASTERSON LLC
SHENGJIE FU
SHERRY-LEHMANN, INC
SHERRY-NETHERLAND, INC.
SHI JIA ZHUANG ZHEN YUAN JIAN ZHU AN
ZHUANG GONG CHENG LTD BEJING FIRST
SHIBIN ZHANG
SHIN HSIN YU
SHING SEUNG ANKERITE ENGINEERING LTD
SHINY ACE INNOVATION CO LTD

Docusign Envelope ID: 19E79766-3EB6-451B-8D58-7C89871 3DF83

SHINY ACE LIMITED
SHINY TIMES LTD.
SHIPMAN AND GOODWIN
SHIPMAN, SHAIKEN & SCHWEFEL, LLC
SHIQI WANG
SHIYING LI
SHIYUAN ZHANG
SHIZHONG ZHANG
SHUANG WANG
SHUJUAN MILNE
SHUNJUN LI
SIDLEY AUSTIN LLP
SIGNATURE BANK, N.A.
SILVERGATE BANK
SING TING RONG
SIRIUS NETWORKING INC.
SIU MING JE
SLAUGHTER LAW GROUP, PC
SMARAGDOS MAMZERIS
SOD STONE OFFROAD DESIGN GMBH
SOFTCAT PLC
SOLAZZO CALZATURE S.R.L.
SOLOMON TREASURE ANTIQUES
SONGYI CHEN
SOTHEBY'S INTERNATIONAL REALTY
SOTHEBY'S INTERNATIONAL REALTY
AFFILIATES LLC
SPEARS & IMES, LLP
SPEARS MANNING & MARTINI LLC
SPIRIT CHARTER INVESTMENT LIMITED
SPOTIFY TECHNOLOGY S.A.
SPOTIFY USA, INC.
STANDARD CHARTERED BANK
STANDARD CHARTERED BANK USA
STAPLES, DBA, STAPLES BUILDING
SOLUTIONS
STARLING BANK LTD
STEPHEN KINDSETH
STEPHEN WONG
STEPTOE LLP
STERLING NATIONAL BANK
STEVE BANNON,
STEVENSON WONG
STICHTING DUURZAME
STOKES LAWRENCE, PS
STOKESBURY, SHIPMAN & FINGOLD, LLC
STRATEGIC VISION LLC
STREUSAND, LANDON, OZBURN AND
LEMMON, LLP
STROOCK & STROOCK & LAVAN LLP
STRUCTURE DESIGN BUILD LLC
STUDIO CATALDI GROUP SRL

STYLE EYES INC. D/B/A GINGER FINDS
SUMMER L. BRIDGES
SUPER STAR PROJECT LIMITEDO
SUPREME EBANQ GLOBAL LTD.
SUPREME FINTECH U.S. LLC
SUPREME SG PTE LTD
SWANS TEAM DESIGN INC.
TAIXIN FU
TAKAHASHI HIROYUKI
TALHA ZOBAIR
TAO AN
TAO ZHANG
TAO ZHENG
TARGET ENTERPRISES, LLC
TARTER KRINSKY DROGIN, LLP
TAURUS FUND LLC
TAURUS MANAGEMENT LLC
TAVARES CUTTING INC.
TD AVENUE (THE DIAMOND AVENUE)
TD BANK, N.A.
TELEHOUSE INTERNATIONAL CORPORATION
OF EUROPE LTD
TELI CHEN
TENEO LTD UK
TERIS-PHOENIX, LLC
THE BANCORP BANK
THE BANK OF PRINCETON
THE CASPER FIRM
THE CLEAR CREEK GROUP, LLC
THE CURRENCY CLOUD LIMITED
THE DEPUTY GROUP, LLC
THE FIRST BANK OF GREENWICH
THE FRANCIS FIRM PLLC
THE GERTZ FILE INVESTIGATIVE REPORTING
PROJECT INC
THE GOLDEN SEALINE LIMITED
THE LAW OFFICE OF MATTHEW MATHENEY
LLC
THE LAW OFFICES OF RAFAEL A. VARGAS
THE LOST DRAFT LLC
THE QUINLAN LAW FIRM, LLC
THE SHERRY-NETHERLAND HOTEL
THE SHERRY-NETHERLAND, INC.
THE STRONG FIRM, P.C.
THERIAULT LAW, P.C.
THOMAS GUARINO (AKA THOMAS GUARINO
II)
THOMAS MCHALE
THOMAS RAGLAND
THREE TREASURE LLC
TIAN LIANG
TIAN SHU HUANG

Docusign Envelope ID: 19E79756-3EB6-451B-8D58-7C89871-3DF83

TINGYI WEI
TM PRIMROSE LIMITED
TOGUT, SEGAL AND SEGAL LLP
TOKYOSEIKI CO. LTD.
TONG LE INTERNATIIONAL TRADING CO.,
LTD.
TOP CALIFORNIA BEACH CORP.
TOP TARGET GENERAL TRADING LLC
TRASCO BREMEN GMBH
TRIPLE2 DIGITAL LLC
TROUTMAN PEPPER HAMILTON SANDERS
LLP
TROY LAW PLLC
TROY LEGAL, PLLC
TRUSTCO BANK
TT RESOURCES 1 PTY LTD.
TUT CO. LIMITED
U.S. BANK NATIONAL ASSOCIATION
U.S. LEGAL SUPPORT, INC.
UBS AG
UBS AG (LONDON BRANCH)
UK HIMALAYA LTD.
UK IMPORT SERVICES LIMITED
UNA MANYEE WILKINSON
UNITED BANK
UNITED STATES OF AMERICA
UNITEDLEX
UPDIKE, KELLY & SPELLACY P.C.
URBAN LEGEND MEDIA, INC
US HIMALAYA CAPITAL INC.
US HIMALAYA LTD.
V.X. CERDA & ASSOCIATES P.A.
VALLEY NATIONAL BANK
VANDENLOOM INC.
VANTAGE WEST CREDIT UNION
VERDOLINO & LOWEY
VERITEXT
VERSACE USA, INC.
VFT SOLUTIONS INC.
VICTOR CERDA
VICTOR-OASIS CONSULTANCY LIMITED
VISION KNIGHT CAPITAL (CHINA) FUND
VOICE OF GUO MEDIA, INC.
VX CERDA & ASSOCIATES
WA & HF LLC
WALLEX DIGITAL LLC
WALLEX PAY LLC
WALLEX TECHNOLOGIES PTE LTD.
WANCI JIAO
WANG'S REALTY MANAGEMEMT SERVICE
INC.
WARD & BERRY, PLLC

