**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

-------------------------------------------------------x
: 
In re: : Chapter 11
 : 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
 : 
Debtors. : (Jointly Administered)
 : 
-------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S MOTION**
**TO HOLD REMOTE HEARING ON MAY 13, 2025**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), hereby respectfully moves (the "Motion") the Court to order that the hearing (the "Hearing") scheduled for May 13, 2025, at 1:00 p.m., in the Chapter 11 Case be held on a remote basis using the Court's Zoom.gov platform. In support of this Motion, the Trustee states the following:

The Trustee filed the following motions and applications (collectively, the "Motions"), which are to be heard at the Hearing:

a. On January 31, 2025, an *Application to Employ The Hamilton Group, LLC as Auctioneer* [ECF No. 4021];

b. On April 8, 2025, a *Motion to Sell Certain Personal Property Free and Clear of Liens*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

-2-

      by Public Auction and Approve Form of Notice of Sale [ECF No. 4301];

c. On April 25, 2025, an *Application to Employ Hadef & Partners as Local Counsel in the United Arab Emirates* [ECF No. 4352]; and

d. On May 5, 2025, a *Motion to Sell Personal property by Public Auction Free and Clear of all Liens, Claims, and Interests Free and Clear of Liens* [ECF No. 4379].

The deadlines to object to the Motions have passed, and no objections have been filed.

Considering the absence of any objections to the Motions and in the interest of minimizing expense to the Debtor's estate, the Trustee respectfully requests that the Hearing be held on a remote basis using the Court's Zoom.gov platform.  The Trustee is advised that the United States Trustee does not object to holding a remote Hearing.

*[Remainder of Page Intentionally Left Blank]*

-3-

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that the Hearing be held on a remote basis using the Court's Zoom.gov platform and that the Court grant such other and further relief as is just and proper.

Dated: May 12, 2025     LUC A. DESPINS, CHAPTER 11

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                            :    Chapter 11
                                                  :
HO WAN KWOK, *et al.*,[1]                         :    Case No. 22-50073 (JAM)
                                                  :
        Debtors.                                  :    (Jointly Administered)
                                                  :
------------------------------------------------------x

**[PROPOSED] ORDER GRANTING**
**CHAPTER 11 TRUSTEE'S MOTION**
**TO HOLD REMOTE HEARING ON MAY 13, 2025**

Upon the motion of Luc A. Despins, in his capacity of chapter 11 trustee, (the "Trustee") for entry of an order providing that the hearing (the "Hearing") scheduled for 1:00 p.m. on May 13, 2025 on the *Application to Employ The Hamilton Group, LLC as Auctioneer* [ECF No. 4021], the *Motion to Sell Certain Personal Property Free and Clear of Liens by Public Auction and Approve Form of Notice of Sale* [ECF No. 4301], the *Application to Employ Hadef & Partners as Local Counsel in the United Arab Emirates* [ECF No. 4352], and the *Motion to Sell Personal property by Public Auction Free and Clear of all Liens, Claims, and Interests Free and Clear of Liens* [ECF No. 4379] (the "Motions"), be held on a remote basis, and good cause appearing therefore, it is hereby

    1.    ORDERED that the Motion is granted as set forth herein; and it is further

    2.    ORDERED that the Hearing shall be held on a remote basis via the Court's

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

-2-

Zoom.gov platform, and parties wishing to attend the hearing may obtain login instructions to connect to the ZoomGov remote conference by sending an email to the Clerk's office via the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                                  :     Chapter 11
                                                        :
HO WAN KWOK, *et al.*,[1]                                :     Case No. 22-50073 (JAM)
                                                        :
          Debtors.                                      :     (Jointly Administered)
                                                        :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 12, 2025 the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: May 12, 2025                         LUC A. DESPINS, CHAPTER 11

                                              By: */s/ Patrick R. Linsey*
                                              Patrick R. Linsey (ct29437)
                                              NEUBERT, PEPE & MONTEITH, P.C.
                                              195 Church Street, 13th Floor
                                              New Haven, Connecticut 06510
                                              (203) 781-2847
                                              plinsey@npmlaw.com

                                              *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).