**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
: (Jointly Administered)
Debtors. :
: Re: ECF No. 4392
-------------------------------------------------------x

**ORDER GRANTING**
**CHAPTER 11 TRUSTEE'S MOTION**
**TO HOLD REMOTE HEARING ON MAY 13, 2025**

Upon the motion of Luc A. Despins, in his capacity of chapter 11 trustee, (the "Trustee") for entry of an order providing that the hearing (the "Hearing") scheduled for 1:00 p.m. on May 13, 2025 on the *Application to Employ The Hamilton Group, LLC as Auctioneer* [ECF No. 4021], the *Motion to Sell Certain Personal Property Free and Clear of Liens by Public Auction and Approve Form of Notice of Sale* [ECF No. 4301], the *Application to Employ Hadef & Partners as Local Counsel in the United Arab Emirates* [ECF No. 4352], and the *Motion to Sell Personal property by Public Auction Free and Clear of all Liens, Claims, and Interests Free and Clear of Liens* [ECF No. 4379] (the "Motions"), be held on a remote basis, and good cause appearing therefore, it is hereby

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that the Hearing shall be held on a remote basis via the Court's

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

ZoomGov.com platform, and parties wishing to attend the hearing may obtain login instructions to connect to the ZoomGov remote conference by sending an email to the Clerk's office via the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

Dated at Bridgeport, Connecticut this 12th day of May, 2025.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut