

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## DESIGNATION OF A BANKRUPTCY JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE SECOND CIRCUIT

*For a Specific Case*

Pursuant to 28 U.S.C. § 155(a), I hereby designate the Honorable Alan S. Trust, Chief Judge of the United States Bankruptcy Court for the Eastern District of New York, to perform the duties of United States Bankruptcy Judge temporarily for the District of Connecticut for the specific case *In re: Ho Wan Kwok et al.*, Case No. 22-50073 in the capacity as mediator.

Dated: May 12, 2025

Debra Ann Livingston
Chief Circuit Judge
Second Circuit Court of Appeals

cc: Hon. Margo K. Brodie, Chief Judge, Eastern District of New York
    Brenna B. Mahoney, Clerk of Court, Eastern District of New York
    Paul Dickson, Clerk of Court, Eastern District of New York Bankruptcy Court
    Hon. Michael P. Shea, Chief Judge, District of Connecticut
    Hon. Ann M. Nevins, Chief Bankruptcy Judge, District of Connecticut Bankruptcy Court
    Hon. Julie A. Manning, Bankruptcy Judge, District of Connecticut Bankruptcy Court
    Dinah Milton Kinney, Clerk of Court, District of Connecticut
    Pietro Cicolini, Clerk of Court, District of Connecticut Bankruptcy Court
    Michael Jordan, Second Circuit Executive