**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x

In re:

HO WAN KWOK, *et al.*,[1]

      Debtors.

------------------------------------------------------------x

Chapter 11

Case No. 22-50073 (JAM)

(Jointly Administered)

RE: ECF No. 4021

**ORDER GRANTING APPLICATION OF CHAPTER 11 TRUSTEE AND GENEVER HOLDINGS LLC TO EMPLOY AND APPOINT THE HAMILTON GROUP, LLC AS AUCTIONEER**

UPON CONSIDERATION OF the application (the "Application")[2] of Luc A. Despins (the "Trustee"), in his capacity as Chapter 11 Trustee for Ho Wan Kwok (the "Individual Debtor"), and Genever Holdings LLC ("Genever US") to employ and appoint The Hamilton Group, LLC ("Hamilton") as auctioneer; pursuant to 11 U.S.C. §§ 327 and 328 and Local Rule of Bankruptcy Procedure 6005-1 and as more fully set forth in the Application; and upon consideration of the Declaration; and it appearing that said professional is qualified to provide such professional service and does not represent any interest adverse to the Estates; and good cause having been shown; and upon the prior hearing held on February 27, 2025, and the Order Granting in Part Application to Employ and Appoint The Hamilton Group, LLP as Auctioneer, ECF No. 4180, and after a hearing having been held on May 13, 2025 to expand the retention of The Hamilton Group, LLC, it is hereby:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application.

ORDERED, that the Applicants are hereby authorized to employ The Hamilton Group, LLC (the "Auctioneer") pursuant to 11 U.S.C. §§ 327 and 328 and Local Rule of Bankruptcy Procedure 6005-1 as auctioneer to sell at auction the Estate Vehicles and the Estate Furniture, upon the terms and conditions as set forth in the Application; and it is further

ORDERED, that, for the avoidance of doubt, the sale(s) of Estate Vehicles and Estate Furniture is subject to entry of separate order(s) of this Court authorizing such sale(s), upon separate motion by the Applicants and notice upon parties in interest.

ORDERED, that the Auctioneer shall, after filing its application for compensation and request for reimbursement and after notice and a hearing, be awarded compensation plus reimbursement of reasonable expenses to be determined as set forth in the Local Rules and subject to review and final determination by the Court pursuant to 11 U.S.C. §§ 330 and 331; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated at Bridgeport, Connecticut this 13th day of May, 2025.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut