**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                              :             Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                                :             Case No. 22-50073 (JAM)
:
:             (Jointly Administered)
Debtor.                                                        :
:             Re: ECF 4399
---------------------------------------------------------x

**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE TO EXPEDITE HEARING REGARDING MOTION TO (I) FURTHER MODIFY OCTOBER 6, 2022 PROTECTIVE ORDER ENTERED PURSUANT TO SECTIONS 105 AND 107 OF BANKRUPTCY CODE AND FEDERAL RULE OF CIVIL PROCEDURE 26(C) AND THE STIPULATED ADDENDUM TO THE PROTECTIVE ORDER AND**
**(II) WAIVE CERTAIN OF THE DEBTOR'S PRIVILEGES CONTROLLED BY THE TRUSTEE, PURSUANT TO THE CONSENT ORDER REGARDING CONTROL OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION RELATED TO RULE 2004 SUBPOENAED DOCUMENTS AND INFORMATION [ECF NO. 856]**

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Motion of Chapter 11 Trustee to (I) Further Modify October 6, 2022 Protective Order Entered Pursuant to Sections 105 and 107 of Bankruptcy Code and Federal Rule of Civil Procedure 26(c) and the Stipulated Addendum to the Protective Order and (II) Waive Certain of The Debtor's Privileges Controlled By The Trustee, Pursuant To The Consent Order Regarding Control of Attorney-Client Privilege And Work Product Protection Related To Rule 2004*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Subpoenaed Documents And Information [ECF No. 856]* (the "Protective Order & Privilege Motion"),[2] and good cause appearing, it is hereby

ORDERED, that a hearing on the Protective Order & Privilege Motion shall be held on **May 27, 2025 at 1:00 PM** (prevailing Eastern Time) at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604; and it is further

ORDERED, that the deadline to object to the Protective Order & Privilege Motion shall be **May 23, 2025 at 12:00 p.m.** (prevailing Eastern Time); and it is further

ORDERED, that the Trustee may file a reply in support of the Protective Order & Privilege Motion on or before **May 26, 2025 at 12:00 p.m.** (prevailing Eastern Time); and it is further

ORDERED, that a copy of this Order, along with the Protective Order & Privilege Motion and any attachments thereto, shall be served upon all parties appearing in the above-captioned chapter 11 case, the respondents in the K Legacy Action, the Debtor, and those identified on the schedules affixed to the Protective Order & Privilege Motion, and the Trustee shall file a certificate of service in advance of the Hearing.

Dated at Bridgeport, Connecticut this 14th day of May, 2025.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

---

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Protective Order & Privilege Motion.