**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

------------------------------x

**ORDER APPROVING SALE OF CERTAIN PERSONAL PROPERTY BY PUBLIC AUCTION FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS AND FORM OF NOTICE OF SALE**

Upon the application (the "Application") of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") of Ho Wan Kwok (the "Debtor"), debtor in these above-captioned jointly administered cases (the "Chapter 11 Cases" and/or "Estates"), and Genever Holdings, LLC ( "Genever US," together with the Trustee, the "Applicants") requesting entry of an order, (this "Order") approving (i) the sale by public auction of certain personal property as more particularly identified on **Exhibit B** attached hereto (the "Genever US Property" and "First Vehicle Group") free and clear of all liens and encumbrances; and (ii) the form of the Notice of Sale of Estate Property substantially in form attached as **Exhibit C** hereto (the "Notice of Sale"); and the Court having reviewed the Application and having considered the statements of counsel before the Court at a hearing held on May 13, 2025 (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Application and Hearing having been given, and no other or further notice being required; and the Court having determined that the relief sought in the Application is in the best interest of the Applicants, their estates, creditors, and all parties in interest, therefor;

IT IS HEREBY ORDERED THAT:

1. The Application is approved in all respects;

2. Genever US and the Trustee are authorized to consummate the sale of the Genever US Property and First Vehicle Group free and clear of all liens, claims and interests pursuant to 11 U.S.C. Sections 363(b) by public auction (the "<u>Auction</u>") to be conducted by The Hamilton Group LLC on the terms and conditions set forth in the Application;

3. The Notice of Sale is approved; and

4. A report of the results of the Auction, and such additional information as may be required Local Bankruptcy Rule 6005-1, shall be filed within fifteen (15) days of the close of the Auction.

Dated at Bridgeport, Connecticut this 14th day of May, 2025.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut