# EXHIBIT B

**The Hamilton Group, LLC  Auctioneers & Appraisers**
**36 Killingworth Turnpike**
**Clinton, CT 06413**
**Phone: 203-433-8052  Fax: 203-643-2285**

**Ho Wan Kwook Sherry Netherland  3/31/2025**

**LOT #**

**1  De Coene  Black Lacquered Desk with (4)**

Drawers; Scratches on Top plus Ring Marks, De
Front Corner, 30" T x 35" D x 68" W



----------

**2  Country French Table with (6) Chairs: (4) Side &**

(2) Arm; Rush Seats, Pine Table, Fruit Wood C
Table: 30" T x 35" D x 79" L with Bread Board
(1) Side Drawer; Normal Wear & Tear & Some



----------

**3  French Chest with (2) Drawers & Bow Front, Inlay**

with Ormolu Mounts, Beveled Edge, Marble To
Minor Veneer Damage, 35" T x 25" D x 52"W



----------

**4  French Commode with (2) Drawers, Inlay with**

Ormolu Mounts, Bow Front, Minor Veneer Da
Right & Left Side Cracking, 34" T x 22" D x 38



----------

**5  Drop Front Side Table With Brass Rim & Brass**

Throughout & Bronze Feet, Pair of Dolphin on
Base, Scratches Throughout, 28" T x 14" D x 25



----------

**LOT #**

**6  Alabaster Urn, White, Stained & Chipped, 15.5'' T**

x 11" D



----------

**7  Avery Boardman Hide-A-Bed Sofa, Gold Upholstery,**

(3) Cushions, Mattress, 32" T to back of crest x
38" D



----------

**8  Sofa with (2) Cushions, Gold & Brown Upholstery &**

Fringe Bottom (some damage), 33" T to back of
80" W x 37" D



----------

**9  Sofa with Tufted Arms, Fringe to Base, Missing**

(2) Buttons, Salmon Colored Upholstery with S
Wear & Tear, 38" T to back of crest x 39" D x 7



----------

**10  Loveseat, Striped Upholstery with Sun Bleached &**

Stains, 31" T to top of crest x 34" D x 61" W



----------

**11  Victoria Sofa with Black Walnut Frame, Upholstery**

Stained & Worn, 38" T to top of crest x 25" D x



----------

The Hamilton Group, LLC / Auctioneers & Appraisers    Page: 2

Ho Wan Kwok Sherry Netherland  3/31/2025

**LOT #**

**12**  **Pair of French Style Side Chairs with Caine Seat**

& Back 39" T to crest & 18" floor to seat



**13**  **Renew Tables Herman Miller Computer Desk with**

Chrome Feet 26.5" T x 29" D x 58" W; Power S Loose on Bottom



**14**  **Rowenta Master Valet Steamer Roll & Press;**

Condition Unknown, 62" T, Some Staining



**15**  **Headboard with Caine Back & Carved Flower to**

Crest; 52" T x 78" W rail to rail



**16**  **Pair of French Style Arm Chairs with Upholstery**

(Worn & Faded); 29" T to back of crest x 37"



