## **EXHIBIT B**
### **(Motorcycles)**

i. a 2021 Harley Davidson motorcycle with a VIN number of 1HD1TBH1XMB957197; and

ii. a 2021 Harley Davidson motorcycle with a VIN number of 1HD1FBC10MB661233 (collectively, the "Motorcycles").