**EXHIBIT C**
**(Notice of Order Granting Motion for Public**
**Sale of Estate Property)**

4

Exhibit C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| In re: | |
|---|---|
| HO WAN KWOK, et al., | CASE NO: 22-50073 |
| Debtors. | CHAPTER: 11 |
| Debtor(s). | |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address: | |
|---|---|
| Douglas S. Skalka<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510 | **NOTICE OF ORDER GRANTING MOTION FOR PUBLIC SALE OF ESTATE PROPERTY**<br><br>D. CONN. BANKR. L. R. 6004-1(b) |
| ☒ Attorney for: Luc Despins, Chapter 11 Trustee and Genever Holdings, LLC<br>☐ Individual appearing without attorney | |

**INSTRUCTIONS FOR COMPLETING AND FILING THIS NOTICE** This Notice shall be completed in accordance with Fed. R. Bankr. P. 6004(c) and (f) and D. Conn. Bankr. L. R. 6004-1(b). This Notice shall be completed and filed only after a hearing on a Motion to Sell Estate Property, Motion to Sell Estate Property Free and Clear of Liens, and/or Motion to Approve Procedures to Sell Estate Property is held by the Court.

**Description of property to be sold:**

1. One hundred and fifty-eight items of furniture and other personal property which had been located at the property owned by Genever Holdings, LLC at the Sherry Netherland Hotel, at 781 Fifth Avenue, New York, New York 10022, and are described in the catalog prepared by the Auctioneer. The catalog and additional information can be obtained by contacting the Auctioneer.
2. The following six motor vehicles:

2022 BMW motorcycle;
2021 Ducati motorcycle;
2017 Lexus NX 200T; and
Three (3) 2021 Harley Davidson Motorcycles.

Photographs and additional information regarding the motor vehicles can be obtained from the Auctioneer.

**Public Sale/Auction Information:**

| Date of Public Sale/Auction: | 5/29/25–6/18/25 (multi-day auction) | Time of Public Sale/Auction: | Online auction to commence 5/29/25 and conclude at or about 5:00 pm EST on June 18, 2025. |
|---|---|---|---|
| Location of Public Sale/Auction: | Online auction via www.auctionninja.com/hamilton-grp/ | | |

NOTE: The Public Sale/Auction may be conducted telephonically, remotely using ZoomGov, and/or by other remote technology platform or medium.

**Objection/Overbid Deadline and Hearing Information:**

| Last date to file Objections ~~or to submit~~ ~~overbids~~ to Public Sale/Auction: | May 23, 2025 | | |
|---|---|---|---|
| Hearing Date and Time regarding Public Sale/Auction: | May 27, 2025 | at | 1:00 pm |
| Location of hearing: | United States Bankruptcy Court<br>915 Lafayette Boulevard<br>Bridgeport, CT 06604 | | |

Pursuant to D. Conn. Bankr. L.R. 6004-1(b), this form is mandatory. It has been approved for use in the United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.

Public Sale/Auction opening bid:

Terms and conditions of Public Sale/Auction, including whether the proposed sale/auction is to be free and clear of liens pursuant to 11 U.S.C. §363(f), and including information about how to register as a bidder:

Register as a bidder via the internet at www.auctionninja.com/hamilton-grp/with a valid credit card.
No deposit is required.
All items are being sold "as is."
Form of payment: cash, bank check or wire transfer to the Auctioneer.

Genever Holdings, LLC or the Trustee may set a reserve price as deemed appropriate for specific items in the auction. The reserve price may be disclosed to bidders or set as the starting bid for those items.

Public Sale/Auction overbid procedure, including bid increments (if any):

Contact person for potential bidders or potential higher offers (*include name, address, telephone, fax and/or email address*):

The Hamilton Group, LLC
Attn: Michael Knudsen
36 Killingworth Turnpike
Clinton, CT 06413
Phone: 860.552.4609
mike@hamilton-grp.com
(the "Auctioneer")

Date:

Pursuant to D. Conn. Bankr. L.R. 6004-1(b), this form is mandatory. It has been approved for use in the United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.

**Connecticut Local Form: CTB-LF238.B2**
03/2023    Page 2    Locale Rule 6004-1(b) - Notice of Order Granting Motion for Public Sale of Estate Property

# CERTIFICATE OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Douglas S. Skalka
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th FL
New Haven, CT 06510

A true and correct copy of the foregoing document entitled **NOTICE OF ORDER GRANTING MOTION FOR PUBLIC SALE OF ESTATE PROPERTY** was served in the manner stated below:

1. **SERVED VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to this Court's Administrative Procedures for Electronic Case Filing (Appendix A), the foregoing document will be served using the Court's CM/ECF system via NEF with an embedded hyperlink to the document. On (date) _____, I will confirm the CM/ECF docket for this bankruptcy case or adversary proceeding and will confirm that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |

---

Pursuant to D. Conn. Bankr. L.R. 6004-1(b), this form is mandatory. It has been approved for use in the United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.