**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   : Chapter 11
                                                         :
HO WAN KWOK, *et al.*,                                   : Case No. 22-50073 (JAM)
                                                         :
                     Debtors.[1]                         : Jointly Administered
                                                         :
                                                         :
---------------------------------------------------------x

**MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD**
**FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Paul Hastings LLP ("Paul Hastings") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to (a) Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), (b) Genever Holdings Corporation ("Genever (BVI)"), and (c) Genever Holdings LLC ("Genever (US)" and, together with Genever (BVI), the "Genever Debtors"), for the period from January 1, 2025 through and including January 31, 2025 (the "Fee Period"), other than for services render and expenses incurred related to the Trustee's civil RICO

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

complaint, Adv. Proc. 24-5273 (the "RICO Adversary Proceeding").[3]  By this Monthly Fee Statement, Paul Hastings respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period (other than with respect to the RICO Adversary Proceeding), in the amounts of $1,123,115.20 and $54,860.74, respectively.

## SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, department, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each Paul Hastings individual who provided services during the Fee Period.  The rates charged by Paul Hastings for services rendered to the Committee are the same rates that Paul Hastings charges generally for professional services rendered to its non-bankruptcy clients, except that the Trustee's hourly rate has been reduced to $1,975.00 (compared to his standard hourly rate of $2,435.00).[4]

2.    Attached hereto as Exhibit B and Exhibit C are summaries of Paul Hastings' services rendered and compensation sought for the Fee Period, by project category and Matter ID, respectively, for the Fee Period.

3.    Attached hereto as Exhibit D is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

4.    Attached hereto as Exhibit E are the fee statements of Paul Hastings for services provided during the Fee Period.

---

[3]    At this time, Paul Hastings is not seeking payment for services related to the RICO Adversary Proceeding (which services have been recorded under Matter Number 00025), but will do so in the future, whether as part of subsequent fee statements or in connection with its interim fee applications.

[4]    At the fee application stage, Paul Hastings will also consider not seeking allowance and payment for fees of timekeepers, who, during the relevant fee application period, billed less than a certain number of hours (as it has done in prior fee applications)

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

6.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Paul Hastings and (ii) the Notice Parties by email no later than **June 4, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Monthly Fee Statement are filed and received by the Notice Parties on or before the Objection Deadline, the estates shall promptly pay Paul Hastings 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

8.     To the extent that an objection to this Monthly Fee Statement is filed and received by the Notice Parties on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: May 14, 2025
      New York, New York

By: */s/ G. Alexander Bongartz*

G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC*

4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re:                                                   :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                 :    Case No. 22-50073 (JAM)
:
                            Debtors.                     :    (Jointly Administered)
:
-------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 14, 2025, the foregoing Monthly Fee

Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served

by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF

system.

Dated:    May 14, 2025              By: */s/ G. Alexander Bongartz*
          New York, New York            G. Alexander Bongartz (admitted *pro hac vice*)
                                         PAUL HASTINGS LLP
                                         200 Park Avenue
                                         New York, New York 10166
                                         (212) 318-6000
                                         alexbongartz@paulhastings.com

                                         *Counsel for the Chapter 11 Trustee, Genever*
                                         *Holdings Corporation, and Genever Holdings*
                                         *LLC*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
       Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
       Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
       mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
       LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
       (solely for purposes of notices and communications).

## EXHIBIT A

## HOURS AND RATES PER PROFESSIONAL AND PARAPROFESSIONAL

| Name | Department; Date of First Admission | Hourly Rate Billed | Hours Billed | Total Fees Billed in this Monthly Fee Statement | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|
| **Partners (3)** | | | | | |
| Bassett, Nicholas | Corporate, 2007 | $2,010.00 | 92.70 | $186,327.00 | 4 |
| Bassett, Nicholas (travel, ½ rate) | Corporate, 2007 | $1,005.00 | 10.40 | $10,452.00 | 4 |
| Despins, Luc | Restructuring, 1986 | $1,975.00 | 73.60 | $145,360.00 | 1 |
| Tsao, Leo | Litigation, 1999 | $1,945.00 | 3.20 | $6,224.00 | 2 |
| | **Partner Total:** | | **179.90** | **$348,363.00** | |
| **Of Counsel (3)** | | | | | |
| Bongartz, Alex | Restructuring, 2007 | $2,025.00 | 48.10 | $97,402.50 | 4 |
| Maza, Shlomo | Corporate, 2012 | $2,025.00 | 110.40 | $223,560.00 | 5 |
| Maza, Shlomo (travel, ½ rate) | Corporate, 2012 | $1,012.50 | 4.00 | $4,050.00 | 5 |
| Traxler, Katherine | Restructuring, 1990 | $1,175.00 | 4.60 | $5,405.00 | 4 |
| | **Of Counsel Total:** | | **167.10** | **$330,417.50** | |
| **Associates (8)** | | | | | |
| Barron, Douglass | Corporate, 2012 | $1,520.00 | 126.10 | $191,672.00 | 4 |
| Barron, Douglass (travel, ½ rate) | Corporate, 2012 | $760.00 | 6.50 | $4,940.00 | 4 |
| Catalano, Kristin | Corporate, 2021 | $1,275.00 | 28.10 | $35,827.50 | 4 |
| Farmer, Will | Corporate, 2018 | $1,520.00 | 70.00 | $106,400.00 | 4 |
| Kosciewicz, Jon | Litigation, 2021 | $1,275.00 | 35.40 | $45,135.00 | 4 |
| Sadler, Tess | Corporate, 2019 | $1,495.00 | 7.90 | $11,810.50 | 4 |
| Simon, Tori | Corporate, 2024 | $895.00 | 0.80 | $716.00 | 1 |
| Song, Luyi | Corporate, 2023 | $1,185.00 | 133.70 | $158,434.50 | 4 |
| Song, Luyi (travel, ½ rate) | Corporate, 2023 | $592.50 | 1.00 | $592.50 | 4 |
| Sutton, Ezra | Corporate, 2021 | $1,350.00 | 83.50 | $112,725.00 | 4 |
| | **Associate Total:** | | **493.00** | **$668,253.00** | |
| **Other Attorney (1)** | | | | | |
| Swartz, Robin | Real Estate, 1992 | $1,445.00 | 0.50 | $722.50 | 2 |
| | Other Attorney Total: | | **0.50** | **$722.50** | |
| **Paraprofessionals (3)** | | | | | |
| Doherty, Allison | Paralegal | $530.00 | 11.80 | $6,254.00 | 1 |
| Liu, Kelly | Legal Research Analyst | $440.00 | 0.60 | $264.00 | 3 |
| Mohamed, David | Paralegal | $600.00 | 82.70 | $49,620.00 | 3 |
| | **Paraprofessional Total:** | | **95.10** | **$56,138.00** | |
| | | | | | |
| **TOTAL:** | | | | | |
| | | | 935.60 | $1,403,894.00 | |
| **BLENDED HOURLY RATE: $1,501** | | | | | |

## EXHIBIT B

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| U.S. Trustee Task Code and Project Category | | Hours Billed | Fees Billed |
|---|---|---|---|
| B110 | Case Administration | 31.50 | $35,118.50 |
| B113 | Pleadings Review | 44.30 | $26,580.00 |
| B130 | Asset Disposition | 39.40 | $51,640.50 |
| B131 | Sale of Real Estate | 13.90 | $27,309.50 |
| B155 | Court Hearings | 347.80 | $557,595.50 |
| B160 | Employment / Fee Applications (Paul Hastings) | 8.90 | $13,773.50 |
| B165 | Employment / Fee Applications (Other Professionals) | 19.20 | $27,735.00 |
| B191 | General Litigation | 334.90 | $525,288.00 |
| B195 | Non-Working Travel | 21.90 | $20,034.50 |
| B210 | Business Operations | 15.30 | $26,116.00 |
| B211 | Financial Reports (Monthly Operating Reports) | 3.40 | $4,916.50 |
| B261 | Investigations | 55.10 | $87,786.50 |
| **TOTAL:** | | **935.60** | **$1,403,894.00** |

## EXHIBIT C

### SUMMARY OF COMPENSATION BY MATTER ID

| Matter ID | Matter Name | January 2025 |
|---|---|---|
| 00001 | General Chapter 11 Trustee Representation | $132,748.50 |
| 00002 | Asset Recovery Investigation and Litigation | $42,304.00 |
| 00003 | Other Litigation | $13,727.50 |
| 00005 | Sales Process | $78,545.00 |
| 00010 | Genever US | $17,466.50 |
| 00012 | Mahwah Adversary Proceeding | $19,489.00 |
| 00014 | HCHK Adversary Proceeding | $603.00 |
| 00016 | Mei Guo Adversary Proceeding | $34,156.50 |
| 00020 | Greenwich Land Adversary Proceeding | $2,976.00 |
| 00024 | Lamp Capital Adversary | $0.00 |
| 00026 | Ace Decade Adversary Proceeding | $40,865.00 |
| 00027 | CAO Adversary Proceeding | $270.00 |
| 00028 | Omnibus Alter Ego Adversary Proceeding | $263,115.50 |
| 00029 | Avoidance Actions | $421,642.50 |
| 00030 | Mediation | $5,043.00 |
| 00031 | Forfeiture Issues | $194,904.50 |
| 00032 | K Legacy | $65,186.00 |
| 00033 | Swiss Proceedings | $39,840.50 |
| 00034 | Cyprus Proceedings | $6,731.00 |
| 00036 | UAE | $12,128.00 |
| 00040 | Cirrus Avoidance Action | $3,015.00 |
| 00042 | Wedlake Bell Avoidance Action | $9,137.00 |
| **TOTAL:** | | **$1,403,894.00** |

### EXHIBIT D

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Expense Category | January 2025 |
|---|---|
| Airfare | $1,070.98 |
| Computer Search (Other) | $464.58 |
| Lexis/On Line Search | $600.61 |
| Local – Taxi | $26.22 |
| Lodging | $167.90 |
| Outside Professional Services | $46,733.19 |
| Postage/Express Mail | $310.62 |
| Reproduction Charges | $906.80 |
| Reproduction Charges (Color) | $186.00 |
| Search Fee | $32.82 |
| Taxi/Ground Transportation | $805.86 |
| Travel Expense - Meals | $84.80 |
| UPS/Courier Service | $1,808.81 |
| Vendor Expense | $260.30 |
| Westlaw | $1,401.25 |
| **TOTAL:** | **$54,860.74** |

# **EXHIBIT E**

## **FEE STATEMENTS**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan May 9, 2025
Kwok
200 Park Avenue                              Please Refer to
New York, NY 10166                           Invoice Number: 2440409

Attn: Luc Despins                            PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $132,748.50 |
| Costs incurred and advanced | 2,360.13 |
| **Current Fees and Costs Due** | **$135,108.63** |
| **Total Balance Due – Due Upon Receipt** | **$135,108.63** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD****, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan May 9, 2025
Kwok
200 Park Avenue                                    Please Refer to
New York, NY 10166                                 Invoice Number: 2440409

Attn: Luc Despins                                  PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $132,748.50 |
| Costs incurred and advanced | 2,360.13 |
| **Current Fees and Costs Due** | **$135,108.63** |
| **Total Balance Due - Due Upon Receipt** | **$135,108.63** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan May 9, 2025
Kwok
200 Park Avenue                                    Please Refer to
New York, NY 10166                                 Invoice Number: 2440409

Attn: Luc Despins                                  PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## General Chapter 11 Trustee Representation                    $132,748.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 01/02/2025 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2); review recent case documents and prepare same for attorney review (.4) | 1.20 | 600.00 | 720.00 |
| 01/02/2025 | ECS1 | Review recent case filings and upcoming case deadlines | 0.20 | 1,350.00 | 270.00 |
| 01/02/2025 | JPK1 | Review case issues/task list | 0.20 | 1,275.00 | 255.00 |
| 01/03/2025 | DM26 | Update critical dates calendar and send outlook reminders (.7); review upcoming filing deadlines and update working group re same (.2) | 0.90 | 600.00 | 540.00 |
| 01/06/2025 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.3) | 0.90 | 600.00 | 540.00 |
| 01/06/2025 | ECS1 | Review recent case filings and upcoming case deadlines | 0.10 | 1,350.00 | 135.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2440409

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/07/2025 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2) | 0.70 | 600.00 | 420.00 |
| 01/07/2025 | DEB4 | Participate in call with L. Despins, N. Bassett, L. Song, and P. Linsey (NPM) regarding pending and upcoming case matters | 0.80 | 1,520.00 | 1,216.00 |
| 01/07/2025 | LAD4 | Update call with NPM, N. Bassett, D. Barron, L. Song | 0.80 | 1,975.00 | 1,580.00 |
| 01/07/2025 | LS26 | Call with L. Despins, N. Bassett, D. Barron, and P. Linsey (NPM) about investigation and litigation update | 0.80 | 1,185.00 | 948.00 |
| 01/07/2025 | NAB | Participate in call with L. Despins, D. Barron, L. Song, and P. Linsey (NPM) regarding case strategy and developments | 0.80 | 2,010.00 | 1,608.00 |
| 01/08/2025 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2) | 0.80 | 600.00 | 480.00 |
| 01/08/2025 | ECS1 | Review recent case filings and upcoming case deadlines | 0.20 | 1,350.00 | 270.00 |
| 01/09/2025 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2) | 0.70 | 600.00 | 420.00 |
| 01/09/2025 | LAD4 | Analyze general strategy re: collections | 0.50 | 1,975.00 | 987.50 |
| 01/09/2025 | NAB | Review tasks and case strategy issues | 0.20 | 2,010.00 | 402.00 |
| 01/10/2025 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2); review and prepare case documents for attorney review (.4) | 1.20 | 600.00 | 720.00 |
| 01/13/2025 | AB21 | Update list of open issues and workstreams | 0.20 | 2,025.00 | 405.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                                    Page 3
Kwok
50687-00001
Invoice No. 2440409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/13/2025 | DM26 | Update critical dates calendar and send outlook reminders (.3); review upcoming filing deadlines and update working group re same (.2) | 0.50 | 600.00 | 300.00 |
| 01/13/2025 | ECS1 | Review recent case filings and upcoming case deadlines | 0.10 | 1,350.00 | 135.00 |
| 01/13/2025 | LAD4 | Handle NPM weekly call with L. Song | 0.40 | 1,975.00 | 790.00 |
| 01/13/2025 | LS26 | Call with L. Despins, P. Linsey (NPM) about investigation and litigation update | 0.40 | 1,185.00 | 474.00 |
| 01/13/2025 | LS26 | Update list of open issues and work streams | 0.70 | 1,185.00 | 829.50 |
| 01/14/2025 | AB21 | Correspond with L. Despins regarding general Kwok update | 0.20 | 2,025.00 | 405.00 |
| 01/14/2025 | DM26 | Update critical dates calendar and send outlook reminders (.3); review upcoming filing deadlines and update working group re same (.2) | 0.50 | 600.00 | 300.00 |
| 01/15/2025 | DM26 | Update critical dates calendar and send outlook reminders (.3); review upcoming filing deadlines and update working group re same (.2) | 0.50 | 600.00 | 300.00 |
| 01/15/2025 | LAD4 | T/c N. Bassett regarding case issues and strategy | 0.30 | 1,975.00 | 592.50 |
| 01/15/2025 | NAB | Conference with L. Despins regarding case strategy and developments | 0.30 | 2,010.00 | 603.00 |
| 01/16/2025 | DM26 | Update critical dates calendar and send outlook reminders (.2); review upcoming filing deadlines and update working group re same (.2) | 0.40 | 600.00 | 240.00 |
| 01/16/2025 | LAD4 | Handle NPM call re: case issues (.60); t/c N. Jacobson (SEC) re: international service issue (.30) | 0.90 | 1,975.00 | 1,777.50 |
| 01/17/2025 | DM26 | Update critical dates calendar and send outlook reminders (.9); review upcoming filing deadlines and update working group re same (.2) | 1.10 | 600.00 | 660.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                     Page 4
50687-00001
Invoice No. 2440409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/20/2025 | DEB4 | Call with NPM, L. Despins, N. Bassett and L. Song regarding pending and upcoming case matters | 0.60 | 1,520.00 | 912.00 |
| 01/20/2025 | ECS1 | Review recent case filings and upcoming case deadlines | 0.10 | 1,350.00 | 135.00 |
| 01/20/2025 | LAD4 | Handle weekly NPM call with L. Song, N. Bassett, D. Barron | 0.60 | 1,975.00 | 1,185.00 |
| 01/20/2025 | LS26 | Call with L. Despins, N. Bassett, P. Linsey (NPM) and D. Barron about investigation and litigation update | 0.60 | 1,185.00 | 711.00 |
| 01/20/2025 | NAB | Telephone conference with L. Despins, D. Barron, L. Song, and P. Linsey (NPM) regarding case developments and strategy | 0.60 | 2,010.00 | 1,206.00 |
| 01/21/2025 | DM26 | Update critical dates calendar and send outlook reminders (.4); review upcoming filing deadlines and update working group re same (.2); prepare certain case documents for attorney review (.2) | 0.80 | 600.00 | 480.00 |
| 01/21/2025 | ECS1 | Review recent case filings and upcoming case deadlines | 0.20 | 1,350.00 | 270.00 |
| 01/22/2025 | DM26 | Update critical dates calendar and send outlook reminders (.7); review upcoming filing deadlines and update working group re same (.2) | 0.90 | 600.00 | 540.00 |
| 01/22/2025 | ECS1 | Review recent case filings and upcoming case deadlines | 0.20 | 1,350.00 | 270.00 |
| 01/23/2025 | DM26 | Update critical dates calendar and send outlook reminders (.3); review upcoming filing deadlines and update working group re same (.2) | 0.50 | 600.00 | 300.00 |
| 01/24/2025 | DM26 | Update critical dates calendar and send outlook reminders (.4); review upcoming filing deadlines and update working group re same (.2) | 0.60 | 600.00 | 360.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                                                  Page 5
50687-00001
Invoice No. 2440409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/27/2025 | DM26 | Update critical dates calendar and send outlook reminders (.6); review upcoming filing deadlines and update working group re same (.2); review issues re court transcripts for 12/18/23 and 12/21/23 hearings (.3) | 1.10 | 600.00 | 660.00 |
| 01/27/2025 | ECS1 | Review recent case filings and upcoming case deadlines | 0.10 | 1,350.00 | 135.00 |
| 01/28/2025 | AB21 | Call with T. Sadler regarding UST fees | 0.10 | 2,025.00 | 202.50 |
| 01/28/2025 | DM26 | Update critical dates calendar and send outlook reminders (.7); review upcoming filing deadlines and update working group re same (.2) | 0.90 | 600.00 | 540.00 |
| 01/28/2025 | TS21 | Call with A. Bongartz re UST quarterly fees (.1); correspond with UST, L. Despins and A. Bongartz re quarterly fee payments (.3) | 0.40 | 1,495.00 | 598.00 |
| 01/29/2025 | DM26 | Update critical dates calendar and send outlook reminders (.5); review upcoming filing deadlines and update working group re same (.2) | 0.70 | 600.00 | 420.00 |
| 01/29/2025 | LAD4 | Handle NPM call with L. Song, N. Bassett | 1.00 | 1,975.00 | 1,975.00 |
| 01/29/2025 | LS26 | Call with L. Despins, N. Bassett, and P. Linsey (NPM) about investigation and litigation update | 1.00 | 1,185.00 | 1,185.00 |
| 01/29/2025 | NAB | Call with L. Despins, L. Song, P. Linsey (NPM) regarding case developments and strategy (1.0); review case calendar and open issues/tasks (.1) | 1.10 | 2,010.00 | 2,211.00 |
| 01/30/2025 | AB21 | Update list of open issues and workstreams | 0.20 | 2,025.00 | 405.00 |
| 01/30/2025 | DM26 | Update critical dates calendar and send outlook reminders (.8); review upcoming filing deadlines and update working group re same (.2) | 1.00 | 600.00 | 600.00 |
| 01/31/2025 | DM26 | Update critical dates calendar and send outlook reminders (.4); review upcoming filing deadlines and update working group re same (.2) | 0.60 | 600.00 | 360.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok         Page 6
50687-00001
Invoice No. 2440409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/31/2025 | ECS1 | Review recent case filings and upcoming case deadlines | 0.10 | 1,350.00 | 135.00 |
| | | **Subtotal: B110  Case Administration** | **31.50** | | **35,118.50** |

**B113    Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/02/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.8); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.10 | 600.00 | 1,260.00 |
| 01/03/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.0); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 2.20 | 600.00 | 1,320.00 |
| 01/06/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.2); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.5) | 2.60 | 600.00 | 1,560.00 |
| 01/07/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (.9); review related case dockets regarding recent filings (.5) | 1.80 | 600.00 | 1,080.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                      Page 7
50687-00001
Invoice No. 2440409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/08/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.8); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.3); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.90 | 600.00 | 1,740.00 |
| 01/09/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.3); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.5); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 2.70 | 600.00 | 1,620.00 |
| 01/10/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.6); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.2); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 2.70 | 600.00 | 1,620.00 |
| 01/13/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.3); review recent filings in certain adversary proceedings and district court cases and update working group re same (.5); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 1.50 | 600.00 | 900.00 |
| 01/14/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (.9); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.10 | 600.00 | 1,260.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2440409

Page 8

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/15/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.3); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 1.80 | 600.00 | 1,080.00 |
| 01/16/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.3); review recent filings in certain adversary proceedings and district court cases and update working group re same (.9); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 1.90 | 600.00 | 1,140.00 |
| 01/17/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 1.90 | 600.00 | 1,140.00 |
| 01/21/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.7); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.10 | 600.00 | 1,260.00 |
| 01/22/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.8); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.2) | 2.10 | 600.00 | 1,260.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                                    Page 9
Kwok
50687-00001
Invoice No. 2440409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/23/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.8); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.10 | 600.00 | 1,260.00 |
| 01/24/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (.5); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 1.70 | 600.00 | 1,020.00 |
| 01/27/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5) | 1.60 | 600.00 | 960.00 |
| 01/28/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.6); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 1.90 | 600.00 | 1,140.00 |
| 01/29/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (1.2); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.40 | 600.00 | 1,440.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2440409

Page 10

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/30/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.4); review recent filings in certain adversary proceedings and district court cases and update working group re same (.9); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.3) | 2.10 | 600.00 | 1,260.00 |
| 01/31/2025 | DM26 | Review recent filings in Kwok case no. 22-50073 and update working group re same (.5); review recent filings in certain adversary proceedings and district court cases and update working group re same (.7); review related case dockets regarding recent filings (.5); research certain case documents per attorney request (.4) | 2.10 | 600.00 | 1,260.00 |
| | | **Subtotal: B113  Pleadings Review** | **44.30** | | **26,580.00** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/03/2025 | DM26 | Prepare draft agenda for 1/7/25 hearing | 0.80 | 600.00 | 480.00 |
| 01/06/2025 | AB21 | Correspond with L. Despins regarding January 7 hearing prep (0.2); prepare related hearing notes (0.4); revise Kobre & Kim retention order and prepare related notice of hearing (0.3); correspond with D. Mohamed regarding filing of same (0.1) | 1.00 | 2,025.00 | 2,025.00 |
| 01/06/2025 | DM26 | Review agenda for 1/7/25 hearing and share with working group | 0.10 | 600.00 | 60.00 |
| 01/06/2025 | ECS1 | Review and revise agenda for 1/7/25 court hearing (.2); correspond with D. Mohamed regarding same (.1) | 0.30 | 1,350.00 | 405.00 |
| 01/07/2025 | AB21 | Correspond with L. Despins regarding updated hearing notes for Kobre & Kim application | 0.10 | 2,025.00 | 202.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                                    Page 11
Kwok
50687-00001
Invoice No. 2440409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/07/2025 | LAD4 | Prepare for and handle short zoom hearing re: retention of Kobre & Kim (.70); post-mortem N. Bassett, P. Linsey (.20) | 0.90 | 1,975.00 | 1,777.50 |
| 01/07/2025 | NAB | Call with L. Despins and P. Linsey (NPM) regarding hearing outcome | 0.20 | 2,010.00 | 402.00 |
| 01/08/2025 | DM26 | Prepare agenda for 1/8/25 status conference | 0.60 | 600.00 | 360.00 |
| 01/08/2025 | ECS1 | Review and revise agenda for 1/8 court hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| 01/14/2025 | DM26 | Update 1/15/25 hearing agenda | 0.60 | 600.00 | 360.00 |
| 01/22/2025 | LAD4 | Review/comment on sealed status conference issues and handle same | 3.00 | 1,975.00 | 5,925.00 |
| 01/24/2025 | DM26 | Prepare agenda for 1/28/25 hearing | 0.60 | 600.00 | 360.00 |
| 01/24/2025 | ECS1 | Review and revise agenda for 1/28 court hearing (.1); correspond with D. Mohamed regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| 01/25/2025 | AB21 | Correspond with L. Despins regarding January 28 hearing | 0.10 | 2,025.00 | 202.50 |
| | | **Subtotal: B155  Court Hearings** | **8.70** | | **13,099.50** |

**B160    Fee/Employment Applications**

| | | | | | |
|------|----------|-------------|-------|------|--------|
| 01/08/2025 | AB21 | Call with C. Edge regarding PH fee statements (0.1); review November fee statement (0.8) | 0.90 | 2,025.00 | 1,822.50 |
| 01/08/2025 | KAT2 | Review fee matters and parts of seventh interim fee application (.2); correspond with C. Edge regarding same (.2) | 0.40 | 1,175.00 | 470.00 |
| 01/09/2025 | AB21 | Review PH August fee statement (0.1); review PH September fee statement (0.1); review PH October fee statement (0.9); review PH November fee statement (0.7); call with C. Edge regarding same (0.1) | 1.90 | 2,025.00 | 3,847.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00001
Invoice No. 2440409

Page 12

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/22/2025 | KAT2 | Prepare UST Appendix B info related to December services and seventh interim fee application (.5); correspond with C. Edge regarding seventh interim fee application (.2); prepare parts of same (1.6) | 2.30 | 1,175.00 | 2,702.50 |
| 01/28/2025 | KAT2 | Prepare parts of seventh interim fee application | 0.70 | 1,175.00 | 822.50 |
| 01/29/2025 | AB21 | Call with L. Song regarding PH October and November fee statements (0.2); correspond with W. Farmer regarding same (0.1) | 0.30 | 2,025.00 | 607.50 |
| 01/29/2025 | LS26 | Call with A. Bongartz regarding PH fee statements | 0.20 | 1,185.00 | 237.00 |
| 01/30/2025 | AB21 | Review PH August fees (0.3); meeting with L. Song regarding same (0.2); correspond with C. Edge regarding same (0.1) | 0.60 | 2,025.00 | 1,215.00 |
| 01/30/2025 | LS26 | Conference with A. Bongartz regarding PH fee statement and fee application | 0.20 | 1,185.00 | 237.00 |
| 01/30/2025 | NAB | Correspond with A. Bongartz regarding fee application issues and review same | 0.20 | 2,010.00 | 402.00 |
| 01/31/2025 | KAT2 | Prepare seventh interim fee application, exhibits, and proposed order (1.1); correspond with A. Bongartz and C. Edge regarding same (.1) | 1.20 | 1,175.00 | 1,410.00 |
| | | **Subtotal: B160  Fee/Employment Applications** | **8.90** | | **13,773.50** |

**B165    Fee/Employment Applications for Other Professionals**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/01/2025 | AB21 | Analyze U.S. Trustee objection to Kobre & Kim retention (0.2); correspond with L. Despins and N. Bassett regarding same (0.3); correspond with P. Hughes (Kobre & Kim) regarding same (0.2) | 0.70 | 2,025.00 | 1,417.50 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok              Page 13
50687-00001
Invoice No. 2440409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/02/2025 | AB21 | Revise CP Law fee application (0.2); correspond with G. Middleton (CP Law) regarding same (0.2); correspond with D. Mohamed regarding filing and service of same (0.1); call with H. Claiborn regarding Kobre & Kim retention application (0.2); correspond with H. Claiborn regarding same (0.1); correspond with P. Hughes (Kobre & Kim) regarding same (0.1) | 0.90 | 2,025.00 | 1,822.50 |
| 01/02/2025 | DM26 | File via the Court's CM/ECF system Chryssafinis's first interim fee application (.2); prepare and effectuate service regarding same (.2) | 0.40 | 600.00 | 240.00 |
| 01/06/2025 | DM26 | Prepare certificate of service regarding Chryssafinis's first interim fee application (.3); file certificate of service and revised proposed order regarding retention of Kobre & Kim via the Court's CM/ECF system (.3) | 0.60 | 600.00 | 360.00 |
| 01/07/2025 | AB21 | Correspond with P. Hughes (Kobre) regarding retention order and next steps (0.1); correspond with G. Middleton (CP Law) regarding CP Law fee statement (0.1) | 0.20 | 2,025.00 | 405.00 |
| 01/07/2025 | DM26 | Prepare and effectuate service regarding revised proposed order for retention of Kobre & Kim | 0.20 | 600.00 | 120.00 |
| 01/09/2025 | AB21 | Revise Kobre fee statement (0.3); correspond with P. Hughes (Kobre) regarding same (0.1) | 0.40 | 2,025.00 | 810.00 |
| 01/10/2025 | AB21 | Correspond with D. Mohamed regarding filing of Kobre fee statement (0.1); correspond with Notice Parties regarding same (0.1) | 0.20 | 2,025.00 | 405.00 |
| 01/10/2025 | DM26 | File Kobre & Kim's monthly fee statement for November 2024 via the Court's CM/ECF system | 0.20 | 600.00 | 120.00 |
| 01/17/2025 | AB21 | Correspond with H. Claiborn (UST) regarding CP Law fee application | 0.10 | 2,025.00 | 202.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                          Page 14
50687-00001
Invoice No. 2440409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/21/2025 | ECS1 | Prepare notice of filing updated exhibits to CP Law fee application (.4); correspond with A. Bongartz regarding same (.1) | 0.50 | 1,350.00 | 675.00 |
| 01/22/2025 | AB21 | Revise notice of filing of exhibits to CP Law fee application (0.2); correspond with D. Mohamed regarding filing and service of same (0.1) | 0.30 | 2,025.00 | 607.50 |
| 01/22/2025 | AB21 | Call with E. Sutton regarding Prager fee statement and fee application (0.1); revise same (0.1); correspond with D. Mohamed regarding filing of same (0.1); correspond with notice parties regarding same (0.1) | 0.40 | 2,025.00 | 810.00 |
| 01/22/2025 | DM26 | File via the Court's CM/ECF system updated exhibits to first interim fee application of CP Law and Prager's monthly fee statement for December 2024 (.3); prepare and effectuate service regarding same (.2) | 0.50 | 600.00 | 300.00 |
| 01/22/2025 | ECS1 | Prepare monthly fee statement for Prager (.3); call with A. Bongartz regarding same (.1) | 0.40 | 1,350.00 | 540.00 |
| 01/23/2025 | ECS1 | Prepare fee application for Prager | 1.40 | 1,350.00 | 1,890.00 |
| 01/24/2025 | ECS1 | Prepare fee application for Prager | 0.10 | 1,350.00 | 135.00 |
| 01/25/2025 | ECS1 | Continue preparing fee application for Prager | 0.90 | 1,350.00 | 1,215.00 |
| 01/27/2025 | AB21 | Revise Kroll December 2024 fee statement (0.1); correspond with D. Mohamed regarding filing of same (0.1); correspond with L. Despins regarding notes for January 28 fee hearing (0.1) | 0.30 | 2,025.00 | 607.50 |
| 01/27/2025 | DM26 | File via the Court's CM/ECF system Kroll's monthly fee statement for December 2024 | 0.20 | 600.00 | 120.00 |
| 01/27/2025 | ECS1 | Continue preparing fee application for Prager (.9); correspond with A. Bongartz regarding same (.1) | 1.00 | 1,350.00 | 1,350.00 |
| 01/27/2025 | ECS1 | Prepare Kroll monthly fee statement (.2); correspond with A. Bongartz regarding same (.1) | 0.30 | 1,350.00 | 405.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok
50687-00001
Invoice No. 2440409

Page 15

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/28/2025 | AB21 | Revise Prager fee application (0.2); call with E. Sutton regarding Kroll fee application (0.1) | 0.30 | 2,025.00 | 607.50 |
| 01/28/2025 | ECS1 | Prepare Kroll monthly fee statement (1.2); call with A. Bongartz regarding same (.1) | 1.30 | 1,350.00 | 1,755.00 |
| 01/29/2025 | AB21 | Revise Prager fee application (0.1); correspond with L. Despins regarding same (0.1); correspond with D. Hayek (Prager) regarding same (0.1) | 0.30 | 2,025.00 | 607.50 |
| 01/29/2025 | ECS1 | Prepare Kroll monthly fee statement (.9); correspond with A. Bongartz regarding same (.1) | 1.00 | 1,350.00 | 1,350.00 |
| 01/30/2025 | AB21 | Review Kobre & Kim fee statement (0.4); correspond with L. Despins regarding same (0.3); correspond with N. Bassett regarding same (0.1) | 0.80 | 2,025.00 | 1,620.00 |
| 01/30/2025 | AB21 | Finalize Prager fee application (0.2); correspond with D. Mohamed regarding filing of same (0.1); calls with E. Sutton regarding upcoming fee applications (0.3); review and revise Kroll fee application (0.2); correspond with P. Parizek (Kroll) regarding same (0.1) | 0.90 | 2,025.00 | 1,822.50 |
| 01/30/2025 | DM26 | File via the Court's CM/ECF system Prager's third interim fee application (.2); prepare and effectuate service regarding same (.2) | 0.40 | 600.00 | 240.00 |
| 01/30/2025 | ECS1 | Analyze issues related to upcoming professional fee applications (.7); correspond with A. Bongartz regarding same (.2); calls with A. Bongartz regarding same (.3) | 1.20 | 1,350.00 | 1,620.00 |
| 01/30/2025 | ECS1 | Prepare fee application for OMJB | 0.90 | 1,350.00 | 1,215.00 |
| 01/31/2025 | DM26 | Prepare and file via the Court's CM/ECF system certificate of service regarding Prager's third interim fee application | 0.30 | 600.00 | 180.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                                Page 16
Kwok
50687-00001
Invoice No. 2440409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/31/2025 | ECS1 | Correspond with estate professionals regarding upcoming professional fee applications (1.4); correspond with A. Bongartz regarding same (.2) | 1.60 | 1,350.00 | 2,160.00 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **19.20** | | **27,735.00** |

**B195    Non-Working Travel**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/28/2025 | NAB | Non-working travel from DC to Bridgeport and back (bill at 1/2 rate) | 3.50 | 1,005.00 | 3,517.50 |
| | | **Subtotal: B195  Non-Working Travel** | **3.50** | | **3,517.50** |

**B210    Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/02/2025 | TS21 | Correspond with L. Despins and East West Bank re bank accounts | 0.30 | 1,495.00 | 448.50 |
| 01/07/2025 | TS21 | Correspond with L. Despins re check disbursements | 0.50 | 1,495.00 | 747.50 |
| 01/08/2025 | DM26 | Prepare draft wire transfer regarding Hawk Eye Security | 0.10 | 600.00 | 60.00 |
| 01/08/2025 | TS21 | Correspond with L. Despins and East West Bank re wire transfers and fraudulent payments | 0.60 | 1,495.00 | 897.00 |
| 01/13/2025 | ECS1 | Review Paramount invoices (.1); correspond with T. Sadler regarding payment of same (.1) | 0.20 | 1,350.00 | 270.00 |
| 01/14/2025 | DM26 | Prepare draft wire transfers for certain vendors | 0.30 | 600.00 | 180.00 |
| 01/14/2025 | TS21 | Review wire transfer forms (.3); correspond with L. Despins and East West Bank re same (.2) | 0.50 | 1,495.00 | 747.50 |
| 01/15/2025 | TS21 | Correspond with L. Despins, East West Bank and A. Bongartz re wire transfer forms | 0.60 | 1,495.00 | 897.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 17

50687-00001

Invoice No. 2440409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/16/2025 | TS21 | Correspond with L. Despins and East West Bank re wire transfers | 0.30 | 1,495.00 | 448.50 |
| 01/17/2025 | TS21 | Correspond with L. Despins re bank accounts and payments | 0.20 | 1,495.00 | 299.00 |
| 01/21/2025 | DM26 | Prepare draft wire transfers regarding certain Trustee vendors | 0.50 | 600.00 | 300.00 |
| 01/21/2025 | TS21 | Review wire transfer forms (.3); correspond with D. Mohamed and A. Bongartz re same (.3) | 0.60 | 1,495.00 | 897.00 |
| 01/22/2025 | AB21 | Call with L. Despins and correspond with T. Sadler regarding wire transfers | 0.10 | 2,025.00 | 202.50 |
| 01/22/2025 | TS21 | Correspond with L. Despins and East West Bank re wire transfers | 0.30 | 1,495.00 | 448.50 |
| 01/27/2025 | TS21 | Correspond with D. Mohamed and A. Bongartz re wires and UST payments | 0.20 | 1,495.00 | 299.00 |
| 01/30/2025 | AB21 | Correspond with L. Despins and T. Sadler regarding next round of wire transfers | 0.20 | 2,025.00 | 405.00 |
| 01/30/2025 | DM26 | Prepare draft wire transfers for vendors on behalf of Trustee | 0.60 | 600.00 | 360.00 |
| 01/31/2025 | AB21 | Correspond with T. Sadler and L. Despins regarding wire to Hawk Eye (0.1); call with Hawk Eye regarding same (0.1) | 0.20 | 2,025.00 | 405.00 |
| | | **Subtotal: B210  Business Operations** | **6.30** | | **8,312.00** |

**B211    Financial Reports (Monthly Operating Reports)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/16/2025 | TS21 | Prepare December monthly operating report (2.3); correspond with D. Barron re same (.2) | 2.50 | 1,495.00 | 3,737.50 |
| 01/20/2025 | DEB4 | Correspond with T. Sadler regarding MOR (0.2); correspond with L. Despins regarding same (0.1) | 0.30 | 1,520.00 | 456.00 |
| 01/21/2025 | DM26 | File via the Court's CM/ECF system monthly operating report on behalf of the Trustee | 0.20 | 600.00 | 120.00 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                                        Page 18
50687-00001
Invoice No. 2440409

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/21/2025 | TS21 | Correspond with L. Despins and D. Mohamed re monthly operating report | 0.20 | 1,495.00 | 299.00 |
| | | **Subtotal: B211  Financial Reports (Monthly Operating Reports)** | **3.20** | | **4,612.50** |

|  | **Total** | | **125.60** | | **132,748.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 3.40 | 2,010.00 | 6,834.00 |
| NAB | Nicholas A. Bassett | Partner | 3.50 | 1,005.00 | 3,517.50 |
| LAD4 | Luc A. Despins | Partner | 8.40 | 1,975.00 | 16,590.00 |
| AB21 | Alex Bongartz | Of Counsel | 11.90 | 2,025.00 | 24,097.50 |
| KAT2 | Katherine A. Traxler | Of Counsel | 4.60 | 1,175.00 | 5,405.00 |
| DEB4 | Douglass E. Barron | Associate | 1.70 | 1,520.00 | 2,584.00 |
| TS21 | Tess Sadler | Associate | 7.20 | 1,495.00 | 10,764.00 |
| ECS1 | Ezra C. Sutton | Associate | 12.80 | 1,350.00 | 17,280.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 0.20 | 1,275.00 | 255.00 |
| LS26 | Luyi Song | Associate | 3.90 | 1,185.00 | 4,621.50 |
| DM26 | David Mohamed | Paralegal | 68.00 | 600.00 | 40,800.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 01/02/2025 | Photocopy Charges | 437.00 | 0.08 | 34.96 |
| 01/07/2025 | Photocopy Charges | 285.00 | 0.08 | 22.80 |
| 01/22/2025 | Photocopy Charges | 190.00 | 0.08 | 15.20 |
| 01/30/2025 | Photocopy Charges | 684.00 | 0.08 | 54.72 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2440409

Page 19

| | | |
|---|---|---|
| 11/12/2024 | UPS/Courier Service - Federal Express, Invoice# 2-328-55623 Dated 11/12/24, Tetsuro Kato Aozaro Bank, Ltd. 601-1 Kojimachi Chyodoa-Kutokyo 10286-60 JP | 115.89 |
| 12/03/2024 | UPS/Courier Service - Federal Express, Invoice# 2-334-96878 Dated 12/03/24, Sender: G Hop Shi Ind Bldg. 22-24 Cheung Lee St Chawan 425 HK | 159.67 |
| 12/10/2024 | UPS/Courier Service - Federal Express, Invoice# 2-337-06467 Dated 12/10/24, Sndr: Paul Harrison 1 Abbot Close West Byfleet Byfleet SR KT147-JT GB | 210.62 |
| 12/12/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 871945023; 12/12/2024; Side Jobs Coordinator; Side Jobs Coordinator; 11 BRUCE PL; GREENWICH, CT 06830 ; 283186597496 (MAN) | 18.29 |
| 12/18/2024 | Taxi/Ground Transportation - Skyline Credit Ride, Inc. (USD) (JPMSUA); Invoice # 6180137 dated 12/31/2024; Service Type: Car; From/To: M, 200 Park Avenue/ home; Passenger DAVID, Mohamed; Ticket # 223922 dated 12/18/2024 00:49 | 78.78 |
| 12/23/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 872644156; 12/23/2024; Sharon Jones Santiago Rodrique; East West Bank; 135 N LOS ROBLES AVE; PASADENA, CA 91101 ; 283646650012 (MAN) | 20.90 |
| 12/23/2024 | Computer Search (Other) | 9.63 |
| 12/24/2024 | Taxi/Ground Transportation - Skyline Credit Ride, Inc. (USD) (JPMSUA); Invoice # 6180137 dated 12/31/2024; Service Type: Car; From/To: M, 200 Park Avenue/ home; Passenger DAVID, Mohamed; Ticket # 245812 dated 12/24/2024 00:24 | 62.13 |
| 12/24/2024 | Computer Search (Other) | 8.37 |
| 12/26/2024 | Computer Search (Other) | 8.73 |
| 12/27/2024 | Computer Search (Other) | 8.55 |
| 12/28/2024 | Computer Search (Other) | 0.18 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                              Page 20
Kwok
50687-00001
Invoice No. 2440409

| | | |
|---|---|---|
| 12/30/2024 | Computer Search (Other) | 45.00 |
| 12/31/2024 | Lexis/On Line Search - Courtlink Use - Charges for December, 2024 | 0.78 |
| 01/02/2025 | Postage/Express Mail - International; | 11.56 |
| 01/02/2025 | Postage/Express Mail - First Class - US; | 34.68 |
| 01/02/2025 | Computer Search (Other) | 22.41 |
| 01/03/2025 | Computer Search (Other) | 25.29 |
| 01/04/2025 | Computer Search (Other) | 3.42 |
| 01/07/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 873882106; 01/07/2025; Hackensack Roofing Co.  Inc; 67 ORCHARD ST; HACKENSACK, NJ 07601 ; 284124882651 (MAN) | 26.95 |
| 01/07/2025 | Postage/Express Mail - First Class - US; | 30.09 |
| 01/07/2025 | Postage/Express Mail - International; | 4.48 |
| 01/07/2025 | Postage/Express Mail - International; | 4.48 |
| 01/07/2025 | Computer Search (Other) | 13.23 |
| 01/08/2025 | Computer Search (Other) | 18.45 |
| 01/09/2025 | Computer Search (Other) | 9.18 |
| 01/10/2025 | Computer Search (Other) | 19.17 |
| 01/11/2025 | Computer Search (Other) | 4.23 |
| 01/13/2025 | Computer Search (Other) | 9.09 |
| 01/14/2025 | Computer Search (Other) | 12.33 |
| 01/15/2025 | Westlaw | 168.74 |
| 01/15/2025 | Computer Search (Other) | 11.97 |
| 01/16/2025 | Local - Taxi - Shlomo Maza; 12/18/2024; From/To: office/home; Service Type: Taxi; Time: 23:03; taxi after working late | 14.04 |
| 01/16/2025 | Computer Search (Other) | 13.50 |
| 01/17/2025 | Computer Search (Other) | 10.80 |
| 01/18/2025 | Computer Search (Other) | 0.45 |
| 01/19/2025 | Computer Search (Other) | 0.45 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2440409

Page 21

| 01/20/2025 | Westlaw | 28.12 |
|---|---|---|
| 01/21/2025 | UPS/Courier Service - Federal Express, Invoice# 2-349-82594 Dated 01/21/25, Sndr: D. Palmer to London Mailroom. | 155.09 |
| 01/21/2025 | Lexis/On Line Search | 0.47 |
| 01/21/2025 | Lexis/On Line Search | 0.47 |
| 01/21/2025 | Computer Search (Other) | 8.55 |
| 01/22/2025 | Lexis/On Line Search | 22.35 |
| 01/22/2025 | Postage/Express Mail - First Class - US; | 30.09 |
| 01/22/2025 | Postage/Express Mail - International; | 8.96 |
| 01/22/2025 | Computer Search (Other) | 9.45 |
| 01/23/2025 | Computer Search (Other) | 8.10 |
| 01/24/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875813524; 01/24/2025; Douglas S. Skalka; Neubert Pepe & Monteith PC; 195 Church Street 13th Floor; NEW HAVEN, CT 06510 ; 284713818262 (MAN) | 23.49 |
| 01/24/2025 | Computer Search (Other) | 4.50 |
| 01/25/2025 | Computer Search (Other) | 10.08 |
| 01/26/2025 | Computer Search (Other) | 0.18 |
| 01/27/2025 | Westlaw | 28.12 |
| 01/27/2025 | Computer Search (Other) | 13.68 |
| 01/28/2025 | Lexis/On Line Search | 22.35 |
| 01/28/2025 | Lexis/On Line Search | 46.59 |
| 01/28/2025 | Westlaw | 186.37 |
| 01/28/2025 | Computer Search (Other) | 13.05 |
| 01/29/2025 | Lexis/On Line Search | 22.35 |
| 01/29/2025 | Lexis/On Line Search | 23.29 |
| 01/29/2025 | Computer Search (Other) | 10.71 |
| 01/30/2025 | Lexis/On Line Search | 163.07 |
| 01/30/2025 | Lexis/On Line Search | 22.35 |
| 01/30/2025 | Lexis/On Line Search | 46.59 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                    Page 22
Kwok
50687-00001
Invoice No. 2440409

| | | |
|---|---|---|
| 01/30/2025 | Postage/Express Mail - International; | 22.02 |
| 01/30/2025 | Postage/Express Mail - First Class - US; | 53.55 |
| 01/30/2025 | Computer Search (Other) | 26.10 |
| 01/31/2025 | Computer Search (Other) | 0.27 |
| 01/31/2025 | Computer Search (Other) | 5.58 |
| **Total Costs incurred and advanced** | | **$2,360.13** |
| | **Current Fees and Costs** | **$135,108.63** |
| | **Total Balance Due - Due Upon Receipt** | **$135,108.63** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440410

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $42,304.00 |
| Costs incurred and advanced | 48,454.52 |
| **Current Fees and Costs Due** | **$90,758.52** |
| **Total Balance Due - Due Upon Receipt** | **$90,758.52** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440410

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $42,304.00 |
| Costs incurred and advanced | 48,454.52 |
| **Current Fees and Costs Due** | **$90,758.52** |
| **Total Balance Due - Due Upon Receipt** | **$90,758.52** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440410

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## Asset Recovery Investigation and Litigation $42,304.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 01/02/2025 | ECS1 | Correspond with A. Raimo (NY Tag & Title) regarding transfer of title to vehicles to the Trustee | 0.10 | 1,350.00 | 135.00 |
| 01/03/2025 | DM26 | Update appeals tracking chart | 0.40 | 600.00 | 240.00 |
| 01/06/2025 | ECS1 | Correspond with D. Skalka (NPM) regarding transfer of vehicle titles to the Trustee (.1); correspond with A. Raimo (NY Tag & Title) regarding transfer of vehicle titles to the Trustee (.1) | 0.20 | 1,350.00 | 270.00 |
| 01/09/2025 | DM26 | Review returned mail from service of case documents | 0.20 | 600.00 | 120.00 |
| 01/09/2025 | LS26 | Correspond with D. Barron regarding draft affidavit regarding Debtor and his financial affairs | 0.20 | 1,185.00 | 237.00 |
| 01/09/2025 | NAB | Review draft declaration to assist in certain litigation efforts | 0.20 | 2,010.00 | 402.00 |
| 01/10/2025 | DM26 | Update appeals tracking chart | 0.40 | 600.00 | 240.00 |
| 01/16/2025 | ECS1 | Review issue related to service of foreign defendants in avoidance action proceedings | 0.10 | 1,350.00 | 135.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00002
Invoice No. 2440410

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/17/2025 | ECS1 | Analyze issues regarding service of foreign defendants in avoidance actions and omnibus alter ego proceedings (.6); correspond with E. Ring (Ancillary) regarding same (.2); correspond with K. Mitchell (NPM) regarding same (.2) | 1.00 | 1,350.00 | 1,350.00 |
| 01/19/2025 | DM26 | Update appeals tracking chart | 0.50 | 600.00 | 300.00 |
| 01/20/2025 | ECS1 | Review issue related to service of foreign defendants in avoidance actions proceedings (.1); correspond with K. Mitchell (NPM) regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| 01/21/2025 | DM26 | Research regarding cited cases, foreign cases, and statutes for E. Sutton | 2.20 | 600.00 | 1,320.00 |
| 01/21/2025 | ECS1 | Correspond with D. Skalka regarding title to Trustee vehicles | 0.10 | 1,350.00 | 135.00 |
| 01/24/2025 | DM26 | Update appeals tracking chart | 0.50 | 600.00 | 300.00 |
| 01/24/2025 | ECS1 | Review issues regarding service of foreign defendants in avoidance actions, RICO, and omnibus alter ego proceedings | 0.10 | 1,350.00 | 135.00 |
| 01/24/2025 | NAB | Correspond with P. Linsey (NPM) regarding appeal issues (.1); review order regarding same (.1) | 0.20 | 2,010.00 | 402.00 |
| 01/31/2025 | DM26 | Update appeals tracking chart | 0.60 | 600.00 | 360.00 |
| 01/31/2025 | ECS1 | Correspond with K. Mitchell (NPM) regarding service of foreign defendants in avoidance actions | 0.10 | 1,350.00 | 135.00 |
| | | **Subtotal: B191  General Litigation** | **7.30** | | **6,486.00** |

**B261    Investigations**

| 01/02/2025 | DEB4 | Participate in investigation update call with Kroll, L. Despins, N. Bassett (0.7); correspond with L. Song regarding investigation issues (0.2); analyze documents related to same (0.6) | 1.50 | 1,520.00 | 2,280.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok           Page 3
50687-00002
Invoice No. 2440410

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/02/2025 | LAD4 | T/c Kroll, N. Bassett, D. Barron regarding weekly update | 0.70 | 1,975.00 | 1,382.50 |
| 01/02/2025 | NAB | Call with L. Despins, D. Barron, and Kroll regarding investigation updates and analysis | 0.70 | 2,010.00 | 1,407.00 |
| 01/03/2025 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok or his affiliates | 0.10 | 1,350.00 | 135.00 |
| 01/07/2025 | DM26 | Research status report from DE Secretary of State regarding ███ | 0.20 | 600.00 | 120.00 |
| 01/07/2025 | DEB4 | Analyze documents related to Yvette Wang | 0.90 | 1,520.00 | 1,368.00 |
| 01/07/2025 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok or his affiliates | 0.20 | 1,350.00 | 270.00 |
| 01/07/2025 | LS26 | Correspond with K. Mitchell (NPM) on bank Rule 2004 discovery | 0.10 | 1,185.00 | 118.50 |
| 01/07/2025 | NAB | Correspond with L. Song regarding investigation issues | 0.20 | 2,010.00 | 402.00 |
| 01/08/2025 | DEB4 | Analyze case documents | 1.20 | 1,520.00 | 1,824.00 |
| 01/08/2025 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok or his affiliates | 0.10 | 1,350.00 | 135.00 |
| 01/08/2025 | LS26 | Review documents relating to Yvette Wang apartment | 0.30 | 1,185.00 | 355.50 |
| 01/09/2025 | DEB4 | Participate in investigation update call with Kroll, L. Despins (0.1); correspond with L. Song regarding investigation issues (0.2); correspond with N. Bassett regarding same (0.1); correspond with D. Bowman (Weightmans) regarding UK investigation issues (0.2); analyze documents related to same (0.8) | 1.40 | 1,520.00 | 2,128.00 |
| 01/09/2025 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, their connections to Kwok or his affiliates, and their corporate information | 0.30 | 1,350.00 | 405.00 |
| 01/09/2025 | LAD4 | Handle Kroll weekly call with D. Barron | 0.10 | 1,975.00 | 197.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 4
50687-00002
Invoice No. 2440410

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/09/2025 | LS26 | Correspond with R. Swartz regarding title documents for Wang apartment | 0.30 | 1,185.00 | 355.50 |
| 01/09/2025 | RS26 | Review emails from L. Song regarding title documents for Wang apartment (.3); order title report for same (.2)) | 0.50 | 1,445.00 | 722.50 |
| 01/10/2025 | LS26 | Call and correspond with P. Linsey regarding asset investigation | 0.20 | 1,185.00 | 237.00 |
| 01/10/2025 | LS26 | Correspond with L. Despins and N. Bassett regarding asset investigation | 0.10 | 1,185.00 | 118.50 |
| 01/10/2025 | NAB | Correspond with L. Despins and L. Song regarding discovery issues | 0.20 | 2,010.00 | 402.00 |
| 01/12/2025 | LAD4 | Review/edit aircraft enforcement motion (.90); research and contact repo aircraft expert and organizational call re: same (.80) | 1.70 | 1,975.00 | 3,357.50 |
| 01/13/2025 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, and their connections to Kwok or his affiliates (.2); update tracking chart regarding Rule 2004 discovery in Kwok case (.9) | 1.10 | 1,350.00 | 1,485.00 |
| 01/13/2025 | LS26 | Correspond with F. Dipaolo (Hawk Eye) regarding Trustee investigation | 0.30 | 1,185.00 | 355.50 |
| 01/13/2025 | LS26 | Correspond with D. Barron on open investigation issues | 0.20 | 1,185.00 | 237.00 |
| 01/14/2025 | LS26 | Prepare follow-up email to Hawk Eye security re: information request | 0.30 | 1,185.00 | 355.50 |
| 01/14/2025 | LS26 | Call and correspond with P. Linsey (NPM) on Wang apartment (0.2); review title report for Wang apartment (0.1) | 0.30 | 1,185.00 | 355.50 |
| 01/15/2025 | LS26 | Correspond with D. Barron regarding open investigation items | 0.20 | 1,185.00 | 237.00 |
| 01/16/2025 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.20 | 1,350.00 | 270.00 |
| 01/16/2025 | NAB | Correspond with L. Song regarding discovery issues | 0.20 | 2,010.00 | 402.00 |
| 01/17/2025 | LS26 | Prepare alter ego target list for transfer investigation | 0.40 | 1,185.00 | 474.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 5

50687-00002
Invoice No. 2440410

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/17/2025 | LS26 | Review informant correspondence regarding Debtor related entities | 0.10 | 1,185.00 | 118.50 |
| 01/21/2025 | DEB4 | Correspond with N. Bassett regarding ████████ (0.2); correspond with L. Song regarding same (0.1) | 0.30 | 1,520.00 | 456.00 |
| 01/21/2025 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.40 | 1,350.00 | 540.00 |
| 01/22/2025 | DEB4 | Correspond with L. Song regarding cooperating informants | 0.30 | 1,520.00 | 456.00 |
| 01/22/2025 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.30 | 1,350.00 | 405.00 |
| 01/23/2025 | DEB4 | Correspond with E. Sutton and L. Song regarding alter ego corporate documents | 0.20 | 1,520.00 | 304.00 |
| 01/23/2025 | DEB4 | Correspond with BVI counsel regarding trust agreement (0.3); correspond with BVI counsel regarding Ace Decade (0.1); correspond with L. Song and E. Sutton regarding corporate documents of alter egos (0.4) | 0.80 | 1,520.00 | 1,216.00 |
| 01/23/2025 | DEB4 | Call with Kroll, L. Despins, L. Song regarding financial analyses updates (0.5); follow up review of issues discussed (0.3) | 0.80 | 1,520.00 | 1,216.00 |
| 01/23/2025 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information | 0.30 | 1,350.00 | 405.00 |
| 01/23/2025 | LAD4 | Handle Kroll call with D. Barron, L. Song | 0.50 | 1,975.00 | 987.50 |
| 01/23/2025 | LS26 | Call with Kroll, L. Despins, D. Barron, and P. Linsey (NPM) regarding investigation update | 0.50 | 1,185.00 | 592.50 |
| 01/24/2025 | LS26 | Call with P. Linsey (NPM) regarding Citibank production (0.2); review Citibank production (0.3) | 0.50 | 1,185.00 | 592.50 |
| 01/24/2025 | LS26 | Correspond with J. Barker (Kroll) and A. Lomas (Kroll) regarding UK investigation | 0.20 | 1,185.00 | 237.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
Page 6

Kwok
50687-00002
Invoice No. 2440410

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/27/2025 | DEB4 | Correspond with L. Despins regarding ███ ██████████ | 0.20 | 1,520.00 | 304.00 |
| 01/29/2025 | DEB4 | Analyze discovery documents | 0.80 | 1,520.00 | 1,216.00 |
| 01/29/2025 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,350.00 | 135.00 |
| 01/29/2025 | LS26 | Review bank documents (0.2); correspond with D. Barron regarding same (0.1) | 0.30 | 1,185.00 | 355.50 |
| 01/29/2025 | LS26 | Correspond with P. Linsey regarding Yvette Wang's NYC apartment | 0.20 | 1,185.00 | 237.00 |
| 01/30/2025 | DEB4 | Participate in weekly Kroll call with L. Despins, N. Bassett and L. Song re financial analyses | 0.50 | 1,520.00 | 760.00 |
| 01/30/2025 | ECS1 | Analyze information regarding Kwok, his affiliates and assets, their connections to Kwok, and their corporate information (.1); correspond with L. Despins and L. Song regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| 01/30/2025 | LAD4 | Handle weekly Kroll call with N. Bassett, D. Barron, L. Song | 0.50 | 1,975.00 | 987.50 |
| 01/30/2025 | LS26 | Call with Kroll, L. Despins, N. Bassett, D. Barron, and P. Linsey (NPM) regarding investigation update | 0.50 | 1,185.00 | 592.50 |
| 01/30/2025 | NAB | Review agenda and related documents for call with Kroll regarding bank account analysis updates (.2); participate in call with L. Despins, D. Barron, L. Song, and Kroll (.5) | 0.70 | 2,010.00 | 1,407.00 |
| 01/31/2025 | ECS1 | Review information regarding Kwok, his affiliates and assets, and their connections to Kwok | 0.10 | 1,350.00 | 135.00 |
| | | **Subtotal: B261 Investigations** | **23.50** | | **35,818.00** |
| | **Total** | | **30.80** | | **42,304.00** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 7
Kwok
50687-00002
Invoice No. 2440410

---

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| NAB | Nicholas A. Bassett | Partner | 2.40 | 2,010.00 | 4,824.00 |
| LAD4 | Luc A. Despins | Partner | 3.50 | 1,975.00 | 6,912.50 |
| DEB4 | Douglass E. Barron | Associate | 8.90 | 1,520.00 | 13,528.00 |
| ECS1 | Ezra C. Sutton | Associate | 5.30 | 1,350.00 | 7,155.00 |
| LS26 | Luyi Song | Associate | 5.20 | 1,185.00 | 6,162.00 |
| RS26 | Robin Swartz | Other Attorney | 0.50 | 1,445.00 | 722.50 |
| DM26 | David Mohamed | Paralegal | 5.00 | 600.00 | 3,000.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 01/27/2025 | Photocopy Charges | 1,369.00 | 0.08 | 109.52 |
| 01/27/2025 | Photocopy Charges (Color) | 930.00 | 0.20 | 186.00 |
| 12/01/2024 | UnitedLex Invoices - Unitedlex Corp, Invoice# 104006650 Dated 12/01/24, UnitedLex – DSAI November 2024 Charges – Outside Professional Services | | | 23,037.37 |
| 12/17/2024 | UPS/Courier Service - Fedex ERS (USD)(JPMPCARD); Invoice # 871945023; 12/17/2024; Anthony Raimo; NY Tag & Title ToGo; 1218 Central Avenue; ALBANY, NY 12205 ; 283415045090 (MAN) | | | 27.85 |
| 12/31/2024 | UnitedLex Invoices - Unitedlex Corp, Invoice# 104007661 Dated 12/31/24, UnitedLex – DSAI December 2024 Charges – Outside Professional Services | | | 23,695.82 |
| 12/31/2024 | Lexis/On Line Search - Courtlink Use - Charges for December, 2024 | | | 0.54 |
| 01/02/2025 | Computer Search (Other) | | | 1.26 |
| 01/03/2025 | Computer Search (Other) | | | 4.05 |
| 01/05/2025 | Computer Search (Other) | | | 18.45 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 8
Kwok
50687-00002
Invoice No. 2440410

| | | |
|---|---|---|
| 01/06/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 873882106; 01/06/2025; Ezra Sutton; Paul Hastings LLP; 200 Park Avenue; NEW YORK, NY 10166 ; 797059959250 (MAN) | 26.84 |
| 01/06/2025 | Westlaw | 56.25 |
| 01/06/2025 | Computer Search (Other) | 60.12 |
| 01/08/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 873882106; 01/08/2025; Douglas Skalka; Neubert Pepe & Monteith PC; 195 Church Street 13th Floor; NEW HAVEN, CT 06510 ; 284155644470 (MAN) | 24.41 |
| 01/09/2025 | Computer Search (Other) | 2.34 |
| 01/13/2025 | Lexis/On Line Search | 58.35 |
| 01/13/2025 | Computer Search (Other) | 0.81 |
| 01/14/2025 | Computer Search (Other) | 3.60 |
| 01/15/2025 | Computer Search (Other) | 1.44 |
| 01/20/2025 | Westlaw | 140.61 |
| 01/21/2025 | Computer Search (Other) | 2.61 |
| 01/22/2025 | Westlaw | 252.49 |
| 01/22/2025 | Computer Search (Other) | 2.61 |
| 01/23/2025 | Postage/Express Mail - Priority Mail; | 20.20 |
| 01/24/2025 | Computer Search (Other) | 2.61 |
| 01/25/2025 | Westlaw | 28.12 |
| 01/27/2025 | Vendor Expense - Ezra Sutton; 01/06/2025; Duplicate titles to vehicles- as Trustee, in the Kwok case | 260.30 |
| 01/28/2025 | Westlaw | 192.78 |
| 01/28/2025 | Westlaw | 84.38 |
| 01/29/2025 | Local - Taxi - Shlomo Maza; 01/07/2025; From/To: Office/Home ; Service Type: Car Service; Time: 20:22; Working late night on client matter | 12.18 |
| 01/29/2025 | Westlaw | 112.49 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 9
Kwok
50687-00002
Invoice No. 2440410

| 01/30/2025  Westlaw | 28.12 |
|---|---|
| **Total Costs incurred and advanced** | **$48,454.52** |
| **Current Fees and Costs** | **$90,758.52** |
| **Total Balance Due - Due Upon Receipt** | **$90,758.52** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440411

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $13,727.50 |
| **Current Fees and Costs Due** | **$13,727.50** |
| **Total Balance Due - Due Upon Receipt** | **$13,727.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440411

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

### Other Litigation
PH LLP Client/Matter # 50687-00003
Luc A. Despins

Legal fees for professional services
for the period ending January 31, 2025

| | |
|---|---:|
| | $13,727.50 |
| **Current Fees and Costs Due** | **$13,727.50** |
| **Total Balance Due - Due Upon Receipt** | **$13,727.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440411

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## Other Litigation                                                      $13,727.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 01/06/2025 | LS26 | Attend Yvette Wang sentencing hearing | 2.00 | 1,185.00 | 2,370.00 |
| 01/08/2025 | LS26 | Review and summarize sentencing hearing transcript | 1.30 | 1,185.00 | 1,540.50 |
| | | **Subtotal: B155  Court Hearings** | **3.30** | | **3,910.50** |
| **B191** | **General Litigation** | | | | |
| 01/02/2025 | LS26 | Review criminal case docket update | 0.10 | 1,185.00 | 118.50 |
| 01/07/2025 | LS26 | Review criminal case docket update | 0.20 | 1,185.00 | 237.00 |
| 01/10/2025 | DEB4 | Conference with L. Song regarding criminal case documents (0.1); analyze same (0.8) | 0.90 | 1,520.00 | 1,368.00 |
| 01/10/2025 | LS26 | Review SEC filings in civil action | 0.80 | 1,185.00 | 948.00 |
| 01/10/2025 | LS26 | Conference with D. Barron regarding SEC filings in civil action | 0.10 | 1,185.00 | 118.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00003

Invoice No. 2440411

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/13/2025 | DEB4 | Correspond with L. Song regarding documents related to SEC investigation (0.4); correspond with L. Despins regarding same (0.1); analyze same (0.4); correspond with K. Mitchell (NPM) regarding same (0.1) | 1.00 | 1,520.00 | 1,520.00 |
| 01/13/2025 | LS26 | Correspond with A. Bongartz regarding SEC letter of service | 0.20 | 1,185.00 | 237.00 |
| 01/14/2025 | AB21 | Correspond with D. Barron regarding SEC affidavit of service | 0.10 | 2,025.00 | 202.50 |
| 01/17/2025 | DEB4 | Correspond with L. Despins regarding SEC investigation | 0.10 | 1,520.00 | 152.00 |
| 01/21/2025 | LS26 | Correspond with A. Bongartz regarding Wang sentencing hearing (0.1); correspond with L. Despins regarding same (0.1) | 0.20 | 1,185.00 | 237.00 |
| 01/23/2025 | LS26 | Analyze SDNY criminal cases involving pardon (2.0); correspond with S. Maza regarding same (0.4) | 2.40 | 1,185.00 | 2,844.00 |
| 01/23/2025 | NAB | Correspond with L. Despins regarding criminal proceeding issues (.4); review related request for status conference (.1) | 0.50 | 2,010.00 | 1,005.00 |
| 01/30/2025 | LS26 | Review public information relating to Yvette Wang and correspond with L. Despins regarding same | 0.20 | 1,185.00 | 237.00 |
| | | **Subtotal: B191  General Litigation** | **6.80** | | **9,224.50** |

**B195    Non-Working Travel**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/06/2025 | LS26 | Travel to/from Southern District of New York for sentencing hearing (bill at 1/2 rate) | 1.00 | 592.50 | 592.50 |
| | | **Subtotal: B195  Non-Working Travel** | **1.00** | | **592.50** |

| | | **Total** | **11.10** | | **13,727.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 3
Kwok
50687-00003
Invoice No. 2440411

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 0.50 | 2,010.00 | 1,005.00 |
| AB21 | Alex Bongartz | Of Counsel | 0.10 | 2,025.00 | 202.50 |
| DEB4 | Douglass E. Barron | Associate | 2.00 | 1,520.00 | 3,040.00 |
| LS26 | Luyi Song | Associate | 7.50 | 1,185.00 | 8,887.50 |
| LS26 | Luyi Song | Associate | 1.00 | 592.50 | 592.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$13,727.50** |
| **Total Balance Due - Due Upon Receipt** | | **$13,727.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440412

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Sales Process**
PH LLP Client/Matter # 50687-00005
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $78,545.00 |
| **Current Fees and Costs Due** | **$78,545.00** |
| **Total Balance Due - Due Upon Receipt** | **$78,545.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440412

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Sales Process**
PH LLP Client/Matter # 50687-00005
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $78,545.00 |
| **Current Fees and Costs Due** | **$78,545.00** |
| **Total Balance Due - Due Upon Receipt** | **$78,545.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440412

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

**Sales Process**                                                                $78,545.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B130** | **Asset Disposition** | | | | |
| 01/02/2025 | AB21 | Conference with L. Song regarding auction motion for furniture | 0.10 | 2,025.00 | 202.50 |
| 01/02/2025 | LS26 | Discussion with A. Bongartz regarding furniture auction | 0.10 | 1,185.00 | 118.50 |
| 01/02/2025 | LS26 | Prepare auctioneer retention motion and auction motion | 6.50 | 1,185.00 | 7,702.50 |
| 01/03/2025 | LS26 | Continue to prepare auctioneer retention motion | 1.60 | 1,185.00 | 1,896.00 |
| 01/05/2025 | AB21 | Review draft auctioneer retention motion and related documents | 0.30 | 2,025.00 | 607.50 |
| 01/06/2025 | AB21 | Call with L. Song regarding auction motion | 0.50 | 2,025.00 | 1,012.50 |
| 01/06/2025 | LS26 | Call with A. Bongartz regarding furniture auction proposal (0.5); correspond with A. Bongartz regarding same (0.1) | 0.60 | 1,185.00 | 711.00 |
| 01/07/2025 | AB21 | Correspond with L. Despins regarding update on auctioneer retention motion | 0.10 | 2,025.00 | 202.50 |
| 01/07/2025 | ECS1 | Correspond with D. Skalka (NPM) regarding auction of estate owned vehicles | 0.30 | 1,350.00 | 405.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok    Page 2
50687-00005
Invoice No. 2440412

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/07/2025 | LS26 | Call and correspond with D. Skalka regarding auction motion | 0.20 | 1,185.00 | 237.00 |
| 01/07/2025 | LS26 | Correspond with L. Despins and A. Bongartz regarding auction motion and reserve price | 0.20 | 1,185.00 | 237.00 |
| 01/07/2025 | LS26 | Call with Hamilton auctioneers regarding auction proposal | 0.40 | 1,185.00 | 474.00 |
| 01/08/2025 | AB21 | Call with L. Song regarding update on auctioneer proposal | 0.10 | 2,025.00 | 202.50 |
| 01/08/2025 | ECS1 | Correspond with D. Skalka regarding Trustee vehicles, Trustee title, and auction and sale of same | 0.20 | 1,350.00 | 270.00 |
| 01/08/2025 | LS26 | Call with A. Bongartz regarding auctioneer proposal | 0.10 | 1,185.00 | 118.50 |
| 01/09/2025 | AB21 | Call with L. Despins regarding auctioneer proposal (0.1); conference with L. Despins and L. Song regarding same (0.1) | 0.20 | 2,025.00 | 405.00 |
| 01/09/2025 | ECS1 | Correspond with D. Skalka regarding vehicles, Trustee title to same, and auction and sale of same | 0.20 | 1,350.00 | 270.00 |
| 01/09/2025 | LS26 | Call with L. Despins, A. Bongartz regarding auctioneer proposal | 0.10 | 1,185.00 | 118.50 |
| 01/10/2025 | AB21 | Call with L. Song and Hamilton (auctioneer) regarding auctioneer proposal (0.3); post-mortem with L. Song regarding same (0.1) | 0.40 | 2,025.00 | 810.00 |
| 01/10/2025 | LS26 | Call with A. Bongartz and Hamilton auctioneers regarding auction proposal | 0.30 | 1,185.00 | 355.50 |
| 01/10/2025 | LS26 | Correspond with L. Despins and A. Bongartz regarding auction proposal (0.2); correspond with Hamilton auctioneers regarding same (0.1); call with A. Bongartz regarding same (0.1) | 0.40 | 1,185.00 | 474.00 |
| 01/12/2025 | AB21 | Correspond with L. Song and L. Despins regarding revised auctioneer proposal | 0.10 | 2,025.00 | 202.50 |
| 01/13/2025 | AB21 | Call and correspond with L. Song regarding auctioneer retention | 0.10 | 2,025.00 | 202.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                      Page 3
50687-00005
Invoice No. 2440412

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/13/2025 | LS26 | Prepare and revise auctioneer retention application (0.9); call and correspond with A. Bongartz regarding same (0.1) | 1.00 | 1,185.00 | 1,185.00 |
| 01/14/2025 | LS26 | Correspond with D. Skalka regarding auctioneer retention motion (0.2); review and revise auction motion (0.6) | 0.80 | 1,185.00 | 948.00 |
| 01/14/2025 | LS26 | Analyze issues relating to furniture in Mahwah mansion | 0.50 | 1,185.00 | 592.50 |
| 01/15/2025 | AB21 | Revise draft auctioneer retention motion (2.0); call with L. Song regarding same (0.1); correspond with L. Song regarding same (0.1) | 2.20 | 2,025.00 | 4,455.00 |
| 01/15/2025 | LS26 | Continue to analyze issues relating to furniture in Mahwah mansion (1.4); correspond with L. Despins regarding same (0.4) | 1.80 | 1,185.00 | 2,133.00 |
| 01/16/2025 | AB21 | Call with L. Song regarding auctioneer retention application | 0.10 | 2,025.00 | 202.50 |
| 01/16/2025 | LS26 | Call with A. Bongartz re furniture auction (0.1); correspond with A. Bongartz regarding same (0.1) | 0.20 | 1,185.00 | 237.00 |
| 01/17/2025 | LS26 | Call with D. Skalka (NPM) regarding auctioneer retention application (0.1); review and revise auctioneer retention application (0.5) | 0.60 | 1,185.00 | 711.00 |
| 01/17/2025 | LS26 | Correspond with W. Sherman (NPM) regarding Mahwah furniture | 0.20 | 1,185.00 | 237.00 |
| 01/19/2025 | AB21 | Review comments to auctioneer motion (0.1); call with L. Despins and L Song regarding same (0.1); correspond with L. Song and D. Skalka (NPM) regarding same (0.1) | 0.30 | 2,025.00 | 607.50 |
| 01/19/2025 | LAD4 | Review/edit auction motion (.80); t/c L. Song and A. Bongartz re: same (.10) | 0.90 | 1,975.00 | 1,777.50 |
| 01/19/2025 | LS26 | Call with L. Despins and A. Bongartz regarding auctioneer retention motion (0.1); review issues regarding same (0.1) | 0.20 | 1,185.00 | 237.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00005
Invoice No. 2440412

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/21/2025 | AB21 | Call and meeting with L. Song regarding revisions to auctioneer retention motion | 0.10 | 2,025.00 | 202.50 |
| 01/21/2025 | LS26 | Call and correspond with D. Skalka (NPM) regarding Ducati and revised auctioneer retention motion (0.3); call/conference with A. Bongartz regarding same (0.1) | 0.40 | 1,185.00 | 474.00 |
| 01/22/2025 | ECS1 | Correspond with D. Skalka and L. Song regarding title to Trustee vehicles and auction and sale thereof | 0.30 | 1,350.00 | 405.00 |
| 01/22/2025 | LS26 | Review furniture in Mahwah mansion and prepare list of same | 5.30 | 1,185.00 | 6,280.50 |
| 01/23/2025 | ECS1 | Correspond with D. Skalka and L. Song regarding Trustee vehicles titles and auction and sale thereof | 0.10 | 1,350.00 | 135.00 |
| 01/23/2025 | LS26 | Continue reviewing furniture in Mahwah mansion and preparing list of same | 3.00 | 1,185.00 | 3,555.00 |
| 01/24/2025 | LS26 | Review and revise auctioneer retention motion (1.1); correspond with D. Skalka (NPM) regarding Ducati motorcycle (0.2) | 1.30 | 1,185.00 | 1,540.50 |
| 01/24/2025 | LS26 | Call with W. Sherman (NPM) regarding Mahwah mansion furniture (0.5); correspond with W. Sherman regarding same (0.2) | 0.70 | 1,185.00 | 829.50 |
| 01/27/2025 | LS26 | Review documents relating to Mahwah furniture (0.2); correspond with W. Sherman (NPM) regarding same (0.4) | 0.60 | 1,185.00 | 711.00 |
| 01/30/2025 | AB21 | Revise auctioneer retention application (0.2); call and correspond with L. Song regarding same (0.1) | 0.30 | 2,025.00 | 607.50 |
| 01/30/2025 | LS26 | Review and revise auctioneer retention application (1.2); call and correspond with A. Bongartz regarding same (0.1) | 1.30 | 1,185.00 | 1,540.50 |
| 01/31/2025 | AB21 | Calls with L. Song regarding auctioneer retention motion (0.2); review same (0.1); correspond with L. Despins regarding same (0.1) | 0.40 | 2,025.00 | 810.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00005
Invoice No. 2440412

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/31/2025 | AD20 | Prepare motion for appointment of auctioneer and associated exhibits for filing | 0.60 | 530.00 | 318.00 |
| 01/31/2025 | LS26 | Review and revise auctioneer retention application and exhibits for filing (2.5); calls with A. Bongartz regarding same (0.2) | 2.70 | 1,185.00 | 3,199.50 |
| 01/31/2025 | LS26 | Call with W. Sherman regarding Mahwah furniture | 0.40 | 1,185.00 | 474.00 |
| | | **Subtotal: B130  Asset Disposition** | **39.40** | | **51,640.50** |

**B131    Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/03/2025 | LAD4 | T/c B. Sherman (NPM) re: status report on repairs/sale process (.30); review/outline strategy re: same (1.80) | 2.10 | 1,975.00 | 4,147.50 |
| 01/09/2025 | LAD4 | Call with B. Sherman and P. Linsey (NPM) re: sale process (.30); call with Compass team and B. Sherman re: offer (.60); review/comment on same (1.00); t/c A. Bongartz re: auctioneer proposal (.10); t/c A. Bongartz, L. Song re: same (.10) | 2.10 | 1,975.00 | 4,147.50 |
| 01/10/2025 | LAD4 | T/c M. Conway re: offer received and counter (.50); analyze strategy re: same (1.50) | 2.00 | 1,975.00 | 3,950.00 |
| 01/15/2025 | AB21 | Call with L. Song regarding Mahwah sale motion | 0.10 | 2,025.00 | 202.50 |
| 01/15/2025 | LS26 | Call with A. Bongartz regarding Mahwah sale motion (0.1); call with A. Bongartz regarding auctioneer motion (0.1) | 0.20 | 1,185.00 | 237.00 |
| 01/21/2025 | LAD4 | Review/comment on issues re: Mahwah sale | 2.10 | 1,975.00 | 4,147.50 |
| 01/22/2025 | LAD4 | Review/comment on sale process (exclusions/inclusions) | 2.80 | 1,975.00 | 5,530.00 |
| 01/27/2025 | LAD4 | Prepare for and handle t/c with Compass team and W. Sherman re: report on sale | 1.10 | 1,975.00 | 2,172.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 6
Kwok
50687-00005
Invoice No. 2440412

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/28/2025 | LAD4 | Prepare for and handle call with prospective buyer and W. Sherman | 1.20 | 1,975.00 | 2,370.00 |
| | | **Subtotal: B131  Sale of Real Estate** | **13.70** | | **26,904.50** |
| | **Total** | | **53.10** | | **78,545.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 14.30 | 1,975.00 | 28,242.50 |
| AB21 | Alex Bongartz | Of Counsel | 5.40 | 2,025.00 | 10,935.00 |
| ECS1 | Ezra C. Sutton | Associate | 1.10 | 1,350.00 | 1,485.00 |
| LS26 | Luyi Song | Associate | 31.70 | 1,185.00 | 37,564.50 |
| AD20 | Allison Doherty | Paralegal | 0.60 | 530.00 | 318.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$78,545.00** |
| **Total Balance Due - Due Upon Receipt** | **$78,545.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440414

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $17,466.50 |
| **Current Fees and Costs Due** | **$17,466.50** |
| **Total Balance Due - Due Upon Receipt** | **$17,466.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440414

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

Legal fees for professional services
for the period ending January 31, 2025

|  |  |
|---|---|
|  | $17,466.50 |
| **Current Fees and Costs Due** | **$17,466.50** |
| **Total Balance Due - Due Upon Receipt** | **$17,466.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440414

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## Genever US $17,466.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B131** | **Sale of Real Estate** | | | | |
| 01/14/2025 | AB21 | Review SN listing emails and related notes (0.1); correspond with L. Despins regarding same (0.1) | 0.20 | 2,025.00 | 405.00 |
| | | **Subtotal: B131  Sale of Real Estate** | **0.20** | | **405.00** |
| **B210** | **Business Operations** | | | | |
| 01/09/2025 | AB21 | Review windows proposal (0.1); call with D. Acheson (architect) regarding same (0.1) | 0.20 | 2,025.00 | 405.00 |
| 01/10/2025 | AB21 | Call with D. Acheson (architect) regarding windows proposal (0.1); correspond with D. Acheson regarding same (0.1); correspond with L. Despins regarding open issues on remediation project (0.2) | 0.40 | 2,025.00 | 810.00 |
| 01/14/2025 | AB21 | Correspond with D. Acheson (architect) regarding SN update (0.1); correspond with L. Despins regarding next steps in SN strategy (0.6) | 0.70 | 2,025.00 | 1,417.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                       Page 2
50687-00010
Invoice No. 2440414

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/17/2025 | AB21 | Correspond with D. Acheson (architect) regarding window replacement | 0.10 | 2,025.00 | 202.50 |
| 01/17/2025 | AB21 | Correspond with L. Despins regarding SN security deposit | 0.10 | 2,025.00 | 202.50 |
| 01/20/2025 | LAD4 | T/c S. Maza re: 365 issues | 0.20 | 1,975.00 | 395.00 |
| 01/20/2025 | SM29 | Calls with L. Despins re section 365 issues (.2); analyze same and related caselaw (1.5); correspond with L. Despins re same (.4) | 2.10 | 2,025.00 | 4,252.50 |
| 01/22/2025 | AB21 | Correspond with S. Maza regarding proprietary lease (0.1); meeting with S. Maza regarding same (0.2) | 0.30 | 2,025.00 | 607.50 |
| 01/22/2025 | SM29 | Correspond with L. Despins re section 365 issues (.1); conference with A. Bongartz re same (.2); analyze caselaw and statutory authority re same (2.3); email L. Despins re same (.6) | 3.20 | 2,025.00 | 6,480.00 |
| 01/24/2025 | LAD4 | Prepare for and handle call with S. Milman (Hogan Lovells) re: commitment on security deposit | 0.80 | 1,975.00 | 1,580.00 |
| 01/30/2025 | AB21 | Correspond with T. Sadler regarding interdebtor DIP balance (0.1); correspond with L. Despins and S. Millman (Hogan Lovells) regarding same (0.1) | 0.20 | 2,025.00 | 405.00 |
| | | **Subtotal: B210  Business Operations** | **8.30** | | **16,757.50** |

**B211     Financial Reports (Monthly Operating Reports)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/22/2025 | DEB4 | Correspond with D. Skalka regarding MOR | 0.20 | 1,520.00 | 304.00 |
| | | **Subtotal: B211  Financial Reports (Monthly Operating Reports)** | **0.20** | | **304.00** |

| | | **Total** | **8.70** | | **17,466.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 3
Kwok
50687-00010
Invoice No. 2440414

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 1.00 | 1,975.00 | 1,975.00 |
| AB21 | Alex Bongartz | Of Counsel | 2.20 | 2,025.00 | 4,455.00 |
| SM29 | Shlomo Maza | Of Counsel | 5.30 | 2,025.00 | 10,732.50 |
| DEB4 | Douglass E. Barron | Associate | 0.20 | 1,520.00 | 304.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$17,466.50** |
| **Total Balance Due - Due Upon Receipt** | | **$17,466.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440415

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Mahwah Adversary Proceeding
PH LLP Client/Matter # 50687-00012
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $19,489.00 |
| **Current Fees and Costs Due** | **$19,489.00** |
| **Total Balance Due - Due Upon Receipt** | **$19,489.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440415

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Mahwah Adversary Proceeding**
PH LLP Client/Matter # 50687-00012
Luc A. Despins

Legal fees for professional services
for the period ending January 31, 2025

|  |  |
|---|---|
| | $19,489.00 |
| **Current Fees and Costs Due** | **$19,489.00** |
| **Total Balance Due - Due Upon Receipt** | **$19,489.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440415

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## Mahwah Adversary Proceeding

**$19,489.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 01/09/2025 | JPK1 | Correspond with N. Bassett regarding responses and objections to Taurus Fund discovery | 0.10 | 1,275.00 | 127.50 |
| 01/09/2025 | NAB | Correspond with J. Kosciewicz regarding discovery responses | 0.10 | 2,010.00 | 201.00 |
| 01/12/2025 | JPK1 | Review Taurus Fund LLC's second set of requests for admission and requests for production (.3); draft responses and objections to the same (2.0) | 2.30 | 1,275.00 | 2,932.50 |
| 01/16/2025 | DEB4 | Review correspondence from W. Farmer related to Mahwah discovery issues | 0.20 | 1,520.00 | 304.00 |
| 01/16/2025 | JPK1 | Continue drafting responses and objections to Defendant's second set of discovery requests | 3.40 | 1,275.00 | 4,335.00 |
| 01/17/2025 | JPK1 | Further draft responses and objections to Defendant's second set of discovery requests (.7); correspond with N. Bassett regarding the same (.2) | 0.90 | 1,275.00 | 1,147.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                      Page 2
50687-00012
Invoice No. 2440415

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/20/2025 | NAB | Review and revise draft discovery responses (0.4); review record in connection with same (0.3); correspond with J. Kosciewicz regarding the same (0.1) | 0.80 | 2,010.00 | 1,608.00 |
| 01/21/2025 | DEB4 | Correspond with J. Kosciewicz regarding Mahwah documents | 0.50 | 1,520.00 | 760.00 |
| 01/21/2025 | JPK1 | Incorporate N. Bassett's edits to responses and objections to Defendant's second set of discovery (.5); review Mahwah summary judgment motion and exhibits for additional support related to responses and objections (2.3); correspond with D. Barron regarding the same (.3) | 3.10 | 1,275.00 | 3,952.50 |
| 01/22/2025 | DEB4 | Call with J. Kosciewicz regarding discovery responses | 0.20 | 1,520.00 | 304.00 |
| 01/22/2025 | JPK1 | Telephone call with D. Barron regarding draft responses to defendant's discovery requests (.2); incorporate D. Barron's edits to the same (.4); correspond with N. Bassett regarding the same (.2) | 0.80 | 1,275.00 | 1,020.00 |
| 01/23/2025 | JPK1 | Review draft responses and objections to Defendant's second set of discovery requests (.6); correspond with N. Bassett regarding the same (.1); correspond with L. Song regarding the same (.1); correspond with M. Conway regarding the same (.1) | 0.90 | 1,275.00 | 1,147.50 |
| 01/23/2025 | NAB | Review revised discovery requests and email with J. Kosciewicz regarding same | 0.30 | 2,010.00 | 603.00 |
| **Subtotal: B191  General Litigation** | | | **13.60** | | **18,442.50** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00012
Invoice No. 2440415

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B210** | **Business Operations** | | | | |
| 01/30/2025 | TS21 | Review invoices for Mahwah property (.4); correspond with L. Despins, East West Bank and W. Sherman re same (.3) | 0.70 | 1,495.00 | 1,046.50 |
| | **Subtotal: B210  Business Operations** | | **0.70** | | **1,046.50** |
| | **Total** | | **14.30** | | **19,489.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 1.20 | 2,010.00 | 2,412.00 |
| DEB4 | Douglass E. Barron | Associate | 0.90 | 1,520.00 | 1,368.00 |
| TS21 | Tess Sadler | Associate | 0.70 | 1,495.00 | 1,046.50 |
| JPK1 | Jon P. Kosciewicz | Associate | 11.50 | 1,275.00 | 14,662.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$19,489.00** |
| **Total Balance Due - Due Upon Receipt** | | **$19,489.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440416

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### HCHK Adversary Proceeding
PH LLP Client/Matter # 50687-00014
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $603.00 |
| **Current Fees and Costs Due** | **$603.00** |
| **Total Balance Due - Due Upon Receipt** | **$603.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440416

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**HCHK Adversary Proceeding**
PH LLP Client/Matter # 50687-00014
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $603.00 |
| **Current Fees and Costs Due** | **$603.00** |
| **Total Balance Due - Due Upon Receipt** | **$603.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440416

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## HCHK Adversary Proceeding

$603.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 01/06/2025 | NAB | Correspond with D. Carnelli (NPM) regarding Second Circuit appeal | 0.30 | 2,010.00 | 603.00 |
| | | **Subtotal: B191 General Litigation** | **0.30** | | **603.00** |
| | **Total** | | **0.30** | | **603.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 0.30 | 2,010.00 | 603.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$603.00** |
| **Total Balance Due - Due Upon Receipt** | | **$603.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440417

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Mei Guo Adversary Proceeding**
PH LLP Client/Matter # 50687-00016
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $34,156.50 |
| **Current Fees and Costs Due** | **$34,156.50** |
| **Total Balance Due - Due Upon Receipt** | **$34,156.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com   This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440417

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Mei Guo Adversary Proceeding
PH LLP Client/Matter # 50687-00016
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $34,156.50 |
| **Current Fees and Costs Due** | **$34,156.50** |
| **Total Balance Due - Due Upon Receipt** | **$34,156.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440417

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## Mei Guo Adversary Proceeding

**$34,156.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 01/16/2025 | LAD4 | Review Mei Guo's objection to contempt motion | 0.40 | 1,975.00 | 790.00 |
| 01/20/2025 | NAB | Review M. Guo response to motion for order to show cause regarding violation of preliminary injunction order (0.4); correspond with J. Moriarty (Zeisler) regarding the same (0.1) | 0.50 | 2,010.00 | 1,005.00 |
| 01/21/2025 | NAB | Analyze appellate decision on motion for summary judgment (.5); correspond with L. Despins, P. Linsey (NPM) regarding same (.4); correspond with L. Song regarding discovery in advance of order to show cause hearing (.4) | 1.30 | 2,010.00 | 2,613.00 |
| 01/21/2025 | SM29 | Review district court opinion | 0.40 | 2,025.00 | 810.00 |
| 01/22/2025 | DEB4 | Analyze issues related to Dooley decision (0.5); correspond with N. Bassett regarding same (0.2) | 0.70 | 1,520.00 | 1,064.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                Page 2
50687-00016
Invoice No. 2440417

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/22/2025 | JPK1 | Draft deposition notice for Mei Guo (.3); draft requests for the production of documents to Mei Guo (.7); correspond with L. Song regarding the same (.1); correspond with N. Bassett regarding the same (.1); incorporate N. Bassett's edits to the same (.1); serve the same on opposing counsel (.1) | 1.40 | 1,275.00 | 1,785.00 |
| 01/22/2025 | NAB | Prepare document requests (.5); correspond with J. Kosciewicz regarding same (.2) | 0.70 | 2,010.00 | 1,407.00 |
| 01/23/2025 | KC27 | Analyze case law regarding injunctions (.4); correspond with N. Bassett and P. Linsey (NPM) re reply in support of motion to enforce injunction (.2) | 0.60 | 1,275.00 | 765.00 |
| 01/23/2025 | NAB | Correspond with J. Moriarty (Zeisler) regarding contempt motion issues | 0.20 | 2,010.00 | 402.00 |
| 01/24/2025 | KC27 | Prepare reply in support of motion to enforce preliminary injunction | 1.50 | 1,275.00 | 1,912.50 |
| 01/26/2025 | KC27 | Review hearing transcripts, complaint, preliminary injunction and opposition to motion to enforce injunction (1.0); prepare reply in support of motion to enforce injunction (1.6); call with N. Bassett re same (.4) | 3.00 | 1,275.00 | 3,825.00 |
| 01/26/2025 | NAB | Call with K. Catalano regarding reply brief in support of contempt motion (.4); review briefing and case law in connection with same (.6) | 1.00 | 2,010.00 | 2,010.00 |
| 01/27/2025 | KC27 | Continue preparing reply in support of motion to enforce preliminary injunction | 6.40 | 1,275.00 | 8,160.00 |
| 01/27/2025 | LS26 | Meet and confer with Zeisler & Zeisler, N. Bassett, and P. Linsey (NPM) regarding discovery | 0.40 | 1,185.00 | 474.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 3
50687-00016
Invoice No. 2440417

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/27/2025 | NAB | Call with J. Moriarty (Zeisler), L. Song regarding Mei Guo contempt motion and related discovery (.4); prepare notes for same (.1); correspond with L. Despins regarding same (.2); correspond with L. Song regarding same (.2); correspond with J. Moriarty regarding same (.1) | 1.00 | 2,010.00 | 2,010.00 |
| 01/28/2025 | KC27 | Review and revise motion for scheduling order (.5); correspond with P. Linsey (NPM) re same (.2) | 0.70 | 1,275.00 | 892.50 |
| 01/28/2025 | NAB | Correspond with P. Linsey (NPM) regarding litigation schedule | 0.10 | 2,010.00 | 201.00 |
| 01/29/2025 | KC27 | Prepare reply in support of motion to enforce preliminary injunction (.7); review requests for production (.3) | 1.00 | 1,275.00 | 1,275.00 |
| 01/29/2025 | NAB | Correspond with J. Moriarty (Zeisler) regarding litigation schedule for contempt motion | 0.20 | 2,010.00 | 402.00 |
| 01/30/2025 | KC27 | Review email from N. Bassett re discovery (.1); correspond with L. Song re same (.1) | 0.20 | 1,275.00 | 255.00 |
| 01/30/2025 | NAB | Review document requests (.2); correspond with L. Song regarding same (.4) | 0.60 | 2,010.00 | 1,206.00 |
| 01/31/2025 | KC27 | Analyze case law regarding preliminary injunctions | 0.70 | 1,275.00 | 892.50 |
| | | **Subtotal: B191  General Litigation** | **23.00** | | **34,156.50** |
| | **Total** | | **23.00** | | **34,156.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 5.60 | 2,010.00 | 11,256.00 |
| LAD4 | Luc A. Despins | Partner | 0.40 | 1,975.00 | 790.00 |
| SM29 | Shlomo Maza | Of Counsel | 0.40 | 2,025.00 | 810.00 |
| DEB4 | Douglass E. Barron | Associate | 0.70 | 1,520.00 | 1,064.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 4
Kwok
50687-00016
Invoice No. 2440417

| JPK1 | Jon P. Kosciewicz | Associate | 1.40 | 1,275.00 | 1,785.00 |
| KC27 | Kristin Catalano | Associate | 14.10 | 1,275.00 | 17,977.50 |
| LS26 | Luyi Song | Associate | 0.40 | 1,185.00 | 474.00 |
| | **Current Fees and Costs** | | | | **$34,156.50** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$34,156.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440418

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Greenwich Land Adversary Proceeding
PH LLP Client/Matter # 50687-00020
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $2,976.00 |
| **Current Fees and Costs Due** | **$2,976.00** |
| **Total Balance Due - Due Upon Receipt** | **$2,976.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440418

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Greenwich Land Adversary Proceeding**
PH LLP Client/Matter # 50687-00020
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $2,976.00 |
| **Current Fees and Costs Due** | **$2,976.00** |
| **Total Balance Due - Due Upon Receipt** | **$2,976.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440418

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## Greenwich Land Adversary Proceeding                    $2,976.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 01/02/2025 | LS26 | Review District Court memorandum of decision on motion to withdraw the reference | 0.30 | 1,185.00 | 355.50 |
| 01/02/2025 | SM29 | Review district court opinion re motion to withdraw the reference (.3); correspond with L. Despins, D. Barron, N. Bassett, P. Linsey (NPM) re same (.2) | 0.50 | 2,025.00 | 1,012.50 |
| 01/03/2025 | NAB | Review order denying motion to withdraw the reference (.5); correspond with L. Despins regarding same (.1) | 0.60 | 2,010.00 | 1,206.00 |
| 01/06/2025 | NAB | Correspond with opposing counsel and L. Despins regarding appeal process | 0.20 | 2,010.00 | 402.00 |
| | **Subtotal: B191  General Litigation** | | **1.60** | | **2,976.00** |
| **Total** | | | **1.60** | | **2,976.00** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
Page 2

50687-00020

Invoice No. 2440418

---

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 0.80 | 2,010.00 | 1,608.00 |
| SM29 | Shlomo Maza | Of Counsel | 0.50 | 2,025.00 | 1,012.50 |
| LS26 | Luyi Song | Associate | 0.30 | 1,185.00 | 355.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$2,976.00** |
| **Total Balance Due - Due Upon Receipt** | | **$2,976.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440419

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Lamp Capital Adversary**
PH LLP Client/Matter # 50687-00024
Luc A. Despins

Legal fees for professional services
for the period ending January 31, 2025

| | |
|---|---:|
| Costs incurred and advanced | 454.25 |
| **Current Fees and Costs Due** | **$454.25** |
| **Total Balance Due - Due Upon Receipt** | **$454.25** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440419

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Lamp Capital Adversary**
PH LLP Client/Matter # 50687-00024
Luc A. Despins

Legal fees for professional services
for the period ending January 31, 2025

| | |
|---|---:|
| Costs incurred and advanced | 454.25 |
| **Current Fees and Costs Due** | **$454.25** |
| **Total Balance Due - Due Upon Receipt** | **$454.25** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440419

PH LLP Tax ID No. 95-2209675

---

## Lamp Capital Adversary                                                                $0.00

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 12/26/2024 | Airfare - Nick Bassett; 12/09/2024; From/To: Washington/Westchester; Airfare Class: Economy; Travel to Bridgeport, CT to prepare for and attend client hearing | | | 425.00 |
| 01/04/2025 | Taxi/Ground Transportation - Douglass Barron; 12/10/2024; From/To: Court/Office; Travel from court | | | 14.00 |
| 01/04/2025 | Taxi/Ground Transportation - Douglass Barron; 12/10/2024; From/To: Office/ Court; Travel to court | | | 15.25 |
| **Total Costs incurred and advanced** | | | | **$454.25** |

| | |
|---|---|
| **Current Fees and Costs** | **$454.25** |
| **Total Balance Due - Due Upon Receipt** | **$454.25** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440421

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Ace Decade Adversary Proceeding**
PH LLP Client/Matter # 50687-00026
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $40,865.00 |
| **Current Fees and Costs Due** | **$40,865.00** |
| **Total Balance Due - Due Upon Receipt** | **$40,865.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440421

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Ace Decade Adversary Proceeding**
PH LLP Client/Matter # 50687-00026
Luc A. Despins

Legal fees for professional services
for the period ending January 31, 2025

$40,865.00

**Current Fees and Costs Due** $40,865.00

**Total Balance Due - Due Upon Receipt** $40,865.00

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*__TO PROTECT AGAINST FRAUD__, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440421

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## Ace Decade Adversary Proceeding                                 $40,865.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 01/08/2025 | AB21 | Correspond with L. Despins regarding Y. Wang default judgment order | 0.30 | 2,025.00 | 607.50 |
| 01/09/2025 | AB21 | Correspond with A. Thorp (Harneys) and L. Despins regarding Ace Decade joint liquidators | 0.20 | 2,025.00 | 405.00 |
| 01/09/2025 | LAD4 | Review/comment on Wang freeze | 1.70 | 1,975.00 | 3,357.50 |
| 01/13/2025 | AB21 | Correspond with P. Linsey (NPM) regarding PH fees related to stay litigation (0.3); call with C. Edge regarding same (0.1); correspond with A. Thorp (Harneys) regarding related Harneys fees (0.1); correspond with A. de Quincey (Pallas) regarding related Pallas fees (0.1) | 0.60 | 2,025.00 | 1,215.00 |
| 01/14/2025 | AB21 | Call with P. Linsey (NPM) and D. Carnelli (NPM) regarding legal fee detail (0.7); call with P. Linsey regarding same (0.1) | 0.80 | 2,025.00 | 1,620.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                                    Page 2
Kwok
50687-00026
Invoice No. 2440421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/16/2025 | AB21 | Correspond with D. Carnelli (NPM) regarding billing reports on Ace Decade matter (0.2); review same (0.2); call with A. Billy (Harneys) regarding same (0.1); correspond with A. Billy regarding same (0.1) | 0.60 | 2,025.00 | 1,215.00 |
| 01/16/2025 | DEB4 | Correspond with W. Farmer regarding Rui Hao | 0.20 | 1,520.00 | 304.00 |
| 01/21/2025 | AB21 | Analyze issues related to automatic stay (0.2); revise draft Despins affidavit for BVI proceedings (1.2); conference with L. Despins regarding same (0.1); calls with L. Despins regarding same (0.3); call with A. Thorp (Harneys) regarding same (0.2) | 2.00 | 2,025.00 | 4,050.00 |
| 01/21/2025 | AB21 | Correspond with D. Carnelli (NPM) regarding evidence for PJR application | 0.10 | 2,025.00 | 202.50 |
| 01/21/2025 | LAD4 | Review/comment on BVI counter Joint LIquidators filing | 0.40 | 1,975.00 | 790.00 |
| 01/21/2025 | LAD4 | Meeting and t/c A. Bongartz re: revised BVI affidavit | 0.40 | 1,975.00 | 790.00 |
| 01/22/2025 | AB21 | Revise Despins affidavit for rectification application (0.1); correspond with J. Stewart (Harneys) regarding same (0.2); call with J. Stewart regarding same (0.3) | 0.60 | 2,025.00 | 1,215.00 |
| 01/23/2025 | AB21 | Call with J. Stewart (Harneys) regarding evidence in support of application to rectify member registry | 0.20 | 2,025.00 | 405.00 |
| 01/23/2025 | AB21 | Call with J. Stewart (Harneys) regarding K Legacy disclosure review (0.2); correspond with J. Stewart and L. Despins regarding same (0.1) | 0.30 | 2,025.00 | 607.50 |
| 01/28/2025 | AB21 | Review and revise memo on automatic stay (1.6); correspond with J. Stewart (Harneys) regarding same (0.1); call with K. Catalano regarding related issues (0.1); correspond with L. Despins and A. Thorp (Harneys) regarding liquidation proceedings (0.2) | 2.00 | 2,025.00 | 4,050.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                                        Page 3
Kwok
50687-00026
Invoice No. 2440421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/28/2025 | KC27 | Call with A. Bongartz re personal jurisdiction (.1); analyze case law regarding same (1.2) | 1.30 | 1,275.00 | 1,657.50 |
| 01/29/2025 | AB21 | Call with P. Linsey (NPM) regarding PH declaration in support of PJR application (0.1); call with L. Song regarding same (0.2) | 0.30 | 2,025.00 | 607.50 |
| 01/29/2025 | AB21 | Correspond with L. Despins regarding affidavit in support of rectification application (0.3); review memo on automatic stay (0.7); correspond with L. Despins regarding same (0.1) | 1.10 | 2,025.00 | 2,227.50 |
| 01/29/2025 | LS26 | Review documents relating to Yvette Wang and her use of address (1.4); correspond with A. Bongartz regarding same (0.2) | 1.60 | 1,185.00 | 1,896.00 |
| 01/29/2025 | LS26 | Call with A. Bongartz regarding PH declaration of legal services | 0.20 | 1,185.00 | 237.00 |
| 01/30/2025 | AB21 | Revise memo on automatic stay (0.5); correspond with J. Stewart (Harneys) regarding same (0.1); correspond with J. Stewart regarding Despins affidavit for BVI proceedings (0.3) | 0.90 | 2,025.00 | 1,822.50 |
| 01/30/2025 | AB21 | Revise declaration in support of PJR application (0.9); correspond with P. Linsey (NPM) regarding same (0.1) | 1.00 | 2,025.00 | 2,025.00 |
| 01/30/2025 | LAD4 | Review/edit our memo for BVI court re: application of automatic stay | 0.80 | 1,975.00 | 1,580.00 |
| 01/30/2025 | LS26 | Draft declaration relating to legal services provided by PH | 1.70 | 1,185.00 | 2,014.50 |
| 01/30/2025 | NAB | Correspond and call with P. Linsey (NPM) regarding PJR application (.3); review and revise same (.3) | 0.60 | 2,010.00 | 1,206.00 |
| 01/31/2025 | LAD4 | Review/edit draft attachment pleadings (1.70); email to P. Linsey (NPM) re: same (.20) | 1.90 | 1,975.00 | 3,752.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 4
Kwok
50687-00026
Invoice No. 2440421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/31/2025 | NAB | Correspond with L. Despins and P. Linsey (NPM) regarding PJR (.3); review revised draft of same (.2) | 0.50 | 2,010.00 | 1,005.00 |
| | | **Subtotal: B191 General Litigation** | **22.30** | | **40,865.00** |
| | **Total** | | **22.30** | | **40,865.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 1.10 | 2,010.00 | 2,211.00 |
| LAD4 | Luc A. Despins | Partner | 5.20 | 1,975.00 | 10,270.00 |
| AB21 | Alex Bongartz | Of Counsel | 11.00 | 2,025.00 | 22,275.00 |
| DEB4 | Douglass E. Barron | Associate | 0.20 | 1,520.00 | 304.00 |
| KC27 | Kristin Catalano | Associate | 1.30 | 1,275.00 | 1,657.50 |
| LS26 | Luyi Song | Associate | 3.50 | 1,185.00 | 4,147.50 |

| **Current Fees and Costs** | **$40,865.00** |
|----------------------------|----------------|
| **Total Balance Due - Due Upon Receipt** | **$40,865.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440422

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### CAO Adversary Proceeding
PH LLP Client/Matter # 50687-00027
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $270.00 |
| **Current Fees and Costs Due** | **$270.00** |
| **Total Balance Due - Due Upon Receipt** | **$270.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440422

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### CAO Adversary Proceeding
PH LLP Client/Matter # 50687-00027
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $270.00 |
| **Current Fees and Costs Due** | **$270.00** |
| **Total Balance Due - Due Upon Receipt** | **$270.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440422

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## CAO Adversary Proceeding                                            $270.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 01/30/2025 | ECS1 | Review status of Cao adversary proceeding (.1); correspond with S. Maza and D. Carnelli (NPM) regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| | | **Subtotal: B191  General Litigation** | **0.20** | | **270.00** |
| | **Total** | | **0.20** | | **270.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|------|
| ECS1 | Ezra C. Sutton | Associate | 0.20 | 1,350.00 | 270.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$270.00** |
| **Total Balance Due - Due Upon Receipt** | **$270.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440423

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Omnibus Alter Ego Adversary Proceeding
PH LLP Client/Matter # 50687-00028
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $263,115.50 |
| Costs incurred and advanced | 1,261.40 |
| **Current Fees and Costs Due** | **$264,376.90** |
| **Total Balance Due - Due Upon Receipt** | **$264,376.90** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440423

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

### Omnibus Alter Ego Adversary Proceeding
PH LLP Client/Matter # 50687-00028
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $263,115.50 |
| Costs incurred and advanced | 1,261.40 |
| **Current Fees and Costs Due** | **$264,376.90** |
| **Total Balance Due - Due Upon Receipt** | **$264,376.90** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | May 9, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2440423 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## Omnibus Alter Ego Adversary Proceeding                     $263,115.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 01/16/2025 | KC27 | Review requests re motion to dismiss hearing prep | 0.10 | 1,275.00 | 127.50 |
| 01/16/2025 | LS26 | Correspond with S. Maza regarding motion to dismiss briefings and hearing prep (0.1); conference with S. Maza regarding same (0.1) | 0.20 | 1,185.00 | 237.00 |
| 01/16/2025 | SM29 | Correspond with D. Barron re motion to dismiss hearing prep (.1); conference with L. Song re same (.1); email L. Song, D. Barron. K. Catalano. W. Farmer, E. Sutton re same (.2); review motion to dismiss pleadings (.7); email N. Bassett re hearing prep (.1) | 1.20 | 2,025.00 | 2,430.00 |
| 01/17/2025 | DEB4 | Call with W. Farmer, L. Song, E. Sutton regarding hearing prep (0.2); follow up review of hearing issues (0.1) | 0.30 | 1,520.00 | 456.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                                    Page 2
Kwok
50687-00028
Invoice No. 2440423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/17/2025 | ECS1 | Analyze cases and pleadings in connection with 1/28/25 hearing on motion to dismiss omnibus alter ego complaint (.8); prepare case summaries for same (.9); call with D. Barron, W. Farmer, and L. Song regarding hearing prep (.2) | 1.90 | 1,350.00 | 2,565.00 |
| 01/17/2025 | LS26 | Call with E. Sutton, D. Barron, W. Farmer on motion to dismiss hearing preparation | 0.20 | 1,185.00 | 237.00 |
| 01/17/2025 | WCF | Call with D. Barron, L. Song, E. Sutton regarding omnibus alter ego hearing preparations (.2); analyze personal jurisdiction briefing and authorities from omnibus alter ego filings (1.5) | 1.70 | 1,520.00 | 2,584.00 |
| 01/19/2025 | ECS1 | Analyze cases and pleadings in connection with 1/28/25 hearing on motion to dismiss omnibus alter ego complaint (1.0); prepare summary of defendants' info in connection with same (.3); prepare case summaries for same (.3); correspond with S. Maza, W. Farmer, K. Catalano, and L. Song regarding same (.3) | 1.90 | 1,350.00 | 2,565.00 |
| 01/19/2025 | LS26 | Prepare case summary for motion to dismiss hearing | 0.50 | 1,185.00 | 592.50 |
| 01/19/2025 | SM29 | Review list of cases for joint motion to dismiss hearing (.6); review list of defendants (.3); correspond with L. Song, E. Sutton, K. Catalano re same (.2); review briefing in connection with caselaw list (.6) | 1.70 | 2,025.00 | 3,442.50 |
| 01/20/2025 | ECS1 | Analyze cases and pleadings in connection with 1/28/25 hearing on motion to dismiss omnibus alter ego complaint (1.9); prepare case summaries for same (3.2); correspond with S. Maza, W. Farmer, K. Catalano, and L. Song regarding same (.1) | 5.20 | 1,350.00 | 7,020.00 |
| 01/20/2025 | SM29 | Analyze open issues, caselaw, and motion to dismiss filings in prep for hearing on same | 4.10 | 2,025.00 | 8,302.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00028
Invoice No. 2440423

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/21/2025 | DEB4 | Call with S. Maza regarding alter ego claims and motion to dismiss hearing (0.3); correspond with S. Maza regarding same (0.2) | 0.50 | 1,520.00 | 760.00 |
| 01/21/2025 | ECS1 | Analyze cases and pleadings in connection with 1/28/25 hearing on motion to dismiss omnibus alter ego complaint (1.2); prepare case summaries for same (1.5); correspond with D. Barron, W. Farmer, K. Catalano, and L. Song regarding same (.2) | 2.90 | 1,350.00 | 3,915.00 |
| 01/21/2025 | SM29 | Prepare hearing outline for motion to dismiss hearing (1.8); correspond with W. Farmer and D. Barron re same (.1); call with D. Barron re same (.3) | 2.20 | 2,025.00 | 4,455.00 |
| 01/22/2025 | ECS1 | Analyze cases and pleadings in connection with 1/28/25 hearing on motion to dismiss omnibus alter ego complaint (1.1); prepare case summaries for same (1.8); correspond with S. Maza, W. Farmer, K. Catalano, and L. Song regarding same (.2) | 3.10 | 1,350.00 | 4,185.00 |
| 01/22/2025 | NAB | Review briefing on motions to dismiss and related documents (1.6); prepare outline for oral argument (1.0); analyze caselaw regarding same (.8); correspond with W. Farmer regarding same (.4) | 3.80 | 2,010.00 | 7,638.00 |
| 01/23/2025 | DEB4 | Analyze issues related to upcoming hearing on motion to dismiss (1.9); call with N. Bassett, S. Maza, and L. Song regarding motion to dismiss hearing prep (1.0); further call and correspond with L. Song regarding same (0.3); call with S. Maza and K. Catalano regarding related case law (0.3) | 3.50 | 1,520.00 | 5,320.00 |
| 01/23/2025 | ECS1 | Analyze cases and pleadings in connection with 1/28/25 hearing on motion to dismiss omnibus alter ego complaint (.1); prepare case summaries in connection with same (.1) | 0.20 | 1,350.00 | 270.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 4
Kwok
50687-00028
Invoice No. 2440423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/23/2025 | KC27 | Attend meeting with S. Maza and D. Barron re omnibus alter ego hearing (.3); analyze case law for same (2.3); summarize same (1.2); correspond with S. Maza re same (.1); correspond with N. Bassett re same (.1) | 4.00 | 1,275.00 | 5,100.00 |
| 01/23/2025 | LS26 | Call with N. Bassett, D. Barron, S. Maza regarding hearing preparation | 1.00 | 1,185.00 | 1,185.00 |
| 01/23/2025 | LS26 | Call and correspond with D. Barron regarding hearing preparation (0.3); prepare fact chart of defendant entities for motion to dismiss hearing (1.7) | 2.00 | 1,185.00 | 2,370.00 |
| 01/23/2025 | NAB | Continue to review briefing and arguments in preparation for motion to dismiss hearing (.6); call with S. Maza, D. Barron, and L. Song regarding same (1.0); follow-up emails with D. Barron regarding same (.4); analyze caselaw related to additional arguments (.6); correspond with D. Barron regarding same (.3) | 2.90 | 2,010.00 | 5,829.00 |
| 01/23/2025 | SM29 | Call (portion) with D. Barron, N. Bassett, and L. Song re hearing prep (.7); correspond with T. Simon and K. Catalano re caselaw for same (.4); review caselaw in prep for hearing (1.1); call with D. Barron and K. Catalano re same (.3) | 2.50 | 2,025.00 | 5,062.50 |
| 01/23/2025 | TSS1 | Correspond with S. Maza, D. Barron and K. Catalano regarding alter ego caselaw and analysis for motion to dismiss hearing | 0.80 | 895.00 | 716.00 |
| 01/23/2025 | WCF | Draft parts of omnibus alter ego motion to dismiss hearing outline (2.3); correspond with N. Bassett regarding same (.1) | 2.40 | 1,520.00 | 3,648.00 |
| 01/24/2025 | ECS1 | Analyze cases and pleadings in connection with 1/28/25 hearing on motion to dismiss omnibus alter ego complaint (1.2); prepare case summaries in connection with same (.2) | 1.40 | 1,350.00 | 1,890.00 |
| 01/24/2025 | KC27 | Prepare case summaries for omnibus alter ego hearing | 2.20 | 1,275.00 | 2,805.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok          Page 5
50687-00028
Invoice No. 2440423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/24/2025 | LS26 | Prepare fact chart for motion to dismiss hearing | 3.10 | 1,185.00 | 3,673.50 |
| 01/24/2025 | LS26 | Correspond with N. Bassett and D. Barron regarding fact chart for motion to dismiss hearing (0.2); correspond with D. Barron regarding objection to defendants' motion to dismiss (0.3) | 0.50 | 1,185.00 | 592.50 |
| 01/24/2025 | NAB | Analyze issues and arguments in preparation for hearing on motions to dismiss (1.3); review briefing and case law in connection with same (1.3) | 2.60 | 2,010.00 | 5,226.00 |
| 01/24/2025 | SM29 | Correspond with E. Sutton, W. Farmer, D. Barron, N. Bassett re personal jurisdiction and motion to dismiss hearing prep | 0.20 | 2,025.00 | 405.00 |
| 01/25/2025 | DEB4 | Continue reviewing submissions and caselaw in prep for motion to dismiss hearing (5.1); prepare notes for hearing (.7); call with L. Song regarding same (0.4) | 6.20 | 1,520.00 | 9,424.00 |
| 01/25/2025 | LS26 | Prepare fact chart for motion to dismiss hearing (5.2); call with D. Barron regarding same (0.4); correspond with D. Barron regarding same (0.7) | 6.30 | 1,185.00 | 7,465.50 |
| 01/25/2025 | NAB | Review and supplement outline for oral argument on motions to dismiss (1.3); review draft documents for hearing (.4); correspond with L. Song and D. Barron regarding same and related issues (.4) | 2.10 | 2,010.00 | 4,221.00 |
| 01/26/2025 | DEB4 | Review documents and evidentiary issues in prep for motion to dismiss hearing (5.5); prepare notes for hearing (1.1) | 6.60 | 1,520.00 | 10,032.00 |
| 01/26/2025 | LS26 | Continue to prepare fact chart for motion to dismiss hearing | 6.90 | 1,185.00 | 8,176.50 |
| 01/26/2025 | NAB | Analyze issues, pleadings, and authority in preparation for hearing on motions to dismiss | 1.90 | 2,010.00 | 3,819.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 6

50687-00028

Invoice No. 2440423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/27/2025 | DEB4 | Continue analyzing arguments and caselaw in prep for motion to dismiss hearing (5.9); prepare notes for hearing (1.2); call with S. Maza regarding same (0.4); conference with N. Bassett and L. Song regarding same (1.0) | 8.50 | 1,520.00 | 12,920.00 |
| 01/27/2025 | LS26 | Review and revise fact chart for hearing | 7.00 | 1,185.00 | 8,295.00 |
| 01/27/2025 | LS26 | Conference with N. Bassett and D. Barron regarding hearing prep | 1.00 | 1,185.00 | 1,185.00 |
| 01/27/2025 | LS26 | Conference with N. Bassett regarding hearing prep (0.2); correspond with D. Barron regarding same (0.7) | 0.90 | 1,185.00 | 1,066.50 |
| 01/27/2025 | NAB | Further prepare oral argument on motions to dismiss (2.2); analyze case law and additional authorities in connection with same (1.5); review pleadings and draft outline in connection with same (1.8); call with D. Barron and L. Song regarding same (1.0); review materials for use at hearing (.5); call with L. Song regarding same (.2) | 7.20 | 2,010.00 | 14,472.00 |
| 01/27/2025 | SM29 | Reply to email from D. Barron re UK law in connection with motion to dismiss hearing prep (.1); call with D. Barron re same (.4) | 0.50 | 2,025.00 | 1,012.50 |
| 01/27/2025 | WCF | Analyze authorities regarding specific and general alter ego jurisdiction (2.2); draft additional talking points for omnibus alter ego motion to dismiss hearing regarding same (.3); correspond with N. Bassett regarding same (.1) | 2.60 | 1,520.00 | 3,952.00 |
| 01/28/2025 | DEB4 | Review hearing notes (0.2); conference with N. Bassett and P. Linsey regarding hearing (0.2); participate in hearing on motions to dismiss (2.1) | 2.50 | 1,520.00 | 3,800.00 |
| 01/28/2025 | DEB4 | Prepare documents related to hearing on motions to dismiss | 4.80 | 1,520.00 | 7,296.00 |
| 01/28/2025 | LAD4 | T/c N. Bassett re: hearing on AE part II (.40); attend alter ego part II hearing re: MTD (2.10) | 2.50 | 1,975.00 | 4,937.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok         Page 7
50687-00028
Invoice No. 2440423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/28/2025 | LS26 | Continue to prepare fact chart for hearing | 3.80 | 1,185.00 | 4,503.00 |
| 01/28/2025 | LS26 | Prepare and review hearing reference materials and fact chart for motion to dismiss hearing | 1.30 | 1,185.00 | 1,540.50 |
| 01/28/2025 | LS26 | Correspond with J. Sklarz (G Club counsel) regarding fact chart (0.1); correspond with M. Conway (defendants' counsel) regarding fact chart (0.1); prepare email to Chambers regarding fact chart (0.2); correspond with D. Barron and P. Linsey regarding hearing (0.3) | 0.70 | 1,185.00 | 829.50 |
| 01/28/2025 | NAB | Analyze issues/documents and revise oral argument outline for hearing on motions to dismiss (1.6); conference with L. Despins regarding same (.4); conference with D. Barron and P. Linsey (NPM) regarding same (.2); participate in hearing (2.1); correspond with P. Linsey regarding issues related to same (.2) | 4.50 | 2,010.00 | 9,045.00 |
| | | **Subtotal: B155  Court Hearings** | **138.60** | | **213,597.00** |

**B191     General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/08/2025 | DEB4 | Correspond with L. Song regarding second omnibus alter ego complaint | 0.20 | 1,520.00 | 304.00 |
| 01/10/2025 | LS26 | Review docket update and correspond with D. Barron and E. Sutton regarding summons in second omnibus alter ego action | 0.10 | 1,185.00 | 118.50 |
| 01/13/2025 | DM26 | Research regarding service of process and registered agent information for service of summons and complaint | 1.60 | 600.00 | 960.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 8

50687-00028
Invoice No. 2440423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/13/2025 | ECS1 | Call with L. Song regarding service of domestic defendants of summons and complaint second omnibus alter ego adversary proceeding (.2); review caselaw and statutes regarding same (.3); correspond with L. Song regarding same (.2) | 0.70 | 1,350.00 | 945.00 |
| 01/13/2025 | LS26 | Call with E. Sutton regarding service of process of second omnibus alter ego pleadings (0.2); prepare information for service of process and analyze potential service issues (1.8) | 2.00 | 1,185.00 | 2,370.00 |
| 01/14/2025 | ECS1 | Review and advise regarding service of domestic defendants of summons and complaint related to second omnibus alter ego adversary proceeding (1.0); analyze issues related to same (.5); correspond with D. Barron, L. Song regarding same (.4) | 1.90 | 1,350.00 | 2,565.00 |
| 01/15/2025 | DM26 | Research registered agent information in connection with service of documents | 0.30 | 600.00 | 180.00 |
| 01/15/2025 | ECS1 | Review and advise regarding service of domestic defendants of summons and complaint related to second omnibus alter ego adversary proceeding (.1); correspond with D. Barron regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| 01/15/2025 | LS26 | Correspond with E. Sutton regarding service of second omnibus alter ego complaint and summons | 0.20 | 1,185.00 | 237.00 |
| 01/16/2025 | DM26 | Prepare email to defendants' counsel regarding second omnibus alter ego summons and complaint | 0.20 | 600.00 | 120.00 |
| 01/16/2025 | ECS1 | Further review and advise regarding service of domestic defendants of summons and complaint related to second omnibus alter ego adversary proceeding (.2); analyze issues related to same (.1); correspond with L. Song and K. Mitchell (NPM) regarding same (.1) | 0.40 | 1,350.00 | 540.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                     Page 9
50687-00028
Invoice No. 2440423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/17/2025 | DEB4 | Correspond with L. Song regarding HGA and second omnibus alter ego complaint (0.2); correspond with N. Bassett regarding same (0.1) | 0.30 | 1,520.00 | 456.00 |
| 01/17/2025 | KC27 | Review case law list related to motion to dismiss | 0.20 | 1,275.00 | 255.00 |
| 01/17/2025 | LS26 | Prepare caselaw list and defendant list related to motion to dismiss | 2.50 | 1,185.00 | 2,962.50 |
| 01/19/2025 | ECS1 | Correspond with K. Mitchell (NPM) regarding service of domestic defendants of summons and complaint related to second omnibus alter ego adversary proceeding | 0.10 | 1,350.00 | 135.00 |
| 01/20/2025 | DEB4 | Correspond with P. Linsey regarding second omnibus alter ego action | 0.20 | 1,520.00 | 304.00 |
| 01/20/2025 | KC27 | Review correspondence from E. Sutton re case summaries related to motion to dismiss pleadings | 0.10 | 1,275.00 | 127.50 |
| 01/21/2025 | DEB4 | Analyze issues related to alter ego claims | 1.30 | 1,520.00 | 1,976.00 |
| 01/21/2025 | KC27 | Review correspondence from E. Sutton re case summaries | 0.10 | 1,275.00 | 127.50 |
| 01/21/2025 | WCF | Analyze authorities regarding omnibus alter ego personal jurisdiction arguments | 2.10 | 1,520.00 | 3,192.00 |
| 01/22/2025 | DEB4 | Analyze issues related to alter ego claims (0.7); call with L. Song and defendant regarding second omnibus alter ego complaint (0.5) | 1.20 | 1,520.00 | 1,824.00 |
| 01/22/2025 | LS26 | Call with D. Barron and defendant Feibo Jiang regarding second omnibus alter ego complaint | 0.50 | 1,185.00 | 592.50 |
| 01/22/2025 | WCF | Draft omnibus alter ego hearing outline regarding personal jurisdiction and merits arguments | 3.00 | 1,520.00 | 4,560.00 |
| 01/23/2025 | ECS1 | Call with S. Maza regarding personal jurisdiction issues and motion to dismiss caselaw (.2); correspond with D. Barron, W. Farmer, K. Catalano, and L. Song regarding same (.1) | 0.30 | 1,350.00 | 405.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00028
Invoice No. 2440423

Page 10

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/23/2025 | SM29 | Call with E. Sutton re motion to dismiss questions and personal jurisdiction issues | 0.20 | 2,025.00 | 405.00 |
| 01/23/2025 | WCF | Analyze authorities regarding motion to dismiss standard for alter ego claims (.7); analyze foreign authorities regarding alter ego and beneficial ownership claims (1.1) | 1.80 | 1,520.00 | 2,736.00 |
| 01/24/2025 | DEB4 | Correspond with L. Song regarding stipulated judgment (0.1); analyze issues and authority related to motions to dismiss (6.8); prepare notes regarding same for hearing (.5) | 7.40 | 1,520.00 | 11,248.00 |
| 01/24/2025 | ECS1 | Call with W. Farmer regarding alter ego jurisdiction caselaw (.2); correspond with D. Barron, W. Farmer, K. Catalano, and L. Song regarding same (.1) | 0.30 | 1,350.00 | 405.00 |
| 01/24/2025 | NAB | Correspond with J. Kosciewicz, S. Maza, W. Farmer regarding TRO motion and research and strategy for same (.3); correspond with L. Despins regarding same (.2) | 0.50 | 2,010.00 | 1,005.00 |
| 01/24/2025 | WCF | Analyze general jurisdiction authorities regarding alter ego theory of jurisdiction (.9); call with E. Sutton regarding same (.2) | 1.10 | 1,520.00 | 1,672.00 |
| 01/25/2025 | NAB | Correspond with J. Kosciewicz regarding TRO motion (.4); analyze issues related to same (.1) | 0.50 | 2,010.00 | 1,005.00 |
| 01/26/2025 | NAB | Review and provide initial comments on draft motion for temporary restraining order (.7); correspond with J. Kosciewicz regarding same (.1) | 0.80 | 2,010.00 | 1,608.00 |
| 01/30/2025 | ECS1 | Analyze propriety of service of process on domestic defendants to second omnibus alter ego adversary proceeding (.5); correspond with D. Barron, L. Song, and D. Mohamed regarding same (.2) | 0.70 | 1,350.00 | 945.00 |
| 01/30/2025 | NAB | Correspond with W. Farmer and S. Maza regarding preliminary injunction issues (.3); analyze same (.3) | 0.60 | 2,010.00 | 1,206.00 |
| 01/31/2025 | DEB4 | Prepare stipulated judgment | 1.00 | 1,520.00 | 1,520.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
Page 11
Kwok
50687-00028
Invoice No. 2440423

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/31/2025 | LS26 | Correspond with D. Barron regarding stipulated judgment for second omnibus alter ego complaint | 0.20 | 1,185.00 | 237.00 |
| | | **Subtotal: B191  General Litigation** | **34.80** | | **49,518.50** |
| | **Total** | | **173.40** | | **263,115.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 27.40 | 2,010.00 | 55,074.00 |
| LAD4 | Luc A. Despins | Partner | 2.50 | 1,975.00 | 4,937.50 |
| SM29 | Shlomo Maza | Of Counsel | 12.60 | 2,025.00 | 25,515.00 |
| DEB4 | Douglass E. Barron | Associate | 44.50 | 1,520.00 | 67,640.00 |
| WCF | Will C. Farmer | Associate | 14.70 | 1,520.00 | 22,344.00 |
| ECS1 | Ezra C. Sutton | Associate | 21.20 | 1,350.00 | 28,620.00 |
| KC27 | Kristin Catalano | Associate | 6.70 | 1,275.00 | 8,542.50 |
| LS26 | Luyi Song | Associate | 40.90 | 1,185.00 | 48,466.50 |
| TSS1 | Tori S. Simon | Associate | 0.80 | 895.00 | 716.00 |
| DM26 | David Mohamed | Paralegal | 2.10 | 600.00 | 1,260.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 01/16/2025 | Photocopy Charges | 5,586.00 | 0.08 | 446.88 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Infinity Treasury Management I; 1521 CONCORD PIKE; WILMINGTON, DE 19803 ; 284433393018 (MAN) | | | 24.56 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                                    Page 12
Kwok
50687-00028
Invoice No. 2440423

| | | |
|---|---|---|
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; GS Security Solutions Inc.; Five Greentree Centre Ste. 10; MARLTON, NJ 08053 ; 284433103058 (MAN) | 24.56 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; HGA Property Operation LLC; 1 GATEWAY CTR STE 2600; NEWARK, NJ 07102 ; 284434788440 (MAN) | 24.56 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Crane Advisory Group; 7014 13TH AVE; BROOKLYN, NY 11228 ; 284432286988 (MAN) | 26.39 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; River Valley Operations LLC; 5534 SAINT JOE RD; FORT WAYNE, IN 46835 ; 284434189152 (MAN) | 28.40 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Officer Managing or General A; Crane Advisory Group L.L.C; 1 WORLD TRADE CTR FL 85; NEW YORK, NY 10007 ; 284432116279 (MAN) | 28.84 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Max Krasner; Max Krasner; 20 STACEY LN; STATEN ISLAND, NY 10306 ; 284433745852 (MAN) | 32.20 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Feibo Jiang; INFORMATION NOT SUPPLIED; 5 EVERGREEN PL; CHADDS FORD, PA 19317 ; 284434616985 (MAN) | 32.20 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00028
Invoice No. 2440423

Page 13

| | | |
|---|---|---|
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; HGA Property Operation LLC; 3655 MEADOW LN; NORTH BERGEN, NJ 07047 ; 284434872616 (MAN) | 32.20 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Haitham Khaled; INFORMATION NOT SUPPLIED; 16 PRINCETON DR; HUNTINGTON STATION, NY 11746 ; 284432815363 (MAN) | 32.20 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Max Krasner; INFORMATION NOT SUPPLIED; 6 THORNLEY PL; HOLMDEL, NJ 07733 ; 284433596685 (MAN) | 32.20 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Scott Barnett; INFORMATION NOT SUPPLIED; 218 ELSIE AVE; MERRICK, NY 11566 ; 284432695733 (MAN) | 32.20 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Hing Chi Ngok; INFORMATION NOT SUPPLIED; 1 LOCH LN; GREENWICH, CT 06830 ; 284433278725 (MAN) | 32.20 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Crane Advisory Group; 16 PRINCETON DR; HUNTINGTON STATION, NY 11746 ; 284432405924 (MAN) | 32.20 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Qin Li; INFORMATION NOT SUPPLIED; 3655 MEADOW LN; NORTH BERGEN, NJ 07047 ; 284434524682 (MAN) | 32.20 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00028
Invoice No. 2440423

Page 14

| | | |
|---|---|---|
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Max Krasner; Max Krasner; 9 THORNLEY PL; HOLMDEL, NJ 07733 ; 284433475673 (MAN) | 34.04 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Max Krasner; Max Krasner; 25 SUMMIT PL; STATEN ISLAND, NY 10312 ; 284433658003 (MAN) | 34.04 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Attn: Officer Managing or Gen; GS Security Solutions Inc.; 218 ELSIE AVE; MERRICK, NY 11566 ; 284432952235 (MAN) | 34.04 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Mei Guo; INFORMATION NOT SUPPLIED; 492 BROOME ST APT 3; NEW YORK, NY 10013 ; 284433975184 (MAN) | 35.82 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Yumei Hao; INFORMATION NOT SUPPLIED; 3715 KENDALL WOOD DR; CARMEL, IN 46032 ; 284434343936 (MAN) | 38.82 |
| 01/16/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/16/2025; Kun Ma; INFORMATION NOT SUPPLIED; 3715 KENDALL WOOD DR; CARMEL, IN 46032 ; 284434435231 (MAN) | 38.82 |
| 01/16/2025 | Postage/Express Mail - First Class - US; | 90.51 |
| 01/20/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/20/2025; Ezra Sutton; Paul Hastings LLP; 200 Park Avenue; NEW YORK, NY 10017 ; 771551405628 (MAN) | 20.44 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Kwok

50687-00028

Invoice No. 2440423

Page 15

| 01/21/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875143829; 01/21/2025; EZRA SUTTON; PAUL HASTING LLP; NEW YORK, NY 10166 ; 771586389975 (MAN) | 20.44 |
|---|---|---|
| 01/24/2025 | UPS/Courier Service - Fedex ERS (USD)(WFPCARD); Invoice # 875813524; 01/24/2025; Ezra Sutton; PAUL HASTINGS LLP; 200 PARK AVENUE; NEW YORK, NY 10166 ; 430229807005 (MAN) | 20.44 |
| **Total Costs incurred and advanced** | | **$1,261.40** |
| | **Current Fees and Costs** | **$264,376.90** |
| | **Total Balance Due - Due Upon Receipt** | **$264,376.90** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440424

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Avoidance Actions**
PH LLP Client/Matter # 50687-00029
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $421,642.50 |
| Costs incurred and advanced | 2,297.62 |
| **Current Fees and Costs Due** | **$423,940.12** |
| **Total Balance Due - Due Upon Receipt** | **$423,940.12** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com   This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | May 9, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2440424 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

## REMITTANCE COPY

**Avoidance Actions**
PH LLP Client/Matter # 50687-00029
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $421,642.50 |
| Costs incurred and advanced | 2,297.62 |
| **Current Fees and Costs Due** | **$423,940.12** |
| **Total Balance Due - Due Upon Receipt** | **$423,940.12** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440424

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

**Avoidance Actions** $421,642.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 01/01/2025 | KC27 | Correspond with D. Barron and S. Maza re hearing prep related to joint motion to dismiss | 0.10 | 1,275.00 | 127.50 |
| 01/01/2025 | SM29 | Correspond with N. Bassett, W. Farmer, L. Song, D. Barron re motion to dismiss hearing prep | 0.20 | 2,025.00 | 405.00 |
| 01/02/2025 | DEB4 | Conference with L. Song, K. Catalano, W. Farmer, and S. Maza regarding 1.15.25 hearing prep | 0.70 | 1,520.00 | 1,064.00 |
| 01/02/2025 | DEB4 | Conferences with S. Maza regarding motion to dismiss issues and hearing prep | 0.70 | 1,520.00 | 1,064.00 |
| 01/02/2025 | KC27 | Attend meeting with S. Maza, D. Barron, W. Farmer, and L. Song re motion to dismiss hearing (.7); correspond with E. Sutton re same (.2); review and summarize cases in motion to dismiss briefing (2.0) | 2.90 | 1,275.00 | 3,697.50 |
| 01/02/2025 | LS26 | Conference with D. Barron, S. Maza, W. Farmer, and K. Catalano regarding preparation for January 15 hearing | 0.70 | 1,185.00 | 829.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                Page 2
50687-00029
Invoice No. 2440424

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/02/2025 | SM29 | Call with W. Farmer, L. Song, K. Catalano, D. Barron re hearing prep related to joint defendants' motion to dismiss (.7); review matters set for hearing and prepare notes re same (.3); review reply in support of joint defendants' motion to dismiss (.5) | 1.50 | 2,025.00 | 3,037.50 |
| 01/02/2025 | SM29 | Review issues chart and case summary sheet (.4); calls with D. Barron re same and hearing prep (.7) | 1.10 | 2,025.00 | 2,227.50 |
| 01/02/2025 | WCF | Call with L. Song, S. Maza, D. Barron, K. Catalano regarding omnibus avoidance action hearing prep and related reference materials | 0.70 | 1,520.00 | 1,064.00 |
| 01/03/2025 | DEB4 | Call with S. Maza regarding 1.15.25 hearing prep (0.5); analyze documents related to same (0.8); conference with counsel to avoidance action defendant regarding procedural issues related to hearing (0.2); correspond with P. Linsey regarding same (0.1) | 1.60 | 1,520.00 | 2,432.00 |
| 01/03/2025 | ECS1 | Conference with S. Maza regarding case summaries for 1/15/25 hearing | 0.20 | 1,350.00 | 270.00 |
| 01/03/2025 | KC27 | Review and summarize cases discussed in motions to dismiss for January 15, 2025 hearing | 0.40 | 1,275.00 | 510.00 |
| 01/03/2025 | LS26 | Correspond with D. Barron regarding preparation for January 15 hearing | 0.20 | 1,185.00 | 237.00 |
| 01/03/2025 | SM29 | Call with E. Sutton re motion to dismiss hearing prep issues (.2); call with D. Barron re same (.5); review certain motion to dismiss pleadings in prep for hearing (1.9) | 2.60 | 2,025.00 | 5,265.00 |
| 01/03/2025 | SM29 | Prepare hearing outline notes | 3.10 | 2,025.00 | 6,277.50 |
| 01/04/2025 | ECS1 | Prepare case summaries in connection with 1/15/25 hearing on joint defendants' joint motion to dismiss | 2.50 | 1,350.00 | 3,375.00 |
| 01/04/2025 | KC27 | Prepare summaries of cases in motion to dismiss briefing in prep for Jan. 15, 2025 hearing | 0.20 | 1,275.00 | 255.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00029
Invoice No. 2440424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/04/2025 | LS26 | Review briefing on joint motion to dismiss and prepare case summaries for January 15 hearing | 2.50 | 1,185.00 | 2,962.50 |
| 01/05/2025 | ECS1 | Prepare case summaries in connection with 1/15/25 hearing on joint defendants' joint motion to dismiss | 1.40 | 1,350.00 | 1,890.00 |
| 01/05/2025 | KC27 | Correspond with D. Barron re summaries of pleadings for joint motion to dismiss hearing | 0.20 | 1,275.00 | 255.00 |
| 01/05/2025 | LS26 | Prepare case summaries for January 15 hearing | 0.50 | 1,185.00 | 592.50 |
| 01/05/2025 | SM29 | Analyze arguments and case law in joint motion to dismiss in prep for hearing on same (5.9); outline oral arguments for joint motion to dismiss hearing (2.1); correspond with D. Barron re same (.2) | 8.20 | 2,025.00 | 16,605.00 |
| 01/06/2025 | DEB4 | Conference with K. Catalano, W. Farmer, and E. Sutton regarding 1.15.25 hearing prep (0.6); correspond with K. Catalano, L. Song, S. Maza, and W. Farmer regarding same (0.3); conference with N. Bassett and P. Linsey regarding same (1.1); correspond with N. Bassett regarding same (0.3); analyze pleadings, issues, and caselaw set for January 15 hearing (6.6) | 8.90 | 1,520.00 | 13,528.00 |
| 01/06/2025 | ECS1 | Call with D. Barron, W. Farmer and K. Catalano regarding 1/15/25 hearing and joint motion to dismiss (.6); review cases and arguments related to same (.6); prepare case summaries in prep for 1/15/25 hearing (.7); correspond with D. Mohamed regarding same (.1) | 2.00 | 1,350.00 | 2,700.00 |
| 01/06/2025 | KC27 | Attend meeting with D. Barron, W. Farmer, and E. Sutton re prep for joint motion to dismiss hearing | 0.60 | 1,275.00 | 765.00 |
| 01/06/2025 | LAD4 | T/c N. Bassett re: status conference on 1/8 (.30); review issues re: same (.50) | 0.80 | 1,975.00 | 1,580.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
Page 4
50687-00029
Invoice No. 2440424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/06/2025 | NAB | Call with D. Barron and P. Linsey (NPM) regarding January 15 hearing and status conference for same (1.1); call with L. Despins regarding same (.3); correspond with P. Linsey (NPM) and D. Barron regarding same (.3) | 1.70 | 2,010.00 | 3,417.00 |
| 01/06/2025 | SM29 | Revise motion to dismiss issues chart (.2); analyze same and related authority in prep for hearing (3.0) | 3.20 | 2,025.00 | 6,480.00 |
| 01/06/2025 | WCF | Call with D. Barron, K. Catalano and E. Sutton regarding additional omnibus avoidance action hearing prep and related materials needed | 0.60 | 1,520.00 | 912.00 |
| 01/07/2025 | DEB4 | Conference with S. Maza regarding hearing outline (0.5); correspond with S. Maza regarding draft hearing notes (0.2); revise same (.9); analyze documents and cases in prep for hearing (1.4) | 3.00 | 1,520.00 | 4,560.00 |
| 01/07/2025 | ECS1 | Analyze cases in connection with 1/15/25 hearing, joint defendants' motion to dismiss, and additional avoidance action (1.7); conference with S. Maza regarding same (.1); prepare case summaries in connection with same (2.3); correspond with D. Barron, W. Farmer, K. Catalano, L. Song regarding same (.3) | 4.40 | 1,350.00 | 5,940.00 |
| 01/07/2025 | KC27 | Review emails from W. Farmer, L. Song and E. Sutton re case summaries for motion to dismiss hearing (.3); correspond with W. Farmer re same (.1) | 0.40 | 1,275.00 | 510.00 |
| 01/07/2025 | LAD4 | Review & edit report to court re: status conference (.40); t/c P. Linsey re: same (.20) | 0.60 | 1,975.00 | 1,185.00 |
| 01/07/2025 | LS26 | Prepare case summaries and review briefs in prep for January 15 hearing | 1.50 | 1,185.00 | 1,777.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                                   Page 5
50687-00029
Invoice No. 2440424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/07/2025 | NAB | Review issues and prepare notes for status conference on joint briefing hearing (.5); review and revise draft status report in connection with same (.4); correspond with L. Despins, P. Linsey, and D. Barron regarding same (.4); analyze arguments and issues for status conference and motion to dismiss hearing (.8) | 2.10 | 2,010.00 | 4,221.00 |
| 01/07/2025 | SM29 | Prepare parts of hearing outline (2.7); reply to email from D. Barron re hearing issues list and correspondence with opposing counsel (.2); call with D. Barron re hearing outline (.5); conference with E. Sutton re case summaries (.1); review case summary list (.2); analyze arguments, issues, and caselaw in preparation for hearing (2.6) | 6.30 | 2,025.00 | 12,757.50 |
| 01/07/2025 | WCF | Correspond with L. Song, D. Barron, E. Sutton regarding omnibus avoidance action hearing prep and prep materials (.3); analyze authorities regarding joint motion to dismiss briefing and additional avoidance action briefs of adversary proceeding defendants (3.4); draft summaries regarding same (.7) | 4.40 | 1,520.00 | 6,688.00 |
| 01/08/2025 | DEB4 | Monitor status conference hearing (1.4); follow up call with P. Linsey, N. Bassett and L. Despins regarding same (0.4); conference with S. Maza regarding case summaries (0.1); correspond with S. Maza regarding same (0.3); analyze issues and authority related to upcoming joint briefing hearing (1.6); pre-call with S. Maza regarding same (0.2); call with W. Farmer, S. Maza, and N. Bassett regarding same (0.6) | 4.60 | 1,520.00 | 6,992.00 |
| 01/08/2025 | ECS1 | Analyze cases in connection with 1/15/25 hearing, joint defendants' motion to dismiss, and additional avoidance action (1.6); prepare case summaries in connection with same (2.7); correspond with D. Barron, W. Farmer, K. Catalano, L. Song regarding same (.5) | 4.80 | 1,350.00 | 6,480.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                                    Page 6
Kwok
50687-00029
Invoice No. 2440424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/08/2025 | LAD4 | Handle court status conference re: 1/15 hearing (1.40); post-mortem N. Bassett, D. Barron, P. Linsey (NPM) (.40) | 1.80 | 1,975.00 | 3,555.00 |
| 01/08/2025 | LS26 | Continue to prepare case summaries and summaries of motion to dismiss briefs in preparation for 1.15.25 hearing | 1.40 | 1,185.00 | 1,659.00 |
| 01/08/2025 | LS26 | Attend status conference | 1.40 | 1,185.00 | 1,659.00 |
| 01/08/2025 | LS26 | Call with S. Maza regarding case summaries related to joint motion to dismiss (0.1); prepare case summaries and revise same to incorporate comments from S. Maza (3.5) | 3.60 | 1,185.00 | 4,266.00 |
| 01/08/2025 | NAB | Review and edit hearing notes in preparation for status conference on motion to dismiss hearing (.9); analyze motions to dismiss, procedure orders, and related documents in connection with same (.7); correspond with L. Despins, P. Linsey (NPM), and D. Barron regarding same (.3); calls with P. Linsey (NPM) regarding same (.2); participate in status conference (1.4); follow-up call with L. Despins, D. Barron, P. Linsey regarding same and next steps (.4); continue analysis of submissions and issues in preparation for hearing (.5); call with S. Maza, D. Barron, and W. Farmer regarding same (.6) | 5.00 | 2,010.00 | 10,050.00 |
| 01/08/2025 | SM29 | Participate in status conference (1.4); review and comment on case summaries from L. Song and E. Sutton (.9); call with D. Barron re same (.1); call with L. Song re same (.1); call with D. Barron re hearing prep in advance of call on same with N. Bassett (.2); review draft hearing notes (.3); call with N. Bassett, W. Farmer, D. Barron re same and hearing prep (.6) | 3.60 | 2,025.00 | 7,290.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2440424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/08/2025 | WCF | Call with S. Maza, D. Barron, N. Bassett regarding status conference result and effects on avoidance action hearing prep and prep materials (.6); analyze non-joint avoidance action motions and related arguments, authorities and additional issues to be addressed at joint motion to dismiss hearing (4.1); further draft summaries of cited authorities in non-joint and joint motion to dismiss briefing (1.6) | 6.30 | 1,520.00 | 9,576.00 |
| 01/09/2025 | DEB4 | Correspond with N. Bassett regarding motion to dismiss hearing prep (0.1); calls with S. Maza regarding same (0.5) | 0.60 | 1,520.00 | 912.00 |
| 01/09/2025 | LS26 | Review and revise case summaries for Jan. 15 hearing | 1.00 | 1,185.00 | 1,185.00 |
| 01/09/2025 | NAB | Correspond with D. Barron regarding preparation for joint motion to dismiss hearing (.3); analyze issues and caselaw in prep for same (1.4) | 1.70 | 2,010.00 | 3,417.00 |
| 01/09/2025 | SM29 | Review motion to dismiss pleadings (1.4); prepare oral arguments (1.1); calls with D. Barron re same (.5) | 3.00 | 2,025.00 | 6,075.00 |
| 01/09/2025 | WCF | Analyze authorities and briefing regarding alter ego remedy and cause of action issue (2.4); analyze ACASS and Lawall and Mitchell arguments regarding standing and section 550(b) defenses (1.8); draft hearing prep addenda regarding same (3.5) | 7.70 | 1,520.00 | 11,704.00 |
| 01/10/2025 | DM26 | Prepare draft agenda regarding motions to dismiss, motion for judgment and related pleadings for 1/15/25 hearing | 3.40 | 600.00 | 2,040.00 |
| 01/10/2025 | ECS1 | Review cases in connection with 1/15/25 hearing, joint defendants' motion to dismiss, and additional avoidance action | 0.20 | 1,350.00 | 270.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 8

50687-00029
Invoice No. 2440424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/10/2025 | NAB | Correspond with P. Linsey (NPM) regarding issues related to motion to dismiss hearing (.2); review briefing and authorities in connection with same (1.5); review outline for same (.4); correspond with W. Farmer regarding same (.2); correspond with L. Despins regarding oral argument preparations (.2) | 2.50 | 2,010.00 | 5,025.00 |
| 01/11/2025 | NAB | Review and revise outlines for argument on joint motion to dismiss (1.9); review briefing and related documents in connection with same (.5) | 2.40 | 2,010.00 | 4,824.00 |
| 01/11/2025 | WCF | Analyze transferee and affirmative defense arguments and authorities in non-joint motion to dismiss briefing (3.6); draft hearing outline addenda regarding same (1.8) | 5.40 | 1,520.00 | 8,208.00 |
| 01/12/2025 | ECS1 | Continue reviewing cases in connection with 1/15/25 hearing, joint defendants' motion to dismiss, and additional avoidance action (.3); prepare case summaries in connection with same (.4); correspond with D. Barron, W. Farmer, K. Catalano, L. Song regarding same (.1) | 0.80 | 1,350.00 | 1,080.00 |
| 01/12/2025 | LS26 | Prepare case summaries for January 15 hearing | 0.30 | 1,185.00 | 355.50 |
| 01/12/2025 | NAB | Further review briefing and supplement outlines for oral argument on joint motion to dismiss | 1.80 | 2,010.00 | 3,618.00 |
| 01/12/2025 | WCF | Analyze Liberty Jet and Weddle Law non-joint motion to dismiss briefing and authorities regarding avoidance action hearing addenda (2.9); draft addenda for avoidance action hearing (1.2) | 4.10 | 1,520.00 | 6,232.00 |
| 01/13/2025 | DEB4 | Correspond with N. Bassett regarding upcoming hearing | 0.10 | 1,520.00 | 152.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 9

50687-00029

Invoice No. 2440424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/13/2025 | ECS1 | Review cases relating to 1/15/25 hearing, joint defendants' motion to dismiss, and additional avoidance action (.4); review and prepare reference materials for 1/15/25 hearing (.9); correspond with D. Barron, W. Farmer, L. Song and S. Maza regarding same (.2); calls with L. Song regarding same (.4) | 1.90 | 1,350.00 | 2,565.00 |
| 01/13/2025 | LS26 | Calls with E. Sutton regarding motion to dismiss hearing preparation | 0.40 | 1,185.00 | 474.00 |
| 01/13/2025 | LS26 | Correspond with S. Maza, D. Barron, W. Farmer, and E. Sutton regarding hearing preparation (0.2); review documents and revise outlines for hearing (1.0) | 1.20 | 1,185.00 | 1,422.00 |
| 01/13/2025 | NAB | Continue analyzing issues and preparing oral argument outlines on motions to dismiss (3.5); review case law in connection with same (1.0); correspond with S. Maza, L. Song regarding same (.6) | 5.10 | 2,010.00 | 10,251.00 |
| 01/13/2025 | SM29 | Correspond with D. Barron re motion to dismiss hearing prep (.5); further correspond with L. Song, W. Farmer, D. Barron re same (.2); review case summaries from L. Song (.4); correspond with L. Song re same (.2); read case (.3); correspond with N. Bassett re cases in motion to dismiss briefing (.2) | 1.80 | 2,025.00 | 3,645.00 |
| 01/13/2025 | WCF | Correspond with L. Song regarding case holding issues in advance of avoidance action hearing (.2); analyze authorities regarding identity theory of alter ego under Delaware law (.5) | 0.70 | 1,520.00 | 1,064.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 10
50687-00029
Invoice No. 2440424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/14/2025 | DEB4 | Conferences with S. Maza regarding avoidance issues (0.3); conferences with L. Song regarding prep for 1/15/25 hearing (0.4); call with W. Farmer, S. Maza, and N. Bassett regarding hearing issues (1.0); correspond with W. Farmer, S. Maza, L. Song regarding same (0.5); analyze documents in connection with hearing (4.6); prepare documents for hearing (2.4); conference with P. Linsey (NPM) regarding same (0.1) | 9.30 | 1,520.00 | 14,136.00 |
| 01/14/2025 | ECS1 | Analyze cases in connection with 1/15/25 hearing, joint defendants' motion to dismiss, and other avoidance action (.9); prepare case summaries for same (.8); correspond with N. Bassett and L. Song regarding same (.3) | 2.00 | 1,350.00 | 2,700.00 |
| 01/14/2025 | LAD4 | T/c N. Bassett regarding MTD oral argument | 0.30 | 1,975.00 | 592.50 |
| 01/14/2025 | LS26 | Conference with N. Bassett regarding case summaries for Jan. 15 hearing on motions to dismiss (0.2); conferences with D. Barron regarding prep for Jan. 15 hearing (0.4); review and prepare documents for Jan. 15 hearing (4.7) | 5.30 | 1,185.00 | 6,280.50 |
| 01/14/2025 | NAB | Review and revise outlines and case summaries in preparation for oral argument on motions to dismiss (2.3); review case law in connection with the same (2.2); review briefing in connection with the same (1.8); call with S. Maza, D. Barron and W. Farmer regarding the same (1.0); conference with L. Despins regarding the same (0.3); conference with L. Song regarding the same (0.2); further prepare oral argument (1.1) | 8.90 | 2,010.00 | 17,889.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2440424

Page 11

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/14/2025 | SM29 | Email N. Bassett re hearing prep and open issues (.2); call with N. Bassett, W. Farmer, D. Barron re same (1.0); correspond with L. Song re hearing notes (.2); correspond with N. Bassett and E. Sutton re hearing prep and open legal issues (.4); conferences with D. Barron regarding avoidance issues (.3) | 2.10 | 2,025.00 | 4,252.50 |
| 01/14/2025 | WCF | Call with N. Bassett, D. Barron, S. Maza regarding avoidance action hearing preparation and oral argument issues | 1.00 | 1,520.00 | 1,520.00 |
| 01/15/2025 | DEB4 | Conference with L. Despins, N. Bassett, P. Linsey (NPM) regarding motion to dismiss hearing (0.6); attend court hearing on joint motion to dismiss briefing issues (3.1) | 3.70 | 1,520.00 | 5,624.00 |
| 01/15/2025 | LAD4 | Review/edit outline by N. Bassett re: hearing on MTD (.70); meet with N. Bassett, D. Barron before hearing (.60); attend hearing (3.1) | 4.40 | 1,975.00 | 8,690.00 |
| 01/15/2025 | NAB | Review documents and supplement outlines for oral argument on joint motion to dismiss (1.4); conference with L. Despins, P. Linsey (NPM), and D. Barron regarding the same (0.6); participate in hearing (3.1) | 5.10 | 2,010.00 | 10,251.00 |
| 01/15/2025 | SM29 | Review oral argument outlines and legal issues in prep for hearing (.4); attend hearing on joint motions to dismiss (3.1) | 3.50 | 2,025.00 | 7,087.50 |
| 01/16/2025 | DEB4 | Correspond with S. Maza regarding 1/28 hearing prep | 0.30 | 1,520.00 | 456.00 |
| | | **Subtotal: B155  Court Hearings** | **197.20** | | **326,988.50** |

**B191    General Litigation**

| | | | | | |
|------|----------|-------------|-------|------|--------|
| 01/02/2025 | ECS1 | Correspond with P. Linsey (NPM) and L. Despins regarding pending settlement agreements and related parties | 0.30 | 1,350.00 | 405.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2440424

Page 12

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/02/2025 | ECS1 | Correspond with ▮ regarding ▮ settlement agreement and mediation thereof | 0.30 | 1,350.00 | 405.00 |
| 01/02/2025 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.2); update tracker summarizing same (.1); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.1) | 0.40 | 1,350.00 | 540.00 |
| 01/02/2025 | ECS1 | Correspond with ▮ and L. Despins regarding settlement agreement with ▮ | 0.20 | 1,350.00 | 270.00 |
| 01/02/2025 | ECS1 | Correspond with ▮ regarding transfers to ▮ and settlement of claims relating thereto | 0.20 | 1,350.00 | 270.00 |
| 01/02/2025 | ECS1 | Correspond with L. Despins regarding settlement negotiations with ▮ | 0.20 | 1,350.00 | 270.00 |
| 01/02/2025 | NAB | Correspond with E. Sutton regarding settlement negotiations, agreements, and mediator communications | 0.20 | 2,010.00 | 402.00 |
| 01/03/2025 | ECS1 | Correspond with ▮ and L. Despins regarding follow up settlement discussions with ▮ (.2); prepare settlement agreement related to same (.3) | 0.50 | 1,350.00 | 675.00 |
| 01/03/2025 | ECS1 | Follow up correspondence with ▮ regarding settlement offers related to transfers to ▮ | 0.20 | 1,350.00 | 270.00 |
| 01/03/2025 | ECS1 | Correspond with P. Linsey (NPM), N. Bassett and L. Despins regarding settlement agreements with law firms that received transfers from the Debtor | 0.20 | 1,350.00 | 270.00 |
| 01/05/2025 | LAD4 | Review ▮ changes to settlement agreement (.70); review/edit same (.40) | 1.10 | 1,975.00 | 2,172.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                                  Page 13
50687-00029
Invoice No. 2440424

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/06/2025 | DM26 | Review briefs and reply briefs regarding motions to dismiss complaint in avoidance actions set for hearing on 1/15/25 and prepare chart of cited cases | 3.60 | 600.00 | 2,160.00 |
| 01/06/2025 | ECS1 | Correspond with ▮▮▮▮▮▮▮ and L. Despins regarding follow up settlement discussions with ▮ | 0.10 | 1,350.00 | 135.00 |
| 01/06/2025 | NAB | Correspond with E. Sutton regarding avoidance action settlements | 0.30 | 2,010.00 | 603.00 |
| 01/07/2025 | DEB4 | Correspond with P. Linsey (NPM) regarding draft email to counsel (0.3); correspond with N. Bassett regarding same (0.2); correspond with P. Linsey and K. Mitchell regarding new transferor entities (0.2); correspond with P. Linsey regarding Zeisler issues (0.3); correspond with S. Kindseth regarding same (0.2); correspond with S. Maza regarding postpetition transfers (0.1); correspond with N. Bassett regarding standing issues raised by Sklarz (0.4); correspond with P. Linsey regarding draft status report (0.6) | 2.30 | 1,520.00 | 3,496.00 |
| 01/07/2025 | ECS1 | Correspond with ▮▮▮▮▮▮▮ and L. Despins regarding follow up settlement discussions with ▮ | 0.10 | 1,350.00 | 135.00 |
| 01/07/2025 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims | 0.10 | 1,350.00 | 135.00 |
| 01/07/2025 | ECS1 | Correspond with P. Linsey (NPM) regarding transfer parties whose tolling agreements expire in January | 0.10 | 1,350.00 | 135.00 |
| 01/07/2025 | LAD4 | Call with counsel to Krasner re: open issues (.70); review/comment on same (.40) | 1.10 | 1,975.00 | 2,172.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2440424

Page 14

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/08/2025 | DEB4 | Correspond with N. Bassett regarding avoidance action procedures order (0.2); correspond with N. Bassett and P. Linsey regarding state law issue (0.5); correspond with N. Bassett and L. Despins regarding Sklarz status report (0.3) | 1.00 | 1,520.00 | 1,520.00 |
| 01/08/2025 | ECS1 | Review documents and emails in connection with parties who entered into tolling agreements with the Trustee (.1); update tracking chart summarizing same (.1); correspond with P. Linsey (NPM) regarding same (.1) | 0.30 | 1,350.00 | 405.00 |
| 01/08/2025 | KC27 | Prepare case summaries for motion to dismiss hearing (.9); correspond with E. Sutton re same (.2); correspond with S. Maza re same (.1) | 1.20 | 1,275.00 | 1,530.00 |
| 01/08/2025 | SM29 | Review case summaries from K. Catalano (.2); read cases (2.7) | 2.90 | 2,025.00 | 5,872.50 |
| 01/09/2025 | DM26 | Research regarding proof of claim filed by ▒▒▒▒▒▒▒▒ (.1); review the amended settlement agreement (.1); correspond with E. Sutton re same (.1) | 0.30 | 600.00 | 180.00 |
| 01/09/2025 | DEB4 | Correspond with P. Linsey (NPM) regarding tolling motions | 0.20 | 1,520.00 | 304.00 |
| 01/09/2025 | ECS1 | Prepare amended settlement agreement with ▒▒▒▒▒▒ (.5); correspond with L. Despins and ▒▒▒▒▒▒ regarding same (.5) | 1.00 | 1,350.00 | 1,350.00 |
| 01/09/2025 | ECS1 | Review settlement agreements related to avoidable transfers by law firms (.3); review related proofs of claim (.3); correspond with D. Mohamed regarding same (.2); correspond with L. Despins regarding pending settlement agreements (.2); call with P. Linsey (NPM) regarding same (.2) | 1.20 | 1,350.00 | 1,620.00 |
| 01/09/2025 | NAB | Correspond with L. Despins, E. Sutton regarding settlement negotiations | 0.30 | 2,010.00 | 603.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2440424

Page 15

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/09/2025 | SM29 | Prepare issues list of non-joint motions to dismiss (1.1); review existing issues chart (.2); analyze caselaw re same (.5); email L. Song re same (.1) | 1.90 | 2,025.00 | 3,847.50 |
| 01/10/2025 | DEB4 | Conference with S. Maza regarding non-joint motions to dismiss (0.3); correspond with W. Farmer regarding same (0.2); correspond with N. Bassett regarding same (0.2); analyze documents related to same (0.7) | 1.40 | 1,520.00 | 2,128.00 |
| 01/10/2025 | ECS1 | Correspond with regarding transfers to and settlement of claims relating thereto | 0.20 | 1,350.00 | 270.00 |
| 01/10/2025 | LS26 | Review issues relating to proof of claim | 0.10 | 1,185.00 | 118.50 |
| 01/10/2025 | NAB | Correspond with P. Linsey (NPM) regarding service of process issues | 0.20 | 2,010.00 | 402.00 |
| 01/10/2025 | SM29 | Review pleadings re non-joint motions to dismiss (4.4); call with D. Barron re same (.3); analyze cases re same (.7) | 5.40 | 2,025.00 | 10,935.00 |
| 01/12/2025 | ECS1 | Review and revise agenda for 1/15/25 court hearing (.2); correspond with D. Mohamed regarding same (.1) | 0.30 | 1,350.00 | 405.00 |
| 01/13/2025 | DEB4 | Correspond with L. Song and P. Linsey (NPM) regarding stayed actions | 0.10 | 1,520.00 | 152.00 |
| 01/13/2025 | ECS1 | Correspond with regarding transfers to and settlement of claims relating thereto (.1); prepare tolling agreement with Hecker Fink (.2) | 0.30 | 1,350.00 | 405.00 |
| 01/13/2025 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims | 0.10 | 1,350.00 | 135.00 |
| 01/13/2025 | ECS1 | Prepare tolling agreement with (.3); correspond and call with L. Despins and regarding same (.1) | 0.40 | 1,350.00 | 540.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2440424

Page 16

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/13/2025 | ECS1 | Correspond with L. Despins, K. Mitchell (NPM) and P. Linsey (NPM) regarding transfers to ▮ and related avoidance action (.1); review correspondence from ▮ regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| 01/13/2025 | ECS1 | Conduct factual analysis related to avoidance actions | 0.10 | 1,350.00 | 135.00 |
| 01/13/2025 | ECS1 | Review documents and emails in connection with parties who entered into tolling agreements with the Trustee (.1); update tracking chart summarizing same (.1) | 0.20 | 1,350.00 | 270.00 |
| 01/13/2025 | LAD4 | Review/edit our opposition to BS&F MTD | 0.70 | 1,975.00 | 1,382.50 |
| 01/14/2025 | ECS1 | Conduct factual analysis regarding avoidance actions (.1); correspond with P. Linsey (NPM) and K. Mitchell (NPM) regarding outstanding service of avoidance action defendants (.1) | 0.20 | 1,350.00 | 270.00 |
| 01/14/2025 | ECS1 | Review correspondence from L. Despins and ▮ regarding settlement related to transfers to ▮ (.1); correspond with P. Linsey (NPM) regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| 01/14/2025 | ECS1 | Analyze documents and emails in connection with parties who entered into tolling agreements with the Trustee (.2); update tracking chart regarding same (.1); call and correspond with P. Linsey (NPM) regarding same (.1) | 0.40 | 1,350.00 | 540.00 |
| 01/14/2025 | LAD4 | T/c (2X) ▮ re: settlement of claim against his firm | 0.50 | 1,975.00 | 987.50 |
| 01/14/2025 | LS26 | Review second equitable tolling order (0.2); correspond with A. Bongartz regarding same (0.2) | 0.40 | 1,185.00 | 474.00 |
| 01/15/2025 | ECS1 | Correspond with P. Linsey (NPM) regarding settlement agreements with ▮ and additional parties | 0.20 | 1,350.00 | 270.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00029
Invoice No. 2440424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/16/2025 | ECS1 | Review comments to ▉▉▉▉▉ settlement agreement (.2); prepare email to L. Despins regarding same (.3) | 0.50 | 1,350.00 | 675.00 |
| 01/16/2025 | NAB | Correspond with L. Despins regarding settlement discussions and related items | 0.20 | 2,010.00 | 402.00 |
| 01/17/2025 | NAB | Call with P. Linsey (NPM) regarding Q. Guo default judgment issues (0.2); call with W. Farmer regarding the same (0.2); analyze issues related to same (0.1) | 0.50 | 2,010.00 | 1,005.00 |
| 01/17/2025 | WCF | Call with N. Bassett regarding Q. Guo default judgment issues | 0.20 | 1,520.00 | 304.00 |
| 01/20/2025 | LS26 | Correspond with D. Barron and P. Linsey (NPM) regarding transfers to law firm | 0.10 | 1,185.00 | 118.50 |
| 01/20/2025 | NAB | Correspond with E. Sutton regarding settlement agreements (0.4); review draft response to ACASS motion to dismiss (0.3); correspond with P. Linsey (NPM) regarding the same (0.2) | 0.90 | 2,010.00 | 1,809.00 |
| 01/21/2025 | ECS1 | Correspond with L. Despins, ▉▉▉▉▉ regarding ▉▉▉▉▉ and settlement agreement (.2); revise same settlement agreement (.6) | 0.80 | 1,350.00 | 1,080.00 |
| 01/21/2025 | LAD4 | Review/edit our objection to GCASS motion to dismiss (.70); t/c P. Linsey re: same (.30) | 1.00 | 1,975.00 | 1,975.00 |
| 01/21/2025 | LS26 | Correspond with P. Linsey (NPM) and D. Barron regarding transfers to law firms | 0.10 | 1,185.00 | 118.50 |
| 01/21/2025 | NAB | Review draft tolling motion (.5); correspond with P. Linsey (NPM) and S. Maza regarding same (.2); review draft ACASS motion to dismiss response (.5); correspond with P. Linsey (NPM) regarding same (.2) | 1.40 | 2,010.00 | 2,814.00 |
| 01/21/2025 | SM29 | Review N. Bassett comments to statute of limitation extension motion | 0.20 | 2,025.00 | 405.00 |
| 01/21/2025 | SM29 | Review statute of limitation extension motion from P. Linsey (NPM) | 0.40 | 2,025.00 | 810.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                                    Page 18
Kwok
50687-00029
Invoice No. 2440424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/22/2025 | NAB | Correspond with defense counsel and L. Despins regarding settlement discussions | 0.20 | 2,010.00 | 402.00 |
| 01/23/2025 | ECS1 | Review documents and emails in connection with parties who entered into tolling agreements with the Trustee (.1); update tracking chart summarizing same (.1); call and correspond with P. Linsey (NPM) regarding same (.1) | 0.30 | 1,350.00 | 405.00 |
| 01/23/2025 | ECS1 | Correspond with L. Despins and ▇▇▇▇ regarding ▇▇▇▇▇ settlement agreement (.4); prepare same settlement agreement (.4) | 0.80 | 1,350.00 | 1,080.00 |
| 01/23/2025 | ECS1 | Correspond with parties that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims | 0.10 | 1,350.00 | 135.00 |
| 01/23/2025 | LAD4 | Review/edit our objection to GCASS motion to withdraw the reference | 0.70 | 1,975.00 | 1,382.50 |
| 01/23/2025 | NAB | Review draft response to ACASS motion to withdraw the reference (.5); correspond with P. Linsey (NPM) regarding same (.2); review case law regarding extension of tolling period and correspond with P. Linsey regarding same (.2) | 0.90 | 2,010.00 | 1,809.00 |
| 01/24/2025 | LAD4 | Review/edit February 15 deadline extension motion | 0.90 | 1,975.00 | 1,777.50 |
| 01/28/2025 | ECS1 | Correspond with P. Linsey (NPM) regarding settlement agreements with law firms who received transfers from the Debtor | 0.10 | 1,350.00 | 135.00 |
| 01/28/2025 | ECS1 | Review documents and emails in connection with parties who entered into tolling agreements with the Trustee (.1); correspond with P. Linsey (NPM) regarding same (.1) | 0.20 | 1,350.00 | 270.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00029
Invoice No. 2440424

Page 19

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/29/2025 | ECS1 | Correspond with ███████████████ regarding transfers to █████████ and settlement of claims relating thereto (.2); prepare email to L. Despins and N. Bassett regarding same (.2) | 0.40 | 1,350.00 | 540.00 |
| 01/29/2025 | ECS1 | Correspond with D. Barron regarding input from Pallas Partners re service in United Kingdom | 0.10 | 1,350.00 | 135.00 |
| 01/29/2025 | ECS1 | Review documents and emails in connection with parties who entered into tolling agreements with the Trustee (.2); update tracking chart summarizing same (.1); call and correspond with D. Skalka and P. Linsey (NPM) regarding same (.2) | 0.50 | 1,350.00 | 675.00 |
| 01/29/2025 | ECS1 | Conduct factual analysis related to avoidance actions (.2); correspond with P. Linsey and K. Mitchell (NPM) regarding same (.2) | 0.40 | 1,350.00 | 540.00 |
| 01/29/2025 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims (.5); update tracker summarizing same (.3); correspond with L. Despins, N. Bassett, and P. Linsey (NPM) regarding same (.3) | 1.10 | 1,350.00 | 1,485.00 |
| 01/29/2025 | ECS1 | Prepare ████████ settlement agreement and tolling agreement (.2); correspond and call with ████████████, L. Despins and P. Linsey (NPM) regarding same (.2) | 0.40 | 1,350.00 | 540.00 |
| 01/29/2025 | LS26 | Review service information regarding Vision Knight (0.4); correspond with P. Linsey (NPM) regarding same (0.2) | 0.60 | 1,185.00 | 711.00 |
| 01/30/2025 | ECS1 | Follow up correspondence with parties regarding settlement agreements with the Trustee (.4); correspond with L. Despins and P. Linsey (NPM) regarding same (.2) | 0.60 | 1,350.00 | 810.00 |
| 01/30/2025 | ECS1 | Correspond with L. Despins and N. Bassett regarding transfers to Zeichner law firm | 0.40 | 1,350.00 | 540.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 20

50687-00029

Invoice No. 2440424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/30/2025 | ECS1 | Update tracking chart regarding parties who entered into tolling agreements with the Trustee | 0.10 | 1,350.00 | 135.00 |
| 01/30/2025 | ECS1 | Correspond with law firms that received transfers from Debtor alter egos in connection with settlement discussions regarding Trustee claims | 0.10 | 1,350.00 | 135.00 |
| 01/30/2025 | NAB | Correspond with D. Barron regarding settlement discussion issues | 0.10 | 2,010.00 | 201.00 |
| 01/31/2025 | DEB4 | Correspond with P. Linsey (NPM) regarding Yvette Wang | 0.30 | 1,520.00 | 456.00 |
| 01/31/2025 | NAB | Review motion for stipulated judgment (.1); correspond with D. Barron regarding same (.1) | 0.20 | 2,010.00 | 402.00 |
| | | **Subtotal: B191  General Litigation** | **49.20** | | **78,729.50** |

**B195    Non-Working Travel**

| | | | | | |
|------|----------|-------------|-------|------|--------|
| 01/14/2025 | NAB | Non-working travel from WDC to New York and from New York to Connecticut for hearing on motion to dismiss (bill at 1/2 rate) | 3.50 | 1,005.00 | 3,517.50 |
| 01/14/2025 | SM29 | Travel to CT for joint motion to dismiss hearing (bill at 1/2 rate) | 2.00 | 1,012.50 | 2,025.00 |
| 01/15/2025 | DEB4 | Travel to Bridgeport from NY for motions to dismiss hearing (1.7); return to NY from Bridgeport after hearing (1.6) (bill at 1/2 rate) | 3.30 | 760.00 | 2,508.00 |
| 01/15/2025 | NAB | Return travel from Connecticut to Washington DC after hearing (bill at 1/2 rate) | 3.40 | 1,005.00 | 3,417.00 |
| 01/15/2025 | SM29 | Travel to and from hearing on motions to dismiss (bill at 1/2 rate) | 2.00 | 1,012.50 | 2,025.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 21

50687-00029

Invoice No. 2440424

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/28/2025 | DEB4 | Travel to Bridgeport (1.6); return travel from Bridgeport (1.6) (bill at 1/2 rate) | 3.20 | 760.00 | 2,432.00 |
| | | **Subtotal: B195 Non-Working Travel** | **17.40** | | **15,924.50** |
| | **Total** | | **263.80** | | **421,642.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 41.70 | 2,010.00 | 83,817.00 |
| NAB | Nicholas A. Bassett | Partner | 6.90 | 1,005.00 | 6,934.50 |
| LAD4 | Luc A. Despins | Partner | 13.90 | 1,975.00 | 27,452.50 |
| SM29 | Shlomo Maza | Of Counsel | 51.00 | 2,025.00 | 103,275.00 |
| SM29 | Shlomo Maza | Of Counsel | 4.00 | 1,012.50 | 4,050.00 |
| DEB4 | Douglass E. Barron | Associate | 38.80 | 1,520.00 | 58,976.00 |
| DEB4 | Douglass E. Barron | Associate | 6.50 | 760.00 | 4,940.00 |
| WCF | Will C. Farmer | Associate | 31.10 | 1,520.00 | 47,272.00 |
| ECS1 | Ezra C. Sutton | Associate | 35.30 | 1,350.00 | 47,655.00 |
| KC27 | Kristin Catalano | Associate | 6.00 | 1,275.00 | 7,650.00 |
| LS26 | Luyi Song | Associate | 21.30 | 1,185.00 | 25,240.50 |
| DM26 | David Mohamed | Paralegal | 7.30 | 600.00 | 4,380.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 01/14/2025 | Photocopy Charges | 1,366.00 | 0.08 | 109.28 |
| 01/14/2025 | Photocopy Charges | 1,418.00 | 0.08 | 113.44 |
| 12/31/2024 | UPS/Courier Service - Federal Express, Invoice# 2-343-91474 Dated 12/31/24, Delivery from Ezra Sutton (Paul Hastings) in Netley, AU to Ezra Sutton (Paul Hastings NYC) | | | 274.80 |
| 01/01/2025 | Westlaw | | | 94.66 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                          Page 22
Kwok
50687-00029
Invoice No. 2440424

| 01/04/2025 | Lexis/On Line Search | 2.35 |
|---|---|---|
| 01/04/2025 | Lexis/On Line Search | 23.29 |
| 01/07/2025 | Lexis/On Line Search | 0.47 |
| 01/08/2025 | Lexis/On Line Search | 0.94 |
| 01/09/2025 | Lexis/On Line Search | 3.29 |
| 01/12/2025 | Lexis/On Line Search | 0.94 |
| 01/12/2025 | Lexis/On Line Search | 93.18 |
| 01/26/2025 | Airfare - Nick Bassett; 01/10/2025; From/To: DCA/LGA; Airfare Class: Economy; Travel to Bridgeport, CT to prepare for and attend a client hearing | 645.98 |
| 01/26/2025 | Travel Expense - Meals - Nick Bassett; 01/14/2025; Restaurant: Avenue Newsstand; City: New York; beverage/snack; Number of people: 1; Travel to Bridgeport, CT to prepare for and attend a client hearing | 12.00 |
| 01/26/2025 | Travel Expense - Meals - Nick Bassett; 01/14/2025; Restaurant: Georgetown Gourmet Market; City: Arlington; Lunch; Number of people: 1; Travel to Bridgeport, CT to prepare for and attend a client hearing | 13.48 |
| 01/26/2025 | Travel Expense - Meals - Nick Bassett; 01/14/2025; Restaurant: Black Seed Bagels; City: New York; Breakfast; Number of people: 1; Travel to Bridgeport, CT to prepare for and attend a client hearing | 18.23 |
| 01/26/2025 | Lodging - Nick Bassett; 01/15/2025; Hotel: Hyatt; Check-in date: 01/14/2025; Check-out date: 01/15/2025; City: Shelton, CT; Travel to Bridgeport, CT to prepare for and attend a client hearing | 167.90 |
| 01/26/2025 | Taxi/Ground Transportation - Nick Bassett; 01/15/2025; From/To: meeting/LGA; Service Type: Uber; Travel to Bridgeport, CT to prepare for and attend a client hearing | 125.21 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 23
Kwok
50687-00029
Invoice No. 2440424

| | | |
|---|---|---|
| 01/26/2025 | Taxi/Ground Transportation - Nick Bassett; 01/15/2025; From/To: hotel/meeting; Service Type: Uber; Travel to Bridgeport, CT to prepare for and attend a client hearing | 26.32 |
| 01/26/2025 | Taxi/Ground Transportation - Nick Bassett; 01/14/2025; From/To: home/DCA; Service Type: Uber; Travel to Bridgeport, CT to prepare for and attend a client hearing | 32.32 |
| 01/26/2025 | Taxi/Ground Transportation - Nick Bassett; 01/15/2025; From/To: airport/home; Service Type: Uber; Travel to Bridgeport, CT to prepare for and attend a client hearing | 33.58 |
| 01/26/2025 | Taxi/Ground Transportation - Nick Bassett; 01/14/2025; From/To: LGA/PH NY; Service Type: Uber; Travel to Bridgeport, CT to prepare for and attend a client hearing | 93.24 |
| 01/27/2025 | Travel Expense - Meals - Nick Bassett; 01/14/2025; Restaurant: Chilis; City: Shelton; Dinner; Number of people: 1; Travel to Bridgeport, CT to prepare for and attend a client hearing | 41.09 |
| 01/27/2025 | Taxi/Ground Transportation - Nick Bassett; 01/14/2025; From/To: PH NY Office/CT Hotel; Service Type: Uber; Travel to Bridgeport, CT to prepare for and attend a client hearing | 325.03 |
| 01/27/2025 | Lexis/On Line Search | 23.29 |
| 01/27/2025 | Lexis/On Line Search | 23.31 |
| **Total Costs incurred and advanced** | | **$2,297.62** |

| | |
|---|---|
| **Current Fees and Costs** | **$423,940.12** |
| **Total Balance Due - Due Upon Receipt** | **$423,940.12** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440425

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Mediation**
PH LLP Client/Matter # 50687-00030
Luc A. Despins

Legal fees for professional services
for the period ending January 31, 2025

|  |  |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $5,043.00 |
| **Current Fees and Costs Due** | **$5,043.00** |
| **Total Balance Due - Due Upon Receipt** | **$5,043.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440425

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Mediation**
PH LLP Client/Matter # 50687-00030
Luc A. Despins

Legal fees for professional services
for the period ending January 31, 2025 $5,043.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$5,043.00** |
| **Total Balance Due - Due Upon Receipt** | **$5,043.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | May 9, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2440425 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## Mediation                                                                   $5,043.00

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 01/03/2025 | ECS1 | Correspond with N. Bassett and P. Linsey (NPM) regarding preparation of materials for mediator related to settlement agreements | 0.10 | 1,350.00 | 135.00 |
| 01/06/2025 | ECS1 | Prepare documents for mediator related to settlement agreements | 0.10 | 1,350.00 | 135.00 |
| 01/07/2025 | ECS1 | Correspond with N. Bassett and P. Linsey (NPM) regarding documents for mediator related to settlement agreements | 0.10 | 1,350.00 | 135.00 |
| 01/07/2025 | ECS1 | Call with ███████████████ regarding mediation of settlement agreement with ████████ | 0.10 | 1,350.00 | 135.00 |
| 01/14/2025 | ECS1 | Prepare documents for mediator related to settlement agreements with ██████████ (.3); correspond with N. Bassett and P. Linsey (NPM) regarding same (.1) | 0.40 | 1,350.00 | 540.00 |
| 01/14/2025 | LAD4 | T/c J. Tancredi re: update | 0.40 | 1,975.00 | 790.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                          Page 2
50687-00030
Invoice No. 2440425

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/15/2025 | ECS1 | Prepare documents for mediator related to settlement agreements (.1); correspond with L. Despins and P. Linsey (NPM) regarding same (.2) | 0.30 | 1,350.00 | 405.00 |
| 01/16/2025 | DEB4 | Review correspondence from P. Linsey (NPM) regarding mediation | 0.10 | 1,520.00 | 152.00 |
| 01/16/2025 | ECS1 | Prepare documents for mediator related to settlement agreements | 0.10 | 1,350.00 | 135.00 |
| 01/17/2025 | ECS1 | Correspond with P. Linsey (NPM), and regarding mediation of and settlement agreements (.5); correspond with N. Bassett and P. Linsey (NPM) regarding same (.1) | 0.60 | 1,350.00 | 810.00 |
| 01/20/2025 | DEB4 | Correspond with regarding mediation interest | 0.30 | 1,520.00 | 456.00 |
| 01/21/2025 | ECS1 | Prepare documents for mediator related to settlement agreements (.2); correspond with N. Bassett and P. Linsey (NPM) regarding same (.1) | 0.30 | 1,350.00 | 405.00 |
| 01/30/2025 | ECS1 | Prepare documents for mediator related to settlement agreement with (.5); correspond with L. Despins and N. Bassett regarding same (.1) | 0.60 | 1,350.00 | 810.00 |
| | | **Subtotal: B191 General Litigation** | **3.50** | | **5,043.00** |
| | | **Total** | **3.50** | | **5,043.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 0.40 | 1,975.00 | 790.00 |
| DEB4 | Douglass E. Barron | Associate | 0.40 | 1,520.00 | 608.00 |
| ECS1 | Ezra C. Sutton | Associate | 2.70 | 1,350.00 | 3,645.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00030
Invoice No. 2440425

Page 3

| | |
|---|---|
| **Current Fees and Costs** | **$5,043.00** |
| **Total Balance Due - Due Upon Receipt** | **$5,043.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440426

PH LLP Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Forfeiture Issues**
PH LLP Client/Matter # 50687-00031
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $194,904.50 |
| **Current Fees and Costs Due** | **$194,904.50** |
| **Total Balance Due - Due Upon Receipt** | **$194,904.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440426

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Forfeiture Issues**
PH LLP Client/Matter # 50687-00031
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $194,904.50 |
| **Current Fees and Costs Due** | **$194,904.50** |
| **Total Balance Due - Due Upon Receipt** | **$194,904.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440426

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

**Forfeiture Issues**                                                    **$194,904.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 01/02/2025 | ECS1 | Prepare reservation of rights regarding criminal forfeiture (.2); call and correspond with S. Maza regarding same (.1); correspond with A. Doherty regarding same (.5) | 0.80 | 1,350.00 | 1,080.00 |
| 01/02/2025 | LT9 | Telephone conference with S. Maza on criminal proceedings | 0.20 | 1,945.00 | 389.00 |
| 01/02/2025 | LAD4 | T/c N. Bassett re: forfeiture issues (.10); t/c (x2) S. Maza re: same (.30) | 0.40 | 1,975.00 | 790.00 |
| 01/02/2025 | NAB | Call with L. Despins regarding forfeiture issues | 0.10 | 2,010.00 | 201.00 |
| 01/02/2025 | SM29 | Call with L. Despins re sentencing hearing and forfeiture issues (.2); analyze authority re same (.5); call with L. Tsao re same (.2); further call with L. Despins re same (.1); call and correspond with E. Sutton re reservation of rights re criminal forfeiture (.1) | 1.10 | 2,025.00 | 2,227.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00031

Invoice No. 2440426

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/05/2025 | SM29 | Review modified forfeiture objection from A. Doherty (.3); correspond with A. Doherty and E. Sutton re same (.2) | 0.50 | 2,025.00 | 1,012.50 |
| 01/06/2025 | AD20 | Update reservation of rights brief accompanying declaration and exhibits | 2.00 | 530.00 | 1,060.00 |
| 01/06/2025 | ECS1 | Prepare reservation of rights regarding criminal forfeiture (.2); correspond with A. Doherty regarding same (.1) | 0.30 | 1,350.00 | 405.00 |
| 01/06/2025 | LAD4 | Review issues/documents in prep for Kroll call (.40); handle call with P. Parizek and A. Lomas (Kroll) re: data analysis (.50); review/comment on Wang forfeiture issues (1.30); t/c N. Bassett re: same (.20) | 2.40 | 1,975.00 | 4,740.00 |
| 01/06/2025 | LS26 | Review consent preliminary forfeiture order (0.3); correspond with L. Despins, N. Bassett, S. Maza, D. Barron regarding same (0.1) | 0.40 | 1,185.00 | 474.00 |
| 01/06/2025 | NAB | Correspond with L. Despins and L. Song regarding forfeiture issues and Y. Wang sentencing hearing (.6); review revised proposed forfeiture order regarding same (.3); call with L. Despins regarding same (.2) | 1.10 | 2,010.00 | 2,211.00 |
| 01/06/2025 | SM29 | Reply to email from L. Despins re forfeiture (.2); review reservation of rights (1.0); email E. Sutton re same (.1) | 1.30 | 2,025.00 | 2,632.50 |
| 01/07/2025 | DEB4 | Conference with L. Despins, S. Maza, P. Parizek and A. Lomas regarding forfeiture issues (1.5); further conference with S. Maza regarding same and indictment (0.2) | 1.70 | 1,520.00 | 2,584.00 |
| 01/07/2025 | LT9 | Review preliminary order of forfeiture and related documents for Y. Wang | 0.40 | 1,945.00 | 778.00 |
| 01/07/2025 | LT9 | Review correspondence from L. Despins on forfeiture | 0.20 | 1,945.00 | 389.00 |
| 01/07/2025 | LT9 | Correspond with L. Despins on forfeiture remission process | 0.20 | 1,945.00 | 389.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00031
Invoice No. 2440426

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/07/2025 | LAD4 | T/c P. Parizek & A. Lomas (Kroll ) re: continued data analysis (1.00); subsequent call with same plus S. Maza, D. Barron re: data analysis (1.50); analyze (all day) forfeiture issues (1.90); t/c S. Maza re: forfeiture analysis (.20) | 4.60 | 1,975.00 | 9,085.00 |
| 01/07/2025 | LS26 | Review preliminary forfeiture order | 0.40 | 1,185.00 | 474.00 |
| 01/07/2025 | SM29 | Call with L. Despins re forfeiture analysis (.1); correspond with L. Despins re commingling (.6); call with L. Despins, D. Barron, and Kroll re same (1.5); follow-up conference with L. Despins re same (.1); conference with D. Barron re indictment in connection with same (.2) | 2.50 | 2,025.00 | 5,062.50 |
| 01/08/2025 | DEB4 | Call with L. Despins, S. Maza, P. Parizek (Kroll) and A. Lomas (Kroll) regarding postpetition transfers (0.5); correspond with L. Despins regarding avoidance action against Yvette Wang (0.2); review issues regarding same (0.1) | 0.80 | 1,520.00 | 1,216.00 |
| 01/08/2025 | ECS1 | Continue preparing reservation of rights regarding criminal forfeiture | 0.10 | 1,350.00 | 135.00 |
| 01/08/2025 | LAD4 | Prepare notes for Kroll call (.10); handle t/c P. Parizek, A. Lomas, D. Barron, & S Maza re: indictment and data analysis (.50) | 0.60 | 1,975.00 | 1,185.00 |
| 01/08/2025 | LAD4 | T/c J. Murray (DOJ) and N. Bassett re: status of Wang (.30); t/c N. Bassett re: same (.10); review issues re: same (1.50) | 1.90 | 1,975.00 | 3,752.50 |
| 01/08/2025 | NAB | Call with L. Despins and DOJ regarding forfeiture issues (.3); follow-up call with L. Despins regarding same (.1); review email from L. Song regarding sentencing hearing (.1) | 0.50 | 2,010.00 | 1,005.00 |
| 01/08/2025 | SM29 | Review indictment in prep for call with Kroll (.7); analyze issues re same (.6); call with Kroll, L. Despins and D. Barron re indictment (.5) | 1.80 | 2,025.00 | 3,645.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00031
Invoice No. 2440426

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/09/2025 | SM29 | Correspond with L. Despins re forfeiture and call with DOJ (.3); review excel sheet re forfeiture funds from Kroll (2.9) | 3.20 | 2,025.00 | 6,480.00 |
| 01/10/2025 | AD20 | Review legal and factual citations in reservation of rights re forfeiture brief and update accompanying declaration | 4.10 | 530.00 | 2,173.00 |
| 01/10/2025 | ECS1 | Review reservation of rights regarding criminal forfeiture (.1); correspond with A. Doherty regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| 01/13/2025 | AD20 | Correspond with E. Sutton regarding edits to reservation of rights brief | 0.30 | 530.00 | 159.00 |
| 01/13/2025 | DEB4 | Conference with S. Maza regarding forfeiture issues | 0.50 | 1,520.00 | 760.00 |
| 01/13/2025 | ECS1 | Prepare reservation of rights regarding criminal forfeiture (.3); correspond with A. Doherty regarding same (.1) | 0.40 | 1,350.00 | 540.00 |
| 01/13/2025 | SM29 | Review working summary and analysis of forfeiture funds from Kroll (.9); call with Kroll re related issues (1.1); email L. Despins re same (.1) | 2.10 | 2,025.00 | 4,252.50 |
| 01/13/2025 | SM29 | Call with D. Barron re forfeiture | 0.50 | 2,025.00 | 1,012.50 |
| 01/13/2025 | SM29 | Analyze forfeiture issues and related authority in new chapter 11 | 1.00 | 2,025.00 | 2,025.00 |
| 01/14/2025 | LAD4 | Review/edit revised forfeiture pleading (.90); t/c S. Maza re: same (.30) | 1.20 | 1,975.00 | 2,370.00 |
| 01/14/2025 | SM29 | Revise reservation of rights re forfeiture based on calls with Kroll (1.8); call with L. Despins re same (.3); email Kroll re same (.1) | 2.20 | 2,025.00 | 4,455.00 |
| 01/15/2025 | DEB4 | Conference with Kroll (P. Parizek and A. Lomas) and S. Maza regarding forfeiture issues (2.2); further conference with S. Maza related to same (0.4); review commingling issues and email S. Maza on same (0.6) | 3.20 | 1,520.00 | 4,864.00 |
| 01/15/2025 | DEB4 | Analyze documents related to forfeiture issues discussed on Kroll call | 0.80 | 1,520.00 | 1,216.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00031
Invoice No. 2440426

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/15/2025 | SM29 | Call with D. Barron and Kroll re forfeiture issues (2.2); call with D. Barron re same (.4); prepare settlement proposal PowerPoint (1.5) | 4.10 | 2,025.00 | 8,302.50 |
| 01/16/2025 | DEB4 | Conference with S. Maza regarding forfeiture presentation (0.3); analyze documents related to same (0.7) | 1.00 | 1,520.00 | 1,520.00 |
| 01/16/2025 | DEB4 | Call with S. Maza regarding forfeiture analysis (0.3); call with Kroll, L. Despins, S. Maza, L. Song regarding same (0.4); analyze documents related to same (0.3) | 1.00 | 1,520.00 | 1,520.00 |
| 01/16/2025 | LT9 | Telephone conference with S. Maza on forfeiture questions | 0.50 | 1,945.00 | 972.50 |
| 01/16/2025 | LT9 | Review forfeiture presentation documents | 0.60 | 1,945.00 | 1,167.00 |
| 01/16/2025 | LAD4 | Review/edit forfeiture power point (.50); t/c S. Maza, D. Barron, L. Song, Kroll re: forfeiture issues (.40) | 0.90 | 1,975.00 | 1,777.50 |
| 01/16/2025 | LS26 | Call with Kroll, L. Despins, S. Maza, and D. Barron regarding forfeiture analysis | 0.40 | 1,185.00 | 474.00 |
| 01/16/2025 | SM29 | Review flow of funds analysis from Kroll (.2); call with D. Barron re same (.3); call with L. Despins, D. Barron, L. Song, Kroll re forfeiture issues and presentation (.4); review and supplement presentation and incorporate comments from L. Despins (4.6); conference with D. Barron re same (.3); revise forfeiture reservation of rights (1.1); email L. Tsao re forfeiture PowerPoint presentation (.3); call with L. Tsao re same (.5) | 7.70 | 2,025.00 | 15,592.50 |
| 01/17/2025 | DEB4 | Review forfeiture powerpoint presentation (0.2); conference with S. Maza regarding same (0.2); conference with S. Maza and A. Lomas (Kroll) regarding same (0.2) | 0.60 | 1,520.00 | 912.00 |
| 01/17/2025 | LT9 | Review submission to DOJ on Guo forfeiture issues | 0.70 | 1,945.00 | 1,361.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 6
50687-00031
Invoice No. 2440426

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/17/2025 | SM29 | Correspond with L. Despins re forfeiture presentation and reservation of rights (.2); revise forfeiture PowerPoint presentation (.7); revise reservation of rights (1.1); review appendix from Kroll (.2); call with D. Barron re same (.2); further call with A. Lomas (Kroll) and D. Barron re same (.2) | 2.60 | 2,025.00 | 5,265.00 |
| 01/21/2025 | NAB | Correspond with L. Despins regarding asset seizure issues and preliminary injunction motion (.2); correspond with D. Barron regarding same (.2); analyze issues related to same (.2) | 0.60 | 2,010.00 | 1,206.00 |
| 01/22/2025 | DEB4 | Analyze issues regarding asset seizures and preliminary injunctions (0.5); conference with N. Bassett, S. Maza, W. Farmer, L. Song, and J. Kosciewicz regarding injunction in event of pardon (0.5) | 1.00 | 1,520.00 | 1,520.00 |
| 01/22/2025 | JPK1 | Attend teleconference regarding omnibus preliminary injunction with N. Bassett, S. Maza, D. Barron, W. Farmer, and L. Song | 0.50 | 1,275.00 | 637.50 |
| 01/22/2025 | JPK1 | Review precedent motions in drafting omnibus preliminary injunction motion regarding property related to criminal trial | 0.60 | 1,275.00 | 765.00 |
| 01/22/2025 | LT9 | Review correspondence with DOJ on forfeiture issues | 0.20 | 1,945.00 | 389.00 |
| 01/22/2025 | LS26 | Call with N. Bassett, D. Barron, W. Farmer, S. Maza, and J. Kosciewicz on omnibus preliminary injunction motion (0.5); prepare list of seized assets (1.2) | 1.70 | 1,185.00 | 2,014.50 |
| 01/22/2025 | NAB | Call with S. Maza, D. Barron, W. Farmer, L. Song, and J. Kosciewicz regarding omnibus preliminary injunction motion (.5); analyze of issues related to same (.3) | 0.80 | 2,010.00 | 1,608.00 |
| 01/22/2025 | SM29 | Call with N. Bassett, D. Barron, W. Farmer, L. Song, and J. Kosciewicz re forfeited property and preliminary injunction (.5); review issues in prep for same (.2); analyze authority re forfeited property and injunction (.8) | 1.50 | 2,025.00 | 3,037.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                                    Page 7
Kwok
50687-00031
Invoice No. 2440426

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/22/2025 | WCF | Call with N. Bassett, S. Maza, D. Barron, L. Song, J. Kosciewicz regarding draft motion regarding asset freezes following criminal case developments | 0.50 | 1,520.00 | 760.00 |
| 01/23/2025 | SM29 | Correspond with L. Song re forfeiture and pardon questions (.3); review documents from L. Song re same (.3) | 0.60 | 2,025.00 | 1,215.00 |
| 01/24/2025 | JPK1 | Draft omnibus preliminary injunction and temporary restraining order motion for government seized assets (4.1); call with L. Song regarding same (.2) | 4.30 | 1,275.00 | 5,482.50 |
| 01/24/2025 | LT9 | Review and draft correspondence with L. Despins on forfeiture issues | 0.20 | 1,945.00 | 389.00 |
| 01/24/2025 | LS26 | Call with J. Kosciewicz regarding omnibus preliminary injunction motion (0.2); review and revise list of seized assets for same (0.3) | 0.50 | 1,185.00 | 592.50 |
| 01/24/2025 | NAB | Call with W. Farmer regarding procedural analysis and asset freeze issues | 0.30 | 2,010.00 | 603.00 |
| 01/24/2025 | WCF | Call with N. Bassett regarding procedural analysis and asset freeze in connection with criminal case developments | 0.30 | 1,520.00 | 456.00 |
| 01/25/2025 | JPK1 | Continue drafting omnibus preliminary injunction and temporary restraining order motion for government seized assets (5.7); analyze caselaw regarding preliminary injunction shifting scale standard (.4); draft proposed order regarding the same (.6); correspond with W. Farmer regarding the same (.2); correspond with N. Bassett regarding the same (.1) | 7.00 | 1,275.00 | 8,925.00 |
| 01/26/2025 | DEB4 | Call with S. Maza regarding forfeiture and third party rights | 0.20 | 1,520.00 | 304.00 |
| 01/26/2025 | SM29 | Review email from N. Bassett re preliminary injunction research and automatic stay (.1); review article re third party rights in forfeiture (.6); call with D. Barron re same (.2) | 0.90 | 2,025.00 | 1,822.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00031
Invoice No. 2440426

Page 8

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/27/2025 | JPK1 | Incorporate N. Bassett's edits into omnibus preliminary injunction motion (1.2); draft corresponding affidavit and notice (1.7) | 2.90 | 1,275.00 | 3,697.50 |
| 01/27/2025 | LS26 | Correspond with J. Kosciewicz regarding preliminary injunction motion | 0.30 | 1,185.00 | 355.50 |
| 01/29/2025 | DEB4 | Call with S. Maza regarding forfeiture and injunction issues | 0.40 | 1,520.00 | 608.00 |
| 01/29/2025 | ECS1 | Analyze issues and caselaw regarding forfeited assets and bankruptcy court preliminary injunctions (1.1); correspond with S. Maza regarding same (.3) | 1.40 | 1,350.00 | 1,890.00 |
| 01/29/2025 | SM29 | Call with D. Barron re sections 105 and 362 injunctions and forfeiture (.4); analyze caselaw and statutory authority re same (1.9); correspond with W. Farmer re same (.1) | 2.40 | 2,025.00 | 4,860.00 |
| 01/29/2025 | WCF | Analyze authorities regarding asset freeze motions against government seized assets in chapter 11 cases | 2.10 | 1,520.00 | 3,192.00 |
| 01/30/2025 | DEB4 | Call with S. Maza regarding injunction and automatic stay issues | 0.20 | 1,520.00 | 304.00 |
| 01/30/2025 | ECS1 | Call with J. Kosciewicz regarding omnibus preliminary injunction | 0.20 | 1,350.00 | 270.00 |
| 01/30/2025 | JPK1 | Prepare second draft of omnibus preliminary injunction motion (4.6); correspond and call with L. Song regarding the same (.3); call with E. Sutton regarding the same (.2); correspond with W. Farmer regarding the same (.1) | 5.20 | 1,275.00 | 6,630.00 |
| 01/30/2025 | LS26 | Call and correspond with J. Kosciewicz regarding preliminary injunction motion (0.3); review and revise list of seized assets (1.0) | 1.30 | 1,185.00 | 1,540.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 9
50687-00031
Invoice No. 2440426

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/30/2025 | SM29 | Call with D. Barron re preliminary injunction and automatic stay issues (.2); call with W. Farmer re same (.4); analyze same and related caselaw (3.4); correspond with D. Barron, W. Farmer, N. Bassett re same (.5) | 4.50 | 2,025.00 | 9,112.50 |
| 01/30/2025 | WCF | Call with S. Maza regarding asset freeze procedures and authority (.4); analyze authorities regarding preliminary injunctions and relief against banking institutions (3.7); draft memorandum regarding asset freeze enforcement against criminally seized proceeds (2.3); analyze authorities regarding ex parte injunctive relief (.9) | 7.30 | 1,520.00 | 11,096.00 |
| 01/31/2025 | DEB4 | Correspond with J. Kosciewicz regarding injunction motion | 0.50 | 1,520.00 | 760.00 |
| 01/31/2025 | JPK1 | Continue preparing second draft of omnibus preliminary injunction motion (1.5); correspond with N. Bassett regarding the same (.3) | 1.80 | 1,275.00 | 2,295.00 |
| 01/31/2025 | SM29 | Reply to J. Kosciewicz re preliminary injunction motion and specific assets | 0.10 | 2,025.00 | 202.50 |
| | | **Subtotal: B191 General Litigation** | **118.40** | | **194,904.50** |
| | **Total** | | **118.40** | | **194,904.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 3.40 | 2,010.00 | 6,834.00 |
| LAD4 | Luc A. Despins | Partner | 12.00 | 1,975.00 | 23,700.00 |
| LT9 | Leo Tsao | Partner | 3.20 | 1,945.00 | 6,224.00 |
| SM29 | Shlomo Maza | Of Counsel | 40.60 | 2,025.00 | 82,215.00 |
| DEB4 | Douglass E. Barron | Associate | 11.90 | 1,520.00 | 18,088.00 |
| WCF | Will C. Farmer | Associate | 10.20 | 1,520.00 | 15,504.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00031
Invoice No. 2440426

Page 10

| ECS1 | Ezra C. Sutton | Associate | 3.40 | 1,350.00 | 4,590.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 22.30 | 1,275.00 | 28,432.50 |
| LS26 | Luyi Song | Associate | 5.00 | 1,185.00 | 5,925.00 |
| AD20 | Allison Doherty | Paralegal | 6.40 | 530.00 | 3,392.00 |

| **Current Fees and Costs** | | **$194,904.50** |
| **Total Balance Due - Due Upon Receipt** | | **$194,904.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440427

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**K Legacy**
PH LLP Client/Matter # 50687-00032
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $65,186.00 |
| Costs incurred and advanced | 32.82 |
| **Current Fees and Costs Due** | **$65,218.82** |
| **Total Balance Due - Due Upon Receipt** | **$65,218.82** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440427

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**K Legacy**
PH LLP Client/Matter # 50687-00032
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $65,186.00 |
| Costs incurred and advanced | 32.82 |
| **Current Fees and Costs Due** | **$65,218.82** |
| **Total Balance Due - Due Upon Receipt** | **$65,218.82** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | May 9, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2440427 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

**K Legacy**                                                                                  **$65,186.00**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 01/01/2025 | AB21 | Revise letter to Ogier regarding disclosures in BVI proceedings (0.5); correspond with L. Despins regarding same (0.1) | 0.60 | 2,025.00 | 1,215.00 |
| 01/02/2025 | AB21 | Correspond with L. Despins regarding letter to K Legacy counsel regarding BVI disclosures (0.1); revise same (0.1); correspond with A. Thorp (Harneys) regarding same (0.1) | 0.30 | 2,025.00 | 607.50 |
| 01/03/2025 | AB21 | Review revised letter to K Legacy regarding BVI disclosures | 0.10 | 2,025.00 | 202.50 |
| 01/07/2025 | AB21 | Call with J. Stewart (Harneys) regarding K Legacy trial dates | 0.20 | 2,025.00 | 405.00 |
| 01/08/2025 | AB21 | Call with L. Despins, A. Thorp (Harneys) and J. Stewart (Harneys) regarding K Legacy trial schedule | 0.40 | 2,025.00 | 810.00 |
| 01/08/2025 | LAD4 | Call with BVI counsel and A. Bongartz re: scheduling and related issues (.40); review same (.30) | 0.70 | 1,975.00 | 1,382.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00032

Invoice No. 2440427

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/09/2025 | AB21 | Review and revise draft letter to K Legacy re disclosures (0.4); correspond with L. Despins regarding same (0.3); calls with J. Stewart (Harneys) regarding same (0.2); correspond with J. Stewart and A. Thorp (Harneys) regarding same (0.1) | 1.00 | 2,025.00 | 2,025.00 |
| 01/09/2025 | DEB4 | Conference with J. Stewart (Harneys) regarding search terms and discovery issues (0.2); conference with W. Farmer regarding same (0.3) | 0.50 | 1,520.00 | 760.00 |
| 01/09/2025 | LS26 | Draft email to A. Bongartz and D. Barron relating to K Legacy and Mileson | 0.20 | 1,185.00 | 237.00 |
| 01/09/2025 | WCF | Call with D. Barron regarding K Legacy discovery, related work flow with Harneys, and BVI litigation (.3); correspond with UnitedLex regarding discovery, set up, and review (.2) | 0.50 | 1,520.00 | 760.00 |
| 01/10/2025 | WCF | Correspond with UnitedLex and Harneys regarding discovery and related introduction telephone conference (.1); analyze BVI filing points of claim regarding scope of discovery and Harneys letter regarding same (.8) | 0.90 | 1,520.00 | 1,368.00 |
| 01/13/2025 | WCF | Call with Harneys and UnitedLex regarding document collection and review related to BVI litigation (.6); correspond with UnitedLex and Harneys regarding search term hits and next steps in discovery process (.2) | 0.80 | 1,520.00 | 1,216.00 |
| 01/14/2025 | AB21 | Correspond with E. Stolze regarding K Legacy defense (0.1); call with D. Mohamed regarding same (0.1); correspond with J. Stewart regarding same (0.1); correspond with W. Farmer regarding same (0.1) | 0.40 | 2,025.00 | 810.00 |
| 01/14/2025 | DM26 | Call with A. Bongartz re K Legacy defense | 0.10 | 600.00 | 60.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 3
50687-00032
Invoice No. 2440427

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/14/2025 | WCF | Analyze points of claim, exhibits, and Despins affidavits in support of same regarding discovery search terms and document review scope (1.4); draft analysis regarding same (.4); correspond with Harneys regarding same (.3) | 2.10 | 1,520.00 | 3,192.00 |
| 01/15/2025 | AB21 | Review draft skeleton argument for January 21 hearing (0.3); call with J. Stewart (Harneys) regarding K Legacy defense (0.1); review summary chart of K Legacy defense and related proposed replies (0.3); correspond with J. Stewart regarding same (0.1); correspond with A. de Quincey (Pallas) regarding K Legacy defense (0.1) | 0.90 | 2,025.00 | 1,822.50 |
| 01/15/2025 | LAD4 | Analyze jurisdictional issues (.50); email to BVI team re: dual jurisdiction (.40) | 0.90 | 1,975.00 | 1,777.50 |
| 01/15/2025 | WCF | Review Trustee exhibits and additional BVI litigation documents regarding discovery search term revisions and limiting scope of document review (.9); correspond with D. Barron regarding same (.2) | 1.10 | 1,520.00 | 1,672.00 |
| 01/16/2025 | AB21 | Call with W. Farmer regarding K Legacy document review (0.1); call with Harneys, L. Despins, D. Barron and J. Morgan (barrister) regarding next steps in K Legacy litigation (1.0); post-mortem with L. Despins regarding same (0.1); review K Legacy defense (0.3); correspond with A. de Quincey (Pallas) regarding same (0.1) | 1.60 | 2,025.00 | 3,240.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00032
Invoice No. 2440427

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/16/2025 | DEB4 | Call with Harneys, L. Despins, A. Bongartz, and J. Morgan (barrister) re: BVI litigation (1.0); analyze documents related to same (0.5); review correspondence from W. Farmer regarding same (0.2); correspond with A. Bongartz regarding same (0.1); correspond with L. Song regarding Anton development loans (0.2); correspond with L. Song regarding ▮▮▮▮▮ (0.1); correspond with A. Bongartz and L. Despins regarding Anton Development loan documents (0.1) | 2.20 | 1,520.00 | 3,344.00 |
| 01/16/2025 | LAD4 | Detailed review of answer filed in BVI by Mileson (.90); call with BVI team and UK barrister James Morgan and A. Bongartz, D. Barron re: same (1.0); post-mortem with A. Bongartz re: same (.10) | 2.00 | 1,975.00 | 3,950.00 |
| 01/16/2025 | LS26 | Review K Legacy brief (0.4); correspond with D. Barron regarding same (0.2) | 0.60 | 1,185.00 | 711.00 |
| 01/16/2025 | LS26 | Review documents relating to Anton Development and Leading Shine | 1.00 | 1,185.00 | 1,185.00 |
| 01/16/2025 | LS26 | Analyze Vice News interview | 0.60 | 1,185.00 | 711.00 |
| 01/16/2025 | WCF | Call with A. Bongartz regarding K Legacy document review (.1); review K Legacy defendants' response to complaint (.5); analyze allegations in points of claim regarding document discovery and arguments in defendants' response (.5); draft analysis regarding same (.7); correspond with Harneys regarding same (.1) | 1.90 | 1,520.00 | 2,888.00 |
| 01/17/2025 | LAD4 | Review/edit draft letter to BVI court re: scheduling and related issues | 0.40 | 1,975.00 | 790.00 |
| 01/17/2025 | WCF | Further revise discovery search term set and review panel (.3); call with A. Matonis (Harneys) regarding same (.1) | 0.40 | 1,520.00 | 608.00 |
| 01/20/2025 | DEB4 | Correspond with Harneys regarding analysis of defense (0.2); analyze issues related to same (1.0) | 1.20 | 1,520.00 | 1,824.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00032
Invoice No. 2440427

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/20/2025 | WCF | Draft review template for K Legacy and Harneys document review (.3); review and revise document discovery search terms (.2); analyze unique search results regarding document review scope (.4) | 0.90 | 1,520.00 | 1,368.00 |
| 01/21/2025 | AB21 | Analyze correspondence from D. Barron regarding trust agreement (0.2); call with D. Barron regarding next steps in K Legacy proceedings in BVI (0.1) | 0.30 | 2,025.00 | 607.50 |
| 01/21/2025 | DEB4 | Correspond with Harneys regarding William Je/Mileson documents (0.3); analyze same (0.8); call with A. Bongartz regarding K Legacy proceedings in BVI (0.1); correspond with E. Sutton and L. Song regarding Anton Development (0.3) | 1.50 | 1,520.00 | 2,280.00 |
| 01/22/2025 | AB21 | Review draft letter to Ogier regarding subject matter jurisdiction (0.1); correspond with A. de Quincey (Pallas) regarding same (0.1) | 0.20 | 2,025.00 | 405.00 |
| 01/22/2025 | LS26 | Review corporate documents of Anton Development | 0.60 | 1,185.00 | 711.00 |
| 01/23/2025 | KL12 | Research HK corporate record for Anton Development | 0.60 | 440.00 | 264.00 |
| 01/23/2025 | WCF | Review adversary proceeding dockets regarding material docket entries for inclusion in K Legacy/Harneys discovery set (2.4); correspond with UnitedLex regarding discovery, document maintenance, and presentation for Harneys review (.4) | 2.80 | 1,520.00 | 4,256.00 |
| 01/24/2025 | AB21 | Call with J. Stewart (Harneys) regarding timeline (0.1); correspond with J. Stewart same (0.3) | 0.40 | 2,025.00 | 810.00 |
| 01/24/2025 | DEB4 | Correspond with E. Sutton and W. Farmer regarding BVI exhibits | 0.50 | 1,520.00 | 760.00 |
| 01/24/2025 | ECS1 | Prepare info related to litigation efforts involving K Legacy in the BVI (.1); correspond with W. Farmer regarding same (.1) | 0.20 | 1,350.00 | 270.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok     Page 6
Kwok
50687-00032
Invoice No. 2440427

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/24/2025 | WCF | Further review and tag responsive adversary proceeding documents for inclusion in Harneys discovery set for K Legacy production (1.1); correspond with UnitedLex regarding same (.2) | 1.30 | 1,520.00 | 1,976.00 |
| 01/25/2025 | AB21 | Correspond with L. Despins and J. Stewart (Harneys) regarding schedule | 0.10 | 2,025.00 | 202.50 |
| 01/28/2025 | AB21 | Correspond with W. Farmer, L. Song, and E. Sutton regarding K Legacy document review (0.3); call with W. Farmer regarding same (0.1) | 0.40 | 2,025.00 | 810.00 |
| 01/28/2025 | AD20 | Correspond with A. Bongartz regarding exhibits | 0.30 | 530.00 | 159.00 |
| 01/28/2025 | ECS1 | Analyze bankruptcy court authority over debtor in connection with BVI litigation (.3); correspond with W. Farmer regarding exhibits to Trustee's affidvits before the BVI courts (.4); review affidavits and exhibits in connection with same (.6) | 1.30 | 1,350.00 | 1,755.00 |
| 01/28/2025 | WCF | Correspond with Harneys, D. Barron, E. Sutton, L. Song regarding document collection for K Legacy review (.2); call with A. Bongartz regarding document review (.1) | 0.30 | 1,520.00 | 456.00 |
| 01/29/2025 | AB21 | Call with W. Farmer regarding document review (0.1); correspond with W. Farmer regarding same (0.1); call with A. Doherty regarding same (0.3) | 0.50 | 2,025.00 | 1,012.50 |
| 01/29/2025 | AD20 | Review and prepare BVI filing exhibits | 2.70 | 530.00 | 1,431.00 |
| 01/29/2025 | AD20 | Conference with A. Bongartz regarding BVI exhibits | 0.30 | 530.00 | 159.00 |
| 01/29/2025 | WCF | Review K Legacy documents searches and discovery set (.2); call with A. Bongartz regarding same (.1); correspond with Harneys regarding K Legacy review (.1) | 0.40 | 1,520.00 | 608.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                     Page 7
50687-00032
Invoice No. 2440427

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/30/2025 | AB21 | Call with A. Thorp (Harneys) regarding letter to Ogier (0.2); correspond with L. Despins and J. Stewart (Harneys) regarding same (0.2); call with L. Despins, P. Shaw (UK barrister), and P. Wright (UK barrister) regarding litigation strategy (0.5); follow-up correspondence with L. Despins regarding same (0.1) | 1.00 | 2,025.00 | 2,025.00 |
| 01/30/2025 | AD20 | Review and prepare BVI filing exhibits | 1.50 | 530.00 | 795.00 |
| 01/30/2025 | LAD4 | Prepare notes for BVI call (.30); handle call with Pallas, Peter Shaw, P. Wright (UK barrister), A. Bongartz re: jurisdictional issues with BVI court (.50) | 0.80 | 1,975.00 | 1,580.00 |
| 01/31/2025 | WCF | Review discovery document regarding inclusion in Harneys review set (.4); correspond with UnitedLex regarding same (.2) | 0.60 | 1,520.00 | 912.00 |
| | | **Subtotal: B191  General Litigation** | **43.10** | | **65,186.00** |
| | | **Total** | **43.10** | | **65,186.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 4.80 | 1,975.00 | 9,480.00 |
| AB21 | Alex Bongartz | Of Counsel | 8.40 | 2,025.00 | 17,010.00 |
| DEB4 | Douglass E. Barron | Associate | 5.90 | 1,520.00 | 8,968.00 |
| WCF | Will C. Farmer | Associate | 14.00 | 1,520.00 | 21,280.00 |
| ECS1 | Ezra C. Sutton | Associate | 1.50 | 1,350.00 | 2,025.00 |
| LS26 | Luyi Song | Associate | 3.00 | 1,185.00 | 3,555.00 |
| DM26 | David Mohamed | Paralegal | 0.10 | 600.00 | 60.00 |
| AD20 | Allison Doherty | Paralegal | 4.80 | 530.00 | 2,544.00 |
| KL12 | Kelly Liu | Other Timekeeper | 0.60 | 440.00 | 264.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00032
Invoice No. 2440427

Page 8

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 01/27/2025 | Search Fee - Companies Registry, Invoice# 20250127PT Dated 01/27/25, company search fee on 23 January 2025 for Anton Development Limited; requested by Luyi Song | | | 32.82 |
| **Total Costs incurred and advanced** | | | | **$32.82** |

|  | | |
|--|--|--|
| **Current Fees and Costs** | | **$65,218.82** |
| **Total Balance Due - Due Upon Receipt** | | **$65,218.82** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440428

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Swiss Proceedings**
PH LLP Client/Matter # 50687-00033
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $39,840.50 |
| **Current Fees and Costs Due** | **$39,840.50** |
| **Total Balance Due - Due Upon Receipt** | **$39,840.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440428

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Swiss Proceedings**
PH LLP Client/Matter # 50687-00033
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $39,840.50 |
| **Current Fees and Costs Due** | **$39,840.50** |
| **Total Balance Due - Due Upon Receipt** | **$39,840.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440428

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

### Swiss Proceedings                                                   $39,840.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B261** | **Investigations** | | | | |
| 01/02/2025 | AB21 | Conference with L. Song regarding updates to Swiss investigation memo | 0.10 | 2,025.00 | 202.50 |
| 01/02/2025 | LS26 | Discussion with A. Bongartz regarding Swiss investigation | 0.10 | 1,185.00 | 118.50 |
| 01/02/2025 | LS26 | Correspond with A. Bongartz regarding Mileson bank account | 0.10 | 1,185.00 | 118.50 |
| 01/06/2025 | AB21 | Call and correspond with O. Jany (Prager) regarding Swiss law research on avoidance actions | 0.20 | 2,025.00 | 405.00 |
| 01/07/2025 | AB21 | Correspond with L. Despins regarding update on Swiss investigation and claims analysis | 0.10 | 2,025.00 | 202.50 |
| 01/09/2025 | AB21 | Correspond with O. Jany regarding attachment application | 0.30 | 2,025.00 | 607.50 |
| 01/10/2025 | AB21 | Correspond with O. Jany (Prager) regarding attachment application | 0.30 | 2,025.00 | 607.50 |
| 01/10/2025 | LS26 | Prepare updated Swiss investigation memo | 1.50 | 1,185.00 | 1,777.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00033
Invoice No. 2440428

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/13/2025 | AB21 | Call with O. Jany (Prager) regarding question about avoidable transfers (0.1); call with L. Song regarding same (0.1) | 0.20 | 2,025.00 | 405.00 |
| 01/13/2025 | LS26 | Call with A. Bongartz regarding certain avoidable transfers (0.1); analyze avoidance claims against Mileson (0.4) | 0.50 | 1,185.00 | 592.50 |
| 01/14/2025 | AB21 | Correspond with D. Hayek (Prager) regarding ▓▓▓▓ (0.2); review memo on ▓▓▓▓ and related emails (0.4) | 0.60 | 2,025.00 | 1,215.00 |
| 01/14/2025 | LAD4 | Review/comment on ▓▓▓▓ through email to Swiss counsel re: strategy | 0.50 | 1,975.00 | 987.50 |
| 01/15/2025 | AB21 | Review revised draft of attachment application | 0.20 | 2,025.00 | 405.00 |
| 01/16/2025 | AB21 | Call with D. Hayek, M. Meili (Prager) and L. Despins regarding update on Swiss investigation and next steps (0.9); review open issues and prepare notes for same (0.3); call with L. Despins regarding same (0.1); correspond with L. Despins regarding same (0.1); call with O. Jany (Prager) regarding same (0.1); correspond with Prager regarding Swiss attachment application (0.7); correspond with L. Despins regarding same (0.1) | 2.30 | 2,025.00 | 4,657.50 |
| 01/16/2025 | LAD4 | Prepare for call with Swiss counsel (.80); handle same with A, Bongartz (.90) | 1.70 | 1,975.00 | 3,357.50 |
| 01/16/2025 | LAD4 | T/c D. Hayek, M. Meili, A. Bongartz regarding Swiss investigation (.90); t/c A. Bongartz regarding same (.10) | 1.00 | 1,975.00 | 1,975.00 |
| 01/16/2025 | LS26 | Review Mileson call transcript and correspond with A. Bongartz regarding same | 0.40 | 1,185.00 | 474.00 |
| 01/21/2025 | AB21 | Correspond with L. Despins regarding analysis of Swiss attachment | 0.40 | 2,025.00 | 810.00 |
| 01/26/2025 | AB21 | Review revised draft attachment application | 0.50 | 2,025.00 | 1,012.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00033
Invoice No. 2440428

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/27/2025 | AB21 | Call with M. Meili (Prager) and O. Jany (Prager) regarding attachment application (0.5); correspond with O. Jany regarding same (0.3) | 0.80 | 2,025.00 | 1,620.00 |
| 01/28/2025 | AB21 | Correspond with O. Jany (Prager) regarding attachment application (0.1); call with O. Jany regarding same (0.1); review revised draft attachment application (0.6) | 0.80 | 2,025.00 | 1,620.00 |
| 01/28/2025 | LAD4 | T/c A. Bongartz re: attachment proceeding strategy | 0.40 | 1,975.00 | 790.00 |
| 01/29/2025 | AB21 | Call with L. Despins regarding Swiss attachment application (0.3); call with O. Jany (Prager) and M. Meili (Prager) regarding same (0.6); calls with L. Song regarding same (0.4) | 1.30 | 2,025.00 | 2,632.50 |
| 01/29/2025 | LAD4 | T/c A. Bongartz regarding Swiss attachment application | 0.30 | 1,975.00 | 592.50 |
| 01/29/2025 | LS26 | Review documents relating to Mileson (0.9); correspond with Prager relating to same (0.2) | 1.10 | 1,185.00 | 1,303.50 |
| 01/29/2025 | LS26 | Calls with A. Bongartz regarding | 0.40 | 1,185.00 | 474.00 |
| 01/30/2025 | AB21 | Correspond with L. Song and D. Barron regarding update on Swiss attachment | 0.10 | 2,025.00 | 202.50 |
| 01/30/2025 | DEB4 | Conferences with L. Song regarding (0.4); analyze documents regarding same (0.4); correspond with A. Bongartz regarding same (0.2) | 1.00 | 1,520.00 | 1,520.00 |
| 01/30/2025 | LS26 | Analyze | 1.10 | 1,185.00 | 1,303.50 |
| 01/30/2025 | LS26 | Conferences with D. Barron re (0.4); review same (0.1) | 0.50 | 1,185.00 | 592.50 |
| 01/31/2025 | AB21 | Calls with L. Song regarding Swiss investigation (0.2); correspond with L. Song regarding same (0.3); correspond with D. Barron regarding same (0.1) | 0.60 | 2,025.00 | 1,215.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                          Page 4
50687-00033
Invoice No. 2440428

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/31/2025 | LS26 | Review brief for prejudgment attachment remedy | 2.80 | 1,185.00 | 3,318.00 |
| 01/31/2025 | LS26 | Prepare summary regarding ▮▮▮▮▮ (1.8); correspond with D. Barron regarding same (0.3); calls with A. Bongartz regarding same (0.2) | 2.30 | 1,185.00 | 2,725.50 |
| | | **Subtotal: B261  Investigations** | **24.50** | | **39,840.50** |
| | | **Total** | **24.50** | | **39,840.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 3.90 | 1,975.00 | 7,702.50 |
| AB21 | Alex Bongartz | Of Counsel | 8.80 | 2,025.00 | 17,820.00 |
| DEB4 | Douglass E. Barron | Associate | 1.00 | 1,520.00 | 1,520.00 |
| LS26 | Luyi Song | Associate | 10.80 | 1,185.00 | 12,798.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$39,840.50** |
| **Total Balance Due - Due Upon Receipt** | | **$39,840.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440429

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Cyprus Proceedings**
PH LLP Client/Matter # 50687-00034
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $6,731.00 |
| **Current Fees and Costs Due** | **$6,731.00** |
| **Total Balance Due - Due Upon Receipt** | **$6,731.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440429

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Cyprus Proceedings**
PH LLP Client/Matter # 50687-00034
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $6,731.00 |
| **Current Fees and Costs Due** | **$6,731.00** |
| **Total Balance Due - Due Upon Receipt** | **$6,731.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| Wiring and ACH Instructions: | Remittance Address: | Pay by Tranch: |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via real-time bank payments, credit cards or in installments: |
| ABA # 322271724 | Lockbox 4803 | |
| SWIFT Address: CITIUS33 | PO Box 894803 | |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | May 9, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2440429 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## Cyprus Proceedings                                                $6,731.00

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 01/09/2025 | LAD4 | Call with G. Middleton (CP Law) re: strategy (.20); consider/outline same (.70) | 0.90 | 1,975.00 | 1,777.50 |
| 01/14/2025 | AB21 | Correspond with G. Middleton (CP Law) regarding | 0.10 | 2,025.00 | 202.50 |
| 01/27/2025 | DEB4 | Correspond with G. Middleton regarding Cyprus law | 0.20 | 1,520.00 | 304.00 |
| 01/30/2025 | DEB4 | Correspond with P. Linsey (NPM) regarding Bouillor default judgment (0.5); correspond with Cyprus counsel regarding same (0.5) | 1.00 | 1,520.00 | 1,520.00 |
| 01/30/2025 | NAB | Review motion for default judgment regarding Bouillor (.4); correspond with P. Linsey (NPM) regarding same (.3) | 0.70 | 2,010.00 | 1,407.00 |
| 01/31/2025 | DEB4 | Correspond with P. Linsey (NPM) and L. Despins regarding default judgment motion | 1.00 | 1,520.00 | 1,520.00 |
| | **Subtotal: B191  General Litigation** | | **3.90** | | **6,731.00** |
| | **Total** | | **3.90** | | **6,731.00** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2
Kwok
50687-00034
Invoice No. 2440429

---

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 0.70 | 2,010.00 | 1,407.00 |
| LAD4 | Luc A. Despins | Partner | 0.90 | 1,975.00 | 1,777.50 |
| AB21 | Alex Bongartz | Of Counsel | 0.10 | 2,025.00 | 202.50 |
| DEB4 | Douglass E. Barron | Associate | 2.20 | 1,520.00 | 3,344.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$6,731.00** |
| **Total Balance Due - Due Upon Receipt** | | **$6,731.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440430

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**UAE**
PH LLP Client/Matter # 50687-00036
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $12,128.00 |
| **Current Fees and Costs Due** | **$12,128.00** |
| **Total Balance Due - Due Upon Receipt** | **$12,128.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440430

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**UAE**
PH LLP Client/Matter # 50687-00036
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $12,128.00 |
| **Current Fees and Costs Due** | **$12,128.00** |
| **Total Balance Due - Due Upon Receipt** | **$12,128.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440430

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

**UAE**                                                                                           **$12,128.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B261** | **Investigations** | | | | |
| 01/09/2025 | NAB | Correspond with P. Hughes (Kobre & Kim) regarding update on UAE legal efforts | 0.20 | 2,010.00 | 402.00 |
| 01/13/2025 | DEB4 | Correspond with Mauritius and UAE counsel regarding ▮ | 0.30 | 1,520.00 | 456.00 |
| 01/16/2025 | AB21 | Correspond with P. Hughes (Kobre) regarding ▮ | 0.20 | 2,025.00 | 405.00 |
| 01/21/2025 | DEB4 | Conference with Kobre and Kim, L. Despins, N. Bassett regarding UAE issues (0.6); review same (0.1) | 0.70 | 1,520.00 | 1,064.00 |
| 01/21/2025 | LAD4 | Handle call with Kobre & Kim with D. Barron and N. Bassett re: UAE matters (.60); review strategy re: same (.50) | 1.10 | 1,975.00 | 2,172.50 |
| 01/21/2025 | NAB | Call with L. Despins, D. Barron and Kobre & Kim regarding UAE issues | 0.60 | 2,010.00 | 1,206.00 |
| 01/27/2025 | DEB4 | Correspond with UAE onshore counsel regarding investigation targets (0.5); correspond with L. Despins regarding same (0.1); correspond with L. Despins regarding ▮ (0.1); correspond with L. Despins regarding ▮ (0.1) | 0.80 | 1,520.00 | 1,216.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                               Page 2
50687-00036
Invoice No. 2440430

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/27/2025 | LAD4 | Prepare for and handle call with Mohamed, proposed on-shore barrister, and Richard Bell re: open issues | 0.90 | 1,975.00 | 1,777.50 |
| 01/30/2025 | DEB4 | Conference with E. Beirne (Kobre) regarding UAE issues (1.0); conference and correspond with L. Song regarding same (0.2); analyze documents related to same (0.8); correspond with L. Song regarding same (0.1) | 2.10 | 1,520.00 | 3,192.00 |
| 01/30/2025 | LS26 | Call and correspond with D. Barron regarding UAE issues and documents | 0.20 | 1,185.00 | 237.00 |
| | | **Subtotal: B261 Investigations** | **7.10** | | **12,128.00** |
| | **Total** | | **7.10** | | **12,128.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 0.80 | 2,010.00 | 1,608.00 |
| LAD4 | Luc A. Despins | Partner | 2.00 | 1,975.00 | 3,950.00 |
| AB21 | Alex Bongartz | Of Counsel | 0.20 | 2,025.00 | 405.00 |
| DEB4 | Douglass E. Barron | Associate | 3.90 | 1,520.00 | 5,928.00 |
| LS26 | Luyi Song | Associate | 0.20 | 1,185.00 | 237.00 |

| **Current Fees and Costs** | **$12,128.00** |
|---|---|
| **Total Balance Due - Due Upon Receipt** | **$12,128.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440431

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Cirrus Avoidance Action**
PH LLP Client/Matter # 50687-00040
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $3,015.00 |
| **Current Fees and Costs Due** | **$3,015.00** |
| **Total Balance Due - Due Upon Receipt** | **$3,015.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

May 9, 2025

Please Refer to
Invoice Number: 2440431

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Cirrus Avoidance Action**
PH LLP Client/Matter # 50687-00040
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $3,015.00 |
| **Current Fees and Costs Due** | **$3,015.00** |
| **Total Balance Due - Due Upon Receipt** | **$3,015.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | May 9, 2025 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2440431 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

**Cirrus Avoidance Action**                                                                 **$3,015.00**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 01/16/2025 | NAB | Review and revise Cirrus aircraft motion (0.5); correspond with P. Linsey (NPM) regarding the same (0.1) | 0.60 | 2,010.00 | 1,206.00 |
| 01/24/2025 | NAB | Review order regarding Cirrus jet judgment enforcement (.2); correspond with P. Linsey (NPM) regarding same (.2) | 0.40 | 2,010.00 | 804.00 |
| 01/27/2025 | NAB | Call with P. Linsey (NPM) regarding Cirrus jet adversary proceeding and related judgment enforcement issues | 0.50 | 2,010.00 | 1,005.00 |
| | | **Subtotal: B191  General Litigation** | **1.50** | | **3,015.00** |
| | **Total** | | **1.50** | | **3,015.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| NAB | Nicholas A. Bassett | Partner | 1.50 | 2,010.00 | 3,015.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00040
Invoice No. 2440431

Page 2

| | |
|---|---|
| **Current Fees and Costs** | **$3,015.00** |
| **Total Balance Due - Due Upon Receipt** | **$3,015.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440432

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Wedlake Bell Avoidance Action**
PH LLP Client/Matter # 50687-00042
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2025 | $9,137.00 |
| **Current Fees and Costs Due** | **$9,137.00** |
| **Total Balance Due - Due Upon Receipt** | **$9,137.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

May 9, 2025

Please Refer to
Invoice Number: 2440432

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Wedlake Bell Avoidance Action**
PH LLP Client/Matter # 50687-00042
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2025 | $9,137.00 |
| **Current Fees and Costs Due** | **$9,137.00** |
| **Total Balance Due - Due Upon Receipt** | **$9,137.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | May 9, 2025 |
|---|---|
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2440432 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2025

## Wedlake Bell Avoidance Action                                                              $9,137.00

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B191** | **General Litigation** | | | | |
| 01/13/2025 | DEB4 | Correspond with P. Linsey regarding Wedlake Bell matter (0.1); correspond with L. Song regarding same (0.1) | 0.20 | 1,520.00 | 304.00 |
| 01/14/2025 | DEB4 | Correspond with N. Bassett regarding Wedlake Bell issues (0.1); correspond with L. Song regarding same (0.1); analyze documents related to same (0.5) | 0.70 | 1,520.00 | 1,064.00 |
| 01/15/2025 | DEB4 | Correspond with N. Bassett regarding Wedlake Bell motion to dismiss | 0.20 | 1,520.00 | 304.00 |
| 01/16/2025 | DEB4 | Correspond with N. Bassett regarding reply to Wedlake Bell (0.1); correspond with L. Despins regarding same (0.1); revise same (0.8) | 1.00 | 1,520.00 | 1,520.00 |
| 01/16/2025 | NAB | Review and revise draft reply in support of motion to dismiss Wedlake Bell complaint against Paul Hastings (1.2); correspond with D. Barron regarding the same (0.3) | 1.50 | 2,010.00 | 3,015.00 |
| 01/17/2025 | DM26 | File via the Court's CM/ECF system Trustee's reply in support of motion to dismiss Wedlake Bell's third party complaint | 0.20 | 600.00 | 120.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                    Page 2
50687-00042
Invoice No. 2440432

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/17/2025 | DEB4 | Correspond with N. Bassett regarding reply in support of motion to dismiss re: Wedlake Bell (0.2); correspond with D. Mohamed regarding same (0.3); review same (0.3) | 0.80 | 1,520.00 | 1,216.00 |
| 01/17/2025 | LAD4 | Review/edit draft reply to Wedlake Bell | 0.40 | 1,975.00 | 790.00 |
| 01/17/2025 | NAB | Further review and revise reply in support of motion to dismiss Wedlake Bell complaint | 0.40 | 2,010.00 | 804.00 |
| | | **Subtotal: B191  General Litigation** | **5.40** | | **9,137.00** |
| | | **Total** | **5.40** | | **9,137.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 1.90 | 2,010.00 | 3,819.00 |
| LAD4 | Luc A. Despins | Partner | 0.40 | 1,975.00 | 790.00 |
| DEB4 | Douglass E. Barron | Associate | 2.90 | 1,520.00 | 4,408.00 |
| DM26 | David Mohamed | Paralegal | 0.20 | 600.00 | 120.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$9,137.00** |
| **Total Balance Due - Due Upon Receipt** | **$9,137.00** |