**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

-------------------------------------------------------------x
:
In re:                                                                          :    Chapter 11
                                                                                     :
HO WAN KWOK, *et al.*,                                              :    Case No. 22-50073 (JAM)
                                                                                     :
        Debtors.[1]                                            :    Jointly Administered
                                                                                     :
-------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF PRAGER DREIFUSS AG FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Prager Dreifuss AG ("Prager Dreifuss") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Swiss law counsel to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from April 1, 2025 through and including April 30, 2025 (the "Fee Period"). By this Monthly Fee Statement, Prager Dreifuss respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of CHF 115,562.00 and CHF 49,489.05, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, hours, rate, and total fees earned for each Prager Dreifuss individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** are Prager Dreifuss' fee statements for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

3. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Prager Dreifuss (Attn: Daniel Hayek (daniel.hayek@prager-dreifuss.com) and

2

(ii) the Notice Parties by email no later than **June 5, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5.      If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Prager Dreifuss 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6.      To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: May 15, 2025

By: */s/ Daniel Hayek*
Daniel Hayek
PRAGER DREIFUSS AG
Mühlebachstrasse 6
CH-8008 Zürich

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated: May 15, 2025  
       New York, New York

By: */s/ G. Alexander Bongartz*  
G. Alexander Bongartz (admitted *pro hac vice*)  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, New York 10166  
(212) 318-6000  
alexbongartz@paulhastings.com  

*Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate CHF | Amount CHF |
|---|---:|---:|---:|
| Hayek, Daniel | 18.10 | 800.00 | 14,480.00 |
| Jany, Oliver | 161.70 | 425.00 | 68,722.50 |
| Jegher, Gion | 17.15 | 700.00 | 12,005.00 |
| Meili, Mark | 18.35 | 600.00 | 11,010.00 |
| Rashidi, Puya | 12.00 | 175.00 | 2,100.00 |
| Vomvoris, Eleonora | 120.45 | 300.00 | 36,135.00 |
| **TOTAL** | **228.70** | | **144,452.50** |

**<u>Exhibit B</u>**

**Fee Statement**

## Details of invoice no. 201334-25-09

Invoice period: April 1, 2025 – April 30, 2025

## Legal Fees

| Date | Service | Name | VAT | Hours |
|---|---|---|---|---|
| 01.04.2025 | Research: next steps re ▪ | OJY | 0.00% | 5.20 |
| 01.04.2025 | Research: next steps in ▪ | EVS | 0.00% | 6.40 |
| 01.04.2025 | Call: re ▪ | OJY | 0.00% | 0.80 |
| 01.04.2025 | Draft: Speaking Point re Update Call | OJY | 0.00% | 0.45 |
| 01.04.2025 | Email: re ▪ | OJY | 0.00% | 0.40 |
| 01.04.2025 | Update Call re ▪ (PH: Luc, Alex; PD: Daniel, Mark, Oliver) | EVS | 0.00% | 0.50 |
| 01.04.2025 | Discussion Daniel re ▪ | EVS | 0.00% | 0.40 |
| 01.04.2025 | Legal research re ▪ | EVS | 0.00% | 1.00 |
| 01.04.2025 | rev. ▪ | MMA | 0.00% | 0.40 |
| 01.04.2025 | conf HA/OJY/EVS re ▪ | MMA | 0.00% | 0.40 |
| 01.04.2025 | Call Luc/Alex re ▪ | MMA | 0.00% | 0.50 |
| 01.04.2025 | Prep. call Luc/Alex re ▪ | MMA | 0.00% | 0.30 |
| 01.04.2025 | Call: re Update ▪ | OJY | 0.00% | 0.50 |
| 01.04.2025 | Email: re ▪ | OJY | 0.00% | 0.20 |
| 02.04.2025 | Prepare files for Liechtenstein Attorney | OJY | 0.00% | 0.45 |
| 02.04.2025 | Legal research ▪ | EVS | 0.00% | 4.60 |
| 02.04.2025 | Discussion internal with Gion J. re next steps | OJY | 0.00% | 1.00 |
| 02.04.2025 | Email: re court costs to PD | OJY | 0.00% | 0.25 |
| 02.04.2025 | conf OJY regarding call with Trustee on 1 April 2024; discussion about procedural options | GJ | 0.00% | 0.70 |
| 02.04.2025 | Draft: Overview re next litigation steps | OJY | 0.00% | 5.80 |
| 02.04.2025 | Draft: ▪ | OJY | 0.00% | 0.75 |
| 02.04.2025 | Discussion: internal re next steps Nora V. | OJY | 0.00% | 0.30 |
| 02.04.2025 | Internal Discussion with Oliver re ▪ | EVS | 0.00% | 0.50 |
| 02.04.2025 | Internal Discussion with Oliver, Gion, Daniel re next steps in ▪ | EVS | 0.00% | 2.55 |
| 02.04.2025 | Internal Discussion with Hayek, Jegher, Meili | OJY | 0.00% | 0.55 |
| 02.04.2025 | conf HA/GJ/OJY/EVS re ▪ | MMA | 0.00% | 0.80 |
| 02.04.2025 | rev. summary re ▪ | MMA | 0.00% | 0.60 |
| 02.04.2025 | conf HA, MMA, OJY and EVS regarding ▪ | GJ | 0.00% | 0.80 |
| 02.04.2025 | conf OJY re next steps and procedural issues | GJ | 0.00% | 1.00 |

1

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 02.04.2025 | legal review regarding procedural issues | GJ | 0.00% | 1.50 |
| 02.04.2025 | conf OJY re procedural issues | GJ | 0.00% | 0.50 |
| 02.04.2025 | work on overview re next litigation steps | GJ | 0.00% | 1.50 |
| 03.04.2025 | Research: re ▮ | OJY | 0.00% | 0.40 |
| 03.04.2025 | Draft: ▮ | OJY | 0.00% | 4.60 |
| 03.04.2025 | Draft: ▮ | OJY | 0.00% | 1.30 |
| 03.04.2025 | Draft ▮ | EVS | 0.00% | 1.70 |
| 03.04.2025 | Legal research re ▮ | EVS | 0.00% | 1.90 |
| 03.04.2025 | Draft ▮ and research of various questions related to that matter | EVS | 0.00% | 4.65 |
| 03.04.2025 | Email: re Questions from Alex | OJY | 0.00% | 0.20 |
| 03.04.2025 | Draft: Email re ▮ | OJY | 0.00% | 0.40 |
| 03.04.2025 | Research: ▮ | OJY | 0.00% | 0.80 |
| 03.04.2025 | Discussions with G. Jaegher and Nora V. re ▮ | OJY | 0.00% | 0.30 |
| 03.04.2025 | Review: ▮ | OJY | 0.00% | 1.00 |
| 03.04.2025 | conf OJY/EVS re ▮ | MMA | 0.00% | 0.60 |
| 03.04.2025 | rev. summary re ▮ | MMA | 0.00% | 0.70 |
| 03.04.2025 | Internal Discussion with D. Hayek | OJY | 0.00% | 0.30 |
| 03.04.2025 | review ▮ | GJ | 0.00% | 0.30 |
| 03.04.2025 | review ▮ | GJ | 0.00% | 0.50 |
| 03.04.2025 | review ▮ | GJ | 0.00% | 0.80 |
| 03.04.2025 | conf with OJY re ▮ | GJ | 0.00% | 1.00 |
| 03.04.2025 | rev. ▮ | HA | 0.00% | 2.10 |
| 03.04.2025 | Feedback to team re: ▮ | HA | 0.00% | 0.70 |
| 04.04.2025 | Draft ▮ | EVS | 0.00% | 5.70 |
| 04.04.2025 | Draft: ▮ | OJY | 0.00% | 4.10 |
| 04.04.2025 | Draft: ▮ | OJY | 0.00% | 2.20 |
| 04.04.2025 | Draft: Email re next steps | OJY | 0.00% | 0.55 |
| 04.04.2025 | Discussion: Internal re next steps | OJY | 0.00% | 0.40 |
| 04.04.2025 | Internal Discussion HA, OJY, MMA, GJ | EVS | 0.00% | 0.50 |
| 04.04.2025 | Research: re ▮ | OJY | 0.00% | 1.00 |
| 04.04.2025 | Conf HA/GJ/OJY/EVS re ▮ | MMA | 0.00% | 0.40 |
| 04.04.2025 | rev. ▮ | MMA | 0.00% | 0.30 |
| 04.04.2025 | conf OJY/EVS re ▮ | MMA | 0.00% | 0.30 |
| 04.04.2025 | rev. ▮ | MMA | 0.00% | 0.30 |
| 04.04.2025 | Draft: Overview re ▮ | OJY | 0.00% | 0.80 |
| 04.04.2025 | Conf HA/MMA/OJY/EVS re ▮ | GJ | 0.00% | 0.40 |

2

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 04.04.2025 | research regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓ ; conf OJY | GJ | 0.00% | 1.20 |
| 07.04.2025 | Draft: ▓▓▓▓▓▓▓▓ | OJY | 0.00% | 2.10 |
| 07.04.2025 | Internal discussion with Oliver re ▓▓▓▓▓▓▓▓▓▓ | EVS | 0.00% | 0.70 |
| 07.04.2025 | Memo re ▓▓▓▓▓▓▓ | EVS | 0.00% | 3.00 |
| 07.04.2025 | Draft: ▓▓▓▓▓▓▓ | OJY | 0.00% | 4.50 |
| 07.04.2025 | Memo re ▓▓▓▓▓▓▓ | EVS | 0.00% | 3.05 |
| 07.04.2025 | Internal discussion with Nora V. and Daniel H. re next steps | OJY | 0.00% | 0.30 |
| 07.04.2025 | Talk to PD team re: strategie etc. | HA | 0.00% | 0.50 |
| 07.04.2025 | Call Luc | HA | 0.00% | 0.50 |
| 07.04.2025 | Review: ▓▓▓▓▓ | OJY | 0.00% | 0.85 |
| 07.04.2025 | rev. ▓▓▓▓▓ | HA | 0.00% | 1.50 |
| 07.04.2025 | conf HA/OJY/EVS re ▓▓▓▓▓▓▓▓▓▓ | MMA | 0.00% | 0.50 |
| 07.04.2025 | rev. ▓▓▓▓▓▓▓▓ | MMA | 0.00% | 0.50 |
| 07.04.2025 | Review ▓▓▓▓▓▓▓ | EVS | 0.00% | 0.60 |
| 07.04.2025 | Research: ▓▓▓▓▓▓ | OJY | 0.00% | 1.20 |
| 07.04.2025 | Emails to PH re various updates | OJY | 0.00% | 0.45 |
| 07.04.2025 | Call: with Alex B. re next steps | OJY | 0.00% | 0.40 |
| 07.04.2025 | Research re further assets | EVS | 0.00% | 1.00 |
| 08.04.2025 | Draft: ▓▓▓▓▓ | OJY | 0.00% | 7.30 |
| 08.04.2025 | Review e-mails Paul Hasting re ▓▓▓▓▓▓▓ | EVS | 0.00% | 0.90 |
| 08.04.2025 | Memo re ▓▓▓▓▓▓ | EVS | 0.00% | 1.25 |
| 08.04.2025 | rev. emails Alex re ▓▓▓▓▓▓ | MMA | 0.00% | 0.40 |
| 08.04.2025 | Research re ▓▓▓▓▓▓▓▓▓▓▓ | EVS | 0.00% | 3.00 |
| 08.04.2025 | Call: Destrict Court judge re costs | OJY | 0.00% | 0.70 |
| 08.04.2025 | Internal discussion with Nora V. re ▓▓▓▓▓ | OJY | 0.00% | 1.35 |
| 08.04.2025 | Review draft ▓▓▓▓▓▓ | EVS | 0.00% | 2.55 |
| 08.04.2025 | rev. final ▓▓▓▓▓▓ | MMA | 0.00% | 1.00 |
| 08.04.2025 | conf OJY re ▓▓▓▓▓▓ | MMA | 0.00% | 0.40 |
| 08.04.2025 | rev. of law re ▓▓▓▓▓▓ | MMA | 0.00% | 0.50 |
| 08.04.2025 | rev. ▓▓▓▓▓▓ | MMA | 0.00% | 0.30 |
| 08.04.2025 | Overview ▓▓▓▓▓▓ | EVS | 0.00% | 0.85 |
| 08.04.2025 | Internal discussion with Oliver re ▓▓▓▓▓ | EVS | 0.00% | 1.35 |
| 08.04.2025 | Send ▓▓▓▓▓ | OJY | 0.00% | 0.75 |
| 08.04.2025 | Email re ▓▓▓▓ | OJY | 0.00% | 0.25 |
| 09.04.2025 | Draft: Email to PH re ▓▓▓▓▓ | OJY | 0.00% | 3.85 |
| 09.04.2025 | Draft E-Mail to PH re ▓▓▓▓▓▓▓ | EVS | 0.00% | 3.85 |

3

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 09.04.2025 | Internal discussion with Nora V. re ▅▅▅▅▅ | OJY | 0.00% | 1.00 |
| 09.04.2025 | Internal discussion: re next steps in litigation | OJY | 0.00% | 0.80 |
| 09.04.2025 | Draft: ▅▅▅▅▅ | OJY | 0.00% | 2.85 |
| 09.04.2025 | rev. docs and e-mail on ▅▅▅▅▅ | HA | 0.00% | 1.00 |
| 09.04.2025 | Prepare ▅▅▅▅▅, final review | EVS | 0.00% | 2.20 |
| 09.04.2025 | prep. call and call Luc and Alex with team | HA | 0.00% | 1.00 |
| 09.04.2025 | Send ▅▅▅▅▅ | EVS | 0.00% | 0.75 |
| 09.04.2025 | Email: to PH re ▅▅▅▅▅ | OJY | 0.00% | 0.25 |
| 09.04.2025 | Internal discussion with team re strategy | EVS | 0.00% | 1.00 |
| 09.04.2025 | Internal discussion with Oliver re issues with the actions | EVS | 0.00% | 0.80 |
| 09.04.2025 | conf HA/GJ/OJY/EVS re continuation ▅▅▅▅▅ | MMA | 0.00% | 0.80 |
| 09.04.2025 | rev. ▅▅▅▅▅ | MMA | 0.00% | 0.25 |
| 09.04.2025 | rev. ▅▅▅▅▅ | MMA | 0.00% | 0.25 |
| 09.04.2025 | Call Luc/Alex re ▅▅▅▅▅ | MMA | 0.00% | 0.50 |
| 09.04.2025 | Call Luc/Alex re ▅▅▅▅▅ | GJ | 0.00% | 0.50 |
| 09.04.2025 | conf HA/MMA/OJY/EVS re ▅▅▅▅▅ | GJ | 0.00% | 0.80 |
| 09.04.2025 | work on ▅▅▅▅▅; internal discussions with OJY and with both OJY and EVS | GJ | 0.00% | 2.00 |
| 10.04.2025 | Email: Materials re ▅▅▅▅▅ | OJY | 0.00% | 0.85 |
| 10.04.2025 | Review: New Documents provided by PH | OJY | 0.00% | 1.05 |
| 10.04.2025 | Reasearch re ▅▅▅▅▅ | EVS | 0.00% | 1.00 |
| 10.04.2025 | Review E-Mail PH re ▅▅▅▅▅ | EVS | 0.00% | 0.95 |
| 10.04.2025 | conf OJY re ▅▅▅▅▅ | MMA | 0.00% | 0.25 |
| 11.04.2025 | Review: U▅▅▅▅▅ | OJY | 0.00% | 2.90 |
| 11.04.2025 | Draft: Email to ▅▅▅▅▅ | OJY | 0.00% | 0.65 |
| 11.04.2025 | Legal research re ▅▅▅▅▅ | EVS | 0.00% | 1.20 |
| 11.04.2025 | E-Mail to ▅▅▅▅▅ | HA | 0.00% | 0.40 |
| 11.04.2025 | Call ▅▅▅▅▅ | HA | 0.00% | 0.50 |
| 11.04.2025 | Draft: ▅▅▅▅▅ | OJY | 0.00% | 0.55 |
| 11.04.2025 | Legal review re ▅▅▅▅▅ | EVS | 0.00% | 0.75 |
| 11.04.2025 | rev. correspondence ▅▅▅▅▅ | MMA | 0.00% | 0.20 |
| 12.04.2025 | Draft: ▅▅▅▅▅ | OJY | 0.00% | 2.30 |
| 14.04.2025 | Internal discussions with team re next steps in ▅▅▅▅▅ | EVS | 0.00% | 1.50 |
| 14.04.2025 | Review: ▅▅▅▅▅ | OJY | 0.00% | 0.25 |
| 14.04.2025 | Internal Discussion with Gion J. re next steps | OJY | 0.00% | 0.85 |

4

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 14.04.2025 | Draft: Email re speaking ▮ | OJY | 0.00% | 0.35 |
| 14.04.2025 | Draft: Email re ▮ | OJY | 0.00% | 1.15 |
| 14.04.2025 | Internal Discussion with OJY re next steps | GJ | 0.00% | 0.85 |
| 14.04.2025 | review file | GJ | 0.00% | 0.30 |
| 14.04.2025 | Internal discussion with Oliver re ▮ | EVS | 0.00% | 0.70 |
| 14.04.2025 | Work on ▮ | EVS | 0.00% | 2.55 |
| 14.04.2025 | Internal discussions with Nora re next steps | OJY | 0.00% | 1.60 |
| 14.04.2025 | Draft: ▮ | OJY | 0.00% | 0.85 |
| 14.04.2025 | ▮ | EVS | 0.00% | 0.75 |
| 14.04.2025 | Call: with ▮ | OJY | 0.00% | 0.55 |
| 14.04.2025 | Tel. ▮ | HA | 0.00% | 0.70 |
| 14.04.2025 | Prep. and Call ▮ | HA | 0.00% | 1.00 |
| 14.04.2025 | Draft: Call note re ▮ | OJY | 0.00% | 0.20 |
| 14.04.2025 | Draft: Email to ▮ | OJY | 0.00% | 0.60 |
| 14.04.2025 | rev. ▮ | HA | 0.00% | 0.80 |
| 14.04.2025 | Draft: Letter to ▮ | OJY | 0.00% | 0.15 |
| 14.04.2025 | Draft: Response email to PD re questions | OJY | 0.00% | 1.05 |
| 14.04.2025 | rev. ▮ | MMA | 0.00% | 0.30 |
| 14.04.2025 | conf HA/OJY re ▮ | MMA | 0.00% | 0.20 |
| 14.04.2025 | rev. draft email to Luc/Alex re ▮ | MMA | 0.00% | 0.40 |
| 14.04.2025 | E-Mail answer to Alex re ▮ | EVS | 0.00% | 0.50 |
| 14.04.2025 | E-Mail to Luc on ▮ | HA | 0.00% | 0.30 |
| 15.04.2025 | Draft: ▮ | OJY | 0.00% | 1.50 |
| 15.04.2025 | Legal research on ▮ | EVS | 0.00% | 5.05 |
| 15.04.2025 | Internal discussion with Nora V. | OJY | 0.00% | 0.95 |
| 15.04.2025 | Various Calls: ▮ | OJY | 0.00% | 0.75 |
| 15.04.2025 | Review: ▮ | OJY | 0.00% | 0.35 |
| 15.04.2025 | Call ▮ | EVS | 0.00% | 0.40 |
| 15.04.2025 | Draft: ▮ | OJY | 0.00% | 4.65 |
| 15.04.2025 | conf HA/OJY/EVS re ▮ | MMA | 0.00% | 0.50 |
| 15.04.2025 | Internal discussion with OJY re next steps ▮ | EVS | 0.00% | 0.75 |
| 15.04.2025 | rev. correspondence ▮ | MMA | 0.00% | 0.10 |
| 16.04.2025 | Internal discussion with OJY re next steps in the ▮ | EVS | 0.00% | 0.85 |
| 16.04.2025 | Draft: email re court costs | OJY | 0.00% | 0.80 |
| 16.04.2025 | Internal discussion with Nora V. re next steps | OJY | 0.00% | 0.60 |
| 16.04.2025 | Work on ▮ | EVS | 0.00% | 2.15 |
| 16.04.2025 | Draft: ▮ | OJY | 0.00% | 0.75 |

5

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 16.04.2025 | rev. ▮▮▮▮ | HA | 0.00% | 0.60 |
| 16.04.2025 | Email: re ▮▮▮▮ | OJY | 0.00% | 2.10 |
| 16.04.2025 | Review ▮▮▮▮ | EVS | 0.00% | 0.50 |
| 16.04.2025 | Draft: Email to Alex B. re strategy | OJY | 0.00% | 0.50 |
| 16.04.2025 | rev. ▮▮▮▮ | MMA | 0.00% | 0.20 |
| 16.04.2025 | conf HA/OJY re ▮▮▮▮ | MMA | 0.00% | 0.20 |
| 16.04.2025 | Correction of ▮▮▮▮ / research thereof | EVS | 0.00% | 1.80 |
| 16.04.2025 | E-Mail Luc re: ▮▮▮▮ | HA | 0.00% | 0.30 |
| 17.04.2025 | Draft: ▮▮▮▮ | OJY | 0.00% | 4.75 |
| 17.04.2025 | Email: internal re court and other payments advanced by PD | OJY | 0.00% | 0.60 |
| 17.04.2025 | Call: ▮▮▮▮ | OJY | 0.00% | 0.60 |
| 17.04.2025 | Work on ▮▮▮▮ | EVS | 0.00% | 4.85 |
| 17.04.2025 | Draft: E-mail to ▮▮▮▮ | OJY | 0.00% | 0.85 |
| 17.04.2025 | Internal discussion re next steps with Nora V. | OJY | 0.00% | 0.70 |
| 17.04.2025 | Call ▮▮▮▮ | EVS | 0.00% | 0.70 |
| 17.04.2025 | Draft: Email re new information | OJY | 0.00% | 0.20 |
| 17.04.2025 | arrange ▮▮▮▮ | MMA | 0.00% | 0.20 |
| 17.04.2025 | conf OJY/EVS re discussions with ▮▮▮▮ | MMA | 0.00% | 0.30 |
| 17.04.2025 | Internal discussion OJY re next steps | EVS | 0.00% | 1.00 |
| 17.04.2025 | call ▮▮▮▮ | MMA | 0.00% | 0.25 |
| 21.04.2025 | conf OJY re emails Alex re ▮▮▮▮ | MMA | 0.00% | 0.30 |
| 21.04.2025 | E-mail Alex re summary of ▮▮▮▮ | MMA | 0.00% | 0.60 |
| 21.04.2025 | Email: re Questions PH re ▮▮▮▮ | OJY | 0.00% | 0.80 |
| 22.04.2025 | E-Mail to PH re Memo re ▮▮▮▮ | EVS | 0.00% | 2.35 |
| 22.04.2025 | Review: ▮▮▮▮ | OJY | 0.00% | 0.65 |
| 22.04.2025 | Draft: ▮▮▮▮ | OJY | 0.00% | 3.50 |
| 22.04.2025 | Draft Email to PH re court fees | OJY | 0.00% | 0.80 |
| 22.04.2025 | Research re ▮▮▮▮ | EVS | 0.00% | 2.90 |
| 22.04.2025 | Call with ▮▮▮▮ | EVS | 0.00% | 0.25 |
| 22.04.2025 | Call: with ▮▮▮▮ | OJY | 0.00% | 0.25 |
| 22.04.2025 | Discussion internal with Nora V. re next steps | OJY | 0.00% | 0.60 |
| 22.04.2025 | Draft: Email re court costs | OJY | 0.00% | 0.70 |
| 22.04.2025 | work on ▮▮▮▮ | EVS | 0.00% | 0.75 |
| 22.04.2025 | internal discussion with OJY re next steps | EVS | 0.00% | 0.50 |
| 22.04.2025 | Discussion internal with D. Hayek | OJY | 0.00% | 0.25 |
| 22.04.2025 | internal discussion with HA | EVS | 0.00% | 0.25 |
| 22.04.2025 | Draft: Various Emails to PH re new development | OJY | 0.00% | 1.95 |

6

| Date | Description | Atty | % | Hours |
|---|---|---|---|---|
| 22.04.2025 | conf HA/OJY/EVS re ████ | MMA | 0.00% | 0.30 |
| 22.04.2025 | conf HA/OJY re ████ | MMA | 0.00% | 0.30 |
| 22.04.2025 | conf OJY/EVS re court costs | MMA | 0.00% | 0.20 |
| 22.04.2025 | conf OJY re ████ | MMA | 0.00% | 0.20 |
| 22.04.2025 | E-Mail Liechtenstein lawyer re ████ | MMA | 0.00% | 0.20 |
| 22.04.2025 | E-Mails Luc re: ████ | HA | 0.00% | 0.60 |
| 22.04.2025 | Discussion ████ | HA | 0.00% | 0.70 |
| 22.04.2025 | E-Mails to ████ | HA | 0.00% | 0.60 |
| 22.04.2025 | E-Mail to Luc re: ████ | HA | 0.00% | 0.30 |
| 23.04.2025 | Draft: ████ | OJY | 0.00% | 5.20 |
| 23.04.2025 | work on ████ | EVS | 0.00% | 4.50 |
| 23.04.2025 | Conf team and ████ | HA | 0.00% | 0.90 |
| 23.04.2025 | Various Calls: with ████ | OJY | 0.00% | 1.45 |
| 23.04.2025 | Call with ████ | EVS | 0.00% | 0.95 |
| 23.04.2025 | Various Calls: with Daniel H. | OJY | 0.00% | 0.50 |
| 23.04.2025 | Email to ████ | OJY | 0.00% | 0.30 |
| 23.04.2025 | Speaking Points for call with Liechtenstein Lawyers | OJY | 0.00% | 0.75 |
| 23.04.2025 | Call: re Attorneys in Liechtenstein | OJY | 0.00% | 0.55 |
| 23.04.2025 | Call with Liechtenstein lawyers J. Schreiber / E. Seipelt | EVS | 0.00% | 0.55 |
| 23.04.2025 | Internal discussion with Nora V. re ████ | OJY | 0.00% | 0.45 |
| 23.04.2025 | internal discussion re applicable law with OJY | EVS | 0.00% | 0.45 |
| 23.04.2025 | Call Liechtenstein lawyers re ████ | MMA | 0.00% | 0.40 |
| 23.04.2025 | prep. call Liechtenstein lawyers re ████ | MMA | 0.00% | 0.25 |
| 23.04.2025 | Conf HA/OJY/EVS re ████ | MMA | 0.00% | 0.60 |
| 23.04.2025 | Internal discussion with Daniel H. re new developments | OJY | 0.00% | 0.40 |
| 23.04.2025 | E-Mail to Luc re. Conf team and ████ | HA | 0.00% | 0.30 |
| 24.04.2025 | Emails to ████ | OJY | 0.00% | 0.75 |
| 24.04.2025 | Research re ████ | EVS | 0.00% | 1.05 |
| 24.04.2025 | Email to Alex B. re call | OJY | 0.00% | 0.30 |
| 24.04.2025 | Draft ████ | OJY | 0.00% | 2.30 |
| 24.04.2025 | work on ████ | EVS | 0.00% | 3.30 |
| 24.04.2025 | Draft: Email re US decisions | OJY | 0.00% | 1.90 |
| 24.04.2025 | Internal discussion with Nora V. | OJY | 0.00% | 0.60 |
| 24.04.2025 | Email re ████ | OJY | 0.00% | 2.05 |
| 24.04.2025 | Internal discussion OJY re ████ | EVS | 0.00% | 0.60 |
| 24.04.2025 | Review: ████ | OJY | 0.00% | 0.50 |
| 24.04.2025 | email ████ | MMA | 0.00% | 0.30 |
| 24.04.2025 | internal discussion with OJY | GJ | 0.00% | 0.50 |

7

| Date | Description | Initials | % | Hours |
|---|---|---|---|---|
| 24.04.2025 | Review emails regarding request for ▮ | GJ | 0.00% | 0.50 |
| 25.04.2025 | Internal discussion with Nora V. re reques▮ | OJY | 0.00% | 0.95 |
| 25.04.2025 | internal discussion OJY re ▮ | EVS | 0.00% | 0.95 |
| 25.04.2025 | internal discussion and instruction RPU re ▮ | EVS | 0.00% | 0.60 |
| 25.04.2025 | Draft: request for ▮ | OJY | 0.00% | 5.80 |
| 25.04.2025 | Discussion of the facts and preparation of a memo re the ▮ | RPU | 0.00% | 2.25 |
| 25.04.2025 | Work on ▮ | EVS | 0.00% | 4.80 |
| 25.04.2025 | Document Review re internal documents | OJY | 0.00% | 1.90 |
| 25.04.2025 | Call with Alex | OJY | 0.00% | 0.30 |
| 25.04.2025 | Discussion of the facts and legal research re the ▮ | RPU | 0.00% | 0.25 |
| 25.04.2025 | Research: ▮ | OJY | 0.00% | 0.55 |
| 25.04.2025 | Research re ▮ | EVS | 0.00% | 0.50 |
| 25.04.2025 | rev. email ▮ | MMA | 0.00% | 0.20 |
| 28.04.2025 | Discussion of ▮ | RPU | 0.00% | 2.75 |
| 28.04.2025 | Work on ▮ | EVS | 0.00% | 3.40 |
| 28.04.2025 | Email to ▮ | OJY | 0.00% | 0.55 |
| 28.04.2025 | Review: Letter from ▮ | OJY | 0.00% | 0.30 |
| 28.04.2025 | Discussion internal: re ▮ | OJY | 0.00% | 0.30 |
| 28.04.2025 | Review: ▮ | OJY | 0.00% | 2.55 |
| 28.04.2025 | Email: to PH re meeting with Marxer | OJY | 0.00% | 0.25 |
| 28.04.2025 | research re ▮ | EVS | 0.00% | 0.70 |
| 28.04.2025 | Email: re letter from ▮ | OJY | 0.00% | 0.80 |
| 28.04.2025 | rev. e-mails re: ▮ , e-mail to Luc re: same | HA | 0.00% | 0.50 |
| 28.04.2025 | Conf. Olli re: ▮ | HA | 0.00% | 0.50 |
| 29.04.2025 | Legal research re ▮ | RPU | 0.00% | 2.00 |
| 29.04.2025 | Preparation of a memo re ▮ | RPU | 0.00% | 1.50 |
| 29.04.2025 | Draft: ▮ | OJY | 0.00% | 6.80 |
| 29.04.2025 | Draft: new invoice | OJY | 0.00% | 0.20 |
| 29.04.2025 | internal discussion re next steps re ▮ | EVS | 0.00% | 0.75 |
| 29.04.2025 | Discussion: re ▮ | OJY | 0.00% | 0.85 |
| 29.04.2025 | preparation and call with Marxer (Liechtenstein) and Alex | EVS | 0.00% | 1.10 |
| 29.04.2025 | Preparation and call Liechtein Lawyer re: ▮ | HA | 0.00% | 0.90 |
| 29.04.2025 | Call: With Marxer and PH | OJY | 0.00% | 0.80 |
| 29.04.2025 | Email: To Marxer re ▮ | OJY | 0.00% | 0.35 |
| 29.04.2025 | Internal discussion with Daniel H. re PI | OJY | 0.00% | 0.40 |
| 29.04.2025 | work on ▮ | ▮ | ▮% | 1.00 |

8

| Date | Description | | Provider | VAT | Hours |
|---|---|---|---|---|---|
| 30.04.2025 | Review: ▮ | | OJY | 0.00% | 0.05 |
| 30.04.2025 | Preparation of a memo re ▮ | | RPU | 0.00% | 2.00 |
| 30.04.2025 | Legal research re ▮ | | RPU | 0.00% | 1.25 |
| 30.04.2025 | Draft: ▮ | | OJY | 0.00% | 4.15 |
| 30.04.2025 | Legal research: re ▮ | | OJY | 0.00% | 3.15 |
| 30.04.2025 | internal discussion re ▮ | | EVS | 0.00% | 0.85 |
| 30.04.2025 | Conf. teams e-mails Luc re: ▮ | | HA | 0.00% | 0.90 |
| 30.04.2025 | Email: re ▮ | | OJY | 0.00% | 0.25 |
| 30.04.2025 | Research re ▮ | | EVS | 0.00% | 1.40 |
| 30.04.2025 | Call with ▮ | | EVS | 0.00% | 0.25 |
| 30.04.2025 | internal discussion with Oli and Nora regarding ▮ | | GJ | 0.00% | 1.50 |
| 30.04.2025 | Reserach re ▮ | | OJY | 0.00% | 0.90 |
| 30.04.2025 | Review: Research re ▮ | | OJY | 0.00% | 1.60 |
| 30.04.2025 | Research re ▮ | | EVS | 0.00% | 0.55 |
| 30.04.2025 | call accounting re ▮ | | MMA | 0.00% | 0.20 |
| 30.04.2025 | rev. emails OJY/Liechtenstein lawyers re ▮ | | MMA | 0.00% | 0.20 |
| **Total excl. VAT** | | | | | **347.75** |

## Expenses

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 13.05.2025 | Disbursements | 0.00% | 2'889.05 |
| **Total excl. VAT** | | | **2'889.05** |

| Provider | Hours | Rate CHF | Amount CHF |
|---|---|---|---|
| Hayek, Daniel | 18.10 | 800.00 | 14'480.00 |
| Jany, Oliver | 161.70 | 425.00 | 68'722.50 |
| Jegher, Gion | 17.15 | 700.00 | 12'005.00 |
| Meili, Mark | 18.35 | 600.00 | 11'010.00 |
| Rashidi, Puya | 12.00 | 175.00 | 2'100.00 |
| Vomvoris, Eleonora | 120.45 | 300.00 | 36'135.00 |
| | 347.75 | 415.40 | 144'452.50 |

**Details of invoice no. 201334-25-03**

Invoice period:  February 21, 2025 – February 21, 2025

**Expenses**

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 21.02.2025 | Court fees for ███████████████ | 0.00% | 4'000.00 |
| 21.02.2025 | Court fees for ███████████ | 0.00% | 8'000.00 |
| **Total excl. VAT** | | | **12'000.00** |

**Details of invoice no. 201334-25-07**

Invoice period: April 7, 2025 – April 29, 2025

**Expenses**

| Date | Text | VAT | Amount CHF |
|---|---|---|---:|
| 07.04.2025 | Invoice District Court Kriens of 26.3.2025 advance on costs ▇▇▇ | 0.00% | 600.00 |
| 11.04.2025 | Invoice District Court Kriens of 11.4.2025 advance on costs ▇▇ ▇▇ | 0.00% | 4'000.00 |
| 15.04.2025 | Invoice ▇▇▇▇▇▇▇▇▇▇ advance on costs | 0.00% | 8'000.00 |
| 29.04.2025 | Invoice District Court Kriens of 25.4.2025 re ▇▇ ▇▇ | 0.00% | 2'000.00 |
| **Total excl. VAT** | | | **14'600.00** |

1

## Details of invoice no. 201334-25-08

Invoice period: May 2, 2025 – May 2, 2025

**Expenses**

| Date | Text | VAT | Amount CHF |
|---|---|---|---|
| 02.05.2025 | Invoice ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ advance on costs | 0.00% | 20'000.00 |
| **Total excl. VAT** | | | **20'000.00** |

1