**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                                                :
In re:                                                          : Chapter 11
                                                                :
HO WAN KWOK, *et al.*,                                          : Case No. 22-50073 (JAM)
                                                                :
      Debtors.[1]                  : Jointly Administered
                                                                :
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KOBRE & KIM (GCC) LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM MARCH 1, 2025 THROUGH MARCH 31, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kobre & Kim (GCC) LLP ("Kobre & Kim") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as special counsel in the United Arab Emirates (the "UAE") to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from March 1, 2025 through and including March 31, 2025 (the "Fee Period"). By this Monthly Fee Statement, Kobre & Kim respectfully requests payment of 80% of all fees and 100% of all expenses actually and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

necessarily incurred for services rendered during the Fee Period, in the amounts of $25,717.00 and $0, respectively.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, hours, rate, and total fees earned for each Kobre & Kim individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is Kobre & Kim's fee statement for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

3. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kobre & Kim (Attn: Paul Hughes (paul.hughes@kobrekim.com) and (ii) the Notice Parties by email no later than **June 5, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kobre & Kim 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: May 15, 2025

By: */s/ Paul Hughes*
Paul Hughes
KOBRE & KIM (GCC) LLP
Office 27-01, Level 27
ICD Brookfield DIFC
Dubai, UAE

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                          :   Chapter 11
                                                :
HO WAN KWOK, *et al.*,[1]                       :   Case No. 22-50073 (JAM)
                                                :
        Debtors.                                :   (Jointly Administered)
                                                :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated:   May 15, 2025            By: */s/ G. Alexander Bongartz*
         New York, New York          G. Alexander Bongartz (admitted *pro hac vice*)
                                     PAUL HASTINGS LLP
                                     200 Park Avenue
                                     New York, New York 10166
                                     (212) 318-6000
                                     alexbongartz@paulhastings.com

                                     *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Partner | 7.8 | $1,875.00 | $14,625.00 |
| Principal | 4.5 | $1,300.00 | $5,850.00 |
| Associate | 10.0 | $1,050.00 | $10,500.00 |
| Analyst | 2.0 | $585.00 | $1,170.00 |
| | | | |
| TOTAL | 24.3 | | $32,145.00 |

**<u>Exhibit B</u>**

**Fee Statement**

Luc Despins  
Invoice No. 471922R  
April 25, 2025

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

Schedule of Professional Services

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---|---|---|
| 03/03/2025 | | | | |
| PRH | Confer with Emily and Nada regarding next steps on ▮▮▮▮▮, review Paul Hastings update. | $1,875.00 | 0.6 | $1,125.00 |
| PRH | Briefing Emily and Nada ahead of Paul Hastings call and debrief. | 1,875.00 | 0.3 | 562.50 |
| ERB | Prepare for and attend update call with Douglass. | 1,300.00 | 0.4 | 520.00 |
| NAE | Confer with team on strategy and next steps. | 1,050.00 | 0.3 | 315.00 |
| NAE | Prep for and attend client call to ▮▮▮▮▮ | 1,050.00 | 0.4 | 420.00 |
| 03/04/2025 | | | | |
| PRH | Review email and draft POA from Hadef and confer Nada regarding ▮▮▮▮▮. | 1,875.00 | 0.4 | 750.00 |
| NAE | Review Tamimi's email and enclosed ▮▮, and discuss with Paul Hughes. | 1,050.00 | 0.4 | 420.00 |
| 03/05/2025 | | | | |
| NAE | Review Tamimi's email to progress ▮▮, call with Tamimi to discuss the same and debrief with Paul Hughes. | 1,050.00 | 0.5 | 525.00 |
| 03/06/2025 | | | | |
| ERB | Attention to correspondence with Douglass regarding: ▮▮▮▮▮; confer Paul Hughes. | 1,300.00 | 0.7 | 910.00 |
| 03/07/2025 | | | | |
| PRH | Review query from Paul Hastings, review, amend and approve email in response. | 1,875.00 | 0.3 | 562.50 |
| ERB | Correspondence with Douglass. | 1,300.00 | 0.1 | 130.00 |
| 03/10/2025 | | | | |
| NAE | Review and amend ▮▮▮▮. | 1,050.00 | 0.5 | 525.00 |
| NAE | Attention to client's queries regarding ▮▮▮▮. | 1,050.00 | 0.2 | 210.00 |

3

Luc Despins  
Invoice No. 471922R  
April 25, 2025

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---|---|---|
| 03/11/2025 | | | | |
| PRH | Review Nada amendments and comments on ▓▓▓ and approve. | 1,875.00 | 0.2 | 375.00 |
| PRH | Review Alex update and confer Emily regarding response. | 1,875.00 | 0.2 | 375.00 |
| NAE | Further edits to ▓▓▓ and discuss with Paul Hughes. | 1,050.00 | 0.5 | 525.00 |
| NAE | Draft and send email to Tamimi with further queries on ▓▓▓. | 1,050.00 | 0.4 | 420.00 |
| NAE | Attention to client email on potential conflict with Tamimi. | 1,050.00 | 0.1 | 105.00 |
| NAE | Attention to client's queries regarding ▓▓▓. | 1,050.00 | 0.1 | 105.00 |
| 03/12/2025 | | | | |
| PRH | Call Luc regarding onshore UAE Counsel and confer team regarding next steps, liaise with Alex at Paul Hastings. | 1,875.00 | 0.4 | 750.00 |
| ERB | Correspondence with Ezra. | 1,300.00 | 0.1 | 130.00 |
| NAE | Attention to conflict issue with Tamimi and liaise with team on running conflict check with Hadef. | 1,050.00 | 0.4 | 420.00 |
| NRS | Attention to key notes from client call. | 585.00 | 0.2 | 117.00 |
| 03/13/2025 | | | | |
| PRH | Liaise with Paul Hastings and Tamimi regarding onshore counsel. | 1,875.00 | 0.4 | 750.00 |
| NAE | Attention to correspondence with Tamimi regarding conflict and confer with Paul Hughes. | 1,050.00 | 0.4 | 420.00 |
| NAE | Attention to list of conflict terms to run by Hadef. | 1,050.00 | 0.2 | 210.00 |
| 03/14/2025 | | | | |
| PRH | Internal strategy call following email from Paul Hastings. | 1,875.00 | 0.7 | 1,312.50 |
| PRH | Review, amend and approve draft email regarding local counsel and liaise with Paul Hastings team, review and approve email out to Hadef and review response. | 1,875.00 | 0.7 | 1,312.50 |
| ERB | Confer Paul Hughes and Nada Oteifi regarding priority action items and updates to client. | 1,300.00 | 0.5 | 650.00 |

4

Luc Despins  
Invoice No. 471922R  
April 25, 2025

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| ERB | Attention to queries raised by Ezra regarding ▮ | 1,300.00 | 0.6 | 780.00 |
| NAE | Review ▮ | 1,050.00 | 0.5 | 525.00 |
| NAE | Attention to client's comments on conflict terms. | 1,050.00 | 0.2 | 210.00 |
| NAE | Consider service related queries. | 1,050.00 | 0.1 | 105.00 |
| NAE | Draft email to client proposing way forward with conflict check and discuss with Paul Hughes. | 1,050.00 | 0.4 | 420.00 |
| NAE | Draft and send conflict check email to Hadef. | 1,050.00 | 0.3 | 315.00 |
| NAE | Prepare list of conflict terms to send to Hadef, and amend following client's comments. | 1,050.00 | 0.5 | 525.00 |
| NAE | Progress strategy and in the UAE and ADGM and discuss the same with Paul Hughes and Emily Beirne. | 1,050.00 | 0.8 | 840.00 |
| 03/16/2025 | | | | |
| ERB | Review/comment upon draft client email regarding ▮ | 1,300.00 | 0.2 | 260.00 |
| NAE | Further review of ▮ and draft response to client query. | 1,050.00 | 0.4 | 420.00 |
| 03/17/2025 | | | | |
| PRH | Review amend and approve detailed update to Paul Hastings. | 1,875.00 | 0.4 | 750.00 |
| NAE | Review draft response to client's query as to the ▮. | 1,050.00 | 0.1 | 105.00 |
| 03/18/2025 | | | | |
| PRH | Review, amend and approve detailed update regarding ADGM. | 1,875.00 | 0.3 | 562.50 |
| PRH | Review, amend and approve update regarding ▮ | 1,875.00 | 0.2 | 375.00 |
| NAE | Correspond with client and Hadef to progress next steps. | 1,050.00 | 0.4 | 420.00 |
| NAE | Correspond with Hadef to progress conflict check. | 1,050.00 | 0.2 | 210.00 |
| 03/20/2025 | | | | |
| PRH | Attend to various emails regarding client update. | 1,875.00 | 0.3 | 562.50 |

5

Luc Despins  
Invoice No. 471922R  
April 25, 2025

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

| Date/Tkpr | Description of Work | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| 03/21/2025 | | | | |
| PRH | Review updates from Paul Hastings team regarding ▮▮▮ and confer team, review and approve detailed update Ezra. | 1,875.00 | 0.5 | 937.50 |
| ERB | Attention to queries regarding UAE entities raised by Ezra; confer Nadia Simpson. | 1,300.00 | 0.8 | 1,040.00 |
| ERB | Correspondence with client/confer team. | 1,300.00 | 0.2 | 260.00 |
| NAE | Attention to client's query as to ▮▮▮ and review team's findings. | 1,050.00 | 0.3 | 315.00 |
| NRS | Attention to UAE entities and obtain ▮▮▮ of the same for attorney team review. | 585.00 | 1.8 | 1,053.00 |
| 03/25/2025 | | | | |
| PRH | Attend call with Paul Hastings team. | 1,875.00 | 0.5 | 937.50 |
| PRH | Prepare for call with Paul Hastings team. | 1,875.00 | 0.3 | 562.50 |
| ERB | Prepare for and attend client update call. | 1,300.00 | 0.8 | 1,040.00 |
| NAE | Prepare list of ▮▮▮ and send to Hadef for conflict checks. | 1,050.00 | 0.4 | 420.00 |
| NAE | Prep for and attend client call. | 1,050.00 | 1.0 | 1,050.00 |
| 03/26/2025 | | | | |
| PRH | Review follow up emails from Paul Hastings team following call. | 1,875.00 | 0.3 | 562.50 |
| PRH | Review and approve Hadef email regarding onshore. | 1,875.00 | 0.2 | 375.00 |
| PRH | Review and approve communications with Hadef. | 1,875.00 | 0.2 | 375.00 |
| 03/31/2025 | | | | |
| PRH | Review communications with client regarding comments on ▮▮▮. | 1,875.00 | 0.4 | 750.00 |
| ERB | Correspondence with client. | 1,300.00 | 0.1 | 130.00 |
| | **Total Current Fees** | | | **$32,145.00** |
| | **Total Current Fees & Charges** | | | **$32,145.00** |