**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                              :     Chapter 11
:
HO WAN KWOK *et al.*,                               :     Case No. 22-50073 (JAM)
:
        Debtors.¹                                   :     Jointly Administered
:
---------------------------------------------------------x

**NOTICE OF CHAPTER 11 TRUSTEE AND GENEVER HOLDINGS LLC
REGARDING FUNDING OF MAINTENANCE CHARGES FOR SHERRY
NETHERLAND APARTMENT**

**PLEASE TAKE NOTICE** that, on April 11, 2025, The Sherry-Netherland, Inc. ("The Sherry-Netherland") filed its motion seeking to direct Genever Holdings LLC ("Genever US") to identify a source of funding to pay monthly post-petition maintenance charges [Docket No. 4310] (the "Motion").²

**PLEASE TAKE FURTHER NOTICE** that, on April 29, 2025, the Court held a hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that, following the hearing on the Motion, Luc A. Despins, as chapter 11 trustee (the "Trustee") for Ho Wan Kwok (the "Debtor"), has determined to make available to Genever US under the interdebtor DIP facility, and Genever US has determined to borrow thereunder, an amount that, together with the funds remaining in the

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

² Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion.

Security Deposit, will be sufficient for Genever US to pay the monthly maintenance charges for the Apartment for the month of June 2025.

**PLEASE TAKE FURTHER NOTICE** that the foregoing determinations are not a commitment to fund additional monthly maintenance charges (beyond June 2025), except that the Trustee and Genever US will provide 20 days' advance notice to this Court and parties in interest if the Trustee determines not to provide further funding for such monthly maintenance charges.

Dated:   May 19, 2025
         New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

    and

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    and

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee and Genever Holdings LLC*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[3] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   May 19, 2025
         New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted pro hac vice)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee and Genever Holdings LLC*

---

[3] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).