**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, *et al.*, | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtors.[1] | : | Jointly Administered |
|  | : |  |

---------------------------------------------------------------x

## MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kroll, LLC ("Kroll") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from April 1, 2025 through and including April 30, 2025 (the "Fee Period"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $61,159.56 and $1,179.61, respectively.

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period.  The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2.      Attached hereto as <u>Exhibit B</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3.      Attached hereto as <u>Exhibit C</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4.      Attached hereto as <u>Exhibit D</u> is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5.      Attached hereto as <u>Exhibit E</u> are Kroll's fee statements for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

6.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn

(holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **June 10, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9.      To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: May 20, 2025

By:/s/ Allen Pfeiffer
    Allen Pfeiffer
    KROLL, LLC
    55 East 52nd Street, Floor 17
    New York, New York 10055

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------x
                                   :

In re:                            :     Chapter 11
                                   :

HO WAN KWOK, *et al.*,[1]     :     Case No. 22-50073 (JAM)
                                   :

            Debtors.        :     (Jointly Administered)
                                   :
---------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee

Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served

by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF

system.

Dated:    May 20, 2025           By: */s/ G. Alexander Bongartz*
         New York, New York       G. Alexander Bongartz (admitted *pro hac vice*)
                                 Paul Hastings LLP
                                 200 Park Avenue
                                 New York, New York 10166
                                 (212) 318-6000
                                 alexbongartz@paulhastings.com

                                 *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## EXHIBIT A

### HOURS AND RATES PER PROFESSIONAL

*Time Period: April 1-30, 2025.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 890 | $ 712 | 3.0 | $ 2,136.00 |
| Barker, James | Associate Managing Director | Forensic Investigations and Intelligence | $ 710 | $ 639 | 5.7 | $ 3,642.30 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 5.4 | $ 2,794.50 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 575 | $ 518 | 97.1 | $ 50,249.25 |
| Levenson, Patrick | Associate Manager | Forensic Investigations and Intelligence | $ 420 | $ 378 | 14.9 | $ 5,632.20 |
| McCurdy, Mike | Research Analyst | Forensic Investigations and Intelligence | $ 245 | $ 221 | 54.4 | $ 11,995.20 |
| **Total Hours and Fees:** | | | | | **180.5** | **$ 76,449.45** |
| **Blended Hourly Rate:** | | | | | | **$ 423.54** |

1

**EXHIBIT B**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

*Time Period: April 1-30, 2025.*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B110 Case Administration | - | $ - |
| B113 Pleadings Review | - | $ - |
| B120 Asset Analysis and Recovery | 141.5 | $ 61,566.95 |
| B155 Court Hearings | - | $ - |
| B160 Fee/Employment Applications | 5.0 | $ 2,782.00 |
| B170 Fee/Employment Objections | - | $ - |
| B180 Avoidance Action Analysis | 34.0 | $ 12,100.50 |
| B181 Preference Analysis and Recovery Actions | - | $ - |
| B182 Post-Petition Transfers and Recovery Actions | - | $ - |
| B190 Other Contested Matters (excl. assumption/rejections motions) | - | $ - |
| B191 General Litigation | - | $ - |
| B192 Lender Litigation | - | $ - |
| B195 Non-Working Travel | - | $ - |
| B261 Investigations | - | $ - |
| **TOTAL** | **180.5** | **$ 76,449.45** |

<u>**EXHIBIT C**</u>

**SUMMARY OF COMPENSATION BY MATTER ID**

*Time Period: April 1-30, 2025.*

| Matter ID and Name | | Hours Billed | Fees Billed | |
|---|---|---|---|---|
| 00001 | General Debtor Representation | 8.6 | $ | 5,033.95 |
| 00002 | Asset Recovery Investigation and Litigation | 156.8 | $ | 63,268.60 |
| 00003 | HK USA Adversary Proceeding | - | $ | - |
| 00004 | Bravo Luck Adversary Proceeding | - | $ | - |
| 00005 | PAX Adversary Proceeding | - | $ | - |
| 00006 | SN Apartment Adversary Proceeding | - | $ | - |
| 00007 | Greenwich Land Adversary Proceeding | - | $ | - |
| 00008 | AIG Adversary Proceeding | - | $ | - |
| 00009 | Mei Guo Adversary Proceeding | 11.2 | $ | 5,647.50 |
| 00010 | Interpleader Adversary Proceeding | - | $ | - |
| 00011 | HCHK Adversary Proceeding | - | $ | - |
| 00012 | Golden Spring Adversary Proceeding | - | $ | - |
| 00013 | Mahwah Adversary Proceeding | - | $ | - |
| 00014 | RICO Litigation | - | $ | - |
| 00015 | Lamp Capital Adversary Proceeding | - | $ | - |
| 00016 | G-Club Adversary Proceeding | - | $ | - |
| 00017 | Rule of Law Adversary Proceeding | - | $ | - |
| 00018 | UAE Asset Recovery Actions | 3.9 | $ | 2,499.40 |
| 00019 | Leading Shine Adversary Proceeding | - | $ | - |
| 00020 | Gettr USA Proceeding | - | $ | - |
| | | **180.5** | **$** | **76,449.45** |

**EXHIBIT D**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

*Time Period: April 1-30, 2025.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---|
| Database and Research Fees for April | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | $      324.01 |
| Valid8 Charges | General Debtor Representation | Case Administration | 855.60 |
| **TOTAL** | | | **$      1,179.61** |

1

**EXHIBIT E**

**FEE DETAIL**

*Time Period: April 1-30, 2025.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Levenson, Patrick | 3/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Internal meeting with investigation team. | 0.5 | $ 189.00 |
| Lomas, Adam | 4/1/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email with instructions to M. McCurdy re: review of [REDACTED] bank account transactions. | 0.3 | $ 155.25 |
| Lomas, Adam | 4/1/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with M. McCurdy re: review and analysis of [REDACTED] bank account transactions; related updates to master transaction file. | 1.8 | $ 931.50 |
| McCurdy, Mike | 4/1/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Introductory background meeting with A. Lomas. | 1.1 | $ 242.55 |
| McCurdy, Mike | 4/1/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with A. Lomas re: review and analysis of [REDACTED] bank account transactions. | 1.8 | $ 396.90 |
| Lomas, Adam | 4/1/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Introductory meeting with M. McCurdy to discuss case background, active workstreams, and underlying case files. | 1.1 | $ 569.25 |
| Lomas, Adam | 4/1/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: identified bank accounts and transfers with respect to [REDACTED] Inc. | 0.6 | $ 310.50 |
| Barker, James | 4/2/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Correspondence/email with L.Song | 0.4 | $ 255.60 |
| Lomas, Adam | 4/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of [REDACTED] document production; related update of inventory of Debtor-related bank accounts. | 1.6 | $ 828.00 |
| Parizek, Pam | 4/2/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Review and log Paul Hastings (L. Song) research request to James Barker re: [REDACTED] and [REDACTED] (.1.). | 0.1 | $ 71.20 |
| Lomas, Adam | 4/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiries from Paul Hastings [D. Barron and S. Maza] re: nature of funds seized from [REDACTED] account at [REDACTED] related transaction review and analysis. | 1.1 | $ 569.25 |
| Lomas, Adam | 4/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 103.50 |
| Lomas, Adam | 4/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email with instructions to M. McCurdy re: review of [REDACTED] bank account transactions; create separate transaction analysis file. | 0.7 | $ 362.25 |
| Lomas, Adam | 4/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of [REDACTED] bank account transactions; related updates to master transaction file. | 0.9 | $ 465.75 |
| Lomas, Adam | 4/3/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare schedule of transfers to [REDACTED] as exhibit to avoidance complaint; compose related email to NPM Law [K. Mitchell]. | 0.5 | $ 258.75 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Parizek, Pam | 4/3/2025 | General Debtor Representation | Asset Analysis and Recovery | Review team updates and email Paul Hastings re: same in lieu of weekly call. | 0.1 | $ 71.20 |
| Barker, James | 4/3/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Correspondence/email with P.Parizek regarding ████ and ████ | 0.2 | $ 127.80 |
| McCurdy, Mike | 4/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with A. Lomas re: review and analysis of ████ bank account transactions. | 1.5 | $ 330.75 |
| Lomas, Adam | 4/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate staff-reviewed ████ bank account transactions into master transaction file. | 0.4 | $ 207.00 |
| Lomas, Adam | 4/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████ bank account transactions; related updates to master transaction file. | 1.4 | $ 724.50 |
| Lomas, Adam | 4/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████ bank account transactions; related updates to master transaction file. | 0.8 | $ 414.00 |
| Lomas, Adam | 4/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with M. McCurdy re: review and analysis of ████ bank account transactions. | 1.5 | $ 776.25 |
| Lazarus, Jordan | 4/3/2025 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare March 2025 monthly fee statement. | 1.0 | $ 517.50 |
| Lomas, Adam | 4/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 103.50 |
| McCurdy, Mike | 4/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████ bank account transactions. | 1.9 | $ 418.95 |
| Lomas, Adam | 4/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email with instructions to M. McCurdy re: review of ████ transactions. | 0.4 | $ 207.00 |
| Lazarus, Jordan | 4/4/2025 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare March 2025 monthly fee statement. | 1.5 | $ 776.25 |
| Lomas, Adam | 4/4/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare schedule of transfers to ████ as exhibit to avoidance complaint; related review of ████ compose related email to NPM Law [K. Mitchell]. | 0.9 | $ 465.75 |
| Lomas, Adam | 4/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of staff-input data with respect to ████ ████ transactions. | 0.3 | $ 155.25 |
| McCurdy, Mike | 4/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with A. Lomas re: review and analysis of ████ bank account transactions; updates to master transaction file. | 1.4 | $ 308.70 |
| McCurdy, Mike | 4/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████ transactions; prepare related schedule. | 2.5 | $ 551.25 |
| Lomas, Adam | 4/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with M. McCurdy re: review and analysis of ████ bank account transactions. | 1.4 | $ 724.50 |
| Lomas, Adam | 4/7/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review of documents produced by ████ Inc; related update of inventory of Debtor-related bank accounts. | 1.4 | $ 724.50 |

2

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 4/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.3 | $ 155.25 |
| Lomas, Adam | 4/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ███████ bank account transactions; related updates to master transaction file. | 0.7 | $ 362.25 |
| Lomas, Adam | 4/7/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Compose email to Paul Hastings [L. Song] re: documents produced by █████ Inc with respect to ████ | 0.2 | $ 103.50 |
| Barker, James | 4/8/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Correspondence/email - P.Levenson regarding the ████████ | 1.8 | $ 1,150.20 |
| Lazarus, Jordan | 4/8/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Correspondence with K. Mitchell and A. Lomas re: avoidance action preparation of payment schedules, and related matters. | 0.4 | $ 207.00 |
| Levenson, Patrick | 4/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted ████████ Internal meeting to discuss research and next steps. | 0.9 | $ 340.20 |
| Lomas, Adam | 4/8/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [K. Mitchell] re: list of ██████ transferors at issue in avoidance actions. | 0.4 | $ 207.00 |
| Lomas, Adam | 4/8/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Instructions to M. McCurdy re: reconciliation of transfers included in February 2025 new and amended avoidance complaints to master transaction file; gather related documents. | 0.9 | $ 465.75 |
| Lomas, Adam | 4/8/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare schedule of transfers to █████ ████████ as exhibit to avoidance complaint. | 0.8 | $ 414.00 |
| McCurdy, Mike | 4/8/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Reconciliation of transfers included in February 2025 new and amended avoidance complaints to master transaction file. | 3.5 | $ 771.75 |
| Lomas, Adam | 4/8/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare schedule of transfers to ████ ████████ as exhibit to avoidance complaint; related correspondence with NPM Law [K. Mitchell]. | 1.2 | $ 621.00 |
| Lomas, Adam | 4/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Quality control review of ████████ ████ ████ analysis. | 1.1 | $ 569.25 |
| Lomas, Adam | 4/9/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Incorporate ██████ account transactions into master transaction file for review/analysis. | 0.8 | $ 414.00 |
| Lomas, Adam | 4/9/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review and analysis of ██████ account transactions; related updates to master transaction file. | 0.8 | $ 414.00 |
| McCurdy, Mike | 4/9/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Reconciliation of transfers included in February 2025 new and amended avoidance complaints to master transaction file. | 1.3 | $ 286.65 |
| McCurdy, Mike | 4/9/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Working meeting with A. Lomas re: review and analysis of ██████ account transactions. | 0.5 | $ 110.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 4/9/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Working meeting with M. McCurdy re: review and analysis of ███████ account transactions. | 0.5 | $ 258.75 |
| Lomas, Adam | 4/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare summary of analyses with respect to ████████ and ███████ bank account transactions to share with Paul Hastings and NPM Law counsel teams in advance of weekly status meeting. | 1.8 | $ 931.50 |
| McCurdy, Mike | 4/9/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Working meeting with A. Lomas re: reconciliation of transfers included in February 2025 new and amended avoidance complaints. | 0.7 | $ 154.35 |
| Barker, James | 4/9/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Correspondence/email - P.Levenson regarding the ███████ | 0.6 | $ 383.40 |
| Lomas, Adam | 4/9/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Working meeting with M. McCurdy re: reconciliation of transfers included in February 2025 new and amended avoidance complaints to master transaction file. | 0.7 | $ 362.25 |
| Lomas, Adam | 4/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with M. McCurdy re: review of documents produced by █████ and related updates to inventory of Debtor-related bank accounts. | 0.9 | $ 465.75 |
| Parizek, Pam | 4/10/2025 | General Debtor Representation | Asset Analysis and Recovery | Call with A. Lomas, J. Barker, J. Lazarus, Paul Hastings (L. Despins, B. Bassett, D. Barron, L. Song) and NPM Law (P. Linsey, K. Mitchell) re: ████████ accounts (.4). | 0.4 | $ 284.80 |
| Lomas, Adam | 4/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of documents produced by ███████ Bank; related update of inventory of Debtor-related bank accounts. | 0.7 | $ 362.25 |
| Lazarus, Jordan | 4/10/2025 | General Debtor Representation | Asset Analysis and Recovery | Call with A. Lomas, J. Barker, P. Parizek, Paul Hastings (L. Despins, D. Barron, L. Song, N. Bassett), and NPM Law [P. Linsey and K. Mitchell] re: forensic accounting workstream update and related matters. | 0.4 | $ 207.00 |
| Lomas, Adam | 4/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Gather supporting documents and analysis in preparation of weekly status meeting with Paul Hastings and NPM Law counsel teams. | 0.3 | $ 155.25 |
| Parizek, Pam | 4/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas updates re: ████████ accounts. | 0.1 | $ 71.20 |
| McCurdy, Mike | 4/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████████ bank account transactions; related updates to master transaction file. | 0.9 | $ 198.45 |
| Lomas, Adam | 4/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.3 | $ 155.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 4/10/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from Paul Hastings [L. Song] re: bank accounts underlying transfers to █████ and █████ prepare related schedules. | 0.8 | $ 414.00 |
| Lomas, Adam | 4/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate █████ █████ bank account transactions into master transaction file for review/analysis. | 0.8 | $ 414.00 |
| Lomas, Adam | 4/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to M. McCurdy re: review and analysis of █████ █████ bank account transactions. | 0.2 | $ 103.50 |
| McCurdy, Mike | 4/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with A. Lomas re: review of documents produced by █████ █████ and related updates to inventory of Debtor-related bank accounts. | 0.9 | $ 198.45 |
| Lomas, Adam | 4/10/2025 | General Debtor Representation | Asset Analysis and Recovery | Meeting re: █████ █████ and █████ bank account transactions and other investigative updates, with: Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey and K. Mitchell]; and P. Parizek, J. Barker, and J. Lazarus. | 0.4 | $ 207.00 |
| Barker, James | 4/10/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Correspondence/email - L.Song regarding the █████ | 0.3 | $ 191.70 |
| Lomas, Adam | 4/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Preliminary review of █████ supplemental document production. | 0.2 | $ 103.50 |
| McCurdy, Mike | 4/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of █████ █████ bank account transactions; related updates to master transaction file. | 1.0 | $ 220.50 |
| Lomas, Adam | 4/11/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review and analysis of █████ Inc records for ACH withdrawals from █████ account; related updates to master transaction file. | 1.2 | $ 621.00 |
| Lomas, Adam | 4/11/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Respond to inquiry from M. McCurdy re: analysis of certain █████ █████ bank account transactions. | 0.1 | $ 51.75 |
| Lomas, Adam | 4/11/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Respond to inquiry from Paul Hastings [L. Song and D. Barron] re: source of funds for certain transfers to █████ | 0.6 | $ 310.50 |
| Lomas, Adam | 4/11/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Quality control review of █████ █████ bank account transaction analysis; additional account analysis; related updates to master transaction file. | 2.0 | $ 1,035.00 |
| Lomas, Adam | 4/11/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review and analysis of █████ █████ bank account transactions; related updates to master transaction file. | 1.5 | $ 776.25 |
| Lomas, Adam | 4/11/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review and analysis of █████ bank account transactions; related updates to master transaction file. | 0.2 | $ 103.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 4/12/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review of documents produced by ███████ related update of inventory of Debtor-related bank accounts. | 0.3 | $ 155.25 |
| Lomas, Adam | 4/12/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review of documents produced by ███████ related update of inventory of Debtor-related bank accounts. | 0.3 | $ 155.25 |
| Lomas, Adam | 4/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.4 | $ 207.00 |
| Lomas, Adam | 4/12/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review of documents produced by ███████ related update of inventory of Debtor-related bank accounts. | 0.8 | $ 414.00 |
| McCurdy, Mike | 4/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ███████ bank account transactions; related updates to master transaction file. | 0.2 | $ 44.10 |
| Lomas, Adam | 4/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ███████ ███████ bank account transactions into master transaction file for review/analysis. | 0.2 | $ 103.50 |
| Lomas, Adam | 4/14/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [K. Mitchell] re: confidentiality of documents underlying transfers in certain avoidance actions. | 0.3 | $ 155.25 |
| McCurdy, Mike | 4/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with A. Lomas re: analysis of ███████ LLC and ██ ██ ███████ bank account transactions. | 0.9 | $ 198.45 |
| McCurdy, Mike | 4/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ███████ bank account transactions; related updates to master transaction file. | 0.1 | $ 22.05 |
| Lomas, Adam | 4/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ███████ LLC bank account transactions into master transaction file for review/analysis. | 0.2 | $ 103.50 |
| Lomas, Adam | 4/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with M. McCurdy re: analysis of ███████ LLC and ██ ███████ bank account transactions. | 0.9 | $ 465.75 |
| McCurdy, Mike | 4/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ███████ LLC bank account transactions; related updates to master transaction file. | 0.8 | $ 176.40 |
| Lomas, Adam | 4/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ███████ Inc bank account transactions into master transaction file for review/analysis. | 0.3 | $ 155.25 |
| Lomas, Adam | 4/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to M. McCurdy re: review and analysis of ███████ LLC and ███████ bank account transactions. | 0.2 | $ 103.50 |
| Levenson, Patrick | 4/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Research and review of court documents and evidence of funds; Meetings with investigation team. | 0.3 | $ 113.40 |
| Parizek, Pam | 4/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and respond to Paul Hastings (D. Barron) inquiry re: ███████ | 0.1 | $ 71.20 |
| Lomas, Adam | 4/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with M. McCurdy re: analysis of ███████ Inc bank account transactions. | 0.6 | $ 310.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 4/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to Paul Hastings [L. Song] re: certain funds withdrawn from ▇▇▇ LLC bank account with | 0.6 | $ 310.50 |
| Lomas, Adam | 4/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Quality control review of ▇▇▇ Inc bank account transaction analysis; related updates to master transaction file and follow-up analysis. | 0.8 | $ 414.00 |
| McCurdy, Mike | 4/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▇▇▇ Inc bank account transactions; related updates to master transaction file. | 1.2 | $ 264.60 |
| Lomas, Adam | 4/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review ▇▇▇ documents with respect to batched ACH payments from ▇▇▇ Inc account. | 0.9 | $ 465.75 |
| Lomas, Adam | 4/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attention to master transaction file data reconciliation and clean-up; related scoping of additional transaction review. | 1.4 | $ 724.50 |
| Barker, James | 4/15/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Correspondence/email - with L.Song and D.Barron ▇▇▇ | 0.2 | $ 127.80 |
| McCurdy, Mike | 4/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with A. Lomas re: analysis of ▇▇▇ Inc bank account transactions. | 0.6 | $ 132.30 |
| Lomas, Adam | 4/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to M. McCurdy re: review and analysis of ▇▇▇ Inc bank account transactions. | 0.3 | $ 155.25 |
| Parizek, Pam | 4/16/2025 | General Debtor Representation | Asset Analysis and Recovery | Call with A. Lomas, J. Barker, J. Lazarus re: brainstorm and engagement planning (.5). | 0.5 | $ 356.00 |
| McCurdy, Mike | 4/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of certain ACH withdrawals from ▇▇▇ Inc bank account with ▇▇▇ related Relativity document review. | 1.4 | $ 308.70 |
| McCurdy, Mike | 4/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of checks from ▇▇▇ accounts; related updates to master transaction file. | 0.5 | $ 110.25 |
| McCurdy, Mike | 4/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Internal Kroll team meeting re: matter update and proposed next steps with P. Parizek, J. Barker, and A. Lomas | 0.5 | $ 110.25 |
| McCurdy, Mike | 4/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of checks from ▇▇▇ bank accounts; related updates to master transaction file. | 0.7 | $ 154.35 |
| Lomas, Adam | 4/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate analysis of ▇▇▇ Inc ACH transactions into master transaction file. | 2.2 | $ 1,138.50 |
| Lomas, Adam | 4/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Internal Kroll team meeting re: matter update and proposed next steps with P. Parizek, J. Barker, and M. McCurdy. | 0.5 | $ 258.75 |
| Barker, James | 4/16/2025 | General Debtor Representation | Asset Analysis and Recovery | Internal team meeting - with P.Parizek, A.Lomas to discuss assignment of ongoing asset search work | 0.5 | $ 319.50 |
| Lomas, Adam | 4/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare summary analysis of transaction activity in ▇▇▇ ▇▇▇ account held with ▇▇▇ | 1.5 | $ 776.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 4/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to M. McCurdy re: reconciliation of daily ACH withdrawals from ███ Inc bank account with | 0.2 | $ 103.50 |
| Lomas, Adam | 4/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to M. McCurdy re: review of certain checks written from ███ account with | 0.2 | $ 103.50 |
| Levenson, Patrick | 4/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Research and review of court documents and evidence of funds; Meetings with investigation team. | 2.5 | $ 945.00 |
| Lomas, Adam | 4/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to M. McCurdy re: review of certain checks written from ███ accounts with ███ | 0.3 | $ 155.25 |
| McCurdy, Mike | 4/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of certain ACH withdrawals from ███ Inc bank account with ███ related Relativity document review. | 1.9 | $ 418.95 |
| Lomas, Adam | 4/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedule of transactions for follow-up with ███ compose related email to NPM Law [K. Mitchell]. | 2.2 | $ 1,138.50 |
| McCurdy, Mike | 4/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of checks from ███ bank accounts; related updates to master transaction file. | 0.4 | $ 88.20 |
| Barker, James | 4/17/2025 | General Debtor Representation | Asset Analysis and Recovery | Meeting with A. Lomas, P. Parizek, Paul Hastings (L. Despins, N. Bassett, D. Barron) and NPM Law (K. Mitchell) re: forensic accounting and asset investigative status updates. | 0.3 | $ 191.70 |
| Parizek, Pam | 4/17/2025 | General Debtor Representation | Asset Analysis and Recovery | Call with A. Lomas, J. Barker, Paul Hastings (L. Despins, N. Bassett, D. Barron) and NPM Law (K. Mitchell) re: ███ and ███ transactions (.3). | 0.3 | $ 213.60 |
| Lomas, Adam | 4/17/2025 | General Debtor Representation | Asset Analysis and Recovery | Meeting re: ███ and ███ Inc bank account transations and other investigative updates, with Paul Hastings [L. Despins, N. Bassett, and D. Barron]; NPM Law [K. Mitchell]; and P. Parizek and J. Barker. | 0.5 | $ 258.75 |
| Levenson, Patrick | 4/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Research and review of court documents and evidence of funds; Meetings with investigation team. | 2.3 | $ 869.40 |
| Lomas, Adam | 4/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Gather supporting documents and analysis in preparation of weekly status meeting with Paul Hastings and NPM Law counsel teams. | 0.3 | $ 155.25 |
| Barker, James | 4/17/2025 | UAE Asset Recovery Actions | Asset Analysis and Recovery | Correspondence/email - with L.Song and D.███ | 0.3 | $ 191.70 |
| Lomas, Adam | 4/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of certain ███ account transactions ███ related Relativity document review and related updates to master transaction file. | 2.8 | $ 1,449.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Parizek, Pam | 4/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas analysis of ███ and ███ transactions. | 0.1 | $ 71.20 |
| McCurdy, Mike | 4/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of checks from ███████ bank accounts; related updates to master transaction file. | 0.3 | $ 66.15 |
| Lomas, Adam | 4/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of certain ███ account transactions ███ ███ related Relativity document review and related updates to master transaction file. | 0.9 | $ 465.75 |
| McCurdy, Mike | 4/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of checks from ███ bank accounts; related updates to master transaction file. | 0.3 | $ 66.15 |
| McCurdy, Mike | 4/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of checks from ███ Inc bank accounts; related updates to master transaction file. | 0.8 | $ 176.40 |
| McCurdy, Mike | 4/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of checks from ███ Inc bank accounts; related updates to master transaction file. | 0.2 | $ 44.10 |
| Lomas, Adam | 4/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to M. McCurdy re: review of certain checks written from various bank accounts controlled by ███ entities. | 0.3 | $ 155.25 |
| McCurdy, Mike | 4/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of checks from ███ bank accounts; related updates to master transaction file. | 1.2 | $ 264.60 |
| McCurdy, Mike | 4/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of checks from ███ bank accounts; related updates to master transaction file. | 0.4 | $ 88.20 |
| Levenson, Patrick | 4/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted targeted research and review of court filings, public records, and documents. | 3.0 | $ 1,134.00 |
| Lazarus, Jordan | 4/21/2025 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare March 2025 monthly fee statement. | 1.5 | $ 776.25 |
| Lomas, Adam | 4/21/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [K. Mitchell] re: quantification of transfers subject to existing avoidance actions; prepare related analysis. | 2.4 | $ 1,242.00 |
| Lomas, Adam | 4/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Quality control review of analysis of certain checks written from multiple ███ bank accounts; related updates to master transaction file and follow-up analysis. | 1.0 | $ 517.50 |
| Parizek, Pam | 4/21/2025 | General Debtor Representation | Fee/Employment Applications | Review fee application, email J. Lazarus re: same, contractor expense reconciliation (1.0). | 1.0 | $ 712.00 |
| Lomas, Adam | 4/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose instructions to M. McCurdy re: review of certain checks written from ███ account with ███ | 0.2 | $ 103.50 |
| Lomas, Adam | 4/22/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ███ and ███ related transaction review and analysis. | 1.0 | $ 517.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Levenson, Patrick | 4/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted targeted research and review of court filings, public records, and documents. | 2.5 | $ 945.00 |
| Lomas, Adam | 4/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: follow-up requests for █ | 0.6 | $ 310.50 |
| Lomas, Adam | 4/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of █ █ █ account transactions; related updates to master transaction file. | 0.3 | $ 155.25 |
| Lomas, Adam | 4/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Scope unreviewed bank statements and/or bank account transactions for analysis. | 1.2 | $ 621.00 |
| Lomas, Adam | 4/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of █ account transactions; related updates to master transaction file. | 1.6 | $ 828.00 |
| Lomas, Adam | 4/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Quality control review of analysis of certain checks written from multiple █ bank accounts; related updates to master transaction file and follow-up analysis. | 0.9 | $ 465.75 |
| McCurdy, Mike | 4/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of checks written from █ account with █ related updates to master transaction file. | 2.2 | $ 485.10 |
| Lomas, Adam | 4/23/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose instructions to M. McCurdy re: reconciliation of transfers included subject to avoidance complaints to master transaction file. | 0.5 | $ 258.75 |
| Lomas, Adam | 4/23/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Working meeting with M. McCurdy re: reconciliation of transfers subject to avoidance complaints to master transaction file. | 0.4 | $ 207.00 |
| Lomas, Adam | 4/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of █ and █ Inc bank account transactions; related updates to master transaction file. | 2.5 | $ 1,293.75 |
| Levenson, Patrick | 4/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted targeted research and review of court filings, public records, and documents. | 2.9 | $ 1,096.20 |
| Lomas, Adam | 4/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of █ bank account transactions; related updates to master transaction file. | 2.1 | $ 1,086.75 |
| McCurdy, Mike | 4/23/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Working meeting with A. Lomas re: reconciliation of transfers included in avoidance complaints to master transaction file. | 0.4 | $ 88.20 |
| McCurdy, Mike | 4/23/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Reconciliation of transfers included in avoidance action complaints to master transaction file. | 5.7 | $ 1,256.85 |
| Lomas, Adam | 4/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of documents produced by █ | 0.3 | $ 155.25 |
| Parizek, Pam | 4/24/2025 | General Debtor Representation | Asset Analysis and Recovery | Confer with A. Lomas, J. Barker re: project updates, adjourn standing weekly call. | 0.1 | $ 71.20 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lazarus, Jordan | 4/24/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review correspondece from K. Mitchell re: avoidance actions and related matters. | 0.2 | $ 103.50 |
| McCurdy, Mike | 4/24/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Reconciliation of transfers included in avoidance action complaints to master transaction file. | 4.3 | $ 948.15 |
| Barker, James | 4/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence/email - P.Levenson regarding ▮▮▮▮ ▮▮▮▮ | 1.1 | $ 702.90 |
| Lomas, Adam | 4/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of documents produced by ▮▮ ▮▮ compose related email to NPM Law [K. Mitchell]. | 0.3 | $ 155.25 |
| Lomas, Adam | 4/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.7 | $ 362.25 |
| Lomas, Adam | 4/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▮▮▮▮ bank account transactions into master transaction file for review/analysis. | 0.2 | $ 103.50 |
| Lomas, Adam | 4/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of documents produced by ▮▮▮▮ | 0.2 | $ 103.50 |
| Lomas, Adam | 4/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of documents produced by ▮▮▮▮ | 0.2 | $ 103.50 |
| Lomas, Adam | 4/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▮▮ ▮▮ ▮▮ ▮▮ bank account transactions into master transaction file for review/analysis. | 0.3 | $ 155.25 |
| Lomas, Adam | 4/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▮▮▮▮ bank account transactions into master transaction file for review/analysis. | 0.4 | $ 207.00 |
| Lomas, Adam | 4/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: follow-up requests with respect to ▮▮▮▮ accounts. | 0.3 | $ 155.25 |
| Lomas, Adam | 4/25/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Reconciliation of ▮▮▮▮ for ▮▮▮▮ entities to bank account transactions with respect to transfers to | 0.2 | $ 103.50 |
| Lomas, Adam | 4/25/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: documents underlying transfers to ▮▮▮▮ related document and transaction review. | 1.2 | $ 621.00 |
| Lomas, Adam | 4/25/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▮▮▮▮ bank account transactions into master transaction file for review/analysis. | 0.1 | $ 51.75 |
| Lomas, Adam | 4/25/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮▮ and ▮▮▮▮ Inc bank account transactions; related updates to master transaction file. | 0.7 | $ 362.25 |
| Lomas, Adam | 4/25/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮▮ account transactions; related updates to master transaction file. | 0.4 | $ 207.00 |
| Lomas, Adam | 4/25/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮▮ bank account transactions; related updates to master transaction file. | 0.3 | $ 155.25 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 4/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare summary schedule of identified transfers to [REDACTED] related review of underlying transaction documents. | 2.9 | $ 1,500.75 |
| Lomas, Adam | 4/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of [REDACTED] account transactions; related updates to master transaction file. | 1.4 | $ 724.50 |
| Lomas, Adam | 4/28/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: transfers to [REDACTED] prepare related schedule of newly identified transfers to [REDACTED] | 0.7 | $ 362.25 |
| McCurdy, Mike | 4/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of [REDACTED] account transactions; related updates to master transaction file. | 1.8 | $ 396.90 |
| McCurdy, Mike | 4/28/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Reconciliation of transfers included in avoidance action complaints to master transaction file. | 1.3 | $ 286.65 |
| Lomas, Adam | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 103.50 |
| McCurdy, Mike | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of [REDACTED] account transactions; related updates to master transaction file. | 0.3 | $ 66.15 |
| Lomas, Adam | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of [REDACTED] bank account transactions; related updates to master transaction file. | 0.1 | $ 51.75 |
| Lomas, Adam | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare summary schedule of identified transfers to [REDACTED] related review of underlying transaction documents. | 1.2 | $ 621.00 |
| Lomas, Adam | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of [REDACTED] bank account transactions; related updates to master transaction file. | 0.3 | $ 155.25 |
| Lomas, Adam | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of [REDACTED] and [REDACTED] Inc bank account transactions; related updates to master transaction file. | 1.8 | $ 931.50 |
| Lomas, Adam | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of [REDACTED] account transactions; related updates to master transaction file. | 0.1 | $ 51.75 |
| Lomas, Adam | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of [REDACTED] and [REDACTED] Inc bank account transactions; related updates to master transaction file. | 0.3 | $ 155.25 |
| Lomas, Adam | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of [REDACTED] bank account transactions; related updates to master transaction file. | 1.4 | $ 724.50 |
| Lomas, Adam | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of [REDACTED] bank account transactions; related updates to master transaction file. | 0.1 | $ 51.75 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lazarus, Jordan | 4/29/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review correspondence from A. Lomas re: avoidance action analyse and related matters. | 0.2 | $ 103.50 |
| McCurdy, Mike | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ██████ ███████████ account transactions; related updates to master transaction file. | 0.5 | $ 110.25 |
| Lomas, Adam | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████████ ███████████ account transactions; related updates to master transaction file. | 0.3 | $ 155.25 |
| Lomas, Adam | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose instructions to M. McCurdy re: review of ██████ bank account transactions. | 0.2 | $ 103.50 |
| Lomas, Adam | 4/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of documents produced by ███ ████ related update of inventory of Debtor-related bank accounts. | 0.1 | $ 51.75 |
| Lomas, Adam | 4/29/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [P. Linsey] re: transfers to ██████████ | 0.7 | $ 362.25 |
| Lazarus, Jordan | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review correspondence from A. Lomas re: additional document requests from ██████████ | 0.2 | $ 103.50 |
| Lomas, Adam | 4/30/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Working meeting with M. McCurdy re: review and analysis of ██████ bank account transactions. | 1.3 | $ 672.75 |
| Parizek, Pam | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas analysis of ███████ ██ bank account. | 0.1 | $ 71.20 |
| McCurdy, Mike | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████████ ███████████ account transactions; related updates to master transaction file. | 1.4 | $ 308.70 |
| Parizek, Pam | 4/30/2025 | General Debtor Representation | Asset Analysis and Recovery | Outreach to Kroll team re: status updates. | 0.1 | $ 71.20 |
| McCurdy, Mike | 4/30/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Working meeting with A. Lomas re: review and analysis of ██████████ bank account transactions. | 1.3 | $ 286.65 |
| McCurdy, Mike | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ██████ ████ ████████ bank account transactions; related updates to master transaction file. | 1.1 | $ 242.55 |
| McCurdy, Mike | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ██████ ██ ████ account transactions; related updates to master transaction file. | 0.9 | $ 198.45 |
| McCurdy, Mike | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████████ ███████████ bank account transactions; related updates to master transaction file. | 0.8 | $ 176.40 |
| Lomas, Adam | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ████████████████████ bank account transactions into master transaction file for review/analysis. | 0.3 | $ 155.25 |
| Lomas, Adam | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Scope additional account transactions to review; compose related instructions to M. McCurdy. | 0.4 | $ 207.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: follow-up requests for ████████████ review of related records previously produced by bank. | 0.3 | $   155.25 |
| McCurdy, Mike | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████ Inc bank account transactions; related updates to master transaction file. | 0.6 | $   132.30 |
| Lomas, Adam | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: follow-up requests for ████ | 0.6 | $   310.50 |
| Lomas, Adam | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedule of sources and uses of cash in ████ account with | 1.6 | $   828.00 |
| McCurdy, Mike | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████ bank account transactions; related updates to master transaction file. | 0.4 | $   88.20 |
| Lomas, Adam | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose draft email to Paul Hastings and NPM Law counsel teams with respect to updates/schedules for weekly status update meeting. | 0.4 | $   207.00 |
| Lomas, Adam | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████ bank account transactions; related updates to master transaction file. | 1.2 | $   621.00 |
| Lomas, Adam | 4/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ████ bank account transactions; related updates to master transaction file. | 0.4 | $   207.00 |
| **Total Hours and Amount:** | | | | | **180.5** | **$   76,449.45** |