# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF  CONNECTICUT

### BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re. Ho Wan Kwok | § | Case No.  22-50073 |
| | § | |
| | § | Lead Case No.   22-50073 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2025            Petition Date: 02/15/2022

Months Pending: 39                Industry Classification: [0] [0] [0] [0]

Reporting Method:          Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):       0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

| | |
|---|---|
| /s/ Luc A. Despins | Luc A. Despins, in his capacity as Chapter 11 Trustee |
| Signature of Responsible Party | Printed Name of Responsible Party |
| 05/21/2025 | Paul Hastings LLP |
| Date | 200 Park Avenue |
| | New York, NY 10166 |
| | Address |

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

| Debtor's Name Ho Wan Kwok | Case No. 22-50073 |
|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $69,960,657 | |
| b. | Total receipts (net of transfers between accounts) | $529,084 | $130,790,111 |
| c. | Total disbursements (net of transfers between accounts) | $3,010,164 | $60,788,350 |
| d. | Cash balance end of month (a+b-c) | $67,479,576 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $12,757 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $3,010,164 | $60,801,107 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ◯  Market ◯  Other ◉  (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $26,236,348 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $1,160,344 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $25,076,004 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Debtor's Name  Ho Wan Kwok

Case No.  22-50073

**Part 5:  Professional Fees and Expenses**

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $2,861,960 | $55,306,518 | $2,861,960 | $55,306,518 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | Neubert, Pepe & Monteith, P.C | Local Counsel | $1,285,909 | $6,082,375 | $1,285,909 | $6,082,375 |
| ii | Paul Hastings LLP (counsel to d | Lead Counsel | $0 | $40,049,081 | $0 | $40,049,081 |
| iii | Brown Rudnick (counsel to Ho | Lead Counsel | $0 | $0 | $0 | $0 |
| iv | Pullman & Comley, LLC (coun | Lead Counsel | $25,575 | $820,970 | $25,575 | $820,970 |
| v | Coleman Worldwide Advisors I | Other | $0 | $0 | $0 | $0 |
| vi | Dundon Advisors (UCC financi | Financial Professional | $0 | $0 | $0 | $0 |
| vii | Verdolino & Lowey, PC (financ | Financial Professional | $0 | $0 | $0 | $0 |
| viii | Harney Westwood & Riegels L | Other | $907,456 | $2,249,395 | $907,456 | $2,249,395 |
| ix | Paul Wright / Peter Shaw | Other | $30,210 | $39,631 | $30,210 | $39,631 |
| x | Pallas Partners LLP | Other | $188,220 | $667,136 | $188,220 | $667,136 |
| xi | Edmiston and Company Limited | Other | $0 | $1,176,250 | $0 | $1,176,250 |
| xii | Engineering Operations and Cer | Other | $0 | $0 | $0 | $0 |
| xiii | Epiq Corporate Restructuring, I | Other | $0 | $306,099 | $0 | $306,099 |
| xiv | Kroll LLC | Other | $202,573 | $2,780,434 | $202,573 | $2,780,434 |
| xv | Prager Dreifuss AG | Local Counsel | $92,065 | $692,008 | $92,065 | $692,008 |
| xvi | Eisner Advisory Group LLC | Other | $31,801 | $179,145 | $31,801 | $179,145 |
| xvii | Winne, Banta, Basralian & Kah | Local Counsel | $2,066 | $10,876 | $2,066 | $10,876 |
| xviii | Sage-Popovich, Inc. | Other | $0 | $15,000 | $0 | $15,000 |
| xix | Chryssafinis & Polyviou LLC | Other | $0 | $67,166 | $0 | $67,166 |
| xx | Kobre & Kim (GCC) LLP | Other | $36,769 | $111,635 | $36,769 | $111,635 |
| xxi | ENSafrica (Mauritius) | Other | $36,117 | $36,117 | $36,117 | $36,117 |
| xxii | William De Robillard / Andre P | Other | $23,201 | $23,201 | $23,201 | $23,201 |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Ho Wan Kwok                                              Case No.  22-50073

| | |
|---|---|
| lxxix | |
| lxxx | |
| lxxxi | |
| lxxxii | |
| lxxxii | |
| lxxxiv | |
| lxxxv | |
| lxxxvi | |
| lxxxvii | |
| lxxxvi | |
| lxxxix | |
| xc | |
| xci | |
| xcii | |
| xciii | |
| xciv | |
| xcv | |
| xcvi | |
| xcvii | |
| xcviii | |
| xcix | |
| c | |
| ci | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Baker Hostetler LLP | Other | $0 | $0 | $0 | $0 |
| ii | Clayman & Rosenberg LLP | Other | $0 | $0 | $0 | $0 |
| iii | Ganfer Shore Leeds & Zauderer | Other | $0 | $0 | $0 | $0 |
| iv | Harcus Parker Ltd. | Other | $0 | $0 | $0 | $0 |
| v | LALIVE SA | Other | $0 | $0 | $0 | $0 |
| vi | Lawall & Mitchell, LLC | Other | $0 | $0 | $0 | $0 |
| vii | Petrillo Klein & Boxer LLP | Other | $0 | $0 | $0 | $0 |
| viii | Schulman Bhattacharya, LLC | Other | $0 | $0 | $0 | $0 |
| ix | The Casper Firm | Other | $0 | $0 | $0 | $0 |
| x | The Francis Firm PLLC | Other | $0 | $0 | $0 | $0 |
| xi | VX Cerda & Associates | Other | $0 | $0 | $0 | $0 |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Ho Wan Kwok                                              Case No.  22-50073

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Ho Wan Kwok                                                    Case No.  22-50073

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○   No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○   No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○   No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉   No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉   No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉   No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○   No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉   No ○   N/A ○ |
| i. | Do you have:     Worker's compensation insurance? | Yes ○   No ◉ |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ◉  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○   No ◉ |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ◉  (if no, see Instructions) |
| | General liability insurance? | Yes ○   No ◉ |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ◉  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○   No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○   No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉   No ○ |

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Luc A. Despins                                           Luc A. Despins, in his capacity as Chapter 11 Trustee
_____                             _____
Signature of Responsible Party                              Printed Name of Responsible Party

Chapter 11 Trustee                                          05/21/2025
_____                             _____
Title                                                        Date

Debtor's Name Ho Wan Kwok                                    Case No. 22-50073



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Ho Wan Kwok

Case No.  22-50073

Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name  Ho Wan Kwok                                          Case No.  22-50073



PageThree



PageFour

**In re** Ho Wan Kwok      **Case No.**   22-50073 (JAM)

**Debtor**      **Reporting Period:**   4/1/2025 - 4/30/2025

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must
be attached for each account.  [See  MOR-1 (CON'T)]

| | Current Month | | Cumulative July 8, 2022 to Date | |
|---|---|---|---|---|
| | Actual | | Actual | |
| **Cash - Beginning of Month** | | | | |
| **RECEIPTS** | | | | |
| Recovered Funds | $ | - | $ | 23,712,225.06 |
| Funds received from B. Hofmeister Assignee for benefit of creditors of HCHK pursuant to settlement order | $ | - | $ | 38,792,899.51 |
| Clark Hill Settlement | $ | - | $ | 499,000.00 |
| Retainer Refund (Keresmar Collins & O'Hara / Lewis Roca) | $ | - | $ | 4,544.00 |
| Yacht Repair Escrow | $ | - | $ | 4,000,000.00 |
| Adversary Proceeding Interpleader Funds | $ | - | $ | 32,923,028.42 |
| Refund from AIG | $ | - | $ | 71.25 |
| Funds received from The Casper Firm Settlement | $ | - | $ | 48,750.00 |
| Refund from Yachtzoo Yacht Management (Lady May II balance) | $ | - | $ | 255.17 |
| Funds received from Axos Bank | $ | - | $ | 1,592,469.98 |
| Refund of insurance premium from cancellation of protection and indemnity insurance upon sale of Lady May on 6/30/23 | $ | - | $ | 29,255.02 |
| Funds received from Chiesa, Shahinian & Giantomasi PCA for sale of Bombardier jet | $ | - | $ | 10,302,313.64 |
| Net proceeds of sale of shares of Victory Capital Holdings, Inc. held by Reverence Capital Partners Opportunities Fund I (Cayman) L.P. | $ | - | $ | 2,692,924.71 |
| Cash dividends on account of shares of Victory Capital Holdings, Inc. held by Reverence Capital Partners Opportunities Fund I (Cayman) L.P. | $ | - | $ | 54,858.88 |
| Cash distribution on account of limited partnership interest held in Reverence Capital Partners Opportunities Fund I (Cayman), L.P. | $ | - | $ | 2,561,150.56 |
| Funds received for sale of Greenwich Taconic property | $ | - | $ | 6,784,668.79 |
| Refund received from Pullman & Comley, LLC for overpayment of invoices | $ | - | $ | 26,102.00 |
| Funds received from First Bank of Greenwich | $ | - | $ | 134,338.76 |
| Refund with respect to unauthorized fraudulent disbursements | $ | - | $ | 7,240.99 |
| Funds received from World Insurance Associates, LLC | $ | - | $ | 44,935.80 |
| Funds received from Harneys Corporate Services' Bank | $ | - | $ | 24,715.00 |
| Miscellaneous receipts | $ | - | $ | 70,000.00 |
| Refund from Eversource Energy with respect to overpayment | $ | - | $ | 346.56 |
| Refund from Neubert, Pepe & Monteith PC with respect to overpayment | $ | 260,030.80 | $ | 260,030.80 |
| Reimbursement with respect to inter-Debtor DIP facility funding Genever entities | $ | 50,002.72 | $ | 50,002.72 |
| Bank Account Interest | $ | 219,050.12 | $ | 6,173,983.43 |
| **Total Receipts** | $ | 529,083.64 | $ | 130,790,111.05 |
| **DISBURSEMENTS** | | | | |
| **ORDINARY ITEMS:** | | | | |
| Bank Fees | $ | 7,386.31 | $ | 147,360.53 |
| Fees paid to International Surety Ltd for surety bond renewal premium | $ | - | $ | 268,747.00 |
| Fees paid with respect to Yacht repair invoices out of the Yacht Repair Escrow | $ | - | $ | 576,895.09 |
| Fees paid with respect to Miller Advertising Agency Inc. (English Court Publication Notice) | $ | - | $ | 21,140.60 |
| Fees paid with respect to Dexter White Invoice | $ | - | $ | 16,235.00 |
| Fees paid with respect to Bridgeport Harbor Marina out of the Yacht Repair Escrow | $ | - | $ | 18,137.64 |

**In re** Ho Wan Kwok

**Debtor**

**Case No.** 22-50073 (JAM)

**Reporting Period:** 4/1/2025 - 4/30/2025

| Description | | |
|---|---|---|
| Fees paid with respect to Safe Harbor out of the Yacht Repair Escrow | $ - | $ 148,287.04 |
| Fees paid with respect to Yachtzoo for operating expenses out of the Yacht Repair Escrow | $ - | $ 431,604.00 |
| Fees paid with respect to Harneys Corporate Services Limited | $ - | $ 1,665.00 |
| Disbursement paid to JP Reynolds Company Inc. (for customs duty and customs bond premium) | $ - | $ 14,965.35 |
| Disbursement paid to James Pizzaruso for pay roll in connection with sale of Lady May | $ - | $ 31,026.98 |
| Disbursement paid to B. Hofmeister Assignee for Benefit of Creditors of HCHK (for HCHK admin matters and employee payments) | $ - | $ 76,150.88 |
| Disbursement paid to RKH IT Solutions (IT Consultant for HCHK Assignee) | $ - | $ 17,794.73 |
| Fees paid to SHM Newport Shipyard LLC (for Lady May II winterization and dockage fees) | $ - | $ 16,384.10 |
| Disbursement paid to R.I. Martine Survey (for Lady May II appraisal) | $ - | $ 700.00 |
| Disbursement paid to Brosnan Risk Consultants LTD (for security services for HCHK Assignee) | $ - | $ 57,246.47 |
| Disbursement paid to ARD Facilities Management Group LLC (for moving and storage services for HCHK, Golden Spring and Greenwich, CT residence) | $ 9,975.00 | $ 266,805.00 |
| Disbursement paid to FDS46 Crew Series LLC (Lady May II captain salary) | $ - | $ 2,130.00 |
| Disbursement paid to B. Hofmeister Assignee for Benefit of Creditors of HCHK (for settlement payment) | $ - | $ 550,000.00 |
| Disbursement paid to Cole Schotz, counsel to Brian W. Hofmeister, Assignee of HCHK Entities (for preparation and prosecution of the assignment proceedings per settlement order) | $ - | $ 766,758.37 |
| Disbursement paid to A. Atkins Appraisal Corp., appraiser to Brian W. Hofmeister, Assignee of HCHK Entities (for appraisal fees per settlement order) | $ - | $ 7,800.00 |
| Disbursement paid to McManimon, Scotland & Baumann, LLC, MSB counsel to Brian. W. Hofmeister, Assignee of HCHK Entities (for fees and expenses per settlement order) | $ - | $ 75,000.00 |
| Disbursement paid to DLA, LLC, financial advisor to Brian. W. Hofmeister, Assignee of HCHK Entities (for fees per settlement order) | $ - | $ 155,000.00 |
| Disbursement paid to Prager Dreifuss AG (for advance on Swiss court fees) | $ - | $ 5,835.49 |
| Disbursement paid to Hawk Eye Security LLC (for security services at Mahwah Mansion) | $ 78,532.99 | $ 603,752.32 |
| Disbursement paid to A&A Home Services LLC (for repairs to the 373 Taconic property) | $ - | $ 17,800.00 |
| Disbursement paid to Next Frontier Advisors (for deposit for virtual staging at the 373 Taconic property) | $ - | $ 11,000.00 |
| Disbursement paid to Knight Security Systems (for security system installation at the 373 Taconic property) | $ - | $ 1,710.50 |
| Disbursement paid to Slocum's Lock & Key LLC (for updating keys and replacing deadbolt at the 373 Taconic property) | $ - | $ 1,932.91 |
| Disbursement paid to CT Fence and Landscaping, LLC (for servicing the gate at the 373 Taconic property) | $ - | $ 1,277.56 |
| Disbursement paid to Township of Mahwah, NJ (for 675 Ramapo Valley Road real property taxes) | $ - | $ 141,930.59 |
| Disbursement paid to Township of Mahwah, NJ (for 675 Ramapo Valley Road sewer and water) | $ - | $ 763.56 |
| Disbursement paid to Township of Mahwah, NJ (for 675 Ramapo Valley Road taxes) | $ - | $ 69,661.95 |
| Disbursement paid to World Insurance Associates LLC (for the 373 Taconic property) | $ - | $ 75,139.60 |
| Disbursement paid to Tax Collector - Town of Greenwich (for the 373 Taconic property real estate tax bill) | $ - | $ 27,847.85 |
| Disbursement paid to Rockland Electric (for electric company invoices at 675 Ramapo Valley Road house and gate house ) | $ 4,186.43 | $ 39,006.16 |
| Disbursement paid to City of Stamford, CT (for tax bills for 2022 and 2023) | $ - | $ 617.73 |
| Disbursement paid to Seriatim Inc. (for deposit for personal property inventory services at 373 Taconic property) | $ - | $ 2,520.00 |

**In re** Ho Wan Kwok

**Case No.** 22-50073 (JAM)

| Debtor | Reporting Period: | 4/1/2025 - 4/30/2025 | |
|---|---|---|---|
| Disbursement paid to Greenwich Pool Service, LLC (for pool services at 373 Taconic property) | $ | - | $ | 1,749.44 |
| Disbursement paid to PSE&G (for gas utility invoices at 675 Ramapo Valley Road property) | $ | 2,865.97 | $ | 12,643.70 |
| Disbursement paid to Town of Greenwich (for alarm registration fee for 373 Taconic property) | $ | - | $ | 30.00 |
| Disbursement paid to Verizon (for services at 675 Ramapo Valley Road property ) | $ | 448.42 | $ | 3,932.22 |
| Disbursement paid to Optimum (for internet services at 373 Taconic property) | $ | - | $ | 561.89 |
| Disbursement paid to Eversource (for electric bill at 373 Taconic property) | $ | - | $ | 2,327.99 |
| Disbursement paid to Central Bank of Cyprus (for test wire in favor of the District Court of Limassol, Cyprus) | $ | - | $ | 100.00 |
| Disbursement paid to Atko Bros Landscaping (for landscaping services at 373 Taconic property) | $ | - | $ | 6,168.30 |
| Disbursement paid to Town of Greenwich (for police security at 373 Taconic property) | $ | - | $ | 8,500.00 |
| Disbursement paid to Kyle Davis Lawn Care, LLC (for landscaping at Mahwah Mansion) | $ | - | $ | 17,122.48 |
| Disbursement paid to JL Holdings, Inc. (for pool and spa winterization at 675 Ramapo Valley Road property) | $ | - | $ | 639.75 |
| Unauthorized fraudulent disbursements | $ | - | $ | 7,240.99 |
| Disbursement paid to Central Bank of Cyprus (for wire in favor of the District Court of Limassol, Cyprus) | $ | - | $ | 218,150.40 |
| Disbursement paid to Hackensack Roofing Co. Inc. (for roofing repair invoices for roof at Mahwah mansion) | $ | - | $ | 18,382.15 |
| Disbursement paid to Milo Plastering (for plaster repair at Mahwah mansion) | $ | - | $ | 31,000.00 |
| Disbursement paid to TransPerfect Translations International Inc. (for translation and proofreading services) | $ | 312.50 | $ | 812.50 |
| Disbursement paid to Planet Depos, LLC (for deposition services in adversary proceeding) | $ | 6,857.55 | $ | 7,647.55 |
| Disbursement paid to Montvale Moving Services LLC (for packing and moving at the Mahwah mansion) | $ | - | $ | 1,300.00 |
| Disbursement paid to IPTeam Janitorial LLC (for cleaning invoice at the Mahwah Mansion) | $ | 9,969.44 | $ | 9,969.44 |
| Disbursement paid to Dark Star Electrical Contracting LLC (for light fixture maintenance at Mahwah Mansion) | $ | 450.00 | $ | 450.00 |
| Disbursement paid to Divergent Language Solutions, LLC (for translation services) | $ | 2,546.32 | $ | 2,546.32 |
| **Total Ordinary Disbursements** | $ | 123,530.93 | $ | 5,019,905.12 |
| **REORGANIZATION ITEMS:** | | | | |
| Professional Fees | | | | |
| Fees paid with respect to Neubert, Pepe & Monteith PC | $ | 1,285,908.52 | $ | 6,082,375.17 |
| Fees paid with respect to Paul Hastings LLP | $ | - | $ | 40,049,080.64 |
| Broker fees paid with respect to Edmiston and Company Limited | $ | - | $ | 1,176,250.00 |
| Fees paid with respect to Pullman & Comley, LLC | $ | 25,574.99 | $ | 820,969.76 |
| Fees paid with respect to Epiq Corporate Restructuring LLC | $ | - | $ | 306,098.63 |
| Fees paid with respect to Harney Westwood & Riegels LP | $ | 907,455.52 | $ | 2,249,395.09 |
| Fees paid with respect to Kroll LLC | $ | 202,572.70 | $ | 2,780,433.50 |
| Fees paid with respect to Pallas Partners LLP | $ | 188,219.67 | $ | 667,135.54 |
| Fees paid with respect to Prager Dreifus AG | $ | 92,064.65 | $ | 692,007.69 |
| Fees paid with respect to Eisner Advisory Group LLC | $ | 31,801.00 | $ | 179,145.00 |
| Fees paid with respect to Winne, Banta, Basralian & Kahn, P.C. | $ | 2,065.50 | $ | 10,876.03 |
| Fees paid with respect to Sage-Popovich, Inc. | $ | - | $ | 15,000.00 |
| Fees paid with respect to Chryssafinis & Polyviou LLC | $ | - | $ | 67,166.19 |
| Fees paid with respect to Kobre & Kim (GCC) LLP | $ | 36,768.89 | $ | 111,635.48 |
| Fees paid with respect to ENSafrica (Mauritius) | $ | 36,117.13 | $ | 36,117.13 |
| Fees paid with respect to Paul Wright / Peter Shaw (English barristers) | $ | 30,210.31 | $ | 39,631.33 |
| Fees paid with respect to William De Robillard / Andre Patrice Doger de Speville (Mauritius barristers) | $ | 23,201.25 | $ | 23,201.25 |
| U. S. Trustee Fees | $ | 24,673.00 | $ | 461,926.43 |
| Other Reorganization Expenses *(attach schedule)* | $ | - | $ | - |
| **Total Reorganization Items** | $ | 2,886,633.13 | $ | 55,768,444.86 |

**In re** Ho Wan Kwok

**Debtor**

**Case No.** 22-50073 (JAM)

**Reporting Period:** 4/1/2025 - 4/30/2025

| | | |
|---|---:|---:|
| **Total Disbursements** *(Ordinary + Reorganization)* | $ 3,010,164.06 | $ 60,788,349.98 |
| **Financing of Genever Entities** | | |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Gallagher Basset Services Inc. (for air monitoring for asbestos abatement, ATRU and variance drawings, final inspection and asbestos survey and reporting work at The Sherry Netherland) | $ - | $ 25,004.19 |
| Payment pursuant to DIP Order with respect to financing Genever US counsel fees (Saxe Doernberger & Vita PC) | $ - | $ 236,452.00 |
| Payment pursuant to DIP Order with respect to financing Genever US counsel fees (O'Sullivan McCormack Jensen & Bliss PC) | $ 8,209.66 | $ 274,811.83 |
| Payment pursuant to DIP Order with respect to financing Genever BVI corporate fees (Harneys Corporate Services) | $ - | $ 98,089.58 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for ABF Environmental Inc. (for asbestos abatement and insulation work) | $ - | $ 121,300.00 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Gustav Restoration LLC (invoices for terrace cleaning project and for deposit for work at The Sherry Netherland) | $ - | $ 39,924.43 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Acheson Doyle Partners Architects, PC (for apartment stabilization work at The Sherry Netherland) | $ - | $ 324,516.61 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Catalpa Special Inspections, Inc. (for remediation project at The Sherry Netherland) | $ - | $ 5,750.00 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Skyline Windows LLC (for window replacement at The Sherry Netherland) | $ - | $ 122,849.05 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Arista Air Conditioning Corp. (for service repair proposal at The Sherry Netherland) | $ - | $ 2,515.01 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for The Sherry Netherland, Inc. (for installation of HVAC | $ - | $ 105,526.25 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Sciame Homes NY LLC (for general contractor at The Sherry Netherland) | $ - | $ 384,187.42 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Burnham Nationwide, Inc. (for apartment restoration at The Sherry Netherland) | $ - | $ 19,793.64 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for U.S. Trustee Fees | $ 1,016.00 | $ 12,590.00 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for AIG insurance premium | $ 28,707.00 | $ 138,047.00 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Hillmann Consulting (for post fire smoke damage investigation at The Sherry Netherland) | $ - | $ 29,446.33 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for ARD Facilities Management Group LLC (for storage services for The Sherry Netherland) | $ 15,050.00 | $ 41,300.00 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Cleaning Contractors Corp. (for furniture cleaning at The Sherry Netherland) | $ - | $ 2,068.63 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for Montvale Moving Services LLC (for packing and moving furniture at The Sherry Netherland) | $ - | $ 32,777.50 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for J and A Construction Consultants dba Dryfast Property Restoration (for restoration work at The Sherry Netherland) | $ - | $ 554,269.78 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for The Light Touch (for work removing and packaging light fixtures at The Sherry Netherland) | $ - | $ 1,750.00 |
| Payment pursuant to DIP Order with respect to financing Genever US invoices for CitiQuiet, Inc. (for removing and reinstalling window at The Sherry Netherland) | $ - | $ 2,177.50 |
| **Total DIP Financing Items** | $ 52,982.66 | $ 2,575,146.75 |

**In re** Ho Wan Kwok | | **Case No.** 22-50073 (JAM)

| Debtor | | | **Reporting Period:** | 4/1/2025 - 4/30/2025 |

| | | | |
|---|---|---|---|
| **Net Cash Flow**  *(Total Receipts  -  Total Disbursements - DIP Financing)* | $ | (2,534,063.08) | $ | 67,426,614.32 |
| | | | | |
| **Cash - End of Month**  *(Must equal reconciled bank statement)* | $ | 67,426,593.70 | $ | 67,426,593.70 |
| **Third Party Disbursements on Behalf of the Estate** | | | | |
| None | $ | - | $ | 12,757.00 |

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | $ | 3,010,164.06 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ | - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | 3,010,164.06 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                      :
In re:                                                :      Chapter 11
                                                      :
HO WAN KWOK,                                          :      Case No. 22-50073 (JAM)
                                                      :
                              Debtor.                 :
                                                      :
------------------------------------------------------x

**ATTACHMENT TO MONTHLY OPERATING REPORT**
**FOR THE PERIOD APRIL 1, 2025 THROUGH APRIL 30, 2025**

     This attachment is incorporated into and made a part of the Monthly Operating Report ("MOR") of Chapter 11 Trustee Luc A. Despins.

**General Disclaimers**

1. The MOR is presented on a form promulgated in 2021 by the Executive Office of the United States Trustee. This form in many instances requires inserting a number for a line item even if the line item does not apply. The form also does not allow for the insertion of explanations or asterisks next to answers. Accordingly, as presented, certain responses may be inapplicable or incomplete. Following guidance from the United States Trustee's office, this attachment is being filed as an integral part of the MOR.

2. On July 8, 2022, the Bankruptcy Court signed an order approving the appointment of Luc A. Despins, Esq. as Chapter 11 Trustee (the "Trustee"). The information in this MOR is based only on information beginning on the date of the Trustee's appointment and only on bank accounts within the Trustee's control.[1]

3. The Trustee reserves the rights to amend, modify or supplement this MOR or update it in future MORs.

**Specific Responses**

    Part 1 Responses

4. As noted above, this information is limited to cash receipts and disbursements since the Trustee was appointed and with respect to accounts under the Trustee's control. Not all cash receipts held by the Trustee as reflected in this MOR have been determined to be

---

[1] The Trustee is currently investigating the Debtor's assets and financial affairs (with respect to which investigation the Debtor has not cooperated).

property of the estate at this time. There are various on-going litigations with respect to the funds held by the Trustee, which, if finally determined in a manner adverse to the Trustee, would materially reduce the total amount of cash held by the Trustee at this time. In addition, cash disbursements included here do not reflect payments made pursuant to the *Order (I) Authorizing Chapter 11 Trustee to Extend Financing Pursuant to Bankruptcy Code Section 363, (II) Authorizing Genever US and Genever BVI to Obtain Post-Petition Financing Pursuant to Bankruptcy Code Section 264, (III) Granting Non-Priming Liens and Providing Superpriority Administrative Expense Claims, (IV) Modifying Automatic Stay, and (V) Granting Related Relief*, entered on September 12, 2023 [Dkt. 2193], which authorized the Kwok estate to finance expenses of the Genever entities, which are described in the summary of cash receipts and disbursements.

Part 2 Responses

5.  To the extent this section is applicable (the Debtor is an individual), the Trustee has insufficient information to complete this section.  The Trustee's counsel is currently reviewing the over 1,200 proofs of claim filed in connection with the claims bar date, which occurred on February 17, 2023.

6.  The Trustee is aware of certain professional fees and expenses that have arisen in connection with services provided by the Trustee's professionals. As of the end of the reporting period, certain interim applications for reimbursement of expenses have been approved by the Court pursuant to various orders approving interim fee applications and as set forth in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on August 18, 2023 [Docket No. 2094].

Part 3 Responses

7.  On June 27, 2023, the Bankruptcy Court entered an order authorizing and approving the sale of the Lady May [Docket No. 1953].  On December 19, 2023, the Bankruptcy Court entered an order authorizing and approving the sale of the Lady May II [Docket No. 2449].  On June 20, 2024, the Bankruptcy Court entered an amended order [Docket No. 3265] authorizing and approving the liquidation of shares of Victory Capital Holdings, Inc. held by Reverence Capital Partners Opportunities Fund I (Cayman) L.P. and the distribution of the proceeds of such liquidation, as discussed in the Trustee's related motion [Docket No. 3203] and report of results of sale [Docket No. 3372].

Part 4 Responses

8.  To the extent this section is applicable (the Debtor is an individual), the Trustee has insufficient information to complete this section.

Part 5 Responses

9.  As of the end of the reporting period, certain interim applications for reimbursement of expenses have been approved by the Court pursuant to various orders approving interim fee applications and as set forth in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on August 18, 2023 [Docket No. 2094].

10. The Trustee is aware of a number of professional firms that have provided services to the official committee of unsecured creditors or the Debtor (prior to the appointment of the Trustee) but that have not at this time had their retentions approved by the Court.  The Trustee includes such professional firms (of which he is aware) in this part of the MOR out of an abundance of caution but reserves all his rights with respect to the retention and/or payment of fees with respect to such professional firms.  The Trustee also notes that the Debtor may have employed professionals (prior to the appointment of the Trustee) of which the Trustee is not aware.

Part 6 Responses

11. The Trustee is not aware of any postpetition taxes that have accrued during the time period since the Trustee's appointment.

Part 7 Responses

12. The Trustee notes that the Debtor filed a chapter 11 plan on April 20, 2022 [Docket No. 197] (the "April 2022 Plan") with respect to which no disclosure statement was filed or approved.

Part 8 Responses

13.  The Trustee has insufficient information to respond to Part 8.

**EAST WEST BANK**  *Your financial bridge®*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page 1 of 5
STARTING DATE: April 01, 2025
ENDING DATE: April 30, 2025
Total days in statement period: 30

( 7 )

BK EST/HO WAN KWOK DEBTOR
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK NY 10166-0005

Enjoy quick and secure access to your finances with our Mobile App and Online Banking! You can check your account balance, send/receive money, or pay bills. Visit eastwestbank.com/mobile or call 833.468.8356 to learn more.

## Standard Business Checking

| | | |
|---|---|---|
| Account number | 7 | |
| Enclosures | 7 | |
| Low balance | $1,177,185.64 | |
| Average balance | $1,974,550.33 | |

| | | |
|---|---|---|
| Beginning balance | | $1,177,185.64 |
| Total additions | ( 3 ) | 3,310,033.52 |
| Total subtractions | ( 65 ) | 2,906,572.21 |
| Ending balance | | $1,580,646.95 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 04-02 | Onin Bkg Trft C | FR ACC 05500021280 | 3,000,000.00 |
| | 04-03 | Wire Trans-IN | 837f9203-e581-4fae-b74d-6ce5a5c1ba9b GENEVER HOLDINGS L 122287251 INTER-DEBTOR DIP F ACILITY | 50,002.72 |
| | 04-03 | Wire Trans-IN | 0836f7cd-cfbd-4bc1-b346-848fd53418e8 NEUBERT PEPE & MON 221970443 RETURN OF OVERPAYM ENT | 260,030.80 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1316 | 04-08 | 448.42 | 1320 | 04-08 | 9,969.44 |
| 1317 | 04-08 | 193.34 | 1321 | 04-08 | 6,857.55 |
| 1318 | 04-08 | 2,672.63 | 1322 | 04-15 | 2,546.32 |
| 1319 | 04-08 | 450.00 | | | |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 04-02 | Outgoing Wire | DXX3282P00003150 TRANSPERFECT TRANS 021000089 BNF CONT; US - OBI ;REF. IN RE KWOK 3 | 312.50 |
| 04-02 | Service Charge | OUTGOING WIRE | 40.00 |
| 04-02 | Outgoing Wire | DXX3282P00003193 WINNE BANTA BASRAL 221272303 BNF CONT; US - OBI ;REF. IN RE KWOK 2 | 2,065.50 |
| 04-02 | Service Charge | OUTGOING WIRE | 40.00 |
| 04-02 | Outgoing Wire | DXX3282P00003186 OSULLIVAN MCCORMAC 021300077 BNF CONT; US - OBI ;REF. IN RE KWOK 7 | 7,097.00 |
| 04-02 | Service Charge | OUTGOING WIRE | 40.00 |

**EAST WEST BANK** *Your financial bridge®*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page   2   of   5
STARTING DATE: April 01, 2025
ENDING DATE: April 30, 2025

BK EST/HO WAN KWOK DEBTOR

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------:|
| 04-02 | Outgoing Wire | DXX3282P00003154 HAWK EYE SECURITY 031101266 REF. IN RE KWOK 15 ,360.05 | |
| | | FOR HAWK E | 15,360.05 |
| 04-02 | Service Charge | OUTGOING WIRE | 40.00 |
| 04-02 | Outgoing Wire | DXX3282P00003138 PULLMAN & COMLEY L 026009593 REF. IN RE KWOK 25 ,574.99 | |
| | | FOR PULLMA | 25,574.99 |
| 04-02 | Service Charge | OUTGOING WIRE | 40.00 |
| 04-02 | Outgoing Wire | DXX3282P00003179 EISNER ADVISORY GR 026009593 REF. IN RE KWOK 31 ,801.00 | |
| | | FOR EISNER | 31,801.00 |
| 04-02 | Service Charge | OUTGOING WIRE | 40.00 |
| 04-02 | Outgoing Wire | DXX3282P00003166 KROLL LLC 026009593 REF. IN RE KWOK 46 ,038.19 FOR KROLL | 46,038.19 |
| 04-02 | Service Charge | OUTGOING WIRE | 40.00 |
| 04-02 | Outgoing Wire | DXX3282P00003161 NEUBERT PEPE AND M 211170101 BNF CONT; US - OBI ;REF. RE IN | |
| | | RE KWO | 996,770.70 |
| 04-02 | Service Charge | OUTGOING WIRE | 40.00 |
| 04-03 | Service Charge | WIRE TRANS-IN | 10.00 |
| 04-03 | Service Charge | WIRE TRANS-IN | 10.00 |
| 04-03 | Intl Wire Xfer | BXX3283P00002020 KOBRE & KIM GCC LL EBILAEADXXX REF KWOK 36,768.89 FOR | |
| | | KOBRE AND KIM | 36,768.89 |
| 04-03 | Service Charge | INTL WIRE XFER | 50.00 |
| 04-03 | Intl Wire Xfer | BXX3283P00001966 HARNEY WESTWOOD AN FCIBVGVGXXX BNF CONT; VIRGIN I | |
| | | SLANDS, BRITISH 11 | 851,206.71 |
| 04-03 | Service Charge | INTL WIRE XFER | 50.00 |
| 04-03 | Debit Memo | FIDUCIARY MAINTENA NCE | 25.00 |
| 04-03 | Debit Memo | FIDUCIARY COLLATER AL | 6,281.31 |
| 04-04 | Intl Wire Xfer | BXX3284P00001642 PALLAS PARTNERS LL COUTGB22XXX BNF CONT; UNITED K | |
| | | INGDOM - OBI;RE KW | 188,219.67 |
| 04-04 | Service Charge | INTL WIRE XFER | 50.00 |
| 04-04 | Preauth Debit | AIGRSCIA WEB PMT 250404 | 28,707.00 |
| 04-07 | Preauth Debit | ROCKLAND ELECTR RECO 250407 59297160000 | 193.16 |
| 04-07 | Preauth Debit | ROCKLAND ELECTR RECO 250407 85766340005 | 3,993.27 |
| 04-09 | Outgoing Wire | DXX3289P00003375 HAWK EYE SECURITY 031101266 RE KWOK, 15,360.05 FOR HAWK | |
| | | EYE RE S | 15,360.05 |
| 04-09 | Service Charge | OUTGOING WIRE | 40.00 |
| 04-10 | Outgoing Fx Ccy | FX OUT WIRE 101517139 1 1 BK EST HO WAN KWOK | 30,210.31 |
| 04-10 | Service Charge | OUTGOING FX CCY WI | 40.00 |
| 04-10 | Outgoing Fx Ccy | FX OUT WIRE 101517075 1 1 BK EST HO WAN KWOK | 56,248.81 |
| 04-10 | Service Charge | OUTGOING FX CCY WI | 40.00 |
| 04-10 | Outgoing Fx Ccy | FX OUT WIRE 101517072 1 1 BK EST HO WAN KWOK | 92,064.65 |
| 04-10 | Service Charge | OUTGOING FX CCY WI | 40.00 |
| 04-11 | Intl Wire Xfer | BXX328BP00002904 MR WILLIAM DE ROBI MCBLMUMUXXX RE KWOK 8,510.00 W | |
| | | ILLIAM DE ROBILLAR | 8,510.00 |
| 04-11 | Service Charge | INTL WIRE XFER | 50.00 |
| 04-11 | Intl Wire Xfer | BXX328BP00002865 ANDRE PATRICE DOGE MCBLMUMUXXX BNF CONT; MAURITIU S - | |
| | | OBI;RE KWOK 14 | 14,691.25 |
| 04-11 | Service Charge | INTL WIRE XFER | 50.00 |
| 04-11 | Intl Wire Xfer | BXX328BP00002926 ENSAFRICA MAURITIU MCBLMUMUXXX RE KWOK, 36,11713 FOR | |
| | | ENSAFRICA , FI | 36,117.13 |
| 04-11 | Service Charge | INTL WIRE XFER | 50.00 |

**EAST WEST BANK** *Your financial bridge®*

ACCOUNT STATEMENT

Page 3 of 5
STARTING DATE: April 01, 2025
ENDING DATE: April 30, 2025

9300 Flair Dr., 1St FL
El Monte, CA. 91731

BK EST/HO WAN KWOK DEBTOR

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------|
| 04-16 | Outgoing Wire | DXX3290P00001864 OSULLIVAN MCCORMAC 02 1300077 BNF CONT; USA - OB I;KWOK 1,112.66 FO | 1,112.66 |
| 04-16 | Service Charge | OUTGOING WIRE | 40.00 |
| 04-16 | Outgoing Wire | DXX3290P00001648 HAWK EYE SECURITY 031101266 KWOK 15,360.05 FOR HAWK EYE RE SECUR | 15,360.05 |
| 04-16 | Service Charge | OUTGOING WIRE | 40.00 |
| 04-25 | Outgoing Wire | DXX3299P00002163 HAWK EYE SECURITY 031101266 RE KWOK 17,092.79 FOR HAWK EYE RE SE | 17,092.79 |
| 04-25 | Outgoing Wire | DXX3299P00002152 NEUBERT PEPE AND M 2 11170101 BNF CONT; USA - OB I;RE KWOK 289,1378 | 289,137.82 |
| 04-25 | Outgoing Wire | DXX3299P00002216 ARD FACILITIES MGM 221270211 BNF CONT; USA - OB I;RE KWOK PMT TO P | 1,975.00 |
| 04-25 | Service Charge | OUTGOING WIRE | 40.00 |
| 04-25 | Outgoing Wire | DXX3299P00002208 ARD FACILITIES MGM 221270211 BNF CONT; USA - OB I;RE KWOK PMT TO P | 8,000.00 |
| 04-25 | Service Charge | OUTGOING WIRE | 40.00 |
| 04-25 | Outgoing Wire | DXX3299P00002172 ARD FACILITIES MGM 221270211 BNF CONT; USA - OB I;RE KWOK PMT TO P | 15,050.00 |
| 04-25 | Service Charge | OUTGOING WIRE | 40.00 |
| 04-28 | Preauth Debit | QUARTERLY FEE PAYMENT 250428 0000 | 25,689.00 |
| 04-30 | Outgoing Wire | DXX329EP00003884 HAWK EYE SECURITY 031101266 REF.IN RE KWOK 15, 360.05 FOR HAWK EY | 15,360.05 |
| 04-30 | Service Charge | OUTGOING WIRE | 40.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03-31 | 1,177,185.64 | 04-08 | 2,225,722.84 | 04-16 | 1,953,111.61 |
| 04-02 | 3,051,845.71 | 04-09 | 2,210,322.79 | 04-25 | 1,621,736.00 |
| 04-03 | 2,467,477.32 | 04-10 | 2,031,679.02 | 04-28 | 1,596,047.00 |
| 04-04 | 2,250,500.65 | 04-11 | 1,972,210.64 | 04-30 | 1,580,646.95 |
| 04-07 | 2,246,314.22 | 04-15 | 1,969,664.32 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

| | | |
|---|---|---|
| **BK EST/HO WAN KWOK DEBTOR** LUC A DESPINS, CH11 TRUSTEE CASE #22-50073 C/O PAUL HASTINGS LLP 200 PARK AVE NEW YORK, NY 10166 — 1316 — DATE 4/2/25 | PAY TO THE ORDER OF Verizon $448.42 | four hundred forty-eight 42/100 DOLLARS |

EAST WEST BANK
135 N Los Robles Ave 6th Floor · Pasadena, CA 91101
FOR Account # 156-844-175-0001-34

04/08/2025    1316    $448.42

| | | |
|---|---|---|
| **BK EST/HO WAN KWOK DEBTOR** LUC A DESPINS, CH11 TRUSTEE CASE #22-50073 C/O PAUL HASTINGS LLP 200 PARK AVE NEW YORK, NY 10166 — 1319 — DATE 4/2/25 | PAY TO THE ORDER OF Dark Star Electrical Contracting LLC $450.00 | four hundred fifty XX/100 DOLLARS |

EAST WEST BANK
135 N Los Robles Ave 6th Floor · Pasadena, CA 91101
FOR light fixture maintenance at Mahwah mansion

04/08/2025    1319    $450.00

04/08/2025    1316    $448.42

For Deposit Only - JPMC

04/08/2025    1319    $450.00

| | | |
|---|---|---|
| **BK EST/HO WAN KWOK DEBTOR** LUC A DESPINS, CH11 TRUSTEE CASE #22-50073 C/O PAUL HASTINGS LLP 200 PARK AVE NEW YORK, NY 10166 — 1317 — DATE 4/2/25 | PAY TO THE ORDER OF PSG & G Co. $193.34 | One hundred ninety-three 34/100 DOLLARS |

EAST WEST BANK
135 N Los Robles Ave 6th Floor · Pasadena, CA 91101
FOR Account # 741317505

04/08/2025    1317    $193.34

| | | |
|---|---|---|
| **BK EST/HO WAN KWOK DEBTOR** LUC A DESPINS, CH11 TRUSTEE CASE #22-50073 C/O PAUL HASTINGS LLP 200 PARK AVE NEW YORK, NY 10166 — 1320 — DATE 4/2/25 | PAY TO THE ORDER OF IPTeam Janitorial LLC $9,969.44 | nine thousand ninehundred sixty-nine 44/100 DOLLARS |

EAST WEST BANK
135 N Los Robles Ave 6th Floor · Pasadena, CA 91101
FOR cleanings, invoice # 48-49,50

04/08/2025    1320    $9,969.44

04/08/2025    1317    $193.34

For Deposit Only - JPMC

04/08/2025    1320    $9,969.44

| | | |
|---|---|---|
| **BK EST/HO WAN KWOK DEBTOR** LUC A DESPINS, CH11 TRUSTEE CASE #22-50073 C/O PAUL HASTINGS LLP 200 PARK AVE NEW YORK, NY 10166 — 1318 — DATE 4/2/25 | PAY TO THE ORDER OF PSE & G Co. $2,672.63 | Two thousand six hundred seventy-two 63/100 DOLLARS |

EAST WEST BANK
135 N Los Robles Ave 6th Floor · Pasadena, CA 91101
FOR Account # 762463587

04/08/2025    1318    $2,672.63

| | | |
|---|---|---|
| **BK EST/HO WAN KWOK DEBTOR** LUC A DESPINS, CH11 TRUSTEE CASE #22-50073 C/O PAUL HASTINGS LLP 200 PARK AVE NEW YORK, NY 10166 — 1321 — DATE 4/2/25 | PAY TO THE ORDER OF Planet Depos, LLC $6,857.55 | Six thousand eight hundred fifty-seven 55/100 DOLLARS |

EAST WEST BANK
135 N Los Robles Ave 6th Floor · Pasadena, CA 91101
FOR invoice #s 741183, 741189

04/08/2025    1321    $6,857.55

04/08/2025    1318    $2,672.63

04/08/2025    1321    $6,857.55

**BK EST/HO WAN KWOK DEBTOR**
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK, NY 10166

16-7038/0230          **1322**

DATE 4/2/25

PAY TO THE ORDER OF  Divergent Language Solutions, LLC          $ 2,546.32

two thousand five hundred forty-six 32/100          DOLLARS

**EAST WEST BANK**
135 N Los Robles Ave 6th Floor · Pasadena, CA 91101

FOR Invoice # 2025-265

AUTHORIZED SIGNATURE

04/15/2025    1322    $2,546.32

Seq: 1
Dep: 000087
Date: 04/14/25

04/15/2025    1322    $2,546.32

# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page  1  of  2
STARTING DATE: April 01, 2025
ENDING DATE: April 30, 2025
Total days in statement period: 30

( 0 )

BK EST/HO WAN KWOK DEBTOR
LUC A DESPINS, CH 11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK NY  10166-0005

Enjoy quick and secure access to your
finances with our Mobile App and Online
Banking! You can check your account
balance, send/receive money, or pay bills.
Visit eastwestbank.com/mobile or call
833.468.8356 to learn more.

## Trustee-Non Vendor MMA

| | | | |
|---|---|---|---|
| Account number | ████████ | Beginning balance | $68,783,471.14 |
| Low balance | $65,626,896.63 | Total additions (1) | 219,050.12 |
| Average balance | $65,805,183.89 | Total subtractions (3) | 3,156,574.51 |
| Interest paid year to date | $906,101.32 | Ending balance | $65,845,946.75 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 04-30 | Interest Credit | 219,050.12 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 04-02 | Onln Bkg Trfn D | TO ACC 05500020846 | -3,000,000.00 |
| 04-16 | Outgoing Wire | DXX3290P00001643 KROLL LLC 026009593 KWOK 156,534.51 FO R KROLL PER MO FEE | -156,534.51 |
| 04-16 | Service Charge | OUTGOING WIRE | -40.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 68,783,471.14 | 04-16 | 65,626,896.63 | | |
| 04-02 | 65,783,471.14 | 04-30 | 65,845,946.75 | | |

### INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 4.13% | Interest-bearing days | 30 |
| Average balance for APY | $65,805,183.89 | Interest earned | $219,050.12 |

# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

BK EST/HO WAN KWOK DEBTOR

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |