**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>    HO WAN KWOK, *et al*.,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>                              Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>                              Defendant. | Adv. Proc. No. 24-05117 |

**MOTION TO PERMIT COUNSEL FOR META PLATFORMS, INC.**
**TO APPEAR REMOTELY FOR THE JUNE 10, 2025 STATUS CONFERENCE**

      Meta Platforms, Inc. ("Meta") moves for permission for its counsel Jin Yan to appear remotely via the Court's Zoom platform at the status conference set for June 10, 2025 at 1:00 p.m. Eastern. *See* ECF Dkt. No. 4424.

      1.      Meta is defendant in the above-captioned avoidance adversary proceeding filed by Luc A. Despins, as Chapter 11 trustee (the "Trustee").

      2.      On May 20, 2025, this Court entered an order in the main bankruptcy case granting the Trustee's oral request for a status conference and scheduled that conference for June 10, 2025 at 1:00 p.m. Eastern to discuss, among other things, consolidated discovery procedures for avoidance actions. Bankruptcy Case ECF Dkt. No. 4424. The Court's order directed the Trustee to serve the order on all defendants in avoidance actions who had not been defaulted. *Id.*

3. Mr. Yan is resident in the in Washington, D.C. office of ArentFox Schiff LLP. Given the time and expense needed to travel to Bridgeport, Meta respectfully requests that the Court allow Mr. Yan to participate remotely via the Court's Zoom platform. Further, while the Court has previously required in-person attendance at hearings where live witness testimony and other evidentiary presentations would occur, it does not appear from the Court's scheduling order that this will be the case for the June 10, 2025 status conference.

WHEREFORE, Meta respectfully requests permission for Mr. Yan to appear remotely via the Court's Zoom platform for the June 10, 2025 status conference.

| | |
|---|---|
| Dated: May 22, 2025<br>New York, New York | */s/ George Angelich*<br>George Angelich (ct27542)<br>Eric Roman (admitted *pro hac vice*)<br>ArentFox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>T: 212.457.5423<br>E: george.angelich@afslaw.com<br>    eric.roman@afslaw.com<br><br>- and -<br><br>Jin Yan (admitted *pro hac vice*)<br>ArentFox Schiff LLP<br>1717 K St. NW<br>Washington, DC 20006<br>T: 202.778.6442<br>E: jin.yan@afslaw.com<br><br>*Counsel for Meta Platforms, Inc.* |

## **CERTIFICATE OF SERVICE**

   I certify that on May 22, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated: New York, New York
    May 22, 2025

                */s/ George Angelich*
                George Angelich