## EXHIBIT 1

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
|     HO WAN KWOK, *et al*., | Case No. 22-50073 (JAM) |
|               Debtors. | (Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | Adv. Proc. No. 24-05117 |
|               Plaintiff, | |
|     v. | |
| META PLATFORMS, INC., | |
|               Defendant. | |

**[PROPOSED] ORDER GRANTING MOTION TO**
**PERMIT COUNSEL FOR META PLATFORMS, INC.**
**TO APPEAR REMOTELY AT THE JUNE 10, 2025 STATUS CONFERENCE**

The Court having considered the motion (the "Motion") of Meta Platforms, Inc. to permit its counsel Jin Yan to appear remotely at status conference scheduled for June 10, 2025 at 1:00 p.m. Eastern, and finding that good cause exists for granting the Motion, it is hereby

1.    **ORDERED**, that the Motion is granted; and it is further

2.    **ORDERED**, that Mr. Yan may participate in the June 10, 2025 status conference via the Court's Zoom.gov platform by contacting the Clerk's Office for instructions to connect to the conference remotely by sending an email to the following court email address:

CalendarConnect_BPT@ctb.uscourts.gov.

_____
Hon. Julie A. Manning, U.S.B.J.