# EXHIBIT 1

**Proposed Order**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | Adv. Proc. No. 24-05060 |
| Plaintiff, | |
| v. | |
| APPLE INC., HING CHI NGOK, ALEX HADJICHARALAMBOUS, BERNARDO ENRIQUEZ, CHUNGUANG HAN, and MEI GUO, | |
| Defendants. | |

### [PROPOSED] ORDER GRANTING MOTION TO
### PERMIT COUNSEL FOR APPLE INC. TO APPEAR REMOTELY
### AT THE JUNE 10, 2025 STATUS CONFERENCE

The Court having considered the motion (the "Motion") of Apple Inc. to permit its counsel

Jin Yan to appear remotely at status conference scheduled for June 10, 2025 at 1:00 p.m. Eastern,

and finding that good cause exists for granting the Motion, it is hereby

1.    **ORDERED**, that the Motion is granted; and it is further

2.    **ORDERED**, that Mr. Yan may participate in the June 10, 2025 status conference

via the Court's Zoom.gov platform by contacting the Clerk's Office for instructions to connect to

the conference remotely by sending an email to the following court email address:

CalendarConnect_BPT@ctb.uscourts.gov.

_____

Hon. Julie A. Manning, U.S.B.J.