**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                        :

In re:                                            :        Chapter 11
                                                   :
HO WAN KWOK, *et al.*,[1]          :        Case No. 22-50073 (JAM)
                                                   :
        Debtor.                      :        (Jointly Administered)
---------------------------------------------------------x

**NOTICE OF FILING OF FURTHER REVISED PROPOSED ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE TO (I) FURTHER MODIFY OCTOBER 6, 2022 PROTECTIVE ORDER ENTERED PURSUANT TO SECTIONS 105 AND 107 OF BANKRUPTCY CODE AND FEDERAL RULE OF CIVIL PROCEDURE 26(C) AND THE STIPULATED ADDENDUM TO THE PROTECTIVE ORDER AND (II) WAIVE CERTAIN OF THE DEBTOR'S PRIVILEGES CONTROLLED BY THE TRUSTEE, PURSUANT TO THE CONSENT ORDER REGARDING CONTROL OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION RELATED TO RULE 2004 SUBPOENAED DOCUMENTS AND INFORMATION [ECF NO. 856]**

**PLEASE TAKE NOTICE** that, on May 13, 2025, Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee") for the estate of debtor Ho Wan Kwok (the "Debtor") filed the *Motion of Chapter 11 Trustee to (I) Further Modify October 6, 2022 Protective Order Entered Pursuant to Sections 105 and 107 of Title 11 of the United States Code and Rule 26(c) of the Federal Rules of Civil Procedure and the Stipulated Addendum to the Protective Order and (II) Waive Certain of the Debtor's Privileges Controlled By the Trustee, Pursuant to the Consent Order Regarding Control of Attorney-Client Privilege and Work Product Protection Related to Rule 2004 Subpoenaed Documents and Information [ECF No. 856]* (the "Motion"),[2] for entry of an order (the "Order") authorizing the Trustee to (I) modify the Protective Order entered on

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion.

October 6, 2022 [ECF No. 923] pursuant to sections 105 and 107 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 26(c) of the Federal Rules of Civil Procedure (as modified from time to time,[3] the "Protective Order") and the Stipulated Addendum to the Protective Order [ECF No. 2460] (the "P.O. Addendum") and (II) authorizing a limited waiver of the Trustee's attorney-client and work product privileges pursuant sections 105, 107, 323, 521, 541, and 1108 of the Bankruptcy Code, and the Consent Order entered on September 14, 2022, [ECF No. 856] (the "Consent Order"), to allow the Trustee to use a limited sub-set of otherwise privileged documents in the course of prosecuting actions to recover property of the estate, including, but not limited to, the K Legacy Action (as defined herein).

**PLEASE TAKE FURTHER NOTICE** that on May 14, 2025, the Court entered its *Order Granting Motion of Chapter 11 Trustee to Expedite Hearing Regarding Motion to (I) Further Modify October 6, 2022 Protective Order Entered Pursuant to Sections 105 and 107 of Title 11 of the United States Code and Rule 26(c) of the Federal Rules of Civil Procedure and the Stipulated Addendum to the Protective Order and (II) Waive Certain of the Debtor's Privileges Controlled By the Trustee, Pursuant to the Consent Order Regarding Control of Attorney-Client Privilege and Work Product Protection Related to Rule 2004 Subpoenaed Documents and Information [ECF No. 856]* (the "Scheduling Order"). The Scheduling Order provides that a hearing on the Motion shall be held on **May 27, 2025 at 1:00 p.m.** (prevailing Eastern Time) at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"). The Scheduling Order provides that the deadline to object to the Motion shall be **May 23, 2025 at 12:00 p.m.** (prevailing Eastern Time) (the "Objection Deadline"). In an effort to resolve any objections to the relief sought in the Motion

---

[3] *See* [ECF No. 3264].

in advance of the Objection Deadline and/or the Hearing, the Trustee has engaged in discussions with various parties that have expressed concerns, sought additional information regarding the Motion, or shared preliminary objections to the relief requested therein.

**PLEASE TAKE FURTHER NOTICE** that on May 20, 2025, the Trustee filed a Notice and Revised Proposed Order reflecting modification to the proposed Order granting the Motion. *See* [ECF No. 4426].

**PLEASE TAKE FURTHER NOTICE** that certain parties' concerns with the relief sought in the Motion remain outstanding. To further clarify the extent of the relief the Trustee is seeking by the Motion, the Trustee has made certain additional modifications to the proposed Order granting the Motion **and** to the Modified Protective Order affixed thereto.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a further revised proposed order. Attached hereto as **Exhibit 2** is a cumulative redline version of the further revised proposed order, marked to show the modifications that have been made to the original proposed Order attached to the Motion. Attached hereto as **Exhibit 3** is an incremental redline version of the further revised proposed order, marked to show the modifications that have been made to the first revised proposed order filed on May 20, 2025, [ECF No. 4426].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 4** is a revised proposed Modified Protective Order. Attached hereto as **Exhibit 5** is a cumulative redline version of the revised proposed Modified Protective Order, marked to show all proposed revisions to the Modified Protective Order, [ECF No. 3264-1] (entered June 20, 2024).

Dated: May 22, 2025
New York, New York

By: */s/ Nicholas A. Bassett*
Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

    *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[4] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: May 22, 2025
New York, New York

By: */s/ Nicholas A. Bassett*
Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*Counsel for the Chapter 11 Trustee*

---

[4] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).