**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.¹ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br><br>Re: ECF Nos. 3163, 3465, 4391, 4395 |

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING JUDGE JAMES J. TANCREDI'S SELECTION OF <u>JUDGE ALAN S. TRUST AS ADDITIONAL MEDIATOR</u>**

UPON CONSIDERATION OF the motion [Main Case Docket No. 4391] (the "<u>Motion</u>") of Luc A. Despins (the "<u>Trustee</u>") in the chapter 11 case (the "<u>Chapter 11 Case</u>") of Ho Wan Kwok (the "<u>Debtor</u>"), requesting approval of the Honorable James J. Tancredi's ("<u>Judge Tancredi</u>") selection of the Honorable Alan S. Trust ("<u>Judge Trust</u>") as an additional mediator pursuant to ¶ 2(k) of the *Order Directing Parties to Mediation, Appointing the Honorable James J. Tancredi as Mediator, and Amending Order Approving Procedures Applicable to Avoidance Claim Adversary Proceedings* [Main Case Docket No. 3163] (the "<u>Avoidance/Mediation Procedures Order</u>")², in the Mediation Proceedings conducted under the Avoidance/Mediation Procedures Order and/or the Supplemental Mediation Order [Main Case Docket No. 3465], the United States Court of Appeals for the Second Circuit having designated Judge Trust as a

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

² Capitalized terms not expressly defined herein shall adopt the meanings ascribed to them in the Motion or the Avoidance/Mediation Procedures Order.

2

mediator for the Chapter 11 Case [Main Case Docket No. 4395], no objections to the Motion having been filed, and it appearing that cause exists for the Motion to be granted; it is by the Court hereby:

**ORDERED**, that Judge Tancredi's selection of Judge Trust as an additional mediator under the Avoidance/Mediation Procedures Order and the Supplemental Procedures Order is **APPROVED** and Judge Trust is **APPOINTED** as an additional mediator; and it is further

**ORDERED**, that all provisions of ¶ 2(q) of the Avoidance/Mediation Procedures Order applicable to Judge Tancredi shall likewise apply to Judge Trust, including, without limitation, that Judge Trust and his agents shall have absolute judicial immunity as provided under state, federal, and common law, from liability for any act or omission in connection with the Mediation Proceedings, except as specifically provided in ¶ 2(q), and Judge Trust and his agents shall be held harmless by all parties to any Mediation Proceedings as to which Judge Trust is the Assigned Mediator; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated at Bridgeport, Connecticut this 27th day of May, 2025.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut