**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                          :         Chapter 11
:
HO WAN KWOK, *et al.*,[1]                       :         Case No. 22-50073 (JAM)
:
Debtor.                                  :         (Jointly Administered)
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 14, 2025, the *Motion of Chapter 11 Trustee to (I) Further Modify October 6, 2022 Protective Order Entered Pursuant to Sections 105 and 107 of Bankruptcy Code and Federal Rule of Civil Procedure 26(C) and the Stipulated Addendum to the Protective Order and (II) Waive Certain of the Debtor's Privileges Controlled by the Trustee, Pursuant to the Consent Order Regarding Control of Attorney-Client Privilege and Work Product Protection Related to Rule 2004 Subpoenaed Documents and Information [ECF No. 856]* [ECF No. 4398] (the "Motion"), along with the *Motion of Chapter 11 Trustee to Expedite Hearing Regarding Motion of Chapter 11 Trustee to Further Modify Protective Order and Waive Certain of the Debtor's Privileges Controlled By the Trustee, Pursuant to the Consent Order Regarding Control of Attorney-Client Privilege and Work Product Protection Related to Rule 2004 Subpoenaed Documents and Information [ECF No. 856]* [ECF No. 4399] (the "Motion to Expedite

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Hearing"), and the *Order Granting Motion of Chapter 11 Trustee to Expedite Hearing Regarding Motion of Chapter 11 Trustee to Further Modify Protective Order and Waive Certain of the Debtor's Privileges Controlled By the Trustee, Pursuant to the Consent Order Regarding Control of Attorney-Client Privilege and Work Product Protection Related to Rule 2004 Subpoenaed Documents and Information [ECF No. 856]* [ECF No. 4400] (the "Order" together with the Motion and Motion to Expedite Hearing, collectively, the "Served Documents"), were served via Federal Express to all parties set forth on the attached **Exhibit 1**. In addition, any Producing Parties that designated discovery materials "Confidential" or "Highly Confidential" (as such terms are defined in the Protective Order) were sent copies of the Served Documents via email or via U.S. Mail as set forth on the attached **Exhibit 2**. In addition, the Debtor, Qiang Guo, and counsel to Qiang Guo and K Legacy Ltd in the K Legacy Action were sent copies of the Served Documents via email and via U.S. Mail as set forth on the attached **Exhibit 3**.

Dated: May 27, 2025         LUC A. DESPINS, CHAPTER 11 TRUSTEE
New Haven, Connecticut

By:   */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
dskalka@npmlaw.com
plinsey@npmlaw.com

# EXHIBIT 1

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola, British Virgin Islands

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830

Eisner Advisory Group LLC
111 Wood Avenue South
Iselin, NJ 08830-2700

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 1104

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606
Email: md@dundon.com;
ph@dundon.com
**EMAIL SERVICE ONLY**

**EXHIBIT 2**

| Producing Party | Service Address |
|---|---|
| 1332156 B.C. Ltd. | Joseph Pastore<br>jpastore@pastore.net |
| American Express Company | Darryl S. Laddin<br>darryl.laddin@agg.com |
| Banco Popular de Puerto Rico | Lourdes Carballo Crespo<br>lourdes.carballo@popular.com |
| Bank of America, N.A. | Kenneth Rudd, Esq.<br>krudd@zeklaw.com |
| Barclays Bank | Cynthia M. Walshe<br>Cynthia.walshe@barclays.com |
| Bento Technologies, Inc. | Michael Krauss<br>kraussm@gtlaw.com |
| Capital One, N.A. | Kang He<br>khe@mcguirewoods.com |
| Visa f/k/a/ Currency Cloud, Inc. | Jo-Ann Willkom<br>jwillkom@visa.com |
| DBS Bank Ltd. | Genevieve Weiner<br>gweiner@sidley.com<br>John Kuster<br>jkuster@sidley.com |
| FDIC as Receiver for Signature Bridge Bank, N.A. | Anne Devens<br>adevens@fdic.gov |
| First Republic | Regina Rimando<br>rrimando@firstrepublic.com |
| Chase Bank | Alexandrea Hall<br>alexandrea.hall@Chase.com |
| HSBC Bank USA | Daniel Crockett<br>Daniel.x.crockett@hsbc.com |
| Israel Discount Bank of New York | David Polizzi<br>dpolizzi@idbny.com |
| Mercantile Bank International Corp. | Michael Williams<br>mwilliams@crowell.com<br>Frederick Hyman<br>fhyman@crowell.com |
| NexBank | Isaac Leventon<br>ileventon@skyviewgroup.com |
| Nium Inc | Lauren Goodman<br>lgoodman@mcgrathnorth.com |
| Schulman Bhattacharya, LLC | Jeffrey S. Gavenman<br>JGavenman@SchulmanBH.com |
| Seacoast National Bank | John Anthony<br>janthony@anthonyandpartners.com |
| Standard Chartered | Janita Obie |

|  | Janita.obie@sc.com |
|---|---|
|  | Vanessa Gonzalez-Ahmed |
|  | Vanessa.gonzalez-ahmed@sc.com |
| TD Bank, N.A. | Elizabeth Lacombe |
|  | emlacombe@duanemorris.com |
| UBS AG | Lisa Fried |
|  | Lisa.fried@hsf.com |
| US Bank, N.A. | Michael Krauss |
|  | kraussm@gtlaw.com |
| Wells Fargo Bank, N.A. | Pierre-Yves Kolakowski |
|  | pkolakowski@zeklaw.com |
| ACASS Canada Ltd. | Rahman Connelly |
|  | Rahman.connelly@pillsburylaw.com |
| Alex Hadjicharalambous | Jenna Dabbs |
|  | jdabbs@kaplanhecker.com |
| Apple Inc. | Hannah Cannom |
|  | hcannom@wscllp.com |
| Baker Hostetler LLP | Andrew Layden |
|  | alayden@bakerlaw.com |
| Boies Schiller Flexner LLP | Amy Neuhardt |
|  | aneuhardt@bsfllp.com |
| Brown Rudnick LLP | Michael H. Dore |
|  | mdore@gibsondunn.com |
| Cahill Gordon & Reindel LLP | Brockton Bosson |
|  | bbosson@cahill.com |
| Chris Lee (a/k/a/ Nan Li, Chris Li, Mei Guo Xiao Li) | Eric T. Schmitt |
|  | eschmitt@quinlanfirm.com |
| Cirrus Design Corporation (d/b/a Cirrus Aircraft) | Jaclyn C. Marasco |
|  | jaclyn.marasco@faegredrinker.com |
| Clark Hill PLC | Vincent E. Lazar |
|  | vlazar@jenner.com |
|  | John Storino |
|  | jstorino@jenner.com |
| Defeng Cao | Katherine E. Mateo |
|  | KMateo@olshanlaw.com |
| Ding "Ivan" Lin | Eric T. Schmitt |
|  | eschmitt@quinlanfirm.com |
| Elliot Kwok Levine & Jaroslaw LLP | Matt Levine |
|  | mlevine@ekljlaw.com |
| Ernst & Young LLP (a/k/a E&Y) | Alan Tabak |
|  | Alan.j.tabak@ey.com |
| G Club Operations LLC | Jeffrey M. Sklarz |
|  | jsklarz@gs-lawfirm.com |
| Gettr USA Inc | Richard J. Corbi |
|  | rcorbi@corbilaw.com |
| GFNY, Inc. | Howard J. Steinberg |

2

|  | steinbergh@gtlaw.com<br>Nathan A. Haynes<br>haynesn@gtlaw.com |
|---|---|
| GMusic | Howard J. Steinberg<br>steinbergh@gtlaw.com<br>Nathan A. Haynes<br>haynesn@gtlaw.com |
| Greenwich Land LLC | James Moriarty<br>jmoriarty@zeislaw.com;<br>Stephen M. Kindseth<br>skindseth@zeislaw.com |
| GS Security Solutions Inc. | Robert Grand<br>rgrand@laxneville.com |
| Gypsy Mei Food Services LLC | James Moriarty<br>jmoriarty@zeislaw.com;<br>Stephen M. Kindseth<br>skindseth@zeislaw.com |
| Hing Chi Ngok a/k/a Yue Qingzhi a/k/a Hing Chi Ng | James Moriarty<br>jmoriarty@zeislaw.com;<br>Stephen M. Kindseth<br>skindseth@zeislaw.com |
| HK International Funds Investments (USA) Limited, LLC | James Moriarty<br>jmoriarty@zeislaw.com;<br>Stephen M. Kindseth<br>skindseth@zeislaw.com; |
| Ho Wan Kwok | James Moriarty<br>jmoriarty@zeislaw.com;<br>Stephen M. Kindseth<br>skindseth@zeislaw.com |
| Janover LLC | Rory G. Greebel<br>rory.greebel@wilsonelser.com |
| Joshua I. Sherman | Joshua Sherman<br>jsherman@ck-litigation.com |
| Kamel Debeche | James Edward Nealon<br>james.nealon@nealon-law.com |
| Kathleen Sloane | Kathleen Sloane<br>ksloane@bhsusa.com |
| Lawall & Mitchell, LLC | Jeffrey M. Sklarz<br>jsklarz@gs-lawfirm.com |
| Limarie Reyes | Paul M. Krieger<br>Paul.Krieger@KKLllp.com |
| Mei Guo | James Moriarty<br>jmoriarty@zeislaw.com;<br>Stephen M. Kindseth |

|  | skindseth@zeislaw.com |
|---|---|
| Melissa Francis | Jonathan Bach<br>jbach@shapiroarato.com |
| Min Yang | 10740 Queens Blvd.<br>Apt 11G<br>Forest Hills, NY 11375-4211 |
| NAV Fund Services (Cayman) Ltd. | Paul J. Doucette<br>paul.doucette@navconsulting.net |
| O'Neal Webster | Adam Swick<br>adam.swick@akerman.com |
| Phillips Nizer LLP | Jared R. Clark<br>jclark@phillipsnizer.com |
| Raich Ende Malter Co. LLP | Jacquelyn J. Moran<br>jmoran@moritthock.com |
| Rule of Law Foundation III | Jon P. Newton<br>jnewton@reidandriege.com |
| Rule of Law Society IV INC. | Jon P. Newton<br>jnewton@reidandriege.com |
| V.X. Cerda & Associates P.A. and Victor Cerda | Brendan F. Quigley<br>brendan.quigley@bakerbotts.com |
| Williams & Connolly LLP | Jerry Shulman, Esq.<br>jshulman@wc.com |
| Yossi Almani | Patricia Pileggi<br>patricia.pileggi@afslaw.com |
| GWGOPNZ Ltd. | Joseph Pastore<br>jpastore@pastore.net |
| Shin Hsin Yu | Joseph Pastore<br>jpastore@pastore.net |
| BHS Manhattan | Babette Krolik<br>bkrolik@terraholdings.com |
| Citibank, N.A. | Melissa Leal<br>melissa.leal@citi.com |
| Fidelity Brokerage Services LLC | Brian Devine<br>brian.devine@fmr.com<br>Kate Jones<br>catherine.jones@fmr.com |
| First Fidelity Bank | Tifany Manning<br>tmmanning@phillipsmurrah.com |
| Santander Bank, N.A. | Kelly Koehler<br>kkoehler@santander.us |
| The Bancorp Bank | Nicholas Verna<br>nverna@thebancorp.com |

**EXHIBIT 3**

| Producing Party | Service Address |
|---|---|
| Ho Wan Kwok | Ho Wan Kwok (Register No. 49134-510)<br>MDC Brooklyn<br>Metropolitan Detention Center<br>P.O. Box 329002<br>Brooklyn, NY  11232<br><br>c/o James M. Moriarty<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0907 (fax)<br>jmoriarty@zeislaw.com<br><br>c/o Eric A. Henzy<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-5495<br>203-549-0861 (fax)<br>ehenzy@zeislaw.com<br><br>c/o Stephen M. Kindseth<br>Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>203-367-9678 (fax)<br>skindseth@zeislaw.com |
| Qiang Guo | 5 Princes Gate<br>Flat 6<br>London, LO, GB<br>SW71QJ<br><br>c/o David Lim<br>Ogier<br>Ritter House, Wickham's Cay II<br>Road Town, Tortola<br>British Virgin Islands, BV 1110<br>David.Lim@ogier.com |

2

|  | c/o Arethusa Forsyth<br>arethusaf@proton.me<br><br>ukistruehome@gmail.com;<br>jeffyuef2@icloud.com;<br>ipadforfly@icloud.com;<br>cybermail2018@protonmail.com;<br>raps.sinless0h@icloud.com |
|---|---|
| K Legacy Ltd. | c/o David Lim<br>Ogier<br>Ritter House, Wickham's Cay II<br>Road Town, Tortola<br>British Virgin Islands, BV 1110<br>David.Lim@ogier.com<br><br>c/o Quijano & Associates (BVI) Limited<br>Mandar House, 3rd Floor<br>Suite 301, Road Town VG1110<br>British Virgin Islands |