## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br><br>May 27, 2025 |

### RESPONSE OF THE SHERRY-NETHERLAND, INC. TO THE NOTICE OF CHAPTER 11 TRUSTEE AND GENEVER HOLDINGS LLC REGARDING FUNDING OF MAINTENANCE CHARGES FOR SHERRY NETHERLAND APARTMENT

The Sherry-Netherland, Inc. (the "Sherry-Netherland"), secured creditor of Genever Holdings LLC ("Genever US"), one of the debtors in these above-captioned jointly administered cases, hereby files this response to the *Notice of Chapter 11 Trustee and Genever Holdings LLC Regarding Funding of Maintenance Charges for Sherry Netherland Apartment* (the "Notice") [Docket No. 4419] and in furtherance of the *Motion of the Sherry-Netherland, Inc. for an Order Directing Debtor Genever Holdings LLC to Identify a Source of Funding to Pay Monthly Post-Petition Maintenance Charges* (the "Motion") [Docket No. 4310].[2]

As detailed in the Motion, Genever US, like all shareholders of the Sherry-Netherland, is required to pay to the Sherry-Netherland monthly rent, maintenance charges, and additional rent based on its proportionate ownership of capital shares of the Sherry-Netherland. Motion ¶¶ 11-12, 14. In the Notice, Genever US represented that it would pay the amount of monthly maintenance

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meaning given them in the Motion.

for June 2025 that is not covered by the funds remaining in the Security Deposit. Genever US and the Trustee also represented that they will provide 20 days' advance notice to this Court and parties in interest if the Trustee determines not to provide further funding for such monthly maintenance charges.

The Sherry-Netherland is providing this response to the Notice to reserve all of its rights with respect to Genever US's ongoing breach of the Security Deposit Agreement and the inadequacy of Genever US and the Trustee's 20 days' notice commitment. Indeed, the terms of the Security Deposit Agreement require Genever US to maintain sufficient funds on deposit with the Sherry-Netherland to ensure that the Sherry-Netherland and its other shareholders are not subject to the whims of one shareholder when it comes to funding critical ongoing costs of the Building, including property taxes, insurance, and mortgage payments. The Sherry-Netherland accordingly reserves all of its rights, including without limitation its rights to seek appropriate relief from the Court to lift the stay, for adequate protection, to convert Genever US's chapter 11 case to a chapter 7 liquidation, and/or to seek dismissal of Genever US's chapter 11 case.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2025, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               */s/ Taruna Garg*
                                               Taruna Garg