**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
       Debtors.[1] : Jointly Administered
:
------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF HADEF & PARTNERS LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Hadef & Partners LLC ("Hadef") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as UAE law counsel to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from April 1, 2025 through and including April 30, 2025 (the "Fee Period"). By this Monthly Fee Statement, Hadef respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $1,400.95 and $0.00, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

**SERVICES RENDERED AND EXPENSES INCURRED**

1.   Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, hours, rate, and total fees earned for each Hadef individual who provided services during the Fee Period.

2.   Attached hereto as **Exhibit B** are Hadef's fee statements for services provided during the Fee Period.

**NOTICE AND OBJECTION PROCEDURES**

3.   Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

4.   Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Hadef & Partners LLC (Attn: Karim Mahmoud

(K.Mahmoud@hadefpartners.com) and (ii) the Notice Parties by email no later than **June 17, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

5. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Hadef 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

6. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: May 27, 2025

By: */s/ Karim Mahmoud*
Karim Mahmoud
HADEF & PARTNERS LLC
Level 5, Building 3
Emaar Square, Downtown Dubai
PO Box 37172, Dubai UAE

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated: May 27, 2025
       New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

| Name | Hours | Rate AED | Amount AED |
|---|---:|---:|---:|
| Karim Mahmoud | 0.75 | 3,100.00 | 2,325.00 |
| Abdul Hannan Mian | 0.80 | 2,200.00 | 1,760.00 |
| Farah Bou Nassar | 1.20 | 1,700.00 | 2,040.00 |
| **TOTAL** | **2.75** | | **6,125.00** |
| **Converted into USD** | | | **USD 1,751.18** |

**Exhibit B**

**Fee Statement**

**Hadef & Partners**

| Matter No.: | 21159.00001.02 | Invoice No.: | 02-12874 | Invoice Date: | 16 May 2025 |

**Details of Fees Billed:**

| Date | Recorded By: | Particulars | Hours (Units) |
|---|---|---|---|
| 23.04.2025 | FBN | call with Kobre & Kim discussing ▮▮▮▮▮; meeting with Kobre & Kim regarding Kwok et al. bankruptcy proceedings; drafting summary of meeting with Kobre & Kim regarding ▮▮▮▮▮ | 1.20 |
| 29.04.2025 | KHM | attend meeting with co-counsel to discuss potential scope of investigation and next steps; instructions to associate regarding same; | 0.75 |
| 30.04.2025 | AHM | conferred with Farah Bou Nassar regarding instruction from Kobre & Kim; received briefing on the matter; considered email correspondence; discussed next steps; | 0.80 |
| | | **Total** | **2.75** |

**Summary of Fees Billed:**

| Recorded By: | Name | Title | Hours | Rate | Amount (AED) |
|---|---|---|---|---|---|
| KHM | Karim Mahmoud | Partner | 0.75 | 3,100.00 | 2,325.00 |
| AHM | Abdul Hannan Mian | Senior Associate | 0.80 | 2,200.00 | 1,760.00 |
| FBN | Farah Bou Nassar | Associate | 1.20 | 1,700.00 | 2,040.00 |
| | | **Total** | **2.75** | | **6,125.00** |