**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-----------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.*, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

The undersigned hereby respectfully requests permission to withdraw his appearances in the above-captioned chapter 11 case as attorney for Pacific Alliance Asia Opportunity Fund L.P. In support hereof, the undersigned respectfully represents the following:

1. Robinson & Cole LLP ("Robinson & Cole") is counsel to Pacific Alliance Asia Opportunity Fund L.P.

2. The undersigned is leaving Robinson & Cole to join another law firm.

3. Other Robinson & Cole attorneys are appearing in the above captioned matter and will continue to represent Pacific Alliance Asia Opportunity Fund L.P. in this matter.

WHEREFORE, the undersigned respectfully requests that the Court grant the undersigned permission to withdraw as counsel for Pacific Alliance Asia Opportunity Fund L.P., and for such other and further relief as may be just and proper.

By: */s/ Trevor L. Bradley*
Trevor L. Bradley (ct29992)
1055 Washington Blvd.
Stamford, CT 06901
Tel. No.: (203) 462-7500
E-mail: tbradley@rc.com

32298890-v1