## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors.[1] | Jointly Administered |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule of Civil Procedure 7(e), incorporated by Local Rule of Bankruptcy Procedure 9083-3, the undersigned, Ruby A. Nagamine, respectfully moves to withdraw her appearance as counsel of record for Amazon Web Services, Inc. ("AWS") and Amazon.com, Inc. ("Amazon") in the above-captioned Chapter 11 bankruptcy case (the "Chapter 11 Case") and in the related adversary proceedings, *Luc Despins, Chapter 11 Trustee v. Amazon Web Services, Inc.*, Adv. Pro. No. 24-05006, and *Luc Despins, Chapter 11 Trustee vs. Amazon.com, Inc.*, Adv. Pro. No. 24-05057 (the "Adversary Proceedings"). In support, the undersigned respectfully represents as follows:

1.      K&L Gates LLP is counsel to AWS and Amazon in the Chapter 11 Case and the Adversary Proceedings.

2.      Effective May 23, 2025, the undersigned, Ruby A. Nagamine, will no longer be an attorney at K&L Gates LLP.

---

[1] The Debtors are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

3.      AWS and Amazon will remain represented by Lindsay Sampson Bishop and Brian

T. Peterson of K&L Gates LLP in the Chapter 11 Case and the Adversary Proceedings.


Dated: July 3, 2025

K&L GATES LLP

By:  */s/ Ruby A. Nagamine*
Ruby A. Nagamine (*phv208290*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Email: ruby.nagamine@klgates.com

*Withdrawing counsel for Amazon Web Services, Inc.*
*and Amazon.com, Inc.*

## <u>CERTIFICATION</u>

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

By: */s/ Brian T. Peterson*
Brian T. Peterson, (phv208265)
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
E-mail: brian.peterson@klgates.com
                 ruby.nagamine@klgates.com

Lindsay Sampson Bishop, (ct29990)
K&L Gates LLP
1 Congress St,
Boston, MA 02114
Phone: (617) 261-3100
Fax: (617) 261-3175
E-mail: lindsay.bishop@klgates.com

*Counsel for Amazon Web Services, Inc.*