**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x
In re:                                                            :
                                                                  :   Chapter 11
HO WAN KWOK, *et al.*,[1]                                         :
                                                                  :   Case No. 22-50073 (JAM)
                                    Debtors.                       :
                                                                  :   (Jointly Administered)
                                                                  :
-------------------------------------------------------------x   Re: ECF No. 4821
                                                                  :
LUC A. DESPINS, CHAPTER 11                                        :
TRUSTEE,                                                          :
                                                                  :   Adv. Proceeding No. 24-05225
                                    Plaintiff,                     :
v.                                                                :   Re: ECF No. 97
                                                                  :
                                                                  :
CIRRUS DESIGN CORPORATION and                                    :
QIANG GUO,                                                        :
                                                                  :
                                    Defendants.                   x
----------------------------------------------------------------

**ORDER LIMITING NOTICE AND SCHEDULING HEARING ON MOTION OF
CHAPTER 11 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND
363, CONN. GEN. STAT. § 52-356a, CIVIL RULE 69, BANKRUPTCY RULES 2002,
6004(c), 7069, 9014, AND 9019, AND LOCAL RULES 6004-1, 6004-2, AND 9019-1
SEEKING ENTRY OF ORDER AUTHORIZING AND APPROVING: (I)
SETTLEMENT WITH CIRRUS DESIGN CORPORATION; (II) SALE OF SF50
AIRCRAFT FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND
ENCUMBRANCES; AND (III) GRANTING RELATED RELIEF**

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
      Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings
      LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address
      for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park
      Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes
      of notices and communications).

The Court having considered the motion (the "Motion to Limit") seeking to (a) limit notice of the *Motion, Pursuant to Bankruptcy Code Sections 105 and 363, Conn. Gen. Stat. § 52-356a, Civil Rule 69, Bankruptcy Rules 2002, 6004(c), 7069, 9014, and 9019, and Local Rules 6004-1, 6004-2, and 9019-1, Seeking Entry of Order Authorizing and Approving: (I) Settlement with Cirrus Design Corporation; (II) Sale of SF50 Aircraft Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief* (the "Settlement and Sale Motion");[2] (b) schedule a hearing to consider and determine the Settlement and Sale Motion for December 2, 2025; and good cause appearing, it is hereby ORDERED THAT:

1.       The Motion to Limit is granted as set forth herein.

2.       The Trustee may serve the Settlement and Sale Motion only on: (i) the Office of the United States Trustee for the District of Connecticut, (ii) Cirrus, (iii) counsel for the Debtor, (iv) Qiang Guo (who will be served pursuant to the Service Procedures Order), (v) ATC, (vi) counsel for the Official Committee of Unsecured Creditors, (vii) SPI and all entities and individuals known to have expressed an interest in purchasing the SF50 Aircraft, and (viii) all parties who have requested notice in the Debtor's case pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

3.       On or before November 6, 2025, the Trustee shall cause the Settlement and Sale Motion and this Order to be served on the Notice Parties and shall file a certificate of service in advance of the hearing on the Settlement and Sale Motion.

4.       A hearing on the Settlement and Sale Motion shall be held on **December 2, 2025 at 1 p.m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT  06604.

---

[2]    Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Limit.

5.      The deadline to object to the Settlement and Sale Motion shall be **November 28, 2025 at 12 noon** (the "Objection Deadline").  Any party filing an objection shall file such objection in the Chapter 11 Case and shall serve a copy of such objection upon the Trustee and Trustee's counsel by electronic mail (to: lucdespins@paulhastings.com and plinsey@npmlaw.com) on or before the Objection Deadline.

6.      The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated at Bridgeport, Connecticut this 4th day of November, 2025.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut