**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proceeding Nos. 24-5020, 24-5039, 24-5064, 24-5103, 24-5126, 24-5149, 24-5216 |
| SLAUGHTER LAW GROUP, PC; SHERRY-LEHMANN, INC; JK CHEF COLLECTIONS LLC; BENHAR OFFICE INTERIORS LLC; CESARE ATTOLINI NY LLC; THE DEPUTY GROUP, LLC; and GPP SRL; | : | |
| Defendants. | : | |

---

**MOTION OF CHAPTER 11 TRUSTEE TO ADJOURN HEARING ON THE TRUSTEE'S MOTIONS FOR DEFAULT JUDGMENT**

Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") in the above-captioned chapter 11 case of Ho Wan Kwok (the "Chapter 11 Case"), hereby respectfully moves

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(this "Motion to Adjourn") for entry of the proposed order appended hereto as **Exhibit A** (the "Proposed Order") adjourning the hearing currently scheduled for November 20, 2025 at 1:00 P.M. In support of the Motion to Adjourn, the Trustee respectfully states the following:

1. The Court set a virtual hearing for November 20, 2025 at 1:00 P.M. to address seven pending Motions for Default Judgment ("Motions for Default Judgment") in each of the above-captioned Avoidance Actions. The Court also set a virtual hearing for the same date and time to address the Trustee's *Motion for Order Authorizing Abandonment of Property Pursuant to Bankruptcy Code Section 554 and Bankruptcy Rule 6007* ("Motion for Abandonment") filed in the main case [ECF No. 4792].

2. The Trustee is requesting an adjournment of this hearing because he has conflicting, previously scheduled mediation sessions before Judge Tancredi on the same day. Specifically, these mediation sessions are scheduled in the matter of *Despins v. Morvillo Abramowitz Grand Iason & Anello P.C.*, AP No. 24-5196 at 1:30 P.M. and in the matter of *Despins v. Troutman Pepper Hamilton Sanders LLP*, AP No. 24-5152 at 2:30 P.M.

3. Accordingly, the Trustee is requesting that the hearing currently scheduled for 1:00 P.M. on November 20, 2025 be rescheduled so the Trustee and his counsel may attend both the Court hearing on these motions and the mediation sessions. The Trustee and his counsel are available before 12:00 P.M. or after 3:30 P.M. on November 20 or can make themselves available on another day at the convenience of the Court's schedule.

4. Because the Defendants in the above-referenced Avoidance Actions are in default and have not appeared, counsel for the Trustee is unable to seek the Defendants' position regarding this request.

WHEREFORE, the Trustee respectfully requests that the Court grant the Motion to Adjourn by entering the Proposed Order appended hereto and grant such other relief as is just and proper.

Dated: November 17, 2025  
       New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

*/s/ Erin T. Ryan*  
Patrick R. Linsey (ct29437)  
Erin T Ryan (ct32005)  
Douglas S. Skalka (ct00616)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com  
eryan@npmlaw.com  
dskalka@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proceeding Nos. 24-5020, 24-5039, 24-5064, 24-5103, 24-5126, 24-5149, 24-5216 |
| SLAUGHTER LAW GROUP, PC; SHERRY-LEHMANN, INC; JK CHEF COLLECTIONS LLC; BENHAR OFFICE INTERIORS LLC; CESARE ATTOLINI NY LLC; THE DEPUTY GROUP, LLC; and GPP SRL; | : | |
| Defendants. | : | |

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing (including all exhibits and attachments thereto) was filed electronically using the Court's case management/electronic case files ("CM/ECF") system in the above-captioned adversary

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

proceedings (the "Adversary Proceedings") and chapter 11 case (the "Chapter 11 Case") and notice of the foregoing was sent automatically to all parties appearing in the Adversary Proceedings and the Chapter 11 Case automatically via email by operation of the CM/ECF system. The undersigned further caused the foregoing to be served on all non-appearing Defendants subject to Motions for Default Judgment at issue at their respective service addresses by Federal Express.

Dated: November 17, 2025
New Haven, Connecticut

/s/ *Erin T. Ryan*
Patrick R. Linsey (ct29437)
Erin T Ryan (ct32005)
Douglas S. Skalka (ct00616)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com
eryan@npmlaw.com
dskalka@npmlaw.com

## **EXHIBIT A**

**(PROPOSED ORDER)**

**UNITED STATES BANKRUPTCY COURT**
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |
| | | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proceeding Nos. 24-5020, 24-5039, 24-5064, 24-5103, 24-5126, 24-5149, 24-5216 |
| SLAUGHTER LAW GROUP, PC; SHERRY-LEHMANN, INC; JK CHEF COLLECTIONS LLC; BENHAR OFFICE INTERIORS LLC; CESARE ATTOLINI NY LLC; THE DEPUTY GROUP, LLC; and GPP SRL; | : | |
| Defendants. | : | |

**[PROPOSED] ORDER ADJOURNING HEARING ON
THE TRUSTEE'S MOTIONS FOR DEFAULT JUDGMENT**

Upon the motion (the "Motion to Adjourn") of Luc A. Despins, Chapter 11 Trustee (the "Trustee") to adjourn the hearing scheduled for November 20, 2025 on the Motions for Default

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Judgment[2] and the Motion for Abandonment, and due and sufficient notice having been given, and good cause appearing for the relief sought by the Motion to Adjourn, it is hereby:

**ORDERED,** that the Motion to Adjourn is granted as set forth herein; and it is further

**ORDERED,** that a Hearing on the Motions for Default Judgment and the Motion for Abandonment in the above-captioned matters will take place on _____, 2025 at _____.

Signed this __ day of _____, 2025

                                          _____
                                          Hon. Julie A. Manning
                                          United States Bankruptcy Judge

---

[2] Capitalized terms not expressly defined herein shall adopt the meanings ascribed to them in the Motion to Adjourn.