**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kroll, LLC ("Kroll") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from September 1, 2025 through and September 30, 2025 (the "Fee Period"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $33,919.36 and $2,985.60, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as <u>Exhibit A</u> is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period. The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as <u>Exhibit B</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3. Attached hereto as <u>Exhibit C</u> is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4. Attached hereto as <u>Exhibit D</u> is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5. Attached hereto as <u>Exhibit E</u> are Kroll's fee statements for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

6. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Steven E. Mackey

(steven.e.mackey@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **December 8, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: November 17, 2025

By: /s/ Allen Pfeiffer
Allen Pfeiffer
KROLL, LLC
55 East 52nd Street, Floor 17
New York, New York 10055

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated: November 17, 2025
New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**

**HOURS AND RATES PER PROFESSIONAL**

*Time Period: September 1-30, 2025.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 935 | $ 748 | 2.7 | $ 2,019.60 |
| Barker, James | Associate Managing Director | Forensic Investigations and Intelligence | $ 745 | $ 671 | 0.6 | $ 402.60 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 605 | $ 545 | 10.5 | $ 5,722.50 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 605 | $ 545 | 56.1 | $ 30,574.50 |
| Kiernan, Claire | Research Analyst | Forensic Investigations and Intelligence | $ 255 | $ 230 | 7.5 | $ 1,725.00 |
| McCurdy, Mike | Research Analyst | Forensic Investigations and Intelligence | $ 255 | $ 230 | 8.5 | $ 1,955.00 |
| **Total Hours and Fees:** | | | | | **85.9** | **$ 42,399.20** |
| **Blended Hourly Rate:** | | | | | | **$ 493.59** |

**EXHIBIT B**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

*Time Period: September 1-30, 2025.*

| U.S. Trustee Task Code and Project Category | | Hours Billed | Fees Billed |
|---|---|---|---|
| B110 | Case Administration | 1.4 | $ 884.80 |
| B113 | Pleadings Review | - | $ - |
| B120 | Asset Analysis and Recovery | 64.8 | $ 30,432.80 |
| B155 | Court Hearings | - | $ - |
| B160 | Fee/Employment Applications | 10.7 | $ 6,176.60 |
| B170 | Fee/Employment Objections | - | $ - |
| B180 | Avoidance Action Analysis | 9.0 | $ 4,905.00 |
| B181 | Preference Analysis and Recovery Actions | - | $ - |
| B182 | Post-Petition Transfers and Recovery Actions | - | $ - |
| B190 | Other Contested Matters (excl. assumption/rejections motions) | - | $ - |
| B191 | General Litigation | - | $ - |
| B192 | Lender Litigation | - | $ - |
| B195 | Non-Working Travel | - | $ - |
| B261 | Investigations | - | $ - |
| **TOTAL** | | **85.9** | **$ 42,399.20** |

**EXHIBIT C**

**SUMMARY OF COMPENSATION BY MATTER ID**

*Time Period: September 1-30, 2025.*

| Matter ID and Name | | Hours Billed | Fees Billed |
|---|---|---|---|
| 00001 | General Debtor Representation | 11.9 | $ 6,911.80 |
| 00002 | Asset Recovery Investigation and Litigation | 55.4 | $ 27,744.40 |
| 00003 | HK USA Adversary Proceeding | - | $ - |
| 00004 | Bravo Luck Adversary Proceeding | - | $ - |
| 00005 | PAX Adversary Proceeding | - | $ - |
| 00006 | SN Apartment Adversary Proceeding | - | $ - |
| 00007 | Greenwich Land Adversary Proceeding | - | $ - |
| 00008 | AIG Adversary Proceeding | - | $ - |
| 00009 | Mei Guo Adversary Proceeding | 18.6 | $ 7,743.00 |
| 00010 | Interpleader Adversary Proceeding | - | $ - |
| 00011 | HCHK Adversary Proceeding | - | $ - |
| 00012 | Golden Spring Adversary Proceeding | - | $ - |
| 00013 | Mahwah Adversary Proceeding | - | $ - |
| 00014 | RICO Litigation | - | $ - |
| 00015 | Lamp Capital Adversary Proceeding | - | $ - |
| 00016 | G-Club Adversary Proceeding | - | $ - |
| 00017 | Rule of Law Adversary Proceeding | - | $ - |
| 00018 | UAE Asset Recovery Actions | - | $ - |
| 00019 | Leading Shine Adversary Proceeding | - | $ - |
| 00020 | Gettr USA Proceeding | - | $ - |
| | | **85.9** | **$ 42,399.20** |

**EXHIBIT D**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

*Time Period: September 1-30, 2025.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---|
| Valid8 Charges | General Debtor Representation | Case Administration | 2,985.60 |
| **TOTAL** | | | **$    2,985.60** |

1

**EXHIBIT E**

**FEE DETAIL**

*Time Period: September 1-30, 2025.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Parizek, Pam | 9/2/2025 | General Debtor Representation | Fee/Employment Applications | Review July 2025 Fee Statement (.5). | 0.5 | $ 374.00 |
| McCurdy, Mike | 9/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮▮ account transactions; related updates to master transaction file. | 2.4 | $ 552.00 |
| Lomas, Adam | 9/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to M. McCurdy re: analysis of ▮▮▮▮ ACH transactions. | 0.3 | $ 163.50 |
| Lomas, Adam | 9/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: considerations with respect to updated Rule 2004 subpoenas/requests for certain banks. | 0.4 | $ 218.00 |
| Lomas, Adam | 9/2/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Prepare schedule of known or suspected bank accounts for/in the name of ▮▮▮▮ and ▮▮▮▮ | 1.8 | $ 981.00 |
| Lomas, Adam | 9/2/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review of bank documents to identify additional bank accounts and credit card accounts in the name of ▮▮▮▮ | 1.7 | $ 926.50 |
| Lomas, Adam | 9/2/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Compose email to NPM Law [P. Linsey] re: schedule of known or suspected bank accounts for/in the name of ▮▮▮▮ and ▮▮▮▮ and related considerations for amended Rule 2004 subpoenas/requests. | 1.5 | $ 817.50 |
| Parizek, Pam | 9/3/2025 | General Debtor Representation | Fee/Employment Applications | Review, approve schedules and redacted narratives to July fee statement )(.3). | 0.3 | $ 224.40 |
| Parizek, Pam | 9/3/2025 | General Debtor Representation | Fee/Employment Applications | Review schedules and notice of rate increase (.2). | 0.2 | $ 149.60 |
| Lomas, Adam | 9/3/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare summary of avoidance complaint data with respect to transfers via ▮▮▮▮ and ▮▮▮▮ per inquiry from Paul Hastings [L. Song]. | 1.2 | $ 654.00 |
| Lomas, Adam | 9/3/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose preliminary response to inquiry from NPM Law [K. Mitchell] re: documents underlying transfers to ▮▮▮▮ | 0.2 | $ 109.00 |
| Lazarus, Jordan | 9/3/2025 | General Debtor Representation | Fee/Employment Applications | Billing - July 2025 monthly fee statement | 2.0 | $ 1,090.00 |
| Lazarus, Jordan | 9/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with L. Song and A. Lomas re: transfer actions from ▮▮ and ▮▮▮▮ | 0.2 | $ 109.00 |
| Lomas, Adam | 9/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedule of payments/transfers from ▮▮▮▮ bank accounts to ▮▮▮▮ | 0.6 | $ 327.00 |

1

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 9/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey] re: payments/transfers from ▇▇▇ to ▇▇▇ | 0.3 | $ 163.50 |
| Lomas, Adam | 9/3/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from Paul Hastings [L. Song] re: avoidance actions involving transfers via ▇▇▇ LLC and ▇▇▇ LLC. | 0.2 | $ 109.00 |
| Lomas, Adam | 9/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of credit card statements produced by ▇▇▇ Bank for cards issues to ▇▇▇ | 0.4 | $ 218.00 |
| Lomas, Adam | 9/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 109.00 |
| Lomas, Adam | 9/4/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare schedule summarizing certain information with respect to transfers to ▇▇▇ per inquiry from NPM Law [K. Mitchell]. | 0.4 | $ 218.00 |
| Lomas, Adam | 9/4/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [K. Mitchell] re: documents underlying transfers to ▇▇▇ | 0.1 | $ 54.50 |
| Lomas, Adam | 9/4/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [K. Mitchell] re: avoidance actions involving transfers via ▇▇▇ LLC and ▇▇▇ LLC. | 0.8 | $ 436.00 |
| Lazarus, Jordan | 9/4/2025 | General Debtor Representation | Fee/Employment Applications | Billing - August 2025 monthly fee statement | 0.5 | $ 272.50 |
| Lazarus, Jordan | 9/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of and related to correspondence with K. Mitchell and A. Lomas re: transfer actions from ▇▇▇ and ▇▇▇ | 0.3 | $ 163.50 |
| McCurdy, Mike | 9/5/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▇▇▇ Bank account transactions; related updates to master transaction file. | 1.8 | $ 414.00 |
| Lomas, Adam | 9/5/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▇▇▇ credit card transactions into master transaction file for review/analysis. | 0.3 | $ 163.50 |
| Lomas, Adam | 9/5/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to M. McCurdy re: ▇▇▇ credit card transaction review. | 0.1 | $ 54.50 |
| Lomas, Adam | 9/5/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: documents related to transactions in ▇▇▇ ▇▇▇ account for follow up with bank. | 0.4 | $ 218.00 |
| Lazarus, Jordan | 9/5/2025 | General Debtor Representation | Fee/Employment Applications | Billing - August 2025 monthly fee statement | 0.5 | $ 272.50 |
| Lomas, Adam | 9/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedule of transfers to ▇▇▇ per inquiry from NPM Law [P. Linsey]. | 0.3 | $ 163.50 |
| Lomas, Adam | 9/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [P. Linsey] re: schedule of transfers to ▇▇▇ | 0.1 | $ 54.50 |
| Lomas, Adam | 9/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: need for additional records with respect to certain known or suspected ▇▇▇ accounts. | 1.2 | $ 654.00 |

2

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 9/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of records with respect to avoidance defendant ▮ LLC. | 0.8 | $ 436.00 |
| Lomas, Adam | 9/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of records with respect to avoidance defendant ▮ | 0.4 | $ 218.00 |
| Lomas, Adam | 9/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of records with respect to avoidance defendant ▮ | 0.3 | $ 163.50 |
| Lomas, Adam | 9/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: address research for certain avoidance complaint defendants. | 0.4 | $ 218.00 |
| Lazarus, Jordan | 9/8/2025 | General Debtor Representation | Fee/Employment Applications | Billing - August 2025 monthly fee statement | 2.0 | $ 1,090.00 |
| McCurdy, Mike | 9/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Reconciliation of certain ▮ transferees to population of avoidance defendants. | 1.1 | $ 253.00 |
| Lomas, Adam | 9/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: address research for certain avoidance complaint defendants. | 0.2 | $ 109.00 |
| Lomas, Adam | 9/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of records with respect to avoidance defendant ▮ | 1.8 | $ 981.00 |
| Lomas, Adam | 9/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to M. McCurdy re: reconciliation of certain ▮ transferees to populate of avoidance defendants. | 0.4 | $ 218.00 |
| McCurdy, Mike | 9/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of batched ▮ ACH transactions. | 1.8 | $ 414.00 |
| McCurdy, Mike | 9/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with A. Lomas re: ▮ ACH record review. | 0.2 | $ 46.00 |
| Lomas, Adam | 9/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with M. McCurdy re: ▮ ACH record review. | 0.2 | $ 109.00 |
| Lomas, Adam | 9/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮ bank account transactions; related updates to master transaction file. | 0.9 | $ 490.50 |
| Lomas, Adam | 9/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attention to schedule of ▮ bank account transaction summary. | 1.0 | $ 545.00 |
| Lomas, Adam | 9/10/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [K. Mitchell] re: listing of avoidance claims subject to partial stay. | 1.6 | $ 872.00 |
| Parizek, Pam | 9/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review weekly update from A. Lomas re: bank account inventory (.1). | 0.1 | $ 74.80 |
| Lomas, Adam | 9/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Matching analysis of transfers from ▮ to other Debtor-related accounts via ACH. | 0.6 | $ 327.00 |
| Lomas, Adam | 9/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate debatched ▮ ACH transactions into master transaction file. | 3.8 | $ 2,071.00 |
| Lomas, Adam | 9/11/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮ bank account transactions; related updates to master transaction file. | 0.7 | $ 381.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 9/12/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮ bank account transactions; related updates to master transaction file. | 3.1 | $ 1,689.50 |
| McCurdy, Mike | 9/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Preparation of schedule of transfers for ▮▮▮ ▮▮▮ bank account ACH Payments | 0.7 | $ 161.00 |
| Lomas, Adam | 9/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to M. McCurdy re: ▮▮▮ ▮▮▮ ▮▮▮ Bank ACH record review. | 0.2 | $ 109.00 |
| Lomas, Adam | 9/15/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮▮▮ bank account transactions; related updates to master transaction file. | 2.8 | $ 1,526.00 |
| McCurdy, Mike | 9/16/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Preparation of schedule of transfers between ▮▮▮ ▮▮▮ | 0.5 | $ 115.00 |
| Parizek, Pam | 9/16/2025 | General Debtor Representation | Fee/Employment Applications | Review August 2025 Monthly Fee Statement (.5). | 0.5 | $ 374.00 |
| Lomas, Adam | 9/16/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Instructions to M. McCurdy re: data with respect to transfers between ▮▮▮ ▮▮▮ requested by NPM Law [P. Linsey]. | 0.1 | $ 54.50 |
| Lomas, Adam | 9/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Research with respect to ▮▮▮ ▮▮▮ per inquiry from NPM Law [K. Mitchell]. | 0.3 | $ 163.50 |
| Lomas, Adam | 9/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: ▮▮▮ | 0.1 | $ 54.50 |
| Lomas, Adam | 9/16/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review of and updates to schedule of transfers between ▮▮▮ ▮▮▮ ▮▮▮ | 0.5 | $ 272.50 |
| Lomas, Adam | 9/16/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey] re: transfers between ▮▮▮ ▮▮▮ ▮▮▮ | 0.2 | $ 109.00 |
| Lomas, Adam | 9/16/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with NPM Law [K. Mitchell] re: stay status with respect to certain avoidance actions involving multiple defendants. | 0.2 | $ 109.00 |
| Lomas, Adam | 9/16/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of transfers underlying avoidance actions involving multiple defendants re: stay status. | 2.1 | $ 1,144.50 |
| Lomas, Adam | 9/16/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [K. Mitchell] re: analysis of avoidance actions involving multiple defendants. | 0.3 | $ 163.50 |
| Lomas, Adam | 9/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attention to Rule 2004 bank subpoena/request tracker. | 1.0 | $ 545.00 |
| Lazarus, Jordan | 9/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with K. Mitchell and A. Lomas re: ▮▮▮ EIN number and related matters. | 0.2 | $ 109.00 |
| Lazarus, Jordan | 9/16/2025 | General Debtor Representation | Fee/Employment Applications | Billing - August 2025 monthly fee statement | 1.5 | $ 817.50 |
| Lomas, Adam | 9/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attention to Rule 2004 bank subpoena/request tracker. | 0.3 | $ 163.50 |
| Lomas, Adam | 9/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: updated Rule 2004 bank subpoena/request tracker. | 0.2 | $ 109.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 9/17/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [K. Mitchell] re: avoidance defendants who received transfers from certain alter ego transferors. | 0.8 | $ 436.00 |
| Lomas, Adam | 9/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▮ bank account transactions; related updates to master transaction file. | 0.8 | $ 436.00 |
| Lomas, Adam | 9/17/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedule of sources and uses of cash in ▮ bank accounts. | 2.8 | $ 1,526.00 |
| Lazarus, Jordan | 9/17/2025 | General Debtor Representation | Fee/Employment Applications | Billing - August 2025 monthly fee statement | 0.5 | $ 272.50 |
| Parizek, Pam | 9/18/2025 | Asset Recovery Investigation and Litigation | Fee/Employment Applications | Review final schedules for fee application (.2). | 0.2 | $ 149.60 |
| Parizek, Pam | 9/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas analysis of ▮ and ▮ bank accounts (.3). | 0.3 | $ 224.40 |
| Parizek, Pam | 9/18/2025 | General Debtor Representation | Case Administration | Call with A. Lomas, J. Lazarus, J. Barker, Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song) and NPM Law (P. Linsey, K. Mitchell) re: ▮ bank account analysis (.6). | 0.6 | $ 448.80 |
| Barker, James | 9/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with client or counsel | 0.6 | $ 402.60 |
| Lomas, Adam | 9/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting re: ▮ bank account analysis, ▮ bank account analysis, and other investigative updates; with Paul Hastings [L. Despins, N. Basset, D. Barron, and L. Song]; NPM Law [P. Linsey and K. Mitchell]; and P. Parizek, J. Barker, and J. Lazarus. | 0.6 | $ 327.00 |
| Lazarus, Jordan | 9/18/2025 | General Debtor Representation | Case Administration | Call with A. Lomas, P. Parizek, J. Barker, Paul Hastings (D. Barron, L. Song, N. Bassett), and NPM Law [K. Mitchell and P. Linsey] re: forensic accounting workstream updates, additional document productions, and related matters. | 0.6 | $ 327.00 |
| Lazarus, Jordan | 9/18/2025 | General Debtor Representation | Fee/Employment Applications | Billing - August 2025 monthly fee statement | 0.5 | $ 272.50 |
| Lomas, Adam | 9/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to Paul Hastings and NPM Law counsel teams re: updates for weekly status meeting. | 0.3 | $ 163.50 |
| Lomas, Adam | 9/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare summary analysis of ▮ bank account transaction activity in preparation for weekly status meeting with Paul Hastings and NPM Law counsel teams. | 0.7 | $ 381.50 |
| Lomas, Adam | 9/18/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with NPM Law [P. Linsey and K. Mitchell] re: determination of stay status for avoidance complaints. | 0.4 | $ 218.00 |
| Lomas, Adam | 9/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspond with J. Barker re: ▮ research. | 0.1 | $ 54.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 9/23/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ▮ | 0.7 | $ 381.50 |
| Lomas, Adam | 9/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: particular suspected or identified ▮ bank account for follow up. | 0.3 | $ 163.50 |
| Lomas, Adam | 9/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supplemental documents produced by ▮ related update of inventory of Debtor-related bank accounts. | 0.4 | $ 218.00 |
| Lomas, Adam | 9/24/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 109.00 |
| Kiernan, Claire | 9/25/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Analysis of ▮ and ▮ bank account transactions; related updates to master transaction file. | 1.9 | $ 437.00 |
| Kiernan, Claire | 9/25/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with A. Lomas re: analysis of ▮ records. | 0.4 | $ 92.00 |
| Lazarus, Jordan | 9/25/2025 | General Debtor Representation | Fee/Employment Applications | Billing - May through August 2025 fee application. | 1.5 | $ 817.50 |
| Lomas, Adam | 9/25/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Meeting with C. Kiernan re: analysis of ▮ records. | 0.4 | $ 218.00 |
| Lomas, Adam | 9/25/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Incorporate ▮ and ▮ bank account transactions in master transaction file for review/analysis. | 0.5 | $ 272.50 |
| Lomas, Adam | 9/25/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: supplemental documents produced by ▮ | 0.2 | $ 109.00 |
| Lomas, Adam | 9/25/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to Paul Hastings and NPM Law counsel teams re: investigation updates in lieu of weekly status meeting. | 0.1 | $ 54.50 |
| Lazarus, Jordan | 9/25/2025 | General Debtor Representation | Case Administration | Review correspondence from A. Lomas re: forensic accounting workstream update and related matters. | 0.2 | $ 109.00 |
| Kiernan, Claire | 9/26/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Working meeting with A. Lomas re: analysis of ▮ and ▮ bank account transactions. | 1.4 | $ 322.00 |
| Kiernan, Claire | 9/26/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Analysis of ▮ and ▮ bank account transactions; related updates to master transaction file. | 3.8 | $ 874.00 |
| Lomas, Adam | 9/26/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Working meeting with C. Kiernan re: analysis of ▮ and ▮ bank account transactions. | 1.4 | $ 763.00 |
| Lomas, Adam | 9/26/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: known or suspected accounts held at ▮ | 0.3 | $ 163.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 9/30/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Compose email to Paul Hastings [L. Song] re: questions on leases for office/business space related to ▇ ▇ LLC and ▇ | 0.2 | $ 109.00 |
| Lomas, Adam | 9/30/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review and analysis of ▇ ▇ bank account transactions; related updates to master transaction file. | 1.1 | $ 599.50 |
| Lomas, Adam | 9/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and analysis of ▇ ▇ bank account transactions; related updates to master transaction file. | 4.8 | $ 2,616.00 |
| Lomas, Adam | 9/30/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Research related to office/business spaces related to ▇ and ▇ and identification of related rent payments. | 1.2 | $ 654.00 |
| Lomas, Adam | 9/30/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Analysis of transfers between ▇ ▇ and ▇ bank accounts. | 0.8 | $ 436.00 |
| **Total Hours and Amount:** | | | | | **85.9** | **$ 42,399.20** |