**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR PERIOD FROM OCTOBER 1, 2025
THROUGH OCTOBER 31, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kroll, LLC ("Kroll") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from October 1, 2025 through and October 31, 2025 (the "Fee Period"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $43,563.36 and $2,580.60, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

**SERVICES RENDERED AND EXPENSES INCURRED**

1.      Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period.  The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2.      Attached hereto as Exhibit B is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3.      Attached hereto as Exhibit C is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4.      Attached hereto as Exhibit D is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5.      Attached hereto as Exhibit E are Kroll's fee statements for services provided during the Fee Period.

**NOTICE AND OBJECTION PROCEDURES**

6.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Steven E. Mackey

(steven.e.mackey@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **December 8, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: November 17, 2025

By: /s/ Allen Pfeiffer
Allen Pfeiffer
KROLL, LLC
55 East 52nd Street, Floor 17
New York, New York 10055

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                              :        Chapter 11
:
HO WAN KWOK, *et al.*,[1]                           :        Case No. 22-50073 (JAM)
:
      Debtors.                               :        (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated:    November 17, 2025           By: */s/ G. Alexander Bongartz*
          New York, New York           G. Alexander Bongartz (admitted *pro hac vice*)
                                                                  PAUL HASTINGS LLP
                                                                  200 Park Avenue
                                                                  New York, New York 10166
                                                                  (212) 318-6000
                                                                  alexbongartz@paulhastings.com

                                                                  *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**

**HOURS AND RATES PER PROFESSIONAL**

*Time Period: October 1-31, 2025.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 935 | $ 748 | 2.9 | $ 2,169.20 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 605 | $ 545 | 10.1 | $ 5,504.50 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 605 | $ 545 | 77.1 | $ 42,019.50 |
| Kiernan, Claire | Research Analyst | Forensic Investigations and Intelligence | $ 255 | $ 230 | 20.7 | $ 4,761.00 |
| **Total Hours and Fees:** | | | | | **110.8** | **$ 54,454.20** |
| **Blended Hourly Rate:** | | | | | | **$ 491.46** |

1

# EXHIBIT B

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

*Time Period: October 1-31, 2025.*

| U.S. Trustee Task Code and Project Category | | Hours Billed | Fees Billed |
|---|---|---|---|
| B110 | Case Administration | - | $ - |
| B113 | Pleadings Review | - | $ - |
| B120 | Asset Analysis and Recovery | 67.3 | $ 30,437.30 |
| B155 | Court Hearings | - | $ - |
| B160 | Fee/Employment Applications | 9.5 | $ 5,482.00 |
| B170 | Fee/Employment Objections | - | $ - |
| B180 | Avoidance Action Analysis | 34.0 | $ 18,534.90 |
| B181 | Preference Analysis and Recovery Actions | - | $ - |
| B182 | Post-Petition Transfers and Recovery Actions | - | $ - |
| B190 | Other Contested Matters (excl. assumption/rejections motions) | - | $ - |
| B191 | General Litigation | - | $ - |
| B192 | Lender Litigation | - | $ - |
| B195 | Non-Working Travel | - | $ - |
| B261 | Investigations | - | $ - |
| **TOTAL** | | **110.8** | **$ 54,454.20** |

1

# EXHIBIT C

## SUMMARY OF COMPENSATION BY MATTER ID

*Time Period: October 1-31, 2025.*

| Matter ID and Name | | Hours Billed | Fees Billed |
|---|---|---|---|
| 00001 | General Debtor Representation | 9.9 | $ 5,700.00 |
| 00002 | Asset Recovery Investigation and Litigation | 64.4 | $ 32,974.20 |
| 00003 | HK USA Adversary Proceeding | - | $ - |
| 00004 | Bravo Luck Adversary Proceeding | - | $ - |
| 00005 | PAX Adversary Proceeding | - | $ - |
| 00006 | SN Apartment Adversary Proceeding | - | $ - |
| 00007 | Greenwich Land Adversary Proceeding | - | $ - |
| 00008 | AIG Adversary Proceeding | - | $ - |
| 00009 | Mei Guo Adversary Proceeding | 36.5 | $ 15,780.00 |
| 00010 | Interpleader Adversary Proceeding | - | $ - |
| 00011 | HCHK Adversary Proceeding | - | $ - |
| 00012 | Golden Spring Adversary Proceeding | - | $ - |
| 00013 | Mahwah Adversary Proceeding | - | $ - |
| 00014 | RICO Litigation | - | $ - |
| 00015 | Lamp Capital Adversary Proceeding | - | $ - |
| 00016 | G-Club Adversary Proceeding | - | $ - |
| 00017 | Rule of Law Adversary Proceeding | - | $ - |
| 00018 | UAE Asset Recovery Actions | - | $ - |
| 00019 | Leading Shine Adversary Proceeding | - | $ - |
| 00020 | Gettr USA Proceeding | - | $ - |
| | | 110.8 | $ 54,454.20 |

1

## EXHIBIT D

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

*Time Period: October 1-31, 2025.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---:|
| Valid8 Charges | General Debtor Representation | Case Administration | 2,580.60 |
| **TOTAL** | | | **$  2,580.60** |

1

**EXHIBIT E**

**FEE DETAIL**

*Time Period: October 1-31, 2025.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/1/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Working meeting with C. Kiernan re: preparation of schedule of sources and uses of cash in ▇▇▇ ▇▇▇▇▇▇ and ▇▇ ▇▇ bank accounts. | 1.3 | $ 708.50 |
| Kiernan, Claire | 10/1/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Working meeting with A. Lomas re: preparation of schedule of sources and uses of cash in ▇▇▇ ▇▇▇▇▇▇ and ▇▇ ▇▇ bank accounts. | 1.3 | $ 299.00 |
| Lomas, Adam | 10/1/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K.Mitchell] re: ▇▇ | 0.3 | $ 163.50 |
| Lomas, Adam | 10/2/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Instructions to C. Kiernan re: validation of details of ▇▇▇ ▇▇▇▇▇▇ and ▇▇ ▇▇ bank accounts summarized in working source-use schedule. | 0.1 | $ 54.50 |
| Lomas, Adam | 10/2/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Compose email to Paul Hastings and NPM Law counsel teams re: schedule of activity in ▇▇▇ ▇▇▇▇▇▇ and ▇▇ ▇▇ bank accounts. | 0.4 | $ 218.00 |
| Parizek, Pam | 10/2/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review A. Lomas analysis of ▇▇ ▇▇ | 0.3 | $ 224.40 |
| Kiernan, Claire | 10/2/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Sourced ▇▇▇▇▇▇ ▇▇▇▇▇ and ▇▇▇▇▇ bank account details in bank activity schedule. | 0.3 | $ 69.00 |
| Lomas, Adam | 10/2/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Attention and revisions to schedule of sources and uses of cash in ▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇ and ▇▇▇▇ bank accounts. | 3.5 | $ 1,907.50 |
| Lomas, Adam | 10/3/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.5 | $ 272.50 |
| Lomas, Adam | 10/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPN Law [K. Mitchell] re: questions on recent document productions received from financial institutions. | 0.2 | $ 109.00 |
| Parizek, Pam | 10/3/2025 | Mei Guo Adversary Proceeding | Avoidance Action Analysis | Call with A. Lomas, J. Lazarus, J. Barker, Paul Hastings (L. Despins, N. Bassett, D. Barron, L. Song) and NPM Law (P. Linsey) re: ▇▇▇▇▇▇▇▇▇ | 0.6 | $ 448.80 |

1

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/3/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Incorporate ▇▇▇ and ▇▇▇ bank accounts transactions into master transaction file for review/analysis. | 0.4 | $ 218.00 |
| Lomas, Adam | 10/3/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review of supplemental documents produced by ▇▇▇ related update of inventory of Debtor-related bank accounts. | 1.0 | $ 545.00 |
| Lomas, Adam | 10/3/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Incorporate ▇▇▇ transactions into master transaction file for review/analysis. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/3/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Meeting re: ▇▇▇ ▇▇▇ and ▇▇▇ bank account analysis; with Paul Hastings [L. Despins, N. Bassett, D. Barron, and L. Song]; NPM Law [P. Linsey]; and P. Parizek, J. Barker, and J. Lazarus. | 0.6 | $ 327.00 |
| Lomas, Adam | 10/3/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Compose email to NPM Law [P. Linsey] re: identified address(es) for ▇▇▇. | 0.2 | $ 109.00 |
| Kiernan, Claire | 10/3/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Preparation of chart showing cash receipts received by ▇▇▇ from ▇▇▇. | 0.5 | $ 115.00 |
| Lazarus, Jordan | 10/3/2025 | Mei Guo Adversary Proceeding | Avoidance Action Analysis | Call with A. Lomas, P. Parizek, J. Barker, Paul Hastings (D. Barron, L. Song, N. Bassett), and NPM Law [K. Mitchell and P. Linsey] re: forensic accounting workstream updates, additional document productions, and related matters. | 0.6 | $ 327.00 |
| Lomas, Adam | 10/3/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review of documents produced by ▇▇▇ related update of inventory of Debtor-related bank accounts. | 0.4 | $ 218.00 |
| Lomas, Adam | 10/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: considerations with respect to additional entities to be included in next Rule 2004 motion. | 1.3 | $ 708.50 |
| Lomas, Adam | 10/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Additional correspondence with NPM Law [K. Mitchell] re: questions on recent document productions received from financial institutions. | 0.1 | $ 54.50 |
| Lomas, Adam | 10/6/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 109.00 |
| Lazarus, Jordan | 10/6/2025 | General Debtor Representation | Fee/Employment Applications | Billing - May through August 2025 fee application. | 2.0 | $ 1,090.00 |

2

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Research using Federal Deposit Insurance Corporation and National Credit Union Administration resources with respect to certain financial institutions to be included in next Rule 2004 motion. | 0.9 | $ 490.50 |
| Lomas, Adam | 10/6/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Transaction and document review with respect to suspected or identified bank accounts in the name of ▇▇▇. | 0.7 | $ 381.50 |
| Lomas, Adam | 10/7/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Incorporate ▇▇▇ bank accounts transactions into master transaction file for review/analysis. | 0.5 | $ 272.50 |
| Lomas, Adam | 10/7/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review and matching of payments on ▇▇▇ ▇▇▇ credit card accounts. | 0.9 | $ 490.50 |
| Lomas, Adam | 10/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▇▇▇ transaction activity; related updates to master transaction file. | 0.3 | $ 163.50 |
| Lomas, Adam | 10/7/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▇▇▇ transaction activity; related updates to master transaction file. | 0.4 | $ 218.00 |
| Lomas, Adam | 10/7/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Analysis of ▇▇▇ credit card transaction activity; related updates to master transaction file. | 2.9 | $ 1,580.50 |
| Lomas, Adam | 10/9/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Transaction and document review with respect to parties who transferred funds to ▇▇▇ ▇▇▇ and/or ▇▇▇ | 1.2 | $ 654.00 |
| Lomas, Adam | 10/9/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of transfers to and from various individuals named ▇▇▇ in the effort to identify distinct individuals. | 1.1 | $ 599.50 |
| Lomas, Adam | 10/9/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Respond to inquiry from Paul Hastings [L. Song] re: certain parties who transferred funds to ▇▇▇ | 0.2 | $ 109.00 |
| Lomas, Adam | 10/9/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: parties who transferred funds to ▇▇▇ ▇▇▇ and/or ▇▇▇ | 0.5 | $ 272.50 |
| Lazarus, Jordan | 10/10/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review correspondence from A. Lomas, K. Mitchell, and L. Song re: new 2004 motion and related matters. | 0.3 | $ 163.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: ▮▮▮▮ and records. | 0.6 | $ 327.00 |
| Lomas, Adam | 10/13/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of previous documents produced by ▮▮▮▮ compared against known/suspected ▮▮▮▮. | 1.2 | $ 654.00 |
| Lazarus, Jordan | 10/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review correspondence from A. Lomas re: ▮▮▮▮ and related matters. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Research with respect to nature of certain transfers from ▮▮▮▮. | 0.9 | $ 490.50 |
| Lomas, Adam | 10/14/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to Paul Hastings [L. Song and D. Barron] re: certain activity in ▮▮▮▮ bank accounts. | 0.7 | $ 381.50 |
| Lazarus, Jordan | 10/15/2025 | General Debtor Representation | Fee/Employment Applications | Billing - September 2025 monthly fee statement | 2.5 | $ 1,362.50 |
| Lomas, Adam | 10/15/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Analysis of ▮▮▮▮ transaction activity; related updates to master transaction file. | 2.6 | $ 1,417.00 |
| Lomas, Adam | 10/15/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Attention to summary of activity on ▮▮▮▮ ▮▮▮▮ credit cards. | 0.5 | $ 272.50 |
| Parizek, Pam | 10/16/2025 | General Debtor Representation | Fee/Employment Applications | Review Kroll's Fee Application for May, August 2025, task assignment to J. Lazarus, A. Lomas re: review statistics. | 0.5 | $ 374.00 |
| Lazarus, Jordan | 10/16/2025 | General Debtor Representation | Asset Analysis and Recovery | Review correspondence from A. Lomas re: forensic accounting workstream update and related matters. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to Paul Hastings and NPM Law counsel teams re: activity on ▮▮▮▮ ▮▮▮▮ credit cards and in certain ▮▮▮▮ ▮▮▮▮ bank accounts (in lieu of weekly status meeting). | 0.8 | $ 436.00 |
| Parizek, Pam | 10/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review A. Lomas analyses re: spending on ▮▮▮▮ ▮▮▮▮ Credit Cards, ▮▮▮▮ ▮▮▮▮ ▮▮ accounts, supporting schedules. | 0.2 | $ 149.60 |
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ▮▮▮▮ ▮▮. | 0.9 | $ 490.50 |

4

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▮ transaction activity; related updates to master transaction file. | 0.1 | $ 54.50 |
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supplemental documents produced by ▮ related updates to master transaction file. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▮ transaction activity; related updates to master transaction file. | 1.1 | $ 599.50 |
| Lomas, Adam | 10/20/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Analysis of ▮ activity; related updates to master transaction file. | 0.7 | $ 381.50 |
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supplemental documents produced by ▮ related update of inventory of Debtor-related bank accounts. | 0.1 | $ 54.50 |
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supplemental documents produced by ▮ | 0.2 | $ 109.00 |
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supplemental documents produced by ▮ related update of inventory of Debtor-related bank accounts. | 0.3 | $ 163.50 |
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supplemental documents produced by ▮ (NJ). | 0.1 | $ 54.50 |
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Document review and research with respect to bank accounts held by ▮ | 0.4 | $ 218.00 |
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supporting transaction details with respect to transfers to ▮ | 0.6 | $ 327.00 |
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Prepare schedule of certain transaction details with respect to transfers to ▮ | 1.1 | $ 599.50 |
| Lazarus, Jordan | 10/20/2025 | General Debtor Representation | Fee/Employment Applications | Billing - May through August 2025 fee application. | 1.5 | $ 817.50 |
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Upload of bank statements into bank statement analysis tool. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supplemental documents produced by ▮ Inc; related update of inventory of Debtor-related bank accounts. | 0.2 | $ 109.00 |
| Parizek, Pam | 10/20/2025 | General Debtor Representation | Fee/Employment Applications | QC/approve Kroll Fee Application for May-August 2025. | 0.5 | $ 374.00 |
| Parizek, Pam | 10/20/2025 | General Debtor Representation | Fee/Employment Applications | Review/approve Kroll's September 2025 Fee Statement. | 0.5 | $ 374.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/20/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▮ transaction activity; related updates to master transaction file. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of supplemental documents produced by ▮ | 0.6 | $ 327.00 |
| Lomas, Adam | 10/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▮ transaction activity; related updates to master transaction file. | 0.3 | $ 163.50 |
| Lomas, Adam | 10/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▮ Inc ▮ activity. | 1.2 | $ 654.00 |
| Lomas, Adam | 10/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▮ bank accounts transactions into master transaction file for review/analysis. | 0.1 | $ 54.50 |
| Lomas, Adam | 10/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Incorporate ▮ bank accounts transactions into master transaction file for review/analysis. | 0.1 | $ 54.50 |
| Lomas, Adam | 10/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of documents produced by ▮ Inc. | 0.6 | $ 327.00 |
| Lazarus, Jordan | 10/21/2025 | General Debtor Representation | Fee/Employment Applications | Billing - September 2025 monthly fee statement | 2.0 | $ 1,090.00 |
| Lomas, Adam | 10/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▮ transaction activity; related updates to master transaction file. | 0.5 | $ 272.50 |
| Lomas, Adam | 10/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▮ transaction activity; related updates to master transaction file. | 0.3 | $ 163.50 |
| Lomas, Adam | 10/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Analysis of ▮ transaction activity; related updates to master transaction file. | 0.7 | $ 381.50 |
| Lomas, Adam | 10/21/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Analysis of ▮ and ▮ transaction activity. | 0.6 | $ 327.00 |
| Lomas, Adam | 10/21/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: additional questions/requests for ▮ Inc. | 0.3 | $ 163.50 |
| Lomas, Adam | 10/22/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review of Excel file provided by NPM Law [P. Linsey] summarizing certain information for subset of avoidance actions. | 0.3 | $ 163.50 |
| Lomas, Adam | 10/22/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with NPM Law [P. Linsey] re: development of claim tracking file with respect to a specific subset of avoidance actions. | 0.1 | $ 54.50 |

6

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lazarus, Jordan | 10/22/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review correspondence from A. Lomas re: avoidance action analysis, forensic accounting workstream, and related matters. | 0.4 | $ 218.00 |
| Lomas, Adam | 10/22/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiries from NPM Law [P. Linsey] re: lists of alter ego entities and whether transfers from said entities are included or not included in any avoidance actions. | 1.0 | $ 545.00 |
| Lomas, Adam | 10/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [P. Linsey] re: requested claim tracking file. | 0.3 | $ 163.50 |
| Lomas, Adam | 10/22/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Attention to creation of claim tracking Excel file with respect to a specific subset of avoidance actions. | 2.9 | $ 1,580.50 |
| Lomas, Adam | 10/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Case Administration: Compose email to internal Kroll team [P. Parizek and J. Lazarus] re: case/analysis updates. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: follow-up records for ▮▮▮▮▮. | 0.6 | $ 327.00 |
| Lomas, Adam | 10/23/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review of previous document productions from ▮▮▮▮▮ related to suspected missing records. | 0.9 | $ 490.50 |
| Lomas, Adam | 10/24/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with NPM Law [P. Linsey and K. Mitchell] and C. Kiernan re: development of avoidance action analysis court tracking file. | 0.5 | $ 272.50 |
| Kiernan, Claire | 10/24/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with NPM Law [P. Linsey and K. Mitchell] and A. Lomas re: development of avoidance action analysis court tracking file. | 0.5 | $ 115.00 |
| Lomas, Adam | 10/27/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Development and population of adversary proceedings and avoidance claims tracking file per instruction and input from NPM Law [P. Linsey]. | 5.1 | $ 2,779.50 |
| Lomas, Adam | 10/27/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Call with NPM Law [P. Linsey] re: adversary proceedings and avoidance claims tracking file. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Investigation: Working meeting with C. Kiernan re: review of supplemental documents produced by ▮▮▮▮▮ Bank, update of inventory of Debtor-related bank accounts, and upload of bank statements into bank statement analysis tool. | 0.8 | $ 436.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Kiernan, Claire | 10/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Working meeting with A. Lomas re: review of supplemental documents produced by ███████ Bank, update of inventory of Debtor-related bank accounts, and upload of bank statements into bank statement analysis tool. | 0.8 | $ 184.00 |
| Lomas, Adam | 10/27/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [P. Linsey and K. Mitchell] re: working adversary proceedings and avoidance claims tracking file. | 0.3 | $ 163.50 |
| Lomas, Adam | 10/27/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Investigation: Preliminary review of supplemental documents produced by ███████ Bank. | 0.1 | $ 54.50 |
| Lomas, Adam | 10/28/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Incorporate ███████ bank accounts transactions into master transaction file for review/analysis. | 0.3 | $ 163.50 |
| Lomas, Adam | 10/28/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [K. Mitchell] re: adversary proceedings and avoidance claims tracking file. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/28/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: listing of avoidance claims involving transfers between alter ego entities. | 0.3 | $ 163.50 |
| Lomas, Adam | 10/28/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [P. Linsey and K. Mitchell] re: working adversary proceedings and avoidance claims tracking file. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/28/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Continued attention to the population and organization of adversary proceedings and avoidance claims tracking file. | 5.9 | $ 3,215.50 |
| Kiernan, Claire | 10/28/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Reconciliation of transfers in filed complaints to master transaction file. | 3.1 | $ 713.00 |
| Lomas, Adam | 10/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [K. Mitchell] re: adversary proceedings with respect to ███████ LLC. | 0.5 | $ 272.50 |
| Lomas, Adam | 10/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Instructions to C. Kiernan re: reconciliation of transfers included in filed complaints to data in master transaction file. | 0.4 | $ 218.00 |
| Kiernan, Claire | 10/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Reconciliation of transfers in filed complaints to master transaction file. | 2.6 | $ 598.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Kiernan, Claire | 10/29/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Analysis of ▉ bank account transactions; related updates to master transaction file. | 4.3 | $ 989.00 |
| Lomas, Adam | 10/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Case Administration: Compose email to internal Kroll team [P. Parizek and J. Lazarus] re: weekly matter updates/developments. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/30/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with NPM Law [P. Linsey and K. Mitchell] re: adversary proceedings and avoidance claims tracking file. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/30/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Address research with respect to avoidance defendant ▉ | 0.5 | $ 272.50 |
| Lomas, Adam | 10/30/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review of draft cover email language related to transmission of adversary proceedings and avoidance claims tracking file; related email to NPM Law [P. Linsey] re: same. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/30/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Continued attention and revisions to adversary proceedings and avoidance claims tracking file. | 2.4 | $ 1,308.00 |
| Lomas, Adam | 10/30/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with L. Despins and NPM Law [P. Linsey and K. Mitchell] re: overview and walkthrough of adversary proceedings and avoidance claims tracking file. | 0.9 | $ 490.50 |
| Lazarus, Jordan | 10/30/2025 | General Debtor Representation | Asset Analysis and Recovery | Review correspondence from A. Lomas re: forensic accounting workstream update and related matters. | 0.2 | $ 109.00 |
| Kiernan, Claire | 10/30/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Analysis of ▉ bank account transactions; related updates to master transaction file. | 4.8 | $ 1,104.00 |
| Parizek, Pam | 10/30/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Review A. Lomas summary re: ▉ bank account review. | 0.1 | $ 74.80 |
| Lomas, Adam | 10/30/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Quality control review procedures with respect to data contained in adversary proceedings and avoidance claims tracking file. | 3.2 | $ 1,744.00 |
| Lomas, Adam | 10/30/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [K. Mitchell] re: address related to avoidance defendant ▉ | 0.2 | $ 109.00 |
| Lomas, Adam | 10/30/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Additional/follow-up meeting with NPM Law [P. Linsey and K. Mitchell] re: adversary proceedings and avoidance claims tracking file. | 0.5 | $ 272.50 |

9

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 10/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to Paul Hastings and NPM Law counsel teams re: investigative updates (in lieu of weekly status meeting). | 0.2 | $ 109.00 |
| Lomas, Adam | 10/31/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review of court comments to adversary proceedings and avoidance claims tracking file. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/31/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with NPM Law [P. Linsey and K. Mitchell] re: court comments to adversary proceedings and avoidance claims tracking file. | 0.3 | $ 163.50 |
| Lomas, Adam | 10/31/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Working meeting with C. Kiernan re: ▮ bank account transactions review and analysis. | 1.5 | $ 817.50 |
| Lomas, Adam | 10/31/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Respond to inquiry from NPM Law [P. Linsey] re: British pound to U.S. dollar currency conversion datapoint. | 0.2 | $ 109.00 |
| Lomas, Adam | 10/31/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [K. Mitchell] re: follow-up requests for ▮ Bank. | 0.1 | $ 54.50 |
| Lazarus, Jordan | 10/31/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review correspondence from A. Lomas re: avoidance action tracker and related matters. | 0.2 | $ 109.00 |
| Kiernan, Claire | 10/31/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Working meeting with A. Lomas re: ▮ bank account transactions. | 1.5 | $ 345.00 |
| Kiernan, Claire | 10/31/2025 | Mei Guo Adversary Proceeding | Asset Analysis and Recovery | Analysis of ▮ bank account transactions; related updates to master transaction file. | 1.0 | $ 230.00 |
| Parizek, Pam | 10/31/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review A. Lomas summary re: avoidance actions; call with A. Lomas re: request to facilitate data presentation for court hearing. | 0.2 | $ 149.60 |
| Lomas, Adam | 10/31/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Continued attention and revisions to adversary proceedings and avoidance claims tracking file. | 5.1 | $ 2,779.50 |
| Lomas, Adam | 10/31/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [P. Linsey and K. Mitchell] re: working draft of revised adversary proceedings and avoidance claims tracking file. | 0.3 | $ 163.50 |
| Lomas, Adam | 10/31/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with L. Despins and NPM Law [P. Linsey and K. Mitchell] re: court comments to adversary proceedings and avoidance claims tracking file. | 0.5 | $ 272.50 |
| **Total Hours and Amount:** | | | | | 110.8 | $ 54,454.20 |