UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x
:
In re:                                                           : Chapter 11
                                                                 :
HO WAN KWOK, et al.,[1]                                          : Case No. 22-50073 (JAM)
                                                                 :
                                                                 : (Jointly Administered)
         Debtors.                                                :
---------------------------------------------------------------x Re: ECF No. 4792

**ORDER GRANTING
MOTION OF CHAPTER 11 TRUSTEE FOR
ORDER AUTHORIZING ABANDONMENT OF PROPERTY PURSUANT
TO BANKRUPTCY CODE SECTION 554 AND BANKRUPTCY RULE 6007**

Upon the motion (the "Motion")[2] of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), for entry of an order (this "Order") authorizing the Trustee to abandon the Estate's interest, if any, in the Tenders as defined in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estate, its creditors, and other parties in interest and constitutes the proper exercise of the Trustee's business judgment; and upon all of the proceedings had before this Court; and it appearing that

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

no objections to the Motion have been filed, and after a hearing held on November 20, 2025, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Pursuant to 11 U.S.C. §554, the Trustee is hereby authorized to abandon the Individual Debtor's bankruptcy estate's interest, if any, in the Tenders, which interest is hereby deemed abandoned.

3. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 20th day of November, 2025.



*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut