**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------x
In re:                              :    Chapter 11
                                    :
HO WAN KWOK, *et al*.,[1]            :    Case No. 22-50073 (JAM)
                                    :
          Debtors.                  :    (Jointly Administered)
                                    :
                                    :
---------------------------x

**APPLICATION OF CHAPTER 11 TRUSTEE FOR
ENTRY OF ORDER TO SELL PERSONAL PROPERTY BY PUBLIC
AUCTION FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS**

Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee" and "Applicant") of Ho Wan Kwok (the "Individual Debtor"), hereby files this application (the "Application") requesting entry of an order, substantially in the form attached as **Exhibit A** hereto (the "Proposed Order"), approving the sale by public auction, to be conducted by The Hamilton Group, LLC as auctioneer ("Hamilton"), of a certain motor vehicle more particularly identified on **Exhibit B** attached hereto, free and clear of all liens, claims and interests. In support of this Application, the Trustee respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1

**PRELIMINARY STATEMENT**

1. The Trustee has identified certain personal property that belongs to the Individual Debtor's Estate which should be sold by public auction for the benefit of the Estate's creditors. This property is as follows:

> i. a 2018 Mercedes Maybach S650X automobile with a VIN number of WDDUX8AB4JA400527 (the "Mercedes").

2. The Mercedes is currently stored at Hamilton's Clinton, Connecticut facility.

3. By this Application, in accordance with his statutory duty to maximize value for the Estate's creditors, the Trustee seeks entry of the Proposed Order, pursuant to Section 363(b) of the Bankruptcy Code, Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 6004-1 and 6005-1 of the District of Connecticut Local Rules of Bankruptcy Procedure (the "Local Bankruptcy Rules "), approving the sale of the Mercedes by public online auction conducted by Hamilton, upon the terms set forth herein (the "Auction"), free and clear of liens, claims and interests and approving the form of Notice of Sale of Estate Property.

**JURISDICTION, VENUE, AND STATUTORY BASES**

4. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended). This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

5. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6. The bases for the relief requested herein is § 363 of Title 11 of the United States Cost (the "Bankruptcy Code").

**BACKGROUND**

I. **The Chapter 11 Case**

7. On February 15, 2022 (the "Petition Date"), the Individual Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

8. On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in the Individual Debtor's chapter 11 case.

9. On June 15, 2022, the Court entered a memorandum of decision and order [Main case Docket No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Individual Debtor's chapter 11 case. Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Chapter 11 Trustee [Main Case Docket No. 514].

10. On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Chapter 11 Trustee in the Individual Debtor's chapter 11 case [Main Case Docket No. 523].

11. The Trustee, working with Hamilton, has prepared the Mercedes for auction and believes that including the Mercedes in an online public auction is the most cost efficient and most likely to maximize the value of the Mercedes for the benefit of the Estate.

12. On January 31, 2025, the Trustee filed a Motion to Employ and Appoint Hamilton as auctioneer to market and sell personal property [the "Retention Application" ECF No. 4021]. By Order dated February 27, 2025, [ECF No. 4180] Hamilton has been retained to provide auction services for the Trustee regarding the sale of motor vehicles such as the Mercedes.

## II.     Golden Spring and the Recovery of the Mercedes

13.     Since his appointment, the Trustee has commenced a number of adversary proceedings in the Chapter 11 Case to, among other things, establish that alleged shell companies were the Debtor's alter-egos and/or that such companies and their assets were equitably owned by the Debtor and in several such adversary proceedings, the Bankruptcy Court has granted such relief.[1]

14.     The Court has entered judgment to the effect that Golden Spring is the Debtor's alter ego and that its property, prior to the Petition Date, was property of the Debtor. (Adv. Proc. No. 23-5018 (the "Golden Spring A.P."), Docket No. 35 (the "Golden Spring Judgment"). The Golden Spring Judgment is final and no longer subject to appeal. The Golden Spring Judgment includes a finding that all assets of Golden Spring are property of the Individual Debtor's Estate and shall be turned over and/or surrendered to the Trustee.

15.      In the spring of 2025, the Trustee obtained information that a towing company in New Jersey had possession of the Mercedes and had begun efforts to market the Mercedes for sale. Upon receiving this information, the Trustee commenced an investigation and determined that the title to the Mercedes was in the name of Golden Spring and had been abandoned in New Jersey prior to its possession by the towing company. After contacting the towing company, the Trustee was able to obtain possession of the Mercedes and arrange for its transportation to Hamilton's

---

[1]     Adversary proceedings in which the Trustee is seeking or has obtained such relief include, in addition to the Golden Spring A.P.: (i) *Luc A. Despins, Chapter 11 Trustee v. HK International Funds Investments (USA) Limited, LLC*, et al. [Adv. Proc. No. 22-05003];  (ii) *Luc A. Despins, Chapter 11 Trustee v. Greenwich Land LLC*, et al. [Adv. Proc. No. 23-05005]; (iii) *Luc A. Despins, Chapter 11 Trustee v. Mei Guo* [Adv. Proc. No. 23-05008]; (iv) *Luc A. Despins, Chapter 11 Trustee v. HCHK Technologies, Inc.*, et al. [Adv. Proc. No. 23-05013]; (v) *Luc A. Despins, Chapter 11 Trustee v. Taurus Fund LLC*, et al. [Adv. Proc. No. 23-05017]; (vi)  *Luc A. Despins, Chapter 11 Trustee v. ACA Capital Group Ltd.*, et al. [Adv. Proc. No. 24-05249]; (vii) *Luc A. Despins, Chapter 11 Trustee v. Bouillor Holdings Limited*, et al. [Adv. Proc. No. 24-05311], and (viii) *Luc A. Despins, Chapter 11 Trustee v. AA Global Ventures Limited*, et al. [Adv. Proc. No. 24-05322].

facility. In September 2025, the Trustee obtained title to the Mercedes and in November, 2025 he obtained a key to the Mercedes.

## **RELIEF REQUESTED**

### A. Approval of the Sale of the Mercedes and Conduct of Auction

16. Based upon his investigation and consultation with Hamilton, the Trustee has determined that a public auction of the Mercedes with extensive advertising to expose the asset to the public market is the most likely method to maximize the value of the motor vehicle property for the benefit of the Estate.

17. Hamilton estimates the value of the Mercedes at $35,000.00. Hamilton has obtained a surety bond in the amount of $43,750.00 in connection with the Auction and has provided or will provide the original bond to the Office of the United States Trustee.

18. The online only Auction will be conducted for ten days through Bidspotter via the URL https://www.bidspotter.com/en-us/auction-catalogues/hamilton-group.

19. Based on information obtained from Hamilton, the Trustee believes that the use of Bidspotter is the appropriate platform for the sale of the Mercedes. Bidspotter is a leader in event-based online auctions, has a worldwide audience and notices potential buyers from its own list of auctions, thus increasing the targeted market for the Mercedes.

20. Neither the Trustee nor Hamilton has any known connection with the proposed internet auction mechanism or any expected bidder. Each participating bidder at the auction will be required to certify through acceptance of the auction terms on Bidspotter that it has not engaged and will not engage in any collusion with respect to the bidding or the Auction. Bidspotter's services shall be limited to access to its automated online service and related customer support. The Trustee believes that there are no rules, policies, procedures, terms or conditions set by

Bidspotter likely to restrict bidding for the Mercedes. Bidspotter has a listing fee of $350 and is seeking a final value fee of 3% of the Auction proceeds for its services. In order to prevent "snipping bids" Bidspotter employs a dynamic closing, allowing additional bidding by extending the auction time for an additional five minutes in the event a bid is placed on a lot or item within the final five minutes of the auction. The Auction ends at its closing time if no bids are placed within the final five minutes.

21. Consistent with Local Bankruptcy Rule 6004-1, advertising for the Auction will occur for at least fourteen (14) days. Advertising shall be geared toward potential end users and the Auction will be marketed on several online sites such as Facebook, Auctionzip.com, and Craigslist as well as other online auction calendars. Direct mailings will be sent to a select list of buyers.

22. In accordance with Local Bankruptcy Rules 6004-1 and 6004-2, the proposed terms of the Auction are as follows:

(a) The Auction will commence on or about January 5, 2026, after the entry of an order approving the Application.

(b) A Hamilton representative will be available at its Connecticut facility to coordinate the removal of the Mercedes after the conclusion of the Auction.

(c) The Mercedes will be sold "as is, where is, with all faults" with no representations or warranties. The Trustee may set a reserve price as deemed appropriate for specific items. The reserve price may be disclosed to bidders or set as the starting bid for those items.

(d) The Trustee reserves the right to continue the Auction from time to time as necessary.

23. The Trustee requests that his attendance at the closing on any sale of the Mercedes, to the extent required by the Local Bankruptcy Rules, be excused.

24. Hamilton will file a report subsequent to the Auction, setting forth the results of the Auction and such additional information as may be required by Local Bankruptcy Rule 6005-1. Funds collected from the Auction will be deposited into Hamilton's escrow account at Wells Fargo Bank or Citizens Bank. These funds will be turned over to the Trustee within five business days of the close of the Auction.

### B. Approval of the Form of Notice of Sale of Estate Property

25. The Trustee seeks to have Hamilton conduct the Auction as soon as practicable after obtaining an order approving the Application. The Trustee has attached a form Notice of Sale of Estate Property (Appendix O of the Local Bankruptcy Rules) as **Exhibit C** (the "Notice") with details of the proposed Auction and seeks approval the form of the Notice.

### BASIS FOR RELIEF

### C. Sale Free and Clear of Liens, Claims and Interests

26. Section 363(b) of the Bankruptcy Code authorizes the sale of assets other than in the ordinary course of its business after notice and hearing. Additionally, Bankruptcy Rule 6004(f) authorizes the sale of estate property outside the ordinary course of business by private sale or public auction.

27. The sale of assets outside the ordinary course of business is based upon the sound business judgment of the trustee. See e.g. *In re Chateaugay Corp*., 973 F.2d 141 (2d Cir. 1992); *Comm. of Equity Security Holders v. Lionel Corp. (In re Lionel Corp.),* 772 F.2d 1063, 1071 (2d Cir. 1983). The Auction of the Mercedes is a sound business judgment that will limit storage costs and monetize assets for the benefit of the Estate's creditors.

28. Pursuant to section 363(f) of the Bankruptcy Code, a sale may be approved free and clear of liens if (1) applicable non-bankruptcy law permits sale of such property free and clear of such interest; (2) such entity consents (3) such interest is a lien and the price at which the property is sold exceeds the aggregate value of the liens on such property; (4) a bona fide dispute exits or (5) the entity could be compelled to accept monetary satisfaction of such interest.

29. A lien search and search of title records has indicated that there are no liens or encumbrances affecting the Mercedes.

30. For the foregoing reasons, the Trustee requests the approval of the sale of the Mercedes by public auction free and clear of liens, claims and encumbrances.

## NOTICE

31. Notice of this Motion has been given to the United States Trustee, the Individual Debtor, the Committee, and, by electronic filing utilizing the Court's electronic filing ("CM/ECF") system, to all appearing parties who utilize the CM/ECF system.

WHEREFORE, the Trustee requests that the Court enter an Order, substantially in the form of the Proposed Order filed herewith, granting the Application, and such other relief as the Court deems just and proper.

Dated: December 10, 2025      LUC A. DESPINS,
    New Haven, Connecticut      CHAPTER 11 TRUSTEE

By: *<u>Douglas S. Skalka</u>*
    Douglas S. Skalka (ct00616)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    *Counsel for Chapter 11 Trustee*

## **EXHIBIT A**
**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------x
In re:                                                  : Chapter 11
                                                        :
HO WAN KWOK, *et al.*,[1]                               : Case No. 22-50073 (JAM)
                                                        :
         Debtors.                                       : (Jointly Administered)
                                                        :
                                                        :
------------------------x

**ORDER APPROVING SALE OF PERSONAL PROPERTY BY PUBLIC
AUCTION FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS**

Upon the application (the "Application") of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee" or "Applicant") of Ho Wan Kwok (the "Debtor"), debtor in these above-captioned jointly administered cases (the "Chapter 11 Cases" and/or "Estates"), requesting entry of an order, (this "Order") approving the sale by public auction of certain personal property as more particularly identified on **Exhibit B** attached hereto (the "Mercedes") free and clear of all liens and encumbrances; and the Court having reviewed the Application and having considered the statements of counsel before the Court at a hearing held on _____ (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Application having been given; and no other or further notice being required; and the Court having determined that the relief sought in the Application is in the best interest of the Applicant, the Debtor's estate, creditors, and all parties in interest, therefor;

IT IS HEREBY ORDERED THAT:

1. The Application is approved in all respects;

2. The Trustee is authorized to consummate the sale of the Mercedes free and clear of all liens, claims and interests pursuant to 11 U.S.C. Sections 363(b) by public auction to be conducted by The Hamilton Group LLC on the terms and conditions set forth in the Application; and

3. The Notice of Sale is approved.

## **EXHIBIT B**
### **(Mercedes)**

i. a 2018 Mercedes Maybach S650X automobile with a VIN number of WDDUX8AB4JA400527 (the "Mercedes").

**EXHIBIT C**
**(Notice of Sale)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br>HO WAN KWOK, et al.,<br>  Debtors.<br>                                                 Debtor(s). | CASE NO: 22-50073<br>CHAPTER: 11 |
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address:<br><br>Douglas S. Skalka<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br><br>[x] *Attorney for:*  Luc Despins, Chapter 11 Trustee<br>[ ] *Individual appearing without attorney* | **NOTICE OF ORDER GRANTING MOTION FOR PUBLIC SALE OF ESTATE PROPERTY**<br><br>D. CONN. BANKR. L. R. 6004-1(b) |

**INSTRUCTIONS FOR COMPLETING AND FILING THIS NOTICE** This Notice shall be completed in accordance with Fed. R. Bankr. P. 6004(c) and (f) and D. Conn. Bankr. L. R. 6004-1(b). This Notice shall be completed and filed only after a hearing on a Motion to Sell Estate Property, Motion to Sell Estate Property Free and Clear of Liens, and/or Motion to Approve Procedures to Sell Estate Property is held by the Court.

**Description of property to be sold:**

2018 Mercedes Maybach S650X automobile with a VIN number of WDDUX8AB4JA400527 ( the "Mercedes").

**Public Sale/Auction Information:**

| Date of Public Sale/Auction: | 1/5/26-1/15/26 | Time of Public Sale/Auction: | |
|---|---|---|---|
| Location of Public Sale/Auction: | Online auction via www.bidspotter.com/en-us/auction-catalogues/hamilton-group | | |

**NOTE:** The Public Sale/Auction may be conducted telephonically, remotely using ZoomGov, and/or by other remote technology platform or medium.

**Objection/Overbid Deadline and Hearing Information:**

Last date to file Objections or to submit Overbids to Public Sale/Auction: _____

Hearing Date and Time regarding Public Sale/Auction: _____ at _____

Location of hearing:

Pursuant to D. Conn. Bankr. L.R. 6004-1(b), this form is mandatory. It has been approved for use in the United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.

Public Sale/Auction opening bid: [ ]

Terms and conditions of Public Sale/Auction, including whether the proposed sale/auction is to be free and clear of liens pursuant to 11 U.S.C. §363(f), and including information about how to register as a bidder:

Register as a bidder via the internet at www.bidspotter.com/en-us/auction-catalogues/hamilton-group with a valid credit card.
No deposit is required.
The property is being sold "as is."
Form of payment: cash, bank check or wire transfer to the Auctioneer.

The Trustee may set a reserve price as deemed appropriate for the motor vehicle in the auction. The reserve price may be disclosed to bidders or set as the starting bid for this item.

Public Sale/Auction overbid procedure, including bid increments (if any):

Contact person for potential bidders or potential higher offers (*include name, address, telephone, fax and/or email address*):

The Hamilton Group, LLC
36 Killingworth Turnpike
Clinton, Connecticut 06413
Phone: 860 552-4609
Attn. Michael Knudson
(the "Auctioneer")

Date: [ ]

---

Pursuant to D. Conn. Bankr. L.R. 6004-1(b), this form is mandatory. It has been approved for use in the United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.

# CERTIFICATE OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Douglas S. Skalka
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th FL
New Haven, CT 06510

A true and correct copy of the foregoing document entitled **NOTICE OF ORDER GRANTING MOTION FOR PUBLIC SALE OF ESTATE PROPERTY** was served in the manner stated below:

**1. SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to this Court's Administrative Procedures for Electronic Case Filing (Appendix A), the foregoing document will be served using the Court's CM/ECF system via NEF with an embedded hyperlink to the document. On (date) _____, I will confirm the CM/ECF docket for this bankruptcy case or adversary proceeding and will confirm that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date _____   Printed Name _____   Signature _____

---

Pursuant to D. Conn. Bankr. L.R. 6004-1(b), this form is mandatory. It has been approved for use in the United States Bankruptcy Court for the District of Connecticut and will be posted by the Clerk on the Court's website for publication.