UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

In re:

HO WAN KWOK, *et al.*,[1]

                Debtors.

Chapter 11

Case No. 22-50073 (JAM)

(Jointly Administered)

---

## **MOTION TO WITHDRAW AS ATTORNEY**

Pursuant to D. Conn. L. R. Civ. P. 7(e), made applicable to this proceeding by Local Bankr. R. 9083-4, the undersigned attorney respectfully moves to withdraw his appearance filed on March 18, 2024, in the above-captioned case on behalf of Mercantile Bank International Corp. and Yieldesta L.P.

Good cause exists for counsel's withdrawal because Mercantile Bank International Corp. and Yieldesta L.P. have chosen to be represented by alternate counsel in this proceeding.

Pursuant to Local Rule 7(e), counsel provided Mercantile Bank International Corp. and Yieldesta L.P. with a copy of this Motion before it was filed and Mercantile Bank International Corp. and Yieldesta L.P. consent to counsel's withdrawal. A copy of the email transmitting this Motion to Mercantile Bank International Corp. and Yieldesta L.P. are attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

WHEREFORE, undersigned counsel respectfully moves this Court for permission to withdraw his appearance on behalf of Mercantile Bank International Corp. and Yieldesta L.P. in the above-captioned case and for such other relief as this Court deems just and proper.

Dated: December 15, 2025

>/s/ Scott A. Lessne
> Scott A. Lessne - Juris Number: 302002
> CROWELL & MORING LLP
> 1001 Pennsylvania Avenue, NW
> Washington, DC 20004
> (202) 624-2597
> SLessne@crowell.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[2] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

---

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Upon consideration of the Motion to Withdraw as Attorney (the "Motion") filed by Scott Lessne ("Attorney Signor"), which seeks this Court's permission to withdraw as counsel in the above-captioned case on behalf of Mercantile Bank International Corp. and Yieldesta LP., and good cause appearing therefore as set forth in the Motion, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the appearance of Attorney Signor for Mercantile Bank International Corp. and Yieldesta LP. is withdrawn.

---

[2] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this December 15th, 2025, a copy of the Motion to Withdraw, accompanied by a Proposed Order and Exhibit A, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Scott A. Lessne