**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                                    :    Chapter 11
:
HO WAN KWOK, *et al.*,                       :    Case No. 22-50073 (JAM)
:
          Debtors.[1]                                  :    Jointly Administered
:
------------------------------------------------------x

### NOTICE OF CHANGE IN HOURLY RATES OF KOBRE & KIM (GCC) LLP, AS SPECIAL COUNSEL IN UNITED ARAB EMIRATES TO CHAPTER 11 TRUSTEE

**PLEASE TAKE NOTICE** that, on January 7, 2025, the Bankruptcy Court for the District of Connecticut (the "Court") entered the *Order (A) Granting Application Of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327(e) and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Kobre & Kim (GCC) LLP as Special Counsel in United Arab Emirates* [Docket No. 3941] (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, Kobre & Kim (GCC) LLP, as counsel to Luc A. Despins, hereby provides notice of the following adjusted hourly rates, effective January 1, 2026:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

| Timekeeper | Hourly Rate (pre-January 1, 2026) | Hourly Rate (post-January 1, 2026) |
|---|---|---|
| Partner/Senior Counsel | $1,875 | $1,975 |
| Special Counsel | $1,450 | $1,650 |
| Principal/Of Counsel | $1,300 | $1,550 |
| Associate | $1,050 | $1,350 |
| Staff Attorney | $950 | $975 |
| Manager/Specialist | $875 | $895 |
| Analyst/Consultant | $585 | $625 |
| Litigation Assistant | $450 | $475 |

Dated: December 17, 2025

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: */s/ G. Alexander Bongartz*
    G. Alexander Bongartz (*pro hac vice*)
    Douglass Barron (*pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6000
    alexbongartz@paulhastings.com
    douglassbarron@paulhastings.com

    *and*

    Nicholas A. Bassett *(pro hac vice)*
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    *and*

    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                  :    Case No. 22-50073 (JAM)
:
Debtors.                                  :    (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   December 17, 2025
         New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).