UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | : | |
| Plaintiff, | : | Adv. Proceeding No. 24-05225 |
| v. | : | |
| CIRRUS DESIGN CORPORATION and QIANG GUO, | : | |
| Defendant. | : | |

---

## REPORT OF SALE OF SF50 AIRCRAFT

Pursuant to Federal Rule of Bankrputcy Procedure 6004(f)(1) and District of Connecticut Local Bankruptcy Rule 6004-3, and in accordance with the terms of the Court's *Order, Pursuant to Bankruptcy Code Sections 105 and 363, Conn. Gen. Stat. § 52-356a, Civil Rule 69, Bankruptcy Rules 2002, 6004(c), 7069, 9014, and 9019, and Local Rules 6004-1, 6004-2, and 9019-1 Authorizing and Approving: (i) Settlement with Cirrus Design Corporation; (ii) Sale of SF50*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Aircraft Free and Clear of Liens, Claims, Interest, and Encumbrances; and (iii) Granting Related Relief* [Main Case ECF No. 4882; Adv. ECF No. 105] (the "Order"), Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), hereby files this Report of Sale, and states as follows:

On December 11, 2025, the Trustee, as seller, and Cirrus Design Corporation ("Cirrus"), as buyer, consummated the sale of the SF50 Aircraft (the "Closing").[2]

Prior to the Closing $3,500,000 was paid to the Trustee for the benefit of the Estate (the "Payment").[3] The Payment has been deposited in full into the Estate's bank account without disbursements. Consistent with the Order, the Trustee will in the future file a further report disclosing the Estate's Expenses to be deducted from the Payment for the purpose of calculating the Net Proceeds to be credited against the Qiang Guo Cirrus Judgment.[4]

Respectfully submitted,

Dated:  December 22, 2025    LUC A. DESPINS,
        New Haven, Connecticut    CHAPTER 11 TRUSTEE

By: /s/ Patrick R. Linsey
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

---

[2] All capitalized terms not expressly defined herein shall adopt the meanings ascribed to them in the Order or the Trustee's Motion requesting approval of the Order [Main Case ECF No. 4820; Adv. ECF No. 96] (as applicable).

[3] The Payment was made both in connection with the sale of the SF50 Aircraft and in settlement of the Estate's claims against Cirrus. The Trustee notes that the Bill of Sale executed by the Trustee states a sale price of $1 and other valuable consideration. The Trustee does not presently take a position as to an allocation of the Payment between the settlement of claims against Cirrus and the sale of the SF50 Aircraft. The Trustee respectfully submits that requiring such an allocation would be impracticable. *See* Fed. R. Bankr. P. 6004(f)(1)(A).

[4] Because these Expenses were primarily professional fees and payments to the Trustee's repossession agent for such agent's fees and expenses in connection with the aircraft, the Trustee has paid or will pay the Expenses in a manner consistent with the Court's orders authorizing the retention of such professionals and agent rather than as disbursements at the Closing.

2

   *and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

   *and*

Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                   :   Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                :   Case No. 22-50073 (JAM)
:
                    Debtors.                             :   (Jointly Administered)
:
---------------------------------------------------------x
:
LUC A. DESPINS, CHAPTER 11                               :
TRUSTEE,                                                 :
:   Adv. Proceeding No. 24-05225
                    Plaintiff,                           :
v.                                                       :
:
:
CIRRUS DESIGN CORPORATION and                            :
QIANG GUO,                                               :
:
                    Defendant.                           :
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof the foregoing was electronically filed in the above-captioned chapter 11 case and adversary proceeding. Notice of this filing will be sent by e-mail to all appearing parties in these proceedings automatically by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: December 22, 2025
at New Haven, Connecticut                    By: */s/ Patrick R. Linsey*
                                                 Patrick R. Linsey (ct29437)

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).