**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :      Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :      Case No. 22-50073 (JAM)
                                                         :
            Debtors.                                     :      (Jointly Administered)
                                                         :
---------------------------------------------------------x

### CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER HOLDINGS LLC'S FIRST OMNIBUS OBJECTION, PURSUANT TO 11 U.S.C. § 502b, FEDERAL RULE OF BANKRUPTCY PROCEDURE 3007, AND LOCAL RULES 3007-1 AND 3007-2 TO CERTAIN PROOFS OF CLAIM

Luc A. Despins, in his capacity as the chapter 11 trustee (the "<u>Trustee</u>") appointed in the chapter 11 case of Ho Wan Kwok (the "<u>Individual Debtor</u>"), Genever Holdings Corporation ("<u>Genever (BVI)</u>)" and Genever Holdings LLC ("<u>Genever (US)</u>" and, together with the Trustee and Genever (BVI), the "<u>Objectors</u>"), pursuant to section 502b of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rules 3007-1 and 3007-2 of the District of Connecticut's Local Rules of Bankruptcy Procedure (the "<u>Local Rules</u>"), and the objection procedures (the "<u>Objection Procedures</u>") approved pursuant to the *Order (I) Approving Omnibus Claims Objection Procedures and Related Form of Notice and (II) Modifying Bankruptcy Rule 3007(e)(6) and Local Bankruptcy Rule 3007-2* [Docket No. 4550] (the "<u>Objection Procedures Order</u>"), hereby

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

respectfully file this omnibus claims objection (the "Objection") requesting entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), disallowing and expunging from the applicable Claims Register(s) each of the claims identified on **Exhibit 1**, **Exhibit 2**, and **Exhibit 3** to the Proposed Order (collectively, the "Disputed Claims") in their entirety.  In support of this Objection, the Objectors respectfully state as follows:

## BACKGROUND

### A. Individual Debtor's Chapter 11 Case

1.      On February 15, 2022, the Individual Debtor commenced his chapter 11 case (the "Individual Debtor's Chapter 11 Case") by filing with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in the Individual Debtor's Chapter 11 Case.  No examiner has been appointed in the Individual Debtor's Chapter 11 Case.

3.      On March 9, 2022, the Individual Debtor filed his schedules of assets and liabilities (the "Individual Debtor Schedules") pursuant to Bankruptcy Rule 1007.  [ECF No. 78]. While the Individual Debtor had for years flaunted the lifestyle of a billionaire, in the Individual Debtor Schedules the Individual Debtor claimed only $3,850 in assets as against hundreds of millions of dollars of liabilities.

4.      By order dated June 15, 2022, the Court granted the United States Trustee's motion requesting (among other things) appointment of a chapter 11 trustee [ECF No. 465], and on July 8, 2022, the Court approved the United States Trustee's selection of Luc A. Despins as the Trustee [ECF No. 523].

**B.  Genever Debtors' Chapter 11 Cases**

5.      On October 11, 2022, Genever (BVI) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

6.      On October 14, 2022, the Court entered an order granting joint administration of the Individual Debtor's Chapter 11 Case and Genever (BVI)'s chapter 11 case [ECF No. 970].

7.      On November 23, 2022, Genever (BVI) filed its schedules of assets and liabilities (the "Genever (BVI) Schedules") [ECF No. 1157].

8.      On October 12, 2020, Genever (US) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court"), thereby commencing case number 20-12411 (JLG) (the "SDNY Bankruptcy Case").

9.      On November 3, 2020, Genever (US) filed its schedules of assets and liabilities (the "Genever (US) Schedules" and, together with the Genever (BVI) Schedules and the Individual Debtor Schedules, collectively, the "Schedules")).  *In re Genever Holdings LLC*, Case No. 20-12411 (JLG) (Bankr. S.D.N.Y.) [ECF No. 4].

10.     On November 3, 2022, the SDNY Bankruptcy Court entered an order [ECF No. 225 in Case No. 22-50592] transferring the venue of the SDNY Bankruptcy Case to this Court, which assigned it Case Number 22-50592.

11.     On November 21, 2022, the Court entered an order granting joint administration of the Genever (US) chapter 11 case with the jointly administered cases of the Individual Debtor and the Genever (BVI) Debtor's chapter 11 case [ECF No. 1141] (the Individual Debtor, Genever (BVI), and Genever (US) may hereinafter be collectively referred to as the "Debtors").

12.    No trustee, examiner, or official committee of unsecured creditors has been appointed in Genever (BVI)'s or Genever (US)'s (collectively, the "Genever Debtors") chapter 11 cases (such cases, together with the Individual Debtor's chapter 11 case, collectively, the "Chapter 11 Cases").

**C.  Claims Reconciliation Process to Date**

13.    On January 5, 2023, the Court entered an order [ECF No. 1297] (the "Bar Date Order") establishing certain dates and deadlines for filing proofs of claims (the "Proofs of Claim") in the Chapter 11 Case.

14.    Specifically, among other things, the Court established: (a) February 17, 2023, at 11:59 p.m., prevailing Eastern Time, as the last date and time for all creditors (including, without limitation, individuals, partnerships, corporations, joint ventures, trusts, and governmental units), to file Proofs of Claim for any claims against the Individual Debtor or Genever (US) that arose on or prior to their respective petition dates; (b) February 17, 2023, at 11:59 p.m., prevailing Eastern Time, as the last date and time for certain creditors (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts), excluding governmental units, to file Proofs of Claim for any claims against Genever (BVI) that arose on or prior to its petition date; and (c) April 10, 2023, at 11:59 p.m., prevailing Eastern Time, as the last date and time for any governmental units to file Proofs of Claim against Genever (BVI) that arose on or prior to its petition date.

15.    Since the Trustee's appointment on July 8, 2022, the Individual Debtor and his associates have waged a relentless campaign against the Trustee and the orderly administration of the Chapter 11 Cases, including, among other things, obstructing the Trustee's efforts to investigate the Individual Debtor's financial affairs and recover assets for the benefit of creditors

through a social media and protest campaign designed to "harass and intimidate" the Trustee and his investigation.[2]

16.    The Individual Debtor also asked his followers to file as many claims as possible to introduce chaos into the claims process and cause unnecessary expense for the Trustee, with the explicit goal of getting the "attorney's fees of [the] Trustee [to] accumulate to 1 trillion if possible."[3]

17.    To date, after the Individual Debtor's call to action, over 1,200 Proofs of Claim have been filed against the Debtors, asserting an aggregate liquidated claim amount of approximately $18.8 billion.

### D.  Objections Procedures Order

18.    On July 21, 2025, the Objectors filed a motion [ECF No. 4538] (the "Omnibus Claims Objections Procedures Motion") seeking entry of an order granting the Objectors leave to file omnibus objections to claims in accordance with certain omnibus claims objection procedures.

19.    On August 8, 2025, the Court granted the Omnibus Claims Objections Procedures Motion by entry of its Objections Procedures Order.  This Order, among other things, approved the Objection Procedures and authorized the Objectors to combine and file up to 250 objections to claims in a single omnibus objection.

---

[2] *See Pacific All. Asia Opp. Fund L.P. v. Ho Wan Kwok (In re Ho Wan Kwok)*, 2023 Bankr. LEXIS 70, *52 (Bankr. D. Conn. Jan. 11, 2023); ECF No. 1191.
[3] *U.S. v. Ho Wan Kwok*, No. 1:23-cr-00118-AT (S.D.N.Y. April 20, 2023), Dkt. 192, at 5; *see Pacific All. Asia Opp. Fund L.P. v. Ho Wan Kwok (In re Ho Wan Kwok)*, No. 22-05032 (JAM) (Bankr. D. Conn. Jan. 11, 2023) (ECF No. 1345).

## **DISPUTED CLAIMS**

20.     The Disputed Claims are those specified on Exhibits 1 through 3 of the Proposed Order.  This Objection addresses 88 Disputed Claims, which collectively represent $1,007,871,509.46 in asserted liabilities.  These objections are based on, among other things, reviews conducted by employees of Kroll, LLC, the Trustee's forensic investigators, and overseen by the Objectors' counsel.

21.     The "Amended Claims" are those identified in Exhibit 1 to the Proposed Order as having been amended by a later filed proof of claim.  There are 15 Amended Claims at issue in this Objection, which collectively represent $68,602,364.58 in asserted liabilities.

22.     The "Duplicate Claims" are those identified in Exhibit 2 to the Proposed Order as substantively identical to another proof of claim.  There are 30 Duplicate Claims at issue in this Objection, which collectively represent $669,079,576.89 in asserted liabilities.

23.     The "Insufficient Documentation Claims" are those identified in Exhibit 3 to the Proposed Order as having been amended by a later filed proof of claim.  There are 44 Insufficient Documentation Claims at issue in this Objection, which collectively represent $270,289,847.69 in asserted liabilities.

24.     The Objectors have objected to certain of the Disputed Claims **on multiple bases**. For example, certain of the Amended Claims are also Insufficient Documentation Claims. Attached hereto as **Exhibit B** is a complete list of the Disputed Claims specifying as to each the grounds for the Objectors' objections.

## JURISDICTION AND STATUTORY BASIS

25.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Order of Reference of the United States District Court for the District of Connecticut, dated September 21, 1984.

26.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

27.     The statutory bases for the relief requested herein are sections 105(a) and 502(a) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules of Bankruptcy Procedure 3007-1 and 3007-2.

## REQUESTED RELIEF

28.     By this Objection, the Objectors seek entry of the Proposed Order disallowing and expunging in its entirety from the applicable Claims Register(s) each of the Disputed Claims in the manner specified in the Proposed Order.  As discussed in greater detail below, the Objectors object to the Amended Claims, the Duplicate Claims, the Insufficient Document Claims, and the Late Filed Claims identified in Exhibits 1 through 3 of the Proposed Order.  These Claims should be disallowed and expunged.

## BASIS FOR REQUESTED RELIEF

29.     Section 502(a) of the Bankruptcy Code provides that "[a] claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects." 11 U.S.C. §502(a).  Section 502(b) allows the court, after notice and a hearing, to "determine the amount of such claim . . . and [] allow such claim in such amount." 11 U.S.C. §502(b).  Bankruptcy Rule 3007(c) and 3007(d) provide that, under certain circumstances, or with court approval, more than one claim may be joined in a single objection.  Fed. R. Bankr. P.

3007(c)-(d).  In addition, the Objection Procedures provide a list of certain grounds upon which the Objectors are authorized to join claims in a single omnibus objection.

30.     Bankruptcy Rule 3001 states that "a proof of claim executed and filed in accordance with these rules shall constitute *prima facie* evidence of the validity and amount of the claim."  *See* Fed. R. Bankr. P. 3001.

31.     To receive the benefit of *prima facie* validity, however, the "proof of claim must set forth the facts necessary to support the claim."  *In re Marino*, 90 B.R. 25, 28 (Bankr. D. Conn. 1988) (claimant's proof of claim not entitled to presumption of *prima facie* validity where it did not set forth necessary facts); *see also* Fed. R. Bankr. P. 3001(c)(1) (requiring claimant to provide documentation where claim is based on a writing); *In re Minbatiwalla*, 424 B.R. 104, 112 (Bankr. S.D.N.Y. 2010) ("[f]ailure to attach the documentation required by Rule 3001 will result in the loss of the *prima facie* validity of the claim").

32.     A party objecting to the proof of claim must only provide evidence sufficient to negate the *prima facie* validity of the claim by refuting one or more of the facts in the filed claim. *See In re Waterman S.S. Corp.*, 200 B.R. 770, 774-75, 777 (Bankr. S.D.N.Y. 1996) (reopening discovery into claims due to insufficient information upon which to determine validity of claims).  Once this occurs, the "burden reverts to the claimant to prove the validity of the claim by a preponderance of the evidence."  *In re WorldCom, Inc.*, No. 02-13533 (AJG), 2005 Bankr. LEXIS 3272, at *4, 9 (Bankr. S.D.N.Y. 2005).  The claimant "[g]enerally . . . must prove the claim and not sit back while the objector attempts to disprove it."  *In re Celsius Network LLC*, No. 22-10964 (MG), 2025 Bankr. LEXIS 318, at *10 (Bankr. S.D.N.Y. Feb. 12, 2025).

## <u>AMENDED CLAIMS SHOULD BE DISALLOWED</u>

33.     The Objectors object to the Amended Claims listed on Exhibit 1 to the Proposed

Order as having been amended or modified, and thus superseded, by a subsequently filed proof

of claim.

34.     The claims identified in the column heading "<u>Surviving Claims</u>" on Exhibit 1 (the

"<u>Superseding Claims</u>") are claims that were subsequently filed by or on behalf of the same

claimants in respect of the same alleged liabilities as the Amended Claims, as indicated on the

face of the Superseding Claims.

35.     By filing the Superseding Claims, the claimants liquidated, reduced, or otherwise

modified the alleged liability originally identified in the Amended Claims.  Accordingly, the

Objectors seek to disallow the Amended Claims in full to: (a) prevent the claimants from

obtaining a double recovery on account of any single obligation, and (b) limit the claimants to a

single claim for those amounts currently asserted by the claimant in respect of the same alleged

liabilities.

36.     The claimants will suffer no prejudice because the Superseding Claims, to the

extent that they are not disallowed on other grounds, will remain on the Claims Register as

outstanding liabilities and thus be unaffected by the relief sought in this Objection.  The

claimants' rights to assert these alleged liabilities against the Debtors' estates will be preserved,

subject to the Objectors' rights to object to such Superseding Claims on any grounds that the

bankruptcy or non-bankruptcy law permits, or until the Superseding Claims are withdrawn by the

claimants or disallowed by the Court.  For the avoidance of doubt, the Objectors have also

objected in this Objection to certain Superseding Claims on the grounds that they are Insufficient

Documentation Claims.

## DUPLICATE CLAIMS SHOULD BE DISALLOWED

37.     The Objectors object to the Duplicate Claims listed on Exhibit 2 to the Proposed Order as duplicates of other claims filed by or on behalf of the same claimant.  The claims identified in the column heading "Surviving Claims" on Exhibit 2 (the "Original Claims") are substantively identical claims that were filed by or on behalf of the same claimants in respect of the same liabilities as the Duplicate Claims.

38.     A claimant should not be allowed to recover twice on the same obligation or debt. Accordingly, the Objectors seek to disallow the Duplicate Claims to (a) prevent the claimants from obtaining double recovery on account of any single obligation; (b) ensure a more efficient administration of the Claims Register to accurately reflect the claims asserted against the Debtor; and (c) limit the claimants to a single claim for those amounts currently asserted by the claimant in respect of the same liabilities.

39.     The claimants will suffer no prejudice because the Original Claims, to the extent that they are not disallowed on other grounds, will remain on the Claims Register as outstanding liabilities and thus be unaffected by the relief sought in this Objection.  The claimants' rights to assert these alleged liabilities against the Debtors' estates will be preserved, subject to the Objectors' rights to object to such Original Claims on any grounds that the bankruptcy or non-bankruptcy law permits, or until the Original Claims are withdrawn by the claimants or disallowed by the Court.  For the avoidance of doubt, the Objectors have also objected to certain Original Claims on the grounds that they are Insufficient Documentation Claims.

## INSUFFICIENT DOCUMENTATION CLAIMS SHOULD BE DISALLOWED

40.     The Objectors object to the Insufficient Documentation Claims listed on Exhibit 3 to the Proposed Order because they lack the requisite supporting documentation necessary to

verify the existence of any claim against the Individual Debtor's estate.  *See In re Aiolova*, 2013 WL 5818893 (Bankr. S.D.N.Y. Oct. 29, 2013) (a proof of claim that is "not supported by the requisite documentation [] is not presumed to be *prima facie* valid"); *In re Marino*, 90 B.R. 25, 28 (Bankr. D. Conn. 1988) (claimant's proof of claim not entitled to *prima facie* validity because it did not set forth necessary facts); *see also* Fed. R. Bankr. P. 3001(c) (requiring claimant that files proof of claim based on a writing to either "file a copy [of the writing] with the proof of claim" or provide a "statement explaining [its] loss or destruction").

41.    These Insufficient Documentation Claims attach ***no supporting documentation whatsoever*** and are thus necessarily incapable of verifying the existence or amount of the underlying claims.  As such, the Insufficient Documentation Claims are not *prima facie* valid.

42.    Bankruptcy courts in this Circuit routinely disallow and expunge claims for which the claimant fails to submit supporting documentation.  *See, e.g.*, *In re Breitburn Energy Partners LP*, Case No. 16-11390 (SMB) (Bankr. S.D.N.Y. Apr. 11, 2017) (ECF No. 1164) (disallowing and expunging claims without sufficient documentation); *In re Chassix Holdings, Inc.*, Case No. 16-10578 (MEW) (Bankr. S.D.N.Y. Apr. 21, 2016) (ECF No. 478) (same).

43.    Accordingly, the Objectors request that the Insufficient Documentation Claims be disallowed and expunged in their entirety from the applicable Claims Register(s).

### Notice

44.    Notice of this Objection will be provided in accordance with the Omnibus Claims Objection Procedures Order.  The Objectors respectfully submit that no other or further notice need be provided.

**Reservation of Rights**

45.     This Objection is limited to the grounds stated herein.  Accordingly, it is without prejudice to the rights of the Objectors to object to any claim on any grounds whatsoever.

46.     The Objectors expressly reserve all further substantive or procedural objections. Nothing contained herein is intended or should be construed as (a) an admission as to the validity of any claim against the Debtor; (b) a waiver of any of the Objectors' rights to dispute any other claims on any grounds, assert any counterclaims, rights of offset or recoupment or defenses to any claims, object to the claims subject to an omnibus objection on any additional grounds not raised in such omnibus objection, or seek to estimate any claim at a later date; (c) a promise or requirement to pay claims not included in these Objections; or (d) a waiver of any rights provided by the Bankruptcy Code or any other applicable law.

**Separate Contested Matters**

47.     To the extent that a response is filed regarding any Disputed Claim listed in this Objection and the Objectors are unable to resolve any such response, each such claim, and the objection as it pertains to such claim, will constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. Accordingly, the Objectors request that any order entered by the Court regarding an objection or other reply asserted in response to this Objection be deemed a separate order with respect to each proof of claim.

48.     If the proponent of any Disputed Claim disagrees with the bases for disallowance set forth in this Objection, such proponent is encouraged to contact counsel to the Objectors to discuss the Objection prior to filing a formal disagreement on the docket of this Chapter 11 Case.

## Conclusion

WHEREFORE, for the reasons set forth herein, the Objectors respectfully request that the

Court (a) enter the Proposed Order and (b) grant such other and further relief as is just and

proper.

Dated: January 20, 2026             LUC A. DESPINS, CHAPTER 11 TRUSTEE,
       New Haven, Connecticut       GENEVER HOLDINGS CORPORATION, and
                                    GENEVER HOLDINGS LLC


                                    By: _/s/ Patrick R. Linsey_
                                        Douglas S. Skalka (ct00616)
                                        Patrick R. Linsey (ct29437)
                                        NEUBERT, PEPE & MONTEITH, P.C.
                                        195 Church Street, 13th Floor.
                                        New Haven, Connecticut 06510
                                        (203) 821-2000
                                        dskalka@npmlaw.com
                                        plinsey@npmlaw.com

                                            *and*

                                        G. Alexander Bongartz (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 318-6472
                                        alexbongartz@paulhastings.com

                                        *Counsel for the Chapter 11 Trustee, Genever
                                        Holdings Corporation, and Genever Holdings
                                        LLC*

## **Exhibit A**

**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :        Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :        Case No. 22-50073 (JAM)
                                                         :
                    Debtors.                             :        (Jointly Administered)
                                                         :
---------------------------------------------------------x

**ORDER GRANTING CHAPTER 11 TRUSTEE, GENEVER HOLDINGS**
**CORPORATION, AND GENEVER HOLDINGS LLC'S FIRST**
**OMNIBUS OBJECTION, PURSUANT TO 11 U.S.C. § 502b,**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 3007, AND**
**LOCAL RULES 3007-1 AND 3007-2 TO CERTAIN PROOFS OF CLAIM**

Upon the Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings

LLC's First Omnibus Objection to Certain Proofs of Claim [ECF No. ____] (the "Objection")[2]

filed in the above-captioned chapter 11 case of Ho Wan Kwok (case no. 22-50073), pursuant to

Section 502b of the Bankruptcy Code, Bankruptcy Rule 3007, and the objection procedures (the

"Objection Procedures") approved pursuant to the *Order (I) Approving Omnibus Claims*

*Objection Procedures and Related Form of Notice and (II) Modifying Bankruptcy Rule*

*3007(e)(6) and Local Bankruptcy Rule 3007-2* [Docket No. 4550] (the "Objection Procedures

Order"); which Objection requests entry of an order disallowing and expunging in full each of

the proofs of claim (the "Disputed Claims") identified as disputed claims in Exhibits 1-3 attached

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

hereto (the "<u>Order</u>"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Order of Reference of the United States District Court for the District of Connecticut, dated September 21, 1984; and the Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and adequate notice of the Objection and the relief requested therein has been provided; and the Court having found that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Amended Claims listed on **<u>Exhibit 1</u>** attached hereto are disallowed and expunged in their entirety.

3.      The Duplicate Claims listed on **<u>Exhibit 2</u>** attached hereto are disallowed and expunged in their entirety.

4.      The Insufficient Documentation Claims listed on **<u>Exhibit 3</u>** attached hereto are disallowed and expunged in their entirety.

5.      To the extent necessary, Epiq Systems, Inc., the Trustee's claims and noticing agent, is authorized to update the claims register to reflect the relief granted in this Order.

6.      Entry of this Order is without prejudice to the Objectors' right to object to any other claims in these chapter 11 cases or to further object to the claims listed on Exhibits 1-3 attached hereto (to the extent they are not disallowed and expunged pursuant to this Order) on any grounds whatsoever at a later date.

7.      Each objection to each claim as addressed in the Objection and as identified in Exhibits 1-3 attached hereto constitutes a separate contested matter as contemplated in Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim listed on Exhibits 1-3.  Any stay of this Order shall apply only to the contested matter that involves such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

8.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

## **EXHIBIT 1**

**Amended Claims**

# Ho Wan Kwok, et al. Case #22-50073

## Amended Claims (See First Omnibus Objection ¶¶ 33-36)

| | | Objectionable Claims | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claimant Name Address | Court Claim # Epiq Claim # Date Filed | Debtor Case # | Claim Amounts | | Claimant Name Address | Court Claim # Epiq Claim # Date Filed | Debtor Case # | Claim Amounts | |
| 1 | CHUAN LING YANG 10 EAST LAKE FOREST COURT CONROE, TX 77384 | 78-1 222 2/13/2023 | HO WAN KWOK, ET AL. 22-50073 | - $145,764.73 $145,764.73 | (A) (B) (S) (P) (U) (T) | CHUAN LING YANG 10 EAST LAKE FOREST COURT CONROE, TX 77384 | 624-5 11145 3/9/2025 | HO WAN KWOK, ET AL. 22-50073 | - $8,100,000.00 $8,100,000.00 | (A) (B) (S) (P) (U) (T) |
| 2 | HIU SING CHAN ROOM A, 43/F, TOWER 3, METRO CITY PHASE TSEUNG KWAN O,NT, HONG KONG 0000 CHINA | 141-1 350 2/16/2023 | HO WAN KWOK, ET AL. 22-50073 | - $23,100,000.00 $23,100,000.00 | (A) (B) (S) (P) (U) (T) | HWK-444 | 580-3 10576 2/14/2023 | HO WAN KWOK, ET AL. 22-50073 | - $23,100,000.00 $23,100,000.00 | (A) (B) (S) (P) (U) (T) |
| 3 | HUI JIN 2208 NORWICH ST. FLOWER MOUND, TX 75028 | 81-1 225 2/13/2023 | HO WAN KWOK, ET AL. 22-50073 | - $15,000,000.00 $15,000,000.00 | (A) (B) (S) (P) (U) (T) | HUI JIN 2208 NORWICH ST. FLOWER MOUND, TX 75028 | 98-1 243 2/15/2023 | HO WAN KWOK, ET AL. 22-50073 | - $20,000,000.00 $20,000,000.00 | (A) (B) (S) (P) (U) (T) |
| 4 | HWK-104 | 1013-1 156 2/15/2023 | HO WAN KWOK, ET AL. 22-50073 | - $400,000.00 $400,000.00 | (A) (B) (S) (P) (U) (T) | HWK-105 | 1015-1 206 2/16/2023 | HO WAN KWOK, ET AL. 22-50073 | - $6,800,000.00 $6,800,000.00 | (A) (B) (S) (P) (U) (T) |
| 5 | HWK-123 | 1045-1 200 2/16/2023 | HO WAN KWOK, ET AL. 22-50073 | - $1,200,069.92 $1,200,069.92 | (A) (B) (S) (P) (U) (T) | HWK-334 | 1047-1 207 2/16/2023 | HO WAN KWOK, ET AL. 22-50073 | - $21,000,000.00 $21,000,000.00 | (A) (B) (S) (P) (U) (T) |
| 6 | HWK-184 | 1134-1 416 2/14/2023 | HO WAN KWOK, ET AL. 22-50073 | - $3,000,000.00 $3,000,000.00 | (A) (B) (S) (P) (U) (T) | HWK-169 | 1117-1 316 2/21/2023 | HO WAN KWOK, ET AL. 22-50073 | - $3,000,000.00 $3,000,000.00 | (A) (B) (S) (P) (U) (T) |
| 7 | HWK-355 | 433-1 10233 1/30/2023 | HO WAN KWOK, ET AL. 22-50073 | - $8,900.00 $8,900.00 | (A) (B) (S) (P) (U) (T) | HWK-356 | 435-2 10236 1/30/2023 | HO WAN KWOK, ET AL. 22-50073 | - $8,900.00 $8,900.00 | (A) (B) (S) (P) (U) (T) |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073

### Amended Claims (See First Omnibus Objection ¶¶ 33-36)

| | | Objectionable Claims | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts |
| 8 | HWK-380 | 463-1<br>10278<br>2/1/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$20,000,000.00<br>$20,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | HWK-91 | 1009-1<br>143<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$20,000,000.00<br>$20,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 9 | HWK-45 | 448-1<br>10259<br>1/31/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$100,279.70<br>$100,279.70 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | HWK-44 | 945-1<br>88<br>2/6/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$100,279.70<br>$100,279.70 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 10 | HWK-66 | 299-1<br>10094<br>1/25/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>$30,000.00<br>$143,465.00<br>$173,465.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | HWK-67 | 974-1<br>121<br>2/9/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>$30,000.00<br>$143,845.00<br>$173,845.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 11 | HWK-662 | 852-1<br>10763<br>2/15/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$5,000,000.00<br>$5,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | HWK-663 | 854-1<br>10764<br>2/15/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$5,000,000.00<br>$5,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 12 | HWK-670 | 865-1<br>10780<br>2/15/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$40,319.42<br>$40,319.42 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | HWK-704 | 931-1<br>10834<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$12,122,103.00<br>$12,122,103.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 13 | HWK-671 | 885-1<br>10804<br>2/15/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$40,407.01<br>$40,407.01 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | HWK-704 | 931-1<br>10834<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$12,122,103.00<br>$12,122,103.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 14 | HWK-728 | 978-1<br>10875<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$250,000.00<br>$250,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | HWK-733 | 989-1<br>10882<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$250,000.00<br>$250,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073

### Amended Claims (See First Omnibus Objection ¶¶ 33-36)

| | | Objectionable Claims | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|
| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts |
| 15 | HWK-87 | 1002-1<br>138<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$143,158.80 (U)<br>$143,158.80 (T) | HWK-86 | 307-1<br>10101<br>1/26/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$14,315.88 (U)<br>$14,315.88 (T) |
| | **Totals** | | | - **(A)**<br>- **(B)**<br>- **(S)**<br>$30,000.00 **(P)**<br>$68,572,364.58 **(U)**<br>$68,602,364.58 **(T)** | | | | - **(A)**<br>- **(B)**<br>- **(S)**<br>$30,000.00 **(P)**<br>$119,639,443.58 **(U)**<br>$119,669,443.58 **(T)** |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

**<u>EXHIBIT 2</u>**

**Duplicate Claims**

# Ho Wan Kwok, et al. Case #22-50073

## Duplicate Claims (See First Omnibus Objection ¶¶ 37-39)

| | Objectionable Claims | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claimant Name Address | Court Claim # Epiq Claim # Date Filed | Debtor Case # | Claim Amounts | | Claimant Name Address | Court Claim # Epiq Claim # Date Filed | Debtor Case # | Claim Amounts | |
| 1 | CHONG SHEN RAPHANELLA WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL 270 MADISON AVENUE NEW YORK NY 10016 | 120-1 280 2/17/2023 | HO WAN KWOK, ET AL. 22-50073 | - $114,000,000.00 $114,000,000.00 | (A) (B) (S) (P) (U) (T) | RONG ZHANG C/O WOLF HALDENSTEIN ADLER ET AL. ATTN: BENJAMIN Y. KAUFMAN 270 MADISON AVENUE NEW YORK, NY 10016 | 118-1 278 2/17/2023 | HO WAN KWOK, ET AL. 22-50073 | - $114,000,000.00 $114,000,000.00 | (A) (B) (S) (P) (U) (T) |
| 2 | CINDY ZHANG 81 MYRTLE AVE WESTPORT, CT 06880 | 65-1 188 2/9/2023 | HO WAN KWOK, ET AL. 22-50073 | - $40,031.86 $40,031.86 | (A) (B) (S) (P) (U) (T) | CINDY ZHANG 81 MYRTLE AVE WESTPORT, CT 06880 | 400-1 10394 2/7/2023 | HO WAN KWOK, ET AL. 22-50073 | - $40,031.86 $40,031.86 | (A) (B) (S) (P) (U) (T) |
| 3 | FENGGUO LI 2296 SPRINGFIELD CRESCENT OAKVILLE, ON, L6J7P8 CANADA | 32-1 106 2/6/2023 | HO WAN KWOK, ET AL. 22-50073 | - $30,000,000.00 $30,000,000.00 | (A) (B) (S) (P) (U) (T) | FENGGUO LI 2296 SPRINGFIELD CRESCENT OAKVILLE, ON, L6J7P8 CANADA | 386-1 10319 2/3/2023 | HO WAN KWOK, ET AL. 22-50073 | - $30,000,000.00 $30,000,000.00 | (A) (B) (S) (P) (U) (T) |
| 4 | HWK-100 | 1025-1 152 2/15/2023 | HO WAN KWOK, ET AL. 22-50073 | - $45,000.00 $45,000.00 | (A) (B) (S) (P) (U) (T) | HWK-106 | 1028-1 157 2/15/2023 | HO WAN KWOK, ET AL. 22-50073 | - $45,000.00 $45,000.00 | (A) (B) (S) (P) (U) (T) |
| 5 | HWK-119 | 1040-1 196 2/16/2023 | HO WAN KWOK, ET AL. 22-50073 | - $32,868,244.50 $32,868,244.50 | (A) (B) (S) (P) (U) (T) | HWK-122 | 1044-1 199 2/16/2023 | HO WAN KWOK, ET AL. 22-50073 | - $32,868,241.50 $32,868,241.50 | (A) (B) (S) (P) (U) (T) |
| 6 | HWK-12 | 898-1 46 2/6/2023 | HO WAN KWOK, ET AL. 22-50073 | - $500,000.00 $500,000.00 | (A) (B) (S) (P) (U) (T) | HWK-277 | 322-1 10118 1/26/2023 | HO WAN KWOK, ET AL. 22-50073 | - $500,000.00 $500,000.00 | (A) (B) (S) (P) (U) (T) |
| 7 | HWK-129 | 113-1 258 2/16/2023 | HO WAN KWOK, ET AL. 22-50073 | - $399,920.00 $399,920.00 | (A) (B) (S) (P) (U) (T) | HWK-545 | 733-1 10546 2/13/2023 | HO WAN KWOK, ET AL. 22-50073 | - $0.00 $0.00 | (A) (B) (S) (P) (U) (T) |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073

### Duplicate Claims (See First Omnibus Objection ¶¶ 37-39)

| | | Objectionable Claims | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|
| | Claimant Name Address | Court Claim # Epiq Claim # Date Filed | Debtor Case # | Claim Amounts | Claimant Name Address | Court Claim # Epiq Claim # Date Filed | Debtor Case # | Claim Amounts |
| 8 | HWK-133 | 1060-1 265 2/17/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $11,003,590.64 (U) $11,003,590.64 (T) | HWK-637 | 824-1 10714 2/14/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $11,003,590.64 (U) $11,003,590.64 (T) |
| 9 | HWK-158 | 1103-1 299 2/13/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $122,000.00 (U) $122,000.00 (T) | HWK-471 | 621-1 10430 2/9/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $122,000.00 (U) $122,000.00 (T) |
| 10 | HWK-167 | 1114-1 314 2/21/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $25,000.00 (U) $25,000.00 (T) | HWK-461 | 606-1 10418 2/8/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $25,000.00 (U) $25,000.00 (T) |
| 11 | HWK-176 | 1124-1 322 2/27/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $145,935.00 (U) $145,935.00 (T) | HWK-175 | 371-1 10171 1/27/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $145,935.00 (U) $145,935.00 (T) |
| 12 | HWK-195 | 1149-1 427 2/16/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $10,100.00 (U) $10,100.00 (T) | HWK-406 | 515-1 10326 2/3/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $10,100.00 (U) $10,100.00 (T) |
| 13 | HWK-353 | 430-1 10229 1/30/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $500,000.00 (U) $500,000.00 (T) | HWK-277 | 322-1 10118 1/26/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $500,000.00 (U) $500,000.00 (T) |
| 14 | HWK-39 | 938-1 82 2/6/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $222,392.53 (U) $222,392.53 (T) | HWK-295 | 344-1 10145 1/27/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $222,392.53 (U) $222,392.53 (T) |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073

### Duplicate Claims (See First Omnibus Objection ¶¶ 37-39)

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claimant Name Address | Court Claim # Epiq Claim # Date Filed | Debtor Case # | Claim Amounts | Claimant Name Address | Court Claim # Epiq Claim # Date Filed | Debtor Case # | Claim Amounts |
| 15 | HWK-411 | 520-1 10332 2/4/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $1,777,000.00 (U) $1,777,000.00 (T) | HWK-194 | 1146-1 426 2/16/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $1,777,000.00 (U) $1,777,000.00 (T) |
| 16 | HWK-42 | 943-1 86 2/6/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $600,090.00 (U) $600,090.00 (T) | HWK-43 | 343-1 10144 1/27/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $600,090.00 (U) $600,090.00 (T) |
| 17 | HWK-453 | 595-1 10401 2/7/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $220,000.00 (U) $220,000.00 (T) | HWK-54 | 957-1 96 2/7/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $220,000.00 (U) $220,000.00 (T) |
| 18 | HWK-476 | 630-1 10441 2/9/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $30,092.87 (U) $30,092.87 (T) | HWK-151 | 1093-1 292 2/13/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $30,092.87 (U) $30,092.87 (T) |
| 19 | HWK-48 | 951-1 91 2/7/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $20,990.00 (U) $20,990.00 (T) | HWK-49 | 491-1 10309 2/2/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $20,990.00 (U) $20,990.00 (T) |
| 20 | HWK-56 | 35-1 109 2/6/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $108,030.00 (U) $108,030.00 (T) | HWK-297 | 346-1 10148 1/27/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $108,030.00 (U) $108,030.00 (T) |
| 21 | HWK-624 | 811-1 10689 2/14/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $3,800,000.00 (U) $3,800,000.00 (T) | HWK-163 | 1109-1 310 2/21/2023 | HO WAN KWOK, ET AL. 22-50073 | - (A) - (B) - (S) - (P) $3,800,000.00 (U) $3,800,000.00 (T) |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073

### Duplicate Claims (See First Omnibus Objection ¶¶ 37-39)

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts |
| 22 | HWK-80 | 377-1<br>10184<br>1/28/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$90,000,000.00 (U)<br>$90,000,000.00 (T) | HWK-81 | 996-1<br>134<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$90,000,000.00 (U)<br>$90,000,000.00 (T) |
| 23 | HWK-84 | 998-1<br>136<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$116,469.00 (U)<br>$116,469.00 (T) | HWK-83 | 543-1<br>10356<br>2/5/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$116,469.00 (U)<br>$116,469.00 (T) |
| 24 | KAN CHAN<br>RM01, 32/F BLK G SUNSHINE<br>CITY<br>MA ON SHAN NT<br>HONG KONG CHINA | 394-1<br>10359<br>2/5/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$36,000,000.00 (U)<br>$36,000,000.00 (T) | KAN CHAN<br>RM01, 32/F BLK G SUNSHINE<br>CITY<br>MA ON SHAN NT<br>HONG KONG CHINA | 76-1<br>220<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$36,000,000.00 (U)<br>$36,000,000.00 (T) |
| 25 | LIANG LIU<br>9560 MARKHAM RD., APT. LPH06<br>MARKHAM ON L6E0T9<br>CANADA | 235-1<br>10111<br>1/26/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$224,980.00 (U)<br>$224,980.00 (T) | LIANG LIU<br>9560 MARKHAM RD., APT. LPH06<br>MARKHAM ON L6E0T9<br>CANADA | 95-1<br>240<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$224,980.00 (U)<br>$224,980.00 (T) |
| 26 | RONG JIANG<br>601/26 SOI RAMKHAMHAENG 39<br>RAMKHAMHAENG ROAD<br>WANTONGLANG<br>BANGKOK 10310<br>THAILAND | 85-1<br>229<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$147,000,000.00 (U)<br>$147,000,000.00 (T) | HWK-544 | 731-2<br>10356<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$147,000,000.00 (U)<br>$147,000,000.00 (T) |
| 27 | SHIQI WANG<br>8595 211A STREET<br>LANGLEY, BC V1M2L5<br>CANADA | 164-1<br>461<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$11,710.49 (U)<br>$11,710.49 (T) | SHIQI WANG<br>8595 211A STREET<br>LANGLEY, BC V1M2L5<br>CANADA | 315-1<br>10582<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$11,710.49 (U)<br>$11,710.49 (T) |
| 28 | XIAODAN WANG<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LL<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | 119-1<br>279<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$114,000,000.00 (U)<br>$114,000,000.00 (T) | RONG ZHANG<br>C/O WOLF HALDENSTEIN<br>ADLER ET AL.<br>ATTN: BENJAMIN Y. KAUFMAN<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | 118-1<br>278<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$114,000,000.00 (U)<br>$114,000,000.00 (T) |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

# Ho Wan Kwok, et al. Case #22-50073

## Duplicate Claims (See First Omnibus Objection ¶¶ 37-39)

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts |
| 29 | XUEHAI LIU<br>14 ROYALTY ROAD<br>CHARLOTTETOWN, PE C1E 1T8<br>CANADA | 374-1<br>10277<br>2/1/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$45,288,000.00 (U)<br>$45,288,000.00 (T) | XUEHAI LIU<br>14 ROYALTY ROAD<br>CHARLOTTETOWN, PE C1E 1T8<br>CANADA | 43-1<br>167<br>2/6/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$45,288,000.00 (U)<br>$45,288,000.00 (T) |
| 30 | YUAN ZHOU<br>1903 VALENTINE CIR.<br>LA VERNE, CA 91750 | 305-2<br>10534<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$40,000,000.00 (U)<br>$40,000,000.00 (T) | YUAN ZHOU<br>1903 VALENTINE CIR.<br>LA VERNE, CA 91750 | 157-1<br>366<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - (A)<br>- (B)<br>- (S)<br>- (P)<br>$40,000,000.00 (U)<br>$40,000,000.00 (T) |
| | **Totals** | | | - **(A)**<br>- **(B)**<br>- **(S)**<br>- **(P)**<br>$669,079,576.89 **(U)**<br>$669,079,576.89 **(T)** | | | | - **(A)**<br>- **(B)**<br>- **(S)**<br>- **(P)**<br>$713,634,653.89 **(U)**<br>$713,634,653.89 **(T)** |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

**EXHIBIT 3**

**Insufficient Documentation Claims**

**Ho Wan Kwok, et al. Case #22-50073**

**Insufficient Documentation Claims (See First Omnibus Objection ¶¶ 40-43)**

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | |
|---|---|---|---|---|---|
| 1 | BING LENG<br>25 GRAY STONE WAY<br>LAGUNA NIGUEL, CA 92677 | 479-1<br>10571<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$200,000,000.00<br>$200,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 2 | CHELSEA SCHLUETER<br>2773 MIRAMAR LN<br>LINCOLN, CA 95648 | 700-1<br>10949<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$15,000.00<br>$15,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 3 | CHEN QIU<br>704/66 HIGH STREET TOOWONG<br>BRISBANE 4066<br>AUSTRALIA | 554-1<br>10713<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$150,000.00<br>$150,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 4 | CUI ZHU LI<br>67-59 211TH STREET<br>BAYSIDE, NY 11364 | 19-1<br>27<br>1/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$10,000.00<br>$10,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 5 | FEIFEI MA<br>3 GOOLDI COURT<br>TEWANTIN QLD 4565<br>AUSTRALIA | 60-1<br>184<br>2/8/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$49,238.76<br>$49,238.76 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 6 | GUAN, BIN<br>TIANDIMINGMENXIQUA9<br>NANGONG 055750<br>CHINA | 241-1<br>10166<br>1/27/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$100,186.87<br>$100,186.87 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |

**(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed**

**Ho Wan Kwok, et al. Case #22-50073**

**Insufficient Documentation Claims (See First Omnibus Objection ¶¶ 40-43)**

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | |
|---|---|---|---|---|---|
| 7 | HAMADA AI<br>BUDAPEST, BERCSNYI UTCA 26. MF.<br>2A.<br>BUDAPEST 1117<br>HUNGARY | 513-1<br>10628<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$22,777.00<br>$22,777.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 8 | HWK-183 | 167-1<br>412<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$5,101,000.00<br>$5,101,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 9 | HWK-210 | 234-2<br>10013<br>1/10/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$91,280.00<br>$91,280.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 10 | HWK-227 | 258-1<br>10043<br>1/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$266,000.00<br>$266,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 11 | HWK-246 | 279-1<br>10066<br>1/21/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$54,620.00<br>$54,620.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 12 | HWK-294 | 342-1<br>10141<br>1/27/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$434,987.10<br>$434,987.10 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073

### Insufficient Documentation Claims (See First Omnibus Objection ¶¶ 40-43)

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | |
|---|---|---|---|---|---|
| 13 | HWK-300 | 349-1<br>10151<br>1/27/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$130,000.00<br>$130,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 14 | HWK-309 | 360-1<br>10162<br>1/27/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$72,136.50<br>$72,136.50 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 15 | HWK-403 | 509-1<br>10323<br>2/3/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$1,730.00<br>$1,730.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 16 | HWK-419 | 541-1<br>10355<br>2/5/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$605,000.00<br>$605,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 17 | HWK-45 | 448-1<br>10259<br>1/31/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$100,279.70<br>$100,279.70 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 18 | HWK-472 | 623-4<br>11003<br>11/29/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$586,520.33<br>$586,520.33 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073

### Insufficient Documentation Claims (See First Omnibus Objection ¶¶ 40-43)

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | |
|---|---|---|---|---|---|
| 19 | HWK-483 | 642-1<br>10451<br>2/10/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$100,000.00<br>$100,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 20 | HWK-488 | 648-1<br>10457<br>2/10/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$20,000.00<br>$20,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 21 | HWK-531 | 718-1<br>10517<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$20,000.00<br>$20,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 22 | HWK-551 | 739-1<br>10557<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$100,000.00<br>$100,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 23 | HWK-556 | 747-1<br>10566<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$110.09<br>$110.09 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 24 | HWK-564 | 756-1<br>10585<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$8,000,000.00<br>$8,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073

### Insufficient Documentation Claims (See First Omnibus Objection ¶¶ 40-43)

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | |
|---|---|---|---|---|---|
| 25 | HWK-568 | 760-1<br>10592<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$50,000.00<br>$50,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 26 | HWK-571 | 762-1<br>10595<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$1,000,000.00<br>$1,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 27 | HWK-608 | 795-1<br>10658<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$600,000.00<br>$600,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 28 | HWK-631 | 818-1<br>10704<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$20,000,000.00<br>$20,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 29 | HWK-679 | 879-1<br>10793<br>2/15/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$13,250.00<br>$13,250.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 30 | HWK-694 | 896-1<br>10819<br>2/15/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$23,027.34<br>$23,027.34 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

**Ho Wan Kwok, et al. Case #22-50073**

**Insufficient Documentation Claims (See First Omnibus Objection ¶¶ 40-43)**

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | |
|---|---|---|---|---|---|
| 31 | HWK-702 | 927-1<br>10829<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$0.00<br>$0.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 32 | HWK-726 | 972-1<br>10869<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$40,000.00<br>$40,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 33 | HWK-740 | 1007-1<br>10896<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$300,000.00<br>$300,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 34 | HWK-790 | 1137-2<br>11002<br>11/10/2023 | HO WAN KWOK, ET AL.<br>22-50073 | *Undetermined | |
| 35 | JIANXUN XIANG | 530-1<br>10665<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | *Undetermined | |
| 36 | QIWEI LOU<br>107-26 159TH STREET APT 1C<br>JAMAICA, NY 11433 | 659-1<br>10891<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$8,000,000.00<br>$8,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |

**(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed**

## Ho Wan Kwok, et al. Case #22-50073

### Insufficient Documentation Claims (See First Omnibus Objection ¶¶ 40-43)

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | |
|---|---|---|---|---|---|
| 37 | RONGLIANG STARKS<br>4823 RIVERSTONE CROSSING DR.<br>SUGAR LAND, TX 71479 | 189-1<br>486<br>2/21/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - <br>- <br>- <br>- <br>$200,000.00 <br>$200,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 38 | RYAN CHENGRAN ZHANG<br>618 MAYWOOD WAY<br>UPLAND, CA 91786 | 181-1<br>386<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - <br>- <br>- <br>- <br>$8,000,000.00 <br>$8,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 39 | THE CASPER FIRM<br>C/O GARY H. LEIBOWITZ, ESQ.<br>COLE SCHOTZ P.C.<br>300 E. LOMBARD ST, SUITE 1111<br>BALTIMORE, MD 21202 | 426-1<br>10410<br>2/8/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - <br>- <br>$100,000.00 <br>- <br>$22,704.00 <br>$22,704.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 40 | XINRONG LI<br>2990 RICHMOND AVE., STE. 515<br>HOUSTON, TX 77098 | 177-1<br>402<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - <br>- <br>- <br>- <br>$3,000,000.00 <br>$3,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 41 | YAFAN CHANG<br>133 OLD KENNEDY ROAD, MARKHAM<br>ONTARIO L3R 0L5<br>CANADA | 197-1<br>376<br>2/21/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - <br>- <br>- <br>- <br>$200,000.00 <br>$200,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |
| 42 | YAN ZHAO<br>C/O LAW OFFICE OF NING YE, ESQ.<br>135-11 38TH AVE.#1A<br>FLUSHING, NY 11354 | 6-1<br>7<br>5/23/2022 | HO WAN KWOK, ET AL.<br>22-50073 | - <br>- <br>- <br>- <br>$12,000,000.00 <br>$12,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073

### Insufficient Documentation Claims (See First Omnibus Objection ¶¶ 40-43)

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | |
|---|---|---|---|---:|---|
| 43 | YU XIA LI<br>304-9379 LASALLE BLVD.<br>LASALLE QC H8R 2M8<br>CANADA | 190-1<br>395<br>2/21/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - | (A) |
| | | | | - | (B) |
| | | | | - | (S) |
| | | | | - | (P) |
| | | | | $10,000.00 | (U) |
| | | | | $10,000.00 | (T) |
| 44 | ZIHAN LIU<br>2990 RICHMOND AVE., STE. 515<br>HOUSTON, TX 77098 | 178-1<br>475<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | - | (A) |
| | | | | - | (B) |
| | | | | - | (S) |
| | | | | - | (P) |
| | | | | $800,000.00 | (U) |
| | | | | $800,000.00 | (T) |

| | | |
|---|---:|---|
| **Totals** | - | **(A)** |
| | - | **(B)** |
| | $100,000.00 | **(S)** |
| | - | **(P)** |
| | $270,289,847.69 | **(U)** |
| | *$270,289,847.69 | **(T)** |

*Refers to claims for dollar amounts listed as "unknown", "unliquidated", "undetermined", and/or where no dollar amounts were entered in the spaces provided on the proof of claim form.

**(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed**

**EXHIBIT B**

**Combined List of Claims**

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | BING LENG<br>25 GRAY STONE WAY<br>LAGUNA NIGUEL, CA 92677 | 479-1<br>10571<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$200,000,000.00<br>$200,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 2 | CHELSEA SCHLUETER<br>2773 MIRAMAR LN<br>LINCOLN, CA 95648 | 700-1<br>10949<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$15,000.00<br>$15,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 3 | CHEN QIU<br>704/66 HIGH STREET TOOWONG<br>BRISBANE 4066<br>AUSTRALIA | 554-1<br>10713<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$150,000.00<br>$150,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 4 | CHONG SHEN RAPHANELLA<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LL<br>270 MADISON AVENUE<br>NEW YORK NY 10016 | 120-1<br>280<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$114,000,000.00<br>$114,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 5 | CHUAN LING YANG<br>10 EAST LAKE FOREST COURT<br>CONROE, TX 77384 | 78-1<br>222<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$145,764.73<br>$145,764.73 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |
| 6 | CINDY ZHANG<br>81 MYRTLE AVE<br>WESTPORT, CT 06880 | 65-1<br>188<br>2/9/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$40,031.86<br>$40,031.86 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 7 | CUI ZHU LI<br>67-59 211TH STREET<br>BAYSIDE, NY 11364 | 19-1<br>27<br>1/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$10,000.00<br>$10,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 8 | FEIFEI MA<br>3 GOOLDI COURT<br>TEWANTIN QLD 4565<br>AUSTRALIA | 60-1<br>184<br>2/8/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$49,238.76<br>$49,238.76 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 9 | FENGGUO LI<br>2296 SPRINGFIELD CRESCENT<br>OAKVILLE, ON, L6J7P8<br>CANADA | 32-1<br>106<br>2/6/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$30,000,000.00<br>$30,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 10 | GUAN, BIN<br>TIANDIMINGMENXIQUA9<br>NANGONG 055750<br>CHINA | 241-1<br>10166<br>1/27/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$100,186.87<br>$100,186.87 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 11 | HAMADA AI<br>BUDAPEST, BERCSNYI UTCA 26. MF.<br>2A.<br>BUDAPEST 1117<br>HUNGARY | 513-1<br>10628<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$22,777.00<br>$22,777.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 12 | HIU SING CHAN<br>ROOM A, 43/F, TOWER 3, METRO<br>CITY PHASE<br>TSEUNG KWAN O,NT, HONG KONG<br>0000<br>CHINA | 141-1<br>350<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$23,100,000.00<br>$23,100,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 13 | HUI JIN<br>2208 NORWICH ST.<br>FLOWER MOUND, TX 75028 | 81-1<br>225<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$15,000,000.00<br>$15,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |
| 14 | HWK-100 | 1025-1<br>152<br>2/15/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$45,000.00<br>$45,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 15 | HWK-104 | 1013-1<br>156<br>2/15/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$400,000.00<br>$400,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |
| 16 | HWK-119 | 1040-1<br>196<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$32,868,244.50<br>$32,868,244.50 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 17 | HWK-12 | 898-1<br>46<br>2/6/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$500,000.00<br>$500,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 18 | HWK-123 | 1045-1<br>200<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$1,200,069.92<br>$1,200,069.92 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 19 | HWK-129 | 113-1<br>258<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$399,920.00<br>$399,920.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 20 | HWK-133 | 1060-1<br>265<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$11,003,590.64<br>$11,003,590.64 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 21 | HWK-158 | 1103-1<br>299<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$122,000.00<br>$122,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 22 | HWK-167 | 1114-1<br>314<br>2/21/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$25,000.00<br>$25,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 23 | HWK-176 | 1124-1<br>322<br>2/27/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$145,935.00<br>$145,935.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 24 | HWK-183 | 167-1<br>412<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$5,101,000.00<br>$5,101,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 25 | HWK-184 | 1134-1<br>416<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$3,000,000.00<br>$3,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |
| 26 | HWK-195 | 1149-1<br>427<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$10,100.00<br>$10,100.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 27 | HWK-210 | 234-2<br>10013<br>1/10/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$91,280.00<br>$91,280.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 28 | HWK-227 | 258-1<br>10043<br>1/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$266,000.00<br>$266,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 29 | HWK-246 | 279-1<br>10066<br>1/21/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$54,620.00<br>$54,620.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 30 | HWK-294 | 342-1<br>10141<br>1/27/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$434,987.10<br>$434,987.10 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 31 | HWK-300 | 349-1<br>10151<br>1/27/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$130,000.00<br>$130,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 32 | HWK-309 | 360-1<br>10162<br>1/27/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$72,136.50<br>$72,136.50 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 33 | HWK-353 | 430-1<br>10229<br>1/30/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$500,000.00<br>$500,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 34 | HWK-355 | 433-1<br>10233<br>1/30/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$8,900.00<br>$8,900.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |
| 35 | HWK-380 | 463-1<br>10278<br>2/1/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$20,000,000.00<br>$20,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |
| 36 | HWK-39 | 938-1<br>82<br>2/6/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$222,392.53<br>$222,392.53 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 37 | HWK-403 | 509-1<br>10323<br>2/3/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$1,730.00<br>$1,730.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 38 | HWK-411 | 520-1<br>10332<br>2/4/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$1,777,000.00<br>$1,777,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 39 | HWK-419 | 541-1<br>10355<br>2/5/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$605,000.00<br>$605,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 40 | HWK-42 | 943-1<br>86<br>2/6/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$600,090.00<br>$600,090.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 41 | HWK-45 | 448-1<br>10259<br>1/31/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$100,279.70<br>$100,279.70 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS<br>NO SUPPORTING DOCUMENTATION |
| 42 | HWK-453 | 595-1<br>10401<br>2/7/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$220,000.00<br>$220,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 43 | HWK-472 | 623-4<br>11003<br>11/29/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$586,520.33<br>$586,520.33 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 44 | HWK-476 | 630-1<br>10441<br>2/9/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$30,092.87<br>$30,092.87 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 45 | HWK-48 | 951-1<br>91<br>2/7/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$20,990.00<br>$20,990.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 46 | HWK-483 | 642-1<br>10451<br>2/10/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$100,000.00<br>$100,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 47 | HWK-488 | 648-1<br>10457<br>2/10/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$20,000.00<br>$20,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 48 | HWK-531 | 718-1<br>10517<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$20,000.00<br>$20,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |

**(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed**

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 49 | HWK-551 | 739-1<br>10557<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$100,000.00<br>$100,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 50 | HWK-556 | 747-1<br>10566<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$110.09<br>$110.09 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 51 | HWK-56 | 35-1<br>109<br>2/6/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$108,030.00<br>$108,030.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 52 | HWK-564 | 756-1<br>10585<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$8,000,000.00<br>$8,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 53 | HWK-568 | 760-1<br>10592<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$50,000.00<br>$50,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 54 | HWK-571 | 762-1<br>10595<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$1,000,000.00<br>$1,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 55 | HWK-608 | 795-1<br>10658<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$600,000.00<br>$600,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 56 | HWK-624 | 811-1<br>10689<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$3,800,000.00<br>$3,800,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 57 | HWK-631 | 818-1<br>10704<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$20,000,000.00<br>$20,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 58 | HWK-66 | 299-1<br>10094<br>1/25/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>$30,000.00<br>$143,465.00<br>$173,465.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |
| 59 | HWK-662 | 852-1<br>10763<br>2/15/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$5,000,000.00<br>$5,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |
| 60 | HWK-670 | 865-1<br>10780<br>2/15/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$40,319.42<br>$40,319.42 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 61 | HWK-671 | 885-1<br>10804<br>2/15/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$40,407.01<br>$40,407.01 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |
| 62 | HWK-679 | 879-1<br>10793<br>2/15/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$13,250.00<br>$13,250.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 63 | HWK-694 | 896-1<br>10819<br>2/15/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$23,027.34<br>$23,027.34 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 64 | HWK-702 | 927-1<br>10829<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$0.00<br>$0.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 65 | HWK-726 | 972-1<br>10869<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$40,000.00<br>$40,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 66 | HWK-728 | 978-1<br>10875<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$250,000.00<br>$250,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |

**(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed**

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 67 | HWK-740 | 1007-1<br>10896<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$300,000.00<br>$300,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 68 | HWK-790 | 1137-2<br>11002<br>11/10/2023 | HO WAN KWOK, ET AL.<br>22-50073 | *Undetermined | | NO SUPPORTING DOCUMENTATION |
| 69 | HWK-80 | 377-1<br>10184<br>1/28/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$90,000,000.00<br>$90,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 70 | HWK-84 | 998-1<br>136<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$116,469.00<br>$116,469.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 71 | HWK-87 | 1002-1<br>138<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$143,158.80<br>$143,158.80 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | AMENDED CLAIMS |
| 72 | JIANXUN XIANG | 530-1<br>10665<br>2/14/2023 | HO WAN KWOK, ET AL.<br>22-50073 | *Undetermined | | NO SUPPORTING DOCUMENTATION |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 73 | KAN CHAN<br>RM01, 32/F BLK G SUNSHINE CITY<br>MA ON SHAN NT<br>HONG KONG CHINA | 394-1<br>10359<br>2/5/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$36,000,000.00<br>$36,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br> | DUPLICATE CLAIMS |
| 74 | LIANG LIU<br>9560 MARKHAM RD., APT. LPH06<br>MARKHAM ON L6E0T9<br>CANADA | 235-1<br>10111<br>1/26/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$224,980.00<br>$224,980.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 75 | QIWEI LOU<br>107-26 159TH STREET APT 1C<br>JAMAICA, NY 11433 | 659-1<br>10891<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$8,000,000.00<br>$8,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 76 | RONG JIANG<br>601/26 SOI RAMKHAMHAENG 39<br>RAMKHAMHAENG ROAD<br>WANTONGLANG<br>BANGKOK 10310<br>THAILAND | 85-1<br>229<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$147,000,000.00<br>$147,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 77 | RONGLIANG STARKS<br>4823 RIVERSTONE CROSSING DR.<br>SUGAR LAND, TX 71479 | 189-1<br>486<br>2/21/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$200,000.00<br>$200,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 78 | RYAN CHENGRAN ZHANG<br>618 MAYWOOD WAY<br>UPLAND, CA 91786 | 181-1<br>386<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$8,000,000.00<br>$8,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 79 | SHIQI WANG<br>8595 211A STREET<br>LANGLEY, BC V1M2L5<br>CANADA | 164-1<br>461<br>2/16/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$11,710.49<br>$11,710.49 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 80 | THE CASPER FIRM<br>C/O GARY H. LEIBOWITZ, ESQ.<br>COLE SCHOTZ P.C.<br>300 E. LOMBARD ST, SUITE 1111<br>BALTIMORE, MD 21202 | 426-1<br>10410<br>2/8/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>$100,000.00<br>-<br>$22,704.00<br>$22,704.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 81 | XIAODAN WANG<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LL<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | 119-1<br>279<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$114,000,000.00<br>$114,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 82 | XINRONG LI<br>2990 RICHMOND AVE., STE. 515<br>HOUSTON, TX 77098 | 177-1<br>402<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$3,000,000.00<br>$3,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 83 | XUEHAI LIU<br>14 ROYALTY ROAD<br>CHARLOTTETOWN, PE C1E 1T8<br>CANADA | 374-1<br>10277<br>2/1/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$45,288,000.00<br>$45,288,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 84 | YAFAN CHANG<br>133 OLD KENNEDY ROAD, MARKHAM<br>ONTARIO L3R 0L5<br>CANADA | 197-1<br>376<br>2/21/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$200,000.00<br>$200,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |

(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed

## Ho Wan Kwok, et al. Case #22-50073
### All Objectionable Claims

| | Claimant Name<br>Address | Court Claim #<br>Epiq Claim #<br>Date Filed | Debtor<br>Case # | Claim Amounts | | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 85 | YAN ZHAO<br>C/O LAW OFFICE OF NING YE, ESQ.<br>135-11 38TH AVE.#1A<br>FLUSHING, NY 11354 | 6-1<br>7<br>5/23/2022 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$12,000,000.00<br>$12,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 86 | YU XIA LI<br>304-9379 LASALLE BLVD.<br>LASALLE QC H8R 2M8<br>CANADA | 190-1<br>395<br>2/21/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$10,000.00<br>$10,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| 87 | YUAN ZHOU<br>1903 VALENTINE CIR.<br>LA VERNE, CA 91750 | 305-2<br>10534<br>2/13/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$40,000,000.00<br>$40,000,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | DUPLICATE CLAIMS |
| 88 | ZIHAN LIU<br>2990 RICHMOND AVE., STE. 515<br>HOUSTON, TX 77098 | 178-1<br>475<br>2/17/2023 | HO WAN KWOK, ET AL.<br>22-50073 | -<br>-<br>-<br>-<br>$800,000.00<br>$800,000.00 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | NO SUPPORTING DOCUMENTATION |
| | Totals | | | -<br>-<br>$100,000.00<br>$30,000.00<br>$1,007,841,509.46<br>*$1,007,871,509.46 | (A)<br>(B)<br>(S)<br>(P)<br>(U)<br>(T) | |

*Refers to claims for dollar amounts listed as "unknown", "unliquidated", "undetermined", and/or where no dollar amounts were entered in the spaces provided on the proof of claim form.

**(A) - Administrative, (B) - 503(b)(9), (S) - Secured, (P) - Priority, (U) - Unsecured, (T) - Total Claimed**