**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on January 8, 2026, Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Individual Debtor") electronically filed the *Application for Order Authorizing Trustee to Retain and Employ Pullman and Comley, LLC as Special Counsel* [Docket No. 4941] (the "Application") in the Chapter 11 Case, using the Court's case Management/electronic case filing ("CM/ECF") system.

On January 9, 2026, the Court entered a *Notice of Hearing* in the Chapter 11 case [Docket No. 4944] (the "Hearing Notice") and, together with the Application, collectively, the "Served Documents") using the CM/ECF system.

Notice of the Served Documents was sent automatically at the time of filing to all parties appearing in the above-captioned chapter 11 cases, that are eligible to receive electronic notice via email by operation of CM/ECF.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1

2

On or before January 8, 2026 the undersigned caused to be served, the *Application for Order Authorizing Trustee to Retain and Employ Pullman and Comley, LLC as Special Counsel* [Docket No. 4941] via first class mail upon the parties not eligible to receive electronic notice via email by operation of CM/ECF, listed on the attached **Exhibit A**, and sent electronically via e-mail to Dundon Advisers LLC at the following e-mail addresses: md@dundon.com and ph@dundon.com.

Dated: January 23, 2026
New York, New York

By: */s/ Luc A. Despins*
Luc A. Despins (phv207061)
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6001
lucdespins@paulhastings.com

# Exhibit A

LEGAL_US_E # 190844361.1 50687.00001
01/23/26 4:59PM

| | | |
|---|---|---|
| Hong Qi Qu<br>Nan Tong Si Jian<br>Jian Gong<br>Yua Hua Zhuang Shi<br>c/o Kevin Tung, Esq.<br>Kevin Kerveng Tung P.C.<br>Queens Crossing Business Center<br>136-20 38th Avenue, Suite 3D<br>Flushing, NY 11354 | Cheng Jian Wu Jian She<br>Gaosheng Guo<br>Yan Zhao<br>c/o Ning Ye, Esq.<br>Law office of Ning Ye, Esq.<br>135-11 8th Ave. #1A<br>Flushing, NY 11354 | Chao-Chih Chiu<br>Huizhen Wang<br>Yunxia Wu<br>Keyi Zilkie<br>c/o TroyGould PC<br>1801 Century Park East, 16th Floor<br>Attn: Christopher A. Lilly<br>Los Angeles, CA 90067-2367 |
| Liehong Zhuang<br>Xiao Yan Zhu<br>c/o Jonathan T. Trexler, Esq.<br>Trexler & Zhang, LLP<br>224 West 35th Street, 12th Floor<br>New York, NY 10001 | Jun Chen aka Jonathan Ho<br>c/o Wayne Wei Zhu, Esq.<br>41-25 Kissena Blvd, Suite 112<br>Flushing, NY 11355 | Bravo Luck Limited<br>P.O. Box 957<br>Offshore Incorporations Centre<br>Road Town<br>Tortola, British Virgin Islands |
| Alissa M. Nann<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016 | Samuel Dan Nunberg<br>600 S. Dixie Hwy, Suite 455<br>West Palm Beach, FL 33401 | Romer Debbas LLP<br>275 Madison Ave., Ste 801<br>New York, NY 10016-1153 |
| Corporate Creations Network, Inc.<br>801 US Highway 1<br>North Palm Beach, FL 33408 | Ivey, Barnum & O'Mara LLC<br>170 Mason Street<br>Greenwich, CT 06830 | Eisner Advisory Group LLC<br>111 Wood Avenue South<br>Iselin, NJ 08830-2700 |
| Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602 | Xiaoxiao Lin<br>24 Sonrisa<br>Irvine, CA 92620 | Yuanlin Liu<br>192 Pendleton Dr.<br>Amherst, VA 24521 |
| Xiaoming Liu<br>5-16-50 Nemotomachi<br>Tajimi City<br>Gifu Prefecture, 5070065 | Edmiston and Company Limited<br>2 Marina Plaza<br>Newport, RI 02840 | Ning Zhao<br>3611 Summer Ranch Dr.<br>Katy, TX 77694 |
| Affiliated Adjustment Group, Ltd.<br>3000 Marcus Avenue, Suite 3W3<br>Lake Success, NY 11042 | | |

1