**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF KROLL, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Kroll, LLC ("Kroll") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as forensic investigators to Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, for the period from December 1, 2025 through and December 31, 2025 (the "Fee Period"). By this Monthly Fee Statement, Kroll respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $52,721.04 and $1,276.36, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, service line, standard rate, discounted rate, total hours, and total fees earned for each Kroll individual who provided services during the Fee Period. The rates charged by Kroll for services rendered to the Trustee are discounted per the engagement letter to the rates that Kroll charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as Exhibit B is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Project Category.

3. Attached hereto as Exhibit C is a summary of Kroll's services rendered and compensation sought for the Fee Period organized by Matter ID.

4. Attached hereto as Exhibit D is a summary of Kroll's expenses incurred and reimbursement sought for the Fee Period organized by Expense Type.

5. Attached hereto as Exhibit E are Kroll's fee statements for services provided during the Fee Period.

**NOTICE AND OBJECTION PROCEDURES**

6. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Steven E. Mackey

(steven.e.mackey@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

7. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Kroll (Attn: Allen Pfeiffer (allen.pfeiffer@kroll.com) and (ii) the Notice Parties by email no later than **February 13, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, the estate shall promptly pay Kroll 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

9. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: January 23, 2026

By: */s/ Allen Pfeiffer*
Allen Pfeiffer
KROLL, LLC
55 East 52nd Street, Floor 17
New York, New York 10055

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date hereof, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated:   January 23, 2026        By: */s/ G. Alexander Bongartz*
        New York, New York      G. Alexander Bongartz (admitted *pro hac vice*)
                                                                PAUL HASTINGS LLP
                                                                200 Park Avenue
                                                                New York, New York 10166
                                                                (212) 318-6000
                                                                alexbongartz@paulhastings.com

                                                                *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**

**HOURS AND RATES PER PROFESSIONAL**

*Time Period: December 1-31, 2025.*

| Timekeeper | Title | Service Line | Standard Rate | Discounted Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Parizek, Pam | Managing Director | Forensic Investigations and Intelligence | $ 935 | $ 748 | 3.3 | $ 2,468.40 |
| Ellison, Nick | Managing Director | Cyber Risk | $ 935 | $ 748 | 7.0 | $ 5,236.00 |
| Horwitz, Trevor | Managing Director | Cyber Risk | $ 935 | $ 748 | 15.0 | $ 11,220.00 |
| Lazarus, Jordan | Senior Manager | Forensic Investigations and Intelligence | $ 605 | $ 545 | 5.3 | $ 2,888.50 |
| Lomas, Adam | Senior Manager | Forensic Investigations and Intelligence | $ 605 | $ 545 | 71.9 | $ 39,185.50 |
| Levenson, Patrick | Associate Manager | Forensic Investigations and Intelligence | $ 420 | $ 378 | 3.8 | $ 1,436.40 |
| Carleton, Gerard | Associate | Forensic Investigations and Intelligence | $ 385 | $ 347 | 3.0 | $ 1,041.00 |
| Wee, Si Kai | Associate | Forensic Investigations and Intelligence | $ 385 | $ 347 | 7.0 | $ 2,425.50 |
| **Total Hours and Fees:** | | | | | **116.3** | **$ 65,901.30** |
| **Blended Hourly Rate:** | | | | | | **$ 566.65** |

1

## **EXHIBIT B**

### **SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

*Time Period: December 1-31, 2025.*

| U.S. Trustee Task Code and Project Category | | Hours Billed | Fees Billed |
|---|---|---|---|
| B110 | Case Administration | - | $ - |
| B113 | Pleadings Review | - | $ - |
| B120 | Asset Analysis and Recovery | 17.2 | $ 6,958.90 |
| B155 | Court Hearings | - | $ - |
| B160 | Fee/Employment Applications | 5.4 | $ 3,227.20 |
| B170 | Fee/Employment Objections | - | $ - |
| B180 | Avoidance Action Analysis | 70.9 | $ 38,660.80 |
| B181 | Preference Analysis and Recovery Actions | - | $ - |
| B182 | Post-Petition Transfers and Recovery Actions | - | $ - |
| B190 | Other Contested Matters (excl. assumption/rejections motions) | - | $ - |
| B191 | General Litigation | 22.8 | $ 17,054.40 |
| B192 | Lender Litigation | - | $ - |
| B195 | Non-Working Travel | - | $ - |
| B261 | Investigations | - | $ - |
| **TOTAL** | | **116.3** | **$ 65,901.30** |

**EXHIBIT C**

**SUMMARY OF COMPENSATION BY MATTER ID**

*Time Period: December 1-31, 2025.*

| Matter ID and Name | | Hours Billed | Fees Billed |
|---|---|---|---|
| 00001 | General Debtor Representation | 28.2 | $ 20,281.60 |
| 00002 | Asset Recovery Investigation and Litigation | 68.8 | $ 35,080.90 |
| 00003 | HK USA Adversary Proceeding | - | $ - |
| 00004 | Bravo Luck Adversary Proceeding | - | $ - |
| 00005 | PAX Adversary Proceeding | - | $ - |
| 00006 | SN Apartment Adversary Proceeding | - | $ - |
| 00007 | Greenwich Land Adversary Proceeding | - | $ - |
| 00008 | AIG Adversary Proceeding | - | $ - |
| 00009 | Mei Guo Adversary Proceeding | - | $ - |
| 00010 | Interpleader Adversary Proceeding | - | $ - |
| 00011 | HCHK Adversary Proceeding | 19.3 | $ 10,538.80 |
| 00012 | Golden Spring Adversary Proceeding | - | $ - |
| 00013 | Mahwah Adversary Proceeding | - | $ - |
| 00014 | RICO Litigation | - | $ - |
| 00015 | Lamp Capital Adversary Proceeding | - | $ - |
| 00016 | G-Club Adversary Proceeding | - | $ - |
| 00017 | Rule of Law Adversary Proceeding | - | $ - |
| 00018 | UAE Asset Recovery Actions | - | $ - |
| 00019 | Leading Shine Adversary Proceeding | - | $ - |
| 00020 | Gettr USA Proceeding | - | $ - |
| | | **116.3** | **$ 65,901.30** |

## EXHIBIT D

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

*Time Period: December 1-31, 2025.*

| Expense Category | Matter ID | Task Code | Expense Amount |
|---|---|---|---|
| Database and Research Fees for December | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | $ 1,276.36 |
| **TOTAL** | | | **$ 1,276.36** |

**EXHIBIT E**

**FEE DETAIL**

*Time Period: December 1-31, 2025.*

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Parizek, Pam | 12/1/2025 | General Debtor Representation | General Litigation | Review email from A. Barkhouse re: ▮ litigation, outreach to Nick Ellison re: expert testimony (.1), review N. Ellison response and coordinate meeting with Paul Hastings (D. Barron) (.1). | 0.2 | $ 149.60 |
| Lomas, Adam | 12/1/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare of tables of transfers to ▮ ▮ related to pending/upcoming mediation. | 0.8 | $ 436.00 |
| Lomas, Adam | 12/1/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare of tables of transfers to ▮ ▮ related to pending/upcoming mediation. | 1.2 | $ 654.00 |
| Lomas, Adam | 12/1/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with Paul Hastings [S. Maza, D. Barron, and L. Song] re: additional forfeiture analysis in support of working/draft petition. | 0.6 | $ 327.00 |
| Lomas, Adam | 12/1/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: transfers to ▮. | 0.2 | $ 109.00 |
| Parizek, Pam | 12/1/2025 | General Debtor Representation | Fee/Employment Applications | Review, research and respond to Paul Hastings (A. Bongatz) questions from Creditor's Committee re: Kroll Fee Application (.5). | 0.5 | $ 374.00 |
| Lomas, Adam | 12/1/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of methods of transfers pertaining to certain transfers to ▮ ▮. | 0.9 | $ 490.50 |
| Lomas, Adam | 12/1/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [E. Ryan and P. Linsey] re: tables of transfers to certain avoidance defendants related to pending/upcoming mediation sessions. | 0.4 | $ 218.00 |
| Lazarus, Jordan | 12/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with A. Lomas and NPM Law re: preparation of transaction schedules for mediation and related matters. | 0.5 | $ 272.50 |
| Lomas, Adam | 12/2/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Attention to requested forfeiture analysis schedule. | 2.7 | $ 1,471.50 |
| Parizek, Pam | 12/2/2025 | General Debtor Representation | General Litigation | Coordinate with Paul Hastings (D. Barron) re: expert materials for Nick Ellison (.1). | 0.1 | $ 74.80 |
| Wee, Si Kai | 12/2/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conduct research and analysis | 7.0 | $ 2,425.50 |
| Lomas, Adam | 12/2/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from Paul Hastings [S. Maza] re: format of working forfeiture analysis schedule. | 0.2 | $ 109.00 |
| Lomas, Adam | 12/2/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [E. Ryan and P. Linsey] re: tables of transfers to certain avoidance defendants related to pending/upcoming mediation sessions. | 0.1 | $ 54.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/2/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Revisions of tables of transfers to ▮ ▮ related to pending/upcoming mediation per comment from NPM Law [P. Linsey]. | 0.2 | $ 109.00 |
| Carleton, Gerard | 12/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted ▮ public records research and open source-intelligence research to identify a ▮ address for subject. | 2.5 | $ 867.50 |
| Lomas, Adam | 12/3/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Attention to requested forfeiture analysis schedule. | 0.4 | $ 218.00 |
| Levenson, Patrick | 12/3/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Address research coordination; database research and document review; reporting of findings. | 1.0 | $ 378.00 |
| Levenson, Patrick | 12/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Address research coordination; database research and document review; reporting of findings. | 2.5 | $ 945.00 |
| Parizek, Pam | 12/4/2025 | General Debtor Representation | General Litigation | Coordination re: expert witness report and testimony re: ▮ Ltd (.1). | 0.1 | $ 74.80 |
| Lomas, Adam | 12/4/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Revisions of tables of transfers to ▮ and ▮ related to pending/upcoming mediation per comment from NPM Law [P. Linsey]. | 0.6 | $ 327.00 |
| Carleton, Gerard | 12/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Conducted ▮ public records research and open source-intelligence research to identify a ▮ address for subject. | 0.5 | $ 173.50 |
| Ellison, Nick | 12/4/2025 | General Debtor Representation | General Litigation | Review of ▮ materials and call with P. Parizek and Paul Hastings (D. Baron) re: expert witness testimony. | 2.0 | $ 1,496.00 |
| Lazarus, Jordan | 12/4/2025 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare November 2025 monthly fee statement | 2.0 | $ 1,090.00 |
| Parizek, Pam | 12/4/2025 | General Debtor Representation | General Litigation | Call with D. Barron, Nick Ellison re: forensic technology analysis and expert testimony in ▮ ▮ Ltd litigation (.4). | 0.4 | $ 299.20 |
| Lomas, Adam | 12/4/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [E. Ryan and P. Linsey] re: tables of transfers to certain avoidance defendants related to pending/upcoming mediation sessions. | 0.1 | $ 54.50 |
| Lazarus, Jordan | 12/4/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with A. Lomas and NPM Law re: preparation of transaction schedules for mediation and related matters. | 0.2 | $ 109.00 |
| Parizek, Pam | 12/4/2025 | General Debtor Representation | Fee/Employment Applications | Call with A. Bongartz re: subcontractor invoices (.2). | 0.2 | $ 149.60 |
| Lomas, Adam | 12/5/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [K. Mitchell] re: additional address research for certain international avoidance defendants. | 0.5 | $ 272.50 |
| Lomas, Adam | 12/5/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of transfers pertaining to ▮ and ▮ | 1.3 | $ 708.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/5/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [K. Mitchell] re: known/identified bank accounts in the name of ■■■ | 0.7 | $ 381.50 |
| Parizek, Pam | 12/5/2025 | General Debtor Representation | Fee/Employment Applications | Call with A. Bongartz re: subcontractor invoices (.2), update description and resend to A. Bongartz (.1), call with A. Bongatz re: court filings and additional disclosures needed (.2). | 0.5 | $ 374.00 |
| Lomas, Adam | 12/5/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Research with respect to address for avoidance defendant ■■■ | 0.2 | $ 109.00 |
| Horwitz, Trevor | 12/8/2025 | General Debtor Representation | General Litigation | Review and analysis of disclosure correspondence bundle provided by Paul Hastings in relation to providing an independent technical assessment of disclosure processes followed. | 2.3 | $ 1,720.40 |
| Lomas, Adam | 12/8/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [K. Mitchell] re: transfers with respect to ■■■ | 0.2 | $ 109.00 |
| Lomas, Adam | 12/8/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Document review/research with respect to payroll records, apparent employee health insurance deductions, and invoices issued by ■■■ | 2.9 | $ 1,580.50 |
| Lomas, Adam | 12/8/2025 | HCHK Adversary Proceeding | Avoidance Action Analysis | Compose email to NPM Law [P. Linsey] re: observations pertaining to ■■■ payroll records, apparent employee health insurance deductions, and ■■■ subscriber information. | 0.8 | $ 436.00 |
| Lomas, Adam | 12/8/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [K. Mitchell] re: additional address research for certain international avoidance defendants. | 0.2 | $ 109.00 |
| Lomas, Adam | 12/8/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare of tables of transfers to ■■■ LLC related to pending/upcoming mediation. | 0.3 | $ 163.50 |
| Lomas, Adam | 12/8/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [E. Ryan and P. Linsey] re: tables of transfers to certain avoidance defendants related to pending/upcoming mediation sessions. | 0.1 | $ 54.50 |
| Levenson, Patrick | 12/8/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review and reporting of address history findings. | 0.3 | $ 113.40 |
| Horwitz, Trevor | 12/9/2025 | General Debtor Representation | General Litigation | Review, analysis and drafting of initial assessment and likely following review of disclosure correspondence bundle . | 2.0 | $ 1,496.00 |
| Horwitz, Trevor | 12/9/2025 | General Debtor Representation | General Litigation | Telephone call with Paul Hastings re: initial assessment and next steps. | 0.5 | $ 374.00 |
| Lomas, Adam | 12/9/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [E. Ryan and P. Linsey] re: tables of transfers to certain avoidance defendants related to pending/upcoming mediation sessions. | 0.1 | $ 54.50 |
| Lomas, Adam | 12/9/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Updates to bank subpoena/request tracker. | 0.6 | $ 327.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/9/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare of tables of transfers to ▇▇ related to pending/upcoming mediation. | 0.4 | $ 218.00 |
| Lomas, Adam | 12/9/2025 | HCHK Adversary Proceeding | Avoidance Action Analysis | Analysis of ▇▇ files with respect to transfers/funds received from other Kwok-related entities. | 3.8 | $ 2,071.00 |
| Parizek, Pam | 12/10/2025 | General Debtor Representation | Fee/Employment Applications | Call with A. Bongartz re: support for Kroll subcontractor expenses, approval of US Trustee on 11/1/2024 re same (.2). | 0.2 | $ 149.60 |
| Horwitz, Trevor | 12/10/2025 | General Debtor Representation | General Litigation | Follow up activity including further analysis of disclosure documentation bundle post call and initial drafting of internal technical commentary. | 2.5 | $ 1,870.00 |
| Lomas, Adam | 12/10/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare of tables of transfers to ▇▇ related to pending/upcoming mediation. | 0.3 | $ 163.50 |
| Lomas, Adam | 12/10/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare of tables of transfers to ▇▇ related to pending/upcoming mediation. | 0.5 | $ 272.50 |
| Lomas, Adam | 12/10/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare of tables of transfers to ▇▇ related to pending/upcoming mediation. | 0.2 | $ 109.00 |
| Lomas, Adam | 12/10/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Analysis of transfers related to ▇▇ | 0.7 | $ 381.50 |
| Lomas, Adam | 12/10/2025 | HCHK Adversary Proceeding | Avoidance Action Analysis | Attention to schedule of funds received by ▇▇ by transferor/source. | 1.2 | $ 654.00 |
| Lomas, Adam | 12/10/2025 | HCHK Adversary Proceeding | Avoidance Action Analysis | Analysis of ▇▇ files with respect to transfers/funds received from other Kwok-related entities. | 1.7 | $ 926.50 |
| Lomas, Adam | 12/10/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose emails to NPM Law [E. Ryan and P. Linsey] re: tables of transfers to certain avoidance defendants related to pending/upcoming mediation sessions. | 0.5 | $ 272.50 |
| Lomas, Adam | 12/11/2025 | HCHK Adversary Proceeding | Avoidance Action Analysis | Attention to schedule of funds received by ▇▇ by transferor/source. | 1.6 | $ 872.00 |
| Lomas, Adam | 12/11/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: identified transfers to avoidance defendant ▇▇ | 0.3 | $ 163.50 |
| Lomas, Adam | 12/11/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: prepetition transfers to avoidance defendant ▇▇ LLC. | 0.2 | $ 109.00 |
| Lomas, Adam | 12/11/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from L. Despins re: transfers to ▇▇ | 0.3 | $ 163.50 |
| Lomas, Adam | 12/11/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Document review with respect to transfers to ▇▇ | 0.5 | $ 272.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/12/2025 | HCHK Adversary Proceeding | Avoidance Action Analysis | Attention to schedule of funds received by ▮ by transferor/source. | 0.8 | $ 436.00 |
| Lomas, Adam | 12/12/2025 | HCHK Adversary Proceeding | Avoidance Action Analysis | Analysis of ▮ files with respect to transfers/funds received from other Kwok-related entities. | 2.8 | $ 1,526.00 |
| Lomas, Adam | 12/12/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: identified transfers to avoidance defendant ▮ | 0.3 | $ 163.50 |
| Lomas, Adam | 12/12/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare of tables of transfers to ▮ related to pending/upcoming mediation. | 0.4 | $ 218.00 |
| Lomas, Adam | 12/12/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [P. Linsey] re: tables of transfers to certain avoidance defendants related to pending/upcoming mediation sessions. | 0.2 | $ 109.00 |
| Lomas, Adam | 12/12/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from NPM Law [P. Linsey] re: identified transfers with respect to avoidance defendant ▮ | 0.6 | $ 327.00 |
| Lomas, Adam | 12/12/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review of payment records produced by avoidance defendant ▮ | 0.3 | $ 163.50 |
| Lomas, Adam | 12/12/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Document review/research with respect to apparent account in the name of ▮ held with ▮ based in ▮ | 1.3 | $ 708.50 |
| Ellison, Nick | 12/15/2025 | General Debtor Representation | General Litigation | Review pleadings and draft response to ▮ discovery objection. | 2.1 | $ 1,570.80 |
| Horwitz, Trevor | 12/16/2025 | General Debtor Representation | General Litigation | Draft and review of internal technical commentary. | 2.0 | $ 1,496.00 |
| Parizek, Pam | 12/16/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with L. Despins re: claims processing support and coordination (.1). | 0.1 | $ 74.80 |
| Ellison, Nick | 12/16/2025 | General Debtor Representation | General Litigation | Review, revise draft expert report. | 2.9 | $ 2,169.20 |
| Lomas, Adam | 12/16/2025 | HCHK Adversary Proceeding | Avoidance Action Analysis | Analysis of ▮ files with respect to transfers/funds received from other Kwok-related entities. | 1.3 | $ 708.50 |
| Lomas, Adam | 12/17/2025 | HCHK Adversary Proceeding | Avoidance Action Analysis | Analysis of ▮ files with respect to transfers/funds received from other Kwok-related entities. | 3.1 | $ 1,689.50 |
| Lomas, Adam | 12/17/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare of tables of transfers to ▮ Inc. related to pending/upcoming mediation. | 0.4 | $ 218.00 |
| Lomas, Adam | 12/17/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare of tables of transfers to ▮ related to pending/upcoming mediation. | 0.7 | $ 381.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/17/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to Paul Hastings [L. Song] and NPM Law [P. Linsey] re: tables of transfers to avoidance defendant ▮ | 0.1 | $ 54.50 |
| Lomas, Adam | 12/17/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to Paul Hastings [L. Song] and NPM Law [P. Linsey] re: tables of transfers to avoidance defendant ▮ Inc.. | 0.1 | $ 54.50 |
| Lomas, Adam | 12/17/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare of tables of transfers to ▮ related to pending/upcoming mediation. | 0.4 | $ 218.00 |
| Lomas, Adam | 12/17/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [E. Ryan and P. Linsey] re: tables of transfers to avoidance defendant ▮ | 0.2 | $ 109.00 |
| Lomas, Adam | 12/17/2025 | HCHK Adversary Proceeding | Avoidance Action Analysis | Attention to schedule of funds received by ▮ by transferor/source. | 0.5 | $ 272.50 |
| Parizek, Pam | 12/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with A. Lomas, Kroll Prime Clerk Team (B. Steele, list) re: Kwok claims processing (.6). Call with L. Despins and Kroll team re: same (.4). | 0.9 | $ 673.20 |
| Lazarus, Jordan | 12/18/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Review correspondence from A. Lomas re: forensic accounting workstream update and related matters. | 0.2 | $ 109.00 |
| Parizek, Pam | 12/18/2025 | HCHK Adversary Proceeding | Avoidance Action Analysis | Review summary of funds received by ▮ (.1). | 0.1 | $ 74.80 |
| Lomas, Adam | 12/18/2025 | HCHK Adversary Proceeding | Avoidance Action Analysis | Attention to schedule of funds received by ▮ by transferor/source. | 0.9 | $ 490.50 |
| Lomas, Adam | 12/18/2025 | HCHK Adversary Proceeding | Avoidance Action Analysis | Compose email to Paul Hastings and NPM Law counsel teams re: schedule of funds received by ▮ and related observations in lieu of weekly status meeting. | 0.7 | $ 381.50 |
| Lomas, Adam | 12/18/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with Kroll Restructuring Administration team re: potential claim-related work/assistance. | 0.6 | $ 327.00 |
| Lomas, Adam | 12/18/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with L. Despins, P. Parizek, and Kroll Restructuring Administration team re: potential claim-related work/assistance. | 0.4 | $ 218.00 |
| Lomas, Adam | 12/18/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Coordination of internal Kroll resources re: potential claim-related work/assistance. | 0.5 | $ 272.50 |
| Lazarus, Jordan | 12/19/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with W. Farmer re: avoidance action tracker and related matters. | 0.2 | $ 109.00 |
| Lomas, Adam | 12/19/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attention to access to Epiq claims data. | 0.3 | $ 163.50 |
| Lazarus, Jordan | 12/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Correspondence with W. Farmer re: avoidance action tracker and related matters. | 0.2 | $ 109.00 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Horwitz, Trevor | 12/22/2025 | General Debtor Representation | General Litigation | Additional research and analysis responding to questions and queries raised by Paul Counsel; correspondence with Paul Hastings re: release of draft report and drafting of updated queries. | 4.2 | $ 3,141.60 |
| Lomas, Adam | 12/22/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Meeting with Paul Hastings [W. Farmer] and NPM Law [A. Lee] re: information needed with respect to discovery and document production exercise. | 0.3 | $ 163.50 |
| Lomas, Adam | 12/22/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Respond to inquiry from Paul Hastings [W. Farmer] re: information needed with respect to discovery and document production exercise. | 0.5 | $ 272.50 |
| Lomas, Adam | 12/22/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [P. Linsey] re: issues with respect to access to Epiq claims data. | 0.2 | $ 109.00 |
| Lomas, Adam | 12/22/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Identification of population of bank accounts from which transfers were made pertaining to all avoidance actions. | 0.4 | $ 218.00 |
| Lomas, Adam | 12/22/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Attention to preliminary analysis file mapping avoidance action bank accounts to underlying source documents in Relativity. | 2.7 | $ 1,471.50 |
| Lomas, Adam | 12/22/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Review and identification of source documents in Relativity evidencing transfers across all avoidance actions. | 2.9 | $ 1,580.50 |
| Lazarus, Jordan | 12/23/2025 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare November 2025 monthly fee statement. | 1.0 | $ 545.00 |
| Lomas, Adam | 12/23/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Attention working file mapping the source document evidencing all 22,000 transfers across all avoidance actions. | 3.7 | $ 2,016.50 |
| Lomas, Adam | 12/23/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to Paul Hastings [W. Farmer] and NPM Law [A. Lee] re: status for aggregation of document references related to discovery exercise. | 0.2 | $ 109.00 |
| Lazarus, Jordan | 12/24/2025 | General Debtor Representation | Fee/Employment Applications | Billing - Prepare November 2025 monthly fee statement. | 1.0 | $ 545.00 |
| Lomas, Adam | 12/24/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Attention working file mapping the source document evidencing all 22,000 transfers across all avoidance actions. | 2.8 | $ 1,526.00 |
| Lomas, Adam | 12/26/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Attention working file mapping the source document evidencing all 22,000 transfers across all avoidance actions. | 7.9 | $ 4,305.50 |
| Lomas, Adam | 12/27/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Prepare schedules reconciling each avoidance defendant to the more than 600 documents evidencing transfers across all avoidance actions (and vice versa). | 2.8 | $ 1,526.00 |
| Lomas, Adam | 12/27/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to Paul Hastings [W. Farmer] and NPM Law [A. Lee] re: information identifying and reconciling Relativity source documents to avoidance defendants. | 1.1 | $ 599.50 |
| Lomas, Adam | 12/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Compose email to NPM Law [A. Lee] re: issues with respect to access to Epiq claims data. | 0.1 | $ 54.50 |

| Timekeeper | Date | Matter | Task | Narrative | Hours | Amount |
|---|---|---|---|---|---|---|
| Lomas, Adam | 12/29/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Attention to access to Epiq claims data. | 0.3 | $ 163.50 |
| Lomas, Adam | 12/30/2025 | Asset Recovery Investigation and Litigation | Avoidance Action Analysis | Compose email to NPM Law [P. Linsey] re: transfers from ▬▬▬ to ▬▬▬ | 0.4 | $ 218.00 |
| Lomas, Adam | 12/30/2025 | Asset Recovery Investigation and Litigation | Asset Analysis and Recovery | Call with NPM Law [P. Linsey] re: certain transfers to ▬▬▬ and pending/upcoming claims analysis work. | 0.2 | $ 109.00 |
| Horwitz, Trevor | 12/30/2025 | General Debtor Representation | General Litigation | Draft and review of response to queries re: forensic review of electronic evidence. | 1.5 | $ 1,122.00 |
| **Total Hours and Amount:** | | | | | **116.3** | **$ 65,901.30** |

8