APR 27 2026 PM2:58
FILED-USBC-CT-BPT

Dear Pietro Cicolini,

Re: In re :  Ho Wan Kwok,et al
Case No. : 22-50073  Chapter :  11

Claims Register Proof of Claim No. :  374-1

United States Bankruptcy Court, District of Connecticut

I am writing regarding a creditor claim that was submitted under my name in the above-referenced bankruptcy matter.

I hereby formally state that my inclusion as a creditor was made based on misleading or incorrect information provided to me at the time of filing. At the time of submission, I did not fully understand the nature or legal implications of the creditor registration.

Upon further review, I confirm that I do not hold a valid or enforceable claim against the debtor in this case. Based on my understanding, any losses I may have incurred in connection with this matter were a result of the government-mandated shutdown of GTV, and not attributable to the debtor based on my current understanding .

Accordingly, I hereby irrevocably:

1. Withdraw and retract any and all creditor claims previously filed under my name in this matter;
2. Waive any and all rights to receive distributions or assert any claims against the bankruptcy estate;
3. Disclaim any intention to participate as a creditor in this case now or at any time in the future.

Please advise the claim number associated with my name and confirm whether a formal Withdrawal of Proof of Claim needs to be filed with the Court.

Please update your records accordingly and confirm in writing that my name has been removed from the list of creditors.

If any additional forms or procedures are required to formally effectuate this withdrawal with the Court, please advise me at your earliest convenience.

Sincerely,

April 20 - 2026

Xuehai Liu
14 Royalty Road,  Charlottetown,  PE,Canada,  C1E1T8
902 3162369   liukyle99@gmail.com

# In re: Ho Wan Kwok,et al
# Debtor.

Case No.: 22-50073
Chapter:  11

## DECLARATION OF WITHDRAWAL OF CLAIM

I, Xuehai Liu, hereby declare under penalty of perjury as follows:

1. I am an individual previously identified as a creditor in the above-referenced bankruptcy case.
2. A Proof of Claim was filed under my name in this matter.
   Claim Number : 374-1
3. Upon further review, I have determined that I do not hold a valid or enforceable claim against the debtor.
4. Accordingly, I hereby voluntarily and irrevocably:

   a. Withdraw and retract any and all Proofs of Claim filed under my name;
   b. Waive any and all rights to receive distributions from the bankruptcy estate;
   c. Waive any and all rights to assert claims against the debtor in this case now or in the future.

5. This withdrawal is made knowingly, voluntarily, and without coercion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: April 20,2026

Xuehai Liu

Address: 14 Royalty Road,Charlottetown,PE,Canada,C1E1T8
Phone: 902 3162369
Email: liukyle99@gmail.com

Xuehai Liu
4741 Chace Circle
Hoover, AL. 35244

**Retail**

RDC 99

06604

U.S. POSTAGE PAID
FCM LETTER
HOOVER, AL 35244
APR 22, 2026

**$0.78**

S2324H504044-23

Pietro Cicolini
United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport , CT 01604

06604-476899