WARREN LAW GROUP
WARROOM BROADCASTING & MEDIA
COMMUNICATIONS LLC
WAYCAP S.P.A.
WEATHERTEST COMPANY INC.
WEBSTER FINANCIAL CORPORATION
WEDDLE LAW PPLC
WEDLAKE BELL LLP
WEI HONG XIE
WEI SHE
WEI ZHANG
WEICAN ("WATSON") MENG
WEIGUO SUN
WEIHUA LI
WEIWEI QIAN
WEIXIANG GE
WEIYI WANG
WELL ORIGIN LTD.
WELLS FARGO BANK, N.A.
WEN LIN
WENCONG WANG
WENFENG HU
WENG
WENHUA GONG
WESTY'S STORAGE
WHITECROFT SHORE LIMITED
WHITMAN BREED ABBOTT & MORGAN LLC
WHOLE ALPHA TRADING LLC
WILDES & WEINBERG, P.C.
WILLIAM BRADLEY WENDEL
WILLIAM GERTZ
WILLIAM JE (JE KIN MING)
WILLIAMS & CONNOLLY
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
WINGS INSURANCE AGENCY, INC.
WISE CREATION INTERNATIONAL LIMITED
WISE US, INC.
WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLP
WOMBLE BOND DICKINSON (US) LLP
WORLD CENTURY LIMITED,
WORLDWIDE OPPORTUNITY HOLDINGS
LIMITED
WU ZHENG
XIA CHUNFENG
XIANHONG ZHANG
XIAO HUANG
XIAO RUI WANG
XIAO YAN ZHU
XIAOBO. HE
XIAODAN WANG

XIAOLAN ZHAO
XIAOLI MA
XIAOLI XU
XIAOMEI ZHAO
XIAOMING LIU
XIAOXIAO LIN
XIAOYAN BA
XILI ZHAI
XIN LI
XINGYU YAN
XINHUI LIAO
XINRONG LI
XIQUI ("BOB") FU
XIULING TANG
XUE WANG
XUEBING WANG
XUEHAI LIU
XUN DENG
YA LI
YACHTZOO SARL
YAFAN CHANG
YAN CHUN LIU
YAN GAO
YAN HUANG
YAN LIU
YANCHENG CHEN
YANG HAI
YANG JUN ZHENG
YANG LAN
YANG YANG
YANGPING WANG
YANKWITT LLP
YANMING WANG
YANPING WANG
YANPING YVETTE WANG
YANYUN REN
YAPING ZHANG
YAZ QINGUA
YELIANG XIA
YI LI
YI LIN
YI WEN
YI ZHAO
YI ZHOU
YIELDESTA L.P.
YIMING ZHANG
YING LIU
YINYING WANG (A/K/A XIAO FEI XIANG)
YONG CHUN LI
YONG ZHANG
YONGBING ZHANG

YONGPING YAN (A/K/A SHAN MU)
YOSSI ALMANI
YOUTUBE, LLC
YU XIA LI
YUAN ZHOU
YUANLIN LIU
YUE HUA ZHU SHI
YUE ZHOU
YUECHEN LAN
YUHONG PEI
YUJIA WANG
YUK MOEY MARY YAP
YUKY YUN LIU
YULIN YAO
YUMEI HU
YUNFA WANG
YUNFU JIANG
YUNTENG LU
YUNXIA WU
YUQIANG QIN
YUXIANG CHEN & JIA YOU JT TEN
YVETTE WANG
ZEICHNER ELLMAN & KRAUSE LLP
ZEISLER & ZEISLER, P.C.
ZENDESK INC
ZETA GLOBAL CORP.
ZHANG LIN
ZHANG WEI
ZHENG RUI HE
ZHENG WU (A/K/A BRUNO WA)
ZHENGHUA SHEN
ZHENGJUN DONG
ZHENPENG LI
ZHIXUAM LI
ZHIXUAN LI
ZHIZHE "FRANK" DONG
ZHONGYI MA
ZHOU BAOJIN
ZHOU HAI YANG
ZHUOER "JOE" WANG
ZI YE
ZIBA LIMITED
ZIHAN LIU
ZIKUN WANG
ZYB & ASSOCIATES, LLC

Docusign Envelope ID: 19E79766-3EB6-451B-8D58-7C898713DF83

## Schedule 2

DBS BANK LTD. (connection)
FOLEY HOAG LLP (connection)
GREENBERG TRAURIG, LLP (connection)
HOGAN LOVELLS INTERNATIONAL LLP (connection)
K&L GATES LLP (connection)
LALIVE SA (connection)
MICROSOFT CORPORATION (connection)
PRAGER DREIFUSS AG (connection)
SIDLEY AUSTIN LLP (connection)
UBS AG (LONDON BRANCH) (connection)