**17**  **Ceiling Light Flush Mount, Ribbed Glass Globe &**

Brass Rim, 17" Diameter x 5" Deep with (4) Lig



**18**  **Ceiling Light Flush Mount, Ribbed Glass Globe &**

Brass Rim, 17" Diameter x 5" Deep with (4) Lig



**LOT #**

**19**  **Ceiling Light Flush Mount, Ribbed Glass Globe &**

Brass Rim, 17" Diameter x 5" Deep with (4) Lig



**20**  **Ceiling Light Flush Mount, Ribbed Glass Globe &**

Brass Rim, 17" Diameter x 5" Deep with (4) Lig



**21**  **Ceiling Light Flush Mount, Ribbed Glass Globe &**

Brass Rim, 17" Diameter x 5" Deep with (4) Lig



**22**  **Carved Wall Sconces, Wooden, Figural, (2) Lights,**

25" L x 12" W x 5.5" D



**23**  **Flush Mount Light with (2) Lights, Ribbed Glass**

Dome with Brass, (4) Rosettes & Floral Shade 16" Diameter x 5.5" Deep



**24**  **Flush Mount Light with (2) Lights, Ribbed Glass**

Dome with Brass, (4) Rosettes & Floral Shade 16" Diameter x 5.5" Deep



**25**  **Flush Mount Light with (2) Lights, Ribbed Glass**

Dome with Brass, (4) Rosettes & Floral Shade 16" Diameter x 5.5" Deep



The Hamilton Group, LLC / Auctioneers & Appraisers

Ho Wan Kwook Sherry Netherland  3/31/2025

**LOT #**

**26    Flush Mount Light with (2) Lights, Ribbed Glass**

Dome with Brass, (4) Rosettes & Floral Shade
11.5" Diameter x 5" Deep



**27    Heart Sculpture, Gold Acrylic & Signed, 11" T**

with 8"x5.5" Base



**28    Reproduction Chinese Vase, Blue & White, 14" T**



**29    Bust of Child, Clay, Signed on Reverse, Some**

Chipping & Finish Damage, 11.5" T



**30    Bust of Man, White Metal, 17" T; Black Finish**

with Scratches & Paint Loss



**31    Statue of Carved Wooden Eagle, Painted, 16" T x**

25" Wingspan



**32    Pair of Door Stops; Cats, Metal, 6" L x 4" T**



**LOT #**

**33    Pail, Oriental China, 6.5" T x 5.5" Diameter**



**34    Lot of (4) Assorted Glass Vases from 7.5" T to**

11" T



**35    Brass Candle Lights, (3) Arms, Green Tin Shades,**

25" T , Electrified



**36    Pair of Candelabras with (3) Arms, Bronze, (6)**

Shades: All Discolored, 27" T x 13" W x 8.5" D



**37    Pair of Candelabras with (3) Arms, Bronze, (6)**

Shades: All Discolored, 27" T x 13" W x 8.5" D



**38    Lot of Assorted Glass, Some Baccarat, Including**

Ashtrays Tumblers & Vases; Damage to Tumbl
Chips



**39    Lalique Compote: 3" T x 5.5" Diameter & (4)**

Lalique Water Glasses



Ho Wan Kwook Sherry Netherland  3/31/2025

---

**LOT #**

**LOT #**

**40**  Lot of (6) Paintings, Landscape, By J. Lewis, 8"

x12" with 1" Frame



**47**  Round Gold Coffee Table with Glass Top But Glass

Doesn't Sit Perfectly Into Frame, Gold Metal Ba
Small Chips in Several Places 17" T x 36" Diam



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**41**  Mahogany Side Table with Pull Out Coaster, Reeded

Legs, Some Staining to Top, 28" T with 11" Sq



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**48**  Pair of Wing Back Chairs, Upholstery Torn &

Stained, Golf Paint Flaking & Chipping 33" Wi



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**42**  Mahogany Side Table on Rollers, Poor Condition

with Staining to Top & Lower Shelf, 31" T with
Square Top



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**49**  Round End Table with Glass Top, Star Design on

Top, Glass Scratches, Paint Los to Red Star, Me
Base, 17" T x 25.5" Diameter



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**43**  Lot of (2) Paintings: Warrior, Signed Front &

Village Scene, Signed Reverse; Warrior Frame i
Condition with Damage: Separation, Lifting &
Missing



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**50**  ARRI Set of Stage Lights with Case 28" x 16" x

13" T



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**44**  Brass Rolling Cart with 3-Tiers, 23" T x

19"x12.5" Top



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**51**  Mahogany End Table with One Drawer, Leatherette

Top, Scratches on Top, Small Dents Along Top
32"T x 23" Octagon Top



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**45**  Mahogany End Table with Glass Top, One Drawer,

Ball & Claw Feet, Minor Scratches, 24"T x 26"
W



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**52**  French Side Chair with Needlepoint Seat & Back

with Gold Frame; Gold Paint Worn & Flaking,
Back of Crest & 19" to Seat



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**46**  Mahogany End Table; Poor Condition with

Scratches, Dents, Gauges & Paint Loss, 22" T x
21" W



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Hamilton Group, LLC / Auctioneers & Appraisers

Ho Wan Kwook Sherry Netherland  3/31/2025

**LOT #**

**53    Pair of Hampers 23'' T**



**54    Gentleman's Armchair: Poor Condition & Worn with**

Walnut Frame Missing Back Crest, Leather Mis
Damaged, 47" to Back of Crest



**55    Staples Paper Shedder Professional Series, 23'' T**



**56    French Style Stool: Upholstery in Poor Condition,**

Worn Wooden Frame, 18" T x 24" x 17"



**57    Barrell Back Arm Chair, Upholstered Orange, 29''**

T, White Legs, Upholstery Worn, Legs with Chi



**58    2017 Cannon Copier F170402, No Power Cord &**

Condition Unknown



**59    Pair of Mahogany Ralph Lauren End Table with (1)**

Drawer; Scratches, Chipps & Stains Throughout
Stuck On, 27" T x 19" D x 30" W



**LOT #**

**60    Pair of Mahogony Arm Chairs Upholstered with**

Bees, Worn & Stained, Frame with Scratched &
32" to Crest & 25" W



**61    Brass Framed Mahogany End Table on Wheels with**

Lower Shelf; Stained with Paper & Glass Rings
29" T x 24"



**62    Bench with Leather Top; Damaged & Worn with**

Cracks, Frame Scratched, 19" T x 38" x 16"



**63    Pair of Barrell Back Arm Chairs, Green Upholstery**

with Stains, Fading & Worn, Swivel Chairs, 34"
Crest, 31" W



**64    Floor Lamp, Fluorescent, 51'' T  with Shade:**

8"x15.5"



**65    Arm Chair with Button Back, Floral Upholstery;**

Stains & Worn, 38" to Back of Crest & 32" W



**66    Samsung's Smart AirDresser  M: DFG0R8200DG, 72''**

T x 17.5"W x  24"D



**Ho Wan Kwook Sherry Netherland  3/31/2025**

| LOT # | LOT # |
|---|---|

**67   Drop Front Desk with One Drawer, Lower Cupboard,**

Veneer with Brass Mounts, Key Doesn't Work, Front Locked, Scratches Throughout, 57" T x 3 W x 16" D



**73   Mahogany End Tables with (2) Drawers; Damage with**

Stains, Scratches & Missing Handle, No Glass 27.5" T x 24" W x 16" D



**68   Fancy Wall Mirror with Etched Glass; Urn & Fruit**

Finial, Side Panels of Mirror Cracked, Missing Rosette, Imperfections Throughout



**74   Pair of Mahogany End Tables with 1-Drawer, Glass**

Top, Lower Cupboard, by Councill with Damag Scratches Throughout



**69   6-Drawer Chest with Bow Front & Marble Top; No**

Key & Two Drawers Locked, Two Missing Han Veneer Damaged Throughout, French 3 Over 3 Marble Top Crest, 36" T x 28" D x 54" W

**75   Tip Top Marble Table with Octagon Top & Brass**

Frame, Light Scratches Throughout, On Casters, 26.5" W



**70   Oil Painting of Floral Still Life Signed Lower**

Right Anderson, Stained Back of Canvas, Paint Missing Mounding Throughout



**76   French Style Arm Chair with Green Upholstery,**

Worn & Stained, 39" to Back of Crest & 30" W



**71   Pier Table with Mirrored Back & Dolphin Supports,**

Missing Rosettes, Poor Condition, 29.5" T x 31" 18" D



**77   8-Panel Gold Chandelier 34" T x 24" W x 4 Lights**



**78   8-Panel Gold Chandelier, 35" T x 20" W x 3 Lights**



**72   Mahogany Side Table with Metal Base 25" T x 20" D**

x 30" W



**79   8-Panel Gold Chandelier, 28" Tx 20.5" W x 3**

Lights



**Ho Wan Kwook Sherry Netherland  3/31/2025**

LOT #                                                    LOT #

**80    8-Panel Gold Chandelier, 36'' T x 20.5'' W x 3**

Lights



**87    Pair of Table Lamps, Glass & Floral Pedals,**

Prisms Currently Wrapped In Paper, 46" T x 41



- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**81    Multi Arm Chandelier with Glass Prisms,**

12-Lights, 38" T x 28" W



**88    Pair of Table Lamps, Bronze, 30'' T**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**82    Chandelier with (6) Lights, Clear & Amber Glass**

Prisms, 36" T x 27" W



**89    Table Lamp, Blue with Shade, 27'' T x 9'' Diameter**

Base



- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**83    Chandelier with (12) Lights with Ram Heads,**

Alabaster Cracked, 30" T x 20"D



**90    Lot of (3) Carved Figures 3.5'' x 5.5'' T**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**84    Chandelier, Egg Style with Murano Style Glass**

Drops, 32" T x 25" D



**91    Lot of (5) Sonos, Model Connect Amps**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**85    Chandelier, Egg Style with Murano Style Glass**

Drops, Minor Chips Around Center



**92    Misc. Lot of Ashtrays, Paperweights, Telephone**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**86    Bronze (30) Light Chandelier with (4) Cut Out**

Semi Circle Around Center, Some Chips, 32" T



**93    Gold Wall Mirror with Floral Crest, Missing**

Paint, Chips, Bug Holes, Silver Wearing Off Mi
Throughout, Crest Broken & Repaired in Severa
Places, 33: T x 19.5" W



- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Ho Wan Kwook Sherry Netherland  3/31/2025**

**LOT #**

**94    Pair of Wall Sconces; Iron & Crystal, Two Lights**

Each, 25" T x 10" W x 5" D, Minor Imperfectio



**95    Pair of Wall Sconces; Leaf & Flower with Twisted,**

Minor Imperfections, 19" T x 12" W x 5" D



**96    Lot of (2) Books: Guilielmi Estii, Vellum Bound,**

14" T x 9.5" x 2" Think



**97    Lot of (4) Books: Roberti Bellarmini, Vellum**

Bound



**98    Breville Brew & Grind Coffee Maker; Condition**

Unknown, 16.5" T x 9" W x 12" D



**99    Nespresso Vertuoline Espresso Coffee Maker;**

Condition Unknown



**100    Red Kitchen Aid Professional 600 Mixer; Condition**

Unknown



**LOT #**

**101    Krups Waffle Maker; Condition Unknown**



**102    NW-JX10 Zajirushi Rice Cooker; Condition Unknown**



**103    Dirt Devil; Condition Unknown**



**104    Print, Head of Young Woman, Framed, 14.5"x10.5"**

with 3" Matt & Frame



**105    Group of Legos, Tree House, Trike & Building**



**106    Table Mirror, Miroir Brot, Brass Frame, (3)**

Mirrors, 15" Tx 10.5" W when closed with 6" D Base; 29.5" When Open



**107    Pair of Brass 3-Arm Wall Sconces with Twisted Bow**

& Finial 23" T x 10" W x 6" D



**108    Misc. Lot of Microphone, Dog, Panda, Damaged**

Vase, Piggy Bank, Cookie Jar



**Ho Wan Kwook Sherry Netherland   3/31/2025**

| LOT # | LOT # |
|---|---|

**109**   **Breville Expresso, Condition Unknown, 16'' Tx 12''**

W x 12" D, Minor Scratches



---

**110**   **Venus Et Fleur, Some Flowers Smashed, 16'' T x 16''**

Diameter



---

**111**   **French Style Arm Chair with Upholstery Worn,**

Faded & Stained with Wood Frame Cracked, 37 of Crest



---

**112**   **Bench with Upholstered Top & Painted Gold Base;**

Dirty & Stained, Gold base with Chips, Scratch Worn, 17.5"T x 23" x 16" to seat



---

**113**   **French Marble Top Writing Desk with 3-Drawers,**

Brass Mounts, Folding Top (Cracked), 36"T x 2 29" W



---

**114**   **Lot of (3) Stools with Brown Top; Frame Loose &**

Damage, Scratches, 20" T x 17.5"  x  12"



---

**115**   **French Style Arm Chair with Cane back, Poor**

Condition: Upholstery Worn with Paint Painted Throughout, Chair Frame Cracked In Multiple P 35" to Back of Crest, 25" W



---

**116**   **Boston Speaker 15'' T with Sub Woofer 15'' T**



---

**117**   **Flat Screen TV; Condition Unknown; 55''**



---

**118**   **Wall Mounting TV Bracket; Condition Unknown, 47''**

x 21"



---

**119**   **Samsung TV; Condition Unknown, 48''**



---

**120**   **Pier Table with Half Round Marble Top & Gold**

Drape Design; Paint Loss & Chipping througho Scratches, 36.5" T x 42.5" W x 17" D



---

**121**   **Round Brass End Table with Marble Top & Lower**

Dish, 26.5" T x 21" Diameter



---

**122**   **Lot of Shirts & Table Clothes**



---

**123**   **Lot of Stereo Equipment: Philips DVD Player,**

Marantz 5-Disc Player



---

Ho Wan Kwok Sherry Netherland  3/31/2025

**LOT #**

**124    Lot of (3) Boston Speakers**



---

**125    Black Metro Rack, 72" T x 35" W x 16"D**



---

**126    Sony Bravia 54" TV; Condition Unknown**



---

**127    Print of Brooklyn Bridge; Poor Condition, Wavy**



---

**128    3-Sectional Sofa; "L" Shaped Gold Upholstery in**

Poor Condition with Center Section Missing Le
8' x 35" D & 30" T



---

**129    Rope Style Coffee Table with Glass Top, Minor**

Scratches, 17" T x 36" x 52"



---

**130    Lot of Garment Bags**



---

**131    Console Table with Gold Base; Poor Condition;**

Frame Loose & Unstable with Scratches/ Stains
Marble Top, 35.5" T x 53" W x 18.5" D



---

**LOT #**

**132    Cabinet with 1-Drawer & Marble Top: Figural Post,**

One Door Detached, Black Marble Top with Scr
Veneer with Scratches/ Chipping/ Stained



---

**133    Dining Table with Dolphin Base, (6) Chairs: (3)**

Arm & (5) Side Chairs; Chairs with Brass Inlay,
Dolphin Base in Poor Condition with Missing P
Mounding & Veneer; Table Top Badly Stained
Scratched; (3) 28" Leaves In Poor Condition wit
Missing Veneer & damage; Chairs in poor cond
with Scratches & Stained; Table: 29" T x 61"
Diameter; Chair: 34.5" to Back of Crest



---

**134    Pair of Bronze Wall Sconces, 3-Arm, Electrified;**

19" T x 12" W x 5" D



---

**135    Mahogany 6-Drawer Partners Desk; Leatherette  Top**

In Poor Condition with Scratches & Staines; 29.
59" W x 27.5" D



---

**136    Mahogany 10-Drawer Credenza; Poor Condition in**

Veneer Damage & Scratches, 31.5" T x 7' W x



---

**137    Half Round Hall Table with Mirrored Top; Painted**

Gold Base with Scratches & Paint Loss; 32.5" T
W x 20" D



---

The Hamilton Group, LLC Auctioneers & Appraisers

**Ho Wan Kwook Sherry Netherland  3/31/2025**

---

**LOT #**

**138   Mahogany Queen Size Bed with Carved Shell Crest,**

Scratches, 63" T x 65" W



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**139   Queen Size Headboard, Decorated with Deer &**

Flowers, Paint Loss to Top & Edges, Scratches, Discoloration, Max Kuehn Style, Headboard: 59 79" W x 1.5"Think



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**140   Sony Flatscreen 48'' TV, Condition Unknown**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**141   2-Cushion Love Seat, Black & White, Upholstery in**

Poor Condition with Stains & Fading



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**142   French Style Arm Chair with Leg Detached;**

Upholstery in Poor Condition, 40" to Back of Cr



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**143   Large Room Sized Rug; Persian, 11'x16', Florals**

in Browns & Red, Worn Spots (Mostly in Cente



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**144   Blanket Chest, Pine, Lift Top, 3-Medalions**

Applied to Crest, Poor Condition with Gauges Holes, Missing Part of Frame, 22" T x 62" W x



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

---

**LOT #**

**145   Large Oriental Rug with Geometric Pattern, Worn &**

Rips; Overall Poor Condition, 10'x 12.5'



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**146   Large Persian Rug: 14'4"x24'**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**147   Large Lot of Stemware**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**148   Large Lot of Stemware, China & Glassware**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**149   Sony 55" TV; Condition Unknown**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**150   Lot of (2) Small Trash Cans**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**151   Chinese Style Large Gold Wall Mirror; Damage to**

Glass, Cracked & Pieces Broken Off; Missing P Mirror, Broken Lower Flower, Missing part of Filigree



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**152   Brass Light Fixture with Missing Original Shade,**

8 Lights, 19" Diameter & White Shade 15.5" Di



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**The Hamilton Group, LLC  Auctioneers & Appraisers**

**Ho Wan Kwook Sherry Netherland  3/31/2025**

---

**LOT #**

---

**153**   **Lot of (4) Silk Embroidered Pictures, Framed, One**

with Broken Glass, 21"x46" Overall



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**154**   **Lot of 92) Shadow Box with Oriental Items 24''x22''**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**155**   **Lot of Misc Oriental Items, (2) Figurer with**

Damage & Broken Pig



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**156**   **Triptych, Frame, Fish, Shell & Coral;**

Contemporary  Piece, 15"x29.5"



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -